# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| COAKLEY PENDERGRASS; TRIANA ARNOLD JAMES; ELLIOTT HENNINGTON; ROBERT RICHARDS; JENS RUECKERT; and OJUAN GLAZE,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>BRAD RAFFENSPERGER, in his official capacity as the Georgia Secretary of State; REBECCA N. SULLIVAN, in her official capacity as the Acting Chair of the State Election Board; SARA TINDALL GHAZAL, in her official capacity as a member of the State Election Board; MATTHEW MASHBURN, in his official capacity as a member of the State Election Board; and ANH LE, in her official capacity as a member of the State Election Board,<br><br>　　　　Defendants. | CIVIL ACTION FILE NO. _____ |

## PLAINTIFFS' CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Plaintiffs COAKLEY PENDERGRASS, TRIANA ARNOLD JAMES, ELLIOTT HENNINGTON, ROBERT RICHARDS, JENS RUECKERT, and OJUAN GLAZE, through their undersigned attorneys, hereby submit the following

statement of their corporate interests pursuant to Federal Rule of Civil Procedure 7.1 and LR 3.3, NDGa.

**(1)    The undersigned counsel of record for Plaintiffs certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:**

- Coakley Pendergrass, an individual (Plaintiff);

- Triana Arnold James, an individual (Plaintiff);

- Elliott Hennington, an individual (Plaintiff);

- Robert Richards, an individual (Plaintiff);

- Jens Rueckert, an individual (Plaintiff);

- Ojuan Glaze, an individual (Plaintiff);

- Brad Raffensperger, in his official capacity (Defendant);

- Rebecca N. Sullivan, in her official capacity (Defendant);

- Sara Tindall Ghazal, in her official capacity (Defendant);

- Matthew Mashburn, in his official capacity (Defendant); and

- Anh Le, in her official capacity (Defendant).

**(2)    The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:**

- None known.

**(3) The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:**

<u>Plaintiffs</u>

- Joyce Gist Lewis of Krevolin & Horst, LLC;

- Adam M. Sparks of Krevolin & Horst, LLC;

- Abha Khanna of Elias Law Group LLP;

- Jonathan P. Hawley of Elias Law Group LLP;

- Daniel C. Osher of Elias Law Group LLP;

- Christina A. Ford of Elias Law Group LLP;

- Graham W. White of Elias Law Group LLP;

- Michael B. Jones of Elias Law Group LLP; and

- Kevin J. Hamilton of Perkins Coie LLP.

<u>Defendants</u>

- [Intentionally left blank].

Dated: December 30, 2021

By: **Adam M. Sparks**
Joyce Gist Lewis
Georgia Bar No. 296261
Adam M. Sparks
Georgia Bar No. 341578
**KREVOLIN & HORST, LLC**
One Atlantic Center
1201 West Peachtree Street, NW,
Suite 3250
Atlanta, Georgia 30309
Telephone: (404) 888-9700
Facsimile: (404) 888-9577
Email: jlewis@khlawfirm.com
Email: sparks@khlawfirm.com

Kevin J. Hamilton*
**PERKINS COIE LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101
Phone: (206) 359-8000
Facsimile: (206) 359-9000
Email: KHamilton@perkinscoie.com

Respectfully submitted,

Abha Khanna*
Jonathan P. Hawley*
**ELIAS LAW GROUP LLP**
1700 Seventh Avenue, Suite 2100
Seattle, Washington 98101
Phone: (206) 656-0177
Facsimile: (206) 656-0180
Email: AKhanna@elias.law
Email: JHawley@elias.law

Daniel C. Osher*
Christina A. Ford*
Graham W. White*
Michael B. Jones
Georgia Bar No. 721264
**ELIAS LAW GROUP LLP**
10 G Street NE, Suite 600
Washington, D.C. 20002
Phone: (202) 968-4490
Facsimile: (202) 968-4498
Email: DOsher@elias.law
Email: CFord@elias.law
Email: GWhite@elias.law
Email: MJones@elias.law

*Counsel for Plaintiffs*

**Pro hac vice* application forthcoming

4

## **CERTIFICATE OF COMPLIANCE**

I hereby certify that the foregoing Plaintiffs' Certificate of Interested Persons and Corporate Disclosure Statement has been prepared in accordance with the font type and margin requirements of LR 5.1, NDGa, using font type of Times New Roman and a point size of 14.

Dated: December 30, 2021

**Adam M. Sparks**
*Counsel for Plaintiffs*