IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| COAKLEY PENDERGRASS; TRIANA ARNOLD JAMES; ELLIOTT HENNINGTON; ROBERT RICHARDS; JENS RUECKERT; and OJUAN GLAZE, | CIVIL ACTION |
| *Plaintiffs*, | FILE NO. 1:21-CV-05339-SCJ |
| v. | |
| BRAD RAFFENSPERGER, in his official capacity as the Georgia Secretary of State; REBECCA N. SULLIVAN, in her official capacity as the Acting Chair of the State Election Board; SARA TINDALL GHAZAL, in her official capacity as a member of the State Election Board; MATTHEW MASHBURN, in his official capacity as a member of the State Election Board; and ANH LE, in her official capacity as a member of the State Election Board, | |
| *Defendants*. | |

## NOTICE OF APPEARANCE OF COUNSEL

COMES NOW Frank B. Strickland, of the law firm Taylor English

Duma LLP, 1600 Parkwood Circle, Suite 200, Atlanta, GA  30339, and

hereby enters his appearance as counsel for Defendants Brad

Raffensperger, in his official capacity as Secretary of State of Georgia; and

Rebecca N. Sullivan, in her official capacity as the Acting Chair of the State

Election Board; and State Election Board members Sara Tindall Ghazal,

Matthew Mashburn, and Anh Le in the above-captioned matter. Copies of

all further pleadings, orders, and notices should be sent to him at the

address below.

This 7th day of January, 2022.

*/s/ Frank B. Strickland*
Frank B. Strickland
Georgia Bar No. 678600
fstrickland@taylorenglish.com
TAYLOR ENGLISH DUMA LLP
1600 Parkwood Circle, Suite 200
Atlanta, Georgia 30339
Telephone: (770) 434-6868

*Attorney for Defendants*

**<u>CERTIFICATE OF COMPLIANCE</u>**

Pursuant to L.R. 7.1(D), the undersigned certifies that the foregoing

Notice of Appearance of Counsel has been prepared in Century Schoolbook

13, a font and type selection approved by the Court in L.R. 5.1(B).

*<u>/s/ Frank B. Strickland</u>*
Frank B. Strickland
