AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

COAKLEY PENDERGRASS;
TRIANA ARNOLD JAMES; ELLIOTT HENNINGTON;
ROBERT RICHARDS; and JENS RUECKERT

*Plaintiff(s)*

v.

BRAD RAFFENSPERGER, in his official capacity as the Secretary of State of Georgia; REBECCA N. SULLIVAN, in her official capacity as the Acting Chair of the State Election Board; et al.

*Defendant(s)*

Civil Action No. 1:21-cv-5339

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  SARA TINDALL GHAZAL,
in your official capacity as a member of the Georgia State Election Board
1344 Waterford Green Close, NE
Marietta, GA  30068

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Adam M. Sparks, Joyce Gist Lewis
Krevolin & Horst, LLC
1201 West Peachtree St., NW., Suite 3250
Atlanta, Georgia  30309

Attorneys for Plaintiffs

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

KEVIN P. WIEMER
*CLERK OF COURT*

Date: 01/03/2022



s/Stephanie Wilson-Bynum

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:21-cv-5339

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Sara Tindall Ghazal

was received by me on *(date)* 01/04/2022

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify):* Served Sara Tindall Ghazal in her official capacity as a member of the Georgia State Election Board, on January 7, 2022 at 3:02 PM by personally serving Patrick Ghazal, her husband who resides with her, at her residence located at 1344 Waterford Green Close, NE, Marietta, Georgia 30068.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 01/10/2022

*Server's signature*

Christina O'Leary, Process Server
*Printed name and title*

Legal Ease Attorney Services, Inc.
645 Waldo Street
Atlanta, Georgia 30312
*Server's address*

Additional information regarding attempted service, etc: