IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **COAKLEY PENDERGRASS et al.,**  Plaintiffs,  v.  **BRAD RAFFENSPERGER et al.,**  Defendants. | CIVIL ACTION FILE  No. 1:21-CV-5339-SCJ |

### ORDER

Defendants have informed the Court that they intend to file a motion to dismiss this action for lack of jurisdiction due to Plaintiffs' failure to seek a three-judge panel under 28 U.S.C. § 2284 and the Local Rules. See Doc. No. [31], 11. Counsel for Defendants reiterated this position during the video conference hearing that took place on January 12, 2022. Due to the serious time exigencies surrounding the fair and timely resolution of this case, and because Defendants' anticipated motion rests on a jurisdictional argument that the Court should hear early in this matter, the Court **ORDERS** the parties to proceed with filing and briefing the motion to dismiss on the following expedited schedule:

- Defendants shall file their motion to dismiss, if any, by no later than 5:00 PM EST on January 14, 2022.

- Plaintiffs shall file their response, if any, by no later than 5:00 PM on January 18, 2022.

- Defendants shall file their reply, if any, by no later than 5:00 PM on January 20, 2022.

**IT IS SO ORDERED** this 12th day of January, 2022.

_____
HONORABLE STEVE C. JONES
UNITED STATES DISTRICT JUDGE