IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| COAKLEY PENDERGRASS et al., | |
| Plaintiffs, | CIVIL ACTION FILE |
| v. | No. 1:21-CV-05339-SCJ |
| BRAD RAFFENSPERGER et al., | |
| Defendants. | |

ORDER

Plaintiffs informed the Court that they intend to file a motion for a preliminary injunction. See Doc. No. [30], 10.[1] Counsel for Plaintiffs reiterated this position during the video conference hearing that took place on January 12, 2022. Due to serious time exigencies surrounding the fair and timely resolution

---

[1] All citations are to the electronic docket unless otherwise noted, and all page numbers are those imprinted by the Court's docketing software.

of this case, the Court **ORDERS** the parties to proceed with filing and briefing the motion for preliminary injunction on the following expedited schedule[2]:

- Plaintiffs shall file their motion for a preliminary injunction, if any, by no later than 2:00 PM EST on January 13, 2022.

- Defendants shall file their response, if any, by no later than 5:00 PM EST on January 18, 2022.

- Plaintiffs shall file their reply, if any, by no later than 5:00 PM EST on January 20, 2022.

**IT IS SO ORDERED** this 12th day of January, 2022.

_____
HONORABLE STEVE C. JONES
UNITED STATES DISTRICT JUDGE

---

[2] The Court notes that Defendants intend to file a motion to dismiss this action for lack of jurisdiction due to Plaintiffs' failure to seek a three-judge panel under 28 U.S.C. § 2284 and the Local Rules. See Doc. No. [31]. This Order does not prejudge or implicate any decisions relating to the forthcoming motion to dismiss.