IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| COAKLEY PENDERGRASS, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) CIVIL ACTION NO. |
| v. | ) 1:21-CV-05339-SCJ |
| | ) |
| BRAD RAFFENSPERGER, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF APPEARANCE

COMES NOW Charlene S. McGowan, Assistant Attorney General, and hereby makes an entry of appearance in the above-styled action on behalf of Defendants Brad Raffensperger, Georgia Secretary of State, and State Election Board members Anh Le, Matthew Mashburn, Sara Ghazal, and Edward Lindsey. Please direct all further pleadings, notices, orders, and other matters to her at the following:

      Office of the Attorney General
      40 Capitol Square, SW
      Atlanta, Georgia 30334
      Telephone: (404) 458-3658
      E-Mail: cmcgowan@law.ga.gov

Respectfully submitted, this 13th day of January, 2022.

/s/ *Charlene S. McGowan*
CHARLENE S. MCGOWAN 697316
Assistant Attorney General

Office of the Georgia Attorney General
40 Capitol Square SW
Atlanta, GA 30334
cmcgowan@law.ga.gov
Tel: 404-458-3658
Fax: 404-651-9325

*Counsel for Defendants*

## **CERTIFICATE OF COMPLIANCE**

I hereby certify that the foregoing has been formatted using Times New Roman font in 14-point type in compliance with Local Rule 7.1(D).

*/s/Charlene S. McGowan*
Charlene S. McGowan
Assistant Attorney General

# CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically filed the foregoing **NOTICE OF APPEARANCE** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to counsel for the parties of record via electronic notification.

Dated: January 13, 2022.

>*/s/ Charlene S. McGowan*
>Charlene S. McGowan
>Assistant Attorney General