IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ALPHA PHI ALPHA FRATERNITY INC., et al.,<br>    Plaintiffs,<br><br>v.<br><br>BRAD RAFFENSPERGER, in his official capacity as Secretary of State of Georgia,<br>    Defendant. | CIVIL ACTION FILE<br><br>No. 1:21-CV-05337-SCJ |
| COAKLEY PENDERGRASS et al.,<br>    Plaintiffs,<br><br>v.<br><br>BRAD RAFFENSPERGER et al.,<br>    Defendants. | CIVIL ACTION FILE<br><br>No. 1:21-CV-05339-SCJ |
| ANNIE LOIS GRANT et al.,<br>    Plaintiffs,<br><br>v.<br><br>BRAD RAFFENSPERGER et al.,<br>    Defendants. | CIVIL ACTION FILE<br><br>No. 1:22-CV-00122-SCJ |

## COORDINATED ORDER[1]

Motions to dismiss and motions for preliminary injunction have been filed in the cases listed above. Briefing on those motions continues, and the Court has made no determination on any of those matters. But given the exigencies inherent in these important cases, the Court enters the following Order for scheduling purposes:

For any and every case in which the Court **does not** grant the motion to dismiss and **does not** thereafter grant a request for interlocutory appeal or a request to stay, the Court will hold a coordinated, in-person preliminary injunction hearing regarding the pending motions for preliminary injunction in those cases. If any preliminary injunction hearing occurs, the parties collectively will have up to six (6) days to present evidence and arguments. The presenting parties may choose not to use all six days.

Accordingly, if any preliminary injunction hearing occurs, the Court hereby **ORDERS** that it will take place in the Richard B. Russell Federal Building

---

[1] The Court issues this coordinated order because the scheduling of any preliminary injunction hearing that may occur may require coordination among the parties. The Court's issuance of this coordinated order does not imply or reflect any intention of the Court to consolidate these cases under Federal Rule of Civil Procedure 42 or otherwise.

and United States Courthouse[2] and **begin at 9:00 A.M. (EST) on MONDAY, FEBRUARY 7, 2022. If the parties opt to use all six days, the hearing will take place each following business day from 9:00 A.M. to 5:00 P.M. until the overall conclusion of the hearing at 5:00 P.M. on MONDAY, FEBRUARY 14, 2022**.

If any preliminary injunction hearing is to occur and is to involve more than one of these cases, then all parties in those cases shall confer and coordinate how they wish to allot time among themselves for the hearing. In the interest of conducting an efficient hearing, the Court encourages the parties to stipulate to as many matters as possible. The parties shall file with the Court a consolidated presentation schedule by no later than **5:00 P.M. (EST) on WEDNESDAY, JANUARY 26, 2022.**

If any preliminary injunction hearing occurs, the parties in cases with still-pending motions for preliminary injunction shall file proposed findings of fact and conclusions of law by **no later than 5:00 P.M. (EST) on MONDAY, FEBRUARY 21, 2022.** The proposed findings of fact and conclusions of law shall be specific to each case and motion.

---

[2] If a hearing takes place, the specific courtroom in which the hearing will occur will be determined and shared with the parties at a later time.

IT IS SO ORDERED this \_\_\_19th\_\_\_ day of January, 2022.

_____
HONORABLE STEVE C. JONES
UNITED STATES DISTRICT JUDGE