IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| COAKLEY PENDERGRASS; TRIANA ARNOLD JAMES; ELLIOTT HENNINGTON; ROBERT RICHARDS; JENS RUECKERT; and OJUAN GLAZE,<br><br>Plaintiffs,<br><br>v.<br><br>BRAD RAFFENSPERGER, in his official capacity as the Georgia Secretary of State; SARA TINDALL GHAZAL, in her official capacity as a member of the State Election Board; ANH LE, in her official capacity as a member of the State Election Board; EDWARD LINDSEY, in his official capacity as a member of the State Election Board; and MATTHEW MASHBURN, in his official capacity as a member of the State Election Board,<br><br>Defendants.* | CIVIL ACTION FILE NO. 1:21-CV-05339-SCJ |

**PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE EXCESS PAGES**

---

* Pursuant to Federal Rule of Civil Procedure 25(d), Plaintiffs have automatically substituted Edward Lindsey, in his official capacity, for Rebecca N. Sullivan, in her official capacity, based on Defendants' representation in their recently filed status report. *See* Defs.' Status Report 2 n.1, ECF No. 31.

Plaintiffs COAKLEY PENDERGRASS, TRIANA ARNOLD JAMES, ELLIOTT HENNINGTON, ROBERT RICHARDS, JENS RUECKERT, and OJUAN GLAZE, through their undersigned attorneys, respectfully move the Court for leave to file a reply in support of their motion for preliminary injunction that exceeds the Court's page limits under LR 7.1(D), NDGa.

Motions practice in election- and redistricting-related cases often requires briefing that exceeds the applicable page limits. *See, e.g.*, *New Ga. Project v. Raffensperger*, slip op. at 1–2, No. 1:20-CV-01986-ELR (N.D. Ga. June 8, 2020), ECF No. 46; *Cooper v. Raffensperger*, slip op. at 1, No. 1:20-CV-01312-ELR (N.D. Ga. May 4, 2020), ECF No. 7. To ensure that Plaintiffs are able to effectively and appropriately respond to the factual and legal arguments raised in Defendants' opposition to Plaintiffs' motion for preliminary injunction, *see* ECF No. 40, Plaintiffs request an extension of the page limit by five pages, to 20 pages total.

Plaintiffs recognize that the Court's standing order generally requires that page-limit extensions be sought at least five days prior to filing deadlines, but they respectfully request to be excused from this rule, and further request that the Court expedite consideration of this motion, in order to satisfy the Court's January 20 deadline for their reply brief. *See* ECF No. 35.

Plaintiffs have conferred with counsel for Defendants and they do not oppose the relief requested in this Motion.

A proposed order is attached for the Court's convenience.

| | |
|---|---|
| Dated: January 19, 2022 | Respectfully submitted, |
| By **Adam M. Sparks**<br>Joyce Gist Lewis<br>Georgia Bar No. 296261<br>Adam M. Sparks<br>Georgia Bar No. 341578<br>**KREVOLIN & HORST, LLC**<br>One Atlantic Center<br>1201 West Peachtree Street, NW,<br>Suite 3250<br>Atlanta, Georgia 30309<br>Telephone: (404) 888-9700<br>Facsimile: (404) 888-9577<br>Email: JLewis@khlawfirm.com<br>Email: Sparks@khlawfirm.com | Abha Khanna*<br>Jonathan P. Hawley*<br>**ELIAS LAW GROUP LLP**<br>1700 Seventh Avenue, Suite 2100<br>Seattle, Washington 98101<br>Phone: (206) 656-0177<br>Facsimile: (206) 656-0180<br>Email: AKhanna@elias.law<br>Email: JHawley@elias.law |
| Kevin J. Hamilton*<br>**PERKINS COIE LLP**<br>1201 Third Avenue, Suite 4900<br>Seattle, Washington 98101<br>Phone: (206) 359-8000<br>Facsimile: (206) 359-9000<br>Email: KHamilton@perkinscoie.com | Daniel C. Osher*<br>Christina A. Ford*<br>Graham W. White*<br>Michael B. Jones<br>Georgia Bar No. 721264<br>**ELIAS LAW GROUP LLP**<br>10 G Street NE, Suite 600<br>Washington, D.C. 20002<br>Phone: (202) 968-4490<br>Facsimile: (202) 968-4498<br>Email: DOsher@elias.law<br>Email: CFord@elias.law<br>Email: GWhite@elias.law<br>Email: MJones@elias.law |
| | *Counsel for Plaintiffs* |
| | *Admitted pro hac vice |

## **CERTIFICATE OF COMPLIANCE**

I hereby certify that the foregoing **PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE EXCESS PAGES** has been prepared in accordance with the font type and margin requirements of LR 5.1, NDGa, using font type of Times New Roman and a point size of 14.

Dated: January 19, 2022

Adam M. Sparks
*Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that I have on this date caused to be electronically filed a copy of the foregoing **PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE EXCESS PAGES** with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to counsel of record.

Dated:  January 19, 2022                                              **Adam M. Sparks**
                                                                                          Counsel for Plaintiffs