# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| COAKLEY PENDERGRASS; TRIANA ARNOLD JAMES; ELLIOTT HENNINGTON; ROBERT RICHARDS; JENS RUECKERT; and OJUAN GLAZE,<br><br>Plaintiffs,<br><br>v.<br><br>BRAD RAFFENSPERGER, in his official capacity as the Georgia Secretary of State; SARA TINDALL GHAZAL, in her official capacity as a member of the State Election Board; ANH LE, in her official capacity as a member of the State Election Board; EDWARD LINDSEY, in his official capacity as a member of the State Election Board; and MATTHEW MASHBURN, in his official capacity as a member of the State Election Board,<br><br>Defendants.[*] | CIVIL ACTION FILE<br>NO. 1:21-CV-05339-SCJ |

## PROPOSED ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE EXCESS PAGES

---

[*] Pursuant to Federal Rule of Civil Procedure 25(d), the Court has automatically substituted Edward Lindsey, in his official capacity, for Rebecca N. Sullivan, in her official capacity, based on Defendants' representation in their recently filed status report. *See* Defs.' Status Report 2 n.1, ECF No. 31.

This Court has considered Plaintiffs' Unopposed Motion for Leave to File Excess Pages in support of their forthcoming reply in support of their motion for preliminary injunction and finds that Plaintiffs have established good cause to file an additional five pages. Plaintiffs' motion is therefore **GRANTED**.

**IT IS ORDERED:**

Plaintiffs may file an additional five pages, for a total of 20 pages, in their forthcoming reply in support of their motion for preliminary injunction.

**SO ORDERED** this _____ day of _____, 2022.

_____
Judge Steve C. Jones
United States District Court