IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| COAKLEY PENDERGRASS; TRIANA ARNOLD JAMES; ELLIOTT HENNINGTON; ROBERT RICHARDS; JENS RUECKERT; and OJUAN GLAZE,<br><br>Plaintiffs,<br><br>v.<br><br>BRAD RAFFENSPERGER, in his official capacity as the Georgia Secretary of State; SARA TINDALL GHAZAL, in her official capacity as a member of the State Election Board; ANH LE, in her official capacity as a member of the State Election Board; EDWARD LINDSEY, in his official capacity as a member of the State Election Board; and MATTHEW MASHBURN, in his official capacity as a member of the State Election Board,<br><br>Defendants.* | CIVIL ACTION FILE NO. 1:21-CV-05339-SCJ |

**SECOND DECLARATION OF KEVIN J. HAMILTON IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

I, Kevin J. Hamilton, hereby declare as follows:

---

* Pursuant to Federal Rule of Civil Procedure 25(d), Plaintiffs have automatically substituted Edward Lindsey, in his official capacity, for Rebecca N. Sullivan, in her official capacity, based on Defendants' representation in their status report of January 11, 2022. *See* Defs.' Status Report 2 n.1, ECF No. 31.

1.I am over the age of 18 and competent to make this declaration. I am a partner with the law firm Perkins Coie LLP and am admitted to practice law in the State of Washington and before the Supreme Court of the United States and multiple federal courts of appeals and district courts. I am admitted in this Court *pro hac vice* in the above-captioned matter, and I am counsel for Plaintiffs. I submit this declaration to provide the Court true and correct copies of certain documents submitted in support of Plaintiffs' Motion for Preliminary Injunction.

**Exhibit 1** is a true and correct copy of the supplemental expert report of William S. Cooper, dated January 20, 2022.

**Exhibit 2** is a true and correct copy of the supplemental expert report of Dr. Orville Vernon Burton of Clemson University, dated January 20, 2022.

Dated: January 20, 2022Respectfully submitted,

By: **Kevin J. Hamilton**
Kevin J. Hamilton*
**PERKINS COIE LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101
Phone: (206) 359-8000
Facsimile: (206) 359-9000
Email: KHamilton@perkinscoie.com

*Counsel for Plaintiffs*

*Admitted *pro hac vice*