# EXHIBIT 1

Case 1:21-cv-05339-SCJ   Document 46-1   Filed 01/20/22   Page 1 of 4

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| COAKLEY PENDERGRASS et al., <br><br> Plaintiffs, <br><br> v. <br><br> BRAD RAFFENSPERGER, in his official capacity as the Georgia Secretary of State, et al., <br><br> Defendants. | CIVIL ACTION FILE <br> NO. 1:21-CV-05339-SCJ |

**SUPPLEMENTAL DECLARATION OF WILLIAM S. COOPER**

WILLIAM S. COOPER, acting in accordance with 28 U.S.C. § 1746, Federal Rule of Civil Procedure 26(a)(2)(B), and Federal Rules of Evidence 702 and 703, does hereby declare and say:

1. My name is William S. Cooper. I have a B.A. in Economics from Davidson College. As a private consultant, I serve as a demographic and redistricting expert for the Plaintiffs.

2. I file a supplemental declaration in this lawsuit in response to assertions made by John Morgan and to provide further information supporting the *Gingles* 1 analysis in my January 12, 2022 declaration ("January 12 Declaration").

3. First, the Defendants in this case claim that the additional majority-Black congressional district I have drawn does not satisfy the *Gingles* 1 precondition because the minority population in the western part of Metro Atlanta is not sufficiently compact. This, of course, is not true. The enacted 2021 State Senate plan includes four majority-Black districts that encompass parts of western Fulton County, southern Cobb County, eastern Douglas County, and northern Fayette County—the same area encompassed by my illustrative Sixth Congressional District. Four Senate districts are exactly the equivalent of one congressional district in terms of population.

4. Second, Mr. Morgan's discussion of core constituency analysis here does not make sense. Core retention is largely irrelevant when an election plan is challenged on the grounds that it violates Section 2. of the VRA. The very nature of the challenge means that districts adjacent to the demonstrative majority-minority district must change, while adhering to traditional redistricting principles. Notably, the Illustrative Plan makes no changes at all to six of the congressional districts in the 2021 Plan, while adhering to traditional redistricting principles in the remaining eight districts that are changed.

5. Third, I have included an updated chart below comparing Black voting age populations and Black citizen voting age populations in all 14 congressional

districts that comprise the Illustrative Plan that I prepared and submitted with the January 12 Declaration.

**Figure 1**
**BVAP and BCVAP Comparison: Illustrative Plan and 2021 Plan**

| District | Illustrative Plan | | 2021 Plan | |
| --- | --- | --- | --- | --- |
| | % BVAP | % NH BCVAP | % BVAP | % NH BCVAP |
| 001 | 28.17% | 29.85% | 28.17% | 29.85% |
| 002 | 49.29% | 50.00% | 49.29% | 50.00% |
| 003 | 20.92% | 20.40% | 23.32% | 22.82% |
| 004 | 52.40% | 55.48% | 54.52% | 58.04% |
| 005 | 49.60% | 53.48% | 49.60% | 53.48% |
| 006 | 50.23% | 50.69% | 9.91% | 10.00% |
| 007 | 29.82% | 31.93% | 29.82% | 31.93% |
| 008 | 30.04% | 30.61% | 30.04% | 30.61% |
| 009 | 11.66% | 11.66% | 10.42% | 10.38% |
| 010 | 14.31% | 15.38% | 22.60% | 22.56% |
| 011 | 13.27% | 13.30% | 17.95% | 18.09% |
| 012 | 36.72% | 37.20% | 36.72% | 37.20% |
| 013 | 51.40% | 50.05% | 66.75% | 66.88% |
| 014 | 5.17% | 5.14% | 14.28% | 13.38% |

I reserve the right to continue to supplement my report in light of additional facts, testimony, and/or materials that might come to light.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: January 20, 2022

_William S. Cooper_
WILLIAM S. COOPER

3