IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| COAKLEY PENDERGRASS et al., | |
| Plaintiffs, | CIVIL ACTION FILE |
| v. | No. 1:21-CV-05339-SCJ |
| BRAD RAFFENSPERGER et al., | |
| Defendants. | |

## ORDER

This matter appears before the Court for purposes of perfecting the record after review of Defendants' briefing which indicates that on January 7, 2022, Mr. Edward Lindsey was appointed to replace Rebecca Sullivan on the State Election Board. Doc. No. [38], 1. Pursuant to Federal Rule of Civil Procedure 25(d), the Court orders that Edward Lindsey in his official capacity as a member of the State Election Board be substituted as a party-defendant in place of Rebecca Sullivan. The Clerk is **DIRECTED** to update the docket and case-style to this regard.

IT IS SO ORDERED this __27th__ day of January, 2022.

_____
HONORABLE STEVE C. JONES
UNITED STATES DISTRICT JUDGE