IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ALPHA PHI ALPHA FRATERNITY INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>BRAD RAFFENSPERGER,<br><br>Defendant. | CIVIL ACTION<br><br>FILE NO. 1:21-CV-05337-SCJ |
| COAKLEY PENDERGRASS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>BRAD RAFFENSPERGER, et al.,<br><br>Defendants. | CIVIL ACTION<br><br>FILE NO. 1:21-CV-05339-SCJ |
| ANNIE LOIS GRANT, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>BRAD RAFFENSPERGER, et al.,<br><br>Defendants. | CIVIL ACTION<br><br>FILE NO. 1:22-CV-00122-SCJ |

**DEFENDANTS' LISTS OF WITNESSES AND EXHIBITS**

On January 28, 2022, this Court directed that the parties in the above-captioned cases were to file lists of witnesses and exhibits for the upcoming preliminary injunction hearing. Defendants provide the following lists:

**1. List of witnesses who are expected to testify live at the preliminary injunction hearing.**

Defendants plan to call the following individuals to testify live at the preliminary injunction hearing:

1. Mr. John Morgan, expert witness on mapdrawing and demographics.
2. Mr. Michael Barnes, witness on Secretary of State processes surrounding election administration.
3. Ms. Lynn Bailey, expert witness on county election processes and timing.
4. Ms. Gina Wright, expert and fact witness on mapdrawing and demographics.
5. Dr. John Alford, expert witness on polarized voting issues.

Defendants plan to cross-examine the following witnesses who provided declarations for Plaintiffs at the hearing and reserve the right to cross-examine additional witnesses called by Plaintiffs:

1. William Cooper
2. Lisa Handley

3. Adrienne Jones

4. Blakeman Esselstyn

5. Maxwell Palmer

6. Orville Vernon Burton

**2.    List of witnesses who are expected to testify by affidavit.**

Defendants do not have any additional witnesses who are expected to testify only by affidavit.

**3.    Numbered list of exhibits.**

Defendants identify the following exhibits for use at the hearing and indicate whether they have been previously submitted. Exhibits that were not previously submitted are attached to this pleading.

| Number | Exhibit | Submitted? |
|---|---|---|
| 001 | Dec. of John Morgan - Alpha Phi Alpha | Already filed on docket |
| 002 | Dec. of John Morgan - Grant | Already filed on docket |
| 003 | Dec. of John Morgan - Pendergrass | Already filed on docket |
| 004 | Dec. of Michael Barnes | Already filed on docket |
| 005 | 2021 Senate committee guidelines | Already filed on docket |
| 006 | 2021 House committee guidelines | Already filed on docket |
| 007 | SOS Redistricting Manual | Not previously submitted |
| 008 | 2022 SOS Election Calendar | Already filed on docket |
| 009 | Adopted Congressional Map Packet | Not previously submitted |
| 010 | Adopted Senate Map Packet | Not previously submitted |
| 011 | Adopted House Map Packet | Not previously submitted |

| | | |
|---|---|---|
| 012 | Democratic Congressional Map Packet | Not previously submitted |
| 013 | Democratic Senate Map Packet | Not previously submitted |
| 014 | Democratic House Map Packet | Not previously submitted |
| 015 | Cooper House District 28 | Not previously submitted |
| 016 | Cooper House District 129 | Not previously submitted |
| 017 | Cooper House Districts 128 and 158 | Not previously submitted |
| 018 | Esselstyn House Districts 74, 75, and 78 | Not previously submitted |
| 019 | Esselstyn House Districts 133 and 135 | Not previously submitted |
| 020 | Esselstyn House District 149 | Not previously submitted |
| 021 | Cooper Senate District 18 | Not previously submitted |
| 022 | Cooper Senate Districts 23 and 26 | Not previously submitted |
| 023 | Cooper Senate Districts 16, 28, and 29 | Not previously submitted |
| 024 | Esselstyn Senate District 17 | Not previously submitted |
| 025 | Esselstyn Senate District 20 | Not previously submitted |
| 026 | Esselstyn Senate District 23 | Not previously submitted |
| 027 | Cooper Congress District 14 | Not previously submitted |
| 028 | Adopted House District 32 | Not previously submitted |
| 029 | Adopted House Districts 74, 75, and 78 | Not previously submitted |
| 030 | Adopted House District 118 | Not previously submitted |
| 031 | Adopted House Districts 149 | Not previously submitted |
| 032 | Adopted House Districts 135 and 144 | Not previously submitted |
| 033 | Adopted House Districts 128, 155, and 158 | Not previously submitted |
| 034 | Adopted Senate District 18 | Not previously submitted |
| 035 | Adopted Senate Districts 23 and 26 | Not previously submitted |
| 036 | Adopted Senate Districts 28 and 16 | Not previously submitted |
| 037 | Adopted Congress District 14 | Not previously submitted |

Defendants reserve the right to mark additional exhibits during the hearing if required for the resolution of the motions.

This 31st day of January, 2022.

        Respectfully submitted,

        Christopher M. Carr
        Attorney General
        Georgia Bar No. 112505
        Bryan K. Webb
        Deputy Attorney General
        Georgia Bar No. 743580
        Russell D. Willard
        Senior Assistant Attorney General
        Georgia Bar No. 760280
        Charlene McGowan
        Assistant Attorney General
        Georgia Bar No. 697316
        **State Law Department**
        40 Capitol Square, S.W.
        Atlanta, Georgia 30334

        */s/ Bryan P. Tyson*
        Bryan P. Tyson
        Special Assistant Attorney General
        Georgia Bar No. 515411
        btyson@taylorenglish.com
        Frank B. Strickland
        Georgia Bar No. 678600
        fstrickland@taylorenglish.com
        Bryan F. Jacoutot
        Georgia Bar No. 668272
        bjacoutot@taylorenglish.com
        Loree Anne Paradise
        Georgia Bar No. 382202
        lparadise@taylorenglish.com

**Taylor English Duma LLP**
1600 Parkwood Circle
Suite 200
Atlanta, Georgia 30339
(678) 336-7249

*Counsel for Defendants*

5

## **CERTIFICATE OF COMPLIANCE**

Pursuant to L.R. 7.1(D), the undersigned certifies that the foregoing brief has been prepared in Century Schoolbook 13, a font and type selection approved by the Court in L.R. 5.1(B).

*/s/ Bryan P. Tyson*
Bryan P. Tyson
