# EXHIBIT 7



Redistricting
&
Street
Maintenance

**Secretary of State  Elections  Division**

**2 MLK Jr. Drive    8th Floor West Tower    Atlanta, Georgia  30334    404.656.2871**

September 2021

# Table of Contents

Redistricting/Street Maintenance                                                    3

Step One– Acquiring the information you need                          5

Step Two– Beginning the process                                              9

Step Three– The process                                                          10

Step Four– Submitting your spreadsheet                                11

Excel review                                                                             12

Word Problems  (don't be scared)                                         16

Street Maintenance                                                                 21

Maintaining Precincts                                                             26

Helpful Hints and HELP I need to check a voter while in RD    28

Redistricting                                                                            31

Entering all the data in the GVRS                                          37

Final Steps                                                                              49

Street segments with no range changes                              50

Merge                                                                                       51

Consolidating Precincts VS Creating Vote Centers               52

# re·dis·trict  (riˈdɪs trɪkt)

*tr.v.* **re·dis·trict·ed**, **re·dis·trict·ing**, **re·dis·tricts**
To divide again into districts, especially to give new boundaries to administrative or election districts.

**Redistricting** is the process of drawing electoral district boundaries, often in response to population changes determined by the results of the decennial census.

---

In the Georgia Voter Registration System (GVRS) you have many tools to make sure all of the street names, segments and ranges are correct, as well as to make sure your street segments are properly assigned to combos, districts and precincts. .  It is making sure your combos and districts are correct.  When you have all of that information correct in the system, the voters will be properly assigned. As you are working on this process, you must remember that the purpose of redistricting is to assign addresses to the correct combos, districts and precincts.

Ninety-five percent of the work you will do is advance work <u>before</u> you begin entering information into the GVRS (Georgia Voter Registration System). You will be using paper, pencils, pens, highlighters, markers, rulers, maps, spreadsheets compiling all of your street information.

Once you are ready to be "in the system" working,  you have some options.  You can work in the redistricting module or just be in the system performing street maintenance.  You will be able to do a lot of the work outside the redistricting module.   Yes, you are limited to the work you can do, but there are some advantages.  We recommend that you do as much as you can outside  of the redistricting module.  Changes that you make in the redistricting module require an overnight process to generate changes and reports.  Changes made in  street maintenance  outside of the redistricting module are instant.

If you can answer YES to any of the next 5 questions, you are can make the changes in Street Maintenance.

**Street Maintenance**

1. Do you need to add a new street?

2. Do you need to expand a range (as long as it does not overlap an existing range)?

3. Do you need to change a street that does not have voters attached?

4. Do you have streets with rural routes that do not require a high/low range?

5. Do you have a businesses address to which  no voters can be attached that you want to record as a business address?

If you can answer YES to any of the next 8 questions, you will need to work in the redistricting module.

**Redistricting**

1. Do you  have voters whose districts are listed as 99999 ?

2. Do you have new combos and districts?

3. Do you need to move a whole street? Add streets? Delete streets?

4. Were district lines redrawn?

5. Do you need to move a street in or out of a municipality?

6. Do you need to change a postal city or zip code?

7. Do you need to change a voting area or a precinct?

8. Do you need to change street ranges?


First we are going to do Street Maintenance, outside the redistricting module.

# main·te·nance

**ˈmānt(ə)nəns,ˈmāntn-əns**
*noun*
1. the process of maintaining or preserving someone or something, or the state of being maintained.  2. the upkeep of property or equipment


## Street Maintenance

New streets can be added to your county street library and street ranges defined for them.  Street ranges allow for the assignment of specific district information.  A range can consist of the entire street or specific segments of the street.  **A street number cannot exist in more than one segment for a specified street.** When you are processing a voter's address through the Voter Registration process, the voter's street address (house number) must be included in the street range defined in the street library for your county.  If it is not, they will appear on the 99999 report.

You can only use the street maintenance function when you are not in redistricting.  You are limited to the changes you can make.  You cannot change combos. You can add a new street, expand a range (as long as it does not overlap on an existing range) and change streets that have no voters attached.  Making the street segment changes updates the streets, and the system assigns the voters to the correct street segments.

# Step One– acquiring the information you need

**The Steps**

- Order your maps from Reapportionment, contact Gina Wright, Executive Director of the Legislative and Congressional Reapportionment Office. The office is located at 407 Coverdell Legislative Office Building, Atlanta, Georgia, 30334.  The phone number is 404.656.5063. These maps are free and only take a couple of days to receive after you order.  The website is located at: www.legis.ga.gov/joint/reapportionment

- Work with your county GIS department. If your county does not have this department, work with your 911 department.

- Order your street report from GVRS.  [www.gvrs.sos.state.ga.us/ElectioNet/](www.gvrs.sos.state.ga.us/ElectioNet/)

Navigate to **Reports>Public Reports>Other>Street List**

Under **Street List** you will radio (make the circle solid black) in the circle you need.  To order your County Precinct Report, radio in County Precinct.  To order the Municipal Precinct report, radio in the Municipal Precinct circle.

From the Precinct/Districts Drop Down Box, you can highlight the Precinct Number you want a report from.



You will highlight **<u>ALL</u>** of the numbers.

Under **Report Generation Options**– Generation Type– order both PDF and Excel.  Radio in the PDF circle, click on the Submit Report button.  You will receive the successful submit window.



Repeat the above steps to order the Excel version of the report.

These reports generate overnight and will be waiting for you when you return to work the next morning.

# The Steps

## Sample view of a Street List report.



**The Steps**

- Order your 99999 report from GVRS.  This report will show you what non-matched voters you have.

Navigate to **Reports>Internal Only Reports>Voter>Voters List**



Radio in **County Precinct.**

This will prepopulate the **Precincts/Districts/Combo** # dropdowns.  Select 99999

**Voter Status**– Highlight Active, Inactive and Pending.

**Sort Order Options**– Select Sort by Voter Name

Click on the **Submit Request** button.   This report generates overnight.  It will be ready for you the next morning in an Excel file.

## Sample View of the 99999 report.



These are the fields you will look at to determine a match to Voter Record Match to a Street Record in the GVRS. Navigate to **Inquiry>View Voter Registration**.



## Step Two– beginning the process

- The next day you will need to print out those reports you ordered the day before.  Log on to GVRS.

Navigate to **Report>Report Status**

The reports you ordered will be on the screen.  The blue font indicates the reports are ready.
Click on the blue report number and you will receive the window asking you if you want to open or save the file.



You will open and print a copy of all of the reports.  You can also save each report.  The reports will remain in the report tab for future reference, but you might find it easier to access them if they are on your desktop.



## Tips and Suggestions as you begin

- **What is the best way to work?**  The best practice for your office is to do this old school.  Spread those maps out and look at each street on the map and make notes.   Write all over the report.  Some of the streets you might have to go house by house.   Some you might have to actually drive to the street to confirm.

- **Does it matter what you call streets?**  No, just make sure you are consistent.  If you decide to use the word Street instead of St.  Then use the spelling of Street on every one.

- **How should I begin?**   We suggest you go through the Street List Report first.  It is in ABC order.  You will see the spelling or misspelling of streets names.  You will see duplications and errors more easily.  Then you can go by Precincts, or by ABC order, whatever workflow  works for you.  You just want to ensure everyone working on the re-districting in your office knows the plan and how the plan is being worked.

## Step Three– the process

<span style="color:gray">**The Steps**</span>

The process is recording every change you need to make on the streets.  The report you printed is showing you what the streets look like **NOW** in the system.  You are going to create a spreadsheet of changes you need to make.  You will list anything that needs to be changed….such as misspelling to district lines being moved.  We have created the spreadsheet template for you to use.



When you open the file the template is already installed for you.  The left side of the spreadsheet, under blue headings is where you will list the streets as they currently are listed on the report (which is how they are listed in the system).   Complete everything you know about the street that pertains to your county.



Because it is a lot of information, you might find that instead of retyping on the right side on the spreadsheet it is easier to cut/paste/change the information.   To copy and paste after you have completed all you can under the light blue tabs, highlight the row, and copy and paste that information on the same line on the right hand side  under the green headings, just on the other side of the red block.   After you paste the information, you can then make the changes needed.

Please make sure you leave at least one blank row between each change. This makes the  report so much easier to read and work.

We have created an example of changes and how you would list them on the spreadsheet.  You can find the whole copy of this example on Firefly.  **Only list streets that have changes on your spreadsheets**.



After you have all of your street information current and what you want them to be on the spreadsheet, email that spreadsheet to your liaison at the state for review.

The state will spot check after your spreadsheet has been reviewed .  You will now be 95% complete with the process.  Now, you need to make the data entry system changes in GVRS.

# Excel

From the GVRS you can order reports in Excel spreadsheets. In Excel you can store over a million rows of data. And as great as that is, if you don't know how to find the data you are looking for within those millions of rows, then you will get very frustrated.  The following steps will guide you to allow you to create the Excel report you need, these are just basic options.

To begin, you must have your list "properly formatted", meaning there is a distinct header row with some kind of formatting that sets it apart form the other rows (be it bold, underline, italics, etc.). You also cannot have



any blank rows or columns; however, individual blank cells are not a problem.

**Highlight the data** you want to sort.  To highlight the entire column, double click on the heading tab. Select the **Home** tab, which will display the Home tab ribbon. You will find the **editing group by** selecting **Sort and Filter**.  You will click on the appropriate option that matches your preferred sort.  For example, if your data is text, select either "Sort A to Z" or "Sort Z to A."  If your data consists of numbers, select "Sort Smallest to Largest" or "Sort Largest to Smallest".  The sort will occur upon clicking this command.



Let's say you want to get a little more specific with your criteria and identify all the voters in a certain District Combo Number.

This is where **AutoFilter** can help you.  AutoFilter allows you to hide data based on specific criteria within each column.

• First select/highlight any cell with your list.  (for this sample we are selecting District Combo Number 21)
• On the **Home** tab in the ribbon, in the **Editing** group, click on the icon labeled Sort and Filter to open the **Sort and Filter** options menu.  From the Sort and Filter drop –down menu, select **Filter**.



• You will notice little tiny arrows to the right of your column header of the cell you selected.

Click on the **arrow**.  That will open a Sorting and Filtering options menu.
In the bottom of the Sorting and Filtering options menu you will see a list of your unique data within that column.  Next to that data, you will see a series of check boxes.  These check boxes allow you  to select which data is viewable.  By default, all data is checked.   To view only voters in District Combo Number 21, you will only have that check box checked.
A faster way is to first uncheck the (Select All) box, which will uncheck all options.  Then you can simply check the 21 box.
Click **OK** to apply the filter.





What you will notice about your filtered list.

•You are now viewing only those voters in District Combo Number 21.

•The row of numbers to the far left have turned blue.  This is Excel's way of telling you that your list has been filtered.  Also notice the row  numbers are no longer sequential.  This is because Excel is hiding those rows from view.  So, don't worry, you have not lost or deleted the other data; it is just hidden from view.

•You will also notice that the arrow in the District Combo Number column now has a funnel symbol next to it. This is to let you know that a filter is in place in this column. You are not limited to filter by only one criteria.  By checking additional boxes within a column you can see additional rows of data.  Or if you want to further limit your search results, you can filter by additional columns as well.

Do you want to **save** this filtered list?  Do you want to **print** this filtered list?  If so, you will Save and Print like any other list.

Click on **File**, located on the top left.



This will take you to your options page.

To Save, click on **Save As** and then give the file a Name, choose the type (Excel or PDF) and location you wish to save it on your computer.

To print, click on **Prin**t and select number of copies, printer, etc.



You have your list filtered and now you want to see ALL of the voters once again.  For that, you will need to clear any filters you have in place.
To **Clear a Filter**:

- **Click** on the funnel icon in the header column that has been filtered.

•If a filter is in place you should see an option "Clear Filter from DISTRICT COMBO NUMBER".

• **Click** on this option to clear that column's filter. To clear multiple column filters at once, you can also go back to the Sort and Filter menu on your ribbon and select "Clear".



# Word Problems Word Problems

**Don't be scared, you are not back in high school math with**

**a train leaving the station at 2pm.**

## What work is Street Maintenance and what work requires you to enter the Redistricting Module?



Currently the street range on Mulberry Street is 50 –300.   Side listed as All, Postal City as Bardstown, Zip Code as 30456, County Precinct 12C, Voting Area/Combo # 11, CONG 6, SENATE 4, HOUSE 167,  JUDICIAL 99, FIRE 45 and SCHOOL 67, MUNI Bardstown and WATER 23.  You need  to expand that street range to be 1-600.   The range is the only thing changing.



How do you list this on the spreadsheet?

*Is this Street Maintenance or will you need to enter the  Redistricting Module?*



Currently the street range on Zorn Avenue is 1-9999.   Side listed as All, Postal City as Cedartown, Zip Code as 30467, County Precinct 12D, Voting Area/Combo # 88, CONG 8, SENATE 5, HOUSE 134,  JUDICIAL 77, FIRE 54 and SCHOOL 3, and WATER 16.  You need to decrease that street range to be 1-500.



How do you list this on the spreadsheet?

*Is this Street Maintenance or will you need to enter the  Redistricting Module?*



You currently have Moray Road– the whole street evenly divided, the district lines go straight down the middle.

ONE SIDE- Moray Road, with a range of   1-499, Side listed as Odd, Postal City as Shively,  Zip Code as 93026, County Precinct 12A, Voting Area/Combo # 9, CONG 2, SENATE 4, HOUSE 111, JUDICIAL 7, FIRE 2, COMM 34,  SCHOOL 34, WARD 5, WATER 9.

OTHER SIDE- Moray Road, with a range of   2-500, Side listed as Even, Postal City as Shively,  Zip Code as 93026, County Precinct 12A, Voting Area/Combo # 10, CONG 2, SENATE 4, HOUSE 111, JUDICIAL 7, FIRE 6, COMM 33,  SCHOOL 36, WARD 8, WATER 9.

After redistricting the new map shows the entire street is in Voting Area/Combo #9 and Precinct 12A, that dividing line gone.  Now everyone is consolidated into one district.

New is Moray Road, Range 1-500, Side listed as All, Postal City as Shively,  Zip Code as 93026, County Precinct 12A, Voting Area/ Combo # 9, CONG 2, SENATE 4, HOUSE 111,  JUDICIAL 7, FIRE 2, COMM 34,  SCHOOL 34, WARD 5, WATER 9.



How do you list this on the spreadsheet?

*Is this Street Maintenance or will you need to enter Redistricting Module?*

**Word Problems**



**4** Your street reports shows you have Main Street listed as Main St. and Main Street and Main Str. And Mane Street and Mane St.  You have voters associated with every spelling.  Your 911 book shows the  correct spelling is Main Street.



How do you list this on the spreadsheet?
*Is this Street Maintenance or will you need to enter the  Redistricting Module?*



**5** You currently have that street as Elm Street, with a range of 1-1000, Side listed as All, Postal City as Louisville, Zip Code as 30912, County Precinct 11B, Voting Area/Combo # 5, CONG 4, SENATE 6, HOUSE 122, JUDICIAL 8, FIRE 51 and SCHOOL 7.  The new District map shows the FIRE line splits the Elm Street in half, right down the middle of the street.



How do you list this on the spreadsheet?
*Is this Street Maintenance or will you need to enter the Redistricting Module?*



**6**

## Word Problems

You currently have an apartment complex, address listed as 1300 Skyline Parkway with 12 buildings.  1-12.  With a range of  1-2000,  Side listed as All, Postal City as Chapel Hill,  Zip Code as 76345, County Precinct 345D,  Voting Area/Combo # 14, CONG 7, SENATE 9, HOUSE 423, JUDICIAL 5, FIRE 45,  SCHOOL 7 and WATER 34.

The new map shows the district line going through the apartment buildings.  You need to make sure that each building of the complex is in the correct district.

This is how the line divides the complex.

ONE SIDE- 1300 Skyline Parkway with 6 buildings— 1-6.  With a range of  1300, Side listed even,  Building High 6, Building Low 1, Postal City as Chapel Hill,  Zip Code as 76345, County Precinct 344D,  Voting Area/Combo # 15, CONG 7, SENATE 9, HOUSE 423,  JUDICIAL 5, FIRE 45,  SCHOOL 8 and WATER 32.

OTHER  SIDE- 1300 Skyline Parkway with 6 buildings—7-12.  With a range of  1300, Side listed even, Building High 12, Building Low 7,  Postal City as Chapel Hill,  Zip Code as 76345, County Precinct 345D,  Voting Area/Combo # 16, CONG 7, SENATE 9, HOUSE 423,  JUDICIAL 5, FIRE 45, SCHOOL 5 and WATER 37.



How do you list this on the spreadsheet?

*Is this Street Maintenance or will you need to enter the Redistricting Module?*

**7**



You currently one only one house for Thistledown Street, With a range of  1,  Side listed as All, Postal City as Prospect,  Zip Code as 35367, County Precinct 22C,  Voting Area/Combo # 11, CONG 6, SENATE 8, HOUSE 934,  JUDICIAL 9, FIRE 52, SCHOOL 8 and WATER 11.



How do you list this on the spreadsheet?

*Is this Street Maintenance or will you need to enter the Redistricting Module?*

Street Maintenance

21

Some street Maintenance in GVRS can be accomplished when you are NOT in the redistricting module. These changes will be immediate, you do not have to wait for the overnight process.

**To Add Streets**



The existing  streets can be viewed by selecting the Existing Street radio button and clicking on the Street Name drop –down list.   Use this option to search for the street name in the existing street list; to be sure it does not already exist.

Navigate to **Activities> County Data> Maintain Street**

- If the street is not found, select the **New Street** radio button.

- Enter the **Street name**, Street Type, Side, Low Range and High Range.

- **Ranges** will be defined to contain Even, Odd, or All street numbers for each segment.  Even ranges must begin and end with even numbers, and odd ranges must begin and end with odd numbers.

- Building Low #, Building High #, Land Districts and Land Lots are all optional fields.  Land Districts and Land Lots are for information purposed only and do not affect districting.

- If the street is located inside a Municipality, click the check box labeled **In Municipality** next to the Municipality drop down list.  A dialog box will display, click OK and then select the Municipality through the Municipality drop down list.

- Select **Postal City** from the drop down list.

- Enter the **Zip code**.

- Select **County Precinct** from the drop down list.  The screen will refresh and the associated Voting Area/ Combo #'s will populate in the drop down list.

- Select **Voting Area/Combo Number** from the drop down list.

- If applicable, select **Municipal Precinct** from the drop down list.

- Click the **Update** button.  You will receive the window asking you if you are sure you want to update.

- Click **OK.** 

- The information for the new street will display in the grid on the screen.  Districts are assigned to voters based on the street selected and the information entered in the street library.  If a voter is already  assigned to that street, the system will not let you update the line.  You will receive this window and have to do the update in redistricting.

September 2021

**To Edit Streets**

Street Maintenance

Navigate to **Activities County Data>Maintain Street**



- Select the Existing Street radio button.

- Select the street from the **Street Name** drop down list.

- The street information will be displayed in a grid at the bottom of the screen.

- On the street grid, select a line to modify by clicking on the 🖉 icon on the respective line, under the section labeled **Actions.**  This will display the selected street information in edit mode.



- Fields will pre populate.  Make any necessary changes  that can be made-extending street range- to the street information in the fields.

- Click on the **Update** button. You will receive the window asking you if you are sure you want to update.

- Click **OK.**

- The updated information will be displayed in the grid at the bottom of the screen. If a voter is already assigned to that street range, the system will not let you update the line.  You will receive this window and have to do the update in the redistricting module.



**To Delete Streets**

<u>Note:  A street CANNOT be deleted if voters are currently registered on it.</u>

Navigate to **Activities County Data>Maintain Street**



- Select the **Existing Street** radio button.

- Select the street through the Street Name drop down list.

- Select a line to delete by clicking on the 🗑 icon on the respective line, under the section labeled **Actions**.

- The system will display a confirmation message to delete the line.

- Click **Ok.**

- If a voter is already   assigned to that street, the system will not let you update the line.  You will  receive this window and have to delete the street in the redistricting module.

**Street Maintenance**

**Maintain Rural Streets**

Rural streets do not have low and high ranges used to define the street range. Rural streets are maintained the same way as non-rural streets, except that the low and high ranges will not be required when adding a rural street. A rural street does not require a street type, so you can name a street Rural Route 1 or Highway 218. When a voter resides on a rural street, the Rural Address Flag check box is checked (on the Voter Registration screen). The system will not require the voter's address to include a street number.

NOTE: A rural street is also added, edited, and deleted the same way non-rural streets are added, edited and/or deleted. The only exception is that the functions are completed through the Maintain Rural Street Screen. Also like non-rural streets, a rural street CANNOT be deleted if voters are currently registered on it.

Navigate to **Activities >Maintain County Data>Maintain Rural Street**



- The maintain Rural Street screen is displayed.

- From this screen you may :

    View existing rural street

    View voters on existing rural streets

    Add, Edit, and/or delete a rural street

## Street Maintenance

**Maintaining Business Addresses**

Business Addresses may be created to designate specific street ranges as being used for commercial purposes only. This prohibits those street numbers from being used as residential addresses when processing voter registrations.

Navigate to **Activities County Data>Maintain Business Address**



- The Maintain Business Addresses screen will be displayed.

- Select the **street name** through the Street Name drop down list.

- The street information will be displayed in a grid at the bottom of the screen.

- If any business addresses have been added to the selected street they will be displayed in a separate grid on the screen.

**Add Business Addresses**

- Select the **Side.**

- Enter the **Low Range**.

- Enter the **High Range**.

- Enter the **Building Low #** and **Building High #** (if applicable).

- Enter the **Business Name**.

- Enter the **Zipcode.**

- Click the **Add Line** button.

- A confirmation message will display that the new line was inserted successfully.



- Click **OK.**

- The information entered for the Business Address will be displayed in the grid on the screen.

- If you receive the Action is Not Performed window, it will tell you why.  If the reason is your specified range does not exist in the selected street range, then you must go into Maintain Streets and alter the range.

Street Maintenance

**To Edit Business Address**

- Select the street name through the **Street Name** drop down list.

- Select a line to modify by clicking on the 🖊 icon which displays the selected information in the Edit mode.

- Make any necessary changes and click the Update button.

- The information is updated and displayed in the grid.

**To Delete Business Addresses**

- Select a line to delete by clicking on the 🗑 icon on the respective line.

- The system will display a confirmation message to delete the information.

- Click OK.

- On confirmation, a message will display  - street segment deleted successfully.

# Maintaining Precincts

Navigate to **Activities County Data>Maintain Precincts**



- The Maintain Precincts screen is displayed.

- Select the precinct type from the **Precinct Type** drop down list.

- The system will refresh with the existing precincts displayed in a grid on the screen.



Street Maintenance

**To Add Precincts**

- Enter the **Number** and **Descriptions.**

- Click the **Add** button.

- A confirmation message will be displayed.

- Click **OK**.

- A message will display.—Precinct added successfully .   The precinct will be added and displayed in the grid with existing precincts.

**To Edit a Precinct**

Note– Changes to existing Precincts with voters associated will need to be done in Redistricting.



- Select the precinct type from the **Precinct Type** drop down list.

- The system will refresh with the existing precincts will be displayed in a grid on the screen.

- Select a line to modify by clicking on the 🖉 icon which displays the selected information in Edit mode.

- Make any necessary changes and click the **Update** button.

- The information is updated and displayed in the grid.


**To Delete Precincts**

Note– A precinct cannot be deleted if voters are currently registered in that precinct.

- Select the Precinct Type from the **Precinct Type** drop down list.

- The system will refresh with the existing Precincts displayed in a grid on the screen.

- Select a precinct to delete by clicking on the 🗑 icon on the respective line.

- The system will display a confirmation message to delete the information.

- Click **OK**.

- A message is displayed that the Precinct was successfully deleted.

# HELPFUL TIPS WHEN USING THE GVRS    HELPFUL TIPS

- ◆   Holding down the CONTROL key when you click a link opens a new tab in your browser.

- ◆   Holding down the SHIFT key when you click a link opens a new window.

- ◆   If while you are in the redistricting process and you need to look up a voter or a street, you can not edit the information but you can view this information by navigating to **Inquiries>Redistricting Search Voter.**



Or by navigating to **Inquiries >Redistricting Street Information.**



Want to suspend the redistricting process and do some maintenance?

Navigate to **Activities >Redistricting >Maintain Voting Districts**



**Revoke Button**– By clicking the Revoke button you unlock the system so you can do more maintenance. You are not loosing the work you have done.  When you click Revoke you can instantly go to work, you do not have to wait overnight.

September 2021

HELPFUL TIPS 29

# You will work the top row of buttons left to right.



# You can only access the bottom row of buttons when they are white text. Grey text locks you out.

# AT A GLANCE

**Start button**– This tells the system you want to enter redistricting. It is an over overnight process. Click start and go home for the day.

**Confirm button**– When you click on Confirm it saves all of your work, confirms the changes and tells the GVRS system you are done for that day. When you click confirm, it is an overnight process for all of the changes to be applied.

**Abandon button**– You only want to click on Abandon if you want to *100% fully no turning back* end working on your redistricting. It undoes ALL work you have previously confirmed. It saves nothing and starts you completely over in redistricting. It abandons the whole project. This button should be a doomsday flashing red one….ONLY press it if someone at the state has told you to abandon.

**Complete button**– You have entered all the changes, your reports show that all of your streets are correct. Clicking the Complete button tells the system you have completed all the changes.

**Revoke Button**– By clicking the Revoke button you unlock the system so you can do more maintenance. You are not loosing the work you have done. When you click Revoke you can instantly go to work, you do not have to wait overnight.

**Request Precinct Cards-** Click the Request Precinct Cards button. When you click this you are telling the system to END the whole redistricting cycle. This function only ENDS the redistricting module, you will need to submit a request to your liaison to order your precinct cards.

**There are 3 locations that you can change street information.**

HELPFUL TIPS

1. Navigate to **Activities County Data> Maintain Street**

    Here you can create streets, modify streets with no voters, and expand the street range as long as it does not overlap with another segment. Any changes here do NOT update the voters, changes only updates the streets.



**2.** Navigate to **Activities >Redistricting >Maintain Voting Districts >Maintain Street**

Here you can create streets, delete streets and increase and decrease street ranges.  You still can't overlap ranges. These changes WILL update the voters.  As long as you do not break the relationship with the voter, they will update.  If the street changes you make does break that relationship, don't worry, the voters will fall into the safety net of the 99999 report.  Moving it in to or out of a Municipality, changing a postal city or zip code will break the relationship.  Of the three—this one requires you to be in full Redistricting module.



**3.** Navigate to **Activities >Redistricting >Maintain Voter Address**

Here you can move a street in to or out of a Municipality, change the Postal City, Zip Code, County Precinct, Municipal Precinct, Voting Area and Combo for an existing street that has at least one voter attached.  Here you make changes to the segment the way it currently exists, you can't change the range or add a street.



## Starting in redistricting



Makes as many of your changes as possible before you begin work in the Redistricting Module, because, it is like a 4 day/3 night cruise.   You will be away from "home" that long. After your liaison at  the state has reviewed your spreadsheet and say okay, you are ready to begin your redistricting.

In the GVRS navigate to **Activities > Redistricting > Voting Districts**

You will notice the bottom row of function keys, all are grey except for Start. This is the only functioning key at this step.   Click the **Start** button.  You will receive a Are you Sure window.  Click **OK**.



You will then receive a success window.



You have begun the Redistricting Process and you are done for the day.    You will be locked out of Maintaining County Data, so be sure you have completed all work your office needed to do before you press Start.

The process is an overnight one, so press start as you leave for the afternoon and when you come back in to the office the next day, you can begin entering data.

**Redistricting**

In GVRS navigate to **Activities > Redistricting> Voting Districts**

You will notice that you have 2 active tab options.  Confirm or Abandon.



**Confirm button**– When you click on Confirm it saves all of your work, confirms the changes and tells the GVRS system you are done for that day.  When you click confirm, it is an overnight process for all of the changes to be applied.

**Abandon button**– You only want to click on Abandon if you want to *100% fully no turning back* end working on your redistricting.  It undoes ALL work you have previously confirmed.  It saves nothing and starts you completely over in redistricting.  It abandons the whole project.  This button should be a  doomsday flashing red one….ONLY press it if someone at the state has told you to abandon.

―――――――――――――――――――――――――――――――――――

When you first begin this we would like you to enter some data on your first day, and click **confirm** so we can ensure you that you have entered the data correctly. You don't want to work for two weeks entering data, click confirm, and then find out you were doing it all wrong.

**Day One**- You have entered the data and clicked confirm.   Entering the data is implementing the changes you have listed on the spreadsheet.  Instruction as to how to enter the data begin on page 36.  You are done for the day.  Overnight the system will match voters to the streets.

**Day Two**- The next day when you get to the office you will request your reports.  EVERYTIME you click confirm you need to order the reports the next morning.
In GVRS you will navigate to **Reports> Redistricting Reports .**



September 2021

You will have 4 choices of **Redistrict Reports**.

1 Redistrict Matched Voters Report

2. Redistrict Non-Matched Voters Report

3. Redistricting Statistical Report

4. Summary of the voters per Street Report

You want to order all 4.  You will radio the button beside each.

Under Report– Generation Options you will selection either PDF, Excel or CSV type.  Radio in the type of file you want the report in.  We suggest PDF and Excel of each.  After you click Submit Request, you will receive the success window.



These reports auto generate, meaning they are not overnight.  You submit the request and the report generates.  You need to save the files to your computer along with printing them out.

Navigate to **Reports>Report Status**.  Screen will show all of your reports. The far left link of blue number shows that the report is ready.   Select the box of the report you want.  You can print or save to your desktop.   The report will stay in the section, the status will just change from Complete to Viewed.

Redistricting

| | | | | | | | ORGL | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|

11/07/2013 — GEORGIA SECRETARY OF STATE VOTER REGISTRATION SYSTEM — Generated By: 156PELY

MASS CHANGE FOR RE-DISTRICT / RE-PRECINCT ( MATCHED )

WILCOX

| Voter Registration # | Voter Name | Address | Status | Apt/Unit | Zip Code | County Precinct | Municipal Precinct | Combo # | County Precinct | Municipal Precinct | Combo # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 00121905 | GILLIAM, GAY G | 5633 CANNONVILLE RD ABBEVILLE | Active | | 31001 - 2505 | 2A | | 00115 | 2A | | 00115 |
| 10067139 | LEWIS, APRIL DAWN | 6098 CANNONVILLE RD ABBEVILLE | Active | | 31001 | 2A | | 00115 | 2A | | 00115 |
| 10026259 | SERCER, CHRISTERPHER LAMAR PATRICK | 515 DAISY LN ROCHELLE | Active | | 31079 | 4A | | 00115 | 4A | | 00101 |
| 10010970 | SAYLOR, JONATHAN LANE | 275 CHRISTIAN HILL RD ROCHELLE | Active | | 31079 | 4A | | 00115 | 4A | | 00101 |
| 00190798 | MILLER, LINDA F | 1562 CHRISTIAN HILL RD ROCHELLE | Active | | 31079 - 5539 | 4A | | 00115 | 4A | | 00115 |
| 00167584 | WORLEY, LEANNE GORDON | 3523 GORDON RD ROCHELLE | Active | | 31079 - 5464 | 4A | | 00115 | 4A | | 00115 |
| 00190960 | TROUTMAN, PEARLYE C | 13498 GA HIGHWAY 112 ROCHELLE | Active | | 31079 - 4904 | 4A | | 00115 | 4A | | 00101 |
| 00190951 | TROUTMAN, HENRY JAMES | 13498 GA HIGHWAY 112 ROCHELLE | Active | | 31079 - 4904 | 4A | | 00115 | 4A | | 00101 |
| 00191760 | OWENS, JOEL WAYNE | 1581 GORDON RD ROCHELLE | Active | | 31079 - 5425 | 4A | | 00115 | 4A | | 00101 |
| 00193998 | MUNFORD, CASSANDRA M | 1225 AMERICAN LEGION RD ABBEVILLE | Active | | 31001 - 5034 | 4A | | 00115 | 4A | | 00115 |
| 00191757 | MILLER, WILLIAM HERBERT | 140 MILLER RD ROCHELLE | Active | | 31079 - 5401 | 4A | | 00115 | 4A | | 00101 |
| 00191756 | MILLER, RUSSELL D | 1562 CHRISTIAN HILL RD ROCHELLE | Active | | 31079 - 5539 | 4A | | 00115 | 4A | | 00115 |
| 00191754 | MILLER, JAMIE M | 140 MILLER RD ROCHELLE | Active | | 31079 - 5401 | 4A | | 00115 | 4A | | 00101 |
| 00191753 | MILLER, JAMES RONALD | 1599 CHRISTIAN HILL RD ROCHELLE | Active | | 31079 - 5523 | 4A | | 00115 | 4A | | 00101 |
| 00191739 | TYNDAL, SHERRIE MCGLAMORY | 4065 GORDON RD ABBEVILLE | Active | | 31001 - 2311 | 4A | | 00115 | 4A | | 00115 |
| 00191723 | HOLLIDAY, WANDA ORR | 16068 GA HIGHWAY 112 ROCHELLE | Active | | 31079 - 4008 | 4A | | 00115 | 4A | | 00101 |
| 00191722 | HOLLIDAY, JULIE MILLER | 1869 MITCHELL RD ROCHELLE | Active | | 31079 - 4445 | 4A | | 00115 | 4A | | 00101 |
| 00191721 | HOLLIDAY, BOBBY THOMAS | 1869 MITCHELL RD ROCHELLE | Active | | 31079 - 4445 | 4A | | 00115 | 4A | | 00101 |
| 00191720 | HOLLIDAY, BOBBY T | 16068 GA HIGHWAY 112 ROCHELLE | Active | | 31079 - 4008 | 4A | | 00115 | 4A | | 00101 |

Page 1 of 40

| 11/12/2013 | | | | | | | Generated By: 156PELY |
|---|---|---|---|---|---|---|---|

## GEORGIA SECRETARY OF STATE VOTER REGISTRATION SYSTEM

WILCOX

### MASS CHANGE FOR RE-DISTRICT / RE-PRECINCT (NOT MATCHED)

| Voter Registration # | Voter Name | Voter Address | Apt/Unit | Zip Code | County Precinct | Municipal Precinct | Combo # |
|---|---|---|---|---|---|---|---|
| 00191025 | ATES, EDWARD | 7580 FELLOWS RD ROCHELLE | | 31079 | 99999 | | 00000 |
| 00191686 | GORDON, GEORGE TIMOTHY | 1547 SHADY GROVE RD ROCHELLE | | 31079 | 99999 | | 00000 |
| 00191688 | GORDON, JANET C | 1547 SHADY GROVE RD ROCHELLE | | 31079 | 99999 | | 00000 |
| 00191859 | BROOKS, CARLA G | 1449 AMERICAN LEGION RD ROCHELLE | | 31079 | 99999 | | 00000 |
| 00191863 | BROOKS, JOSEPH WARD | 1449 AMERICAN LEGION RD ROCHELLE | | 31079 | 99999 | | 00000 |
| 00192363 | ROTTMAN, MICHAEL JACKSON | 1396 AMERICAN LEGION RD ROCHELLE | | 31079 | 99999 | | 00000 |
| 00192710 | KING, SCOTT B | 885 BRUSHY CREEK RD ROCHELLE | | 31079 | 99999 | | 00000 |
| 00192865 | HOLLIDAY, SHIRLEY F | 821 SHADY GROVE RD ROCHELLE | | 31079 | 99999 | | 00000 |
| 00192922 | KING, KAREN B | 885 BRUSHY CREEK RD ROCHELLE | | 31079 | 99999 | | 00000 |
| 00193767 | SERCER, JOE OWEN | 671 BRAMBLE WOOD RD ABBEVILLE | | 31001 | 99999 | | 00000 |
| 00194213 | ROGERS, DANIEL SCOTT | 455 BELL ST ABBEVILLE | | 31001 - 1800 | 99999 | | 00000 |
| 00810321 | VAUGHAN, RONNY F | 3727 MCGLAMRY RD PITTS | | 31072 | 99999 | | 00000 |
| 04921076 | COBB, JESSICA W | 4908 MCGLAMRY RD PITTS | | 31072 | 99999 | | 00000 |
| 05365582 | COBB, SETH CALON | 4908 MCGLAMRY RD PITTS | | 31072 | 99999 | | 00000 |
| 07407316 | BROOKS, WILLIAM JOSEPH | 1449 AMERICAN LEGION RD ROCHELLE | | 31079 | 99999 | | 00000 |
| 07560828 | TRAYLOR, WILLIAM A | 206 MAIN ST RIVER WILLOWS NC ABBEVILLE | | 31001 | 99999 | | 00000 |
| 07846596 | BALOM, SHAMEKIA MARIA | 44 HILL ST PINEVIEW | | 31071 - 3204 | 99999 | | 00000 |
| 07847249 | GRACE, SHEKEDA LENELLY | 44 HILL ST PINEVIEW | | 31071 - 3204 | 99999 | | 00000 |
| 08401523 | TRIPP, HEATHER NICOLE | 821 SHADY GROVE RD ROCHELLE | | 31079 | 99999 | | 00000 |

Redistricting

**Working the reports**

You have correct streets and street segments.  These reports show voters who have been assigned to those streets.  All of the data you entered and confirmed will be reflected in these reports.  You will use these reports to see the non-matched and matched voters.   The non-matched voters are the folks who have no street assigned to them.

**Day Three and forward– enter all the data**

You will want to check to ensure that the changes are updating correctly in the system.  After you print out your first set of reports, contact your liaison.  They will either say "Great job, enter the rest of your data/ changes." Or they will say "Let me help you with the entering process".

You will then enter the rest of your data.  Depending on how many changes you have, it can take you one day, three days, 2 weeks or a month.

At the end of each work day, the last task you will complete is clicking the **confirm** button. When you click on Confirm it saves all of your work, confirms the changes and tells the GVRS system you are done for that day.  When you click confirm, it is an overnight process for all of the changes to be applied.  Every time you click **Confirm**,  order your reports the next day.



## Entering the data/making the changes/doing the work

You have your approved spreadsheet with changes/corrections and now you need to enter the data/make the changes/do the work…….whatever you want to call it, in the GVRS.

Navigate to **Activities >Voting Districts**

Notice the boxes across the screen that we have a red box around.  You will work these boxes left to right.



If you need to add a district, work in **Maintain Districts** first.  Click on the **Maintain Districts** button.



- Above is the screen you will receive.

- Under **District Type**– When you click on this drop down screen, every type of district available to counties across the state will show.   You will only highlight the district type that you have in your county or municipality.

- Under **Number**– Enter a number if a number is associated with this district type.  For example, if you need to add a  Ward 2 seat.  You would highlight Ward under District Type and enter the number 2 in this field.

- Under **Description**– This is how the system will identify the district type.  For our example, you would enter Ward 2.

- Click the **Add** button.

- You will receive the window asking you if you are sure you want to submit.

- Click **OK.**



- You will receive the successful added window.

- Repeat these steps for each District you need to add.

Navigate to **Activities >Redistricting >Maintain Voting Districts**



If you need to add, edit or move combos, next you will move across to the **Maintain Combos.** Click on Maintain Combos button.



**Add a New Combo**

- Above is the screen you will see. This is a listing of all the combos/ballot styles you have.

- From your approved spreadsheet, if you have combos that need to be created, highlight the information from each of the drop down boxes.

- After you have entered the data, click the **Add New Combo** button.

- You will receive a successful window.



- The system will assign the next numerical combo.

- If you have not entered all the information needed to create a combo, the system will tell you what is mandatory and the fields must be filled in.

- Repeat these steps for each Combo you need to add.

Navigate to **Activities >Redistricting >Maintain Voting Districts**

**Edit a Combo**



- Click on the **Maintain Combo** button.

- On the Combo grid, select a line to modify by clicking on the ✏ icon on the respective line, under the section labeled **Actions.** This will display the selected combo information in edit mode.

- Above is the screen you will receive. The fields will have pre populated to the combo you selected to edit.

- Using your approved spreadsheet, make the changes.

- Click the **Update Combo** button.

- You will receive the Are your sure you want to update window.

- Click **OK**.

- You will receive the successfully update window.



- Repeat these steps for each Combo you need to edit.

**Delete a Combo**

If you have combos that need to be deleted, please contact your liaison.

Navigate to **Activities >Redistricting >Maintain Voting Districts**



If you need to add, edit one or more precincts, Next you will move across to the **Maintain Precincts.**

Click on Maintain Precincts button.



**Add a New Precinct** *(If no voters are attached, you can also do this out of the redistricting module)*

- Above is the screen you will receive.  This is a listing of all the **Precinct Types** you have.

- From your approved spreadsheet, if you have **Precinct Types** that need to be created, highlight the information from  each of the drop down boxes and complete the fields.   **Number** is the number you have assigned that Precinct.  **Description** in the name you want to call it in the system.

- After you have entered the data, click the **Add** button.

- You will receive a Are you sure you want to submit window.

- Click **OK.**

- You will receive a precinct  added successfully window,

- Repeat these steps for each Precinct you need to add.

Navigate to **Activities >Redistricting >Maintain Voting Districts**



Click on Maintain Precincts button.

**Edit a Precinct**



- On the Precinct Type grid, select a line to modify by clicking on the 🖉 icon on the respective line, under the section labeled **Actions.**  This will display the selected Precinct information in edit mode.

- Above is the screen you will receive.  The fields will have pre populated to the Precinct you selected to edit.

- Using your approved spreadsheet, make the changes.

- Click the **Update**  button.

- You will receive the Are your sure you want to update window.

- Click **OK**.

- You will receive the successfully update window.



- Repeat these steps for each Precinct  you need to edit.

**Delete a Precinct**

If you need to delete a precinct, please call your liaison.

Navigate to **Activities > Redistricting> Voting Districts**



Click on Maintain Voting Area button.



**Add a New Voting Area**

*A **voting area** creates the relationship between the combos/precincts that allows street to utilize the combos/ precincts.  This is another level of data integrity and ensures the data stays as clean as possible.*

- Above is the screen you will receive.  This is a listing of all the **Voting Areas** you have.

- From your approved spreadsheet, if you have **Voting Area** that need to be created, highlight the information from each of the drop down boxes .

- After you have entered the data, click the **Insert** button.

- You will receive a Are you sure you want to submit window.

- Click **OK.**

- You will receive a Voting Area added successfully window,



- Repeat these steps for each Voting Area you need to add.

Navigate to **Activities >Redistricting >Maintain Voting Districts**



If you need to add or edit a voting area, click on Maintain Voting Area button.

**Edit a Voting Area**



- On the **Voting Area** grid, select a line to modify by clicking on the ✏ icon on the respective line, under the section labeled **Actions.** This will display the selected Voting Area information in edit mode.

- Above is the screen you will receive. Using the drop down boxes, select the Voting Areas to edit.

- Click the **Update** button.

- You will receive the Are your sure you want to update window.

- Click **OK**.

- You will receive the successfully update window.



- Repeat these steps for each Voting Area you need to edit.

**Delete a Voting Area**

If you need to delete a Voting Area please call your liaison.

Navigate to **Activities> Redistricting> Voting Districts**

Redistricting



Click on Maintain Polling Place button.



**Assigning a Polling Place.**   Click on the Assign Voting Area button.



*(This can also be done out of the redistricting module if no voters are attached)*

- **Polling Place**– for the drop down box, highlight the Polling Place. (you added it in Maintain Voting Area)

- **Polling Place Type**– Highlight what applies.  County or Municipal

- In the left side box you will see the **Voting Area/Combos #** in the system.   Highlight the ones you need to move to the right hand box– **Assigned Voting Area/Combo #.**  After you highlight them, click the >> arrow button to move them over.  If you are moving them all, click the ALL button.

- Click the Assign button.  You will receive a Voting Area Successfully Assigned window .



- Repeat for each Polling Place.

Navigate to **Activities > Redistricting > Voting Districts**



Click on the **Maintain Street** button.



**To Add Streets**

The existing  streets can be viewed by selecting the Existing Street radio button and clicking on the Street Name drop –down list.   Use this option to search for the street name in the existing street list; to be sure it does not already exist.

- If street is not found, select the **New Street** radio button.

- Enter the **Street name**, **Street Type, Side, Low Range and High Range**.

- **Ranges** will be defined to contain Even, Odd, or All street numbers for each segment.  Even ranges must begin and end with even numbers, and odd ranges must begin and end with odd numbers.

- Building Low #, Building High #, Land Districts and Land Lots are all optional fields.  Land Districts and Land Lots are for information purposed only and do not affect districting.

- Is the street is located inside a Municipality, click the check box labeled **In Municipality** next to the Municipality drop down list.  A dialog box will display, click OK and then select the Municipality through the Municipality drop down list.

- Select **Postal City** from the drop down list.

- Enter the **Zip code**.

- Select **County Precinct** from the drop down list.  The screen will refresh and the associated Voting Area/Combo #'s will populate in the drop down list.

- Select **Voting Area/Combo Number** from the drop down list.

- If applicable, select **Municipal Precinct** from the drop down list.

- Click the **Add Line** button.  You will receive the window asking you if you are sure you want to update.

- Click **OK.**

- The information for the new street will display in the grid on the screen.



Navigate to **Activities >Redistricting> Maintain Voting Districts**



Click on the **Maintain Street** button.

**To Edit Streets**



- Select the Existing Street radio button.

- Select the street from the **Street Name** drop down list.

- The street information will be displayed in a grid at the bottom of the screen.

- On the street grid, select a line to modify by clicking on the 🖉 icon on the respective line, under the section labeled **Actions.**  This will display the selected street information in edit mode.

- Make any necessary changes to the street information in the fields that have pre populated.

- Click on the **Update** button. You will receive the window asking you if you are sure you want to update.

- Click **OK.**

- You will receive the New Line inserted successfully window.



- The updated information will be displayed in the grid at the bottom of the screen.

- Repeat for each street you need to edit.

Navigate to **Activities >Redistricting >Maintain Voting Districts**



## To Delete Streets

- Select the **Existing Street** radio button.

- Select the street through the Street Name drop down list.

- Select a line to delete by clicking on the 🗑 icon on the respective line, under the section labeled **Actions**.

- The system will display a Are you sure you want to delete the line window.



- Click **OK.**

- If a voter is already  assigned to that street, the system will not let you delete the line.


**STREET NOTES-**

- ♦ If you have a single house as a street segment, make that house even or odd, not all.

- ♦ Street segments cannot overlap.  To edit a segment, sometimes you have to change a segment JUST to be able to make the change you really need to make on another.

Navigate to **Activities >Redistricting >Maintain Voting Districts**



## Maintain Rural Streets

Rural streets do not have low and high ranges used to define the street range.  Rural streets are maintained the same way as non-rural streets, except that the low and high ranges will not be required when adding a rural street.  When a voter resides on a rural street, the Rural Address Flag check box is checked (on the Voter Registration screen).  The system will not require the voter's address to include a street number.  You can call the road Highway or Rural Route.

NOTE:  A rural street is also added, edited, and deleted the same way non-rural streets are added, edited and/or deleted. The only exception is that the functions are completed through the Maintain Rural Street



Screen.  Also like non-rural streets, a rural street CANNOT be deleted if voters are currently registered on it.

• The maintain Rural Street screen is displayed.

Following  the same instructions for streets.

• From this screen you may :

     View existing rural street

     View voters on existing rural streets

     Add, Edit, and/or delete a rural street

• Repeat for each rural street.

# Complete

**YEAH!  You did it.  You have entered all the data on your spreadsheet in the order of the buttons....Maintain Districts, Maintain Combos, Maintain Precincts, Maintain Voting Area, Maintain Polling Place, Maintain Street and Maintain Rural Street.**  You have worked so hard.  You have entered all the changes.  You have clicked CONFIRM for the final time.  You have ordered your reports and they show that all of your streets are correct.  You see the light at the end of the tunnel and it is not a train.

Congratulations, you are ready to complete redistricting!  Click the **COMPELTE** button, this is an overnight process. The next morning you will order your final set of reports.  **NOTE– After you click COMPELTE, never order Redistricting reports again.**



Navigate to **Reports>Internal Only reports>Other>Audit Detail Report**

Enter the **Start Date**– this is the day you clicked Complete.

Enter the **End Date**– this is today's date.

**Sort Order**– You choose the order you want,  we suggest your default be User Name.

**Change Type**- Check every box.

**Report Generation Options**– Excel (you can sort) or PDF.  Your choice.



Click the **Submit Request** button.  You will receive the success window.

This reports generates immediately.  Navigate to **Reports>Reports Status** to open/print/save.
Read these reports to ensure that all your work is complete and accurate.  Request a new 999999 report to ensure that all of your work is done. When  you are 100% done, you have everything right, your streets are perfect.....there is one more step.

## THE FINAL STEP   Navigate to **Activities Voting Districts**

**Request Precinct Cards-** Click the Request Precinct Cards button.   When you click this you are telling the system to END the whole redistricting cycle.  This function only ENDS the redistricting module, you will need to submit a request to order your precinct cards.



Do you have a street segment that has no range changes?  But does have zip code changes, municipality changes, postal city changes?  You can make that change out of the redistricting module.

Navigate to **Activities >Redistricting >Maintain Voter Address**



- Enter the **Street Name** by highlighting the street from the drop down box.

- Click the check box if a **Municipality.**   The drop down will give you the choices.  Highlight the want you want to use.

- If you need to change the **Postal City,** select from the drop down.

- If you need to change the **Zip Code**, enter in the field.

- If you need to change the **County Precinct**, select from the drop down.

- If you need to change the **Municipal Precinct**, select from the drop down.

- If you need to change the **Voting Area/Combo #,** select from the drop down.

- Click the **Update** button.

- Your changes will be reflected on a grid across the bottom.



# Merge

Are you consolidating and need to merge precincts?  The merge function is powerful.  Once you do this, you cannot undo it.  Remember, there is no turning back once you click merge except for the Abandon option.

Navigate to **Activities >Redistricting >Maintain Voting Districts**.

If you have precincts to merge, click on the **Maintain Precincts** button.



Under **Precinct Type**- Select from the dropdown County Precinct or Municipal Precinct.

From the grid of Precincts showing all of your precincts, select by clicking the **radio** button of the precinct



you want to merge, this highlights that line.

Click the **merge** button on the line of the precinct you want to merge with.

**In short....radio the one moving.  Click the merge button of the final destination.**

For this example......We are merging the Bishop 05 Precinct with the North High Shoals 06 Precinct.

Radio Bishop 05, click Merge button on the North High Shoals 06 line.


** The merge does an entire precinct.  Your county merge might require additional street moves, depending on the nature of your precinct and streets.

## Consolidating Precincts VS Creating Vote Centers

**Redistricting**

***If you are interested in creating Vote Centers, call your liaison to discuss which option will be best for your county.***

There are 2 options to reduce the number of Election Day polling places.

1.   Consolidate precincts (merge existing precincts into a new precinct)

2.   Create vote centers (assign existing precincts to shared voting location on Election Day.

### Consolidating Precincts

The total number of registered voters will not change, instead the county is redistributing voters among a smaller number of Precincts.

Precinct B is merged into Precinct A.



On Election Day all voters in Precinct A will now go to Polling Location A.



**Creating Voter Centers**

This maintains the current total number of Precincts within the jurisdiction, but reduces the number of Election Day Voting Locations.  Precinct A and Precinct B are both assigned to the new vote center for Election Day voting purposes.



On Election Day, all voters in Precinct A and B will go to Polling Place AB.



If considering either Consolidating Precincts or Creating Vote Centers, be certain to review O.C.G.A §21-2-260 through §21-2-270 for guidance.