# EXHIBIT 9

# Proposed Joint Congressional Districts of Georgia

Client: S018
Plan: Congress-prop1-2021
Type: Congress





Legislative and Congressional Reapportionment Office
Georgia General Assembly
Suite 407 Coverdell Legislative Office Bldg.

©2021 CALIPER

Map layers
Districts
County

0   20   40
Miles



Proposed Joint Congressional Districts of Georgia — Metro Atlanta Area

# Proposed Joint Congressional Districts of Georgia



User: **S018**
Plan Name: **Congress-prop1-2021**
Plan Type: **Congress**

## Population Summary

**Summary Statistics:**

| | |
|---|---|
| Population Range: | 765,135 to 765,137 |
| Ratio Range: | 0.00 |
| Absolute Range: | -1 to 1 |
| Absolute Overall Range: | 2 |
| Relative Range: | 0.00% to 0.00% |
| Relative Overall Range: | 0.00% |
| Absolute Mean Deviation: | 0.71 |
| Relative Mean Deviation: | 0.00% |
| Standard Deviation: | 0.80 |

| District | Population | Deviation | % Devn. | [18+_Pop] | [% 18+_Pop] | [% NH_Wht] | [% NH_Blk] | [% Hispanic Origin] | [% NH_Asn] | [% NH_Ind] | [% NH_Hwn] | [% NH_Oth] | [% NH_2+ Races] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 001 | 765,137 | 1 | 0.00% | 589,266 | 77.01% | 57.59% | 27.54% | 7.75% | 2.19% | 0.24% | 0.16% | 0.44% | 4.1% |
| 002 | 765,137 | 1 | 0.00% | 587,555 | 76.79% | 39.94% | 49.03% | 5.95% | 1.34% | 0.21% | 0.1% | 0.34% | 3.09% |
| 003 | 765,136 | 0 | 0.00% | 586,319 | 76.63% | 64.37% | 22.61% | 6.31% | 2.09% | 0.21% | 0.04% | 0.47% | 3.91% |
| 004 | 765,135 | -1 | 0.00% | 589,470 | 77.04% | 25.82% | 52.19% | 11.63% | 6.13% | 0.16% | 0.04% | 0.65% | 3.39% |
| 005 | 765,137 | 1 | 0.00% | 621,515 | 81.23% | 35.79% | 48.53% | 7.38% | 4.09% | 0.16% | 0.04% | 0.52% | 3.49% |
| 006 | 765,136 | 0 | 0.00% | 574,797 | 75.12% | 63.7% | 8.58% | 10.23% | 12.4% | 0.16% | 0.04% | 0.69% | 4.21% |
| 007 | 765,137 | 1 | 0.00% | 566,934 | 74.1% | 29.52% | 28.11% | 23.77% | 14.26% | 0.16% | 0.04% | 0.69% | 3.45% |
| 008 | 765,136 | 0 | 0.00% | 585,857 | 76.57% | 57.91% | 29.72% | 7.17% | 1.56% | 0.19% | 0.05% | 0.31% | 3.09% |
| 009 | 765,137 | 1 | 0.00% | 592,520 | 77.44% | 64.7% | 9.72% | 15.39% | 5.95% | 0.2% | 0.04% | 0.42% | 3.59% |
| 010 | 765,135 | -1 | 0.00% | 588,874 | 76.96% | 63.58% | 22.12% | 7.66% | 2.26% | 0.17% | 0.04% | 0.53% | 3.63% |
| 011 | 765,137 | 1 | 0.00% | 595,201 | 77.79% | 61.33% | 16.33% | 13.04% | 3.76% | 0.19% | 0.04% | 0.82% | 4.49% |
| 012 | 765,136 | 0 | 0.00% | 588,119 | 76.86% | 52.13% | 36.12% | 5.63% | 1.83% | 0.21% | 0.11% | 0.36% | 3.61% |
| 013 | 765,137 | 1 | 0.00% | 574,789 | 75.12% | 16.35% | 64.26% | 12.23% | 3.17% | 0.18% | 0.05% | 0.66% | 3.1% |
| 014 | 765,135 | -1 | 0.00% | 579,058 | 75.68% | 68.07% | 13.58% | 12.69% | 1.14% | 0.22% | 0.05% | 0.4% | 3.85% |

| | |
|---|---|
| **Total:** | **10,711,908** |
| **Ideal District:** | **765,136** |

User: **S018**
Plan Name: **Congress-prop1-2021**
Plan Type: **Congress**

## Population Summary

**Summary Statistics:**

| | |
|---|---|
| Population Range: | 765,135 to 765,137 |
| Ratio Range: | 0.00 |
| Absolute Range: | -1 to 1 |
| Absolute Overall Range: | 2 |
| Relative Range: | 0.00% to 0.00% |
| Relative Overall Range: | 0.00% |
| Absolute Mean Deviation: | 0.71 |
| Relative Mean Deviation: | 0.00% |
| Standard Deviation: | 0.80 |

| District | Population | Deviation | % Devn. | [18+_Pop] | [% 18+_Pop] | [% NH18+_Wht] | [% NH18+_Blk] | [% H18+_Pop] | [% NH18+_Asn] | [% NH18+_Ind] | [% NH18+_Hwn] | [% NH18+_Oth] | [% NH18+_2+ Races] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 001 | 765,137 | 1 | 0.00% | 589,266 | 77.01% | 60.41% | 26.44% | 6.78% | 2.36% | 0.26% | 0.14% | 0.37% | 3.24% |
| 002 | 765,137 | 1 | 0.00% | 587,555 | 76.79% | 42.73% | 47.62% | 5.12% | 1.41% | 0.23% | 0.09% | 0.28% | 2.53% |
| 003 | 765,136 | 0 | 0.00% | 586,319 | 76.63% | 66.83% | 22% | 5.33% | 2.08% | 0.22% | 0.04% | 0.38% | 3.11% |
| 004 | 765,135 | -1 | 0.00% | 589,470 | 77.04% | 28.25% | 51.79% | 10.12% | 6.09% | 0.16% | 0.04% | 0.58% | 2.96% |
| 005 | 765,137 | 1 | 0.00% | 621,515 | 81.23% | 37.92% | 47.14% | 6.67% | 4.53% | 0.16% | 0.04% | 0.48% | 3.07% |
| 006 | 765,136 | 0 | 0.00% | 574,797 | 75.12% | 66.63% | 8.61% | 9.11% | 11.44% | 0.14% | 0.04% | 0.63% | 3.41% |
| 007 | 765,137 | 1 | 0.00% | 566,934 | 74.1% | 32.78% | 27.35% | 21.27% | 14.97% | 0.16% | 0.04% | 0.59% | 2.85% |
| 008 | 765,136 | 0 | 0.00% | 585,857 | 76.57% | 60.52% | 28.84% | 6.1% | 1.6% | 0.2% | 0.05% | 0.25% | 2.43% |
| 009 | 765,137 | 1 | 0.00% | 592,520 | 77.44% | 68.29% | 9.37% | 12.89% | 5.94% | 0.21% | 0.03% | 0.34% | 2.92% |
| 010 | 765,135 | -1 | 0.00% | 588,874 | 76.96% | 66.2% | 21.34% | 6.51% | 2.3% | 0.19% | 0.03% | 0.46% | 2.98% |
| 011 | 765,137 | 1 | 0.00% | 595,201 | 77.79% | 63.99% | 16.25% | 11.22% | 3.82% | 0.2% | 0.04% | 0.75% | 3.73% |
| 012 | 765,136 | 0 | 0.00% | 588,119 | 76.86% | 54.65% | 35.06% | 4.87% | 1.95% | 0.22% | 0.1% | 0.3% | 2.86% |
| 013 | 765,137 | 1 | 0.00% | 574,789 | 75.12% | 18.82% | 63.75% | 10.52% | 3.38% | 0.19% | 0.05% | 0.61% | 2.68% |
| 014 | 765,135 | -1 | 0.00% | 579,058 | 75.68% | 71.33% | 13.14% | 10.58% | 1.17% | 0.23% | 0.04% | 0.32% | 3.2% |

**Total:** 10,711,908
**Ideal District:** 765,136