# EXHIBIT 10

# Proposed Georgia Senate Districts

Client: S018
Plan: Senate-prop1-2021
Type: Senate



©2021 CALIPER

Legislative and Congressional
Reapportionment Office

Georgia General Assembly
Suite 407 Coverdell Legislative Office Bldg.

Map layers
Districts
County

0        20        40
Miles

# Proposed Georgia Senate Districts

Client: S018
Plan: Senate-prop1-2021
Type: Senate



Metro Atlanta Area

©2021 CALIPER

# Proposed Georgia Senate Districts

Client: S018
Plan: Senate-prop1-2021
Type: Senate





# Proposed Georgia Senate Districts

Client: S018
Plan: Senate-prop1-2021
Type: Senate





User: **S018**
Plan Name: **Senate-prop1-2021**
Plan Type: **Senate**

# Population Summary

**Summary Statistics:**

| | |
|---|---|
| Population Range: | 189,320 to 193,163 |
| Ratio Range: | 0.02 |
| Absolute Range: | -1,964 to 1,879 |
| Absolute Overall Range: | 3,843 |
| Relative Range: | -1.03% to 0.98% |
| Relative Overall Range: | 2.01% |
| Absolute Mean Deviation: | 1,012.61 |
| Relative Mean Deviation: | 0.53% |
| Standard Deviation: | 1,154.96 |

| District | Population | Deviation | % Devn. | [18+_Pop] | [% 18+_Pop] | [% NH_Wht] | [% NH_Blk] | [% Hispanic Origin] | [% NH_Asn] | [% NH_Ind] | [% NH_Hwn] | [% NH_Oth] | [% NH_2+ Races] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 001 | 191,402 | 118 | 0.06% | 145,428 | 75.98% | 58.9% | 23.66% | 8.78% | 2.64% | 0.25% | 0.3% | 0.48% | 4.99% |
| 002 | 190,408 | -876 | -0.46% | 150,843 | 79.22% | 36.4% | 47.51% | 8.36% | 3.4% | 0.21% | 0.15% | 0.46% | 3.49% |
| 003 | 191,212 | -72 | -0.04% | 148,915 | 77.88% | 66.23% | 20.92% | 6.82% | 1.22% | 0.26% | 0.09% | 0.42% | 4.04% |
| 004 | 191,098 | -186 | -0.10% | 146,443 | 76.63% | 64.48% | 22.6% | 6.49% | 1.86% | 0.23% | 0.07% | 0.38% | 3.9% |
| 005 | 191,921 | 637 | 0.33% | 139,394 | 72.63% | 13.35% | 26.84% | 45.47% | 10.98% | 0.15% | 0.04% | 0.64% | 2.52% |
| 006 | 191,401 | 117 | 0.06% | 155,781 | 81.39% | 56.41% | 21.47% | 9.18% | 7.21% | 0.16% | 0.03% | 1.11% | 4.42% |
| 007 | 189,709 | -1,575 | -0.82% | 147,425 | 77.71% | 35.09% | 20.08% | 18.57% | 21.67% | 0.16% | 0.04% | 0.66% | 3.72% |
| 008 | 192,396 | 1,112 | 0.58% | 145,144 | 75.44% | 57.39% | 30.03% | 7.28% | 1.21% | 0.28% | 0.07% | 0.35% | 3.4% |
| 009 | 192,915 | 1,631 | 0.85% | 142,054 | 73.64% | 32.04% | 23.8% | 21.09% | 13.98% | 0.18% | 0.03% | 0.72% | 3.48% |
| 010 | 192,898 | 1,614 | 0.84% | 147,884 | 76.66% | 17.71% | 68.95% | 6.03% | 3.1% | 0.18% | 0.03% | 0.66% | 3.34% |
| 011 | 189,976 | -1,308 | -0.68% | 144,597 | 76.11% | 55.75% | 31.13% | 9.36% | 0.69% | 0.23% | 0.03% | 0.26% | 2.54% |
| 012 | 190,819 | -465 | -0.24% | 149,154 | 78.17% | 33.83% | 58.82% | 3.89% | 0.86% | 0.16% | 0.02% | 0.21% | 2.2% |
| 013 | 189,326 | -1,958 | -1.02% | 144,141 | 76.13% | 61.25% | 27.08% | 7.2% | 1.2% | 0.17% | 0.02% | 0.26% | 2.81% |
| 014 | 192,533 | 1,249 | 0.65% | 155,340 | 80.68% | 54.63% | 16.79% | 13.97% | 9.46% | 0.13% | 0.04% | 0.79% | 4.19% |
| 015 | 189,446 | -1,838 | -0.96% | 144,506 | 76.28% | 34.07% | 52.31% | 7.57% | 1.31% | 0.23% | 0.27% | 0.44% | 3.79% |
| 016 | 191,829 | 545 | 0.28% | 147,133 | 76.7% | 64.19% | 22.31% | 5.95% | 3.04% | 0.17% | 0.03% | 0.51% | 3.79% |
| 017 | 192,510 | 1,226 | 0.64% | 144,472 | 75.05% | 56.69% | 31.21% | 6.08% | 1.41% | 0.16% | 0.05% | 0.59% | 3.81% |
| 018 | 191,825 | 541 | 0.28% | 150,196 | 78.3% | 58.41% | 30.01% | 5.18% | 2.42% | 0.22% | 0.03% | 0.4% | 3.33% |
| 019 | 192,316 | 1,032 | 0.54% | 146,131 | 75.98% | 61.67% | 24.76% | 9.72% | 0.58% | 0.17% | 0.06% | 0.27% | 2.77% |
| 020 | 192,588 | 1,304 | 0.68% | 147,033 | 76.35% | 59.74% | 30.65% | 4.21% | 1.73% | 0.15% | 0.05% | 0.31% | 3.16% |
| 021 | 192,572 | 1,288 | 0.67% | 145,120 | 75.36% | 71.13% | 6.52% | 10.13% | 7.38% | 0.19% | 0.04% | 0.53% | 4.08% |
| 022 | 193,163 | 1,879 | 0.98% | 150,450 | 77.89% | 31.1% | 56.58% | 5.63% | 1.97% | 0.24% | 0.18% | 0.44% | 3.86% |
| 023 | 190,344 | -940 | -0.49% | 144,113 | 76.13% | 54.27% | 34.66% | 5.46% | 1.16% | 0.24% | 0.1% | 0.34% | 3.78% |
| 024 | 192,674 | 1,390 | 0.73% | 148,602 | 77.13% | 67.45% | 18.98% | 5.4% | 3.31% | 0.18% | 0.09% | 0.43% | 4.15% |
| 025 | 191,161 | -123 | -0.06% | 148,917 | 77.9% | 57.45% | 33.4% | 4.27% | 1.08% | 0.16% | 0.05% | 0.43% | 3.16% |
| 026 | 189,945 | -1,339 | -0.70% | 145,744 | 76.73% | 33.26% | 57.37% | 4.85% | 0.83% | 0.21% | 0.04% | 0.31% | 3.14% |
| 027 | 190,676 | -608 | -0.32% | 139,196 | 73% | 68% | 4.31% | 11.61% | 11.41% | 0.18% | 0.04% | 0.52% | 3.94% |
| 028 | 190,422 | -862 | -0.45% | 144,973 | 76.13% | 67.06% | 18.79% | 7.4% | 1.96% | 0.22% | 0.04% | 0.48% | 4.06% |
| 029 | 189,424 | -1,860 | -0.97% | 145,674 | 76.9% | 60.71% | 26.22% | 5.34% | 3.02% | 0.23% | 0.1% | 0.42% | 3.97% |

**Maptitude**
For Redistricting

## Population Summary

| District | Population | Deviation | % Devn. | [18+_Pop] | [% 18+_Pop] | [% NH_Wht] | [% NH_Blk] | [% Hispanic Origin] | [% NH_Asn] | [% NH_Ind] | [% NH_Hwn] | [% NH_Oth] | [% NH_2+ Races] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 030 | 191,475 | 191 | 0.10% | 145,077 | 75.77% | 66.97% | 19.83% | 7.27% | 0.95% | 0.23% | 0.03% | 0.49% | 4.24% |
| 031 | 192,560 | 1,276 | 0.67% | 142,251 | 73.87% | 65.2% | 19.83% | 8.85% | 1.07% | 0.23% | 0.06% | 0.58% | 4.19% |
| 032 | 192,448 | 1,164 | 0.61% | 149,879 | 77.88% | 63.13% | 13.22% | 12.09% | 5.49% | 0.2% | 0.04% | 0.91% | 4.91% |
| 033 | 192,694 | 1,410 | 0.74% | 146,415 | 75.98% | 26% | 40.48% | 26.72% | 2.13% | 0.19% | 0.05% | 0.86% | 3.56% |
| 034 | 190,668 | -616 | -0.32% | 141,840 | 74.39% | 11.11% | 66.6% | 14.82% | 3.9% | 0.23% | 0.04% | 0.6% | 2.7% |
| 035 | 192,839 | 1,555 | 0.81% | 144,675 | 75.02% | 16.46% | 69.77% | 8.68% | 1.13% | 0.17% | 0.06% | 0.64% | 3.08% |
| 036 | 192,282 | 998 | 0.52% | 161,385 | 83.93% | 33.1% | 51.35% | 7.56% | 3.58% | 0.17% | 0.04% | 0.53% | 3.68% |
| 037 | 192,671 | 1,387 | 0.73% | 147,779 | 76.7% | 62.38% | 18.04% | 9.99% | 3.85% | 0.16% | 0.03% | 0.78% | 4.76% |
| 038 | 193,155 | 1,871 | 0.98% | 148,367 | 76.81% | 20.03% | 62.74% | 9.72% | 3.42% | 0.18% | 0.04% | 0.58% | 3.29% |
| 039 | 191,500 | 216 | 0.11% | 156,022 | 81.47% | 25.32% | 60.33% | 6.1% | 4.25% | 0.16% | 0.04% | 0.57% | 3.22% |
| 040 | 190,544 | -740 | -0.39% | 147,000 | 77.15% | 43.69% | 16.42% | 24.81% | 10.84% | 0.12% | 0.04% | 0.65% | 3.43% |
| 041 | 191,023 | -261 | -0.14% | 145,278 | 76.05% | 18.86% | 60.28% | 7.32% | 9.19% | 0.22% | 0.02% | 0.64% | 3.48% |
| 042 | 190,940 | -344 | -0.18% | 153,952 | 80.63% | 49.91% | 28.14% | 10.13% | 6.81% | 0.13% | 0.03% | 0.61% | 4.24% |
| 043 | 192,729 | 1,445 | 0.76% | 145,741 | 75.62% | 23.45% | 62.77% | 8.13% | 1.24% | 0.17% | 0.09% | 0.67% | 3.49% |
| 044 | 190,036 | -1,248 | -0.65% | 145,224 | 76.42% | 13.02% | 69.13% | 9.96% | 4.15% | 0.16% | 0.04% | 0.62% | 2.91% |
| 045 | 190,692 | -592 | -0.31% | 140,706 | 73.79% | 52.74% | 17.12% | 14.66% | 10.69% | 0.13% | 0.03% | 0.62% | 4.01% |
| 046 | 190,312 | -972 | -0.51% | 146,713 | 77.09% | 67.24% | 16.64% | 7.99% | 3.77% | 0.2% | 0.03% | 0.58% | 3.56% |
| 047 | 190,607 | -677 | -0.35% | 146,599 | 76.91% | 64.67% | 16.96% | 11.22% | 2.66% | 0.16% | 0.04% | 0.58% | 3.71% |
| 048 | 190,123 | -1,161 | -0.61% | 136,995 | 72.06% | 49.01% | 8.35% | 7.58% | 30.59% | 0.13% | 0.04% | 0.55% | 3.75% |
| 049 | 189,355 | -1,929 | -1.01% | 144,123 | 76.11% | 60.85% | 7.13% | 26.24% | 2.15% | 0.15% | 0.04% | 0.35% | 3.08% |
| 050 | 189,320 | -1,964 | -1.03% | 148,799 | 78.6% | 78.61% | 5.05% | 11.08% | 1.22% | 0.22% | 0.04% | 0.26% | 3.52% |
| 051 | 190,167 | -1,117 | -0.58% | 155,571 | 81.81% | 88.75% | 0.84% | 5.43% | 0.59% | 0.31% | 0.02% | 0.3% | 3.77% |
| 052 | 190,799 | -485 | -0.25% | 146,620 | 76.85% | 71.8% | 12.39% | 10.11% | 1.08% | 0.21% | 0.03% | 0.35% | 4.02% |
| 053 | 190,236 | -1,048 | -0.55% | 148,201 | 77.9% | 85.78% | 4.46% | 3.98% | 1% | 0.24% | 0.06% | 0.3% | 4.18% |
| 054 | 192,443 | 1,159 | 0.61% | 143,843 | 74.75% | 65.71% | 2.97% | 26.66% | 1.14% | 0.19% | 0.02% | 0.25% | 3.07% |
| 055 | 190,155 | -1,129 | -0.59% | 141,968 | 74.66% | 18.09% | 62.96% | 10.14% | 4.19% | 0.17% | 0.04% | 0.73% | 3.67% |
| 056 | 191,226 | -58 | -0.03% | 144,448 | 75.54% | 73.9% | 6.36% | 8.63% | 5.67% | 0.11% | 0.03% | 0.75% | 4.56% |

**Total:** 10,711,908
**Ideal District:** 191,284

User: **S018**
Plan Name: **Senate-prop1-2021**
Plan Type: **Senate**

# Population Summary

**Summary Statistics:**

| | |
|---|---|
| Population Range: | 189,320 to 193,163 |
| Ratio Range: | 0.02 |
| Absolute Range: | -1,964 to 1,879 |
| Absolute Overall Range: | 3,843 |
| Relative Range: | -1.03% to 0.98% |
| Relative Overall Range: | 2.01% |
| Absolute Mean Deviation: | 1,012.61 |
| Relative Mean Deviation: | 0.53% |
| Standard Deviation: | 1,154.96 |

| District | Population | Deviation | % Devn. | [18+_Pop] | [% 18+_Pop] | [% NH18+_Wht] | [% NH18+_Blk] | [% H18+_Pop] | [% NH18+_Asn] | [% NH18+_Ind] | [% NH18+_Hwn] | [% NH18+_Oth] | [% NH18+_2+ Races] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 001 | 191,402 | 118 | 0.06% | 145,428 | 75.98% | 61.99% | 22.8% | 7.55% | 2.81% | 0.28% | 0.27% | 0.4% | 3.9% |
| 002 | 190,408 | -876 | -0.46% | 150,843 | 79.22% | 40.21% | 44.81% | 7.48% | 3.77% | 0.22% | 0.15% | 0.42% | 2.95% |
| 003 | 191,212 | -72 | -0.04% | 148,915 | 77.88% | 68.88% | 19.81% | 6.17% | 1.27% | 0.27% | 0.08% | 0.34% | 3.19% |
| 004 | 191,098 | -186 | -0.10% | 146,443 | 76.63% | 66.78% | 21.98% | 5.52% | 1.9% | 0.24% | 0.07% | 0.33% | 3.17% |
| 005 | 191,921 | 637 | 0.33% | 139,394 | 72.63% | 15.69% | 27.21% | 41.67% | 12.41% | 0.14% | 0.04% | 0.55% | 2.28% |
| 006 | 191,401 | 117 | 0.06% | 155,781 | 81.39% | 57.79% | 21.79% | 8.24% | 7.14% | 0.16% | 0.03% | 1.05% | 3.8% |
| 007 | 189,709 | -1,575 | -0.82% | 147,425 | 77.71% | 37.84% | 19.33% | 16.56% | 22.58% | 0.16% | 0.05% | 0.55% | 2.93% |
| 008 | 192,396 | 1,112 | 0.58% | 145,144 | 75.44% | 60.1% | 29.02% | 6.21% | 1.27% | 0.29% | 0.08% | 0.27% | 2.75% |
| 009 | 192,915 | 1,631 | 0.85% | 142,054 | 73.64% | 35.81% | 27.23% | 18.77% | 14.59% | 0.18% | 0.04% | 0.59% | 2.8% |
| 010 | 192,898 | 1,614 | 0.84% | 147,884 | 76.66% | 19.64% | 68.31% | 5.18% | 3.15% | 0.18% | 0.04% | 0.61% | 2.89% |
| 011 | 189,976 | -1,308 | -0.68% | 144,597 | 76.11% | 58.97% | 30.08% | 7.6% | 0.72% | 0.26% | 0.02% | 0.22% | 2.13% |
| 012 | 190,819 | -465 | -0.24% | 149,154 | 78.17% | 36.71% | 56.63% | 3.48% | 0.92% | 0.18% | 0.02% | 0.18% | 1.88% |
| 013 | 189,326 | -1,958 | -1.02% | 144,141 | 76.13% | 64.1% | 26.01% | 6.01% | 1.21% | 0.17% | 0.02% | 0.21% | 2.26% |
| 014 | 192,533 | 1,249 | 0.65% | 155,340 | 80.68% | 57.1% | 16.83% | 12.13% | 9.43% | 0.12% | 0.05% | 0.74% | 3.61% |
| 015 | 189,446 | -1,838 | -0.96% | 144,506 | 76.28% | 36.52% | 51.56% | 6.59% | 1.45% | 0.23% | 0.25% | 0.36% | 3.04% |
| 016 | 191,829 | 545 | 0.28% | 147,133 | 76.7% | 66.91% | 21.49% | 5.03% | 2.92% | 0.18% | 0.03% | 0.42% | 3.01% |
| 017 | 192,510 | 1,226 | 0.64% | 144,472 | 75.05% | 59.42% | 30.21% | 5.13% | 1.41% | 0.17% | 0.03% | 0.49% | 3.14% |
| 018 | 191,825 | 541 | 0.28% | 150,196 | 78.3% | 60.69% | 29.2% | 4.51% | 2.46% | 0.22% | 0.03% | 0.29% | 2.6% |
| 019 | 192,316 | 1,032 | 0.54% | 146,131 | 75.98% | 63.99% | 24.52% | 8.38% | 0.62% | 0.18% | 0.06% | 0.2% | 2.06% |
| 020 | 192,588 | 1,304 | 0.68% | 147,033 | 76.35% | 61.71% | 30.17% | 3.49% | 1.76% | 0.16% | 0.05% | 0.25% | 2.41% |
| 021 | 192,572 | 1,288 | 0.67% | 145,120 | 75.36% | 73.87% | 6.37% | 8.77% | 6.98% | 0.18% | 0.04% | 0.48% | 3.32% |
| 022 | 193,163 | 1,879 | 0.98% | 150,450 | 77.89% | 34.38% | 53.94% | 5.35% | 2.3% | 0.24% | 0.18% | 0.38% | 3.24% |
| 023 | 190,344 | -940 | -0.49% | 144,113 | 75.71% | 56.89% | 33.91% | 4.52% | 1.24% | 0.25% | 0.09% | 0.27% | 2.84% |
| 024 | 192,674 | 1,390 | 0.73% | 148,602 | 77.13% | 69.81% | 18.69% | 4.4% | 3.27% | 0.2% | 0.07% | 0.35% | 3.2% |
| 025 | 191,161 | -123 | -0.06% | 148,917 | 77.9% | 59.94% | 32.23% | 3.66% | 1.09% | 0.18% | 0.04% | 0.39% | 2.48% |
| 026 | 189,945 | -1,339 | -0.70% | 145,744 | 76.73% | 36.6% | 55.18% | 4.24% | 0.92% | 0.22% | 0.03% | 0.24% | 2.56% |
| 027 | 190,676 | -608 | -0.32% | 139,196 | 73% | 71.5% | 4.16% | 10.2% | 10.27% | 0.15% | 0.04% | 0.45% | 3.22% |
| 028 | 190,422 | -862 | -0.45% | 144,973 | 76.13% | 69.44% | 18.18% | 6.44% | 1.99% | 0.23% | 0.04% | 0.38% | 3.29% |

## Population Summary

| District | Population | Deviation | % Devn. | [18+_Pop] | [% 18+_Pop] | [% NH18+_Wht] | [% NH18+_Blk] | [% H18+_Pop] | [% NH18+_Asn] | [% NH18+_Ind] | [% NH18+_Hwn] | [% NH18+_Oth] | [% NH18+_2+ Races] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 029 | 189,424 | -1,860 | -0.97% | 145,674 | 76.9% | 63.22% | 25.52% | 4.45% | 3% | 0.23% | 0.11% | 0.33% | 3.13% |
| 030 | 191,475 | 191 | 0.10% | 145,077 | 75.77% | 69.41% | 19.44% | 6.1% | 0.97% | 0.24% | 0.03% | 0.41% | 3.4% |
| 031 | 192,560 | 1,276 | 0.67% | 142,251 | 73.87% | 68.26% | 19.13% | 7.42% | 1.12% | 0.22% | 0.06% | 0.46% | 3.33% |
| 032 | 192,448 | 1,164 | 0.61% | 149,879 | 77.88% | 65.78% | 13.13% | 10.55% | 5.42% | 0.2% | 0.04% | 0.83% | 4.05% |
| 033 | 192,694 | 1,410 | 0.74% | 146,415 | 75.98% | 30.25% | 40.26% | 22.93% | 2.35% | 0.22% | 0.05% | 0.81% | 3.14% |
| 034 | 190,668 | -616 | -0.32% | 141,840 | 74.39% | 13.36% | 66.5% | 12.75% | 4.26% | 0.22% | 0.04% | 0.56% | 2.31% |
| 035 | 192,839 | 1,555 | 0.81% | 144,675 | 75.02% | 18.82% | 68.87% | 7.51% | 1.26% | 0.18% | 0.06% | 0.59% | 2.7% |
| 036 | 192,282 | 998 | 0.52% | 161,385 | 83.93% | 36.18% | 48.68% | 7.06% | 4.01% | 0.17% | 0.04% | 0.51% | 3.34% |
| 037 | 192,671 | 1,387 | 0.73% | 147,779 | 76.7% | 65.37% | 17.41% | 8.69% | 3.94% | 0.17% | 0.04% | 0.67% | 3.73% |
| 038 | 193,155 | 1,871 | 0.98% | 148,367 | 76.81% | 21.87% | 62.45% | 8.44% | 3.55% | 0.18% | 0.04% | 0.56% | 2.92% |
| 039 | 191,500 | 216 | 0.11% | 156,022 | 81.47% | 27.87% | 57.97% | 5.65% | 4.83% | 0.15% | 0.04% | 0.5% | 2.98% |
| 040 | 190,544 | -740 | -0.39% | 147,000 | 77.15% | 46.34% | 17.32% | 21.62% | 11.15% | 0.11% | 0.04% | 0.59% | 2.84% |
| 041 | 191,023 | -261 | -0.14% | 145,278 | 76.05% | 21.39% | 59.67% | 6.68% | 8.42% | 0.22% | 0.02% | 0.6% | 3.01% |
| 042 | 190,940 | -344 | -0.18% | 153,952 | 80.63% | 51.39% | 28.73% | 8.64% | 7.16% | 0.12% | 0.03% | 0.53% | 3.4% |
| 043 | 192,729 | 1,445 | 0.76% | 145,741 | 75.62% | 26.53% | 61.35% | 6.89% | 1.34% | 0.17% | 0.08% | 0.6% | 3.05% |
| 044 | 190,036 | -1,248 | -0.65% | 145,224 | 76.42% | 15.29% | 68.39% | 8.6% | 4.37% | 0.17% | 0.04% | 0.56% | 2.58% |
| 045 | 190,692 | -592 | -0.31% | 140,706 | 73.79% | 55.47% | 16.86% | 13.05% | 10.89% | 0.13% | 0.03% | 0.5% | 3.07% |
| 046 | 190,312 | -972 | -0.51% | 146,713 | 77.09% | 69.9% | 15.64% | 6.99% | 3.85% | 0.22% | 0.02% | 0.5% | 2.89% |
| 047 | 190,607 | -677 | -0.35% | 146,599 | 76.91% | 67.46% | 16.34% | 9.57% | 2.79% | 0.17% | 0.04% | 0.5% | 3.13% |
| 048 | 190,123 | -1,161 | -0.61% | 136,995 | 72.06% | 52.25% | 8.26% | 7% | 29.05% | 0.11% | 0.04% | 0.47% | 2.83% |
| 049 | 189,355 | -1,929 | -1.01% | 144,123 | 76.11% | 65.64% | 7.12% | 21.9% | 2.22% | 0.16% | 0.04% | 0.29% | 2.63% |
| 050 | 189,320 | -1,964 | -1.03% | 148,799 | 78.6% | 81.54% | 5.03% | 8.78% | 1.24% | 0.24% | 0.03% | 0.24% | 2.91% |
| 051 | 190,167 | -1,117 | -0.58% | 155,571 | 81.81% | 90.24% | 0.84% | 4.34% | 0.61% | 0.33% | 0.02% | 0.27% | 3.34% |
| 052 | 190,799 | -485 | -0.25% | 146,620 | 76.85% | 74.74% | 12.08% | 8.24% | 1.13% | 0.22% | 0.02% | 0.29% | 3.27% |
| 053 | 190,236 | -1,048 | -0.55% | 148,201 | 77.9% | 87.31% | 4.49% | 3.23% | 0.99% | 0.26% | 0.06% | 0.22% | 3.44% |
| 054 | 192,443 | 1,159 | 0.61% | 143,843 | 74.75% | 69.98% | 3.07% | 22.64% | 1.15% | 0.22% | 0.02% | 0.21% | 2.71% |
| 055 | 190,155 | -1,129 | -0.59% | 141,968 | 74.66% | 20.56% | 62.42% | 8.71% | 4.24% | 0.18% | 0.04% | 0.67% | 3.18% |
| 056 | 191,226 | -58 | -0.03% | 144,448 | 75.54% | 76.17% | 6.37% | 7.66% | 5.51% | 0.12% | 0.03% | 0.63% | 3.51% |

**Total:** 10,711,908
**Ideal District:** 191,284