# EXHIBIT 11

# Proposed Georgia House Districts





# Proposed Georgia House Districts

Client: H097
Plan: House-prop1-2021
Type: House



# Proposed Georgia House Districts

Client: H097
Plan: House-prop1-2021
Type: House



Bibb County Area



Muscogee County Area

User: **H097**
Plan Name: **House-prop1-2021**
Plan Type: **House**

# Population Summary

**Summary Statistics:**

| | |
|---|---|
| Population Range: | 58,678 to 60,308 |
| Ratio Range: | 0.03 |
| Absolute Range: | -833 to 797 |
| Absolute Overall Range: | 1,630 |
| Relative Range: | -1.40% to 1.34% |
| Relative Overall Range: | 2.74% |
| Absolute Mean Deviation: | 363.71 |
| Relative Mean Deviation: | 0.61% |
| Standard Deviation: | 417.67 |

| District | Population | Deviation | % Devn. | [18+_Pop] | [% 18+_Pop] | [% NH_Wht] | [% NH_Blk] | [% Hispanic Origin] | [% NH_Asn] | [% NH_Ind] | [% NH_Hwn] | [% NH_Oth] | [% NH_2+ Races] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 001 | 59,666 | 155 | 0.26% | 46,801 | 78.44% | 87.88% | 3.9% | 2.59% | 0.53% | 0.31% | 0.04% | 0.3% | 4.45% |
| 002 | 59,773 | 262 | 0.44% | 46,159 | 77.22% | 83.24% | 2.56% | 9.09% | 1.1% | 0.18% | 0.02% | 0.26% | 3.55% |
| 003 | 60,199 | 688 | 1.16% | 46,716 | 77.6% | 86.9% | 2.82% | 3.6% | 1.63% | 0.27% | 0.14% | 0.18% | 4.46% |
| 004 | 59,070 | -441 | -0.74% | 42,798 | 72.45% | 42.01% | 4.17% | 50.07% | 1.23% | 0.17% | 0.02% | 0.28% | 2.05% |
| 005 | 58,837 | -674 | -1.13% | 44,623 | 75.84% | 75.46% | 3.76% | 15.29% | 1.24% | 0.2% | 0.02% | 0.22% | 3.81% |
| 006 | 59,712 | 201 | 0.34% | 45,152 | 75.62% | 80.15% | 1.01% | 14.51% | 0.51% | 0.2% | 0.01% | 0.2% | 3.4% |
| 007 | 59,081 | -430 | -0.72% | 48,771 | 82.55% | 87.97% | 0.37% | 7.43% | 0.45% | 0.26% | 0.01% | 0.24% | 3.27% |
| 008 | 59,244 | -267 | -0.45% | 49,612 | 83.74% | 90.8% | 1.13% | 3.21% | 0.54% | 0.3% | 0.01% | 0.34% | 3.67% |
| 009 | 59,474 | -37 | -0.06% | 48,273 | 81.17% | 87.78% | 1.01% | 5.49% | 0.79% | 0.37% | 0.06% | 0.36% | 4.15% |
| 010 | 59,519 | 8 | 0.01% | 47,164 | 79.24% | 78.61% | 2.97% | 13.11% | 1.51% | 0.17% | 0.06% | 0.24% | 3.33% |
| 011 | 58,792 | -719 | -1.21% | 45,396 | 77.21% | 87.43% | 1.55% | 5.33% | 1.15% | 0.22% | 0.02% | 0.3% | 4% |
| 012 | 59,300 | -211 | -0.35% | 46,487 | 78.39% | 78.45% | 8.61% | 7.68% | 1.01% | 0.16% | 0.01% | 0.42% | 3.68% |
| 013 | 59,150 | -361 | -0.61% | 45,176 | 76.38% | 62.24% | 18.71% | 13.52% | 1.29% | 0.22% | 0.03% | 0.33% | 3.65% |
| 014 | 59,135 | -376 | -0.63% | 45,511 | 76.96% | 81.38% | 5.86% | 7.04% | 0.77% | 0.21% | 0.03% | 0.34% | 4.36% |
| 015 | 59,213 | -298 | -0.50% | 45,791 | 77.33% | 68.38% | 13.61% | 11.74% | 1.3% | 0.25% | 0.04% | 0.49% | 4.19% |
| 016 | 59,402 | -109 | -0.18% | 44,009 | 74.09% | 72.9% | 11.15% | 10.95% | 0.76% | 0.22% | 0.05% | 0.43% | 3.54% |
| 017 | 59,120 | -391 | -0.66% | 42,761 | 72.33% | 63.28% | 22.06% | 7.9% | 1.33% | 0.23% | 0.07% | 0.64% | 4.49% |
| 018 | 59,335 | -176 | -0.30% | 45,159 | 76.11% | 84.78% | 7.11% | 2.93% | 0.59% | 0.23% | 0.04% | 0.35% | 3.97% |
| 019 | 58,955 | -556 | -0.93% | 44,299 | 75.14% | 62.06% | 23.47% | 7.87% | 1.14% | 0.25% | 0.08% | 0.64% | 4.49% |
| 020 | 60,107 | 596 | 1.00% | 45,725 | 76.07% | 73.93% | 8.13% | 10.6% | 1.97% | 0.16% | 0.04% | 0.63% | 4.54% |
| 021 | 59,529 | 18 | 0.03% | 44,931 | 75.48% | 80.04% | 4.29% | 8.54% | 1.84% | 0.19% | 0.04% | 0.66% | 4.4% |
| 022 | 59,460 | -51 | -0.09% | 45,815 | 77.05% | 62.53% | 13.94% | 13.26% | 3.86% | 0.2% | 0.03% | 0.81% | 5.37% |
| 023 | 59,048 | -463 | -0.78% | 44,254 | 74.95% | 71.47% | 5.64% | 17.19% | 1.06% | 0.22% | 0.04% | 0.36% | 4.01% |
| 024 | 59,011 | -500 | -0.84% | 41,814 | 70.86% | 60.13% | 6% | 11.36% | 17.65% | 0.21% | 0.04% | 0.62% | 3.98% |
| 025 | 59,414 | -97 | -0.16% | 42,520 | 71.57% | 51.99% | 5% | 5.42% | 33.55% | 0.15% | 0.03% | 0.51% | 3.36% |
| 026 | 59,248 | -263 | -0.44% | 44,081 | 74.4% | 63.48% | 3.29% | 12.07% | 16.8% | 0.18% | 0.04% | 0.5% | 3.64% |
| 027 | 58,795 | -716 | -1.20% | 46,004 | 78.24% | 79.69% | 3.22% | 11.82% | 0.82% | 0.19% | 0.04% | 0.3% | 3.91% |
| 028 | 58,972 | -539 | -0.91% | 44,444 | 75.36% | 76.5% | 3.39% | 13.59% | 2.06% | 0.16% | 0.03% | 0.4% | 3.86% |
| 029 | 59,200 | -311 | -0.52% | 43,131 | 72.86% | 36.05% | 12.13% | 46.28% | 2.72% | 0.12% | 0.06% | 0.41% | 2.23% |

## Population Summary

House-prop1-2021

| District | Population | Deviation | % Devn. | [18+_Pop] | [% 18+_Pop] | [% NH_Wht] | [% NH_Blk] | [% Hispanic Origin] | [% NH_Asn] | [% NH_Ind] | [% NH_Hwn] | [% NH_Oth] | [% NH_2+ Races] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 030 | 59,266 | -245 | -0.41% | 45,414 | 76.63% | 67.03% | 7.37% | 18.78% | 3.04% | 0.15% | 0.03% | 0.34% | 3.26% |
| 031 | 59,901 | 390 | 0.66% | 43,120 | 71.99% | 65.57% | 6.64% | 21.63% | 2.27% | 0.19% | 0.02% | 0.37% | 3.31% |
| 032 | 59,145 | -366 | -0.62% | 45,942 | 77.68% | 80.8% | 7.24% | 6.03% | 1.26% | 0.29% | 0.05% | 0.25% | 4.09% |
| 033 | 59,187 | -324 | -0.54% | 46,498 | 78.56% | 79.94% | 10.97% | 4.08% | 1.2% | 0.15% | 0.01% | 0.36% | 3.29% |
| 034 | 59,875 | 364 | 0.61% | 45,758 | 76.42% | 66.59% | 14.46% | 9.06% | 4.41% | 0.11% | 0.04% | 0.68% | 4.65% |
| 035 | 59,889 | 378 | 0.64% | 48,312 | 80.67% | 50.12% | 26.55% | 12.7% | 4.43% | 0.21% | 0.04% | 0.9% | 5.04% |
| 036 | 59,994 | 483 | 0.81% | 44,911 | 74.86% | 68.01% | 16.01% | 7.46% | 3.07% | 0.14% | 0.03% | 0.73% | 4.55% |
| 037 | 59,176 | -335 | -0.56% | 46,223 | 78.11% | 42.2% | 26% | 21.96% | 4.5% | 0.21% | 0.03% | 1% | 4.11% |
| 038 | 59,317 | -194 | -0.33% | 44,839 | 75.59% | 25.93% | 52.72% | 14.72% | 1.77% | 0.22% | 0.07% | 0.7% | 3.88% |
| 039 | 59,381 | -130 | -0.22% | 44,436 | 74.83% | 20.6% | 52.08% | 21.79% | 1.5% | 0.14% | 0.03% | 0.65% | 3.2% |
| 040 | 59,044 | -467 | -0.78% | 47,976 | 81.25% | 48.94% | 30.78% | 6.43% | 8.54% | 0.17% | 0.02% | 0.7% | 4.43% |
| 041 | 60,122 | 611 | 1.03% | 45,271 | 75.3% | 23.42% | 36.44% | 33.22% | 2.81% | 0.18% | 0.05% | 0.86% | 3.02% |
| 042 | 59,620 | 109 | 0.18% | 48,525 | 81.39% | 35.47% | 31.18% | 20.49% | 7.11% | 0.19% | 0.03% | 1.15% | 4.37% |
| 043 | 59,464 | -47 | -0.08% | 47,033 | 79.09% | 43.32% | 24.35% | 15.85% | 7.83% | 0.21% | 0.09% | 2.4% | 5.96% |
| 044 | 60,002 | 491 | 0.83% | 46,773 | 77.95% | 64.71% | 10.98% | 11.99% | 5.71% | 0.18% | 0.02% | 1.17% | 5.24% |
| 045 | 59,738 | 227 | 0.38% | 44,023 | 73.69% | 72.29% | 4.14% | 5.5% | 12.94% | 0.07% | 0.02% | 0.67% | 4.38% |
| 046 | 59,108 | -403 | -0.68% | 44,132 | 74.66% | 72.43% | 6.76% | 8.24% | 6.93% | 0.12% | 0.04% | 0.82% | 4.66% |
| 047 | 59,126 | -385 | -0.65% | 43,932 | 74.3% | 61.71% | 9.44% | 7.83% | 15.91% | 0.2% | 0.03% | 0.7% | 4.17% |
| 048 | 59,003 | -508 | -0.85% | 44,779 | 75.89% | 59.05% | 10.16% | 14.1% | 11.77% | 0.08% | 0.05% | 0.64% | 4.16% |
| 049 | 59,153 | -358 | -0.60% | 45,263 | 76.52% | 68.94% | 7.2% | 7.56% | 11.41% | 0.1% | 0.02% | 0.68% | 4.09% |
| 050 | 59,523 | 12 | 0.02% | 43,940 | 73.82% | 41.55% | 11.04% | 7.06% | 35.46% | 0.09% | 0.04% | 0.66% | 4.1% |
| 051 | 58,952 | -559 | -0.94% | 47,262 | 80.17% | 51.02% | 21.93% | 15.47% | 5.83% | 0.17% | 0.04% | 1.03% | 4.51% |
| 052 | 59,811 | 300 | 0.50% | 48,525 | 81.13% | 53.81% | 13.71% | 7.98% | 19.72% | 0.14% | 0.06% | 0.72% | 3.86% |
| 053 | 59,953 | 442 | 0.74% | 46,944 | 78.3% | 70.3% | 12.31% | 8.2% | 4.46% | 0.1% | 0.02% | 0.63% | 3.98% |
| 054 | 60,083 | 572 | 0.96% | 50,338 | 83.78% | 61.03% | 12.98% | 15.17% | 6.51% | 0.14% | 0.03% | 0.57% | 3.56% |
| 055 | 59,971 | 460 | 0.77% | 49,255 | 82.13% | 33.78% | 54.54% | 5.14% | 2.85% | 0.18% | 0.03% | 0.4% | 3.09% |
| 056 | 58,929 | -582 | -0.98% | 52,757 | 89.53% | 34.03% | 46.33% | 5.81% | 9.32% | 0.18% | 0.07% | 0.45% | 3.8% |
| 057 | 59,969 | 458 | 0.77% | 52,097 | 86.87% | 62.89% | 15.57% | 8.83% | 7.58% | 0.11% | 0.02% | 0.65% | 4.36% |
| 058 | 59,057 | -454 | -0.76% | 50,514 | 85.53% | 24.98% | 63.09% | 5.03% | 2.76% | 0.14% | 0.03% | 0.51% | 3.45% |
| 059 | 59,434 | -77 | -0.13% | 49,179 | 82.75% | 19.37% | 69.55% | 4.45% | 2.52% | 0.16% | 0.02% | 0.56% | 3.36% |
| 060 | 59,709 | 198 | 0.33% | 45,490 | 76.19% | 26.72% | 61.76% | 5.87% | 2.04% | 0.17% | 0.05% | 0.44% | 2.96% |
| 061 | 59,302 | -209 | -0.35% | 45,447 | 76.64% | 14.79% | 71.51% | 9.1% | 0.87% | 0.15% | 0.06% | 0.54% | 2.98% |
| 062 | 59,450 | -61 | -0.10% | 46,426 | 78.09% | 17.17% | 70.09% | 7.61% | 1.13% | 0.21% | 0.04% | 0.53% | 3.22% |
| 063 | 59,381 | -130 | -0.22% | 45,043 | 75.85% | 16.74% | 68% | 10.42% | 1.32% | 0.21% | 0.03% | 0.51% | 2.78% |
| 064 | 58,986 | -525 | -0.88% | 44,189 | 74.91% | 54.76% | 29.35% | 8.84% | 1.37% | 0.27% | 0.03% | 0.78% | 4.6% |
| 065 | 59,464 | -47 | -0.08% | 44,386 | 74.64% | 29.55% | 60.08% | 5.23% | 1.08% | 0.18% | 0.06% | 0.57% | 3.27% |
| 066 | 59,047 | -464 | -0.78% | 44,278 | 74.99% | 29.98% | 52.03% | 11.05% | 1.72% | 0.24% | 0.07% | 0.79% | 4.11% |
| 067 | 59,135 | -376 | -0.63% | 44,299 | 74.91% | 29.09% | 57.14% | 8.71% | 1.29% | 0.18% | 0.03% | 0.5% | 3.06% |
| 068 | 59,477 | -34 | -0.06% | 44,835 | 75.38% | 31.15% | 54.67% | 7.3% | 2.79% | 0.16% | 0.04% | 0.7% | 3.19% |
| 069 | 58,682 | -829 | -1.39% | 45,548 | 77.62% | 24.1% | 61.87% | 6.47% | 3.04% | 0.17% | 0.04% | 0.89% | 3.41% |
| 070 | 59,121 | -390 | -0.66% | 45,249 | 76.54% | 56.51% | 27.61% | 9.08% | 2.17% | 0.2% | 0.05% | 0.47% | 3.9% |
| 071 | 59,538 | 27 | 0.05% | 44,582 | 74.88% | 67.15% | 18.89% | 7.44% | 0.96% | 0.25% | 0.02% | 0.51% | 4.78% |
| 072 | 59,660 | 149 | 0.25% | 46,229 | 77.49% | 67.26% | 19.34% | 8.16% | 0.96% | 0.2% | 0.02% | 0.3% | 3.75% |
| 073 | 60,036 | 525 | 0.88% | 45,736 | 76.18% | 69.92% | 11.27% | 7.96% | 5.88% | 0.15% | 0.03% | 0.52% | 4.26% |

**Population Summary**   House-prop1-2021

| District | Population | Deviation | % Devn. | [18+_Pop] | [% 18+_Pop] | [% NH_Wht] | [% NH_Blk] | [% Hispanic Origin] | [% NH_Asn] | [% NH_Ind] | [% NH_Hwn] | [% NH_Oth] | [% NH_2+ Races] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 074 | 58,956 | -555 | -0.93% | 44,696 | 75.81% | 61.32% | 25.24% | 6.67% | 2.05% | 0.2% | 0.02% | 0.52% | 3.98% |
| 075 | 59,743 | 232 | 0.39% | 43,850 | 73.4% | 9.24% | 71.27% | 12.97% | 2.66% | 0.19% | 0.06% | 0.71% | 2.9% |
| 076 | 59,759 | 248 | 0.42% | 44,371 | 74.25% | 8.61% | 64.24% | 15.61% | 8.11% | 0.19% | 0.04% | 0.57% | 2.63% |
| 077 | 59,242 | -269 | -0.45% | 44,207 | 74.62% | 6.22% | 72.49% | 14.22% | 4.03% | 0.22% | 0.06% | 0.5% | 2.27% |
| 078 | 59,044 | -467 | -0.78% | 44,572 | 75.49% | 12.69% | 69.39% | 9.94% | 4.03% | 0.19% | 0.03% | 0.65% | 3.08% |
| 079 | 59,500 | -11 | -0.02% | 43,223 | 72.64% | 5.69% | 68.19% | 18.11% | 4.87% | 0.21% | 0.01% | 0.57% | 2.34% |
| 080 | 59,461 | -50 | -0.08% | 44,784 | 75.32% | 45.02% | 11.65% | 26.17% | 13.02% | 0.08% | 0.04% | 0.63% | 3.39% |
| 081 | 59,007 | -504 | -0.85% | 46,259 | 78.4% | 44.28% | 18.64% | 24.58% | 8.14% | 0.14% | 0.02% | 0.55% | 3.65% |
| 082 | 59,724 | 213 | 0.36% | 50,238 | 84.12% | 61.86% | 14.34% | 7.52% | 11.03% | 0.11% | 0.03% | 0.65% | 4.46% |
| 083 | 59,416 | -95 | -0.16% | 46,581 | 78.4% | 44.13% | 12.06% | 33.75% | 6.29% | 0.1% | 0.02% | 0.61% | 3.03% |
| 084 | 59,862 | 351 | 0.59% | 47,350 | 79.1% | 21.11% | 69.74% | 3.4% | 1.4% | 0.16% | 0.03% | 0.59% | 3.58% |
| 085 | 59,373 | -138 | -0.23% | 46,308 | 78% | 17.08% | 60.18% | 5.99% | 12.29% | 0.25% | 0.02% | 0.68% | 3.5% |
| 086 | 59,205 | -306 | -0.51% | 44,614 | 75.36% | 10.6% | 71.76% | 4.64% | 9.02% | 0.15% | 0.02% | 0.67% | 3.14% |
| 087 | 59,709 | 198 | 0.33% | 45,615 | 76.4% | 11.48% | 70.08% | 7.73% | 6.46% | 0.21% | 0.02% | 0.7% | 3.33% |
| 088 | 59,689 | 178 | 0.30% | 46,073 | 77.19% | 15.98% | 60.71% | 11.46% | 7.49% | 0.23% | 0.06% | 0.68% | 3.39% |
| 089 | 59,866 | 355 | 0.60% | 46,198 | 77.17% | 30.38% | 59.77% | 3.8% | 1.78% | 0.15% | 0.03% | 0.48% | 3.6% |
| 090 | 59,812 | 301 | 0.51% | 48,015 | 80.28% | 32.08% | 57.15% | 4.65% | 1.58% | 0.12% | 0.03% | 0.62% | 3.76% |
| 091 | 60,050 | 539 | 0.91% | 46,173 | 76.89% | 19.7% | 67.92% | 7% | 1.39% | 0.17% | 0.04% | 0.54% | 3.25% |
| 092 | 60,273 | 762 | 1.28% | 46,551 | 77.23% | 20.98% | 67.63% | 5.49% | 1.58% | 0.16% | 0.04% | 0.74% | 3.39% |
| 093 | 60,118 | 607 | 1.02% | 44,734 | 74.41% | 19.94% | 63.27% | 11.24% | 1.34% | 0.16% | 0.1% | 0.69% | 3.26% |
| 094 | 59,211 | -300 | -0.50% | 44,809 | 75.68% | 16.38% | 65.88% | 8.72% | 4.85% | 0.19% | 0.02% | 0.58% | 3.37% |
| 095 | 60,030 | 519 | 0.87% | 44,948 | 74.88% | 18.79% | 64.99% | 9.32% | 2.29% | 0.19% | 0.05% | 0.73% | 3.63% |
| 096 | 59,515 | 4 | 0.01% | 44,671 | 75.06% | 17.47% | 20.71% | 40.49% | 17.64% | 0.15% | 0.06% | 0.72% | 2.76% |
| 097 | 59,072 | -439 | -0.74% | 46,339 | 78.44% | 33.19% | 25.12% | 21.86% | 15% | 0.19% | 0.05% | 0.68% | 3.92% |
| 098 | 59,998 | 487 | 0.82% | 42,734 | 71.23% | 9.69% | 19.56% | 57.42% | 10.69% | 0.13% | 0.05% | 0.6% | 1.86% |
| 099 | 59,850 | 339 | 0.57% | 45,004 | 75.19% | 39.77% | 13.49% | 9.52% | 32.49% | 0.15% | 0.04% | 0.56% | 3.98% |
| 100 | 60,030 | 519 | 0.87% | 42,669 | 71.08% | 55.88% | 9.01% | 10.85% | 19.49% | 0.18% | 0.05% | 0.53% | 4.01% |
| 101 | 59,938 | 427 | 0.72% | 46,584 | 77.72% | 37.36% | 22.37% | 20.17% | 15.23% | 0.16% | 0.05% | 0.7% | 3.96% |
| 102 | 58,959 | -552 | -0.93% | 42,968 | 72.88% | 26.79% | 36.41% | 23.45% | 8.97% | 0.22% | 0.03% | 0.69% | 3.44% |
| 103 | 60,197 | 686 | 1.15% | 44,399 | 73.76% | 49.51% | 15.16% | 19.06% | 11.68% | 0.13% | 0.04% | 0.61% | 3.81% |
| 104 | 59,362 | -149 | -0.25% | 43,306 | 72.95% | 60.44% | 15.61% | 12.64% | 6.32% | 0.16% | 0.04% | 0.6% | 4.2% |
| 105 | 59,344 | -167 | -0.28% | 43,474 | 73.26% | 38.89% | 27.8% | 18.1% | 10.56% | 0.1% | 0.03% | 0.65% | 3.88% |
| 106 | 59,112 | -399 | -0.67% | 43,890 | 74.25% | 36.66% | 35.66% | 12.66% | 9.78% | 0.17% | 0.03% | 0.81% | 4.23% |
| 107 | 59,702 | 191 | 0.32% | 44,509 | 74.55% | 19.03% | 27.46% | 34.49% | 15.45% | 0.16% | 0.03% | 0.64% | 2.73% |
| 108 | 59,577 | 66 | 0.11% | 44,308 | 74.37% | 38.96% | 17.34% | 20.98% | 18.06% | 0.17% | 0.03% | 0.67% | 3.78% |
| 109 | 59,630 | 119 | 0.20% | 44,140 | 74.02% | 13.5% | 29.44% | 39.32% | 14.39% | 0.14% | 0.05% | 0.63% | 2.54% |
| 110 | 59,951 | 440 | 0.74% | 43,226 | 72.1% | 32.7% | 45.9% | 11.87% | 4.49% | 0.18% | 0.04% | 0.84% | 3.97% |
| 111 | 60,009 | 498 | 0.84% | 44,096 | 73.48% | 60.53% | 21.74% | 10.37% | 2.5% | 0.18% | 0.04% | 0.73% | 3.91% |
| 112 | 59,349 | -162 | -0.27% | 45,120 | 76.02% | 71.55% | 18.88% | 4% | 1.27% | 0.2% | 0.04% | 0.47% | 3.59% |
| 113 | 60,053 | 542 | 0.91% | 44,538 | 74.16% | 28.82% | 57.75% | 7.78% | 0.79% | 0.14% | 0.12% | 0.62% | 3.98% |
| 114 | 59,867 | 356 | 0.60% | 45,872 | 76.62% | 66.9% | 23.89% | 4.53% | 0.7% | 0.18% | 0.03% | 0.45% | 3.33% |
| 115 | 60,174 | 663 | 1.11% | 44,807 | 74.46% | 33.12% | 51.3% | 7.88% | 2.67% | 0.17% | 0.04% | 0.81% | 4% |
| 116 | 59,913 | 402 | 0.68% | 45,791 | 76.43% | 23.87% | 56.71% | 8.14% | 6.39% | 0.18% | 0.08% | 0.83% | 3.81% |
| 117 | 60,130 | 619 | 1.04% | 44,973 | 74.79% | 51.61% | 35.88% | 6.28% | 1.53% | 0.17% | 0.04% | 0.59% | 3.9% |

## Population Summary

House-prop1-2021

| District | Population | Deviation | % Devn. | [18+_Pop] | [% 18+_Pop] | [% NH_Wht] | [% NH_Blk] | [% Hispanic Origin] | [% NH_Asn] | [% NH_Ind] | [% NH_Hwn] | [% NH_Oth] | [% NH_2+ Races] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 118 | 59,987 | 476 | 0.80% | 46,342 | 77.25% | 68.26% | 22.55% | 4.5% | 0.43% | 0.18% | 0.02% | 0.47% | 3.59% |
| 119 | 58,947 | -564 | -0.95% | 44,005 | 74.65% | 66.88% | 12.47% | 12.17% | 3.83% | 0.16% | 0.02% | 0.58% | 3.89% |
| 120 | 58,982 | -529 | -0.89% | 46,767 | 79.29% | 69.85% | 13.48% | 8.42% | 4.05% | 0.15% | 0.05% | 0.5% | 3.49% |
| 121 | 59,127 | -384 | -0.65% | 46,598 | 78.81% | 75.06% | 8.66% | 6.27% | 5.64% | 0.11% | 0% | 0.53% | 3.73% |
| 122 | 59,632 | 121 | 0.20% | 48,840 | 81.9% | 49.13% | 30.63% | 13.78% | 2.13% | 0.28% | 0.06% | 0.86% | 3.13% |
| 123 | 59,282 | -229 | -0.38% | 46,572 | 78.56% | 65.88% | 23.82% | 5.33% | 1.14% | 0.17% | 0.02% | 0.26% | 3.39% |
| 124 | 59,221 | -290 | -0.49% | 47,638 | 80.44% | 61.53% | 26.06% | 7.57% | 1.14% | 0.19% | 0.02% | 0.37% | 3.12% |
| 125 | 60,137 | 626 | 1.05% | 43,812 | 72.85% | 60% | 21.67% | 8.93% | 2.4% | 0.29% | 0.19% | 0.52% | 5.99% |
| 126 | 59,260 | -251 | -0.42% | 45,497 | 76.78% | 37.81% | 53.88% | 3.63% | 0.76% | 0.27% | 0.15% | 0.37% | 3.13% |
| 127 | 58,678 | -833 | -1.40% | 45,889 | 78.2% | 65.92% | 17.12% | 5.58% | 5.63% | 0.18% | 0.18% | 0.51% | 4.88% |
| 128 | 58,864 | -647 | -1.09% | 46,488 | 78.98% | 44.14% | 51% | 1.91% | 0.36% | 0.19% | 0.03% | 0.17% | 2.22% |
| 129 | 58,829 | -682 | -1.15% | 46,873 | 79.68% | 33.83% | 54.95% | 4.74% | 2.1% | 0.21% | 0.14% | 0.43% | 3.6% |
| 130 | 59,203 | -308 | -0.52% | 44,019 | 74.35% | 30.19% | 60.27% | 4.33% | 0.79% | 0.24% | 0.16% | 0.42% | 3.6% |
| 131 | 58,890 | -621 | -1.04% | 42,968 | 72.96% | 65.57% | 15.99% | 7.07% | 4.92% | 0.19% | 0.14% | 0.61% | 5.51% |
| 132 | 59,142 | -369 | -0.62% | 46,752 | 79.05% | 33.1% | 51.88% | 7.91% | 2.38% | 0.26% | 0.19% | 0.37% | 3.91% |
| 133 | 59,202 | -309 | -0.52% | 47,222 | 79.76% | 56.35% | 37.05% | 2.42% | 1.12% | 0.15% | 0.04% | 0.38% | 2.48% |
| 134 | 59,396 | -115 | -0.19% | 45,110 | 75.95% | 56.72% | 34.18% | 4.39% | 0.74% | 0.22% | 0.02% | 0.35% | 3.37% |
| 135 | 60,063 | 552 | 0.93% | 46,725 | 77.79% | 70.69% | 22.83% | 2.21% | 0.51% | 0.16% | 0.01% | 0.33% | 3.25% |
| 136 | 59,298 | -213 | -0.36% | 45,367 | 76.51% | 62.16% | 28% | 4.4% | 1.54% | 0.24% | 0.03% | 0.42% | 3.21% |
| 137 | 59,551 | 40 | 0.07% | 45,358 | 76.17% | 38.1% | 51.27% | 5.17% | 1.66% | 0.12% | 0.14% | 0.37% | 3.17% |
| 138 | 58,912 | -599 | -1.01% | 45,684 | 77.55% | 70.29% | 18.77% | 4.1% | 2.39% | 0.25% | 0.06% | 0.36% | 3.77% |
| 139 | 59,010 | -501 | -0.84% | 45,522 | 77.14% | 63.55% | 19.18% | 7.24% | 4.03% | 0.25% | 0.21% | 0.59% | 4.96% |
| 140 | 59,294 | -217 | -0.36% | 44,411 | 74.9% | 28.76% | 55.8% | 9.04% | 1.02% | 0.27% | 0.24% | 0.53% | 4.34% |
| 141 | 59,019 | -492 | -0.83% | 44,677 | 75.7% | 29.41% | 54.88% | 7.93% | 2.53% | 0.24% | 0.3% | 0.45% | 4.25% |
| 142 | 59,608 | 97 | 0.16% | 44,584 | 74.8% | 30.78% | 60.48% | 4.23% | 1.29% | 0.16% | 0.01% | 0.36% | 2.68% |
| 143 | 59,469 | -42 | -0.07% | 46,390 | 78.01% | 29.08% | 61.66% | 4.87% | 0.97% | 0.19% | 0.05% | 0.36% | 2.82% |
| 144 | 59,232 | -279 | -0.47% | 46,370 | 78.29% | 60.82% | 29.32% | 2.91% | 3.46% | 0.14% | 0.02% | 0.36% | 2.97% |
| 145 | 59,863 | 352 | 0.59% | 45,844 | 76.58% | 51.64% | 35.66% | 7.02% | 0.9% | 0.28% | 0.04% | 0.41% | 4.05% |
| 146 | 60,203 | 692 | 1.16% | 44,589 | 74.06% | 59.32% | 26.73% | 5.66% | 2.67% | 0.17% | 0.09% | 0.45% | 4.91% |
| 147 | 59,178 | -333 | -0.56% | 44,902 | 75.88% | 51.94% | 29.55% | 8.3% | 4.76% | 0.23% | 0.07% | 0.51% | 4.64% |
| 148 | 59,984 | 473 | 0.79% | 46,614 | 77.71% | 58.49% | 33.89% | 3.66% | 0.9% | 0.12% | 0.04% | 0.28% | 2.63% |
| 149 | 58,893 | -618 | -1.04% | 46,821 | 79.5% | 60.01% | 31.14% | 5.61% | 0.57% | 0.17% | 0.03% | 0.2% | 2.28% |
| 150 | 59,276 | -235 | -0.39% | 47,050 | 79.37% | 36.16% | 53.23% | 7.23% | 1.17% | 0.17% | 0.03% | 0.17% | 1.85% |
| 151 | 60,059 | 548 | 0.92% | 46,973 | 78.21% | 45.21% | 42.21% | 7.51% | 1.29% | 0.18% | 0.23% | 0.25% | 3.12% |
| 152 | 60,134 | 623 | 1.05% | 46,026 | 76.54% | 66.12% | 25.86% | 2.84% | 1.6% | 0.21% | 0.03% | 0.3% | 3.03% |
| 153 | 59,299 | -212 | -0.36% | 45,692 | 77.05% | 24.38% | 69.08% | 2.93% | 0.89% | 0.13% | 0.02% | 0.24% | 2.33% |
| 154 | 59,994 | 483 | 0.81% | 47,273 | 78.8% | 39.54% | 55.53% | 2.1% | 0.38% | 0.16% | 0.01% | 0.2% | 2.09% |
| 155 | 58,759 | -752 | -1.26% | 45,208 | 76.94% | 57.32% | 36.14% | 2.62% | 0.91% | 0.18% | 0.05% | 0.26% | 2.52% |
| 156 | 59,444 | -67 | -0.11% | 45,867 | 77.16% | 58.49% | 29.79% | 8.27% | 0.6% | 0.17% | 0.01% | 0.25% | 2.42% |
| 157 | 59,957 | 446 | 0.75% | 45,311 | 75.57% | 61.81% | 23.59% | 11.19% | 0.54% | 0.16% | 0.04% | 0.21% | 2.47% |
| 158 | 59,440 | -71 | -0.12% | 45,549 | 76.63% | 59.27% | 31.5% | 5.6% | 0.75% | 0.18% | 0.03% | 0.25% | 2.42% |
| 159 | 59,895 | 384 | 0.65% | 44,871 | 74.92% | 67.46% | 23.88% | 3.65% | 0.54% | 0.28% | 0.03% | 0.34% | 3.82% |
| 160 | 59,935 | 424 | 0.71% | 48,057 | 80.18% | 66.84% | 21.68% | 5.5% | 1.62% | 0.24% | 0.1% | 0.28% | 3.76% |
| 161 | 60,097 | 586 | 0.98% | 44,371 | 73.83% | 57.53% | 25.83% | 7.89% | 3.03% | 0.24% | 0.09% | 0.5% | 4.9% |

**Population Summary**  House-prop1-2021

| District | Population | Deviation | % Devn. | [18+_Pop] | [% 18+_Pop] | [% NH_Wht] | [% NH_Blk] | [% Hispanic Origin] | [% NH_Asn] | [% NH_Ind] | [% NH_Hwn] | [% NH_Oth] | [% NH_2+ Races] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 162 | 60,308 | 797 | 1.34% | 46,733 | 77.49% | 36.7% | 43.34% | 10.78% | 4% | 0.2% | 0.24% | 0.54% | 4.19% |
| 163 | 60,123 | 612 | 1.03% | 48,461 | 80.6% | 38.48% | 46.14% | 8.45% | 3.12% | 0.19% | 0.13% | 0.39% | 3.1% |
| 164 | 60,101 | 590 | 0.99% | 45,851 | 76.29% | 57.7% | 22.03% | 9.95% | 4.21% | 0.24% | 0.12% | 0.68% | 5.08% |
| 165 | 59,978 | 467 | 0.78% | 48,247 | 80.44% | 35.1% | 52.41% | 5.53% | 3.19% | 0.22% | 0.14% | 0.38% | 3.02% |
| 166 | 60,242 | 731 | 1.23% | 47,580 | 78.98% | 82.79% | 4.94% | 5.19% | 2.65% | 0.16% | 0.05% | 0.4% | 3.82% |
| 167 | 59,493 | -18 | -0.03% | 44,140 | 74.19% | 62.89% | 20.99% | 8.81% | 1.42% | 0.35% | 0.23% | 0.5% | 4.79% |
| 168 | 60,147 | 636 | 1.07% | 44,867 | 74.6% | 36.24% | 43.3% | 11.22% | 1.98% | 0.31% | 0.67% | 0.48% | 5.79% |
| 169 | 59,138 | -373 | -0.63% | 45,267 | 76.54% | 58.36% | 28.84% | 9.03% | 0.79% | 0.15% | 0.02% | 0.2% | 2.6% |
| 170 | 60,116 | 605 | 1.02% | 45,316 | 75.38% | 60.65% | 24.39% | 10.43% | 1.19% | 0.13% | 0.02% | 0.28% | 2.91% |
| 171 | 59,237 | -274 | -0.46% | 45,969 | 77.6% | 51.23% | 39.79% | 5.73% | 0.54% | 0.21% | 0.03% | 0.21% | 2.26% |
| 172 | 59,961 | 450 | 0.76% | 44,756 | 74.64% | 57.24% | 23.26% | 16% | 0.77% | 0.21% | 0.03% | 0.23% | 2.27% |
| 173 | 59,743 | 232 | 0.39% | 45,292 | 75.81% | 52.67% | 36.22% | 6.95% | 0.79% | 0.33% | 0.02% | 0.3% | 2.72% |
| 174 | 59,852 | 341 | 0.57% | 45,760 | 76.46% | 70.83% | 16.91% | 7.88% | 0.47% | 0.35% | 0.04% | 0.22% | 3.3% |
| 175 | 59,993 | 482 | 0.81% | 44,704 | 74.52% | 64.08% | 23.75% | 6.1% | 1.78% | 0.26% | 0.07% | 0.34% | 3.64% |
| 176 | 59,470 | -41 | -0.07% | 44,991 | 75.65% | 63.56% | 21.74% | 9.95% | 0.91% | 0.24% | 0.08% | 0.29% | 3.23% |
| 177 | 59,992 | 481 | 0.81% | 46,014 | 76.7% | 33.22% | 54.7% | 6.69% | 1.26% | 0.21% | 0.07% | 0.42% | 3.42% |
| 178 | 59,877 | 366 | 0.62% | 45,638 | 76.22% | 75.62% | 14.4% | 6.22% | 0.52% | 0.18% | 0.01% | 0.29% | 2.76% |
| 179 | 59,356 | -155 | -0.26% | 47,156 | 79.45% | 59.03% | 28.39% | 7.73% | 1.06% | 0.17% | 0.13% | 0.39% | 3.11% |
| 180 | 59,412 | -99 | -0.17% | 45,362 | 76.35% | 68.71% | 16.96% | 6.47% | 1.56% | 0.32% | 0.11% | 0.57% | 5.3% |

**Total:** 10,711,908  
**Ideal District:** 59,511

User: **H097**
Plan Name: **House-prop1-2021**
Plan Type: **House**

## Population Summary

**Summary Statistics:**

| | |
|---|---|
| Population Range: | 58,678 to 60,308 |
| Ratio Range: | 0.03 |
| Absolute Range: | -833 to 797 |
| Absolute Overall Range: | 1,630 |
| Relative Range: | -1.40% to 1.34% |
| Relative Overall Range: | 2.74% |
| Absolute Mean Deviation: | 363.71 |
| Relative Mean Deviation: | 0.61% |
| Standard Deviation: | 417.67 |

| District | Population | Deviation | % Devn. | [18+_Pop] | [% 18+_Pop] | [% NH18+_Wht] | [% NH18+_Blk] | [% H18+_Pop] | [% NH18+_Asn] | [% NH18+_Ind] | [% NH18+_Hwn] | [% NH18+_Oth] | [% NH18+_2+_Races] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 001 | 59,666 | 155 | 0.26% | 46,801 | 78.44% | 89.43% | 3.65% | 2.11% | 0.57% | 0.32% | 0.05% | 0.21% | 3.65% |
| 002 | 59,773 | 262 | 0.44% | 46,159 | 77.22% | 85.33% | 2.64% | 7.57% | 1.07% | 0.2% | 0.02% | 0.2% | 2.97% |
| 003 | 60,199 | 688 | 1.16% | 46,716 | 77.6% | 88.46% | 2.71% | 2.96% | 1.56% | 0.28% | 0.14% | 0.14% | 3.77% |
| 004 | 59,070 | -441 | -0.74% | 42,798 | 72.45% | 47.78% | 4.53% | 44.13% | 1.28% | 0.19% | 0.02% | 0.21% | 1.86% |
| 005 | 58,837 | -674 | -1.13% | 44,623 | 75.84% | 78.55% | 3.81% | 12.62% | 1.26% | 0.22% | 0.03% | 0.19% | 3.31% |
| 006 | 59,712 | 201 | 0.34% | 45,152 | 75.62% | 83% | 1% | 11.96% | 0.51% | 0.25% | 0.02% | 0.17% | 3.09% |
| 007 | 59,081 | -430 | -0.72% | 48,771 | 82.55% | 90.15% | 0.34% | 5.53% | 0.46% | 0.27% | 0.01% | 0.21% | 3.02% |
| 008 | 59,244 | -267 | -0.45% | 49,612 | 83.74% | 91.87% | 1.12% | 2.74% | 0.54% | 0.3% | 0% | 0.29% | 3.13% |
| 009 | 59,474 | -37 | -0.06% | 48,273 | 81.17% | 88.93% | 1.06% | 4.74% | 0.83% | 0.41% | 0.06% | 0.33% | 3.64% |
| 010 | 59,519 | 8 | 0.01% | 47,164 | 79.24% | 81.82% | 3.19% | 10.04% | 1.58% | 0.18% | 0.03% | 0.21% | 2.95% |
| 011 | 58,792 | -719 | -1.21% | 45,396 | 77.21% | 89.31% | 1.43% | 4.23% | 1.06% | 0.23% | 0.03% | 0.27% | 3.44% |
| 012 | 59,300 | -211 | -0.35% | 46,487 | 78.39% | 80.42% | 8.94% | 6.15% | 1.01% | 0.18% | 0% | 0.33% | 2.97% |
| 013 | 59,150 | -361 | -0.61% | 45,176 | 76.38% | 66.3% | 18.03% | 10.84% | 1.36% | 0.22% | 0.02% | 0.26% | 2.97% |
| 014 | 59,135 | -376 | -0.63% | 45,511 | 76.96% | 83.02% | 6.06% | 5.88% | 0.8% | 0.25% | 0.02% | 0.31% | 3.65% |
| 015 | 59,213 | -298 | -0.50% | 45,791 | 77.33% | 71.9% | 13.11% | 9.67% | 1.36% | 0.27% | 0.03% | 0.36% | 3.3% |
| 016 | 59,402 | -109 | -0.18% | 44,009 | 74.09% | 76.42% | 10.83% | 8.61% | 0.79% | 0.21% | 0.05% | 0.32% | 2.76% |
| 017 | 59,120 | -391 | -0.66% | 42,761 | 72.33% | 66.02% | 21.24% | 6.94% | 1.41% | 0.25% | 0.06% | 0.54% | 3.55% |
| 018 | 59,335 | -176 | -0.30% | 45,159 | 76.11% | 86.01% | 7.17% | 2.39% | 0.62% | 0.26% | 0.04% | 0.26% | 3.24% |
| 019 | 58,955 | -556 | -0.93% | 44,299 | 75.14% | 65.37% | 22.26% | 6.8% | 1.21% | 0.21% | 0.07% | 0.48% | 3.59% |
| 020 | 60,107 | 596 | 1.00% | 45,725 | 76.07% | 76.4% | 7.96% | 9.18% | 2.03% | 0.14% | 0.04% | 0.55% | 3.7% |
| 021 | 59,529 | 18 | 0.03% | 44,931 | 75.48% | 82.07% | 4.23% | 7.44% | 1.87% | 0.22% | 0.05% | 0.61% | 3.51% |
| 022 | 59,460 | -51 | -0.09% | 45,815 | 77.05% | 65.61% | 13.32% | 11.57% | 4.04% | 0.21% | 0.03% | 0.76% | 4.47% |
| 023 | 59,048 | -463 | -0.78% | 44,254 | 74.95% | 75.29% | 5.48% | 14.23% | 1.12% | 0.21% | 0.05% | 0.32% | 3.3% |
| 024 | 59,011 | -500 | -0.84% | 41,814 | 70.86% | 63.42% | 6.04% | 10.32% | 16.41% | 0.17% | 0.05% | 0.56% | 3.03% |
| 025 | 59,414 | -97 | -0.16% | 42,520 | 71.57% | 56.12% | 5.08% | 5.09% | 30.56% | 0.1% | 0.03% | 0.45% | 2.56% |
| 026 | 59,248 | -263 | -0.44% | 44,081 | 74.4% | 68.21% | 3.18% | 10.76% | 14.26% | 0.12% | 0.04% | 0.44% | 2.99% |
| 027 | 58,795 | -716 | -1.20% | 46,004 | 78.24% | 82.61% | 3.07% | 9.6% | 0.83% | 0.2% | 0.04% | 0.24% | 3.4% |
| 028 | 58,972 | -539 | -0.91% | 44,444 | 75.36% | 79.36% | 3.15% | 11.44% | 2.16% | 0.17% | 0.03% | 0.36% | 3.33% |

## Population Summary

House-prop1-2021

| District | Population | Deviation | % Devn. | [18+_Pop] | [% 18+_Pop] | [% NH18+_Wht] | [% NH18+_Blk] | [% H18+_Pop] | [% NH18+_Asn] | [% NH18+_Ind] | [% NH18+_Hwn] | [% NH18+_Oth] | [% NH18+_2+ Races] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 029 | 59,200 | -311 | -0.52% | 43,131 | 72.86% | 42.29% | 12.55% | 39.71% | 3.02% | 0.14% | 0.06% | 0.33% | 1.91% |
| 030 | 59,266 | -245 | -0.41% | 45,414 | 76.63% | 70.5% | 7.19% | 16.13% | 2.96% | 0.15% | 0.02% | 0.28% | 2.77% |
| 031 | 59,901 | 390 | 0.66% | 43,120 | 71.99% | 68.65% | 6.79% | 18.95% | 2.35% | 0.21% | 0.03% | 0.32% | 2.69% |
| 032 | 59,145 | -366 | -0.62% | 45,942 | 77.68% | 82.98% | 7.21% | 4.87% | 1.25% | 0.32% | 0.05% | 0.2% | 3.12% |
| 033 | 59,187 | -324 | -0.54% | 46,498 | 78.56% | 82.25% | 10.57% | 3.13% | 1.16% | 0.15% | 0.01% | 0.29% | 2.43% |
| 034 | 59,875 | 364 | 0.61% | 45,758 | 76.42% | 69.23% | 14.11% | 7.85% | 4.43% | 0.12% | 0.03% | 0.65% | 3.58% |
| 035 | 59,889 | 378 | 0.64% | 48,312 | 80.67% | 53.63% | 25.59% | 11.15% | 4.58% | 0.19% | 0.05% | 0.77% | 4.04% |
| 036 | 59,994 | 483 | 0.81% | 44,911 | 74.86% | 70.77% | 15.48% | 6.51% | 3.02% | 0.15% | 0.04% | 0.6% | 3.44% |
| 037 | 59,176 | -335 | -0.56% | 46,223 | 78.11% | 46.26% | 25.84% | 18.64% | 4.61% | 0.21% | 0.02% | 0.91% | 3.52% |
| 038 | 59,317 | -194 | -0.33% | 44,839 | 75.59% | 30.1% | 51.13% | 12.62% | 1.87% | 0.24% | 0.05% | 0.63% | 3.36% |
| 039 | 59,381 | -130 | -0.22% | 44,436 | 74.83% | 23.47% | 52.5% | 18.66% | 1.77% | 0.17% | 0.03% | 0.6% | 2.79% |
| 040 | 59,044 | -467 | -0.78% | 47,976 | 81.25% | 51.14% | 30.35% | 5.92% | 8.24% | 0.15% | 0.01% | 0.63% | 3.55% |
| 041 | 60,122 | 611 | 1.03% | 45,271 | 75.3% | 27.62% | 36.96% | 28.55% | 3.13% | 0.22% | 0.05% | 0.84% | 2.62% |
| 042 | 59,620 | 109 | 0.18% | 48,525 | 81.39% | 39% | 30.85% | 17.38% | 7.45% | 0.2% | 0.04% | 1.14% | 3.94% |
| 043 | 59,464 | -47 | -0.08% | 47,033 | 79.09% | 46.31% | 24.03% | 14.15% | 7.62% | 0.21% | 0.09% | 2.27% | 5.32% |
| 044 | 60,002 | 491 | 0.83% | 46,773 | 77.95% | 67.69% | 10.5% | 10.53% | 5.78% | 0.2% | 0.02% | 1.06% | 4.23% |
| 045 | 59,738 | 227 | 0.38% | 44,023 | 73.69% | 74.94% | 4.27% | 4.85% | 12.05% | 0.05% | 0.02% | 0.59% | 3.23% |
| 046 | 59,108 | -403 | -0.68% | 44,132 | 74.66% | 74.81% | 6.79% | 7.38% | 6.72% | 0.13% | 0.04% | 0.61% | 3.53% |
| 047 | 59,126 | -385 | -0.65% | 43,932 | 74.3% | 63.89% | 9.3% | 7.37% | 15.16% | 0.17% | 0.03% | 0.62% | 3.46% |
| 048 | 59,003 | -508 | -0.85% | 44,779 | 75.89% | 61.77% | 10.14% | 12.41% | 11.59% | 0.08% | 0.04% | 0.56% | 3.42% |
| 049 | 59,153 | -358 | -0.60% | 45,263 | 76.52% | 71.48% | 7.22% | 6.7% | 10.74% | 0.1% | 0.03% | 0.63% | 3.12% |
| 050 | 59,523 | 12 | 0.02% | 43,940 | 73.82% | 44.37% | 10.8% | 6.36% | 34.63% | 0.07% | 0.05% | 0.58% | 3.13% |
| 051 | 58,952 | -559 | -0.94% | 47,262 | 80.17% | 54.33% | 21.3% | 13.31% | 5.93% | 0.18% | 0.05% | 1.01% | 3.89% |
| 052 | 59,811 | 300 | 0.50% | 48,525 | 81.13% | 55.14% | 14.19% | 7.41% | 19.12% | 0.14% | 0.07% | 0.68% | 3.24% |
| 053 | 59,953 | 442 | 0.74% | 46,944 | 78.3% | 71.2% | 12.71% | 7.44% | 4.58% | 0.09% | 0.02% | 0.54% | 3.41% |
| 054 | 60,083 | 572 | 0.96% | 50,338 | 83.78% | 62.98% | 13.67% | 12.79% | 6.86% | 0.13% | 0.03% | 0.53% | 3.02% |
| 055 | 59,971 | 460 | 0.77% | 49,255 | 82.13% | 35.51% | 52.85% | 4.97% | 3.19% | 0.18% | 0.04% | 0.37% | 2.88% |
| 056 | 58,929 | -582 | -0.98% | 52,757 | 89.53% | 36.98% | 42.9% | 5.84% | 9.92% | 0.2% | 0.08% | 0.41% | 3.67% |
| 057 | 59,969 | 458 | 0.77% | 52,097 | 86.87% | 63.64% | 16.18% | 7.95% | 7.99% | 0.1% | 0.02% | 0.6% | 3.52% |
| 058 | 59,057 | -454 | -0.76% | 50,514 | 85.53% | 27.56% | 60.36% | 5.07% | 3.04% | 0.12% | 0.04% | 0.51% | 3.3% |
| 059 | 59,434 | -77 | -0.13% | 49,179 | 82.75% | 22.04% | 66.72% | 4.43% | 2.9% | 0.17% | 0.02% | 0.54% | 3.18% |
| 060 | 59,709 | 198 | 0.33% | 45,490 | 76.19% | 28.09% | 61.3% | 5.11% | 2.17% | 0.18% | 0.05% | 0.43% | 2.67% |
| 061 | 59,302 | -209 | -0.35% | 45,447 | 76.64% | 16.75% | 71.33% | 7.61% | 0.97% | 0.17% | 0.05% | 0.51% | 2.6% |
| 062 | 59,450 | -61 | -0.10% | 46,426 | 78.09% | 19.07% | 69.19% | 6.83% | 1.3% | 0.21% | 0.05% | 0.47% | 2.88% |
| 063 | 59,381 | -130 | -0.22% | 45,043 | 75.85% | 19.22% | 66.7% | 9.26% | 1.54% | 0.21% | 0.04% | 0.47% | 2.56% |
| 064 | 58,986 | -525 | -0.88% | 44,189 | 74.91% | 57.83% | 28.63% | 7.44% | 1.41% | 0.3% | 0.04% | 0.7% | 3.67% |
| 065 | 59,464 | -47 | -0.08% | 44,386 | 74.64% | 31.46% | 59.19% | 4.53% | 1.15% | 0.19% | 0.05% | 0.51% | 2.92% |
| 066 | 59,047 | -464 | -0.78% | 44,278 | 74.99% | 33.93% | 50.39% | 9.49% | 1.86% | 0.26% | 0.08% | 0.63% | 3.36% |
| 067 | 59,135 | -376 | -0.63% | 44,299 | 74.91% | 30.86% | 56.59% | 7.75% | 1.39% | 0.19% | 0.03% | 0.49% | 2.7% |
| 068 | 59,477 | -34 | -0.06% | 44,835 | 75.38% | 33.94% | 53.42% | 6.33% | 2.77% | 0.14% | 0.05% | 0.63% | 2.72% |
| 069 | 58,682 | -829 | -1.39% | 45,548 | 77.62% | 26.89% | 60.9% | 5.42% | 3.12% | 0.18% | 0.04% | 0.78% | 2.68% |
| 070 | 59,121 | -390 | -0.66% | 45,249 | 76.54% | 59.69% | 26.23% | 7.96% | 2.23% | 0.22% | 0.06% | 0.4% | 3.22% |
| 071 | 59,538 | 27 | 0.05% | 44,582 | 74.88% | 69.8% | 18.45% | 6.18% | 1.01% | 0.24% | 0.02% | 0.42% | 3.88% |

## Population Summary

House-prop1-2021

| District | Population | Deviation | % Devn. | [18+_Pop] | [% 18+_Pop] | [% NH18+_Wht] | [% NH18+_Blk] | [% H18+_Pop] | [% NH18+_Asn] | [% NH18+_Ind] | [% NH18+_Hwn] | [% NH18+_Oth] | [% NH18+_2+ Races] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 072 | 59,660 | 149 | 0.25% | 46,229 | 77.49% | 69.24% | 19.51% | 6.94% | 0.93% | 0.19% | 0.02% | 0.23% | 2.94% |
| 073 | 60,036 | 525 | 0.88% | 45,736 | 76.18% | 72.58% | 10.84% | 7.05% | 5.58% | 0.14% | 0.03% | 0.4% | 3.38% |
| 074 | 58,956 | -555 | -0.93% | 44,696 | 75.81% | 64.44% | 24% | 5.55% | 2.04% | 0.21% | 0.02% | 0.47% | 3.26% |
| 075 | 59,743 | 232 | 0.39% | 43,850 | 73.4% | 11.27% | 71.04% | 11.28% | 2.93% | 0.18% | 0.07% | 0.66% | 2.57% |
| 076 | 59,759 | 248 | 0.42% | 44,371 | 74.25% | 10.51% | 64.4% | 13.23% | 8.69% | 0.21% | 0.05% | 0.51% | 2.41% |
| 077 | 59,242 | -269 | -0.45% | 44,207 | 74.62% | 7.58% | 73.27% | 12.2% | 4.36% | 0.23% | 0.06% | 0.41% | 1.9% |
| 078 | 59,044 | -467 | -0.78% | 44,572 | 75.49% | 15.05% | 68.35% | 8.89% | 4.21% | 0.2% | 0.03% | 0.63% | 2.63% |
| 079 | 59,500 | -11 | -0.02% | 43,223 | 72.64% | 7.15% | 68.44% | 16.03% | 5.51% | 0.2% | 0.01% | 0.56% | 2.09% |
| 080 | 59,461 | -50 | -0.08% | 44,784 | 75.32% | 47.63% | 12.45% | 23.12% | 13.33% | 0.07% | 0.04% | 0.56% | 2.79% |
| 081 | 59,007 | -504 | -0.85% | 46,259 | 78.4% | 47.01% | 19.77% | 20.92% | 8.71% | 0.14% | 0.01% | 0.46% | 2.98% |
| 082 | 59,724 | 213 | 0.36% | 50,238 | 84.12% | 62.46% | 15.19% | 6.79% | 11.35% | 0.11% | 0.04% | 0.56% | 3.51% |
| 083 | 59,416 | -95 | -0.16% | 46,581 | 78.4% | 47.9% | 13.51% | 28.47% | 6.91% | 0.1% | 0.02% | 0.55% | 2.55% |
| 084 | 59,862 | 351 | 0.59% | 47,350 | 79.1% | 21.29% | 70.47% | 2.96% | 1.48% | 0.16% | 0.02% | 0.55% | 3.07% |
| 085 | 59,373 | -138 | -0.23% | 46,308 | 78% | 19.48% | 59.85% | 5.92% | 10.8% | 0.21% | 0.02% | 0.57% | 3.14% |
| 086 | 59,205 | -306 | -0.51% | 44,614 | 75.36% | 12.08% | 72.02% | 4.29% | 7.95% | 0.15% | 0.01% | 0.65% | 2.84% |
| 087 | 59,709 | 198 | 0.33% | 45,615 | 76.4% | 13.5% | 69.72% | 6.69% | 6.22% | 0.24% | 0.02% | 0.64% | 2.97% |
| 088 | 59,689 | 178 | 0.30% | 46,073 | 77.19% | 18.3% | 60.15% | 9.97% | 7.64% | 0.22% | 0.07% | 0.64% | 3.01% |
| 089 | 59,866 | 355 | 0.60% | 46,198 | 77.17% | 31.07% | 60.06% | 3.42% | 1.92% | 0.15% | 0.03% | 0.41% | 2.93% |
| 090 | 59,812 | 301 | 0.51% | 48,015 | 80.28% | 33.98% | 56.05% | 4.26% | 1.82% | 0.12% | 0.03% | 0.53% | 3.2% |
| 091 | 60,050 | 539 | 0.91% | 46,173 | 76.89% | 22% | 67.15% | 5.86% | 1.44% | 0.15% | 0.05% | 0.49% | 2.86% |
| 092 | 60,273 | 762 | 1.28% | 46,551 | 77.23% | 24.05% | 65.71% | 4.68% | 1.67% | 0.17% | 0.03% | 0.61% | 3.08% |
| 093 | 60,118 | 607 | 1.02% | 44,734 | 74.41% | 22.91% | 62.36% | 9.58% | 1.48% | 0.17% | 0.09% | 0.61% | 2.81% |
| 094 | 59,211 | -300 | -0.50% | 44,809 | 75.68% | 18.42% | 65.61% | 7.29% | 4.85% | 0.19% | 0.02% | 0.54% | 3.07% |
| 095 | 60,030 | 519 | 0.87% | 44,948 | 74.88% | 21.83% | 63.61% | 7.94% | 2.43% | 0.22% | 0.04% | 0.67% | 3.27% |
| 096 | 59,515 | 4 | 0.01% | 44,671 | 75.06% | 20.32% | 20.75% | 36.03% | 19.7% | 0.11% | 0.04% | 0.6% | 2.44% |
| 097 | 59,072 | -439 | -0.74% | 46,339 | 78.44% | 36.44% | 24.16% | 19.23% | 16.07% | 0.19% | 0.05% | 0.6% | 3.25% |
| 098 | 59,998 | 487 | 0.82% | 42,734 | 71.23% | 11.66% | 20.91% | 52.77% | 12.28% | 0.12% | 0.05% | 0.51% | 1.71% |
| 099 | 59,850 | 339 | 0.57% | 45,004 | 75.19% | 42.1% | 13.07% | 8.67% | 32.63% | 0.13% | 0.04% | 0.48% | 2.89% |
| 100 | 60,030 | 519 | 0.87% | 42,669 | 71.08% | 59.05% | 8.86% | 9.98% | 18.41% | 0.19% | 0.06% | 0.43% | 3.02% |
| 101 | 59,938 | 427 | 0.72% | 46,584 | 77.72% | 40.14% | 21.87% | 18.24% | 15.98% | 0.16% | 0.05% | 0.54% | 3.02% |
| 102 | 58,959 | -552 | -0.93% | 42,968 | 72.88% | 30.65% | 34.79% | 21.34% | 9.57% | 0.2% | 0.03% | 0.52% | 2.89% |
| 103 | 60,197 | 686 | 1.15% | 44,399 | 73.76% | 52.42% | 15.01% | 16.89% | 12.19% | 0.12% | 0.03% | 0.5% | 2.83% |
| 104 | 59,362 | -149 | -0.25% | 43,306 | 72.95% | 62.96% | 15.44% | 11.14% | 6.38% | 0.18% | 0.05% | 0.51% | 3.34% |
| 105 | 59,344 | -167 | -0.28% | 43,474 | 73.26% | 41.74% | 26.67% | 16.76% | 11.05% | 0.1% | 0.03% | 0.54% | 3.12% |
| 106 | 59,112 | -399 | -0.67% | 43,890 | 74.25% | 41.22% | 33.7% | 11.14% | 9.73% | 0.16% | 0.03% | 0.74% | 3.28% |
| 107 | 59,702 | 191 | 0.32% | 44,509 | 74.55% | 21.96% | 27.02% | 31.09% | 16.75% | 0.18% | 0.04% | 0.56% | 2.4% |
| 108 | 59,577 | 66 | 0.11% | 44,308 | 74.37% | 43.36% | 16.55% | 18.16% | 18.34% | 0.18% | 0.04% | 0.53% | 2.84% |
| 109 | 59,630 | 119 | 0.20% | 44,140 | 74.02% | 15.44% | 29.65% | 36.12% | 15.82% | 0.12% | 0.06% | 0.55% | 2.25% |
| 110 | 59,951 | 440 | 0.74% | 43,226 | 72.1% | 36.58% | 44.02% | 10.49% | 4.72% | 0.18% | 0.04% | 0.72% | 3.25% |
| 111 | 60,009 | 498 | 0.84% | 44,096 | 73.48% | 64% | 20.56% | 8.84% | 2.56% | 0.2% | 0.04% | 0.64% | 3.17% |
| 112 | 59,349 | -162 | -0.27% | 45,120 | 76.02% | 73.73% | 18.26% | 3.28% | 1.26% | 0.22% | 0.02% | 0.41% | 2.81% |
| 113 | 60,053 | 542 | 0.91% | 44,538 | 74.16% | 31.8% | 56.48% | 6.65% | 0.83% | 0.15% | 0.11% | 0.59% | 3.39% |
| 114 | 59,867 | 356 | 0.60% | 45,872 | 76.62% | 68.84% | 23.42% | 3.73% | 0.71% | 0.18% | 0.01% | 0.35% | 2.76% |

## Population Summary

House-prop1-2021

| District | Population | Deviation | % Devn. | [18+_Pop] | [% 18+_Pop] | [% NH18+_Wht] | [% NH18+_Blk] | [% H18+_Pop] | [% NH18+_Asn] | [% NH18+_Ind] | [% NH18+_Hwn] | [% NH18+_Oth] | [% NH18+_2+ Races] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 115 | 60,174 | 663 | 1.11% | 44,807 | 74.46% | 36.95% | 49.2% | 6.97% | 2.68% | 0.2% | 0.05% | 0.69% | 3.26% |
| 116 | 59,913 | 402 | 0.68% | 45,791 | 76.43% | 27.22% | 54.93% | 7.29% | 6.48% | 0.19% | 0.09% | 0.74% | 3.05% |
| 117 | 60,130 | 619 | 1.04% | 44,973 | 74.79% | 54.5% | 34.54% | 5.44% | 1.54% | 0.19% | 0.04% | 0.52% | 3.22% |
| 118 | 59,987 | 476 | 0.80% | 46,342 | 77.25% | 69.73% | 22.7% | 3.68% | 0.42% | 0.2% | 0.02% | 0.39% | 2.85% |
| 119 | 58,947 | -564 | -0.95% | 44,005 | 74.65% | 69.8% | 12.31% | 10.44% | 3.75% | 0.17% | 0.02% | 0.43% | 3.08% |
| 120 | 58,982 | -529 | -0.89% | 46,767 | 79.29% | 71.94% | 13.21% | 7.09% | 4.18% | 0.16% | 0.05% | 0.44% | 2.91% |
| 121 | 59,127 | -384 | -0.65% | 46,598 | 78.81% | 76.13% | 8.6% | 5.57% | 5.84% | 0.1% | 0% | 0.46% | 3.3% |
| 122 | 59,632 | 121 | 0.20% | 48,840 | 81.9% | 54.8% | 27.13% | 11.7% | 2.41% | 0.32% | 0.06% | 0.79% | 2.79% |
| 123 | 59,282 | -229 | -0.38% | 46,572 | 78.56% | 68.06% | 23.42% | 4.31% | 1.06% | 0.19% | 0.02% | 0.2% | 2.75% |
| 124 | 59,221 | -290 | -0.49% | 47,638 | 80.44% | 65.01% | 24.61% | 6.17% | 1.08% | 0.19% | 0.02% | 0.31% | 2.61% |
| 125 | 60,137 | 626 | 1.05% | 43,812 | 72.85% | 63.03% | 21.43% | 7.66% | 2.6% | 0.31% | 0.16% | 0.39% | 4.41% |
| 126 | 59,260 | -251 | -0.42% | 45,497 | 76.78% | 39.97% | 52.63% | 3.17% | 0.89% | 0.29% | 0.16% | 0.29% | 2.62% |
| 127 | 58,678 | -833 | -1.40% | 45,889 | 78.2% | 68.13% | 16.88% | 4.77% | 5.68% | 0.19% | 0.16% | 0.43% | 3.77% |
| 128 | 58,864 | -647 | -1.09% | 46,488 | 78.98% | 46.49% | 49.38% | 1.7% | 0.35% | 0.19% | 0.01% | 0.17% | 1.71% |
| 129 | 58,829 | -682 | -1.15% | 46,873 | 79.68% | 37.16% | 52.33% | 4.26% | 2.4% | 0.19% | 0.15% | 0.41% | 3.1% |
| 130 | 59,203 | -308 | -0.52% | 44,019 | 74.35% | 33.74% | 57.69% | 3.86% | 0.97% | 0.26% | 0.19% | 0.34% | 2.95% |
| 131 | 58,890 | -621 | -1.04% | 42,968 | 72.96% | 68.16% | 15.87% | 5.87% | 5.21% | 0.21% | 0.1% | 0.55% | 4.03% |
| 132 | 59,142 | -369 | -0.62% | 46,752 | 79.05% | 35.63% | 49.82% | 7.8% | 2.74% | 0.27% | 0.16% | 0.3% | 3.28% |
| 133 | 59,202 | -309 | -0.52% | 47,222 | 79.76% | 58.39% | 35.87% | 2.15% | 1.15% | 0.15% | 0.04% | 0.36% | 1.89% |
| 134 | 59,396 | -115 | -0.19% | 45,110 | 75.95% | 59.9% | 32.37% | 3.74% | 0.81% | 0.23% | 0.02% | 0.25% | 2.69% |
| 135 | 60,063 | 552 | 0.93% | 46,725 | 77.79% | 71.78% | 22.84% | 1.82% | 0.55% | 0.16% | 0.01% | 0.25% | 2.57% |
| 136 | 59,298 | -213 | -0.36% | 45,367 | 76.51% | 63.9% | 27.76% | 3.64% | 1.55% | 0.26% | 0.04% | 0.29% | 2.55% |
| 137 | 59,551 | 40 | 0.07% | 45,358 | 76.17% | 40.82% | 50.02% | 4.48% | 1.73% | 0.12% | 0.12% | 0.26% | 2.44% |
| 138 | 58,912 | -599 | -1.01% | 45,684 | 77.55% | 72.34% | 18.26% | 3.31% | 2.43% | 0.26% | 0.07% | 0.35% | 2.97% |
| 139 | 59,010 | -501 | -0.84% | 45,522 | 77.14% | 66.19% | 18.56% | 6.36% | 3.89% | 0.25% | 0.24% | 0.46% | 4.04% |
| 140 | 59,294 | -217 | -0.36% | 44,411 | 74.9% | 31.7% | 54.74% | 8.02% | 1.17% | 0.24% | 0.2% | 0.49% | 3.43% |
| 141 | 59,019 | -492 | -0.83% | 44,677 | 75.7% | 31.77% | 54.65% | 6.55% | 2.69% | 0.27% | 0.3% | 0.38% | 3.38% |
| 142 | 59,608 | 97 | 0.16% | 44,584 | 74.8% | 34.8% | 57.42% | 3.7% | 1.4% | 0.17% | 0.02% | 0.28% | 2.2% |
| 143 | 59,469 | -42 | -0.07% | 46,390 | 78.01% | 32.28% | 58.98% | 4.67% | 1.07% | 0.21% | 0.05% | 0.3% | 2.44% |
| 144 | 59,232 | -279 | -0.47% | 46,370 | 78.29% | 62.95% | 28.34% | 2.55% | 3.45% | 0.14% | 0.02% | 0.26% | 2.29% |
| 145 | 59,863 | 352 | 0.59% | 45,844 | 76.58% | 55.12% | 33.97% | 5.94% | 0.99% | 0.33% | 0.03% | 0.3% | 3.32% |
| 146 | 60,203 | 692 | 1.16% | 44,589 | 74.06% | 61.84% | 26.08% | 4.73% | 2.98% | 0.18% | 0.09% | 0.39% | 3.71% |
| 147 | 59,178 | -333 | -0.56% | 44,902 | 75.88% | 55.32% | 28.41% | 7.17% | 4.85% | 0.25% | 0.07% | 0.41% | 3.52% |
| 148 | 59,984 | 473 | 0.79% | 46,614 | 77.71% | 60.45% | 33.11% | 3.08% | 0.87% | 0.14% | 0.04% | 0.21% | 2.1% |
| 149 | 58,893 | -618 | -1.04% | 46,821 | 79.5% | 60.99% | 30.75% | 5.69% | 0.57% | 0.19% | 0.04% | 0.14% | 1.63% |
| 150 | 59,276 | -235 | -0.39% | 47,050 | 79.37% | 38.31% | 52.5% | 6.13% | 1.18% | 0.16% | 0.03% | 0.15% | 1.54% |
| 151 | 60,059 | 548 | 0.92% | 46,973 | 78.21% | 47.2% | 40.96% | 7.28% | 1.43% | 0.18% | 0.18% | 0.19% | 2.58% |
| 152 | 60,134 | 623 | 1.05% | 46,026 | 76.54% | 67.94% | 25.26% | 2.34% | 1.52% | 0.24% | 0.04% | 0.19% | 2.46% |
| 153 | 59,299 | -212 | -0.36% | 45,692 | 77.05% | 27.66% | 66.38% | 2.55% | 1% | 0.16% | 0.03% | 0.23% | 2.01% |
| 154 | 59,994 | 483 | 0.81% | 47,273 | 78.8% | 42.24% | 53.68% | 1.67% | 0.36% | 0.19% | 0% | 0.16% | 1.7% |
| 155 | 58,759 | -752 | -1.26% | 45,208 | 76.94% | 59.77% | 34.6% | 2.22% | 0.95% | 0.16% | 0.04% | 0.21% | 2.05% |
| 156 | 59,444 | -67 | -0.11% | 45,867 | 77.16% | 60.92% | 29.32% | 6.88% | 0.62% | 0.16% | 0.01% | 0.15% | 1.93% |
| 157 | 59,957 | 446 | 0.75% | 45,311 | 75.57% | 64.48% | 23.7% | 8.96% | 0.57% | 0.17% | 0.04% | 0.16% | 1.93% |

**Population Summary**

House-prop1-2021

| District | Population | Deviation | % Devn. | [18+_Pop] | [% 18+_Pop] | [% NH18+_Wht] | [% NH18+_Blk] | [% H18+_Pop] | [% NH18+_Asn] | [% NH18+_Ind] | [% NH18+_Hwn] | [% NH18+_Oth] | [% NH18+_2+ Races] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 158 | 59,440 | -71 | -0.12% | 45,549 | 76.63% | 62.21% | 30.2% | 4.52% | 0.71% | 0.21% | 0.03% | 0.18% | 1.93% |
| 159 | 59,895 | 384 | 0.65% | 44,871 | 74.92% | 69.39% | 23.44% | 2.87% | 0.57% | 0.31% | 0.04% | 0.26% | 3.12% |
| 160 | 59,935 | 424 | 0.71% | 48,057 | 80.18% | 68.48% | 21.07% | 5.04% | 1.64% | 0.24% | 0.09% | 0.27% | 3.17% |
| 161 | 60,097 | 586 | 0.98% | 44,371 | 73.83% | 60.16% | 25.26% | 6.82% | 3.16% | 0.25% | 0.09% | 0.48% | 3.77% |
| 162 | 60,308 | 797 | 1.34% | 46,733 | 77.49% | 40.62% | 41.13% | 9.58% | 4.16% | 0.22% | 0.24% | 0.44% | 3.61% |
| 163 | 60,123 | 612 | 1.03% | 48,461 | 80.6% | 41.92% | 43.78% | 7.38% | 3.6% | 0.2% | 0.1% | 0.33% | 2.68% |
| 164 | 60,101 | 590 | 0.99% | 45,851 | 76.29% | 60.61% | 21.43% | 8.49% | 4.37% | 0.26% | 0.12% | 0.6% | 4.12% |
| 165 | 59,978 | 467 | 0.78% | 48,247 | 80.44% | 39.18% | 48.49% | 5.33% | 3.68% | 0.25% | 0.14% | 0.35% | 2.57% |
| 166 | 60,242 | 731 | 1.23% | 47,580 | 78.98% | 84.71% | 4.96% | 4.07% | 2.69% | 0.18% | 0.05% | 0.36% | 2.97% |
| 167 | 59,493 | -18 | -0.03% | 44,140 | 74.19% | 65.96% | 20.55% | 7.41% | 1.48% | 0.39% | 0.18% | 0.39% | 3.66% |
| 168 | 60,147 | 636 | 1.07% | 44,867 | 74.6% | 39.29% | 42.28% | 10.3% | 2.32% | 0.33% | 0.65% | 0.38% | 4.46% |
| 169 | 59,138 | -373 | -0.63% | 45,267 | 76.54% | 60.95% | 28.12% | 7.66% | 0.88% | 0.14% | 0.03% | 0.16% | 2.06% |
| 170 | 60,116 | 605 | 1.02% | 45,316 | 75.38% | 64.17% | 23.21% | 8.65% | 1.19% | 0.12% | 0.02% | 0.25% | 2.38% |
| 171 | 59,237 | -274 | -0.46% | 45,969 | 77.6% | 53.85% | 38.58% | 4.63% | 0.56% | 0.24% | 0.02% | 0.17% | 1.95% |
| 172 | 59,961 | 450 | 0.76% | 44,756 | 74.64% | 61.03% | 22.46% | 13.42% | 0.78% | 0.23% | 0.03% | 0.19% | 1.87% |
| 173 | 59,743 | 232 | 0.39% | 45,292 | 75.81% | 55.68% | 35.18% | 5.35% | 0.84% | 0.37% | 0.02% | 0.26% | 2.31% |
| 174 | 59,852 | 341 | 0.57% | 45,760 | 76.46% | 72.25% | 16.08% | 7.96% | 0.52% | 0.38% | 0.03% | 0.15% | 2.64% |
| 175 | 59,993 | 482 | 0.81% | 44,704 | 74.52% | 66.49% | 23.13% | 5.03% | 1.85% | 0.28% | 0.06% | 0.3% | 2.86% |
| 176 | 59,470 | -41 | -0.07% | 44,991 | 75.65% | 66.15% | 21.61% | 8.24% | 0.96% | 0.25% | 0.1% | 0.19% | 2.49% |
| 177 | 59,992 | 481 | 0.81% | 46,014 | 76.7% | 37.12% | 51.68% | 6.12% | 1.36% | 0.24% | 0.08% | 0.36% | 3.04% |
| 178 | 59,877 | 366 | 0.62% | 45,638 | 76.22% | 77.79% | 13.99% | 5.14% | 0.54% | 0.2% | 0.01% | 0.23% | 2.09% |
| 179 | 59,356 | -155 | -0.26% | 47,156 | 79.45% | 63.69% | 25.74% | 6.38% | 1.07% | 0.15% | 0.11% | 0.34% | 2.51% |
| 180 | 59,412 | -99 | -0.17% | 45,362 | 76.35% | 71.17% | 16.63% | 5.62% | 1.67% | 0.31% | 0.11% | 0.47% | 4.02% |

**Total:** 10,711,908
**Ideal District:** 59,511