# EXHIBIT 12

# Proposed Georgia Congressional Districts

client: HD143
type: Congress
plan: GHDC-GSDC-CongPlan1

Legislative and Congressional Reapportionment Office
Georgia General Assembly

©2021 CALIPER

# Proposed Georgia Congressional Districts

**Metro Atlanta Area**

client: HD143
type: Congress
plan: GHDC-GSDC-CongPlan1



©2021 CALIPER

User: **HD143**
Plan Name: **GHDC-GSDC-Cong Plan1**
Plan Type: **Congress**

## Population Summary

Thursday, October 21, 2021 — 11:23 AM

**Summary Statistics:**

| | |
|---|---|
| Population Range: | 765,135 to 765,137 |
| Ratio Range: | 0.00 |
| Absolute Range: | -1 to 1 |
| Absolute Overall Range: | 2 |
| Relative Range: | 0.00% to 0.00% |
| Relative Overall Range: | 0.00% |
| Absolute Mean Deviation: | 0.71 |
| Relative Mean Deviation: | 0.00% |
| Standard Deviation: | 0.80 |

| District | Population | Deviation | % Devn. | [18+_Pop] | [% 18+_Pop] | [% NH_Wht] | [% NH_Blk] | [% Hispanic Origin] | [% NH_Asn] | [% NH_Ind] | [% NH_Hwn] | [% NH_Oth] | [% NH_2+ Races] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 001 | 765,137 | 1 | 0.00% | 590,786 | 77.21% | 56.59% | 28.29% | 8.28% | 2.13% | 0.23% | 0.15% | 0.42% | 3.9% |
| 002 | 765,135 | -1 | 0.00% | 587,666 | 76.81% | 39.33% | 49.92% | 5.84% | 1.24% | 0.2% | 0.09% | 0.34% | 3.05% |
| 003 | 765,137 | 1 | 0.00% | 581,128 | 75.95% | 67.53% | 19.58% | 6.22% | 1.92% | 0.22% | 0.05% | 0.46% | 4.02% |
| 004 | 765,136 | 0 | 0.00% | 579,213 | 75.7% | 24.78% | 58.52% | 7.8% | 4.46% | 0.18% | 0.04% | 0.67% | 3.56% |
| 005 | 765,137 | 1 | 0.00% | 623,102 | 81.44% | 36.44% | 47.63% | 6.69% | 4.87% | 0.16% | 0.03% | 0.54% | 3.64% |
| 006 | 765,137 | 1 | 0.00% | 588,726 | 76.94% | 56.04% | 12.14% | 14% | 12.77% | 0.13% | 0.04% | 0.77% | 4.12% |
| 007 | 765,135 | -1 | 0.00% | 567,115 | 74.12% | 32.17% | 23.82% | 25.63% | 14.13% | 0.15% | 0.04% | 0.65% | 3.41% |
| 008 | 765,136 | 0 | 0.00% | 583,936 | 76.32% | 59.13% | 28.34% | 7.34% | 1.51% | 0.2% | 0.05% | 0.31% | 3.13% |
| 009 | 765,137 | 1 | 0.00% | 594,668 | 77.72% | 70.26% | 15.06% | 8.18% | 2.22% | 0.19% | 0.03% | 0.47% | 3.6% |
| 010 | 765,137 | 1 | 0.00% | 590,424 | 77.17% | 35.53% | 41.44% | 14.45% | 3.49% | 0.18% | 0.05% | 0.86% | 4% |
| 011 | 765,137 | 1 | 0.00% | 570,405 | 74.55% | 66.31% | 6.64% | 15.25% | 7.22% | 0.19% | 0.04% | 0.49% | 3.86% |
| 012 | 765,136 | 0 | 0.00% | 589,460 | 77.04% | 52.15% | 36.34% | 5.1% | 1.93% | 0.22% | 0.11% | 0.38% | 3.77% |
| 013 | 765,135 | -1 | 0.00% | 575,033 | 75.15% | 25.7% | 56.41% | 10.3% | 3.38% | 0.19% | 0.04% | 0.66% | 3.31% |
| 014 | 765,136 | 0 | 0.00% | 598,612 | 78.24% | 78.85% | 4.31% | 11.74% | 0.91% | 0.24% | 0.03% | 0.28% | 3.64% |

**Total:** 10,711,908
**Ideal District:** 765,136

User: **HD143**
Plan Name: **GHDC-GSDC-Cong Plan1**
Plan Type: **Congress**

## Population Summary

Thursday, October 21, 2021                                                                                                           11:25 AM

**Summary Statistics:**

| | |
|---|---|
| Population Range: | 765,135 to 765,137 |
| Ratio Range: | 0.00 |
| Absolute Range: | -1 to 1 |
| Absolute Overall Range: | 2 |
| Relative Range: | 0.00% to 0.00% |
| Relative Overall Range: | 0.00% |
| Absolute Mean Deviation: | 0.71 |
| Relative Mean Deviation: | 0.00% |
| Standard Deviation: | 0.80 |

| District | Population | Deviation | % Devn. | [18+_Pop] | [% 18+_Pop] | [% NH18+_Wht] | [% NH18+_Blk] | [% H18+_Pop] | [% NH18+_Asn] | [% NH18+_Ind] | [% NH18+_Hwn] | [% NH18+_Oth] | [% NH18+_2+ Races] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 001 | 765,137 | 1 | 0.00% | 590,786 | 77.21% | 59.51% | 27.16% | 7.2% | 2.3% | 0.24% | 0.14% | 0.36% | 3.1% |
| 002 | 765,135 | -1 | 0.00% | 587,666 | 76.81% | 42.21% | 48.38% | 5.03% | 1.31% | 0.22% | 0.09% | 0.27% | 2.49% |
| 003 | 765,137 | 1 | 0.00% | 581,128 | 75.95% | 69.81% | 19.11% | 5.3% | 1.92% | 0.22% | 0.06% | 0.37% | 3.22% |
| 004 | 765,136 | 0 | 0.00% | 579,213 | 75.7% | 27.14% | 57.92% | 6.72% | 4.33% | 0.18% | 0.04% | 0.6% | 3.07% |
| 005 | 765,137 | 1 | 0.00% | 623,102 | 81.44% | 38.63% | 46.2% | 6.14% | 5.17% | 0.16% | 0.04% | 0.49% | 3.17% |
| 006 | 765,137 | 1 | 0.00% | 588,726 | 76.94% | 58.57% | 12.48% | 12.32% | 12.44% | 0.12% | 0.04% | 0.69% | 3.35% |
| 007 | 765,135 | -1 | 0.00% | 567,115 | 74.12% | 34.96% | 23.37% | 23.1% | 15.07% | 0.15% | 0.04% | 0.54% | 2.76% |
| 008 | 765,136 | 0 | 0.00% | 583,936 | 76.32% | 61.62% | 27.63% | 6.23% | 1.56% | 0.21% | 0.05% | 0.24% | 2.46% |
| 009 | 765,137 | 1 | 0.00% | 594,668 | 77.72% | 72.75% | 14.61% | 6.83% | 2.25% | 0.2% | 0.03% | 0.4% | 2.93% |
| 010 | 765,137 | 1 | 0.00% | 590,424 | 77.17% | 38.71% | 40.7% | 12.5% | 3.66% | 0.19% | 0.05% | 0.8% | 3.4% |
| 011 | 765,137 | 1 | 0.00% | 570,405 | 74.55% | 70.01% | 6.6% | 13.09% | 6.49% | 0.18% | 0.04% | 0.42% | 3.16% |
| 012 | 765,136 | 0 | 0.00% | 589,460 | 77.04% | 54.64% | 35.25% | 4.45% | 2.04% | 0.23% | 0.1% | 0.32% | 2.97% |
| 013 | 765,135 | -1 | 0.00% | 575,033 | 75.15% | 28.57% | 55.4% | 8.86% | 3.57% | 0.2% | 0.04% | 0.59% | 2.76% |
| 014 | 765,136 | 0 | 0.00% | 598,612 | 78.24% | 81.74% | 4.22% | 9.46% | 0.92% | 0.25% | 0.03% | 0.23% | 3.14% |

**Total:** 10,711,908
**Ideal District:** 765,136