# EXHIBIT 13

# Draft- Georgia Senate Districts

Client: S055
Plan: GSDC-SenatePlan-2021
Type: Senate





User: **S055**
Plan Name: **GSDC-SenatePlan-2021**
Plan Type: **Senate**

## Population Summary

**Summary Statistics:**

| | |
|---|---|
| Population Range: | 189,375 to 193,164 |
| Ratio Range: | 0.02 |
| Absolute Range: | -1,909 to 1,880 |
| Absolute Overall Range: | 3,789 |
| Relative Range: | -1.00% to 0.98% |
| Relative Overall Range: | 1.98% |
| Absolute Mean Deviation: | 940.36 |
| Relative Mean Deviation: | 0.49% |
| Standard Deviation: | 1,093.63 |

| District | Population | Deviation | % Devn. | [18+_Pop] | [% 18+_Pop] | [% NH_Wht] | [% NH_Blk] | [% Hispanic Origin] | [% NH_Asn] | [% NH_Ind] | [% NH_Hwn] | [% NH_Oth] | [% NH_2+ Races] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 001 | 190,598 | -686 | -0.36% | 146,018 | 76.61% | 57.47% | 24.42% | 9.05% | 3.12% | 0.26% | 0.3% | 0.51% | 4.87% |
| 002 | 191,568 | 284 | 0.15% | 151,838 | 79.26% | 36.57% | 47.38% | 8.33% | 3.4% | 0.21% | 0.15% | 0.46% | 3.49% |
| 003 | 192,453 | 1,169 | 0.61% | 149,320 | 77.59% | 69.47% | 18.53% | 6.1% | 1.14% | 0.25% | 0.08% | 0.42% | 3.99% |
| 004 | 190,742 | -542 | -0.28% | 144,858 | 75.94% | 65.89% | 21.82% | 6.25% | 1.38% | 0.22% | 0.07% | 0.34% | 4.03% |
| 005 | 191,787 | 503 | 0.26% | 139,061 | 72.51% | 13.25% | 26.8% | 45.55% | 11.1% | 0.15% | 0.05% | 0.63% | 2.49% |
| 006 | 192,675 | 1,391 | 0.73% | 157,585 | 81.79% | 52.01% | 21.94% | 13.97% | 6.84% | 0.16% | 0.03% | 0.92% | 4.13% |
| 007 | 191,376 | 92 | 0.05% | 142,469 | 74.44% | 43.9% | 16.31% | 15.98% | 19.08% | 0.13% | 0.04% | 0.63% | 3.93% |
| 008 | 190,427 | -857 | -0.45% | 144,304 | 75.78% | 54.97% | 32.33% | 7.18% | 1.3% | 0.28% | 0.08% | 0.35% | 3.52% |
| 009 | 192,411 | 1,127 | 0.59% | 140,976 | 73.27% | 35.63% | 30.78% | 18.22% | 10.72% | 0.18% | 0.03% | 0.76% | 3.68% |
| 010 | 192,374 | 1,090 | 0.57% | 150,833 | 78.41% | 18.25% | 71.96% | 4.65% | 1.13% | 0.15% | 0.03% | 0.6% | 3.22% |
| 011 | 189,976 | -1,308 | -0.68% | 144,597 | 76.11% | 55.75% | 31.13% | 9.36% | 0.69% | 0.23% | 0.03% | 0.26% | 2.54% |
| 012 | 190,819 | -465 | -0.24% | 149,154 | 78.17% | 33.83% | 58.82% | 3.89% | 0.86% | 0.16% | 0.02% | 0.21% | 2.2% |
| 013 | 189,546 | -1,738 | -0.91% | 145,065 | 76.53% | 59.94% | 28.77% | 7.03% | 1.15% | 0.17% | 0.02% | 0.26% | 2.66% |
| 014 | 191,772 | 488 | 0.26% | 147,067 | 76.69% | 72.13% | 9.61% | 11.25% | 1.73% | 0.21% | 0.04% | 0.52% | 4.52% |
| 015 | 191,139 | -145 | -0.08% | 145,887 | 76.33% | 34.74% | 51.64% | 7.61% | 1.23% | 0.23% | 0.28% | 0.44% | 3.83% |
| 016 | 192,882 | 1,598 | 0.84% | 148,684 | 77.09% | 66.3% | 21.97% | 4.94% | 2.52% | 0.18% | 0.03% | 0.43% | 3.64% |
| 017 | 191,682 | 398 | 0.21% | 142,279 | 74.23% | 35.21% | 48.81% | 7.49% | 3.66% | 0.18% | 0.05% | 0.7% | 3.9% |
| 018 | 191,993 | 709 | 0.37% | 152,241 | 79.3% | 59.91% | 30.32% | 3.97% | 2.15% | 0.2% | 0.04% | 0.39% | 3.03% |
| 019 | 191,555 | 271 | 0.14% | 144,639 | 75.51% | 61.75% | 24.08% | 10.17% | 0.63% | 0.17% | 0.07% | 0.27% | 2.86% |
| 020 | 192,322 | 1,038 | 0.54% | 147,280 | 76.58% | 57.47% | 29.9% | 6.21% | 2.33% | 0.15% | 0.06% | 0.34% | 3.54% |
| 021 | 192,874 | 1,590 | 0.83% | 145,725 | 75.55% | 71.74% | 7.06% | 8.81% | 7.2% | 0.13% | 0.04% | 0.65% | 4.36% |
| 022 | 190,738 | -546 | -0.29% | 148,558 | 77.89% | 30.85% | 56.74% | 5.7% | 2% | 0.24% | 0.19% | 0.43% | 3.86% |
| 023 | 192,643 | 1,359 | 0.71% | 148,761 | 77.22% | 54.62% | 38.6% | 3.09% | 0.57% | 0.21% | 0.05% | 0.25% | 2.6% |
| 024 | 193,164 | 1,880 | 0.98% | 144,202 | 74.65% | 61.99% | 21% | 7.17% | 3.8% | 0.22% | 0.14% | 0.5% | 5.16% |
| 025 | 189,526 | -1,758 | -0.92% | 146,990 | 77.56% | 68.59% | 21.55% | 4.89% | 0.81% | 0.16% | 0.04% | 0.47% | 3.48% |
| 026 | 190,042 | -1,242 | -0.65% | 145,018 | 76.31% | 33.41% | 57.75% | 4.57% | 0.69% | 0.21% | 0.03% | 0.32% | 3.02% |
| 027 | 189,375 | -1,909 | -1.00% | 136,237 | 71.94% | 60.36% | 4.48% | 10.65% | 20.08% | 0.19% | 0.04% | 0.53% | 3.68% |
| 028 | 190,376 | -908 | -0.47% | 145,762 | 76.57% | 70.44% | 16.15% | 6.86% | 1.9% | 0.2% | 0.04% | 0.42% | 3.99% |
| 029 | 193,111 | 1,827 | 0.96% | 148,404 | 76.85% | 60.78% | 26.28% | 5.21% | 3.04% | 0.23% | 0.1% | 0.41% | 3.95% |

**Population Summary**                                                                                                               GSDC-SenatePlan-2021

| District | Population | Deviation | % Devn. | [18+_Pop] | [% 18+_Pop] | [% NH_Wht] | [% NH_Blk] | [% Hispanic Origin] | [% NH_Asn] | [% NH_Ind] | [% NH_Hwn] | [% NH_Oth] | [% NH_2+ Races] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 030 | 191,754 | 470 | 0.25% | 143,599 | 74.89% | 51.77% | 32.18% | 9.35% | 1.33% | 0.25% | 0.03% | 0.67% | 4.42% |
| 031 | 192,251 | 967 | 0.51% | 142,589 | 74.17% | 70.56% | 17.23% | 6.1% | 1.05% | 0.22% | 0.06% | 0.55% | 4.22% |
| 032 | 189,483 | -1,801 | -0.94% | 143,627 | 75.8% | 67.33% | 8.85% | 7.98% | 9.63% | 0.15% | 0.03% | 1.04% | 5% |
| 033 | 191,326 | 42 | 0.02% | 146,508 | 76.58% | 31.6% | 37.29% | 23.45% | 2.55% | 0.2% | 0.06% | 1.02% | 3.82% |
| 034 | 190,111 | -1,173 | -0.61% | 142,069 | 74.73% | 16.6% | 63.18% | 12.9% | 3.51% | 0.21% | 0.04% | 0.63% | 2.93% |
| 035 | 190,183 | -1,101 | -0.58% | 142,920 | 75.15% | 12.76% | 74.94% | 7.85% | 0.79% | 0.15% | 0.05% | 0.65% | 2.82% |
| 036 | 191,251 | -33 | -0.02% | 156,243 | 81.7% | 32.2% | 52.66% | 7.74% | 2.96% | 0.18% | 0.04% | 0.56% | 3.66% |
| 037 | 192,450 | 1,166 | 0.61% | 149,015 | 77.43% | 59.82% | 20.1% | 9.85% | 4.45% | 0.15% | 0.03% | 0.81% | 4.79% |
| 038 | 190,326 | -958 | -0.50% | 145,743 | 76.58% | 21.61% | 61.38% | 10.86% | 2.18% | 0.16% | 0.03% | 0.55% | 3.22% |
| 039 | 192,581 | 1,297 | 0.68% | 163,389 | 84.84% | 30.1% | 54.3% | 6.21% | 5.38% | 0.16% | 0.03% | 0.49% | 3.33% |
| 040 | 190,575 | -709 | -0.37% | 146,945 | 77.11% | 47.18% | 15.7% | 21.16% | 11.54% | 0.13% | 0.04% | 0.65% | 3.6% |
| 041 | 192,810 | 1,526 | 0.80% | 145,592 | 75.51% | 22.36% | 49.31% | 11.43% | 12.6% | 0.2% | 0.02% | 0.63% | 3.44% |
| 042 | 191,905 | 621 | 0.32% | 153,986 | 80.24% | 52.75% | 20.22% | 14.31% | 7.67% | 0.13% | 0.03% | 0.62% | 4.28% |
| 043 | 191,400 | 116 | 0.06% | 144,515 | 75.5% | 20.63% | 66.4% | 7.7% | 1.07% | 0.17% | 0.08% | 0.64% | 3.31% |
| 044 | 191,092 | -192 | -0.10% | 143,997 | 75.35% | 11.04% | 67.7% | 12.64% | 4.94% | 0.19% | 0.04% | 0.64% | 2.81% |
| 045 | 189,456 | -1,828 | -0.96% | 140,381 | 74.1% | 61.94% | 14.75% | 12.18% | 6.42% | 0.15% | 0.02% | 0.57% | 3.97% |
| 046 | 190,233 | -1,051 | -0.55% | 151,867 | 79.83% | 61.77% | 20.85% | 9.22% | 3.75% | 0.19% | 0.04% | 0.66% | 3.52% |
| 047 | 191,320 | 36 | 0.02% | 146,478 | 76.56% | 77.13% | 10.59% | 6.55% | 1.68% | 0.17% | 0.02% | 0.34% | 3.52% |
| 048 | 190,605 | -679 | -0.35% | 144,989 | 76.07% | 35.12% | 17.06% | 15.3% | 27.95% | 0.14% | 0.05% | 0.67% | 3.71% |
| 049 | 189,962 | -1,322 | -0.69% | 143,408 | 75.49% | 58.49% | 7.1% | 28.76% | 2.17% | 0.17% | 0.04% | 0.35% | 2.92% |
| 050 | 191,081 | -203 | -0.11% | 153,192 | 80.17% | 83.01% | 3.43% | 8.29% | 0.99% | 0.24% | 0.03% | 0.28% | 3.73% |
| 051 | 189,523 | -1,761 | -0.92% | 147,182 | 77.66% | 82.09% | 2.77% | 9.32% | 1.1% | 0.27% | 0.04% | 0.34% | 4.08% |
| 052 | 192,534 | 1,250 | 0.65% | 146,954 | 76.33% | 70.88% | 10.17% | 13.57% | 1.16% | 0.21% | 0.03% | 0.33% | 3.64% |
| 053 | 190,870 | -414 | -0.22% | 148,628 | 77.87% | 86.75% | 3.9% | 3.75% | 0.87% | 0.24% | 0.06% | 0.25% | 4.18% |
| 054 | 190,285 | -999 | -0.52% | 145,956 | 76.7% | 69.59% | 2% | 24.1% | 0.89% | 0.21% | 0.01% | 0.24% | 2.96% |
| 055 | 192,719 | 1,435 | 0.75% | 144,392 | 74.92% | 15.77% | 66.26% | 9.66% | 3.72% | 0.18% | 0.04% | 0.75% | 3.62% |
| 056 | 191,876 | 592 | 0.31% | 152,298 | 79.37% | 55.64% | 15.86% | 13.13% | 10.11% | 0.13% | 0.04% | 0.84% | 4.24% |

**Total:** 10,711,908
**Ideal District:** 191,284

User: **S055**
Plan Name: **GSDC-SenatePlan-2021**
Plan Type: **Senate**

## Population Summary

**Summary Statistics:**

| | |
|---|---|
| Population Range: | 189,375 to 193,164 |
| Ratio Range: | 0.02 |
| Absolute Range: | -1,909 to 1,880 |
| Absolute Overall Range: | 3,789 |
| Relative Range: | -1.00% to 0.98% |
| Relative Overall Range: | 1.98% |
| Absolute Mean Deviation: | 940.36 |
| Relative Mean Deviation: | 0.49% |
| Standard Deviation: | 1,093.63 |

| District | Population | Deviation | % Devn. | [18+_Pop] | [% 18+_Pop] | [% NH18+_Wht] | [% NH18+_Blk] | [% H18+_Pop] | [% NH18+_Ind] | [% NH18+_Asn] | [% NH18+_Hwn] | [% NH18+_Oth] | [% NH18+_2+ Races] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 001 | 190,598 | -686 | -0.36% | 146,018 | 76.61% | 60.64% | 23.47% | 7.8% | 0.28% | 3.28% | 0.28% | 0.44% | 3.81% |
| 002 | 191,568 | 284 | 0.15% | 151,838 | 79.26% | 40.37% | 44.69% | 7.45% | 0.22% | 3.76% | 0.15% | 0.41% | 2.94% |
| 003 | 192,453 | 1,169 | 0.61% | 149,320 | 77.59% | 72.2% | 17.66% | 5.13% | 0.26% | 1.18% | 0.07% | 0.34% | 3.16% |
| 004 | 190,742 | -542 | -0.28% | 144,858 | 75.94% | 68.16% | 21.28% | 5.27% | 0.24% | 1.42% | 0.07% | 0.29% | 3.27% |
| 005 | 191,787 | 503 | 0.26% | 139,061 | 72.51% | 15.58% | 27.17% | 41.75% | 0.14% | 12.52% | 0.05% | 0.54% | 2.26% |
| 006 | 192,675 | 1,391 | 0.73% | 157,585 | 81.79% | 54.26% | 22% | 12.06% | 0.16% | 7% | 0.03% | 0.9% | 3.6% |
| 007 | 191,376 | 92 | 0.05% | 142,469 | 74.44% | 46.59% | 16.09% | 14.49% | 0.13% | 19.22% | 0.04% | 0.51% | 2.92% |
| 008 | 190,427 | -857 | -0.45% | 144,304 | 75.78% | 57.48% | 31.06% | 6.6% | 0.3% | 1.37% | 0.08% | 0.28% | 2.83% |
| 009 | 192,411 | 1,127 | 0.59% | 140,976 | 73.27% | 39.47% | 29.34% | 16.34% | 0.17% | 11.13% | 0.03% | 0.62% | 2.92% |
| 010 | 192,374 | 1,090 | 0.57% | 150,833 | 78.41% | 19.92% | 71.35% | 3.96% | 0.16% | 1.15% | 0.02% | 0.56% | 2.88% |
| 011 | 189,976 | -1,308 | -0.68% | 144,597 | 76.11% | 58.97% | 30.08% | 7.6% | 0.26% | 0.72% | 0.02% | 0.22% | 2.13% |
| 012 | 190,819 | -465 | -0.24% | 149,154 | 78.17% | 36.71% | 56.63% | 3.48% | 0.18% | 0.92% | 0.02% | 0.18% | 1.88% |
| 013 | 189,546 | -1,738 | -0.91% | 145,065 | 76.53% | 62.69% | 27.77% | 5.85% | 0.18% | 1.15% | 0.02% | 0.2% | 2.14% |
| 014 | 191,772 | 488 | 0.26% | 147,067 | 76.69% | 74.97% | 9.36% | 9.5% | 0.22% | 1.79% | 0.03% | 0.43% | 3.7% |
| 015 | 191,139 | -145 | -0.08% | 145,887 | 76.33% | 37.22% | 50.9% | 6.62% | 0.24% | 1.37% | 0.25% | 0.36% | 3.06% |
| 016 | 192,882 | 1,598 | 0.84% | 148,684 | 77.09% | 68.73% | 21.22% | 4.2% | 0.18% | 2.39% | 0.02% | 0.34% | 2.9% |
| 017 | 191,682 | 398 | 0.21% | 142,279 | 74.23% | 38.02% | 47.53% | 6.64% | 0.19% | 3.77% | 0.06% | 0.62% | 3.18% |
| 018 | 191,993 | 709 | 0.37% | 152,241 | 79.3% | 62.23% | 29.25% | 3.43% | 0.2% | 2.17% | 0.04% | 0.3% | 2.39% |
| 019 | 191,555 | 271 | 0.14% | 144,639 | 75.51% | 64.47% | 23.82% | 8.42% | 0.18% | 0.68% | 0.06% | 0.19% | 2.17% |
| 020 | 192,322 | 1,038 | 0.54% | 147,280 | 76.58% | 59.23% | 29.61% | 5.66% | 0.16% | 2.37% | 0.06% | 0.28% | 2.64% |
| 021 | 192,874 | 1,590 | 0.83% | 145,725 | 75.55% | 73.93% | 6.95% | 7.94% | 0.14% | 6.94% | 0.04% | 0.58% | 3.47% |
| 022 | 190,738 | -546 | -0.29% | 148,558 | 77.89% | 34.17% | 54.07% | 5.43% | 0.24% | 2.33% | 0.18% | 0.37% | 3.22% |
| 023 | 192,643 | 1,359 | 0.71% | 148,761 | 77.22% | 57.02% | 37.25% | 2.56% | 0.22% | 0.59% | 0.05% | 0.2% | 2.11% |
| 024 | 193,164 | 1,880 | 0.98% | 144,202 | 74.65% | 64.58% | 20.85% | 5.95% | 0.24% | 3.94% | 0.13% | 0.42% | 3.89% |
| 025 | 189,526 | -1,758 | -0.92% | 146,990 | 77.56% | 70.78% | 20.99% | 4.02% | 0.18% | 0.82% | 0.02% | 0.4% | 2.79% |
| 026 | 190,042 | -1,242 | -0.65% | 145,018 | 76.31% | 36.43% | 55.77% | 4.03% | 0.23% | 0.78% | 0.03% | 0.27% | 2.48% |
| 027 | 189,375 | -1,909 | -1.00% | 136,237 | 71.94% | 64.56% | 4.41% | 9.62% | 0.14% | 17.83% | 0.04% | 0.47% | 2.93% |
| 028 | 190,376 | -908 | -0.47% | 145,762 | 76.57% | 72.43% | 15.86% | 6% | 0.22% | 1.92% | 0.05% | 0.31% | 3.21% |

**Population Summary**  GSDC-SenatePlan-2021

| District | Population | Deviation | % Devn. | [18+_Pop] | [% 18+_Pop] | [% NH18+_Wht] | [% NH18+_Blk] | [% H18+_Pop] | [% NH18+_Ind] | [% NH18+_Asn] | [% NH18+_Hwn] | [% NH18+_Oth] | [% NH18+_2+ Races] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 029 | 193,111 | 1,827 | 0.96% | 148,404 | 76.85% | 63.25% | 25.6% | 4.34% | 0.23% | 3.03% | 0.11% | 0.33% | 3.12% |
| 030 | 191,754 | 470 | 0.25% | 143,599 | 74.89% | 55.02% | 31.26% | 7.9% | 0.26% | 1.39% | 0.04% | 0.57% | 3.55% |
| 031 | 192,251 | 967 | 0.51% | 142,589 | 74.17% | 73.1% | 16.48% | 5.23% | 0.22% | 1.11% | 0.06% | 0.43% | 3.36% |
| 032 | 189,483 | -1,801 | -0.94% | 143,627 | 75.8% | 69.83% | 8.87% | 7.09% | 0.15% | 9.19% | 0.03% | 0.94% | 3.91% |
| 033 | 191,326 | 42 | 0.02% | 146,508 | 76.58% | 35.81% | 36.74% | 20.09% | 0.23% | 2.78% | 0.06% | 0.96% | 3.33% |
| 034 | 190,111 | -1,173 | -0.61% | 142,069 | 74.73% | 19.11% | 62.8% | 11.04% | 0.21% | 3.79% | 0.04% | 0.57% | 2.44% |
| 035 | 190,183 | -1,101 | -0.58% | 142,920 | 75.15% | 14.73% | 74.2% | 6.81% | 0.16% | 0.9% | 0.05% | 0.59% | 2.57% |
| 036 | 191,251 | -33 | -0.02% | 156,243 | 81.7% | 35.23% | 50.27% | 7.17% | 0.17% | 3.31% | 0.04% | 0.54% | 3.28% |
| 037 | 192,450 | 1,166 | 0.61% | 149,015 | 77.43% | 62.54% | 19.6% | 8.7% | 0.16% | 4.49% | 0.04% | 0.71% | 3.75% |
| 038 | 190,326 | -958 | -0.50% | 145,743 | 76.58% | 23.63% | 61.12% | 9.32% | 0.17% | 2.38% | 0.04% | 0.5% | 2.83% |
| 039 | 192,581 | 1,297 | 0.68% | 163,389 | 84.84% | 32.42% | 52.02% | 5.84% | 0.16% | 5.95% | 0.04% | 0.44% | 3.12% |
| 040 | 190,575 | -709 | -0.37% | 146,945 | 77.11% | 49.63% | 16.39% | 18.45% | 0.12% | 11.84% | 0.04% | 0.58% | 2.94% |
| 041 | 192,810 | 1,526 | 0.80% | 145,592 | 75.51% | 25.44% | 48.6% | 10.24% | 0.21% | 11.99% | 0.03% | 0.56% | 2.94% |
| 042 | 191,905 | 621 | 0.32% | 153,986 | 80.24% | 54.63% | 20.97% | 12.17% | 0.13% | 8.13% | 0.03% | 0.53% | 3.42% |
| 043 | 191,400 | 116 | 0.06% | 144,515 | 75.5% | 23.27% | 65.31% | 6.55% | 0.16% | 1.15% | 0.08% | 0.57% | 2.91% |
| 044 | 191,092 | -192 | -0.10% | 143,997 | 75.35% | 13.24% | 67.32% | 10.88% | 0.19% | 5.24% | 0.04% | 0.59% | 2.5% |
| 045 | 189,456 | -1,828 | -0.96% | 140,381 | 74.1% | 64.71% | 14.39% | 10.67% | 0.16% | 6.44% | 0.03% | 0.45% | 3.15% |
| 046 | 190,233 | -1,051 | -0.55% | 151,867 | 79.83% | 64.9% | 19.32% | 8% | 0.2% | 3.92% | 0.03% | 0.59% | 3.03% |
| 047 | 191,320 | 36 | 0.02% | 146,478 | 76.56% | 79.25% | 10.47% | 5.37% | 0.19% | 1.66% | 0.03% | 0.28% | 2.75% |
| 048 | 190,605 | -679 | -0.35% | 144,989 | 76.07% | 37.81% | 16.62% | 13.81% | 0.12% | 28.13% | 0.05% | 0.57% | 2.9% |
| 049 | 189,962 | -1,322 | -0.69% | 143,408 | 75.49% | 63.4% | 7.12% | 24.2% | 0.18% | 2.27% | 0.04% | 0.3% | 2.51% |
| 050 | 191,081 | -203 | -0.11% | 153,192 | 80.17% | 85.47% | 3.4% | 6.47% | 0.25% | 1% | 0.02% | 0.24% | 3.14% |
| 051 | 189,523 | -1,761 | -0.92% | 147,182 | 77.66% | 84.54% | 2.62% | 7.59% | 0.28% | 1.11% | 0.04% | 0.3% | 3.51% |
| 052 | 192,534 | 1,250 | 0.65% | 146,954 | 76.33% | 74.3% | 9.97% | 10.95% | 0.22% | 1.2% | 0.02% | 0.29% | 3.05% |
| 053 | 190,870 | -414 | -0.22% | 148,628 | 77.87% | 88.21% | 3.97% | 3.01% | 0.26% | 0.85% | 0.06% | 0.18% | 3.45% |
| 054 | 190,285 | -999 | -0.52% | 145,956 | 76.7% | 74.04% | 2.01% | 19.91% | 0.24% | 0.88% | 0.01% | 0.2% | 2.7% |
| 055 | 192,719 | 1,435 | 0.75% | 144,392 | 74.92% | 17.92% | 65.94% | 8.25% | 0.2% | 3.77% | 0.04% | 0.71% | 3.19% |
| 056 | 191,876 | 592 | 0.31% | 152,298 | 79.37% | 58.16% | 15.86% | 11.51% | 0.12% | 9.88% | 0.05% | 0.78% | 3.64% |

**Total:** 10,711,908  
**Ideal District:** 191,284