# EXHIBIT 14

# Draft- Georgia House Districts




# Draft- Georgia House Districts

