## Draft- Georgia House Districts

Client: H143
Plan: GHDC-HousePlan-2021
Type: House



Richmond County Area



Chatham County Area



# Draft- Georgia House Districts

Client: H143
Plan: GHDC-HousePlan-2021
Type: House

User: **H143**
Plan Name: **GHDC-HousePlan-2021**
Plan Type: **House**

# Population Summary

Thursday, October 28, 2021                                                                                                                                                                   6:58 PM

**Summary Statistics:**

| | |
|---|---|
| Population Range: | 58,926 to 60,024 |
| Ratio Range: | 0.02 |
| Absolute Range: | -585 to 513 |
| Absolute Overall Range: | 1,098 |
| Relative Range: | -0.98% to 0.86% |
| Relative Overall Range: | 1.85% |
| Absolute Mean Deviation: | 208.13 |
| Relative Mean Deviation: | 0.35% |
| Standard Deviation: | 271.45 |

| District | Population | Deviation | % Devn. | [18+_Pop] | [% 18+_Pop] | [% NH_Wht] | [% NH_Blk] | [% Hispanic Origin] | [% NH_Asn] | [% NH_Ind] | [% NH_Hwn] | [% NH_Oth] | [% NH_2+ Races] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 001 | 59,039 | -472 | -0.79% | 46,267 | 78.37% | 88.83% | 3.24% | 2.53% | 0.48% | 0.29% | 0.04% | 0.3% | 4.29% |
| 002 | 59,503 | -8 | -0.01% | 43,454 | 73.03% | 66.1% | 4.61% | 15.44% | 8.93% | 0.15% | 0.03% | 0.5% | 4.24% |
| 003 | 59,512 | 1 | 0.00% | 46,186 | 77.61% | 86.86% | 2.85% | 3.6% | 1.64% | 0.26% | 0.14% | 0.18% | 4.47% |
| 004 | 59,358 | -153 | -0.26% | 43,879 | 73.92% | 50.52% | 4.24% | 40.62% | 1.69% | 0.18% | 0.02% | 0.3% | 2.43% |
| 005 | 59,001 | -510 | -0.86% | 44,384 | 75.23% | 71.18% | 3.42% | 20.05% | 1.12% | 0.23% | 0.03% | 0.24% | 3.73% |
| 006 | 59,576 | 65 | 0.11% | 44,680 | 75% | 70.6% | 1.69% | 23.82% | 0.73% | 0.15% | 0.01% | 0.23% | 2.78% |
| 007 | 59,081 | -430 | -0.72% | 48,771 | 82.55% | 87.97% | 0.37% | 7.43% | 0.45% | 0.26% | 0.01% | 0.24% | 3.27% |
| 008 | 59,872 | 361 | 0.61% | 50,372 | 84.13% | 90.32% | 0.7% | 4.7% | 0.48% | 0.25% | 0.01% | 0.27% | 3.26% |
| 009 | 59,528 | 17 | 0.03% | 48,155 | 80.89% | 87.31% | 1.07% | 5.79% | 0.82% | 0.35% | 0.06% | 0.36% | 4.24% |
| 010 | 59,531 | 20 | 0.03% | 46,913 | 78.8% | 79.55% | 3.38% | 11.15% | 1.43% | 0.25% | 0.05% | 0.3% | 3.89% |
| 011 | 59,511 | 0 | 0.00% | 46,785 | 78.62% | 88.84% | 1.13% | 5.1% | 0.56% | 0.24% | 0.01% | 0.19% | 3.93% |
| 012 | 59,580 | 69 | 0.12% | 46,298 | 77.71% | 85.51% | 6.01% | 3.49% | 0.5% | 0.2% | 0.02% | 0.28% | 3.99% |
| 013 | 59,511 | 0 | 0.00% | 45,375 | 76.25% | 58.73% | 19.9% | 15.19% | 1.82% | 0.23% | 0.02% | 0.47% | 3.63% |
| 014 | 59,659 | 148 | 0.25% | 46,120 | 77.31% | 81.87% | 5.94% | 6.65% | 0.79% | 0.19% | 0.03% | 0.31% | 4.22% |
| 015 | 59,511 | 0 | 0.00% | 45,764 | 76.9% | 68.54% | 13.52% | 11.71% | 1.17% | 0.25% | 0.03% | 0.46% | 4.31% |
| 016 | 59,758 | 247 | 0.42% | 45,634 | 76.36% | 73.13% | 10.38% | 11.81% | 0.57% | 0.2% | 0.04% | 0.35% | 3.53% |
| 017 | 59,511 | 0 | 0.00% | 43,434 | 72.98% | 67% | 19.56% | 7.17% | 0.88% | 0.21% | 0.07% | 0.61% | 4.5% |
| 018 | 59,766 | 255 | 0.43% | 45,710 | 76.48% | 78.46% | 10.39% | 6.35% | 0.61% | 0.24% | 0.04% | 0.33% | 3.59% |
| 019 | 59,652 | 141 | 0.24% | 43,447 | 72.83% | 61.44% | 23.91% | 7.69% | 1.76% | 0.26% | 0.08% | 0.64% | 4.22% |
| 020 | 59,333 | -178 | -0.30% | 45,586 | 76.83% | 68.74% | 9.03% | 13.89% | 2.56% | 0.21% | 0.03% | 0.66% | 4.88% |
| 021 | 59,513 | 2 | 0.00% | 44,643 | 75.01% | 73.94% | 8.05% | 10.15% | 2.38% | 0.16% | 0.05% | 0.64% | 4.63% |
| 022 | 59,527 | 16 | 0.03% | 45,121 | 75.8% | 82.88% | 3.55% | 7.19% | 1.49% | 0.16% | 0.04% | 0.49% | 4.19% |
| 023 | 59,347 | -164 | -0.28% | 45,536 | 76.73% | 72.71% | 5.66% | 16.22% | 0.87% | 0.26% | 0.03% | 0.35% | 3.89% |
| 024 | 59,176 | -335 | -0.56% | 41,808 | 70.65% | 69.51% | 4.16% | 8.38% | 13.15% | 0.19% | 0.04% | 0.59% | 3.97% |
| 025 | 59,721 | 210 | 0.35% | 42,035 | 70.39% | 51.38% | 5.51% | 8.37% | 30.57% | 0.18% | 0.03% | 0.51% | 3.44% |
| 026 | 59,538 | 27 | 0.05% | 44,423 | 74.61% | 71.13% | 2.3% | 9.29% | 13.32% | 0.21% | 0.04% | 0.39% | 3.33% |
| 027 | 59,512 | 1 | 0.00% | 46,884 | 78.78% | 78.01% | 3.81% | 12.94% | 0.96% | 0.17% | 0.04% | 0.31% | 3.76% |
| 028 | 59,491 | -20 | -0.03% | 46,345 | 77.9% | 80.77% | 7.01% | 6.41% | 1.31% | 0.27% | 0.05% | 0.26% | 3.93% |
| 029 | 59,511 | 0 | 0.00% | 43,681 | 73.4% | 37.67% | 11.4% | 45.55% | 2.62% | 0.11% | 0.07% | 0.42% | 2.16% |

**Population Summary** GHDC-HousePlan-2021

| District | Population | Deviation | % Devn. | [18+_Pop] | [% 18+_Pop] | [% NH_Wht] | [% NH_Blk] | [% Hispanic Origin] | [% NH_Asn] | [% NH_Ind] | [% NH_Hwn] | [% NH_Oth] | [% NH_2+ Races] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 030 | 59,320 | -191 | -0.32% | 44,425 | 74.89% | 54.12% | 7.02% | 32.9% | 2.48% | 0.2% | 0.02% | 0.33% | 2.93% |
| 031 | 59,485 | -26 | -0.04% | 43,764 | 73.57% | 77.2% | 6.14% | 9.48% | 2.73% | 0.18% | 0.03% | 0.39% | 3.85% |
| 032 | 59,568 | 57 | 0.10% | 46,697 | 78.39% | 79.95% | 10.9% | 4.04% | 1.22% | 0.16% | 0.01% | 0.33% | 3.38% |
| 033 | 60,015 | 504 | 0.85% | 46,386 | 77.29% | 72.72% | 15.03% | 6.95% | 1.38% | 0.13% | 0.02% | 0.3% | 3.46% |
| 034 | 59,443 | -68 | -0.11% | 47,097 | 79.23% | 59.02% | 19.57% | 10.11% | 5.5% | 0.15% | 0.03% | 0.96% | 4.66% |
| 035 | 59,720 | 209 | 0.35% | 45,660 | 76.46% | 55.17% | 22.22% | 12.04% | 4.46% | 0.24% | 0.04% | 0.85% | 4.98% |
| 036 | 59,497 | -14 | -0.02% | 44,534 | 74.85% | 70.94% | 13.61% | 6.66% | 3.25% | 0.08% | 0.03% | 0.72% | 4.72% |
| 037 | 59,856 | 345 | 0.58% | 47,990 | 80.18% | 45.77% | 24.72% | 19.07% | 4.82% | 0.21% | 0.05% | 1.02% | 4.34% |
| 038 | 59,652 | 141 | 0.24% | 45,482 | 76.25% | 27.18% | 51.52% | 14.59% | 2.04% | 0.19% | 0.08% | 0.7% | 3.7% |
| 039 | 59,075 | -436 | -0.73% | 44,135 | 74.71% | 20.79% | 51.35% | 22.3% | 1.47% | 0.15% | 0.03% | 0.64% | 3.26% |
| 040 | 59,139 | -372 | -0.63% | 49,622 | 83.91% | 46.3% | 29.75% | 8.57% | 9.99% | 0.18% | 0.03% | 0.85% | 4.34% |
| 041 | 59,690 | 179 | 0.30% | 44,440 | 74.45% | 26.08% | 34.95% | 31.87% | 2.74% | 0.16% | 0.04% | 0.88% | 3.28% |
| 042 | 59,523 | 12 | 0.02% | 47,716 | 80.16% | 31.71% | 31.79% | 26.19% | 4.27% | 0.19% | 0.06% | 1.35% | 4.43% |
| 043 | 59,064 | -447 | -0.75% | 45,439 | 76.93% | 57.68% | 14.29% | 8.1% | 11.89% | 0.18% | 0.04% | 2.01% | 5.8% |
| 044 | 59,373 | -138 | -0.23% | 46,067 | 77.59% | 64.12% | 11.99% | 10.38% | 6.77% | 0.18% | 0.03% | 1.09% | 5.44% |
| 045 | 59,566 | 55 | 0.09% | 44,209 | 74.22% | 74.91% | 4.57% | 5.97% | 9.42% | 0.09% | 0.02% | 0.66% | 4.35% |
| 046 | 59,546 | 35 | 0.06% | 44,947 | 75.48% | 72.93% | 6.48% | 10.22% | 4.76% | 0.11% | 0.03% | 0.86% | 4.61% |
| 047 | 58,967 | -544 | -0.91% | 43,110 | 73.11% | 66.71% | 8.21% | 6.66% | 13.35% | 0.15% | 0.02% | 0.54% | 4.35% |
| 048 | 59,597 | 86 | 0.14% | 46,049 | 77.27% | 54.79% | 13.12% | 20.27% | 6.62% | 0.09% | 0.04% | 0.84% | 4.23% |
| 049 | 59,674 | 163 | 0.27% | 45,390 | 76.06% | 54.72% | 9.58% | 8.4% | 22.32% | 0.17% | 0.05% | 0.87% | 3.89% |
| 050 | 58,945 | -566 | -0.95% | 43,572 | 73.92% | 42.39% | 10.69% | 6.39% | 35.7% | 0.08% | 0.05% | 0.62% | 4.08% |
| 051 | 59,538 | 27 | 0.05% | 48,052 | 80.71% | 53.91% | 21.45% | 12.17% | 6.8% | 0.12% | 0.03% | 0.91% | 4.61% |
| 052 | 59,618 | 107 | 0.18% | 48,196 | 80.84% | 56.26% | 14.46% | 13.2% | 11.49% | 0.13% | 0.05% | 0.56% | 3.84% |
| 053 | 59,515 | 4 | 0.01. | 44,376 | 74.56% | 26.37% | 56.79% | 9.17% | 3.21% | 0.17% | 0.05% | 0.56% | 3.67% |
| 054 | 59,916 | 405 | 0.68% | 52,449 | 87.54% | 63.37% | 16.25% | 7.83% | 7.95% | 0.18% | 0.02% | 0.57% | 3.84% |
| 055 | 59,379 | -132 | -0.22% | 46,916 | 79.01% | 4.9% | 88.9% | 2.81% | 0.46% | 0.17% | 0.01% | 0.4% | 2.35% |
| 056 | 59,151 | -360 | -0.60% | 52,459 | 88.69% | 33.78% | 47.83% | 5.57% | 8.3% | 0.18% | 0.08% | 0.46% | 3.81% |
| 057 | 59,870 | 359 | 0.60% | 51,891 | 86.67% | 44.74% | 37.48% | 7.67% | 5.68% | 0.11% | 0.02% | 0.56% | 3.74% |
| 058 | 59,724 | 213 | 0.36% | 51,871 | 86.85% | 36.17% | 49.19% | 5.38% | 4.22% | 0.19% | 0.03% | 0.65% | 4.16% |
| 059 | 59,872 | 361 | 0.61% | 47,237 | 78.9% | 33.09% | 49.2% | 11.13% | 2.22% | 0.21% | 0.05% | 0.45% | 3.65% |
| 060 | 59,485 | -26 | -0.04% | 44,361 | 74.58% | 8.24% | 72.03% | 14.68% | 1.73% | 0.24% | 0.02% | 0.53% | 2.53% |
| 061 | 59,865 | 354 | 0.59% | 45,682 | 76.31% | 14.27% | 70.63% | 10.5% | 0.95% | 0.2% | 0.06% | 0.5% | 2.9% |
| 062 | 59,599 | 88 | 0.15% | 44,935 | 75.4% | 32.31% | 52.14% | 9.7% | 1.2% | 0.22% | 0.03% | 0.64% | 3.76% |
| 063 | 59,936 | 425 | 0.71% | 46,251 | 77.17% | 11.44% | 78.41% | 5.04% | 1.38% | 0.22% | 0.04% | 0.68% | 2.8% |
| 064 | 59,998 | 487 | 0.82% | 44,821 | 74.7% | 5.1% | 86.06% | 4.8% | 0.57% | 0.1% | 0.03% | 0.76% | 2.6% |
| 065 | 59,415 | -96 | -0.16% | 44,449 | 74.81% | 10.77% | 77.33% | 7.9% | 0.73% | 0.16% | 0.03% | 0.51% | 2.58% |
| 066 | 59,054 | -457 | -0.77% | 43,879 | 74.3% | 30.96% | 52.29% | 9.69% | 1.71% | 0.24% | 0.09% | 0.82% | 4.19% |
| 067 | 59,367 | -144 | -0.24% | 44,550 | 75.04% | 64.67% | 21% | 7.58% | 1.09% | 0.26% | 0.05% | 0.71% | 4.65% |
| 068 | 59,140 | -371 | -0.62% | 44,313 | 74.93% | 67.24% | 18.85% | 7.36% | 0.97% | 0.25% | 0.02% | 0.51% | 4.8% |
| 069 | 59,651 | 140 | 0.24% | 46,047 | 77.19% | 66.28% | 21.87% | 5.86% | 1.66% | 0.2% | 0.04% | 0.28% | 3.81% |
| 070 | 59,322 | -189 | -0.32% | 45,268 | 76.31% | 72.38% | 15.41% | 6.4% | 1.3% | 0.25% | 0.04% | 0.39% | 3.82% |
| 071 | 59,203 | -308 | -0.52% | 45,550 | 76.94% | 65.11% | 15.78% | 8.57% | 5.59% | 0.17% | 0.05% | 0.54% | 4.19% |
| 072 | 59,984 | 473 | 0.79% | 45,931 | 76.57% | 66.69% | 15.11% | 7.86% | 5.1% | 0.14% | 0.04% | 0.69% | 4.37% |
| 073 | 59,455 | -56 | -0.09% | 44,961 | 75.62% | 56.73% | 30.18% | 6.69% | 1.85% | 0.2% | 0.02% | 0.48% | 3.85% |

## Population Summary

GHDC-HousePlan-2021

| District | Population | Deviation | % Devn. | [18+_Pop] | [% 18+_Pop] | [% NH_Wht] | [% NH_Blk] | [% Hispanic Origin] | [% NH_Asn] | [% NH_Ind] | [% NH_Hwn] | [% NH_Oth] | [% NH_2+ Races] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 074 | 59,453 | -58 | -0.10% | 44,149 | 74.26% | 7.03% | 66.99% | 15.91% | 7.16% | 0.2% | 0.04% | 0.48% | 2.18% |
| 075 | 59,873 | 362 | 0.61% | 44,777 | 74.79% | 11.13% | 69.67% | 11.07% | 4.26% | 0.15% | 0.05% | 0.58% | 3.09% |
| 076 | 59,544 | 33 | 0.06% | 45,413 | 76.27% | 12.79% | 68.5% | 9.98% | 4.89% | 0.14% | 0.05% | 0.61% | 3.03% |
| 077 | 59,646 | 135 | 0.23% | 43,403 | 72.77% | 5.89% | 70.17% | 17.16% | 3.37% | 0.24% | 0.03% | 0.67% | 2.48% |
| 078 | 59,789 | 278 | 0.47% | 45,365 | 75.88% | 24.1% | 55.36% | 9.72% | 6.24% | 0.2% | 0.07% | 0.72% | 3.59% |
| 079 | 59,508 | -3 | -0.01% | 45,458 | 76.39% | 50.91% | 13.09% | 14.67% | 16.75% | 0.08% | 0.04% | 0.71% | 3.76% |
| 080 | 59,157 | -354 | -0.59% | 47,688 | 80.61% | 59.17% | 11.3% | 17.82% | 7.38% | 0.09% | 0.03% | 0.61% | 3.59% |
| 081 | 59,884 | 373 | 0.63% | 45,348 | 75.73% | 35.79% | 10.38% | 39.4% | 10.76% | 0.17% | 0.03% | 0.63% | 2.84% |
| 082 | 59,699 | 188 | 0.32% | 48,887 | 81.89% | 46.64% | 18.22% | 21.7% | 8.99% | 0.11% | 0.02% | 0.67% | 3.66% |
| 083 | 59,624 | 113 | 0.19% | 46,307 | 77.67% | 38.35% | 50.13% | 4.39% | 2.51% | 0.16% | 0.03% | 0.5% | 3.93% |
| 084 | 59,343 | -168 | -0.28% | 47,225 | 79.58% | 31.09% | 55.79% | 4.03% | 4.42% | 0.15% | 0.03% | 0.62% | 3.88% |
| 085 | 59,792 | 281 | 0.47% | 46,309 | 77.45% | 24.04% | 52.16% | 5.02% | 13.92% | 0.19% | 0.03% | 0.68% | 3.96% |
| 086 | 59,633 | 122 | 0.21% | 45,637 | 76.53% | 25.7% | 55.08% | 6.49% | 8.62% | 0.18% | 0.02% | 0.65% | 3.26% |
| 087 | 59,801 | 290 | 0.49% | 46,173 | 77.21% | 16.16% | 63.4% | 8.67% | 7.54% | 0.22% | 0.02% | 0.61% | 3.39% |
| 088 | 59,512 | 1 | 0.00% | 46,477 | 78.1% | 16.22% | 64.39% | 12.04% | 3.03% | 0.24% | 0.05% | 0.69% | 3.33% |
| 089 | 59,007 | -504 | -0.85% | 47,155 | 79.91% | 31.55% | 57.13% | 5.24% | 1.61% | 0.12% | 0.03% | 0.63% | 3.7% |
| 090 | 59,411 | -100 | -0.17% | 46,508 | 78.28% | 19.22% | 71.76% | 4.03% | 1.1% | 0.14% | 0.02% | 0.55% | 3.17% |
| 091 | 59,019 | -492 | -0.83% | 45,395 | 76.92% | 17.38% | 71.34% | 5.53% | 1.52% | 0.15% | 0.06% | 0.7% | 3.31% |
| 092 | 59,597 | 86 | 0.14% | 44,307 | 74.34% | 11.38% | 73.52% | 10.53% | 0.78% | 0.17% | 0.06% | 0.54% | 3.01% |
| 093 | 59,455 | -56 | -0.09% | 44,281 | 74.48% | 12.27% | 71.46% | 9.58% | 2.26% | 0.18% | 0.03% | 0.71% | 3.49% |
| 094 | 59,305 | -206 | -0.35% | 44,803 | 75.55% | 18.25% | 62.87% | 9.03% | 5.45% | 0.18% | 0.03% | 0.66% | 3.53% |
| 095 | 59,763 | 252 | 0.42% | 46,128 | 77.18% | 40.81% | 22.31% | 20.23% | 11.85% | 0.17% | 0.03% | 0.66% | 3.93% |
| 096 | 59,534 | 23 | 0.04% | 45,289 | 76.07% | 19.47% | 21.88% | 35.97% | 18.91% | 0.14% | 0.06% | 0.7% | 2.86% |
| 097 | 59,294 | -217 | -0.36% | 42,583 | 71.82% | 51.43% | 10.08% | 10.97% | 22.79% | 0.13% | 0.03% | 0.56% | 4.01% |
| 098 | 59,512 | 1 | 0.00% | 42,682 | 71.72% | 45.29% | 26.78% | 16.63% | 6.49% | 0.12% | 0.02% | 0.72% | 3.95% |
| 099 | 59,736 | 225 | 0.38% | 42,537 | 71.21% | 9.67% | 19.55% | 57.51% | 10.63% | 0.13% | 0.05% | 0.6% | 1.85% |
| 100 | 59,526 | 15 | 0.03% | 44,064 | 74.02% | 12.37% | 28.19% | 42.74% | 13.28% | 0.18% | 0.03% | 0.65% | 2.56% |
| 101 | 59,281 | -230 | -0.39% | 45,347 | 76.49% | 27.68% | 24.25% | 26.29% | 17.54% | 0.17% | 0.04% | 0.66% | 3.37% |
| 102 | 58,952 | -559 | -0.94% | 44,877 | 76.12% | 34.91% | 28.09% | 22.2% | 10.28% | 0.15% | 0.03% | 0.66% | 3.68% |
| 103 | 59,308 | -203 | -0.34% | 43,664 | 73.62% | 58.36% | 12.2% | 17.43% | 7.71% | 0.17% | 0.04% | 0.5% | 3.6% |
| 104 | 59,524 | 13 | 0.02% | 43,661 | 73.35% | 53.27% | 18.52% | 12.58% | 10.89% | 0.1% | 0.03% | 0.62% | 3.97% |
| 105 | 59,511 | 0 | 0.00% | 43,243 | 72.66% | 28.68% | 41.84% | 17.45% | 7.17% | 0.19% | 0.05% | 0.73% | 3.88% |
| 106 | 59,532 | 21 | 0.04% | 44,091 | 74.06% | 35.16% | 39.22% | 11.83% | 8.48% | 0.18% | 0.04% | 0.89% | 4.2% |
| 107 | 58,947 | -564 | -0.95% | 43,486 | 73.77% | 27.58% | 25.87% | 24.9% | 17.69% | 0.15% | 0.04% | 0.65% | 3.13% |
| 108 | 59,405 | -106 | -0.18% | 44,311 | 74.59% | 34.44% | 19.3% | 22.75% | 19.15% | 0.17% | 0.04% | 0.64% | 3.5% |
| 109 | 59,486 | -25 | -0.04% | 44,473 | 74.76% | 37.33% | 47.1% | 7.34% | 2.93% | 0.17% | 0.06% | 0.78% | 4.29% |
| 110 | 59,069 | -442 | -0.74% | 44,030 | 74.54% | 64.71% | 24.68% | 5.46% | 0.7% | 0.18% | 0.02% | 0.5% | 3.76% |
| 111 | 59,765 | 254 | 0.43% | 44,383 | 74.26% | 32.18% | 51.75% | 8.01% | 3.23% | 0.17% | 0.06% | 0.77% | 3.83% |
| 112 | 58,991 | -520 | -0.87% | 43,954 | 74.51% | 77.67% | 12.08% | 4.03% | 2.69% | 0.14% | 0% | 0.37% | 3.03% |
| 113 | 59,201 | -310 | -0.52% | 43,906 | 74.16% | 22.18% | 64.78% | 7.12% | 1.17% | 0.2% | 0.13% | 0.75% | 3.67% |
| 114 | 59,513 | 2 | 0.00% | 43,502 | 73.1% | 51.01% | 31.16% | 10.57% | 2.41% | 0.18% | 0.05% | 0.79% | 3.83% |
| 115 | 59,062 | -449 | -0.75% | 44,162 | 74.77% | 67.69% | 18.83% | 6.83% | 1.89% | 0.2% | 0.05% | 0.6% | 3.91% |
| 116 | 59,943 | 432 | 0.73% | 45,302 | 75.58% | 67.37% | 11.91% | 11.98% | 3.99% | 0.13% | 0.02% | 0.52% | 4.09% |
| 117 | 59,574 | 63 | 0.11% | 49,997 | 83.92% | 65.92% | 14.72% | 8.7% | 6.2% | 0.23% | 0.03% | 0.56% | 3.63% |

| Population Summary | | | | | | | | | | | | | GHDC-HousePlan-2021 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| District | Population | Deviation | % Devn. | [18+_Pop] | [% 18+_Pop] | [% NH_Wht] | [% NH_Blk] | [% Hispanic Origin] | [% NH_Asn] | [% NH_Ind] | [% NH_Hwn] | [% NH_Oth] | [% NH_2+ Races] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 118 | 59,844 | 333 | 0.56% | 48,350 | 80.79% | 48.54% | 30.96% | 13.93% | 2.22% | 0.23% | 0.07% | 0.87% | 3.19% |
| 119 | 59,891 | 380 | 0.64% | 45,332 | 75.69% | 18.36% | 65.54% | 9.31% | 2.65% | 0.19% | 0.04% | 0.76% | 3.14% |
| 120 | 59,733 | 222 | 0.37% | 47,997 | 80.35% | 64.19% | 23.28% | 6.81% | 1.56% | 0.18% | 0.02% | 0.51% | 3.46% |
| 121 | 59,591 | 80 | 0.13% | 45,496 | 76.35% | 64.81% | 24.11% | 5.23% | 0.92% | 0.27% | 0.1% | 0.34% | 4.23% |
| 122 | 59,518 | 7 | 0.01% | 43,184 | 72.56% | 67.29% | 13.74% | 6.24% | 6.35% | 0.16% | 0.12% | 0.64% | 5.46% |
| 123 | 59,698 | 187 | 0.31% | 46,931 | 78.61% | 65.5% | 18.47% | 5.88% | 4.35% | 0.19% | 0.19% | 0.49% | 4.92% |
| 124 | 59,863 | 352 | 0.59% | 47,628 | 79.56% | 34.52% | 54.09% | 4.86% | 2.13% | 0.22% | 0.12% | 0.43% | 3.63% |
| 125 | 59,863 | 352 | 0.59% | 44,610 | 74.52% | 24.83% | 66.06% | 4.16% | 0.77% | 0.25% | 0.13% | 0.38% | 3.42% |
| 126 | 59,913 | 402 | 0.68% | 45,800 | 76.44% | 38.27% | 51.13% | 4.95% | 1.12% | 0.29% | 0.21% | 0.39% | 3.66% |
| 127 | 59,769 | 258 | 0.43% | 45,675 | 76.42% | 38.61% | 40.66% | 10.76% | 3.2% | 0.28% | 0.27% | 0.55% | 5.67% |
| 128 | 59,683 | 172 | 0.29% | 47,025 | 78.79% | 39.4% | 55.86% | 1.98% | 0.38% | 0.18% | 0.01% | 0.14% | 2.05% |
| 129 | 59,049 | -462 | -0.78% | 45,727 | 77.44% | 68.53% | 20.34% | 5.83% | 0.87% | 0.16% | 0.04% | 0.42% | 3.81% |
| 130 | 59,518 | 7 | 0.01% | 45,447 | 76.36% | 52.17% | 37.62% | 5.14% | 0.98% | 0.2% | 0.04% | 0.41% | 3.44% |
| 131 | 59,321 | -190 | -0.32% | 46,120 | 77.75% | 70.74% | 22.71% | 2.27% | 0.52% | 0.17% | 0.01% | 0.33% | 3.26% |
| 132 | 59,066 | -445 | -0.75% | 44,684 | 75.65% | 64.82% | 23.85% | 5.93% | 1.21% | 0.23% | 0.03% | 0.42% | 3.51% |
| 133 | 59,704 | 193 | 0.32% | 45,813 | 76.73% | 61.16% | 29.13% | 3.89% | 1.87% | 0.19% | 0.05% | 0.37% | 3.36% |
| 134 | 59,263 | -248 | -0.42% | 45,749 | 77.2% | 64.98% | 17.85% | 7.36% | 3.89% | 0.26% | 0.2% | 0.57% | 4.89% |
| 135 | 59,511 | 0 | 0.00% | 44,554 | 74.87% | 29.02% | 55.52% | 9.05% | 1.01% | 0.27% | 0.24% | 0.53% | 4.38% |
| 136 | 59,805 | 294 | 0.49% | 45,173 | 75.53% | 31.85% | 51.72% | 7.81% | 3.3% | 0.25% | 0.28% | 0.5% | 4.3% |
| 137 | 59,758 | 247 | 0.42% | 46,253 | 77.4% | 39.35% | 50.24% | 5.13% | 1.23% | 0.17% | 0.18% | 0.35% | 3.36% |
| 138 | 59,005 | -506 | -0.85% | 44,980 | 76.23% | 37.97% | 14.89% | 10.13% | 32.08% | 0.16% | 0.05% | 0.64% | 4.08% |
| 139 | 59,040 | -471 | -0.79% | 46,978 | 79.57% | 36.64% | 54.92% | 5.02% | 1.23% | 0.15% | 0.03% | 0.18% | 1.83% |
| 140 | 59,386 | -125 | -0.21% | 46,873 | 78.93% | 63.82% | 28.15% | 3.69% | 0.51% | 0.19% | 0.02% | 0.41% | 3.21% |
| 141 | 59,321 | -190 | -0.32% | 46,459 | 78.32% | 65.61% | 24.79% | 3.01% | 3.29% | 0.18% | 0.02% | 0.28% | 2.81% |
| 142 | 59,511 | 0 | 0.00% | 44,230 | 74.32% | 26.6% | 64.75% | 4.3% | 1.24% | 0.19% | 0.01% | 0.38% | 2.53% |
| 143 | 59,559 | 48 | 0.08% | 46,340 | 77.81% | 30.32% | 60.7% | 4.21% | 1.11% | 0.16% | 0.05% | 0.39% | 3.05% |
| 144 | 59,288 | -223 | -0.37% | 46,102 | 77.76% | 57.14% | 30.49% | 6.81% | 1.5% | 0.24% | 0.05% | 0.38% | 3.38% |
| 145 | 59,509 | -2 | 0.00% | 48,770 | 81.95% | 59.28% | 33.54% | 2.98% | 1.13% | 0.15% | 0.05% | 0.38% | 2.5% |
| 146 | 59,511 | 0 | 0.00% | 43,599 | 73.26% | 48.97% | 35.37% | 8.16% | 1.89% | 0.21% | 0.09% | 0.41% | 4.89% |
| 147 | 59,511 | 0 | 0.00% | 44,543 | 74.85% | 52.53% | 29.25% | 7.75% | 4.92% | 0.19% | 0.07% | 0.46% | 4.83% |
| 148 | 59,593 | 82 | 0.14% | 46,187 | 77.5% | 57.79% | 34.16% | 3.66% | 1.07% | 0.1% | 0.04% | 0.35% | 2.84% |
| 149 | 59,595 | 84 | 0.14% | 48,294 | 81.04% | 68.39% | 14.79% | 7.14% | 5.04% | 0.11% | 0.04% | 0.54% | 3.95% |
| 150 | 60,003 | 492 | 0.83% | 46,315 | 77.19% | 55.16% | 38.21% | 2.52% | 0.91% | 0.19% | 0.03% | 0.23% | 2.73% |
| 151 | 58,926 | -585 | -0.98% | 46,152 | 78.32% | 49.28% | 38.37% | 7.45% | 1.14% | 0.22% | 0.23% | 0.25% | 3.06% |
| 152 | 59,511 | 0 | 0.00% | 45,482 | 76.43% | 68.73% | 22.94% | 3.11% | 1.76% | 0.19% | 0.03% | 0.27% | 2.97% |
| 153 | 58,998 | -513 | -0.86% | 45,796 | 77.62% | 31.31% | 62.06% | 2.79% | 1.07% | 0.13% | 0.02% | 0.25% | 2.37% |
| 154 | 58,998 | -513 | -0.86% | 46,182 | 78.28% | 30.27% | 64.17% | 2.68% | 0.32% | 0.15% | 0.01% | 0.22% | 2.17% |
| 155 | 59,639 | 128 | 0.22% | 46,995 | 78.8% | 57.21% | 32.32% | 7.32% | 0.61% | 0.18% | 0% | 0.2% | 2.15% |
| 156 | 59,163 | -348 | -0.58% | 45,238 | 76.46% | 63.63% | 25.38% | 7.48% | 0.55% | 0.14% | 0.02% | 0.28% | 2.51% |
| 157 | 59,971 | 460 | 0.77% | 44,596 | 74.36% | 59.25% | 24.47% | 11.32% | 1.1% | 0.19% | 0.1% | 0.29% | 3.27% |
| 158 | 60,024 | 513 | 0.86% | 46,915 | 78.16% | 58.01% | 35.01% | 3.63% | 0.58% | 0.2% | 0.05% | 0.25% | 2.26% |
| 159 | 59,374 | -137 | -0.23% | 44,636 | 75.18% | 66.79% | 24.91% | 3.46% | 0.6% | 0.27% | 0.03% | 0.31% | 3.63% |
| 160 | 59,127 | -384 | -0.65% | 47,516 | 80.36% | 66.56% | 21.92% | 5.53% | 1.64% | 0.24% | 0.1% | 0.29% | 3.72% |
| 161 | 59,542 | 31 | 0.05% | 43,912 | 73.75% | 59.78% | 24.62% | 7.69% | 2.23% | 0.22% | 0.08% | 0.52% | 4.88% |

**Population Summary**  GHDC-HousePlan-2021

| District | Population | Deviation | % Devn. | [18+_Pop] | [% 18+_Pop] | [% NH_Wht] | [% NH_Blk] | [% Hispanic Origin] | [% NH_Asn] | [% NH_Ind] | [% NH_Hwn] | [% NH_Oth] | [% NH_2+ Races] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 162 | 59,400 | -111 | -0.19% | 46,399 | 78.11% | 30.25% | 50.77% | 11.24% | 3.94% | 0.25% | 0.12% | 0.41% | 3.02% |
| 163 | 59,505 | -6 | -0.01% | 48,273 | 81.12% | 39.95% | 44.12% | 7.59% | 3.82% | 0.19% | 0.17% | 0.53% | 3.63% |
| 164 | 59,756 | 245 | 0.41% | 45,544 | 76.22% | 52.84% | 26.36% | 10.12% | 4.62% | 0.28% | 0.13% | 0.62% | 5.03% |
| 165 | 59,590 | 79 | 0.13% | 47,573 | 79.83% | 42.98% | 44.08% | 5.7% | 2.82% | 0.17% | 0.22% | 0.42% | 3.61% |
| 166 | 59,913 | 402 | 0.68% | 47,251 | 78.87% | 82.88% | 4.93% | 5.18% | 2.56% | 0.16% | 0.05% | 0.38% | 3.85% |
| 167 | 59,838 | 327 | 0.55% | 45,680 | 76.34% | 60.39% | 24.39% | 8.38% | 1.39% | 0.32% | 0.22% | 0.51% | 4.4% |
| 168 | 59,508 | -3 | -0.01% | 44,490 | 74.76% | 35.93% | 43.53% | 11.22% | 2.01% | 0.32% | 0.68% | 0.48% | 5.82% |
| 169 | 59,955 | 444 | 0.75% | 45,452 | 75.81% | 56.8% | 27.22% | 12.48% | 0.58% | 0.14% | 0.03% | 0.17% | 2.58% |
| 170 | 59,961 | 450 | 0.76% | 45,226 | 75.43% | 62.65% | 23.85% | 8.94% | 1.04% | 0.15% | 0.03% | 0.27% | 3.07% |
| 171 | 59,339 | -172 | -0.29% | 45,756 | 77.11% | 51.45% | 39.13% | 6.29% | 0.58% | 0.2% | 0.03% | 0.2% | 2.11% |
| 172 | 59,591 | 80 | 0.13% | 44,559 | 74.77% | 54.17% | 26% | 16.33% | 0.77% | 0.24% | 0.02% | 0.25% | 2.23% |
| 173 | 59,442 | -69 | -0.12% | 45,211 | 76.06% | 54.26% | 34.16% | 7.37% | 0.8% | 0.28% | 0.03% | 0.31% | 2.8% |
| 174 | 59,508 | -3 | -0.01% | 44,000 | 73.94% | 58.54% | 28.12% | 7.32% | 1.23% | 0.35% | 0.12% | 0.35% | 3.98% |
| 175 | 59,650 | 139 | 0.23% | 45,012 | 75.46% | 66.55% | 22.53% | 5.9% | 1.2% | 0.28% | 0.04% | 0.26% | 3.24% |
| 176 | 59,710 | 199 | 0.33% | 45,869 | 76.82% | 78.5% | 11.29% | 6.17% | 0.35% | 0.26% | 0.03% | 0.25% | 3.15% |
| 177 | 59,509 | -2 | 0.00% | 45,676 | 76.75% | 34.14% | 53.67% | 6.59% | 1.51% | 0.18% | 0.08% | 0.43% | 3.41% |
| 178 | 59,747 | 236 | 0.40% | 44,977 | 75.28% | 74.03% | 14.97% | 7.38% | 0.5% | 0.16% | 0.02% | 0.27% | 2.69% |
| 179 | 59,910 | 399 | 0.67% | 47,497 | 79.28% | 62.36% | 25.96% | 6.92% | 1.04% | 0.16% | 0.08% | 0.37% | 3.11% |
| 180 | 59,228 | -283 | -0.48% | 45,588 | 76.97% | 65.13% | 17.85% | 9.32% | 1.59% | 0.34% | 0.1% | 0.56% | 5.12% |

**Total:** 10,711,908  
**Ideal District:** 59,511

User: **H143**
Plan Name: **GHDC-HousePlan-2021**
Plan Type: **House**

# Population Summary

Thursday, October 28, 2021                                                                                                                                                        7:21 PM

**Summary Statistics:**

| | |
|---|---|
| Population Range: | 58,926 to 60,024 |
| Ratio Range: | 0.02 |
| Absolute Range: | -585 to 513 |
| Absolute Overall Range: | 1,098 |
| Relative Range: | -0.98% to 0.86% |
| Relative Overall Range: | 1.85% |
| Absolute Mean Deviation: | 208.13 |
| Relative Mean Deviation: | 0.35% |
| Standard Deviation: | 271.45 |

| District | Population | Deviation | % Devn. | [18+_Pop] | [% 18+_Pop] | [% NH18+_Wht] | [% NH18+_Blk] | [% H18+_Pop] | [% NH18+_Ind] | [% NH18+_Asn] | [% NH18+_Hwn] | [% NH18+_Oth] | [% NH18+_2+ Races] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 001 | 59,039 | -472 | -0.79% | 46,267 | 78.37% | 90.27% | 3.02% | 2.01% | 0.32% | 0.51% | 0.04% | 0.25% | 3.59% |
| 002 | 59,503 | -8 | -0.01% | 43,454 | 73.03% | 69.6% | 4.42% | 13.5% | 0.16% | 8.21% | 0.03% | 0.42% | 3.65% |
| 003 | 59,512 | 1 | 0.00% | 46,186 | 77.61% | 88.43% | 2.73% | 2.96% | 0.26% | 1.57% | 0.14% | 0.14% | 3.77% |
| 004 | 59,358 | -153 | -0.26% | 43,879 | 73.92% | 55.92% | 4.48% | 35.31% | 0.18% | 1.73% | 0.02% | 0.22% | 2.14% |
| 005 | 59,001 | -510 | -0.86% | 44,384 | 75.23% | 74.7% | 3.56% | 16.74% | 0.26% | 1.16% | 0.03% | 0.23% | 3.32% |
| 006 | 59,576 | 65 | 0.11% | 44,680 | 75% | 74.83% | 1.69% | 19.96% | 0.19% | 0.71% | 0.01% | 0.19% | 2.42% |
| 007 | 59,081 | -430 | -0.72% | 48,771 | 82.55% | 90.15% | 0.34% | 5.53% | 0.27% | 0.46% | 0.01% | 0.21% | 3.02% |
| 008 | 59,872 | 361 | 0.61% | 50,372 | 84.13% | 91.7% | 0.69% | 3.79% | 0.24% | 0.49% | 0% | 0.23% | 2.85% |
| 009 | 59,528 | 17 | 0.03% | 48,155 | 80.89% | 88.48% | 1.1% | 5% | 0.39% | 0.89% | 0.06% | 0.32% | 3.76% |
| 010 | 59,531 | 20 | 0.03% | 46,913 | 78.8% | 82.28% | 3.64% | 8.63% | 0.26% | 1.48% | 0.03% | 0.29% | 3.38% |
| 011 | 59,511 | 0 | 0.00% | 46,785 | 78.62% | 90.43% | 1.11% | 3.97% | 0.27% | 0.56% | 0.02% | 0.18% | 3.47% |
| 012 | 59,580 | 69 | 0.12% | 46,298 | 77.71% | 86.6% | 6.56% | 2.73% | 0.22% | 0.5% | 0.02% | 0.16% | 3.2% |
| 013 | 59,511 | 0 | 0.00% | 45,375 | 76.25% | 63.06% | 19.07% | 12.44% | 0.23% | 1.9% | 0.01% | 0.38% | 2.91% |
| 014 | 59,659 | 148 | 0.25% | 46,120 | 77.31% | 83.54% | 6.16% | 5.47% | 0.22% | 0.81% | 0.02% | 0.32% | 3.46% |
| 015 | 59,511 | 0 | 0.00% | 45,764 | 76.9% | 71.95% | 13.16% | 9.64% | 0.27% | 1.22% | 0.02% | 0.32% | 3.43% |
| 016 | 59,758 | 247 | 0.42% | 45,634 | 76.36% | 76.87% | 10.09% | 9.12% | 0.19% | 0.59% | 0.04% | 0.27% | 2.85% |
| 017 | 59,511 | 0 | 0.00% | 43,434 | 72.98% | 69.86% | 18.77% | 6.13% | 0.23% | 0.92% | 0.06% | 0.48% | 3.55% |
| 018 | 59,766 | 255 | 0.43% | 45,710 | 76.48% | 80.06% | 10.52% | 5.31% | 0.26% | 0.63% | 0.03% | 0.25% | 2.94% |
| 019 | 59,652 | 141 | 0.24% | 43,447 | 72.83% | 64.02% | 23.06% | 6.84% | 0.23% | 1.85% | 0.08% | 0.52% | 3.42% |
| 020 | 59,333 | -178 | -0.30% | 45,586 | 76.83% | 71.85% | 8.55% | 12.07% | 0.2% | 2.63% | 0.03% | 0.57% | 4.12% |
| 021 | 59,513 | 2 | 0.00% | 44,643 | 75.01% | 76.13% | 7.93% | 8.92% | 0.18% | 2.45% | 0.07% | 0.61% | 3.71% |
| 022 | 59,527 | 16 | 0.03% | 45,121 | 75.8% | 84.67% | 3.5% | 6.26% | 0.18% | 1.49% | 0.04% | 0.42% | 3.42% |
| 023 | 59,347 | -164 | -0.28% | 45,536 | 76.73% | 76.72% | 5.41% | 13.15% | 0.25% | 0.95% | 0.04% | 0.28% | 3.21% |
| 024 | 59,176 | -335 | -0.56% | 41,808 | 70.65% | 72.7% | 4.05% | 7.43% | 0.14% | 12.17% | 0.06% | 0.55% | 2.91% |
| 025 | 59,721 | 210 | 0.35% | 42,035 | 70.39% | 55.67% | 5.61% | 7.79% | 0.13% | 27.55% | 0.04% | 0.49% | 2.73% |
| 026 | 59,538 | 27 | 0.05% | 44,423 | 74.61% | 75.17% | 2.15% | 8.1% | 0.17% | 11.19% | 0.02% | 0.34% | 2.85% |
| 027 | 59,512 | 1 | 0.00% | 46,884 | 78.78% | 81.12% | 3.6% | 10.64% | 0.17% | 0.97% | 0.04% | 0.26% | 3.2% |
| 028 | 59,491 | -20 | -0.03% | 46,345 | 77.9% | 83.11% | 6.95% | 5.06% | 0.3% | 1.29% | 0.05% | 0.2% | 3.04% |

**Population Summary**  GHDC-HousePlan-2021

| District | Population | Deviation | % Devn. | [18+_Pop] | [% 18+_Pop] | [% NH18+_Wht] | [% NH18+_Blk] | [% H18+_Pop] | [% NH18+_Ind] | [% NH18+_Asn] | [% NH18+_Hwn] | [% NH18+_Oth] | [% NH18+_2+ Races] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 029 | 59,511 | 0 | 0.00% | 43,681 | 73.4% | 44.16% | 11.72% | 38.81% | 0.13% | 2.88% | 0.06% | 0.33% | 1.9% |
| 030 | 59,320 | -191 | -0.32% | 44,425 | 74.89% | 59.1% | 7.22% | 28.05% | 0.2% | 2.56% | 0.03% | 0.29% | 2.54% |
| 031 | 59,485 | -26 | -0.04% | 43,764 | 73.57% | 79.1% | 6.17% | 8.37% | 0.21% | 2.73% | 0.04% | 0.31% | 3.07% |
| 032 | 59,568 | 57 | 0.10% | 46,697 | 78.39% | 82.19% | 10.56% | 3.16% | 0.17% | 1.18% | 0.01% | 0.28% | 2.46% |
| 033 | 60,015 | 504 | 0.85% | 46,386 | 77.29% | 75.06% | 14.77% | 5.65% | 0.17% | 1.36% | 0.02% | 0.21% | 2.76% |
| 034 | 59,443 | -68 | -0.11% | 47,097 | 79.23% | 61.94% | 18.87% | 8.79% | 0.16% | 5.48% | 0.03% | 0.83% | 3.89% |
| 035 | 59,720 | 209 | 0.35% | 45,660 | 76.46% | 58.43% | 21.37% | 10.71% | 0.22% | 4.68% | 0.04% | 0.75% | 3.8% |
| 036 | 59,497 | -14 | -0.02% | 44,534 | 74.85% | 73.62% | 13.12% | 5.8% | 0.08% | 3.2% | 0.03% | 0.62% | 3.53% |
| 037 | 59,856 | 345 | 0.58% | 47,990 | 80.18% | 49.24% | 24.89% | 16.25% | 0.2% | 4.83% | 0.04% | 0.95% | 3.61% |
| 038 | 59,652 | 141 | 0.24% | 45,482 | 76.25% | 31.36% | 49.97% | 12.41% | 0.22% | 2.16% | 0.06% | 0.62% | 3.19% |
| 039 | 59,075 | -436 | -0.73% | 44,135 | 74.71% | 23.77% | 51.74% | 19.09% | 0.18% | 1.74% | 0.03% | 0.6% | 2.84% |
| 040 | 59,139 | -372 | -0.63% | 49,622 | 83.91% | 48.91% | 29.03% | 7.69% | 0.18% | 9.69% | 0.02% | 0.81% | 3.67% |
| 041 | 59,690 | 179 | 0.30% | 44,440 | 74.45% | 29.97% | 35.47% | 27.63% | 0.19% | 3.02% | 0.03% | 0.86% | 2.82% |
| 042 | 59,523 | 12 | 0.02% | 47,716 | 80.16% | 35.45% | 31.79% | 22.54% | 0.21% | 4.58% | 0.06% | 1.3% | 4.08% |
| 043 | 59,064 | -447 | -0.75% | 45,439 | 76.93% | 60.23% | 14.25% | 7.22% | 0.18% | 11.19% | 0.04% | 1.92% | 4.98% |
| 044 | 59,373 | -138 | -0.23% | 46,067 | 77.59% | 66.89% | 11.57% | 9.14% | 0.18% | 6.8% | 0.03% | 1.03% | 4.36% |
| 045 | 59,566 | 55 | 0.09% | 44,209 | 74.22% | 77.15% | 4.66% | 5.35% | 0.08% | 8.92% | 0.02% | 0.55% | 3.25% |
| 046 | 59,546 | 35 | 0.06% | 44,947 | 75.48% | 75.38% | 6.54% | 9.02% | 0.13% | 4.65% | 0.04% | 0.69% | 3.56% |
| 047 | 58,967 | -544 | -0.91% | 43,110 | 73.11% | 68.35% | 8.23% | 6.34% | 0.14% | 13.01% | 0.02% | 0.51% | 3.41% |
| 048 | 59,597 | 86 | 0.14% | 46,049 | 77.27% | 58.44% | 13.05% | 17.5% | 0.09% | 6.39% | 0.05% | 0.77% | 3.72% |
| 049 | 59,674 | 163 | 0.27% | 45,390 | 76.06% | 58.14% | 9.46% | 7.69% | 0.14% | 20.64% | 0.04% | 0.74% | 3.15% |
| 050 | 58,945 | -566 | -0.95% | 43,572 | 73.92% | 45.18% | 10.42% | 5.74% | 0.07% | 34.93% | 0.05% | 0.54% | 3.08% |
| 051 | 59,538 | 27 | 0.05% | 48,052 | 80.71% | 56.59% | 20.91% | 10.7% | 0.13% | 6.85% | 0.04% | 0.88% | 3.89% |
| 052 | 59,618 | 107 | 0.18% | 48,196 | 80.84% | 58.1% | 14.9% | 11.42% | 0.12% | 11.49% | 0.05% | 0.52% | 3.39% |
| 053 | 59,515 | 4 | 0.01% | 44,376 | 74.56% | 28.56% | 56.15% | 8.07% | 0.16% | 3.36% | 0.05% | 0.49% | 3.15% |
| 054 | 59,916 | 405 | 0.68% | 52,449 | 87.54% | 63.85% | 16.84% | 7.19% | 0.16% | 8.25% | 0.02% | 0.51% | 3.18% |
| 055 | 59,379 | -132 | -0.22% | 46,916 | 79.01% | 5.65% | 88.48% | 2.5% | 0.16% | 0.51% | 0.01% | 0.42% | 2.28% |
| 056 | 59,151 | -360 | -0.60% | 52,459 | 88.69% | 36.49% | 44.84% | 5.52% | 0.19% | 8.81% | 0.09% | 0.42% | 3.64% |
| 057 | 59,870 | 359 | 0.60% | 51,891 | 86.67% | 46.25% | 36.64% | 7.27% | 0.1% | 6.08% | 0.02% | 0.5% | 3.14% |
| 058 | 59,724 | 213 | 0.36% | 51,871 | 86.85% | 39.29% | 45.94% | 5.48% | 0.19% | 4.58% | 0.03% | 0.63% | 3.85% |
| 059 | 59,872 | 361 | 0.61% | 47,237 | 78.9% | 36.4% | 47.2% | 9.87% | 0.2% | 2.55% | 0.06% | 0.42% | 3.31% |
| 060 | 59,485 | -26 | -0.04% | 44,361 | 74.58% | 9.91% | 72.34% | 12.77% | 0.25% | 1.96% | 0.03% | 0.49% | 2.26% |
| 061 | 59,865 | 354 | 0.59% | 45,682 | 76.31% | 16.23% | 70.63% | 8.78% | 0.2% | 1.05% | 0.05% | 0.48% | 2.57% |
| 062 | 59,599 | 88 | 0.15% | 44,935 | 75.4% | 35.82% | 50.75% | 8.29% | 0.23% | 1.26% | 0.03% | 0.53% | 3.08% |
| 063 | 59,936 | 425 | 0.71% | 46,251 | 77.17% | 13.18% | 77.82% | 4.28% | 0.21% | 1.43% | 0.05% | 0.6% | 2.43% |
| 064 | 60,007 | 496 | 0.83% | 44,827 | 74.7% | 5.98% | 85.99% | 4.23% | 0.09% | 0.64% | 0.04% | 0.66% | 2.37% |
| 065 | 59,415 | -96 | -0.16% | 44,449 | 74.81% | 12.71% | 76.16% | 7.08% | 0.19% | 0.84% | 0.02% | 0.53% | 2.46% |
| 066 | 59,054 | -457 | -0.77% | 43,879 | 74.3% | 34.45% | 50.84% | 8.38% | 0.26% | 1.88% | 0.09% | 0.67% | 3.42% |
| 067 | 59,367 | -144 | -0.24% | 44,550 | 75.04% | 67.52% | 20.36% | 6.28% | 0.29% | 1.16% | 0.05% | 0.62% | 3.71% |
| 068 | 59,140 | -371 | -0.62% | 44,313 | 74.93% | 69.88% | 18.42% | 6.12% | 0.24% | 1.01% | 0.02% | 0.43% | 3.88% |
| 069 | 59,651 | 140 | 0.24% | 46,047 | 77.19% | 68.5% | 21.6% | 4.88% | 0.18% | 1.62% | 0.05% | 0.22% | 2.94% |
| 070 | 59,322 | -189 | -0.32% | 45,268 | 76.31% | 74.14% | 15.25% | 5.49% | 0.28% | 1.32% | 0.04% | 0.31% | 3.16% |
| 071 | 59,203 | -308 | -0.52% | 45,550 | 76.94% | 67.58% | 15.24% | 7.75% | 0.15% | 5.44% | 0.06% | 0.43% | 3.35% |

**Population Summary**  GHDC-HousePlan-2021

| District | Population | Deviation | % Devn. | [18+_Pop] | [% 18+_Pop] | [% NH18+_Wht] | [% NH18+_Blk] | [% H18+_Pop] | [% NH18+_Ind] | [% NH18+_Asn] | [% NH18+_Hwn] | [% NH18+_Oth] | [% NH18+_2+ Races] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 072 | 59,975 | 464 | 0.78% | 45,925 | 76.57% | 69.68% | 14.59% | 6.73% | 0.13% | 4.8% | 0.03% | 0.56% | 3.47% |
| 073 | 59,455 | -56 | -0.09% | 44,961 | 75.62% | 60.06% | 28.72% | 5.58% | 0.21% | 1.85% | 0.02% | 0.45% | 3.12% |
| 074 | 59,453 | -58 | -0.10% | 44,149 | 74.26% | 8.6% | 67.27% | 13.89% | 0.21% | 7.71% | 0.05% | 0.43% | 1.85% |
| 075 | 59,873 | 362 | 0.61% | 44,777 | 74.79% | 13.51% | 68.66% | 9.8% | 0.16% | 4.56% | 0.05% | 0.54% | 2.72% |
| 076 | 59,544 | 33 | 0.06% | 45,413 | 76.27% | 14.89% | 68.23% | 8.37% | 0.16% | 5.09% | 0.06% | 0.56% | 2.64% |
| 077 | 59,646 | 135 | 0.23% | 43,403 | 72.77% | 7.34% | 70.79% | 14.91% | 0.21% | 3.84% | 0.03% | 0.64% | 2.24% |
| 078 | 59,789 | 278 | 0.47% | 45,365 | 75.88% | 27.41% | 53.83% | 8.61% | 0.21% | 6.32% | 0.08% | 0.62% | 2.93% |
| 079 | 59,508 | -3 | -0.01% | 45,458 | 76.39% | 52.89% | 13.91% | 12.87% | 0.05% | 16.46% | 0.05% | 0.69% | 3.09% |
| 080 | 59,157 | -354 | -0.59% | 47,688 | 80.61% | 61.45% | 12.27% | 14.75% | 0.1% | 7.89% | 0.03% | 0.56% | 2.94% |
| 081 | 59,884 | 373 | 0.63% | 45,348 | 75.73% | 39.11% | 11.03% | 34.92% | 0.18% | 11.81% | 0.02% | 0.54% | 2.39% |
| 082 | 59,699 | 188 | 0.32% | 48,887 | 81.89% | 48.51% | 19.9% | 18.28% | 0.1% | 9.58% | 0.03% | 0.54% | 3.07% |
| 083 | 59,624 | 113 | 0.19% | 46,307 | 77.67% | 39.35% | 50.06% | 4.05% | 0.16% | 2.79% | 0.04% | 0.42% | 3.15% |
| 084 | 59,343 | -168 | -0.28% | 47,225 | 79.58% | 32.38% | 55.53% | 3.55% | 0.16% | 4.6% | 0.03% | 0.6% | 3.16% |
| 085 | 59,792 | 281 | 0.47% | 46,309 | 77.45% | 26.79% | 52.2% | 4.56% | 0.16% | 12.3% | 0.03% | 0.57% | 3.4% |
| 086 | 59,633 | 122 | 0.21% | 45,637 | 76.53% | 28.13% | 54.04% | 6.37% | 0.17% | 7.9% | 0.01% | 0.56% | 2.81% |
| 087 | 59,801 | 290 | 0.49% | 46,173 | 77.21% | 18.48% | 62.94% | 7.5% | 0.23% | 7.32% | 0.02% | 0.58% | 2.94% |
| 088 | 59,512 | 1 | 0.00% | 46,477 | 78.1% | 18.41% | 64.16% | 10.39% | 0.23% | 3.13% | 0.06% | 0.64% | 3% |
| 089 | 59,007 | -504 | -0.85% | 47,155 | 79.91% | 33.5% | 56.13% | 4.66% | 0.11% | 1.87% | 0.03% | 0.54% | 3.15% |
| 090 | 59,411 | -100 | -0.17% | 46,508 | 78.28% | 20.67% | 71.27% | 3.39% | 0.12% | 1.13% | 0.01% | 0.51% | 2.89% |
| 091 | 59,019 | -492 | -0.83% | 45,395 | 76.92% | 20.19% | 69.66% | 4.75% | 0.16% | 1.61% | 0.07% | 0.57% | 2.99% |
| 092 | 59,597 | 86 | 0.14% | 44,307 | 74.34% | 13.4% | 73.3% | 9.01% | 0.17% | 0.87% | 0.05% | 0.48% | 2.73% |
| 093 | 59,455 | -56 | -0.09% | 44,281 | 74.48% | 14.5% | 70.94% | 8.09% | 0.19% | 2.41% | 0.02% | 0.65% | 3.2% |
| 094 | 59,305 | -206 | -0.35% | 44,803 | 75.55% | 20.58% | 62.36% | 7.62% | 0.18% | 5.44% | 0.03% | 0.61% | 3.17% |
| 095 | 59,763 | 252 | 0.42% | 46,128 | 77.18% | 43.66% | 21.88% | 17.58% | 0.17% | 12.84% | 0.03% | 0.59% | 3.25% |
| 096 | 59,534 | 23 | 0.04% | 45,289 | 76.07% | 22.29% | 21.59% | 31.91% | 0.12% | 20.97% | 0.05% | 0.59% | 2.48% |
| 097 | 59,294 | -217 | -0.36% | 42,583 | 71.82% | 54.36% | 9.79% | 10.13% | 0.12% | 22.19% | 0.04% | 0.41% | 2.96% |
| 098 | 59,512 | 1 | 0.00% | 42,682 | 71.72% | 48.4% | 25.81% | 15.17% | 0.13% | 6.7% | 0.02% | 0.63% | 3.15% |
| 099 | 59,736 | 225 | 0.38% | 42,537 | 71.21% | 11.65% | 20.9% | 52.86% | 0.12% | 12.2% | 0.05% | 0.52% | 1.7% |
| 100 | 59,526 | 15 | 0.03% | 44,064 | 74.02% | 14.44% | 28.71% | 38.92% | 0.17% | 14.76% | 0.03% | 0.54% | 2.41% |
| 101 | 59,281 | -230 | -0.39% | 45,347 | 76.49% | 30.71% | 23.41% | 23.61% | 0.18% | 18.74% | 0.05% | 0.59% | 2.71% |
| 102 | 58,952 | -559 | -0.94% | 44,877 | 76.12% | 38.88% | 26.9% | 19.97% | 0.13% | 10.8% | 0.03% | 0.5% | 2.79% |
| 103 | 59,308 | -203 | -0.34% | 43,664 | 73.62% | 61.27% | 12.33% | 15.13% | 0.2% | 7.88% | 0.03% | 0.42% | 2.74% |
| 104 | 59,524 | 13 | 0.02% | 43,661 | 73.35% | 55.67% | 17.81% | 11.52% | 0.12% | 11.33% | 0.03% | 0.46% | 3.06% |
| 105 | 59,511 | 0 | 0.00% | 43,243 | 72.66% | 32.08% | 40.23% | 15.92% | 0.14% | 7.6% | 0.05% | 0.59% | 3.38% |
| 106 | 59,532 | 21 | 0.04% | 44,091 | 74.06% | 39.62% | 37.21% | 10.44% | 0.19% | 8.42% | 0.03% | 0.78% | 3.32% |
| 107 | 58,947 | -564 | -0.95% | 43,486 | 73.77% | 30.5% | 25.05% | 22.62% | 0.16% | 18.66% | 0.05% | 0.53% | 2.42% |
| 108 | 59,405 | -106 | -0.18% | 44,311 | 74.59% | 38.42% | 18.55% | 19.94% | 0.18% | 19.63% | 0.05% | 0.53% | 2.7% |
| 109 | 59,486 | -25 | -0.04% | 44,473 | 74.76% | 40.42% | 45.79% | 6.39% | 0.19% | 2.91% | 0.06% | 0.7% | 3.53% |
| 110 | 59,069 | -442 | -0.74% | 44,030 | 74.54% | 66.78% | 24.36% | 4.55% | 0.18% | 0.71% | 0.02% | 0.42% | 2.99% |
| 111 | 59,765 | 254 | 0.43% | 44,383 | 74.26% | 35.3% | 50.16% | 7.16% | 0.18% | 3.39% | 0.06% | 0.66% | 3.09% |
| 112 | 58,991 | -520 | -0.87% | 43,954 | 74.51% | 78.96% | 12.48% | 3.25% | 0.15% | 2.42% | 0% | 0.3% | 2.45% |
| 113 | 59,201 | -310 | -0.52% | 43,906 | 74.16% | 24.93% | 63.6% | 6.04% | 0.22% | 1.23% | 0.12% | 0.75% | 3.11% |
| 114 | 59,513 | 2 | 0.00% | 43,502 | 73.1% | 55.05% | 29.35% | 9.05% | 0.21% | 2.43% | 0.06% | 0.73% | 3.11% |

**Population Summary** GHDC-HousePlan-2021

| District | Population | Deviation | % Devn. | [18+_Pop] | [% 18+_Pop] | [% NH18+_Wht] | [% NH18+_Blk] | [% H18+_Pop] | [% NH18+_Ind] | [% NH18+_Asn] | [% NH18+_Hwn] | [% NH18+_Oth] | [% NH18+_2+ Races] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 115 | 59,062 | -449 | -0.75% | 44,162 | 74.77% | 70.23% | 18.24% | 5.84% | 0.23% | 1.9% | 0.02% | 0.51% | 3.02% |
| 116 | 59,943 | 432 | 0.73% | 45,302 | 75.58% | 70.42% | 11.75% | 10% | 0.13% | 3.99% | 0.02% | 0.41% | 3.29% |
| 117 | 59,574 | 63 | 0.11% | 49,997 | 83.92% | 68.2% | 13.77% | 7.65% | 0.22% | 6.39% | 0.03% | 0.5% | 3.24% |
| 118 | 59,844 | 333 | 0.56% | 48,350 | 80.79% | 53.73% | 28.04% | 11.81% | 0.25% | 2.51% | 0.07% | 0.8% | 2.8% |
| 119 | 59,891 | 380 | 0.64% | 45,332 | 75.69% | 21.21% | 64.25% | 8.06% | 0.2% | 2.88% | 0.03% | 0.75% | 2.61% |
| 120 | 59,733 | 222 | 0.37% | 47,997 | 80.35% | 67.43% | 21.8% | 5.62% | 0.19% | 1.53% | 0.01% | 0.45% | 2.96% |
| 121 | 59,591 | 80 | 0.13% | 45,496 | 76.35% | 67.17% | 23.84% | 4.13% | 0.31% | 0.99% | 0.07% | 0.29% | 3.22% |
| 122 | 59,518 | 7 | 0.01% | 43,184 | 72.56% | 69.34% | 13.98% | 5.26% | 0.17% | 6.6% | 0.09% | 0.56% | 4.01% |
| 123 | 59,698 | 187 | 0.31% | 46,931 | 78.61% | 67.97% | 17.93% | 4.99% | 0.19% | 4.47% | 0.17% | 0.42% | 3.85% |
| 124 | 59,863 | 352 | 0.59% | 47,628 | 79.56% | 38.16% | 51.23% | 4.34% | 0.2% | 2.43% | 0.12% | 0.43% | 3.09% |
| 125 | 59,863 | 352 | 0.59% | 44,610 | 74.52% | 27.67% | 64.11% | 3.77% | 0.24% | 0.93% | 0.14% | 0.32% | 2.82% |
| 126 | 59,913 | 402 | 0.68% | 45,800 | 76.44% | 40.66% | 49.49% | 4.6% | 0.34% | 1.35% | 0.23% | 0.3% | 3.02% |
| 127 | 59,769 | 258 | 0.43% | 45,675 | 76.42% | 41.4% | 39.51% | 10.13% | 0.28% | 3.62% | 0.24% | 0.4% | 4.43% |
| 128 | 59,683 | 172 | 0.29% | 47,025 | 78.79% | 41.49% | 54.52% | 1.67% | 0.18% | 0.4% | 0% | 0.12% | 1.62% |
| 129 | 59,049 | -462 | -0.78% | 45,727 | 77.44% | 70.57% | 19.92% | 4.79% | 0.17% | 0.94% | 0.01% | 0.35% | 3.25% |
| 130 | 59,518 | 7 | 0.01% | 45,447 | 76.36% | 55.76% | 35.46% | 4.39% | 0.21% | 1.04% | 0.04% | 0.33% | 2.76% |
| 131 | 59,321 | -190 | -0.32% | 46,120 | 77.75% | 71.79% | 22.78% | 1.87% | 0.17% | 0.56% | 0% | 0.25% | 2.58% |
| 132 | 59,066 | -445 | -0.75% | 44,684 | 75.65% | 67.03% | 23.26% | 5.02% | 0.26% | 1.21% | 0.04% | 0.3% | 2.88% |
| 133 | 59,704 | 193 | 0.32% | 45,813 | 76.73% | 63.62% | 28.19% | 3.13% | 0.19% | 1.97% | 0.05% | 0.3% | 2.55% |
| 134 | 59,263 | -248 | -0.42% | 45,749 | 77.2% | 67.69% | 17.12% | 6.42% | 0.28% | 3.78% | 0.24% | 0.48% | 3.99% |
| 135 | 59,511 | 0 | 0.00% | 44,554 | 74.87% | 32.01% | 54.44% | 8.02% | 0.23% | 1.16% | 0.2% | 0.49% | 3.46% |
| 136 | 59,805 | 294 | 0.49% | 45,173 | 75.53% | 34.2% | 51.62% | 6.44% | 0.26% | 3.4% | 0.27% | 0.39% | 3.42% |
| 137 | 59,758 | 247 | 0.42. | 46,253 | 77.4% | 41.81% | 49.07% | 4.52% | 0.17% | 1.33% | 0.18% | 0.27% | 2.65% |
| 138 | 59,005 | -506 | -0.85% | 44,980 | 76.23% | 40.44% | 14.35% | 9.19] | 0.14] | 32.23% | 0.06% | 0.54% | 3.06% |
| 139 | 59,040 | -471 | -0.79% | 46,978 | 79.57% | 38.82% | 54.06% | 4.05% | 0.15% | 1.22% | 0.02% | 0.16% | 1.54% |
| 140 | 59,386 | -125 | -0.21% | 46,873 | 78.93% | 64.52% | 28.65% | 3.16% | 0.22% | 0.57% | 0.01% | 0.27% | 2.59% |
| 141 | 59,321 | -190 | -0.32% | 46,459 | 78.32% | 67.33% | 24.04% | 2.79% | 0.2% | 3.24% | 0.01% | 0.24% | 2.16% |
| 142 | 59,511 | 0 | 0.00% | 44,230 | 74.32% | 30.28% | 62.25% | 3.56% | 0.2% | 1.37% | 0.02% | 0.3% | 2.03% |
| 143 | 59,559 | 48 | 0.08% | 46,340 | 77.81% | 33.81% | 57.63% | 4.19% | 0.16% | 1.23% | 0.05% | 0.33% | 2.6% |
| 144 | 59,288 | -223 | -0.37% | 46,102 | 77.76% | 59.72% | 29.45% | 5.97% | 0.26% | 1.64% | 0.06% | 0.31% | 2.6% |
| 145 | 59,509 | -2 | 0.00% | 48,770 | 81.95% | 62.13% | 31.67% | 2.63% | 0.15% | 1.11% | 0.04% | 0.34% | 1.93% |
| 146 | 59,511 | 0 | 0.00% | 43,599 | 73.26% | 52.18% | 34.09% | 7.01% | 0.23% | 2.17% | 0.09% | 0.36% | 3.87% |
| 147 | 59,511 | 0 | 0.00% | 44,543 | 74.85% | 55.65% | 28.35% | 6.71% | 0.21% | 5.03% | 0.07% | 0.35% | 3.64% |
| 148 | 59,593 | 82 | 0.14% | 46,187 | 77.5% | 60.19% | 32.96% | 3.04% | 0.12% | 1.09% | 0.04% | 0.28% | 2.28% |
| 149 | 59,595 | 84 | 0.14% | 48,294 | 81.04% | 68.06% | 15.93% | 6.62% | 0.12% | 5.35% | 0.05% | 0.53% | 3.35% |
| 150 | 60,003 | 492 | 0.83% | 46,315 | 77.19% | 57.65% | 36.58% | 2.15% | 0.2% | 0.94% | 0.04% | 0.2% | 2.23% |
| 151 | 58,926 | -585 | -0.98% | 46,152 | 78.32% | 51.32% | 37.08% | 7.18% | 0.24% | 1.27% | 0.18% | 0.19% | 2.54% |
| 152 | 59,511 | 0 | 0.00% | 45,482 | 76.43% | 70.61% | 22.22% | 2.65% | 0.21% | 1.69% | 0.04% | 0.19% | 2.39% |
| 153 | 58,998 | -513 | -0.86% | 45,796 | 77.62% | 34.93% | 59.06% | 2.44% | 0.15% | 1.18% | 0.02% | 0.23% | 1.98% |
| 154 | 58,998 | -513 | -0.86% | 46,182 | 78.28% | 32.61% | 62.7% | 2.17% | 0.18% | 0.33% | 0.02% | 0.15% | 1.84% |
| 155 | 59,639 | 128 | 0.22% | 46,995 | 78.8% | 58.54% | 31.56% | 7.31% | 0.16% | 0.64% | 0% | 0.16% | 1.63% |
| 156 | 59,163 | -348 | -0.58% | 45,238 | 76.46% | 66.34% | 24.5% | 6.33% | 0.13% | 0.56% | 0.03% | 0.16% | 1.95% |
| 157 | 59,971 | 460 | 0.77% | 44,596 | 74.36% | 62.21% | 24.54% | 9.16% | 0.21% | 1.09% | 0.07% | 0.25% | 2.48% |

**Population Summary**  GHDC-HousePlan-2021

| District | Population | Deviation | % Devn. | [18+_Pop] | [% 18+_Pop] | [% NH18+_Wht] | [% NH18+_Blk] | [% H18+_Pop] | [% NH18+_Ind] | [% NH18+_Asn] | [% NH18+_Hwn] | [% NH18+_Oth] | [% NH18+_2+ Races] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 158 | 60,024 | 513 | 0.86% | 46,915 | 78.16% | 60.34% | 33.87% | 2.95% | 0.2% | 0.58% | 0.04% | 0.19% | 1.84% |
| 159 | 59,374 | -137 | -0.23% | 44,636 | 75.18% | 68.84% | 24.31% | 2.72% | 0.3% | 0.63% | 0.04% | 0.22% | 2.95% |
| 160 | 59,127 | -384 | -0.65% | 47,516 | 80.36% | 68.25% | 21.28% | 5.07% | 0.24% | 1.66% | 0.09% | 0.28% | 3.12% |
| 161 | 59,542 | 31 | 0.05% | 43,912 | 73.75% | 62.37% | 24.04% | 6.59% | 0.24% | 2.34% | 0.09% | 0.5% | 3.83% |
| 162 | 59,400 | -111 | -0.19% | 46,399 | 78.11% | 33.92% | 48.36% | 9.92% | 0.27% | 4.52% | 0.11% | 0.38% | 2.52% |
| 163 | 59,505 | -6 | -0.01% | 48,273 | 81.12% | 43.74% | 41.16% | 7.01% | 0.19% | 4.12% | 0.16% | 0.46% | 3.16% |
| 164 | 59,756 | 245 | 0.41% | 45,544 | 76.22% | 55.78% | 25.53% | 8.81% | 0.3% | 4.8% | 0.13% | 0.52% | 4.13% |
| 165 | 59,590 | 79 | 0.13% | 47,573 | 79.83% | 46.78% | 41.3% | 5.1% | 0.19% | 3.06% | 0.2% | 0.37% | 3% |
| 166 | 59,913 | 402 | 0.68% | 47,251 | 78.87% | 84.84% | 4.96% | 4.02% | 0.19% | 2.6% | 0.06% | 0.33% | 3% |
| 167 | 59,838 | 327 | 0.55% | 45,680 | 76.34% | 63.16% | 23.96% | 7.13% | 0.33% | 1.44% | 0.19% | 0.4% | 3.38% |
| 168 | 59,508 | -3 | -0.01% | 44,490 | 74.76% | 39.01% | 42.46% | 10.32% | 0.34% | 2.34% | 0.65% | 0.38% | 4.5% |
| 169 | 59,955 | 444 | 0.75% | 45,452 | 75.81% | 59.35% | 27.6% | 10.08% | 0.16% | 0.62% | 0.04% | 0.13% | 2.02% |
| 170 | 59,961 | 450 | 0.76% | 45,226 | 75.43% | 65.73% | 22.94% | 7.31% | 0.15% | 1.07% | 0.02% | 0.24% | 2.53% |
| 171 | 59,339 | -172 | -0.29% | 45,756 | 77.11% | 54.05% | 38.06% | 5.12% | 0.23% | 0.62% | 0.03% | 0.16% | 1.73% |
| 172 | 59,591 | 80 | 0.13% | 44,559 | 74.77% | 58.09% | 25.07% | 13.69% | 0.27% | 0.74% | 0.02% | 0.24% | 1.89% |
| 173 | 59,442 | -69 | -0.12% | 45,211 | 76.06% | 57.5% | 33.02% | 5.65% | 0.31% | 0.86% | 0.02% | 0.25% | 2.39% |
| 174 | 59,508 | -3 | -0.01% | 44,000 | 73.94% | 61.73% | 26.99% | 6.23% | 0.37% | 1.31% | 0.13% | 0.24% | 2.99% |
| 175 | 59,650 | 139 | 0.23% | 45,012 | 75.46% | 68.71% | 22.06% | 4.86% | 0.32% | 1.26% | 0.03% | 0.22% | 2.56% |
| 176 | 59,710 | 199 | 0.33% | 45,869 | 76.82% | 79.9% | 11.59% | 5.06% | 0.28% | 0.38% | 0.03% | 0.18% | 2.57% |
| 177 | 59,509 | -2 | 0.00% | 45,676 | 76.75% | 38.03% | 50.68% | 6% | 0.21% | 1.57% | 0.09% | 0.37% | 3.06% |
| 178 | 59,747 | 236 | 0.40% | 44,977 | 75.28% | 76.94% | 14.18% | 5.93% | 0.18% | 0.55% | 0.02% | 0.18% | 2.02% |
| 179 | 59,910 | 399 | 0.67% | 47,497 | 79.28% | 66.56% | 23.58% | 5.73% | 0.17% | 1.04% | 0.06% | 0.33% | 2.53% |
| 180 | 59,228 | -283 | -0.48% | 45,588 | 76.97% | 66.73% | 17.37% | 9.45% | 0.33% | 1.7% | 0.1% | 0.47% | 3.85% |

**Total:** 10,711,908
**Ideal District:** 59,511