# EXHIBIT 17



Cooper House Illustrative 2 - 128 & 158