# EXHIBIT 20



Esselstyn House Remedial - 149