# EXHIBIT 21

Cooper Senate Illustrative 2 - (18)


