# EXHIBIT 23



Cooper Senate Illustrative 2 - (16 / 28 / 29)