# EXHIBIT 24



Esselstyn Senate Remedial - 17