# EXHIBIT 25



Esselstyn Senate Remedial - 20