# EXHIBIT 26

Esselstyn Senate Remedial - 23

