# EXHIBIT 27

Cooper Remedial Congress - 14

