# EXHIBIT 28

Adopted 2021 House - 32

