# EXHIBIT 29

Adopted 2021 House - (74 / 75 / 78)

