# EXHIBIT 30

Adopted 2021 House - 118

