# EXHIBIT 31

Adopted 2021 House - 149

