# EXHIBIT 33

Adopted 2021 House - (128 / 155 / 158)

