# EXHIBIT 35

Adopted 2021 Senate - (23&26)
046
Oconee
Clarke
Walton
Oglethorpe
024
Wilkes
Lincoln
017
Greene
Newton
Morgan
Taliaferro
Columbia
McDuffie
Warren
022
Jasper
Putnam
Richmond
Hancock
Glascock
025
Jefferson
Baldwin
Burke
023
Jones
Washington
026
Bibb
Wilkinson
Jenkins
Screven
Twiggs
Johnson
018
Peach
Emanuel
Laurens
Bulloch
Houston
Bleckley
004
020
Treutlen
Candler
019
District
023
026
0
5
10
15
Miles