# EXHIBIT 37

Adopted 2021 Congress - 14

