# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| COAKLEY PENDERGRASS; TRIANA ARNOLD JAMES; ELLIOTT HENNINGTON; ROBERT RICHARDS; JENS RUECKERT; and OJUAN GLAZE,<br><br>Plaintiffs,<br><br>v.<br><br>BRAD RAFFENSPERGER, in his official capacity as the Georgia Secretary of State; SARA TINDALL GHAZAL, in her official capacity as a member of the State Election Board; ANH LE, in her official capacity as a member of the State Election Board; EDWARD LINDSEY, in his official capacity as a member of the State Election Board; and MATTHEW MASHBURN, in his official capacity as a member of the State Election Board,<br><br>Defendants. | CIVIL ACTION FILE NO. 1:21-CV-05339-SCJ |

## PLAINTIFFS' LISTS OF WITNESSES AND EXHIBITS FOR PRELIMINARY INJUNCTION PROCEEDINGS

Pursuant to the Court's coordinated order of January 28, 2022, *see* ECF No. 51, Plaintiffs respectfully submit the following lists of witnesses they expect to testify and exhibits they expect to use in connection with the preliminary injunction hearing anticipated to commence on February 7, 2022.

# WITNESSES[1]

Plaintiffs expect the following witnesses to testify live at the preliminary injunction hearing:

| Witness | Previously Filed Report(s)/Declaration(s) |
|---|---|
| William S. Cooper | ECF Nos. 34-1, 46-1 |
| Dr. Maxwell Palmer | ECF No. 34-2 |
| Dr. Orville Vernon Burton | ECF Nos. 34-3, 46-2 |
| Dr. Loren Collingwood | ECF No. 34-4 |
| Rep. El-Mahdi Holly | N/A |
| Rep. Derrick Jackson | N/A |
| Rep. David Wilkerson | N/A |
| Former Sen. Jason Carter | N/A |

Plaintiffs expect the following witnesses to testify via affidavit at the preliminary injunction hearing:

| Witness | Previously Filed Report(s)/Declaration(s) |
|---|---|
| Coakley Pendergrass | ECF No. 34-5 |
| Triana Arnold James | ECF No. 34-6 |
| Elliott Hennington | ECF No. 34-7 |
| Robert Richards | ECF No. 34-8 |
| Jens Rueckert | ECF No. 34-9 |
| Ojuan Glaze | ECF No. 34-10 |

---

[1] Plaintiffs reserve the right to call witnesses listed by any other party to this action, as well as by the plaintiffs in the *Grant* and *Alpha Phi Alpha* cases.

# EXHIBITS[2]

To promote efficiency and avoid duplication, Plaintiffs and the *Grant* plaintiffs have coordinated a consolidated exhibit set that they will provide to the Court and Defendants. The following exhibit list includes only those exhibits filed in this case:

| Exhibit No. | Description | Docket No. |
|---|---|---|
| 1 | Expert report of William S. Cooper dated January 12, 2022 | ECF No. 34-1 |
| 2 | Supplemental expert report of William S. Cooper dated January 20, 2022 | ECF No. 46-1 |
| 5 | Expert report of Dr. Maxwell Palmer of Boston University dated January 3, 2022 | ECF No. 34-2 |
| 7 | Expert report of Dr. Orville Vernon Burton of Clemson University dated January 2, 2022 | ECF No. 34-3 |
| 8 | Supplemental expert report of Dr. Orville Vernon Burton of Clemson University, dated January 20, 2022 | ECF No. 46-2 |
| 11 | Expert report of Dr. Loren Collingwood of the University of New Mexico dated January 3, 2022 | ECF No. 34-4 |
| 13 | Declaration of Coakley Pendergrass dated January 3, 2022 | ECF No. 34-5 |
| 14 | Declaration of Triana Arnold James dated December 16, 2021 | ECF No. 34-6 |
| 15 | Declaration of Elliott Hennington dated December 21, 2021 | ECF No. 34-7 |

---

[2] Plaintiffs reserve the right to use exhibits listed by any other party to this action, as well as by the plaintiffs in the *Grant* and *Alpha Phi Alpha* cases.

| Exhibit No. | Description | Docket No. |
|---|---|---|
| 16 | Declaration of Robert Richards dated December 16, 2021 | ECF No. 34-8 |
| 17 | Declaration of Jens Rueckert dated December 20, 2021 | ECF No. 34-9 |
| 18 | Declaration of Ojuan Glaze dated December 29, 2021 | ECF No. 34-10 |
| 27 | *U.S. News & World Report* article entitled "Georgia Senate Advances Congressional Map with GOP Advantage" dated November 19, 2021 *(publicly available at: https://www.usnews.com/news/best-states/georgia/articles/2021-11-19/georgia-senate-advances-congressional-map-with-gop-advantage)* | ECF No. 34-11 |
| 28 | *The Atlanta Journal-Constitution* article entitled "Georgia Passes Map That Aims to Gain Republicans a Seat in Congress" dated November 22, 2021 *(publicly available at: https://www.ajc.com/politics/georgia-passes-map-that-aims-to-gain-republicans-a-seat-in-congress/Z4BGWXEWMRFENFZFPQKXGOXJCE)* | ECF No. 34-12 |
| 33 | *The Albany Herald* article entitled "Public to State Lawmakers: Slow Redistricting Process Down" dated November 9, 2021 *(publicly available at: https://www.albanyherald.com/news/public-to-state-lawmakers-slow-redistricting-process-down/article_75e30286-4158-11ec-9cbb-cf2518e93cb2.html)* | ECF No. 34-13 |
| 34 | Georgia Public Broadcasting article entitled "Georgia House OKs Congressional Map That Adds to Republican Advantage" dated November 22, 2021 *(publicly available at: https://www.gpb.org/news/2021/11/22/georgia-house-oks-congressional-map-adds-republican-advantage)* | ECF No. 34-14 |

| Exhibit No. | Description | Docket No. |
|---|---|---|
| 37 | *The Atlanta Journal-Constitution* article entitled "Georgia Redistricting Signed into Law and Lawsuits Quickly Follow" dated December 30, 2021 *(publicly available at: https://www.ajc.com/politics/georgia-redistricting-signed-into-law-as-lawsuits-loom/KDMPMUEXTZGDHIRUOYQAJSIUR4)* | ECF No. 34-15 |
| 38 | Georgia Secretary State website page entitled "Qualifying Information" printed on December 29, 2021 *(publicly available at: https://sos.ga.gov/index.php/elections/qualifying_information)* | ECF No. 34-16 |
| 40 | Georgia House of Representatives document entitled "2021-2022 Guidelines for the House Legislative and Congressional Reapportionment Committee" printed on December 29, 2021 *(publicly available at: https://www.house.ga.gov/Documents/CommitteeDocuments/2021/Legislative_and_Congressional_Reapportionment/2021-2022%20House%20Reapportionment%20Committee%20Guidelines.pdf)* | ECF No. 34-17 |
| 41 | U.S. Department of Justice letter from Assistant Attorney General John R. Dunne to Senior Assistant Attorney General Mark H. Cohen dated March 20, 1992 *(publicly available at: https://www.justice.gov/sites/default/files/crt/legacy/2014/05/30/GA-2360.pdf)* | ECF No. 34-18 |
| 42 | U.S. Department of Justice letter from Assistant Attorney General William Bradford Reynolds to Attorney General Michael Bowers dated February 11, 1982 *(publicly available at: https://www.justice.gov/sites/default/files/crt/legacy/2014/05/30/GA-1870.pdf)* | ECF No. 34-19 |

5

| Exhibit No. | Description | Docket No. |
|---|---|---|
| 43 | *The Atlanta Journal-Constitution* article entitled "Douglas Leader's Racial Comments Spark Calls That He Resign" dated September 30, 2016 *(publicly available at: https://www.ajc.com/news/local/douglas-leader-racial-comments-spark-calls-that-resign/AVjoe8BDCXLsut6OBPjIHI)* | ECF No. 34-20 |
| 44 | CNN article entitled "GOP Candidate's Husband Shares Image Urging Voters to 'Free the Black Slaves from the Democratic Plantation'" dated May 2, 2017 *(publicly available at: https://www.cnn.com/2017/05/02/politics/kfile-karen-handel-husband-tweet/index.html)* | ECF No. 34-21 |
| 45 | Appen Media Group article entitled "Roswell's Wood Says 'Ossoff' Has Off-Puttingly Muslim Ring" dated March 15, 2017 *(publicly available at: https://www.appenmedia.com/opinion/columnists/roswell-s-wood-says-ossoff-has-off-puttingly-muslim-ring/article_729681a0-e082-5a2c-a639-9f15369a730a.html)* | ECF No. 34-22 |
| 46 | *The Atlanta Journal-Constitution* article entitled "Warring Republicans Try to Unite Against Ossoff in Georgia's Sixth" dated April 15, 2017 *(publicly available at: https://www.ajc.com/blog/politics/warring-republicans-try-unite-against-ossoff-georgia-sixth/CJca8W1Alqeob6jvA8gB5H)* | ECF No. 34-23 |
| 47 | *The Atlanta Journal-Constitution* article entitled "Gwinnett Commissioner Calls John Lewis 'a Racist Pig,' Faces Backlash" dated January 16, 2017 *(publicly available at: https://www.ajc.com/news/gwinnett-commissioner-calls-john-lewis-racist-pig-faces-backlash/K2uAUZFikv57szlncpZilO)* | ECF No. 34-24 |

| Exhibit No. | Description | Docket No. |
|---|---|---|
| 48 | *The Washington Post* article entitled "Racist 'Magical Negro' Robo-Call from 'Oprah' Targets Stacey Abrams in Georgia Governor's Race" dated November 5, 2018 *(publicly available at: https://www.washingtonpost.com/politics/2018/11/04/racist-magical-negro-robo-call-oprah-targets-stacey-abrams-georgia-governors-race)* | ECF No. 34-25 |
| 49 | Slate article entitled "It Was Too Easy for Brian Kemp's Last-Minute Dog Whistle About Stacey Abrams to Go Viral" dated November 6, 2018 *(publicly available at: https://slate.com/technology/2018/11/brian-kemp-stacey-abrams-dog-whistle-black-panthers-facebook.html)* | ECF No. 34-26 |
| 50 | *USA Today* article entitled "Georgia Gubernatorial Candidate Brian Kemp Suggests Truck Is for Rounding up 'Illegals'" dated May 10, 2018 *(publicly available at: https://www.usatoday.com/story/news/nation/2018/05/10/brian-kemp-illegals-ad/600212002)* | ECF No. 34-27 |
| 51 | Salon article entitled "Kelly Loeffler's New Facebook Ad Darkens Skin of Raphael Warnock, Her Black Opponent" dated January 4, 2021 *(publicly available at: https://www.salon.com/2021/01/04/kelly-loefflers-new-facebook-ad-darkens-skin-of-raphael-warnock-her-black-opponent)* | ECF No. 34-28 |
| 52 | ABC News article entitled "Perdue's Campaign Deletes Ad That Enlarges Jewish Opponent's Nose, Insists It Was Accident" dated July 28, 2020 *(publicly available at: https://abcnews.go.com/Politics/perdues-campaign-deletes-ad-enlarges-jewish-opponents-nose/story?id=72039950)* | ECF No. 34-29 |

| Exhibit No. | Description | Docket No. |
|---|---|---|
| 53 | CNN article entitled "Georgia Republican Senator Willfully Mispronounces Kamala Harris' Name at Trump Rally" dated October 17, 2020 *(publicly available at: https://www.cnn.com/2020/10/16/politics/david-perdue-kamala-harris/index.html)* | ECF No. 34-30 |
| 54 | *The Atlanta Journal-Constitution* article entitled "Crime Fears Emerge in Johns Creek, Sandy Springs Municipal Elections" dated October 26, 2021 *(publicly available at: https://www.ajc.com/neighborhoods/north-fulton/crime-fears-emerge-in-johns-creek-sandy-springs-municipal-elections/HAMJ4MEMVVA3BCYC36ZOGR3OKM)* | ECF No. 34-31 |
| 55 | Georgia Legislative Black Caucus website page entitled "2021-2022 GLBC Members" printed on January 3, 2022 *(publicly available at: https://gablackcaucus.org/members)* | ECF No. 34-32 |
| 56 | *Governing* article entitled "Blacks in State Legislatures: A State-by-State Map" dated January 13, 2021 *(publicly available at: https://www.governing.com/now/blacks-in-state-legislatures-a-state-by-state-map.html)* | ECF No. 34-33 |
| 57 | National Conference of State Legislatures article entitled "State Legislator Demographics" dated December 1, 2020 *(publicly available at: https://www.ncsl.org/research/about-state-legislatures/state-legislator-demographics.aspx)* | ECF No. 34-34 |
| 58 | National Governors Association website page entitled "Former Georgia Governors" printed on December 31, 2021 *(publicly available at: https://www.nga.org/former-governors/Georgia)* | ECF No. 34-35 |

| Exhibit No. | Description | Docket No. |
|---|---|---|
| 59 | *The Atlanta Journal-Constitution* article entitled "Stacey Abrams Is Running for Georgia Governor in 2022" dated December 1, 2021 *(publicly available at: https://www.ajc.com/politics/politics-blog/breaking-stacey-abrams-is-running-for-georgia-governor-in-2022/VRUXXJSQWBBAXAZQZV72FLP4LM)* | ECF No. 34-36 |
| 60 | U.S. Senate website page entitled "States in the Senate | Georgia Senators" printed on December 31, 2021 *(publicly available at: https://www.senate.gov/states/GA/senators.htm)* | ECF No. 34-37 |
| 61 | WUGA article entitled "Report Shows Black Georgians Were More Likely to Be Denied Unemployment Benefits" dated November 19, 2021 *(publicly available at: https://www.wuga.org/post/report-shows-black-georgians-were-more-likely-be-denied-unemployment-benefits)* | ECF No. 34-38 |
| 62 | Georgia House of Representatives final report of the House of Representatives Study Committee on Maternal Mortality dated 2019 *(publicly available at: https://www.house.ga.gov/Documents/CommitteeDocuments/2019/MaternalMortality/HR_589_Final_Report.pdf)* | ECF No. 34-39 |
| 63 | *The Atlanta Journal-Constitution* article entitled "Bill in Congress Could Bring Relief to Uninsured Georgians" dated December 1, 2021 *(publicly available at: https://www.ajc.com/life/health/bill-in-congress-could-bring-relief-to-uninsured-georgians/BQOWOU7O35FADAXG4LAL57YELQ)* | ECF No. 34-40 |

| Exhibit No. | Description | Docket No. |
|---|---|---|
| 64 | *The Atlanta Journal-Constitution* article entitled "Lawsuits Will Challenge Georgia's New Maps That Favor Republicans" dated December 6, 2021 *(publicly available at: https://www.ajc.com/politics/ lawsuits-will-challenge-georgias-new-maps-that-favor-republicans/ 6GLRYA6XBFFWDLITQ2GPYI4KYQ)* | ECF No. 34-41 |
| 65 | Associated Press article entitled "Georgia Congressional Map Favoring GOP Moves Toward Passage" dated November 20, 2021 *(publicly available at: https://apnews.com/article/georgia-atlanta-redistricting-congress-b23411e132fd310c93956a915e7abd2c)* | ECF No. 34-42 |
| 66 | Georgia Secretary of State document entitled "2022 State Elections & Voter Registration Calendar" printed on December 31, 2021 *(publicly available at: https://sos.ga.gov/admin/uploads/2022_State_Short_Calendar9.pdf)* | ECF No. 34-43 |

Dated: January 31, 2022

By /s/ Joyce Gist Lewis
Joyce Gist Lewis
Georgia Bar No. 296261
Adam M. Sparks
Georgia Bar No. 341578
**KREVOLIN & HORST, LLC**
One Atlantic Center
1201 West Peachtree Street, NW,
Suite 3250
Atlanta, Georgia 30309
Telephone: (404) 888-9700
Facsimile: (404) 888-9577
Email: JLewis@khlawfirm.com
Email: Sparks@khlawfirm.com

Kevin J. Hamilton*
**PERKINS COIE LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101
Phone: (206) 359-8000
Facsimile: (206) 359-9000
Email: KHamilton@perkinscoie.com

Respectfully submitted,

Abha Khanna*
Jonathan P. Hawley*
**ELIAS LAW GROUP LLP**
1700 Seventh Avenue, Suite 2100
Seattle, Washington 98101
Phone: (206) 656-0177
Facsimile: (206) 656-0180
Email: AKhanna@elias.law
Email: JHawley@elias.law

Daniel C. Osher*
Christina A. Ford*
Graham W. White*
Michael B. Jones
Georgia Bar No. 721264
**ELIAS LAW GROUP LLP**
10 G Street NE, Suite 600
Washington, D.C. 20002
Phone: (202) 968-4490
Facsimile: (202) 968-4498
Email: DOsher@elias.law
Email: CFord@elias.law
Email: GWhite@elias.law
Email: MJones@elias.law

*Counsel for Plaintiffs*

*Admitted *pro hac vice*

11

## CERTIFICATE OF SERVICE

I hereby certify that I have on this date emailed the foregoing PLAINTIFFS' LISTS OF WITNESSES AND EXHIBITS FOR PRELIMINARY INJUNCTION PROCEEDINGS with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to counsel of record.

Dated:  January 31, 2022                    Joyce Gist Lewis

                                            *Counsel for Plaintiffs*