IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ALPHA PHI ALPHA FRATERNITY INC., et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>BRAD RAFFENSPERGER,<br><br>*Defendant*. | CIVIL ACTION<br><br>FILE NO. 1:21-CV-05337-SCJ |
| COAKLEY PENDERGRASS, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>BRAD RAFFENSPERGER, et al.,<br><br>*Defendants*. | CIVIL ACTION<br><br>FILE NO. 1:21-CV-05339-SCJ |
| ANNIE LOIS GRANT, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>BRAD RAFFENSPERGER, et al.,<br><br>*Defendants*. | CIVIL ACTION<br><br>FILE NO. 1:22-CV-00122-SCJ |

**DEFENDANTS' OBJECTIONS TO PLAINTIFFS'
WITNESSES AND EXHIBITS**

Pursuant to this Court's Coordinated Order in the above-captioned cases, Defendants file the following objections to Plaintiffs' witnesses and exhibits. Due to the coordinated nature of these proceedings and for the convenience of all parties, Defendants file this same document in all three cases, indicating the relevant case to which the objection applies.

1. **Objections to Witnesses**

Defendants do not object to any witnesses identified as testifying by affidavit for any of the Plaintiffs.

Defendants object to the following witnesses identified as testifying live for the reasons stated below:

| Case | Witness | Objection |
|---|---|---|
| Alpha Phi Alpha | Rep. CaMia Jackson | Defendants object to the extent the witness seeks to testify to topics covered by unwaived legislative privilege of other members of the General Assembly.<br><br>Defendants object to the extent the witness's testimony is needlessly cumulative and/or includes hearsay. |
| Grant/ Pendergrass | Rep. David Wilkerson | Defendants object to the extent the witness seeks to testify to topics covered by unwaived legislative privilege of other members of the General Assembly.<br><br>Defendants object to the extent the witness's testimony is needlessly cumulative and/or includes hearsay. |

| Case | Witness | Objection |
|---|---|---|
| Alpha Phi Alpha/ Grant/ Pendergrass | Rep. Derrick Jackson | Defendants object to the extent the witness seeks to testify to topics covered by unwaived legislative privilege of other members of the General Assembly.<br><br>Defendants object to the extent the witness's testimony is needlessly cumulative and/or includes hearsay. |
| Grant/ Pendergrass | Rep. El-Mahdi Holly | Defendants object to the extent the witness seeks to testify to topics covered by unwaived legislative privilege of other members of the General Assembly.<br><br>Defendants object to the extent the witness's testimony is needlessly cumulative and/or includes hearsay. |
| Alpha Phi Alpha | Sen. Harold Jones | Defendants object to the extent the witness seeks to testify to topics covered by unwaived legislative privilege of other members of the General Assembly.<br><br>Defendants object to the extent the witness's testimony is needlessly cumulative and/or includes hearsay. |
| Alpha Phi Alpha | Sen. Tonya Anderson | Defendants object to the extent the witness seeks to testify to topics covered by unwaived legislative privilege of other members of the General Assembly.<br><br>Defendants object to the extent the witness's testimony is needlessly cumulative and/or includes hearsay. |

| Case | Witness | Objection |
|---|---|---|
| Grant/ Pendergrass | Former Sen. Jason Carter | Defendants object to the extent the witness seeks to testify to topics covered by unwaived legislative privilege of other members of the General Assembly.<br><br>Defendants object to the extent the witness's testimony is needlessly cumulative and/or includes hearsay. |

**2.    Objections to Exhibits.**

In the following list of exhibits, Defendants identify their objections (if any) to exhibits identified by Plaintiffs and the basis for the objection.[1]

| Case | Exhibit Number | Objection |
|---|---|---|
| Alpha Phi Alpha | A1 | |
| Alpha Phi Alpha | A2 | |
| Alpha Phi Alpha | A3 | |
| Alpha Phi Alpha | A4 | |
| Alpha Phi Alpha | A5 | |
| Alpha Phi Alpha | A6 | |
| Alpha Phi Alpha | A7 | |
| Alpha Phi Alpha | A8 | |
| Alpha Phi Alpha | A9 | |
| Alpha Phi Alpha | A10 | |
| Alpha Phi Alpha | A11 | |
| Alpha Phi Alpha | A12 | |
| Alpha Phi Alpha | A13 | |
| Alpha Phi Alpha | A14 | |

---

[1] Given the need for a "intensely local appraisal of the design and impact of the contested electoral mechanisms," *Thornburg v. Gingles*, 478 U.S. 30, 79 (1986) (quotations omitted), Defendants urge the Court to only rely on admissible evidence for its determinations regarding Plaintiffs' various motions.

4

| Case | Exhibit Number | Objection |
|---|---|---|
| Alpha Phi Alpha | A15 | |
| Alpha Phi Alpha | A16 | |
| Alpha Phi Alpha | A17 | |
| Alpha Phi Alpha | A18 | |
| Alpha Phi Alpha | A19 | Defendants object to this exhibit as it constitutes hearsay. F.R.E. 802. |
| Alpha Phi Alpha | A20 | Defendants object to this exhibit as it constitutes hearsay. F.R.E. 802. |
| Alpha Phi Alpha | A21 | Defendants object to this exhibit on the basis of relevance. F.R.E. 401. |
| Alpha Phi Alpha | A22 | |
| Alpha Phi Alpha | A23 | Defendants object to this exhibit as it constitutes hearsay. F.R.E. 802. |
| Alpha Phi Alpha | A24 | Defendants object to this exhibit as it constitutes hearsay. F.R.E. 802. |
| Alpha Phi Alpha | A25 | Defendants object to this exhibit on the basis of relevance. F.R.E. 401. |
| Alpha Phi Alpha | A26 | Defendants object to this exhibit on the basis of relevance. F.R.E. 401. |
| Alpha Phi Alpha | A27 | Defendants object to this exhibit on the basis of relevance. F.R.E. 401. |
| Alpha Phi Alpha | A28 | Defendants object to this exhibit as it constitutes hearsay. F.R.E. 802. |
| Alpha Phi Alpha | A29 | Defendants object to this exhibit as it constitutes hearsay, F.R.E. 802, and on the basis of relevance, F.R.E. 401. |
| Alpha Phi Alpha | A30 | Defendants object to this exhibit as it constitutes hearsay, F.R.E. 802, and on the basis of relevance, F.R.E. 401. |
| Alpha Phi Alpha | A31 | Defendants object to this exhibit as it constitutes hearsay, F.R.E. 802, and on the basis of relevance, F.R.E. 401. |
| Alpha Phi Alpha | A32 | Defendants object to this exhibit as it constitutes hearsay, F.R.E. 802, and on the basis of relevance, F.R.E. 401. |

| Case | Exhibit Number | Objection |
|---|---|---|
| Alpha Phi Alpha | A33 | Defendants object to this exhibit as it constitutes hearsay, F.R.E. 802, and on the basis of relevance, F.R.E. 401. |
| Alpha Phi Alpha | A34 | Defendants object to this exhibit as it constitutes hearsay, F.R.E. 802, and on the basis of relevance, F.R.E. 401. |
| Alpha Phi Alpha | A35 | Defendants object to this exhibit on the basis of relevance. F.R.E. 401. |
| Alpha Phi Alpha | A36 | Defendants object to this exhibit on the basis of relevance. F.R.E. 401. |
| Alpha Phi Alpha | A37 | |
| Alpha Phi Alpha | A38 | Defendants object to this exhibit on the basis of relevance. F.R.E. 401. |
| Alpha Phi Alpha | A39 | Defendants object to this exhibit on the basis of relevance. F.R.E. 401. |
| Alpha Phi Alpha | A40 | Defendants object to this exhibit as it constitutes hearsay. F.R.E. 802. |
| Alpha Phi Alpha | A41 | Defendants object to this exhibit as it constitutes hearsay. F.R.E. 802. |
| Alpha Phi Alpha | A42 | Defendants object to this exhibit on the basis of relevance. F.R.E. 401. |
| Alpha Phi Alpha | A43 | Defendants object to this exhibit on the basis of relevance. F.R.E. 401. |
| Alpha Phi Alpha | A44 | Defendants object to this exhibit on the basis of relevance. F.R.E. 401. |
| Alpha Phi Alpha | A45 | Defendants object to this exhibit on the basis of relevance. F.R.E. 401. |
| Alpha Phi Alpha | A46 | |
| Alpha Phi Alpha | A47 | |
| Alpha Phi Alpha | A48 | |
| Alpha Phi Alpha | A49 | |
| Alpha Phi Alpha | A50 | Defendants object to this exhibit on the basis of relevance. F.R.E. 401. |
| Alpha Phi Alpha | A51 | Defendants object to this exhibit on the basis of relevance. F.R.E. 401. |
| Grant/Pendergrass | 1 | |

| Case | Exhibit Number | Objection |
|---|---|---|
| Grant/Pendergrass | 2 | |
| Grant/Pendergrass | 3 | |
| Grant/Pendergrass | 4 | |
| Grant/Pendergrass | 5 | |
| Grant/Pendergrass | 6 | |
| Grant/Pendergrass | 7 | |
| Grant/Pendergrass | 8 | |
| Grant/Pendergrass | 9 | |
| Grant/Pendergrass | 10 | |
| Grant/Pendergrass | 11 | |
| Grant/Pendergrass | 12 | |
| Grant/Pendergrass | 13 | |
| Grant/Pendergrass | 14 | |
| Grant/Pendergrass | 15 | |
| Grant/Pendergrass | 16 | |
| Grant/Pendergrass | 17 | |
| Grant/Pendergrass | 18 | |
| Grant/Pendergrass | 19 | |
| Grant/Pendergrass | 20 | |
| Grant/Pendergrass | 21 | |
| Grant/Pendergrass | 22 | |
| Grant/Pendergrass | 23 | |
| Grant/Pendergrass | 24 | |
| Grant/Pendergrass | 25 | |
| Grant/Pendergrass | 26 | |
| Grant/Pendergrass | 27 | Defendants object to this exhibit as it constitutes hearsay. F.R.E. 802. |
| Grant/Pendergrass | 28 | Defendants object to this exhibit as it constitutes hearsay. F.R.E. 802. |
| Grant/Pendergrass | 29 | Defendants object to this exhibit as it constitutes hearsay. F.R.E. 802. |
| Grant/Pendergrass | 30 | Defendants object to this exhibit as it constitutes hearsay. F.R.E. 802. |
| Grant/Pendergrass | 31 | Defendants object to this exhibit as it constitutes hearsay. F.R.E. 802. |

| Case | Exhibit Number | Objection |
|---|---|---|
| Grant/Pendergrass | 32 | Defendants object to this exhibit as it constitutes hearsay. F.R.E. 802. |
| Grant/Pendergrass | 33 | Defendants object to this exhibit as it constitutes hearsay. F.R.E. 802. |
| Grant/Pendergrass | 34 | Defendants object to this exhibit as it constitutes hearsay. F.R.E. 802. |
| Grant/Pendergrass | 35 | Defendants object to this exhibit as it constitutes hearsay. F.R.E. 802. |
| Grant/Pendergrass | 36 | Defendants object to this exhibit as it constitutes hearsay. F.R.E. 802. |
| Grant/Pendergrass | 37 | Defendants object to this exhibit as it constitutes hearsay. F.R.E. 802. |
| Grant/Pendergrass | 38 | |
| Grant/Pendergrass | 39 | |
| Grant/Pendergrass | 40 | |
| Grant/Pendergrass | 41 | Defendants object to this exhibit on the basis of relevance. F.R.E. 401. |
| Grant/Pendergrass | 42 | Defendants object to this exhibit on the basis of relevance. F.R.E. 401. |
| Grant/Pendergrass | 43 | Defendants object to this exhibit as it constitutes hearsay, F.R.E. 802, and on the basis of relevance, F.R.E. 401. |
| Grant/Pendergrass | 44 | Defendants object to this exhibit as it constitutes hearsay, F.R.E. 802, and on the basis of relevance, F.R.E. 401. |
| Grant/Pendergrass | 45 | Defendants object to this exhibit as it constitutes hearsay, F.R.E. 802, and on the basis of relevance, F.R.E. 401. |
| Grant/Pendergrass | 46 | Defendants object to this exhibit as it constitutes hearsay, F.R.E. 802, and on the basis of relevance, F.R.E. 401. |
| Grant/Pendergrass | 47 | Defendants object to this exhibit as it constitutes hearsay, F.R.E. 802, and on the basis of relevance, F.R.E. 401. |
| Grant/Pendergrass | 48 | Defendants object to this exhibit as it constitutes hearsay. F.R.E. 802. |

| Case | Exhibit Number | Objection |
|---|---|---|
| Grant/Pendergrass | 49 | Defendants object to this exhibit as it constitutes hearsay, F.R.E. 802, and on the basis of relevance, F.R.E. 401. |
| Grant/Pendergrass | 50 | Defendants object to this exhibit as it constitutes hearsay, F.R.E. 802, and on the basis of relevance, F.R.E. 401. |
| Grant/Pendergrass | 51 | Defendants object to this exhibit as it constitutes hearsay, F.R.E. 802, and on the basis of relevance, F.R.E. 401. |
| Grant/Pendergrass | 52 | Defendants object to this exhibit as it constitutes hearsay, F.R.E. 802, and on the basis of relevance, F.R.E. 401. |
| Grant/Pendergrass | 53 | |
| Grant/Pendergrass | 54 | Defendants object to this exhibit as it constitutes hearsay, F.R.E. 802, and on the basis of relevance, F.R.E. 401. |
| Grant/Pendergrass | 55 | |
| Grant/Pendergrass | 56 | |
| Grant/Pendergrass | 57 | |
| Grant/Pendergrass | 58 | |
| Grant/Pendergrass | 59 | Defendants object to this exhibit as it constitutes hearsay, F.R.E. 802, and on the basis of relevance, F.R.E. 401. |
| Grant/Pendergrass | 60 | |
| Grant/Pendergrass | 61 | Defendants object to this exhibit as it constitutes hearsay. F.R.E. 802. |
| Grant/Pendergrass | 62 | |
| Grant/Pendergrass | 63 | Defendants object to this exhibit as it constitutes hearsay. F.R.E. 802. |
| Grant/Pendergrass | 64 | Defendants object to this exhibit as it constitutes hearsay. F.R.E. 802. |
| Grant/Pendergrass | 65 | Defendants object to this exhibit as it constitutes hearsay. F.R.E. 802. |
| Grant/Pendergrass | 66 | |

This 2nd day of February, 2022.

        Respectfully submitted,

        Christopher M. Carr
        Attorney General
        Georgia Bar No. 112505
        Bryan K. Webb
        Deputy Attorney General
        Georgia Bar No. 743580
        Russell D. Willard
        Senior Assistant Attorney General
        Georgia Bar No. 760280
        Charlene McGowan
        Assistant Attorney General
        Georgia Bar No. 697316
        **State Law Department**
        40 Capitol Square, S.W.
        Atlanta, Georgia 30334

        */s/ Bryan P. Tyson*
        Bryan P. Tyson
        Special Assistant Attorney General
        Georgia Bar No. 515411
        btyson@taylorenglish.com
        Frank B. Strickland
        Georgia Bar No. 678600
        fstrickland@taylorenglish.com
        Bryan F. Jacoutot
        Georgia Bar No. 668272
        bjacoutot@taylorenglish.com
        Loree Anne Paradise
        Georgia Bar No. 382202
        lparadise@taylorenglish.com
        **Taylor English Duma LLP**
        1600 Parkwood Circle
        Suite 200
        Atlanta, Georgia 30339

(678) 336-7249

*Counsel for Defendants*

11

## **CERTIFICATE OF COMPLIANCE**

Pursuant to L.R. 7.1(D), the undersigned certifies that the foregoing brief has been prepared in Century Schoolbook 13, a font and type selection approved by the Court in L.R. 5.1(B).

*/s/ Bryan P. Tyson*
Bryan P. Tyson