IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| COAKLEY PENDERGRASS et al.,<br><br>Plaintiffs,<br><br>v.<br><br>BRAD RAFFENSPERGER, in his official capacity as the Georgia Secretary of State, et al.,<br><br>Defendants. | CIVIL ACTION FILE<br>NO. 1:21-CV-05339-SCJ |
| ANNIE LOIS GRANT et al.,<br><br>Plaintiffs,<br><br>v.<br><br>BRAD RAFFENSPERGER, in his official capacity as the Georgia Secretary of State, et al.,<br><br>Defendants. | CIVIL ACTION FILE<br>NO. 1:22-CV-00122-SCJ |

**ORDER FOR USE OF ELECTRONIC EQUIPMENT
DURING THE FEBRUARY 7-14, 2022 HEARING**

At the request of the Pendergrass and Grant Plaintiffs in the above-styled actions, it is hereby **ORDERED** that attending counsel, Graham W. White, Michael B. Jones, Kevin J. Hamilton, Abha Khanna Adam M. Sparks, Joyce Gist Lewis, and Jonathan. P. Hawley, and their accompanying staff, Patricia Marino, Benjamin Winstead and Patina Clarke may bring and use the following electronic equipment

KH695706.DOCX

in conjunction with a hearing scheduled to begin at 9:00 on Monday, February 7, 2022 through Monday, February 14, 2022 before Judge Steve C. Jones:

- 12 laptop computers with laptop power cords;
- 2 monitors with monitor power cords;
- 4 power strips;
- 4 extra cables;
- 1 folding table;
- 2 docking stations
- 2 mice with 2 mousepads
- 2 small portable black and white printers; and
- 12 smart phones with smartphone power cords

The above listed counsel and staff may also bring this equipment on Friday, February 4, 2022 to test it prior to the hearing as scheduled with Judge Jones's chambers.

Said equipment shall be subject to inspection. Proper identification will be required upon entering the security station on the Plaza or Lower Plaza Level.

**IT IS SO ORDERED** this 3rd day of February, 2022.

s/Steve C. Jones
THE HONORABLE STEVE C. JONES
UNITED STATES DISTRICT COURT JUDGE

KH695706.DOCX