IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ALPHA PHI ALPHA FRATERNITY INC., et al.,<br>      Plaintiffs,<br><br>v.<br><br>BRAD RAFFENSPERGER, in his official capacity as Secretary of State of Georgia,<br>      Defendant. | CIVIL ACTION FILE<br><br>No. 1:21-CV-05337-SCJ |
| COAKLEY PENDERGRASS et al.,<br>      Plaintiffs,<br><br>v.<br><br>BRAD RAFFENSPERGER et al.,<br>      Defendants. | CIVIL ACTION FILE<br><br>No. 1:21-CV-05339-SCJ |
| ANNIE LOIS GRANT et al.,<br>      Plaintiffs,<br><br>v.<br><br>BRAD RAFFENSPERGER et al.,<br>      Defendants. | CIVIL ACTION FILE<br><br>No. 1:22-CV-00122-SCJ |

### COORDINATED ORDER[1]

On February 2, 2022, Defendants filed their objections to Plaintiffs' witnesses and exhibits. Doc. Nos. [78], 1:21-cv-05337, [55], 1:21-cv-05339; [44], 1:22-cv-00122.[2] In total, Defendants' object to 56 exhibits under Rules 401 and/or 802 of the Federal Rules of Evidence. See id.

The Court declines to rule on these objections prior to the preliminary injunction hearing. The Court instructs Defendants to raise their objections to a specific exhibit when Plaintiffs move to introduce the exhibit into evidence. At that time, the Court will rule on the Defendants' objection to that particular exhibit.

IT IS SO ORDERED this ___3rd___ day of February, 2022.

_____
HONORABLE STEVE C. JONES
UNITED STATES DISTRICT JUDGE

_____

[1]  The Court issues a coordinated order because the Court is holding a Coordinated Hearing on the parties' motions for preliminary injunction. The Court's issuance of this coordinated order does not imply or reflect any intention of the court to consolidate these cases under Federal Rule of Civil Procedure 42 or otherwise.

[2]  Defendants filed an identical Notice of Objection to Plaintiffs' Witnesses and Exhibits in all three cases.

2