UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

1:21-cv-5337-SCJ

Alpha Phi Alpha Fraternity, Inc. et al v. Brad Raffensperger

1:21-cv-5338-SCJ-SDG-ELB

Georgia State Conference of the NAACP et al v. State of Georgia et al

1:21-cv-5339-SCJ

Coakley Pendergrass et al v. Brad Raffensperger, et al

1:22-cv-00090-SCJ-SDG-ELB

Common Cause et al v. Brad Raffensperger et al

1:22-cv-00122-SCJ

Annie Lois Grant et al v. Brad Raffensperger et al

Honorable Steve C. Jones
Honorable Elizabeth L. Branch
Honorable Steven D. Grimberg

---

Minute Sheet for proceedings held via Zoom 01/12/2022.

TIME COURT COMMENCED: 1:30 P.M.
TIME COURT CONCLUDED: 2:20 P.M.
TIME IN COURT: 00:50                COURT REPORTER: Viola Zborowski
OFFICE LOCATION: Atlanta            DEPUTY CLERK: Pamela Wright

ATTORNEYS PRESENT:   Bryan Tyson representing all Defendants
Sophia Lakin and Ed Williams representing Plaintiffs in 1:21-cv-5337-SCJ
Toni Jackson, Ezra Rosenberg, Kurt Kastorf for Plaintiffs in 1:21-cv-5338-SCJ-SDG-ELB

Joyce Gist Lewis and Kevin Hamilton for

             Plaintiffs in 1:21-cv-5339-SCJ

             Hartley West and Jack Genberg representing

             1:22-cv-00090-SCJ-SDG-ELB

             Joyce Gist Lewis and Kevin Hamilton for

             Plaintiffs in 1:22-cv-00122-SCJ

**PROCEEDING CATEGORY:**  Status Conference

**MINUTE TEXT:**  Rule 16 Conference Held.

**HEARING STATUS:**  Hearing Concluded