**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| COAKLEY PENDERGRASS et al.,<br><br>Plaintiffs,<br><br>v.<br><br>BRAD RAFFENSPERGER, in his official capacity as the Georgia Secretary of State, et al.,<br><br>Defendants. | CIVIL ACTION FILE<br>NO. 1:21-CV-05339-SCJ |
| ANNIE LOIS GRANT et al.,<br><br>Plaintiffs,<br><br>v.<br><br>BRAD RAFFENSPERGER, in his official capacity as the Georgia Secretary of State, et al.,<br><br>Defendants. | CIVIL ACTION FILE<br>NO. 1:22-CV-00122-SCJ |

**DECLARATION OF JONATHAN P. HAWLEY IN SUPPORT OF
PLAINTIFFS' RESPONSE TO COORDINATED ORDER**

I, Jonathan P. Hawley, hereby declare as follows:

1. I am over the age of 18 and competent to make this declaration. I am an associate with the law firm Elias Law Group LLP and am admitted to practice law in the States of Washington and California and before multiple federal courts of

appeals and district courts. I am admitted in this Court *pro hac vice* in the above-captioned matters, and I am counsel for Plaintiffs. I submit this declaration to provide the Court true and correct copies of certain documents submitted in support of Plaintiffs' Response to Coordinated Order.

2. **Exhibit 1** to this Declaration is a true and correct copy of the second supplemental expert report of Blakeman B. Esselstyn, dated February 9, 2022.

FURTHER DECLARANT SAYETH NOUGHT.

Dated: February 9, 2022

Respectfully submitted,

By: **Jonathan P. Hawley**
Jonathan P. Hawley*
**ELIAS LAW GROUP LLP**
1700 Seventh Avenue, Suite 2100
Seattle, Washington 98101
Phone: (206) 656-0179
Facsimile: (206) 656-0180
Email: JHawley@elias.law

*Counsel for Plaintiffs*

*Admitted *pro hac vice*