**Second Supplemental Expert Report of Blakeman B. Esselstyn**

1. My name is Blakeman B. Esselstyn. I am serving as an expert on redistricting and demographics for the Plaintiffs. I provided a report ("initial report") related to the State of Georgia's legislative redistricting plans on January 13, 2022, as well as a supplemental report on January 20, 2022, in reply to items presented by John B. Morgan in a declaration filed in this case on January 18, 2022.

2. This second supplemental report aims to provide additional information related to the testimony I gave on February 8, 2022, during the Court's preliminary injunction hearing.

3. In my testimony, I indicated that 49 of Georgia's 2,698 VTDs are divided in the illustrative State Senate plan (within all districts, not just those modified from the enacted plan), referencing Table 3 in my initial report. **Figure 1** shows which counties those VTD splits are in. Just 18 of the State's 159 counties account for all of the splits.

**Figure 1: VTD splits in illustrative State Senate plan by County**



4. My testimony also noted that 192 out of Georgia's 2,698 VTDs are divided in the illustrative House plan (again, within all districts, not just those departing from the enacted plan), referencing Table 6 in my initial report. **Figure 2** shows which counties those VTD splits are in. Just 45 of the State's 159 counties account for all of the splits.

**Figure 2: VTD splits in illustrative State House plan by County**



5. Another related item mentioned in my testimony was the number of districts in each of the illustrative plans that are changed relative to the enacted plans, as well as those that are unchanged (as discussed in ¶¶ 23 and 38 of my initial report). **Figure 3** below shows the geographic locations of those 22 changed and 34 unchanged districts in the illustrative State Senate plan, and **Figure 4** below provides the comparable map for the 26 changed and 154 unchanged districts in the illustrative House plan.

**Figure 3: Changed and unchanged districts in illustrative State Senate plan**



**Figure 4: Changed and unchanged districts in illustrative House plan**



6.  I reserve the right to supplement this report in consideration of additional facts, testimony, or materials that may come to light.

Executed on February 9, 2022.

_____
Blakeman B. Esselstyn