# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| COAKLEY PENDERGRASS et al., <br><br> Plaintiffs, <br><br> v. <br><br> BRAD RAFFENSPERGER, in his official capacity as the Georgia Secretary of State, et al., <br><br> Defendants. | CIVIL ACTION FILE <br> NO. 1:21-CV-05339-SCJ |
| ANNIE LOIS GRANT et al., <br><br> Plaintiffs, <br><br> v. <br><br> BRAD RAFFENSPERGER, in his official capacity as the Georgia Secretary of State, et al., <br><br> Defendants. | CIVIL ACTION FILE <br> NO. 1:22-CV-00122-SCJ |

## **PLAINTIFFS' UNOPPOSED MOTION FOR JUDICIAL NOTICE**

Pursuant to Federal Rule of Evidence 201(b)(2), and in response to the Court's request for additional information at the preliminary injunction hearing on February 9, 2022, the plaintiffs in the above-captioned cases (collectively, "Plaintiffs") respectfully request that the Court take judicial notice of previous congressional and

legislative districting maps and accompanying demographic data archived on the website of the Georgia General Assembly's Legislative and Congressional Reapportionment Office. *See, e.g.*, *Common Cause Ga. v. Kemp*, 347 F. Supp. 3d 1270, 1297 (N.D. Ga. 2018) (taking judicial notice of information available on website of Georgia Secretary of State). Plaintiffs conferred with Defendants, who do not oppose this motion.

Specifically, Plaintiffs request judicial notice of the following materials:

- Maps of Georgia's 2012 congressional plan and district-level population data, *see Legislative and Congressional Reapportionment Office*, Ga. Gen. Assemb., https://www.legis.ga.gov/joint-office/reapportionment (last visited Feb. 9, 2022) (first click "Statewide Plans" and then click "District Packet (Maps and Population Report)" under the "Current U.S. Congress (2012)" dropdown menu) (attached as Exhibit 1);

- Maps of Georgia's 2014 State Senate plan and district-level population data, *see id.* (first click "Statewide Plans" and then click "District Packet (Maps and Population Report)" under the "Current Georgia Senate (2014)" dropdown menu) (attached as Exhibit 2); and

- Maps of Georgia's 2015 House plan and district-level population data, *see id.* (first click "Statewide Plans" and then click "District Packet

(Maps and Population Report)" under the "Current Georgia House (2015)" dropdown menu) (attached as Exhibit 3).

| | |
|---|---|
| Dated: February 10, 2022 | Respectfully submitted, |
| By: **Adam M. Sparks**<br>Joyce Gist Lewis<br>Georgia Bar No. 296261<br>Adam M. Sparks<br>Georgia Bar No. 341578<br>**KREVOLIN & HORST, LLC**<br>One Atlantic Center<br>1201 West Peachtree Street, NW, Suite 3250<br>Atlanta, Georgia 30309<br>Telephone: (404) 888-9700<br>Facsimile: (404) 888-9577<br>Email: JLewis@khlawfirm.com<br>Email: Sparks@khlawfirm.com<br><br>Kevin J. Hamilton*<br>**PERKINS COIE LLP**<br>1201 Third Avenue, Suite 4900<br>Seattle, Washington 98101<br>Phone: (206) 359-8000<br>Facsimile: (206) 359-9000<br>Email: KHamilton@perkinscoie.com | Abha Khanna*<br>Jonathan P. Hawley*<br>**ELIAS LAW GROUP LLP**<br>1700 Seventh Avenue, Suite 2100<br>Seattle, Washington 98101<br>Phone: (206) 656-0177<br>Facsimile: (206) 656-0180<br>Email: AKhanna@elias.law<br>Email: JHawley@elias.law<br><br>Daniel C. Osher*<br>Christina A. Ford*<br>Graham W. White*<br>Michael B. Jones<br>Georgia Bar No. 721264<br>**ELIAS LAW GROUP LLP**<br>10 G Street NE, Suite 600<br>Washington, D.C. 20002<br>Phone: (202) 968-4490<br>Facsimile: (202) 968-4498<br>Email: DOsher@elias.law<br>Email: CFord@elias.law<br>Email: GWhite@elias.law<br>Email: MJones@elias.law<br><br>*Counsel for Plaintiffs*<br><br>*Admitted *pro hac vice* |

## CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing PLAINTIFFS' UNOPPOSED MOTION FOR JUDICIAL NOTICE has been prepared in accordance with the font type and margin requirements of LR 5.1, NDGa, using font type of Times New Roman and a point size of 14.

Dated: February 10, 2022

**Adam M. Sparks**
*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that I have on this date caused to be electronically filed a copy of the foregoing PLAINTIFFS' UNOPPOSED MOTION FOR JUDICIAL NOTICE with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to counsel of record.

Dated: February 10, 2022

**Adam M. Sparks**
*Counsel for Plaintiffs*