# EXHIBIT 1

# Georgia Congressional Districts





Georgia Congressional Districts — Metro Atlanta Area

# Georgia Congressional Districts



Plan Name: **Congress12**     Plan Type : **Congress**     User: **staff**     Administrator: **State**

| DISTRICT | | POPULATION | DEVIATION | % DEVIATION | BLACK | % BLACK | BLACK COMBO | TOTAL BLACK | %TOTAL BLACK | HISP. OR LATINO | %HISP |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 001 | | 691,974 | -1 | 0.00% | 207,711 | 30.02% | 8,443 | 216,154 | 31.24% | 39,767 | 5.75% |
| | VAP | 518,743 | | | 147,082 | 28.35% | 3,105 | 150,187 | 28.95% | 25,656 | 4.95% |
| 002 | | 691,976 | 1 | 0.00% | 354,925 | 51.29% | 6,835 | 361,760 | 52.28% | 31,577 | 4.56% |
| | VAP | 516,392 | | | 252,570 | 48.91% | 2,847 | 255,417 | 49.46% | 20,824 | 4.03% |
| 003 | | 691,974 | -1 | 0.00% | 159,578 | 23.06% | 7,034 | 166,612 | 24.08% | 34,910 | 5.04% |
| | VAP | 511,518 | | | 112,315 | 21.96% | 2,247 | 114,562 | 22.40% | 22,243 | 4.35% |
| 004 | | 691,976 | 1 | 0.00% | 397,911 | 57.50% | 10,608 | 408,519 | 59.04% | 64,605 | 9.34% |
| | VAP | 503,508 | | | 278,767 | 55.36% | 5,240 | 284,007 | 56.41% | 41,041 | 8.15% |
| 005 | | 691,976 | 1 | 0.00% | 409,269 | 59.14% | 9,031 | 418,300 | 60.45% | 54,614 | 7.89% |
| | VAP | 541,900 | | | 306,497 | 56.56% | 5,708 | 312,205 | 57.61% | 37,210 | 6.87% |
| 006 | | 691,975 | 0 | 0.00% | 86,265 | 12.47% | 6,771 | 93,036 | 13.44% | 92,409 | 13.35% |
| | VAP | 519,046 | | | 64,149 | 12.36% | 3,330 | 67,479 | 13.00% | 62,253 | 11.99% |
| 007 | | 691,975 | 0 | 0.00% | 125,010 | 18.07% | 8,298 | 133,308 | 19.26% | 129,930 | 18.78% |
| | VAP | 489,868 | | | 83,770 | 17.10% | 3,453 | 87,223 | 17.81% | 82,112 | 16.76% |
| 008 | | 691,976 | 1 | 0.00% | 204,995 | 29.62% | 5,455 | 210,450 | 30.41% | 39,578 | 5.72% |
| | VAP | 518,240 | | | 145,966 | 28.17% | 1,898 | 147,864 | 28.53% | 25,129 | 4.85% |
| 009 | | 691,975 | 0 | 0.00% | 46,065 | 6.66% | 3,675 | 49,740 | 7.19% | 79,413 | 11.48% |
| | VAP | 520,856 | | | 33,384 | 6.41% | 1,014 | 34,398 | 6.60% | 46,597 | 8.95% |
| 010 | | 691,976 | 1 | 0.00% | 172,398 | 24.91% | 5,577 | 177,975 | 25.72% | 32,589 | 4.71% |
| | VAP | 521,343 | | | 123,759 | 23.74% | 1,963 | 125,722 | 24.12% | 20,668 | 3.96% |
| 011 | | 691,975 | 0 | 0.00% | 107,707 | 15.57% | 7,554 | 115,261 | 16.66% | 75,109 | 10.85% |
| | VAP | 512,598 | | | 76,732 | 14.97% | 3,130 | 79,862 | 15.58% | 47,452 | 9.26% |
| 012 | | 691,975 | 0 | 0.00% | 238,190 | 34.42% | 7,297 | 245,487 | 35.48% | 36,890 | 5.33% |
| | VAP | 518,253 | | | 169,848 | 32.77% | 2,741 | 172,589 | 33.30% | 23,384 | 4.51% |
| 013 | | 691,976 | 1 | 0.00% | 382,493 | 55.28% | 11,657 | 394,150 | 56.96% | 71,303 | 10.30% |
| | VAP | 495,652 | | | 262,130 | 52.89% | 5,163 | 267,293 | 53.93% | 43,142 | 8.70% |
| 014 | | 691,974 | -1 | 0.00% | 57,918 | 8.37% | 5,428 | 63,346 | 9.15% | 70,995 | 10.26% |
| | VAP | 508,184 | | | 40,501 | 7.97% | 1,480 | 41,981 | 8.26% | 41,291 | 8.13% |

DATA SOURCE: 2010 US Census PL94-171 Population Cou     1

Plan Name: **Congress12**          Plan Type : **Congress**          User: **staff**          Administrator: **State**

| DISTRICT | POPULATION | DEVIATION | % DEVIATION | BLACK | % BLACK | BLACK COMBO | TOTAL BLACK | %TOTAL BLACK | HISP. OR LATINO | %HISP |
|---|---|---|---|---|---|---|---|---|---|---|

Total Population:    9,687,653
Ideal Value:    691,975

**Summary Statistics**

Population Range:    691,974    to    691,976
Absolute Overall Range:    2
Relative Range:    0.00%    to    0.00%
Relative Overall Range:    0.00%