# EXHIBIT 2

Case 1:21-cv-05339-SCJ Document 69-2 Filed 02/10/22 Page 2 of 9

# Georgia Senate Districts - effective for 2014 election




# Georgia Senate Districts - effective for 2014 election

Client: State
Plan: Senate14
Type: Senate

**Metro Atlanta Area**

Map layers:
- Districts
- Census Place
- VTD2012
- County

0   5   10   15 Miles

Legislative & Congressional Reapportionment Office
Georgia General Assembly

# Georgia Senate Districts- effective for 2014 election





# Georgia Senate Districts- effective for 2014 election

Client: State
Plan: Senate14
Type: Senate





Plan Name: **Senate14**  Plan Type: **Senate**  User: **Gina**  Administrator: **State**

| DISTRICT | | POPULATION | DEVIATION | % DEVIATION | BLACK | % BLACK | BLACK COMBO | TOTAL BLACK | %TOTAL BLACK | HISP. OR LATINO | %HISP |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 001 | | 171,350 | -1,644 | -0.95% | 37,852 | 22.09% | 2,493 | 40,345 | 23.55% | 10,252 | 5.98% |
| | VAP | 127,614 | | | 26,202 | 20.53% | 878 | 27,080 | 21.22% | 6,353 | 4.98% |
| 002 | | 172,067 | -927 | -0.54% | 92,824 | 53.95% | 2,226 | 95,050 | 55.24% | 9,860 | 5.73% |
| | VAP | 132,543 | | | 66,470 | 50.15% | 1,050 | 67,520 | 50.94% | 6,981 | 5.27% |
| 003 | | 171,952 | -1,042 | -0.60% | 39,606 | 23.03% | 1,755 | 41,361 | 24.05% | 8,534 | 4.96% |
| | VAP | 129,192 | | | 28,065 | 21.72% | 585 | 28,650 | 22.18% | 5,463 | 4.23% |
| 004 | | 173,075 | 81 | 0.05% | 41,571 | 24.02% | 1,245 | 42,816 | 24.74% | 8,958 | 5.18% |
| | VAP | 131,149 | | | 30,454 | 23.22% | 468 | 30,922 | 23.58% | 5,691 | 4.34% |
| 005 | | 172,513 | -481 | -0.28% | 49,881 | 28.91% | 2,901 | 52,782 | 30.60% | 71,815 | 41.63% |
| | VAP | 119,904 | | | 33,732 | 28.13% | 1,292 | 35,024 | 29.21% | 45,746 | 38.15% |
| 006 | | 173,708 | 714 | 0.41% | 39,863 | 22.95% | 2,400 | 42,263 | 24.33% | 24,754 | 14.25% |
| | VAP | 137,161 | | | 30,590 | 22.30% | 1,349 | 31,939 | 23.29% | 16,160 | 11.78% |
| 007 | | 171,498 | -1,496 | -0.86% | 39,294 | 22.91% | 1,115 | 40,409 | 23.56% | 11,685 | 6.81% |
| | VAP | 128,245 | | | 28,401 | 22.15% | 309 | 28,710 | 22.39% | 6,972 | 5.44% |
| 008 | | 171,383 | -1,611 | -0.93% | 56,380 | 32.90% | 1,515 | 57,895 | 33.78% | 9,198 | 5.37% |
| | VAP | 128,253 | | | 40,080 | 31.25% | 592 | 40,672 | 31.71% | 5,852 | 4.56% |
| 009 | | 173,867 | 873 | 0.50% | 34,699 | 19.96% | 2,110 | 36,809 | 21.17% | 18,207 | 10.47% |
| | VAP | 125,254 | | | 22,663 | 18.09% | 832 | 23,495 | 18.76% | 11,604 | 9.26% |
| 010 | | 172,386 | -608 | -0.35% | 118,775 | 68.90% | 2,614 | 121,389 | 70.42% | 7,140 | 4.14% |
| | VAP | 125,304 | | | 84,709 | 67.60% | 1,289 | 85,998 | 68.63% | 4,386 | 3.50% |
| 011 | | 172,584 | -410 | -0.24% | 57,123 | 33.10% | 959 | 58,082 | 33.65% | 13,703 | 7.94% |
| | VAP | 127,856 | | | 39,947 | 31.24% | 352 | 40,299 | 31.52% | 8,305 | 6.50% |
| 012 | | 173,031 | 37 | 0.02% | 107,565 | 62.17% | 1,262 | 108,827 | 62.89% | 6,147 | 3.55% |
| | VAP | 130,495 | | | 76,605 | 58.70% | 556 | 77,161 | 59.13% | 4,550 | 3.49% |
| 013 | | 171,539 | -1,455 | -0.84% | 55,521 | 32.37% | 951 | 56,472 | 32.92% | 8,156 | 4.75% |
| | VAP | 128,351 | | | 39,341 | 30.65% | 314 | 39,655 | 30.90% | 5,009 | 3.90% |
| 014 | | 173,151 | 157 | 0.09% | 15,505 | 8.95% | 1,636 | 17,141 | 9.90% | 18,976 | 10.96% |
| | VAP | 126,557 | | | 10,603 | 8.38% | 465 | 11,068 | 8.75% | 11,707 | 9.25% |
| 015 | | 173,280 | 286 | 0.17% | 96,128 | 55.48% | 2,958 | 99,086 | 57.18% | 10,633 | 6.14% |
| | VAP | 128,462 | | | 69,203 | 53.87% | 1,220 | 70,423 | 54.82% | 6,935 | 5.40% |

DATA SOURCE: 2010 US Census PL94-171 Population Cou                                                         1

Plan Name: **Senate14**  Plan Type: **Senate**  User: **Gina**  Administrator: **State**

| DISTRICT | POPULATION | DEVIATION | % DEVIATION | BLACK | % BLACK | BLACK COMBO | TOTAL BLACK | %TOTAL BLACK | HISP. OR LATINO | %HISP |
|---|---|---|---|---|---|---|---|---|---|---|
| 016 | 172,012 | -982 | -0.57% | 35,797 | 20.81% | 1,478 | 37,275 | 21.67% | 7,128 | 4.14% |
| VAP | 127,450 | | | 25,465 | 19.98% | 519 | 25,984 | 20.39% | 4,552 | 3.57% |
| 017 | 171,822 | -1,172 | -0.68% | 51,053 | 29.71% | 2,106 | 53,159 | 30.94% | 7,980 | 4.64% |
| VAP | 121,373 | | | 33,663 | 27.74% | 747 | 34,410 | 28.35% | 4,852 | 4.00% |
| 018 | 172,982 | -12 | -0.01% | 48,323 | 27.94% | 1,242 | 49,565 | 28.65% | 6,126 | 3.54% |
| VAP | 132,567 | | | 35,668 | 26.91% | 447 | 36,115 | 27.24% | 3,906 | 2.95% |
| 019 | 173,261 | 267 | 0.15% | 45,980 | 26.54% | 1,751 | 47,731 | 27.55% | 15,524 | 8.96% |
| VAP | 128,915 | | | 33,460 | 25.96% | 529 | 33,989 | 26.37% | 10,084 | 7.82% |
| 020 | 173,859 | 865 | 0.50% | 50,174 | 28.86% | 1,700 | 51,874 | 29.84% | 7,596 | 4.37% |
| VAP | 128,979 | | | 35,317 | 27.38% | 567 | 35,884 | 27.82% | 4,759 | 3.69% |
| 021 | 174,508 | 1,514 | 0.88% | 11,300 | 6.48% | 1,358 | 12,658 | 7.25% | 11,742 | 6.73% |
| VAP | 125,212 | | | 7,721 | 6.17% | 489 | 8,210 | 6.56% | 7,457 | 5.96% |
| 022 | 171,645 | -1,349 | -0.78% | 101,076 | 58.89% | 2,998 | 104,074 | 60.63% | 7,217 | 4.20% |
| VAP | 129,039 | | | 71,660 | 55.53% | 1,337 | 72,997 | 56.57% | 4,982 | 3.86% |
| 023 | 171,559 | -1,435 | -0.83% | 62,136 | 36.22% | 1,544 | 63,680 | 37.12% | 5,511 | 3.21% |
| VAP | 128,048 | | | 43,718 | 34.14% | 496 | 44,214 | 34.53% | 3,559 | 2.78% |
| 024 | 172,595 | -399 | -0.23% | 33,638 | 19.49% | 1,599 | 35,237 | 20.42% | 6,943 | 4.02% |
| VAP | 129,147 | | | 24,539 | 19.00% | 470 | 25,009 | 19.36% | 4,236 | 3.28% |
| 025 | 174,016 | 1,022 | 0.59% | 52,329 | 30.07% | 1,171 | 53,500 | 30.74% | 5,684 | 3.27% |
| VAP | 134,483 | | | 38,282 | 28.47% | 378 | 38,660 | 28.75% | 3,698 | 2.75% |
| 026 | 171,351 | -1,643 | -0.95% | 103,229 | 60.24% | 1,561 | 104,790 | 61.16% | 5,003 | 2.92% |
| VAP | 126,588 | | | 72,782 | 57.50% | 626 | 73,408 | 57.99% | 3,298 | 2.61% |
| 027 | 172,726 | -268 | -0.15% | 4,490 | 2.60% | 778 | 5,268 | 3.05% | 16,179 | 9.37% |
| VAP | 120,121 | | | 2,998 | 2.50% | 277 | 3,275 | 2.73% | 10,177 | 8.47% |
| 028 | 172,358 | -636 | -0.37% | 28,697 | 16.65% | 1,436 | 30,133 | 17.48% | 9,562 | 5.55% |
| VAP | 126,140 | | | 20,138 | 15.96% | 414 | 20,552 | 16.29% | 6,218 | 4.93% |
| 029 | 173,911 | 917 | 0.53% | 45,511 | 26.17% | 1,733 | 47,244 | 27.17% | 7,317 | 4.21% |
| VAP | 131,011 | | | 32,576 | 24.87% | 552 | 33,128 | 25.29% | 4,795 | 3.66% |
| 030 | 172,531 | -463 | -0.27% | 33,612 | 19.48% | 2,207 | 35,819 | 20.76% | 10,302 | 5.97% |
| VAP | 125,663 | | | 23,275 | 18.52% | 700 | 23,975 | 19.08% | 6,291 | 5.01% |

Plan Name: **Senate14**  Plan Type: **Senate**  User: **Gina**  Administrator: **State**

| DISTRICT | | POPULATION | DEVIATION | % DEVIATION | BLACK | % BLACK | BLACK COMBO | TOTAL BLACK | %TOTAL BLACK | HISP. OR LATINO | %HISP |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 031 | | 174,298 | 1,304 | 0.75% | 23,616 | 13.55% | 1,798 | 25,414 | 14.58% | 10,762 | 6.17% |
| | VAP | 124,828 | | | 15,799 | 12.66% | 511 | 16,310 | 13.07% | 6,220 | 4.98% |
| 032 | | 174,271 | 1,277 | 0.74% | 14,817 | 8.50% | 1,334 | 16,151 | 9.27% | 9,811 | 5.63% |
| | VAP | 130,854 | | | 10,791 | 8.25% | 542 | 11,333 | 8.66% | 6,539 | 5.00% |
| 033 | | 174,114 | 1,120 | 0.65% | 62,936 | 36.15% | 3,058 | 65,994 | 37.90% | 33,571 | 19.28% |
| | VAP | 128,718 | | | 43,422 | 33.73% | 1,379 | 44,801 | 34.81% | 20,775 | 16.14% |
| 034 | | 173,063 | 69 | 0.04% | 108,169 | 62.50% | 2,853 | 111,022 | 64.15% | 24,642 | 14.24% |
| | VAP | 123,516 | | | 75,265 | 60.94% | 1,375 | 76,640 | 62.05% | 15,146 | 12.26% |
| 035 | | 173,728 | 734 | 0.42% | 107,338 | 61.79% | 3,013 | 110,351 | 63.52% | 13,774 | 7.93% |
| | VAP | 122,650 | | | 72,472 | 59.09% | 1,309 | 73,781 | 60.16% | 8,213 | 6.70% |
| 036 | | 172,083 | -911 | -0.53% | 103,348 | 60.06% | 2,338 | 105,686 | 61.42% | 12,232 | 7.11% |
| | VAP | 137,631 | | | 78,481 | 57.02% | 1,630 | 80,111 | 58.21% | 8,800 | 6.39% |
| 037 | | 172,832 | -162 | -0.09% | 30,548 | 17.67% | 1,919 | 32,467 | 18.79% | 13,258 | 7.67% |
| | VAP | 126,053 | | | 20,606 | 16.35% | 802 | 21,408 | 16.98% | 8,429 | 6.69% |
| 038 | | 174,530 | 1,536 | 0.89% | 110,537 | 63.33% | 2,421 | 112,958 | 64.72% | 17,411 | 9.98% |
| | VAP | 129,186 | | | 80,556 | 62.36% | 1,289 | 81,845 | 63.35% | 10,835 | 8.39% |
| 039 | | 173,809 | 815 | 0.47% | 110,761 | 63.73% | 2,303 | 113,064 | 65.05% | 9,651 | 5.55% |
| | VAP | 139,465 | | | 83,562 | 59.92% | 1,557 | 85,119 | 61.03% | 6,962 | 4.99% |
| 040 | | 173,539 | 545 | 0.32% | 26,747 | 15.41% | 1,754 | 28,501 | 16.42% | 36,807 | 21.21% |
| | VAP | 133,946 | | | 20,482 | 15.29% | 1,010 | 21,492 | 16.05% | 25,354 | 18.93% |
| 041 | | 173,452 | 458 | 0.26% | 90,037 | 51.91% | 2,732 | 92,769 | 53.48% | 23,281 | 13.42% |
| | VAP | 127,577 | | | 64,136 | 50.27% | 1,444 | 65,580 | 51.40% | 14,850 | 11.64% |
| 042 | | 172,447 | -547 | -0.32% | 42,913 | 24.88% | 1,779 | 44,692 | 25.92% | 24,229 | 14.05% |
| | VAP | 138,757 | | | 33,570 | 24.19% | 1,094 | 34,664 | 24.98% | 16,922 | 12.20% |
| 043 | | 172,105 | -889 | -0.51% | 105,035 | 61.03% | 2,631 | 107,666 | 62.56% | 12,251 | 7.12% |
| | VAP | 123,175 | | | 71,792 | 58.28% | 1,213 | 73,005 | 59.27% | 7,461 | 6.06% |
| 044 | | 174,464 | 1,470 | 0.85% | 122,966 | 70.48% | 2,787 | 125,753 | 72.08% | 14,561 | 8.35% |
| | VAP | 127,853 | | | 87,966 | 68.80% | 1,378 | 89,344 | 69.88% | 9,051 | 7.08% |
| 045 | | 173,558 | 564 | 0.33% | 24,226 | 13.96% | 1,927 | 26,153 | 15.07% | 22,225 | 12.81% |
| | VAP | 120,526 | | | 15,902 | 13.19% | 691 | 16,593 | 13.77% | 13,760 | 11.42% |

DATA SOURCE: 2010 US Census PL94-171 Population Cou                                                  3

Plan Name: **Senate14**        Plan Type : **Senate**        User: **Gina**        Administrator: **State**

| DISTRICT | POPULATION | DEVIATION | % DEVIATION | BLACK | % BLACK | BLACK COMBO | TOTAL BLACK | %TOTAL BLACK | HISP. OR LATINO | %HISP |
|---|---|---|---|---|---|---|---|---|---|---|
| 046 | 174,230 | 1,236 | 0.71% | 30,244 | 17.36% | 1,313 | 31,557 | 18.11% | 8,606 | 4.94% |
| VAP | 135,912 | | | 21,845 | 16.07% | 563 | 22,408 | 16.49% | 5,673 | 4.17% |
| 047 | 174,417 | 1,423 | 0.82% | 25,803 | 14.79% | 1,534 | 27,337 | 15.67% | 16,455 | 9.43% |
| VAP | 129,264 | | | 18,117 | 14.02% | 489 | 18,606 | 14.39% | 9,911 | 7.67% |
| 048 | 171,240 | -1,754 | -1.01% | 25,398 | 14.83% | 1,929 | 27,327 | 15.96% | 21,232 | 12.40% |
| VAP | 122,833 | | | 17,133 | 13.95% | 794 | 17,927 | 14.59% | 13,645 | 11.11% |
| 049 | 173,823 | 829 | 0.48% | 12,877 | 7.41% | 1,070 | 13,947 | 8.02% | 44,504 | 25.60% |
| VAP | 125,571 | | | 9,143 | 7.28% | 322 | 9,465 | 7.54% | 25,911 | 20.63% |
| 050 | 171,792 | -1,202 | -0.69% | 9,219 | 5.37% | 1,099 | 10,318 | 6.01% | 13,621 | 7.93% |
| VAP | 131,117 | | | 6,960 | 5.31% | 256 | 7,216 | 5.50% | 7,940 | 6.06% |
| 051 | 173,593 | 599 | 0.35% | 1,471 | 0.85% | 498 | 1,969 | 1.13% | 7,454 | 4.29% |
| VAP | 136,858 | | | 1,128 | 0.82% | 148 | 1,276 | 0.93% | 4,570 | 3.34% |
| 052 | 172,494 | -500 | -0.29% | 19,604 | 11.37% | 1,418 | 21,022 | 12.19% | 18,234 | 10.57% |
| VAP | 128,253 | | | 13,936 | 10.87% | 368 | 14,304 | 11.15% | 10,849 | 8.46% |
| 053 | 173,151 | 157 | 0.09% | 7,102 | 4.10% | 1,091 | 8,193 | 4.73% | 3,905 | 2.26% |
| VAP | 132,044 | | | 5,563 | 4.21% | 239 | 5,802 | 4.39% | 2,345 | 1.78% |
| 054 | 173,417 | 423 | 0.24% | 4,520 | 2.61% | 968 | 5,488 | 3.16% | 38,990 | 22.48% |
| VAP | 125,379 | | | 3,377 | 2.69% | 250 | 3,627 | 2.89% | 22,395 | 17.86% |
| 055 | 174,196 | 1,202 | 0.69% | 114,253 | 65.59% | 3,254 | 117,507 | 67.46% | 11,564 | 6.64% |
| VAP | 123,203 | | | 78,012 | 63.32% | 1,571 | 79,583 | 64.60% | 6,951 | 5.64% |
| 056 | 174,487 | 1,493 | 0.86% | 26,018 | 14.91% | 2,040 | 28,058 | 16.08% | 22,826 | 13.08% |
| VAP | 129,856 | | | 19,127 | 14.73% | 996 | 20,123 | 15.50% | 14,917 | 11.49% |

Total Population:        9,687,653
Ideal Value:        172,994

**Summary Statistics**

Population Range:        171,240    to    174,530
Absolute Overall Range:            3,290
Relative Range:        -1.01%    to    0.89%
Relative Overall Range:        1.90%

DATA SOURCE: 2010 US Census PL94-171 Population Cou                                     4