# EXHIBIT 3



Georgia House Districts- 2015

Client: State
Plan: House15
Type: House

Legislative & Congressional Reapportionment Office
Georgia General Assembly

# Georgia House Districts - 2015

**Metro Atlanta Area**

Client: State
Plan: House15
Type: House



Georgia House Districts- 2015



Georgia House Districts - 2015

Plan Name: **House15**  Plan Type : **State**  User: **Gina**  Administrator: **House**

| DISTRICT | POPULATION | DEVIATION | % DEVIATION | BLACK | % BLACK | BLACK COMBO | TOTAL BLACK | %TOTAL BLACK | HISP. OR LATINO | %HISP |
|---|---|---|---|---|---|---|---|---|---|---|
| 001 | 53,612 | -208 | -0.39% | 1,535 | 2.86% | 262 | 1,797 | 3.35% | 908 | 1.69% |
| VAP | 41,298 | | | 1,115 | 2.70% | 51 | 1,166 | 2.82% | 539 | 1.31% |
| 002 | 53,910 | 90 | 0.17% | 1,946 | 3.61% | 365 | 2,311 | 4.29% | 1,772 | 3.29% |
| VAP | 40,653 | | | 1,515 | 3.73% | 68 | 1,583 | 3.89% | 1,029 | 2.53% |
| 003 | 53,366 | -454 | -0.84% | 1,233 | 2.31% | 356 | 1,589 | 2.98% | 1,231 | 2.31% |
| VAP | 40,240 | | | 837 | 2.08% | 78 | 915 | 2.27% | 739 | 1.84% |
| 004 | 54,120 | 300 | 0.56% | 2,526 | 4.67% | 371 | 2,897 | 5.35% | 22,063 | 40.77% |
| VAP | 38,389 | | | 1,959 | 5.10% | 108 | 2,067 | 5.38% | 12,869 | 33.52% |
| 005 | 53,589 | -231 | -0.43% | 1,907 | 3.56% | 378 | 2,285 | 4.26% | 7,921 | 14.78% |
| VAP | 38,998 | | | 1,439 | 3.69% | 114 | 1,553 | 3.98% | 4,695 | 12.04% |
| 006 | 53,968 | 148 | 0.27% | 1,079 | 2.00% | 302 | 1,381 | 2.56% | 11,676 | 21.64% |
| VAP | 38,578 | | | 732 | 1.90% | 80 | 812 | 2.10% | 6,563 | 17.01% |
| 007 | 54,058 | 238 | 0.44% | 220 | 0.41% | 109 | 329 | 0.61% | 3,141 | 5.81% |
| VAP | 43,050 | | | 145 | 0.34% | 35 | 180 | 0.42% | 1,876 | 4.36% |
| 008 | 53,905 | 85 | 0.16% | 341 | 0.63% | 102 | 443 | 0.82% | 2,111 | 3.92% |
| VAP | 43,921 | | | 225 | 0.51% | 38 | 263 | 0.60% | 1,367 | 3.11% |
| 009 | 54,289 | 469 | 0.87% | 484 | 0.89% | 229 | 713 | 1.31% | 2,405 | 4.43% |
| VAP | 41,849 | | | 385 | 0.92% | 77 | 462 | 1.10% | 1,538 | 3.68% |
| 010 | 53,428 | -392 | -0.73% | 1,709 | 3.20% | 276 | 1,985 | 3.72% | 5,147 | 9.63% |
| VAP | 40,720 | | | 1,451 | 3.56% | 59 | 1,510 | 3.71% | 2,880 | 7.07% |
| 011 | 53,610 | -210 | -0.39% | 547 | 1.02% | 182 | 729 | 1.36% | 3,485 | 6.50% |
| VAP | 40,794 | | | 397 | 0.97% | 37 | 434 | 1.06% | 1,979 | 4.85% |
| 012 | 54,317 | 497 | 0.92% | 4,835 | 8.90% | 401 | 5,236 | 9.64% | 3,021 | 5.56% |
| VAP | 41,793 | | | 3,800 | 9.09% | 93 | 3,893 | 9.31% | 1,792 | 4.29% |
| 013 | 53,445 | -375 | -0.70% | 10,927 | 20.45% | 530 | 11,457 | 21.44% | 6,711 | 12.56% |
| VAP | 40,153 | | | 7,827 | 19.49% | 148 | 7,975 | 19.86% | 4,030 | 10.04% |
| 014 | 53,527 | -293 | -0.54% | 3,436 | 6.42% | 324 | 3,760 | 7.02% | 2,658 | 4.97% |
| VAP | 39,442 | | | 2,482 | 6.29% | 74 | 2,556 | 6.48% | 1,530 | 3.88% |
| 015 | 53,473 | -347 | -0.64% | 6,982 | 13.06% | 515 | 7,497 | 14.02% | 4,980 | 9.31% |
| VAP | 39,649 | | | 4,875 | 12.30% | 114 | 4,989 | 12.58% | 2,965 | 7.48% |

DATA SOURCE: 2010 US Census PL94-171 Population Cou                                                                  1

Plan Name: **House15**   Plan Type : **State**   User: **Gina**   Administrator: **House**

| DISTRICT | POPULATION | DEVIATION | % DEVIATION | BLACK | % BLACK | BLACK COMBO | TOTAL BLACK | %TOTAL BLACK | HISP. OR LATINO | %HISP |
|---|---|---|---|---|---|---|---|---|---|---|
| 016 | 53,926 | 106 | 0.20% | 5,762 | 10.69% | 421 | 6,183 | 11.47% | 5,275 | 9.78% |
| VAP | 39,416 | | | 4,022 | 10.20% | 76 | 4,098 | 10.40% | 2,989 | 7.58% |
| 017 | 54,036 | 216 | 0.40% | 7,427 | 13.74% | 625 | 8,052 | 14.90% | 2,553 | 4.72% |
| VAP | 37,564 | | | 4,737 | 12.61% | 204 | 4,941 | 13.15% | 1,447 | 3.85% |
| 018 | 53,682 | -138 | -0.26% | 8,806 | 16.40% | 661 | 9,467 | 17.64% | 3,420 | 6.37% |
| VAP | 40,084 | | | 6,453 | 16.10% | 175 | 6,628 | 16.54% | 2,178 | 5.43% |
| 019 | 54,164 | 344 | 0.64% | 9,875 | 18.23% | 678 | 10,553 | 19.48% | 3,119 | 5.76% |
| VAP | 38,287 | | | 6,514 | 17.01% | 219 | 6,733 | 17.59% | 1,858 | 4.85% |
| 020 | 53,679 | -141 | -0.26% | 3,952 | 7.36% | 515 | 4,467 | 8.32% | 4,742 | 8.83% |
| VAP | 38,519 | | | 2,661 | 6.91% | 171 | 2,832 | 7.35% | 2,952 | 7.66% |
| 021 | 54,040 | 220 | 0.41% | 2,842 | 5.26% | 407 | 3,249 | 6.01% | 5,000 | 9.25% |
| VAP | 38,275 | | | 1,851 | 4.84% | 118 | 1,969 | 5.14% | 3,078 | 8.04% |
| 022 | 54,090 | 270 | 0.50% | 1,937 | 3.58% | 304 | 2,241 | 4.14% | 4,320 | 7.99% |
| VAP | 38,675 | | | 1,318 | 3.41% | 116 | 1,434 | 3.71% | 2,747 | 7.10% |
| 023 | 53,852 | 32 | 0.06% | 3,248 | 6.03% | 470 | 3,718 | 6.90% | 7,412 | 13.76% |
| VAP | 39,892 | | | 2,195 | 5.50% | 150 | 2,345 | 5.88% | 4,660 | 11.68% |
| 024 | 54,284 | 464 | 0.86% | 1,329 | 2.45% | 249 | 1,578 | 2.91% | 6,376 | 11.75% |
| VAP | 38,393 | | | 884 | 2.30% | 85 | 969 | 2.52% | 4,020 | 10.47% |
| 025 | 54,157 | 337 | 0.63% | 1,888 | 3.49% | 257 | 2,145 | 3.96% | 3,338 | 6.16% |
| VAP | 35,375 | | | 1,247 | 3.53% | 92 | 1,339 | 3.79% | 2,066 | 5.84% |
| 026 | 54,311 | 491 | 0.91% | 910 | 1.68% | 206 | 1,116 | 2.05% | 4,267 | 7.86% |
| VAP | 38,827 | | | 608 | 1.57% | 63 | 671 | 1.73% | 2,632 | 6.78% |
| 027 | 53,326 | -494 | -0.92% | 1,741 | 3.26% | 293 | 2,034 | 3.81% | 7,710 | 14.46% |
| VAP | 39,263 | | | 1,254 | 3.19% | 62 | 1,316 | 3.35% | 4,404 | 11.22% |
| 028 | 53,438 | -382 | -0.71% | 3,399 | 6.36% | 387 | 3,786 | 7.08% | 2,351 | 4.40% |
| VAP | 40,671 | | | 2,532 | 6.23% | 72 | 2,604 | 6.40% | 1,370 | 3.37% |
| 029 | 53,527 | -293 | -0.54% | 6,698 | 12.51% | 421 | 7,119 | 13.30% | 23,417 | 43.75% |
| VAP | 37,452 | | | 4,682 | 12.50% | 145 | 4,827 | 12.89% | 13,600 | 36.31% |
| 030 | 53,787 | -33 | -0.06% | 3,993 | 7.42% | 317 | 4,310 | 8.01% | 13,870 | 25.79% |
| VAP | 39,178 | | | 2,920 | 7.45% | 97 | 3,017 | 7.70% | 8,081 | 20.63% |

DATA SOURCE: 2010 US Census PL94-171 Population Cou    2

Plan Name: **House15**  Plan Type : **State**  User: **Gina**  Administrator: **House**

| DISTRICT | | POPULATION | DEVIATION | % DEVIATION | BLACK | % BLACK | BLACK COMBO | TOTAL BLACK | %TOTAL BLACK | HISP. OR LATINO | %HISP |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 031 | | 53,585 | -235 | -0.44% | 3,447 | 6.43% | 387 | 3,834 | 7.15% | 3,171 | 5.92% |
| | VAP | 39,241 | | | 2,497 | 6.36% | 99 | 2,596 | 6.62% | 1,929 | 4.92% |
| 032 | | 54,017 | 197 | 0.37% | 6,708 | 12.42% | 399 | 7,107 | 13.16% | 1,802 | 3.34% |
| | VAP | 41,866 | | | 4,949 | 11.82% | 82 | 5,031 | 12.02% | 1,117 | 2.67% |
| 033 | | 53,537 | -283 | -0.53% | 11,492 | 21.47% | 272 | 11,764 | 21.97% | 2,153 | 4.02% |
| | VAP | 41,192 | | | 8,525 | 20.70% | 94 | 8,619 | 20.92% | 1,275 | 3.10% |
| 034 | | 54,162 | 342 | 0.64% | 9,819 | 18.13% | 697 | 10,516 | 19.42% | 4,900 | 9.05% |
| | VAP | 41,682 | | | 6,949 | 16.67% | 317 | 7,266 | 17.43% | 3,186 | 7.64% |
| 035 | | 53,394 | -426 | -0.79% | 11,690 | 21.89% | 730 | 12,420 | 23.26% | 5,164 | 9.67% |
| | VAP | 37,954 | | | 7,649 | 20.15% | 268 | 7,917 | 20.86% | 3,263 | 8.60% |
| 036 | | 54,192 | 372 | 0.69% | 6,790 | 12.53% | 357 | 7,147 | 13.19% | 2,318 | 4.28% |
| | VAP | 37,923 | | | 4,407 | 11.62% | 133 | 4,540 | 11.97% | 1,410 | 3.72% |
| 037 | | 54,233 | 413 | 0.77% | 11,949 | 22.03% | 700 | 12,649 | 23.32% | 9,293 | 17.14% |
| | VAP | 40,849 | | | 8,494 | 20.79% | 319 | 8,813 | 21.57% | 5,939 | 14.54% |
| 038 | | 53,921 | 101 | 0.19% | 24,203 | 44.89% | 981 | 25,184 | 46.71% | 6,021 | 11.17% |
| | VAP | 39,397 | | | 16,271 | 41.30% | 406 | 16,677 | 42.33% | 3,615 | 9.18% |
| 039 | | 54,192 | 372 | 0.69% | 28,547 | 52.68% | 924 | 29,471 | 54.38% | 10,021 | 18.49% |
| | VAP | 38,182 | | | 19,598 | 51.33% | 409 | 20,007 | 52.40% | 6,010 | 15.74% |
| 040 | | 53,978 | 158 | 0.29% | 11,978 | 22.19% | 684 | 12,662 | 23.46% | 3,223 | 5.97% |
| | VAP | 43,428 | | | 8,956 | 20.62% | 340 | 9,296 | 21.41% | 2,256 | 5.19% |
| 041 | | 54,148 | 328 | 0.61% | 19,890 | 36.73% | 1,013 | 20,903 | 38.60% | 16,357 | 30.21% |
| | VAP | 38,676 | | | 13,816 | 35.72% | 472 | 14,288 | 36.94% | 9,798 | 25.33% |
| 042 | | 53,894 | 74 | 0.14% | 21,005 | 38.97% | 1,198 | 22,203 | 41.20% | 14,955 | 27.75% |
| | VAP | 40,861 | | | 15,784 | 38.63% | 609 | 16,393 | 40.12% | 9,487 | 23.22% |
| 043 | | 53,969 | 149 | 0.28% | 8,238 | 15.26% | 525 | 8,763 | 16.24% | 3,174 | 5.88% |
| | VAP | 42,593 | | | 6,228 | 14.62% | 280 | 6,508 | 15.28% | 2,300 | 5.40% |
| 044 | | 53,480 | -340 | -0.63% | 6,539 | 12.23% | 575 | 7,114 | 13.30% | 4,140 | 7.74% |
| | VAP | 40,695 | | | 4,636 | 11.39% | 216 | 4,852 | 11.92% | 2,721 | 6.69% |
| 045 | | 53,969 | 149 | 0.28% | 4,550 | 8.43% | 355 | 4,905 | 9.09% | 2,460 | 4.56% |
| | VAP | 40,117 | | | 3,547 | 8.84% | 170 | 3,717 | 9.27% | 1,647 | 4.11% |

DATA SOURCE: 2010 US Census PL94-171 Population Cou                    3

Plan Name: **House15**  Plan Type : **State**  User: **Gina**  Administrator: **House**

| DISTRICT | POPULATION | DEVIATION | % DEVIATION | BLACK | % BLACK | BLACK COMBO | TOTAL BLACK | %TOTAL BLACK | HISP. OR LATINO | %HISP |
|---|---|---|---|---|---|---|---|---|---|---|
| 046 | 53,712 | -108 | -0.20% | 3,695 | 6.88% | 489 | 4,184 | 7.79% | 4,126 | 7.68% |
| VAP | 39,868 | | | 2,628 | 6.59% | 175 | 2,803 | 7.03% | 2,715 | 6.81% |
| 047 | 54,102 | 282 | 0.52% | 4,362 | 8.06% | 473 | 4,835 | 8.94% | 2,934 | 5.42% |
| VAP | 38,241 | | | 2,977 | 7.78% | 189 | 3,166 | 8.28% | 1,933 | 5.05% |
| 048 | 53,832 | 12 | 0.02% | 6,997 | 13.00% | 585 | 7,582 | 14.08% | 13,049 | 24.24% |
| VAP | 40,207 | | | 4,882 | 12.14% | 277 | 5,159 | 12.83% | 8,433 | 20.97% |
| 049 | 53,609 | -211 | -0.39% | 5,368 | 10.01% | 473 | 5,841 | 10.90% | 3,993 | 7.45% |
| VAP | 38,077 | | | 3,781 | 9.93% | 197 | 3,978 | 10.45% | 2,552 | 6.70% |
| 050 | 53,486 | -334 | -0.62% | 5,240 | 9.80% | 459 | 5,699 | 10.66% | 2,773 | 5.18% |
| VAP | 36,917 | | | 3,406 | 9.23% | 171 | 3,577 | 9.69% | 1,768 | 4.79% |
| 051 | 53,630 | -190 | -0.35% | 11,461 | 21.37% | 816 | 12,277 | 22.89% | 5,150 | 9.60% |
| VAP | 41,035 | | | 8,478 | 20.66% | 412 | 8,890 | 21.66% | 3,437 | 8.38% |
| 052 | 53,458 | -362 | -0.67% | 6,576 | 12.30% | 576 | 7,152 | 13.38% | 8,262 | 15.46% |
| VAP | 41,106 | | | 5,215 | 12.69% | 326 | 5,541 | 13.48% | 5,325 | 12.95% |
| 053 | 53,497 | -323 | -0.60% | 33,213 | 62.08% | 652 | 33,865 | 63.30% | 4,481 | 8.38% |
| VAP | 39,576 | | | 23,676 | 59.82% | 394 | 24,070 | 60.82% | 2,924 | 7.39% |
| 054 | 53,576 | -244 | -0.45% | 6,132 | 11.45% | 454 | 6,586 | 12.29% | 4,581 | 8.55% |
| VAP | 44,566 | | | 5,448 | 12.22% | 306 | 5,754 | 12.91% | 3,405 | 7.64% |
| 055 | 53,842 | 22 | 0.04% | 37,621 | 69.87% | 743 | 38,364 | 71.25% | 1,482 | 2.75% |
| VAP | 43,597 | | | 29,543 | 67.76% | 505 | 30,048 | 68.92% | 1,174 | 2.69% |
| 056 | 53,564 | -256 | -0.48% | 31,024 | 57.92% | 780 | 31,804 | 59.38% | 1,832 | 3.42% |
| VAP | 46,750 | | | 25,255 | 54.02% | 631 | 25,886 | 55.37% | 1,619 | 3.46% |
| 057 | 54,205 | 385 | 0.72% | 30,771 | 56.77% | 671 | 31,442 | 58.01% | 2,798 | 5.16% |
| VAP | 45,178 | | | 24,643 | 54.55% | 534 | 25,177 | 55.73% | 2,120 | 4.69% |
| 058 | 53,635 | -185 | -0.34% | 32,345 | 60.31% | 748 | 33,093 | 61.70% | 2,092 | 3.90% |
| VAP | 44,854 | | | 25,212 | 56.21% | 562 | 25,774 | 57.46% | 1,733 | 3.86% |
| 059 | 53,372 | -448 | -0.83% | 28,660 | 53.70% | 674 | 29,334 | 54.96% | 6,170 | 11.56% |
| VAP | 40,952 | | | 20,482 | 50.01% | 391 | 20,873 | 50.97% | 4,253 | 10.39% |
| 060 | 53,677 | -143 | -0.27% | 38,767 | 72.22% | 730 | 39,497 | 73.58% | 7,554 | 14.07% |
| VAP | 38,830 | | | 27,858 | 71.74% | 403 | 28,261 | 72.78% | 4,662 | 12.01% |

DATA SOURCE: 2010 US Census PL94-171 Population Cou                                           4

Plan Name: **House15**   Plan Type: **State**   User: **Gina**   Administrator: **House**

| DISTRICT | | POPULATION | DEVIATION | % DEVIATION | BLACK | % BLACK | BLACK COMBO | TOTAL BLACK | %TOTAL BLACK | HISP. OR LATINO | %HISP |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 061 | | 54,224 | 404 | 0.75% | 38,149 | 70.35% | 875 | 39,024 | 71.97% | 4,493 | 8.29% |
| | VAP | 39,023 | | | 27,018 | 69.24% | 402 | 27,420 | 70.27% | 2,640 | 6.77% |
| 062 | | 53,740 | -80 | -0.15% | 38,133 | 70.96% | 954 | 39,087 | 72.73% | 2,553 | 4.75% |
| | VAP | 38,345 | | | 26,396 | 68.84% | 454 | 26,850 | 70.02% | 1,522 | 3.97% |
| 063 | | 53,547 | -273 | -0.51% | 35,269 | 65.87% | 810 | 36,079 | 67.38% | 2,278 | 4.25% |
| | VAP | 39,038 | | | 24,804 | 63.54% | 398 | 25,202 | 64.56% | 1,487 | 3.81% |
| 064 | | 53,952 | 132 | 0.25% | 33,817 | 62.68% | 799 | 34,616 | 64.16% | 3,109 | 5.76% |
| | VAP | 39,190 | | | 23,598 | 60.21% | 406 | 24,004 | 61.25% | 1,841 | 4.70% |
| 065 | | 54,298 | 478 | 0.89% | 38,285 | 70.51% | 894 | 39,179 | 72.16% | 4,408 | 8.12% |
| | VAP | 37,616 | | | 25,584 | 68.01% | 425 | 26,009 | 69.14% | 2,626 | 6.98% |
| 066 | | 54,130 | 310 | 0.58% | 23,094 | 42.66% | 876 | 23,970 | 44.28% | 3,639 | 6.72% |
| | VAP | 38,363 | | | 15,162 | 39.52% | 338 | 15,500 | 40.40% | 2,217 | 5.78% |
| 067 | | 54,230 | 410 | 0.76% | 11,110 | 20.49% | 630 | 11,740 | 21.65% | 3,037 | 5.60% |
| | VAP | 38,436 | | | 7,300 | 18.99% | 230 | 7,530 | 19.59% | 1,790 | 4.66% |
| 068 | | 54,226 | 406 | 0.75% | 8,853 | 16.33% | 678 | 9,531 | 17.58% | 2,456 | 4.53% |
| | VAP | 38,995 | | | 5,909 | 15.15% | 165 | 6,074 | 15.58% | 1,474 | 3.78% |
| 069 | | 54,158 | 338 | 0.63% | 7,255 | 13.40% | 470 | 7,725 | 14.26% | 1,818 | 3.36% |
| | VAP | 41,364 | | | 5,633 | 13.62% | 138 | 5,771 | 13.95% | 1,129 | 2.73% |
| 070 | | 54,341 | 521 | 0.97% | 10,838 | 19.94% | 542 | 11,380 | 20.94% | 3,742 | 6.89% |
| | VAP | 40,088 | | | 7,608 | 18.98% | 163 | 7,771 | 19.38% | 2,460 | 6.14% |
| 071 | | 54,165 | 345 | 0.64% | 5,449 | 10.06% | 407 | 5,856 | 10.81% | 3,399 | 6.28% |
| | VAP | 38,886 | | | 3,933 | 10.11% | 146 | 4,079 | 10.49% | 2,144 | 5.51% |
| 072 | | 53,807 | -13 | -0.02% | 3,588 | 6.67% | 351 | 3,939 | 7.32% | 3,036 | 5.64% |
| | VAP | 38,955 | | | 2,461 | 6.32% | 113 | 2,574 | 6.61% | 1,913 | 4.91% |
| 073 | | 53,951 | 131 | 0.24% | 14,857 | 27.54% | 639 | 15,496 | 28.72% | 2,621 | 4.86% |
| | VAP | 39,535 | | | 9,970 | 25.22% | 208 | 10,178 | 25.74% | 1,646 | 4.16% |
| 074 | | 53,401 | -419 | -0.78% | 34,347 | 64.32% | 850 | 35,197 | 65.91% | 8,406 | 15.74% |
| | VAP | 38,810 | | | 24,808 | 63.92% | 463 | 25,271 | 65.11% | 5,259 | 13.55% |
| 075 | | 53,930 | 110 | 0.20% | 36,879 | 68.38% | 1,054 | 37,933 | 70.34% | 5,741 | 10.65% |
| | VAP | 38,464 | | | 25,611 | 66.58% | 483 | 26,094 | 67.84% | 3,446 | 8.96% |

DATA SOURCE: 2010 US Census PL94-171 Population Cou                                                                                      5

Plan Name: **House15**  Plan Type : **State**  User: **Gina**  Administrator: **House**

| DISTRICT | | POPULATION | DEVIATION | % DEVIATION | BLACK | % BLACK | BLACK COMBO | TOTAL BLACK | %TOTAL BLACK | HISP. OR LATINO | %HISP |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 076 | | 53,288 | -532 | -0.99% | 34,414 | 64.58% | 786 | 35,200 | 66.06% | 4,951 | 9.29% |
| | VAP | 38,157 | | | 23,894 | 62.62% | 357 | 24,251 | 63.56% | 3,019 | 7.91% |
| 077 | | 53,704 | -116 | -0.22% | 37,203 | 69.27% | 910 | 38,113 | 70.97% | 8,525 | 15.87% |
| | VAP | 37,349 | | | 25,612 | 68.57% | 433 | 26,045 | 69.73% | 5,151 | 13.79% |
| 078 | | 53,616 | -204 | -0.38% | 31,896 | 59.49% | 1,108 | 33,004 | 61.56% | 5,790 | 10.80% |
| | VAP | 38,129 | | | 21,597 | 56.64% | 494 | 22,091 | 57.94% | 3,625 | 9.51% |
| 079 | | 53,714 | -106 | -0.20% | 7,883 | 14.68% | 510 | 8,393 | 15.63% | 7,608 | 14.16% |
| | VAP | 41,179 | | | 6,289 | 15.27% | 320 | 6,609 | 16.05% | 5,275 | 12.81% |
| 080 | | 53,535 | -285 | -0.53% | 6,054 | 11.31% | 457 | 6,511 | 12.16% | 11,065 | 20.67% |
| | VAP | 43,496 | | | 5,068 | 11.65% | 316 | 5,384 | 12.38% | 7,674 | 17.64% |
| 081 | | 53,590 | -230 | -0.43% | 5,687 | 10.61% | 493 | 6,180 | 11.53% | 20,956 | 39.10% |
| | VAP | 41,186 | | | 4,247 | 10.31% | 271 | 4,518 | 10.97% | 14,601 | 35.45% |
| 082 | | 53,564 | -256 | -0.48% | 7,969 | 14.88% | 525 | 8,494 | 15.86% | 12,180 | 22.74% |
| | VAP | 43,727 | | | 6,815 | 15.59% | 355 | 7,170 | 16.40% | 8,522 | 19.49% |
| 083 | | 53,652 | -168 | -0.31% | 33,705 | 62.82% | 571 | 34,276 | 63.89% | 1,467 | 2.73% |
| | VAP | 41,089 | | | 24,998 | 60.84% | 328 | 25,326 | 61.64% | 1,023 | 2.49% |
| 084 | | 53,650 | -170 | -0.32% | 32,938 | 61.39% | 585 | 33,523 | 62.48% | 1,284 | 2.39% |
| | VAP | 41,782 | | | 24,546 | 58.75% | 341 | 24,887 | 59.56% | 907 | 2.17% |
| 085 | | 54,195 | 375 | 0.70% | 32,012 | 59.07% | 793 | 32,805 | 60.53% | 1,954 | 3.61% |
| | VAP | 41,110 | | | 23,561 | 57.31% | 440 | 24,001 | 58.38% | 1,360 | 3.31% |
| 086 | | 53,878 | 58 | 0.11% | 33,655 | 62.47% | 737 | 34,392 | 63.83% | 2,214 | 4.11% |
| | VAP | 40,880 | | | 24,798 | 60.66% | 427 | 25,225 | 61.70% | 1,490 | 3.64% |
| 087 | | 54,104 | 284 | 0.53% | 36,835 | 68.08% | 837 | 37,672 | 69.63% | 3,125 | 5.78% |
| | VAP | 40,610 | | | 26,585 | 65.46% | 449 | 27,034 | 66.57% | 2,190 | 5.39% |
| 088 | | 54,194 | 374 | 0.69% | 34,637 | 63.91% | 979 | 35,616 | 65.72% | 6,361 | 11.74% |
| | VAP | 40,173 | | | 24,669 | 61.41% | 586 | 25,255 | 62.87% | 4,198 | 10.45% |
| 089 | | 53,838 | 18 | 0.03% | 34,951 | 64.92% | 637 | 35,588 | 66.10% | 1,503 | 2.79% |
| | VAP | 42,011 | | | 26,139 | 62.22% | 361 | 26,500 | 63.08% | 1,071 | 2.55% |
| 090 | | 53,620 | -200 | -0.37% | 36,611 | 68.28% | 714 | 37,325 | 69.61% | 1,408 | 2.63% |
| | VAP | 39,580 | | | 26,443 | 66.81% | 399 | 26,842 | 67.82% | 864 | 2.18% |

Plan Name: **House15**  Plan Type: **State**  User: **Gina**  Administrator: **House**

| DISTRICT | | POPULATION | DEVIATION | % DEVIATION | BLACK | % BLACK | BLACK COMBO | TOTAL BLACK | %TOTAL BLACK | HISP. OR LATINO | %HISP |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 091 | | 54,022 | 202 | 0.38% | 35,420 | 65.57% | 811 | 36,231 | 67.07% | 2,175 | 4.03% |
| | VAP | 39,377 | | | 24,512 | 62.25% | 415 | 24,927 | 63.30% | 1,384 | 3.51% |
| 092 | | 54,205 | 385 | 0.72% | 36,762 | 67.82% | 776 | 37,538 | 69.25% | 6,562 | 12.11% |
| | VAP | 38,475 | | | 25,431 | 66.10% | 381 | 25,812 | 67.09% | 4,018 | 10.44% |
| 093 | | 54,333 | 513 | 0.95% | 36,227 | 66.68% | 1,104 | 37,331 | 68.71% | 3,671 | 6.76% |
| | VAP | 37,658 | | | 24,013 | 63.77% | 494 | 24,507 | 65.08% | 2,177 | 5.78% |
| 094 | | 53,570 | -250 | -0.46% | 36,237 | 67.64% | 995 | 37,232 | 69.50% | 3,550 | 6.63% |
| | VAP | 38,031 | | | 24,673 | 64.88% | 481 | 25,154 | 66.14% | 2,148 | 5.65% |
| 095 | | 54,289 | 469 | 0.87% | 11,420 | 21.04% | 715 | 12,135 | 22.35% | 8,319 | 15.32% |
| | VAP | 39,953 | | | 7,981 | 19.98% | 367 | 8,348 | 20.89% | 5,381 | 13.47% |
| 096 | | 53,962 | 142 | 0.26% | 10,302 | 19.09% | 786 | 11,088 | 20.55% | 18,505 | 34.29% |
| | VAP | 39,523 | | | 7,170 | 18.14% | 352 | 7,522 | 19.03% | 11,993 | 30.34% |
| 097 | | 53,821 | 1 | 0.00% | 5,908 | 10.98% | 505 | 6,413 | 11.92% | 5,064 | 9.41% |
| | VAP | 38,410 | | | 3,878 | 10.10% | 189 | 4,067 | 10.59% | 3,202 | 8.34% |
| 098 | | 53,671 | -149 | -0.28% | 6,717 | 12.52% | 553 | 7,270 | 13.55% | 8,695 | 16.20% |
| | VAP | 37,068 | | | 4,376 | 11.81% | 169 | 4,545 | 12.26% | 5,260 | 14.19% |
| 099 | | 53,673 | -147 | -0.27% | 11,385 | 21.21% | 760 | 12,145 | 22.63% | 29,958 | 55.82% |
| | VAP | 37,254 | | | 8,028 | 21.55% | 352 | 8,380 | 22.49% | 19,276 | 51.74% |
| 100 | | 53,679 | -141 | -0.26% | 17,322 | 32.27% | 1,057 | 18,379 | 34.24% | 20,465 | 38.12% |
| | VAP | 37,465 | | | 11,910 | 31.79% | 452 | 12,362 | 33.00% | 12,873 | 34.36% |
| 101 | | 53,747 | -73 | -0.14% | 11,266 | 20.96% | 721 | 11,987 | 22.30% | 11,208 | 20.85% |
| | VAP | 38,785 | | | 7,513 | 19.37% | 300 | 7,813 | 20.14% | 7,056 | 18.19% |
| 102 | | 53,770 | -50 | -0.09% | 10,217 | 19.00% | 785 | 11,002 | 20.46% | 7,262 | 13.51% |
| | VAP | 39,110 | | | 7,083 | 18.11% | 353 | 7,436 | 19.01% | 4,984 | 12.74% |
| 103 | | 53,533 | -287 | -0.53% | 5,439 | 10.16% | 428 | 5,867 | 10.96% | 5,619 | 10.50% |
| | VAP | 37,957 | | | 3,699 | 9.75% | 144 | 3,843 | 10.12% | 3,420 | 9.01% |
| 104 | | 53,774 | -46 | -0.09% | 12,344 | 22.96% | 679 | 13,023 | 24.22% | 6,730 | 12.52% |
| | VAP | 36,121 | | | 7,783 | 21.55% | 244 | 8,027 | 22.22% | 4,149 | 11.49% |
| 105 | | 53,542 | -278 | -0.52% | 17,754 | 33.16% | 819 | 18,573 | 34.69% | 6,527 | 12.19% |
| | VAP | 36,449 | | | 11,266 | 30.91% | 331 | 11,597 | 31.82% | 3,945 | 10.82% |

DATA SOURCE: 2010 US Census PL94-171 Population Cou                                                   7

Plan Name: **House15**　　　Plan Type : **State**　　　User: **Gina**　　　Administrator: **House**

| DISTRICT | POPULATION | DEVIATION | % DEVIATION | BLACK | % BLACK | BLACK COMBO | TOTAL BLACK | %TOTAL BLACK | HISP. OR LATINO | %HISP |
|---|---|---|---|---|---|---|---|---|---|---|
| 106 | 53,473 | -347 | -0.64% | 15,161 | 28.35% | 818 | 15,979 | 29.88% | 5,451 | 10.19% |
| VAP | 38,585 | | | 9,774 | 25.33% | 319 | 10,093 | 26.16% | 3,298 | 8.55% |
| 107 | 53,368 | -452 | -0.84% | 12,120 | 22.71% | 697 | 12,817 | 24.02% | 10,021 | 18.78% |
| VAP | 37,377 | | | 7,826 | 20.94% | 295 | 8,121 | 21.73% | 6,104 | 16.33% |
| 108 | 53,549 | -271 | -0.50% | 8,812 | 16.46% | 619 | 9,431 | 17.61% | 10,315 | 19.26% |
| VAP | 39,456 | | | 5,970 | 15.13% | 265 | 6,235 | 15.80% | 6,437 | 16.31% |
| 109 | 54,153 | 333 | 0.62% | 16,366 | 30.22% | 681 | 17,047 | 31.48% | 2,434 | 4.49% |
| VAP | 38,385 | | | 10,881 | 28.35% | 262 | 11,143 | 29.03% | 1,467 | 3.82% |
| 110 | 54,298 | 478 | 0.89% | 17,021 | 31.35% | 682 | 17,703 | 32.60% | 2,450 | 4.51% |
| VAP | 38,485 | | | 11,454 | 29.76% | 223 | 11,677 | 30.34% | 1,472 | 3.82% |
| 111 | 54,293 | 473 | 0.88% | 18,415 | 33.92% | 754 | 19,169 | 35.31% | 3,217 | 5.93% |
| VAP | 38,235 | | | 12,060 | 31.54% | 293 | 12,353 | 32.31% | 2,003 | 5.24% |
| 112 | 53,657 | -163 | -0.30% | 11,816 | 22.02% | 405 | 12,221 | 22.78% | 1,664 | 3.10% |
| VAP | 40,120 | | | 8,436 | 21.03% | 116 | 8,552 | 21.32% | 1,010 | 2.52% |
| 113 | 53,670 | -150 | -0.28% | 31,651 | 58.97% | 986 | 32,637 | 60.81% | 3,129 | 5.83% |
| VAP | 37,191 | | | 20,824 | 55.99% | 390 | 21,214 | 57.04% | 1,827 | 4.91% |
| 114 | 53,571 | -249 | -0.46% | 8,328 | 15.55% | 452 | 8,780 | 16.39% | 3,148 | 5.88% |
| VAP | 38,119 | | | 5,386 | 14.13% | 180 | 5,566 | 14.60% | 1,883 | 4.94% |
| 115 | 53,559 | -261 | -0.48% | 10,507 | 19.62% | 446 | 10,953 | 20.45% | 1,482 | 2.77% |
| VAP | 39,330 | | | 7,264 | 18.47% | 122 | 7,386 | 18.78% | 897 | 2.28% |
| 116 | 53,885 | 65 | 0.12% | 5,611 | 10.41% | 574 | 6,185 | 11.48% | 4,524 | 8.40% |
| VAP | 38,935 | | | 3,872 | 9.94% | 147 | 4,019 | 10.32% | 2,691 | 6.91% |
| 117 | 54,352 | 532 | 0.99% | 9,709 | 17.86% | 454 | 10,163 | 18.70% | 4,069 | 7.49% |
| VAP | 43,102 | | | 7,216 | 16.74% | 183 | 7,399 | 17.17% | 2,663 | 6.18% |
| 118 | 53,858 | 38 | 0.07% | 18,108 | 33.62% | 557 | 18,665 | 34.66% | 8,188 | 15.20% |
| VAP | 42,287 | | | 12,713 | 30.06% | 285 | 12,998 | 30.74% | 5,013 | 11.85% |
| 119 | 53,330 | -490 | -0.91% | 6,265 | 11.75% | 333 | 6,598 | 12.37% | 2,297 | 4.31% |
| VAP | 43,291 | | | 4,884 | 11.28% | 168 | 5,052 | 11.67% | 1,660 | 3.83% |
| 120 | 53,857 | 37 | 0.07% | 16,605 | 30.83% | 456 | 17,061 | 31.68% | 2,780 | 5.16% |
| VAP | 42,036 | | | 12,251 | 29.14% | 143 | 12,394 | 29.48% | 1,722 | 4.10% |

DATA SOURCE: 2010 US Census PL94-171 Population Cou　　　　　　　　　　　　　　　　　　　8

Plan Name: **House15**   Plan Type : **State**   User: **Gina**   Administrator: **House**

| DISTRICT | POPULATION | DEVIATION | % DEVIATION | BLACK | % BLACK | BLACK COMBO | TOTAL BLACK | %TOTAL BLACK | HISP. OR LATINO | %HISP |
|---|---|---|---|---|---|---|---|---|---|---|
| 121 | 54,069 | 249 | 0.46% | 13,423 | 24.83% | 666 | 14,089 | 26.06% | 2,902 | 5.37% |
| VAP | 39,434 | | | 9,176 | 23.27% | 181 | 9,357 | 23.73% | 1,781 | 4.52% |
| 122 | 53,789 | -31 | -0.06% | 6,226 | 11.57% | 518 | 6,744 | 12.54% | 2,262 | 4.21% |
| VAP | 38,559 | | | 4,361 | 11.31% | 184 | 4,545 | 11.79% | 1,410 | 3.66% |
| 123 | 54,305 | 485 | 0.90% | 9,760 | 17.97% | 599 | 10,359 | 19.08% | 1,999 | 3.68% |
| VAP | 41,748 | | | 7,090 | 16.98% | 212 | 7,302 | 17.49% | 1,331 | 3.19% |
| 124 | 53,886 | 66 | 0.12% | 30,939 | 57.42% | 770 | 31,709 | 58.84% | 2,081 | 3.86% |
| VAP | 42,242 | | | 22,804 | 53.98% | 373 | 23,177 | 54.87% | 1,469 | 3.48% |
| 125 | 54,151 | 331 | 0.62% | 28,973 | 53.50% | 921 | 29,894 | 55.20% | 1,676 | 3.10% |
| VAP | 39,400 | | | 19,900 | 50.51% | 339 | 20,239 | 51.37% | 1,044 | 2.65% |
| 126 | 53,613 | -207 | -0.38% | 32,597 | 60.80% | 823 | 33,420 | 62.34% | 1,876 | 3.50% |
| VAP | 38,267 | | | 22,371 | 58.46% | 340 | 22,711 | 59.35% | 1,202 | 3.14% |
| 127 | 53,672 | -148 | -0.27% | 29,218 | 54.44% | 893 | 30,111 | 56.10% | 2,937 | 5.47% |
| VAP | 40,411 | | | 20,748 | 51.34% | 418 | 21,166 | 52.38% | 2,110 | 5.22% |
| 128 | 53,559 | -261 | -0.48% | 30,209 | 56.40% | 285 | 30,494 | 56.94% | 957 | 1.79% |
| VAP | 41,388 | | | 22,575 | 54.54% | 106 | 22,681 | 54.80% | 714 | 1.73% |
| 129 | 53,337 | -483 | -0.90% | 14,381 | 26.96% | 360 | 14,741 | 27.64% | 1,278 | 2.40% |
| VAP | 40,449 | | | 10,955 | 27.08% | 109 | 11,064 | 27.35% | 809 | 2.00% |
| 130 | 53,697 | -123 | -0.23% | 18,943 | 35.28% | 516 | 19,459 | 36.24% | 1,881 | 3.50% |
| VAP | 39,742 | | | 13,066 | 32.88% | 199 | 13,265 | 33.38% | 1,201 | 3.02% |
| 131 | 54,163 | 343 | 0.64% | 13,302 | 24.56% | 383 | 13,685 | 25.27% | 941 | 1.74% |
| VAP | 41,142 | | | 10,180 | 24.74% | 116 | 10,296 | 25.03% | 620 | 1.51% |
| 132 | 53,756 | -64 | -0.12% | 22,850 | 42.51% | 611 | 23,461 | 43.64% | 2,993 | 5.57% |
| VAP | 38,796 | | | 15,728 | 40.54% | 150 | 15,878 | 40.93% | 2,014 | 5.19% |
| 133 | 53,564 | -256 | -0.48% | 10,194 | 19.03% | 309 | 10,503 | 19.61% | 1,442 | 2.69% |
| VAP | 40,825 | | | 7,453 | 18.26% | 104 | 7,557 | 18.51% | 953 | 2.33% |
| 134 | 53,328 | -492 | -0.91% | 8,669 | 16.26% | 693 | 9,362 | 17.56% | 2,977 | 5.58% |
| VAP | 40,802 | | | 6,422 | 15.74% | 262 | 6,684 | 16.38% | 1,962 | 4.81% |
| 135 | 53,588 | -232 | -0.43% | 30,110 | 56.19% | 1,125 | 31,235 | 58.29% | 4,186 | 7.81% |
| VAP | 39,104 | | | 21,170 | 54.14% | 443 | 21,613 | 55.27% | 2,757 | 7.05% |

DATA SOURCE: 2010 US Census PL94-171 Population Cou                                           9

Plan Name: **House15**  Plan Type : **State**  User: **Gina**  Administrator: **House**

| DISTRICT | POPULATION | DEVIATION | % DEVIATION | BLACK | % BLACK | BLACK COMBO | TOTAL BLACK | %TOTAL BLACK | HISP. OR LATINO | %HISP |
|---|---|---|---|---|---|---|---|---|---|---|
| 136 | 53,614 | -206 | -0.38% | 30,009 | 55.97% | 1,138 | 31,147 | 58.09% | 3,646 | 6.80% |
| VAP | 39,806 | | | 21,582 | 54.22% | 480 | 22,062 | 55.42% | 2,387 | 6.00% |
| 137 | 53,431 | -389 | -0.72% | 28,843 | 53.98% | 719 | 29,562 | 55.33% | 1,627 | 3.05% |
| VAP | 39,957 | | | 20,679 | 51.75% | 250 | 20,929 | 52.38% | 1,047 | 2.62% |
| 138 | 53,825 | 5 | 0.01% | 21,540 | 40.02% | 442 | 21,982 | 40.84% | 3,609 | 6.71% |
| VAP | 39,760 | | | 15,006 | 37.74% | 177 | 15,183 | 38.19% | 2,328 | 5.86% |
| 139 | 53,594 | -226 | -0.42% | 30,419 | 56.76% | 354 | 30,773 | 57.42% | 2,853 | 5.32% |
| VAP | 41,652 | | | 23,330 | 56.01% | 204 | 23,534 | 56.50% | 1,875 | 4.50% |
| 140 | 54,060 | 240 | 0.45% | 17,710 | 32.76% | 493 | 18,203 | 33.67% | 2,454 | 4.54% |
| VAP | 41,014 | | | 12,871 | 31.38% | 147 | 13,018 | 31.74% | 1,567 | 3.82% |
| 141 | 54,344 | 524 | 0.97% | 13,277 | 24.43% | 392 | 13,669 | 25.15% | 1,274 | 2.34% |
| VAP | 41,154 | | | 9,099 | 22.11% | 139 | 9,238 | 22.45% | 833 | 2.02% |
| 142 | 53,493 | -327 | -0.61% | 35,250 | 65.90% | 496 | 35,746 | 66.82% | 1,517 | 2.84% |
| VAP | 38,488 | | | 24,083 | 62.57% | 203 | 24,286 | 63.10% | 942 | 2.45% |
| 143 | 53,945 | 125 | 0.23% | 33,332 | 61.79% | 483 | 33,815 | 62.68% | 1,502 | 2.78% |
| VAP | 40,592 | | | 23,357 | 57.54% | 234 | 23,591 | 58.12% | 1,014 | 2.50% |
| 144 | 53,343 | -477 | -0.89% | 14,930 | 27.99% | 300 | 15,230 | 28.55% | 1,376 | 2.58% |
| VAP | 40,553 | | | 11,095 | 27.36% | 104 | 11,199 | 27.62% | 877 | 2.16% |
| 145 | 53,485 | -335 | -0.62% | 21,392 | 40.00% | 366 | 21,758 | 40.68% | 1,251 | 2.34% |
| VAP | 42,344 | | | 15,623 | 36.90% | 115 | 15,738 | 37.17% | 862 | 2.04% |
| 146 | 53,671 | -149 | -0.28% | 13,251 | 24.69% | 608 | 13,859 | 25.82% | 2,228 | 4.15% |
| VAP | 38,823 | | | 9,286 | 23.92% | 189 | 9,475 | 24.41% | 1,390 | 3.58% |
| 147 | 53,333 | -487 | -0.90% | 15,436 | 28.94% | 829 | 16,265 | 30.50% | 4,311 | 8.08% |
| VAP | 39,589 | | | 10,438 | 26.37% | 293 | 10,731 | 27.11% | 2,733 | 6.90% |
| 148 | 53,393 | -427 | -0.79% | 19,030 | 35.64% | 322 | 19,352 | 36.24% | 1,831 | 3.43% |
| VAP | 40,651 | | | 13,743 | 33.81% | 126 | 13,869 | 34.12% | 1,160 | 2.85% |
| 149 | 53,612 | -208 | -0.39% | 17,201 | 32.08% | 322 | 17,523 | 32.68% | 3,690 | 6.88% |
| VAP | 41,813 | | | 13,187 | 31.54% | 115 | 13,302 | 31.81% | 2,916 | 6.97% |
| 150 | 54,142 | 322 | 0.60% | 18,753 | 34.64% | 356 | 19,109 | 35.29% | 1,247 | 2.30% |
| VAP | 40,188 | | | 12,988 | 32.32% | 116 | 13,104 | 32.61% | 785 | 1.95% |

DATA SOURCE: 2010 US Census PL94-171 Population Cou  10

Plan Name: **House15**  Plan Type : **State**  User: **Gina**  Administrator: **House**

| DISTRICT | POPULATION | DEVIATION | % DEVIATION | BLACK | % BLACK | BLACK COMBO | TOTAL BLACK | %TOTAL BLACK | HISP. OR LATINO | %HISP |
|---|---|---|---|---|---|---|---|---|---|---|
| 151 | 54,071 | 251 | 0.47% | 29,610 | 54.76% | 313 | 29,923 | 55.34% | 2,394 | 4.43% |
| VAP | 41,637 | | | 21,454 | 51.53% | 134 | 21,588 | 51.85% | 2,061 | 4.95% |
| 152 | 53,990 | 170 | 0.32% | 12,855 | 23.81% | 284 | 13,139 | 24.34% | 1,132 | 2.10% |
| VAP | 39,824 | | | 9,127 | 22.92% | 77 | 9,204 | 23.11% | 710 | 1.78% |
| 153 | 54,116 | 296 | 0.55% | 33,967 | 62.77% | 490 | 34,457 | 63.67% | 1,580 | 2.92% |
| VAP | 40,411 | | | 23,848 | 59.01% | 205 | 24,053 | 59.52% | 1,045 | 2.59% |
| 154 | 53,972 | 152 | 0.28% | 33,354 | 61.80% | 360 | 33,714 | 62.47% | 862 | 1.60% |
| VAP | 40,393 | | | 23,672 | 58.60% | 178 | 23,850 | 59.04% | 513 | 1.27% |
| 155 | 54,043 | 223 | 0.41% | 15,240 | 28.20% | 281 | 15,521 | 28.72% | 2,831 | 5.24% |
| VAP | 40,679 | | | 10,900 | 26.80% | 83 | 10,983 | 27.00% | 1,681 | 4.13% |
| 156 | 53,637 | -183 | -0.34% | 12,233 | 22.81% | 319 | 12,552 | 23.40% | 4,969 | 9.26% |
| VAP | 39,399 | | | 8,497 | 21.57% | 74 | 8,571 | 21.75% | 2,899 | 7.36% |
| 157 | 54,334 | 514 | 0.96% | 14,713 | 27.08% | 424 | 15,137 | 27.86% | 4,887 | 8.99% |
| VAP | 41,282 | | | 11,249 | 27.25% | 118 | 11,367 | 27.54% | 3,022 | 7.32% |
| 158 | 53,861 | 41 | 0.08% | 18,526 | 34.40% | 315 | 18,841 | 34.98% | 2,949 | 5.48% |
| VAP | 40,158 | | | 12,947 | 32.24% | 93 | 13,040 | 32.47% | 1,874 | 4.67% |
| 159 | 53,363 | -457 | -0.85% | 15,415 | 28.89% | 402 | 15,817 | 29.64% | 1,038 | 1.95% |
| VAP | 39,250 | | | 10,779 | 27.46% | 127 | 10,906 | 27.79% | 620 | 1.58% |
| 160 | 53,304 | -516 | -0.96% | 10,997 | 20.63% | 445 | 11,442 | 21.47% | 1,887 | 3.54% |
| VAP | 43,070 | | | 8,753 | 20.32% | 216 | 8,969 | 20.82% | 1,351 | 3.14% |
| 161 | 53,931 | 111 | 0.21% | 9,998 | 18.54% | 529 | 10,527 | 19.52% | 2,617 | 4.85% |
| VAP | 39,726 | | | 7,006 | 17.64% | 179 | 7,185 | 18.09% | 1,656 | 4.17% |
| 162 | 53,981 | 161 | 0.30% | 27,992 | 51.86% | 803 | 28,795 | 53.34% | 5,485 | 10.16% |
| VAP | 39,859 | | | 19,383 | 48.63% | 336 | 19,719 | 49.47% | 3,728 | 9.35% |
| 163 | 53,520 | -300 | -0.56% | 28,079 | 52.46% | 530 | 28,609 | 53.45% | 1,758 | 3.28% |
| VAP | 42,793 | | | 20,228 | 47.27% | 321 | 20,549 | 48.02% | 1,475 | 3.45% |
| 164 | 53,429 | -391 | -0.73% | 13,204 | 24.71% | 1,021 | 14,225 | 26.62% | 4,381 | 8.20% |
| VAP | 37,716 | | | 8,909 | 23.62% | 333 | 9,242 | 24.50% | 2,632 | 6.98% |
| 165 | 54,351 | 531 | 0.99% | 30,977 | 56.99% | 701 | 31,678 | 58.28% | 2,028 | 3.73% |
| VAP | 41,872 | | | 22,491 | 53.71% | 316 | 22,807 | 54.47% | 1,408 | 3.36% |

DATA SOURCE: 2010 US Census PL94-171 Population Cou                                                                                      11

Plan Name: **House15**  Plan Type : **State**  User: **Gina**  Administrator: **House**

| DISTRICT | | POPULATION | DEVIATION | % DEVIATION | BLACK | % BLACK | BLACK COMBO | TOTAL BLACK | %TOTAL BLACK | HISP. OR LATINO | %HISP |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 166 | | 54,038 | 218 | 0.41% | 4,275 | 7.91% | 272 | 4,547 | 8.41% | 1,443 | 2.67% |
| | VAP | 43,168 | | | 3,291 | 7.62% | 101 | 3,392 | 7.86% | 969 | 2.24% |
| 167 | | 54,342 | 522 | 0.97% | 12,046 | 22.17% | 583 | 12,629 | 23.24% | 3,335 | 6.14% |
| | VAP | 40,594 | | | 8,684 | 21.39% | 198 | 8,882 | 21.88% | 2,006 | 4.94% |
| 168 | | 54,032 | 212 | 0.39% | 24,420 | 45.20% | 1,531 | 25,951 | 48.03% | 4,881 | 9.03% |
| | VAP | 38,351 | | | 16,808 | 43.83% | 556 | 17,364 | 45.28% | 2,968 | 7.74% |
| 169 | | 53,952 | 132 | 0.25% | 12,331 | 22.86% | 390 | 12,721 | 23.58% | 5,644 | 10.46% |
| | VAP | 39,735 | | | 8,807 | 22.16% | 105 | 8,912 | 22.43% | 3,339 | 8.40% |
| 170 | | 53,301 | -519 | -0.96% | 12,065 | 22.64% | 311 | 12,376 | 23.22% | 3,742 | 7.02% |
| | VAP | 39,206 | | | 8,174 | 20.85% | 87 | 8,261 | 21.07% | 2,166 | 5.52% |
| 171 | | 54,189 | 369 | 0.69% | 21,032 | 38.81% | 261 | 21,293 | 39.29% | 3,444 | 6.36% |
| | VAP | 40,274 | | | 14,885 | 36.96% | 87 | 14,972 | 37.18% | 2,118 | 5.26% |
| 172 | | 53,287 | -533 | -0.99% | 15,471 | 29.03% | 309 | 15,780 | 29.61% | 7,770 | 14.58% |
| | VAP | 38,475 | | | 10,638 | 27.65% | 108 | 10,746 | 27.93% | 4,659 | 12.11% |
| 173 | | 54,287 | 467 | 0.87% | 19,776 | 36.43% | 330 | 20,106 | 37.04% | 3,674 | 6.77% |
| | VAP | 40,561 | | | 14,138 | 34.86% | 133 | 14,271 | 35.18% | 2,291 | 5.65% |
| 174 | | 54,123 | 303 | 0.56% | 12,704 | 23.47% | 537 | 13,241 | 24.46% | 3,582 | 6.62% |
| | VAP | 39,946 | | | 8,967 | 22.45% | 150 | 9,117 | 22.82% | 2,218 | 5.55% |
| 175 | | 53,794 | -26 | -0.05% | 14,166 | 26.33% | 261 | 14,427 | 26.82% | 2,008 | 3.73% |
| | VAP | 41,150 | | | 10,447 | 25.39% | 112 | 10,559 | 25.66% | 1,306 | 3.17% |
| 176 | | 54,193 | 373 | 0.69% | 12,876 | 23.76% | 507 | 13,383 | 24.70% | 4,129 | 7.62% |
| | VAP | 40,044 | | | 9,532 | 23.80% | 167 | 9,699 | 24.22% | 2,471 | 6.17% |
| 177 | | 54,095 | 275 | 0.51% | 29,446 | 54.43% | 637 | 30,083 | 55.61% | 2,298 | 4.25% |
| | VAP | 41,485 | | | 20,793 | 50.12% | 294 | 21,087 | 50.83% | 1,649 | 3.97% |
| 178 | | 53,463 | -357 | -0.66% | 4,529 | 8.47% | 273 | 4,802 | 8.98% | 2,402 | 4.49% |
| | VAP | 40,080 | | | 3,528 | 8.80% | 80 | 3,608 | 9.00% | 1,586 | 3.96% |
| 179 | | 54,081 | 261 | 0.48% | 17,476 | 32.31% | 512 | 17,988 | 33.26% | 3,796 | 7.02% |
| | VAP | 41,101 | | | 12,003 | 29.20% | 184 | 12,187 | 29.65% | 2,455 | 5.97% |
| 180 | | 53,321 | -499 | -0.93% | 10,316 | 19.35% | 728 | 11,044 | 20.71% | 2,504 | 4.70% |
| | VAP | 39,225 | | | 7,131 | 18.18% | 209 | 7,340 | 18.71% | 1,577 | 4.02% |

DATA SOURCE: 2010 US Census PL94-171 Population Cou                                                                12

Plan Name: **House15**    Plan Type : **State**    User: **Gina**    Administrator: **House**

| DISTRICT | POPULATION | DEVIATION | % DEVIATION | BLACK | % BLACK | BLACK COMBO | TOTAL BLACK | %TOTAL BLACK | HISP. OR LATINO | %HISP |
|---|---|---|---|---|---|---|---|---|---|---|

Total Population:   9,687,653
Ideal Value:   53,820

**Summary Statistics**

Population Range:   53,287   to   54,352
Absolute Overall Range:   1,065
Relative Range:   -0.99%   to   0.99%
Relative Overall Range:   1.98%

DATA SOURCE: 2010 US Census PL94-171 Population Cou                                                                                      13