IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ALPHA PHI ALPHA FRATERNITY INC., *et al.*,<br><br>    *Plaintiffs,*<br><br>v.<br><br>BRAD RAFFENSPERGER,<br><br>    *Defendant.* | CIVIL ACTION<br><br>FILE NO. 1:21-CV-05337-SCJ |
| COAKLEY PENDERGRASS, *et al.*,<br><br>    *Plaintiffs,*<br><br>v.<br><br>BRAD RAFFENSPERGER, *et al.*,<br><br>    *Defendants.* | CIVIL ACTION<br><br>FILE NO. 1:21-CV-05339-SCJ |
| ANNIE LOIS GRANT, *et al.*,<br><br>    *Plaintiffs,*<br><br>v.<br><br>BRAD RAFFENSPERGER, *et al.*,<br><br>    *Defendants.* | CIVIL ACTION<br><br>FILE NO. 1:22-CV-00122-SCJ |

**CONSENT MOTION TO EXTEND THE TIME FOR DEFENDANTS TO ANSWER PLAINTIFFS' COMPLAINTS**

1

Defendants Secretary of State Brad Raffensperger, and State Election Board Members Sara Ghazal, Janice Johnston, Edward Lindsey, and Matthew Mashburn have conferred with Plaintiffs and, with their consent, respectfully request this Court extend the time for Defendants to answer Plaintiffs' complaints in all of the above-captioned cases to February 25, 2022. The parties further stipulate that the extension of time to answer will not impact other deadlines or constitute an admission by any party that Plaintiffs' claims are untimely.

A proposed order granting the Motion is attached.

Respectfully submitted this 10th day of February, 2022.

>Christopher M. Carr
>Attorney General
>GA Bar No. 112505
>Bryan K. Webb
>Deputy Attorney General
>GA Bar No. 743580
>Russell D. Willard
>Senior Assistant Attorney General
>GA Bar No. 760280
>**State Law Department**
>40 Capitol Square, S.W.
>Atlanta, Georgia 30334
>
>*/s/ Bryan P. Tyson*
>Bryan P. Tyson
>Special Assistant Attorney General
>Georgia Bar No. 515411

btyson@taylorenglish.com
Frank B. Strickland
Georgia Bar No. 687600
fstrickland@taylorenglish.com
Bryan F. Jacoutot
Georgia Bar No. 668272
bjacoutot@taylorenglish.com
Loree Anne Paradise
Georgia Bar No. 382202
lparadise@taylorenglish.com
**Taylor English Duma LLP**
1600 Parkwood Circle
Suite 200
Atlanta, GA 30339
Telephone: 678-336-7249

*Counsel for Defendants*

## **CERTIFICATE OF COMPLIANCE**

Pursuant to L.R. 7.1(D), the undersigned hereby certifies that the foregoing Motion has been prepared in Century Schoolbook 13, a font and type selection approved by the Court in L.R. 5.1(B).

*/s/Bryan P. Tyson*
Bryan P. Tyson