IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ALPHA PHI ALPHA FRATERNITY INC., *et al.*,<br><br>*Plaintiffs,*<br><br>v.<br><br>BRAD RAFFENSPERGER,<br><br>*Defendant.* | CIVIL ACTION<br><br>FILE NO. 1:21-CV-05337-SCJ |
| COAKLEY PENDERGRASS, *et al.*,<br><br>*Plaintiffs,*<br><br>v.<br><br>BRAD RAFFENSPERGER, *et al.*,<br><br>*Defendants.* | CIVIL ACTION<br><br>FILE NO. 1:21-CV-05339-SCJ |
| ANNIE LOIS GRANT, *et al.*,<br><br>*Plaintiffs,*<br><br>v.<br><br>BRAD RAFFENSPERGER, *et al.*,<br><br>*Defendants.* | CIVIL ACTION<br><br>FILE NO. 1:22-CV-00122-SCJ |

**[PROPOSED]**
**COORDINATED ORDER GRANTING MOTION**
**FOR EXTENSION OF TIME**

1

2

Having reviewed the Motion to Extend the Time to Answer Plaintiffs' Complaints, the Court GRANTS the motion. Defendants' answers to Plaintiffs' Complaints in all of the above-titled cases are due on or before February 25, 2022.

SO ORDERED this ____ day of February, 2022.

_____
**STEVE C. JONES**
United States District Judge