IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ALPHA PHI ALPHA FRATERNITY INC., *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> BRAD RAFFENSPERGER, <br><br> *Defendant.* | CIVIL ACTION <br><br> FILE NO. 1:21-CV-05337-SCJ |
| COAKLEY PENDERGRASS, *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> BRAD RAFFENSPERGER, *et al.*, <br><br> *Defendants.* | CIVIL ACTION <br><br> FILE NO. 1:21-CV-05339-SCJ |
| ANNIE LOIS GRANT, *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> BRAD RAFFENSPERGER, *et al.*, <br><br> *Defendants.* | CIVIL ACTION <br><br> FILE NO. 1:22-CV-00122-SCJ |

**COORDINATED ORDER GRANTING MOTION
FOR EXTENSION OF TIME**

1

Having reviewed the Motion to Extend the Time to Answer Plaintiffs' Complaints, the Court GRANTS the motion. Defendants' answers to Plaintiffs' Complaints in all of the above-titled cases are due on or before February 25, 2022.

SO ORDERED this 11th day of February, 2022.

s/Steve C. Jones
**STEVE C. JONES**
United States District Judge