

One Atlantic Center
1201 West Peachtree Street, NW
Suite 3250 | Atlanta, GA 30309
Tel: 404-888-9700 | Fax: 404-888-9577
www.krevolinhorst.com

**JOYCE GIST LEWIS**
Tel: 404-978-0066
Email: jlewis@khlawfirm.com

February 15, 2022

**Via CM/ECF Filing**

The Honorable Steve C. Jones
Attn: Ms. Pamela Wright
Courtroom Deputy Clerk
United States District Court for the
Northern District Court of Georgia
Richard B. Russell Federal Building
2211 United States Courthouse
75 Ted Turner Drive, SW
Atlanta, GA 30303-3309

RE: *Coakley Pendergrass et al., v. Brad Raffensperger et al.;*
*Case No. 1:21-cv-05339-SCJ*

Dear Ms. Wright:

Pursuant to Northern District Local Rule 83.1(E)(3) regarding leaves of absence of not greater than (20) consecutive days, please accept this letter requesting that no hearing or trials be calendared during the time period of:

- March 24-25, 2022 (Speaking at conferences);
- April 4-8, 2022 (Out of state travel);
- May 23-27, 2022 (Daughter's graduation); and
- July 5-8, 2022 (Vacation)

Applicant will be away from the practice of law for the reasons noted above. Applicant currently has no hearings or trials scheduled for the above case matter during the requested leave periods.

Sincerely,

**KREVOLIN & HORST, LLC**

*/s/ Joyce Gist Lewis*
Joyce Gist Lewis
GA Bar No.: 296261

cc: All Counsel of Record (via CMF/ECF)