UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

1:21-cv-5337-SCJ

Alpha Phi Alpha Fraternity, Inc. et al v. Brad Raffensperger

1:21-cv-5339-SCJ

Coakley Pendergrass et al v. Brad Raffensperger, et al

1:22-cv-00122-SCJ

Annie Lois Grant et al v. Brad Raffensperger et al

Honorable Steve C. Jones

Minute Sheet for proceedings held 2/07/2022.

TIME COURT COMMENCED: 9:15 A.M.
TIME COURT CONCLUDED: 5:15 P.M.
TIME IN COURT:    7:00                COURT REPORTER: Viola Zborowski
                                       And Melissa Brock
OFFICE LOCATION: Atlanta               DEPUTY CLERK: Pamela Wright

ATTORNEYS PRESENT:         Bryan Tyson representing all Defendants
                           Sophia Lakin for Plaintiffs in 1:21-cv-5337-SCJ
                           Ari Savitsky for Plaintiffs in 1:21-cv-5337-SCJ
                           Kevin Hamilton for Plaintiffs in 1:21-cv-5339-SCJ
                           Abha Khanna and Kevin Hamilton for
                           Plaintiffs in 1:22-cv-00122-SCJ

PROCEEDING CATEGORY:       Evidentiary Hearing(PI or TRO Hearing-Evidentiary);

MINUTE TEXT:               Preliminary Injunction hearing began. Opening statements
                           heard. Pendergrass/Grant plaintiffs' exhibits 1-26, 38-40,
                           53, 55-58, 60, 62, 66 admitted. Alpha plaintiffs' exhibits
                           A1-A18, A22, A37, A46-A49 admitted. Pendergrass/Grant
                           witness Dr. William Cooper sworn andtestified. Dr.
                           William Cooper recalled by Alpha plaintiffs. Alpha
                           plaintiffs' exhibit 47 admitted.

| | |
|---|---|
| HEARING STATUS: | Hearing not concluded. Court adjourned and will reconvene at 9:00 AM on 2/08/2022. |
| EXHIBIT STATUS: | Exhibits retained by the Court to be forwarded to the Clerks Office. |