UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

1:21-cv-5337-SCJ

Alpha Phi Alpha Fraternity, Inc. et al v. Brad Raffensperger

1:21-cv-5339-SCJ

Coakley Pendergrass et al v. Brad Raffensperger, et al

1:22-cv-00122-SCJ

Annie Lois Grant et al v. Brad Raffensperger et al

Honorable Steve C. Jones

---

Minute Sheet for proceedings held 2/08/2022.

TIME COURT COMMENCED: 9:00 A.M.
TIME COURT CONCLUDED: 4:00 P.M.
TIME IN COURT:    4:00 P.M.          COURT REPORTER: Viola Zborowski
                                                     & Melissa Brock
OFFICE LOCATION: Atlanta             DEPUTY CLERK: Pamela Wright

ATTORNEYS PRESENT ON BEHALF OF PLAINTIFFS:
                                     KEVIN J. HAMILTON, ESQ.
                                     ABHA KHANNA, ESQ.
                                     SOPHIA LIN LAKIN, ESQ.
                                     ARI SAVITZKY, ESQ.
                                     SEAN J. YOUNG, ESQ.
                                     RAHUL GARABADU, ESQ.
                                     ROBERT BOONE, ESQ.
                                     ABIGAIL SHAW, ESQ.
                                     ALEX W. MILLER, ESQ.
                                     MAURA DOUGLAS, ESQ.
                                     ANURADHA SIVARAM, ESQ.
                                     EDWARD WILLIAMS. ESQ.
                                     JANNESA CALVO-FRIEDMAN,
                                     GEORGE P. VARGHESE, ESQ.

ATTORNEYS PRESENT ON BEHALF OF DEFENDANTS:
          BRYAN P. TYSON, ESQ.
          LOREE ANNE PARADISE, ESQ.
          BRYAN JACOUTOT, ESQ.

| | |
|---|---|
| PROCEEDING CATEGORY: | Evidentiary Hearing(PI or TRO Hearing-Evidentiary); |
| MINUTE TEXT: | The Court heard argument regarding SCOTUS ruling issued 2/7/2022 in Alabama cases. Court adjourned for three hours to allow counsel time to prepare for presentation of evidence. Defendants' witness Mark Barnes sworn and testified. Pendergrass/Grant witness Blakeman Esselstyn sworn and testified. |
| HEARING STATUS: | Hearing not concluded. Court adjourned and will reconvene at 9:00 AM on 2/09/2022. |
| EXHIBIT STATUS: | No exhibits admitted. |