UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

1:21-cv-5337-SCJ

Alpha Phi Alpha Fraternity, Inc. et al v. Brad Raffensperger

1:21-cv-5339-SCJ

Coakley Pendergrass et al v. Brad Raffensperger, et al

1:22-cv-00122-SCJ

Annie Lois Grant et al v. Brad Raffensperger et al

Honorable Steve C. Jones

---

Minute Sheet for proceedings held 2/10/2022.

TIME COURT COMMENCED: 9:00 A.M.
TIME COURT CONCLUDED: 4:15 P.M.
TIME IN COURT:   6:15                COURT REPORTER: Viola Zborowski
                                                   & Melissa Brock
OFFICE LOCATION: Atlanta             DEPUTY CLERK: Pamela Wright


ATTORNEYS PRESENT ON BEHALF OF PLAINTIFFS:
    KEVIN J. HAMILTON, ESQ.
    ABHA KHANNA, ESQ.
    SOPHIA LIN LAKIN, ESQ.
    ARI SAVITZKY, ESQ.
    SEAN J. YOUNG, ESQ.
    RAHUL GARABADU, ESQ.
    ROBERT BOONE, ESQ.
    ABIGAIL SHAW, ESQ.
    ALEX W. MILLER, ESQ.
    MAURA DOUGLAS, ESQ.
    ANURADHA SIVARAM, ESQ.
    EDWARD WILLIAMS. ESQ.
    JANNESA CALVO-FRIEDMAN,
    GEORGE P. VARGHESE, ESQ.

ATTORNEYS PRESENT ON BEHALF OF DEFENDANTS:

BRYAN P. TYSON, ESQ.
LOREE ANNE PARADISE, ESQ.
BRYAN JACOUTOT, ESQ.

| | |
|---|---|
| PROCEEDING CATEGORY: | Evidentiary Hearing(PI or TRO Hearing-Evidentiary); |
| MINUTE TEXT: | Pendergrass/Grant witness sworn and testified via Zoom. Pendergrass/Grant witness Dr. Maxwell Palmer sworn and testified. Alpha witness Lisa Handley sworn and testified. Alpha exhibit A52 admitted. Pendergrass/Grant witness Jason Carter sworn and testified. Alpha witness Adrienne Jones sworn and testified. Alpha exhibit A5 admitted. |
| HEARING STATUS: | Hearing not concluded. Court adjourned and will reconvene at 9:00 AM on 2/11/2022. |
| EXHIBIT STATUS: | Exhibits retained by the Court to be forwarded to the Clerks Office. |