UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

1:21-cv-5337-SCJ

Alpha Phi Alpha Fraternity, Inc. et al v. Brad Raffensperger

1:21-cv-5339-SCJ

Coakley Pendergrass et al v. Brad Raffensperger, et al

1:22-cv-00122-SCJ

Annie Lois Grant et al v. Brad Raffensperger et al

Honorable Steve C. Jones

---

Minute Sheet for proceedings held 2/11/2022.

TIME COURT COMMENCED: 9:00 A.M.
TIME COURT CONCLUDED: 5:00 P.M.
TIME IN COURT:    7:00                COURT REPORTER: Viola Zborowski
                                                      & Melissa Brock
OFFICE LOCATION: Atlanta              DEPUTY CLERK: Pamela Wright

ATTORNEYS PRESENT ON BEHALF OF PLAINTIFFS:
                                      KEVIN J. HAMILTON, ESQ.
                                      ABHA KHANNA, ESQ.
                                      SOPHIA LIN LAKIN, ESQ.
                                      ARI SAVITZKY, ESQ.
                                      SEAN J. YOUNG, ESQ.
                                      RAHUL GARABADU, ESQ.
                                      ROBERT BOONE, ESQ.
                                      ABIGAIL SHAW, ESQ.
                                      ALEX W. MILLER, ESQ.
                                      MAURA DOUGLAS, ESQ.
                                      ANURADHA SIVARAM, ESQ.
                                      EDWARD WILLIAMS. ESQ.
                                      JANNESA CALVO-FRIEDMAN,
                                      GEORGE P. VARGHESE, ESQ.

ATTORNEYS PRESENT ON BEHALF OF DEFENDANTS:
BRYAN P. TYSON, ESQ.
LOREE ANNE PARADISE, ESQ.
BRYAN JACOUTOT, ESQ.

| | |
|---|---|
| PROCEEDING CATEGORY: | Evidentiary Hearing(PI or TRO Hearing-Evidentiary); |
| MINUTE TEXT: | Defendants' witness Gina Wright sworn and testified. Defendants' exhibits 1-37, 38, 41 admitted. Pendergrass/Grant exhibits 69 and 70 admitted. Defendants' exhibit 41 admitted. Defendants' witness John Morgan sworn and testified. Defendant's witness John Alford sworn and testified via Zoom. Defendants' exhibit 42 admitted Alpha exhibit 207.6 admitted |
| HEARING STATUS: | Hearing not concluded. Court adjourned and will reconvene at 9:00 AM on 2/11/2022. |
| EXHIBIT STATUS: | Exhibits retained by the Court to be forwarded to the Clerks Office. |