UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

1:21-cv-5337-SCJ

Alpha Phi Alpha Fraternity, Inc. et al v. Brad Raffensperger

1:21-cv-5339-SCJ

Coakley Pendergrass et al v. Brad Raffensperger, et al

1:22-cv-00122-SCJ

Annie Lois Grant et al v. Brad Raffensperger et al

Honorable Steve C. Jones

Minute Sheet for proceedings held 2/14/2022.

TIME COURT COMMENCED: 9:00 A.M.
TIME COURT CONCLUDED: 2:00 P.M.
TIME IN COURT:    5:00                COURT REPORTER: Viola Zborowski
                                                      & Melissa Brock
OFFICE LOCATION: Atlanta              DEPUTY CLERK: Pamela Wright

ATTORNEYS PRESENT ON BEHALF OF PLAINTIFFS:
    KEVIN J. HAMILTON, ESQ.
    ABHA KHANNA, ESQ.
    SOPHIA LIN LAKIN, ESQ.
    ARI SAVITZKY, ESQ.
    SEAN J. YOUNG, ESQ.
    RAHUL GARABADU, ESQ.
    ROBERT BOONE, ESQ.
    ABIGAIL SHAW, ESQ.
    ALEX W. MILLER, ESQ.
    MAURA DOUGLAS, ESQ.
    ANURADHA SIVARAM, ESQ.
    EDWARD WILLIAMS. ESQ.
    JANNESA CALVO-FRIEDMAN,
    GEORGE P. VARGHESE, ESQ.

ATTORNEYS PRESENT ON BEHALF OF DEFENDANTS:
BRYAN P. TYSON, ESQ.
LOREE ANNE PARADISE, ESQ.
BRYAN JACOUTOT, ESQ.

PROCEEDING CATEGORY: Evidentiary Hearing(PI or TRO Hearing-Evidentiary);

MINUTE TEXT: Alpha exhibit A53 admitted. John Morgan recalled, testified via Zoom. Defendants' exhibits 43-47 admitted. Pendergrass/Grant exhibits 27-37, 41-54, 59, 61, 63-67 admitted. Alpha exhibits 50 and 51 admitted. Closing arguments heard. The matter was taken under advisement by the Court with ruling to follow.

HEARING STATUS: Hearing concluded.
EXHIBIT STATUS: Exhibits retained by the Court to be forwarded to the Clerks Office.