IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| COAKLEY PENDERGRASS, et al.,<br><br>*Plaintiffs,*<br><br>v.<br><br>BRAD RAFFENSPERGER, et al.,<br><br>*Defendants.* | CIVIL ACTION<br><br>FILE NO. 1:21-CV-05339-SCJ |

## RULE 5.4 CERTIFICATE OF SERVICE

Pursuant to Local Rule 5.4, counsel for Defendants, hereby certifies that on March 28, 2022, a true and correct copy of Defendants' Initial Disclosures were served via email to the following:

| | |
|---|---|
| Joyce Gist Lewis<br>Georgia Bar No. 296261<br>Adam M. Sparks<br>Georgia Bar No. 341578<br>KREVOLIN & HORST, LLC<br>One Atlantic Center<br>1201 West Peachtree Street, NW<br>Suite 3250<br>Atlanta, Georgia 30309<br>Telephone: (404) 888-9700<br>Facsimile: (404) 888-9577<br>Email: JLewis@khlawfirm.com<br>Email: Sparks@khlawfirm.com | Abha Khanna*<br>Jonathan P. Hawley*<br>ELIAS LAW GROUP LLP<br>1700 Seventh Avenue, Suite 2100<br>Seattle, Washington 98101<br>Phone: (206) 656-0177<br>Facsimile: (206) 656-0180<br>Email: AKhanna@elias.law<br>Email: JHawley@elias.law |

<div style="display: flex;">
<div>

Kevin J. Hamilton*
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, Washington  98101
Phone: (206) 359-8000
Facsimile: (206) 359-9000
Email: KHamilton@perkinscoie.com

</div>
<div>

Daniel C. Osher*
Christina A. Ford*
Graham W. White*
Michael B. Jones
ELIAS LAW GROUP LLP
10 G Street NE, Suite 600
Washington, D.C.  20002
Phone: (202) 968-4490
Facsimile: (202) 968-4498
Email: DOsher@elias.law
Email: CFord@elias.law
Email: GWhite@elias.law
Email: MJones@elias.law

*Admitted pro hac vice

</div>
</div>

This 31st day of March, 2022.

      Christopher M. Carr
      Attorney General
      Georgia Bar No. 112505
      Bryan K. Webb
      Deputy Attorney General
      Georgia Bar No. 743580
      Russell D. Willard
      Senior Assistant Attorney General
      Georgia Bar No. 760280
      Charlene McGowan
      Assistant Attorney General
      Georgia Bar No. 697316
      **State Law Department**
      40 Capitol Square, S.W.
      Atlanta, Georgia 30334

      */s/ Bryan P. Tyson*
      Bryan P. Tyson
      Special Assistant Attorney General

>Georgia Bar No. 515411
>btyson@taylorenglish.com
>Frank B. Strickland
>Georgia Bar No. 678600
>fstrickland@taylorenglish.com
>Bryan F. Jacoutot
>Georgia Bar No. 668272
>bjacoutot@taylorenglish.com
>Loree Anne Paradise
>Georgia Bar No. 382202
>lparadise@taylorenglish.com
>**Taylor English Duma LLP**
>1600 Parkwood Circle
>Suite 200
>Atlanta, Georgia 30339
>(678) 336-7249

*Counsel for Defendants*

## **CERTIFICATE OF COMPLIANCE**

Pursuant to L.R. 7.1(D), the undersigned hereby certifies that the foregoing RULE 5.4 CERTIFICATE OF SERVICE has been prepared in Century Schoolbook 13, a font and type selection approved by the Court in L.R. 5.1(B).

*/s/ Bryan P. Tyson*
Bryan P. Tyson