IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

COAKLEY PENDERGRASS, et al.,

    *Plaintiffs*,

v.

BRAD RAFFENSPERGER, et al.,

    *Defendants*.

CIVIL ACTION

FILE NO. 1:21-CV-05339-SCJ

## MOTION FOR LEAVE OF ABSENCE

Bryan P. Tyson, counsel for Defendants in the above-styled case, pursuant to Local Rule 83.1(E)(4), moves this Court to grant him leave of absence from this case from June 13, 2022 through June 24, 2022 due to the trial in the *Fair Fight Action v. Raffensperger* case before Judge Steve C. Jones, Case No. 1:18-cv-05391-SCJ and from June 27, 2022 through July 1, 2022 due to the trial in the *Rose v. Raffensperger* case before Judge Steven Grimberg, Case No. 1:20-cv-02921-SDG; and from July 5, 2022 through July 15, 2022 for international travel.

Respectfully submitted this 23rd day of May, 2022.

                              /s/ *Bryan P. Tyson*
                              Bryan P. Tyson
                              Georgia Bar No. 515411
                              btyson@taylorenglish.com

TAYLOR ENGLISH DUMA LLP
1600 Parkwood Circle, Suite 200
Atlanta, Georgia 30339
Telephone: 678.336.7249

*Attorney for Defendants*

## **CERTIFICATE OF COMPLIANCE**

Pursuant to L.R. 7.1(D), the undersigned hereby certifies that the foregoing **MOTION FOR LEAVE OF ABSENCE** has been prepared in Century Schoolbook 13, a font and type selection approved by the Court in L.R. 5.1(B).

*/s/ Bryan P. Tyson*
Bryan P. Tyson