# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **ALPHA PHI ALPHA FRATERNITY INC., et al.,**<br>　Plaintiffs,<br><br>v.<br><br>**BRAD RAFFENSPERGER, in his official capacity as Secretary of State of Georgia,**<br>　Defendant. | **CIVIL ACTION FILE**<br><br>**No. 1:21-CV-5337-SCJ** |
| **COAKLEY PENDERGRASS et al.,**<br>　Plaintiffs,<br><br>v.<br><br>**BRAD RAFFENSPERGER et al.,**<br>　Defendants. | **CIVIL ACTION FILE**<br><br>**No. 1:21-CV-5339-SCJ** |
| **ANNIE LOIS GRANT et al.,**<br>　Plaintiffs,<br><br>v.<br><br>**BRAD RAFFENSPERGER et al.,**<br>　Defendants. | **CIVIL ACTION FILE**<br><br>**No. 1:22-CV-122-SCJ** |

# ORDER[1]

Having read and considered the parties' Joint Status Report in response to the Court's order of July 27, 2022, the Court exercises its discretion to leave the scheduling order (dated February 28, 2022) in place. No changes will be made at this time.

IT IS SO ORDERED this __4th__ day of August, 2022.

_____
HONORABLE STEVE C. JONES
UNITED STATES DISTRICT JUDGE

---

[1] In the interest of judicial economy, the Court issues a single order that will be filed by the Clerk in each of the above-stated cases. The Court's issuance of this single order does not imply or reflect any intention of the court to consolidate these cases under Federal Rule of Civil Procedure 42 or otherwise.