# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| COAKLEY PENDERGRASS; TRIANA ARNOLD JAMES; ELLIOTT HENNINGTON; ROBERT RICHARDS; and JENS RUECKERT, and JUAN GLAZE<br>　　　　　Plaintiffs,<br>　　v.<br><br>BRAD RAFFENSPERGER, in his official capacity as the Georgia Secretary of State; REBECCA N. SULLIVAN, in her official capacity as the Acting Chair of the State Election Board; SARA TINDALL GHAZAL, in her official capacity as a member of the State Election Board; MATTHEW MASHBURN, in his official capacity as a member of the State Election Board; and ANH LE, in her official capacity as a member of the State Election Board,<br>　　　　　Defendants. | CIVIL ACTION FILE NO. 1:21-CV-5339-SCJ |

## RULE 5.4 CERTIFICATE OF SERVICE

Pursuant to Local Rule 5.4, NDGa, counsel for Plaintiffs hereby certifies that on August 4, 2022, true and correct copies of:

1. Plaintiffs' First Set of Requests for Production to the State Election Board Defendants;

2. Plaintiffs' First Set of Requests for Production to Defendant Secretary of State Brad Raffensperger;

3. Plaintiffs' First Set of Interrogatories to the State Election Board Defendants; and

4. Plaintiffs' First Set of Interrogatories to Defendant Secretary of State Brad Raffensperger,

were served by first-class U.S. Mail with adequate postage affixed thereon upon counsel of record for Defendants, addressed to the following:

Bryan P. Tyson
**TAYLOR ENGLISH DUMA LLP**
1600 Parkwood Circle, Suite 200
Atlanta, Georgia  30339

Respectfully submitted this 4th day of August 2022.

| | |
|---|---|
| By: **Adam M. Sparks** | Abha Khanna* |
| Joyce Gist Lewis | Jonathan P. Hawley* |
| Georgia Bar No. 296261 | **ELIAS LAW GROUP LLP** |
| Adam M. Sparks | 1700 Seventh Avenue, Suite 2100 |
| Georgia Bar No. 341578 | Seattle, Washington 98101 |
| **KREVOLIN & HORST, LLC** | Phone: (206) 656-0177 |
| One Atlantic Center | Facsimile: (206) 656-0180 |
| 1201 West Peachtree Street, NW, Suite 3250 | Email: AKhanna@elias.law |
| Atlanta, Georgia 30309 | Email: JHawley@elias.law |
| Telephone: (404) 888-9700 | Daniel C. Osher* |
| Facsimile: (404) 888-9577 | Christina A. Ford* |
| Email: JLewis@khlawfirm.com | Graham W. White* |
| Email: Sparks@khlawfirm.com | Michael B. Jones |
| | Georgia Bar No. 721264 |

Kevin J. Hamilton*
**PERKINS COIE LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101
Phone: (206) 359-8000
Facsimile: (206) 359-9000
Email: KHamilton@perkinscoie.com

**ELIAS LAW GROUP, LLP**
10 G Street NE, Suite 600
Washington, D.C. 20002
Phone (202) 968-4490
Facsimile: (202) 968-4498
Email: DOsher@elias.law
Email: CFord@elias.law
Email: GWhite@elias.law
Email: MJones@elias.law

*Counsel for Plaintiffs*

*Admitted *pro hac vice*

# **CERTIFICATE OF SERVICE**

I hereby certify that I have on this date caused to be electronically filed a copy of the foregoing RULE 5.4 CERTIFICATE OF SERVICE with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to counsel of record.

Dated:  August 4, 2022                                   **Adam M. Sparks**
                                                                              *Counsel for Plaintiffs*

KH725984.DOCX