IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| COAKLEY PENDERGRASS, et al.,<br><br>   *Plaintiffs,*<br><br>v.<br><br>BRAD RAFFENSPERGER, et al.,<br><br>   *Defendants.* | CIVIL ACTION<br><br>FILE NO. 1:21-CV-05339-SCJ |

## RULE 5.4 CERTIFICATE OF SERVICE

Pursuant to Local Rule 5.4, counsel for Defendants, hereby certifies that on August 5, 2022, a true and correct copy of Defendants' First Set of Interrogatories, Requests for Production of Documents, and Requests for Admission were served via email to the following:

Joyce Gist Lewis
Georgia Bar No. 296261
Adam M. Sparks
Georgia Bar No. 341578
KREVOLIN & HORST, LLC
One Atlantic Center
1201 West Peachtree Street, NW
Suite 3250
Atlanta, Georgia 30309
Telephone: (404) 888-9700
Facsimile: (404) 888-9577
Email: JLewis@khlawfirm.com
Email: Sparks@khlawfirm.com

Abha Khanna*
Jonathan P. Hawley*
ELIAS LAW GROUP LLP
1700 Seventh Avenue, Suite 2100
Seattle, Washington 98101
Phone: (206) 656-0177
Facsimile: (206) 656-0180
Email: AKhanna@elias.law
Email: JHawley@elias.law

| | |
|---|---|
| Kevin J. Hamilton* | Daniel C. Osher* |
| PERKINS COIE LLP | Christina A. Ford* |
| 1201 Third Avenue, Suite 4900 | Graham W. White* |
| Seattle, Washington  98101 | Michael B. Jones |
| Phone: (206) 359-8000 | ELIAS LAW GROUP LLP |
| Facsimile: (206) 359-9000 | 10 G Street NE, Suite 600 |
| Email: KHamilton@perkinscoie.com | Washington, D.C.  20002 |
| | Phone: (202) 968-4490 |
| | Facsimile: (202) 968-4498 |
| | Email: DOsher@elias.law |
| | Email: CFord@elias.law |
| | Email: GWhite@elias.law |
| | Email: MJones@elias.law |

*Admitted pro hac vice

This 5th day of August, 2022.

Christopher M. Carr
Attorney General
Georgia Bar No. 112505
Bryan K. Webb
Deputy Attorney General
Georgia Bar No. 743580
Russell D. Willard
Senior Assistant Attorney General
Georgia Bar No. 760280
Charlene McGowan
Assistant Attorney General
Georgia Bar No. 697316
**State Law Department**
40 Capitol Square, S.W.
Atlanta, Georgia 30334

*/s/ Bryan P. Tyson*
Bryan P. Tyson
Special Assistant Attorney General

        Georgia Bar No. 515411
        btyson@taylorenglish.com
        Frank B. Strickland
        Georgia Bar No. 678600
        fstrickland@taylorenglish.com
        Bryan F. Jacoutot
        Georgia Bar No. 668272
        bjacoutot@taylorenglish.com
        Loree Anne Paradise
        Georgia Bar No. 382202
        lparadise@taylorenglish.com
        **Taylor English Duma LLP**
        1600 Parkwood Circle
        Suite 200
        Atlanta, Georgia 30339
        (678) 336-7249

        *Counsel for Defendants*

## **CERTIFICATE OF COMPLIANCE**

Pursuant to L.R. 7.1(D), the undersigned hereby certifies that the foregoing RULE 5.4 CERTIFICATE OF SERVICE has been prepared in Century Schoolbook 13, a font and type selection approved by the Court in L.R. 5.1(B).

/s/ Bryan P. Tyson
Bryan P. Tyson