IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, *et al.*, : | |
| Plaintiffs, : | |
| v. : | CIVIL ACTION NO. |
| : | 1:17-CV-2989-AT |
| BRIAN KEMP, *et al.*, : | |
| Defendants. : | |

## ORDER

This matter is before the Court on Plaintiff Coalition of Good Governance's Motion for Expansion of Time to File *Ex Parte* Response to Steptoe & Johnson, LLP's Motion to Withdraw [Doc. 113]. Upon review, the Court **GRANTS** the Coalition of Good Governance's ("CGG") Motion and extends the deadline for CGG to file its response to 5:00 P.M. on November 29, 2017.

CGG additionally stated in its Motion that Steptoe & Johnson, LLP represented that it would voluntarily seek permission from the Court to withdraw from all representation in this matter. Steptoe & Johnson, LLP has not yet filed such a motion. The Court notes that it has discretion to grant or deny a withdrawal of counsel motion; it is not required to grant withdrawal. The Court further notes that it is difficult and perhaps impossible to move forward with this case in an efficient manner in light of the continuing shifts in Plaintiffs' counsel.

2

**IT IS SO ORDERED** this 28th day of November, 2017.

_____
**Amy Totenberg
United States District Judge**