IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| COAKLEY PENDERGRASS; TRIANA ARNOLD JAMES; ELLIOTT HENNINGTON; ROBERT RICHARDS; and JENS RUECKERT, and JUAN GLAZE<br>   Plaintiffs,<br> v.<br><br>BRAD RAFFENSPERGER, in his official capacity as the Georgia Secretary of State; REBECCA N. SULLIVAN, in her official capacity as the Acting Chair of the State Election Board; SARA TINDALL GHAZAL, in her official capacity as a member of the State Election Board; MATTHEW MASHBURN, in his official capacity as a member of the State Election Board; and ANH LE, in her official capacity as a member of the State Election Board,<br>   Defendants. | CIVIL ACTION FILE NO.<br>1:21-CV-5339-SCJ |

## **RULE 5.4 CERTIFICATE OF SERVICE**

Pursuant to LR 5.4 and 26.3(A), NDGa, undersigned counsel hereby certify that on October 24, 2022, they caused Plaintiffs in the above-captioned case to serve the following via electronic mail upon counsel in this matter:

1. Plaintiffs' Second Set of Requests for Admission to Defendant Secretary of State Brad Raffensperger.

2. Plaintiffs' Second Set of Requests for Admission to the State Election Board Defendants;

3. Plaintiffs' Second Set of Requests for Production to Defendant Secretary of State Brad Raffensperger; and

4. Plaintiffs' Second[1] Set of Requests for Production to the State Election Board Defendants.

[signatures on following page]

---

[1] The undersigned inadvertently captioned this document as Plaintiffs' "First" Set of Requests for Production. For sake of clarity, and as reflected in the file name associated with the PDF served as stated herein, these are in fact Plaintiffs' Second Set of Requests for Production to the State Election Board Defendants, not their first.

Dated: October 25, 2022

By: **Adam M. Sparks**
Joyce Gist Lewis
Georgia Bar No. 296261
Adam M. Sparks
Georgia Bar No. 341578
**KREVOLIN & HORST, LLC**
One Atlantic Center
1201 West Peachtree Street, NW,
Suite 3250
Atlanta, Georgia 30309
Telephone: (404) 888-9700
Facsimile: (404) 888-9577
Email: JLewis@khlawfirm.com
Email: Sparks@khlawfirm.com

Kevin J. Hamilton*
**PERKINS COIE LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101
Phone: (206) 359-8000
Facsimile: (206) 359-9000
Email: KHamilton@perkinscoie.com

Respectfully submitted,

Abha Khanna*
Jonathan P. Hawley*
Makeba Rutahindurwa*
**ELIAS LAW GROUP LLP**
1700 Seventh Avenue, Suite 2100
Seattle, Washington 98101
Phone: (206) 656-0177
Facsimile: (206) 656-0180
Email: AKhanna@elias.law
Email: JHawley@elias.law
Email: MRutahindurwa@elias.law

Daniel C. Osher*
Christina A. Ford*
Graham W. White*
Michael B. Jones
Georgia Bar No. 721264
**ELIAS LAW GROUP, LLP**
10 G Street NE, Suite 600
Washington, D.C. 20002
Phone (202) 968-4490
Facsimile: (202) 968-4498
Email: DOsher@elias.law
Email: CFord@elias.law
Email: GWhite@elias.law
Email: MJones@elias.law

*Counsel for Plaintiffs*

*Admitted *pro hac vice*

## **CERTIFICATE OF SERVICE**

I hereby certify that I have on this date caused to be electronically filed a copy of the foregoing **RULE 5.4 CERTIFICATE OF SERVICE** with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to counsel of record.

Dated:  October 25, 2022                                     **Adam M. Sparks**
                                                                                    *Counsel for Plaintiffs*