IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, ET AL., )<br>)<br>  Plaintiffs, )<br>)<br>vs. )<br>)<br>BRIAN KEMP, ET AL., )<br>)<br>  Defendants. ) | CIVIL ACTION<br><br>FILE NO. 1:17-cv-2989-AT |

**NOTICE REGARDING REPRESENTATION OF
COALITION FOR GOOD GOVERNANCE BY WILLIAM BRENT NEY**

William Brent Ney, counsel for Plaintiff Coalition for Good Governance, ("CGG") hereby respectfully files and serves this Notice Regarding Representation pursuant to the Court's Order dated January 4, 2018 [Docket Entry 126].

As the Court is aware, William Brent Ney filed a Notice of Limited Scope Appearance in this action on November 27, 2017 [Docket Entry No. 112].[1] Following that Notice of Limited Scope Appearance, William Brent Ney objected, on behalf of CGG, to Steptoe & Johnson LLP's ("Steptoe") continued representation of **any** of the Plaintiffs due to significant conflicts of interest. Steptoe initially

---

[1] The appearance was limited to "issues relating to the withdrawal or disqualification of Steptoe & Johnson LLP as counsel and any ancillary urgent matters until such time as CGG is able to retain new counsel to represent it on the merits." [Docket Entry No. 112]

disclosed these conflicts in its Motion to Withdraw [Docket Entry Number 104] stating, "Steptoe cannot simultaneously pursue the conflicting strategic objectives of CGG and the other plaintiffs without materially and adversely affecting the representation of all eight plaintiffs."  On November 27, 2017 Steptoe informed all Plaintiffs that it would file a Motion to Withdraw on December 14, 2017 and represented to the undersigned counsel that it would be withdrawing from all representation in this matter.  Upon information and belief, no Plaintiff has objected to Steptoe's intended withdrawal.  However, despite its representation regarding its intent to withdraw, Steptoe has not yet submitted a Request to Withdraw.

CGG has retained attorney Robert McGuire to represent it on substantive matters.  Mr. McGuire is an attorney licensed to practice law in the states of New York, Washington and Colorado.  On December 22, 2017, the Court granted Mr. McGuire's request to appear *pro hac vice* [Docket Entry No. 125].  The undersigned counsel understands that Mr. McGuire intends to file his Notice of Appearance as soon as the Clerk of Court issues CM/ECF log-in credentials to him.

In the meantime, CGG has interviewed a number of Georgia attorneys and law firms, and has selected two local law firms with relevant substantive experience which CGG is in the process of engaging as co-counsel and which, once engaged, will file Notices of Appearance.  It is anticipated that such engagements will be

finalized shortly, at which time, such law firms shall take over as co-counsel, along with Mr. McGuire, on all substantive matters.  William Brent Ney anticipates that he will remain involved in this case only to the extent that issues remain regarding Steptoe's or Holcomb + Ward's continued or past representation in this action. Given Steptoe's previous statements, William Brent Ney is hopeful that further involvement will not be necessary.

William Brent Ney does not represent (and does not intend to represent) any party other than CGG in this action.  William Brent Ney is happy to provide any further information which the Court requires.

Dated:  January 8, 2018               Respectfully submitted,

*/s/William Brent Ney*
WILLIAM BRENT NEY
Georgia Bar No. 542519
*Attorney for Coalition for Good Governance*

Address:

Ney Hoffecker Peacock & Hayle, LLC
One Midtown Plaza, Suite 1010
1360 Peachtree Street NE
Atlanta, Georgia 30309
404-842-7232
470-225-6646 (Fax)
william@nhphlaw.com

- 4 -

## CERTIFICATE OF SERVICE

This is to certify that on January 8, 2018, I caused the within and foregoing **"Notice Regarding Representation of Coalition for Good Governance by William Brent Ney"** to be served upon all other parties in this action by electronic service via to be served via electronic delivery using the PACER-ECF system as authorized by LR 5.0(A), NDGA upon the following:

**John Frank Salter, Jr.**
**Roy E. Barnes**
The Barnes Law Group, LLC
31 Atlanta Street
Marietta, Georgia 30060
> *Attorneys for Defendants Brian P. Kemp, The State Election Board, David J. Worley, Ralph E. (Rusty) Simpson, Rebecca N. Sullivan, Seth Harp*

**David R. Lowman**
**Cheryl Ringer**
**Kaye Woodard Burwell**
Office of Fulton County Attorney
Fulton County Government Center
Suite 4038
141 Pryor Street, Southwest
Atlanta, Georgia 30303
> *Attorneys for Defendants The Fulton County Board of Registration and Elections, Richard Barron, David J. Burge, Mary Carole Cooney, Aaron Johnson, Stan Matarazzo, Vernetta Nuriddin, Mark Wingate*

**Daniel Walter White**
Haynie Litchfield Crane & White
222 Washington Avenue
Marietta, Georgia 30060
> *Attorney for Defendants Fred Aiken, Jessica Brooks, Phil Daniell, Janine Eveler, Joe Pettit, The Cobb County Board of Elections and Registration,*

- 5 -

  *Darryl O. Wilson*

**Bennett Davis Bryan**
DeKalb County District Attorney's Office
Assistant County Attorney
5th Floor
1300 Commerce Drive
Decatur, Georgia 30030
  *Attorney for Defendants The Dekalb County Board of Registrations and Elections, Anthony Lewis, Baoky N. Vu, Leona Perry, Maxine Daniels, Michael P. Coveny, Samuel E. Tillman*

**Grant Edward Schell**
**Robert S. Highsmith**
Holland & Knight LLP
One Regions Plaza, Suite 1800
1180 West Peachtree Street, Northwest
Atlanta, Georgia 30309-3407
  *Attorneys for Defendant Merle King*

**Joe Robert Caldwell, Jr.**
**Edward Bruce Schwartz**
Steptoe & Johnson-DC
1330 Connecticut Avenue, N.W.
Washington, DC 20036-1795
  *Attorneys for Defendants Donna Curling, Ricardo Davis, Laura Digges, William Digges, III, Donna Price, Jeffrey Schoenberg*

**Cristina Correia**
Attorney General's Office-Atl
Department of Law
40 Capitol Square, S W
Atlanta, GA 30334
  *Attorneys for The Center for Election Systems at Kennesaw State University*

- 5 -

- 6 -

        Respectfully submitted,

        */s/William Brent Ney*
        WILLIAM BRENT NEY
        Georgia Bar No. 542519
        *Attorney for Coalition for Good Governance*

Address:

Ney Hoffecker Peacock & Hayle, LLC
One Midtown Plaza, Suite 1010
1360 Peachtree Street NE
Atlanta, Georgia 30309
404-842-7232
470-225-6646 (Fax)
william@nhphlaw.com