# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **DONNA CURLING, ET AL.**<br><br>        Plaintiffs,<br><br>v.<br><br>**BRIAN KEMP, ET AL.**<br><br>        Defendants. | Civil Action File No. 1:17-cv-2989-AT |

## [PROPOSED] ORDER

**UPON CONSIDERATION** of Steptoe & Johnson LLP's Motion for Permission to Withdraw as Counsel for Plaintiffs Donna Curling; Donna Price; Jeffrey Schoenberg; Laura Digges; William Digges, III; Ricardo Davis; and Edward Curtis Terry, It is this _____ day of January, 2018 by the United States District Court for the Northern District of Georgia,

**ORDERED**, that Steptoe & Johnson LLP's Motion to Withdraw, is hereby **GRANTED**.

_____
**Amy Totenberg**
**United States District Court Judge**