# ROBERT MCGUIRE
# LAW FIRM

**WASHINGTON:**

2703 Jahn Avenue NW, Suite C-7
Gig Harbor, Washington  98335

**COLORADO:**

9233 Park Meadows Drive
Lone Tree, Colorado  80124

www.lawram.com

January 16, 2018

**Via Email (Amy_McConochie@ gand.uscourts.gov)**

Ms. Amy Cash McConochie
Courtroom Deputy Clerk
2388 United States Courthouse
75 Ted Turner Drive, SW
Atlanta, GA 30303-3309

    Re:    *Curling v. Kemp*, No. 1:17-cv-02989-AT
              <u>Request for Two Leaves of Absence Less Than 21 Days</u>

Dear Ms. McConochie:

I am presently appearing in the above matter as lead counsel for Plaintiff Coalition for Good Governance.

Pursuant to Local Rule 83.1(E)(3) NDGa and Standing Order: Guidelines to Parties and Counsel in Cases Proceeding Before the Honorable Amy Totenberg § II.(c)(iii), I write to advise that I will be absent from work and unavailable during

Telephone: (844) 318-6730 • Fax: (866) 352-1051 • Email: ram@lawram.com

Ms. Amy Cash McConochie
Re: Request for Two Leaves of Absence Less Than 21 Days
January 16, 2018
Page 2

the following two periods, each less than twenty-one days, and I respectfully request that this case not be calendared during these periods of my absence:

- February 20–23, 2018—Reason: Personal and family commitments.
- April 16–20, 2018—Reason: Personal and family commitments.

Please contact me with any questions you may have.

              Very truly yours,

              */s/ Robert Alexander McGuire, III*
              ROBERT ALEXANDER MCGUIRE, III
              Admitted Pro Hac Vice (ECF No. 125)
              Washington Bar No. 50649

ROBERT MCGUIRE LAW FIRM
2703 Jahn Ave NW, Suite C-7
Gig Harbor, WA  98335
Telephone: (844) 318-6730
Email: ram@lawram.com

              /s/ William Brent Ney
              William Brent Ney
              GA Bar Number 542519

NEY HOFFECKER PEACOCK & HAYLE, LLC
One Midtown Plaza, Suite 1010
1360 Peachtree Street NE
Atlanta, GA 30309
T: (404) 842-7232

              *Attorneys for Plaintiff Coalition for Good Governance*

Cc (by service): Counsel of record and any *pro se* parties.

## CERTIFICATE OF SERVICE

I hereby certify that on January 16, 2018, I electronically filed **Letter Regarding Request Leaves of Absence** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

| | |
|---|---|
| **Roy E. Barnes** | **William Brent Ney** |
| **Bennett Davis Bryan** | **Cheryl Ringer** |
| **Kaye Woodard Burwell** | **Vincent Robert Russo, Jr** |
| **Joe Robert Caldwell , Jr** | **John Frank Salter, Jr** |
| **Cristina Correia** | **Grant Edward Schnell** |
| **Josiah Benjamin Heidt** | **Edward Bruce Schwartz** |
| **Barclay Hendrix** | **Frank B. Strickland** |
| **Robert S. Highsmith** | **Russell Dunn Waldon** |
| **Anne Ware Lewis** | **Bryan Myerson Ward** |
| **David R. Lowman** | **Daniel Walter White** |
| **Robert Alexander McGuire , III** | |

I hereby certify that I served the foregoing to the following non-ECF participants by United States Postal Service (or other consented-to electronic means pursuant to Fed. R. Civ. P. 5(b)(2)(C), (E), or (F)), as required by Standing Order No. 16-01, Ex A, at § H II.B.3, NDGA:

**Edward Curtis Terry**
    Clarkston, GA
        *Pro Se Plaintiff*

                              */s/ Robert Alexander McGuire, III*
                              ROBERT ALEXANDER MCGUIRE, III
                              Admitted Pro Hac Vice (ECF No. 125)
                              Washington Bar No. 50649
                              *Attorney for Coalition for Good Governance*

ROBERT MCGUIRE LAW FIRM
2703 Jahn Ave NW, Suite C-7
Gig Harbor, WA  98335
Telephone: (844) 318-6730
Email: ram@lawram.com