# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

|  |  |
|---|---|
| DONNA CURLING, ET AL.<br><br>    Plaintiffs,<br><br>v.<br><br>BRIAN KEMP, ET AL.<br><br>    Defendants. | Civil Action File No. 1:17-cv-2989-AT |

## SUPPLEMENTAL CERTIFICATE OF CONSENT TO WITHDRAW AS COUNSEL FOR PLAINTIFF COALITION FOR GOOD GOVERNANCE

COME NOW Bryan Ward, Marvin Lim, Aaron Wright and the law firm of Holcomb + Ward, LLP and, pursuant to Rule 83.1(E) of the Civil Local Rules of Practice for the United States District Court for the Northern District of Georgia and this Court's January 4, 2018 Order (Doc. 126), file this Supplemental Certificate of Consent to withdraw as counsel for Plaintiff Coalition for Good Governance in this action.

As evidenced by their signatures below, William Ney and Robert McGuire, counsel for Coalition for Good Governance, also consent to the requested withdrawal of counsel.

Respectfully submitted, this 25th day of January 2018.

/s/ B<span>RYAN</span> M. W<span>ARD</span>
B<span>RYAN</span> M. W<span>ARD</span>
Georgia Bar No. 736656
M<span>ARVIN</span> L<span>IM</span>
Georgia Bar No. 147236
A<span>ARON</span> W<span>RIGHT</span>
Georgia Bar No. 776592
H<span>OLCOMB</span> + W<span>ARD</span>, LLP
3399 Peachtree Road NE, Suite 400
Atlanta, GA 30326
Telephone: (404) 601-2803
Facsimile: (404) 393-1554

/s/ Robert A. McGuire, III
ROBERT A. MCGUIRE, III
*Pro Hac Vice*
ROBERT MCGUIRE LAW FIRM
2703 Jahn Ave NW, Suite C-7
Gig Harbor, WA  98335
Telephone: (844) 318-6730
Facsimile: 866.352.1051
ram@lawram.com

*Attorney for Coalition for Good Governance*

/s/ William Brent Ney
WILLIAM BRENT NEY
Georgia Bar No. 542519
NEY HOFFECKER PEACOCK & HAYLE, LLC
One Midtown Plaza, Suite 1010
1360 Peachtree Street NE
Atlanta, Georgia 30309
404-842-7232
470-225-6646 (Fax)
william@nhphlaw.com

*Attorney for Coalition for Good Governance*

**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| DONNA CURLING, ET AL.<br><br>           Plaintiffs,<br><br>      v.<br><br>BRIAN KEMP, ET AL.<br><br>           Defendants. | )<br>)<br>)<br>)<br>) Civil Action File No. 1:17-cv-<br>) 2989-AT<br>)<br>)<br>)<br>)<br>)<br>) |

## CERTIFICATE OF SERVICE

I hereby certify that on January 25, 2018, a copy of the foregoing Supplemental Certificate of Consent to Withdraw as Counsel for Plaintiff Coalition for Good Governance was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to all attorneys of record.

/s/ Bryan M. Ward

BRYAN M. WARD

4

# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, ET AL.<br><br>    Plaintiffs,<br><br>v.<br><br>BRIAN KEMP, ET AL.<br><br>    Defendants. | )<br>)<br>)<br>)<br>) Civil Action File No. 1:17-cv-<br>) 2989-AT<br>)<br>)<br>)<br>)<br>)<br>) |

## **CERTIFICATE OF FONT COMPLIANCE**

I hereby certify that the foregoing has been prepared with one of the font and point selections approved by the Court in Rule 5.1(C) of the Civil Local Rules of Practice for the United States District Court for the Northern District of Georgia, specifically, Times New Roman 14 pt.

            /s/ Bryan M. Ward
            BRYAN M. WARD