Donna A Curling
11200 Bowen Rd
Roswell, GA 30075

February 4, 2018

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

FEB 0 5 2018

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

The Honorable Judge Amy Totenberg
Northern District of Georgia

RE: Civil Action 1:17-cv-2989-AT; Curling V Kemp et al.
Plaintiff's letter in compliance with Order of Court granting withdrawal of counsel

Submitted via Hand Delivery

Dear Honorable Judge Totenberg:

As required by your recent order my contact information is listed below:

**Telephone:** 770-826-6683
**Email address:** dcurling0531@gmail.com
**Home address:** 11200 Bowen Rd
Roswell, GA 30075-2239

I continue to seek replacement counsel and will file a more complete statement on that topic on or before February 22, 2018 in compliance with your Order.

Respectfully submitted,

*[signature: Donna A Curling]*

Donna A Curling

Jeffrey H.E. Schoenberg
1018 Winding Ridge Ct.
Dunwoody, GA 30338

February 5, 2018

Honorable Judge Amy Totenberg
Northern District of Georgia

Re: Civil Action 1:17-cv-2989-AT; Curling v. Kemp et al.
Plaintiff's letter in compliance with Order of Court granting withdraw of counsel

Submitted via Hand Delivery

Dear Madam,

As required by your recent order my contact information is as follows:

My telephone number is (404) 312-6929

My e-mail address is schoenbergjhe@gmail.com

My mailing address is:

Jeffrey H.E. Schoenberg
1018 Winding Ridge Court
Dunwoody, GA 30338

I continue to seek substitute counsel. I will file a more complete statement on that topic on or before February 22, 2018 in compliance with your Order.

Most sincerely,

Jeffrey H.E. Schoenberg

650 Pepperwood Lane<br>
Stone Mountain, Georgia 30087

February 1, 2018

The Honorable Judge Amy Totenberg
Northern District of Georgia

    **RE: Civil Action 1:17-cv-2989-AT; Curling v Kemp et al.**
    **Plaintiff's letter in compliance with Order of Court granting withdrawal of counsel**

    **Submitted via Hand Delivery**

Dear Honorable Judge Amy Totenberg:

As required by your recent order my contact information is as follows:

| | |
|---|---|
| My telephone # is: | 770-548-7990 |
| My email address is: | donnapricestudio@gmail.com |
| My mailing address is: | Donna Price |
| | 650 Pepperwood Lane |
| | Stone Mountain, GA 30087 |

I continue to seek substitute counsel. I will file a more complete statement on that topic on or before February 22, 2018 in compliance with your Order.

Sincerely,

*[signature]*

Donna Price