February 2, 2018



Clerk of the Court
75 Ted Turner Dr. SW
Room 2211
Atlanta, GA 30303

Subject: Curling v. Kemp, Case No. 1:17-cv-2989-AT

Dear Clerk of the Court:

We have been informed by Steptoe & Johnson LLP that we need to file with the Clerk of the Court a letter with our contact information and mailing address. Please find the information requested below.

William and Laura Digges
3478 Chastain Glen Lane NE
Marietta, GA 30066

Laura Digges
lmdigges@gmail.com
678-428-6315

William Digges
wdigges@gmail.com
678-429-3729

Sincerely,

Laura Digges
*Laura Digges*

William Digges
*William Digges*