



Making It Right

JOHN F. SALTER
John@BarnesLawGroup.com
Member of the State Bar of Georgia

February 16, 2018

**VIA CM/ECF FILING**
Courtroom Deputy for the Honorable Amy Totenberg
2388 Richard B. Russell
Federal Building and United States Courthouse
75 Ted Turner Drive, SW
Atlanta, GA 30303-3309

    Re:    **Curling, et al. v. Kemp, et al.**
            1:17-CV-02989-AT
            **United States District Court Northern District of Georgia**

Dear Courtroom Deputy Clerk:

    I am lead counsel for Secretary of State Brian Kemp and the State Election Board members in the above captioned litigation and wish to take a leave of absence for the dates of:

- **Vacation:** Monday, February 26, 2018-Tuesday, February 27, 2018;
- **Spring Break:** Monday April 2, 2018-Friday, April 6, 2018; and
- **Out of The Country:** Friday, July 6, 2018-Monday, July 23, 2018.

    Please let this communication serve as my respectful request, pursuant to Local Rule 83.1E(3), that the above-referenced case not be calendared during this period of absence.

    Should you have any questions or wish to discuss this matter, please do not hesitate to contact me.

                                           Respectfully yours,
                                           *John F. Salter*
                                           JOHN F. SALTER

JFS/lb
cc:    All Counsel Of Record via CM/ECF Filing