UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

DONNA CURLING, et al.,

    Plaintiffs,

BRIAN P. KEMP, et al.,

    Defendants.

CIVIL ACTION FILE

NO. 1:17-cv-2989-AT

## JUDGMENT

This action having come before the Court, the Honorable Amy Totenberg, United States District Judge,, it is

**Ordered and Adjudged** that the civil action be and the same hereby is **DISMISSED** pursuant to Local Rule 41.3A(2) for his refusal to obey a lawful Order of the Court.

Dated at Atlanta, Georgia, this 21st day of March, 2018.

JAMES N. HATTEN
CLERK OF COURT

By:   s/Jill Ayers
       Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
March 21, 2018
James N. Hatten
Clerk of Court

By:   s/Jill Ayers
       Deputy Clerk