## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| **DONNA CURLING, ET AL.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | **CIVIL ACTION** |
| **vs.** | ) | |
| | ) | **FILE NO. 1:17-cv-2989-AT** |
| **BRIAN KEMP, ET AL.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

### NOTICE OF ENTRY OF APPEARANCE

Cary Ichter and the law firm of Ichter Davis, LLC respectfully files and serves

this Notice of Entry Appearance, pursuant to LR 83.1(D), NDGA and hereby notifies

the Court and all other parties that they are appearing as counsel of record for

Plaintiffs Coalition for Good Governance ("Coalition"), William Digges III, Laura

Digges, and Ricardo Davis.

Dated:  April 2, 2018                            Respectfully submitted,

                                            */s/ Cary Ichter*
                                            CARY ICHTER
                                            Georgia Bar No. 382515
                                            cichter@ichterdavis.com

                                            **ICHTER DAVIS LLC**
                                            3340 Peachtree Road NE,

- 2 -

Suite 1530
Atlanta, Georgia 30326
Tel.: 404.869.7600
Fax: 404.869.7610

*Attorney for Coalition for Good Governance, William Digges III, Laura Digges, and Ricardo Davis*

## <u>CERTIFICATE OF COMPLIANCE</u>

I hereby certify that I have read the Court's Standing Order in cases Proceeding Before the Honorable Amy Totenberg and I will comply with its provisions during the pendency of this litigation.

/s/ Cary Ichter
CARY ICHTER
Georgia Bar No. 382515

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that I have this day caused the within and foregoing **"Notice of Entry of Appearance"** to be served upon all other parties in this action via electronic delivery using the Court's CM/ECF system as authorized by LR 5.0(A), which will automatically send notification of such filing to all attorneys of record.

*/s/ Cary Ichter*
CARY ICHTER
Georgia Bar No. 382515

*Attorney for Coalition for Good Governance, William Digge(Ds III, Laura Digges, and Ricardo Davis*