**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| COAKLEY PENDERGRASS; TRIANA ARNOLD JAMES; ELLIOTT HENNINGTON; ROBERT RICHARDS; JENS RUECKERT; and OJUAN GLAZE,<br><br>Plaintiffs,<br><br>v.<br><br>BRAD RAFFENSPERGER, in his official capacity as the Georgia Secretary of State; WILLIAM S. DUFFEY, JR., in his official capacity as chair of the State Election Board; MATTHEW MASHBURN, in his official capacity as a member of the State Election Board; SARA TINDALL GHAZAL, in her official capacity as a member of the State Election Board; EDWARD LINDSEY, in his official capacity as a member of the State Election Board; and JANICE W. JOHNSTON, in her official capacity as a member of the State Election Board,<br><br>Defendants. | CIVIL ACTION FILE NO. 1:21-CV-05339-SCJ |

## PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

Pursuant to Federal Rule of Civil Procedure 56, Plaintiffs COAKLEY

PENDERGRASS, TRIANA ARNOLD JAMES, ELLIOTT HENNINGTON,

ROBERT RICHARDS, JENS RUECKERT, and OJUAN GLAZE, for the reasons

1

set forth herein and in the memorandum of law filed concurrently with this motion, and as supported by the materials submitted therewith, respectfully move for an order granting summary judgment in Plaintiffs' favor.

Summary judgment is warranted because the evidence adduced by Plaintiffs proves that Georgia's enacted congressional map violates Section 2 of the Voting Rights Act of 1965, 52 U.S.C. § 10301, by failing to include an additional congressional district in which Black voters have the opportunity to elect their preferred candidates. Georgia has a Black population sufficiently large and geographically compact to create an additional majority-Black congressional district in the western Atlanta metropolitan area. The enacted congressional map limits the ability of Black Georgians in this area to elect their candidates of choice to Congress, thus diluting the voting strength of a politically cohesive minority group in violation of Section 2. *See Johnson v. De Grandy*, 512 U.S. 997, 1007 (1994).

Ultimately, there is no genuine dispute that Plaintiffs have satisfied the threshold preconditions established in *Thornburg v. Gingles*, 478 U.S. 30, 50–51 (1986), and that, considering the totality of circumstances, "the political processes leading to nomination or election in the State or political subdivision are not equally open to participation" by members of Georgia's Black community, 52 U.S.C. § 10301(b). Plaintiffs therefore request that the Court issue an order granting

summary judgment in their favor and requiring the adoption of a lawful congressional map in advance of the 2024 congressional elections.

Dated: March 20, 2023                          Respectfully submitted,

By: **Adam M. Sparks**                         Abha Khanna*
Joyce Gist Lewis                               Jonathan P. Hawley*
Georgia Bar No. 296261                         Makeba A.K. Rutahindurwa*
Adam M. Sparks                                 **ELIAS LAW GROUP LLP**
Georgia Bar No. 341578                         1700 Seventh Avenue,
**KREVOLIN & HORST, LLC**                      Suite 2100
One Atlantic Center                            Seattle, Washington 98101
1201 West Peachtree Street, NW,                Phone: (206) 656-0177
Suite 3250                                     Facsimile: (206) 656-0180
Atlanta, Georgia 30309                         Email: AKhanna@elias.law
Telephone: (404) 888-9700                      Email: JHawley@elias.law
Facsimile: (404) 888-9577                      Email: MRutahindurwa@elias.law
Email: JLewis@khlawfirm.com
Email: Sparks@khlawfirm.com                    Michael B. Jones
                                               Georgia Bar No. 721264
                                               **ELIAS LAW GROUP LLP**
                                               250 Massachusetts Avenue NW,
                                               Suite 400
                                               Washington, D.C. 20001
                                               Phone: (202) 968-4490
                                               Facsimile: (202) 968-4498
                                               Email: MJones@elias.law

                                               *Counsel for Plaintiffs*

                                               *Admitted pro hac vice

## CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing *Plaintiffs' Motion for Summary Judgment*

has been prepared in accordance with the font type and margin requirements of LR

5.1, NDGa, using font type of Times New Roman and a point size of 14.

Dated: March 20, 2023                    **Adam M. Sparks**
                                         *Counsel for Plaintiffs*


## CERTIFICATE OF SERVICE

I hereby certify that I have on this date caused to be electronically filed a copy

of the foregoing *Plaintiffs' Motion for Summary Judgment* with the Clerk of Court

using the CM/ECF system, which will automatically send e-mail notification of such

filing to counsel of record.

Dated: March 20, 2023                    **Adam M. Sparks**
                                         *Counsel for Plaintiffs*