# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, ET AL., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | CIVIL ACTION |
| vs. ) | |
| ) | FILE NO. 1:17-cv-2989-AT |
| BRIAN KEMP, ET AL., ) | |
| ) | |
| Defendants. ) | |

## MOTION FOR USE OF ELECTRONIC
## EQUIPMENT DURING MAY 1, 2018 CONFERENCE

Plaintiffs Coalition for Good Governance, William Digges III, Laura Digges, and Ricardo Davis (the "Coalition Plaintiffs") respectfully move for entry of an Order authorizing the use of electronic equipment, including laptop computers, tablet computers, mobile phones, computer mouse, chargers, and any necessary accessories and media, by their counsel in attendance at the Tuesday, May 1, 2018 status conference in the above-styled action. The Coalition Plaintiffs submit that good cause exists to grant this Motion, and request that this authorization for their attending counsel, Bruce Brown, Robert McGuire, Cary Ichter and William Ney, extend from 9:00 a.m. through completion of the hearing, at the Court's discretion.

WHEREFORE, the Coalition Plaintiffs respectfully request that this Court

- 2 -

enter an Order GRANTING this motion to bring the aforementioned electronic equipment into the courtroom for use during the May 1, 2018 hearing. A proposed Order is attached hereto as Exhibit A.

Dated:  April 30, 2018                     Respectfully submitted,

*/s/ William Brent Ney*
WILLIAM BRENT NEY
Georgia Bar No. 542519
Co-Attorney for Coalition
 for Good Governance

Address:

Ney Hoffecker Peacock & Hayle, LLC
One Midtown Plaza, Suite 1010
1360 Peachtree Street N.E.
Atlanta, Georgia 30309
404-842-7232 (Direct)
470-225-6646 (Fax)
william@nhphlaw.com

- 3 -

## CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing document has been prepared in accordance with the font type and margin requirements of LR 5.1, using font type of Times New Roman and a point size of 14.

Dated:  April 30, 2018                     Respectfully submitted,

*/s/ William Brent Ney*
WILLIAM BRENT NEY
Georgia Bar No. 542519
Co-Attorney for Coalition
 for Good Governance

Address:

Ney Hoffecker Peacock & Hayle, LLC
One Midtown Plaza, Suite 1010
1360 Peachtree Street N.E.
Atlanta, Georgia 30309
404-842-7232 (Direct)
470-225-6646 (Fax)
william@nhphlaw.com

## CERTIFICATE OF SERVICE

This to certify that I have this day caused the within and foregoing **"Motion for Use of Electronic Equipment During May 1, 2018 Conference"** to be served upon all other parties in this action using the PACER CM/ECF system which will automatically send email notification of such filing to all attorneys of record, as authorized by LR 5.0(A), NDGA.

Dated: April 30, 2018                    Respectfully submitted,

*/s/ William Brent Ney*
WILLIAM BRENT NEY
Georgia Bar No. 542519
*Co-Attorney for Plaintiffs Coalition for Good Governance, William Digges III, Laura Digges, and Ricardo Davis*

Address:

Ney Hoffecker Peacock & Hayle, LLC
One Midtown Plaza, Suite 1010
1360 Peachtree Street N.E.
Atlanta, Georgia 30309
404-842-7232 (Direct)
470-225-6646 (Fax)
william@nhphlaw.com