# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| DONA CURLING, ET AL.,       ) | |
| ) | |
| Plaintiffs,       ) | |
| ) | CIVIL ACTION |
| vs.       ) | |
| ) | FILE NO. 1:17-cv-2989-AT |
| BRIAN KEMP, ET AL.,       ) | |
| ) | |
| Defendants.       ) | |

## ORDER FOR USE OF ELECTRONIC EQUIPMENT DURING MAY 1, 2018 CONFERENCE

At the motion of Plaintiffs Coalition for Good Governance, Laura Digges, William Digges III, and Ricardo Davis ("Coalition Plaintiffs") in the above-styled action, it is hereby **ORDERED** that counsel for the Coalition Plaintiffs (Bruce Brown, Robert McGuire, Cary Ichter and William Ney) may bring and use laptop computers, tablet computers, mobile phones, mouse, chargers and any necessary accessories and media in conjunction with the hearing on Tuesday, May 1, 2018 before Judge Amy Totenberg, at the discretion of the Court.

Said equipment shall be subject to inspection. Proper identification will be required upon entering the security station on the Plaza or Lower Plaza Level.

- 2 -

**IT IS SO ORDERED** this ____ day of _____, 2018.

_____
HONORABLE AMY TOTENBERG,
JUDGE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

- 3 -

## CERTIFICATE OF SERVICE

This to certify that I have this day caused the within and foregoing proposed **"Order for Use of Electronic Equipment During May 1, 2018 Conference"** to be served upon all other parties in this action using the PACER CM/ECF system which will automatically send email notification of such filing to all attorneys of record, as authorized by LR 5.0(A), NDGA.

Dated: April 30, 2018                                Respectfully submitted,

*/s/ William Brent Ney*
WILLIAM BRENT NEY
Georgia Bar No. 542519
*Co-Attorney for Plaintiffs Coalition for Good Governance, William Digges III, Laura Digges, and Ricardo Davis*

Address:

Ney Hoffecker Peacock & Hayle, LLC
One Midtown Plaza, Suite 1010
1360 Peachtree Street N.E.
Atlanta, Georgia 30309
404-842-7232 (Direct)
470-225-6646 (Fax)
william@nhphlaw.com

- 3 -