IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **DONNA CURLING, ET AL.,** Plaintiffs, <br><br> v. <br><br> **BRIAN KEMP, ET AL.,** Defendants. | **Civil Action No. 1:17-CV-2989-AT** |

## NOTICE OF APPEARANCE OF JOHN P. CARLIN

To the Clerk of the Court and all parties of record:

      Please enter the appearance of John P. Carlin of Morrison & Foerster LLP as counsel of record for Plaintiffs Donna Curling, Donna Price and Jeffrey Schoenberg in the above-captioned case.

Dated: May 3, 2018

                                              Respectfully submitted,

                                              /s/ John P. Carlin
                                            John P. Carlin
                                            (*pro hac vice* application pending)
                                            David D. Cross
                                            (admitted *pro hac vice*)
                                            Jane P. Bentrott
                                            (admitted *pro hac vice*)
                                            MORRISON & FOERSTER LLP
                                            2000 Pennsylvania Avenue, NW
                                            Suite 6000
                                            Washington, DC 20006
                                            Telephone: (202) 887-1500
                                            JCarlin@mofo.com

DCross@mofo.com
JBentrott@mofo.com

Halsey G. Knapp, Jr.
GA Bar No. 425320
Adam M. Sparks
GA Bar No. 341578
KREVOLIN & HORST, LLC
1201 West Peachtree Street, NW
Suite 3250
Atlanta, GA 30309
Telephone: (404) 888-9700
HKnapp@khlawfirm.com
Sparks@khlawfirm.com

*Counsel for Plaintiffs Donna Curling,
Donna Price & Jeffrey Schoenberg*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **DONNA CURLING, ET AL.,**<br>Plaintiffs,<br><br>v.<br><br>**BRIAN KEMP, ET AL.,**<br>Defendants. | Civil Action No. 1:17-CV-2989-AT |

## CERTIFICATE OF COMPLIANCE

I hereby certify that I have read the Court's Standing Order in Cases Proceeding Before the Honorable Amy Totenberg and I will comply with its provisions during the pendency of this litigation.

Pursuant to LR 7.1(D), I further certify that the foregoing document has been prepared in accordance with the font type and margin requirements of LR 5.1, using font type of Times New Roman and a point size of 14.

                                                /s/ John P. Carlin
                                                John P. Carlin

### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | |
|---|---|
| **DONNA CURLING, ET AL.,**<br>Plaintiffs,<br><br>v.<br><br>**BRIAN KEMP, ET AL.,**<br>Defendants. | **Civil Action No. 1:17-CV-2989-AT** |

### **CERTIFICATE OF SERVICE**

I hereby certify that on May 3, 2018, a copy of the foregoing NOTICE OF APPEARANCE OF JOHN P. CARLIN was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to all attorneys of record.

      /s/ Halsey G. Knapp, Jr.
    Halsey G. Knapp, Jr.