IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, et al., | CIVIL ACTION FILE |
| Plaintiffs, | |
| v. | NO. 1:17-CV-02989-AT |
| BRIAN KEMP, et al., | |
| Defendants. | |

### ORDER FOR USE OF ELECTRONIC EQUIPMENT DURING MAY 10, 2018 CONFERENCE

At the motion of Defendants, Brian P. Kemp, David J. Worley, Rebecca N. Sullivan, Ralph F. "Rusty" Simpson, Seth Harp, & The State Election Board in the above-styled action, it is hereby **ORDERED** that counsel for the Defendants (Roy E. Barnes and John F. Salter) may bring and use a laptop computer, a mobile phone, and any necessary accessories and media in conjunction with the conference on Thursday, May 10, 2018 before and scheduled by Judge Amy Totenberg, at the discretion of the Court.

Said equipment shall be subject to inspection. Proper identification will be required upon entering the security station on the Plaza or Lower Plaza Level.

**IT IS SO ORDERED** this 10th day of May, 2018.

_____
THE HONORABLE AMY TOTENBERG
UNITED STATES DISTRICT COURT JUDGE