# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

**1:17-cv-02989-AT**
**Curling et al v. Kemp et al**
**Honorable Amy Totenberg**

---

Minute Sheet for proceedings held In Chambers on 05/09/2018.

TIME COURT COMMENCED: 4:04 P.M.
TIME COURT CONCLUDED: 5:28 P.M.   COURT REPORTER: Shannon Welch
TIME IN COURT: 1:24   DEPUTY CLERK: Amy McConochie
OFFICE LOCATION: Atlanta

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Roy Barnes representing State of Election Board |
| | Roy Barnes representing The State Election Board |
| | Roy Barnes representing Brian P. Kemp |
| | Roy Barnes representing David J. Worley |
| | Roy Barnes representing Ralph F. (Rusty) Simpson |
| | Roy Barnes representing Rebecca N. Sullivan |
| | Roy Barnes representing Seth Harp |
| | Bruce Brown representing Coalition for Good Governance |
| | Kaye Burwell representing The Fulton County Board of Registration and Elections |
| | Kaye Burwell representing Aaron Johnson |
| | Kaye Burwell representing David J. Burge |
| | Kaye Burwell representing Mark Wingate |
| | Kaye Burwell representing Mary Carole Cooney |
| | Kaye Burwell representing Richard Barron |
| | Kaye Burwell representing Stan Matarazzo |
| | Kaye Burwell representing Vernetta Nuriddin |
| | Catherine Chappell representing Donna Curling |
| | Catherine Chappell representing Donna Price |
| | Catherine Chappell representing Jeffrey Schoenberg |
| | David Cross representing Donna Curling |
| | David Cross representing Donna Price |
| | David Cross representing Jeffrey Schoenberg |
| | Cary Ichter representing Coalition for Good Governance |
| | Cary Ichter representing Laura Digges |
| | Cary Ichter representing Ricardo Davis |
| | Cary Ichter representing William Digges |
| | Laura Johnson representing The Dekalb County Board of Registrations and Elections |

|  |  |
|---|---|
|  | Halsey Knapp representing Donna Curling<br>Halsey Knapp representing Donna Price<br>Halsey Knapp representing Jeffrey Schoenberg<br>Robert McGuire representing Coalition for Good Governance<br>David Lowman representing Aaron Johnson<br>David Lowman representing David J. Burge<br>David Lowman representing Mark Wingate<br>David Lowman representing Mary Carole Cooney<br>David Lowman representing Richard Barron<br>David Lowman representing Stan Matarazzo<br>David Lowman representing Vernetta Nuriddin<br>Cheryl Ringer representing The Fulton County Board of Registration and Elections<br>Cheryl Ringer representing Aaron Johnson<br>Cheryl Ringer representing David J. Burge<br>Cheryl Ringer representing Mary Carole Cooney<br>Cheryl Ringer representing Richard Barron<br>Cheryl Ringer representing Stan Matarazzo<br>Cheryl Ringer representing Vernetta Nuriddin<br>John Salter representing The State Election Board<br>John Salter representing Brian P. Kemp<br>John Salter representing David J. Worley<br>John Salter representing Ralph F. (Rusty) Simpson<br>John Salter representing Rebecca N. Sullivan<br>John Salter representing Seth Harp<br>Grant Schnell representing Merle King<br>Daniel White representing The Cobb County Board of Elections and Registration<br>Daniel White representing Darryl O. Wilson<br>Daniel White representing Fred Aiken<br>Daniel White representing Janine Eveler<br>Daniel White representing Jessica Brooks<br>Daniel White representing Joe Pettit<br>Daniel White representing Phil Daniell |
| OTHER(S) PRESENT: | Marilyn Marks |
| PROCEEDING CATEGORY: | Telephone Conference(Other Proceeding Non-evidentiary); |
| MINUTE TEXT: | The Court heard from the parties on the status of the voting machines and the need to preserve evidence. A recess was had. The hearing resumed. The Court heard further from the parties, then indicated it would reserve a room at the courthouse for 3:30 PM on Tuesday, May 10 for the parties to meet. Defendant Merle King was excused from this meeting. The Court will then hold a hearing at 5:00 PM, if needed. Counsel for the state |

defendants was directed to send the Court the state law they referenced during the conference.