# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

### 1:17-cv-02989-AT
### Curling et al v. Kemp et al
### Honorable Amy Totenberg

---

Minute Sheet for proceedings held In Open Court on 05/10/2018.

TIME COURT COMMENCED: 6:23 P.M.
TIME COURT CONCLUDED: 6:46 P.M.　　COURT REPORTER: Shannon Welch
TIME IN COURT: 0:23　　　　　　　　DEPUTY CLERK: Amy McConochie
OFFICE LOCATION: Atlanta

ATTORNEY(S)　　Bruce Brown representing Coalition for Good Governance
PRESENT:　　　Catherine Chappell  representing Donna Curling
　　　　　　　Catherine Chappell representing Donna Price
　　　　　　　Catherine Chappell  representing Jeffrey Schoenberg
　　　　　　　Cary Ichter representing Coalition for Good Governance
　　　　　　　Cary Ichter representing Laura Digges
　　　　　　　Cary Ichter representing Ricardo Davis
　　　　　　　Cary Ichter representing William Digges
　　　　　　　Laura Johnson representing The Dekalb County Board of
　　　　　　　Registrations and Elections
　　　　　　　Halsey Knapp representing Donna Curling
　　　　　　　Halsey Knapp representing Donna Price
　　　　　　　Halsey Knapp representing Jeffrey Schoenberg
　　　　　　　Robert McGuire representing Coalition for Good Governance
　　　　　　　Cheryl Ringer representing The Fulton County Board of
　　　　　　　Registration and Elections
　　　　　　　Cheryl Ringer representing Aaron Johnson
　　　　　　　Cheryl Ringer representing David J. Burge
　　　　　　　Cheryl Ringer representing Mary Carole Cooney
　　　　　　　Cheryl Ringer representing Richard Barron
　　　　　　　Cheryl Ringer representing Stan Matarazzo
　　　　　　　Cheryl Ringer representing Vernetta Nuriddin
　　　　　　　John Salter representing The State Election Board
　　　　　　　John Salter representing Brian P. Kemp
　　　　　　　John Salter representing David J. Worley
　　　　　　　John Salter representing Ralph F. (Rusty) Simpson
　　　　　　　John Salter representing Rebecca N. Sullivan
　　　　　　　John Salter representing Seth Harp
　　　　　　　Grant Schnell representing Merle King

Daniel White representing The Cobb County Board of Elections
and Registration
Daniel White representing Darryl O. Wilson
Daniel White representing Fred Aiken
Daniel White representing Janine Eveler
Daniel White representing Jessica Brooks
Daniel White representing Joe Pettit
Daniel White representing Phil Daniell

OTHER(S)
PRESENT:          Marilyn Marks

PROCEEDING
CATEGORY:         Status Conference(Other Proceeding Non-evidentiary);

MINUTE TEXT:      The Court held a status conference on preservation issues.
Coalition Plaintiffs' Exhibit 1 admitted.  The Court approved the
general terms of the parties' agreement as the order of the Court.
The voting machines that are subject to the current litigation hold
will stay on hold and will not be used in the May 22 election.  By
Tuesday, May 15, the Coalition Plaintiffs shall respond to
Defendants' inquiry as to why the litigation hold include optical
scanning machines that are not DRE machines.  By Thursday,
May 17, the parties are to submit a joint proposed schedule to the
Court..