# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| **DONNA CURLING, ET AL.,** ) | |
| Plaintiff ) | 1:17-CV-2989-AT |
| v. ) | |
| **BRIAN KEMP, ET AL.,** ) | Appearing on behalf of: |
| Defendant ) | **DONNA CURLING, DONNA PRICE** |
| ) | **& JEFFREY SCHOENBERG** |
| ) | Plaintiffs |

### APPLICATION FOR ADMISSION PRO HAC VICE

  **Petitioner, Robert W. Manoso,** hereby requests permission to appear *pro hac vice* in the subject case filed in the Atlanta Division of the United States District Court for the Northern District of Georgia. **Petitioner** states under penalty of perjury that he is a member in good standing of the Federal Bar, and/or the highest Court of the State as listed below in this application. **Petitioner** states further that he is not eligible for admission under Local Rule 83.1A and that he does not reside or maintain an office for the practice of law in the State of Georgia. **Petitioner** states that he has provided all information requested on the subsequent pages of this application. **Petitioner** designates **Halsey G. Knapp, Jr.** as local counsel. His/her business address is provided below in the Consent of Designated Local Counsel section.

  This 14th day of May, 2018.

                                    ____/s/ Robert W. Manoso____
                                    Signature of Robert W. Manoso

## 1:17-CV-2989-AT

## COURTS TO WHICH PETITIONER IS ADMITTED

U.S. District Court for the Western District of North Carolina ; U.S. District Court for the District of Columbia ; District of Columbia Court of Appeals ; Supreme Court of North Carolina

## NDGA CASES IN WHICH APPLICANT HAS APPEARED

United States ex rel. Bibby v. Wells Fargo Bank, N.A., Case No. 1:06-cv-0547-AT

## PETITIONER INFORMATION

| | |
|---|---|
| **Name of Petitioner:** | Robert W. Manoso |
| **Residence Address:** | 1004 N. Larrimore Street |
| | Arlington, VA 22205 |
| **Business Address:** | Morrison & Foerster LLP |
| | 2000 Pennsylvania Ave, NW |
| | Washington, DC 20006 |
| **Business Phone:** | (202)887-1500 |
| **Email Address:** | RManoso@mofo.com |

## 1:17-CV-2989-AT

## CONSENT OF DESIGNATED LOCAL COUNSEL

I, **Halsey G. Knapp, Jr.**, designated local counsel for the subject case, agree to readily communicate with opposing counsel and the Court regarding the conduct of this case and accept papers when served and recognize my responsibility and full authority to act for and on behalf of the client in all proceedings related to this case, including hearings, pretrial conferences and trials, should the **Petitioner** fail to respond to any Court order for appearance or otherwise.

This 14th day of May, 2018.

| 425320 |    /s/ Halsey G. Knapp, Jr. |
|---|---|
| GA Bar Number | Signature of Halsey G. Knapp, Jr. |

(404)888-9700  
Business Telephone

Halsey G. Knapp, Jr.  
Krevolin & Horst LLC  
1201 West Peachtree Street, NW  
Suite 3250  
Atlanta, GA 30309

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA

| | | |
|---|---|---|
| **DONNA CURLING, ET AL.,** | ) | |
|     **Plaintiff** | ) | 1:17-CV-2989-AT |
| v. | ) | |
| **BRIAN KEMP, ET AL.,** | ) | |
|     **Defendant** | ) | |

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.1B for admission pro hac vice have been satisfied, **the request of Petitioner Robert W. Manoso** to appear pro hac vice in the United States District Court, Northern District of Georgia in the subject case is **GRANTED**.

This _____ day of _____, 20\_\_\_.

_____
UNITED STATES DISTRICT JUDGE