# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **DONNA CURLING, ET AL.,** Plaintiffs, v. **BRIAN KEMP, ET AL.,** Defendants. | Civil Action No. 1:17-CV-2989-AT |

## NOTICE OF APPEARANCE OF ROBERT W. MANOSO

To the Clerk of the Court and all parties of record:

Please enter the appearance of Robert W. Manoso of Morrison & Foerster LLP as counsel of record for Plaintiffs Donna Curling, Donna Price and Jeffrey Schoenberg in the above-captioned case.

Dated:  June 13, 2018

Respectfully submitted,

 /s/ Robert W. Manoso
David D. Cross
(admitted *pro hac vice*)
Jane P. Bentrott
(admitted *pro hac vice*)
John P. Carlin
(admitted *pro hac vice*)
Catherine L. Chapple
(admitted *pro hac vice*)
Robert W. Manoso
(admitted *pro hac vice*)

KH489973.DOCX

MORRISON & FOERSTER LLP
2000 Pennsylvania Avenue, NW
Suite 6000
Washington, DC 20006
Telephone: (202) 887-1500
CChapple@mofo.com
JCarlin@mofo.com
DCross@mofo.com
JBentrott@mofo.com
RManoso@mofo.com

Halsey G. Knapp, Jr.
GA Bar No. 425320
Adam M. Sparks
GA Bar No. 341578
KREVOLIN & HORST, LLC
1201 West Peachtree Street, NW
Suite 3250
Atlanta, GA 30309
Telephone: (404) 888-9700
HKnapp@khlawfirm.com
Sparks@khlawfirm.com

*Counsel for Plaintiffs Donna Curling,
Donna Price & Jeffrey Schoenberg*

KH489973.DOCX

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **DONNA CURLING, ET AL.,**<br>**Plaintiffs,**<br><br>v.<br><br>**BRIAN KEMP, ET AL.,**<br>**Defendants.** | **Civil Action No. 1:17-CV-2989-AT** |

## CERTIFICATE OF COMPLIANCE

I hereby certify that I have read the Court's Standing Order in Cases Proceeding Before the Honorable Amy Totenberg and I will comply with its provisions during the pendency of this litigation.

Pursuant to LR 7.1(D), I further certify that the foregoing document has been prepared in accordance with the font type and margin requirements of LR 5.1, using font type of Times New Roman and a point size of 14.

                                             /s/ Robert W. Manoso
                                             Robert W. Manoso

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **DONNA CURLING, ET AL.,** Plaintiffs, v. **BRIAN KEMP, ET AL.,** Defendants. | **Civil Action No. 1:17-CV-2989-AT** |

## CERTIFICATE OF SERVICE

I hereby certify that on June 13, 2018, a copy of the foregoing NOTICE OF APPEARANCE OF ROBERT W. MANOSO was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to all attorneys of record.

    /s/ Halsey G. Knapp, Jr.
Halsey G. Knapp, Jr.

KH489973.DOCX