IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, *et al.*, : | |
| Plaintiffs, : | |
| v. : | CIVIL ACTION NO. 1:17-CV-2989-AT |
| BRIAN KEMP, *et al.*, : | |
| Defendants. : | |

# **ORDER**

This matter is before the Court on the Coalition Plaintiffs'[1] Motion for Leave to File Third Amended Complaint [Doc. 160].

The Court finds that the Coalition Plaintiffs' proposed amendment of the Second Amended Complaint is appropriate under Federal Rule of Civil Procedure 15(a)(2). Therefore, the Court **GRANTS** the Coalition Plaintiffs' Motion [Doc. 160]. The Third Amended Complaint is deemed filed as of the date of this Order. The Court **ORDERS** the Curling Plaintiffs and Defendants to confer and submit a proposed schedule regarding Defendants' responses to the Third Amended Complaint and any subsequent briefing no later than June 20, 2018.

---

[1] Coalition for Good Governance, Laura Digges, William Digges III, and Ricardo Davis.

In their Third Amended Complaint, the Coalition Plaintiffs voluntarily dismiss without prejudice all claims against the following Defendants via amendment:

- Maxine Daniels, Director of the DeKalb County Board of Registrations and Elections;

- Michael P. Coveny, Anthony Lewis, Leona Perry, Samuel E. Tillman, and Baoky N. Vu ("Members of the DeKalb County Board of Registrations and Elections");

- DeKalb County Board of Registrations and Elections;

- Janine Eveler, Director of the Cobb County Board of Elections and Registration;

- Phil Daniell, Fred Aiken, Joe Pettit, Jessica Brooks, and Darryl O. Wilson ("Members of the Cobb County Board of Elections and Registration");

- Cobb County Board of Elections and Registration; and

- Merle King, Executive Director of the Center for Election Systems at Kennesaw State University.

Similarly, in their Stipulated Dismissal (Doc. 223), the Curling Plaintiffs dismiss without prejudice all claims against these same Defendants via stipulation with these Defendants. Accordingly, the Court **DIRECTS** the Clerk to terminate the Defendants in the bulleted list above.

3

**IT IS SO ORDERED** this 13th day of June, 2018.

_____
**Amy Totenberg**
**United States District Judge**