*Curling, et al. v. Kemp, et al.*

# **EXHIBIT B**

Table

20180613 schedule proposed by coalition plaintiffs.docx

**Schedule Proposed by Coalition Plaintiffs:**

| Date | Mots. to Dismiss ("MTDs") | Expedited Discovery | Mot. Prelim. Inj. ("MPI") |
|---|---|---|---|
| Weds., June 13 | Coalition Pls.' TAC docketed. | | |
| Friday., June 22 3 p.m. Eastern | Defs. serve a **Joint Notice of Intent** indicating whether any intends to raise a Rule 11(b)(1)-compliant, non-frivolous sovereign-immunity defense to Coalition Pls.'s TAC (or to Curling Pls.' SAC in light of Curling Pls.' consent to Rule 12 dismissals of certain claims per Defs.' pending motions to dismiss.) | *Expedited discovery* opens, unless intent to raise a Rule 11(b)(1)-compliant, non-frivolous sovereign-immunity defense is noticed.<br>• **Rules 31, 33, 34, 36 & 45:** Objections due in 7 days instead of 30, responses due in 14 days instead of 30.<br>• Remotely conducted depositions allowed at request of noticing party (without prejudice to the right of any other party to participate in person at any such deposition).<br>• **Rule 30(b)(6):** Topic objections due in 7 days. | |
| Mon., June 25 | MTDs due. | | |
| Weds., June 27 | | Rule 26(a)(1) initial disclosures due from both sides. | |

Page 1

20180613 schedule proposed by coalition plaintiffs.docx

| Date | Mots. to Dismiss ("MTDs") | Expedited Discovery | Mot. Prelim. Inj. ("MPI") |
|---|---|---|---|
| Mon., July 9 | Consolidated Response by Coalition Pls. to MTDs due. | | |
| Mon., July 16 | (Optional) Replies in support of each MTD due from Defs. | | |
| Mon.–Fri., July 16–20 | | Depositions to occur. | |
| Mon., July 23 | | | Pls.' respective MPIs aimed at November 2018 election due. |
| Mon.–Fri., July 23–27 | | Depositions to occur. | |
| Mon–Fri, July 30–Aug 3 | | Depositions to occur. | |
| Mon., Aug. 6 | | | Defs.' Consolidated Response to each MPI due. |

Page 2

20180613 schedule proposed by coalition plaintiffs.docx

| Date | Mots. to Dismiss ("MTDs") | Expedited Discovery | Mot. Prelim. Inj. ("MPI") |
|---|---|---|---|
| Friday, Aug 10 | | | (Optional) Pls.' respective replies in support of each MPI due. |
| At Court's availability in August | | | MPI Hearing (3–5 days) |
| Friday, Sept 14 *[30 days before early voting starts]* | | | Target deadline for implementation of Preliminary Injunction, if MPI granted. |
| Monday, Oct 15 *[Early voting starts in small number of locations]* | | | |
| Tuesday, Nov. 6 *[Election Day]* | | | |