IN THE UNITED STATES DISTRICT COURT
FOR THE NOTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, et al.,            )<br>                                                    )<br>         Plaintiffs,                         )<br>                                                    )<br>v.                                               )<br>                                                    )<br>BRIAN KEMP, et al.,                 )<br>                                                    )<br>         Defendants.                    )  | Civil Action No.<br>1:17cv02989-AT |

## NOTICE OF APPEARANCE

Jon L. Schwartz respectfully files this Notice of Appearance as counsel for *Amici Curiae* Common Cause, National Election Defense Coalition, and Protect Democracy.

s/ Jon L. Schwartz

JON L. SCHWARTZ (Ga. Bar No. 631038)
Jon L. Schwartz, Attorney at Law, P.C.
1170 Peachtree St., N.E., Suite 1200
Atlanta, Georgia 30309
Tel. (404) 667-3047
Fax (404) 529-4587
Attorney for *Amici Curiae* Common Cause,
National Election Defense Coalition, and
Protect Democracy

## CERTIFICATE OF SERVICE

I certify that I have this 17th day of July, 2018, served the foregoing *Notice of Appearance* upon all counsel of record by way of the Court's electronic case filing (ECF) system.


s/ Jon L. Schwartz

JON L. SCHWARTZ (Ga. Bar No. 631038)
Jon L. Schwartz, Attorney at Law, P.C.
1170 Peachtree St., N.E., Suite 1200
Atlanta, Georgia 30309
Tel. (404) 667-3047
Fax (404) 529-4587