UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| **DONNA CURLING, ET AL.,** ) | |
| **Plaintiff** ) | 1:17-CV-02989-AT |
| v. ) | |
| **BRIAN KEMP, ET AL.,** ) | Appearing on behalf of: |
| ) | COMMON CAUSE, NEDC, |
| **Defendant** ) | PROTECT DEMOCRACY |
| ) | Amici Curiae |

## APPLICATION FOR ADMISSION PRO HAC VICE

**Petitioner, Stacey M. Leyton,** hereby requests permission to appear *pro hac vice* in the subject case filed in the Atlanta Division of the United States District Court for the Northern District of Georgia. **Petitioner** states under penalty of perjury that she is a member in good standing of the Federal Bar, and/or the highest Court of the State as listed below in this application. **Petitioner** states further that she is not eligible for admission under Local Rule 83.1A and that she does not reside or maintain an office for the practice of law in the State of Georgia. **Petitioner** states that she has provided all information requested on the subsequent pages of this application. **Petitioner** designates **Jon L. Schwartz** as local counsel. His/her business address is provided below in the Consent of Designated Local Counsel section.

This 17th day of July, 2018.

\_\_\_/s/ Stacey M. Leyton\_\_

Signature of Stacey M. Leyton

**1:17-CV-02989-AT**

### COURTS TO WHICH PETITIONER IS ADMITTED

All California State Courts ; All Washington State Court ; All Arizona State Courts (inactive) ; United States Supreme Court ; United States Court of Appeals for the Ninth Circuit ; United States Court of Appeals for the Sixth Circuit ; United States District Court for the Northern District of California ; United States District Court for the Central District of California ; United States District Court for the Eastern District of California ; United States District Court for the Southern District of California ; United States District Court for the District of Colorado

### NDGA CASES IN WHICH APPLICANT HAS APPEARED

**Attorney has not previously appeared in any cases in the Northern District of Georgia.**

### PETITIONER INFORMATION

| | |
|---|---|
| **Name of Petitioner:** | Stacey M. Leyton |
| **Residence Address:** | [redacted] |
| | San Francisco, CA [redacted] |
| **Business Address:** | Altshuler Berzon LLP |
| | 177 Post Street, Suite 300 |
| | San Francisco, CA 94108 |
| **Business Phone:** | (415)421-7151 |
| **Email Address:** | sleyton@altber.com |

**1:17-CV-02989-AT**

## CONSENT OF DESIGNATED LOCAL COUNSEL

I, **Jon L. Schwartz**, designated local counsel for the subject case, agree to readily communicate with opposing counsel and the Court regarding the conduct of this case and accept papers when served and recognize my responsibility and full authority to act for and on behalf of the client in all proceedings related to this case, including hearings, pretrial conferences and trials, should the **Petitioner** fail to respond to any Court order for appearance or otherwise.

This 17th day of July, 2018.

| | |
|---|---|
| 631038 | ___ /s/ Jon L. Schwartz__ |
| GA Bar Number | Signature of Jon L. Schwartz |
| | |
| | Jon L. Schwartz |
| (404)667-3047 | John L. Schwartz, Attorney at Law, P.C. |
| Business Telephone | 1170 Peachtree St., N.E., Suite 1200 |
| | Atlanta, GA 30309 |

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| **DONNA CURLING, ET AL.,** ) | |
|     **Plaintiff** ) | 1:17-CV-02989-AT |
| **v.** ) | |
| **BRIAN KEMP, ET AL.,** ) | |
|     **Defendant** ) | |

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.1B for admission pro hac vice have been satisfied, **the request of Petitioner Stacey M. Leyton** to appear pro hac vice in the United States District Court, Northern District of Georgia in the subject case is **GRANTED**.

This _____ day of _____, 20___.

_____
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I certify that I have this 17th day of July, 2018, served the foregoing Application for Admission Pro Hac Vice upon all counsel of record by way of the Court's electronic case filing (ECF) system.


s/ Jon L. Schwartz

JON L. SCHWARTZ (Ga. Bar No. 631038)
Jon L. Schwartz, Attorney at Law, P.C.
1170 Peachtree St., N.E., Suite 1200
Atlanta, Georgia 30309
Tel. (404) 667-3047
Fax (404) 529-4587