# Exhibit A

| | |
|---|---|
| **From:** | Bryan Tyson |
| **To:** | Mike Jones; Bryan Jacoutot; Frank Strickland; Diane LaRoss; Don Boyle; Dan Weigel; Rashmi Ahuja; Valarie Lawrence |
| **Cc:** | Sophia Lakin; Abha Khanna; Makeba Rutahindurwa; Joyce Gist Lewis; Adam M. Sparks; Ari Savitzky; External - Alex Miller; Rahul Garabadu; External - Denise Tsai; Ed Williams; Ming Cheung |
| **Subject:** | RE: GA Redistricting - PI Record, Witness Lists, and Trial Presentations |
| **Date:** | Thursday, August 24, 2023 3:13:37 PM |

Mike,

Thanks for this message and ideas. We've discussed with our team and provide the following responses:

1. Regarding the preliminary injunction record, we do not agree with an exchange of sections of the PI record and objections as you've outlined. We do not object to reliance on the expert *voir dire* from the preliminary injunction proceeding for those experts who testified, but otherwise understand Judge Jones wants us to present our evidence at trial and we agree with that approach.
2. Regarding Senator Carter's testimony, we understand he has a busy schedule, but do not agree to stipulate to the inclusion of his testimony from the PI hearing in the trial record in its entirety.
3. Regarding fact witness testimony applying to multiple factors, we do not consent, in part because we do not believe this aligns with what Judge Jones discussed with us on the phone yesterday. We are happy to discuss ways to reduce duplicative testimony, but do not support this approach as outlined.
4. Regarding witness lists, we are fine with parties updating any witnesses from "may call" to "will call" to the extent they have made a decision at this point but do not see a need to bring forward the deadline to make that decision nor to identify topics about which each witness will testify.
5. We agree that we should each identify the witnesses and witness order for the next day by the evening of each trial day and believe this also conforms to what Judge Jones instructed at the pretrial conference. We do not agree to an advance exchange of demonstratives the evening before a trial day.

Hope that answers your questions and we look forward to seeing you soon.

Thanks,

Bryan



**Bryan P. Tyson**
**Taylor English Duma LLP** | 1600 Parkwood Circle, Suite 200, Atlanta, GA 30339
P: 678.336.7249  | M: 404.219.3160 | btyson@taylorenglish.com
Website | LinkedIn | Twitter

**Ask Me About Our TED Tenet of the Week: Invest in Relationships.**

Click here to learn more about our TED Tenets.

This communication (together with all attachments) may contain privileged or confidential information, and its sender reserves and asserts all rights that may apply to it. If you are not the intended recipient or believe that you have received this communication in error, please do not print, copy, retransmit, disseminate or otherwise use the information. Also, please indicate to the sender that you have received this communication in error and delete the copy you received. If you have not executed an engagement letter with this firm, we do not represent you as your attorney and no duties are intended or created by this communication. Most legal rights have time limits, and this e-mail does not constitute advice on the application of limitation periods unless otherwise so expressly stated.

**From:** Mike Jones <mjones@elias.law>
**Sent:** Thursday, August 24, 2023 10:45 AM
**To:** Bryan Tyson <btyson@taylorenglish.com>; Bryan Jacoutot <bjacoutot@taylorenglish.com>; Frank Strickland <fstrickland@taylorenglish.com>; Diane LaRoss <dlaross@taylorenglish.com>; Don Boyle <dboyle@taylorenglish.com>; Dan Weigel <dweigel@taylorenglish.com>; Rashmi Ahuja <rahuja@taylorenglish.com>; Valarie Lawrence <vlawrence@taylorenglish.com>
**Cc:** Sophia Lakin <slakin@aclu.org>; Abha Khanna <akhanna@elias.law>; Makeba Rutahindurwa <mrutahindurwa@elias.law>; Joyce Gist Lewis <jlewis@khlawfirm.com>; Adam M. Sparks

<sparks@khlawfirm.com>; Ari Savitzky <asavitzky@aclu.org>; External - Alex Miller <alex.miller@wilmerhale.com>; Rahul Garabadu <RGarabadu@acluga.org>; External - Denise Tsai <denise.tsai@wilmerhale.com>; Ed Williams <ed.williams@wilmerhale.com>; Ming Cheung <MCheung@aclu.org>
**Subject:** GA Redistricting - PI Record, Witness Lists, and Trial Presentations

Hi Bryan,

Following up on the pretrial conference and the logistics hearing earlier this week, I'm writing on behalf of the Pendergrass, Grant, and Alpha Phi Alpha Plaintiffs to offer a few proposals for incorporating portions of the PI record in the trial record, cleaning up our witness lists, and clarifying our trial presentations. Can your team review and let us know if you find these ideas agreeable? We're happy to schedule a call to discuss if that's easier.

1. We'd like to propose that on Monday, the parties exchange designations of the portions of the PI record that they'd like to include in the trial record, with objections to those designations due Wednesday. We don't intend to ask the Court to rule on these objections; the goal would be to identify the portions of the PI record that the parties agree upon.

2. Relatedly, will Defendants stipulate to incorporating the testimony of former Senator Jason Carter into the trial record in its entirety? Senator Carter is largely unavailable during the first week of trial due to competing commitments.

3. We'd also like to prepare a joint submission clarifying that when a fact witness's testimony applies to multiple factors (e.g., Gingles 1 and the Senate factors), we will call them once in order to streamline the proceedings and reduce duplicative testimony. The submission would also state that Dr. Handley will testify only once despite the fact that her testimony will cover Gingles 2, Gingles 3, and the Senate factors.

4. We also propose that the parties amend their witness lists to indicate whether any may call witnesses will be updated to will or will not calls and to identify the topics that each witness will testify about.

5. We propose that at the end of each day, the parties identify the witnesses who they plan to call the next day and the order of those witnesses (6:00 PM) and exchange the demonstratives that they plan to use the next day (9:00 PM).

Best wishes,
Mike

**Mike Jones**
Elias Law Group LLP
250 Mass. Ave NW, Suite 400
Washington, DC 20001
(202) 985-1752
mjones@elias.law

CONFIDENTIAL: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.