# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| ALPHA PHI ALPHA FRATERNITY INC. et al., <br><br> Plaintiffs, <br><br> v. <br><br> BRAD RAFFENSPERGER, in his official capacity as Secretary of State of Georgia, <br><br> Defendant. | CIVIL ACTION FILE <br> NO. 1:21-CV-5337-SCJ |
| COAKLEY PENDERGRASS et al., <br><br> Plaintiffs, <br><br> v. <br><br> BRAD RAFFENSPERGER, in his official capacity as the Georgia Secretary of State, et al., <br><br> Defendants. | CIVIL ACTION FILE <br> NO. 1:21-CV-5339-SCJ |
| ANNIE LOIS GRANT et al., <br><br> Plaintiffs, <br><br> v. <br><br> BRAD RAFFENSPERGER, in his official capacity as the Georgia Secretary of State, et al., <br><br> Defendants. | CIVIL ACTION FILE <br> NO. 1:22-CV-122-SCJ |

# [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR CLARIFICATION REGARDING TRIAL LOGISTICS

At the motions of the *Alpha Phi Alpha* Plaintiffs, the *Pendergrass* Plaintiffs, and the *Grant* Plaintiffs in the above-styled actions, and for good cause shown, it is hereby **ORDERED** that:

- Witnesses whose testimony is applicable both to one or more *Gingles* preconditions and to one or more Senate Factors will be required to testify on only one occasion.

- Plaintiffs may call fact witnesses out of order and after all of Plaintiffs' expert witnesses if they are unavailable to testify on the day in which the Court hears evidence on the element(s) to which the witness's testimony applies.

- The parties may designate cross-examination testimony that is relevant to multiple cases into evidence in any case in which the testimony is relevant.

- The parties must exchange the demonstratives that they plan to use the following day no later than 9:00 p.m. on the preceding day.

- Plaintiffs are permitted to present their witnesses in the order proposed in their motion for clarification.

- Defendants must provide Plaintiffs with the order in which they plan to call their witnesses no later than 9:00 PM on Wednesday, September 7, 2023.

- Defendants, like Plaintiffs, must identify the *Gingles* preconditions and/or Senate Factors that each witness's testimony will address before beginning each direct examination.

**IT IS SO ORDERED** this __ day of September, 2023.

                                        THE HONORABLE STEVE C. JONES
                                        UNITED STATES DISTRICT COURT JUDGE