# IN THE UNITED STATES DISTRICT COURT
# FOR THE NOTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, et al., ) | |
| ) | |
| Plaintiffs, ) | Civil Action No. |
| ) | 1:17-cv-02989-AT |
| v. ) | |
| ) | |
| BRIAN KEMP, et al., ) | |
| ) | |
| Defendants. ) | |

## *AMICUS CURIAE* APPEARANCE

Common Cause, National Election Defense Coalition, and Protect Democracy hereby file an appearance as *Amicus Curiae*.

Date: July 18, 2018            Respectfully submitted,

By: s/ Jon L. Schwartz

JON L. SCHWARTZ (Ga. Bar no. 631038)
Jon L. Schwartz, Attorney at Law, P.C.
1170 Peachtree St., N.E., Suite 1200
Atlanta, Georgia 30309
Tel. (404) 667-3047
Fax (404) 529-4587

STEPHEN P. BERZON
(*pro hac vice* pending)
STACEY M. LEYTON
(*pro hac vice* pending)
MATTHEW J. MURRAY
(*pro hac vice* pending)

Altshuler Berzon LLP
177 Post Street, Suite 300
San Francisco, California 947108
Tel. (415) 421-7151
Fax (415) 362-8064

Attorneys for *Amici Curiae* Common Cause, National Election Defense Coalition, and Protect Democracy

## CERTIFICATE OF SERVICE

I certify that I have this 18th day of July, 2018, served the foregoing *Amicus Curiae Appearance* upon all counsel of record by way of the Court's electronic case filing (ECF) system.


s/ Jon L. Schwartz

JON L. SCHWARTZ (Ga. Bar No. 631038)
Jon L. Schwartz, Attorney at Law, P.C.
1170 Peachtree St., N.E., Suite 1200
Atlanta, Georgia 30309
Tel. (404) 667-3047
Fax (404) 529-4587