```
Nathan Ochsner, US Dist Clk      James N Hatten, US Dist Clk    Aug 28 23
515 Rusk St                      75-2211 Ted Turner Dr SW
Houston TX 77002                 Atlanta GA 30303
713 250 5500                     404 215 1660
```

LIMITED VOTING MAY COME SOON     HAVE THE PRIMARY CONTENDERS CONTEND!

TRIAL SEP 5 23 ndga PENDERGRASS v RAFFENSPERGER 1:21cv5339 SCJ 404 215 1660

"The only way out from this TWO PARTY DOOM LOOP is to scrap the Single-mem

district electoral system!" PSQ Vol 136 #4 2022 www.psqonline.org

ACAD POL SCI    aps@psqonline.org    212 870 2500 FAX 2202

99+ docket entries Veasey v Abbott 2:13cv193 Corpus are from me, int party pro s

Many ask for a 2nd ballot.    I suggest a 124, not 150 seat TX House!

```
MO 4 House seat Sen dists:               136       163      MO
MS 2               (or pair House)       104       122      MS
VA 2                                      80       100      VA
SC 2                                      92       124      SC
AR 3                                     105       100      AR
KY 2 or 3                            76 or 114    100      KY
KS 3                                     120       125      KS
TN 3                                      99    keep 99     TN
OH 3                                      99        99      OH
WI 3                                      99        99      WI
AL 3                                     105       105      AL
LA 3                                      35    not 39      LA Senate!
```

Many GA House members share a Room & Phone #.  168      180      GA House!
Please Phone some at 404 656 0109 0116 0126 0152 0178 0188 0202 0213!

GA BAR 104 Marietta NW Atlanta 800 334 6865     30303 404 527 8700 FAX 8717
       Sec State Raffensperger 206-214 Wash SW 30334 844 753 7825 656 0513

TX BAR 1414 Colorado Austin 800 214 2222       78701 512 427 1463      4100
       PRES Cindy Tisdale 220 W Pearl Granbury 76048 817 573 6433      6542
       Sec State John Scott BX 12887 Austin    78711 512 483 5770 475 2761

MS BAR 643 N State Jackson                     39202 601 948 4471 355 8635
       PRES Blake Teller 1201 Cherry Vicksburg 39183 601 636 6565 631 0114
       P ELECT Mitchell 1062 Highland Col Pkwy Ridgeland 39157 601 948 5711 985 4500
       Sec State Watson 401 Miss Jackson       39201 601 359 1350      1499
       US Dist Clk Johnston 501 E Court Jackson 39201 601 608 4000

VA BAR 1111-700 E Main Richmond                23219 804 775 0500      0501
       Sec State Thomasson 1111 E Broad Richmon 23218 804 786 2441 371 0017
       US Dist Clk Galindo 600 Granby Norfolk  23510 757 222 7205

KY BAR 514 W Main Frankfort                    40601 502 564 3795      3225
       PRES Schrock 201 Broadway Paducah       42001 270 443 6511      6548
       Sec State Adams 700-152 Capital Ave     40601 502 564 3490      5687
       Spkr Osborne 702-332 Cap Ave            40601 502 564 4334 223 5094
       US Dist Clk Carr 101-206 Barr Lexington 40507 859 233 2503      2470

Please Mail me a Date-Stamped copy:     Robert M Allensworth B14522
                                        Ina IL 62846    251 N IL 37

United States Courts
Southern District of Texas
FILED
AUG 31 2023
Nathan Ochsner, Clerk of Court

DO SYMBOL NO. 00004619
CLERK, U.S. DISTRICT COURT
Pay to the order of any
Federal Reserve Bank, Branch
or General Depository for
credit to the United States
Treasury

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta
SEP 05 2023
KEVIN P. WEIMER, Clerk
By: [signature] Deputy Clerk

CLERK
**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF TEXAS
POST OFFICE BOX 61010
HOUSTON, TEXAS 77208

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300



US POSTAGE PITNEY BOWES
ZIP 77002 $ 000.63
02 1W
0001374615 AUG 31 2023

U.S.D.C.
75 Ted Turner Dr, SW
Atlanta, GA 30303-3309

CLEARED DATE
SEP 05 2023
U.S. Marshals Service
Atlanta, GA

3030343308 C039

R Allensworth B14522
251 N IL 37
Ina IL 62846

THIS CORRESPONDENCE
IS FROM AN INMATE OF IDOC

SAINT LOUIS MO 630
28 AUG 2023 PM 2

United States Courts
Southern District of Texas
FILED
AUG 31 2023
Nathan Ochsner, Clerk of Court

Nathan Ochsner
515 Rusk St
Houston TX 77002

77002-260099