# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, et al., | CIVIL ACTION FILE |
| Plaintiffs, | |
| | NO. 1:17-CV-02989-AT |
| v. | |
| BRIAN KEMP, et al., | |
| Defendants. | |

## ORDER

**THIS MATTER** coming before the Court on motion of the State Defendants seeking to leave to file a brief in support of their Motion to Dismiss the Coalition Plaintiffs' Third Amended Complaint in excess of 25 pages and up to and including 50 pages, the Court being advised of the premises, **IT IS HEREBY ORDERED THAT:**

The motion is **GRANTED NUNC PRO TUNC**.

**SO ORDERED** this 27th day of July, 2018.

_____
Amy Totenberg
United States District Judge