IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, *et al.*, : | |
| Plaintiffs, : | |
| v. : | CIVIL ACTION NO. 1:17-CV-2989-AT |
| BRIAN KEMP, *et al.*, : | |
| Defendants. : | |

## **ORDER**

This matter is before the Court on a Motion for Leave to File *Amicus Curiae* Brief [Doc. 246] in support of Plaintiffs. *Amici* identify themselves as Common Cause, the National Election Defense Coalition, and Protect Democracy.

The Court hereby **GRANTS** the Motion and deems the Amicus Curiae Brief (Doc. 246-1) filed as of the date of this Order.

**IT IS SO ORDERED** this 27th day of July, 2018.

_____
**Amy Totenberg**
**United States District Judge**