IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, ET AL.,<br>Plaintiffs,<br><br>v.<br><br>BRIAN KEMP, ET AL.,<br>Defendants. | Civil Action No. 1:17-CV-2989-AT |

**[PROPOSED] ORDER GRANTING
COALITION PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

This matter is before the Court on the Motion for Preliminary Injunction of Plaintiffs Coalition for Good Governance, William Digges III, Laura Digges, Megan Missett, and Ricardo Davis (the "Coalition Plaintiffs").

Upon considering the motion and supporting authorities, the response from the Defendants, and the evidence and pleadings of record, the Court finds that Plaintiffs are likely to succeed on the merits of their claims, that they will be irreparably harmed if this motion is not granted, that the balance of equities tip in Plaintiffs' favor, and that an injunction is in the public interest. *See Winter v. Nat. Res. Def. Council, Inc.,* 555 U.S. 7, 20 (2008).   The Court accordingly GRANTS the motion and issues the relief set forth below.

THEREFORE, Defendants are HEREBY:

1. Enjoined from conducting the November 2018 general election and the related December 2018 runoff election through the use of direct recording electronic (DRE) voting units for in-person voting;

2. Enjoined to conduct both such elections using paper ballots;

3. Provided, however, that Defendants shall make available at each polling place at least one voting system equipped for individuals with disabilities that produces a permanent paper record, *see* 52 U.S.C. § 21081(a)(2)(B) and § 21081(a)(3)(B), which may not be a paperless DRE voting unit unless no other equipment equipped for individuals with disabilities is reasonably available that satisfies the requirement to have a manual audit capacity.

4. IT IS FURTHER ORDERED that the Defendant State Election Board Members shall promulgate rules requiring and specifying appropriate procedures for conducting pre-certification audits of the results of both such elections.

5. IT IS FURTHER ORDERED that the Defendant Secretary of State shall, before October 1, 2018, conduct an audit of, and correct any identified errors in, the DRE system's electronic pollbook data that will be used in both such elections.

Done in Chambers this _____ day of _____, 2018.

_____
U.S. District Court Judge Amy Totenberg

## CERTIFICATE OF SERVICE

This is to certify that I have this day caused the foregoing [PROPOSED] ORDER GRANTING COALITION PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION to be served upon all other parties in this action by via electronic delivery using the PACER-ECF system.

This 3RD day of August, 2018.

>/s/ Bruce P. Brown
Bruce P. Brown
Georgia Bar No. 064460
BRUCE P. BROWN LAW LLC
Attorney for Coalition for
Good Governance
1123 Zonolite Rd. NE
Suite 6
Atlanta, Georgia 30306
(404) 881-0700