IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, ET AL.,<br>Plaintiffs,<br><br>v.<br><br>BRIAN KEMP, ET AL.,<br>Defendants. | Civil Action No. 1:17-CV-2989-AT |

## COALITION PLAINTIFFS' NOTICE OF FILING DECLARATIONS

Plaintiffs Coalition for Good Governance, William Digges III, Laura Digges, Megan Missett, and Ricardo Davis (the "Coalition Plaintiffs"), in support of their Motion for Preliminary Injunction [Doc. 258], file the following declarations verifying the allegations in the Third Amended Complaint relating to standing:

    Exhibit 1    Laura Digges

    Exhibit 2    William Digges III

    Exhibit 3    Virginia Forney

    Exhibit 4    Marilyn Marks

    Exhibit 5    Megan Missett

Respectfully submitted this 10th day of August, 2018.

/s/ *Bruce P. Brown*
Bruce P. Brown
Georgia Bar No. 064460
BRUCE P. BROWN LAW LLC
Attorney for Coalition for
Good Governance
1123 Zonolite Rd. NE
Suite 6
Atlanta, Georgia 30306
(404) 881-0700

/s/ *Robert A. McGuire, III*
Robert A. McGuire, III
Admitted Pro Hac Vice
 (ECF No. 125)
Attorney for Coalition
for Good Governance, William
Digges III, Laura Digges, Ricardo
Davis, and Megan Missett
ROBERT MCGUIRE LAW FIRM
113 Cherry St. #86685
Seattle, Washington 98104-2205
(253) 267-8530

/s/ *William Brent Ney*
William Brent Ney
Georgia Bar No. 542519
Attorney for Coalition
for Good Governance, William
Digges III, Laura Digges, Ricardo Davis,
and Megan Missett
NEY HOFFECKER PEACOCK & HAYLE, LLC
One Midtown Plaza, Suite 1010
1360 Peachtree Street NE
Atlanta, Georgia 30309
(404) 842-7232

/s/ *Cary Ichter*
CARY ICHTER
Georgia Bar No. 382515
Attorney for Coalition
for Good Governance, William
Digges III, Laura Digges, Ricardo
Davis and Megan Missett
ICHTER DAVIS LLC
3340 Peachtree Road NE
Suite 1530
Atlanta, Georgia 30326
(404) 869-7600

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **DONNA CURLING, ET AL.,**<br>Plaintiffs,<br><br>v.<br><br>**BRIAN KEMP, ET AL.,**<br>Defendants. | Civil Action No. 1:17-CV-2989-AT |

### CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing document has been prepared in accordance with the font type and margin requirements of LR 5.1, using font type of Times New Roman and a point size of 14.

                              */s/ Bruce P. Brown*
                              Bruce P. Brown
                              Georgia Bar No. 064460
                              BRUCE P. BROWN LAW LLC
                              Attorney for Coalition for
                              Good Governance
                              1123 Zonolite Rd. NE
                              Suite 6
                              Atlanta, Georgia 30306
                              (404) 881-0700

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **DONNA CURLING, ET AL.,**<br>**Plaintiffs,**<br><br>v.<br><br>**BRIAN KEMP, ET AL.,**<br>**Defendants.** | **Civil Action No. 1:17-CV-2989-AT** |

## CERTIFICATE OF SERVICE

This is to certify that I have this day caused the foregoing COLATION PLAINTIFFS' NOTICE OF FILING DECLARATIONS to be served upon all other parties in this action by via electronic delivery using the PACER-ECF system.

This 10TH day of August, 2018.

                                        */s/ Bruce P. Brown*
                                        Bruce P. Brown
                                        Georgia Bar No. 064460
                                        BRUCE P. BROWN LAW LLC
                                        Attorney for Coalition for Good Governance
                                        1123 Zonolite Rd. NE
                                        Suite 6
                                        Atlanta, Georgia 30306
                                        (404) 881-0700

EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

DONNA CURLING, ET AL.,
Plaintiffs,

v.

BRIAN KEMP, ET AL.,
Defendants.

Civil Action No. 1:17-CV-2989-AT

VERIFICATION BY LAURA DIGGES
OF CERTAIN ALLEGATIONS STATED IN THE THIRD AMENDED
COMPLAINT OF COALITION PLAINTIFFS (DOC. 226)

1. My name is Laura Digges.

2. I offer this verification to substantiate my standing to bring the claims raised in the *Third Amended Complaint of Plaintiffs Coalition For Good Governance, Laura Digges, William Digges III, Ricardo Davis, and Megan Missett* (the "TAC," Doc. 226).

3. The facts and allegations pertaining to my standing contained in Paragraphs 24, 154, 157–58, and 159–66 of the TAC are true.

4. If called to testify under oath at an evidentiary hearing on the pending motions for preliminary injunctive relief (Doc. Nos. 258, 260), I would affirm the foregoing facts and allegations to be true.

Pursuant to 28 U.S.C. § 1746, I declare and verify under penalty of perjury that the foregoing is true and correct.

Executed on this date, August __9__, 2018.

*Laura Digges*
Laura Digges

EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

DONNA CURLING, ET AL.,
Plaintiffs,

v.

BRIAN KEMP, ET AL.,
Defendants.

Civil Action No. 1:17-CV-2989-AT

## VERIFICATION BY WILLIAM DIGGES III
## OF CERTAIN ALLEGATIONS STATED IN THE THIRD AMENDED
## COMPLAINT OF COALITION PLAINTIFFS (DOC. 226)

1. My name is William Digges III.

2. I offer this verification to substantiate my standing to bring the claims raised in the *Third Amended Complaint of Plaintiffs Coalition For Good Governance, Laura Digges, William Digges III, Ricardo Davis, and Megan Missett* (the "TAC," Doc. 226).

3. The facts and allegations pertaining to my standing contained in Paragraphs 25, 154, 157–58, and 159–66 of the TAC are true.

4. If called to testify under oath at an evidentiary hearing on the pending motions for preliminary injunctive relief (Doc. Nos. 258, 260), I would affirm the foregoing facts and allegations to be true.

Pursuant to 28 U.S.C. § 1746, I declare and verify under penalty of perjury that the foregoing is true and correct.

Executed on this date, August __09__, 2018.

_____
William Digges III

EXHIBIT C

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

DONNA CURLING, ET AL.,
Plaintiffs,

v.

BRIAN KEMP, ET AL.,
Defendants.

Civil Action No. 1:17-CV-2989-AT

## VERIFICATION BY VIRGINIA R. FORNEY
## OF CERTAIN ALLEGATIONS STATED IN THE THIRD AMENDED
## COMPLAINT OF COALITION PLAINTIFFS (DOC. 226)

1. My name is Virginia R. Forney.

2. I offer this verification to substantiate my standing to bring the claims raised in the *Third Amended Complaint of Plaintiffs Coalition For Good Governance, Laura Digges, William Digges III, Ricardo Davis, and Megan Missett* (the "TAC," Doc. 226).

3. The facts and allegations pertaining to my standing contained in Paragraphs 149–50, 157–58, and 159–66 of the TAC are true.

4. If called to testify under oath at an evidentiary hearing on the pending motions for preliminary injunctive relief (Doc. Nos. 258, 260), I would affirm the foregoing facts and allegations to be true.

Pursuant to 28 U.S.C. § 1746, I declare and verify under penalty of perjury that the foregoing is true and correct.

Executed on this date, August 9, 2018.

_____
Virginia R. Forney

EXHIBIT D

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

|  |  |
|---|---|
| **DONNA CURLING, ET AL.,** Plaintiffs, <br><br> v. <br><br> **BRIAN KEMP, ET AL.,** Defendants. | **Civil Action No. 1:17-CV-2989-AT** |

## VERIFICATION BY MARILYN R. MARKS
## OF CERTAIN ALLEGATIONS STATED IN THE THIRD AMENDED
## COMPLAINT OF COALITION PLAINTIFFS (DOC. 226)

1. My name is Marilyn R. Marks.

2. I offer this verification to substantiate Coalition for Good Governance's organizational and associational standing to bring the claims raised in the *Third Amended Complaint of Plaintiffs Coalition For Good Governance, Laura Digges, William Digges III, Ricardo Davis, and Megan Missett* (the "TAC," Doc. 226).

3. The facts and allegations pertaining to Coalition for Good Governance's organizational and associational standing contained in Paragraphs 18–21, 133, 139–44, 145–46, and 148 of the TAC are true.

4. If called to testify under oath at an evidentiary hearing on the pending motions for preliminary injunctive relief (Doc. Nos. 258, 260), I would affirm the foregoing facts and allegations to be true.

Pursuant to 28 U.S.C. § 1746, I declare and verify under penalty of perjury that the foregoing is true and correct.

Executed on this date, August __9____, 2018.

_____
Marilyn R. Marks

EXHIBIT E

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **DONNA CURLING, ET AL.,**<br>**Plaintiffs,**<br><br>v.<br><br>**BRIAN KEMP, ET AL.,**<br>**Defendants.** | Civil Action No. 1:17-CV-2989-AT |

**VERIFICATION BY MEGAN MISSETT**
**OF CERTAIN ALLEGATIONS STATED IN THE THIRD AMENDED**
**COMPLAINT OF COALITION PLAINTIFFS (DOC. 226)**

1. My name is Megan Missett.

2. I offer this verification to substantiate my standing to bring the claims raised in the *Third Amended Complaint of Plaintiffs Coalition For Good Governance, Laura Digges, William Digges III, Ricardo Davis, and Megan Missett* (the "TAC," Doc. 226).

3. The facts and allegations pertaining to my standing contained in Paragraphs 27, 133(b)–(c), 153, 157–58, and 159–66 of the TAC are true.

4.  If called to testify under oath at an evidentiary hearing on the pending motions for preliminary injunctive relief (Doc. Nos. 258, 260), I would affirm the foregoing facts and allegations to be true.

Pursuant to 28 U.S.C. § 1746, I declare and verify under penalty of perjury that the foregoing is true and correct.

Executed on this date, August __9__, 2018.

_____
Megan Missett