IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE GEORGIA SENATE BILL 202 | Master Case No.:<br>1:21-MI-55555-JPB |
| COALITION FOR GOOD GOVERNANCE, *et al.*,<br>    *Plaintiffs*,<br><br>v.<br><br>BRIAN KEMP, Governor of the State of Georgia, in his official capacity, *et al.*,<br>    *Defendants*. | CIVIL ACTION<br><br>FILE NO. 1:21-CV-02070-JPB |
| COAKLEY PENDERGRASS, *et al.*,<br>    *Plaintiffs*,<br><br>v.<br><br>BRAD RAFFENSPERGER, *et al.*,<br>    *Defendants*. | CIVIL ACTION<br><br>FILE NO. 1:21-CV-05339-SCJ |
| ANNIE LOIS GRANT, *et al.*,<br>    *Plaintiffs*,<br><br>v.<br><br>BRAD RAFFENSPERGER, *et al.*,<br>    *Defendants*. | CIVIL ACTION<br><br>FILE NO. 1:22-CV-00122-SCJ |

**NOTICE OF RESIGNATION OF WILLIAM S. DUFFEY, JR.**

On September 1, 2023, The Honorable William S. Duffey, Jr., resigned as Chair of the State Election Board. Because he was named in the above-

1

referenced cases solely in his official capacity, he is no longer a defendant in any of the foregoing cases. Fed. R. Civ. P. 25; *Green v. Graham*, 906 F.3d 955, 962 (11th Cir. 2018).

Pursuant to Fed. R. Civ. P. 25(d), Judge Duffey's successor as Chair will be automatically substituted at the time that individual is appointed and the undersigned will notify the Court when that event occurs.

Respectfully submitted this 27th day of September, 2023.

> Christopher M. Carr
> Attorney General
> Georgia Bar No. 112505
> Bryan K. Webb
> Deputy Attorney General
> Georgia Bar No. 743580
> Russell D. Willard
> Senior Assistant Attorney General
> Georgia Bar No. 760280
> Elizabeth Vaughan
> Assistant Attorney General
> Georgia Bar No. 762715
> **State Law Department**
> 40 Capitol Square, S.W.
> Atlanta, Georgia 30334
>
> */s/Bryan P. Tyson*
> Bryan P. Tyson
> Special Assistant Attorney General
> Georgia Bar No. 515411
> btyson@taylorenglish.com
> Bryan F. Jacoutot
> Georgia Bar No. 668272
> bjacoutot@taylorenglish.com

Diane Festin LaRoss
Georgia Bar No. 430830
dlaross@taylorenglish.com
**Taylor English Duma LLP**
1600 Parkwood Circle
Suite 200
Atlanta, Georgia 30339
(678) 336-7249

*Counsel for State Defendants*

3

## CERTIFICATE OF COMPLIANCE

Pursuant to L.R. 7.1(D), the undersigned hereby certifies that the foregoing Notice was prepared in Century Schoolbook 13, a font and type selection approved by the Court in L.R. 5.1(B).

*/s/Bryan P. Tyson*
Bryan P. Tyson
