IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, ET AL.,<br>Plaintiffs,<br><br>v.<br><br>BRIAN KEMP, ET AL.,<br>Defendants. | Civil Action No. 1:17-CV-2989-AT |

COALITION PLAINTIFFS' MOTION FOR LEAVE TO FILE
A REPLY BRIEF IN EXCESS OF FIFTEEN PAGES

Pursuant to Fed. R. Civ. P. 7(b) and LR 7.1 and 7.5.A, Plaintiffs Coalition for Good Governance, William Digges III, Laura Digges, Megan Missett, and Ricardo Davis (the "Coalition Plaintiffs") respectfully move this Court for leave to file a Reply Brief in excess of the 15-page limitation set out in LR 7.1.D. In support the Coalition Plaintiffs show the following:

1.      The Coalition Plaintiffs filed a Motion for Preliminary Injunction on August 3, 2018. (Doc. 258.)

2.      The Curling Plaintiffs likewise filed a motion for preliminary injunction on August 7, 2018, (Doc. 260), which they amended on August 20, 2018, (Doc. 271).

3. The State Defendants filed a consolidated response to both motions for preliminary injunction on August 14, 2018. (Doc. 265.) This Court granted the State Defendants' request for leave to file a response with excess pages, (Doc. 268), and the consolidated response filed by the State Defendants was 29 pages long. The State Defendants also attached 53 pages of exhibits.

4. The Fulton County Defendants filed a consolidated response to both motions for preliminary injunction on August 14, 2018. (Doc. 267.) This Court granted the State Defendants' request for leave to file a response with excess pages, (Doc. 269), and the consolidated response filed by the Fulton County Defendants was 27 pages long. The Fulton County Defendants also attached 47 pages of exhibits.

5. Under LR 7.1.D, the Coalition Plaintiffs are now permitted to file a 15-page Reply Brief to the responses. However, owing to the length of the two consolidated response briefs and exhibits filed by the State Defendants and the Fulton County Defendants, the Coalition Plaintiffs require more than 15 pages to adequately address both consolidated response briefs.

6. The Coalition Plaintiffs intend to file a single, consolidated Reply Brief and estimate that they require a maximum of 30 pages to address both response briefs in consolidated fashion.

PAGE 2
COALITION PLAINTIFFS' MOTION FOR LEAVE TO FILE
A REPLY BRIEF IN EXCESS OF FIFTEEN PAGES
AUGUST 20, 2018

WHEREFORE, the Coalition Plaintiffs respectfully request leave to file a consolidated Reply Brief with a maximum length of 30 pages.

Respectfully submitted this 20th day of August, 2018.

| | |
|---|---|
| */s/ Bruce P. Brown* <br> Bruce P. Brown <br> Georgia Bar No. 064460 <br> BRUCE P. BROWN LAW LLC <br> Attorney for Coalition for <br> Good Governance <br> 1123 Zonolite Rd. NE <br> Suite 6 <br> Atlanta, Georgia 30306 <br> (404) 881-0700 | */s/ Robert A. McGuire, III* <br> Robert A. McGuire, III <br> Admitted Pro Hac Vice <br>   (ECF No. 125) <br> Attorney for Coalition <br> for Good Governance <br> ROBERT MCGUIRE LAW FIRM <br> 113 Cherry St. #86685 <br> Seattle, Washington 98104-2205 <br> (253) 267-8530 |
| */s/ William Brent Ney* <br> William Brent Ney <br> Georgia Bar No. 542519 <br> Attorney for Coalition <br> for Good Governance, William <br> Digges III, Laura Digges, Ricardo Davis, <br> and Megan Missett <br> NEY HOFFECKER PEACOCK & HAYLE, LLC <br> One Midtown Plaza, Suite 1010 <br> 1360 Peachtree Street NE <br> Atlanta, Georgia 30309 <br> (404) 842-7232 | */s/ Cary Ichter* <br> CARY ICHTER <br> Georgia Bar No. 382515 <br> Attorney for William Digges III, <br> Laura Digges, Ricardo Davis and <br> Megan Missett <br> ICHTER DAVIS LLC <br> 3340 Peachtree Road NE <br> Suite 1530 <br> Atlanta, Georgia 30326 <br> (404) 869-7600 |

## CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing document has been prepared in accordance with the font type and margin requirements of LR 5.1, using font type of Times New Roman and a point size of 14.

/s/ Robert A. McGuire, III
Robert A. McGuire, III
Admitted Pro Hac Vice (ECF No. 125)

ROBERT MCGUIRE LAW FIRM
113 Cherry St. #86685
Seattle, Washington 98104-2205
(253) 267-8530

*Attorney for Coalition for Good Governanc*

/s/ William Brent Ney
William Brent Ney
Georgia Bar No. 542519

NEY HOFFECKER PEACOCK & HAYLE, LLC
One Midtown Plaza, Suite 1010
1360 Peachtree Street NE
Atlanta, Georgia 30309
(404) 842-7232

*Attorney for Coalition for Good Governance, William Digges III, Laura Digges, Ricardo Davis, and Megan Missett*

# CERTIFICATE OF SERVICE

This is to certify that I have this day caused the foregoing COALITION PLAINTIFFS' MOTION FORLEAVE TO FILE A REPLY BRIEF IN EXCESS OF FIFTEEN PAGES to be served upon all other parties in this action by via electronic delivery using the PACER-ECF system.

This 20th day of August, 2018.

                                                              */s/ Robert A. McGuire, III*
                                                              Robert A. McGuire, III
                                                              Admitted Pro Hac Vice (ECF No. 125)

ROBERT MCGUIRE LAW FIRM
113 Cherry St. #86685
Seattle, Washington 98104-2205
(253) 267-8530

                                                              *Attorney for Coalition for Good Governanc*

                                                              */s/ William Brent Ney*
                                                              William Brent Ney
                                                              Georgia Bar No. 542519

NEY HOFFECKER PEACOCK & HAYLE, LLC
One Midtown Plaza, Suite 1010
1360 Peachtree Street NE
Atlanta, Georgia 30309
(404) 842-7232

                                                              *Attorney for Coalition for Good Governance, William Digges III, Laura Digges, Ricardo Davis, and Megan Missett*