IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **DONNA CURLING, ET AL.,** Plaintiffs, <br><br> v. <br><br> **BRIAN KEMP, ET AL.,** Defendants. | **Civil Action No. 1:17-CV-2989-AT** |

# ORDER

This matter coming before the Court on motion of the Coalition Plaintiffs, (Doc. 272), seeking leave to file a reply brief in support of their Motion for Preliminary Injunction, (Doc. 258), in excess of 15 pages and up to and including 30 pages, the Court being advised accordingly, it is hereby ordered that the Coalition Plaintiffs' Motion is **GRANTED**.

**IT IS SO ORDERED** this 20th day of August, 218.

_____
Amy Totenberg
United States District Judge