# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| ALPHA PHI ALPHA FRATERNITY INC., *et al.*,<br>    *Plaintiffs*,<br><br>v.<br><br>BRAD RAFFENSPERGER,<br>    *Defendant.* | CIVIL ACTION<br><br>FILE NO. 1:21-CV-05337-SCJ |
| COAKLEY PENDERGRASS, *et al.*,<br>    *Plaintiffs*,<br><br>v.<br><br>BRAD RAFFENSPERGER, *et al.*,<br>    *Defendants.* | CIVIL ACTION<br><br>FILE NO. 1:21-CV-05339-SCJ |
| ANNIE LOIS GRANT, *et al.*,<br>    *Plaintiffs*,<br><br>v.<br><br>BRAD RAFFENSPERGER, *et al.*,<br>    *Defendants.* | CIVIL ACTION<br><br>FILE NO. 1:22-CV-00122-SCJ |

## DEFENDANTS' NOTICE OF CONSTITUTIONAL QUESTION

Pursuant to Federal Rule of Civil Procedure 5.1(a) and the Court's Orders entered in these actions on October 4, 2023 (*Alpha Phi Alpha* Doc. No. [320]; *Grant* Doc. No. [281]; *Pendergrass* Doc. No. [273]), Defendants in the above-styled actions hereby file a notice of constitutional question. The

question, as stated by Defendants in the Pretrial Order filed in these cases (*Alpha Phi Alpha* Doc. No. [280], pp. 23–24; *Grant* Doc. No. [243], p. 26; *Pendergrass* Doc. No. [231], pp. 28–29) is:

1. "Defendants assert that finding for Plaintiffs requires interpreting the Voting Rights Act in a way that calls its constitutionality into question, because the Voting Rights Act's inherently race-based remedies are not justified by present conditions and are not congruent and proportional to the exercise of congressional power under the Fourteenth and Fifteenth Amendments."

2. "To grant the relief Plaintiffs seek, the Court must interpret the Voting Rights Act in a way that violates the U.S. Constitution."

Defendants will serve this notice, as well as the Pretrial Order entered in these cases, on the Attorney General of the United States. *See* Fed. R. Civ. P. 5.1(a)(2).[1]

---

[1] Defendants had not previously served a notice pursuant to Fed. R. Civ. P. 5.1(a)(2) because their claim regarding the constitutionality of the Voting Rights Act is an alternative claim and Defendants assert they should prevail on a proper interpretation of the *Gingles* preconditions and the totality of the circumstances.

This 10th day of October, 2023.

        Respectfully submitted,

        Christopher M. Carr
        Attorney General
        Georgia Bar No. 112505
        Bryan K. Webb
        Deputy Attorney General
        Georgia Bar No. 743580
        Russell D. Willard
        Senior Assistant Attorney General
        Georgia Bar No. 760280
        **State Law Department**
        40 Capitol Square, S.W.
        Atlanta, Georgia 30334

        */s/ Bryan P. Tyson*
        Bryan P. Tyson
        Special Assistant Attorney General
        Georgia Bar No. 515411
        btyson@taylorenglish.com
        Frank B. Strickland
        Georgia Bar No. 687600
        fstrickland@taylorenglish.com
        Bryan F. Jacoutot
        Georgia Bar No. 668272
        bjacoutot@taylorenglish.com
        Diane Festin LaRoss
        Georgia Bar No. 430830
        dlaross@taylorenglish.com
        Donald P. Boyle, Jr.
        Georgia Bar No. 073519
        dboyle@taylorenglish.com
        Daniel H. Weigel
        Georgia Bar No. 956419
        dweigel@taylorenglish.com
        **Taylor English Duma LLP**
        1600 Parkwood Circle
        Suite 200

Atlanta, GA 30339
Telephone: 678-336-7249

*Counsel for Defendants*

## CERTIFICATE OF COMPLIANCE

Pursuant to L.R. 7.1(D), the undersigned certifies that the foregoing Notice have been prepared in Century Schoolbook 13, a font and type selection approved by the Court in L.R. 5.1(B).

*/s/ Bryan P. Tyson*
Bryan P. Tyson

## CERTIFICATE OF SERVICE

I hereby certify that on October 10, 2023, a true and correct copy of the foregoing was served by transmission of Notice of Electronic Filing generated by CM/ECF to all counsel of record as of issuance of filing and by certified mail and by overnight delivery to the Attorney General of the United States at the following address:

> Attorney General of the United States
> U.S. Department of Justice
> 950 Pennsylvania Avenue, NW
> Washington, DC 20530-0001

*/s/ Bryan P. Tyson*
Bryan P. Tyson