# taylor | english

**Taylor English Duma LLP** 1600 Parkwood Circle, Suite 200, Atlanta, Georgia 30339
Main: 770.434.6868 Fax: 770.434.7376 taylorenglish.com

Bryan P. Tyson
Direct Dial: (678) 336-7249
Email: btyson@taylorenglish.com

October 18, 2023

**VIA CM/ECF FILING**

Ms. Pamela Wright
Courtroom Deputy for
The Honorable Steve C. Jones
1967 Richard B. Russell Building and United States Courthouse
75 Ted Turner Drive, S.W.
Atlanta, GA 30303-3309

Re:   *Coakley Pendergrass., et al. v. Brad Raffensperger, in his official capacity as Secretary of State of Georgia, et al.*
      USDC for the Northern District of Georgia
      Civil Action File No. 1:21-cv-05339-SCJ

Dear Ms. Wright:

Pursuant to Local Rule 83.1 (E)(4), please accept this letter as notification of my leave of absence in the above-referenced matter for the following days:

- January 9, 2024 – January 19, 2024 for trial in *Donna Curling, et al. v. Raffensperger, et al.* before Judge Amy Totenberg.

I respectfully request that this case not be calendared during these days.

Respectfully,

*/s/ Bryan P. Tyson*
Bryan P. Tyson

BPT/ra

cc:   All counsel of record (via CM/ECF only)