

# DeKalb County Law Department

Viviane H. Ernstes
County Attorney

**Chief Executive Officer**
Michael L. Thurmond

**Board of Commissioners**

District 1
Nancy Jester

District 2
Jeff Rader

District 3
Larry Johnson

District 4
Steve Bradshaw

District 5
Mereda Davis Johnson

District 6
Kathie Gannon

District 7
Gregory Adams, Sr.

August 27, 2018

**VIA CM/ECF FILING**
Ms. Amy McConochie, Courtroom
Deputy Clerk for Hon. Amy Totenberg
Richard B. Russell Federal Building
2211 United States Courthouse
75 Ted Turner Drive, S.W.
Atlanta, Georgia 30303-3309

        **REQUEST FOR LEAVE OF ABSENCE**
        Re:    <u>**Donna Curling, et al., v. Brian Kemp, et al.**</u>
               USDC, NDGA, Civil Action File No. 1:17-CV-02989-AT
               (Our File No. 29-0308)

Dear Ms. McConochie:

      Please accept this letter pursuant to Local Rule 83.1E(3) in regards to a leave of absence. I am lead counsel for Defendant in the above-referenced case, and request that the referenced case not be calendared during the period of **August 31, 2018 through September 5, 2018; September 13, 2018 through September 14, 2018; September 27, 2018 through September 28, 2018; October 11, 2018 through October 12, 2018; November 7, 2018; November 21, 2018; December 7, 2018 through December 10, 2018; and December 19, 2018 through January 4, 2019** during which time I will be away from the practice of law and taking leave for out of town vacation travel.

      Thank you for your consideration in this matter. Please let me know if I need to provide the court with any further information.

                                             Sincerely,

                                             */s/ Bennett D. Bryan*
                                             Bennett D. Bryan
                                             Senior Assistant County Attorney
                                             Georgia Bar No. 157099

BDB/gmc

cc:      All Counsel Of Record Via CM/ECF Filing