**EXHIBIT A**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

DONNA CURLING, et al.,

Plaintiffs,

v.

BRIAN KEMP, et al.,

Defendants.

CIVIL ACTION FILE

NO. 1:17-CV-02989-AT

## ORDER FOR USE OF ELECTRONIC EQUIPMENT

At the motion of the State Defendants in the above-styled action, it is hereby **ORDERED** that counsel and witnesses for the State Defendants (John F. Salter and Roy E. Barnes) may bring and use including the following:

- one laptop computer with power cords;
- two extension cords;
- one screen;
- one laser pointer;
- one tablet computer;
- one projector with power cords;
- two smart phones with power cords;
- one USB drive; and
- one internet hot spot device.

These items will be used for preparation on Tuesday, September 11, 2018 and the hearing on Wednesday, September 12, 2018 before Judge Amy

- 1 -

Totenberg. Said equipment shall be subject to inspection. Proper identification will be required upon entering the security station on the Plaza or Lower Plaza Level.

    **IT IS SO ORDERED** this \_\_\_\_ day of September, 2018.

_____
**THE HONORABLE AMY TOTENBERG
UNITED STATES DISTRICT COURT JUDGE**