IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

DONNA CURLING, et al.,

Plaintiffs,

v.

BRIAN KEMP, et al.,

Defendants.

CIVIL ACTION FILE

NO. 1:17-CV-02989-AT

**BRIAN P. KEMP AND STATE DEFENDANTS
NOTICE OF FILING DECLARATION OF REBECCA N. SULLIVAN
AND PLAINTIFFS' HEARING EXHIBIT 7**

Defendants, Brian Kemp and The State Election Board (the "State Defendants") hereby at the direction of the Court from the oral argument that took place on September 12, 2018 hereby notify the Court that, upon reviewing Plaintiffs' Exhibit 7, we have no objection to the authenticity of the Exhibit, without prejudice any other objections (i.e. foundation, relevancy, etc.) previously preserved in the transcript of yesterday's hearing.

The Court advised at the conclusion of yesterday's oral argument that, due to the time constraints, the State could make a supplemental filing regarding the testimony that, but for inadequate time, State Election Board Member Rebecca Sullivan would have given. In support of their Response to

Plaintiffs' Motion for Preliminary Injunction, State Defendants hereby file the Declaration of Rebecca N. Sullivan for the Court's consideration.

Respectfully submitted, this 13th day of September, 2018.

        **BARNES LAW GROUP, LLC**

        */s/John F. Salter*
        **JOHN F. SALTER**
        Georgia Bar No. 623325
        **ROY E. BARNES**
        Georgia Bar No. 039000

**BARNES LAW GROUP, LLC**
31 Atlanta Street
Marietta, GA 30060
(770) 227-6375
(770) 227-6373 (fax)
john@barneslawgroup.com
roy@barneslawgroup.com

*Attorneys for Defendants Brian P. Kemp, David J. Worley, Rebecca N. Sullivan, Ralph F. "Rusty" Simpson, Seth Harp, & The State Election Board*

## **CERTIFICATE OF COMPLIANCE**

I hereby certify that I have read the Court's Standing Order in Cases Proceedings Before the Honorable Amy Totenberg and that I will comply with its provisions during the pendency of this litigation.

*/s/John F. Salter*

## **CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 5.1**

The undersigned hereby certifies that the foregoing document has been prepared in accordance with the font type and margin requirements of Local Rule 5.1 of the Northern District of Georgia, using a font type of Century Schoolbook and a point size of 13.

*/s/John F. Salter*

- 4 -

## CERTIFICATE OF SERVICE

I hereby certify that on this date I have electronically filed the foregoing **BRIAN P. KEMP AND STATE DEFENDANTS NOTICE OF FILING DECLARATION OF REBECCA N. SULLIVAN AND PLAINTIFFS' HEARING EXHIBIT 7** with the Clerk of Court using the CM/ECF system, which will send email notification of such filing to all attorneys of record.

This 13th day of September, 2018.

**BARNES LAW GROUP, LLC**

*/s/John F. Salter*
**JOHN F. SALTER**
Georgia Bar No. 623325
**ROY E. BARNES**
Georgia Bar No. 039000

**BARNES LAW GROUP, LLC**
31 Atlanta Street
Marietta, GA 30060
(770) 227-6375
(770) 227-6373 (fax)
john@barneslawgroup.com
roy@barneslawgroup.com

*Attorneys for Defendants Brian P. Kemp, David J. Worley, Rebecca N. Sullivan, Ralph F. "Rusty" Simpson, Seth Harp, & The State Election Board*