IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **DONNA CURLING, ET AL.,** Plaintiffs, <br><br> v. <br><br> **BRIAN KEMP, ET AL.,** Defendants. | Civil Action No. 1:17-CV-2989-AT |

**[PROPOSED] ORDER GRANTING CURLING PLAINTIFFS' MOTION FOR EXCESS PAGES FOR POST-HEARING STATEMENT AND RESPONSE TO DECLARATION OF REBECCA SULLIVAN**

This matter coming before the Court on motion of the Curling Plaintiffs seeking leave to file their Post-Hearing Statement And Response To Declaration of Rebecca Sullivan in further support of their Motion for Preliminary Injunction (Dkt. No. 260) in excess of 17 pages, the Court being advised accordingly, it is hereby ordered that the Curling Plaintiffs' Motion is **GRANTED**.

**IT IS SO ORDERED** this _____ day of September, 2018.

_____
U.S. District Court Judge Amy Totenberg

1