# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| ALPHA PHI ALPHA FRATERNITY INC. et al., <br><br> Plaintiffs, <br><br> v. <br><br> BRAD RAFFENSPERGER, in his official capacity as Secretary of State of Georgia, <br><br> Defendant. | CIVIL ACTION FILE <br> NO. 1:21-CV-5337-SCJ |
| COAKLEY PENDERGRASS et al., <br><br> Plaintiffs, <br><br> v. <br><br> BRAD RAFFENSPERGER, in his official capacity as the Georgia Secretary of State, <br><br> Defendant. | CIVIL ACTION FILE <br> NO. 1:21-CV-5339-SCJ |
| ANNIE LOIS GRANT et al., <br><br> Plaintiffs, <br><br> v. <br><br> BRAD RAFFENSPERGER, in his official capacity as the Georgia Secretary of State, <br><br> Defendant. | CIVIL ACTION FILE <br> NO. 1:22-CV-122-SCJ |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' JOINT MOTION FOR REMEDIAL SCHEDULING ORDER**

At the motions of the *Alpha Phi Alpha* Plaintiffs, the *Pendergrass* Plaintiffs, and the *Grant* Plaintiffs in the above-styled actions, and for good cause shown, it is hereby **ORDERED** that:

- Plaintiffs shall file their objections (if any) to the remedial maps enacted by the General Assembly on or before **December 15, 2023**, including any supporting data, documents, or reports.

- Defendant is directed to file his response to any objections, including any supporting data, documents, and reports, no later than **December 22, 2023.**

- Plaintiffs shall have until **December 29, 2023** to file any reply and supporting materials.

- If necessary, the Court will set an evidentiary hearing and/or argument to take place **January 3 and/or 4, 2024**.[1]

- In the event that the Court enjoins any of the remedial maps as unlawful, Plaintiffs shall submit any proposed remedial plans and supporting documents within 5 calendar days of the injunction. The parties may also propose a procedure for special master

---

[1] To the extent the Court schedules an evidentiary hearing on January 3 or 4, 2024, the Court will allow for remote witness participation to work around holiday travel.

consideration, along with a list of special master candidates, by that deadline.

- Defendant shall file his responses and supporting documents to the remedial maps proposed by Plaintiffs within 5 calendar days of Plaintiffs' filings.

- In the event it falls to the Court to adopt remedial maps (either maps proposed by the Plaintiffs or maps drawn by the Court or a special master), the Court will endeavor to order such maps no later than **January 31, 2024**.

**IT IS SO ORDERED** this ___ day of December, 2023.

_____
HONORABLE STEVE C. JONES
UNITED STATES DISTRICT COURT JUDGE