# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| ALPHA PHI ALPHA FRATERNITY INC., *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> BRAD RAFFENSPERGER, <br><br> *Defendant.* | CIVIL ACTION <br><br> FILE NO. 1:21-CV-05337-SCJ |
| COAKLEY PENDERGRASS, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> BRAD RAFFENSPERGER, <br><br> *Defendant.* | CIVIL ACTION <br><br> FILE NO. 1:21-CV-05339-SCJ |
| ANNIE LOIS GRANT, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> BRAD RAFFENSPERGER, <br><br> *Defendant.* | CIVIL ACTION <br><br> FILE NO. 1:22-CV-00122-SCJ |

**NOTICE OF ADOPTION OF REMEDIAL PLANS**

## INTRODUCTION

On October 26, 2023, this Court provided the State of Georgia with "the opportunity to adopt a remedial Congressional plan, Senate plan, and House plan by December 8, 2023." [*APA* Doc. 333, pp. 510, 514]; [*Grant* Doc. 294, pp. 510, 514]; [*Pendergrass* Doc. 286, pp. 510, 514]. The same day, Governor Brian Kemp called the General Assembly into a special session beginning on November 29, 2023, for that purpose. The special session adjourned *sine die* on December 7, 2023.

Defendant Secretary of State Brad Raffensperger hereby notifies the Court that Governor Kemp signed the following bills from the special session into law on December 8, 2023:

1. SB 1EX, which is a remedial state Senate plan;

2. HB 1EX, which is a remedial state House plan; and

3. SB 3EX, which is a remedial Congressional plan.

Each bill became effective upon the signature of the Governor, as indicated by Section 4 of each Act. Further, the maps associated with each Act are posted on the General Assembly's Joint Reapportionment Office website (https://www.legis.ga.gov/joint-office/reapportionment) under the "Proposed Plans" tab.

Respectfully submitted this 8th day of December, 2023.

    Christopher M. Carr
    Attorney General
    Georgia Bar No. 112505
    Bryan K. Webb
    Deputy Attorney General
    Georgia Bar No. 743580
    Russell D. Willard
    Senior Assistant Attorney General
    Georgia Bar No. 760280
    **State Law Department**
    40 Capitol Square, S.W.
    Atlanta, Georgia 30334

    */s/ Bryan P. Tyson*
    Bryan P. Tyson
    Special Assistant Attorney General
    Georgia Bar No. 515411
    btyson@taylorenglish.com
    Frank B. Strickland
    Georgia Bar No. 687600
    fstrickland@taylorenglish.com
    Bryan F. Jacoutot
    Georgia Bar No. 668272
    bjacoutot@taylorenglish.com
    Diane Festin LaRoss
    Georgia Bar No. 430830
    dlaross@taylorenglish.com
    Donald P. Boyle, Jr.
    Georgia Bar No. 073519
    dboyle@taylorenglish.com
    Daniel H. Weigel
    Georgia Bar No. 956419
    dweigel@taylorenglish.com
    **Taylor English Duma LLP**
    1600 Parkwood Circle
    Suite 200
    Atlanta, GA 30339

Telephone: 678-336-7249

*Counsel for Defendant Secretary of State Brad Raffensperger*

3

## CERTIFICATE OF COMPLIANCE

Pursuant to L.R. 7.1(D), the undersigned hereby certifies that the foregoing Notice has been prepared in Century Schoolbook 13, a font and type selection approved by the Court in L.R. 5.1(B).

*/s/Bryan P. Tyson*
Bryan P. Tyson
