# EXPERT REPORT OF MAXWELL PALMER, PH.D.

1. My name is Maxwell Palmer. I am currently an Associate Professor of Political Science at Boston University. I previously submitted reports in this case on December 12, 2022 and December 22, 2022. My first report sets forth my qualifications in detail. A copy of my most recent curriculum vitae is attached as Exhibit A.

2. I testified in this matter in the February 2022 preliminary injunction proceedings and the October 2023 trial. I was accepted by the Court in both proceedings as an expert in redistricting and data analysis. The Court found me to be a credible expert witness and credited my testimony on racially polarized voting and performance in its October 26, 2023 opinion.

3. In my original report in this matter, I found strong evidence of racially polarized voting across the 3rd, 6th, 11th, 13th, and 14th Congressional Districts under the 2021 redistricting map. I found that Black and White voters consistently support different candidates and that Black-preferred candidates were largely unable to win elections except in the 13th District. I also found that under the Plaintiffs' illustrative map, Black-preferred candidates would be able to win elections in the new 6th Congressional District.

4. In its October 26, 2023 order, the Court required the drawing of an additional new Black-opportunity congressional district. I was asked by the plaintiffs in this litigation to evaluate the number of Black-opportunity districts under the 2021 Plan and the new Remedial Plan enacted by the Georgia legislature on December 7, 2023. I was also asked to offer an expert opinion on the extent to which voting is racially polarized in the area around the 7th Congressional District under the Enacted and Remedial Maps.

5. For clarity, I will refer to the plan used for the 2022 elections as the "Enacted Plan," and the 2023 plan passed by the state legislature as the "Remedial Plan."

6. To analyze the performance of districts under the Enacted and Remedial Plans, I relied on precinct-level election results from the 2012-2022 general and runoff elections. To analyze racially polarized voting I used ecological inference, a statistical procedure to infer group-level behavior from aggregate data, using precinct-level election results and data on voter turnout by race. My original report in this matter describes these datasets and my methodology.

# Racially Polarized Voting and Cohesion Among Minority Groups in Georgia

7. I was asked to opine on the extent to which voting is racially polarized across the state of Georgia, and the extent to which different minority groups share the same candidates of choice. Using statewide data and ecological inference, I estimated the support for statewide candidates across 41 elections for Black, Hispanic, AAPI (Asian and Pacific Islanders), White, and Other voters.[1]

8. Figure 1 presents the estimates of support for the Democratic candidate for each racial group for all 41 electoral contests. For each election, the solid dots correspond to an estimate in a particular election, and the horizontal lines behind each dot are the 95% confidence intervals for the estimate. The full results are provided in Table 1.

9. Examining Figure 1, the estimates for support for Democratic candidates for Black, Hispanic, AAPI, and Other voters are all significantly above 50%. There are high levels of cohesion among Black, Hispanic, AAPI, and Other voters. While each group is internally cohesive in support for a clear candidate of choice, there is also clear cohesion across the four groups of voters of color analyzed here; all four groups share the same candidate of choice in each election. In contrast to the four groups of voters of color, White voters are highly cohesive in voting in opposition to the candidate of choice of voters of color in every election. On average, White voters supported Democratic candidates with 14.3% of the vote, and in no election did this estimate exceed 20%.

10. These results demonstrate that Black, Hispanic, AAPI, and Other voters of color share the same preferred candidates in Georgia.

---

[1] I submitted a report and testified on racially polarized voting in Georgia in *In Re: Georgia Senate Bill 202* (1:12-MI-55555-JPB) before the U.S. District Court for the Northern District of Georgia. The results below reproduce my results in that report.



**Figure 1:** Racially Polarized Voting Estimates by Election, Statewide

# Racially Polarized Voting and Performance for Minority-Preferred Candidates in the 7th Congressional District

11. I was asked to analyze racially polarized voting in the area around the Enacted 7th District. Under the Remedial Map, the Enacted District 7 was divided among the 4th, 7th, 9th, 10th, and 13th districts. Consistent with my prior reports in this matter, I defined a focus area consisting of these districts. Figure 2 plots the focus area, with Enacted District 7 outlined in black.



**Figure 2:** Map of Focus Area

12. I estimated ecological inference models for each of the 41 statewide contests in Georgia from 2012 to 2022. I analyzed five racial groups, based on voters' self-identified race when registering to vote: Black, Hispanic, Asian, White, and Other.

13. Figure 3 plots the results of this analysis. For each election, the solid dots correspond to an estimate in a particular election, and the horizontal lines behind each dot are the 95% confidence intervals for the estimate. In the District 7 Focus Area I find that all five racial or ethnic groups are politically cohesive; in all 41 elections I find that each group has a clearly identifiable candidate of choice. Furthermore in all 41 elections, Black, Hispanic, AAPI, and Other voters all share the same candidate of choice, and White voters strongly prefer the opposing candidate. The full results are provided in

4

Table 2.



**Figure 3:** Racially Polarized Voting Estimates by Election, CD 7 Focus Area

14. As shown in Figure 3, there are high levels of cohesion among Black, Hispanic, AAPI, and Other voters. While each group is internally cohesive in support for a clear candidate of choice, there is also clear cohesion across the four groups of voters of color analyzed here; all four groups share the same candidate of choice in each election.

15. Having identified the Minority-preferred candidate in each election, I now turn to their ability to win elections in the focus area and in the 7th District under both plans. Figure 4 and Table 3 present the results of this analysis.



**Figure 4:** Performance of Minority-Preferred Candidates in the 7th District

16. Minority-Preferred candidates are generally not able to win elections in the Focus Area. Minority-preferred candidates averaged 47.4% of the vote in the Focus Area, and won 24% of the elections from 2012 to 2022.

17. In Enacted CD 7, Minority-preferred candidates were able to win 76% of the elections from 2012 to 2022, including the 2022 U.S. House election and every statewide election after 2016, with an average of 56.4% of the vote. In contrast, in Remedial CD 7, Minority-preferred candidates would not have won any of these elections, and average only 32.9% of the vote.

6

# Performance of Minority-Preferred Candidates

18. I was also asked to analyze the performance of minority-preferred candidates in each district of the Enacted and Remedial Maps. This analysis requires two steps. First, I used ecological inference to identify the minority-preferred candidate in each district for each statewide election. Second, having identified the minority-preferred candidate, I calculated the share of the vote that candidate would receive. This analysis requires estimating 1,148 ecological inference models. I have included the full results as an attachment to this report.

19. Figure 5 presents the results of this analysis. The panel on the left shows the performance of each congressional district under the Enacted Map, and the panel on the right shows performance under the Remedial Map. Each gray circle corresponds to one of the 41 statewide contests analyzed, and the green circle is the average performance of Minority-preferred candidates in each district. Tables 4 and 5 provide the full results.

20. Figure 5 shows that there are five congressional districts (Districts 2, 4, 5,7 and 13) where Minority-preferred candidates were able to win elections under the Enacted Map. Under the Remedial Map, there are also five districts where Minority-preferred candidates are able to win (Districts 2, 4, 5, 6, and 13).



**Figure 5:** Performance of Minority-Preferred Candidates Under the Enacted and Illustrative Maps

**Table 1:** Ecological Inference Results — Statewide

|  |  | Black | Latino | AAPI | Other | White |
|---|---|---|---|---|---|---|
| 2012 General | U.S. President | 97.8% (97.6, 98.0) | 94.6% (91.6, 96.3) | 90.8% (86.3, 93.8) | 94.6% (93.7, 95.3) | 13.8% (13.6, 14.0) |
| 2014 General | U.S. Senator | 99.3% (99.1, 99.4) | 92.7% (89.8, 95.1) | 89.7% (85.9, 94.1) | 96.1% (95.1, 97.0) | 15.9% (15.7, 16.0) |
|  | Governor | 98.7% (98.5, 98.9) | 92.4% (89.5, 94.9) | 90.2% (83.2, 94.1) | 91.9% (90.1, 93.5) | 16.4% (16.2, 16.6) |
|  | Lt. Governor | 97.9% (97.5, 98.2) | 90.1% (84.1, 94.0) | 86.9% (77.5, 91.7) | 82.6% (79.3, 86.1) | 11.7% (11.5, 11.9) |
|  | Sec. of State | 98.4% (98.1, 98.7) | 91.2% (86.0, 94.7) | 85.4% (80.3, 90.3) | 84.8% (81.6, 87.5) | 12.0% (11.8, 12.2) |
|  | Attorney General | 97.6% (97.3, 97.9) | 90.5% (85.7, 94.8) | 85.1% (76.4, 91.7) | 90.9% (87.7, 93.2) | 12.7% (12.5, 12.9) |
|  | Com. Agriculture | 97.1% (96.7, 97.4) | 89.8% (83.2, 95.0) | 86.0% (78.1, 93.3) | 81.8% (78.8, 86.0) | 11.7% (11.5, 12.0) |
|  | Com. Insurance | 98.6% (98.4, 98.8) | 91.9% (88.3, 94.6) | 88.5% (82.8, 93.2) | 85.7% (83.4, 88.2) | 12.5% (12.3, 12.7) |
|  | Com. Labor | 98.6% (98.3, 98.8) | 92.0% (88.9, 94.4) | 87.0% (77.8, 92.1) | 86.9% (84.0, 89.6) | 12.4% (12.2, 12.6) |
|  | School Super. | 99.1% (98.9, 99.2) | 90.6% (84.4, 94.1) | 87.9% (80.6, 93.4) | 92.3% (90.5, 93.9) | 14.5% (14.4, 14.7) |
| 2016 General | U.S. President | 99.2% (99.1, 99.3) | 95.5% (93.8, 96.8) | 94.2% (92.1, 96.2) | 94.5% (93.6, 95.2) | 14.4% (14.3, 14.6) |
|  | U.S. Senator | 94.9% (94.6, 95.2) | 94.6% (92.6, 96.2) | 90.9% (88.1, 93.5) | 89.8% (88.2, 91.1) | 10.0% (9.8, 10.2) |
| 2018 General | Governor | 99.4% (99.3, 99.5) | 96.3% (95.0, 97.3) | 93.6% (90.9, 95.8) | 94.7% (93.9, 95.3) | 15.2% (15.0, 15.3) |
|  | Lt. Governor | 98.9% (98.8, 99.1) | 96.0% (94.6, 97.1) | 93.9% (91.5, 96.0) | 93.0% (92.0, 93.9) | 14.6% (14.4, 14.7) |
|  | Sec. of State | 99.2% (99.1, 99.3) | 95.8% (94.1, 97.0) | 93.2% (91.0, 95.2) | 93.8% (93.0, 94.6) | 16.4% (16.2, 16.5) |
|  | Attorney General | 98.9% (98.7, 99.0) | 95.1% (93.5, 96.5) | 93.7% (91.6, 95.7) | 92.8% (91.6, 93.8) | 14.9% (14.7, 15.1) |
|  | Com. Agriculture | 98.4% (98.1, 98.7) | 95.7% (94.2, 96.9) | 93.3% (90.7, 95.3) | 89.8% (87.7, 91.7) | 12.6% (12.4, 12.8) |
|  | Com. Insurance | 99.2% (99.0, 99.3) | 95.9% (94.5, 97.0) | 93.5% (91.2, 95.7) | 93.2% (92.3, 94.1) | 13.8% (13.7, 14.0) |
|  | Com. Labor | 98.7% (98.5, 98.8) | 95.3% (93.7, 96.6) | 93.1% (90.4, 95.2) | 91.9% (90.8, 92.9) | 13.1% (13.0, 13.3) |
|  | School Super. | 98.8% (98.6, 98.9) | 95.3% (93.6, 96.6) | 93.0% (89.9, 95.4) | 90.1% (88.7, 91.3) | 12.4% (12.2, 12.6) |
|  | Public Serv. Com. 3 | 99.2% (99.1, 99.3) | 95.7% (94.2, 96.8) | 92.9% (90.5, 95.0) | 93.9% (93.0, 94.6) | 14.8% (14.7, 15.0) |
|  | Public Serv. Com. 5 | 99.1% (98.9, 99.2) | 95.8% (94.2, 97.1) | 93.2% (90.6, 95.4) | 92.8% (91.9, 93.7) | 14.1% (13.9, 14.3) |
| 2018 Runoff | Sec. of State | 99.2% (99.1, 99.3) | 94.4% (91.5, 96.2) | 93.9% (91.6, 95.8) | 94.3% (93.4, 95.2) | 19.3% (19.1, 19.4) |
|  | Public Serv. Com. 3 | 99.1% (99.0, 99.3) | 94.6% (92.2, 96.3) | 92.9% (87.9, 96.1) | 95.1% (94.1, 96.0) | 19.5% (19.4, 19.7) |

8

**Table 1:** Ecological Inference Results — Statewide *(continued)*

|  |  | Black | Latino | AAPI | Other | White |
|---|---|---|---|---|---|---|
| 2020 General | U.S. President | 98.7% (98.5, 98.9) | 91.8% (88.5, 94.3) | 87.6% (84.0, 90.5) | 93.4% (91.7, 95.1) | 16.8% (16.6, 17.1) |
|  | U.S. Senator | 98.7% (98.5, 98.8) | 93.3% (91.3, 95.0) | 88.5% (85.6, 90.9) | 94.0% (93.1, 94.9) | 15.0% (14.8, 15.2) |
|  | Public Serv. Com. 1 | 98.9% (98.7, 99.0) | 92.7% (90.3, 95.0) | 86.8% (83.3, 90.0) | 93.0% (91.8, 94.1) | 13.1% (12.9, 13.3) |
|  | Public Serv. Com. 4 | 99.0% (98.9, 99.2) | 93.7% (91.8, 95.2) | 87.6% (83.9, 90.5) | 93.3% (92.1, 94.4) | 13.7% (13.5, 13.9) |
| 2021 Runoff | U.S. Senator (Perdue) | 99.3% (99.2, 99.4) | 96.1% (94.7, 97.2) | 91.9% (90.0, 93.7) | 96.9% (96.4, 97.5) | 16.4% (16.2, 16.5) |
|  | U.S. Senator (Loeffler) | 99.4% (99.3, 99.5) | 95.8% (94.6, 96.9) | 92.1% (90.3, 93.9) | 97.1% (96.5, 97.7) | 17.0% (16.9, 17.2) |
|  | Public Serv. Com. 4 | 99.3% (99.2, 99.4) | 95.8% (94.4, 97.1) | 90.1% (87.6, 92.3) | 96.0% (95.3, 96.7) | 14.9% (14.7, 15.0) |
| 2022 General | U.S. Senator | 99.2% (99.1, 99.4) | 94.5% (92.5, 96.3) | 91.4% (88.9, 93.9) | 97.2% (96.6, 97.7) | 18.0% (17.8, 18.1) |
|  | Governor | 99.0% (98.8, 99.1) | 92.3% (89.5, 94.6) | 85.1% (81.1, 89.5) | 89.5% (88.2, 90.6) | 12.7% (12.5, 12.9) |
|  | Lt. Governor | 98.9% (98.7, 99.1) | 93.7% (91.5, 95.4) | 88.6% (85.3, 91.4) | 92.2% (91.2, 93.2) | 14.4% (14.2, 14.5) |
|  | Sec. of State | 97.4% (97.0, 97.8) | 93.4% (90.7, 95.2) | 86.1% (82.0, 90.0) | 86.1% (83.7, 88.2) | 12.1% (11.9, 12.3) |
|  | Attorney General | 98.9% (98.7, 99.0) | 92.8% (90.4, 94.8) | 87.6% (83.4, 90.4) | 93.0% (92.0, 94.0) | 14.0% (13.9, 14.2) |
|  | Com. Agriculture | 99.0% (98.8, 99.1) | 92.2% (89.4, 94.3) | 88.7% (85.7, 92.0) | 88.7% (87.3, 89.9) | 12.2% (12.0, 12.3) |
|  | Com. Insurance | 98.9% (98.7, 99.0) | 92.2% (89.3, 94.6) | 86.4% (81.4, 89.5) | 89.0% (87.6, 90.7) | 12.3% (12.2, 12.5) |
|  | Com. Labor | 99.0% (98.9, 99.2) | 93.6% (91.4, 95.5) | 85.4% (80.8, 88.9) | 91.5% (90.4, 92.6) | 12.9% (12.7, 13.1) |
|  | School Super. | 98.8% (98.6, 99.0) | 93.3% (90.9, 95.6) | 84.7% (80.3, 88.2) | 88.9% (87.5, 90.3) | 12.3% (12.1, 12.5) |
| 2022 Runoff | U.S. Senator | 99.2% (99.1, 99.3) | 95.5% (93.7, 97.0) | 93.0% (90.6, 95.1) | 97.5% (96.9, 98.0) | 18.7% (18.6, 18.9) |

**Table 2:** Ecological Inference Results — CD 7 Focus Area

|  |  | Black | Latino | AAPI | Other | White |
|---|---|---|---|---|---|---|
| 2012 General | U.S. President | 98.6% (98.2, 98.9) | 93.7% (89.5, 96.6) | 90.0% (84.9, 94.8) | 87.6% (85.3, 89.6) | 12.4% (12.1, 12.8) |
| 2014 General | U.S. Senator | 99.0% (98.7, 99.2) | 90.7% (85.4, 94.2) | 84.9% (75.9, 92.5) | 93.1% (90.8, 95.2) | 14.6% (14.3, 14.9) |
|  | Governor | 98.8% (98.5, 99.0) | 89.6% (84.6, 93.7) | 84.5% (74.6, 91.6) | 86.3% (81.6, 90.6) | 14.6% (14.1, 15.1) |
|  | Lt. Governor | 98.5% (98.0, 98.9) | 87.9% (79.7, 93.7) | 86.7% (74.7, 92.4) | 67.9% (62.5, 72.6) | 11.3% (10.8, 11.8) |
|  | Sec. of State | 98.7% (98.3, 99.0) | 89.2% (83.0, 93.9) | 86.6% (79.2, 92.2) | 70.2% (65.1, 74.8) | 11.8% (11.3, 12.3) |
|  | Attorney General | 98.5% (98.2, 98.8) | 89.2% (79.8, 93.7) | 85.9% (76.0, 92.5) | 71.0% (65.4, 76.4) | 13.0% (12.4, 13.6) |
|  | Com. Agriculture | 97.9% (97.4, 98.4) | 89.1% (79.4, 94.4) | 87.0% (80.1, 91.8) | 59.5% (52.3, 68.6) | 11.9% (11.2, 12.6) |
|  | Com. Insurance | 98.6% (98.3, 98.9) | 90.0% (83.1, 94.9) | 85.3% (74.7, 91.8) | 75.0% (70.5, 80.1) | 11.8% (11.3, 12.3) |
|  | Com. Labor | 98.7% (98.4, 99.0) | 89.9% (82.9, 94.5) | 85.5% (79.2, 91.9) | 73.2% (68.2, 77.2) | 12.2% (11.7, 12.7) |
|  | School Super. | 98.9% (98.6, 99.1) | 86.7% (78.6, 93.1) | 88.9% (81.9, 93.5) | 86.3% (81.9, 91.1) | 13.3% (12.8, 13.8) |
| 2016 General | U.S. President | 98.9% (98.6, 99.2) | 93.5% (90.2, 96.0) | 93.7% (90.3, 96.1) | 90.3% (88.2, 92.3) | 14.2% (13.8, 14.6) |
|  | U.S. Senator | 97.5% (96.7, 98.1) | 94.0% (90.9, 96.3) | 89.8% (84.6, 93.7) | 69.7% (63.5, 76.5) | 10.7% (10.0, 11.5) |
| 2018 General | Governor | 99.0% (98.8, 99.3) | 94.4% (91.5, 96.4) | 92.1% (88.6, 95.0) | 90.5% (88.6, 92.1) | 15.0% (14.6, 15.4) |
|  | Lt. Governor | 98.9% (98.6, 99.2) | 93.8% (90.9, 95.9) | 92.0% (88.5, 94.8) | 87.5% (85.1, 89.5) | 14.4% (14.0, 14.8) |
|  | Sec. of State | 98.9% (98.6, 99.2) | 93.8% (90.6, 96.0) | 92.3% (88.0, 95.5) | 89.2% (87.1, 91.1) | 15.3% (14.9, 15.7) |
|  | Attorney General | 98.8% (98.5, 99.1) | 94.4% (91.8, 96.4) | 91.7% (87.6, 94.5) | 86.7% (83.5, 89.3) | 14.7% (14.2, 15.3) |
|  | Com. Agriculture | 98.7% (98.3, 99.0) | 94.5% (91.6, 96.6) | 93.3% (89.8, 95.8) | 81.2% (77.9, 84.1) | 12.6% (12.1, 13.1) |
|  | Com. Insurance | 99.0% (98.7, 99.2) | 94.2% (91.8, 96.1) | 91.7% (88.0, 94.7) | 88.2% (86.0, 90.3) | 13.7% (13.3, 14.1) |
|  | Com. Labor | 98.8% (98.5, 99.1) | 93.6% (90.7, 95.7) | 91.1% (86.0, 94.9) | 84.1% (81.2, 86.5) | 13.2% (12.7, 13.7) |
|  | School Super. | 98.8% (98.5, 99.1) | 94.4% (91.5, 96.6) | 91.4% (87.0, 94.6) | 81.9% (78.6, 84.7) | 12.5% (12.0, 13.0) |
|  | Public Serv. Com. 3 | 98.9% (98.6, 99.2) | 93.9% (91.5, 95.9) | 91.3% (87.1, 94.8) | 89.4% (87.5, 91.2) | 14.7% (14.4, 15.1) |
|  | Public Serv. Com. 5 | 98.9% (98.6, 99.2) | 94.3% (91.7, 96.3) | 91.6% (87.1, 94.9) | 87.7% (85.0, 90.1) | 14.0% (13.5, 14.4) |
| 2018 Runoff | Sec. of State | 98.7% (98.4, 99.1) | 90.1% (82.6, 94.2) | 89.1% (82.8, 94.0) | 88.5% (85.4, 90.9) | 18.6% (18.1, 19.0) |
|  | Public Serv. Com. 3 | 98.7% (98.4, 99.1) | 90.1% (82.0, 94.7) | 90.7% (85.5, 94.5) | 89.5% (86.8, 91.9) | 19.7% (19.3, 20.1) |

**Table 2:** Ecological Inference Results — CD 7 Focus Area *(continued)*

|  |  | Black | Latino | AAPI | Other | White |
|---|---|---|---|---|---|---|
| 2020 General | U.S. President | 98.5% (98.1, 98.8) | 89.3% (82.6, 93.6) | 86.5% (80.5, 91.0) | 89.5% (86.4, 92.3) | 16.3% (15.8, 16.9) |
|  | U.S. Senator | 98.7% (98.3, 99.0) | 89.4% (82.4, 93.9) | 87.9% (82.7, 92.6) | 90.8% (88.2, 93.2) | 14.1% (13.6, 14.6) |
|  | Public Serv. Com. 1 | 98.8% (98.5, 99.0) | 89.1% (84.4, 92.6) | 85.1% (79.6, 89.5) | 88.3% (85.3, 91.0) | 12.6% (12.2, 13.2) |
|  | Public Serv. Com. 4 | 98.7% (98.4, 99.0) | 91.4% (87.1, 94.6) | 86.6% (81.5, 90.7) | 89.7% (87.3, 92.0) | 12.8% (12.3, 13.3) |
| 2021 Runoff | U.S. Senator (Perdue) | 99.0% (98.7, 99.2) | 93.1% (89.9, 95.5) | 90.7% (86.4, 93.9) | 94.9% (93.5, 96.1) | 15.5% (15.1, 15.9) |
|  | U.S. Senator (Loeffler) | 99.0% (98.7, 99.2) | 93.6% (90.3, 96.0) | 90.7% (86.9, 94.1) | 95.2% (93.9, 96.4) | 16.3% (15.9, 16.7) |
|  | Public Serv. Com. 4 | 98.9% (98.6, 99.2) | 93.0% (89.9, 95.6) | 89.3% (85.1, 92.7) | 93.3% (91.5, 94.8) | 14.0% (13.6, 14.4) |
| 2022 General | U.S. Senator | 98.9% (98.6, 99.2) | 90.8% (85.6, 94.3) | 88.8% (84.0, 92.5) | 95.3% (93.8, 96.5) | 17.1% (16.7, 17.5) |
|  | Governor | 98.7% (98.4, 99.0) | 88.2% (82.2, 92.7) | 80.8% (73.5, 86.8) | 86.1% (83.2, 88.5) | 11.6% (11.1, 12.1) |
|  | Lt. Governor | 98.7% (98.3, 99.0) | 88.4% (82.1, 93.3) | 85.6% (78.7, 90.9) | 89.9% (87.4, 91.9) | 13.4% (12.9, 13.9) |
|  | Sec. of State | 98.6% (98.2, 98.9) | 91.0% (84.8, 94.7) | 81.8% (75.7, 87.5) | 75.9% (72.6, 79.5) | 11.8% (11.2, 12.4) |
|  | Attorney General | 98.8% (98.4, 99.1) | 89.4% (83.6, 93.4) | 82.2% (77.2, 88.4) | 89.8% (87.4, 92.1) | 13.0% (12.6, 13.5) |
|  | Com. Agriculture | 98.7% (98.4, 99.0) | 88.2% (81.9, 92.8) | 82.7% (75.7, 88.6) | 87.2% (84.1, 89.7) | 10.9% (10.4, 11.4) |
|  | Com. Insurance | 98.7% (98.3, 99.0) | 90.1% (84.3, 94.2) | 78.8% (72.4, 84.9) | 85.0% (82.3, 88.1) | 11.5% (11.0, 12.0) |
|  | Com. Labor | 98.8% (98.5, 99.1) | 89.4% (82.7, 94.6) | 80.5% (72.8, 86.2) | 89.2% (87.0, 91.1) | 11.7% (11.2, 12.2) |
|  | School Super. | 98.7% (98.3, 99.0) | 89.2% (82.0, 93.7) | 80.5% (74.4, 86.1) | 85.0% (82.0, 87.7) | 11.1% (10.7, 11.6) |
| 2022 Runoff | U.S. Senator | 98.9% (98.6, 99.1) | 92.5% (88.7, 95.3) | 92.4% (89.3, 94.9) | 95.5% (94.2, 96.6) | 18.2% (17.9, 18.5) |

**Table 3:** Election Results in the 7th Congressional District — Vote Share of Minority-Preferred Candidates

|  |  | Focus Area | Enacted CD 7 | Remedial CD 7 |
|---|---|---|---|---|
| 2012 GEN | U.S. President | 44.9% | 48.6% | 26.9% |
| 2014 GEN | U.S. Senator | 45.0% | 47.7% | 27.3% |
|  | Governor | 44.3% | 47.0% | 26.4% |
|  | Lt. Governor | 40.7% | 43.4% | 22.8% |
|  | Sec. of State | 41.3% | 44.1% | 23.4% |
|  | Attorney General | 42.1% | 44.8% | 24.1% |
|  | Com. Agriculture | 40.4% | 43.1% | 22.6% |
|  | Com. Insurance | 41.9% | 44.9% | 23.8% |
|  | Com. Labor | 41.9% | 44.6% | 23.6% |
|  | School Super. | 43.6% | 46.3% | 25.6% |
| 2016 GEN | U.S. President | 47.8% | 57.3% | 34.2% |
|  | U.S. Senator | 43.2% | 51.1% | 27.7% |
| 2018 GEN | Governor | 50.3% | 61.1% | 36.8% |
|  | Lt. Governor | 49.3% | 59.9% | 35.6% |
|  | Sec. of State | 50.3% | 60.5% | 36.1% |
|  | Attorney General | 49.6% | 59.9% | 35.7% |
|  | Com. Agriculture | 47.9% | 58.3% | 33.8% |
|  | Com. Insurance | 49.4% | 60.0% | 35.0% |
|  | Com. Labor | 48.5% | 58.7% | 34.0% |
|  | School Super. | 47.9% | 57.9% | 33.1% |
|  | Public Serv. Com. 3 | 50.1% | 60.6% | 35.8% |
|  | Public Serv. Com. 5 | 49.5% | 59.9% | 35.1% |
| 2018 RUN | Sec. of State | 47.2% | 54.0% | 34.6% |
|  | Public Serv. Com. 3 | 48.0% | 55.0% | 35.7% |
| 2020 GEN | U.S. President | 51.4% | 63.1% | 40.3% |
|  | U.S. Senator | 50.4% | 62.0% | 38.1% |
|  | Public Serv. Com. 1 | 49.3% | 60.9% | 36.0% |
|  | Public Serv. Com. 4 | 49.7% | 61.4% | 36.5% |
| 2021 RUN | U.S. Senator (Perdue) | 51.9% | 63.7% | 38.7% |
|  | U.S. Senator (Loeffler) | 52.4% | 64.2% | 39.5% |
|  | Public Serv. Com. 4 | 50.8% | 62.4% | 37.1% |
| 2022 GEN | U.S. Senator | 51.7% | 64.2% | 40.1% |
|  | Governor | 47.0% | 58.7% | 33.6% |
|  | Lt. Governor | 48.6% | 60.7% | 35.9% |
|  | Sec. of State | 46.2% | 57.5% | 32.3% |
|  | Attorney General | 48.3% | 60.1% | 35.5% |
|  | Com. Agriculture | 46.8% | 58.7% | 33.2% |
|  | Com. Insurance | 46.8% | 58.4% | 33.2% |
|  | Com. Labor | 47.5% | 59.4% | 34.0% |
|  | School Super. | 46.6% | 58.0% | 33.2% |
|  | U.S. Representative | — | 61.1% | — |
| 2022 RUN | U.S. Senator | 52.8% | 65.9% | 41.4% |

**Table 4:** Election Results by Congressional Districts — Enacted Map — Vote Share of Minority-Preferred Candidates

|  |  | CD 1 | CD 2 | CD 3 | CD 4 | CD 5 | CD 6 | CD 7 | CD 8 | CD 9 | CD 10 | CD 11 | CD 12 | CD 13 | CD 14 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2012 GEN | U.S. President | 43.0% | 57.3% | 31.8% | 72.8% | 78.2% | 28.2% | 48.6% | 37.2% | 24.7% | 35.0% | 32.9% | 45.5% | 75.1% | 29.8% |
| 2014 GEN | U.S. Senator | 42.2% | 55.6% | 32.2% | 73.2% | 79.2% | 28.8% | 47.7% | 36.0% | 25.7% | 35.0% | 32.8% | 43.3% | 76.0% | 30.6% |
|  | Governor | 42.1% | 56.4% | 32.6% | 72.1% | 78.0% | 28.0% | 47.0% | 37.3% | 24.9% | 35.2% | 32.9% | 42.8% | 75.1% | 33.1% |
|  | Lt. Governor | 39.1% | 52.8% | 28.1% | 68.9% | 74.0% | 24.2% | 43.4% | 32.9% | 21.4% | 30.9% | 28.2% | 39.7% | 71.9% | 27.8% |
|  | Sec. of State | 39.1% | 53.1% | 28.8% | 69.2% | 74.4% | 24.8% | 44.1% | 33.2% | 22.4% | 31.2% | 29.1% | 40.0% | 72.8% | 28.3% |
|  | Attorney General | 39.4% | 53.5% | 29.7% | 69.6% | 74.8% | 25.0% | 44.8% | 34.0% | 23.1% | 32.6% | 29.2% | 40.2% | 73.5% | 28.7% |
|  | Com. Agriculture | 39.1% | 52.8% | 28.0% | 67.7% | 72.7% | 23.9% | 43.1% | 33.1% | 22.2% | 30.4% | 28.3% | 40.1% | 71.4% | 27.5% |
|  | Com. Insurance | 40.4% | 53.6% | 29.1% | 70.0% | 75.4% | 25.1% | 44.9% | 33.8% | 22.4% | 31.7% | 29.4% | 40.9% | 73.4% | 28.6% |
|  | Com. Labor | 39.7% | 53.5% | 29.2% | 69.7% | 75.1% | 25.1% | 44.6% | 33.5% | 23.0% | 32.1% | 29.7% | 40.4% | 73.5% | 28.9% |
|  | School Super. | 41.3% | 55.1% | 30.9% | 71.6% | 77.5% | 27.2% | 46.3% | 35.2% | 24.6% | 33.8% | 31.6% | 42.7% | 74.7% | 30.8% |
| 2016 GEN | U.S. President | 41.5% | 54.5% | 31.6% | 76.9% | 83.5% | 36.0% | 57.3% | 34.3% | 26.5% | 35.1% | 37.1% | 43.2% | 77.9% | 27.7% |
|  | U.S. Senator | 37.4% | 50.4% | 28.7% | 70.5% | 73.5% | 29.0% | 51.1% | 31.1% | 24.0% | 32.0% | 32.5% | 39.2% | 73.9% | 26.4% |
| 2018 GEN | Governor | 42.5% | 55.1% | 32.9% | 78.9% | 84.2% | 38.8% | 61.1% | 34.3% | 28.2% | 36.5% | 40.1% | 43.2% | 81.1% | 30.0% |
|  | Lt. Governor | 41.9% | 53.9% | 32.3% | 77.5% | 82.1% | 37.6% | 59.9% | 33.6% | 28.1% | 36.0% | 39.5% | 42.4% | 80.2% | 30.0% |
|  | Sec. of State | 45.0% | 55.8% | 33.2% | 78.5% | 83.2% | 38.1% | 60.5% | 35.9% | 28.7% | 37.5% | 39.8% | 47.5% | 80.8% | 30.6% |
|  | Attorney General | 42.2% | 54.8% | 33.3% | 77.2% | 81.2% | 37.6% | 59.9% | 34.4% | 28.6% | 36.5% | 39.6% | 43.1% | 80.1% | 30.5% |
|  | Com. Agriculture | 40.9% | 53.2% | 31.4% | 75.5% | 78.8% | 35.6% | 58.3% | 32.6% | 26.7% | 34.4% | 37.7% | 41.5% | 79.0% | 29.1% |
|  | Com. Insurance | 41.5% | 54.4% | 32.1% | 77.7% | 81.9% | 36.9% | 60.0% | 33.7% | 27.6% | 35.9% | 38.8% | 42.3% | 80.5% | 29.9% |
|  | Com. Labor | 41.3% | 53.8% | 31.7% | 76.3% | 80.3% | 36.0% | 58.7% | 33.4% | 27.3% | 35.3% | 38.1% | 42.1% | 79.5% | 29.6% |
|  | School Super. | 41.0% | 53.5% | 31.2% | 75.7% | 79.1% | 35.0% | 57.9% | 32.8% | 26.7% | 35.2% | 37.4% | 41.8% | 79.2% | 29.1% |
|  | Public Serv. Com. 3 | 42.1% | 54.9% | 32.9% | 78.4% | 82.6% | 37.8% | 60.6% | 34.3% | 28.4% | 36.6% | 39.7% | 42.9% | 80.9% | 30.3% |
|  | Public Serv. Com. 5 | 42.0% | 54.6% | 32.3% | 77.7% | 81.8% | 37.0% | 59.9% | 34.0% | 27.8% | 36.1% | 38.9% | 42.8% | 80.4% | 30.0% |
| 2018 RUN | Sec. of State | 46.3% | 55.6% | 30.4% | 77.2% | 86.5% | 36.6% | 54.0% | 33.6% | 25.2% | 35.7% | 36.1% | 45.3% | 77.1% | 28.1% |
|  | Public Serv. Com. 3 | 44.8% | 54.9% | 31.5% | 77.7% | 86.6% | 37.6% | 55.0% | 32.8% | 26.5% | 36.1% | 37.2% | 42.5% | 77.6% | 29.0% |
| 2020 GEN | U.S. President | 43.2% | 55.2% | 34.8% | 79.2% | 83.7% | 42.5% | 63.1% | 36.0% | 30.8% | 38.1% | 42.2% | 44.9% | 80.5% | 31.1% |
|  | U.S. Senator | 42.7% | 54.3% | 33.9% | 78.2% | 81.6% | 40.1% | 62.0% | 35.1% | 29.8% | 37.2% | 40.8% | 43.8% | 80.6% | 30.7% |
|  | Public Serv. Com. 1 | 41.5% | 54.0% | 32.6% | 77.6% | 80.5% | 38.0% | 60.9% | 34.0% | 28.6% | 36.2% | 39.2% | 43.0% | 80.2% | 29.6% |
|  | Public Serv. Com. 4 | 41.9% | 54.4% | 33.1% | 77.9% | 80.8% | 38.5% | 61.4% | 34.7% | 29.0% | 36.5% | 39.7% | 43.3% | 80.7% | 30.2% |
| 2021 RUN | U.S. Senator (Perdue) | 43.8% | 56.1% | 35.2% | 79.3% | 82.0% | 40.7% | 63.7% | 36.5% | 30.8% | 38.6% | 41.6% | 45.1% | 82.3% | 32.2% |
|  | U.S. Senator (Loeffler) | 43.9% | 56.2% | 35.6% | 79.8% | 82.9% | 41.5% | 64.2% | 36.6% | 31.3% | 39.0% | 42.3% | 45.3% | 82.6% | 32.4% |
|  | Public Serv. Com. 4 | 42.9% | 55.4% | 34.2% | 78.5% | 81.1% | 39.0% | 62.4% | 35.6% | 29.8% | 37.6% | 40.4% | 44.1% | 81.8% | 31.4% |

13

Table 4: Election Results by Congressional Districts — Enacted Map — Vote Share of Minority-Preferred Candidates *(continued)*

|  |  | CD 1 | CD 2 | CD 3 | CD 4 | CD 5 | CD 6 | CD 7 | CD 8 | CD 9 | CD 10 | CD 11 | CD 12 | CD 13 | CD 14 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2022 GEN | U.S. Senator | 43.1% | 54.7% | 35.3% | 81.1% | 85.5% | 42.7% | 64.2% | 34.8% | 30.1% | 38.8% | 42.4% | 43.3% | 83.4% | 31.9% |
|  | Governor | 39.4% | 51.9% | 31.3% | 77.1% | 80.7% | 36.0% | 58.7% | 31.8% | 25.5% | 34.8% | 37.0% | 40.2% | 80.6% | 27.8% |
|  | Lt. Governor | 40.2% | 52.1% | 32.4% | 78.6% | 82.7% | 38.4% | 60.7% | 32.1% | 27.2% | 36.0% | 38.8% | 40.6% | 81.5% | 29.2% |
|  | Sec. of State | 37.9% | 50.5% | 30.8% | 75.1% | 78.2% | 34.5% | 57.5% | 31.1% | 25.5% | 34.4% | 36.3% | 39.3% | 79.1% | 27.5% |
|  | Attorney General | 40.4% | 52.2% | 32.4% | 77.9% | 81.8% | 37.9% | 60.1% | 32.6% | 27.2% | 36.0% | 38.6% | 41.0% | 81.2% | 29.2% |
|  | Com. Agriculture | 39.1% | 51.5% | 30.8% | 76.8% | 80.0% | 35.5% | 58.7% | 31.2% | 25.4% | 34.3% | 36.5% | 40.0% | 80.8% | 27.9% |
|  | Com. Insurance | 39.3% | 51.6% | 31.2% | 76.2% | 79.3% | 35.4% | 58.4% | 31.8% | 25.9% | 34.8% | 36.7% | 40.1% | 80.3% | 28.3% |
|  | Com. Labor | 39.7% | 52.0% | 31.5% | 77.8% | 81.2% | 36.3% | 59.4% | 32.0% | 26.1% | 35.1% | 37.3% | 40.3% | 81.2% | 28.4% |
|  | School Super. | 39.2% | 51.5% | 31.1% | 76.2% | 79.1% | 35.6% | 58.0% | 31.5% | 25.8% | 34.3% | 37.0% | 40.0% | 80.4% | 28.3% |
| 2022 RUN | U.S. Senator | 44.2% | 55.8% | 35.9% | 82.3% | 87.0% | 44.2% | 65.9% | 35.5% | 30.7% | 39.4% | 43.3% | 44.2% | 84.1% | 32.1% |

**Table 5:** Election Results by Congressional Districts — Remedial Map — Vote Share of Minority-Preferred Candidates

|  |  | CD 1 | CD 2 | CD 3 | CD 4 | CD 5 | CD 6 | CD 7 | CD 8 | CD 9 | CD 10 | CD 11 | CD 12 | CD 13 | CD 14 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2012 GEN | U.S. President | 43.0% | 57.3% | 31.8% | 75.1% | 82.7% | 65.9% | 26.9% | 37.2% | 26.5% | 35.8% | 29.2% | 45.5% | 59.8% | 27.6% |
| 2014 GEN | U.S. Senator | 42.2% | 55.6% | 32.2% | 74.3% | 84.1% | 66.9% | 27.3% | 36.0% | 27.4% | 35.7% | 29.7% | 43.3% | 60.5% | 28.2% |
|  | Governor | 42.1% | 56.4% | 32.6% | 73.2% | 83.1% | 65.8% | 26.4% | 37.3% | 26.7% | 35.9% | 29.8% | 42.8% | 59.9% | 30.3% |
|  | Lt. Governor | 39.1% | 52.8% | 28.1% | 70.4% | 79.0% | 62.0% | 22.8% | 32.9% | 23.0% | 31.7% | 25.0% | 39.7% | 56.4% | 25.3% |
|  | Sec. of State | 39.1% | 53.1% | 28.8% | 70.7% | 79.6% | 62.6% | 23.4% | 33.2% | 24.1% | 31.9% | 25.8% | 40.0% | 57.2% | 25.8% |
|  | Attorney General | 39.4% | 53.5% | 29.7% | 70.9% | 80.1% | 63.0% | 24.1% | 34.0% | 24.8% | 33.3% | 25.6% | 40.2% | 58.1% | 26.1% |
|  | Com. Agriculture | 39.1% | 52.8% | 28.0% | 69.2% | 77.7% | 61.3% | 22.6% | 33.1% | 23.7% | 31.3% | 24.9% | 40.1% | 56.1% | 25.1% |
|  | Com. Insurance | 40.4% | 53.6% | 29.1% | 71.6% | 80.6% | 63.6% | 23.8% | 33.8% | 24.1% | 32.5% | 26.0% | 40.9% | 57.9% | 26.1% |
|  | Com. Labor | 39.7% | 53.5% | 29.2% | 71.2% | 80.2% | 63.5% | 23.6% | 33.5% | 24.7% | 32.9% | 26.3% | 40.4% | 57.7% | 26.4% |
|  | School Super. | 41.3% | 55.1% | 30.9% | 73.0% | 82.4% | 65.3% | 25.6% | 35.2% | 26.3% | 34.5% | 28.5% | 42.7% | 59.1% | 28.2% |
| 2016 GEN | U.S. President | 41.5% | 54.5% | 31.6% | 78.5% | 86.9% | 71.9% | 34.2% | 34.3% | 28.9% | 36.0% | 33.6% | 43.2% | 65.1% | 26.8% |
|  | U.S. Senator | 37.4% | 50.4% | 28.7% | 72.0% | 78.6% | 64.4% | 27.7% | 31.1% | 26.1% | 32.9% | 28.7% | 39.2% | 61.1% | 24.9% |
| 2018 GEN | Governor | 42.5% | 55.1% | 32.9% | 80.0% | 88.0% | 74.4% | 36.8% | 34.3% | 31.0% | 37.5% | 36.3% | 43.2% | 69.4% | 29.2% |
|  | Lt. Governor | 41.9% | 53.9% | 32.3% | 78.6% | 86.3% | 72.8% | 35.6% | 33.6% | 30.8% | 37.0% | 35.7% | 42.4% | 68.4% | 29.2% |
|  | Sec. of State | 45.0% | 55.8% | 33.2% | 79.5% | 87.2% | 73.8% | 36.1% | 35.9% | 31.5% | 38.4% | 36.1% | 47.5% | 69.2% | 29.6% |
|  | Attorney General | 42.2% | 54.8% | 33.3% | 78.3% | 85.5% | 72.5% | 35.7% | 34.4% | 31.2% | 37.5% | 35.9% | 43.1% | 68.6% | 29.5% |
|  | Com. Agriculture | 40.9% | 53.2% | 31.4% | 76.8% | 83.1% | 70.8% | 33.8% | 32.6% | 29.4% | 35.4% | 33.9% | 41.5% | 67.2% | 28.1% |
|  | Com. Insurance | 41.5% | 54.4% | 32.1% | 78.9% | 86.2% | 72.9% | 35.0% | 33.7% | 30.4% | 36.9% | 34.9% | 42.3% | 68.7% | 28.9% |
|  | Com. Labor | 41.3% | 53.8% | 31.7% | 77.5% | 84.5% | 71.5% | 34.0% | 33.4% | 30.0% | 36.3% | 34.2% | 42.1% | 67.7% | 28.5% |
|  | School Super. | 41.0% | 53.5% | 31.2% | 77.0% | 83.4% | 70.9% | 33.1% | 32.8% | 29.4% | 36.2% | 33.5% | 41.8% | 67.2% | 27.9% |
|  | Public Serv. Com. 3 | 42.1% | 54.9% | 32.9% | 79.4% | 86.8% | 73.5% | 35.8% | 34.3% | 31.2% | 37.5% | 35.9% | 42.9% | 69.3% | 29.2% |
|  | Public Serv. Com. 5 | 42.0% | 54.6% | 32.3% | 78.8% | 86.1% | 72.8% | 35.1% | 34.0% | 30.6% | 37.1% | 35.0% | 42.8% | 68.8% | 28.9% |
| 2018 RUN | Sec. of State | 46.3% | 55.6% | 30.4% | 77.4% | 89.2% | 72.7% | 34.6% | 33.6% | 27.3% | 36.2% | 33.7% | 45.3% | 63.5% | 27.1% |
|  | Public Serv. Com. 3 | 44.8% | 54.9% | 31.5% | 78.0% | 89.2% | 73.1% | 35.7% | 32.8% | 28.6% | 36.6% | 34.9% | 42.5% | 64.3% | 28.0% |
| 2020 GEN | U.S. President | 43.2% | 55.2% | 34.8% | 79.2% | 86.8% | 75.0% | 40.3% | 36.0% | 33.7% | 39.2% | 38.8% | 44.9% | 70.5% | 31.0% |
|  | U.S. Senator | 42.7% | 54.3% | 33.9% | 78.3% | 85.6% | 73.5% | 38.1% | 35.1% | 32.7% | 38.3% | 37.2% | 43.8% | 70.3% | 30.4% |
|  | Public Serv. Com. 1 | 41.5% | 54.0% | 32.6% | 77.8% | 84.7% | 72.5% | 36.0% | 34.0% | 31.4% | 37.3% | 35.4% | 43.0% | 69.8% | 29.0% |
|  | Public Serv. Com. 4 | 41.9% | 54.4% | 33.1% | 78.1% | 85.0% | 73.0% | 36.5% | 34.7% | 31.8% | 37.7% | 36.0% | 43.3% | 70.2% | 29.6% |
| 2021 RUN | U.S. Senator (Perdue) | 43.8% | 56.1% | 35.2% | 79.5% | 86.4% | 74.4% | 38.7% | 36.5% | 33.8% | 39.8% | 38.1% | 45.1% | 72.4% | 31.6% |
|  | U.S. Senator (Loeffler) | 43.9% | 56.2% | 35.6% | 80.1% | 87.0% | 75.1% | 39.5% | 36.6% | 34.3% | 40.1% | 38.8% | 45.3% | 72.8% | 31.9% |
|  | Public Serv. Com. 4 | 42.9% | 55.4% | 34.2% | 78.7% | 85.5% | 73.5% | 37.1% | 35.6% | 32.8% | 38.7% | 36.8% | 44.1% | 71.7% | 30.7% |

**Table 5:** Election Results by Congressional Districts — Remedial Map — Vote Share of Minority-Preferred Candidates *(continued)*

|  |  | CD 1 | CD 2 | CD 3 | CD 4 | CD 5 | CD 6 | CD 7 | CD 8 | CD 9 | CD 10 | CD 11 | CD 12 | CD 13 | CD 14 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2022 GEN | U.S. Senator | 43.1% | 54.7% | 35.3% | 80.4% | 89.1% | 77.2% | 40.1% | 34.8% | 32.9% | 39.8% | 39.2% | 43.3% | 73.6% | 31.9% |
|  | Governor | 39.4% | 51.9% | 31.3% | 76.3% | 85.2% | 72.3% | 33.6% | 31.8% | 28.2% | 35.9% | 33.5% | 40.2% | 70.0% | 27.4% |
|  | Lt. Governor | 40.2% | 52.1% | 32.4% | 77.8% | 86.8% | 74.2% | 35.9% | 32.1% | 29.9% | 37.1% | 35.5% | 40.6% | 71.2% | 29.0% |
|  | Sec. of State | 37.9% | 50.5% | 30.8% | 74.6% | 82.8% | 70.3% | 32.3% | 31.1% | 28.1% | 35.4% | 32.7% | 39.3% | 68.9% | 27.0% |
|  | Attorney General | 40.4% | 52.2% | 32.4% | 77.2% | 85.9% | 73.7% | 35.5% | 32.6% | 29.8% | 37.1% | 35.2% | 41.0% | 70.9% | 28.9% |
|  | Com. Agriculture | 39.1% | 51.5% | 30.8% | 76.2% | 84.4% | 72.2% | 33.2% | 31.2% | 28.1% | 35.4% | 33.0% | 40.0% | 70.1% | 27.5% |
|  | Com. Insurance | 39.3% | 51.6% | 31.2% | 75.5% | 83.8% | 71.6% | 33.2% | 31.8% | 28.5% | 35.9% | 33.2% | 40.1% | 69.8% | 27.8% |
|  | Com. Labor | 39.7% | 52.0% | 31.5% | 77.0% | 85.7% | 73.0% | 34.0% | 32.0% | 28.8% | 36.2% | 33.8% | 40.3% | 70.6% | 28.1% |
|  | School Super. | 39.2% | 51.5% | 31.1% | 75.5% | 83.5% | 71.8% | 33.2% | 31.5% | 28.4% | 35.5% | 33.5% | 40.0% | 69.5% | 27.9% |
| 2022 RUN | U.S. Senator | 44.2% | 55.8% | 35.9% | 81.6% | 90.2% | 78.5% | 41.4% | 35.5% | 33.7% | 40.5% | 40.1% | 44.2% | 74.8% | 32.3% |