# Maxwell Palmer

| | | |
|---|---|---|
| CONTACT | Department of Political Science<br>Boston University<br>232 Bay State Road<br>Boston, MA 02215 | *E-mail:* mbpalmer@bu.edu<br>*Website:* www.maxwellpalmer.com<br>*Phone:* (617) 358-2654 |

**APPOINTMENTS**

Boston University, Boston, Massachusetts

Associate Professor, Department of Political Science, 2021–Present

Associate Chair, Dept. of Political Science, July 2023–Present

Civic Tech Fellow, Faculty of Computing & Data Sciences, 2021–Present

Faculty Fellow, Initiative on Cities, 2019–Present

Director of Advanced Programs, Dept. of Political Science, July 2020–June 2023

Assistant Professor, Department of Political Science, 2014–2021

Junior Faculty Fellow, Hariri Institute for Computing, 2017–2020

**EDUCATION**

Harvard University, Cambridge, Massachusetts

Ph.D., Political Science, May 2014.

A.M., Political Science, May 2012.

Bowdoin College, Brunswick, Maine

A.B., Mathematics & Government and Legal Studies, May 2008.

**BOOK**

*Neighborhood Defenders: Participatory Politics and America's Housing Crisis* (with Katherine Levine Einstein and David M. Glick). 2019. New York, NY: Cambridge University Press.

– Selected chapters republished in *Political Science Quarterly*.

– Reviewed in *Perspectives on Politics*, *Political Science Quarterly*, *Economics 21*, *Public Books*, *City Journal*, and *Urban Studies*.

– Covered in Vox's "The Weeds" podcast, CityLab, Slate's "Gabfest," Curbed, Brookings Institution Up Front.

**REFEREED ARTICLES**

Palmer, Maxwell, Benjamin Schneer, and Kevin DeLuca. Forthcoming. "A Partisan Solution to Partisan Gerrymandering: The Define-Combine Procedure" (with Benjamin Schneer and Kevin DeLuca). *Political Analysis*.

de Benedictis-Kessner, Justin and Maxwell Palmer. 2023. "Driving Turnout: The Effect of Car Ownership on Electoral Participation." *Political Science Research and Methods* 11(3): 654–662.

Einstein, Katherine Levine, Joseph Ornstein, and Maxwell Palmer. 2022. "Who Represents the Renters?" *Housing Policy Debate*.

Einstein, Katherine Levine, David Glick, and Maxwell Palmer. 2022. "Developing a pro-housing movement? Public distrust of developers, fractured coalitions, and the challenges of measuring political power." *Interest Groups & Advocacy* 11:189–-208.

Einstein, Katherine Levine, David Glick, Luisa Godinez Puig, and Maxwell Palmer. 2022. "Still Muted: The Limited Participatory Democracy of Zoom Public Meetings." *Urban Affairs Review*.

Glick, David M. and Maxwell Palmer. 2022. "County Over Party: How Governors Prioritized Geography Not Particularism in the Distribution of Opportunity Zones." *British Journal of Political Science* 52(4): 1902–1910.

Einstein, Katherine Levine and Maxwell Palmer. 2021. "Land of the Freeholder: How Property Rights Make Voting Rights." *Journal of Historical Political Economy* 1(4): 499–530.

Godinez Puig, Luisa, Katharine Lusk, David Glick, Katherine L. Einstein, Maxwell Palmer, Stacy Fox, and Monica L. Wang. 2020. "Perceptions of Public Health Priorities and Accountability Among US Mayors." *Public Health Reports* (October 2020).

Einstein, Katherine Levine, David M. Glick, and Maxwell Palmer. 2020. "Can Mayors Lead on Climate Change? Evidence from Six Years of Surveys." *The Forum* 18(1).

Ban, Pamela, Maxwell Palmer, and Benjamin Schneer. 2019. "From the Halls of Congress to K Street: Government Experience and its Value for Lobbying." *Legislative Studies Quarterly* 44(4): 713–752.

Palmer, Maxwell and Benjamin Schneer. 2019. "Postpolitical Careers: How Politicians Capitalize on Public Office." *Journal of Politics* 81(2): 670–675.

Einstein, Katherine Levine, Maxwell Palmer, and David M. Glick. 2019. "Who Participates in Local Government? Evidence from Meeting Minutes." *Perspectives on Politics* 17(1): 28–46.
    – Winner of the Heinz Eulau Award, American Political Science Association, 2020.

Einstein, Katherine Levine, David M. Glick, and Maxwell Palmer.  2019.  "City Learning: Evidence of Policy Information Diffusion From a Survey of U.S. Mayors." *Political Research Quarterly* 72(1): 243–258.

Einstein, Katherine Levine, David M. Glick, Maxwell Palmer, and Robert Pressel. 2018.  "Do Mayors Run for Higher Office?  New Evidence on Progressive Ambition." *American Politics Research* 48(1) 197–221.

Ansolabehere, Stephen, Maxwell Palmer and Benjamin Schneer.  2018.  "Divided Government and Significant Legislation, A History of Congress from 1789-2010." *Social Science History* 42(1): 81–108.

Edwards, Barry, Michael Crespin, Ryan D. Williamson, and Maxwell Palmer.  2017. "Institutional Control of Redistricting and the Geography of Representation." *Journal of Politics* 79(2): 722–726.

Palmer, Maxwell.  2016.  "Does the Chief Justice Make Partisan Appointments to Special Courts and Panels?" *Journal of Empirical Legal Studies* 13(1): 153–177.

Palmer, Maxwell and Benjamin Schneer.  2016.  "Capitol Gains: The Returns to Elected Office from Corporate Board Directorships."  *Journal of Politics* 78(1): 181–196.

Gerring, John, Maxwell Palmer, Jan Teorell, and Dominic Zarecki.  2015.  "Demography and Democracy: A Global, District-level Analysis of Electoral Contestation." *American Political Science Review* 109(3): 574–591.

OTHER
PUBLICATIONS

Einstein, Katherine Levine, David M. Glick and Maxwell Palmer. 2020.  "Neighborhood Defenders: Participatory Politics and America's Housing Crisis." *Political Science Quarterly* 135(2): 281–312.

Ansolabehere, Stephen and Maxwell Palmer. 2016.  "A Two Hundred-Year Statistical History of the Gerrymander." *Ohio State Law Journal* 77(4): 741–762.

Ansolabehere, Stephen, Maxwell Palmer, and Benjamin Schneer.  2016.  "What Has Congress Done?" in *Governing in a Polarized Age: Elections, Parties, and Political Representation in America*, eds. Alan Gerber and Eric Schickler. New York, NY: Cambridge University Press.

POLICY
REPORTS

Glick, David M., Katherine Levine Einstein, and Maxwell Palmer. 2023.  2022 Menino Survey of Mayors: Economic Opportunity, Poverty, and Well-Being. Research Report. Boston University Initiative on Cities.

Glick, David M., Katherine Levine Einstein, and Maxwell Palmer.  2023.  2022

Menino Survey of Mayors: Mayors and the Climate Crisis. Research Report. Boston University Initiative on Cities.

Einstein, Katherine Levine and Maxwell Palmer. 2022. Greater Boston Housing Report Card 2022, Special Topic: Who Can Win the Lottery? Moving Toward Equity in Subsidized Housing. Research Report. The Boston Foundation.

Glick, David M., Katherine Levine Einstein, and Maxwell Palmer. 2022. Looking back on ARPA and America's Cities: A Menino Survey Reflection. Research Report. Boston University Initiative on Cities.

Einstein, Katherine Levine and Maxwell Palmer. 2022. Representation in the Housing Process: Best Practices for Improving Racial Equity. Research Report. The Boston Foundation.

Glick, David M., Katherine Levine Einstein, and Maxwell Palmer. 2022. 2021 Menino Survey of Mayors: Closing the Racial Wealth Gap. Research Report. Boston University Initiative on Cities.

Glick, David M., Katherine Levine Einstein, and Maxwell Palmer. 2021. 2021 Menino Survey of Mayors: Building Back Better. Research Report. Boston University Initiative on Cities.

Glick, David M., Katherine Levine Einstein, Maxwell Palmer, Stacy Fox, Katharine Lusk, Nicholas Henninger, and Songhyun Park. 2021. 2020 Menino Survey of Mayors: Policing and Protests. Research Report. Boston University Initiative on Cities.

Glick, David M., Katherine Levine Einstein, Maxwell Palmer, and Stacy Fox. 2020. 2020 Menino Survey of Mayors: COVID-19 Recovery and the Future of Cities. Research Report. Boston University Initiative on Cities.

de Benedictis-Kessner, Justin and Maxwell Palmer. 2020. Got Wheels? How Having Access to a Car Impacts Voting. Democracy Docket.

Palmer, Maxwell, Katherine Levine Einstein, and David Glick. 2020. Counting the City: Mayoral Views on the 2020 Census. Research Report. Boston University Initiative on Cities.

Einstein, Katherine Levine, Maxwell Palmer, Stacy Fox, Marina Berardino, Noah Fischer, Jackson Moore-Otto, Aislinn O'Brien, Marilyn Rutecki and Benjamin Wuesthoff. 2020. COVID-19 Housing Policy. Research Report. Boston University Initiative on Cities.

Einstein, Katherine Levine, Maxwell Palmer, David Glick, and Stacy Fox. 2020.

Mayoral Views on Cities' Legislators: How Representative are City Councils? Research Report. Boston University Initiative on Cities.

Einstein, Katherine Levine and Maxwell Palmer. 2020. "Newton and other communities must reform housing approval process." *The Boston Globe*.

Einstein, Katherine Levine, David Glick, Maxwell Palmer and Stacy Fox. 2020. "2019 Menino Survey of Mayors." Research Report. Boston University Initiative on Cities.

Palmer, Maxwell, Katherine Levine Einstein, David Glick, and Stacy Fox. 2019. Mayoral Views on Housing Production: Do Planning Goals Match Reality? Research Report. Boston University Initiative on Cities.

Wilson, Graham, David Glick, Katherine Levine Einstein, Maxwell Palmer, and Stacy Fox. 2019. Mayoral Views on Economic Incentives: Valuable Tools or a Bad Use of Resources?. Research Report. Boston University Initiative on Cities

Einstein, Katherine Levine, David Glick, Maxwell Palmer and Stacy Fox. 2019. "2018 Menino Survey of Mayors." Research Report. Boston University Initiative on Cities.

Einstein, Katherine Levine, Katharine Lusk, David Glick, Maxwell Palmer, Christiana McFarland, Leon Andrews, Aliza Wasserman, and Chelsea Jones. 2018. "Mayoral Views on Racism and Discrimination." National League of Cities and Boston University Initiative on Cities.

Einstein, Katherine Levine, David Glick, and Maxwell Palmer. 2018. "As the Trump administration retreats on climate change, US cities are moving forward." The Conversation.

Einstein, Katherine Levine, David M. Glick, Maxwell Palmer, and Robert Pressel. 2018. "Few big-city mayors see running for higher office as appealing." LSE United States Politics and Policy Blog.

Einstein, Katherine Levine, David Glick, and Maxwell Palmer. 2018. "2017 Menino Survey of Mayors." Research Report. Boston University Initiative on Cities.

Williamson, Ryan D., Michael Crespin, Maxwell Palmer, and Barry C. Edwards. 2017. "This is how to get rid of gerrymandered districts." *The Washington Post*, Monkey Cage Blog.

Palmer, Maxwell and Benjamin Schneer. 2015. "How and why retired politicians get lucrative appointments on corporate boards. " *The Washington Post*, Monkey Cage Blog.

| | |
|---|---|
| CURRENT PROJECTS | "Descended from Immigrants and Revolutionists: How Family Immigration History Shapes Legislative Behavior in Congress" (with James Feigenbaum and Benjamin Schneer). |
| | "When are Mayors Polarized?" (with Katherine Levine Einstein and David M. Glick) |
| | "The Gray Vote: How Older Home-Owning Voters Dominate Local Elections." (with Katherine Levine Einstein, Ellis Hamilton, and Ethan Singer). |
| | "Who Should Make Decisions? Public Perceptions of Democratic Inclusion in Housing Policy." (With Justin de Benedictis-Kessner and Katherine Levine Einstein). |
| | "Renters in an Ownership Society: Property Rights, Voting Rights, and the Making of American Citizenship." Book Project. With Katherine Levine Einstein. |
| | "Menino Survey of Mayors 2023." Co-principal investigator with David M. Glick and Katherine Levine Einstein. |
| GRANTS AND AWARDS | The Boston Foundation Grant. "2022 Greater Boston Housing Report Card" (Co-principal investigator). 2022. $70,000. |
| | The Rockefeller Foundation, "Menino Survey of Mayors" (Co-principal investigator). 2021. $355,000. |
| | American Political Science Association, Heinz Eulau Award, for the best article published in *Perspectives on Politics* during the previous calendar year, for "Who Participates in Local Government? Evidence from Meeting Minutes." (with Katherine Levine Einstein and David M. Glick). 2020. |
| | Boston University Initiative on Cities, COVID-19 Research to Action Seed Grant. "How Are Cities Responding to the COVID-19 Housing Crisis?" 2020. $8,000. |
| | The Rockefeller Foundation, "Menino Survey of Mayors" (Co-principal investigator). 2017. $325,000. |
| | Hariri Institute for Computing, Boston University. Junior Faculty Fellow. 2017–2020. $10,000. |
| | The Rockefeller Foundation, "2017 Menino Survey of Mayors" (Co-principal investigator). 2017. $100,000. |
| | The Center for Finance, Law, and Policy, Boston University, Research Grant for |

"From the Capitol to the Boardroom: The Returns to Office from Corporate Board Directorships," 2015.

Senator Charles Sumner Prize, Dept. of Government, Harvard University. 2014.
*Awarded to the best dissertation "from the legal, political, historical, economic, social or ethnic approach, dealing with means or measures tending toward the prevention of war and the establishment of universal peace."*

The Center for American Political Studies, Dissertation Research Fellowship on the Study of the American Republic, 2013–2014.

The Tobin Project, Democracy and Markets Graduate Student Fellowship, 2013–2014.

The Dirksen Congressional Center, Congressional Research Award, 2013.

The Institute for Quantitative Social Science, Conference Travel Grant, 2014.

The Center for American Political Studies, Graduate Seed Grant for "Capitol Gains: The Returns to Elected Office from Corporate Board Directorships," 2014.

The Institute for Quantitative Social Science, Research Grant, 2013.

Bowdoin College: High Honors in Government and Legal Studies; Philo Sherman Bennett Prize for Best Honors Thesis in the Department of Government, 2008.

SELECTED PRESENTATIONS

"A Partisan Solution to Partisan Gerrymandering: The Define-Combine Procedure." MIT Election Data and Science Lab, 2020.

"Who Represents the Renters?" Local Political Economy Conference, Washington, D.C., 2019.

"Housing and Climate Politics," Sustainable Urban Systems Conference, Boston University 2019.

"Redistricting and Gerrymandering," American Studies Summer Institute, John F. Kennedy Presidential Library and Museum, 2019.

"The Participatory Politics of Housing," Government Accountability Office Seminar, 2018.

"Descended from Immigrants and Revolutionists: How Immigrant Experience Shapes Immigration Votes in Congress," Congress and History Conference, Princeton University, 2018.

"Identifying Gerrymanders at the Micro- and Macro-Level." Hariri Institute for Computing, Boston University, 2018.

"How Institutions Enable NIMBYism and Obstruct Development," Boston Area Research Initiative Spring Conference, Northeastern University, 2017.

"Congressional Gridlock," American Studies Summer Institute, John F. Kennedy Presidential Library and Museum, 2016.

"Capitol Gains: The Returns to Elected Office from Corporate Board Directorships," Microeconomics Seminar, Department of Economics, Boston University, 2015.

"A Two Hundred-Year Statistical History of the Gerrymander," Congress and History Conference, Vanderbilt University, 2015.

"A New (Old) Standard for Geographic Gerrymandering," Harvard Ash Center Workshop: How Data is Helping Us Understand Voting Rights After Shelby County, 2015.

"Capitol Gains: The Returns to Elected Office from Corporate Board Directorships," Boston University Center for Finance, Law, and Policy, 2015.

"Capitol Gains: The Returns to Elected Office from Corporate Board Directorships," Bowdoin College, 2014.

American Political Science Association: 2013, 2014, 2015, 2016, 2018, 2019, 2020, 2022
Midwestern Political Science Association: 2012, 2013, 2014, 2017, 2019, 2023
Southern Political Science Association: 2015, 2018
European Political Science Association: 2015

Expert
Testimony
and Consulting

*Bethune-Hill v. Virginia* (3:14-cv-00852-REP-AWA-BMK), U.S. District Court for the Eastern District of Virginia. Prepared expert reports and testified on racial predominance and racially polarized voting in selected districts of the 2011 Virginia House of Delegates map. (2017)

*Thomas v. Bryant* (3:18-CV-441-CWR-FKB), U.S. District Court for the Southern District of Mississippi. Prepared expert reports and testified on racially polarized voting in a district of the 2012 Mississippi State Senate map. (2018–2019)

*Chestnut v. Merrill* (2:18-cv-00907-KOB), U.S. District Court for the Northern District of Alabama. Prepared expert reports and testified on racially polarized voting in selected districts of the 2011 Alabama congressional district map. (2019)

*Dwight v. Raffensperger* (No. 1:18-cv-2869-RWS), U.S. District Court for the Northern District of Georgia. Prepared expert reports and testified on racially polarized voting in selected districts of the 2011 Georgia congressional district map. (2019)

*Bruni, et al. v. Hughs* (No. 5:20-cv-35), U.S. District Court for the Southern District of Texas. Prepared expert reports and testified on the use of straight-ticket voting by race and racially polarized voting in Texas. (2020)

*Caster v. Merrill* (No. 2:21-cv-1536-AMM), U.S. District Court for the Northern District of Alabama. Prepared expert report and testified on racially polarized voting in selected districts of the 2021 Alabama congressional district map. (2022)

*Pendergrass v. Raffensperger* (1:21-CV-05339-SCJ), U.S. District Court for the Northern District of Georgia. Prepared expert reports and testified on racially polarized voting in selected districts of the 2021 Georgia congressional district map. (2022)

*Grant v. Raffensperger* (1:22-CV-00122-SCJ), U.S. District Court for the Northern District of Georgia. Prepared expert reports and testified on racially polarized voting in selected districts of the 2021 Georgia state legislative district maps. (2022)

*Galmon, et al. v. Ardoin* (3:22-cv-00214-SDD-SDJ), U.S. District Court for the Middle District of Louisiana. Prepared expert reports and testified on racially polarized voting for the 2021 Louisiana congressional district map. (2022)

*United States v. Robert Bowers* (2:18-cr-00292-DWA), U.S. District Court for the Western District of Pennsylvania. Prepared expert reports on the demographics of the voter registriation list and composition of the master jury wheel. (2020–2023)

*Agee, et al. v. Benson, et al.* (1:22-CV-00272-PLM-RMK-JTN), U.S. District Court for the Western District of Michigan. Prepared expert report on racially polarized voting and racial predominance in the Michigan House and Senate maps adopted by the Michigan Independent Citizens Redistricting Commission. (2023)

*In Re: Georgia Senate Bill 202* (1:12-MI-55555-JPB), U.S. District Court for the Northern District of Georgia. Prepared expert report and testified on demographics and racially polarized vboting in Georgia. (2023)

*Vet Voice Foundation, et al., v. Hobbs, et al.* (No. 22-2-19384-1 SEA), King County Superior Court, Washington. Prepared expert reports and testified on ballots rejected for non-matching signatures in Washington. (2023)

*Vet Voice Foundation, et al., v. Griswold* (No. 2022CV033456), District Court, City and County of Denver, State of Colorado. Prepared expert reports and testified on ballots rejected for non-matching signatures in Colorado. (2023)

"Brief Of Political Science Professors As *Amici Curiae* In Support Of Appellees," in the case of *Alexander vs. South Carolina State Conference of the NAACP*, in the Supreme Court of the United States (No. 22-807). (with Stephen Ansolabehere, Bruce E. Cain, James M. Snyder, Jr., and Charles Stewart III)

Racially Polarized Voting Consultant, Virginia Redistricting Commission, August 2021.

The General Court of the Commonwealth of Massachusetts, Joint Committee on Housing, Hearing on Housing Production Legislation. May 14, 2019. Testified on the role of public meetings in housing production.

TEACHING        Boston University

- *Introduction to American Politics* (PO 111; Fall 2014, Fall 2015, Fall 2016, Fall 2017, Spring 2019, Fall 2019, Fall 2020)
- *Congress and Its Critics* (PO 302; Fall 2014, Spring 2015, Spring 2017, Spring 2019)
- *Data Science for Politics* (PO 399; Spring 2020, Spring 2021, Fall 2021, Fall 2022, Fall 2023)
- *Formal Political Theory* (PO 501; Spring 2015, Spring 2017, Fall 2019, Fall 2020)
- *American Political Institutions in Transition* (PO 505; Spring 2021, Fall 2021)
- *Prohibition* (PO 540; Fall 2015, Fall 2022)
- *Political Analysis (Graduate Seminar)* (PO 840; Fall 2016, Fall 2017)
- *Graduate Research Workshop* (PO 903/4; Fall 2019, Spring 2020)
- *Spark! Civic Tech Research Design Workshop* (CDS DS 290; Spring 2023)
- *Spark! Civic Tech Toolkit Workshop* (CDS DS 292; Spring 2023)

SERVICE        Boston University

- Research Computing Governance Committee, 2021–.
- Initiative on Cities Faculty Advisory Board, 2020–2022.
- Undergraduate Assessment Working Group, 2020-2021.

– College of Arts and Sciences

    – Ad Hoc Committee on the CAS BA-Level Curriculum, 2023.

    – CAS Conduct Liaison, 2023–.

    – Search Committee for the Faculty Director of the Initiative on Cities, 2020–2021.

    – General Education Curriculum Committee, 2017–2018.

– Department of Political Science

    – Associate Chair, 2023–.

    – Director of Advanced Programs (Honors & B.A./M.A.). 2020–2023.

    – Political Methodology Search Committee, 2021.

    – Delegate, Chair Selection Advisory Process, 2021.

    – Comprehensive Exam Committee, American Politics, 2019, 2023.

    – Comprehensive Exam Committee, Political Methodology, 2016, 2017, 2021, 2022.

    – American Politics Search Committee, 2017.

    – American Politics Search Committee, 2016.

    – Graduate Program Committee, 2014–2015, 2018–2019, 2020–2021.

Co-organizer, *Boston University Local Political Economy Conference*, August 29, 2018.

Editorial Board Member, *Legislative Studies Quarterly*, 2020–2023

Malcolm Jewell Best Graduate Student Paper Award Committee, Southern Political Science Association, 2019.

Reviewer: *American Journal of Political Science*; *American Political Science Review*; *Journal of Politics*; *Quarterly Journal of Political Science*; *Science*; *Political Analysis*; *Legislative Studies Quarterly*; *Public Choice*; *Political Science Research and Methods*; *Journal of Law, Economics and Organization*; *Election Law Journal*; *Journal of Empirical Legal Studies*; *Urban Affairs Review*; *Applied Geography*; *PS: Political Science & Politics*; Cambridge University Press; Oxford University Press.

Elected Town Meeting Member, Town of Arlington, Mass., Precinct 2. April 2021–Present.

Arlington Election Reform Committee Member, August 2019–April 2022.

Coordinator, Harvard Election Data Archive, 2011–2014.

Other
Experience

**Charles River Associates**, Boston, Massachusetts                    2008–2010

*Associate, Energy & Environment Practice*
Economic consulting in the energy sector for electric and gas utilities, private equity, and electric generation owners.  Specialized in Financial Modeling, Resource Planning, Regulatory Support, Price Forecasting, and Policy Analysis.

*Updated October 27, 2023*