# Expert Report of Dr. Loren Collingwood

Loren Collingwood

2023-12-12

## Executive Summary

I have been retained by plaintiffs as an expert, and have been asked to analyze demographic characteristics pertaining to Senate Factor 5 in Gwinnett and Fulton Counties, the counties encompassing Congressional District 7 under the 2021 Enacted Plan.

My background and qualifications are set forth in my expert report submitted in this case on December 12, 2022. In its October 26, 2023 ruling, this Court credited me as an expert in demographics and political science and found my expert testimony credible. Since then, I have published three additional peer reviewed articles, and served as the RPV expert for plaintiff in *IE United et al. v. Riverside County, CVRI2202423*, where I filed a report and was deposed. I was the RPV expert for plaintiff in *Paige Dixon v. Lewisville Independent School District, et al., Civil Action No. 4:22-cv-00304*, where I filed two expert reports. I was the RPV expert for plaintiff in *Turtle Mountain Band of Chippewa Indians v. Jaeger No. 3:22-cv-00022-PDW-ARS*, where I filed two reports, was deposed, and testified at trial. I am the RPV expert in *Shafer et al. v. Pearland Independent School District, Civil Action No. 3:2022- cv-00387* where I have filed two reports.

I gathered data on demographic, socio-economic, and health characteristics of individuals residing in these counties using data drawn from the 2017-2021 American Community Survey (ACS). This is one of the same survey datasets I examined in my earlier two reports in this case and was questioned about at trial.

I conduct two separate analyses, all among white, Black, Hispanic, and AAPI (Asian and Pacific Islander) individuals, respectively.[1] First, I look at only people living in Gwinnett County, because Congressional District 7 under the 2021 Enacted Plan was anchored in Gwinnett County. Next, I examine demographic features of individuals in Gwinett and Fulton combined since Congressional District 7 included part of Fulton County as well.

Based on my analysis, I conclude the following:

- White households and individuals have clear socio-economic and health advantages over minorities in Gwinnett singly and Gwinnett and Fulton combined.
- This includes white advantages when compared to Blacks, when compared to Hispanics, and when compared to Asians.
- Minorities are broadly cohesive on a variety of socio-economic measures.
- In this region, whites have a higher household income than do Blacks, Hispanics, and Asians.
- A greater share of whites compared to minorities reside in households making more than $100K and $125K.
- A greater share of Blacks, Hispanics, and Asians receive SNAP (food stamps) benefits than to whites.
- More Blacks, Hispanics, and Asians live below the poverty line than do whites.
- Fewer whites have less than a high school education than do Blacks, Hispanics, and Asians.
- A very similar percentage of whites and Asians are college educated (around 60% in the combined analysis). However, whites hold a strong education advantage on Blacks and Hispanics.
- Finally, fewer whites are uninsured relative to Blacks, Hispanics, and Asians – although the differences are largest between whites and Hispanics, and smallest between whites and Asians.

---

[1] Household median income is calculated only among Asian individuals because there is some missing data for Pacific Islanders.

My opinions are based on the 2017-2021 ACS.

I am being compensated at a rate of $400/hour. My compensation is not contingent on the opinions expressed in this report, on my testimony, or on the outcome of this case.

# Gwinnett County

Table 1 reports findings among people living in Gwinnett County, GA. The rows include the following measures: Median household income,[2] Percentage household income greater than $100K, Percentage household income greater than $125K, Percentage household receiving SNAP benefits, Percentage household below the poverty line, Percentage household with children below the poverty line, Percentage household with adults only below the poverty line, Percentage with less than a high school diploma, Percentage with a Bachelor's Degree or greater, Percent of civilian labor force unemployed, Percent of people between ages 19-64 that are disabled, Percent of people between ages 19-64 that are uninsured.[3]

The results show that whites are better off on almost every measure than are Blacks, Hispanics, and Asians – although the differences are more stark between whites and Blacks and whites and Hispanics. Across almost every measure – except on education between whites and Asians – white households and individuals are situated in better socio-economic positions than racial minority households.

On several indicators, Blacks, Asians, and Hispanics are broadly cohesive in their socio-economic outcomes. This is particularly true of people living below the poverty line. Ten percent (10%) of Blacks live below the poverty line while 12% of Asians do, and nearly 18% of Hispanics. For members of these groups with children in the home, approximately 13% of Blacks live below the poverty line, 14% of Asians, and 26% of Hispanics. Moreover, even though Asians overall are better educated than Blacks and Hispanics, there are is a relatively large subset of Asians with less than a high school education (approximately 16%), with Hispanics closer to 38%. Finally, on income, Asians and Blacks have comparable household incomes (low to mid $70K's), and Hispanics are even worse off (mid $50K's). Thus, the data show that gaps generally exist between whites and minorities overall, and that minorities share many similar socio-economic difficulties amongst themselves.

**Table 1.** Socio-economic indicators across Black, white, Hispanic, and AAPI individuals in Gwinnett County, Georgia, 2017-2021 American Community Survey (ACS).

|  | Black | White | Hisp. | AAPI | W – B | W – H | W – A |
|---|---|---|---|---|---|---|---|
| Med. HH Inc. | $70007 | $94606 | $55508 | $73595 | $24599 | $39098 | $21011 |
| P. HH Inc. > $100K | 0.327 | 0.472 | 0.216 | 0.37 | 0.145 | 0.256 | 0.102 |
| P. HH Inc. > $125K | 0.216 | 0.354 | 0.133 | 0.27 | 0.138 | 0.221 | 0.084 |
| P. HH SNAP | 0.101 | 0.03 | 0.092 | 0.055 | -0.071 | -0.062 | -0.025 |
| P. HH < pov. line | 0.1 | 0.059 | 0.178 | 0.117 | -0.041 | -0.119 | -0.058 |
| P. HH < pov. line, child | 0.127 | 0.057 | 0.257 | 0.138 | -0.07 | -0.2 | -0.081 |
| P. HH < pov. line, VAP | 0.09 | 0.059 | 0.134 | 0.111 | -0.031 | -0.075 | -0.052 |
| P. w/ Less HS Diploma | 0.05 | 0.045 | 0.378 | 0.157 | -0.005 | -0.333 | -0.112 |
| P. w/ Bachelor's or + | 0.388 | 0.449 | 0.175 | 0.458 | 0.061 | 0.274 | -0.009 |
| P. Unemployed | 0.054 | 0.036 | 0.029 | 0.031 | -0.018 | 0.007 | 0.005 |
| P. Disabled | 0.071 | 0.076 | 0.038 | 0.036 | 0.005 | 0.038 | 0.04 |
| P. Uninsured | 0.146 | 0.103 | 0.502 | 0.149 | -0.043 | -0.399 | -0.046 |

---

[2]This is 2021 adjusted dollars.

[3]Note that the percentage disabled and uninsured are taken from ages 19-64, as that is how the ACS records that measure.

# Gwinnett and Fulton Counties

Table 2 shows the findings pertaining specifically to Gwinnett and Fulton counties combined. The results are similar to the Gwinnett-only findings. For example, fully 45% of Hispanics are uninsured, so are 17% of Blacks, and nearly 11% of Asians. This compares against about 8% of whites who are uninsured. Even though Asians rival whites on achieving a college degree, more Asians have less than a high school diploma than do whites (11% vs. 3%). Further despite being on par with whites as regards to some measures of education and employment (unemployment rate), Asians still have a lower income than do whites, and a lower percentage make more than $100K and $125K respectively. Further, greater shares live below the poverty line.

**Table 2.** Socio-economic indicators across Black, white, Hispanic, and AAPI individuals in Fulton and Gwinnett Counties Georgia, 2017-2021 American Community Survey (ACS).

|  | Black | White | Hisp. | AAPI | W – B | W – H | W – A |
|---|---|---|---|---|---|---|---|
| Med. HH Inc. | $59184.57 | $106490.196 | $62159.17 | $93553.248 | $47305.626 | $44331.026 | $12936.948 |
| P. HH Inc. > $100K | 0.242 | 0.529 | 0.251 | 0.451 | 0.287 | 0.278 | 0.078 |
| P. HH Inc. > $125K | 0.157 | 0.424 | 0.165 | 0.351 | 0.267 | 0.259 | 0.073 |
| P. HH SNAP | 0.194 | 0.022 | 0.087 | 0.042 | -0.172 | -0.065 | -0.02 |
| P. HH < pov. line | 0.164 | 0.055 | 0.172 | 0.101 | -0.109 | -0.117 | -0.046 |
| P. HH < pov. line, child | 0.227 | 0.046 | 0.246 | 0.098 | -0.181 | -0.2 | -0.052 |
| P. HH < pov. line, VAP | 0.142 | 0.058 | 0.133 | 0.102 | -0.084 | -0.075 | -0.044 |
| P. w/ Less HS Diploma | 0.083 | 0.03 | 0.332 | 0.112 | -0.053 | -0.302 | -0.082 |
| P. w/ Bachelor's or + | 0.36 | 0.613 | 0.241 | 0.6 | 0.253 | 0.372 | 0.013 |
| P. Unemployed | 0.074 | 0.034 | 0.031 | 0.03 | -0.04 | 0.003 | 0.004 |
| P. Disabled | 0.107 | 0.062 | 0.043 | 0.032 | -0.045 | 0.019 | 0.03 |
| P. Uninsured | 0.172 | 0.078 | 0.45 | 0.108 | -0.094 | -0.372 | -0.03 |

# Conclusion

In sum, within the Gwinnett/Fulton County region, white households and individuals tend to fare better on socio-economics and health than do their Black, Hispanic, and Asian counterparts. While there are few notable exceptions to this – mainly the similarity in education rates between whites and Asians – overall the trendline reveals a racial gap in socio-economics and health between whites and minorities. Finally, minorities are broadly cohesive on a variety of socio-economic measures – which is particularly the case in Gwinnett County – the base of the Congressional District 7 under analysis. There, minorities share experiences especiallly related to the poverty line and income.