# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| COAKLEY PENDERGRASS; TRIANA ARNOLD JAMES; ELLIOTT HENNINGTON; ROBERT RICHARDS; JENS RUECKERT; and OJUAN GLAZE,<br><br>            Plaintiffs,<br><br>     v.<br><br>BRAD RAFFENSPERGER, in his official capacity as the Georgia Secretary of State,<br><br>            Defendant. | CIVIL ACTION FILE<br>NO. 1:21-CV-05339-SCJ |

## PLAINTIFFS' SUPPLEMENTAL NOTICE OF FILING OF EXHIBITS SUPPORTING THEIR OBJECTIONS TO THE GEORGIA GENERAL ASSEMBLY'S REMEDIAL CONGRESSIONAL PLAN

Plaintiffs respectfully notify the Court of their filing of additional exhibits supporting the Remedial Expert Report of Bill Cooper (Doc. No. 317-1). Plaintiffs hereby file the following exhibits in support of the Cooper Remedial Report:

1

| EXHIBIT NO. | EXHIBIT DESCRIPTION |
|---|---|
| A-1 | Population Summary Report for the Illustrative Plan. |
| A-2 | Population Summary Report for the 2023 Enacted Plan. |
| A-3 | Population Summary Report for the 2021 Enacted Plan. |
| B-1 | County level population assignments by district for the Illustrative Plan. |
| B-2 | County level population assignments by district for the 2023 Enacted Plan. |
| B-3 | County level population assignments by district for the 2021 Enacted Plan. |
| B-4 | Table reporting 2020 Census – Georgia Population by County – Race and Ethnicity. |
| C-1 | Core Constituencies Table regarding 2021 Enacted Plan CD 7 and VRA Section 2 violation area. |
| C-2 | Core Constituencies Table regarding Illustrative Plan CD 6, 2023 Enacted Plan CD 6, and VRA Section 2 violation area. |
| D-1 | Map packet included with December 5, 2022 Cooper Declaration depicting the Illustrative Plan. |

| D-2 | Map packet depicting the 2023 Enacted Plan prepared by the Georgia Legislative & Congressional Reapportionment Office. |
|---|---|
| D-3 | Map packet depicting the 2021 Enacted Plan prepared by the Georgia Legislative & Congressional Reapportionment Office. |
| E-1 | Core Constituencies Table regarding Illustrative Plan core components. |
| E-2 | Core Constituencies Table regarding 2023 Enacted Plan core components. |
| F-1 | Compactness Report (district-by-district) for Illustrative Plan. |
| F-2 | Compactness Report (district-by-district) for 2023 Enacted Plan. |
| F-3 | Compactness Report (district-by-district) for 2021 Enacted Plan. |
| G-1 | County and VTD split report for the Illustrative Plan. |
| G-2 | County and VTD split report for the 2023 Enacted Plan. |
| G-3 | County and VTD split report for the 2021 Enacted Plan. |
| H-1 | Split report for all municipalities for the Illustrative Plan. |
| H-2 | Split report for all municipalities for the 2023 Enacted Plan. |

| | |
|---|---|
| H-3 | Split report for all municipalities for the 2021 Enacted Plan. |
| I-1 | Regional Split Report for the Illustrative Plan. |
| I-2 | Regional Split Report for the 2023 Enacted Plan. |
| I-3 | Regional Split Report for the 2021 Enacted Plan. |

**[signature block on following page]**

Dated: December 12, 2023

By: **Adam M. Sparks**
Joyce Gist Lewis
Georgia Bar No. 296261
Adam M. Sparks
Georgia Bar No. 341578
**KREVOLIN & HORST, LLC**
One Atlantic Center
1201 West Peachtree Street, NW,
Suite 3250
Atlanta, Georgia 30309
Telephone: (404) 888-9700
Facsimile: (404) 888-9577
Email: JLewis@khlawfirm.com
Email: Sparks@khlawfirm.com

Respectfully submitted,

Abha Khanna*
Jonathan P. Hawley*
Makeba A.K. Rutahindurwa*
**ELIAS LAW GROUP LLP**
1700 Seventh Avenue,
Suite 2100
Seattle, Washington 98101
Phone: (206) 656-0177
Facsimile: (206) 656-0180
Email: AKhanna@elias.law
Email: JHawley@elias.law
Email: MRutahindurwa@elias.law

Michael B. Jones
Georgia Bar No. 721264
**ELIAS LAW GROUP LLP**
250 Massachusetts Avenue NW,
Suite 400
Washington, D.C. 20001
Phone: (202) 968-4490
Facsimile: (202) 968-4498
Email: MJones@elias.law

*Counsel for Plaintiffs*

*Admitted *pro hac vice*

## CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing **PLAINTIFFS' SUPPLEMENTAL NOTICE OF FILING OF EXHIBITS SUPPORTING THEIR OBJECTIONS TO THE GEORGIA GENERAL ASSEMBLY'S REMEDIAL CONGRESSIONAL PLAN** has been prepared in accordance with the font type and margin requirements of LR 5.1, N.D. Ga., using font types of Times New Roman, point size of 14.

Dated: December 12, 2023        **Adam M. Sparks**
                                Adam M. Sparks
                                *Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that I have on this date caused to be electronically filed a copy of the foregoing **PLAINTIFFS' SUPPLEMENTAL NOTICE OF FILING OF EXHIBITS SUPPORTING THEIR OBJECTIONS TO THE GEORGIA GENERAL ASSEMBLY'S REMEDIAL CONGRESSIONAL PLAN** with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to counsel of record.

Dated: December 12, 2023        **Adam M. Sparks**
                                Adam M. Sparks
                                *Counsel for Plaintiffs*