# Population Summary Report

## Georgia U.S. House -- 2020 Census -- Illustrative Plan

| District | Population | Deviation | % Deviation | AP Black | % AP Black | Latino | % Latino | NH White | % NH White |
|---|---|---|---|---|---|---|---|---|---|
| 001 | 765137 | 1 | 0.00% | 230783 | 30.16% | 59328 | 7.75% | 440636 | 57.59% |
| 002 | 765137 | 1 | 0.00% | 393195 | 51.39% | 45499 | 5.95% | 305611 | 39.94% |
| 003 | 765135 | -1 | 0.00% | 166096 | 21.71% | 49935 | 6.53% | 517659 | 67.66% |
| 004 | 765136 | 0 | 0.00% | 410019 | 53.59% | 87756 | 11.47% | 212004 | 27.71% |
| 005 | 765137 | 1 | 0.00% | 392822 | 51.34% | 56496 | 7.38% | 273819 | 35.79% |
| 006 | 765137 | 1 | 0.00% | 396891 | 51.87% | 108401 | 14.17% | 225985 | 29.54% |
| 007 | 765137 | 1 | 0.00% | 239717 | 31.33% | 181851 | 23.77% | 225905 | 29.52% |
| 008 | 765136 | 0 | 0.00% | 241628 | 31.58% | 54850 | 7.17% | 443123 | 57.91% |
| 009 | 765136 | 0 | 0.00% | 94059 | 12.29% | 128393 | 16.78% | 429340 | 56.11% |
| 010 | 765137 | 1 | 0.00% | 118199 | 15.45% | 61244 | 8.00% | 548312 | 71.66% |
| 011 | 765137 | 1 | 0.00% | 110368 | 14.42% | 81466 | 10.65% | 492121 | 64.32% |
| 012 | 765136 | 0 | 0.00% | 294961 | 38.55% | 43065 | 5.63% | 398843 | 52.13% |
| 013 | 765135 | -1 | 0.00% | 404963 | 52.93% | 71377 | 9.33% | 253135 | 33.08% |
| 014 | 765135 | -1 | 0.00% | 44445 | 5.81% | 93796 | 12.26% | 595663 | 77.85% |
| Total | 10711908 | | 0.00% | 3538146 | 33.03% | 1123457 | 10.49% | 5362156 | 50.06% |

| District | 18+ Pop | 18+ SR Black | % 18+ SR Black | 18+ AP Black | % 18+ AP Black | 18+ Latino | % 18+ Latino | 18+ NH White | % 18+ NH White |
|---|---|---|---|---|---|---|---|---|---|
| 001 | 589266 | 157770 | 26.77% | 166025 | 28.17% | 39938 | 6.78% | 355947 | 60.41% |
| 002 | 587555 | 281564 | 47.92% | 289612 | 49.29% | 30074 | 5.12% | 251047 | 42.73% |
| 003 | 580018 | 112454 | 19.39% | 118709 | 20.47% | 31852 | 5.49% | 405926 | 69.99% |
| 004 | 590640 | 298897 | 50.61% | 311670 | 52.77% | 58947 | 9.98% | 177832 | 30.11% |
| 005 | 621515 | 295885 | 47.61% | 308271 | 49.60% | 41432 | 6.67% | 235652 | 37.92% |
| 006 | 587247 | 282051 | 48.03% | 294976 | 50.23% | 71798 | 12.23% | 192370 | 32.76% |
| 007 | 566934 | 157650 | 27.81% | 169071 | 29.82% | 120604 | 21.27% | 185838 | 32.78% |
| 008 | 585857 | 170421 | 29.09% | 175967 | 30.04% | 35732 | 6.10% | 354572 | 60.52% |
| 009 | 564244 | 59821 | 10.60% | 65790 | 11.66% | 83453 | 14.79% | 335720 | 59.50% |
| 010 | 602127 | 81481 | 13.53% | 86178 | 14.31% | 39876 | 6.62% | 447109 | 74.25% |
| 011 | 588795 | 72303 | 12.28% | 80507 | 13.67% | 55168 | 9.37% | 393920 | 66.90% |
| 012 | 588119 | 207872 | 35.35% | 215958 | 36.72% | 28628 | 4.87% | 321394 | 54.65% |
| 013 | 576337 | 283204 | 49.14% | 294669 | 51.13% | 46150 | 8.01% | 207154 | 35.94% |
| 014 | 591620 | 27046 | 4.57% | 30583 | 5.17% | 59266 | 10.02% | 477852 | 80.77% |
| Total | 8220274 | 2488419 | 30.27% | 2607986 | 31.73% | 742918 | 9.04% | 4342333 | 52.82% |

| District | % NH Single-Race Black CVAP* | % NH DOJ Black CVAP** | % Latino CVAP | % SR NH White CVAP | % Minority CVAP |
|---|---|---|---|---|---|
| 001 | 29.01% | 29.52% | 4.69% | 62.75% | 37.25% |
| 002 | 49.39% | 49.830% | 3.43% | 44.46% | **55.54%** |
| 003 | 19.96% | 20.36% | 3.79% | 73.64% | 26.36% |
| 004 | 55.76% | 56.49% | 4.13% | 34.57% | **65.43%** |
| 005 | 50.36% | 51.05% | 3.69% | 40.51% | **59.49%** |
| 006 | 51.39% | 52.34% | 6.45% | 37.69% | **62.31%** |
| 007 | 32.39% | 33.16% | 11.55% | 42.19% | **57.81%** |
| 008 | 30.41% | 30.80% | 4.07% | 62.88% | 37.12% |
| 009 | 11.40% | 11.79% | 9.71% | 70.03% | 29.97% |
| 010 | 15.03% | 15.42% | 4.14% | 77.83% | 22.17% |
| 011 | 12.80% | 13.34% | 6.02% | 74.62% | 25.38% |
| 012 | 36.67% | 37.37% | 3.64% | 56.34% | 43.66% |
| 013 | 50.07% | 50.97% | 5.40% | 39.38% | **60.62%** |
| 014 | 4.89% | 5.27% | 5.91% | 86.61% | 13.39% |

**CVAP Source:**
* 2017-2021 ACS Special Tabulation  https://redistrictingdatahub.org/dataset/georgia-cvap-data-disaggregated-to-the-block-level-2020/
Note: Citizen Voting Age Population (CVAP)  ɼ https://redistrictingdatahub.org/dataset/georgia-cvap-data-disaggregated-to-the-block-level-2020/
* Single race NH Black CVAP, **NH DOJ Black= SR NH Black CVAP+SR NH Black/White CVAP