# Population Summary Report

## Georgia U.S. House -- 2020 Census -- 2023 Enacted Plan

| District | Population | Deviation | % Deviation | AP Black | % AP Black | Latino | % Latino | NH White | % NH White |
|---|---|---|---|---|---|---|---|---|---|
| 001 | 765137 | 1 | 0.00% | 230783 | 30.16% | 59328 | 7.75% | 440636 | 57.59% |
| 002 | 765137 | 1 | 0.00% | 393195 | 51.39% | 45499 | 5.95% | 305611 | 39.94% |
| 003 | 765136 | 0 | 0.00% | 188947 | 24.69% | 48285 | 6.31% | 492494 | 64.37% |
| 004 | 765137 | 1 | 0.00% | 387919 | 50.70% | 147267 | 19.25% | 150803 | 19.71% |
| 005 | 765137 | 1 | 0.00% | 403564 | 52.74% | 75635 | 9.89% | 237353 | 31.02% |
| 006 | 765136 | 0 | 0.00% | 409519 | 53.52% | 94388 | 12.34% | 227858 | 29.78% |
| 007 | 765137 | 1 | 0.00% | 71376 | 9.33% | 78323 | 10.24% | 487523 | 63.72% |
| 008 | 765136 | 0 | 0.00% | 241628 | 31.58% | 54850 | 7.17% | 443123 | 57.91% |
| 009 | 765135 | -1 | 0.00% | 105451 | 13.78% | 123476 | 16.14% | 466010 | 60.91% |
| 010 | 765137 | 1 | 0.00% | 193877 | 25.34% | 58198 | 7.61% | 478059 | 62.48% |
| 011 | 765135 | -1 | 0.00% | 103505 | 13.53% | 92947 | 12.15% | 510228 | 66.68% |
| 012 | 765136 | 0 | 0.00% | 294961 | 38.55% | 43065 | 5.63% | 398843 | 52.13% |
| 013 | 765136 | 0 | 0.00% | 407986 | 53.32% | 110825 | 14.48% | 188099 | 24.58% |
| 014 | 765136 | 0 | 0.00% | 105435 | 13.78% | 91371 | 11.94% | 535516 | 69.99% |
| Total | 10711908 | | 0.00% | 3538146 | 33.03% | 1123457 | 10.49% | 5362156 | 50.06% |

| District | 18+ Pop | 18+ SR Black | % 18+ SR Black | 18+ AP Black | % 18+ AP Black | 18+ Latino | % 18+ Latino | 18+ NH White | % 18+ NH White |
|---|---|---|---|---|---|---|---|---|---|
| 001 | 589266 | 157770 | 26.77% | 166025 | 28.17% | 39938 | 6.78% | 355947 | 60.41% |
| 002 | 587555 | 281564 | 47.92% | 289612 | 49.29% | 30074 | 5.12% | 251047 | 42.73% |
| 003 | 586319 | 130099 | 22.19% | 136708 | 23.32% | 31274 | 5.33% | 391849 | 66.83% |
| 004 | 582946 | 282204 | 48.41% | 294887 | 50.59% | 99121 | 17.00% | 126798 | 21.75% |
| 005 | 613735 | 300989 | 49.04% | 313396 | 51.06% | 52720 | 8.59% | 206531 | 33.65% |
| 006 | 593690 | 294178 | 49.55% | 307240 | 51.75% | 63188 | 10.64% | 194739 | 32.80% |
| 007 | 579339 | 45577 | 7.87% | 51721 | 8.93% | 52419 | 9.05% | 386820 | 66.77% |
| 008 | 585857 | 170421 | 29.09% | 175967 | 30.04% | 35732 | 6.10% | 354572 | 60.52% |
| 009 | 582752 | 67713 | 11.62% | 73716 | 12.65% | 79950 | 13.72% | 375905 | 64.51% |
| 010 | 590322 | 133304 | 22.58% | 139872 | 23.69% | 38081 | 6.45% | 385356 | 65.28% |
| 011 | 589100 | 68306 | 11.59% | 75588 | 12.83% | 61477 | 10.44% | 408681 | 69.37% |
| 012 | 588119 | 207872 | 35.35% | 215958 | 36.72% | 28628 | 4.87% | 321394 | 54.65% |
| 013 | 572137 | 281077 | 49.13% | 294376 | 51.45% | 72417 | 12.66% | 159219 | 27.83% |
| 014 | 579137 | 67345 | 11.63% | 72920 | 12.59% | 57899 | 10.00% | 423475 | 73.12% |
| Total | 8220274 | 2488419 | 30.27% | 2607986 | 31.73% | 742918 | 9.04% | 4342333 | 52.82% |

| District | % NH SR Black CVAP* | % NH DOJ Black CVAP** | % Latino CVAP | % SR NH White CVAP | % Minority CVAP |
|---|---|---|---|---|---|
| 001 | 29.01% | 29.52% | 4.69% | 62.75% | 37.25% |
| 002 | 49.39% | 49.83% | 3.43% | 44.46% | **55.54%** |
| 003 | 22.97% | 23.44% | 3.61% | 70.40% | 29.60% |
| 004 | 57.24% | 57.91% | 6.82% | 27.49% | **72.51%** |
| 005 | 52.60% | 53.36% | 4.77% | 36.03% | **63.97%** |
| 006 | 53.04% | 53.84% | 5.65% | 36.92% | **63.08%** |
| 007 | 8.14% | 8.65% | 5.81% | 77.00% | 23.00% |
| 008 | 30.41% | 30.80% | 4.07% | 62.88% | 37.12% |
| 009 | 12.33% | 12.65% | 8.85% | 72.56% | 27.44% |
| 010 | 23.49% | 24.07% | 4.30% | 68.88% | 31.12% |
| 011 | 12.13% | 12.68% | 5.98% | 76.74% | 23.26% |
| 012 | 36.67% | 37.37% | 3.64% | 56.34% | 43.66% |
| 013 | 51.97% | 52.96% | 7.56% | 32.50% | 67.50% |
| 014 | 11.64% | 12.09% | 6.37% | 79.31% | 20.69% |

**CVAP Source:**
* 2017-2021 ACS Special Tabulation  https://r( https://redistrictingdatahub.org/dataset/georgia-cvap-data-disaggregated-to-the-block-level-2020/
Note: Citizen Voting Age Population (CVAP) percentages are disaggreagated from block-gorup level ACS estimates
* Single race NH Black CVAP, **NH DOJ Black= SR NH Black CVAP+SR NH Black/White CVAP