# Population Summary Report

## Georgia U.S. House -- 2020 Census -- 2021 Enacted Plan

| District | Population | Deviation | % Deviation | AP Black | % AP Black | Latino | % Latino | NH White | % NH White |
|---|---|---|---|---|---|---|---|---|---|
| 001 | 765137 | 1 | 0.00% | 230783 | 30.16% | 59328 | 7.75% | 440636 | 57.59% |
| 002 | 765137 | 1 | 0.00% | 393195 | 51.39% | 45499 | 5.95% | 305611 | 39.94% |
| 003 | 765136 | 0 | 0.00% | 188947 | 24.69% | 48285 | 6.31% | 492494 | 64.37% |
| 004 | 765135 | -1 | 0.00% | 423763 | 55.38% | 88947 | 11.63% | 197536 | 25.82% |
| 005 | 765137 | 1 | 0.00% | 392822 | 51.34% | 56496 | 7.38% | 273819 | 35.79% |
| 006 | 765136 | 0 | 0.00% | 78871 | 10.31% | 78299 | 10.23% | 487400 | 63.70% |
| 007 | 765137 | 1 | 0.00% | 239717 | 31.33% | 181851 | 23.77% | 225905 | 29.52% |
| 008 | 765136 | 0 | 0.00% | 241628 | 31.58% | 54850 | 7.17% | 443123 | 57.91% |
| 009 | 765137 | 1 | 0.00% | 87130 | 11.39% | 117758 | 15.39% | 495078 | 64.70% |
| 010 | 765135 | -1 | 0.00% | 184137 | 24.07% | 58645 | 7.66% | 486487 | 63.58% |
| 011 | 765137 | 1 | 0.00% | 143404 | 18.74% | 99794 | 13.04% | 469264 | 61.33% |
| 012 | 765136 | 0 | 0.00% | 294961 | 38.55% | 43065 | 5.63% | 398843 | 52.13% |
| 013 | 765137 | 1 | 0.00% | 520094 | 67.97% | 93554 | 12.23% | 125106 | 16.35% |
| 014 | 765135 | -1 | 0.00% | 118694 | 15.51% | 97086 | 12.69% | 520854 | 68.07% |
| Total | 10711908 | | 0.00% | 3538146 | 33.03% | 1123457 | 10.49% | 5362156 | 50.06% |

| District | 18+ Pop | 18+ SR Black | % 18+ SR Black | 18+ AP Black | % 18+ AP Black | 18+ Latino | % 18+ Latino | 18+ NH White | % 18+ NH White |
|---|---|---|---|---|---|---|---|---|---|
| 001 | 589266 | 157770 | 26.77% | 166025 | 28.17% | 39938 | 6.78% | 440636 | 57.59% |
| 002 | 587555 | 281564 | 47.92% | 289612 | 49.29% | 30074 | 5.12% | 305611 | 39.94% |
| 003 | 586319 | 130099 | 22.19% | 136708 | 23.32% | 31274 | 5.33% | 492494 | 64.37% |
| 004 | 589470 | 308266 | 52.30% | 321379 | 54.52% | 59670 | 10.12% | 197536 | 25.82% |
| 005 | 621515 | 295885 | 47.61% | 308271 | 49.60% | 41432 | 6.67% | 273819 | 35.79% |
| 006 | 574797 | 50334 | 8.76% | 56969 | 9.91% | 52353 | 9.11% | 487400 | 63.70% |
| 007 | 566934 | 157650 | 27.81% | 169071 | 29.82% | 120604 | 21.27% | 225905 | 29.52% |
| 008 | 585857 | 170421 | 29.09% | 175967 | 30.04% | 35732 | 6.10% | 443123 | 57.91% |
| 009 | 592520 | 56416 | 9.52% | 61747 | 10.42% | 76361 | 12.89% | 495078 | 64.70% |
| 010 | 588874 | 126798 | 21.53% | 133097 | 22.60% | 38336 | 6.51% | 486487 | 63.58% |
| 011 | 595201 | 98212 | 16.50% | 106811 | 17.95% | 66802 | 11.22% | 469264 | 61.33% |
| 012 | 588119 | 207872 | 35.35% | 215958 | 36.72% | 28628 | 4.87% | 398843 | 52.13% |
| 013 | 574789 | 370024 | 64.38% | 383663 | 66.75% | 60467 | 10.52% | 125106 | 16.35% |
| 014 | 579058 | 77108 | 13.32% | 82708 | 14.28% | 61247 | 10.58% | 520854 | 68.07% |
| Total | 8220274 | 2488419 | 30.27% | 2607986 | 31.73% | 742918 | 9.04% | 5362156 | 65.23% |

| District | % NH SR Black CVAP* | % NH DOJ Black CVAP** | % Latino CVAP | % SR NH White CVAP | % Minority CVAP |
|---|---|---|---|---|---|
| 001 | 29.01% | 29.52% | 4.69% | 62.75% | 37.25% |
| 002 | 49.39% | 49.83% | 3.43% | 44.46% | **55.54%** |
| 003 | 22.97% | 23.44% | 3.61% | 70.40% | 29.60% |
| 004 | 57.75% | 58.51% | 4.21% | 32.44% | **67.56%** |
| 005 | 50.36% | 51.05% | 3.69% | 40.51% | **59.49%** |
| 006 | 9.62% | 10.13% | 5.87% | 75.90% | 24.10% |
| 007 | 32.39% | 33.16% | 11.55% | 42.19% | **57.81%** |
| 008 | 30.41% | 30.80% | 4.07% | 62.88% | 37.12% |
| 009 | 10.17% | 10.47% | 8.13% | 76.21% | 23.79% |
| 010 | 22.48% | 23.07% | 4.49% | 69.60% | 30.40% |
| 011 | 17.53% | 18.25% | 6.39% | 71.07% | 28.93% |
| 012 | 36.67% | 37.37% | 3.64% | 56.34% | 43.66% |
| 013 | 67.16% | 67.98% | 5.96% | 22.10% | **77.90%** |
| 014 | 13.71% | 14.21% | 6.49% | 77.25% | 22.75% |

**CVAP Source:**
* 2017-2021 ACS Special Tabulation  https://r https://redistrictingdatahub.org/dataset/georgia-cvap-data-disaggregated-to-the-block-level-2020/
Note: Citizen Voting Age Population (CVAP)  percentages are disaggreagated from block-gorup level ACS estimates
* Single race NH Black CVAP, **NH DOJ Black= SR NH Black CVAP+SR NH Black/White CVAP