User:
Plan Name: **Ga_Congress_Enacted_2023_Plan**
Plan Type: **Congress**

## Plan Components with Population Detail

Monday, December 11, 2023                                                                                        5:56 PM

| | Total Population | NH_Wht | AP_Blk | [Hispanic Origin] |
|---|---|---|---|---|
| **District: 1** | | | | |
| **County: Appling GA** | | | | |
| Total: | 18,444 | 12,674 | 3,647 | 1,825 |
| | | 68.72% | 19.77% | 9.89% |
| Voting Age | 13,958 | 10,048 | 2,540 | 1,118 |
| | | 71.99% | 18.20% | 8.01% |
| **County: Bacon GA** | | | | |
| Total: | 11,140 | 8,103 | 1,970 | 875 |
| | | 72.74% | 17.68% | 7.85% |
| Voting Age | 8,310 | 6,374 | 1,245 | 547 |
| | | 76.70% | 14.98% | 6.58% |
| **County: Brantley GA** | | | | |
| Total: | 18,021 | 16,317 | 733 | 326 |
| | | 90.54% | 4.07% | 1.81% |
| Voting Age | 13,692 | 12,522 | 470 | 212 |
| | | 91.45% | 3.43% | 1.55% |
| **County: Bryan GA** | | | | |
| Total: | 44,738 | 31,321 | 7,463 | 3,269 |
| | | 70.01% | 16.68% | 7.31% |
| Voting Age | 31,828 | 23,033 | 5,025 | 1,919 |
| | | 72.37% | 15.79% | 6.03% |
| **County: Camden GA** | | | | |
| Total: | 54,768 | 37,203 | 11,072 | 3,658 |
| | | 67.93% | 20.22% | 6.68% |
| Voting Age | 41,808 | 29,410 | 7,828 | 2,457 |
| | | 70.35% | 18.72% | 5.88% |
| **County: Charlton GA** | | | | |
| Total: | 12,518 | 7,532 | 2,798 | 2,036 |

## Plan Components with Population Detail

Ga_Congress_Enacted_2023_P

**District: 1**

| | | | | | |
|---|---|---|---|---|---|
| | | | 60.17% | 22.35% | 16.26% |
| Voting Age | 10,135 | | 5,929 | 2,147 | 1,971 |
| | | | 58.50% | 21.18% | 19.45% |

**County: Chatham GA**

| | | | | | |
|---|---|---|---|---|---|
| Total: | 295,291 | | 139,433 | 115,458 | 23,790 |
| | | | 47.22% | 39.10% | 8.06% |
| Voting Age | 234,715 | | 119,161 | 85,178 | 16,551 |
| | | | 50.77% | 36.29% | 7.05% |

**County: Effingham GA**

| | | | | | |
|---|---|---|---|---|---|
| Total: | 47,208 | | 35,249 | 6,652 | 2,875 |
| | | | 74.67% | 14.09% | 6.09% |
| Voting Age | 34,272 | | 26,449 | 4,374 | 1,700 |
| | | | 77.17% | 12.76% | 4.96% |

**County: Glynn GA**

| | | | | | |
|---|---|---|---|---|---|
| Total: | 84,499 | | 52,987 | 22,098 | 6,336 |
| | | | 62.71% | 26.15% | 7.50% |
| Voting Age | 66,468 | | 44,302 | 15,620 | 4,116 |
| | | | 66.65% | 23.50% | 6.19% |

**County: Liberty GA**

| | | | | | |
|---|---|---|---|---|---|
| Total: | 65,256 | | 24,004 | 31,146 | 7,786 |
| | | | 36.78% | 47.73% | 11.93% |
| Voting Age | 48,014 | | 19,065 | 21,700 | 5,231 |
| | | | 39.71% | 45.20% | 10.89% |

**County: Long GA**

| | | | | | |
|---|---|---|---|---|---|
| Total: | 16,168 | | 8,774 | 4,734 | 1,979 |
| | | | 54.27% | 29.28% | 12.24% |
| Voting Age | 11,234 | | 6,422 | 3,107 | 1,227 |
| | | | 57.17% | 27.66% | 10.92% |

**County: McIntosh GA**

| | | | | | |
|---|---|---|---|---|---|
| Total: | 10,975 | | 7,060 | 3,400 | 231 |
| | | | 64.33% | 30.98% | 2.10% |
| Voting Age | 9,040 | | 5,998 | 2,641 | 166 |
| | | | 66.35% | 29.21% | 1.84% |

**Maptitude**
For Redistricting

## Plan Components with Population Detail

**District: 1**

**County: Pierce GA**

| | | | | | |
|---|---|---|---|---|---|
| Total: | 19,716 | | 16,403 | 1,801 | 998 |
| | | | 83.20% | 9.13% | 5.06% |
| Voting Age | 14,899 | | 12,662 | 1,262 | 595 |
| | | | 84.99% | 8.47% | 3.99% |

**County: Ware GA**

| | | | | | |
|---|---|---|---|---|---|
| Total: | 36,251 | | 22,275 | 11,421 | 1,612 |
| | | | 61.45% | 31.51% | 4.45% |
| Voting Age | 27,788 | | 17,818 | 8,226 | 1,012 |
| | | | 64.12% | 29.60% | 3.64% |

**County: Wayne GA**

| | | | | | |
|---|---|---|---|---|---|
| Total: | 30,144 | | 21,301 | 6,390 | 1,732 |
| | | | 70.66% | 21.20% | 5.75% |
| Voting Age | 23,105 | | 16,754 | 4,662 | 1,116 |
| | | | 72.51% | 20.18% | 4.83% |

**District: 1 Subtotal**

| | | | | | |
|---|---|---|---|---|---|
| Total: | 765,137 | | 440,636 | 230,783 | 59,328 |
| | | | 57.59% | 30.16% | 7.75% |
| Voting Age | 589,266 | | 355,947 | 166,025 | 39,938 |
| | | | 60.41% | 28.17% | 6.78% |

**District: 2**

**County: Baker GA**

| | | | | | |
|---|---|---|---|---|---|
| Total: | 2,876 | | 1,514 | 1,178 | 143 |
| | | | 52.64% | 40.96% | 4.97% |
| Voting Age | 2,275 | | 1,235 | 932 | 77 |
| | | | 54.29% | 40.97% | 3.38% |

**County: Bibb GA**

| | | | | | |
|---|---|---|---|---|---|
| Total: | 108,371 | | 29,397 | 72,197 | 4,818 |
| | | | 27.13% | 66.62% | 4.45% |
| Voting Age | 82,489 | | 25,121 | 52,370 | 3,351 |
| | | | 30.45% | 63.49% | 4.06% |

**County: Calhoun GA**

| | | | | | |
|---|---|---|---|---|---|
| Total: | 5,573 | | 1,766 | 3,629 | 149 |

# Plan Components with Population Detail

Ga_Congress_Enacted_2023_P

| District: 2 | | | | | |
|---|---|---|---|---|---|
| | | | 31.69% | 65.12% | 2.67% |
| Voting Age | 4,687 | | 1,567 | 2,998 | 90 |
| | | | 33.43% | 63.96% | 1.92% |
| **County: Chattahoochee GA** | | | | | |
| Total: | 9,565 | | 5,403 | 1,825 | 1,610 |
| | | | 56.49% | 19.08% | 16.83% |
| Voting Age | 7,199 | | 4,212 | 1,287 | 1,160 |
| | | | 58.51% | 17.88% | 16.11% |
| **County: Clay GA** | | | | | |
| Total: | 2,848 | | 1,143 | 1,634 | 41 |
| | | | 40.13% | 57.37% | 1.44% |
| Voting Age | 2,246 | | 973 | 1,231 | 19 |
| | | | 43.32% | 54.81% | 0.85% |
| **County: Crawford GA** | | | | | |
| Total: | 12,130 | | 8,866 | 2,455 | 415 |
| | | | 73.09% | 20.24% | 3.42% |
| Voting Age | 9,606 | | 7,079 | 1,938 | 287 |
| | | | 73.69% | 20.17% | 2.99% |
| **County: Decatur GA** | | | | | |
| Total: | 29,367 | | 14,280 | 12,583 | 1,911 |
| | | | 48.63% | 42.85% | 6.51% |
| Voting Age | 22,443 | | 11,586 | 9,189 | 1,196 |
| | | | 51.62% | 40.94% | 5.33% |
| **County: Dooly GA** | | | | | |
| Total: | 11,208 | | 4,611 | 5,652 | 797 |
| | | | 41.14% | 50.43% | 7.11% |
| Voting Age | 9,187 | | 4,029 | 4,526 | 493 |
| | | | 43.86% | 49.27% | 5.37% |
| **County: Dougherty GA** | | | | | |
| Total: | 85,790 | | 20,631 | 61,457 | 2,413 |
| | | | 24.05% | 71.64% | 2.81% |
| Voting Age | 66,266 | | 17,909 | 45,631 | 1,591 |
| | | | 27.03% | 68.86% | 2.40% |

# Plan Components with Population Detail

Ga_Congress_Enacted_2023_P

### District: 2

| County: Early GA | | | | | |
|---|---|---|---|---|---|
| Total: | 10,854 | | 4,813 | 5,688 | 186 |
| | | | 44.34% | 52.40% | 1.71% |
| Voting Age | 8,315 | | 3,985 | 4,075 | 113 |
| | | | 47.93% | 49.01% | 1.36% |

| County: Grady GA | | | | | |
|---|---|---|---|---|---|
| Total: | 26,236 | | 14,715 | 7,693 | 3,273 |
| | | | 56.09% | 29.32% | 12.48% |
| Voting Age | 19,962 | | 11,968 | 5,678 | 1,857 |
| | | | 59.95% | 28.44% | 9.30% |

| County: Houston GA | | | | | |
|---|---|---|---|---|---|
| Total: | 48,521 | | 19,375 | 22,637 | 4,663 |
| | | | 39.93% | 46.65% | 9.61% |
| Voting Age | 36,233 | | 16,052 | 15,657 | 2,988 |
| | | | 44.30% | 43.21% | 8.25% |

| County: Lee GA | | | | | |
|---|---|---|---|---|---|
| Total: | 33,163 | | 22,758 | 7,755 | 953 |
| | | | 68.62% | 23.38% | 2.87% |
| Voting Age | 24,676 | | 17,356 | 5,503 | 603 |
| | | | 70.34% | 22.30% | 2.44% |

| County: Macon GA | | | | | |
|---|---|---|---|---|---|
| Total: | 12,082 | | 4,078 | 7,296 | 472 |
| | | | 33.75% | 60.39% | 3.91% |
| Voting Age | 9,938 | | 3,379 | 6,021 | 322 |
| | | | 34.00% | 60.59% | 3.24% |

| County: Marion GA | | | | | |
|---|---|---|---|---|---|
| Total: | 7,498 | | 4,486 | 2,223 | 560 |
| | | | 59.83% | 29.65% | 7.47% |
| Voting Age | 5,854 | | 3,643 | 1,687 | 337 |
| | | | 62.23% | 28.82% | 5.76% |

| County: Miller GA | | | | | |
|---|---|---|---|---|---|
| Total: | 6,000 | | 3,949 | 1,831 | 136 |
| | | | 65.82% | 30.52% | 2.27% |

## Plan Components with Population Detail

Ga_Congress_Enacted_2023_P

**District: 2**

| | | | | |
|---|---|---|---|---|
| Voting Age | 4,749 | 3,239 | 1,358 | 92 |
| | | 68.20% | 28.60% | 1.94% |

**County: Mitchell GA**

| | | | | |
|---|---|---|---|---|
| Total: | 21,755 | 10,106 | 10,394 | 964 |
| | | 46.45% | 47.78% | 4.43% |
| Voting Age | 17,065 | 8,284 | 7,917 | 615 |
| | | 48.54% | 46.39% | 3.60% |

**County: Muscogee GA**

| | | | | |
|---|---|---|---|---|
| Total: | 175,155 | 58,991 | 95,521 | 13,791 |
| | | 33.68% | 54.54% | 7.87% |
| Voting Age | 132,158 | 48,043 | 69,548 | 9,099 |
| | | 36.35% | 52.62% | 6.88% |

**County: Peach GA**

| | | | | |
|---|---|---|---|---|
| Total: | 27,981 | 12,119 | 12,645 | 2,547 |
| | | 43.31% | 45.19% | 9.10% |
| Voting Age | 22,111 | 10,071 | 9,720 | 1,788 |
| | | 45.55% | 43.96% | 8.09% |

**County: Quitman GA**

| | | | | |
|---|---|---|---|---|
| Total: | 2,235 | 1,190 | 965 | 31 |
| | | 53.24% | 43.18% | 1.39% |
| Voting Age | 1,870 | 1,037 | 765 | 18 |
| | | 55.45% | 40.91% | 0.96% |

**County: Randolph GA**

| | | | | |
|---|---|---|---|---|
| Total: | 6,425 | 2,250 | 3,947 | 143 |
| | | 35.02% | 61.43% | 2.23% |
| Voting Age | 4,977 | 1,922 | 2,913 | 82 |
| | | 38.62% | 58.53% | 1.65% |

**County: Schley GA**

| | | | | |
|---|---|---|---|---|
| Total: | 4,547 | 3,357 | 933 | 175 |
| | | 73.83% | 20.52% | 3.85% |
| Voting Age | 3,328 | 2,520 | 644 | 103 |
| | | 75.72% | 19.35% | 3.09% |

**County: Seminole GA**

## Plan Components with Population Detail

Ga_Congress_Enacted_2023_P

| District: 2 | | | | | |
|---|---|---|---|---|---|
| | Total: | 9,147 | 5,617 | 3,093 | 228 |
| | | | 61.41% | 33.81% | 2.49% |
| | Voting Age | 7,277 | 4,681 | 2,275 | 160 |
| | | | 64.33% | 31.26% | 2.20% |
| **County: Stewart GA** | | | | | |
| | Total: | 5,314 | 1,338 | 2,538 | 1,217 |
| | | | 25.18% | 47.76% | 22.90% |
| | Voting Age | 4,617 | 1,161 | 2,048 | 1,196 |
| | | | 25.15% | 44.36% | 25.90% |
| **County: Sumter GA** | | | | | |
| | Total: | 29,616 | 11,528 | 15,546 | 1,770 |
| | | | 38.92% | 52.49% | 5.98% |
| | Voting Age | 23,036 | 9,800 | 11,479 | 1,147 |
| | | | 42.54% | 49.83% | 4.98% |
| **County: Talbot GA** | | | | | |
| | Total: | 5,733 | 2,427 | 3,145 | 112 |
| | | | 42.33% | 54.86% | 1.95% |
| | Voting Age | 4,783 | 2,129 | 2,537 | 56 |
| | | | 44.51% | 53.04% | 1.17% |
| **County: Taylor GA** | | | | | |
| | Total: | 7,816 | 4,584 | 2,946 | 168 |
| | | | 58.65% | 37.69% | 2.15% |
| | Voting Age | 6,120 | 3,686 | 2,235 | 107 |
| | | | 60.23% | 36.52% | 1.75% |
| **County: Terrell GA** | | | | | |
| | Total: | 9,185 | 3,189 | 5,707 | 177 |
| | | | 34.72% | 62.13% | 1.93% |
| | Voting Age | 7,204 | 2,709 | 4,274 | 121 |
| | | | 37.60% | 59.33% | 1.68% |
| **County: Thomas GA** | | | | | |
| | Total: | 45,798 | 25,994 | 16,975 | 1,577 |
| | | | 56.76% | 37.06% | 3.44% |
| | Voting Age | 35,037 | 20,740 | 12,332 | 970 |

## Plan Components with Population Detail

Ga_Congress_Enacted_2023_P

### District: 2

| | | | | | |
|---|---|---|---|---|---|
| | | | 59.19% | 35.20% | 2.77% |
| **County: Webster GA** | | | | | |
| Total: | 2,348 | | 1,136 | 1,107 | 59 |
| | | | 48.38% | 47.15% | 2.51% |
| Voting Age | 1,847 | | 931 | 844 | 36 |
| | | | 50.41% | 45.70% | 1.95% |

### District: 2 Subtotal

| | | | | | |
|---|---|---|---|---|---|
| Total: | 765,137 | | 305,611 | 393,195 | 45,499 |
| | | | 39.94% | 51.39% | 5.95% |
| Voting Age | 587,555 | | 251,047 | 289,612 | 30,074 |
| | | | 42.73% | 49.29% | 5.12% |

### District: 3

| | | | | | |
|---|---|---|---|---|---|
| **County: Carroll GA** | | | | | |
| Total: | 119,148 | | 80,725 | 24,618 | 9,586 |
| | | | 67.75% | 20.66% | 8.05% |
| Voting Age | 90,996 | | 63,803 | 17,827 | 6,129 |
| | | | 70.12% | 19.59% | 6.74% |
| **County: Coweta GA** | | | | | |
| Total: | 146,158 | | 99,421 | 28,289 | 11,053 |
| | | | 68.02% | 19.36% | 7.56% |
| Voting Age | 111,155 | | 78,073 | 20,196 | 7,384 |
| | | | 70.24% | 18.17% | 6.64% |
| **County: Douglas GA** | | | | | |
| Total: | 42,970 | | 23,414 | 13,641 | 4,200 |
| | | | 54.49% | 31.75% | 9.77% |
| Voting Age | 32,601 | | 18,942 | 9,682 | 2,674 |
| | | | 58.10% | 29.70% | 8.20% |
| **County: Fayette GA** | | | | | |
| Total: | 102,685 | | 63,073 | 22,742 | 8,065 |
| | | | 61.42% | 22.15% | 7.85% |
| Voting Age | 78,539 | | 50,575 | 16,446 | 5,270 |
| | | | 64.39% | 20.94% | 6.71% |
| **County: Haralson GA** | | | | | |

## Plan Components with Population Detail

**District: 3**

|  |  |  |  |  |
|---|---|---|---|---|
| Total: | 29,919 | 26,825 | 1,541 | 497 |
|  |  | 89.66% | 5.15% | 1.66% |
| Voting Age | 22,854 | 20,617 | 1,106 | 323 |
|  |  | 90.21% | 4.84% | 1.41% |

**County: Harris GA**

|  |  |  |  |  |
|---|---|---|---|---|
| Total: | 34,668 | 25,925 | 5,742 | 1,417 |
|  |  | 74.78% | 16.56% | 4.09% |
| Voting Age | 26,799 | 20,298 | 4,431 | 908 |
|  |  | 75.74% | 16.53% | 3.39% |

**County: Heard GA**

|  |  |  |  |  |
|---|---|---|---|---|
| Total: | 11,412 | 9,589 | 1,142 | 253 |
|  |  | 84.03% | 10.01% | 2.22% |
| Voting Age | 8,698 | 7,407 | 832 | 153 |
|  |  | 85.16% | 9.57% | 1.76% |

**County: Henry GA**

|  |  |  |  |  |
|---|---|---|---|---|
| Total: | 23,975 | 9,476 | 11,842 | 1,939 |
|  |  | 39.52% | 49.39% | 8.09% |
| Voting Age | 17,964 | 7,737 | 8,404 | 1,199 |
|  |  | 43.07% | 46.78% | 6.67% |

**County: Lamar GA**

|  |  |  |  |  |
|---|---|---|---|---|
| Total: | 18,500 | 12,344 | 5,220 | 475 |
|  |  | 66.72% | 28.22% | 2.57% |
| Voting Age | 14,541 | 9,852 | 4,017 | 323 |
|  |  | 67.75% | 27.63% | 2.22% |

**County: Meriwether GA**

|  |  |  |  |  |
|---|---|---|---|---|
| Total: | 20,613 | 12,084 | 7,547 | 475 |
|  |  | 58.62% | 36.61% | 2.30% |
| Voting Age | 16,526 | 9,994 | 5,845 | 299 |
|  |  | 60.47% | 35.37% | 1.81% |

**County: Muscogee GA**

|  |  |  |  |  |
|---|---|---|---|---|
| Total: | 31,767 | 20,092 | 6,691 | 2,722 |
|  |  | 63.25% | 21.06% | 8.57% |
| Voting Age | 24,894 | 16,592 | 4,753 | 1,795 |

# Plan Components with Population Detail

Ga_Congress_Enacted_2023_P

| District: 3 | | | | | |
|---|---|---|---|---|---|
| | | | 66.65% | 19.09% | 7.21% |
| **County: Pike GA** | | | | | |
| Total: | 18,889 | | 16,313 | 1,613 | 348 |
| | | | 86.36% | 8.54% | 1.84% |
| Voting Age | 14,337 | | 12,422 | 1,254 | 207 |
| | | | 86.64% | 8.75% | 1.44% |
| **County: Spalding GA** | | | | | |
| Total: | 67,306 | | 37,105 | 24,522 | 3,666 |
| | | | 55.13% | 36.43% | 5.45% |
| Voting Age | 52,123 | | 30,612 | 17,511 | 2,377 |
| | | | 58.73% | 33.60% | 4.56% |
| **County: Troup GA** | | | | | |
| Total: | 69,426 | | 38,099 | 25,473 | 2,956 |
| | | | 54.88% | 36.69% | 4.26% |
| Voting Age | 52,581 | | 30,377 | 18,202 | 1,822 |
| | | | 57.77% | 34.62% | 3.47% |
| **County: Upson GA** | | | | | |
| Total: | 27,700 | | 18,009 | 8,324 | 633 |
| | | | 65.01% | 30.05% | 2.29% |
| Voting Age | 21,711 | | 14,548 | 6,202 | 411 |
| | | | 67.01% | 28.57% | 1.89% |
| **District: 3 Subtotal** | | | | | |
| Total: | 765,136 | | 492,494 | 188,947 | 48,285 |
| | | | 64.37% | 24.69% | 6.31% |
| Voting Age | 586,319 | | 391,849 | 136,708 | 31,274 |
| | | | 66.83% | 23.32% | 5.33% |
| **District: 4** | | | | | |
| **County: DeKalb GA** | | | | | |
| Total: | 514,165 | | 94,194 | 324,803 | 57,277 |
| | | | 18.32% | 63.17% | 11.14% |
| Voting Age | 394,363 | | 79,008 | 248,284 | 38,864 |
| | | | 20.03% | 62.96% | 9.85% |
| **County: Gwinnett GA** | | | | | |

# Plan Components with Population Detail

Ga_Congress_Enacted_2023_P

| District: 4 | | | | | |
|---|---|---|---|---|---|
| | Total: | 250,972 | 56,609 | 63,116 | 89,990 |
| | | | 22.56% | 25.15% | 35.86% |
| | Voting Age | 188,583 | 47,790 | 46,603 | 60,257 |
| | | | 25.34% | 24.71% | 31.95% |
| **District: 4 Subtotal** | | | | | |
| | Total: | 765,137 | 150,803 | 387,919 | 147,267 |
| | | | 19.71% | 50.70% | 19.25% |
| | Voting Age | 582,946 | 126,798 | 294,887 | 99,121 |
| | | | 21.75% | 50.59% | 17.00% |
| **District: 5** | | | | | |
| **County: Clayton GA** | | | | | |
| | Total: | 171,184 | 11,200 | 123,954 | 27,131 |
| | | | 6.54% | 72.41% | 15.85% |
| | Voting Age | 125,788 | 10,164 | 90,869 | 17,305 |
| | | | 8.08% | 72.24% | 13.76% |
| **County: DeKalb GA** | | | | | |
| | Total: | 231,534 | 121,415 | 64,723 | 23,696 |
| | | | 52.44% | 27.95% | 10.23% |
| | Voting Age | 186,543 | 100,888 | 52,197 | 16,292 |
| | | | 54.08% | 27.98% | 8.73% |
| **County: Fulton GA** | | | | | |
| | Total: | 362,419 | 104,738 | 214,887 | 24,808 |
| | | | 28.90% | 59.29% | 6.85% |
| | Voting Age | 301,404 | 95,479 | 170,330 | 19,123 |
| | | | 31.68% | 56.51% | 6.34% |
| **District: 5 Subtotal** | | | | | |
| | Total: | 765,137 | 237,353 | 403,564 | 75,635 |
| | | | 31.02% | 52.74% | 9.89% |
| | Voting Age | 613,735 | 206,531 | 313,396 | 52,720 |
| | | | 33.65% | 51.06% | 8.59% |
| **District: 6** | | | | | |
| **County: Cobb GA** | | | | | |
| | Total: | 290,955 | 90,245 | 128,792 | 55,577 |

# Plan Components with Population Detail

Ga_Congress_Enacted_2023_P

| District: 6 | | | | | |
|---|---|---|---|---|---|
| | | | 31.02% | 44.27% | 19.10% |
| | Voting Age | 225,854 | 78,502 | 96,696 | 36,761 |
| | | | 34.76% | 42.81% | 16.28% |
| **County: Douglas GA** | | | | | |
| | Total: | 101,267 | 26,463 | 60,619 | 11,835 |
| | | | 26.13% | 59.86% | 11.69% |
| | Voting Age | 75,827 | 22,474 | 43,695 | 7,538 |
| | | | 29.64% | 57.62% | 9.94% |
| **County: Fayette GA** | | | | | |
| | Total: | 16,509 | 5,071 | 9,334 | 1,415 |
| | | | 30.72% | 56.54% | 8.57% |
| | Voting Age | 13,259 | 4,527 | 7,282 | 898 |
| | | | 34.14% | 54.92% | 6.77% |
| **County: Fulton GA** | | | | | |
| | Total: | 356,405 | 106,079 | 210,774 | 25,561 |
| | | | 29.76% | 59.14% | 7.17% |
| | Voting Age | 278,750 | 89,236 | 159,567 | 17,991 |
| | | | 32.01% | 57.24% | 6.45% |
| **District: 6 Subtotal** | | | | | |
| | Total: | 765,136 | 227,858 | 409,519 | 94,388 |
| | | | 29.78% | 53.52% | 12.34% |
| | Voting Age | 593,690 | 194,739 | 307,240 | 63,188 |
| | | | 32.80% | 51.75% | 10.64% |
| **District: 7** | | | | | |
| **County: Cherokee GA** | | | | | |
| | Total: | 40,881 | 34,848 | 1,489 | 2,494 |
| | | | 85.24% | 3.64% | 6.10% |
| | Voting Age | 31,202 | 27,176 | 950 | 1,623 |
| | | | 87.10% | 3.04% | 5.20% |
| **County: Dawson GA** | | | | | |
| | Total: | 26,798 | 23,544 | 392 | 1,605 |
| | | | 87.86% | 1.46% | 5.99% |
| | Voting Age | 21,441 | 19,183 | 249 | 1,047 |

# Plan Components with Population Detail

Ga_Congress_Enacted_2023_P

| District: 7 | | | | | |
|---|---|---|---|---|---|
| | | | 89.47% | 1.16% | 4.88% |
| **County: Forsyth GA** | | | | | |
| Total: | 251,283 | | 159,407 | 13,222 | 25,226 |
| | | | 63.44% | 5.26% | 10.04% |
| Voting Age | 181,193 | | 122,017 | 8,751 | 16,204 |
| | | | 67.34% | 4.83% | 8.94% |
| **County: Fulton GA** | | | | | |
| Total: | 347,886 | | 193,976 | 51,963 | 35,933 |
| | | | 55.76% | 14.94% | 10.33% |
| Voting Age | 267,028 | | 155,826 | 38,738 | 24,800 |
| | | | 58.36% | 14.51% | 9.29% |
| **County: Hall GA** | | | | | |
| Total: | 64,801 | | 46,507 | 3,625 | 11,275 |
| | | | 71.77% | 5.59% | 17.40% |
| Voting Age | 50,786 | | 38,199 | 2,526 | 7,400 |
| | | | 75.22% | 4.97% | 14.57% |
| **County: Lumpkin GA** | | | | | |
| Total: | 33,488 | | 29,241 | 685 | 1,790 |
| | | | 87.32% | 2.05% | 5.35% |
| Voting Age | 27,689 | | 24,419 | 507 | 1,345 |
| | | | 88.19% | 1.83% | 4.86% |
| **District: 7 Subtotal** | | | | | |
| Total: | 765,137 | | 487,523 | 71,376 | 78,323 |
| | | | 63.72% | 9.33% | 10.24% |
| Voting Age | 579,339 | | 386,820 | 51,721 | 52,419 |
| | | | 66.77% | 8.93% | 9.05% |
| **District: 8** | | | | | |
| **County: Atkinson GA** | | | | | |
| Total: | 8,286 | | 4,801 | 1,284 | 2,048 |
| | | | 57.94% | 15.50% | 24.72% |
| Voting Age | 6,129 | | 3,787 | 937 | 1,282 |
| | | | 61.79% | 15.29% | 20.92% |
| **County: Baldwin GA** | | | | | |

# Plan Components with Population Detail

<span style="color:blue">Ga_Congress_Enacted_2023_P</span>

**District: 8**

|  |  |  |  |  |
|---|---|---|---|---|
| Total: | 43,799 | 22,432 | 18,985 | 1,139 |
|  |  | 51.22% | 43.35% | 2.60% |
| Voting Age | 35,732 | 19,377 | 14,515 | 835 |
|  |  | 54.23% | 40.62% | 2.34% |
| **County: Ben Hill GA** |  |  |  |  |
| Total: | 17,194 | 9,219 | 6,537 | 1,054 |
|  |  | 53.62% | 38.02% | 6.13% |
| Voting Age | 13,165 | 7,459 | 4,745 | 653 |
|  |  | 56.66% | 36.04% | 4.96% |
| **County: Berrien GA** |  |  |  |  |
| Total: | 18,160 | 14,396 | 2,198 | 1,045 |
|  |  | 79.27% | 12.10% | 5.75% |
| Voting Age | 13,690 | 11,181 | 1,499 | 622 |
|  |  | 81.67% | 10.95% | 4.54% |
| **County: Bibb GA** |  |  |  |  |
| Total: | 48,975 | 27,390 | 16,668 | 1,919 |
|  |  | 55.93% | 34.03% | 3.92% |
| Voting Age | 38,413 | 22,858 | 11,900 | 1,383 |
|  |  | 59.51% | 30.98% | 3.60% |
| **County: Bleckley GA** |  |  |  |  |
| Total: | 12,583 | 8,867 | 2,951 | 469 |
|  |  | 70.47% | 23.45% | 3.73% |
| Voting Age | 9,613 | 7,032 | 2,036 | 311 |
|  |  | 73.15% | 21.18% | 3.24% |
| **County: Brooks GA** |  |  |  |  |
| Total: | 16,301 | 9,066 | 5,958 | 955 |
|  |  | 55.62% | 36.55% | 5.86% |
| Voting Age | 12,747 | 7,483 | 4,357 | 635 |
|  |  | 58.70% | 34.18% | 4.98% |
| **County: Clinch GA** |  |  |  |  |
| Total: | 6,749 | 4,256 | 2,096 | 253 |
|  |  | 63.06% | 31.06% | 3.75% |
| Voting Age | 5,034 | 3,372 | 1,406 | 156 |

## Plan Components with Population Detail

Ga_Congress_Enacted_2023_P

**District: 8**

|  |  | 66.98% | 27.93% | 3.10% |
|---|---|---|---|---|
| **County: Coffee GA** | | | | |
| Total: | 43,092 | 24,158 | 12,575 | 5,430 |
|  |  | 56.06% | 29.18% | 12.60% |
| Voting Age | 32,419 | 19,146 | 9,191 | 3,324 |
|  |  | 59.06% | 28.35% | 10.25% |
| **County: Colquitt GA** | | | | |
| Total: | 45,898 | 25,588 | 10,648 | 8,709 |
|  |  | 55.75% | 23.20% | 18.97% |
| Voting Age | 34,193 | 20,507 | 7,461 | 5,467 |
|  |  | 59.97% | 21.82% | 15.99% |
| **County: Cook GA** | | | | |
| Total: | 17,229 | 10,658 | 5,014 | 1,134 |
|  |  | 61.86% | 29.10% | 6.58% |
| Voting Age | 12,938 | 8,310 | 3,595 | 704 |
|  |  | 64.23% | 27.79% | 5.44% |
| **County: Crisp GA** | | | | |
| Total: | 20,128 | 9,892 | 9,194 | 634 |
|  |  | 49.15% | 45.68% | 3.15% |
| Voting Age | 15,570 | 8,248 | 6,603 | 414 |
|  |  | 52.97% | 42.41% | 2.66% |
| **County: Dodge GA** | | | | |
| Total: | 19,925 | 12,865 | 6,148 | 620 |
|  |  | 64.57% | 30.86% | 3.11% |
| Voting Age | 15,709 | 10,360 | 4,725 | 406 |
|  |  | 65.95% | 30.08% | 2.58% |
| **County: Echols GA** | | | | |
| Total: | 3,697 | 2,328 | 193 | 1,091 |
|  |  | 62.97% | 5.22% | 29.51% |
| Voting Age | 2,709 | 1,856 | 121 | 667 |
|  |  | 68.51% | 4.47% | 24.62% |
| **County: Houston GA** | | | | |
| Total: | 115,112 | 66,836 | 33,883 | 7,144 |

## Plan Components with Population Detail

Ga_Congress_Enacted_2023_P

| District: 8 | | | | | |
|---|---|---|---|---|---|
| | | | 58.06% | 29.43% | 6.21% |
| | Voting Age | 85,885 | 51,966 | 23,948 | 4,542 |
| | | | 60.51% | 27.88% | 5.29% |
| **County: Irwin GA** | | | | | |
| | Total: | 9,666 | 6,402 | 2,333 | 663 |
| | | | 66.23% | 24.14% | 6.86% |
| | Voting Age | 7,547 | 5,047 | 1,720 | 545 |
| | | | 66.87% | 22.79% | 7.22% |
| **County: Jeff Davis GA** | | | | | |
| | Total: | 14,779 | 9,950 | 2,493 | 2,047 |
| | | | 67.33% | 16.87% | 13.85% |
| | Voting Age | 10,856 | 7,643 | 1,752 | 1,233 |
| | | | 70.40% | 16.14% | 11.36% |
| **County: Jones GA** | | | | | |
| | Total: | 28,347 | 20,074 | 7,114 | 476 |
| | | | 70.82% | 25.10% | 1.68% |
| | Voting Age | 21,575 | 15,428 | 5,341 | 302 |
| | | | 71.51% | 24.76% | 1.40% |
| **County: Lanier GA** | | | | | |
| | Total: | 9,877 | 6,595 | 2,369 | 572 |
| | | | 66.77% | 23.99% | 5.79% |
| | Voting Age | 7,326 | 5,010 | 1,683 | 370 |
| | | | 68.39% | 22.97% | 5.05% |
| **County: Lowndes GA** | | | | | |
| | Total: | 118,251 | 59,306 | 46,758 | 7,872 |
| | | | 50.15% | 39.54% | 6.66% |
| | Voting Age | 89,031 | 47,140 | 33,302 | 5,201 |
| | | | 52.95% | 37.40% | 5.84% |
| **County: Monroe GA** | | | | | |
| | Total: | 27,957 | 19,954 | 6,444 | 714 |
| | | | 71.37% | 23.05% | 2.55% |
| | Voting Age | 21,913 | 15,771 | 5,068 | 464 |
| | | | 71.97% | 23.13% | 2.12% |

# Plan Components with Population Detail

Ga_Congress_Enacted_2023_P

**District: 8**

| County | | Total/VAP | | | | |
|---|---|---|---|---|---|---|
| **County: Pulaski GA** | | | | | | |
| | Total: | 9,855 | | 6,022 | 3,250 | 327 |
| | | | | 61.11% | 32.98% | 3.32% |
| | Voting Age | 8,012 | | 5,027 | 2,564 | 224 |
| | | | | 62.74% | 32.00% | 2.80% |
| **County: Telfair GA** | | | | | | |
| | Total: | 12,477 | | 5,970 | 4,754 | 1,928 |
| | | | | 47.85% | 38.10% | 15.45% |
| | Voting Age | 10,190 | | 4,802 | 3,806 | 1,757 |
| | | | | 47.12% | 37.35% | 17.24% |
| **County: Tift GA** | | | | | | |
| | Total: | 41,344 | | 22,189 | 12,734 | 5,219 |
| | | | | 53.67% | 30.80% | 12.62% |
| | Voting Age | 31,224 | | 18,011 | 8,963 | 3,295 |
| | | | | 57.68% | 28.71% | 10.55% |
| **County: Turner GA** | | | | | | |
| | Total: | 9,006 | | 4,700 | 3,813 | 372 |
| | | | | 52.19% | 42.34% | 4.13% |
| | Voting Age | 6,960 | | 3,891 | 2,752 | 256 |
| | | | | 55.91% | 39.54% | 3.68% |
| **County: Twiggs GA** | | | | | | |
| | Total: | 8,022 | | 4,487 | 3,226 | 124 |
| | | | | 55.93% | 40.21% | 1.55% |
| | Voting Age | 6,589 | | 3,733 | 2,627 | 79 |
| | | | | 56.66% | 39.87% | 1.20% |
| **County: Wilcox GA** | | | | | | |
| | Total: | 8,766 | | 5,185 | 3,161 | 272 |
| | | | | 59.15% | 36.06% | 3.10% |
| | Voting Age | 7,218 | | 4,215 | 2,693 | 209 |
| | | | | 58.40% | 37.31% | 2.90% |
| **County: Wilkinson GA** | | | | | | |
| | Total: | 8,877 | | 5,110 | 3,330 | 239 |
| | | | | 57.56% | 37.51% | 2.69% |

## Plan Components with Population Detail

Ga_Congress_Enacted_2023_P

| District: 8 | | | | | |
|---|---|---|---|---|---|
| Voting Age | 7,026 | | 4,165 | 2,549 | 152 |
| | | | 59.28% | 36.28% | 2.16% |
| **County: Worth GA** | | | | | |
| Total: | 20,784 | | 14,427 | 5,517 | 381 |
| | | | 69.41% | 26.54% | 1.83% |
| Voting Age | 16,444 | | 11,747 | 4,108 | 244 |
| | | | 71.44% | 24.98% | 1.48% |
| **District: 8 Subtotal** | | | | | |
| Total: | 765,136 | | 443,123 | 241,628 | 54,850 |
| | | | 57.91% | 31.58% | 7.17% |
| Voting Age | 585,857 | | 354,572 | 175,967 | 35,732 |
| | | | 60.52% | 30.04% | 6.10% |
| **District: 9** | | | | | |
| **County: Banks GA** | | | | | |
| Total: | 18,035 | | 15,578 | 589 | 1,164 |
| | | | 86.38% | 3.27% | 6.45% |
| Voting Age | 13,900 | | 12,278 | 365 | 721 |
| | | | 88.33% | 2.63% | 5.19% |
| **County: Fannin GA** | | | | | |
| Total: | 25,319 | | 23,351 | 199 | 753 |
| | | | 92.23% | 0.79% | 2.97% |
| Voting Age | 21,188 | | 19,721 | 133 | 505 |
| | | | 93.08% | 0.63% | 2.38% |
| **County: Gilmer GA** | | | | | |
| Total: | 31,353 | | 26,365 | 296 | 3,599 |
| | | | 84.09% | 0.94% | 11.48% |
| Voting Age | 25,417 | | 22,187 | 161 | 2,158 |
| | | | 87.29% | 0.63% | 8.49% |
| **County: Gwinnett GA** | | | | | |
| Total: | 321,360 | | 138,025 | 77,819 | 54,180 |
| | | | 42.95% | 24.22% | 16.86% |
| Voting Age | 237,717 | | 108,489 | 54,182 | 36,432 |
| | | | 45.64% | 22.79% | 15.33% |

# Plan Components with Population Detail

Ga_Congress_Enacted_2023_P

**District: 9**

| County: Habersham GA | | | | | |
|---|---|---|---|---|---|
| Total: | 46,031 | | 34,694 | 2,165 | 6,880 |
| | | | 75.37% | 4.70% | 14.95% |
| Voting Age | 35,878 | | 28,299 | 1,675 | 4,115 |
| | | | 78.88% | 4.67% | 11.47% |

| County: Hall GA | | | | | |
|---|---|---|---|---|---|
| Total: | 138,335 | | 73,911 | 13,381 | 45,735 |
| | | | 53.43% | 9.67% | 33.06% |
| Voting Age | 103,058 | | 60,601 | 9,568 | 28,746 |
| | | | 58.80% | 9.28% | 27.89% |

| County: Jackson GA | | | | | |
|---|---|---|---|---|---|
| Total: | 75,907 | | 59,064 | 6,148 | 6,712 |
| | | | 77.81% | 8.10% | 8.84% |
| Voting Age | 56,451 | | 45,015 | 4,268 | 4,261 |
| | | | 79.74% | 7.56% | 7.55% |

| County: Rabun GA | | | | | |
|---|---|---|---|---|---|
| Total: | 16,883 | | 14,625 | 210 | 1,452 |
| | | | 86.63% | 1.24% | 8.60% |
| Voting Age | 13,767 | | 12,236 | 129 | 928 |
| | | | 88.88% | 0.94% | 6.74% |

| County: Stephens GA | | | | | |
|---|---|---|---|---|---|
| Total: | 26,784 | | 21,323 | 3,527 | 857 |
| | | | 79.61% | 13.17% | 3.20% |
| Voting Age | 21,163 | | 17,310 | 2,467 | 578 |
| | | | 81.79% | 11.66% | 2.73% |

| County: Towns GA | | | | | |
|---|---|---|---|---|---|
| Total: | 12,493 | | 11,469 | 168 | 415 |
| | | | 91.80% | 1.34% | 3.32% |
| Voting Age | 10,923 | | 10,100 | 137 | 338 |
| | | | 92.47% | 1.25% | 3.09% |

| County: Union GA | | | | | |
|---|---|---|---|---|---|
| Total: | 24,632 | | 22,646 | 228 | 816 |
| | | | 91.94% | 0.93% | 3.31% |

# Plan Components with Population Detail

Ga_Congress_Enacted_2023_P

| District: 9 | | | | | |
|---|---|---|---|---|---|
| Voting Age | 20,808 | | 19,351 | 147 | 563 |
| | | | 93.00% | 0.71% | 2.71% |
| **County: White GA** | | | | | |
| Total: | 28,003 | | 24,959 | 721 | 913 |
| | | | 89.13% | 2.57% | 3.26% |
| Voting Age | 22,482 | | 20,318 | 484 | 605 |
| | | | 90.37% | 2.15% | 2.69% |
| **District: 9 Subtotal** | | | | | |
| Total: | 765,135 | | 466,010 | 105,451 | 123,476 |
| | | | 60.91% | 13.78% | 16.14% |
| Voting Age | 582,752 | | 375,905 | 73,716 | 79,950 |
| | | | 64.51% | 12.65% | 13.72% |
| **District: 10** | | | | | |
| **County: Barrow GA** | | | | | |
| Total: | 83,505 | | 55,582 | 11,907 | 10,560 |
| | | | 66.56% | 14.26% | 12.65% |
| Voting Age | 62,195 | | 43,241 | 8,222 | 6,726 |
| | | | 69.52% | 13.22% | 10.81% |
| **County: Butts GA** | | | | | |
| Total: | 25,434 | | 16,628 | 7,212 | 803 |
| | | | 65.38% | 28.36% | 3.16% |
| Voting Age | 20,360 | | 13,510 | 5,660 | 559 |
| | | | 66.36% | 27.80% | 2.75% |
| **County: Clarke GA** | | | | | |
| Total: | 128,671 | | 72,201 | 33,672 | 14,336 |
| | | | 56.11% | 26.17% | 11.14% |
| Voting Age | 106,830 | | 64,531 | 24,776 | 10,213 |
| | | | 60.41% | 23.19% | 9.56% |
| **County: Elbert GA** | | | | | |
| Total: | 19,637 | | 12,610 | 5,520 | 996 |
| | | | 64.22% | 28.11% | 5.07% |
| Voting Age | 15,493 | | 10,322 | 4,122 | 660 |
| | | | 66.62% | 26.61% | 4.26% |

# Plan Components with Population Detail

Ga_Congress_Enacted_2023_P

**District: 10**

**County: Franklin GA**

| | | | | |
|---|---|---|---|---|
| Total: | 23,424 | 19,262 | 2,207 | 1,121 |
| | | 82.23% | 9.42% | 4.79% |
| Voting Age | 18,307 | 15,466 | 1,523 | 678 |
| | | 84.48% | 8.32% | 3.70% |

**County: Greene GA**

| | | | | |
|---|---|---|---|---|
| Total: | 18,915 | 11,126 | 6,027 | 1,289 |
| | | 58.82% | 31.86% | 6.81% |
| Voting Age | 15,358 | 9,675 | 4,470 | 826 |
| | | 63.00% | 29.11% | 5.38% |

**County: Gwinnett GA**

| | | | | |
|---|---|---|---|---|
| Total: | 26,657 | 12,124 | 8,949 | 4,213 |
| | | 45.48% | 33.57% | 15.80% |
| Voting Age | 19,156 | 9,321 | 6,073 | 2,750 |
| | | 48.66% | 31.70% | 14.36% |

**County: Hancock GA**

| | | | | |
|---|---|---|---|---|
| Total: | 8,735 | 2,413 | 6,131 | 63 |
| | | 27.62% | 70.19% | 0.72% |
| Voting Age | 7,487 | 2,220 | 5,108 | 47 |
| | | 29.65% | 68.22% | 0.63% |

**County: Hart GA**

| | | | | |
|---|---|---|---|---|
| Total: | 25,828 | 19,250 | 4,732 | 931 |
| | | 74.53% | 18.32% | 3.60% |
| Voting Age | 20,436 | 15,761 | 3,447 | 578 |
| | | 77.12% | 16.87% | 2.83% |

**County: Henry GA**

| | | | | |
|---|---|---|---|---|
| Total: | 118,452 | 51,338 | 54,850 | 8,409 |
| | | 43.34% | 46.31% | 7.10% |
| Voting Age | 86,869 | 40,092 | 38,346 | 5,466 |
| | | 46.15% | 44.14% | 6.29% |

**County: Jasper GA**

| | | | | |
|---|---|---|---|---|
| Total: | 14,588 | 10,771 | 2,676 | 684 |
| | | 73.83% | 18.34% | 4.69% |

**Maptitude**
For Redistricting

## Plan Components with Population Detail

| District: 10 | | | | | |
|---|---|---|---|---|---|
| | Voting Age | 11,118 | 8,400 | 1,966 | 402 |
| | | | 75.55% | 17.68% | 3.62% |
| **County: Madison GA** | | | | | |
| | Total: | 30,120 | 23,549 | 3,196 | 1,956 |
| | | | 78.18% | 10.61% | 6.49% |
| | Voting Age | 23,112 | 18,643 | 2,225 | 1,198 |
| | | | 80.66% | 9.63% | 5.18% |
| **County: Morgan GA** | | | | | |
| | Total: | 20,097 | 14,487 | 4,339 | 712 |
| | | | 72.09% | 21.59% | 3.54% |
| | Voting Age | 15,574 | 11,452 | 3,280 | 434 |
| | | | 73.53% | 21.06% | 2.79% |
| **County: Newton GA** | | | | | |
| | Total: | 42,369 | 27,443 | 11,763 | 1,958 |
| | | | 64.77% | 27.76% | 4.62% |
| | Voting Age | 32,442 | 21,722 | 8,537 | 1,241 |
| | | | 66.96% | 26.31% | 3.83% |
| **County: Oconee GA** | | | | | |
| | Total: | 41,799 | 33,886 | 2,280 | 2,347 |
| | | | 81.07% | 5.45% | 5.61% |
| | Voting Age | 30,221 | 24,942 | 1,660 | 1,405 |
| | | | 82.53% | 5.49% | 4.65% |
| **County: Oglethorpe GA** | | | | | |
| | Total: | 14,825 | 10,903 | 2,468 | 869 |
| | | | 73.54% | 16.65% | 5.86% |
| | Voting Age | 11,639 | 8,799 | 1,853 | 531 |
| | | | 75.60% | 15.92% | 4.56% |
| **County: Putnam GA** | | | | | |
| | Total: | 22,047 | 14,316 | 5,701 | 1,557 |
| | | | 64.93% | 25.86% | 7.06% |
| | Voting Age | 17,847 | 12,209 | 4,229 | 1,031 |
| | | | 68.41% | 23.70% | 5.78% |
| **County: Taliaferro GA** | | | | | |

# Plan Components with Population Detail

Ga_Congress_Enacted_2023_P

**District: 10**

| | | | | | |
|---|---|---|---|---|---|
| Total: | 1,559 | | 591 | 876 | 69 |
| | | | 37.91% | 56.19% | 4.43% |
| Voting Age | 1,289 | | 506 | 722 | 46 |
| | | | 39.26% | 56.01% | 3.57% |

**County: Walton GA**

| | | | | | |
|---|---|---|---|---|---|
| Total: | 96,673 | | 68,499 | 18,804 | 5,228 |
| | | | 70.86% | 19.45% | 5.41% |
| Voting Age | 73,098 | | 53,647 | 13,165 | 3,236 |
| | | | 73.39% | 18.01% | 4.43% |

**County: Wilkes GA**

| | | | | | |
|---|---|---|---|---|---|
| Total: | 1,802 | | 1,080 | 567 | 97 |
| | | | 59.93% | 31.47% | 5.38% |
| Voting Age | 1,491 | | 897 | 488 | 54 |
| | | | 60.16% | 32.73% | 3.62% |

**District: 10 Subtotal**

| | | | | | |
|---|---|---|---|---|---|
| Total: | 765,137 | | 478,059 | 193,877 | 58,198 |
| | | | 62.48% | 25.34% | 7.61% |
| Voting Age | 590,322 | | 385,356 | 139,872 | 38,081 |
| | | | 65.28% | 23.69% | 6.45% |

**District: 11**

**County: Bartow GA**

| | | | | | |
|---|---|---|---|---|---|
| Total: | 108,901 | | 80,159 | 13,395 | 10,751 |
| | | | 73.61% | 12.30% | 9.87% |
| Voting Age | 83,570 | | 63,759 | 9,377 | 6,817 |
| | | | 76.29% | 11.22% | 8.16% |

**County: Cherokee GA**

| | | | | | |
|---|---|---|---|---|---|
| Total: | 225,739 | | 163,019 | 20,198 | 29,617 |
| | | | 72.22% | 8.95% | 13.12% |
| Voting Age | 171,726 | | 128,979 | 14,026 | 19,292 |
| | | | 75.11% | 8.17% | 11.23% |

**County: Cobb GA**

| | | | | | |
|---|---|---|---|---|---|
| Total: | 339,735 | | 193,611 | 66,481 | 42,424 |
| | | | 56.99% | 19.57% | 12.49% |

**Maptitude**
For Redistricting

## Plan Components with Population Detail

**District: 11**

| | | | | | |
|---|---|---|---|---|---|
| Voting Age | 263,505 | | 157,233 | 49,927 | 29,021 |
| | | | 59.67% | 18.95% | 11.01% |

**County: Gordon GA**

| | | | | | |
|---|---|---|---|---|---|
| Total: | 57,544 | | 43,317 | 2,919 | 8,957 |
| | | | 75.28% | 5.07% | 15.57% |
| Voting Age | 43,500 | | 34,084 | 1,939 | 5,592 |
| | | | 78.35% | 4.46% | 12.86% |

**County: Pickens GA**

| | | | | | |
|---|---|---|---|---|---|
| Total: | 33,216 | | 30,122 | 512 | 1,198 |
| | | | 90.69% | 1.54% | 3.61% |
| Voting Age | 26,799 | | 24,626 | 319 | 755 |
| | | | 91.89% | 1.19% | 2.82% |

**District: 11 Subtotal**

| | | | | | |
|---|---|---|---|---|---|
| Total: | 765,135 | | 510,228 | 103,505 | 92,947 |
| | | | 66.68% | 13.53% | 12.15% |
| Voting Age | 589,100 | | 408,681 | 75,588 | 61,477 |
| | | | 69.37% | 12.83% | 10.44% |

**District: 12**

**County: Bulloch GA**

| | | | | | |
|---|---|---|---|---|---|
| Total: | 81,099 | | 49,712 | 24,375 | 4,180 |
| | | | 61.30% | 30.06% | 5.15% |
| Voting Age | 64,494 | | 41,041 | 18,220 | 3,021 |
| | | | 63.64% | 28.25% | 4.68% |

**County: Burke GA**

| | | | | | |
|---|---|---|---|---|---|
| Total: | 24,596 | | 11,941 | 11,430 | 777 |
| | | | 48.55% | 46.47% | 3.16% |
| Voting Age | 18,778 | | 9,566 | 8,362 | 494 |
| | | | 50.94% | 44.53% | 2.63% |

**County: Candler GA**

| | | | | | |
|---|---|---|---|---|---|
| Total: | 10,981 | | 6,567 | 2,807 | 1,378 |
| | | | 59.80% | 25.56% | 12.55% |
| Voting Age | 8,241 | | 5,229 | 2,009 | 835 |
| | | | 63.45% | 24.38% | 10.13% |

## Plan Components with Population Detail

Ga_Congress_Enacted_2023_P

**District: 12**

| County: Columbia GA | | | | |
|---|---|---|---|---|
| Total: | 156,010 | 99,111 | 32,516 | 11,858 |
| | | 63.53% | 20.84% | 7.60% |
| Voting Age | 114,823 | 76,070 | 22,273 | 7,355 |
| | | 66.25% | 19.40% | 6.41% |

| County: Effingham GA | | | | |
|---|---|---|---|---|
| Total: | 17,561 | 12,955 | 3,383 | 617 |
| | | 73.77% | 19.26% | 3.51% |
| Voting Age | 13,023 | 9,788 | 2,457 | 354 |
| | | 75.16% | 18.87% | 2.72% |

| County: Emanuel GA | | | | |
|---|---|---|---|---|
| Total: | 22,768 | 13,815 | 7,556 | 993 |
| | | 60.68% | 33.19% | 4.36% |
| Voting Age | 17,320 | 11,013 | 5,404 | 589 |
| | | 63.59% | 31.20% | 3.40% |

| County: Evans GA | | | | |
|---|---|---|---|---|
| Total: | 10,774 | 6,038 | 3,273 | 1,237 |
| | | 56.04% | 30.38% | 11.48% |
| Voting Age | 8,127 | 4,826 | 2,410 | 731 |
| | | 59.38% | 29.65% | 8.99% |

| County: Glascock GA | | | | |
|---|---|---|---|---|
| Total: | 2,884 | 2,573 | 226 | 52 |
| | | 89.22% | 7.84% | 1.80% |
| Voting Age | 2,236 | 2,003 | 167 | 31 |
| | | 89.58% | 7.47% | 1.39% |

| County: Jefferson GA | | | | |
|---|---|---|---|---|
| Total: | 15,709 | 6,834 | 8,208 | 462 |
| | | 43.50% | 52.25% | 2.94% |
| Voting Age | 12,301 | 5,536 | 6,324 | 280 |
| | | 45.00% | 51.41% | 2.28% |

| County: Jenkins GA | | | | |
|---|---|---|---|---|
| Total: | 8,674 | 4,611 | 3,638 | 303 |
| | | 53.16% | 41.94% | 3.49% |

## Plan Components with Population Detail

**District: 12**

|  |  |  |  |  |
|---|---|---|---|---|
| Voting Age | 7,005 | 3,874 | 2,843 | 194 |
|  |  | 55.30% | 40.59% | 2.77% |

**County: Johnson GA**

|  |  |  |  |  |
|---|---|---|---|---|
| Total: | 9,189 | 5,800 | 3,124 | 117 |
|  |  | 63.12% | 34.00% | 1.27% |
| Voting Age | 7,474 | 4,790 | 2,513 | 82 |
|  |  | 64.09% | 33.62% | 1.10% |

**County: Laurens GA**

|  |  |  |  |  |
|---|---|---|---|---|
| Total: | 49,570 | 27,881 | 19,132 | 1,424 |
|  |  | 56.25% | 38.60% | 2.87% |
| Voting Age | 37,734 | 22,229 | 13,695 | 923 |
|  |  | 58.91% | 36.29% | 2.45% |

**County: Lincoln GA**

|  |  |  |  |  |
|---|---|---|---|---|
| Total: | 7,690 | 5,196 | 2,212 | 92 |
|  |  | 67.57% | 28.76% | 1.20% |
| Voting Age | 6,270 | 4,316 | 1,728 | 54 |
|  |  | 68.84% | 27.56% | 0.86% |

**County: McDuffie GA**

|  |  |  |  |  |
|---|---|---|---|---|
| Total: | 21,632 | 11,417 | 9,045 | 790 |
|  |  | 52.78% | 41.81% | 3.65% |
| Voting Age | 16,615 | 9,359 | 6,425 | 536 |
|  |  | 56.33% | 38.67% | 3.23% |

**County: Montgomery GA**

|  |  |  |  |  |
|---|---|---|---|---|
| Total: | 8,610 | 5,665 | 2,224 | 571 |
|  |  | 65.80% | 25.83% | 6.63% |
| Voting Age | 6,792 | 4,527 | 1,781 | 377 |
|  |  | 66.65% | 26.22% | 5.55% |

**County: Richmond GA**

|  |  |  |  |  |
|---|---|---|---|---|
| Total: | 206,607 | 68,397 | 119,970 | 11,449 |
|  |  | 33.10% | 58.07% | 5.54% |
| Voting Age | 160,899 | 58,403 | 87,930 | 8,445 |
|  |  | 36.30% | 54.65% | 5.25% |

**County: Screven GA**

# Plan Components with Population Detail

| District: 12 | | | | | |
|---|---|---|---|---|---|
| Total: | 14,067 | | 8,018 | 5,527 | 287 |
| | | | 57.00% | 39.29% | 2.04% |
| Voting Age | 10,893 | | 6,387 | 4,144 | 188 |
| | | | 58.63% | 38.04% | 1.73% |
| **County: Tattnall GA** | | | | | |
| Total: | 22,842 | | 13,825 | 6,331 | 2,303 |
| | | | 60.52% | 27.72% | 10.08% |
| Voting Age | 17,654 | | 11,020 | 4,886 | 1,419 |
| | | | 62.42% | 27.68% | 8.04% |
| **County: Toombs GA** | | | | | |
| Total: | 27,030 | | 16,007 | 7,402 | 3,044 |
| | | | 59.22% | 27.38% | 11.26% |
| Voting Age | 20,261 | | 12,810 | 5,036 | 1,978 |
| | | | 63.22% | 24.86% | 9.76% |
| **County: Treutlen GA** | | | | | |
| Total: | 6,406 | | 4,065 | 2,114 | 170 |
| | | | 63.46% | 33.00% | 2.65% |
| Voting Age | 4,934 | | 3,272 | 1,514 | 98 |
| | | | 66.32% | 30.69% | 1.99% |
| **County: Warren GA** | | | | | |
| Total: | 5,215 | | 1,974 | 3,128 | 53 |
| | | | 37.85% | 59.98% | 1.02% |
| Voting Age | 4,159 | | 1,716 | 2,360 | 46 |
| | | | 41.26% | 56.74% | 1.11% |
| **County: Washington GA** | | | | | |
| Total: | 19,988 | | 8,412 | 10,969 | 334 |
| | | | 42.09% | 54.88% | 1.67% |
| Voting Age | 15,709 | | 6,944 | 8,333 | 235 |
| | | | 44.20% | 53.05% | 1.50% |
| **County: Wheeler GA** | | | | | |
| Total: | 7,471 | | 4,157 | 2,949 | 272 |
| | | | 55.64% | 39.47% | 3.64% |
| Voting Age | 6,217 | | 3,418 | 2,561 | 174 |

## Plan Components with Population Detail

Ga_Congress_Enacted_2023_P

| District: 12 | | | | | |
|---|---|---|---|---|---|
| | | | 54.98% | 41.19% | 2.80% |
| **County: Wilkes GA** | | | | | |
| Total: | 7,763 | | 3,872 | 3,422 | 302 |
| | | | 49.88% | 44.08% | 3.89% |
| Voting Age | 6,160 | | 3,257 | 2,583 | 189 |
| | | | 52.87% | 41.93% | 3.07% |
| **District: 12 Subtotal** | | | | | |
| Total: | 765,136 | | 398,843 | 294,961 | 43,065 |
| | | | 52.13% | 38.55% | 5.63% |
| Voting Age | 588,119 | | 321,394 | 215,958 | 28,628 |
| | | | 54.65% | 36.72% | 4.87% |
| **District: 13** | | | | | |
| **County: Clayton GA** | | | | | |
| Total: | 126,411 | | 14,702 | 92,397 | 15,415 |
| | | | 11.63% | 73.09% | 12.19% |
| Voting Age | 94,790 | | 13,232 | 67,985 | 10,073 |
| | | | 13.96% | 71.72% | 10.63% |
| **County: DeKalb GA** | | | | | |
| Total: | 18,683 | | 286 | 17,925 | 498 |
| | | | 1.53% | 95.94% | 2.67% |
| Voting Age | 14,370 | | 265 | 13,749 | 350 |
| | | | 1.84% | 95.68% | 2.44% |
| **County: Gwinnett GA** | | | | | |
| Total: | 358,073 | | 103,825 | 137,803 | 72,077 |
| | | | 29.00% | 38.48% | 20.13% |
| Voting Age | 264,028 | | 86,441 | 95,904 | 47,220 |
| | | | 32.74% | 36.32% | 17.88% |
| **County: Henry GA** | | | | | |
| Total: | 98,285 | | 25,483 | 58,519 | 8,089 |
| | | | 25.93% | 59.54% | 8.23% |
| Voting Age | 75,140 | | 21,915 | 42,907 | 5,365 |
| | | | 29.17% | 57.10% | 7.14% |
| **County: Newton GA** | | | | | |

## Plan Components with Population Detail

<span style="float:right">Ga_Congress_Enacted_2023_P</span>

**District: 13**

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| Total: | 70,114 |  | 19,303 | 44,138 | 5,206 |
|  |  |  | 27.53% | 62.95% | 7.43% |
| Voting Age | 52,306 |  | 15,909 | 31,896 | 3,320 |
|  |  |  | 30.42% | 60.98% | 6.35% |

**County: Rockdale GA**

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| Total: | 93,570 |  | 24,500 | 57,204 | 9,540 |
|  |  |  | 26.18% | 61.13% | 10.20% |
| Voting Age | 71,503 |  | 21,457 | 41,935 | 6,089 |
|  |  |  | 30.01% | 58.65% | 8.52% |

**District: 13 Subtotal**

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| Total: | 765,136 |  | 188,099 | 407,986 | 110,825 |
|  |  |  | 24.58% | 53.32% | 14.48% |
| Voting Age | 572,137 |  | 159,219 | 294,376 | 72,417 |
|  |  |  | 27.83% | 51.45% | 12.66% |

**District: 14**

**County: Catoosa GA**

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| Total: | 67,872 |  | 59,280 | 2,642 | 2,341 |
|  |  |  | 87.34% | 3.89% | 3.45% |
| Voting Age | 52,448 |  | 46,578 | 1,684 | 1,492 |
|  |  |  | 88.81% | 3.21% | 2.84% |

**County: Chattooga GA**

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| Total: | 24,965 |  | 20,079 | 2,865 | 1,297 |
|  |  |  | 80.43% | 11.48% | 5.20% |
| Voting Age | 19,416 |  | 15,885 | 2,235 | 733 |
|  |  |  | 81.81% | 11.51% | 3.78% |

**County: Cobb GA**

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| Total: | 135,459 |  | 85,326 | 27,843 | 13,239 |
|  |  |  | 62.99% | 20.55% | 9.77% |
| Voting Age | 102,489 |  | 67,565 | 19,518 | 8,723 |
|  |  |  | 65.92% | 19.04% | 8.51% |

**County: Dade GA**

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| Total: | 16,251 |  | 14,786 | 228 | 364 |
|  |  |  | 90.99% | 1.40% | 2.24% |

## Plan Components with Population Detail

| District: 14 | | | | |
|---|---|---|---|---|
| Voting Age | 12,987 | 11,925 | 140 | 243 |
| | | 91.82% | 1.08% | 1.87% |
| **County: Floyd GA** | | | | |
| Total: | 98,584 | 67,747 | 15,606 | 11,466 |
| | | 68.72% | 15.83% | 11.63% |
| Voting Age | 76,295 | 55,088 | 11,064 | 7,167 |
| | | 72.20% | 14.50% | 9.39% |
| **County: Murray GA** | | | | |
| Total: | 39,973 | 32,164 | 556 | 5,914 |
| | | 80.46% | 1.39% | 14.79% |
| Voting Age | 30,210 | 25,146 | 321 | 3,696 |
| | | 83.24% | 1.06% | 12.23% |
| **County: Paulding GA** | | | | |
| Total: | 168,661 | 108,444 | 41,296 | 12,564 |
| | | 64.30% | 24.48% | 7.45% |
| Voting Age | 123,998 | 83,066 | 28,164 | 7,974 |
| | | 66.99% | 22.71% | 6.43% |
| **County: Polk GA** | | | | |
| Total: | 42,853 | 30,161 | 5,816 | 5,585 |
| | | 70.38% | 13.57% | 13.03% |
| Voting Age | 32,238 | 24,049 | 3,991 | 3,252 |
| | | 74.60% | 12.38% | 10.09% |
| **County: Walker GA** | | | | |
| Total: | 67,654 | 59,654 | 3,664 | 1,685 |
| | | 88.18% | 5.42% | 2.49% |
| Voting Age | 52,794 | 47,292 | 2,454 | 1,066 |
| | | 89.58% | 4.65% | 2.02% |
| **County: Whitfield GA** | | | | |
| Total: | 102,864 | 57,875 | 4,919 | 36,916 |
| | | 56.26% | 4.78% | 35.89% |
| Voting Age | 76,262 | 46,881 | 3,349 | 23,553 |
| | | 61.47% | 4.39% | 30.88% |
| **District: 14 Subtotal** | | | | |

## Plan Components with Population Detail

**District: 14**

| | | | | | |
|---|---|---|---|---|---|
| Total: | 765,136 | | 535,516 | 105,435 | 91,371 |
| | | | 69.99% | 13.78% | 11.94% |
| Voting Age | 579,137 | | 423,475 | 72,920 | 57,899 |
| | | | 73.12% | 12.59% | 10.00% |