User:

Plan Name: **Ga_Congress_Enacted_2021_Plan**

Plan Type: **Congress**

# Plan Components with Population Detail

Monday, December 11, 2023                                                          6:00 PM

| | Total Population | | NH_Wht | AP_Blk | [Hispanic Origin] | AP_Asn |
|---|---|---|---|---|---|---|
| **District: 1** | | | | | | |
| **County: Appling GA** | | | | | | |
| Total: | 18,444 | | 12,674 | 3,647 | 1,825 | 178 |
| | | | 68.72% | 19.77% | 9.89% | 0.97% |
| Voting Age | 13,958 | | 10,048 | 2,540 | 1,118 | 2,540 |
| | | | 71.99% | 18.20% | 8.01% | 18.20% |
| **County: Bacon GA** | | | | | | |
| Total: | 11,140 | | 8,103 | 1,970 | 875 | 62 |
| | | | 72.74% | 17.68% | 7.85% | 0.56% |
| Voting Age | 8,310 | | 6,374 | 1,245 | 547 | 1,245 |
| | | | 76.70% | 14.98% | 6.58% | 14.98% |
| **County: Brantley GA** | | | | | | |
| Total: | 18,021 | | 16,317 | 733 | 326 | 103 |
| | | | 90.54% | 4.07% | 1.81% | 0.57% |
| Voting Age | 13,692 | | 12,522 | 470 | 212 | 470 |
| | | | 91.45% | 3.43% | 1.55% | 3.43% |
| **County: Bryan GA** | | | | | | |
| Total: | 44,738 | | 31,321 | 7,463 | 3,269 | 1,765 |
| | | | 70.01% | 16.68% | 7.31% | 3.95% |
| Voting Age | 31,828 | | 23,033 | 5,025 | 1,919 | 5,025 |
| | | | 72.37% | 15.79% | 6.03% | 15.79% |
| **County: Camden GA** | | | | | | |
| Total: | 54,768 | | 37,203 | 11,072 | 3,658 | 1,539 |
| | | | 67.93% | 20.22% | 6.68% | 2.81% |
| Voting Age | 41,808 | | 29,410 | 7,828 | 2,457 | 7,828 |
| | | | 70.35% | 18.72% | 5.88% | 18.72% |
| **County: Charlton GA** | | | | | | |
| Total: | 12,518 | | 7,532 | 2,798 | 2,036 | 177 |

## Plan Components with Population Detail

**District: 1**

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | 60.17% | 22.35% | 16.26% | 1.41% |
| Voting Age | 10,135 | | 5,929 | 2,147 | 1,971 | 2,147 |
| | | | 58.50% | 21.18% | 19.45% | 21.18% |

**County: Chatham GA**

| | | | | | | |
|---|---|---|---|---|---|---|
| Total: | 295,291 | | 139,433 | 115,458 | 23,790 | 13,373 |
| | | | 47.22% | 39.10% | 8.06% | 4.53% |
| Voting Age | 234,715 | | 119,161 | 85,178 | 16,551 | 85,178 |
| | | | 50.77% | 36.29% | 7.05% | 36.29% |

**County: Effingham GA**

| | | | | | | |
|---|---|---|---|---|---|---|
| Total: | 47,208 | | 35,249 | 6,652 | 2,875 | 1,092 |
| | | | 74.67% | 14.09% | 6.09% | 2.31% |
| Voting Age | 34,272 | | 26,449 | 4,374 | 1,700 | 4,374 |
| | | | 77.17% | 12.76% | 4.96% | 12.76% |

**County: Glynn GA**

| | | | | | | |
|---|---|---|---|---|---|---|
| Total: | 84,499 | | 52,987 | 22,098 | 6,336 | 1,684 |
| | | | 62.71% | 26.15% | 7.50% | 1.99% |
| Voting Age | 66,468 | | 44,302 | 15,620 | 4,116 | 15,620 |
| | | | 66.65% | 23.50% | 6.19% | 23.50% |

**County: Liberty GA**

| | | | | | | |
|---|---|---|---|---|---|---|
| Total: | 65,256 | | 24,004 | 31,146 | 7,786 | 2,266 |
| | | | 36.78% | 47.73% | 11.93% | 3.47% |
| Voting Age | 48,014 | | 19,065 | 21,700 | 5,231 | 21,700 |
| | | | 39.71% | 45.20% | 10.89% | 45.20% |

**County: Long GA**

| | | | | | | |
|---|---|---|---|---|---|---|
| Total: | 16,168 | | 8,774 | 4,734 | 1,979 | 368 |
| | | | 54.27% | 29.28% | 12.24% | 2.28% |
| Voting Age | 11,234 | | 6,422 | 3,107 | 1,227 | 3,107 |
| | | | 57.17% | 27.66% | 10.92% | 27.66% |

**County: McIntosh GA**

| | | | | | | |
|---|---|---|---|---|---|---|
| Total: | 10,975 | | 7,060 | 3,400 | 231 | 96 |
| | | | 64.33% | 30.98% | 2.10% | 0.87% |
| Voting Age | 9,040 | | 5,998 | 2,641 | 166 | 2,641 |
| | | | 66.35% | 29.21% | 1.84% | 29.21% |

**Maptitude**
For Redistricting

# Plan Components with Population Detail

Ga_Congress_Enacted_2021_P

| District: 1 | | | | | |
|---|---|---|---|---|---|
| **County: Pierce GA** | | | | | |
| Total: | 19,716 | 16,403 | 1,801 | 998 | 148 |
| | | 83.20% | 9.13% | 5.06% | 0.75% |
| Voting Age | 14,899 | 12,662 | 1,262 | 595 | 1,262 |
| | | 84.99% | 8.47% | 3.99% | 8.47% |
| **County: Ware GA** | | | | | |
| Total: | 36,251 | 22,275 | 11,421 | 1,612 | 406 |
| | | 61.45% | 31.51% | 4.45% | 1.12% |
| Voting Age | 27,788 | 17,818 | 8,226 | 1,012 | 8,226 |
| | | 64.12% | 29.60% | 3.64% | 29.60% |
| **County: Wayne GA** | | | | | |
| Total: | 30,144 | 21,301 | 6,390 | 1,732 | 290 |
| | | 70.66% | 21.20% | 5.75% | 0.96% |
| Voting Age | 23,105 | 16,754 | 4,662 | 1,116 | 4,662 |
| | | 72.51% | 20.18% | 4.83% | 20.18% |
| **District: 1 Subtotal** | | | | | |
| Total: | 765,137 | 440,636 | 230,783 | 59,328 | 23,547 |
| | | 57.59% | 30.16% | 7.75% | 3.08% |
| Voting Age | 589,266 | 355,947 | 166,025 | 39,938 | 166,025 |
| | | 60.41% | 28.17% | 6.78% | 28.17% |
| District: 2 | | | | | |
| **County: Baker GA** | | | | | |
| Total: | 2,876 | 1,514 | 1,178 | 143 | 53 |
| | | 52.64% | 40.96% | 4.97% | 1.84% |
| Voting Age | 2,275 | 1,235 | 932 | 77 | 932 |
| | | 54.29% | 40.97% | 3.38% | 40.97% |
| **County: Bibb GA** | | | | | |
| Total: | 108,371 | 29,397 | 72,197 | 4,818 | 1,391 |
| | | 27.13% | 66.62% | 4.45% | 1.28% |
| Voting Age | 82,489 | 25,121 | 52,370 | 3,351 | 52,370 |
| | | 30.45% | 63.49% | 4.06% | 63.49% |
| **County: Calhoun GA** | | | | | |
| Total: | 5,573 | 1,766 | 3,629 | 149 | 34 |

# Plan Components with Population Detail

| District: 2 | | | | | |
|---|---|---|---|---|---|
| | | | 31.69% | 65.12% | 2.67% | 0.61% |
| Voting Age | 4,687 | 1,567 | 2,998 | 90 | 2,998 |
| | | 33.43% | 63.96% | 1.92% | 63.96% |

| County: Chattahoochee GA | | | | | |
|---|---|---|---|---|---|
| Total: | 9,565 | 5,403 | 1,825 | 1,610 | 518 |
| | | 56.49% | 19.08% | 16.83% | 5.42% |
| Voting Age | 7,199 | 4,212 | 1,287 | 1,160 | 1,287 |
| | | 58.51% | 17.88% | 16.11% | 17.88% |

| County: Clay GA | | | | | |
|---|---|---|---|---|---|
| Total: | 2,848 | 1,143 | 1,634 | 41 | 29 |
| | | 40.13% | 57.37% | 1.44% | 1.02% |
| Voting Age | 2,246 | 973 | 1,231 | 19 | 1,231 |
| | | 43.32% | 54.81% | 0.85% | 54.81% |

| County: Crawford GA | | | | | |
|---|---|---|---|---|---|
| Total: | 12,130 | 8,866 | 2,455 | 415 | 105 |
| | | 73.09% | 20.24% | 3.42% | 0.87% |
| Voting Age | 9,606 | 7,079 | 1,938 | 287 | 1,938 |
| | | 73.69% | 20.17% | 2.99% | 20.17% |

| County: Decatur GA | | | | | |
|---|---|---|---|---|---|
| Total: | 29,367 | 14,280 | 12,583 | 1,911 | 277 |
| | | 48.63% | 42.85% | 6.51% | 0.94% |
| Voting Age | 22,443 | 11,586 | 9,189 | 1,196 | 9,189 |
| | | 51.62% | 40.94% | 5.33% | 40.94% |

| County: Dooly GA | | | | | |
|---|---|---|---|---|---|
| Total: | 11,208 | 4,611 | 5,652 | 797 | 79 |
| | | 41.14% | 50.43% | 7.11% | 0.70% |
| Voting Age | 9,187 | 4,029 | 4,526 | 493 | 4,526 |
| | | 43.86% | 49.27% | 5.37% | 49.27% |

| County: Dougherty GA | | | | | |
|---|---|---|---|---|---|
| Total: | 85,790 | 20,631 | 61,457 | 2,413 | 954 |
| | | 24.05% | 71.64% | 2.81% | 1.11% |
| Voting Age | 66,266 | 17,909 | 45,631 | 1,591 | 45,631 |
| | | 27.03% | 68.86% | 2.40% | 68.86% |

# Plan Components with Population Detail

Ga_Congress_Enacted_2021_P

| District: 2 | | | | | | |
|---|---|---|---|---|---|---|
| **County: Early GA** | | | | | | |
| Total: | 10,854 | | 4,813 | 5,688 | 186 | 73 |
| | | | 44.34% | 52.40% | 1.71% | 0.67% |
| Voting Age | 8,315 | | 3,985 | 4,075 | 113 | 4,075 |
| | | | 47.93% | 49.01% | 1.36% | 49.01% |
| **County: Grady GA** | | | | | | |
| Total: | 26,236 | | 14,715 | 7,693 | 3,273 | 184 |
| | | | 56.09% | 29.32% | 12.48% | 0.70% |
| Voting Age | 19,962 | | 11,968 | 5,678 | 1,857 | 5,678 |
| | | | 59.95% | 28.44% | 9.30% | 28.44% |
| **County: Houston GA** | | | | | | |
| Total: | 48,521 | | 19,375 | 22,637 | 4,663 | 1,402 |
| | | | 39.93% | 46.65% | 9.61% | 2.89% |
| Voting Age | 36,233 | | 16,052 | 15,657 | 2,988 | 15,657 |
| | | | 44.30% | 43.21% | 8.25% | 43.21% |
| **County: Lee GA** | | | | | | |
| Total: | 33,163 | | 22,758 | 7,755 | 953 | 1,109 |
| | | | 68.62% | 23.38% | 2.87% | 3.34% |
| Voting Age | 24,676 | | 17,356 | 5,503 | 603 | 5,503 |
| | | | 70.34% | 22.30% | 2.44% | 22.30% |
| **County: Macon GA** | | | | | | |
| Total: | 12,082 | | 4,078 | 7,296 | 472 | 181 |
| | | | 33.75% | 60.39% | 3.91% | 1.50% |
| Voting Age | 9,938 | | 3,379 | 6,021 | 322 | 6,021 |
| | | | 34.00% | 60.59% | 3.24% | 60.59% |
| **County: Marion GA** | | | | | | |
| Total: | 7,498 | | 4,486 | 2,223 | 560 | 94 |
| | | | 59.83% | 29.65% | 7.47% | 1.25% |
| Voting Age | 5,854 | | 3,643 | 1,687 | 337 | 1,687 |
| | | | 62.23% | 28.82% | 5.76% | 28.82% |
| **County: Miller GA** | | | | | | |
| Total: | 6,000 | | 3,949 | 1,831 | 136 | 46 |
| | | | 65.82% | 30.52% | 2.27% | 0.77% |

**Maptitude**
For Redistricting

# Plan Components with Population Detail

| District: 2 | | | | | |
|---|---|---|---|---|---|
| | Voting Age | 4,749 | 3,239 | 1,358 | 92 | 1,358 |
| | | | 68.20% | 28.60% | 1.94% | 28.60% |
| **County: Mitchell GA** | | | | | |
| | Total: | 21,755 | 10,106 | 10,394 | 964 | 156 |
| | | | 46.45% | 47.78% | 4.43% | 0.72% |
| | Voting Age | 17,065 | 8,284 | 7,917 | 615 | 7,917 |
| | | | 48.54% | 46.39% | 3.60% | 46.39% |
| **County: Muscogee GA** | | | | | |
| | Total: | 175,155 | 58,991 | 95,521 | 13,791 | 6,461 |
| | | | 33.68% | 54.54% | 7.87% | 3.69% |
| | Voting Age | 132,158 | 48,043 | 69,548 | 9,099 | 69,548 |
| | | | 36.35% | 52.62% | 6.88% | 52.62% |
| **County: Peach GA** | | | | | |
| | Total: | 27,981 | 12,119 | 12,645 | 2,547 | 341 |
| | | | 43.31% | 45.19% | 9.10% | 1.22% |
| | Voting Age | 22,111 | 10,071 | 9,720 | 1,788 | 9,720 |
| | | | 45.55% | 43.96% | 8.09% | 43.96% |
| **County: Quitman GA** | | | | | |
| | Total: | 2,235 | 1,190 | 965 | 31 | 20 |
| | | | 53.24% | 43.18% | 1.39% | 0.89% |
| | Voting Age | 1,870 | 1,037 | 765 | 18 | 765 |
| | | | 55.45% | 40.91% | 0.96% | 40.91% |
| **County: Randolph GA** | | | | | |
| | Total: | 6,425 | 2,250 | 3,947 | 143 | 46 |
| | | | 35.02% | 61.43% | 2.23% | 0.72% |
| | Voting Age | 4,977 | 1,922 | 2,913 | 82 | 2,913 |
| | | | 38.62% | 58.53% | 1.65% | 58.53% |
| **County: Schley GA** | | | | | |
| | Total: | 4,547 | 3,357 | 933 | 175 | 47 |
| | | | 73.83% | 20.52% | 3.85% | 1.03% |
| | Voting Age | 3,328 | 2,520 | 644 | 103 | 644 |
| | | | 75.72% | 19.35% | 3.09% | 19.35% |
| **County: Seminole GA** | | | | | |

## Plan Components with Population Detail

**District: 2**

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| | Total: | 9,147 | 5,617 | 3,093 | 228 | 86 |
| | | | 61.41% | 33.81% | 2.49% | 0.94% |
| | Voting Age | 7,277 | 4,681 | 2,275 | 160 | 2,275 |
| | | | 64.33% | 31.26% | 2.20% | 31.26% |

**County: Stewart GA**

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| | Total: | 5,314 | 1,338 | 2,538 | 1,217 | 186 |
| | | | 25.18% | 47.76% | 22.90% | 3.50% |
| | Voting Age | 4,617 | 1,161 | 2,048 | 1,196 | 2,048 |
| | | | 25.15% | 44.36% | 25.90% | 44.36% |

**County: Sumter GA**

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| | Total: | 29,616 | 11,528 | 15,546 | 1,770 | 599 |
| | | | 38.92% | 52.49% | 5.98% | 2.02% |
| | Voting Age | 23,036 | 9,800 | 11,479 | 1,147 | 11,479 |
| | | | 42.54% | 49.83% | 4.98% | 49.83% |

**County: Talbot GA**

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| | Total: | 5,733 | 2,427 | 3,145 | 112 | 31 |
| | | | 42.33% | 54.86% | 1.95% | 0.54% |
| | Voting Age | 4,783 | 2,129 | 2,537 | 56 | 2,537 |
| | | | 44.51% | 53.04% | 1.17% | 53.04% |

**County: Taylor GA**

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| | Total: | 7,816 | 4,584 | 2,946 | 168 | 52 |
| | | | 58.65% | 37.69% | 2.15% | 0.67% |
| | Voting Age | 6,120 | 3,686 | 2,235 | 107 | 2,235 |
| | | | 60.23% | 36.52% | 1.75% | 36.52% |

**County: Terrell GA**

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| | Total: | 9,185 | 3,189 | 5,707 | 177 | 97 |
| | | | 34.72% | 62.13% | 1.93% | 1.06% |
| | Voting Age | 7,204 | 2,709 | 4,274 | 121 | 4,274 |
| | | | 37.60% | 59.33% | 1.68% | 59.33% |

**County: Thomas GA**

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| | Total: | 45,798 | 25,994 | 16,975 | 1,577 | 558 |
| | | | 56.76% | 37.06% | 3.44% | 1.22% |
| | Voting Age | 35,037 | 20,740 | 12,332 | 970 | 12,332 |

**Maptitude**
For Redistricting

# Plan Components with Population Detail

<span style="color:blue">Ga_Congress_Enacted_2021_P</span>

| District: 2 | | | | | |
|---|---|---|---|---|---|
| | | 59.19% | 35.20% | 2.77% | 35.20% |
| **County: Webster GA** | | | | | |
| Total: | 2,348 | 1,136 | 1,107 | 59 | 27 |
| | | 48.38% | 47.15% | 2.51% | 1.15% |
| Voting Age | 1,847 | 931 | 844 | 36 | 844 |
| | | 50.41% | 45.70% | 1.95% | 45.70% |
| **District: 2 Subtotal** | | | | | |
| Total: | 765,137 | 305,611 | 393,195 | 45,499 | 15,236 |
| | | 39.94% | 51.39% | 5.95% | 1.99% |
| Voting Age | 587,555 | 251,047 | 289,612 | 30,074 | 289,612 |
| | | 42.73% | 49.29% | 5.12% | 49.29% |
| **District: 3** | | | | | |
| **County: Carroll GA** | | | | | |
| Total: | 119,148 | 80,725 | 24,618 | 9,586 | 1,674 |
| | | 67.75% | 20.66% | 8.05% | 1.40% |
| Voting Age | 90,996 | 63,803 | 17,827 | 6,129 | 17,827 |
| | | 70.12% | 19.59% | 6.74% | 19.59% |
| **County: Coweta GA** | | | | | |
| Total: | 146,158 | 99,421 | 28,289 | 11,053 | 4,613 |
| | | 68.02% | 19.36% | 7.56% | 3.16% |
| Voting Age | 111,155 | 78,073 | 20,196 | 7,384 | 20,196 |
| | | 70.24% | 18.17% | 6.64% | 18.17% |
| **County: Douglas GA** | | | | | |
| Total: | 42,970 | 23,414 | 13,641 | 4,200 | 973 |
| | | 54.49% | 31.75% | 9.77% | 2.26% |
| Voting Age | 32,601 | 18,942 | 9,682 | 2,674 | 9,682 |
| | | 58.10% | 29.70% | 8.20% | 29.70% |
| **County: Fayette GA** | | | | | |
| Total: | 102,685 | 63,073 | 22,742 | 8,065 | 7,107 |
| | | 61.42% | 22.15% | 7.85% | 6.92% |
| Voting Age | 78,539 | 50,575 | 16,446 | 5,270 | 16,446 |
| | | 64.39% | 20.94% | 6.71% | 20.94% |
| **County: Haralson GA** | | | | | |

## Plan Components with Population Detail

| District: 3 | | | | | | |
|---|---|---|---|---|---|---|
| | Total: | 29,919 | 26,825 | 1,541 | 497 | 278 |
| | | | 89.66% | 5.15% | 1.66% | 0.93% |
| | Voting Age | 22,854 | 20,617 | 1,106 | 323 | 1,106 |
| | | | 90.21% | 4.84% | 1.41% | 4.84% |
| **County: Harris GA** | | | | | | |
| | Total: | 34,668 | 25,925 | 5,742 | 1,417 | 743 |
| | | | 74.78% | 16.56% | 4.09% | 2.14% |
| | Voting Age | 26,799 | 20,298 | 4,431 | 908 | 4,431 |
| | | | 75.74% | 16.53% | 3.39% | 16.53% |
| **County: Heard GA** | | | | | | |
| | Total: | 11,412 | 9,589 | 1,142 | 253 | 93 |
| | | | 84.03% | 10.01% | 2.22% | 0.81% |
| | Voting Age | 8,698 | 7,407 | 832 | 153 | 832 |
| | | | 85.16% | 9.57% | 1.76% | 9.57% |
| **County: Henry GA** | | | | | | |
| | Total: | 23,975 | 9,476 | 11,842 | 1,939 | 613 |
| | | | 39.52% | 49.39% | 8.09% | 2.56% |
| | Voting Age | 17,964 | 7,737 | 8,404 | 1,199 | 8,404 |
| | | | 43.07% | 46.78% | 6.67% | 46.78% |
| **County: Lamar GA** | | | | | | |
| | Total: | 18,500 | 12,344 | 5,220 | 475 | 189 |
| | | | 66.72% | 28.22% | 2.57% | 1.02% |
| | Voting Age | 14,541 | 9,852 | 4,017 | 323 | 4,017 |
| | | | 67.75% | 27.63% | 2.22% | 27.63% |
| **County: Meriwether GA** | | | | | | |
| | Total: | 20,613 | 12,084 | 7,547 | 475 | 122 |
| | | | 58.62% | 36.61% | 2.30% | 0.59% |
| | Voting Age | 16,526 | 9,994 | 5,845 | 299 | 5,845 |
| | | | 60.47% | 35.37% | 1.81% | 35.37% |
| **County: Muscogee GA** | | | | | | |
| | Total: | 31,767 | 20,092 | 6,691 | 2,722 | 1,711 |
| | | | 63.25% | 21.06% | 8.57% | 5.39% |
| | Voting Age | 24,894 | 16,592 | 4,753 | 1,795 | 4,753 |

## Plan Components with Population Detail

Ga_Congress_Enacted_2021_P

| District: 3 | | | | | | |
|---|---|---|---|---|---|---|
| | | | 66.65% | 19.09% | 7.21% | 19.09% |
| **County: Pike GA** | | | | | | |
| Total: | 18,889 | | 16,313 | 1,613 | 348 | 159 |
| | | | 86.36% | 8.54% | 1.84% | 0.84% |
| Voting Age | 14,337 | | 12,422 | 1,254 | 207 | 1,254 |
| | | | 86.64% | 8.75% | 1.44% | 8.75% |
| **County: Spalding GA** | | | | | | |
| Total: | 67,306 | | 37,105 | 24,522 | 3,666 | 870 |
| | | | 55.13% | 36.43% | 5.45% | 1.29% |
| Voting Age | 52,123 | | 30,612 | 17,511 | 2,377 | 17,511 |
| | | | 58.73% | 33.60% | 4.56% | 33.60% |
| **County: Troup GA** | | | | | | |
| Total: | 69,426 | | 38,099 | 25,473 | 2,956 | 1,842 |
| | | | 54.88% | 36.69% | 4.26% | 2.65% |
| Voting Age | 52,581 | | 30,377 | 18,202 | 1,822 | 18,202 |
| | | | 57.77% | 34.62% | 3.47% | 34.62% |
| **County: Upson GA** | | | | | | |
| Total: | 27,700 | | 18,009 | 8,324 | 633 | 233 |
| | | | 65.01% | 30.05% | 2.29% | 0.84% |
| Voting Age | 21,711 | | 14,548 | 6,202 | 411 | 6,202 |
| | | | 67.01% | 28.57% | 1.89% | 28.57% |
| **District: 3 Subtotal** | | | | | | |
| Total: | 765,136 | | 492,494 | 188,947 | 48,285 | 21,220 |
| | | | 64.37% | 24.69% | 6.31% | 2.77% |
| Voting Age | 586,319 | | 391,849 | 136,708 | 31,274 | 136,708 |
| | | | 66.83% | 23.32% | 5.33% | 23.32% |
| **District: 4** | | | | | | |
| **County: DeKalb GA** | | | | | | |
| Total: | 601,451 | | 153,733 | 322,421 | 74,201 | 50,736 |
| | | | 25.56% | 53.61% | 12.34% | 8.44% |
| Voting Age | 465,661 | | 129,178 | 247,548 | 50,261 | 247,548 |
| | | | 27.74% | 53.16% | 10.79% | 53.16% |
| **County: Newton GA** | | | | | | |

## Plan Components with Population Detail

Ga_Congress_Enacted_2021_P

| District: 4 | | | | | | |
|---|---|---|---|---|---|---|
| | Total: | 70,114 | | 19,303 | 44,138 | 5,206 | 1,064 |
| | | | | 27.53% | 62.95% | 7.43% | 1.52% |
| | Voting Age | 52,306 | | 15,909 | 31,896 | 3,320 | 31,896 |
| | | | | 30.42% | 60.98% | 6.35% | 60.98% |

| County: Rockdale GA | | | | | | |
|---|---|---|---|---|---|---|
| | Total: | 93,570 | | 24,500 | 57,204 | 9,540 | 1,981 |
| | | | | 26.18% | 61.13% | 10.20% | 2.12% |
| | Voting Age | 71,503 | | 21,457 | 41,935 | 6,089 | 41,935 |
| | | | | 30.01% | 58.65% | 8.52% | 58.65% |

| District: 4 Subtotal | | | | | | |
|---|---|---|---|---|---|---|
| | Total: | 765,135 | | 197,536 | 423,763 | 88,947 | 53,781 |
| | | | | 25.82% | 55.38% | 11.63% | 7.03% |
| | Voting Age | 589,470 | | 166,544 | 321,379 | 59,670 | 321,379 |
| | | | | 28.25% | 54.52% | 10.12% | 54.52% |

| District: 5 | | | | | | |
|---|---|---|---|---|---|---|

| County: Clayton GA | | | | | | |
|---|---|---|---|---|---|---|
| | Total: | 37,919 | | 2,578 | 27,594 | 6,497 | 1,488 |
| | | | | 6.80% | 72.77% | 17.13% | 3.92% |
| | Voting Age | 27,885 | | 2,344 | 20,301 | 4,185 | 20,301 |
| | | | | 8.41% | 72.80% | 15.01% | 72.80% |

| County: DeKalb GA | | | | | | |
|---|---|---|---|---|---|---|
| | Total: | 162,931 | | 62,162 | 85,030 | 7,270 | 7,645 |
| | | | | 38.15% | 52.19% | 4.46% | 4.69% |
| | Voting Age | 129,615 | | 50,983 | 66,682 | 5,245 | 66,682 |
| | | | | 39.33% | 51.45% | 4.05% | 51.45% |

| County: Fulton GA | | | | | | |
|---|---|---|---|---|---|---|
| | Total: | 564,287 | | 209,079 | 280,198 | 42,729 | 30,799 |
| | | | | 37.05% | 49.66% | 7.57% | 5.46% |
| | Voting Age | 464,015 | | 182,325 | 221,288 | 32,002 | 221,288 |
| | | | | 39.29% | 47.69% | 6.90% | 47.69% |

| District: 5 Subtotal | | | | | | |
|---|---|---|---|---|---|---|
| | Total: | 765,137 | | 273,819 | 392,822 | 56,496 | 39,932 |
| | | | | 35.79% | 51.34% | 7.38% | 5.22% |

**Maptitude**
For Redistricting

## Plan Components with Population Detail

Ga_Congress_Enacted_2021_P

| District: 5 | | | | | |
|---|---|---|---|---|---|
| Voting Age | 621,515 | | 235,652 | 308,271 | 41,432 | 308,271 |
| | | | 37.92% | 49.60% | 6.67% | 49.60% |
| **District: 6** | | | | | |
| **County: Cherokee GA** | | | | | |
| Total: | 40,881 | | 34,848 | 1,489 | 2,494 | 856 |
| | | | 85.24% | 3.64% | 6.10% | 2.09% |
| Voting Age | 31,202 | | 27,176 | 950 | 1,623 | 950 |
| | | | 87.10% | 3.04% | 5.20% | 3.04% |
| **County: Cobb GA** | | | | | |
| Total: | 165,925 | | 110,373 | 19,055 | 15,022 | 17,472 |
| | | | 66.52% | 11.48% | 9.05% | 10.53% |
| Voting Age | 125,728 | | 86,781 | 13,732 | 10,102 | 13,732 |
| | | | 69.02% | 10.92% | 8.03% | 10.92% |
| **County: Dawson GA** | | | | | |
| Total: | 26,798 | | 23,544 | 392 | 1,605 | 390 |
| | | | 87.86% | 1.46% | 5.99% | 1.46% |
| Voting Age | 21,441 | | 19,183 | 249 | 1,047 | 249 |
| | | | 89.47% | 1.16% | 4.88% | 1.16% |
| **County: Forsyth GA** | | | | | |
| Total: | 251,283 | | 159,407 | 13,222 | 25,226 | 48,199 |
| | | | 63.44% | 5.26% | 10.04% | 19.18% |
| Voting Age | 181,193 | | 122,017 | 8,751 | 16,204 | 8,751 |
| | | | 67.34% | 4.83% | 8.94% | 4.83% |
| **County: Fulton GA** | | | | | |
| Total: | 245,494 | | 140,483 | 39,678 | 28,786 | 32,788 |
| | | | 57.22% | 16.16% | 11.73% | 13.36% |
| Voting Age | 190,172 | | 113,635 | 29,939 | 19,957 | 29,939 |
| | | | 59.75% | 15.74% | 10.49% | 15.74% |
| **County: Gwinnett GA** | | | | | |
| Total: | 34,755 | | 18,745 | 5,035 | 5,166 | 5,408 |
| | | | 53.93% | 14.49% | 14.86% | 15.56% |
| Voting Age | 25,061 | | 14,179 | 3,348 | 3,420 | 3,348 |
| | | | 56.58% | 13.36% | 13.65% | 13.36% |

# Plan Components with Population Detail

Ga_Congress_Enacted_2021_P

### District: 6

**District: 6 Subtotal**

| | | | | | | |
|---|---|---|---|---|---|---|
| | Total: | 765,136 | | 487,400 | 78,871 | 78,299 | 105,113 |
| | | | | 63.70% | 10.31% | 10.23% | 13.74% |
| | Voting Age | 574,797 | | 382,971 | 56,969 | 52,353 | 56,969 |
| | | | | 66.63% | 9.91% | 9.11% | 9.91% |

### District: 7

**County: Fulton GA**

| | | | | | | |
|---|---|---|---|---|---|---|
| | Total: | 92,558 | | 45,964 | 11,462 | 6,614 | 27,383 |
| | | | | 49.66% | 12.38% | 7.15% | 29.58% |
| | Voting Age | 69,229 | | 36,341 | 8,135 | 4,468 | 8,135 |
| | | | | 52.49% | 11.75% | 6.45% | 11.75% |

**County: Gwinnett GA**

| | | | | | | |
|---|---|---|---|---|---|---|
| | Total: | 672,579 | | 179,941 | 228,255 | 175,237 | 91,061 |
| | | | | 26.75% | 33.94% | 26.05% | 13.54% |
| | Voting Age | 497,705 | | 149,497 | 160,936 | 116,136 | 160,936 |
| | | | | 30.04% | 32.34% | 23.33% | 32.34% |

**District: 7 Subtotal**

| | | | | | | |
|---|---|---|---|---|---|---|
| | Total: | 765,137 | | 225,905 | 239,717 | 181,851 | 118,444 |
| | | | | 29.52% | 31.33% | 23.77% | 15.48% |
| | Voting Age | 566,934 | | 185,838 | 169,071 | 120,604 | 169,071 |
| | | | | 32.78% | 29.82% | 21.27% | 29.82% |

### District: 8

**County: Atkinson GA**

| | | | | | | |
|---|---|---|---|---|---|---|
| | Total: | 8,286 | | 4,801 | 1,284 | 2,048 | 57 |
| | | | | 57.94% | 15.50% | 24.72% | 0.69% |
| | Voting Age | 6,129 | | 3,787 | 937 | 1,282 | 937 |
| | | | | 61.79% | 15.29% | 20.92% | 15.29% |

**County: Baldwin GA**

| | | | | | | |
|---|---|---|---|---|---|---|
| | Total: | 43,799 | | 22,432 | 18,985 | 1,139 | 726 |
| | | | | 51.22% | 43.35% | 2.60% | 1.66% |
| | Voting Age | 35,732 | | 19,377 | 14,515 | 835 | 14,515 |
| | | | | 54.23% | 40.62% | 2.34% | 40.62% |

**County: Ben Hill GA**

## Plan Components with Population Detail

Ga_Congress_Enacted_2021_P

| District: 8 | | | | | | |
|---|---|---|---|---|---|---|
| Total: | 17,194 | | 9,219 | 6,537 | 1,054 | 157 |
| | | | 53.62% | 38.02% | 6.13% | 0.91% |
| Voting Age | 13,165 | | 7,459 | 4,745 | 653 | 4,745 |
| | | | 56.66% | 36.04% | 4.96% | 36.04% |
| **County: Berrien GA** | | | | | | |
| Total: | 18,160 | | 14,396 | 2,198 | 1,045 | 144 |
| | | | 79.27% | 12.10% | 5.75% | 0.79% |
| Voting Age | 13,690 | | 11,181 | 1,499 | 622 | 1,499 |
| | | | 81.67% | 10.95% | 4.54% | 10.95% |
| **County: Bibb GA** | | | | | | |
| Total: | 48,975 | | 27,390 | 16,668 | 1,919 | 2,629 |
| | | | 55.93% | 34.03% | 3.92% | 5.37% |
| Voting Age | 38,413 | | 22,858 | 11,900 | 1,383 | 11,900 |
| | | | 59.51% | 30.98% | 3.60% | 30.98% |
| **County: Bleckley GA** | | | | | | |
| Total: | 12,583 | | 8,867 | 2,951 | 469 | 195 |
| | | | 70.47% | 23.45% | 3.73% | 1.55% |
| Voting Age | 9,613 | | 7,032 | 2,036 | 311 | 2,036 |
| | | | 73.15% | 21.18% | 3.24% | 21.18% |
| **County: Brooks GA** | | | | | | |
| Total: | 16,301 | | 9,066 | 5,958 | 955 | 115 |
| | | | 55.62% | 36.55% | 5.86% | 0.71% |
| Voting Age | 12,747 | | 7,483 | 4,357 | 635 | 4,357 |
| | | | 58.70% | 34.18% | 4.98% | 34.18% |
| **County: Clinch GA** | | | | | | |
| Total: | 6,749 | | 4,256 | 2,096 | 253 | 53 |
| | | | 63.06% | 31.06% | 3.75% | 0.79% |
| Voting Age | 5,034 | | 3,372 | 1,406 | 156 | 1,406 |
| | | | 66.98% | 27.93% | 3.10% | 27.93% |
| **County: Coffee GA** | | | | | | |
| Total: | 43,092 | | 24,158 | 12,575 | 5,430 | 422 |
| | | | 56.06% | 29.18% | 12.60% | 0.98% |
| Voting Age | 32,419 | | 19,146 | 9,191 | 3,324 | 9,191 |

# Plan Components with Population Detail

Ga_Congress_Enacted_2021_P

| District: 8 | | | | | | |
|---|---|---|---|---|---|---|
| | | | 59.06% | 28.35% | 10.25% | 28.35% |
| **County: Colquitt GA** | | | | | | |
| Total: | 45,898 | | 25,588 | 10,648 | 8,709 | 507 |
| | | | 55.75% | 23.20% | 18.97% | 1.10% |
| Voting Age | 34,193 | | 20,507 | 7,461 | 5,467 | 7,461 |
| | | | 59.97% | 21.82% | 15.99% | 21.82% |
| **County: Cook GA** | | | | | | |
| Total: | 17,229 | | 10,658 | 5,014 | 1,134 | 173 |
| | | | 61.86% | 29.10% | 6.58% | 1.00% |
| Voting Age | 12,938 | | 8,310 | 3,595 | 704 | 3,595 |
| | | | 64.23% | 27.79% | 5.44% | 27.79% |
| **County: Crisp GA** | | | | | | |
| Total: | 20,128 | | 9,892 | 9,194 | 634 | 245 |
| | | | 49.15% | 45.68% | 3.15% | 1.22% |
| Voting Age | 15,570 | | 8,248 | 6,603 | 414 | 6,603 |
| | | | 52.97% | 42.41% | 2.66% | 42.41% |
| **County: Dodge GA** | | | | | | |
| Total: | 19,925 | | 12,865 | 6,148 | 620 | 143 |
| | | | 64.57% | 30.86% | 3.11% | 0.72% |
| Voting Age | 15,709 | | 10,360 | 4,725 | 406 | 4,725 |
| | | | 65.95% | 30.08% | 2.58% | 30.08% |
| **County: Echols GA** | | | | | | |
| Total: | 3,697 | | 2,328 | 193 | 1,091 | 35 |
| | | | 62.97% | 5.22% | 29.51% | 0.95% |
| Voting Age | 2,709 | | 1,856 | 121 | 667 | 121 |
| | | | 68.51% | 4.47% | 24.62% | 4.47% |
| **County: Houston GA** | | | | | | |
| Total: | 115,112 | | 66,836 | 33,883 | 7,144 | 5,702 |
| | | | 58.06% | 29.43% | 6.21% | 4.95% |
| Voting Age | 85,885 | | 51,966 | 23,948 | 4,542 | 23,948 |
| | | | 60.51% | 27.88% | 5.29% | 27.88% |
| **County: Irwin GA** | | | | | | |
| Total: | 9,666 | | 6,402 | 2,333 | 663 | 148 |

## Plan Components with Population Detail

Ga_Congress_Enacted_2021_P

| District: 8 | | | | | |
|---|---|---|---|---|---|
| | | | 66.23% | 24.14% | 6.86% | 1.53% |
| | Voting Age | 7,547 | 5,047 | 1,720 | 545 | 1,720 |
| | | | 66.87% | 22.79% | 7.22% | 22.79% |
| **County: Jeff Davis GA** | | | | | | |
| | Total: | 14,779 | 9,950 | 2,493 | 2,047 | 83 |
| | | | 67.33% | 16.87% | 13.85% | 0.56% |
| | Voting Age | 10,856 | 7,643 | 1,752 | 1,233 | 1,752 |
| | | | 70.40% | 16.14% | 11.36% | 16.14% |
| **County: Jones GA** | | | | | | |
| | Total: | 28,347 | 20,074 | 7,114 | 476 | 216 |
| | | | 70.82% | 25.10% | 1.68% | 0.76% |
| | Voting Age | 21,575 | 15,428 | 5,341 | 302 | 5,341 |
| | | | 71.51% | 24.76% | 1.40% | 24.76% |
| **County: Lanier GA** | | | | | | |
| | Total: | 9,877 | 6,595 | 2,369 | 572 | 119 |
| | | | 66.77% | 23.99% | 5.79% | 1.20% |
| | Voting Age | 7,326 | 5,010 | 1,683 | 370 | 1,683 |
| | | | 68.39% | 22.97% | 5.05% | 22.97% |
| **County: Lowndes GA** | | | | | | |
| | Total: | 118,251 | 59,306 | 46,758 | 7,872 | 2,887 |
| | | | 50.15% | 39.54% | 6.66% | 2.44% |
| | Voting Age | 89,031 | 47,140 | 33,302 | 5,201 | 33,302 |
| | | | 52.95% | 37.40% | 5.84% | 37.40% |
| **County: Monroe GA** | | | | | | |
| | Total: | 27,957 | 19,954 | 6,444 | 714 | 342 |
| | | | 71.37% | 23.05% | 2.55% | 1.22% |
| | Voting Age | 21,913 | 15,771 | 5,068 | 464 | 5,068 |
| | | | 71.97% | 23.13% | 2.12% | 23.13% |
| **County: Pulaski GA** | | | | | | |
| | Total: | 9,855 | 6,022 | 3,250 | 327 | 117 |
| | | | 61.11% | 32.98% | 3.32% | 1.19% |
| | Voting Age | 8,012 | 5,027 | 2,564 | 224 | 2,564 |
| | | | 62.74% | 32.00% | 2.80% | 32.00% |

**Maptitude**
For Redistricting

## Plan Components with Population Detail

Ga_Congress_Enacted_2021_P

**District: 8**

**County: Telfair GA**

| | | | | | | |
|---|---|---|---|---|---|---|
| Total: | 12,477 | | 5,970 | 4,754 | 1,928 | 52 |
| | | | 47.85% | 38.10% | 15.45% | 0.42% |
| Voting Age | 10,190 | | 4,802 | 3,806 | 1,757 | 3,806 |
| | | | 47.12% | 37.35% | 17.24% | 37.35% |

**County: Tift GA**

| | | | | | | |
|---|---|---|---|---|---|---|
| Total: | 41,344 | | 22,189 | 12,734 | 5,219 | 793 |
| | | | 53.67% | 30.80% | 12.62% | 1.92% |
| Voting Age | 31,224 | | 18,011 | 8,963 | 3,295 | 8,963 |
| | | | 57.68% | 28.71% | 10.55% | 28.71% |

**County: Turner GA**

| | | | | | | |
|---|---|---|---|---|---|---|
| Total: | 9,006 | | 4,700 | 3,813 | 372 | 70 |
| | | | 52.19% | 42.34% | 4.13% | 0.78% |
| Voting Age | 6,960 | | 3,891 | 2,752 | 256 | 2,752 |
| | | | 55.91% | 39.54% | 3.68% | 39.54% |

**County: Twiggs GA**

| | | | | | | |
|---|---|---|---|---|---|---|
| Total: | 8,022 | | 4,487 | 3,226 | 124 | 63 |
| | | | 55.93% | 40.21% | 1.55% | 0.79% |
| Voting Age | 6,589 | | 3,733 | 2,627 | 79 | 2,627 |
| | | | 56.66% | 39.87% | 1.20% | 39.87% |

**County: Wilcox GA**

| | | | | | | |
|---|---|---|---|---|---|---|
| Total: | 8,766 | | 5,185 | 3,161 | 272 | 80 |
| | | | 59.15% | 36.06% | 3.10% | 0.91% |
| Voting Age | 7,218 | | 4,215 | 2,693 | 209 | 2,693 |
| | | | 58.40% | 37.31% | 2.90% | 37.31% |

**County: Wilkinson GA**

| | | | | | | |
|---|---|---|---|---|---|---|
| Total: | 8,877 | | 5,110 | 3,330 | 239 | 55 |
| | | | 57.56% | 37.51% | 2.69% | 0.62% |
| Voting Age | 7,026 | | 4,165 | 2,549 | 152 | 2,549 |
| | | | 59.28% | 36.28% | 2.16% | 36.28% |

**County: Worth GA**

| | | | | | | |
|---|---|---|---|---|---|---|
| Total: | 20,784 | | 14,427 | 5,517 | 381 | 150 |
| | | | 69.41% | 26.54% | 1.83% | 0.72% |

**Plan Components with Population Detail**                                          Ga_Congress_Enacted_2021_P

| District: 8 | | | | | |
|---|---:|---:|---:|---:|---:|
| Voting Age | 16,444 | 11,747 | 4,108 | 244 | 4,108 |
| | | 71.44% | 24.98% | 1.48% | 24.98% |
| **District: 8 Subtotal** | | | | | |
| Total: | 765,136 | 443,123 | 241,628 | 54,850 | 16,478 |
| | | 57.91% | 31.58% | 7.17% | 2.15% |
| Voting Age | 585,857 | 354,572 | 175,967 | 35,732 | 175,967 |
| | | 60.52% | 30.04% | 6.10% | 30.04% |
| **District: 9** | | | | | |
| **County: Banks GA** | | | | | |
| Total: | 18,035 | 15,578 | 589 | 1,164 | 250 |
| | | 86.38% | 3.27% | 6.45% | 1.39% |
| Voting Age | 13,900 | 12,278 | 365 | 721 | 365 |
| | | 88.33% | 2.63% | 5.19% | 2.63% |
| **County: Fannin GA** | | | | | |
| Total: | 25,319 | 23,351 | 199 | 753 | 176 |
| | | 92.23% | 0.79% | 2.97% | 0.70% |
| Voting Age | 21,188 | 19,721 | 133 | 505 | 133 |
| | | 93.08% | 0.63% | 2.38% | 0.63% |
| **County: Franklin GA** | | | | | |
| Total: | 23,424 | 19,262 | 2,207 | 1,121 | 319 |
| | | 82.23% | 9.42% | 4.79% | 1.36% |
| Voting Age | 18,307 | 15,466 | 1,523 | 678 | 1,523 |
| | | 84.48% | 8.32% | 3.70% | 8.32% |
| **County: Gilmer GA** | | | | | |
| Total: | 31,353 | 26,365 | 296 | 3,599 | 234 |
| | | 84.09% | 0.94% | 11.48% | 0.75% |
| Voting Age | 25,417 | 22,187 | 161 | 2,158 | 161 |
| | | 87.29% | 0.63% | 8.49% | 0.63% |
| **County: Gwinnett GA** | | | | | |
| Total: | 249,728 | 111,897 | 54,397 | 40,057 | 42,019 |
| | | 44.81% | 21.78% | 16.04% | 16.83% |
| Voting Age | 186,718 | 88,365 | 38,478 | 27,103 | 38,478 |
| | | 47.33% | 20.61% | 14.52% | 20.61% |

## Plan Components with Population Detail

Ga_Congress_Enacted_2021_P

**District: 9**

**County: Habersham GA**

| | | | | | |
|---|---|---|---|---|---|
| Total: | 46,031 | 34,694 | 2,165 | 6,880 | 1,195 |
| | | 75.37% | 4.70% | 14.95% | 2.60% |
| Voting Age | 35,878 | 28,299 | 1,675 | 4,115 | 1,675 |
| | | 78.88% | 4.67% | 11.47% | 4.67% |

**County: Hall GA**

| | | | | | |
|---|---|---|---|---|---|
| Total: | 203,136 | 120,418 | 17,006 | 57,010 | 5,315 |
| | | 59.28% | 8.37% | 28.06% | 2.62% |
| Voting Age | 153,844 | 98,800 | 12,094 | 36,146 | 12,094 |
| | | 64.22% | 7.86% | 23.50% | 7.86% |

**County: Hart GA**

| | | | | | |
|---|---|---|---|---|---|
| Total: | 25,828 | 19,250 | 4,732 | 931 | 433 |
| | | 74.53% | 18.32% | 3.60% | 1.68% |
| Voting Age | 20,436 | 15,761 | 3,447 | 578 | 3,447 |
| | | 77.12% | 16.87% | 2.83% | 16.87% |

**County: Lumpkin GA**

| | | | | | |
|---|---|---|---|---|---|
| Total: | 33,488 | 29,241 | 685 | 1,790 | 471 |
| | | 87.32% | 2.05% | 5.35% | 1.41% |
| Voting Age | 27,689 | 24,419 | 507 | 1,345 | 507 |
| | | 88.19% | 1.83% | 4.86% | 1.83% |

**County: Rabun GA**

| | | | | | |
|---|---|---|---|---|---|
| Total: | 16,883 | 14,625 | 210 | 1,452 | 110 |
| | | 86.63% | 1.24% | 8.60% | 0.65% |
| Voting Age | 13,767 | 12,236 | 129 | 928 | 129 |
| | | 88.88% | 0.94% | 6.74% | 0.94% |

**County: Stephens GA**

| | | | | | |
|---|---|---|---|---|---|
| Total: | 26,784 | 21,323 | 3,527 | 857 | 324 |
| | | 79.61% | 13.17% | 3.20% | 1.21% |
| Voting Age | 21,163 | 17,310 | 2,467 | 578 | 2,467 |
| | | 81.79% | 11.66% | 2.73% | 11.66% |

**County: Towns GA**

| | | | | | |
|---|---|---|---|---|---|
| Total: | 12,493 | 11,469 | 168 | 415 | 117 |
| | | 91.80% | 1.34% | 3.32% | 0.94% |

## Plan Components with Population Detail

Ga_Congress_Enacted_2021_P

| District: 9 | | | | | |
|---|---|---|---|---|---|
| Voting Age | 10,923 | 10,100 | 137 | 338 | 137 |
| | | 92.47% | 1.25% | 3.09% | 1.25% |
| **County: Union GA** | | | | | |
| Total: | 24,632 | 22,646 | 228 | 816 | 185 |
| | | 91.94% | 0.93% | 3.31% | 0.75% |
| Voting Age | 20,808 | 19,351 | 147 | 563 | 147 |
| | | 93.00% | 0.71% | 2.71% | 0.71% |
| **County: White GA** | | | | | |
| Total: | 28,003 | 24,959 | 721 | 913 | 272 |
| | | 89.13% | 2.57% | 3.26% | 0.97% |
| Voting Age | 22,482 | 20,318 | 484 | 605 | 484 |
| | | 90.37% | 2.15% | 2.69% | 2.15% |
| **District: 9 Subtotal** | | | | | |
| Total: | 765,137 | 495,078 | 87,130 | 117,758 | 51,420 |
| | | 64.70% | 11.39% | 15.39% | 6.72% |
| Voting Age | 592,520 | 404,611 | 61,747 | 76,361 | 61,747 |
| | | 68.29% | 10.42% | 12.89% | 10.42% |
| **District: 10** | | | | | |
| **County: Barrow GA** | | | | | |
| Total: | 83,505 | 55,582 | 11,907 | 10,560 | 3,842 |
| | | 66.56% | 14.26% | 12.65% | 4.60% |
| Voting Age | 62,195 | 43,241 | 8,222 | 6,726 | 8,222 |
| | | 69.52% | 13.22% | 10.81% | 13.22% |
| **County: Butts GA** | | | | | |
| Total: | 25,434 | 16,628 | 7,212 | 803 | 206 |
| | | 65.38% | 28.36% | 3.16% | 0.81% |
| Voting Age | 20,360 | 13,510 | 5,660 | 559 | 5,660 |
| | | 66.36% | 27.80% | 2.75% | 27.80% |
| **County: Clarke GA** | | | | | |
| Total: | 128,671 | 72,201 | 33,672 | 14,336 | 6,215 |
| | | 56.11% | 26.17% | 11.14% | 4.83% |
| Voting Age | 106,830 | 64,531 | 24,776 | 10,213 | 24,776 |
| | | 60.41% | 23.19% | 9.56% | 23.19% |

## Plan Components with Population Detail

Ga_Congress_Enacted_2021_P

**District: 10**

**County: Elbert GA**

| | | | | | |
|---|---|---|---|---|---|
| Total: | 19,637 | 12,610 | 5,520 | 996 | 238 |
| | | 64.22% | 28.11% | 5.07% | 1.21% |
| Voting Age | 15,493 | 10,322 | 4,122 | 660 | 4,122 |
| | | 66.62% | 26.61% | 4.26% | 26.61% |

**County: Greene GA**

| | | | | | |
|---|---|---|---|---|---|
| Total: | 18,915 | 11,126 | 6,027 | 1,289 | 237 |
| | | 58.82% | 31.86% | 6.81% | 1.25% |
| Voting Age | 15,358 | 9,675 | 4,470 | 826 | 4,470 |
| | | 63.00% | 29.11% | 5.38% | 29.11% |

**County: Hancock GA**

| | | | | | |
|---|---|---|---|---|---|
| Total: | 8,735 | 2,413 | 6,131 | 63 | 58 |
| | | 27.62% | 70.19% | 0.72% | 0.66% |
| Voting Age | 7,487 | 2,220 | 5,108 | 47 | 5,108 |
| | | 29.65% | 68.22% | 0.63% | 68.22% |

**County: Henry GA**

| | | | | | |
|---|---|---|---|---|---|
| Total: | 118,452 | 51,338 | 54,850 | 8,409 | 3,181 |
| | | 43.34% | 46.31% | 7.10% | 2.69% |
| Voting Age | 86,869 | 40,092 | 38,346 | 5,466 | 38,346 |
| | | 46.15% | 44.14% | 6.29% | 44.14% |

**County: Jackson GA**

| | | | | | |
|---|---|---|---|---|---|
| Total: | 75,907 | 59,064 | 6,148 | 6,712 | 2,248 |
| | | 77.81% | 8.10% | 8.84% | 2.96% |
| Voting Age | 56,451 | 45,015 | 4,268 | 4,261 | 4,268 |
| | | 79.74% | 7.56% | 7.55% | 7.56% |

**County: Jasper GA**

| | | | | | |
|---|---|---|---|---|---|
| Total: | 14,588 | 10,771 | 2,676 | 684 | 79 |
| | | 73.83% | 18.34% | 4.69% | 0.54% |
| Voting Age | 11,118 | 8,400 | 1,966 | 402 | 1,966 |
| | | 75.55% | 17.68% | 3.62% | 17.68% |

**County: Madison GA**

| | | | | | |
|---|---|---|---|---|---|
| Total: | 30,120 | 23,549 | 3,196 | 1,956 | 650 |
| | | 78.18% | 10.61% | 6.49% | 2.16% |

## Plan Components with Population Detail

**District: 10**

| | | | | | |
|---|---|---|---|---|---|
| Voting Age | 23,112 | | 18,643 | 2,225 | 1,198 | 2,225 |
| | | | 80.66% | 9.63% | 5.18% | 9.63% |

**County: Morgan GA**

| | | | | | |
|---|---|---|---|---|---|
| Total: | 20,097 | | 14,487 | 4,339 | 712 | 221 |
| | | | 72.09% | 21.59% | 3.54% | 1.10% |
| Voting Age | 15,574 | | 11,452 | 3,280 | 434 | 3,280 |
| | | | 73.53% | 21.06% | 2.79% | 21.06% |

**County: Newton GA**

| | | | | | |
|---|---|---|---|---|---|
| Total: | 42,369 | | 27,443 | 11,763 | 1,958 | 509 |
| | | | 64.77% | 27.76% | 4.62% | 1.20% |
| Voting Age | 32,442 | | 21,722 | 8,537 | 1,241 | 8,537 |
| | | | 66.96% | 26.31% | 3.83% | 26.31% |

**County: Oconee GA**

| | | | | | |
|---|---|---|---|---|---|
| Total: | 41,799 | | 33,886 | 2,280 | 2,347 | 2,497 |
| | | | 81.07% | 5.45% | 5.61% | 5.97% |
| Voting Age | 30,221 | | 24,942 | 1,660 | 1,405 | 1,660 |
| | | | 82.53% | 5.49% | 4.65% | 5.49% |

**County: Oglethorpe GA**

| | | | | | |
|---|---|---|---|---|---|
| Total: | 14,825 | | 10,903 | 2,468 | 869 | 207 |
| | | | 73.54% | 16.65% | 5.86% | 1.40% |
| Voting Age | 11,639 | | 8,799 | 1,853 | 531 | 1,853 |
| | | | 75.60% | 15.92% | 4.56% | 15.92% |

**County: Putnam GA**

| | | | | | |
|---|---|---|---|---|---|
| Total: | 22,047 | | 14,316 | 5,701 | 1,557 | 187 |
| | | | 64.93% | 25.86% | 7.06% | 0.85% |
| Voting Age | 17,847 | | 12,209 | 4,229 | 1,031 | 4,229 |
| | | | 68.41% | 23.70% | 5.78% | 23.70% |

**County: Taliaferro GA**

| | | | | | |
|---|---|---|---|---|---|
| Total: | 1,559 | | 591 | 876 | 69 | 24 |
| | | | 37.91% | 56.19% | 4.43% | 1.54% |
| Voting Age | 1,289 | | 506 | 722 | 46 | 722 |
| | | | 39.26% | 56.01% | 3.57% | 56.01% |

**County: Walton GA**

## Plan Components with Population Detail

### District: 10

| | | | | | |
|---|---|---|---|---|---|
| Total: | 96,673 | 68,499 | 18,804 | 5,228 | 2,001 |
| | | 70.86% | 19.45% | 5.41% | 2.07% |
| Voting Age | 73,098 | 53,647 | 13,165 | 3,236 | 13,165 |
| | | 73.39% | 18.01% | 4.43% | 18.01% |

#### County: Wilkes GA

| | | | | | |
|---|---|---|---|---|---|
| Total: | 1,802 | 1,080 | 567 | 97 | 25 |
| | | 59.93% | 31.47% | 5.38% | 1.39% |
| Voting Age | 1,491 | 897 | 488 | 54 | 488 |
| | | 60.16% | 32.73% | 3.62% | 32.73% |

### District: 10 Subtotal

| | | | | | |
|---|---|---|---|---|---|
| Total: | 765,135 | 486,487 | 184,137 | 58,645 | 22,625 |
| | | 63.58% | 24.07% | 7.66% | 2.96% |
| Voting Age | 588,874 | 389,823 | 133,097 | 38,336 | 133,097 |
| | | 66.20% | 22.60% | 6.51% | 22.60% |

### District: 11

#### County: Bartow GA

| | | | | | |
|---|---|---|---|---|---|
| Total: | 108,901 | 80,159 | 13,395 | 10,751 | 1,680 |
| | | 73.61% | 12.30% | 9.87% | 1.54% |
| Voting Age | 83,570 | 63,759 | 9,377 | 6,817 | 9,377 |
| | | 76.29% | 11.22% | 8.16% | 11.22% |

#### County: Cherokee GA

| | | | | | |
|---|---|---|---|---|---|
| Total: | 225,739 | 163,019 | 20,198 | 29,617 | 7,289 |
| | | 72.22% | 8.95% | 13.12% | 3.23% |
| Voting Age | 171,726 | 128,979 | 14,026 | 19,292 | 14,026 |
| | | 75.11% | 8.17% | 11.23% | 8.17% |

#### County: Cobb GA

| | | | | | |
|---|---|---|---|---|---|
| Total: | 397,281 | 195,964 | 109,299 | 58,228 | 27,015 |
| | | 49.33% | 27.51% | 14.66% | 6.80% |
| Voting Age | 313,106 | 163,531 | 83,089 | 39,938 | 83,089 |
| | | 52.23% | 26.54% | 12.76% | 26.54% |

#### County: Pickens GA

| | | | | | |
|---|---|---|---|---|---|
| Total: | 33,216 | 30,122 | 512 | 1,198 | 286 |
| | | 90.69% | 1.54% | 3.61% | 0.86% |

## Plan Components with Population Detail

Ga_Congress_Enacted_2021_P

| District: 11 | | | | | |
|---|---|---|---|---|---|
| Voting Age | 26,799 | | 24,626 | 319 | 755 | 319 |
| | | | 91.89% | 1.19% | 2.82% | 1.19% |

| District: 11 Subtotal | | | | | |
|---|---|---|---|---|---|
| Total: | 765,137 | | 469,264 | 143,404 | 99,794 | 36,270 |
| | | | 61.33% | 18.74% | 13.04% | 4.74% |
| Voting Age | 595,201 | | 380,895 | 106,811 | 66,802 | 106,811 |
| | | | 63.99% | 17.95% | 11.22% | 17.95% |

| District: 12 | | | | | |
|---|---|---|---|---|---|
| **County: Bulloch GA** | | | | | | |
| Total: | 81,099 | | 49,712 | 24,375 | 4,180 | 1,793 |
| | | | 61.30% | 30.06% | 5.15% | 2.21% |
| Voting Age | 64,494 | | 41,041 | 18,220 | 3,021 | 18,220 |
| | | | 63.64% | 28.25% | 4.68% | 28.25% |
| **County: Burke GA** | | | | | | |
| Total: | 24,596 | | 11,941 | 11,430 | 777 | 186 |
| | | | 48.55% | 46.47% | 3.16% | 0.76% |
| Voting Age | 18,778 | | 9,566 | 8,362 | 494 | 8,362 |
| | | | 50.94% | 44.53% | 2.63% | 44.53% |
| **County: Candler GA** | | | | | | |
| Total: | 10,981 | | 6,567 | 2,807 | 1,378 | 90 |
| | | | 59.80% | 25.56% | 12.55% | 0.82% |
| Voting Age | 8,241 | | 5,229 | 2,009 | 835 | 2,009 |
| | | | 63.45% | 24.38% | 10.13% | 24.38% |
| **County: Columbia GA** | | | | | | |
| Total: | 156,010 | | 99,111 | 32,516 | 11,858 | 10,279 |
| | | | 63.53% | 20.84% | 7.60% | 6.59% |
| Voting Age | 114,823 | | 76,070 | 22,273 | 7,355 | 22,273 |
| | | | 66.25% | 19.40% | 6.41% | 19.40% |
| **County: Effingham GA** | | | | | | |
| Total: | 17,561 | | 12,955 | 3,383 | 617 | 176 |
| | | | 73.77% | 19.26% | 3.51% | 1.00% |
| Voting Age | 13,023 | | 9,788 | 2,457 | 354 | 2,457 |
| | | | 75.16% | 18.87% | 2.72% | 18.87% |

## Plan Components with Population Detail

Ga_Congress_Enacted_2021_P

**District: 12**

| County: Emanuel GA | | | | | |
|---|---|---|---|---|---|
| Total: | 22,768 | 13,815 | 7,556 | 993 | 170 |
| | | 60.68% | 33.19% | 4.36% | 0.75% |
| Voting Age | 17,320 | 11,013 | 5,404 | 589 | 5,404 |
| | | 63.59% | 31.20% | 3.40% | 31.20% |

| County: Evans GA | | | | | |
|---|---|---|---|---|---|
| Total: | 10,774 | 6,038 | 3,273 | 1,237 | 99 |
| | | 56.04% | 30.38% | 11.48% | 0.92% |
| Voting Age | 8,127 | 4,826 | 2,410 | 731 | 2,410 |
| | | 59.38% | 29.65% | 8.99% | 29.65% |

| County: Glascock GA | | | | | |
|---|---|---|---|---|---|
| Total: | 2,884 | 2,573 | 226 | 52 | 24 |
| | | 89.22% | 7.84% | 1.80% | 0.83% |
| Voting Age | 2,236 | 2,003 | 167 | 31 | 167 |
| | | 89.58% | 7.47% | 1.39% | 7.47% |

| County: Jefferson GA | | | | | |
|---|---|---|---|---|---|
| Total: | 15,709 | 6,834 | 8,208 | 462 | 112 |
| | | 43.50% | 52.25% | 2.94% | 0.71% |
| Voting Age | 12,301 | 5,536 | 6,324 | 280 | 6,324 |
| | | 45.00% | 51.41% | 2.28% | 51.41% |

| County: Jenkins GA | | | | | |
|---|---|---|---|---|---|
| Total: | 8,674 | 4,611 | 3,638 | 303 | 33 |
| | | 53.16% | 41.94% | 3.49% | 0.38% |
| Voting Age | 7,005 | 3,874 | 2,843 | 194 | 2,843 |
| | | 55.30% | 40.59% | 2.77% | 40.59% |

| County: Johnson GA | | | | | |
|---|---|---|---|---|---|
| Total: | 9,189 | 5,800 | 3,124 | 117 | 45 |
| | | 63.12% | 34.00% | 1.27% | 0.49% |
| Voting Age | 7,474 | 4,790 | 2,513 | 82 | 2,513 |
| | | 64.09% | 33.62% | 1.10% | 33.62% |

| County: Laurens GA | | | | | |
|---|---|---|---|---|---|
| Total: | 49,570 | 27,881 | 19,132 | 1,424 | 653 |
| | | 56.25% | 38.60% | 2.87% | 1.32% |

# Plan Components with Population Detail

**District: 12**

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| Voting Age | 37,734 |  | 22,229 | 13,695 | 923 | 13,695 |
|  |  |  | 58.91% | 36.29% | 2.45% | 36.29% |

**County: Lincoln GA**

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| Total: | 7,690 |  | 5,196 | 2,212 | 92 | 50 |
|  |  |  | 67.57% | 28.76% | 1.20% | 0.65% |
| Voting Age | 6,270 |  | 4,316 | 1,728 | 54 | 1,728 |
|  |  |  | 68.84% | 27.56% | 0.86% | 27.56% |

**County: McDuffie GA**

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| Total: | 21,632 |  | 11,417 | 9,045 | 790 | 176 |
|  |  |  | 52.78% | 41.81% | 3.65% | 0.81% |
| Voting Age | 16,615 |  | 9,359 | 6,425 | 536 | 6,425 |
|  |  |  | 56.33% | 38.67% | 3.23% | 38.67% |

**County: Montgomery GA**

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| Total: | 8,610 |  | 5,665 | 2,224 | 571 | 58 |
|  |  |  | 65.80% | 25.83% | 6.63% | 0.67% |
| Voting Age | 6,792 |  | 4,527 | 1,781 | 377 | 1,781 |
|  |  |  | 66.65% | 26.22% | 5.55% | 26.22% |

**County: Richmond GA**

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| Total: | 206,607 |  | 68,397 | 119,970 | 11,449 | 5,627 |
|  |  |  | 33.10% | 58.07% | 5.54% | 2.72% |
| Voting Age | 160,899 |  | 58,403 | 87,930 | 8,445 | 87,930 |
|  |  |  | 36.30% | 54.65% | 5.25% | 54.65% |

**County: Screven GA**

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| Total: | 14,067 |  | 8,018 | 5,527 | 287 | 98 |
|  |  |  | 57.00% | 39.29% | 2.04% | 0.70% |
| Voting Age | 10,893 |  | 6,387 | 4,144 | 188 | 4,144 |
|  |  |  | 58.63% | 38.04% | 1.73% | 38.04% |

**County: Tattnall GA**

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| Total: | 22,842 |  | 13,825 | 6,331 | 2,303 | 198 |
|  |  |  | 60.52% | 27.72% | 10.08% | 0.87% |
| Voting Age | 17,654 |  | 11,020 | 4,886 | 1,419 | 4,886 |
|  |  |  | 62.42% | 27.68% | 8.04% | 27.68% |

**County: Toombs GA**

## Plan Components with Population Detail

**District: 12**

| | | | | | |
|---|---|---|---|---|---|
| Total: | 27,030 | 16,007 | 7,402 | 3,044 | 280 |
| | | 59.22% | 27.38% | 11.26% | 1.04% |
| Voting Age | 20,261 | 12,810 | 5,036 | 1,978 | 5,036 |
| | | 63.22% | 24.86% | 9.76% | 24.86% |

**County: Treutlen GA**

| | | | | | |
|---|---|---|---|---|---|
| Total: | 6,406 | 4,065 | 2,114 | 170 | 27 |
| | | 63.46% | 33.00% | 2.65% | 0.42% |
| Voting Age | 4,934 | 3,272 | 1,514 | 98 | 1,514 |
| | | 66.32% | 30.69% | 1.99% | 30.69% |

**County: Warren GA**

| | | | | | |
|---|---|---|---|---|---|
| Total: | 5,215 | 1,974 | 3,128 | 53 | 27 |
| | | 37.85% | 59.98% | 1.02% | 0.52% |
| Voting Age | 4,159 | 1,716 | 2,360 | 46 | 2,360 |
| | | 41.26% | 56.74% | 1.11% | 56.74% |

**County: Washington GA**

| | | | | | |
|---|---|---|---|---|---|
| Total: | 19,988 | 8,412 | 10,969 | 334 | 107 |
| | | 42.09% | 54.88% | 1.67% | 0.54% |
| Voting Age | 15,709 | 6,944 | 8,333 | 235 | 8,333 |
| | | 44.20% | 53.05% | 1.50% | 53.05% |

**County: Wheeler GA**

| | | | | | |
|---|---|---|---|---|---|
| Total: | 7,471 | 4,157 | 2,949 | 272 | 29 |
| | | 55.64% | 39.47% | 3.64% | 0.39% |
| Voting Age | 6,217 | 3,418 | 2,561 | 174 | 2,561 |
| | | 54.98% | 41.19% | 2.80% | 41.19% |

**County: Wilkes GA**

| | | | | | |
|---|---|---|---|---|---|
| Total: | 7,763 | 3,872 | 3,422 | 302 | 64 |
| | | 49.88% | 44.08% | 3.89% | 0.82% |
| Voting Age | 6,160 | 3,257 | 2,583 | 189 | 2,583 |
| | | 52.87% | 41.93% | 3.07% | 41.93% |

**District: 12 Subtotal**

| | | | | | |
|---|---|---|---|---|---|
| Total: | 765,136 | 398,843 | 294,961 | 43,065 | 20,401 |
| | | 52.13% | 38.55% | 5.63% | 2.67% |
| Voting Age | 588,119 | 321,394 | 215,958 | 28,628 | 215,958 |

# Plan Components with Population Detail

Ga_Congress_Enacted_2021_P

| District: 12 | | | | | | |
|---|---|---|---|---|---|---|
| | | | 54.65% | 36.72% | 4.87% | 36.72% |
| **District: 13** | | | | | | |
| **County: Clayton GA** | | | | | | |
| | Total: | 259,676 | 23,324 | 188,757 | 36,049 | 13,495 |
| | | | 8.98% | 72.69% | 13.88% | 5.20% |
| | Voting Age | 192,693 | 21,052 | 138,553 | 23,193 | 138,553 |
| | | | 10.93% | 71.90% | 12.04% | 71.90% |
| **County: Cobb GA** | | | | | | |
| | Total: | 125,029 | 35,498 | 56,579 | 27,993 | 4,765 |
| | | | 28.39% | 45.25% | 22.39% | 3.81% |
| | Voting Age | 94,104 | 29,952 | 41,953 | 17,986 | 41,953 |
| | | | 31.83% | 44.58% | 19.11% | 44.58% |
| **County: Douglas GA** | | | | | | |
| | Total: | 101,267 | 26,463 | 60,619 | 11,835 | 2,166 |
| | | | 26.13% | 59.86% | 11.69% | 2.14% |
| | Voting Age | 75,827 | 22,474 | 43,695 | 7,538 | 43,695 |
| | | | 29.64% | 57.62% | 9.94% | 57.62% |
| **County: Fayette GA** | | | | | | |
| | Total: | 16,509 | 5,071 | 9,334 | 1,415 | 653 |
| | | | 30.72% | 56.54% | 8.57% | 3.96% |
| | Voting Age | 13,259 | 4,527 | 7,282 | 898 | 7,282 |
| | | | 34.14% | 54.92% | 6.77% | 54.92% |
| **County: Fulton GA** | | | | | | |
| | Total: | 164,371 | 9,267 | 146,286 | 8,173 | 1,593 |
| | | | 5.64% | 89.00% | 4.97% | 0.97% |
| | Voting Age | 123,766 | 8,240 | 109,273 | 5,487 | 109,273 |
| | | | 6.66% | 88.29% | 4.43% | 88.29% |
| **County: Henry GA** | | | | | | |
| | Total: | 98,285 | 25,483 | 58,519 | 8,089 | 6,056 |
| | | | 25.93% | 59.54% | 8.23% | 6.16% |
| | Voting Age | 75,140 | 21,915 | 42,907 | 5,365 | 42,907 |
| | | | 29.17% | 57.10% | 7.14% | 57.10% |
| **District: 13 Subtotal** | | | | | | |

## Plan Components with Population Detail

Ga_Congress_Enacted_2021_P

| District: 13 | | | | | |
|---|---|---|---|---|---|
| Total: | 765,137 | 125,106 | 520,094 | 93,554 | 28,728 |
| | | 16.35% | 67.97% | 12.23% | 3.75% |
| Voting Age | 574,789 | 108,160 | 383,663 | 60,467 | 383,663 |
| | | 18.82% | 66.75% | 10.52% | 66.75% |
| **District: 14** | | | | | |
| **County: Catoosa GA** | | | | | |
| Total: | 67,872 | 59,280 | 2,642 | 2,341 | 1,332 |
| | | 87.34% | 3.89% | 3.45% | 1.96% |
| Voting Age | 52,448 | 46,578 | 1,684 | 1,492 | 1,684 |
| | | 88.81% | 3.21% | 2.84% | 3.21% |
| **County: Chattooga GA** | | | | | |
| Total: | 24,965 | 20,079 | 2,865 | 1,297 | 136 |
| | | 80.43% | 11.48% | 5.20% | 0.54% |
| Voting Age | 19,416 | 15,885 | 2,235 | 733 | 2,235 |
| | | 81.81% | 11.51% | 3.78% | 11.51% |
| **County: Cobb GA** | | | | | |
| Total: | 77,914 | 27,347 | 38,183 | 9,997 | 2,137 |
| | | 35.10% | 49.01% | 12.83% | 2.74% |
| Voting Age | 58,910 | 23,036 | 27,367 | 6,479 | 27,367 |
| | | 39.10% | 46.46% | 11.00% | 46.46% |
| **County: Dade GA** | | | | | |
| Total: | 16,251 | 14,786 | 228 | 364 | 189 |
| | | 90.99% | 1.40% | 2.24% | 1.16% |
| Voting Age | 12,987 | 11,925 | 140 | 243 | 140 |
| | | 91.82% | 1.08% | 1.87% | 1.08% |
| **County: Floyd GA** | | | | | |
| Total: | 98,584 | 67,747 | 15,606 | 11,466 | 1,717 |
| | | 68.72% | 15.83% | 11.63% | 1.74% |
| Voting Age | 76,295 | 55,088 | 11,064 | 7,167 | 11,064 |
| | | 72.20% | 14.50% | 9.39% | 14.50% |
| **County: Gordon GA** | | | | | |
| Total: | 57,544 | 43,317 | 2,919 | 8,957 | 929 |
| | | 75.28% | 5.07% | 15.57% | 1.61% |

# Plan Components with Population Detail

Ga_Congress_Enacted_2021_P

| District: 14 | | | | | |
|---|---|---|---|---|---|
| Voting Age | 43,500 | | 34,084 | 1,939 | 5,592 | 1,939 |
| | | | 78.35% | 4.46% | 12.86% | 4.46% |

| **County: Murray GA** | | | | | |
|---|---|---|---|---|---|
| Total: | 39,973 | | 32,164 | 556 | 5,914 | 220 |
| | | | 80.46% | 1.39% | 14.79% | 0.55% |
| Voting Age | 30,210 | | 25,146 | 321 | 3,696 | 321 |
| | | | 83.24% | 1.06% | 12.23% | 1.06% |

| **County: Paulding GA** | | | | | |
|---|---|---|---|---|---|
| Total: | 168,661 | | 108,444 | 41,296 | 12,564 | 3,205 |
| | | | 64.30% | 24.48% | 7.45% | 1.90% |
| Voting Age | 123,998 | | 83,066 | 28,164 | 7,974 | 28,164 |
| | | | 66.99% | 22.71% | 6.43% | 22.71% |

| **County: Polk GA** | | | | | |
|---|---|---|---|---|---|
| Total: | 42,853 | | 30,161 | 5,816 | 5,585 | 336 |
| | | | 70.38% | 13.57% | 13.03% | 0.78% |
| Voting Age | 32,238 | | 24,049 | 3,991 | 3,252 | 3,991 |
| | | | 74.60% | 12.38% | 10.09% | 12.38% |

| **County: Walker GA** | | | | | |
|---|---|---|---|---|---|
| Total: | 67,654 | | 59,654 | 3,664 | 1,685 | 507 |
| | | | 88.18% | 5.42% | 2.49% | 0.75% |
| Voting Age | 52,794 | | 47,292 | 2,454 | 1,066 | 2,454 |
| | | | 89.58% | 4.65% | 2.02% | 4.65% |

| **County: Whitfield GA** | | | | | |
|---|---|---|---|---|---|
| Total: | 102,864 | | 57,875 | 4,919 | 36,916 | 1,741 |
| | | | 56.26% | 4.78% | 35.89% | 1.69% |
| Voting Age | 76,262 | | 46,881 | 3,349 | 23,553 | 3,349 |
| | | | 61.47% | 4.39% | 30.88% | 4.39% |

| **District: 14 Subtotal** | | | | | |
|---|---|---|---|---|---|
| Total: | 765,135 | | 520,854 | 118,694 | 97,086 | 12,449 |
| | | | 68.07% | 15.51% | 12.69% | 1.63% |
| Voting Age | 579,058 | | 413,030 | 82,708 | 61,247 | 82,708 |
| | | | 71.33% | 14.28% | 10.58% | 14.28% |

**Maptitude**
For Redistricting