## 2020 Census -- Georgia Population by County

| County | Population | AP_Blk | % AP_Blk | Hispanic Origin | % Hispanic | NH_Wht | %NH_Wht |
|---|---|---|---|---|---|---|---|
| Appling | 18,444 | 3,647 | 19.77% | 1,825 | 9.89% | 12,674 | 68.72% |
| Atkinson | 8,286 | 1,284 | 15.50% | 2,048 | 24.72% | 4,801 | 57.94% |
| Bacon | 11,140 | 1,970 | 17.68% | 875 | 7.85% | 8,103 | 72.74% |
| Baker | 2,876 | 1,178 | 40.96% | 143 | 4.97% | 1,514 | 52.64% |
| Baldwin | 43,799 | 18,985 | 43.35% | 1,139 | 2.60% | 22,432 | 51.22% |
| Banks | 18,035 | 589 | 3.27% | 1,164 | 6.45% | 15,578 | 86.38% |
| Barrow | 83,505 | 11,907 | 14.26% | 10,560 | 12.65% | 55,582 | 66.56% |
| Bartow | 108,901 | 13,395 | 12.30% | 10,751 | 9.87% | 80,159 | 73.61% |
| Ben Hill | 17,194 | 6,537 | 38.02% | 1,054 | 6.13% | 9,219 | 53.62% |
| Berrien | 18,160 | 2,198 | 12.10% | 1,045 | 5.75% | 14,396 | 79.27% |
| Bibb | 157,346 | 88,865 | 56.48% | 6,737 | 4.28% | 56,787 | 36.09% |
| Bleckley | 12,583 | 2,951 | 23.45% | 469 | 3.73% | 8,867 | 70.47% |
| Brantley | 18,021 | 733 | 4.07% | 326 | 1.81% | 16,317 | 90.54% |
| Brooks | 16,301 | 5,958 | 36.55% | 955 | 5.86% | 9,066 | 55.62% |
| Bryan | 44,738 | 7,463 | 16.68% | 3,269 | 7.31% | 31,321 | 70.01% |
| Bulloch | 81,099 | 24,375 | 30.06% | 4,180 | 5.15% | 49,712 | 61.30% |
| Burke | 24,596 | 11,430 | 46.47% | 777 | 3.16% | 11,941 | 48.55% |
| Butts | 25,434 | 7,212 | 28.36% | 803 | 3.16% | 16,628 | 65.38% |
| Calhoun | 5,573 | 3,629 | 65.12% | 149 | 2.67% | 1,766 | 31.69% |
| Camden | 54,768 | 11,072 | 20.22% | 3,658 | 6.68% | 37,203 | 67.93% |
| Candler | 10,981 | 2,807 | 25.56% | 1,378 | 12.55% | 6,567 | 59.80% |
| Carroll | 119,148 | 24,618 | 20.66% | 9,586 | 8.05% | 80,725 | 67.75% |
| Catoosa | 67,872 | 2,642 | 3.89% | 2,341 | 3.45% | 59,280 | 87.34% |
| Charlton | 12,518 | 2,798 | 22.35% | 2,036 | 16.26% | 7,532 | 60.17% |
| Chatham | 295,291 | 115,458 | 39.10% | 23,790 | 8.06% | 139,433 | 47.22% |
| Chattahoochee | 9,565 | 1,825 | 19.08% | 1,610 | 16.83% | 5,403 | 56.49% |
| Chattooga | 24,965 | 2,865 | 11.48% | 1,297 | 5.20% | 20,079 | 80.43% |
| Cherokee | 266,620 | 21,687 | 8.13% | 32,111 | 12.04% | 197,867 | 74.21% |
| Clarke | 128,671 | 33,672 | 26.17% | 14,336 | 11.14% | 72,201 | 56.11% |
| Clay | 2,848 | 1,634 | 57.37% | 41 | 1.44% | 1,143 | 40.13% |
| Clayton | 297,595 | 216,351 | 72.70% | 42,546 | 14.30% | 25,902 | 8.70% |
| Clinch | 6,749 | 2,096 | 31.06% | 253 | 3.75% | 4,256 | 63.06% |
| Cobb | 766,149 | 223,116 | 29.12% | 111,240 | 14.52% | 369,182 | 48.19% |
| Coffee | 43,092 | 12,575 | 29.18% | 5,430 | 12.60% | 24,158 | 56.06% |
| Colquitt | 45,898 | 10,648 | 23.20% | 8,709 | 18.97% | 25,588 | 55.75% |
| Columbia | 156,010 | 32,516 | 20.84% | 11,858 | 7.60% | 99,111 | 63.53% |
| Cook | 17,229 | 5,014 | 29.10% | 1,134 | 6.58% | 10,658 | 61.86% |
| Coweta | 146,158 | 28,289 | 19.36% | 11,053 | 7.56% | 99,421 | 68.02% |
| Crawford | 12,130 | 2,455 | 20.24% | 415 | 3.42% | 8,866 | 73.09% |
| Crisp | 20,128 | 9,194 | 45.68% | 634 | 3.15% | 9,892 | 49.15% |
| Dade | 16,251 | 228 | 1.40% | 364 | 2.24% | 14,786 | 90.99% |
| Dawson | 26,798 | 392 | 1.46% | 1,605 | 5.99% | 23,544 | 87.86% |

## 2020 Census -- Georgia Population by County

| County | Population | AP_Blk | % AP_Blk | Hispanic Origin | % Hispanic | NH_Wht | %NH_Wht |
|---|---|---|---|---|---|---|---|
| DeKalb | 764,382 | 407,451 | 53.30% | 81,471 | 10.66% | 215,895 | 28.24% |
| Decatur | 29,367 | 12,583 | 42.85% | 1,911 | 6.51% | 14,280 | 48.63% |
| Dodge | 19,925 | 6,148 | 30.86% | 620 | 3.11% | 12,865 | 64.57% |
| Dooly | 11,208 | 5,652 | 50.43% | 797 | 7.11% | 4,611 | 41.14% |
| Dougherty | 85,790 | 61,457 | 71.64% | 2,413 | 2.81% | 20,631 | 24.05% |
| Douglas | 144,237 | 74,260 | 51.48% | 16,035 | 11.12% | 49,877 | 34.58% |
| Early | 10,854 | 5,688 | 52.40% | 186 | 1.71% | 4,813 | 44.34% |
| Echols | 3,697 | 193 | 5.22% | 1,091 | 29.51% | 2,328 | 62.97% |
| Effingham | 64,769 | 10,035 | 15.49% | 3,492 | 5.39% | 48,204 | 74.42% |
| Elbert | 19,637 | 5,520 | 28.11% | 996 | 5.07% | 12,610 | 64.22% |
| Emanuel | 22,768 | 7,556 | 33.19% | 993 | 4.36% | 13,815 | 60.68% |
| Evans | 10,774 | 3,273 | 30.38% | 1,237 | 11.48% | 6,038 | 56.04% |
| Fannin | 25,319 | 199 | 0.79% | 753 | 2.97% | 23,351 | 92.23% |
| Fayette | 119,194 | 32,076 | 26.91% | 9,480 | 7.95% | 68,144 | 57.17% |
| Floyd | 98,584 | 15,606 | 15.83% | 11,466 | 11.63% | 67,747 | 68.72% |
| Forsyth | 251,283 | 13,222 | 5.26% | 25,226 | 10.04% | 159,407 | 63.44% |
| Franklin | 23,424 | 2,207 | 9.42% | 1,121 | 4.79% | 19,262 | 82.23% |
| Fulton | 1,066,710 | 477,624 | 44.78% | 86,302 | 8.09% | 404,793 | 37.95% |
| Gilmer | 31,353 | 296 | 0.94% | 3,599 | 11.48% | 26,365 | 84.09% |
| Glascock | 2,884 | 226 | 7.84% | 52 | 1.80% | 2,573 | 89.22% |
| Glynn | 84,499 | 22,098 | 26.15% | 6,336 | 7.50% | 52,987 | 62.71% |
| Gordon | 57,544 | 2,919 | 5.07% | 8,957 | 15.57% | 43,317 | 75.28% |
| Grady | 26,236 | 7,693 | 29.32% | 3,273 | 12.48% | 14,715 | 56.09% |
| Greene | 18,915 | 6,027 | 31.86% | 1,289 | 6.81% | 11,126 | 58.82% |
| Gwinnett | 957,062 | 287,687 | 30.06% | 220,460 | 23.04% | 310,583 | 32.45% |
| Habersham | 46,031 | 2,165 | 4.70% | 6,880 | 14.95% | 34,694 | 75.37% |
| Hall | 203,136 | 17,006 | 8.37% | 57,010 | 28.06% | 120,418 | 59.28% |
| Hancock | 8,735 | 6,131 | 70.19% | 63 | 0.72% | 2,413 | 27.62% |
| Haralson | 29,919 | 1,541 | 5.15% | 497 | 1.66% | 26,825 | 89.66% |
| Harris | 34,668 | 5,742 | 16.56% | 1,417 | 4.09% | 25,925 | 74.78% |
| Hart | 25,828 | 4,732 | 18.32% | 931 | 3.60% | 19,250 | 74.53% |
| Heard | 11,412 | 1,142 | 10.01% | 253 | 2.22% | 9,589 | 84.03% |
| Henry | 240,712 | 125,211 | 52.02% | 18,437 | 7.66% | 86,297 | 35.85% |
| Houston | 163,633 | 56,520 | 34.54% | 11,807 | 7.22% | 86,211 | 52.69% |
| Irwin | 9,666 | 2,333 | 24.14% | 663 | 6.86% | 6,402 | 66.23% |
| Jackson | 75,907 | 6,148 | 8.10% | 6,712 | 8.84% | 59,064 | 77.81% |
| Jasper | 14,588 | 2,676 | 18.34% | 684 | 4.69% | 10,771 | 73.83% |
| Jeff Davis | 14,779 | 2,493 | 16.87% | 2,047 | 13.85% | 9,950 | 67.33% |
| Jefferson | 15,709 | 8,208 | 52.25% | 462 | 2.94% | 6,834 | 43.50% |
| Jenkins | 8,674 | 3,638 | 41.94% | 303 | 3.49% | 4,611 | 53.16% |
| Johnson | 9,189 | 3,124 | 34.00% | 117 | 1.27% | 5,800 | 63.12% |
| Jones | 28,347 | 7,114 | 25.10% | 476 | 1.68% | 20,074 | 70.82% |

## 2020 Census -- Georgia Population by County

| County | Population | AP_Blk | % AP_Blk | Hispanic Origin | % Hispanic | NH_Wht | %NH_Wht |
|---|---|---|---|---|---|---|---|
| Lamar | 18,500 | 5,220 | 28.22% | 475 | 2.57% | 12,344 | 66.72% |
| Lanier | 9,877 | 2,369 | 23.99% | 572 | 5.79% | 6,595 | 66.77% |
| Laurens | 49,570 | 19,132 | 38.60% | 1,424 | 2.87% | 27,881 | 56.25% |
| Lee | 33,163 | 7,755 | 23.38% | 953 | 2.87% | 22,758 | 68.62% |
| Liberty | 65,256 | 31,146 | 47.73% | 7,786 | 11.93% | 24,004 | 36.78% |
| Lincoln | 7,690 | 2,212 | 28.76% | 92 | 1.20% | 5,196 | 67.57% |
| Long | 16,168 | 4,734 | 29.28% | 1,979 | 12.24% | 8,774 | 54.27% |
| Lowndes | 118,251 | 46,758 | 39.54% | 7,872 | 6.66% | 59,306 | 50.15% |
| Lumpkin | 33,488 | 685 | 2.05% | 1,790 | 5.35% | 29,241 | 87.32% |
| Macon | 12,082 | 7,296 | 60.39% | 472 | 3.91% | 4,078 | 33.75% |
| Madison | 30,120 | 3,196 | 10.61% | 1,956 | 6.49% | 23,549 | 78.18% |
| Marion | 7,498 | 2,223 | 29.65% | 560 | 7.47% | 4,486 | 59.83% |
| McDuffie | 21,632 | 9,045 | 41.81% | 790 | 3.65% | 11,417 | 52.78% |
| McIntosh | 10,975 | 3,400 | 30.98% | 231 | 2.10% | 7,060 | 64.33% |
| Meriwether | 20,613 | 7,547 | 36.61% | 475 | 2.30% | 12,084 | 58.62% |
| Miller | 6,000 | 1,831 | 30.52% | 136 | 2.27% | 3,949 | 65.82% |
| Mitchell | 21,755 | 10,394 | 47.78% | 964 | 4.43% | 10,106 | 46.45% |
| Monroe | 27,957 | 6,444 | 23.05% | 714 | 2.55% | 19,954 | 71.37% |
| Montgomery | 8,610 | 2,224 | 25.83% | 571 | 6.63% | 5,665 | 65.80% |
| Morgan | 20,097 | 4,339 | 21.59% | 712 | 3.54% | 14,487 | 72.09% |
| Murray | 39,973 | 556 | 1.39% | 5,914 | 14.80% | 32,164 | 80.46% |
| Muscogee | 206,922 | 102,212 | 49.40% | 16,513 | 7.98% | 79,083 | 38.22% |
| Newton | 112,483 | 55,901 | 49.70% | 7,164 | 6.37% | 46,746 | 41.56% |
| Oconee | 41,799 | 2,280 | 5.45% | 2,347 | 5.62% | 33,886 | 81.07% |
| Oglethorpe | 14,825 | 2,468 | 16.65% | 869 | 5.86% | 10,903 | 73.54% |
| Paulding | 168,661 | 41,296 | 24.48% | 12,564 | 7.45% | 108,444 | 64.30% |
| Peach | 27,981 | 12,645 | 45.19% | 2,547 | 9.10% | 12,119 | 43.31% |
| Pickens | 33,216 | 512 | 1.54% | 1,198 | 3.61% | 30,122 | 90.69% |
| Pierce | 19,716 | 1,801 | 9.13% | 998 | 5.06% | 16,403 | 83.20% |
| Pike | 18,889 | 1,613 | 8.54% | 348 | 1.84% | 16,313 | 86.36% |
| Polk | 42,853 | 5,816 | 13.57% | 5,585 | 13.03% | 30,161 | 70.38% |
| Pulaski | 9,855 | 3,250 | 32.98% | 327 | 3.32% | 6,022 | 61.11% |
| Putnam | 22,047 | 5,701 | 25.86% | 1,557 | 7.06% | 14,316 | 64.93% |
| Quitman | 2,235 | 965 | 43.18% | 31 | 1.39% | 1,190 | 53.24% |
| Rabun | 16,883 | 210 | 1.24% | 1,452 | 8.60% | 14,625 | 86.63% |
| Randolph | 6,425 | 3,947 | 61.43% | 143 | 2.23% | 2,250 | 35.02% |
| Richmond | 206,607 | 119,970 | 58.07% | 11,449 | 5.54% | 68,397 | 33.10% |
| Rockdale | 93,570 | 57,204 | 61.14% | 9,540 | 10.20% | 24,500 | 26.18% |
| Schley | 4,547 | 933 | 20.52% | 175 | 3.85% | 3,357 | 73.83% |
| Screven | 14,067 | 5,527 | 39.29% | 287 | 2.04% | 8,018 | 57.00% |
| Seminole | 9,147 | 3,093 | 33.81% | 228 | 2.49% | 5,617 | 61.41% |
| Spalding | 67,306 | 24,522 | 36.43% | 3,666 | 5.45% | 37,105 | 55.13% |

## 2020 Census -- Georgia Population by County

| County | Population | AP_Blk | % AP_Blk | Hispanic Origin | % Hispanic | NH_Wht | %NH_Wht |
|---|---|---|---|---|---|---|---|
| Stephens | 26,784 | 3,527 | 13.17% | 857 | 3.20% | 21,323 | 79.61% |
| Stewart | 5,314 | 2,538 | 47.76% | 1,217 | 22.90% | 1,338 | 25.18% |
| Sumter | 29,616 | 15,546 | 52.49% | 1,770 | 5.98% | 11,528 | 38.92% |
| Talbot | 5,733 | 3,145 | 54.86% | 112 | 1.95% | 2,427 | 42.33% |
| Taliaferro | 1,559 | 876 | 56.19% | 69 | 4.43% | 591 | 37.91% |
| Tattnall | 22,842 | 6,331 | 27.72% | 2,303 | 10.08% | 13,825 | 60.52% |
| Taylor | 7,816 | 2,946 | 37.69% | 168 | 2.15% | 4,584 | 58.65% |
| Telfair | 12,477 | 4,754 | 38.10% | 1,928 | 15.45% | 5,970 | 47.85% |
| Terrell | 9,185 | 5,707 | 62.13% | 177 | 1.93% | 3,189 | 34.72% |
| Thomas | 45,798 | 16,975 | 37.06% | 1,577 | 3.44% | 25,994 | 56.76% |
| Tift | 41,344 | 12,734 | 30.80% | 5,219 | 12.62% | 22,189 | 53.67% |
| Toombs | 27,030 | 7,402 | 27.38% | 3,044 | 11.26% | 16,007 | 59.22% |
| Towns | 12,493 | 168 | 1.34% | 415 | 3.32% | 11,469 | 91.80% |
| Treutlen | 6,406 | 2,114 | 33.00% | 170 | 2.65% | 4,065 | 63.46% |
| Troup | 69,426 | 25,473 | 36.69% | 2,956 | 4.26% | 38,099 | 54.88% |
| Turner | 9,006 | 3,813 | 42.34% | 372 | 4.13% | 4,700 | 52.19% |
| Twiggs | 8,022 | 3,226 | 40.21% | 124 | 1.55% | 4,487 | 55.93% |
| Union | 24,632 | 228 | 0.93% | 816 | 3.31% | 22,646 | 91.94% |
| Upson | 27,700 | 8,324 | 30.05% | 633 | 2.29% | 18,009 | 65.01% |
| Walker | 67,654 | 3,664 | 5.42% | 1,685 | 2.49% | 59,654 | 88.18% |
| Walton | 96,673 | 18,804 | 19.45% | 5,228 | 5.41% | 68,499 | 70.86% |
| Ware | 36,251 | 11,421 | 31.51% | 1,612 | 4.45% | 22,275 | 61.45% |
| Warren | 5,215 | 3,128 | 59.98% | 53 | 1.02% | 1,974 | 37.85% |
| Washington | 19,988 | 10,969 | 54.88% | 334 | 1.67% | 8,412 | 42.09% |
| Wayne | 30,144 | 6,390 | 21.20% | 1,732 | 5.75% | 21,301 | 70.66% |
| Webster | 2,348 | 1,107 | 47.15% | 59 | 2.51% | 1,136 | 48.38% |
| Wheeler | 7,471 | 2,949 | 39.47% | 272 | 3.64% | 4,157 | 55.64% |
| White | 28,003 | 721 | 2.57% | 913 | 3.26% | 24,959 | 89.13% |
| Whitfield | 102,864 | 4,919 | 4.78% | 36,916 | 35.89% | 57,875 | 56.26% |
| Wilcox | 8,766 | 3,161 | 36.06% | 272 | 3.10% | 5,185 | 59.15% |
| Wilkes | 9,565 | 3,989 | 41.70% | 399 | 4.17% | 4,952 | 51.77% |
| Wilkinson | 8,877 | 3,330 | 37.51% | 239 | 2.69% | 5,110 | 57.56% |
| Worth | 20,784 | 5,517 | 26.54% | 381 | 1.83% | 14,427 | 69.41% |