User:
Plan Name: **ga_congress_2021_plan_sec_2_Area**
Plan Type: **Senate**

# Core Constituencies

Monday, December 11, 2023                                                                                                                                                           7:21 PM

From Plan:   **Ga_Congress_Enacted_2021_Plan**

**Plan: ga_congress_2021_plan_sec_2_Area, District 11 --**                                                                                       **765,137 Total Population**

|  | Population | NH_Wht | AP_Blk | [Hispanic Origin] | [18+_Pop] | [NH18+_Wht] | [18+_AP_Blk] | [H18+_Pop] |
|---|---|---|---|---|---|---|---|---|
| Dist. 11 | 765,137 (100.00%) | 469,264 (100.00%) | 143,404 (100.00%) | 99,794 (100.00%) | 595,201 (100.00%) | 380,895 (100.00%) | 106,811 (100.00%) | 66,802 (100.00%) |
| Total and % Population |  | 469,264 (61.33%) | 143,404 (18.74%) | 99,794 (13.04%) | 595,201 (77.79%) | 380,895 (49.78%) | 106,811 (13.96%) | 66,802 (8.73%) |

**Plan: ga_congress_2021_plan_sec_2_Area, District 13 --**                                                                                       **765,137 Total Population**

|  | Population | NH_Wht | AP_Blk | [Hispanic Origin] | [18+_Pop] | [NH18+_Wht] | [18+_AP_Blk] | [H18+_Pop] |
|---|---|---|---|---|---|---|---|---|
| Dist. 13 | 765,137 (100.00%) | 125,106 (100.00%) | 520,094 (100.00%) | 93,554 (100.00%) | 574,789 (100.00%) | 108,160 (100.00%) | 383,663 (100.00%) | 60,467 (100.00%) |
| Total and % Population |  | 125,106 (16.35%) | 520,094 (67.97%) | 93,554 (12.23%) | 574,789 (75.12%) | 108,160 (14.14%) | 383,663 (50.14%) | 60,467 (7.90%) |

**Plan: ga_congress_2021_plan_sec_2_Area, District 14 --**                                                                                       **765,135 Total Population**

|  | Population | NH_Wht | AP_Blk | [Hispanic Origin] | [18+_Pop] | [NH18+_Wht] | [18+_AP_Blk] | [H18+_Pop] |
|---|---|---|---|---|---|---|---|---|
| Dist. 14 | 765,135 (100.00%) | 520,854 (100.00%) | 118,694 (100.00%) | 97,086 (100.00%) | 579,058 (100.00%) | 413,030 (100.00%) | 82,708 (100.00%) | 61,247 (100.00%) |
| Total and % Population |  | 520,854 (68.07%) | 118,694 (15.51%) | 97,086 (12.69%) | 579,058 (75.68%) | 413,030 (53.98%) | 82,708 (10.81%) | 61,247 (8.00%) |

**Plan: ga_congress_2021_plan_sec_2_Area, District 3 --**                                                                                        **765,136 Total Population**

## Core Constituencies

ga_congress_2021_plan_sec_2

From Plan: **Ga_Congress_Enacted_2021_Plan**

|  | Population | NH_Wht | AP_Blk | [Hispanic Origin] | [18+_Pop] | [NH18+_Wht] | [18+_AP_Blk] | [H18+_Pop] |
|---|---|---|---|---|---|---|---|---|
| Dist. 3 | 765,136 (100.00%) | 492,494 (100.00%) | 188,947 (100.00%) | 48,285 (100.00%) | 586,319 (100.00%) | 391,849 (100.00%) | 136,708 (100.00%) | 31,274 (100.00%) |
| Total and % Population |  | 492,494 (64.37%) | 188,947 (24.69%) | 48,285 (6.31%) | 586,319 (76.63%) | 391,849 (51.21%) | 136,708 (17.87%) | 31,274 (4.09%) |

**Plan: ga_congress_2021_plan_sec_2_Area, District Unassigned --**     **6,886,227 Total Population**

|  | Population | NH_Wht | AP_Blk | [Hispanic Origin] | [18+_Pop] | [NH18+_Wht] | [18+_AP_Blk] | [H18+_Pop] |
|---|---|---|---|---|---|---|---|---|
| Dist. 1 | 765,137 (11.11%) | 440,636 (13.49%) | 230,783 (9.28%) | 59,328 (8.40%) | 589,266 (11.10%) | 355,947 (13.35%) | 166,025 (9.02%) | 39,938 (8.48%) |
| Dist. 10 | 765,135 (11.11%) | 486,487 (14.89%) | 184,137 (7.40%) | 58,645 (8.30%) | 588,874 (11.09%) | 389,823 (14.63%) | 133,097 (7.23%) | 38,336 (8.14%) |
| Dist. 12 | 765,136 (11.11%) | 398,843 (12.21%) | 294,961 (11.85%) | 43,065 (6.10%) | 588,119 (11.08%) | 321,394 (12.06%) | 215,958 (11.73%) | 28,628 (6.08%) |
| Dist. 2 | 765,137 (11.11%) | 305,611 (9.35%) | 393,195 (15.80%) | 45,499 (6.44%) | 587,555 (11.06%) | 251,047 (9.42%) | 289,612 (15.73%) | 30,074 (6.39%) |
| Dist. 4 | 765,135 (11.11%) | 197,536 (6.05%) | 423,763 (17.03%) | 88,947 (12.59%) | 589,470 (11.10%) | 166,544 (6.25%) | 321,379 (17.46%) | 59,670 (12.67%) |
| Dist. 5 | 765,137 (11.11%) | 273,819 (8.38%) | 392,822 (15.79%) | 56,496 (8.00%) | 621,515 (11.70%) | 235,652 (8.84%) | 308,271 (16.74%) | 41,432 (8.80%) |
| Dist. 7 | 765,137 (11.11%) | 225,905 (6.91%) | 239,717 (9.63%) | 181,851 (25.74%) | 566,934 (10.68%) | 185,838 (6.97%) | 169,071 (9.18%) | 120,604 (25.62%) |
| Dist. 8 | 765,136 (11.11%) | 443,123 (13.56%) | 241,628 (9.71%) | 54,850 (7.76%) | 585,857 (11.03%) | 354,572 (13.30%) | 175,967 (9.56%) | 35,732 (7.59%) |
| Dist. 9 | 765,137 (11.11%) | 495,078 (15.15%) | 87,130 (3.50%) | 117,758 (16.67%) | 592,520 (11.16%) | 404,611 (15.18%) | 61,747 (3.35%) | 76,361 (16.22%) |
| Total and % Population |  | 3,267,038 (47.44%) | 2,488,136 (36.13%) | 706,439 (10.26%) | 5,310,110 (77.11%) | 2,665,428 (38.71%) | 1,841,127 (26.74%) | 470,775 (6.84%) |