| | |
|---|---|
| User: | |
| Plan Name: | **Cooper_Illustrative_Plan** |
| Plan Type: | **Congress** |

# Core Constituencies

Monday, December 11, 2023                                                                                                                           7:29 PM

From Plan:   **Ga_Congress_Enacted_2023_Plan**

### Plan: Cooper_Illustrative_Plan, District 001 --                                                                              765,137 Total Population

| | Population | NH_Wht | AP_Blk | [Hispanic Origin] | [18+_Pop] | [NH18+_Wht] | [18+_AP_Blk] | [H18+_Pop] |
|---|---|---|---|---|---|---|---|---|
| Dist. 1 | 765,137 (100.00%) | 440,636 (100.00%) | 230,783 (100.00%) | 59,328 (100.00%) | 589,266 (100.00%) | 355,947 (100.00%) | 166,025 (100.00%) | 39,938 (100.00%) |
| Total and % Population | | 440,636 (57.59%) | 230,783 (30.16%) | 59,328 (7.75%) | 589,266 (77.01%) | 355,947 (46.52%) | 166,025 (21.70%) | 39,938 (5.22%) |

### Plan: Cooper_Illustrative_Plan, District 002 --                                                                              765,137 Total Population

| | Population | NH_Wht | AP_Blk | [Hispanic Origin] | [18+_Pop] | [NH18+_Wht] | [18+_AP_Blk] | [H18+_Pop] |
|---|---|---|---|---|---|---|---|---|
| Dist. 2 | 765,137 (100.00%) | 305,611 (100.00%) | 393,195 (100.00%) | 45,499 (100.00%) | 587,555 (100.00%) | 251,047 (100.00%) | 289,612 (100.00%) | 30,074 (100.00%) |
| Total and % Population | | 305,611 (39.94%) | 393,195 (51.39%) | 45,499 (5.95%) | 587,555 (76.79%) | 251,047 (32.81%) | 289,612 (37.85%) | 30,074 (3.93%) |

### Plan: Cooper_Illustrative_Plan, District 003 --                                                                              765,135 Total Population

| | Population | NH_Wht | AP_Blk | [Hispanic Origin] | [18+_Pop] | [NH18+_Wht] | [18+_AP_Blk] | [H18+_Pop] |
|---|---|---|---|---|---|---|---|---|
| Dist. 11 | 23 (0.00%) | 15 (0.00%) | 1 (0.00%) | 2 (0.00%) | 14 (0.00%) | 11 (0.00%) | (0.00%) | (0.00%) |
| Dist. 14 | 236,912 (30.96%) | 158,218 (30.56%) | 49,895 (30.04%) | 19,518 (39.09%) | 174,912 (30.16%) | 121,932 (30.04%) | 34,044 (28.68%) | 12,098 (37.98%) |
| Dist. 3 | 528,200 (69.03%) | 359,426 (69.43%) | 116,200 (69.96%) | 30,415 (60.91%) | 405,092 (69.84%) | 283,983 (69.96%) | 84,665 (71.32%) | 19,754 (62.02%) |
| Total and % Population | | 517,659 (67.66%) | 166,096 (21.71%) | 49,935 (6.53%) | 580,018 (75.81%) | 405,926 (53.05%) | 118,709 (15.51%) | 31,852 (4.16%) |

### Plan: Cooper_Illustrative_Plan, District 004 --                                                                              765,136 Total Population

| | Population | NH_Wht | AP_Blk | [Hispanic Origin] | [18+_Pop] | [NH18+_Wht] | [18+_AP_Blk] | [H18+_Pop] |
|---|---|---|---|---|---|---|---|---|

# Core Constituencies

Cooper_Illustrative_Plan

From Plan: **Ga_Congress_Enacted_2023_Plan**

### Plan: Cooper_Illustrative_Plan, District 004 --      765,136 Total Population

|  | Population | NH_Wht | AP_Blk | [Hispanic Origin] | [18+_Pop] | [NH18+_Wht] | [18+_AP_Blk] | [H18+_Pop] |
|---|---|---|---|---|---|---|---|---|
| Dist. 10 | 28,651 (3.74%) | 20,827 (9.82%) | 5,893 (1.44%) | 1,075 (1.22%) | 22,295 (3.77%) | 16,594 (9.33%) | 4,363 (1.40%) | 679 (1.15%) |
| Dist. 13 | 148,651 (19.43%) | 37,625 (17.75%) | 94,798 (23.12%) | 12,861 (14.66%) | 113,264 (19.18%) | 32,221 (18.12%) | 69,915 (22.43%) | 8,281 (14.05%) |
| Dist. 4 | 474,627 (62.03%) | 92,588 (43.67%) | 288,034 (70.25%) | 56,238 (64.08%) | 363,746 (61.59%) | 77,551 (43.61%) | 219,997 (70.59%) | 38,116 (64.66%) |
| Dist. 5 | 113,207 (14.80%) | 60,964 (28.76%) | 21,294 (5.19%) | 17,582 (20.04%) | 91,335 (15.46%) | 51,466 (28.94%) | 17,395 (5.58%) | 11,871 (20.14%) |
| Total and % Population |  | 212,004 (27.71%) | 410,019 (53.59%) | 87,756 (11.47%) | 590,640 (77.19%) | 177,832 (23.24%) | 311,670 (40.73%) | 58,947 (7.70%) |

### Plan: Cooper_Illustrative_Plan, District 005 --      765,137 Total Population

|  | Population | NH_Wht | AP_Blk | [Hispanic Origin] | [18+_Pop] | [NH18+_Wht] | [18+_AP_Blk] | [H18+_Pop] |
|---|---|---|---|---|---|---|---|---|
| Dist. 13 | 5,066 (0.66%) | 105 (0.04%) | 4,832 (1.23%) | 117 (0.21%) | 3,790 (0.61%) | 104 (0.04%) | 3,593 (1.17%) | 76 (0.18%) |
| Dist. 4 | 39,538 (5.17%) | 1,606 (0.59%) | 36,769 (9.36%) | 1,039 (1.84%) | 30,617 (4.93%) | 1,457 (0.62%) | 28,287 (9.18%) | 748 (1.81%) |
| Dist. 5 | 516,759 (67.54%) | 167,721 (61.25%) | 284,211 (72.35%) | 37,285 (66.00%) | 422,923 (68.05%) | 147,204 (62.47%) | 224,010 (72.67%) | 27,650 (66.74%) |
| Dist. 6 | 193,940 (25.35%) | 96,858 (35.37%) | 66,187 (16.85%) | 17,522 (31.01%) | 156,558 (25.19%) | 81,037 (34.39%) | 51,717 (16.78%) | 12,583 (30.37%) |
| Dist. 7 | 9,834 (1.29%) | 7,529 (2.75%) | 823 (0.21%) | 533 (0.94%) | 7,627 (1.23%) | 5,850 (2.48%) | 664 (0.22%) | 375 (0.91%) |
| Total and % Population |  | 273,819 (35.79%) | 392,822 (51.34%) | 56,496 (7.38%) | 621,515 (81.23%) | 235,652 (30.80%) | 308,271 (40.29%) | 41,432 (5.41%) |

### Plan: Cooper_Illustrative_Plan, District 006 --      765,137 Total Population

|  | Population | NH_Wht | AP_Blk | [Hispanic Origin] | [18+_Pop] | [NH18+_Wht] | [18+_AP_Blk] | [H18+_Pop] |
|---|---|---|---|---|---|---|---|---|
| Dist. 11 | 128,845 (16.84%) | 54,509 (24.12%) | 38,357 (9.66%) | 25,141 (23.19%) | 101,667 (17.31%) | 46,695 (24.27%) | 29,227 (9.91%) | 17,139 (23.87%) |
| Dist. 14 | 32,586 (4.26%) | 19,978 (8.84%) | 8,198 (2.07%) | 2,584 (2.38%) | 24,532 (4.18%) | 15,817 (8.22%) | 5,751 (1.95%) | 1,656 (2.31%) |
| Dist. 3 | 47,113 (6.16%) | 25,523 (11.29%) | 14,639 (3.69%) | 5,091 (4.70%) | 35,601 (6.06%) | 20,642 (10.73%) | 10,334 (3.50%) | 3,217 (4.48%) |
| Dist. 5 | 1,906 (0.25%) | 46 (0.02%) | 1,699 (0.43%) | 134 (0.12%) | 1,574 (0.27%) | 41 (0.02%) | 1,423 (0.48%) | 79 (0.11%) |
| Dist. 6 | 554,687 (72.50%) | 125,929 (55.72%) | 333,998 (84.15%) | 75,451 (69.60%) | 423,873 (72.18%) | 109,175 (56.75%) | 248,241 (84.16%) | 49,707 (69.23%) |
| Total and % Population |  | 225,985 (29.54%) | 396,891 (51.87%) | 108,401 (14.17%) | 587,247 (76.75%) | 192,370 (25.14%) | 294,976 (38.55%) | 71,798 (9.38%) |

### Plan: Cooper_Illustrative_Plan, District 007 --      765,137 Total Population

# Core Constituencies

Cooper_Illustrative_Plan

From Plan: **Ga_Congress_Enacted_2023_Plan**

|  | Population | NH_Wht | AP_Blk | [Hispanic Origin] | [18+_Pop] | [NH18+_Wht] | [18+_AP_Blk] | [H18+_Pop] |
|---|---|---|---|---|---|---|---|---|
| Dist. 10 | 26,657 (3.48%) | 12,124 (5.37%) | 8,949 (3.73%) | 4,213 (2.32%) | 19,156 (3.38%) | 9,321 (5.02%) | 6,073 (3.59%) | 2,750 (2.28%) |
| Dist. 13 | 358,073 (46.80%) | 103,825 (45.96%) | 137,803 (57.49%) | 72,077 (39.64%) | 264,028 (46.57%) | 86,441 (46.51%) | 95,904 (56.72%) | 47,220 (39.15%) |
| Dist. 4 | 250,972 (32.80%) | 56,609 (25.06%) | 63,116 (26.33%) | 89,990 (49.49%) | 188,583 (33.26%) | 47,790 (25.72%) | 46,603 (27.56%) | 60,257 (49.96%) |
| Dist. 7 | 92,558 (12.10%) | 45,964 (20.35%) | 11,462 (4.78%) | 6,614 (3.64%) | 69,229 (12.21%) | 36,341 (19.56%) | 8,135 (4.81%) | 4,468 (3.70%) |
| Dist. 9 | 36,877 (4.82%) | 7,383 (3.27%) | 18,387 (7.67%) | 8,957 (4.93%) | 25,938 (4.58%) | 5,945 (3.20%) | 12,356 (7.31%) | 5,909 (4.90%) |
| Total and % Population |  | 225,905 (29.52%) | 239,717 (31.33%) | 181,851 (23.77%) | 566,934 (74.10%) | 185,838 (24.29%) | 169,071 (22.10%) | 120,604 (15.76%) |

## Plan: Cooper_Illustrative_Plan, District 008 --

765,136 Total Population

|  | Population | NH_Wht | AP_Blk | [Hispanic Origin] | [18+_Pop] | [NH18+_Wht] | [18+_AP_Blk] | [H18+_Pop] |
|---|---|---|---|---|---|---|---|---|
| Dist. 8 | 765,136 (100.00%) | 443,123 (100.00%) | 241,628 (100.00%) | 54,850 (100.00%) | 585,857 (100.00%) | 354,572 (100.00%) | 175,967 (100.00%) | 35,732 (100.00%) |
| Total and % Population |  | 443,123 (57.91%) | 241,628 (31.58%) | 54,850 (7.17%) | 585,857 (76.57%) | 354,572 (46.34%) | 175,967 (23.00%) | 35,732 (4.67%) |

## Plan: Cooper_Illustrative_Plan, District 009 --

765,136 Total Population

|  | Population | NH_Wht | AP_Blk | [Hispanic Origin] | [18+_Pop] | [NH18+_Wht] | [18+_AP_Blk] | [H18+_Pop] |
|---|---|---|---|---|---|---|---|---|
| Dist. 7 | 303,826 (39.71%) | 196,164 (45.69%) | 16,528 (17.57%) | 34,812 (27.11%) | 222,345 (39.41%) | 152,292 (45.36%) | 11,073 (16.83%) | 22,499 (26.96%) |
| Dist. 9 | 461,310 (60.29%) | 233,176 (54.31%) | 77,531 (82.43%) | 93,581 (72.89%) | 341,899 (60.59%) | 183,428 (54.64%) | 54,717 (83.17%) | 60,954 (73.04%) |
| Total and % Population |  | 429,340 (56.11%) | 94,059 (12.29%) | 128,393 (16.78%) | 564,244 (73.74%) | 335,720 (43.88%) | 65,790 (8.60%) | 83,453 (10.91%) |

## Plan: Cooper_Illustrative_Plan, District 010 --

765,137 Total Population

|  | Population | NH_Wht | AP_Blk | [Hispanic Origin] | [18+_Pop] | [NH18+_Wht] | [18+_AP_Blk] | [H18+_Pop] |
|---|---|---|---|---|---|---|---|---|
| Dist. 10 | 537,637 (70.27%) | 359,755 (65.61%) | 108,427 (91.73%) | 42,131 (68.79%) | 420,377 (69.82%) | 292,311 (65.38%) | 79,290 (92.01%) | 27,663 (69.37%) |
| Dist. 7 | 41,856 (5.47%) | 35,468 (6.47%) | 962 (0.81%) | 3,343 (5.46%) | 34,248 (5.69%) | 29,525 (6.60%) | 686 (0.80%) | 2,352 (5.90%) |
| Dist. 9 | 185,644 (24.26%) | 153,089 (27.92%) | 8,810 (7.45%) | 15,770 (25.75%) | 147,502 (24.50%) | 125,273 (28.02%) | 6,202 (7.20%) | 9,861 (24.73%) |
| Total and % Population |  | 548,312 (71.66%) | 118,199 (15.45%) | 61,244 (8.00%) | 602,127 (78.70%) | 447,109 (58.44%) | 86,178 (11.26%) | 39,876 (5.21%) |

# Core Constituencies

Cooper_Illustrative_Plan

From Plan: **Ga_Congress_Enacted_2023_Plan**

### Plan: Cooper_Illustrative_Plan, District 011 --   765,137 Total Population

|  | Population | NH_Wht | AP_Blk | [Hispanic Origin] | [18+_Pop] | [NH18+_Wht] | [18+_AP_Blk] | [H18+_Pop] |
|---|---|---|---|---|---|---|---|---|
| Dist. 11 | 442,168 (57.79%) | 305,903 (62.16%) | 53,828 (48.77%) | 43,394 (53.27%) | 339,342 (57.63%) | 243,354 (61.78%) | 38,690 (48.06%) | 29,016 (52.60%) |
| Dist. 14 | 77,475 (10.13%) | 45,735 (9.29%) | 16,862 (15.28%) | 9,286 (11.40%) | 59,281 (10.07%) | 36,931 (9.38%) | 11,878 (14.75%) | 6,195 (11.23%) |
| Dist. 6 | 0 (0.00%) | 0 (0.00%) | (0.00%) | (0.00%) | (0.00%) | (0.00%) | (0.00%) | (0.00%) |
| Dist. 7 | 245,494 (32.08%) | 140,483 (28.55%) | 39,678 (35.95%) | 28,786 (35.33%) | 190,172 (32.30%) | 113,635 (28.85%) | 29,939 (37.19%) | 19,957 (36.17%) |
| Total and % Population |  | 492,121 (64.32%) | 110,368 (14.42%) | 81,466 (10.65%) | 588,795 (76.95%) | 393,920 (51.48%) | 80,507 (10.52%) | 55,168 (7.21%) |

### Plan: Cooper_Illustrative_Plan, District 012 --   765,136 Total Population

|  | Population | NH_Wht | AP_Blk | [Hispanic Origin] | [18+_Pop] | [NH18+_Wht] | [18+_AP_Blk] | [H18+_Pop] |
|---|---|---|---|---|---|---|---|---|
| Dist. 12 | 765,136 (100.00%) | 398,843 (100.00%) | 294,961 (100.00%) | 43,065 (100.00%) | 588,119 (100.00%) | 321,394 (100.00%) | 215,958 (100.00%) | 28,628 (100.00%) |
| Total and % Population |  | 398,843 (52.13%) | 294,961 (38.55%) | 43,065 (5.63%) | 588,119 (76.86%) | 321,394 (42.00%) | 215,958 (28.22%) | 28,628 (3.74%) |

### Plan: Cooper_Illustrative_Plan, District 013 --   765,135 Total Population

|  | Population | NH_Wht | AP_Blk | [Hispanic Origin] | [18+_Pop] | [NH18+_Wht] | [18+_AP_Blk] | [H18+_Pop] |
|---|---|---|---|---|---|---|---|---|
| Dist. 10 | 172,192 (22.50%) | 85,353 (33.72%) | 70,608 (17.44%) | 10,779 (15.10%) | 128,494 (22.29%) | 67,130 (32.41%) | 50,146 (17.02%) | 6,989 (15.14%) |
| Dist. 13 | 253,346 (33.11%) | 46,544 (18.39%) | 170,553 (42.12%) | 25,770 (36.10%) | 191,055 (33.15%) | 40,453 (19.53%) | 124,964 (42.41%) | 16,840 (36.49%) |
| Dist. 3 | 189,823 (24.81%) | 107,545 (42.49%) | 58,108 (14.35%) | 12,779 (17.90%) | 145,626 (25.27%) | 87,224 (42.11%) | 41,709 (14.15%) | 8,303 (17.99%) |
| Dist. 5 | 133,265 (17.42%) | 8,622 (3.41%) | 96,360 (23.79%) | 20,634 (28.91%) | 97,903 (16.99%) | 7,820 (3.77%) | 70,568 (23.95%) | 13,120 (28.43%) |
| Dist. 6 | 16,509 (2.16%) | 5,071 (2.00%) | 9,334 (2.30%) | 1,415 (1.98%) | 13,259 (2.30%) | 4,527 (2.19%) | 7,282 (2.47%) | 898 (1.95%) |
| Total and % Population |  | 253,135 (33.08%) | 404,963 (52.93%) | 71,377 (9.33%) | 576,337 (75.32%) | 207,154 (27.07%) | 294,669 (38.51%) | 46,150 (6.03%) |

### Plan: Cooper_Illustrative_Plan, District 014 --   765,135 Total Population

|  | Population | NH_Wht | AP_Blk | [Hispanic Origin] | [18+_Pop] | [NH18+_Wht] | [18+_AP_Blk] | [H18+_Pop] |
|---|---|---|---|---|---|---|---|---|
| Dist. 11 | 194,099 (25.37%) | 149,801 (25.15%) | 11,319 (25.47%) | 24,410 (26.02%) | 148,077 (25.03%) | 118,621 (24.82%) | 7,671 (25.08%) | 15,322 (25.85%) |

# Core Constituencies

Cooper_Illustrative_Plan

From Plan: **Ga_Congress_Enacted_2023_Plan**

### Plan: Cooper_Illustrative_Plan, District 014 --   765,135 Total Population

|  | Population | NH_Wht | AP_Blk | [Hispanic Origin] | [18+_Pop] | [NH18+_Wht] | [18+_AP_Blk] | [H18+_Pop] |
|---|---|---|---|---|---|---|---|---|
| Dist. 14 | 418,163 (54.65%) | 311,585 (52.31%) | 30,480 (68.58%) | 59,983 (63.95%) | 320,412 (54.16%) | 248,795 (52.07%) | 21,247 (69.47%) | 37,950 (64.03%) |
| Dist. 7 | 71,569 (9.35%) | 61,915 (10.39%) | 1,923 (4.33%) | 4,235 (4.52%) | 55,718 (9.42%) | 49,177 (10.29%) | 1,224 (4.00%) | 2,768 (4.67%) |
| Dist. 9 | 81,304 (10.63%) | 72,362 (12.15%) | 723 (1.63%) | 5,168 (5.51%) | 67,413 (11.39%) | 61,259 (12.82%) | 441 (1.44%) | 3,226 (5.44%) |
| Total and % Population |  | 595,663 (77.85%) | 44,445 (5.81%) | 93,796 (12.26%) | 591,620 (77.32%) | 477,852 (62.45%) | 30,583 (4.00%) | 59,266 (7.75%) |