



















U.S. House
GA_Places-2020
2021 Plan District
Illustrative Plan







