# Proposed Congressional Districts of Georgia

Client: S049
Plan: Congress-2023
Type: Congress



# Proposed Congressional Districts of Georgia





User: **S049**
Plan Name: **Congress-2023**
Plan Type: **Congress**

## Population Summary

| District | Population | Deviation | % Devn. | [18+_Pop] | [% 18+_Pop] | [% NH_Wht] | [% NH_Blk] | [% Hispanic Origin] | [% NH_Asn] | [% NH_Ind] | [% NH_Hwn] | [% NH_Oth] | [% NH_2+ Races] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 001 | 765,137 | 1 | 0.00% | 589,266 | 77.01% | 57.59% | 27.54% | 7.75% | 2.19% | 0.24% | 0.16% | 0.44% | 5.32% |
| 002 | 765,137 | 1 | 0.00% | 587,555 | 76.79% | 39.94% | 49.03% | 5.95% | 1.34% | 0.21% | 0.1% | 0.34% | 4.02% |
| 003 | 765,136 | 0 | 0.00% | 586,319 | 76.63% | 64.37% | 22.61% | 6.31% | 2.09% | 0.21% | 0.04% | 0.47% | 5.1% |
| 004 | 765,137 | 1 | 0.00% | 582,946 | 76.19% | 19.71% | 47.54% | 19.25% | 9.6% | 0.16% | 0.03% | 0.64% | 4.03% |
| 005 | 765,137 | 1 | 0.00% | 613,735 | 80.21% | 31.02% | 49.79% | 9.89% | 5.07% | 0.17% | 0.03% | 0.55% | 4.34% |
| 006 | 765,136 | 0 | 0.00% | 593,690 | 77.59% | 29.78% | 50.18% | 12.34% | 3.4% | 0.17% | 0.04% | 0.68% | 4.4% |
| 007 | 765,137 | 1 | 0.00% | 579,339 | 75.72% | 63.72% | 7.75% | 10.24% | 13.54% | 0.17% | 0.04% | 0.58% | 5.25% |
| 008 | 765,136 | 0 | 0.00% | 585,857 | 76.57% | 57.91% | 29.72% | 7.17% | 1.56% | 0.19% | 0.05% | 0.31% | 4.03% |
| 009 | 765,135 | -1 | 0.00% | 582,752 | 76.16% | 60.91% | 11.91% | 16.14% | 6.75% | 0.18% | 0.04% | 0.45% | 4.76% |
| 010 | 765,137 | 1 | 0.00% | 590,322 | 77.15% | 62.48% | 23.32% | 7.61% | 2.25% | 0.17% | 0.03% | 0.54% | 4.67% |
| 011 | 765,135 | -1 | 0.00% | 589,100 | 76.99% | 66.68% | 11.44% | 12.15% | 4.14% | 0.19% | 0.04% | 0.8% | 5.93% |
| 012 | 765,136 | 0 | 0.00% | 588,119 | 76.86% | 52.13% | 36.12% | 5.63% | 1.83% | 0.21% | 0.11% | 0.36% | 4.7% |
| 013 | 765,136 | 0 | 0.00% | 572,137 | 74.78% | 24.58% | 49.62% | 14.48% | 6.91% | 0.18% | 0.05% | 0.7% | 4.63% |
| 014 | 765,136 | 0 | 0.00% | 579,137 | 75.69% | 69.99% | 11.86% | 11.94% | 1.51% | 0.21% | 0.04% | 0.44% | 5.28% |

**Total:** 10,711,908
**Ideal District:** 765,136

### Summary Statistics:

| | |
|---|---|
| Population Range: | 765,135 to 765,137 |
| Ratio Range: | 0.00 |
| Absolute Range: | -1 to 1 |
| Absolute Overall Range: | 2 |
| Relative Range: | 0.00% to 0.00% |
| Relative Overall Range: | 0.00% |
| Absolute Mean Deviation: | 0.57 |
| Relative Mean Deviation: | 0.00% |
| Standard Deviation: | 0.70 |

User: **S049**
Plan Name: **Congress-2023**
Plan Type: **Congress**

## Population Summary

| District | Population | Deviation | % Devn. | [18+_Pop] | [% 18+_Pop] | [% NH18+_Wht] | [% NH18+_Blk] | [% H18+_Pop] | [% NH18+_Asn] | [% NH18+_Ind] | [% NH18+_Hwn] | [% NH18+_Oth] | [% NH18+_2+ Races] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 001 | 765,137 | 1 | 0.00% | 589,266 | 77.01% | 60.41% | 26.44% | 6.78% | 2.36% | 0.26% | 0.14% | 0.37% | 3.24% |
| 002 | 765,137 | 1 | 0.00% | 587,555 | 76.79% | 42.73% | 47.62% | 5.12% | 1.41% | 0.23% | 0.09% | 0.28% | 2.53% |
| 003 | 765,136 | 0 | 0.00% | 586,319 | 76.63% | 66.83% | 22% | 5.33% | 2.08% | 0.22% | 0.04% | 0.38% | 3.11% |
| 004 | 765,137 | 1 | 0.00% | 582,946 | 76.19% | 21.75% | 47.86% | 17% | 9.92% | 0.15% | 0.03% | 0.57% | 2.71% |
| 005 | 765,137 | 1 | 0.00% | 613,735 | 80.21% | 33.65% | 48.53% | 8.59% | 5.48% | 0.17% | 0.04% | 0.5% | 3.05% |
| 006 | 765,136 | 0 | 0.00% | 593,690 | 77.59% | 32.8% | 49.04% | 10.64% | 3.69% | 0.18% | 0.04% | 0.62% | 2.97% |
| 007 | 765,137 | 1 | 0.00% | 579,339 | 75.72% | 66.77% | 7.73% | 9.05% | 12.44% | 0.15% | 0.04% | 0.52% | 3.29% |
| 008 | 765,136 | 0 | 0.00% | 585,857 | 76.57% | 60.52% | 28.84% | 6.1% | 1.6% | 0.2% | 0.05% | 0.25% | 2.43% |
| 009 | 765,135 | -1 | 0.00% | 582,752 | 76.16% | 64.51% | 11.43% | 13.72% | 6.82% | 0.2% | 0.04% | 0.36% | 2.93% |
| 010 | 765,137 | 1 | 0.00% | 590,322 | 77.15% | 65.28% | 22.38% | 6.45% | 2.28% | 0.18% | 0.03% | 0.47% | 2.93% |
| 011 | 765,135 | -1 | 0.00% | 589,100 | 76.99% | 69.37% | 11.4% | 10.44% | 4.07% | 0.2% | 0.04% | 0.72% | 3.76% |
| 012 | 765,136 | 0 | 0.00% | 588,119 | 76.86% | 54.65% | 35.06% | 4.87% | 1.95% | 0.22% | 0.1% | 0.3% | 2.86% |
| 013 | 765,136 | 0 | 0.00% | 572,137 | 74.78% | 27.83% | 48.6% | 12.66% | 7.14% | 0.19% | 0.05% | 0.63% | 2.91% |
| 014 | 765,136 | 0 | 0.00% | 579,137 | 75.69% | 73.12% | 11.47% | 10% | 1.54% | 0.22% | 0.04% | 0.36% | 3.25% |

**Total:** 10,711,908
**Ideal District:** 765,136

### Summary Statistics:

| | |
|---|---|
| Population Range: | 765,135 to 765,137 |
| Ratio Range: | 0.00 |
| Absolute Range: | -1 to 1 |
| Absolute Overall Range: | 2 |
| Relative Range: | 0.00% to 0.00% |
| Relative Overall Range: | 0.00% |
| Absolute Mean Deviation: | 0.57 |
| Relative Mean Deviation: | 0.00% |
| Standard Deviation: | 0.70 |

User: **S049**
Plan Name: **Congress-2023**
Plan Type: **Congress**

## Population Summary

*Census designation "AP" denotes respondents who are Any or Part of a race category; respondents may fall into more than one category.

| District | Population | Deviation | % Devn. | [18+_Pop] | [% 18+_Pop] | [% 18+_AP_Wht] | [% 18+_AP_Blk] | [% H18+_Pop] | [% 18+_AP_Ind] | [% 18+_AP_Asn] | [% 18+_AP_Hwn] | [% 18+_AP_Oth] | [% 18+_2+ Races] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 001 | 765,137 | 1 | 0.00% | 589,266 | 77.01% | 66.62% | 28.17% | 6.78% | 2% | 2.99% | 0.29% | 5.46% | 5.16% |
| 002 | 765,137 | 1 | 0.00% | 587,555 | 76.79% | 46.83% | 49.29% | 5.12% | 1.54% | 1.89% | 0.22% | 4.39% | 3.85% |
| 003 | 765,136 | 0 | 0.00% | 586,319 | 76.63% | 72.38% | 23.32% | 5.33% | 2.09% | 2.55% | 0.12% | 4.8% | 4.97% |
| 004 | 765,137 | 1 | 0.00% | 582,946 | 76.19% | 29.33% | 50.59% | 17% | 1.9% | 10.64% | 0.15% | 15.14% | 7.24% |
| 005 | 765,137 | 1 | 0.00% | 613,735 | 80.21% | 39.57% | 51.06% | 8.59% | 1.53% | 6.33% | 0.13% | 7.42% | 5.57% |
| 006 | 765,136 | 0 | 0.00% | 593,690 | 77.59% | 39.56% | 51.75% | 10.64% | 1.63% | 4.31% | 0.13% | 9.52% | 6.41% |
| 007 | 765,137 | 1 | 0.00% | 579,339 | 75.72% | 75.03% | 8.93% | 9.05% | 1.79% | 13.23% | 0.13% | 8.51% | 7.23% |
| 008 | 765,136 | 0 | 0.00% | 585,857 | 76.57% | 65.6% | 30.04% | 6.1% | 1.63% | 2.03% | 0.14% | 4.83% | 4% |
| 009 | 765,135 | -1 | 0.00% | 582,752 | 76.16% | 73.8% | 12.65% | 13.72% | 2.31% | 7.37% | 0.12% | 11.68% | 7.58% |
| 010 | 765,137 | 1 | 0.00% | 590,322 | 77.15% | 71.04% | 23.69% | 6.45% | 1.93% | 2.78% | 0.12% | 5.81% | 5.08% |
| 011 | 765,135 | -1 | 0.00% | 589,100 | 76.99% | 78.35% | 12.83% | 10.44% | 2.36% | 4.75% | 0.12% | 9.55% | 7.58% |
| 012 | 765,136 | 0 | 0.00% | 588,119 | 76.86% | 59.51% | 36.72% | 4.87% | 1.67% | 2.55% | 0.22% | 4.01% | 4.33% |
| 013 | 765,136 | 0 | 0.00% | 572,137 | 74.78% | 34.82% | 51.45% | 12.66% | 1.85% | 7.74% | 0.16% | 11.35% | 6.9% |
| 014 | 765,136 | 0 | 0.00% | 579,137 | 75.69% | 80.9% | 12.59% | 10% | 2.68% | 1.95% | 0.11% | 8.43% | 6.36% |

**Total:** 10,711,908
**Ideal District:** 765,136

**Summary Statistics:**

| | |
|---|---|
| Population Range: | 765,135 to 765,137 |
| Ratio Range: | 0.00 |
| Absolute Range: | -1 to 1 |
| Absolute Overall Range: | 2 |
| Relative Range: | 0.00% to 0.00% |
| Relative Overall Range: | 0.00% |
| Absolute Mean Deviation: | 0.57 |
| Relative Mean Deviation: | 0.00% |
| Standard Deviation: | 0.70 |