User:
Plan Name: **Cooper_Illustrative_Plan**
Plan Type: **Congress**

# Core Constituencies

Tuesday, December 12, 2023                                                                                                                                                7:25 AM

From Plan: **Ga_Congress_Enacted_2021_Plan**

### Plan: Cooper_Illustrative_Plan, District 001 --                                                                                   765,137 Total Population

|  | Population | NH_Wht | AP_Blk | NH_AP_Blk | [Hispanic Origin] | [18+_Pop] | [NH18+_Wht] | [18+_AP_Blk] |
|---|---|---|---|---|---|---|---|---|
| Dist. 1 | 765,137 (100.00%) | 440,636 (100.00%) | 230,783 (100.00%) | 224,683 (100.00%) | 59,328 (100.00%) | 589,266 (100.00%) | 355,947 (100.00%) | 166,025 (100.00%) |
| Total and % Population |  | 440,636 (57.59%) | 230,783 (30.16%) | 224,683 (29.37%) | 59,328 (7.75%) | 589,266 (77.01%) | 355,947 (46.52%) | 166,025 (21.70%) |

### Plan: Cooper_Illustrative_Plan, District 002 --                                                                                   765,137 Total Population

|  | Population | NH_Wht | AP_Blk | NH_AP_Blk | [Hispanic Origin] | [18+_Pop] | [NH18+_Wht] | [18+_AP_Blk] |
|---|---|---|---|---|---|---|---|---|
| Dist. 2 | 765,137 (100.00%) | 305,611 (100.00%) | 393,195 (100.00%) | 387,984 (100.00%) | 45,499 (100.00%) | 587,555 (100.00%) | 251,047 (100.00%) | 289,612 (100.00%) |
| Total and % Population |  | 305,611 (39.94%) | 393,195 (51.39%) | 387,984 (50.71%) | 45,499 (5.95%) | 587,555 (76.79%) | 251,047 (32.81%) | 289,612 (37.85%) |

### Plan: Cooper_Illustrative_Plan, District 003 --                                                                                   765,135 Total Population

|  | Population | NH_Wht | AP_Blk | NH_AP_Blk | [Hispanic Origin] | [18+_Pop] | [NH18+_Wht] | [18+_AP_Blk] |
|---|---|---|---|---|---|---|---|---|
| Dist. 11 | 25,390 (3.32%) | 19,605 (3.79%) | 2,782 (1.67%) | 2,666 (1.64%) | 1,371 (2.75%) | 18,667 (3.22%) | 14,813 (3.65%) | 1,887 (1.59%) |
| Dist. 14 | 211,545 (27.65%) | 138,628 (26.78%) | 47,114 (28.37%) | 45,477 (28.05%) | 18,149 (36.35%) | 156,259 (26.94%) | 107,130 (26.39%) | 32,157 (27.09%) |
| Dist. 3 | 528,200 (69.03%) | 359,426 (69.43%) | 116,200 (69.96%) | 113,964 (70.30%) | 30,415 (60.91%) | 405,092 (69.84%) | 283,983 (69.96%) | 84,665 (71.32%) |
| Total and % Population |  | 517,659 (67.66%) | 166,096 (21.71%) | 162,107 (21.19%) | 49,935 (6.53%) | 580,018 (75.81%) | 405,926 (53.05%) | 118,709 (15.51%) |

### Plan: Cooper_Illustrative_Plan, District 004 --                                                                                   765,136 Total Population

|  | Population | NH_Wht | AP_Blk | NH_AP_Blk | [Hispanic Origin] | [18+_Pop] | [NH18+_Wht] | [18+_AP_Blk] |
|---|---|---|---|---|---|---|---|---|

# Core Constituencies

Cooper_Illustrative_Plan

From Plan: **Ga_Congress_Enacted_2021_Plan**

### Plan: Cooper_Illustrative_Plan, District 004 --     765,136 Total Population

|  | Population | NH_Wht | AP_Blk | NH_AP_Blk | [Hispanic Origin] | [18+_Pop] | [NH18+_Wht] | [18+_AP_Blk] |
|---|---|---|---|---|---|---|---|---|
| Dist. 10 | 28,651 (3.74%) | 20,827 (9.82%) | 5,893 (1.44%) | 5,731 (1.43%) | 1,075 (1.22%) | 22,295 (3.77%) | 16,594 (9.33%) | 4,363 (1.40%) |
| Dist. 4 | 736,485 (96.26%) | 191,177 (90.18%) | 404,126 (98.56%) | 395,967 (98.57%) | 86,681 (98.78%) | 568,345 (96.23%) | 161,238 (90.67%) | 307,307 (98.60%) |
| Total and % Population |  | 212,004 (27.71%) | 410,019 (53.59%) | 401,698 (52.50%) | 87,756 (11.47%) | 590,640 (77.19%) | 177,832 (23.24%) | 311,670 (40.73%) |

### Plan: Cooper_Illustrative_Plan, District 005 --     765,137 Total Population

|  | Population | NH_Wht | AP_Blk | NH_AP_Blk | [Hispanic Origin] | [18+_Pop] | [NH18+_Wht] | [18+_AP_Blk] |
|---|---|---|---|---|---|---|---|---|
| Dist. 5 | 765,137 (100.00%) | 273,819 (100.00%) | 392,822 (100.00%) | 385,649 (100.00%) | 56,496 (100.00%) | 621,515 (100.00%) | 235,652 (100.00%) | 308,271 (100.00%) |
| Total and % Population |  | 273,819 (35.79%) | 392,822 (51.34%) | 385,649 (50.40%) | 56,496 (7.38%) | 621,515 (81.23%) | 235,652 (30.80%) | 308,271 (40.29%) |

### Plan: Cooper_Illustrative_Plan, District 006 --     765,137 Total Population

|  | Population | NH_Wht | AP_Blk | NH_AP_Blk | [Hispanic Origin] | [18+_Pop] | [NH18+_Wht] | [18+_AP_Blk] |
|---|---|---|---|---|---|---|---|---|
| Dist. 11 | 230,468 (30.12%) | 93,671 (41.45%) | 75,341 (18.98%) | 72,669 (18.77%) | 41,841 (38.60%) | 183,874 (31.31%) | 80,960 (42.09%) | 58,280 (19.76%) |
| Dist. 13 | 390,667 (51.06%) | 71,228 (31.52%) | 263,484 (66.39%) | 258,322 (66.71%) | 48,001 (44.28%) | 293,697 (50.01%) | 60,666 (31.54%) | 194,921 (66.08%) |
| Dist. 14 | 77,883 (10.18%) | 27,324 (12.09%) | 38,181 (9.62%) | 37,040 (9.57%) | 9,997 (9.22%) | 58,887 (10.03%) | 23,021 (11.97%) | 27,365 (9.28%) |
| Dist. 3 | 47,113 (6.16%) | 25,523 (11.29%) | 14,639 (3.69%) | 14,189 (3.66%) | 5,091 (4.70%) | 35,601 (6.06%) | 20,642 (10.73%) | 10,334 (3.50%) |
| Dist. 6 | 19,006 (2.48%) | 8,239 (3.65%) | 5,246 (1.32%) | 5,021 (1.30%) | 3,471 (3.20%) | 15,188 (2.59%) | 7,081 (3.68%) | 4,076 (1.38%) |
| Total and % Population |  | 225,985 (29.54%) | 396,891 (51.87%) | 387,241 (50.61%) | 108,401 (14.17%) | 587,247 (76.75%) | 192,370 (25.14%) | 294,976 (38.55%) |

### Plan: Cooper_Illustrative_Plan, District 007 --     765,137 Total Population

|  | Population | NH_Wht | AP_Blk | NH_AP_Blk | [Hispanic Origin] | [18+_Pop] | [NH18+_Wht] | [18+_AP_Blk] |
|---|---|---|---|---|---|---|---|---|
| Dist. 7 | 765,137 (100.00%) | 225,905 (100.00%) | 239,717 (100.00%) | 229,109 (100.00%) | 181,851 (100.00%) | 566,934 (100.00%) | 185,838 (100.00%) | 169,071 (100.00%) |
| Total and % Population |  | 225,905 (29.52%) | 239,717 (31.33%) | 229,109 (29.94%) | 181,851 (23.77%) | 566,934 (74.10%) | 185,838 (24.29%) | 169,071 (22.10%) |

## Core Constituencies

Cooper_Illustrative_Plan

From Plan: **Ga_Congress_Enacted_2021_Plan**

**Plan: Cooper_Illustrative_Plan, District 008 --**    765,136 Total Population

|  | Population | NH_Wht | AP_Blk | NH_AP_Blk | [Hispanic Origin] | [18+_Pop] | [NH18+_Wht] | [18+_AP_Blk] |
|---|---|---|---|---|---|---|---|---|
| Dist. 8 | 765,136 (100.00%) | 443,123 (100.00%) | 241,628 (100.00%) | 237,989 (100.00%) | 54,850 (100.00%) | 585,857 (100.00%) | 354,572 (100.00%) | 175,967 (100.00%) |
| Total and % Population |  | 443,123 (57.91%) | 241,628 (31.58%) | 237,989 (31.10%) | 54,850 (7.17%) | 585,857 (76.57%) | 354,572 (46.34%) | 175,967 (23.00%) |

**Plan: Cooper_Illustrative_Plan, District 009 --**    765,136 Total Population

|  | Population | NH_Wht | AP_Blk | NH_AP_Blk | [Hispanic Origin] | [18+_Pop] | [NH18+_Wht] | [18+_AP_Blk] |
|---|---|---|---|---|---|---|---|---|
| Dist. 10 | 75,907 (9.92%) | 59,064 (13.76%) | 6,148 (6.54%) | 5,934 (6.63%) | 6,712 (5.23%) | 56,451 (10.00%) | 45,015 (13.41%) | 4,268 (6.49%) |
| Dist. 6 | 286,038 (37.38%) | 178,152 (41.49%) | 18,257 (19.41%) | 17,292 (19.33%) | 30,392 (23.67%) | 206,254 (36.55%) | 136,196 (40.57%) | 12,099 (18.39%) |
| Dist. 9 | 403,191 (52.70%) | 192,124 (44.75%) | 69,654 (74.05%) | 66,233 (74.04%) | 91,289 (71.10%) | 301,539 (53.44%) | 154,509 (46.02%) | 49,423 (75.12%) |
| Total and % Population |  | 429,340 (56.11%) | 94,059 (12.29%) | 89,459 (11.69%) | 128,393 (16.78%) | 564,244 (73.74%) | 335,720 (43.88%) | 65,790 (8.60%) |

**Plan: Cooper_Illustrative_Plan, District 010 --**    765,137 Total Population

|  | Population | NH_Wht | AP_Blk | NH_AP_Blk | [Hispanic Origin] | [18+_Pop] | [NH18+_Wht] | [18+_AP_Blk] |
|---|---|---|---|---|---|---|---|---|
| Dist. 10 | 488,385 (63.83%) | 321,243 (58.59%) | 101,488 (85.86%) | 99,661 (85.99%) | 40,079 (65.44%) | 381,634 (63.38%) | 261,084 (58.39%) | 74,320 (86.24%) |
| Dist. 9 | 276,752 (36.17%) | 227,069 (41.41%) | 16,711 (14.14%) | 16,240 (14.01%) | 21,165 (34.56%) | 220,493 (36.62%) | 186,025 (41.61%) | 11,858 (13.76%) |
| Total and % Population |  | 548,312 (71.66%) | 118,199 (15.45%) | 115,901 (15.15%) | 61,244 (8.00%) | 602,127 (78.70%) | 447,109 (58.44%) | 86,178 (11.26%) |

**Plan: Cooper_Illustrative_Plan, District 011 --**    765,137 Total Population

|  | Population | NH_Wht | AP_Blk | NH_AP_Blk | [Hispanic Origin] | [18+_Pop] | [NH18+_Wht] | [18+_AP_Blk] |
|---|---|---|---|---|---|---|---|---|
| Dist. 11 | 372,724 (48.71%) | 249,504 (50.70%) | 56,881 (51.54%) | 54,373 (51.61%) | 41,129 (50.49%) | 288,083 (48.93%) | 200,585 (50.92%) | 40,912 (50.82%) |
| Dist. 6 | 392,413 (51.29%) | 242,617 (49.30%) | 53,487 (48.46%) | 50,975 (48.39%) | 40,337 (49.51%) | 300,712 (51.07%) | 193,335 (49.08%) | 39,595 (49.18%) |
| Total and % Population |  | 492,121 (64.32%) | 110,368 (14.42%) | 105,348 (13.77%) | 81,466 (10.65%) | 588,795 (76.95%) | 393,920 (51.48%) | 80,507 (10.52%) |

**Plan: Cooper_Illustrative_Plan, District 012 --**    765,136 Total Population

## Core Constituencies

Cooper_Illustrative_Plan

From Plan: **Ga_Congress_Enacted_2021_Plan**

|  | Population | NH_Wht | AP_Blk | NH_AP_Blk | [Hispanic Origin] | [18+_Pop] | [NH18+_Wht] | [18+_AP_Blk] |
|---|---|---|---|---|---|---|---|---|
| Dist. 12 | 765,136 (100.00%) | 398,843 (100.00%) | 294,961 (100.00%) | 289,774 (100.00%) | 43,065 (100.00%) | 588,119 (100.00%) | 321,394 (100.00%) | 215,958 (100.00%) |
| Total and % Population |  | 398,843 (52.13%) | 294,961 (38.55%) | 289,774 (37.87%) | 43,065 (5.63%) | 588,119 (76.86%) | 321,394 (42.00%) | 215,958 (28.22%) |

**Plan: Cooper_Illustrative_Plan, District 013 --**                                                                 **765,135 Total Population**

|  | Population | NH_Wht | AP_Blk | NH_AP_Blk | [Hispanic Origin] | [18+_Pop] | [NH18+_Wht] | [18+_AP_Blk] |
|---|---|---|---|---|---|---|---|---|
| Dist. 10 | 172,192 (22.50%) | 85,353 (33.72%) | 70,608 (17.44%) | 68,871 (17.39%) | 10,779 (15.10%) | 128,494 (22.29%) | 67,130 (32.41%) | 50,146 (17.02%) |
| Dist. 13 | 374,470 (48.94%) | 53,878 (21.28%) | 256,610 (63.37%) | 251,060 (63.38%) | 45,553 (63.82%) | 281,092 (48.77%) | 47,494 (22.93%) | 188,742 (64.05%) |
| Dist. 3 | 189,823 (24.81%) | 107,545 (42.49%) | 58,108 (14.35%) | 56,858 (14.35%) | 12,779 (17.90%) | 145,626 (25.27%) | 87,224 (42.11%) | 41,709 (14.15%) |
| Dist. 4 | 28,650 (3.74%) | 6,359 (2.51%) | 19,637 (4.85%) | 19,321 (4.88%) | 2,266 (3.17%) | 21,125 (3.67%) | 5,306 (2.56%) | 14,072 (4.78%) |
| Total and % Population |  | 253,135 (33.08%) | 404,963 (52.93%) | 396,110 (51.77%) | 71,377 (9.33%) | 576,337 (75.32%) | 207,154 (27.07%) | 294,669 (38.51%) |

**Plan: Cooper_Illustrative_Plan, District 014 --**                                                                 **765,135 Total Population**

|  | Population | NH_Wht | AP_Blk | NH_AP_Blk | [Hispanic Origin] | [18+_Pop] | [NH18+_Wht] | [18+_AP_Blk] |
|---|---|---|---|---|---|---|---|---|
| Dist. 11 | 136,555 (17.85%) | 106,484 (17.88%) | 8,400 (18.90%) | 7,904 (18.63%) | 15,453 (16.48%) | 104,577 (17.68%) | 84,537 (17.69%) | 5,732 (18.74%) |
| Dist. 14 | 475,707 (62.17%) | 354,902 (59.58%) | 33,399 (75.15%) | 32,109 (75.67%) | 68,940 (73.50%) | 363,912 (61.51%) | 282,879 (59.20%) | 23,186 (75.81%) |
| Dist. 6 | 67,679 (8.85%) | 58,392 (9.80%) | 1,881 (4.23%) | 1,751 (4.13%) | 4,099 (4.37%) | 52,643 (8.90%) | 46,359 (9.70%) | 1,199 (3.92%) |
| Dist. 9 | 85,194 (11.13%) | 75,885 (12.74%) | 765 (1.72%) | 668 (1.57%) | 5,304 (5.65%) | 70,488 (11.91%) | 64,077 (13.41%) | 466 (1.52%) |
| Total and % Population |  | 595,663 (77.85%) | 44,445 (5.81%) | 42,432 (5.55%) | 93,796 (12.26%) | 591,620 (77.32%) | 477,852 (62.45%) | 30,583 (4.00%) |