User:
Plan Name: **Ga_Congress_Enacted_2023_Plan**
Plan Type: **Congress**

# Core Constituencies

Tuesday, December 12, 2023                                                                                                                      7:06 AM

From Plan:   **Ga_Congress_Enacted_2021_Plan**

### Plan: Ga_Congress_Enacted_2023_Plan, District 1 --                              765,137 Total Population

|  | Population | NH_Wht | AP_Blk | NH_AP_Blk | [Hispanic Origin] | [NH18+_Wht] | [18+_AP_Blk] | [NH18+_AP_Blk] |
|---|---|---|---|---|---|---|---|---|
| Dist. 1 | 765,137 (100.00%) | 440,636 (100.00%) | 230,783 (100.00%) | 224,683 (100.00%) | 59,328 (100.00%) | 355,947 (100.00%) | 166,025 (100.00%) | 162,705 (100.00%) |
| Total and % Population |  | 440,636 (57.59%) | 230,783 (30.16%) | 224,683 (29.37%) | 59,328 (7.75%) | 355,947 (46.52%) | 166,025 (21.70%) | 162,705 (21.26%) |

### Plan: Ga_Congress_Enacted_2023_Plan, District 10 --                              765,137 Total Population

|  | Population | NH_Wht | AP_Blk | NH_AP_Blk | [Hispanic Origin] | [NH18+_Wht] | [18+_AP_Blk] | [NH18+_AP_Blk] |
|---|---|---|---|---|---|---|---|---|
| Dist. 10 | 689,228 (90.08%) | 427,423 (89.41%) | 177,989 (91.81%) | 174,263 (91.85%) | 51,933 (89.24%) | 344,808 (89.48%) | 128,829 (92.10%) | 126,747 (92.15%) |
| Dist. 7 | 26,657 (3.48%) | 12,124 (2.54%) | 8,949 (4.62%) | 8,586 (4.53%) | 4,213 (7.24%) | 9,321 (2.42%) | 6,073 (4.34%) | 5,868 (4.27%) |
| Dist. 9 | 49,252 (6.44%) | 38,512 (8.06%) | 6,939 (3.58%) | 6,876 (3.62%) | 2,052 (3.53%) | 31,227 (8.10%) | 4,970 (3.55%) | 4,929 (3.58%) |
| Total and % Population |  | 478,059 (62.48%) | 193,877 (25.34%) | 189,725 (24.80%) | 58,198 (7.61%) | 385,356 (50.36%) | 139,872 (18.28%) | 137,544 (17.98%) |

### Plan: Ga_Congress_Enacted_2023_Plan, District 11 --                              765,135 Total Population

|  | Population | NH_Wht | AP_Blk | NH_AP_Blk | [Hispanic Origin] | [NH18+_Wht] | [18+_AP_Blk] | [NH18+_AP_Blk] |
|---|---|---|---|---|---|---|---|---|
| Dist. 11 | 541,666 (70.79%) | 356,538 (69.88%) | 81,531 (78.77%) | 78,035 (78.99%) | 68,968 (74.20%) | 287,816 (70.43%) | 59,917 (79.27%) | 57,897 (79.44%) |
| Dist. 14 | 57,544 (7.52%) | 43,317 (8.49%) | 2,919 (2.82%) | 2,697 (2.73%) | 8,957 (9.64%) | 34,084 (8.34%) | 1,939 (2.57%) | 1,847 (2.53%) |
| Dist. 6 | 165,925 (21.69%) | 110,373 (21.63%) | 19,055 (18.41%) | 18,064 (18.28%) | 15,022 (16.16%) | 86,781 (21.23%) | 13,732 (18.17%) | 13,136 (18.02%) |
| Total and % Population |  | 510,228 (66.68%) | 103,505 (13.53%) | 98,796 (12.91%) | 92,947 (12.15%) | 408,681 (53.41%) | 75,588 (9.88%) | 72,880 (9.53%) |

## Core Constituencies

Ga_Congress_Enacted_2023_P

From Plan: **Ga_Congress_Enacted_2021_Plan**

**Plan: Ga_Congress_Enacted_2023_Plan, District 12 --**     765,136 Total Population

|  | Population | NH_Wht | AP_Blk | NH_AP_Blk | [Hispanic Origin] | [NH18+_Wht] | [18+_AP_Blk] | [NH18+_AP_Blk] |
|---|---|---|---|---|---|---|---|---|
| Dist. 12 | 765,136 (100.00%) | 398,843 (100.00%) | 294,961 (100.00%) | 289,774 (100.00%) | 43,065 (100.00%) | 321,394 (100.00%) | 215,958 (100.00%) | 213,006 (100.00%) |
| Total and % Population |  | 398,843 (52.13%) | 294,961 (38.55%) | 289,774 (37.87%) | 43,065 (5.63%) | 321,394 (42.00%) | 215,958 (28.22%) | 213,006 (27.84%) |

**Plan: Ga_Congress_Enacted_2023_Plan, District 13 --**     765,136 Total Population

|  | Population | NH_Wht | AP_Blk | NH_AP_Blk | [Hispanic Origin] | [NH18+_Wht] | [18+_AP_Blk] | [NH18+_AP_Blk] |
|---|---|---|---|---|---|---|---|---|
| Dist. 13 | 224,696 (29.37%) | 40,185 (21.36%) | 150,916 (36.99%) | 147,636 (37.18%) | 23,504 (21.21%) | 35,147 (22.07%) | 110,892 (37.67%) | 108,967 (37.82%) |
| Dist. 4 | 177,301 (23.17%) | 43,984 (23.38%) | 114,435 (28.05%) | 112,366 (28.30%) | 15,127 (13.65%) | 37,527 (23.57%) | 83,987 (28.53%) | 82,754 (28.72%) |
| Dist. 5 | 5,066 (0.66%) | 105 (0.06%) | 4,832 (1.18%) | 4,789 (1.21%) | 117 (0.11%) | 104 (0.07%) | 3,593 (1.22%) | 3,568 (1.24%) |
| Dist. 7 | 358,073 (46.80%) | 103,825 (55.20%) | 137,803 (33.78%) | 132,320 (33.32%) | 72,077 (65.04%) | 86,441 (54.29%) | 95,904 (32.58%) | 92,833 (32.22%) |
| Total and % Population |  | 188,099 (24.58%) | 407,986 (53.32%) | 397,111 (51.90%) | 110,825 (14.48%) | 159,219 (20.81%) | 294,376 (38.47%) | 288,122 (37.66%) |

**Plan: Ga_Congress_Enacted_2023_Plan, District 14 --**     765,136 Total Population

|  | Population | NH_Wht | AP_Blk | NH_AP_Blk | [Hispanic Origin] | [NH18+_Wht] | [18+_AP_Blk] | [NH18+_AP_Blk] |
|---|---|---|---|---|---|---|---|---|
| Dist. 11 | 117,651 (15.38%) | 73,587 (13.74%) | 23,842 (22.61%) | 22,872 (22.51%) | 12,095 (13.24%) | 58,224 (13.75%) | 16,797 (23.03%) | 16,269 (22.92%) |
| Dist. 14 | 647,485 (84.62%) | 461,929 (86.26%) | 81,593 (77.39%) | 78,748 (77.49%) | 79,276 (86.76%) | 365,251 (86.25%) | 56,123 (76.97%) | 54,721 (77.08%) |
| Total and % Population |  | 535,516 (69.99%) | 105,435 (13.78%) | 101,620 (13.28%) | 91,371 (11.94%) | 423,475 (55.35%) | 72,920 (9.53%) | 70,990 (9.28%) |

**Plan: Ga_Congress_Enacted_2023_Plan, District 2 --**     765,137 Total Population

|  | Population | NH_Wht | AP_Blk | NH_AP_Blk | [Hispanic Origin] | [NH18+_Wht] | [18+_AP_Blk] | [NH18+_AP_Blk] |
|---|---|---|---|---|---|---|---|---|

# Core Constituencies

Ga_Congress_Enacted_2023_P

From Plan: **Ga_Congress_Enacted_2021_Plan**

### Plan: Ga_Congress_Enacted_2023_Plan, District 2 --   765,137 Total Population

|  | Population | NH_Wht | AP_Blk | NH_AP_Blk | [Hispanic Origin] | [NH18+_Wht] | [18+_AP_Blk] | [NH18+_AP_Blk] |
|---|---|---|---|---|---|---|---|---|
| Dist. 2 | 765,137 (100.00%) | 305,611 (100.00%) | 393,195 (100.00%) | 387,984 (100.00%) | 45,499 (100.00%) | 251,047 (100.00%) | 289,612 (100.00%) | 286,684 (100.00%) |
| Total and % Population |  | 305,611 (39.94%) | 393,195 (51.39%) | 387,984 (50.71%) | 45,499 (5.95%) | 251,047 (32.81%) | 289,612 (37.85%) | 286,684 (37.47%) |

### Plan: Ga_Congress_Enacted_2023_Plan, District 3 --   765,136 Total Population

|  | Population | NH_Wht | AP_Blk | NH_AP_Blk | [Hispanic Origin] | [NH18+_Wht] | [18+_AP_Blk] | [NH18+_AP_Blk] |
|---|---|---|---|---|---|---|---|---|
| Dist. 3 | 765,136 (100.00%) | 492,494 (100.00%) | 188,947 (100.00%) | 185,011 (100.00%) | 48,285 (100.00%) | 391,849 (100.00%) | 136,708 (100.00%) | 134,567 (100.00%) |
| Total and % Population |  | 492,494 (64.37%) | 188,947 (24.69%) | 185,011 (24.18%) | 48,285 (6.31%) | 391,849 (51.21%) | 136,708 (17.87%) | 134,567 (17.59%) |

### Plan: Ga_Congress_Enacted_2023_Plan, District 4 --   765,137 Total Population

|  | Population | NH_Wht | AP_Blk | NH_AP_Blk | [Hispanic Origin] | [NH18+_Wht] | [18+_AP_Blk] | [NH18+_AP_Blk] |
|---|---|---|---|---|---|---|---|---|
| Dist. 4 | 474,627 (62.03%) | 92,588 (61.40%) | 288,034 (74.25%) | 282,484 (74.66%) | 56,238 (38.19%) | 77,551 (61.16%) | 219,997 (74.60%) | 216,393 (74.93%) |
| Dist. 5 | 39,538 (5.17%) | 1,606 (1.06%) | 36,769 (9.48%) | 36,329 (9.60%) | 1,039 (0.71%) | 1,457 (1.15%) | 28,287 (9.59%) | 27,994 (9.69%) |
| Dist. 7 | 250,972 (32.80%) | 56,609 (37.54%) | 63,116 (16.27%) | 59,563 (15.74%) | 89,990 (61.11%) | 47,790 (37.69%) | 46,603 (15.80%) | 44,415 (15.38%) |
| Total and % Population |  | 150,803 (19.71%) | 387,919 (50.70%) | 378,376 (49.45%) | 147,267 (19.25%) | 126,798 (16.57%) | 294,887 (38.54%) | 288,802 (37.75%) |

### Plan: Ga_Congress_Enacted_2023_Plan, District 5 --   765,137 Total Population

|  | Population | NH_Wht | AP_Blk | NH_AP_Blk | [Hispanic Origin] | [NH18+_Wht] | [18+_AP_Blk] | [NH18+_AP_Blk] |
|---|---|---|---|---|---|---|---|---|
| Dist. 13 | 135,171 (17.67%) | 8,668 (3.65%) | 98,059 (24.30%) | 95,957 (24.26%) | 20,768 (27.46%) | 7,861 (3.81%) | 71,991 (22.97%) | 70,684 (22.95%) |

# Core Constituencies

Ga_Congress_Enacted_2023_P

From Plan: **Ga_Congress_Enacted_2021_Plan**

### Plan: Ga_Congress_Enacted_2023_Plan, District 5 --

**765,137 Total Population**

|  | Population | NH_Wht | AP_Blk | NH_AP_Blk | [Hispanic Origin] | [NH18+_Wht] | [18+_AP_Blk] | [NH18+_AP_Blk] |
|---|---|---|---|---|---|---|---|---|
| Dist. 4 | 113,207 (14.80%) | 60,964 (25.68%) | 21,294 (5.28%) | 20,438 (5.17%) | 17,582 (23.25%) | 51,466 (24.92%) | 17,395 (5.55%) | 16,811 (5.46%) |
| Dist. 5 | 516,759 (67.54%) | 167,721 (70.66%) | 284,211 (70.43%) | 279,140 (70.57%) | 37,285 (49.30%) | 147,204 (71.27%) | 224,010 (71.48%) | 220,503 (71.59%) |
| Total and % Population |  | 237,353 (31.02%) | 403,564 (52.74%) | 395,535 (51.69%) | 75,635 (9.89%) | 206,531 (26.99%) | 313,396 (40.96%) | 307,998 (40.25%) |

### Plan: Ga_Congress_Enacted_2023_Plan, District 6 --

**765,136 Total Population**

|  | Population | NH_Wht | AP_Blk | NH_AP_Blk | [Hispanic Origin] | [NH18+_Wht] | [18+_AP_Blk] | [NH18+_AP_Blk] |
|---|---|---|---|---|---|---|---|---|
| Dist. 11 | 105,820 (13.83%) | 39,139 (17.18%) | 38,031 (9.29%) | 36,705 (9.17%) | 18,731 (19.84%) | 34,855 (17.90%) | 30,097 (9.80%) | 29,279 (9.71%) |
| Dist. 13 | 405,270 (52.97%) | 76,253 (33.47%) | 271,119 (66.20%) | 265,789 (66.40%) | 49,282 (52.21%) | 65,152 (33.46%) | 200,780 (65.35%) | 197,667 (65.52%) |
| Dist. 14 | 60,106 (7.86%) | 15,608 (6.85%) | 34,182 (8.35%) | 33,181 (8.29%) | 8,853 (9.38%) | 13,695 (7.03%) | 24,646 (8.02%) | 24,121 (8.00%) |
| Dist. 5 | 193,940 (25.35%) | 96,858 (42.51%) | 66,187 (16.16%) | 64,611 (16.14%) | 17,522 (18.56%) | 81,037 (41.61%) | 51,717 (16.83%) | 50,608 (16.78%) |
| Total and % Population |  | 227,858 (29.78%) | 409,519 (53.52%) | 400,286 (52.32%) | 94,388 (12.34%) | 194,739 (25.45%) | 307,240 (40.15%) | 301,675 (39.43%) |

### Plan: Ga_Congress_Enacted_2023_Plan, District 7 --

**765,137 Total Population**

|  | Population | NH_Wht | AP_Blk | NH_AP_Blk | [Hispanic Origin] | [NH18+_Wht] | [18+_AP_Blk] | [NH18+_AP_Blk] |
|---|---|---|---|---|---|---|---|---|
| Dist. 5 | 9,834 (1.29%) | 7,529 (1.54%) | 823 (1.15%) | 780 (1.15%) | 533 (0.68%) | 5,850 (1.51%) | 664 (1.28%) | 628 (1.26%) |
| Dist. 6 | 564,456 (73.77%) | 358,282 (73.49%) | 54,781 (76.75%) | 52,184 (76.81%) | 58,111 (74.19%) | 282,011 (72.90%) | 39,889 (77.12%) | 38,410 (77.21%) |
| Dist. 7 | 92,558 (12.10%) | 45,964 (9.43%) | 11,462 (16.06%) | 10,959 (16.13%) | 6,614 (8.44%) | 36,341 (9.39%) | 8,135 (15.73%) | 7,834 (15.75%) |
| Dist. 9 | 98,289 (12.85%) | 75,748 (15.54%) | 4,310 (6.04%) | 4,013 (5.91%) | 13,065 (16.68%) | 62,618 (16.19%) | 3,033 (5.86%) | 2,874 (5.78%) |
| Total and % Population |  | 487,523 (63.72%) | 71,376 (9.33%) | 67,936 (8.88%) | 78,323 (10.24%) | 386,820 (50.56%) | 51,721 (6.76%) | 49,746 (6.50%) |

### Plan: Ga_Congress_Enacted_2023_Plan, District 8 --

**765,136 Total Population**

## Core Constituencies

Ga_Congress_Enacted_2023_P

| From Plan: | **Ga_Congress_Enacted_2021_Plan** | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Population | NH_Wht | AP_Blk | NH_AP_Blk | [Hispanic Origin] | [NH18+_Wht] | [18+_AP_Blk] | [NH18+_AP_Blk] |
| Dist. 8 | 765,136 (100.00%) | 443,123 (100.00%) | 241,628 (100.00%) | 237,989 (100.00%) | 54,850 (100.00%) | 354,572 (100.00%) | 175,967 (100.00%) | 173,862 (100.00%) |
| Total and % Population | | 443,123 (57.91%) | 241,628 (31.58%) | 237,989 (31.10%) | 54,850 (7.17%) | 354,572 (46.34%) | 175,967 (23.00%) | 173,862 (22.72%) |

**Plan: Ga_Congress_Enacted_2023_Plan, District 9 --**    **765,135 Total Population**

| | Population | NH_Wht | AP_Blk | NH_AP_Blk | [Hispanic Origin] | [NH18+_Wht] | [18+_AP_Blk] | [NH18+_AP_Blk] |
|---|---|---|---|---|---|---|---|---|
| Dist. 10 | 75,907 (9.92%) | 59,064 (12.67%) | 6,148 (5.83%) | 5,934 (5.90%) | 6,712 (5.44%) | 45,015 (11.98%) | 4,268 (5.79%) | 4,160 (5.85%) |
| Dist. 6 | 34,755 (4.54%) | 18,745 (4.02%) | 5,035 (4.77%) | 4,791 (4.76%) | 5,166 (4.18%) | 14,179 (3.77%) | 3,348 (4.54%) | 3,208 (4.51%) |
| Dist. 7 | 36,877 (4.82%) | 7,383 (1.58%) | 18,387 (17.44%) | 17,681 (17.57%) | 8,957 (7.25%) | 5,945 (1.58%) | 12,356 (16.76%) | 11,976 (16.85%) |
| Dist. 9 | 617,596 (80.72%) | 380,818 (81.72%) | 75,881 (71.96%) | 72,252 (71.78%) | 102,641 (83.13%) | 310,766 (82.67%) | 53,744 (72.91%) | 51,738 (72.79%) |
| Total and % Population | | 466,010 (60.91%) | 105,451 (13.78%) | 100,658 (13.16%) | 123,476 (16.14%) | 375,905 (49.13%) | 73,716 (9.63%) | 71,082 (9.29%) |