User:
Plan Name: **Nov14_GA_congress**
Plan Type: **Senate**

# Measures of Compactness Report

Tuesday, November 22, 2022                                                                                                          4:41 PM

|           | Reock | Polsby-Popper |
|-----------|-------|---------------|
| Sum       | N/A   | N/A           |
| Min       | 0.28  | 0.18          |
| Max       | 0.51  | 0.39          |
| Mean      | 0.43  | 0.27          |
| Std. Dev. | 0.07  | 0.06          |

| District | Reock | Polsby-Popper |
|----------|-------|---------------|
| 001      | 0.46  | 0.29          |
| 002      | 0.46  | 0.27          |
| 003      | 0.39  | 0.24          |
| 004      | 0.28  | 0.22          |
| 005      | 0.51  | 0.32          |
| 006      | 0.45  | 0.27          |
| 007      | 0.50  | 0.39          |
| 008      | 0.34  | 0.21          |
| 009      | 0.40  | 0.32          |
| 010      | 0.40  | 0.18          |
| 011      | 0.40  | 0.19          |

**Measures of Compactness Report**　　　　　　　　　　　　　　　　　　　　　　　　Nov14_GA_congress

|            | Reock | Polsby-Popper |
|------------|-------|---------------|
| Sum        | N/A   | N/A           |
| Min        | 0.28  | 0.18          |
| Max        | 0.51  | 0.39          |
| Mean       | 0.43  | 0.27          |
| Std. Dev.  | 0.07  | 0.06          |

| District | Reock | Polsby-Popper |
|----------|-------|---------------|
| 012      | 0.50  | 0.28          |
| 013      | 0.44  | 0.29          |
| 014      | 0.48  | 0.34          |

# Measures of Compactness Report

Nov14_GA_congress

Measures of Compactness Summary

**Reock**           The measure is always between 0 and 1, with 1 being the most compact.
**Polsby-Popper**   The measure is always between 0 and 1, with 1 being the most compact.