User:
Plan Name: **Ga_Congress_Enacted_2023_Plan**
Plan Type: **Congress**

# Measures of Compactness Report

Tuesday, December 12, 2023　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　8:35 AM

|  | Reock | Polsby-Popper |
|---|---|---|
| Sum | N/A | N/A |
| Min | 0.29 | 0.13 |
| Max | 0.53 | 0.29 |
| Mean | 0.42 | 0.24 |
| Std. Dev. | 0.07 | 0.05 |

| District | Reock | Polsby-Popper |
|---|---|---|
| 1 | 0.46 | 0.29 |
| 2 | 0.46 | 0.27 |
| 3 | 0.46 | 0.28 |
| 4 | 0.40 | 0.20 |
| 5 | 0.38 | 0.25 |
| 6 | 0.40 | 0.25 |
| 7 | 0.34 | 0.24 |
| 8 | 0.34 | 0.21 |
| 9 | 0.45 | 0.18 |
| 10 | 0.53 | 0.23 |
| 11 | 0.52 | 0.29 |

# Measures of Compactness Report

Ga_Congress_Enacted_2023_P

|           | Reock | Polsby-Popper |
|-----------|-------|---------------|
| Sum       | N/A   | N/A           |
| Min       | 0.29  | 0.13          |
| Max       | 0.53  | 0.29          |
| Mean      | 0.42  | 0.24          |
| Std. Dev. | 0.07  | 0.05          |

| District | Reock | Polsby-Popper |
|----------|-------|---------------|
| 12       | 0.50  | 0.28          |
| 13       | 0.29  | 0.13          |
| 14       | 0.40  | 0.29          |

# Measures of Compactness Report

Ga_Congress_Enacted_2023_P

Measures of Compactness Summary

**Reock**           The measure is always between 0 and 1, with 1 being the most compact.
**Polsby-Popper**   The measure is always between 0 and 1, with 1 being the most compact.