User:
Plan Name: **Ga_Congress_Enacted_2021_Plan**
Plan Type: **Senate**

# Measures of Compactness Report

Tuesday, November 22, 2022      4:39 PM

|  | **Reock** | **Polsby-Popper** |
|---|---|---|
| Mean | 0.44 | 0.27 |
| Min | 0.31 | 0.16 |
| Max | 0.56 | 0.39 |
| Std. Dev. | 0.07 | 0.06 |
| Sum | | |

**Higher Number is Better**      **Lower Number is Better**

| District | Reock | Polsby-Popper |
|---|---|---|
| 1 | 0.46 | 0.29 |
| 2 | 0.46 | 0.27 |
| 3 | 0.46 | 0.28 |
| 4 | 0.31 | 0.25 |
| 5 | 0.51 | 0.32 |
| 6 | 0.42 | 0.20 |
| 7 | 0.50 | 0.39 |
| 8 | 0.34 | 0.21 |
| 9 | 0.38 | 0.25 |
| 10 | 0.56 | 0.28 |
| 11 | 0.48 | 0.21 |
| 12 | 0.50 | 0.28 |
| 13 | 0.38 | 0.16 |
| 14 | 0.43 | 0.37 |

**Maptitude** For Redistricting

# Measures of Compactness Report

Ga_Congress_Enacted_2021_P

Measures of Compactness Summary

**Reock**           The measure is always between 0 and 1, with 1 being the most compact.
**Polsby-Popper**   The measure is always between 0 and 1, with 1 being the most compact.