User:
Plan Name: **Cooper_Illustrative_Plan**
Plan Type: **Congress**

# Political Subdivison Splits Between Districts

Tuesday, December 12, 2023                                                                                                                              8:12 AM

**Split Counts**

| Number of subdivisions split into more than one district: | | Number of splits involving no population: | |
|---|---|---|---|
| County | 15 | County | 0 |
| Voting District | 43 | Voting District | 1 |

Number of times a subdivision is split into multiple districts:
| | |
|---|---|
| County | 18 |
| Voting District | 44 |

| County | Voting District | District | Population |
|---|---|---|---|
| *Split Counties:* | | | |
| Bibb GA | | 002 | 108,371 |
| Bibb GA | | 008 | 48,975 |
| Cherokee GA | | 011 | 122,400 |
| Cherokee GA | | 014 | 144,220 |
| Clayton GA | | 005 | 37,919 |
| Clayton GA | | 013 | 259,676 |
| Cobb GA | | 003 | 25,421 |
| Cobb GA | | 006 | 452,386 |
| Cobb GA | | 011 | 288,342 |
| DeKalb GA | | 004 | 601,451 |
| DeKalb GA | | 005 | 162,931 |
| Effingham GA | | 001 | 47,208 |
| Effingham GA | | 012 | 17,561 |
| Fayette GA | | 006 | 4,143 |
| Fayette GA | | 013 | 115,051 |
| Fulton GA | | 005 | 564,287 |
| Fulton GA | | 006 | 164,371 |
| Fulton GA | | 007 | 92,558 |
| Fulton GA | | 011 | 245,494 |
| Gwinnett GA | | 007 | 672,579 |
| Gwinnett GA | | 009 | 284,483 |
| Hall GA | | 009 | 153,463 |
| Hall GA | | 010 | 49,673 |
| Houston GA | | 002 | 48,521 |
| Houston GA | | 008 | 115,112 |
| Lumpkin GA | | 010 | 29,598 |
| Lumpkin GA | | 014 | 3,890 |
| Muscogee GA | | 002 | 175,155 |
| Muscogee GA | | 003 | 31,767 |
| Newton GA | | 004 | 70,115 |
| Newton GA | | 013 | 42,368 |
| Wilkes GA | | 010 | 1,802 |
| Wilkes GA | | 012 | 7,763 |

## Political Subdivison Splits Between Districts
Cooper_Illustrative_Plan

| County | Voting District | District | Population |
|---|---|---|---|
| *Split VTDs:* | | | |
| Bibb GA | HOWARD 2 | 002 | 0 |
| Bibb GA | HOWARD 2 | 008 | 5,445 |
| Bibb GA | VINEVILLE 6 | 002 | 2,527 |
| Bibb GA | VINEVILLE 6 | 008 | 1,846 |
| Cherokee GA | ARNOLD MILL | 011 | 5,916 |
| Cherokee GA | ARNOLD MILL | 014 | 623 |
| Cherokee GA | TOONIGH | 011 | 373 |
| Cherokee GA | TOONIGH | 014 | 8,830 |
| Cobb GA | Durham 01 | 003 | 987 |
| Cobb GA | Durham 01 | 011 | 4,330 |
| Cobb GA | Eastside 02 | 006 | 4,603 |
| Cobb GA | Eastside 02 | 011 | 598 |
| Cobb GA | Elizabeth 02 | 006 | 334 |
| Cobb GA | Elizabeth 02 | 011 | 2,968 |
| Cobb GA | Harrison 01 | 003 | 3,865 |
| Cobb GA | Harrison 01 | 011 | 85 |
| Cobb GA | Kemp 03 | 003 | 4,841 |
| Cobb GA | Kemp 03 | 006 | 30 |
| Cobb GA | Kennesaw 1A | 006 | 2,972 |
| Cobb GA | Kennesaw 1A | 011 | 1,471 |
| Cobb GA | Kennesaw 3A | 006 | 3,540 |
| Cobb GA | Kennesaw 3A | 011 | 5,962 |
| Cobb GA | Lost Mountain 03 | 003 | 31 |
| Cobb GA | Lost Mountain 03 | 006 | 6,841 |
| Cobb GA | Pine Mountain 02 | 003 | 23 |
| Cobb GA | Pine Mountain 02 | 006 | 967 |
| Cobb GA | Pine Mountain 02 | 011 | 2,986 |
| Cobb GA | Sewell Mill 03 | 006 | 4,245 |
| Cobb GA | Sewell Mill 03 | 011 | 2,692 |
| DeKalb GA | Avondale (AVO) | 004 | 341 |
| DeKalb GA | Avondale (AVO) | 005 | 3,226 |
| DeKalb GA | North Decatur | 004 | 2,220 |
| DeKalb GA | North Decatur | 005 | 1,670 |
| DeKalb GA | Scott | 004 | 2,482 |
| DeKalb GA | Scott | 005 | 1,434 |
| Effingham GA | 4B | 001 | 2,759 |
| Effingham GA | 4B | 012 | 160 |
| Fayette GA | RAREOVER | 006 | 2,062 |
| Fayette GA | RAREOVER | 013 | 1,650 |
| Fayette GA | SANDY CREEK | 006 | 2,081 |
| Fayette GA | SANDY CREEK | 013 | 4,627 |
| Fulton GA | 11C | 005 | 3,058 |
| Fulton GA | 11C | 006 | 700 |
| Fulton GA | CP051 | 005 | 79 |
| Fulton GA | CP051 | 006 | 1,718 |
| Fulton GA | RW21 | 007 | 4,138 |

## Political Subdivison Splits Between Districts      Cooper_Illustrative_Plan

| County | Voting District | District | Population |
|---|---|---|---|
| Fulton GA | RW21 | 011 | 164 |
| Fulton GA | RW22A | 007 | 11 |
| Fulton GA | RW22A | 011 | 7,186 |
| Fulton GA | SC02 | 005 | 220 |
| Fulton GA | SC02 | 006 | 773 |
| Fulton GA | SS01 | 007 | 1,550 |
| Fulton GA | SS01 | 011 | 3,803 |
| Fulton GA | SS03 | 005 | 1,254 |
| Fulton GA | SS03 | 011 | 900 |
| Fulton GA | SS04 | 005 | 219 |
| Fulton GA | SS04 | 011 | 5,019 |
| Fulton GA | SS08C | 005 | 438 |
| Fulton GA | SS08C | 011 | 594 |
| Fulton GA | SS18A | 005 | 472 |
| Fulton GA | SS18A | 011 | 309 |
| Gwinnett GA | SUWANEE G | 007 | 815 |
| Gwinnett GA | SUWANEE G | 009 | 5,138 |
| Hall GA | GAINESVILLE I | 009 | 6,606 |
| Hall GA | GAINESVILLE I | 010 | 181 |
| Hall GA | GLADE | 009 | 25 |
| Hall GA | GLADE | 010 | 6,845 |
| Hall GA | WHELCHEL | 009 | 366 |
| Hall GA | WHELCHEL | 010 | 5,685 |
| Lumpkin GA | DAHLONEGA | 010 | 29,598 |
| Lumpkin GA | DAHLONEGA | 014 | 3,890 |
| Muscogee GA | COLUMBUS TECH | 002 | 7,876 |
| Muscogee GA | COLUMBUS TECH | 003 | 1,271 |
| Muscogee GA | CORNERSTONE | 002 | 10,259 |
| Muscogee GA | CORNERSTONE | 003 | 192 |
| Muscogee GA | ST PAUL/CLUBVIEW | 002 | 6,958 |
| Muscogee GA | ST PAUL/CLUBVIEW | 003 | 1,082 |
| Newton GA | BEAVERDAM | 004 | 101 |
| Newton GA | BEAVERDAM | 013 | 7,174 |
| Newton GA | CROWELL | 004 | 3,263 |
| Newton GA | CROWELL | 013 | 3,967 |
| Newton GA | FAIRVIEW | 004 | 856 |
| Newton GA | FAIRVIEW | 013 | 3,443 |
| Wilkes GA | 3174A - COURTHOUSE | 010 | 106 |
| Wilkes GA | 3174A - COURTHOUSE | 012 | 1,114 |
| Wilkes GA | 3174B - TIGNALL SCHOOL | 010 | 774 |
| Wilkes GA | 3174B - TIGNALL SCHOOL | 012 | 407 |