User:
Plan Name: **Ga_Congress_Enacted_2023_Plan**
Plan Type: **Congress**

# Political Subdivison Splits Between Districts

Saturday, December 9, 2023                                                                                                                                   6:18 PM

**Split Counts**

| Number of subdivisions split into more than one district: | | Number of splits involving no population: | |
|---|---|---|---|
| County | 16 | County | 0 |
| Voting District | 42 | Voting District | 5 |

Number of times a subdivision is split into multiple districts:
| | |
|---|---|
| County | 22 |
| Voting District | 42 |

| County | Voting District | District | Population |
|---|---|---|---|
| *Split Counties:* | | | |
| Bibb GA | | 2 | 108,371 |
| Bibb GA | | 8 | 48,975 |
| Cherokee GA | | 7 | 40,881 |
| Cherokee GA | | 11 | 225,739 |
| Clayton GA | | 5 | 171,184 |
| Clayton GA | | 13 | 126,411 |
| Cobb GA | | 6 | 290,955 |
| Cobb GA | | 11 | 339,735 |
| Cobb GA | | 14 | 135,459 |
| DeKalb GA | | 4 | 514,165 |
| DeKalb GA | | 5 | 231,534 |
| DeKalb GA | | 13 | 18,683 |
| Douglas GA | | 3 | 42,970 |
| Douglas GA | | 6 | 101,267 |
| Effingham GA | | 1 | 47,208 |
| Effingham GA | | 12 | 17,561 |
| Fayette GA | | 3 | 102,685 |
| Fayette GA | | 6 | 16,509 |
| Fulton GA | | 5 | 362,419 |
| Fulton GA | | 6 | 356,405 |
| Fulton GA | | 7 | 347,886 |
| Gwinnett GA | | 4 | 250,972 |
| Gwinnett GA | | 9 | 321,360 |
| Gwinnett GA | | 10 | 26,657 |
| Gwinnett GA | | 13 | 358,073 |
| Hall GA | | 7 | 64,801 |
| Hall GA | | 9 | 138,335 |
| Henry GA | | 3 | 23,975 |
| Henry GA | | 10 | 118,452 |
| Henry GA | | 13 | 98,285 |
| Houston GA | | 2 | 48,521 |
| Houston GA | | 8 | 115,112 |
| Muscogee GA | | 2 | 175,155 |

**Political Subdivison Splits Between Districts**  Ga_Congress_Enacted_2023_P

| County | Voting District | District | Population |
|---|---|---|---|
| Muscogee GA | | 3 | 31,767 |
| Newton GA | | 10 | 42,369 |
| Newton GA | | 13 | 70,114 |
| Wilkes GA | | 10 | 1,802 |
| Wilkes GA | | 12 | 7,763 |
| *Split VTDs:* | | | |
| Bibb GA | HOWARD 2 | 2 | 0 |
| Bibb GA | HOWARD 2 | 8 | 5,445 |
| Bibb GA | VINEVILLE 6 | 2 | 2,527 |
| Bibb GA | VINEVILLE 6 | 8 | 1,846 |
| Cherokee GA | HICKORY FLAT | 7 | 2,468 |
| Cherokee GA | HICKORY FLAT | 11 | 7,593 |
| Clayton GA | JONESBORO 18 | 5 | 3,154 |
| Clayton GA | JONESBORO 18 | 13 | 1,925 |
| Cobb GA | Baker 01 | 11 | 6,550 |
| Cobb GA | Baker 01 | 14 | 672 |
| Cobb GA | Cheatham Hill 02 | 11 | 3,844 |
| Cobb GA | Cheatham Hill 02 | 14 | 0 |
| Cobb GA | Cheatham Hill 03 | 11 | 273 |
| Cobb GA | Cheatham Hill 03 | 14 | 4,873 |
| Cobb GA | Dobbins 01 | 6 | 10,912 |
| Cobb GA | Dobbins 01 | 11 | 2,489 |
| Cobb GA | Kennesaw 3A | 11 | 9,377 |
| Cobb GA | Kennesaw 3A | 14 | 125 |
| Cobb GA | Marietta 7A | 6 | 1,413 |
| Cobb GA | Marietta 7A | 11 | 5,498 |
| Cobb GA | Oregon 04 | 6 | 6,498 |
| Cobb GA | Oregon 04 | 14 | 0 |
| Cobb GA | Pine Mountain 01 | 11 | 1,319 |
| Cobb GA | Pine Mountain 01 | 14 | 3,106 |
| Cobb GA | Sope Creek 02 | 6 | 0 |
| Cobb GA | Sope Creek 02 | 11 | 5,892 |
| DeKalb GA | Midway Elem | 4 | 290 |
| DeKalb GA | Midway Elem | 5 | 3,218 |
| DeKalb GA | Montreal (TUC) | 4 | 2,526 |
| DeKalb GA | Montreal (TUC) | 5 | 1,402 |
| Douglas GA | PRAYS MILL GYM | 3 | 7,167 |
| Douglas GA | PRAYS MILL GYM | 6 | 324 |
| Douglas GA | ST JULIANS EPISCOPAL | 3 | 2,125 |
| Douglas GA | ST JULIANS EPISCOPAL | 6 | 1,028 |
| Effingham GA | 4B | 1 | 2,759 |
| Effingham GA | 4B | 12 | 160 |
| Fulton GA | 09E | 5 | 3,052 |
| Fulton GA | 09E | 6 | 641 |
| Fulton GA | 09G | 5 | 820 |
| Fulton GA | 09G | 6 | 4,304 |
| Fulton GA | 11C | 5 | 0 |

## Political Subdivison Splits Between Districts

Ga_Congress_Enacted_2023_P

| County | Voting District | District | Population |
|---|---|---|---|
| Fulton GA | 11C | 6 | 3,758 |
| Fulton GA | SS06 | 6 | 1,467 |
| Fulton GA | SS06 | 7 | 869 |
| Fulton GA | SS08D | 6 | 2,643 |
| Fulton GA | SS08D | 7 | 230 |
| Gwinnett GA | BAYCREEK I | 9 | 5,069 |
| Gwinnett GA | BAYCREEK I | 13 | 3,764 |
| Gwinnett GA | BERKSHIRE H | 4 | 2,475 |
| Gwinnett GA | BERKSHIRE H | 13 | 1,991 |
| Gwinnett GA | DACULA | 9 | 1,424 |
| Gwinnett GA | DACULA | 10 | 5,888 |
| Gwinnett GA | HARBINS A | 9 | 1,916 |
| Gwinnett GA | HARBINS A | 10 | 9,196 |
| Gwinnett GA | LAWRENCEVILLE D | 9 | 9,655 |
| Gwinnett GA | LAWRENCEVILLE D | 13 | 1,156 |
| Gwinnett GA | MARTINS J | 4 | 5,148 |
| Gwinnett GA | MARTINS J | 13 | 3,174 |
| Hall GA | CHESTATEE | 7 | 4,121 |
| Hall GA | CHESTATEE | 9 | 1,110 |
| Hall GA | FORK | 7 | 3,832 |
| Hall GA | FORK | 9 | 473 |
| Hall GA | MORGAN I | 7 | 830 |
| Hall GA | MORGAN I | 9 | 4,583 |
| Muscogee GA | COLUMBUS TECH | 2 | 7,876 |
| Muscogee GA | COLUMBUS TECH | 3 | 1,271 |
| Muscogee GA | CORNERSTONE | 2 | 10,259 |
| Muscogee GA | CORNERSTONE | 3 | 192 |
| Muscogee GA | ST PAUL/CLUBVIEW | 2 | 6,958 |
| Muscogee GA | ST PAUL/CLUBVIEW | 3 | 1,082 |
| Newton GA | ALCOVY | 10 | 464 |
| Newton GA | ALCOVY | 13 | 6,251 |
| Newton GA | CITY POND | 10 | 712 |
| Newton GA | CITY POND | 13 | 2,372 |
| Newton GA | DOWNS | 10 | 8,507 |
| Newton GA | DOWNS | 13 | 114 |
| Newton GA | LIVINGSTON | 10 | 2,077 |
| Newton GA | LIVINGSTON | 13 | 4,260 |
| Newton GA | OXFORD | 10 | 2,304 |
| Newton GA | OXFORD | 13 | 1,737 |
| Wilkes GA | 3174A - COURTHOUSE | 10 | 106 |
| Wilkes GA | 3174A - COURTHOUSE | 12 | 1,114 |
| Wilkes GA | 3174B - TIGNALL SCHOOL | 10 | 774 |
| Wilkes GA | 3174B - TIGNALL SCHOOL | 12 | 407 |