User:
Plan Name: **Ga_Congress_Enacted_2021_Plan**
Plan Type: **Congress**

# Political Subdivison Splits Between Districts

Tuesday, December 12, 2023                                                                                                                   8:20 AM

**Split Counts**

Number of subdivisions split into more than one district:       Number of splits involving no population:

| County | 15 | County | 0 |
| Voting District | 47 | Voting District | 1 |

Number of times a subdivision is split into multiple districts:

| County | 21 |
| Voting District | 47 |

| County | Voting District | District | Population |
|---|---|---|---|
| *Split Counties:* | | | |
| Bibb GA | | 2 | 108,371 |
| Bibb GA | | 8 | 48,975 |
| Cherokee GA | | 6 | 40,881 |
| Cherokee GA | | 11 | 225,739 |
| Clayton GA | | 5 | 37,919 |
| Clayton GA | | 13 | 259,676 |
| Cobb GA | | 6 | 165,925 |
| Cobb GA | | 11 | 397,281 |
| Cobb GA | | 13 | 125,029 |
| Cobb GA | | 14 | 77,914 |
| DeKalb GA | | 4 | 601,451 |
| DeKalb GA | | 5 | 162,931 |
| Douglas GA | | 3 | 42,970 |
| Douglas GA | | 13 | 101,267 |
| Effingham GA | | 1 | 47,208 |
| Effingham GA | | 12 | 17,561 |
| Fayette GA | | 3 | 102,685 |
| Fayette GA | | 13 | 16,509 |
| Fulton GA | | 5 | 564,287 |
| Fulton GA | | 6 | 245,494 |
| Fulton GA | | 7 | 92,558 |
| Fulton GA | | 13 | 164,371 |
| Gwinnett GA | | 6 | 34,755 |
| Gwinnett GA | | 7 | 672,579 |
| Gwinnett GA | | 9 | 249,728 |
| Henry GA | | 3 | 23,975 |
| Henry GA | | 10 | 118,452 |
| Henry GA | | 13 | 98,285 |
| Houston GA | | 2 | 48,521 |
| Houston GA | | 8 | 115,112 |
| Muscogee GA | | 2 | 175,155 |
| Muscogee GA | | 3 | 31,767 |
| Newton GA | | 4 | 70,114 |

## Political Subdivison Splits Between Districts

Ga_Congress_Enacted_2021_P

| County | Voting District | District | Population |
|---|---|---|---|
| Newton GA |  | 10 | 42,369 |
| Wilkes GA |  | 10 | 1,802 |
| Wilkes GA |  | 12 | 7,763 |
| *Split VTDs:* |  |  |  |
| Bibb GA | HOWARD 2 | 2 | 0 |
| Bibb GA | HOWARD 2 | 8 | 5,445 |
| Bibb GA | VINEVILLE 6 | 2 | 2,527 |
| Bibb GA | VINEVILLE 6 | 8 | 1,846 |
| Cherokee GA | HICKORY FLAT | 6 | 2,468 |
| Cherokee GA | HICKORY FLAT | 11 | 7,593 |
| Cobb GA | East Piedmont 01 | 6 | 3,511 |
| Cobb GA | East Piedmont 01 | 11 | 411 |
| Cobb GA | Eastside 02 | 6 | 459 |
| Cobb GA | Eastside 02 | 11 | 4,742 |
| Cobb GA | Elizabeth 01 | 6 | 177 |
| Cobb GA | Elizabeth 01 | 11 | 5,693 |
| Cobb GA | Kemp 02 | 11 | 2,051 |
| Cobb GA | Kemp 02 | 14 | 3,151 |
| Cobb GA | Mableton 01 | 13 | 5,999 |
| Cobb GA | Mableton 01 | 14 | 1,103 |
| Cobb GA | Mableton 02 | 13 | 4,152 |
| Cobb GA | Mableton 02 | 14 | 1,531 |
| Cobb GA | Marietta 5A | 6 | 106 |
| Cobb GA | Marietta 5A | 11 | 4,228 |
| Cobb GA | Marietta 5B | 6 | 2,828 |
| Cobb GA | Marietta 5B | 11 | 1,933 |
| Cobb GA | Marietta 6A | 6 | 1,532 |
| Cobb GA | Marietta 6A | 11 | 3,022 |
| Cobb GA | Nickajack 01 | 11 | 6,108 |
| Cobb GA | Nickajack 01 | 13 | 18 |
| Cobb GA | Oakdale 01 | 11 | 3,804 |
| Cobb GA | Oakdale 01 | 13 | 807 |
| Cobb GA | Oregon 05 | 11 | 3,496 |
| Cobb GA | Oregon 05 | 14 | 1,409 |
| Cobb GA | Palmer 01 | 6 | 1,900 |
| Cobb GA | Palmer 01 | 11 | 1,785 |
| Cobb GA | Sewell Mill 03 | 6 | 5,051 |
| Cobb GA | Sewell Mill 03 | 11 | 1,886 |
| Cobb GA | Smyrna 3A | 11 | 6,191 |
| Cobb GA | Smyrna 3A | 13 | 3,601 |
| Cobb GA | Smyrna 5A | 11 | 1,557 |
| Cobb GA | Smyrna 5A | 13 | 5,432 |
| Cobb GA | Smyrna 7A | 11 | 366 |
| Cobb GA | Smyrna 7A | 13 | 8,229 |
| DeKalb GA | Avondale (AVO) | 4 | 341 |
| DeKalb GA | Avondale (AVO) | 5 | 3,226 |
| DeKalb GA | North Decatur | 4 | 2,220 |

**Political Subdivison Splits Between Districts**  Ga_Congress_Enacted_2021_P

| County | Voting District | District | Population |
|---|---|---|---|
| DeKalb GA | North Decatur | 5 | 1,670 |
| DeKalb GA | Scott | 4 | 2,482 |
| DeKalb GA | Scott | 5 | 1,434 |
| Douglas GA | PRAYS MILL GYM | 3 | 7,167 |
| Douglas GA | PRAYS MILL GYM | 13 | 324 |
| Douglas GA | ST JULIANS EPISCOPAL | 3 | 2,125 |
| Douglas GA | ST JULIANS EPISCOPAL | 13 | 1,028 |
| Effingham GA | 4B | 1 | 2,759 |
| Effingham GA | 4B | 12 | 160 |
| Fulton GA | 11C | 5 | 3,058 |
| Fulton GA | 11C | 13 | 700 |
| Fulton GA | CP051 | 5 | 79 |
| Fulton GA | CP051 | 13 | 1,718 |
| Fulton GA | RW21 | 6 | 164 |
| Fulton GA | RW21 | 7 | 4,138 |
| Fulton GA | RW22A | 6 | 7,186 |
| Fulton GA | RW22A | 7 | 11 |
| Fulton GA | SC02 | 5 | 220 |
| Fulton GA | SC02 | 13 | 773 |
| Fulton GA | SS01 | 6 | 3,803 |
| Fulton GA | SS01 | 7 | 1,550 |
| Fulton GA | SS03 | 5 | 1,254 |
| Fulton GA | SS03 | 6 | 900 |
| Fulton GA | SS04 | 5 | 219 |
| Fulton GA | SS04 | 6 | 5,019 |
| Fulton GA | SS08C | 5 | 438 |
| Fulton GA | SS08C | 6 | 594 |
| Fulton GA | SS18A | 5 | 472 |
| Fulton GA | SS18A | 6 | 309 |
| Gwinnett GA | SUWANEE G | 7 | 815 |
| Gwinnett GA | SUWANEE G | 9 | 5,138 |
| Muscogee GA | COLUMBUS TECH | 2 | 7,876 |
| Muscogee GA | COLUMBUS TECH | 3 | 1,271 |
| Muscogee GA | CORNERSTONE | 2 | 10,259 |
| Muscogee GA | CORNERSTONE | 3 | 192 |
| Muscogee GA | ST PAUL/CLUBVIEW | 2 | 6,958 |
| Muscogee GA | ST PAUL/CLUBVIEW | 3 | 1,082 |
| Newton GA | ALCOVY | 4 | 6,251 |
| Newton GA | ALCOVY | 10 | 464 |
| Newton GA | CITY POND | 4 | 2,372 |
| Newton GA | CITY POND | 10 | 712 |
| Newton GA | DOWNS | 4 | 114 |
| Newton GA | DOWNS | 10 | 8,507 |
| Newton GA | LIVINGSTON | 4 | 4,260 |
| Newton GA | LIVINGSTON | 10 | 2,077 |
| Newton GA | OXFORD | 4 | 1,737 |
| Newton GA | OXFORD | 10 | 2,304 |

**Political Subdivison Splits Between Districts**   Ga_Congress_Enacted_2021_P

| County | Voting District | District | Population |
|---|---|---|---|
| Wilkes GA | 3174A - COURTHOUSE | 10 | 106 |
| Wilkes GA | 3174A - COURTHOUSE | 12 | 1,114 |
| Wilkes GA | 3174B - TIGNALL SCHOOL | 10 | 774 |
| Wilkes GA | 3174B - TIGNALL SCHOOL | 12 | 407 |