User:
Plan Name: **Cooper_Illustrative_Plan**
Plan Type: **Congress**

# Communities of Interest (Condensed)

Tuesday, December 12, 2023                                                                                                        10:04 AM

**Whole City/Town : 494**
**City/Town Splits: 84**
**Zero Population City/Town Splits: 6**

| District | City/Town | Population | % Pop | District | City/Town | Population | % Pop |
|---|---|---|---|---|---|---|---|
| 001 | Guyton | 285 | 12.45% | 007 | Alpharetta | 4,390 | 6.67% |
| 001 | Springfield | 18 | 0.67% | 007 | Suwanee | 346 | 1.66% |
| 002 | Barwick | 258 | 71.07% | 007 | Loganville | 3,155 | 22.33% |
| 002 | Pavo | 380 | 61.09% | 007 | Lawrenceville | 29,016 | 94.73% |
| 002 | Perry | 90 | 0.44% | 007 | Dacula | 6,882 | 100.00% |
| 002 | Centerville | 8,228 | 100.00% | 008 | Barwick | 105 | 28.93% |
| 002 | Warner Robins | 31,703 | 39.48% | 008 | Pavo | 242 | 38.91% |
| | | | | 008 | Perry | 20,534 | 99.56% |
| 002 | Columbus | 175,155 | 84.65% | 008 | McRae-Helena | 6,253 | 100.00% |
| 002 | Manchester | 92 | 2.57% | | | | |
| 003 | Villa Rica | 9,706 | 57.20% | 008 | Centerville | 0 | 0.00% |
| 003 | Chattahoochee Hills | 2 | 0.07% | 008 | Warner Robins | 48,605 | 60.52% |
| 003 | Palmetto | 561 | 11.06% | 008 | Allentown | 190 | 97.44% |
| 003 | Columbus | 31,767 | 15.35% | 008 | Scotland | 166 | 95.95% |
| 003 | Manchester | 3,492 | 97.43% | 009 | Auburn | 225 | 3.00% |
| 003 | Taylorsville | 35 | 13.89% | 009 | Braselton | 11,396 | 85.03% |
| 004 | Social Circle | 5 | 0.10% | 009 | Gainesville | 39,707 | 93.88% |
| 004 | Avondale Estates | 341 | 9.56% | 009 | Gillsville | 212 | 69.28% |
| | | | | 009 | Maysville | 834 | 44.67% |
| 004 | Atlanta | 42 | 0.01% | 009 | Suwanee | 20,440 | 98.34% |
| 005 | Riverdale | 0 | 0.00% | 009 | Lawrenceville | 1,613 | 5.27% |
| 005 | Forest Park | 14,165 | 71.07% | 009 | Dacula | 0 | 0.00% |
| 005 | Avondale Estates | 3,226 | 90.44% | 010 | Social Circle | 4,969 | 99.90% |
| | | | | 010 | Auburn | 7,270 | 97.00% |
| 005 | Sandy Springs | 52,999 | 49.04% | 010 | Braselton | 2,007 | 14.97% |
| | | | | 010 | Gainesville | 2,589 | 6.12% |
| 005 | South Fulton | 3,731 | 3.47% | 010 | Gillsville | 94 | 30.72% |
| 005 | College Park | 8,958 | 64.31% | 010 | Maysville | 1,033 | 55.33% |
| 005 | East Point | 34,652 | 90.34% | 010 | Loganville | 10,972 | 77.67% |
| 005 | Atlanta | 497,973 | 99.85% | 011 | Sandy Springs | 53,531 | 49.53% |
| 006 | Villa Rica | 7,264 | 42.80% | | | | |
| 006 | Chattahoochee Hills | 2,948 | 99.93% | 011 | Roswell | 88,668 | 95.51% |
| | | | | 011 | Kennesaw | 26,524 | 80.29% |
| 006 | Palmetto | 4,510 | 88.94% | 011 | Alpharetta | 61,428 | 93.33% |
| 006 | Tyrone | 2,290 | 29.90% | 011 | Taylorsville | 217 | 86.11% |
| 006 | South Fulton | 103,705 | 96.53% | 011 | Marietta | 0 | 0.00% |
| 006 | College Park | 4,972 | 35.69% | 011 | Woodstock | 33,557 | 95.70% |
| 006 | East Point | 3,706 | 9.66% | 011 | Holly Springs | 45 | 0.28% |
| 006 | Atlanta | 700 | 0.14% | 012 | McRae-Helena | 0 | 0.00% |
| 006 | Kennesaw | 6,512 | 19.71% | | | | |
| 006 | Marietta | 60,972 | 100.00% | 012 | Allentown | 5 | 2.56% |
| 007 | Sandy Springs | 1,550 | 1.43% | 012 | Scotland | 7 | 4.05% |
| | | | | 012 | Guyton | 2,004 | 87.55% |
| 007 | Roswell | 4,165 | 4.49% | | | | |

## Communities of Interest (Condensed)

Cooper_Illustrative_Plan

| District | City/Town | Population | % Pop | District | City/Town | Population | % Pop |
|---|---|---|---|---|---|---|---|
| 012 | Springfield | 2,685 | 99.33% | | | | |
| 013 | Tyrone | 5,368 | 70.10% | | | | |
| 013 | Riverdale | 15,129 | 100.00% | | | | |
| 013 | Forest Park | 5,767 | 28.93% | | | | |
| 014 | Woodstock | 1,508 | 4.30% | | | | |
| 014 | Holly Springs | 16,168 | 99.72% | | | | |