User:
Plan Name: **Ga_Congress_Enacted_2023_Plan**
Plan Type: **Congress**

## Communities of Interest (Condensed)

Saturday, December 9, 2023                                                               6:24 PM

**Whole City/Town : 488**
**City/Town Splits: 100**
**Zero Population City/Town Splits: 9**

| District | City/Town | Population | % Pop | District | City/Town | Population | % Pop |
|---|---|---|---|---|---|---|---|
| 1 | Guyton | 285 | 12.45% | 7 | Flowery Branch | 9,391 | 100.00% |
| 1 | Springfield | 18 | 0.67% | 7 | Sandy Springs | 64,915 | 60.06% |
| 2 | Barwick | 258 | 71.07% | 7 | Roswell | 92,833 | 100.00% |
| 2 | Pavo | 380 | 61.09% | 7 | Oakwood | 219 | 4.54% |
| 2 | Perry | 90 | 0.44% | 7 | Gainesville | 3,994 | 9.44% |
| 2 | Centerville | 8,228 | 100.00% | 7 | Nelson | 596 | 52.05% |
| 2 | Warner Robins | 31,703 | 39.48% | 7 | Buford | 2,665 | 15.54% |
| 2 | Columbus | 175,155 | 84.65% | 7 | Rest Haven | 25 | 55.56% |
| 2 | Manchester | 92 | 2.57% | 7 | Holly Springs | 404 | 2.49% |
| 3 | Chattahoochee Hills | 2 | 0.07% | 7 | Mountain Park | 571 | 97.94% |
| 3 | Douglasville | 1,139 | 3.29% | 8 | Barwick | 105 | 28.93% |
| 3 | Palmetto | 561 | 11.06% | 8 | Pavo | 242 | 38.91% |
| 3 | Tyrone | 7,658 | 100.00% | 8 | Perry | 20,534 | 99.56% |
| 3 | Fayetteville | 18,554 | 97.87% | 8 | McRae-Helena | 6,253 | 100.00% |
| 3 | McDonough | 1,033 | 3.56% | 8 | Centerville | 0 | 0.00% |
| 3 | Columbus | 31,767 | 15.35% | 8 | Warner Robins | 48,605 | 60.52% |
| 3 | Manchester | 3,492 | 97.43% | 8 | Allentown | 190 | 97.44% |
| 4 | Clarkston | 14,754 | 99.99% | 8 | Scotland | 166 | 95.95% |
| 4 | Brookhaven | 14,763 | 26.76% | 9 | Martin | 335 | 99.70% |
| 4 | Tucker | 35,597 | 96.20% | 9 | Flowery Branch | 0 | 0.00% |
| 4 | Lilburn | 196 | 1.35% | 9 | Auburn | 225 | 3.00% |
| 4 | Suwanee | 346 | 1.66% | 9 | Braselton | 11,396 | 85.03% |
| 5 | Forest Park | 19,932 | 100.00% | 9 | Oakwood | 4,603 | 95.46% |
| 5 | Morrow | 6,569 | 100.00% | 9 | Gainesville | 38,302 | 90.56% |
| 5 | Clarkston | 2 | 0.01% | 9 | Suwanee | 20,440 | 98.34% |
| 5 | Brookhaven | 40,398 | 73.24% | 9 | Lawrenceville | 13,152 | 42.94% |
| 5 | Tucker | 1,408 | 3.80% | 9 | Dacula | 122 | 1.77% |
| 5 | College Park | 10,864 | 77.99% | 9 | Buford | 14,479 | 84.46% |
| 5 | East Point | 34,652 | 90.34% | 9 | Rest Haven | 20 | 44.44% |
| 5 | Atlanta | 351,343 | 70.45% | 10 | Martin | 1 | 0.30% |
| 6 | Chattahoochee Hills | 2,948 | 99.93% | 10 | Stockbridge | 0 | 0.00% |
| 6 | Douglasville | 33,511 | 96.71% | 10 | McDonough | 28,018 | 96.44% |
| 6 | Palmetto | 4,510 | 88.94% | 10 | Covington | 238 | 1.68% |
| 6 | Tyrone | 0 | 0.00% | 10 | Oxford | 33 | 1.43% |
| 6 | Fayetteville | 403 | 2.13% | 10 | Auburn | 7,270 | 97.00% |
| 6 | Sandy Springs | 43,165 | 39.94% | 10 | Braselton | 2,007 | 14.97% |
| 6 | College Park | 3,066 | 22.01% | 10 | Loganville | 10,972 | 77.67% |
| 6 | East Point | 3,706 | 9.66% | 10 | Dacula | 6,760 | 98.23% |
| 6 | Atlanta | 147,372 | 29.55% | 11 | Roswell | 0 | 0.00% |
| 6 | Marietta | 1,413 | 2.32% | | | | |

## Communities of Interest (Condensed)

Ga_Congress_Enacted_2023_P

| District | City/Town | Population | % Pop |
|---|---|---|---|
| 11 | Kennesaw | 13,820 | 41.83% |
| 11 | Nelson | 549 | 47.95% |
| 11 | Taylorsville | 217 | 86.11% |
| 11 | Marietta | 59,559 | 97.68% |
| 11 | Holly Springs | 15,809 | 97.51% |
| 11 | Mountain Park | 12 | 2.06% |
| 12 | McRae-Helena | 0 | 0.00% |
| 12 | Allentown | 5 | 2.56% |
| 12 | Scotland | 7 | 4.05% |
| 12 | Guyton | 2,004 | 87.55% |
| 12 | Springfield | 2,685 | 99.33% |
| 13 | Stockbridge | 28,973 | 100.00% |
| 13 | Covington | 13,954 | 98.32% |
| 13 | Oxford | 2,275 | 98.57% |
| 13 | Forest Park | 0 | 0.00% |
| 13 | Morrow | 0 | 0.00% |
| 13 | Lilburn | 14,306 | 98.65% |
| 13 | Loganville | 3,155 | 22.33% |
| 13 | Lawrenceville | 17,477 | 57.06% |
| 14 | Kennesaw | 19,216 | 58.17% |
| 14 | Taylorsville | 35 | 13.89% |