User:
Plan Name: **Ga_Congress_Enacted_2021_Plan**
Plan Type: **Congress**

# Communities of Interest (Condensed)

Tuesday, December 12, 2023     10:25 AM

**Whole City/Town : 488**
**City/Town Splits: 99**
**Zero Population City/Town Splits: 8**

| District | City/Town | Population | % Pop | District | City/Town | Population | % Pop |
|---|---|---|---|---|---|---|---|
| 1 | Guyton GA | 285 | 12.45% | 6 | Sandy Springs GA | 53,531 | 49.53% |
| 1 | Springfield GA | 18 | 0.67% | 6 | Roswell GA | 88,668 | 95.51% |
| 2 | Barwick GA | 258 | 71.07% | 6 | Alpharetta GA | 61,428 | 93.33% |
| 2 | Pavo GA | 380 | 61.09% | 6 | Suwanee GA | 0 | 0.00% |
| 2 | Perry GA | 90 | 0.44% | 6 | Nelson GA | 596 | 52.05% |
| 2 | Centerville GA | 8,228 | 100.00% | 6 | Sugar Hill GA | 19,576 | 78.07% |
| 2 | Warner Robins GA | 31,703 | 39.48% | 6 | Buford GA | 695 | 4.05% |
| 2 | Columbus GA | 175,155 | 84.65% | 6 | Marietta GA | 8,207 | 13.46% |
| 2 | Manchester GA | 92 | 2.57% | 6 | Holly Springs GA | 404 | 2.49% |
| 3 | Chattahoochee Hills GA | 2 | 0.07% | 6 | Mountain Park GA | 571 | 97.94% |
| 3 | Douglasville GA | 1,139 | 3.29% | 7 | Sandy Springs GA | 1,550 | 1.43% |
| 3 | Palmetto GA | 561 | 11.06% | 7 | Roswell GA | 4,165 | 4.49% |
| 3 | Tyrone GA | 7,658 | 100.00% | 7 | Alpharetta GA | 4,390 | 6.67% |
| 3 | Fayetteville GA | 18,554 | 97.87% | 7 | Suwanee GA | 346 | 1.66% |
| 3 | McDonough GA | 1,033 | 3.56% | 7 | Loganville GA | 3,155 | 22.33% |
| 3 | Columbus GA | 31,767 | 15.35% | 7 | Lawrenceville GA | 29,016 | 94.73% |
| 3 | Manchester GA | 3,492 | 97.43% | 7 | Dacula GA | 6,882 | 100.00% |
| 4 | Covington GA | 13,954 | 98.32% | 8 | Barwick GA | 105 | 28.93% |
| 4 | Oxford GA | 2,275 | 98.57% | 8 | Pavo GA | 242 | 38.91% |
| 4 | Avondale Estates GA | 341 | 9.56% | 8 | Perry GA | 20,534 | 99.56% |
| 4 | Atlanta GA | 42 | 0.01% | 8 | McRae-Helena GA | 6,253 | 100.00% |
| 5 | Riverdale GA | 0 | 0.00% | 8 | Centerville GA | 0 | 0.00% |
| 5 | Forest Park GA | 14,165 | 71.07% | 8 | Warner Robins GA | 48,605 | 60.52% |
| 5 | Avondale Estates GA | 3,226 | 90.44% | 8 | Allentown GA | 190 | 97.44% |
| 5 | Sandy Springs GA | 52,999 | 49.04% | 8 | Scotland GA | 166 | 95.95% |
| 5 | South Fulton GA | 3,731 | 3.47% | 9 | Royston GA | 2,648 | 99.96% |
| 5 | College Park GA | 8,958 | 64.31% | 9 | Auburn GA | 225 | 3.00% |
| 5 | East Point GA | 34,652 | 90.34% | 9 | Braselton GA | 7,160 | 53.42% |
| 5 | Atlanta GA | 497,973 | 99.85% | 9 | Maysville GA | 1,033 | 55.33% |
| | | | | 9 | Suwanee GA | 20,440 | 98.34% |
| | | | | 9 | Lawrenceville GA | 1,613 | 5.27% |
| | | | | 9 | Dacula GA | 0 | 0.00% |
| | | | | 9 | Sugar Hill GA | 5,500 | 21.93% |
| | | | | 9 | Buford GA | 16,449 | 95.95% |

# Communities of Interest (Condensed)

| District | City/Town | Population | % Pop | District | City/Town | Population | % Pop |
|----------|-----------|-----------|-------|----------|-----------|-----------|-------|
| 10 | Royston GA | 1 | 0.04% | | | | |
| 10 | Stockbridge GA | 0 | 0.00% | | | | |
| 10 | McDonough GA | 28,018 | 96.44% | | | | |
| 10 | Covington GA | 238 | 1.68% | | | | |
| 10 | Oxford GA | 33 | 1.43% | | | | |
| 10 | Auburn GA | 7,270 | 97.00% | | | | |
| 10 | Braselton GA | 6,243 | 46.58% | | | | |
| 10 | Maysville GA | 834 | 44.67% | | | | |
| 10 | Loganville GA | 10,972 | 77.67% | | | | |
| 11 | Nelson GA | 549 | 47.95% | | | | |
| 11 | Taylorsville GA | 217 | 86.11% | | | | |
| 11 | Marietta GA | 52,765 | 86.54% | | | | |
| 11 | Smyrna GA | 30,193 | 54.24% | | | | |
| 11 | Holly Springs GA | 15,809 | 97.51% | | | | |
| 11 | Mountain Park GA | 12 | 2.06% | | | | |
| 12 | McRae-Helena GA | 0 | 0.00% | | | | |
| 12 | Allentown GA | 5 | 2.56% | | | | |
| 12 | Scotland GA | 7 | 4.05% | | | | |
| 12 | Guyton GA | 2,004 | 87.55% | | | | |
| 12 | Springfield GA | 2,685 | 99.33% | | | | |
| 13 | Chattahoochee Hills GA | 2,948 | 99.93% | | | | |
| 13 | Douglasville GA | 33,511 | 96.71% | | | | |
| 13 | Palmetto GA | 4,510 | 88.94% | | | | |
| 13 | Tyrone GA | 0 | 0.00% | | | | |
| 13 | Fayetteville GA | 403 | 2.13% | | | | |
| 13 | Stockbridge GA | 28,973 | 100.00% | | | | |
| 13 | Riverdale GA | 15,129 | 100.00% | | | | |
| 13 | Forest Park GA | 5,767 | 28.93% | | | | |
| 13 | South Fulton GA | 103,705 | 96.53% | | | | |
| 13 | College Park GA | 4,972 | 35.69% | | | | |
| 13 | East Point GA | 3,706 | 9.66% | | | | |
| 13 | Atlanta GA | 700 | 0.14% | | | | |
| 13 | Austell GA | 126 | 1.63% | | | | |
| 13 | Smyrna GA | 25,470 | 45.76% | | | | |
| 14 | Austell GA | 7,587 | 98.37% | | | | |
| 14 | Taylorsville GA | 35 | 13.89% | | | | |