User:
Plan Name: **Cooper_Illustrative_Plan**
Plan Type: **Congress**

# Communities of Interest (Condensed)

Tuesday, December 12, 2023                                                                                                              10:48 AM

**Whole CBSA : 8**
**CBSA Splits: 22**
**Zero Population CBSA Splits: 0**

| District | CBSA | Population | % Pop | District | CBSA | Population | % Pop |
|---|---|---:|---:|---|---|---:|---:|
| 001 | Savannah, GA | 387,237 | 95.66% | 010 | Atlanta-Sandy Springs-Alpharetta, GA | 200,275 | 3.29% |
| 002 | Columbus, GA-AL | 203,265 | 75.37% | | | | |
| 002 | Albany, GA | 128,138 | 86.04% | | | | |
| 002 | Warner Robins, GA | 76,502 | 39.93% | 010 | Gainesville, GA | 49,673 | 24.45% |
| 002 | Macon-Bibb County, GA | 120,501 | 51.54% | 011 | Atlanta-Sandy Springs-Alpharetta, GA | 765,137 | 12.56% |
| 003 | Atlanta-Sandy Springs-Alpharetta, GA | 558,721 | 9.17% | | | | |
| | | | | 012 | Savannah, GA | 17,561 | 4.34% |
| 003 | Columbus, GA-AL | 66,435 | 24.63% | 013 | Atlanta-Sandy Springs-Alpharetta, GA | 765,135 | 12.56% |
| 004 | Atlanta-Sandy Springs-Alpharetta, GA | 765,136 | 12.56% | | | | |
| | | | | 014 | Atlanta-Sandy Springs-Alpharetta, GA | 204,234 | 3.35% |
| 005 | Atlanta-Sandy Springs-Alpharetta, GA | 765,137 | 12.56% | | | | |
| 006 | Atlanta-Sandy Springs-Alpharetta, GA | 765,137 | 12.56% | | | | |
| 007 | Atlanta-Sandy Springs-Alpharetta, GA | 765,137 | 12.56% | | | | |
| 008 | Albany, GA | 20,784 | 13.96% | | | | |
| 008 | Warner Robins, GA | 115,112 | 60.07% | | | | |
| 008 | Macon-Bibb County, GA | 113,301 | 48.46% | | | | |
| 009 | Atlanta-Sandy Springs-Alpharetta, GA | 535,766 | 8.80% | | | | |
| 009 | Gainesville, GA | 153,463 | 75.55% | | | | |