User:
Plan Name: **Ga_Congress_Enacted_2021_Plan**
Plan Type: **Congress**

# Communities of Interest (Condensed)

Saturday, December 9, 2023                                                                                                   7:38 PM

**Whole CBSA : 9**
**CBSA Splits: 20**
**Zero Population CBSA Splits: 0**

| District | CBSA | Population | % Pop | District | CBSA | Population | % Pop |
|---|---|---:|---:|---|---|---:|---:|
| 1 | Savannah, GA | 387,237 | 95.66% | 10 | Atlanta-Sandy Springs-Alpharetta, GA | 401,118 | 6.59% |
| 2 | Columbus, GA-AL | 203,265 | 75.37% | | | | |
| 2 | Albany, GA | 128,138 | 86.04% | | | | |
| 2 | Warner Robins, GA | 76,502 | 39.93% | 11 | Atlanta-Sandy Springs-Alpharetta, GA | 765,137 | 12.56% |
| 2 | Macon-Bibb County, GA | 120,501 | 51.54% | | | | |
| 3 | Atlanta-Sandy Springs-Alpharetta, GA | 601,575 | 9.88% | | | | |
| | | | | 12 | Savannah, GA | 17,561 | 4.34% |
| | | | | 13 | Atlanta-Sandy Springs-Alpharetta, GA | 765,137 | 12.56% |
| 3 | Columbus, GA-AL | 66,435 | 24.63% | | | | |
| 4 | Atlanta-Sandy Springs-Alpharetta, GA | 765,135 | 12.56% | 14 | Atlanta-Sandy Springs-Alpharetta, GA | 246,575 | 4.05% |
| 5 | Atlanta-Sandy Springs-Alpharetta, GA | 765,137 | 12.56% | | | | |
| 6 | Atlanta-Sandy Springs-Alpharetta, GA | 765,136 | 12.56% | | | | |
| 7 | Atlanta-Sandy Springs-Alpharetta, GA | 765,137 | 12.56% | | | | |
| 8 | Albany, GA | 20,784 | 13.96% | | | | |
| 8 | Warner Robins, GA | 115,112 | 60.07% | | | | |
| 8 | Macon-Bibb County, GA | 113,301 | 48.46% | | | | |
| 9 | Atlanta-Sandy Springs-Alpharetta, GA | 249,728 | 4.10% | | | | |