**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| **DONNA CURLING, ET AL.,**<br>Plaintiffs,<br><br>v.<br><br>**BRIAN KEMP, ET AL.,**<br>Defendants. | **Civil Action No. 1:17-CV-2989-AT** |

**PLAINTIFFS' JOINT MOTION FOR
STATUS CONFERENCE AND PROPOSED SCHEDULE**

Plaintiffs Donna Curling, Donna Price, and Jeffrey Schoenberg (the "**Curling Plaintiffs**"), together with the Coalition for Good Governance, William Digges III, Laura Digges, Megan Missett, and Ricardo Davis (the "**Coalition Plaintiffs**"), respectfully request a status conference and an expedited schedule for this case, and in connection therewith state:

1. On September 17, 2018, this Court entered an Order denying Plaintiffs' motions for preliminary injunction and denying in part Defendants' Motions to Dismiss, including with respect to asserted immunity defenses ("Order"). Doc. 309.

2. This Court's Order also concluded: "For upcoming elections after

November 2018, Defendants are forewarned that these same arguments would hold much less sway in the future – as any timing issues then would appear to be exclusively of Defendants' own making at that point." *Id*. at 44.

3. This Court also found that "a paper ballot initiative with a scanned audit trail [is] critically needed." *Id*. at 43.

4. This Court further found that "the case would benefit from some discovery and a full evidentiary hearing on the merits over several days." *Id*. at 32.

5. Finally, the Court emphasized that it "will insist on further proceedings moving on an expedited schedule." *Id.* at 45-46.

**WHEREFORE**, the Plaintiffs jointly respectfully request that this Court schedule a status conference at its earliest convenience to discuss an expedited schedule for this case going forward.  Plaintiffs have attached a proposed schedule as Exhibit A.

Dated: September 21, 2018    Respectfully submitted,

 /s/ *David D. Cross*
David D. Cross (admitted *pro hac vice*)
Jane P. Bentrott (admitted *pro hac vice*)
John P. Carlin (admitted *pro hac vice*)
Catherine L. Chapple (admitted *pro hac vice*)
Robert W. Manoso (admitted *pro hac vice*)
MORRISON & FOERSTER LLP
2000 Pennsylvania Avenue, NW
Suite 6000
Washington, DC 20006
Telephone: (202) 887-1500
DCross@mofo.com
JBentrott@mofo.com
JCarlin@mofo.com
CChapple@mofo.com
RManoso@mofo.com

Halsey G. Knapp, Jr.
GA Bar No. 425320
Adam M. Sparks
GA Bar No. 341578
KREVOLIN & HORST, LLC
1201 West Peachtree Street, NW
Suite 3250
Atlanta, GA 30309
HKnapp@khlawfirm.com
Sparks@khlawfirm.com

*Counsel for Plaintiffs Donna Curling, Donna Price & Jeffrey Schoenberg*

3

| | |
|---|---|
| */s/ Bruce P. Brown* | */s/ Robert A. McGuire, III* |
| Bruce P. Brown | Robert A. McGuire, III |
| Georgia Bar No. 064460 | Admitted Pro Hac Vice |
| BRUCE P. BROWN LAW LLC | (ECF No. 125) |
| | |
| *Attorney for Coalition for* | *Attorney for Coalition* |
| *Good Governance* | *for Good Governance* |
| | |
| 1123 Zonolite Rd. NE | ROBERT MCGUIRE LAW FIRM |
| Suite 6 | 113 Cherry St. #86685 |
| Atlanta, Georgia 30306 | Seattle, Washington 98104-2205 |
| (404) 881-0700 | (253) 267-8530 |
| | |
| */s/ William Brent Ney* | */s/ Cary Ichter* |
| William Brent Ney | CARY ICHTER |
| Georgia Bar No. 542519 | Georgia Bar No. 382515 |
| | |
| *Attorney for Coalition* | *Attorney for William Digges III,* |
| *for Good Governance, William* | *Laura Digges, Ricardo Davis and* |
| *Digges III, Laura Digges, Ricardo Davis,* | *Megan Missett* |
| *and Megan Missett* | |
| | ICHTER DAVIS LLC |
| NEY HOFFECKER PEACOCK & HAYLE, LLC | 3340 Peachtree Road NE |
| One Midtown Plaza, Suite 1010 | Suite 1530 |
| 1360 Peachtree Street NE | Atlanta, Georgia 30326 |
| Atlanta, Georgia 30309 | (404) 869-7600 |
| (404) 842-7232 | |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **DONNA CURLING, ET AL.,**<br>Plaintiffs,<br><br>v.<br><br>**BRIAN KEMP, ET AL.,**<br>Defendants. | Civil Action No. 1:17-CV-2989-AT |

## CERTIFICATE OF COMPLIANCE

Pursuant to LR 7.1(D), I hereby certify that the foregoing document has been prepared in accordance with the font type and margin requirements of LR 5.1, using font type of Times New Roman and a point size of 14.

                                             /s/ David D. Cross
                                             David D. Cross

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **DONNA CURLING, ET AL.,**<br>Plaintiffs,<br><br>v.<br><br>**BRIAN KEMP, ET AL.,**<br>Defendants. | **Civil Action No. 1:17-CV-2989-AT** |

## CERTIFICATE OF SERVICE

I hereby certify that on September 21, 2018, a copy of the foregoing PLAINTIFFS' JOINT MOTION FOR STATUS CONFERENCE AND PROPOSED SCHEDULE was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to all attorneys of record.

                                          /s/ David D. Cross
                                          David D. Cross