IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ALPHA PHI ALPHA FRATERNITY INC., et al., <br>    Plaintiffs, <br><br> v. <br><br> BRAD RAFFENSPERGER, in his official capacity as Secretary of State of Georgia, <br>    Defendant. | CIVIL ACTION FILE <br><br> No. 1:21-CV-05337-SCJ |
| COAKLEY PENDERGRASS et al., <br>    Plaintiffs, <br><br> v. <br><br> BRAD RAFFENSPERGER, <br>    Defendant. | CIVIL ACTION FILE <br><br> No. 1:21-CV-05339-SCJ |
| ANNIE LOIS GRANT et al., <br>     Plaintiffs, <br><br> v. <br><br> BRAD RAFFENSPERGER, <br>    Defendant. | CIVIL ACTION FILE <br><br> No. 1:22-CV-00122-SCJ |

**<u>ORDER</u>**

This matter appears before the Court on Motion for Leave to File Brief as *Amici Curiae* in Opposition to Defendant's Proposed Remedial Maps by Proposed Amici (i.e., the Georgia State Conference of the NAACP, the Georgia Coalition for the People's Agenda, Inc., GALEO Community Development Fund, Inc., Common Cause, League of Women Voters of Georgia, Dr. Cheryl Graves, Dr. Ursula Thomas, Dr. H. Benjamin Williams, Jasmine Bowles, and Brianne Perkins). Alpha Doc. No. [353], Grant Doc. No. [316], Pendergrass Doc. No. [316].

Although there is no formal rule governing the filing of amicus curiae briefs, district courts possess the inherent authority to grant or refuse amicus parties leave to file. In re Bayshore Ford Trucks Sales, Inc., 471 F.3d 1233, 1249 n.34 (11th Cir. 2006). "The decision whether to allow a non-party to participate as an amicus curiae is solely within the broad discretion of the Court." DeJulio v. Georgia, 127 F. Supp. 2d 1274, 1284 (N.D. Ga. 2001) rev'd on other grounds, 276 F.3d 1244 (11th Cir. 2001); see also Concerned Area Residents for Environ. v. Southview Farm, 834 F. Supp. 1410, 1413 (W.D.N.Y. 1993) ("District courts have broad discretion in deciding whether to accept amicus briefs.").

Here, Proposed Amici are the plaintiffs in a separate pending action before a three-judge court, also challenging the maps whose use this Court enjoined in

the above-captioned cases. Proposed Amici have an interest in the remedial proceeding involving the maps enacted by the State of Georgia following this Court's Order enjoining the use of the challenged maps. <u>Alpha</u> Doc. No. [333], <u>Grant</u> Doc. No. [294], <u>Pendergrass</u> Doc. No. [286]. Proposed Amici represent that Plaintiffs in the above-referenced matters do not oppose the amicus filing and Defendant takes no position on it. <u>Alpha</u> Doc. No. [353], <u>Grant</u> Doc. No. [316], <u>Pendergrass</u> Doc. No. [316], 4,

For the foregoing reasons, the Court **GRANTS** the Motion for Leave to File Brief as *Amici Curiae* in Opposition to Defendant's Proposed Remedial Maps. <u>Alpha</u> Doc. No. [353], <u>Grant</u> Doc. No. [316], <u>Pendergrass</u> Doc. No. [316]. The Clerk is **DIRECTED** to refile <u>Alpha</u> Doc. Nos. [353-1], <u>Grant</u> Doc. No. [316-1], and <u>Pendergrass</u> Doc. No. [316-1] as a new docket entry in each case on CM/ECF.

IT IS SO ORDERED this 14th day of December, 2023.

_____
HONORABLE STEVE C. JONES
UNITED STATES DISTRICT JUDGE