# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| COAKLEY PENDERGRASS et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>BRAD RAFFENSPERGER, in his official capacity as the Georgia Secretary of State, et al.,<br><br>　　　　Defendants. | CIVIL ACTION FILE<br>NO. 1:21-CV-05339-SCJ |
| ANNIE LOIS GRANT et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>BRAD RAFFENSPERGER, in his official capacity as the Georgia Secretary of State, et al.,<br><br>　　　　Defendants. | CIVIL ACTION FILE<br>NO. 1:22-CV-00122-SCJ |

## PLAINTIFFS' MOTION FOR USE OF ELECTRONIC EQUIPMENT DURING HEARING DECEMBER 20, 2023

Plaintiffs Coakley Pendergrass et al. (the "*Pendergrass* Plaintiffs") and Annie Lois Grant et al. (the "*Grant* Plaintiffs"), by and through their respective counsel, respectfully move for entry of an Order authorizing the use of electronic equipment by their attending counsel, Abha Khanna, Michael B. Jones, Makeba Rutahindurwa,

Joyce Gist Lewis, and Adam M. Sparks, with accompanying staff Benjamin Winstead in conjunction with a hearing scheduled to begin at 9:00 a.m. on Wednesday, December 20, 2023 before the Honorable Steve C. Jones in courtroom 1907.

Such equipment may include, for each of the above-listed counsel and accompanying staff:

- 12 laptop computers with laptop power cords and built in cameras;
- 2 monitors with monitor power cords;
- 4 power strips;
- 1 folding table;
- 2 docking stations;
- 2 mice with 2 mousepads;
- 2 small portable black and white printers;
- 1 portable Wi-Fi device/HotSpot;
- 12 smart phones with built in cameras; and
- Assorted dongles, accessories, cables, and power cords.

The above listed counsel and accompanying staff also seek permission to bring and use this equipment for the purpose of arranging, installing, and testing said equipment and hearing exhibits as scheduled with Judge Jones's chambers.

The *Pendergrass* Plaintiffs and *Grant* Plaintiffs submit that good cause exists to grant this Motion, and that to their knowledge no party objects to the relief requested herein.

WHEREFORE the *Pendergrass* Plaintiffs and *Grant* Plaintiffs respectfully request that this Court enter an Order GRANTING this Motion to bring the aforementioned electronic equipment into Courtroom 1907 for use on December 20, 2023. A proposed Order is attached as Exhibit A.

Dated: December 15, 2023

By: **Adam M. Sparks**
Joyce Gist Lewis
Georgia Bar No. 296261
Adam M. Sparks
Georgia Bar No. 341578
**KREVOLIN & HORST, LLC**
One Atlantic Center
1201 West Peachtree Street, NW,
Suite 3250
Atlanta, Georgia 30309
Telephone: (404) 888-9700
Facsimile: (404) 888-9577
Email: JLewis@khlawfirm.com
Email: Sparks@khlawfirm.com

Respectfully submitted,

Abha Khanna*
Makeba A.K. Rutahindurwa*
**ELIAS LAW GROUP LLP**
1700 Seventh Avenue,
Suite 2100
Seattle, Washington 98101
Phone: (206) 656-0177
Facsimile: (206) 656-0180
Email: AKhanna@elias.law
Email: MRutahindurwa@elias.law

Michael B. Jones
Georgia Bar No. 721264
**ELIAS LAW GROUP LLP**
250 Massachusetts Avenue NW,
Suite 400
Washington, D.C. 20001
Phone: (202) 968-4490
Facsimile: (202) 968-4498
Email: MJones@elias.law

*Counsel for Plaintiffs*

*Admitted *pro hac vice*

## **CERTIFICATE OF COMPLIANCE**

I hereby certify that the foregoing document has been prepared in accordance with the font type and margin requirements of LR 5.1, NDGa, using font type of Times New Roman and a point size of 14.

Dated: December 15, 2023

**Adam M. Sparks**
*Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that I have on this date caused to be electronically filed a copy of the foregoing document with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to counsel of record.

Dated: December 15, 2023          **Adam M. Sparks**
*Counsel for Plaintiffs*