# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| COAKLEY PENDERGRASS et al., <br><br> Plaintiffs, <br><br> v. <br><br> BRAD RAFFENSPERGER, in his official capacity as the Georgia Secretary of State, et al., <br><br> Defendants. | CIVIL ACTION FILE <br> NO. 1:21-CV-05339-SCJ |
| ANNIE LOIS GRANT et al., <br><br> Plaintiffs, <br><br> v. <br><br> BRAD RAFFENSPERGER, in his official capacity as the Georgia Secretary of State, et al., <br><br> Defendants. | CIVIL ACTION FILE <br> NO. 1:22-CV-00122-SCJ |

## ORDER GRANTING PLAINTIFFS' USE OF ELECTRONIC EQUIPMENT DURING HEARING DECEMBER 20, 2023

At the motions of the *Pendergrass* Plaintiffs and *Grant* Plaintiffs in the above-styled actions, it is hereby **ORDERED** that attending counsel Abha Khanna, Michael B. Jones, Makeba Rutahindurwa, Joyce Gist Lewis, Adam M. Sparks, and accompanying staff Benjamin Winstead, may each bring and use the following

electronic equipment in conjunction with a hearing scheduled to begin at 9:00 a.m. on Wednesday, December 20, 2023 before the Honorable Steve C. Jones in courtroom 1907:

- 12 laptop computers with laptop power cords and built in cameras;
- 2 monitors with monitor power cords;
- 4 power strips;
- 1 folding table;
- 2 docking stations;
- 2 mice with 2 mousepads;
- 2 small portable black and white printers;
- 1 portable Wi-Fi device/HotSpot;
- 12 smart phones with built in cameras; and
- Assorted dongles, accessories, cables, and power cords..

The above listed counsel and accompanying staff may also bring and use this equipment for the purpose of arranging, installing, and testing said equipment and hearing exhibits as scheduled with Judge Jones's chambers.

Said equipment shall be subject to inspection. Proper identification will be required upon entering the security station on the Plaza or Lower Plaza Level.

**IT IS SO ORDERED** this ___ day of December, 2023.

_____
THE HONORABLE STEVE C. JONES
UNITED STATES DISTRICT COURT JUDGE