# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| ALPHA PHI ALPHA FRATERNITY INC., *et al.*,<br><br>　　*Plaintiffs*,<br><br>　　v.<br><br>BRAD RAFFENSPERGER, in his official capacity as the Secretary of State of Georgia,<br><br>　　*Defendant*. | CIVIL ACTION FILE NO. 1:21-CV-5337-SCJ |
| COAKLEY PENDERGRASS, *et al.*,<br><br>　　*Plaintiffs*,<br><br>　　v.<br><br>BRAD RAFFENSPERGER, in his official capacity as the Georgia Secretary of State,<br><br>　　*Defendant*. | CIVIL ACTION FILE NO. 1:21-CV-5339-SCJ |
| ANNIE LOIS GRANT, *et al.*,<br><br>　　*Plaintiffs*,<br><br>　　v.<br><br>BRAD RAFFENSPERGER, in his official capacity as the Georgia Secretary of State<br><br>　　*Defendant*. | CIVIL ACTION FILE NO. 1:22-CV-122-SCJ |

## DEFENDANT'S MOTION FOR USE OF ELECTRONIC EQUIPMENT DURING REMEDIAL HEARING

Defendant Brad Raffensperger, in his official capacity as the Georgia Secretary of State, by and through his counsel, respectfully moves for entry of

an Order authorizing the use of electronic equipment by his attending counsel, Bryan P. Tyson, Bryan F. Jacoutot, and Diane LaRoss in conjunction with a hearing scheduled to begin at 9:00am on Wednesday, December 20, 2023 before the Honorable Steve C. Jones in Courtroom 1907.

Such equipment may include, for each of the above-listed counsel:

- 3 laptop computers with laptop power cords and built-in (non-removable) cameras;
- 3 tablet devices (Apple iPad or Microsoft Surface tablets)
- Connecting hardware and dongles for purposes of presenting on the above devices to the Court (i.e. Lightning to USB connection cables and HDMI cables)
- 3 smart phones with built-in (non-removable) cameras

Defendant submits that good cause exists to grant this Motion, and that to his knowledge no party objects to the relief requested herein.

WHEREFORE, Defendant respectfully requests that this Court enter an order GRANTING this Motion to bring the above-referenced electronic equipment into Courtroom 1907 for use on December 20, 2023.

Respectfully submitted this 15th day of December, 2023.

>Christopher M. Carr
>Attorney General
>Georgia Bar No. 112505
>Bryan K. Webb
>Deputy Attorney General
>Georgia Bar No. 743580
>Russell D. Willard
>Senior Assistant Attorney General
>Georgia Bar No. 760280
>**State Law Department**
>40 Capitol Square, S.W.
>Atlanta, Georgia 30334
>
>*/s/ Bryan P. Tyson*
>Bryan P. Tyson
>Special Assistant Attorney General
>Georgia Bar No. 515411
>btyson@taylorenglish.com
>Frank B. Strickland
>Georgia Bar No. 687600
>fstrickland@taylorenglish.com
>Bryan F. Jacoutot
>Georgia Bar No. 668272
>bjacoutot@taylorenglish.com
>Diane Festin LaRoss
>Georgia Bar No. 430830
>dlaross@taylorenglish.com
>Donald P. Boyle, Jr.
>Georgia Bar No. 073519
>dboyle@taylorenglish.com
>Daniel H. Weigel
>Georgia Bar No. 956419
>dweigel@taylorenglish.com
>**Taylor English Duma LLP**
>1600 Parkwood Circle
>Suite 200

Atlanta, GA 30339
Telephone: 678-336-7249

*Counsel for Defendants*

4

## CERTIFICATE OF COMPLIANCE

Pursuant to L.R. 7.1(D), the undersigned hereby certifies that the foregoing Motion has been prepared in Century Schoolbook 13, a font and type selection approved by the Court in L.R. 5.1(B).

*/s/Bryan P. Tyson*
Bryan P. Tyson
