IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ALPHA PHI ALPHA FRATERNITY INC., *et al.*,<br><br>  *Plaintiffs*,<br><br> v.<br><br>BRAD RAFFENSPERGER, in his official capacity as the Secretary of State of Georgia,<br><br>  *Defendant*. | CIVIL ACTION FILE<br>NO. 1:21-CV-5337-SCJ |
| COAKLEY PENDERGRASS, *et al.*,<br><br>  *Plaintiffs*,<br><br> v.<br><br>BRAD RAFFENSPERGER, in his official capacity as the Georgia Secretary of State,<br><br>  *Defendant*. | CIVIL ACTION FILE<br>NO. 1:21-CV-5339-SCJ |
| ANNIE LOIS GRANT, *et al.*,<br><br>  *Plaintiffs*,<br><br> v.<br><br>BRAD RAFFENSPERGER, in his official capacity as the Georgia Secretary of State<br><br>  *Defendant*. | CIVIL ACTION FILE<br>NO. 1:22-CV-122-SCJ |

## ORDER GRANTING DEFENDANT'S MOTION FOR USE OF ELECTRONIC EQUIPMENT DURING REMEDIAL HEARING

At motion of the Defendant in the above-styled actions, it is hereby

**ORDERED** that attending counsel Bryan P. Tyson, Bryan F. Jacoutot, and

Diane F. LaRoss, may bring and use the following electronic equipment in

conjunction with a hearing scheduled to begin at 9:00am on Wednesday December 20, 2023:

- 3 laptop computers with laptop power cords and built-in (non-removable) cameras;
- 3 tablet devices (Apple iPad or Microsoft Surface tablets)
- Connecting hardware and dongles for purposes of presenting on the above devices to the Court (i.e. Lightning to USB connection cables and HDMI cables)
- 3 smart phones with built-in (non-removable) cameras

Said equipment shall be subject to inspection. Proper identification will be required upon entering the security station on the Plaza or Lower Plaza Level.

**IT IS SO ORDERED** this ___ day of December, 2023

_____
THE HONORABLE STEVE C. JONES
UNITED STATES DISTRICT JUDGE