# EXHIBIT C

**GEORGIA SENATE**
**Reapportionment and Redistricting (Senate) on 11/29/2023**

1

2

3

4

5

6

7

8

9

10    REAPPORTIONMENT AND REDISTRICTING

11        GEORGIA SENATE

12         November 29, 2023

13     Video Runtime:  1:11:43

14

15

16

17

18

19

20

21

22

23

24

25

1      (Beginning of Video Recording.)

2      SENATOR ECHOLS:  I am Senator Shelly

3  Echols, and I would like to thank you all for

4  attending the Reapportionment and

5  Redistricting Committee meeting today.  I will

6  now call this meeting in order, and I would

7  like to ask our, pro tem if he would open this

8  meeting, as we do all of our Senate meetings,

9  with a word of prayer.

10      SENATOR KENNEDY:  I'd be happy to.

11      SENATOR ECHOLS:  What number are you?

12      SENATOR KENNEDY:  Number 9.  Thank you,

13  Madam Chair.  And if everyone.  If you would

14  bow with me.  Heavenly father, we've come to

15  the Capitol today to begin a process of doing

16  the work for the people that we represent.

17  Thank you for giving us that privilege.

18  Please be with each of us, individually and

19  collectively, as we make important decisions

20  for our own constituents and the state as a

21  whole.

22      Please forgive us of our sins and help

23  all those that are less fortunate and those

24  that are in need.  In Christ's name, Amen.

25      SENATOR ECHOLS:  First of all, I'd like

1  to thank some people for the work they've done

2  to help prepare this map, our state map.

3  Georgina Wright, thank you so much.  She spent

4  a tremendous amount of time with me and Vice

5  Chair Hatchett.  Her expertise and wealth of

6  knowledge have been invaluable.

7       Thank you to Vice Chair Hatchett.

8  We've made some trips to Atlanta, and we've

9  spent a lot of time together.  And I've

10  appreciated your help and assistance.  And

11  it's been it's been a pleasure working with

12  you.

13       Thank you to this committee for your

14  dedication.  We have a few long days ahead of

15  us, and I want to thank you for your

16  willingness to serve.  Thank you to the

17  senators who have given their time to meet

18  with me to discuss your districts.  I learned

19  so much about your districts in those

20  meetings, and I appreciate your willingness to

21  have open conversations with me about the

22  process.

23       Thank you to the public who have chosen

24  to attend this meeting today.  Your

25  participation in the hearing is vital, and I

1   appreciate your attendance and participation.

2   In your folder, Members, you will find a few

3   documents.  The first thing we need to do,

4   just because we're in a special session, I'd

5   like to readopt our committee rules, so I'll

6   enter -- it's the same rules that we adopted

7   last time.  Just like to re-adopt those for

8   this special session.

9        SENATOR KENNEDY:  Madam Chair.  I think

10  that's entirely in order.  And I would like to

11  make the motion that we adopt the rules, as

12  you have proposed in the folder and the same

13  ones that we had from session in 2023 to be

14  the rules governing us during the special

15  session for this committee.

16       SENATOR ECHOLS:  Okay.  Thank you.  I

17  have a motion and a second.  Thank you.  Okay.

18  So we'll vote on those rules.  All in favor,

19  raise your hand.  All of those opposed, raise

20  your hand.  Thank you.

21       The next order of business is to adopt

22  our guidelines.  And you find a copy of those

23  in your packet as well.  These are the

24  2023/'24 guidelines for the Senate

25  Reapportionment and Redistricting Committee.

1         And this just lays out the process that

2    we have followed in drawing these maps.  And

3    it's the same set of guidelines that the House

4    Reapportionment and Redistricting Committee

5    will be approving as well.

6         And at this point, if there is a

7    motion, I would entertain that.

8         MALE VOICE:  So moved.

9         MALE VOICE:  Second.

10         SENATOR ECHOLS:  We have a motion and a

11    second.  All of those in favor of adopting

12    these guidelines, please raise your hand.  All

13    of those opposed.  Thank you.  All right.

14         Leader Butler, I just wanted to confirm

15    that you want to present your bill tomorrow.

16    Is that correct?  And what number are you?

17         SENATOR BUTLER:  That is correct.  12.

18         SENATOR ECHOLS:  Number 12.  You said

19    that is correct?

20         SENATOR BUTLER:  That's correct.

21         SENATOR ECHOLS:  Okay.  So tomorrow we

22    will hear your presentation of your of your

23    map that you would like to present to the

24    committee.  Thank you.

25         SENATOR BUTLER:  Thank you.

1        SENATOR ECHOLS:  All right.  a little

2    bit of history about the map, drawing process.

3    We began by carefully reviewing Judge Jones's

4    order.  The order was very specific about what

5    needs to be done in the Senate.  And to quote

6    page 509 of his order, the remedy involves two

7    additional majority Black Senate districts in

8    South Metro Atlanta.

9        Judge Jones also noted that the

10   districts drawn by the various plaintiff

11   experts overlapped in some areas.  Shortly

12   after Governor Kemp called for a special

13   legislative session, I sent out emails to

14   every senator from the affected areas to meet.

15   Because of the short amount of time that we

16   had to prepare for this session, I allocated

17   several days to be at the Capitol and even

18   more days to meet virtually.

19        I met with one member at 7:30 in the

20   morning at the Capitol.  I talked to one

21   member while I was at a UGA football game.  My

22   husband wasn't so happy about that.  I would

23   like to thank, Senators Dugan, Strickland,

24   Seay, Anderson, Harbin, James, Davenport,

25   Jones, and Rhett for taking the time to talk

1  and meet with me.  Your discussions were very

2  helpful, especially when I found out that one

3  member had moved and we didn't have their

4  correct address.  We consulted with legal

5  counsel and began drawing districts with Gina

6  Wright in her office.

7       Now, Vice Chairman Hatchett, I'll turn

8  it over to you if you would like to make any

9  comments.

10      SENATOR HATCHETT:  Thank you, Madam

11  Chair.  I just wanted to welcome you all.

12  Thank you guys for coming and being a part of

13  this process.  As the Madam Chair said

14  earlier, this has been a -- it has been a

15  process.  And when we first sat down to draw

16  the maps, there were several things that we

17  considered.

18      Number one, obviously is the judge's

19  order.  And because we had maps previously

20  drawn, we didn't have to start from square

21  one.  We had a, an order to go by.  We made

22  sure to comply with his order, the Voting

23  Rights Act, the traditional redistricting

24  principles.  And then we met with Senate

25  members whose districts would be impacted on

1  both sides of the aisle.

2       It was eye opening to me.  Every member

3  that we met with had the same request.  Keep

4  my district exactly the way it is.  I like the

5  way my district is drawn.  And so we have the

6  judge's order on one hand telling us we've got

7  to redraw these, and then members on the other

8  hand saying keep my district the same.

9       So it was a challenge.  But, in

10  response to those conversations, in response

11  to the judge's order and our traditional

12  principles, we believe we drew a map that

13  affected as few districts as possible, and I

14  look forward to hearing public comment about

15  this map and seeing this map through the

16  process.  Thank you, Madam Chair.

17       SENATOR ECHOLS:  After meeting with

18  those members, we first drew with Gina Wright

19  in her office the new majority Black districts

20  that were required by the order in South Metro

21  Atlanta.  Those districts are 28 and 17 on the

22  plan in front of you, Members.

23       With that configuration, almost all of

24  the Black voters covered by the areas in the

25  plaintiffs' experts districts in those areas

1  are included in a majority Black State Senate

2  districts.  The only area not included is

3  Griffin, but that area wasn't included in the

4  majority Black district for one of the

5  plaintiffs' experts plans either.

6        Placing districts in south part of

7  Metro Atlanta meant that other districts had

8  to move north.  You can think of that as a

9  simple ripple effect of moving districts.  As

10  a result, majority White Senate District 42

11  moved from the northern part of DeKalb to

12  eastern Metro Atlanta, and majority White

13  Senate District 6 moved from the northern part

14  of Fulton County to western Metro Atlanta.

15        In the proposed Senate plan, the Senate

16  plan involves changes to 15 districts, and all

17  of those are in Metro Atlanta.  The second

18  page of your packet includes a plan where the

19  only districts displayed are the districts

20  that are changed.  So, if a district doesn't

21  appear on that page, it didn't change.

22        Our primary goal in creating this

23  district plan is to comply with Judge Jones's

24  order in every respect.  I told every member

25  that I met with that my primary goal is simply

1  to comply with the judge's order.

2      After drawing the districts required by

3  the court order, we then followed our existing

4  traditional redistricting principles to work

5  on the remaining districts.  Those principles

6  included maintaining district populations so

7  that deviations from the ideal district size

8  are less than 1 percent to comply with the US

9  Constitution requirement of one person, one

10  vote.

11      Limiting additional split counties by

12  only adding one additional county split,

13  drawing the new districts, utilizing the most

14  recent precincts from county governments.

15  Some counties updated their voter precincts

16  this summer, and these maps recognize those

17  new county voting precincts.  Ensuring all

18  districts are contiguous.  Ensuring all

19  district districts are reasonably compact in

20  shape.  Ensuring communities of interest are

21  protected as far as possible.

22      Many of you described these in our

23  meetings.  Your input was invaluable with

24  that.  We also made sure to avoid the

25  unnecessary pairing of incumbents by ensuring

1  that every incumbent senator of both parties

2  is not paired.  As part of our efforts to

3  ensure every incumbent senator had a district

4  to run in and to win in, we also worked to

5  maintain the continuity of representation as

6  much as possible, which involved partisan

7  political considerations to ensure that the

8  Senate plan remained balanced between

9  political parties as it was in 2021.  This

10  means we also used extensive partisan data,

11  including election returns from 2018, 2020,

12  and 2022.

13      So I'm going to discuss now the two

14  districts that had the most change.  Senate

15  District 17 is one of the new majority Black

16  districts required by the court order.  It's

17  located in almost exactly the same location as

18  the plaintiffs' experts districts in this

19  area.  And I have a map of one of the exhibits

20  of -- both of the exhibits over here behind

21  the committee.

22      The district contains the Panhandle and

23  southern part of Clayton County combined with

24  most of Stockbridge and McDonough.  The

25  district includes all of Hampton as well.

1   Judge Jones relied on the inclusion of most of

2   McDonough, Locust Grove, and Hampton in the

3   same district for this area in his order on

4   pages 285 to 86 and 316.

5          The district boundary of District 17

6   matched those communities centered on

7   McDonough.  This district boundary has only a

8   single incumbent, and that is Senator

9   Davenport.

10          Senate District 28 is the other new

11   majority Black district required by the court

12   order.  The plaintiffs' experts drew this

13   district in two different places.  One expert

14   anchored the district in South Fulton, as we

15   have done here.  The other expert utilized

16   populations from District 16 and District 34,

17   which resulted in higher Black voting age

18   population percentages in adjoining districts.

19          District 28, as proposed, is anchored

20   in South Fulton County, where one of the

21   plaintiff's districts was, and ensures that

22   Black voters in Fulton, Fayette, and Clayton

23   counties are all in majority Black districts.

24   District 28 also relies on some of the same

25   highways and health care system Judge Jones

1   relied on at pages 325 and 326 of the order.

2       The district includes part of the City

3   of South Fulton and moves north into Austell,

4   all areas that Judge Jones found to share

5   strong connections at pages 190 and 191 of his

6   order.

7       The district connects a number of

8   suburbs around Metro Atlanta that are all

9   experiencing growth and are diverse

10  communities.  This configuration also limited

11  the number of adjoining districts that had to

12  be touched.  The district has a single

13  incumbent and that is Senator James.

14      So now, before we talk about all the

15  other district changes, moving to those

16  adjustments around the majority Black

17  districts, I'll explain those changes.  There

18  are a few things to note about those remaining

19  districts.

20      First, both plaintiffs' experts

21  testified that they did not know a lot of

22  details about Georgia geography.  Our process

23  was informed by Ms. Wright's extensive

24  knowledge of Georgia and my meetings with

25  senators about their areas.  We believe we've

1  reached a plan that is far better than those

2  produced by the plaintiffs, while also

3  complying with everything the judge requires.

4        Second, it's important to note that the

5  ripple effect is real when drawing plans.

6  When new districts are located in the southern

7  part of Metro Atlanta, nearby population has

8  to be adjusted.  Those changes then ripple out

9  primarily north until they are resolved.

10        Third, the 15 change districts here are

11  less than those proposed by the plaintiffs'

12  experts, so we were able to maintain district

13  cores in a better way than their experts did.

14        Mr. Esselstyn changed 22 of the enacted

15  Senate districts, and Mr. Cooper changed 35 of

16  the enacted Senate districts on their proposed

17  plans.  And we changed 15.

18        Fourth, we took into account the work

19  on county election officials who have to

20  update the voter registration database.  By

21  drawing the map this way, we're working to

22  minimize the amount of work required before

23  the 2024 elections.

24        Fifth, the plan does not eliminate any

25  existing minority opportunity districts.

1  Judge Jones was very clear on page 510 of the

2  order that we cannot eliminate any existing

3  minority opportunity districts.  While he

4  doesn't define that term, it's clear that he's

5  referring to existing majority Black

6  districts.  On page 511, he refers to whether

7  the plan provides Black voters with additional

8  opportunity districts.

9      There are also references to

10  opportunity districts that clearly refer to

11  Black voters on pages 106, 145 to 146, 268,

12  417 to 20, and 427.  This Senate plan does not

13  eliminate any existing majority Black

14  districts, and it takes two existing majority

15  White districts -- that's Districts 17 and

16  28 -- and converts them to majority Black

17  districts.

18      Sixth, it's important to remember that

19  we believe our 2021 Senate plan complies with

20  the Voting Rights Act, and are pursuing an

21  appeal of the judge's order.  That's why you

22  will see language in this order that reverts

23  to the 2021 plan if the appeal is successful.

24      This mirrors language used by

25  Democratic majority in 2002, when the State

1  Senate plan was not pre-cleared in time for

2  use in that election.  But if anyone is upset

3  with how a district is configured, remember,

4  we do not draw these districts this way in

5  2021, originally, and we do not want to redraw

6  these districts now.  We're doing this because

7  we were sued by democratically affiliated

8  groups.

9      Now, I will walk through the remaining

10  changed districts.  I'll start on the east and

11  work my way west.  So Senate District 25 stays

12  largely the same, with slight adjustments in

13  the Locust Grove area to accommodate the

14  addition of District 17.  This ensures that

15  voters in this district will largely maintain

16  existing representation.  Senator Williams

17  will remain the Senator in this district.

18      Next is Senate District 42.  Because of

19  the ripple effects of moving districts north.

20  Senate District 42 was previously a majority

21  White district in DeKalb County, and is now a

22  majority White district in Eastern Metro

23  Atlanta.  It has much of the territory of the

24  prior District 17, which has become a majority

25  Black district.

1        It includes areas with strong

2    connections like Newton, Morgan and Walton

3    counties and growing areas of Henry County.

4    The boundaries include many rural areas and

5    areas where people are moving from Henry

6    County into as they get older.  This

7    configuration also ensures more of Newton

8    County stays together.  Senator Strickland

9    will be the only incumbent of this district.

10       Next is Senate District 43.  In order

11    to make room for District 17, District 43

12    moves north into Gwinnett County, similar to

13    the configuration of the existing District 55.

14    Otherwise, this district is largely unchanged,

15    with all of Rockdale and portions of Newton

16    and DeKalb and all suburban areas.  This

17    district shares connections through I-20 and

18    into growing areas of Gwinnett County.

19    Senator Anderson remains the incumbent for

20    this district.

21       Next is Senate District 55.  Senate

22    District 55 also ripples north, taking in

23    Tucker and some areas that were previously in

24    Senate District 41.  It remains in both DeKalb

25    and Gwinnett counties, and includes areas

1  along I-285 on the eastern portion of the

2  city.  Although Tucker is not whole, it

3  includes almost all of the city, along with

4  areas of Stonecrest.  Senator Butler remains

5  the incumbent of this district.

6        Next is Senate District 41.  As part of

7  the ripple effects around this area, District

8  41 shifts to the west, taking in all of

9  Clarkston and moving over north of Decatur.

10  This district previously ran from Stonecrest

11  to Clarkston, so it includes a number of areas

12  that were previously in it.  This

13  configuration enables the district to stay

14  majority Black while moving north, because of

15  the locating of District 17 to the south.

16  Senator Jackson remains the incumbent in this

17  district.

18        Senate District 10 is directly affected

19  by the creation of District 17 because it

20  previously ran through that part of South

21  Henry County, now included in District 17.  As

22  a result, the district shifts north to include

23  areas around Decatur.  The district previously

24  included Stockbridge with portions of

25  Stonecrest, and will continue to do so, but

1  with less of Stockbridge included.  The

2  district remains majority Black even as it

3  shifts north.  Senator Jones remains the

4  incumbent in this district.

5          Senate District 44.  Like District 10,

6  District 44 has to give up population in the

7  southern portion of the district to create

8  District 17, so it moves north as well.  In so

9  doing, it takes in Decatur, ensuring that we

10  included portions of Decatur that were

11  excluded in 2021 because the boundaries had

12  not been updated.  The district includes all

13  of Decatur and most of the Avondale Estates

14  areas that were previously in District 42,

15  while keeping those communities whole.  The

16  district remains majority Black, even as it

17  shifts north.  Senator parent remains the

18  incumbent in this district.

19          Senate District 39, moving over to the

20  other side of Metro Atlanta, the next set of

21  districts are the changes necessary to add

22  other new majority Black district in South

23  Metro Atlanta.  There are some blank spaces

24  here because no changes were needed to

25  Districts 36, 34, and 16.  District 39

1   maintains its current north-south orientation,

2   shifting to the west slightly to accommodate

3   the changes to add District 28 as the new

4   majority Black district.  The north-south

5   orientation has been consistent with how this

6   district has existed for several cycles of

7   redistricting.  Senator Halpern remains the

8   incumbent in this district.

9         Senate District 38 shifts east and

10   north to accommodate the addition of District

11   28 in the south.  It exits Cobb County and now

12   will be wholly within Fulton County,

13   connecting areas from Palmetto and Union City,

14   which stay whole to areas of Buckhead.

15   There's a strong community in Fulton County,

16   and the district maintains its majority Black

17   status even as it shifts north.  Senator Tate

18   remains the incumbent in this district.

19         Senate District 35.  This district

20   shifts significantly to the north to

21   accommodate the new majority Black District 28

22   in South Metro Atlanta.  Instead of running

23   south, it now runs from South Fulton up to the

24   Smyrna area while maintaining its majority

25   Black status.  These areas are connected as

1  growing suburbs, located primarily along the

2  285 corridor on the west side, and sharing a

3  number of common interests as growing areas.

4  Senator Estevez is the incumbent of this

5  district.

6       Senate District 33.  In order to

7  accommodate the shifts of adding District 28,

8  District 33 shifts north and east, taking in

9  areas toward East Cobb.  The district

10  maintains its primary east west orientation,

11  connecting Powder Springs with Marietta as it

12  did previously.  The district is wholly within

13  Cobb County and keeps Powder Springs whole.

14  Senator Rhett remains the incumbent in this

15  district.

16       Senate District 6.  In the process of

17  creating District 28, there was significant

18  population left where District 6 is now

19  located.  This district keeps Coweta and Heard

20  counties whole, avoiding a split of Coweta

21  County.  In order to come up to the population

22  needed.  It moves into the southern part of

23  Carroll County, where District 28 previously

24  connected Coweta, Heard, and parts of Carroll

25  in the map prior to the 2021 districts.

1  District 6 connects the University of West

2  Georgia with Newnan, where there are a strong,

3  growing communities and ensures that small

4  areas in rural Carroll County, which share a

5  strong similarity with Heard County, can

6  remain in a district that is similar.  Senator

7  Brass is the incumbent in this district.

8        Senate District 30.  District 30

9  remains largely the same, with the same

10  boundaries in Haralson and Paulding.  It

11  previously had.  The district previously

12  included a portion of Douglas County, and now

13  takes more of the western part of Douglas in

14  an area that is very similar to Carroll,

15  including Villa Rica, which is a city that

16  straddles the county line.  The district

17  includes most of Carrollton, and Carroll

18  County remains the largest county in the

19  district.  This district shifts east to help

20  accommodate the creation of the new majority

21  Black District 28.  Senator Dugan remains the

22  incumbent in this district.

23        And that concludes my presentation of

24  the map and the districts.  At this point, I'm

25  going to open up the public comment.  And so

1  we had a sign up.

2       FEMALE VOICE:  Ma'am, is there time for

3  people to sign up still?

4       SENATOR ECHOLS:  Who is not on the sign

5  up, who would like to be added to the sign up?

6  Well, that changes things a little bit.  We'll

7  allow more people to sign up.  I want

8  everyone's voice to be heard.  But I will,

9  because there are so many people who would

10  like to sign up now, I will limit your

11  comments to five minutes, if you would be

12  respectful of that time limit.  Everyone

13  should be able to get your point across in

14  five minutes.  But I do want people's voice to

15  be heard in this.

16       So, Lillian will bring the signup sheet

17  around who's the first name, and we'll go

18  ahead and get started?  We're going to get

19  started with David Garcia.  And hold on one

20  second, and I will get your mic up.

21       Hold on just one minute, and we'll get

22  started.

23       After Mr. Garcia, we've got Doctor

24  Jones.  If you want to be on deck, we'll get

25  started with you as soon as his comments are

1  concluded.  Five minutes.  All right, so we're

2  going to set a timer.  You'll hear it go off

3  at five minutes, and I'll give you a couple of

4  seconds to wrap it up at that point.

5      MR. GARCIA:  Okay.

6      SENATOR ECHOLS:  Thank you.

7      MR. GARCIA:  Thank you, chairwoman and

8  Committee, for having us here.  I'm David

9  Garcia.  I work for an advocacy organization

10  named GALEO Impact Fund, and we advocate for

11  the Hispanic community throughout Georgia.

12      I'm here today because the proposed

13  Senate plan fails to adequately remedy the

14  substantive and procedural failings of the

15  last maps.  One district is particularly

16  concerning, Senate District 6.  In the prior

17  Senate District 6, voters of color, including

18  Latinx voters, band together with some White

19  voters to elect Senator Jason Estevez, a

20  Latinx candidate, and the proposed map.

21      Even though Senate District 6 was not

22  implicated in any way by Judge Jones's

23  decision, the legislature cracked the

24  district, increasing the White voting age

25  population from approximately 56 percent to

1  approximately 72 percent, and ensuring that

2  voters of color can no longer elect candidates

3  of choice.

4       The targeting of Senator Jason Estevez

5  is emblematic of the legislature targeting

6  legislators of color, a continuation of what

7  the legislature did to Michelle Au and Lucy

8  McBath during the 2020 process.

9       Senator Estevez was a public school

10  teacher and was the first Latinx candidate

11  elected to the school board in Georgia.  He

12  was only sworn in as a State Senator for

13  Senator Senate District 6, in January 2023,

14  less than a year ago, and the legislature has

15  already drawn him out of his district.

16       Additionally, the legislature did not

17  seek adequate input from the affected

18  communities and provided the draft Senate maps

19  only 48 hours before the opportunity to

20  comment.  This is a continuation of practices

21  and lack of transparency that previously led

22  the legislature to enact legally deficient

23  maps.  The Senate and House committees are

24  apparently also holding hearings at the same

25  time, further making it more difficult for

1  Georgians to comment.  Thank you.

2      SENATOR ECHOLS:  Thank you.  Doctor

3  Jones.

4      DR. JONES:  Good afternoon.  My name is

5  Doctor Shonda Jones.  I'm a community advocate

6  in the Griffin-Spalding County area, and today

7  I stand before you to address the need for

8  fair redistricting, particularly where I live

9  in Senate District 16, which was found to be a

10  violation of the Voting Rights Act, but

11  remains unchanged.

12      We must confront the stark reality that

13  Black citizens, a vital and integral part of

14  our community, have often been marginalized in

15  the political process.  Our maps must reflect

16  the true voices of the people.  Fair

17  redistricting is not a political issue.  It's

18  a matter of justice and representation.

19      The lines on the map should not be

20  manipulated to favor one party.  Rather, they

21  should be drawn to ensure that every citizen's

22  vote carries equal weight.  In the pursuit of

23  fair representation, we must prioritize our

24  communities over political calculations.  That

25  begins with creating districts that mirror the

1  diverse makeup of the population in our state.

2  By doing so, we empower citizens to elect

3  leaders who genuinely understand and advocate

4  for their needs.  It is our collective

5  responsibility as citizens to champion

6  transparency in the redistricting process.

7        We are asking you to ensure that the

8  lines of lines drawn on these maps are a

9  reflection of the people's will, not the

10  interests of a select few.  We demand

11  accountability and openness in this crucial

12  aspect of our democratic foundation.  Fair

13  representation is not a luxury.  It is a

14  fundamental right.

15        Senate District 16 and others must be

16  drawn with equity in mind, ensuring that Black

17  citizens have a meaningful voice in shaping

18  the future of our communities.  Denying any

19  group fair representation undermines the

20  principles we hold dear, principles that

21  advocate for justice and equal opportunity for

22  all.

23        By drawing districts fairly, we bridge

24  historical divides that have silenced Black

25  voices for far too long.  It is an opportunity

1  to rectify the imbalances of the past,

2  empowering Black citizens to elect

3  representatives who truly understand and

4  champion their unique needs, concerns, and

5  aspirations.

6       To make any decision otherwise, or to

7  create any maps that do not have the goal of

8  the parameters above, which truly deem this

9  body to be morally bankrupt in the eyes of the

10  citizens of Georgia.  Thank you.

11       SENATOR ECHOLS:  Thank you.  Next

12  Rahul -- I'm going to -- there you are.  I

13  don't want to mess your name --

14       MR. GARABADU:  It's Garabadu.

15       SENATOR ECHOLS:  Yes.  Thank you.

16  Thank you for that.

17       MR. GARABADU:  No problem.

18       SENATOR ECHOLS:  And then next we have

19  Niles Francis.  Thank you, thank you.  You'll

20  be up on deck next.  Okay.  Go ahead.

21       MR. GARABADU:  Good afternoon, Chair

22  Nichols and members of the committee.  My name

23  is Rahul Garabadu.  I'm the senior voting

24  rights staff attorney at the ACLU of Georgia

25  and one of the lead counsel in the case, Alpha

1  Phi Alpha versus Raffensperger, a case

2  challenging state legislative districts passed

3  by this body in 2021.  And one of the cases

4  that is subject to the federal court's order

5  issued on October 26th, 2023.

6        Before our case was filed in 2021, I,

7  along with my colleagues at the ACLU of

8  Georgia, testified at every town hall across

9  the state and during the 2021 legislative

10  session, advocating for fair maps.  I'm here

11  today to raise concerns with this committee

12  about the chair's maps produced on Monday,

13  November 27th, 2023.

14        We put out a letter last night

15  outlining these concerns that can be found at

16  ACLU georgia.org, but I want to talk to you

17  all today about some of those concerns and

18  urge this committee to take a look at a

19  proposed set of remedial maps that we put out

20  last night as well, that can also be found at

21  ACLUGA.org.

22        I want to talk about the issues that we

23  have by framing what the order says.  And

24  there are two really important aspects of the

25  order issued by the federal court on October

1  26th.  The first one that you mentioned, Chair

2  Echols, is the number of additional Black

3  majority districts that need to be in a

4  redrawn plan, five new Black majority state

5  House districts, and two additional Black

6  majority State Senate districts.  I think

7  everyone understands that, and this plan

8  technically complies with that piece of the

9  puzzle.

10        But the second important aspect of the

11  order is about where the court found

12  violations to be happening in the State of

13  Georgia.  For the State Senate maps, for

14  example, the court says that there is a ten-

15  district area where the current maps violate

16  the Voting Rights Act.  That's Senate District

17  10, 16, 17, 25, 28, 30, 34, 35, 43, and 44.

18  And those can be found on page 514 of the

19  order.

20        And that's the piece of the order that

21  the current Senate proposal ignores.  The vast

22  majority of Black voters who are newly placed

23  in Black majority districts are from outside

24  the ten-district area that the court

25  identified in its order.

1        Furthermore, there are specific

2   districts within the ten-district area that

3   the court found unlawful, like Senate District

4   16, that remain virtually unchanged and leave

5   out some of our clients still in a district

6   where they cannot elect candidates of choice.

7        Now, I mentioned that our letter also

8   includes a proposed remedial State Senate and

9   a State House plan.  And we urge this

10  committee to take a look at those plans,

11  because those plans adequately address both

12  pieces of the order that we're really

13  concerned with.

14        They make sure that the vote dilution

15  area that the court identified is adequately

16  remedied, and it makes sure to make as few

17  changes as possible to other areas of the map

18  that the court's order does not address.

19  Those maps can be found at ACLUGA.org, and

20  those include the technical files associated

21  with it.  So the block equivalency files.  We

22  urge this committee to take a look at this so

23  that we're not back in court after this

24  process and so that Georgians have fair maps.

25  Thank you very much.

1       SENATOR ECHOLS:  Thank you.  Niles

2   Francis.

3       MR. FRANCIS:  Good afternoon.  My name

4   is Niles Francis.  I am a resident of

5   Mableton, which is now in Senate District 28.

6   I'm here to speak about the Senate map that

7   was unveiled on Monday.

8       Judge Jones instructed this committee

9   to draft to redraw ten Senate districts.

10  Senator Echols, you said that the map redraws

11  15.  Most of those 15 districts were not --

12  were not redrawn in this new map here.  And

13  two of those districts that were ordered to be

14  redrawn, Senate Districts 16 and 34, were not

15  even touched as part of this new map.

16       I would implore this committee to

17  redraw these maps in a way that complies with

18  Judge Jones's order, because I know not a

19  single member of this committee wants these

20  maps back in court.  So I would implore you

21  all to redraw these maps in a way that

22  complies with the judge's order.

23       And I would like to talk a little bit

24  about Senate District 28, which I am now a

25  resident of as of this new map.  Senator

1  Echols, you said that the two districts that

2  were redrawn to be majority Black were drawn

3  in the vicinity of the -- redrawn in the

4  vicinity of the plaintiffs' remedial maps.

5  Senate District 28 was not.  Senate District

6  28, on the remedial map that was drafted by

7  the plaintiffs, includes parts of Fulton and

8  Fayette counties, and I believe parts of

9  Clayton County as well.  And Coweta County,

10  the redrawn Senate District 28 that we're

11  looking at today includes parts of Cobb,

12  Douglas and Fulton counties.

13       So, I would just implore you all to

14  reconsider these maps and redraw them in a way

15  that complies with Judge Jones's order.  Thank

16  you.

17       SENATOR ECHOLS:  Thank you.

18       All right, next up we have Ken Lawler.

19       MR. LAWLER:  Hello again Members of the

20  committee.  I think I know most of you.  I'm

21  Ken Lawler, I co-chair Fair Districts,

22  Georgia.  We are a nonpartisan, all volunteer

23  organization.  I think we're kind of like the

24  redistricting nerds in the room among many

25  folks.  I'm happy to be back here testifying

1  today.

2       With me today, we have several of our

3  volunteer crew who came down to attend both

4  the House and the Senate hearing.  So thank

5  you again for the opportunity to speak to you.

6       Our principles for looking at the maps

7  really focus on what's the objective of this

8  session.  The session, in our view, should be

9  about two things.  Number one is drawing the

10  new Black majority districts as required by

11  the court.  That's number one.

12       The second thing we're looking for is

13  we don't want to see districts changed, aside

14  from those necessary to comply with the court

15  order for partisan purposes.  We don't want to

16  see any partisan take backs, given that you

17  had to draw new districts to allow Black

18  voters to have representation.

19       So we're scoring the maps based on

20  those two criteria.  Do the maps comply with

21  the court order?  And secondly, are there

22  other changes being made that appear to be for

23  partisan purposes?

24       Now, we have developed scorecards on

25  these maps.  Those scorecards are being

1  delivered to your offices this afternoon.  I

2  don't believe we have delivered those to the

3  committee in the hearing, but they're also on

4  our website.  But you will have two scorecards

5  in your office this afternoon, one for the map

6  being considered today and one for the map

7  that is being offered potentially tomorrow by

8  the Democratic caucus.  You'll have both of

9  those scorecards available.

10      So let me just brief you on how we're

11  looking at this.  So we're looking at it -- we

12  are scoring the maps on a two part pass-fail

13  test.  Number one.  Does it add the Black

14  majority districts.  And number two does it

15  have any other partisan changes.

16      So with respect to the Black majority

17  districts we do a simple analysis which it

18  says count the number of districts.  And are

19  there additional Black majority districts.  As

20  Mr. Garabadu mentioned that the map does pass

21  that test.  As Mr. Garabadu mentioned, there

22  are other considerations in the judge's order

23  that are more technical in nature.  Our group

24  does not look at those.  But, you know, the

25  plaintiffs, for example, in the case will be

1  assessing those for your benefit.

2     The one comment I'll make about a Black

3  opportunity or Black influence district is

4  that your map has an issue with Senate

5  District 33.  Senate District 33 decreased

6  Black population from 43 percent to 35

7  percent.  The reason that's important is that

8  research that we have available shows that 37

9  percent is like a magic number.

10    When you have a community of voters of

11  color that exceed 37 percent in a given

12  district, that that allows those voters to

13  influence the vote.  They're not the majority,

14  but they allow that gives them the power to

15  strongly influence the vote in that district.

16    So in this case, the map has an issue,

17  a concern that, in our view, in that Senate

18  District 33 has decreased in its Black

19  population from 43 percent to 35 percent.  So

20  that's a potential weakness.

21    However, given that the map does

22  implement the two Black majority districts

23  requested, we give the map a pass on that part

24  of the test.  It's okay.

25    When we look at the partisan side,

1  however, we see issues.  Okay, clearly the two

2  new districts that were added, Senate District

3  17 and 33, are net new Democratic districts,

4  as one might expect, constructing them from

5  primarily Black voters.  However, we note that

6  Senate Districts 6 and 42 were basically

7  uprooted and pushed elsewhere.  You say it's a

8  result of a ripple effect.  We believe that

9  ripple effect is in excess.  And as a result,

10  you have flipped back two districts back to

11  the Republican column after making those

12  changes.  We think that's inappropriate.

13        Again, this exercise should not be

14  about maintaining any partisan balance one way

15  or the other.  The exercise should be

16  implement the Black majority districts as

17  requested and leave the rest of the map alone.

18  And so our objection to the map and the reason

19  we say that the map fails the partisan test,

20  is that you have basically repurposed 6 and 42

21  into Republican districts.  And we view that

22  as a partisan take back to try to even the

23  score, which we think is completely

24  inappropriate at this point in time.

25        So we say that the map fails the test

1  on the partisan basis, but it passes the test

2  from a Black majority perspective.

3        Again, our analysis on the Black

4  majority is very simple minded analysis.  It

5  does not take into account the nuances that

6  Mr. Garabadu just mentioned around how the

7  districts were constructed.

8        The other thing that I mentioned is

9  that this map changes a lot of population.  It

10  moves around 14 percent of the population

11  around.  We believe that's excessive.  And in

12  fact, of that 14 percent of the population,

13  about a quarter of it is being moved strictly

14  due to the uprooting of districts six and 42.

15  So again, that to us indicates excessive

16  change and for partisan purposes, which we

17  believe should not happen.  We know it's legal

18  to do it.  We just think it's wrong.  And

19  that's what that's what our advocacy says

20  here.

21        We will be prepared tomorrow to

22  discuss -- if the Democratic map is offered,

23  we will also be prepared to discuss our issues

24  with that.

25        SENATOR ECHOLS:  Thank you.

1      MR. LAWLER:  Thank you very much.  Any

2  questions?  I'm happy to take a question.

3      SENATOR ECHOLS:  Okay.  We're not

4  asking.  Okay, I think it's Carolyn Hargrove.

5  I apologize if I'm.  You don't.  You don't

6  want to.  Okay, Julie Bolen.  And then after

7  Julie Bolen is Jordan Madden.  Hey there.

8  Thank you.

9      MS. BOLEN:  Good afternoon, Madam

10  Chairwoman and committee members.  I'm Julie

11  Bolen, the redistricting chair for the League

12  of Women Voters of Georgia.  The league has

13  been at the forefront of the fight for

14  democracy for over 100 years.  We continue to

15  ask that changes to the maps be limited to

16  those required to address the remedy ordered

17  by the court.

18      The committee should reject any and all

19  attempts by members of either party to

20  incorporate other changes for partisan

21  political purposes.  The maps offered by the

22  Senate have failed both of these basic

23  fairness barometers as outlined by the Fair

24  District Georgia's report.

25      Secondly, we request that the committee

1   chairs in both the House and Senate ensure

2   that there's language access by translating

3   public facing materials, such as the comment

4   portal, into a minimum set of languages

5   required to reach diverse Georgian citizens.

6   Georgians deserve a redistricting process that

7   inspires trust and confidence from all

8   Georgians.  Thank you.  Thank you.

9        SENATOR ECHOLS:  Next is Jordan Madden,

10  and after Jordan will be Brian Ramirez.

11        MR. MADDEN:  Good afternoon.  I am

12  Jordan Madden, a student member with the

13  George Justice Coalition.  Thank you guys for

14  being here.

15        As a Black voter in the state, I

16  recognize the importance of voting.  However,

17  I'm really relying on our elected officials to

18  create district maps and count my community

19  fairly.  Young Georgians deserve district maps

20  that accurately represent our communities, and

21  redistricting processes that inspire trust and

22  confidence as we begin to engage in the

23  democratic process.

24        So we're here to tell our elected

25  officials, all of you guys in this room, that

1  representation does matter, and democracy

2  means we as the voters get to choose our

3  legislators, not the other way around.  More

4  fair and accurate maps help us to reinvigorate

5  more young Black and Brown voters to get

6  engaged and motivate them as they let their

7  voices be heard.

8         To you all here in this room, it is

9  your job to prioritize fair and accurate maps

10  so that we can get this job done.  The future

11  generation of Black and Brown voters in

12  Georgia are counting on it.  We know that this

13  fight is not over, unfortunately.  But this is

14  the beginning to a long battle to ensure maps

15  are equitable.  And we'll be right here

16  fighting for those maps along the way.  Thank

17  you.

18         SENATOR ECHOLS:  Thank you.  Is Brian

19  here?  After Brian is Zena Mohamed.  And if

20  you want to come on up and wait against the

21  wall, that way we can quickly get through.

22  It'll take less time between.  Thank you.

23         BRIAN:  Good afternoon, Committee.  My

24  name is Brian.  I'm a student at Georgia State

25  University and a member of the Georgia Youth

1   Justice Coalition.  Georgia State University

2   consistently ranks first in degrees awarded to

3   African-Americans, and over the last few

4   years, politicians have sent a message that

5   Black, Brown and young people aren't worth the

6   exact representation promised to all.

7         Young Georgians deserve district maps

8   that accurately represent our communities and

9   a redistricting process that inspires trust

10   and confidence as we engage in the democratic

11   process.

12         Right now, I'm a Fairburn resident,

13   District 38 on the proposed Senate maps, and

14   might soon become an area that

15   disproportionately represents very different

16   communities all the way from Palmetto to

17   Buckhead, both of which are completely

18   different communities.

19         This just doesn't make any sense.  We

20   need fair districts that can make sure that

21   every person feels represented by their

22   elected officials, and that their primary

23   priorities will get heard instead of district

24   representatives that intently only focus on

25   one demographic over the other.  Fair maps can

1   do this.  Thank you.

2        SENATOR ECHOLS:  Thank you.  On deck is

3   Anna Dennis.  If you want to come up again to

4   the wall.  That's perfect.  Thank you.

5        ZENA:   hello.  My name is Zena.  I'm a

6   student at the University of Georgia, and I'm

7   also a member of the Georgia Youth Justice

8   Coalition.  I just wanted to give a quick

9   personal statement.

10        I voted for the first time in 2020, and

11  I remember feeling so empowered to do

12  something that Black activists have fought for

13  through generations.  However, today I feel

14  very discouraged about the actual power of my

15  vote.  Over the last two years, I've seen

16  unfair maps dilute the strength of Black youth

17  voters like myself.

18        Even after a federal judge ruled that

19  Georgia's districts were gerrymandered so

20  aggressively that he would not allow another

21  election without redistricting, I'm still

22  seeing that we're continuing to make this

23  process as difficult and inaccessible as

24  possible.

25        I think that this is a chance for

1  Congress to redeem themselves, but

2  unfortunately, we have yet to see that.  No

3  student or young person living in Georgia

4  should feel discouraged from voting.  And if

5  that's the case, then our democracy is

6  jeopardized.

7       To confront the challenges Georgians

8  face, we must have a government where all

9  voices are heard equally, where the public

10  interest, not special interest, guides

11  decision making, and where we can put faith in

12  our leaders.  But I do have a strong sense of

13  Georgia pride, and I am confident that our

14  representatives will do the right thing for

15  our state.  Thank you.

16       SENATOR ECHOLS:  Thank you.  Next we

17  have Anna, and then on deck is Vivian Moore.

18  And I apologize if I mispronounced your name.

19       MS. DENNIS:  No worries.  Good

20  afternoon, y'all.  Good afternoon, chair.  And

21  the committee.  I'm Anna Dennis.  I'm the

22  executive director of Common Cause Georgia.

23  We are a pro-democracy organization that has

24  been challenging redistricting across the

25  country, and particularly in this state, for

1   many decades.

2         But there are some things that we are

3   definitely concerned about.  We are part of C4

4   coalitions and also C3 coalitions of the

5   Georgia Redistricting Alliance.

6         We are concerned about the creation of

7   the two additional majority Black districts of

8   Senate District 17 and Senate District 28.  It

9   does not comply with the judge's order.  We

10  would like for this committee to actually

11  follow the judge's order and comply with the

12  maps that need to be drawn.  With these maps,

13  it reduces the number of Black influence

14  districts from two to one.

15        And Senate District 42 was 40, was --

16  sorry, 51 percent White, and now it's 59

17  percent White and was moved to the outskirts

18  of the Metro Atlanta area to basically rule

19  Georgia.  CD6 had the similar fate.  This

20  proposal does not do what it needs to do, and

21  it does not create more representation for

22  Black voters.

23        I am a person who is a native of

24  Georgia.  I am a native of the South Metro

25  area, born and raised.  Happy to say I am from

1   Clayton County, so this is definitely a

2   concern for me and definitely a concern of my

3   family, my community members, and all the

4   folks who are definitely in this room who are

5   speaking up to say that they want fair

6   redistricting practices, and they would like

7   their voices to be heard.

8           And so we would like for you all to do

9   that by honoring what the judge has said to do

10  in the order, by following the rules and not

11  creating different processes.  Thank you.

12          SENATOR ECHOLS:  Thank you.  Next, we

13  have Vivian Moore, and on deck is Mindy

14  Seeger.

15          MS. MOORE:  Thank you.  I'm Vivian

16  Moore.  I'm with the Georgia NAACP, and I'm

17  here today just to let you know our concerns

18  and our recommendations.

19          Well, one of the things that we're

20  concerned about is not having enough time for

21  public access so that we can have our voices

22  heard.  Another thing is that we want to make

23  sure that the maps are drawn fairly.

24          Many of the maps have just divided us

25  as Black folks.  We are divided now, and what

1  will happen is we'd have less people going to

2  the polls to vote.  Precincts have been moved.

3  Things that we think that will hurt the Black

4  community is what we want to make sure that we

5  have a voice, that we can actually let you all

6  know that we need to be a part of that when

7  you start drawing your -- redrawing the

8  districts.

9        So a part of what we wanted to do is to

10  make sure that we have fair, very fair maps.

11  Number one, when you talk about fair, it's a

12  fact that over the years it's been

13  discriminated.  So when we talk about

14  fairness, we need to talk about all fairness.

15        So we talk about all people and the

16  people that really, really need to get to

17  these polls and precincts.  When you redraw

18  the maps, consider all of that.  Don't just

19  consider that we redrawing the map to make

20  sure that it's what we think the court wants.

21  Let's have a voice by hearing the people and

22  knowing what we need.

23        I've been around in Georgia now almost

24  40 years, and I can tell you from my time that

25  I've been here, there used to be something

1  they called redlining.  I call it no lining

2  because we didn't get what we needed when you

3  start drawing the line.  You not only took

4  away businesses, you took away precincts.

5      Now we had drop boxes.  Drop boxes went

6  from 30 to 5.  Things of those things are real

7  concern.  And we want to make sure that we

8  have the timeline to give you our input.  So

9  again, I'm Vivian Moore, I'm with the Georgia

10  NAACP, and we represent 100 and about 30 of us

11  in terms of county.  So thank you so very

12  much.

13      SENATOR ECHOLS:  Thank you.  Next we

14  have Mindy Seeger, and on deck is Hannah Joy.

15      MS. SEEGER:  Good afternoon, chairwoman

16  Committee.  My name is Mindy Seeger.  I'm a

17  resident of Cobb County.  I also am the

18  advocacy director for For Which It Stands,

19  which is a nonpartisan organization that

20  employs people to have local control and lift

21  local voices.

22      We are here because this body passed

23  maps that were graded an F in the case of the

24  Senate maps and found to be in violation by

25  the Court of Section 2 of the VRA.  I attended

1  a couple of days of testimony as I was able,

2  and the overwhelming impression I got in court

3  was that the maps overall do not represent the

4  population growth changes in Georgia, of which

5  all growth is due to any part Black

6  populations and any decreases were attributed

7  to non-Hispanic White populations.  That was

8  overwhelming every day in court.

9        We the people understand and ask for

10  fair maps that reflect the tapestry of

11  Georgia, competitive where possible, and are

12  compliant with the court and the VRA.  Let's

13  talk a little bit about what that means.

14        Reflection means that this body as a

15  whole should represent and reflect, be a

16  mirror of its constituency.  The only way

17  that's possible is if voters have an

18  opportunity to vote for their elected

19  candidates of choice.  It has to be a

20  reflection of the constituency.

21        Competitive.  We talk about this a lot.

22  It breeds excellence.  It allows voters to

23  feel like they have a real chance of electing

24  their candidates of choice.  Otherwise why

25  would they show up at all?  It helps confront

1  partisan extremes that plague our political

2  process on both ends of the political

3  spectrum.

4        The court VRA compliance.  We have to

5  get this done because we don't want to be back

6  in court.  You don't want to be back in court.

7  Voters want to know where their districts are,

8  who they will be voting for so they can start

9  evaluating candidates.  Candidates can know

10  where they're qualifying, and we can get on

11  with the business of the election that is

12  coming upon us in 2024.

13        But I want to talk about something we

14  haven't talked about yet.  It is absolute

15  fiscal irresponsibility to enact the maps that

16  you enacted that you were warned were flawed,

17  cost us tens of thousands of dollars a day in

18  legal defense, continued legal defense in the

19  session we're engaged in right now.

20        We want you to do right by the voters

21  and get it right this time so we can stay out

22  of court, and we can have maps that we can

23  rely on.  Many of the groups and advocates in

24  this very room and across this state will take

25  up the mantle and responsibility of educating

1  voters of these changes because that's what we

2  do.

3       This state has a robust surplus, and I

4  request this body consider funding these

5  impacted counties' Board of Elections to

6  launch appropriate PSA campaigns to notify

7  these voters of district changes so they know

8  where they are voting and who they are voting

9  for.  That would be a good case of taxpayer

10  funds many in Georgia will support.

11      But this continued waste of dollars to

12  keep us in court and to continue to have us in

13  a special session and keep rehashing the same

14  things over and over again is a waste of time

15  and a waste of money that could easily be

16  avoided.  So I am asking you on behalf of

17  voters across Georgia to get it right this

18  time.  Thank you.

19      SENATOR ECHOLS:  Thank you.  Are you

20  Hannah?

21      MS. GHEBRESLASSIE:  Yes.

22      SENATOR ECHOLS:  After Hannah, I have

23  Anne Duncan.

24      MS. GHEBRESLASSIE:  Good afternoon,

25  chair.  And all committee members.  My name is

1  Hannah Ghebreslassie, and I'm the executive

2  director of Protect the Vote GA, which is a

3  nonpartisan organization that works to

4  mobilize voters and protect voting rights here

5  in Georgia.

6        We focus on the Metro Atlanta area.

7  And I was also raised in Atlanta and the metro

8  area, growing up in both DeKalb and Gwinnett

9  counties.  And over the years, I've seen how

10  much more diverse these communities have

11  become.  And right now, we have an opportunity

12  to meet these communities where they are

13  because they're no longer what they were 30

14  years ago.

15        I'm here today standing in solidarity

16  with Black Voters Matter and many other of our

17  colleagues from across the state to further

18  raise concerns that have been shared regarding

19  the maps.  It has been made clear by a federal

20  judge who ruled that the current maps legally

21  dilute the power of Black voters, such as

22  myself, and that is unacceptable.

23        I, along with many others today, am

24  concerned about the proposed maps and that

25  they will not increase representation of Black

1   voters here in Georgia, as requested by the

2   federal judge.  We urge you to draw the maps

3   that represent equity and fair representation

4   of the diverse voices in our Georgia

5   community.  By doing so, we can ensure that

6   maintaining public trust and accountability is

7   a priority.

8         I encourage you all to lean on the

9   expertise of experts who have spoken here

10  today, such as Georgia Redistricting Alliance,

11  Fair Districts Georgia, ACLU of Georgia, GALEO

12  Common Cause, Georgia Youth Justice Coalition,

13  League of Women Voters, and so many others

14  that are here represented.

15        We also echo the concerns of removing

16  barriers to language access on the website.

17  As someone who grew up in a first generation

18  household with parents whose first language

19  was not English, it's really important to make

20  sure we are incorporating multilingual

21  features on the website to support people who

22  do want to submit testimony or public comment.

23  Thank you for your time.

24        SENATOR ECHOLS:  Thank you.  Anne

25  Duncan and Isabel Philip is on deck, please.

1      MS. DUNCAN:  Good afternoon, Madam

2  Chairman And members of the committee.  My

3  name is Anne Duncan.  I'm just an ordinary

4  voter from North Fulton County that believes

5  in democracy and distracting is the foundation

6  of democracy so that all of our voices can be

7  heard equally.

8      And I am here today because I am really

9  concerned about equity for Black and Brown

10  folks in our community.  And I just want to

11  know that I can count on you on this committee

12  to make sure that the maps that you recommend

13  are in compliance with what the judge has

14  ordered you to do.  We need to focus the

15  changes on the areas that the judge

16  identified, where Black voices need more

17  representation.  Thank you so very much.

18      SENATOR ECHOLS:  Thank you.  Is

19  Isabel -- after her, we'll have Senator James.

20      MS. PHILIP:  Hi everyone.  My name is

21  Isabel Philip.  I'm a UGA student and a

22  resident of Athens, Georgia.  Our city is full

23  of young folks for whom the upcoming elections

24  will be some of the first they've taken part

25  in.  Our city is also cracked to the point

1  that many of us question whether our votes

2  have any power at all.

3        As the AJC noted in 2021, Athens is

4  sliced into political pieces, and as we know,

5  based on the current maps, which specifically

6  sought to diminish the power of Black voters,

7  that isn't unique to Athens.  The legacy of

8  racial gerrymandering in Georgia is something

9  that we need to confront together.

10        I hope to see the proposed maps redrawn

11  fairly now, and I hope to see cities like

12  Athens drawn fairly in the future because

13  Georgians, especially young Black Georgians

14  most affected, deserve district maps that

15  accurately, accurately represent our

16  communities and a redistricting process that

17  inspires trust and confidence as we first

18  begin to engage in the democratic process.

19        I love UGA, I love Athens, and I love

20  Georgia, and I want to be here for a long

21  time.  So I really hope to see my elected

22  officials fight for myself, my classmates, and

23  a fair and just future for our state.  Thank

24  you very much.

25        SENATOR ECHOLS:  Thank you.  After

1  Senator James, I think Stephanie Ali, you'll

2  be up after and that'll you'll be the last.

3  Thank you.  Thank you.

4       SENATOR JAMES:  Madam Chair, Senators,

5  I'm Donzella James, former, right now in the

6  35th District, but soon to be if this passes

7  in the 28th District.  New district.

8       Well, Judge Jones ordered that the

9  Senate redraw the maps to remedy

10  discrimination against Black voters in ten

11  specific districts.  And the court

12  specifically found that Black voters in

13  these -- those ten districts did not have an

14  equal opportunity to elect candidates of their

15  choice.

16       Instead of focusing on those ten

17  districts, the Republican proposal makes the

18  vast majority of its changes in districts not

19  identified by the court order as not having

20  enough minorities.

21       So instead of focusing on those

22  districts, the vast majority of its changes

23  are in districts that's not identified by the

24  court order.  And in the districts identified

25  by the court, the Republican proposal changes

1   district numbers instead, including mine, for

2   no apparent reason.

3         It appears to be a smoke and mirrors

4   and partisan gamesmanship.  And I ask that

5   this map be rejected and a map be adopted that

6   complies with the Voting Rights Act.  This act

7   does not do that.  And maybe you can add a few

8   specifics.  I want to add some specifics about

9   my district.

10        First of all, I got elected in '93 to

11   fill the unexpired term of Arthur Langford,

12   and I still live in that same house that we

13   had just built that year, my late husband and

14   I, and I wanted to do things to help my

15   community.  So I was to end up being the

16   second African American female in history to

17   come into the State Senate in the 35th

18   District.

19        And I was proud and honored to serve

20   all those years.  And in 2002, I left the

21   Senate to allow other people to run.  But in

22   2009, my community asked me to run again

23   because they needed -- they never stopped

24   calling on me.  They needed a person that

25   would listen to them and could strengthen the

1  community of interest.  And that's what I have

2  attempted to do all these years.

3       So in 2009, I ran again when the seat

4  was vacated again, this time by Kasim Reed.

5  In the middle of the term.  I won

6  overwhelmingly.  And I've continued to do that

7  because I trust the people, and the people

8  trust me, and I work with them.  I go

9  throughout my community, I go to all of the

10  events and we work together, just like many of

11  the other senators who are being affected

12  right now.

13       This morning, one of my colleagues got

14  up for a personal point of privilege.  And

15  that's the senator from the 44th who is also

16  going to be changed out of her district to the

17  17th, which is supposed to be the other new

18  district that people are saying is supposed to

19  satisfy the judge's orders.

20       I disagree that it does that because I

21  had a 79 percent Black district.  Yes.  And I

22  knew it was going to change because it was too

23  packed.  So I didn't mind that.  But to be

24  taken completely out of the district and just

25  my house, even some of the people who live on

1   my street or the next street over are not in

2   the new 28th.

3        So I don't even recognize the old 35th

4   District from this map.  And I cannot even

5   understand why Senator -- I know we're

6   supposed to call numbers, but I'm -- the 38th,

7   how she could have Cobb County and the part

8   that I have now, if I -- if this new map

9   passes, how our Senate could come all the way

10  around and get my district and then I go all

11  the way around the other way and get her

12  district.  It's musical chairs.  What is it?

13  I don't understand.

14        So please, please take a look at

15  rejecting this map or looking at the mere fact

16  that it does not satisfy the court orders.

17        SENATOR ECHOLS:  Thank you.

18        SENATOR JAMES:  And I appreciate it.

19  And I had a picture of the Voting Rights Act

20  being signed, and I wanted to bring it up

21  here, but it's much too big.  And I was going

22  to show you why I ran for office in the first

23  place.

24        I wouldn't have even been able to be

25  the second African American in history to be

1   in the Senate, had it not been for that Voting

2   Rights Act.  And that's what we're trying to

3   comply with now.  So I thank you for allowing

4   me to speak, and I hope that you will look at

5   this map.

6        SENATOR ECHOLS:  Thank you.

7        SENATOR JAMES:  Thank you.

8        SENATOR ECHOLS:  All right.  Stephanie

9   Ali.

10        MS. ALI:  Well, thank you so much.  If

11   I would have know, I would have definitely

12   wanted to go before the good senator because

13   that's a hard act to follow.

14        But my name is Stephanie Ali.  I am the

15   policy director at New Georgia Project Action

16   Fund.  And while everyone shared their Atlanta

17   bona fides, I will say that don't hold it

18   against me.  But I am originally from Alabama,

19   which means -- which means my people have been

20   through this just recently.

21        My folks are from the new congressional

22   district in South Alabama that took multiple

23   cycles to make happen.  My folks are in the

24   new majority Black district in South Alabama,

25   and that is because Alabama's -- Alabama's,

1   sorry, legislative system refused to follow

2   judge's orders.

3          And I told my mama over Thanksgiving, I

4   was like, luckily, we got better leadership in

5   Georgia.  And now I'm sitting here thinking,

6   I'm gonna have to call my mama back because

7   this is not better than Alabama.

8          It's more subtle.  I'll say that.  It's

9   more subtle, but changing number 28 up here to

10  Senator -- where Senator James currently sits

11  over to Matt Brass does not make a new Black

12  majority district.  It just changes the number

13  of one that already was.

14         Taking District 17 from one place to

15  another does not create a new Black district.

16  It just changes the number of one that was.

17  Nothing is new here for Black voters.  They're

18  just in new numbers.  They've got to learn,

19  and a lot of new people are going to have to

20  learn a new rep, a new senator, a new number,

21  a new polling place.

22         So it's a lot of extra work for folks

23  like us who do voter education for folks like

24  Miss Vivian, who do voter education.  But it

25  ain't going to help build Black power, which

1   is what the judge ordered.

2        But frankly, I know that the -- just

3   because I like I said, my folks just been

4   through this.  The idea isn't complying with

5   the judge's order.  The idea is running down

6   the clock because we are coming up on the 2024

7   elections, and voter confusion only helps to

8   break turnout.

9        And we don't deserve that.  We deserve

10  a better class of leadership because I believe

11  in Georgia.  Like I said, I held it up to my

12  family and said, no, we're going to do better.

13  I can't wait for these maps.  We're going to

14  do better.

15        This is not a new Black district.  It's

16  just under a new name.  This is not a majority

17  Black district that was created.  This is a

18  rebrand.  This is a flipping of numbers we

19  should be doing.  Just as the folks who have

20  come here saying we should be looking at

21  Spalding, at Fayette, at the rest of

22  McDonough, where these places really are,

23  where Black communities live and are

24  underrepresented as they are.

25        So I thank you again for your time, and

1  I thank you again for your service.  I know we

2  all want to get out of here, but there's no

3  reason to do this right now and come back to

4  the court and come back and draw it again,

5  because I really do think we're better.  Thank

6  you.

7      SENATOR ECHOLS:  Thank you.  And that

8  concludes the public comment portion of our

9  hearing today.  We will be meeting tomorrow

10  morning at 9:00 a.m. in this same room.

11  Tomorrow we'll be hearing the minority

12  leader's plan and will be taking action.  And

13  so I invite you to come back then.  Do I need

14  a motion to adjourn?

15      MALE VOICE:  So moved.

16      SENATOR ECHOLS:  So moved.  Second?

17      MALE VOICE:  Second.

18      SENATOR ECHOLS:  All right.  All in

19  favor of adjourning.

20      MULTIPLE VOICES:  Aye.

21      SENATOR ECHOLS:  Thank you all for

22  coming.

23      (End of Video Recording.)

24

25

1                        CERTIFICATE

2

            I, Wendy Sawyer, do hereby certify that I was

3

    authorized to and transcribed the foregoing recorded

4

    proceedings, and that the transcript is a true record, to

5

    the best of my ability.

6

7

8

            DATED this 8th day of December, 2023.

9

10

11

        _____

12

        WENDY SAWYER, CDLT

13

14

15

16

17

18

19

20

21

22

23

24

25

**1**

**1**   10:8

**10**   18:18
19:5 30:17

**100**   39:14
48:10

**106**   15:11

**12**   5:17,18

**14**   38:10,12

**145**   15:11

**146**   15:11

**15**   9:16
14:10,17
32:11

**16**   12:16
19:25 26:9
27:15
30:17 31:4
32:14

**17**   8:21
11:15 12:5
15:15
16:14,24
17:11
18:15,19,
21 19:8
30:17 37:3
45:8

**17th**   58:17

**190**   13:5

**191**   13:5

**2**

**2**   48:25

**20**   15:12

**2002**   15:25
57:20

**2009**   57:22
58:3

**2018**   11:11

**2020**   11:11
25:8 43:10

**2021**   11:9
15:19,23
16:5 19:11
21:25
29:3,6,9
55:3

**2022**   11:12

**2023**   4:13
25:13
29:5,13

**2023/'24**
4:24

**2024**   14:23
50:12

**22**   14:14

**25**   16:11
30:17

**268**   15:11

**26th**   29:5
30:1

**27th**   29:13

**28**   8:21
12:10,19,
24 15:16
20:3,11,21
21:7,17,23
22:21
30:17
32:5,24
33:5,6,10
45:8

**285**   12:4
21:2

**28th**   56:7

**3**

**30**   22:8
30:17
48:6,10
52:13

**316**   12:4

**325**   13:1

**326**   13:1

**33**   21:6,8
36:5,18
37:3

**34**   12:16
19:25
30:17
32:14

**35**   14:15
20:19
30:17
36:6,19

**35th**   56:6

**57:17**

**36**   19:25

**37**   36:8,11

**38**   20:9
42:13

**39**   19:19,25

**4**

**40**   45:15
47:24

**41**   17:24
18:6,8

**417**   15:12

**42**   9:10
16:18,20
19:14
37:6,20
38:14
45:15

**427**   15:12

**43**   17:10,11
30:17
36:6,19

**44**   19:5,6
30:17

**44th**   58:15

**48**   25:19

**5**

**5**   48:6

**509**   6:6

**GEORGIA SENATE**
**Reapportionment and Redistricting (Senate) on 11/29/2023** Index: 51..afternoon

51   45:16

510   15:1

511   15:6

514   30:18

55   17:13,
  21,22

56   24:25

59   45:16

___

**6**

6   9:13
  21:16,18
  22:1
  24:16,17,
  21 25:13
  37:6,20

___

**7**

72   25:1

79   58:21

7:30   6:19

___

**8**

86   12:4

___

**9**

93   57:10

___

**A**

absolute
  50:14

access   40:2
  46:21
  53:16

accommodate
  16:13
  20:2,10,21
  21:7 22:20

account
  14:18 38:5

accountability
  27:11 53:6

accurate
  41:4,9

accurately
  40:20 42:8
  55:15

ACLU   28:24
  29:7,16
  53:11

ACLUGA.ORG
  31:19

Acluga.org.
  29:21

act   7:23
  15:20
  26:10
  30:16 57:6

activists
  43:12

actual   43:14

add   19:21
  20:3 35:13
  57:7,8

added   23:5
  37:2

adding   10:12
  21:7

addition
  16:14
  20:10

additional
  6:7 10:11,
  12 15:7
  30:2,5
  35:19 45:7

Additionally
  25:16

address   7:4
  26:7
  31:11,18
  39:16

adequate
  25:17

adequately
  24:13
  31:11,15

adjoining
  12:18
  13:11

adjusted
  14:8

adjustments
  13:16
  16:12

adopt   4:11,
  21

adopted   4:6
  57:5

adopting
  5:11

advocacy
  24:9 38:19
  48:18

advocate
  24:10 26:5
  27:3,21

advocates
  50:23

advocating
  29:10

affected
  6:14 8:13
  18:18
  25:17
  55:14
  58:11

affiliated
  16:7

African
  57:16

African-
americans
  42:3

afternoon
  26:4 28:21
  32:3 35:1,
  5 39:9
  40:11
  41:23
  44:20
  48:15

51:24 54:1

age 12:17
24:24

aggressively
43:20

ahead 23:18
28:20

aisle 8:1

AJC 55:3

Ali 56:1

Alliance
45:5 53:10

allocated
6:16

Alpha 28:25
29:1

American
57:16

amount 6:15
14:22

analysis
35:17
38:3,4

anchored
12:14,19

Anderson
6:24 17:19

Anna 43:3
44:17,21

Anne 51:23
53:24 54:3

apologize

39:5 44:18

apparent
57:2

apparently
25:24

appeal
15:21,23

appears 57:3

approving
5:5

approximately
24:25 25:1

area 9:2,3
11:19 12:3
16:13 18:7
20:24
22:14 26:6
30:15,24
31:2,15
42:14
45:18,25
52:6,8

areas 6:11,
14 8:24,25
13:4,25
17:1,3,4,
5,16,18,
23,25
18:4,11,23
19:14
20:13,14,
25 21:3,9
22:4 31:17
54:15

Arthur 57:11

aspect 27:12
30:10

aspects
29:24

aspirations
28:5

assessing
36:1

Athens 54:22
55:3,7,12,
19

Atlanta 6:8
8:21 9:7,
12,14,17
13:8 14:7
16:23
19:20,23
20:22
45:18
52:6,7

attempted
58:2

attempts
39:19

attend 34:3

attendance
4:1

attended
48:25

attorney
28:24

attributed
49:6

Au 25:7

Austell 13:3

avoid 10:24

avoided
51:16

avoiding
21:20

Avondale
19:13

awarded 42:2

_____

B

back 31:23
32:20
33:25
37:10,22
50:5,6

backs 34:16

balance
37:14

balanced
11:8

band 24:18

bankrupt
28:9

barometers
39:23

barriers
53:16

based 34:19
55:5

basic  39:22

basically
  37:6,20
  45:18

basis  38:1

battle  41:14

began  6:3
  7:5

begin  40:22
  55:18

beginning
  41:14

begins  26:25

behalf  51:16

believes
  54:4

benefit  36:1

bill  5:15

bit  6:2
  23:6 32:23
  49:13

Black  6:7
  8:19,24
  9:1,4
  11:15
  12:11,17,
  22,23
  13:16
  15:5,7,11,
  13,16
  16:25
  18:14
  19:2,16,22

20:4,16,
21,25
22:21
26:13
27:16,24
28:2 30:2,
4,5,22,23
33:2
34:10,17
35:13,16,
19 36:2,3,
6,18,22
37:5,16
38:2,3
40:15
41:5,11
42:5
43:12,16
45:7,13,22
46:25 47:3
49:5
52:16,21,
25 54:9,16
55:6,13
56:10,12
58:21

blank  19:23

block  31:21

board  25:11
  51:5

body  28:9
  29:3 48:22
  49:14 51:4

Bolen  39:6,
  7,9,11

born  45:25

boundaries
  17:4 19:11
  22:10

boundary
  12:5,7

boxes  48:5

Brass  22:7

breeds  49:22

Brian  40:10
  41:18,19,
  23,24

bridge  27:23

bring  23:16

Brown  41:5,
  11 42:5
  54:9

Buckhead
  20:14
  42:17

built  57:13

business
  4:21 50:11

businesses
  48:4

Butler  5:14,
  17,20,25
  18:4

---

### C

C3  45:4

C4  45:3

calculations
  26:24

call  48:1

called  6:12
  48:1

calling
  57:24

campaigns
  51:6

candidate
  24:20
  25:10

candidates
  25:2 31:6
  49:19,24
  50:9 56:14

Capitol
  6:17,20

care  12:25

carefully
  6:3

Carolyn  39:4

carries
  26:22

Carroll
  21:23,24
  22:4,14,17

Carrollton
  22:17

case  28:25
  29:1,6
  35:25
  36:16 44:5

48:23 51:9

cases   29:3

caucus   35:8

CD6   45:19

centered
12:6

chair   4:9
7:11,13
8:16 28:21
30:1 39:11
44:20
51:25 56:4

chair's
29:12

Chairman   7:7
54:2

chairs   40:1

chairwoman
24:7 39:10
48:15

challenge
8:9

challenges
44:7

challenging
29:2 44:24

champion
27:5 28:4

chance   43:25
49:23

change   9:21
11:14
14:10

38:16
58:22

changed   9:20
14:14,15,
17 16:10
34:13
58:16

choice   25:3
31:6
49:19,24
56:15

choose   41:2

cities   55:11

citizen's
26:21

citizens
26:13
27:2,5,17
28:2,10
40:5

city   13:2
18:2,3
20:13
22:15
54:22,25

Clarkston
18:9,11

classmates
55:22

Clayton
11:23
12:22 33:9
46:1

clear   15:1,4

52:19

clients   31:5

co-chair
33:21

Coalition
40:13 42:1
43:8 53:12

coalitions
45:4

Cobb   20:11
21:9,13
33:11
48:17

colleagues
29:7 52:17
58:13

collective
27:4

color   24:17
25:2,6
36:11

column   37:11

combined
11:23

comment   8:14
22:25
25:20 26:1
36:2 40:3
53:22

comments   7:9
23:11,25

committee
4:5,15,25

5:4,24
11:21 24:8
28:22
29:11,18
31:10,22
32:8,16,19
33:20 35:3
39:10,18,
25 41:23
44:21
45:10
48:16
51:25
54:2,11

committees
25:23

common   21:3
44:22
53:12

communities
10:20 12:6
13:10
19:15 22:3
25:18
26:24
27:18
40:20
42:8,16,18
52:10,12
55:16

community
20:15
24:11
26:5,14
36:10
40:18 46:3
47:4 53:5

54:10
57:15,22
58:1,9

compact
10:19

competitive
49:11,21

completely
37:23
42:17
58:24

compliance
50:4 54:13

compliant
49:12

complies
15:19 30:8
32:17,22
33:15 57:6

comply 7:22
9:23 10:1,
8 34:14,20
45:9,11

complying
14:3

concern
36:17 46:2
48:7

concerned
31:13
45:3,6
46:20
52:24 54:9

concerns

28:4
29:11,15,
17 46:17
52:18
53:15

concluded
24:1

concludes
22:23

confidence
40:7,22
42:10
55:17

confident
44:13

configuration
8:23 13:10
17:7,13
18:13

configured
16:3

confirm 5:14

confront
26:12 44:7
49:25 55:9

Congress
44:1

connected
20:25
21:24

connecting
20:13
21:11

connections
13:5 17:2,
17

connects
13:7 22:1

considerations
11:7 35:22

considered
7:17 35:6

consistent
20:5

consistently
42:2

constituency
49:16,20

Constitution
10:9

constructed
38:7

constructing
37:4

consulted
7:4

contiguous
10:18

continuation
25:6,20

continue
18:25
39:14
51:12

continued
50:18

51:11 58:6

continuing
43:22

continuity
11:5

control
48:20

conversations
8:10

converts
15:16

Cooper 14:15

copy 4:22

cores 14:13

correct
5:16,17,
19,20 7:4

corridor
21:2

cost 50:17

counsel 7:5
28:25

count 35:18
40:18
54:11

counties
10:11,15
12:23
17:3,25
21:20
33:8,12
52:9

counties'
  51:5

counting
  41:12

country
  44:25

county   9:14
  10:12,14,
  17  11:23
  12:20
  14:19
  16:21
  17:3,6,8,
  12,18
  18:21
  20:11,12,
  15  21:13,
  21,23
  22:4,5,12,
  16,18  26:6
  33:9  46:1
  48:11,17
  54:4

couple   24:3
  49:1

court   10:3
  11:16
  12:11
  29:25
  30:11,14,
  24  31:3,
  15,23
  32:20
  34:11,14,
  21  39:17
  47:20

48:25
49:2,8,12
50:4,6,22
51:12
56:11,19,
24,25

court's   29:4
  31:18

covered   8:24

Coweta
  21:19,20,
  24  33:9

cracked
  24:23
  54:25

create   19:7
  28:7  40:18
  45:21

creating
  9:22  21:17
  26:25
  46:11

creation
  18:19
  22:20  45:6

crew   34:3

criteria
  34:20

crucial
  27:11

current   20:1
  30:15,21
  52:20  55:5

cycles   20:6

──────────────
         D
──────────────

data   11:10

database
  14:20

Davenport
  6:24  12:9

David   23:19
  24:8

day   49:8
  50:17

days   6:17,
  18  49:1

dear   27:20

decades   45:1

Decatur
  18:9,23
  19:9,10,13

decision
  24:23  28:6
  44:11

deck   23:24
  28:20  43:2
  44:17
  46:13
  48:14
  53:25

decreased
  36:5,18

decreases
  49:6

deem   28:8

defense
  50:18

deficient
  25:22

define   15:4

degrees   42:2

Dekalb   9:11
  16:21
  17:16,24
  52:8

delivered
  35:1,2

demand   27:10

democracy
  39:14  41:1
  44:5  54:5,
  6

democratic
  15:25
  27:12  35:8
  37:3  38:22
  40:23
  42:10
  55:18

democratically
  16:7

demographic
  42:25

Dennis   43:3
  44:19,21

Denying
  27:18

deserve
  40:6,19
  42:7 55:14

details
  13:22

developed
  34:24

deviations
  10:7

difficult
  25:25
  43:23

dilute  43:16
  52:21

dilution
  31:14

diminish
  55:6

directly
  18:18

director
  44:22
  48:18 52:2

disagree
  58:20

discouraged
  43:14 44:4

discriminated
  47:13

discrimination
  56:10

discuss
  11:13

38:22,23

discussions
  7:1

displayed
  9:19

disproportiona
tely  42:15

distracting
  54:5

district
  8:4,5,8
  9:4,10,13,
  20,23
  10:6,7,19
  11:3,15,
  22,25
  12:3,5,7,
  10,11,13,
  14,16,19,
  24 13:2,7,
  12,15
  14:12
  16:3,11,
  14,15,17,
  18,20,21,
  22,24,25
  17:9,10,
  11,13,14,
  17,20,21,
  22,24
  18:5,6,7,
  10,13,15,
  17,18,19,
  21,22,23
  19:2,4,5,
  6,7,8,12,

14,16,18,
  19,22,25
  20:3,4,6,
  8,9,10,16,
  18,19,21
  21:5,6,7,
  8,9,12,15,
  16,17,18,
  19,23
  22:1,6,7,
  8,11,16,
  19,21,22
  24:15,16,
  17,21,24
  25:13,15
  26:9 27:15
  30:15,16
  31:3,5
  32:5,24
  33:5,10
  36:3,5,12,
  15,18 37:2
  39:24
  40:18,19
  42:7,13,23
  45:8,15
  51:7 55:14
  56:6,7
  57:1,9,18
  58:16,18,
  21,24

districts
  6:7,10
  7:5,25
  8:13,19,
  21,25 9:2,
  6,7,9,16,
  19 10:2,5,

13,18,19
  11:14,16,
  18 12:18,
  21,23
  13:11,17,
  19 14:6,
  10,15,16,
  25 15:3,6,
  8,10,14,
  15,17
  16:4,6,10,
  19 19:21,
  25 21:25
  22:24
  26:25
  27:23 29:2
  30:3,5,6,
  23 31:2
  32:9,11,
  13,14
  33:1,21
  34:10,13,
  17 35:14,
  17,18,19
  36:22
  37:2,3,6,
  10,16,21
  38:7,14
  42:20
  43:19
  45:7,14
  47:8 50:7
  53:11
  56:11,13,
  17,18,22,
  23,24

diverse  13:9
  27:1 40:5

52:10 53:4

**divided**
46:24,25

**divides**
27:24

**Doctor** 23:23
26:2,5

**documents**
4:3

**dollars**
50:17
51:11

**Donzella**
56:5

**Douglas**
22:12,13
33:12

**draft** 25:18
32:9

**drafted** 33:6

**draw** 7:15
16:4 34:17
53:2

**drawing** 5:2
6:2 7:5
10:2,13
14:5,21
27:23 34:9
47:7 48:3

**drawn** 6:10
7:20 8:5
25:15
26:21
27:8,16

33:2 45:12
46:23
55:12

**drew** 8:12,
18 12:12

**drop** 48:5

**due** 38:14
49:5

**Dugan** 6:23
22:21

**Duncan** 51:23
53:25
54:1,3

———————
**E**
———————

**earlier** 7:14

**easily** 51:15

**east** 16:10
20:9 21:8,
9,10 22:19

**eastern** 9:12
16:22 18:1

**echo** 53:15

**Echols** 4:16
5:10,18,21
6:1 8:17
23:4 24:6
26:2
28:11,15,
18 30:2
32:1,10
33:1,17
38:25 39:3
40:9 41:18

43:2 44:16
46:12
48:13
51:19,22
53:24
54:18
55:25

**educating**
50:25

**effect** 9:9
14:5 37:8,
9

**effects**
16:19 18:7

**efforts** 11:2

**elect** 24:19
25:2 27:2
28:2 31:6
56:14

**elected**
25:11
40:17,24
42:22
49:18
55:21
57:10

**electing**
49:23

**election**
11:11
14:19 16:2
43:21
50:11

**elections**
14:23 51:5

54:23

**eliminate**
14:24
15:2,13

**emails** 6:13

**emblematic**
25:5

**employs**
48:20

**empower** 27:2

**empowered**
43:11

**empowering**
28:2

**enables**
18:13

**enact** 25:22
50:15

**enacted**
14:14,16
50:16

**encourage**
53:8

**end** 57:15

**ends** 50:2

**engage** 40:22
42:10
55:18

**engaged** 41:6
50:19

**English**
53:19

ensure 11:3,
7 26:21
27:7 40:1
41:14 53:5

ensures
12:21
16:14 17:7
22:3

ensuring
10:17,18,
20,25 19:9
25:1 27:16

enter 4:6

entertain
5:7

equal 26:22
27:21
56:14

equally 44:9
54:7

equitable
41:15

equity 27:16
53:3 54:9

equivalency
31:21

Esselstyn
14:14

Estates
19:13

Estevez 21:4
24:19
25:4,9

evaluating
50:9

events 58:10

everyone's
23:8

exact 42:6

exceed 36:11

excellence
49:22

excess 37:9

excessive
38:11,15

excluded
19:11

executive
44:22 52:1

exercise
37:13,15

exhibits
11:19,20

existed 20:6

existing
10:3 14:25
15:2,5,13,
14 16:16
17:13

exits 20:11

expect 37:4

experiencing
13:9

expert
12:13,15

expertise
53:9

experts 6:11
8:25 9:5
11:18
12:12
13:20
14:12,13
53:9

explain
13:17

extensive
11:10
13:23

extremes
50:1

eye 8:2

eyes 28:9

_____

F

face 44:8

facing 40:3

fact 38:12
47:12

failed 39:22

failings
24:14

fails 24:13
37:19,25

fair 26:8,
16,23
27:12,19
29:10

31:24
33:21
39:23
41:4,9
42:20,25
46:5
47:10,11
49:10
53:3,11
55:23

Fairburn
42:12

fairly 27:23
40:19
46:23
55:11,12

fairness
39:23
47:14

faith 44:11

family 46:3

fate 45:19

favor 4:18
5:11 26:20

Fayette
12:22 33:8

features
53:21

federal
29:4,25
43:18
52:19 53:2

feel 43:13
44:4 49:23

feeling
  43:11

feels  42:21

female  23:2
  57:16

fight  39:13
  41:13
  55:22

fighting
  41:16

filed  29:6

files  31:20,
  21

fill  57:11

find  4:2,22

fiscal  50:15

flawed  50:16

flipped
  37:10

focus  34:7
  42:24 52:6
  54:14

focusing
  56:16,21

folder  4:2,
  12

folks  33:25
  46:4,25
  54:10,23

follow  45:11

football
  6:21

forefront
  39:13

forward  8:14

fought  43:12

found  7:2
  13:4 26:9
  29:15,20
  30:11,18
  31:3,19
  48:24
  56:12

foundation
  27:12 54:5

Fourth  14:18

framing
  29:23

Francis
  28:19
  32:2,3,4

front  8:22

full  54:22

Fulton  9:14
  12:14,20,
  22 13:3
  20:12,15,
  23 33:7,12
  54:4

Fund  24:10

fundamental
  27:14

funding  51:4

funds  51:10

future  27:18
  41:10
  55:12,23

_____

G

_____

GA  52:2

GALEO  24:10
  53:11

game  6:21

gamesmanship
  57:4

Garabadu
  28:14,17,
  21,23
  35:20,21
  38:6

Garcia
  23:19,23
  24:5,7,9

generation
  41:11
  53:17

generations
  43:13

genuinely
  27:3

geography
  13:22

George  40:13

Georgia
  13:22,24
  22:2 24:11
  25:11

28:10,24
29:8 30:13
33:22
39:12
41:12,24,
25 42:1
43:6,7
44:3,13,22
45:5,19,24
46:16
47:23 48:9
49:4,11
51:10,17
52:5 53:1,
4,10,11,12
54:22
55:8,20

Georgia's
  39:24
  43:19

georgia.org
  29:16

Georgian
  40:5

Georgians
  26:1 31:24
  40:6,8,19
  42:7 44:7
  55:13

gerrymandered
  43:19

gerrymandering
  55:8

Ghebreslassie
  51:21,24

52:1

Gina   7:5
  8:18

give   19:6
  24:3  36:23
  43:8  48:8

goal   9:22,
  25  28:7

good   26:4
  28:21  32:3
  39:9  40:11
  41:23
  44:19,20
  48:15
  51:9,24
  54:1

governing
  4:14

government
  44:8

governments
  10:14

Governor
  6:12

graded   48:23

grew   53:17

Griffin   9:3

Griffin-
spalding
  26:6

group   27:19
  35:23

groups   16:8

50:23

Grove   12:2
  16:13

growing
  17:3,18
  21:1,3
  22:3  52:8

growth   13:9
  49:4,5

guidelines
  4:22,24
  5:3,12

guides   44:10

guys   7:12
  40:13,25

Gwinnett
  17:12,18,
  25  52:8

———————————

            H

hall   29:8

Halpern   20:7

Hampton
  11:25  12:2

hand   4:19,
  20  5:12
  8:6,8

Hannah   48:14
  51:20,22
  52:1

happen   38:17
  47:1

happening
  30:12

happy   6:22
  33:25  39:2
  45:25

Haralson
  22:10

Harbin   6:24

Hargrove
  39:4

Hatchett
  7:7,10

health   12:25

hear   5:22
  24:2

heard   21:19,
  24  22:5
  23:8,15
  41:7  42:23
  44:9  46:7,
  22  54:7

hearing   8:14
  34:4  35:3
  47:21

hearings
  25:24

helpful   7:2

helps   49:25

Henry   17:3,5
  18:21

Hey   39:7

higher   12:17

highways
  12:25

Hispanic
  24:11

historical
  27:24

history   6:2
  57:16

hold   23:19,
  21  27:20

holding
  25:24

honored
  57:19

honoring
  46:9

hope   55:10,
  11,21

hours   25:19

house   5:3
  25:23  30:5
  31:9  34:4
  40:1  57:12
  58:25

household
  53:18

hurt   47:3

husband   6:22
  57:13

———————————

            I

I-20   17:17

I-285  18:1

ideal  10:7

identified
  30:25
  31:15
  54:16
  56:19,23,
  24

ignores
  30:21

imbalances
  28:1

Impact  24:10

impacted
  7:25 51:5

implement
  36:22
  37:16

implicated
  24:22

implore
  32:16,20
  33:13

importance
  40:16

important
  14:4 15:18
  29:24
  30:10 36:7
  53:19

impression
  49:2

inaccessible

43:23

inappropriate
  37:12,24

include  17:4
  18:22
  31:20

included
  9:1,2,3
  10:6
  18:21,24
  19:1,10
  22:12

includes
  9:18 11:25
  13:2 17:1,
  25 18:3,11
  19:12
  22:17 31:8
  33:7,11

including
  11:11
  22:15
  24:17 57:1

inclusion
  12:1

incorporate
  39:20

incorporating
  53:20

increase
  52:25

increasing
  24:24

incumbent

11:1,3
12:8 13:13
17:9,19
18:5,16
19:4,18
20:8,18
21:4,14
22:7,22

incumbents
  10:25

influence
  36:3,13,15
  45:13

informed
  13:23

input  10:23
  25:17 48:8

inspire
  40:21

inspires
  40:7 42:9
  55:17

instructed
  32:8

integral
  26:13

intently
  42:24

interest
  10:20
  44:10 58:1

interests
  21:3 27:10

invaluable
  10:23

involved
  11:6

involves  6:6
  9:16

irresponsibili
ty  50:15

Isabel  53:25
  54:19,21

issue  26:17
  36:4,16

issued  29:5,
  25

issues  29:22
  37:1 38:23

———————
**J**
———————

Jackson
  18:16

James  6:24
  13:13
  54:19
  56:1,4,5

January
  25:13

Jason  24:19
  25:4

jeopardized
  44:6

job  41:9,10

Jones  6:9,25
  12:1,25

13:4 15:1
19:3 23:24
26:3,4,5
32:8 56:8

Jones's  6:3
9:23 24:22
32:18
33:15

Jordan  39:7
40:9,10,12

Joy  48:14

judge  6:3,9
9:23 12:1,
25 13:4
14:3 15:1
24:22
32:8,18
33:15
43:18 46:9
52:20 53:2
54:13,15
56:8

judge's  7:18
8:6,11
10:1 15:21
32:22
35:22
45:9,11
58:19

Julie  39:6,
7,10

justice
26:18
27:21
40:13 42:1

43:7 53:12

─────────
        K
─────────

Kasim  58:4

keeping
19:15

Kemp  6:12

Ken  33:18,
21

KENNEDY  4:9

kind  33:23

knew  58:22

knowing
47:22

knowledge
13:24

─────────
        L
─────────

lack  25:21

Langford
57:11

language
15:22,24
40:2
53:16,18

languages
40:4

largely
16:12,15
17:14 22:9

largest
22:18

late  57:13

Latinx
24:18,20
25:10

launch  51:6

Lawler
33:18,19,
21 39:1

lays  5:1

lead  28:25

Leader  5:14

leaders  27:3
44:12

league
39:11,12
53:13

lean  53:8

leave  31:4
37:17

led  25:21

left  21:18
57:20

legacy  55:7

legal  7:4
38:17
50:18

legally
25:22
52:20

legislative
6:13 29:2,
9

legislators
25:6 41:3

legislature
24:23
25:5,7,14,
16,22

letter  29:14
31:7

lift  48:20

Lillian
23:16

limit  23:10,
12

limited
13:10
39:15

Limiting
10:11

lines  26:19
27:8

lining  48:1

listen  57:25

live  26:8
57:12
58:25

living  44:3

local  48:20,
21

located
11:17 14:6
21:1,19

locating
18:15

location
  11:17

Locust   12:2
  16:13

long   27:25
  41:14
  55:20

longer   25:2
  52:13

lot   13:21
  38:9 49:21

love   55:19

Lucy   25:7

luxury   27:13

———————————

————————

**M**

Mableton
  32:5

Madam   4:9
  7:10,13
  8:16 39:9
  54:1 56:4

Madden   39:7
  40:9,11,12

made   7:21
  10:24
  34:22
  52:19

magic   36:9

maintain
  11:5 14:12
  16:15

maintaining
  10:6 20:24
  37:14 53:6

maintains
  20:1,16
  21:10

majority   6:7
  8:19 9:1,
  4,10,12
  11:15
  12:11,23
  13:16
  15:5,13,
  14,16,25
  16:20,22,
  24 18:14
  19:2,16,22
  20:4,16,
  21,24
  22:20
  30:3,4,6,
  22,23 33:2
  34:10
  35:14,16,
  19 36:13,
  22 37:16
  38:2,4
  45:7
  56:18,22

make   4:11
  7:8 17:11
  28:6
  31:14,16
  36:2
  42:19,20
  43:22
  46:22

47:4,10,19
  48:7 53:19
  54:12

makes   31:16
  56:17

makeup   27:1

making   25:25
  37:11
  44:11

MALE   5:8,9

manipulated
  26:20

mantle   50:25

map   5:23
  6:2 8:12,
  15 11:19
  14:21
  21:25
  22:24
  24:20
  26:19
  31:17
  32:6,10,
  12,15,25
  33:6 35:5,
  6,20 36:4,
  16,21,23
  37:17,18,
  19,25
  38:9,22
  47:19 57:5

maps   5:2
  7:16,19
  10:16
  24:15

25:18,23
  26:15 27:8
  28:7
  29:10,12,
  19 30:13,
  15 31:19,
  24 32:17,
  20,21
  33:4,14
  34:6,19,
  20,25
  35:12
  39:15,21
  40:18,19
  41:4,9,14,
  16 42:7,
  13,25
  43:16
  45:12
  46:23,24
  47:10,18
  48:23,24
  49:3,10
  50:15,22
  52:19,20,
  24 53:2
  54:12
  55:5,10,14
  56:9

marginalized
  26:14

Marietta
  21:11

matched   12:6

materials
  40:3

matter   26:18
  41:1 52:16

Mcbath   25:8

Mcdonough
  11:24
  12:2,7

meaningful
  27:17

means   11:10
  41:2
  49:13,14

meant   9:7

meet   6:14,
  18 7:1
  52:12

meeting   8:17

meetings
  10:23
  13:24

member   6:19,
  21 7:3 8:2
  9:24 32:19
  40:12
  41:25 43:7

members   4:2
  7:25 8:7,
  18,22
  28:22
  33:19
  39:10,19
  46:3 51:25
  54:2

mentioned
  30:1 31:7

35:20,21
  38:6,8

mess   28:13

message   42:4

met   6:19
  7:24 8:3
  9:25

metro   6:8
  8:20 9:7,
  12,14,17
  13:8 14:7
  16:22
  19:20,23
  20:22
  45:18,24
  52:6,7

mic   23:20

Michelle
  25:7

middle   58:5

mind   27:16
  58:23

minded   38:4

Mindy   46:13
  48:14,16

mine   57:1

minimize
  14:22

minimum   40:4

minorities
  56:20

minority
  14:25 15:3

minute   23:21

minutes
  23:11,14
  24:1,3

mirror   26:25
  49:16

mirrors
  15:24 57:3

mispronounced
  44:18

mobilize
  52:4

Mohamed
  41:19

Monday   29:12
  32:7

money   51:15

Moore   44:17
  46:13,15,
  16 48:9

morally   28:9

Morgan   17:2

morning   6:20
  58:13

motion   4:11,
  17 5:7,10

motivate
  41:6

move   9:8

moved   5:8
  7:3 9:11,
  13 38:13

45:17 47:2

moves   13:3
  17:12 19:8
  21:22
  38:10

moving   9:9
  13:15
  16:19 17:5
  18:9,14
  19:19

multilingual
  53:20

_____

          N

NAACP   46:16
  48:10

named   24:10

native
  45:23,24

nature   35:23

nearby   14:7

needed   19:24
  21:22 48:2
  57:23,24

nerds   33:24

net   37:3

newly   30:22

Newnan   22:2

Newton   17:2,
  7,15

Nichols
  28:22

night   29:14,
    20

Niles   28:19
    32:1,4

non-hispanic
    49:7

nonpartisan
    33:22
    48:19 52:3

north   9:8
    13:3 14:9
    16:19
    17:12,22
    18:9,14,22
    19:3,8,17
    20:10,17,
    20 21:8
    54:4

north-south
    20:1,4

northern
    9:11,13

note   13:18
    14:4 37:5

noted   6:9
    55:3

notify   51:6

November
    29:13

nuances   38:5

number   5:16,
    18 7:18
    13:7,11
    18:11 21:3

30:2 34:9,
    11 35:13,
    14,18 36:9
    45:13
    47:11

numbers   57:1

_____

O

_____

objection
    37:18

objective
    34:7

October
    29:5,25

offered   35:7
    38:22
    39:21

office   7:6
    8:19 35:5

offices   35:1

officials
    14:19
    40:17,25
    42:22
    55:22

older   17:6

open   22:25

opening   8:2

openness
    27:11

opportunity
    14:25
    15:3,8,10

25:19
    27:21,25
    34:5 36:3
    49:18
    52:11
    56:14

opposed   4:19
    5:13

order   4:10,
    21 6:4,6
    7:19,21,22
    8:6,11,20
    9:24 10:1,
    3 11:16
    12:3,12
    13:1,6
    15:2,21,22
    17:10
    21:6,21
    29:4,23,25
    30:11,19,
    20,25
    31:12,18
    32:18,22
    33:15
    34:15,21
    35:22
    45:9,11
    46:10
    56:19,24

ordered
    32:13
    39:16
    54:14 56:8

orders   58:19

ordinary

54:3

organization
    24:9 33:23
    44:23
    48:19 52:3

orientation
    20:1,5
    21:10

originally
    16:5

outlined
    39:23

outlining
    29:15

outskirts
    45:17

overlapped
    6:11

overwhelming
    49:2,8

overwhelmingly
    58:6

_____

P

_____

packed   58:23

packet   4:23
    9:18

pages   12:4
    13:1,5
    15:11

paired   11:2

pairing

10:25

Palmetto
 20:13
 42:16

Panhandle
 11:22

parameters
 28:8

parent  19:17

parents
 53:18

part  7:12
 9:6,11,13
 11:2,23
 13:2 14:7
 18:6,20
 21:22
 22:13
 26:13
 32:15
 35:12
 36:23 45:3
 47:6,9
 49:5 54:24

participation
 4:1

parties
 11:1,9

partisan
 11:6,10
 34:15,16,
 23 35:15
 36:25
 37:14,19,
 22 38:1,16

39:20 50:1
 57:4

parts  21:24
 33:7,8,11

party  26:20
 39:19

pass  35:20
 36:23

pass-fail
 35:12

passed  29:2
 48:22

passes  38:1
 56:6

past  28:1

Paulding
 22:10

people  17:5
 23:3,7,9
 26:16 42:5
 47:1,15,
 16,21
 48:20 49:9
 53:21
 57:21
 58:7,18,25

people's
 23:14 27:9

percent  10:8
 24:25 25:1
 36:6,7,9,
 11,19
 38:10,12
 45:16,17

58:21

percentages
 12:18

perfect  43:4

person  10:9
 42:21 44:3
 45:23
 57:24

personal
 43:9 58:14

perspective
 38:2

Phi  29:1

Philip  53:25
 54:20,21

piece  30:8,
 20

pieces  31:12
 55:4

places  12:13

Placing  9:6

plague  50:1

plaintiff
 6:10

plaintiff's
 12:21

plaintiffs
 14:2 33:7
 35:25

plaintiffs'
 8:25 9:5
 11:18

12:12
 13:20
 14:11 33:4

plan  8:22
 9:15,16,
 18,23 11:8
 14:1,24
 15:7,12,
 19,23 16:1
 24:13
 30:4,7
 31:9

plans  9:5
 14:5,17
 31:10,11

point  5:6
 22:24
 23:13 24:4
 37:24
 54:25
 58:14

political
 11:7,9
 26:15,17,
 24 39:21
 50:1,2
 55:4

politicians
 42:4

polls  47:2,
 17

population
 12:18 14:7
 19:6
 21:18,21
 24:25 27:1

36:6,19
38:9,10,12
49:4

populations
10:6 12:16
49:6,7

portal 40:4

portion 18:1
19:7 22:12

portions
17:15
18:24
19:10

potential
36:20

potentially
35:7

Powder
21:11,13

power 36:14
43:14
52:21
55:2,6

practices
25:20 46:6

pre-cleared
16:1

precincts
10:14,15,
17 47:2,17
48:4

prepare 6:16

prepared

38:21,23

present
5:15,23

presentation
5:22 22:23

previously
7:19 16:20
17:23
18:10,12,
20,23
19:14
21:12,23
22:11
25:21

pride 44:13

primarily
14:9 21:1
37:5

primary
9:22,25
21:10
42:22

principles
7:24 8:12
10:4,5
27:20 34:6

prior 16:24
21:25
24:16

priorities
42:23

prioritize
26:23 41:9

priority

53:7

privilege
58:14

pro-democracy
44:23

problem
28:17

procedural
24:14

process 5:1
6:2 7:13,
15 8:16
13:22
21:16 25:8
26:15 27:6
31:24
40:6,23
42:9,11
43:23 50:2
55:16,18

processes
40:21
46:11

produced
14:2 29:12

promised
42:6

proposal
30:21
45:20
56:17,25

proposed
4:12 9:15
12:19

14:11,16
24:12,20
29:19 31:8
42:13
52:24
55:10

protect
52:2,4

protected
10:21

proud 57:19

provided
25:18

PSA 51:6

public 8:14
22:25 25:9
40:3 44:9
46:21
53:6,22

purposes
34:15,23
38:16
39:21

pursuing
15:20

pursuit
26:22

pushed 37:7

put 29:14,
19 44:11

puzzle 30:9

---

**Q**

qualifying
  50:10

quarter
  38:13

question
  39:2  55:1

questions
  39:2

quick  43:8

quickly
  41:21

quote  6:5

---

**R**

racial  55:8

Raffensperger
  29:1

Rahul  28:12,
  23

raise  4:19
  5:12  29:11
  52:18

raised  45:25
  52:7

Ramirez
  40:10

ran  18:10,
  20  58:3

ranks  42:2

re-adopt  4:7

reach  40:5

reached  14:1

readopt  4:5

real  14:5
  48:6  49:23

reality
  26:12

Reapportionmen
t  4:25  5:4

reason  36:7
  37:18  57:2

recent  10:14

recognize
  10:16
  40:16

recommend
  54:12

recommendation
s  46:18

reconsider
  33:14

rectify  28:1

redeem  44:1

redistricting
  4:25  5:4
  7:23  10:4
  20:7  26:8,
  17  27:6
  33:24
  39:11
  40:6,21
  42:9  43:21

44:24  45:5
46:6  53:10
55:16

redlining
  48:1

redraw  8:7
  16:5  32:9,
  17,21
  33:14
  47:17  56:9

redrawing
  47:7,19

redrawn  30:4
  32:12,14
  33:2,3,10
  55:10

redraws
  32:10

reduces
  45:13

Reed  58:4

refer  15:10

references
  15:9

referring
  15:5

refers  15:6

reflect
  26:15
  49:10,15

reflection
  27:9
  49:14,20

registration
  14:20

rehashing
  51:13

reinvigorate
  41:4

reject  39:18

rejected
  57:5

relied  12:1
  13:1

relies  12:24

rely  50:23

relying
  40:17

remain  16:17
  22:6  31:4

remained
  11:8

remaining
  10:5  13:18
  16:9

remains
  17:19,24
  18:4,16
  19:2,3,16,
  17  20:7,18
  21:14
  22:9,18,21
  26:11

remedial
  29:19  31:8
  33:4,6

remedied
  31:16

remedy   6:6
  24:13
  39:16 56:9

remember
  15:18 16:3
  43:11

removing
  53:15

report  39:24

represent
  40:20 42:8
  48:10
  49:3,15
  53:3 55:15

representation
  11:5 16:16
  26:18,23
  27:13,19
  34:18 41:1
  42:6 45:21
  52:25 53:3
  54:17

representative
s  28:3
  42:24
  44:14

represented
  42:21
  53:14

represents
  42:15

Republican
  37:11,21

56:17,25

repurposed
  37:20

request  8:3
  39:25 51:4

requested
  36:23
  37:17 53:1

required
  8:20 10:2
  11:16
  12:11
  14:22
  34:10
  39:16 40:5

requirement
  10:9

requires
  14:3

research
  36:8

resident
  32:4,25
  42:12
  48:17
  54:22

resolved
  14:9

respect   9:24
  35:16

respectful
  23:12

response
  8:10

responsibility
  27:5 50:25

rest   37:17

result   9:10
  18:22
  37:8,9

resulted
  12:17

returns
  11:11

reverts
  15:22

reviewing
  6:3

Rhett  6:25
  21:14

Rica  22:15

rights   7:23
  15:20
  26:10
  28:24
  30:16 52:4
  57:6

ripple   9:9
  14:5,8
  16:19 18:7
  37:8,9

ripples
  17:22

robust   51:3

Rockdale
  17:15

room   17:11

33:24
  40:25 41:8
  46:4 50:24

rule   45:18

ruled  43:18
  52:20

rules   4:5,6,
  11,14,18
  46:10

run  11:4
  57:21,22

running
  20:22

runs  20:23

rural  17:4
  22:4

_____

s

sat   7:15

satisfy
  58:19

school  25:9,
  11

score  37:23

scorecards
  34:24,25
  35:4,9

scoring
  34:19
  35:12

seat   58:3

Seay   6:24

seconds 24:4

Section 48:25

Seeger 46:14 48:14,15, 16

seek 25:17

select 27:10

Senate 4:24 6:5,7 7:24 9:1,10,13, 15 11:8,14 12:10 14:15,16 15:12,19 16:1,11, 18,20 17:10,21, 24 18:6,18 19:5,19 20:9,19 21:6,16 22:8 24:13,16, 17,21 25:13,18, 23 26:9 27:15 30:6,13, 16,21 31:3,8 32:5,6,9, 14,24 33:5,10 34:4 36:4, 5,17 37:2,

6 39:22 40:1 42:13 45:8,15 48:24 56:9 57:17,21

senator 4:9, 16 5:10, 17,18,20, 21,25 6:1, 14 7:10 8:17 11:1, 3 12:8 13:13 16:16,17 17:8,19 18:4,16 19:3,17 20:7,17 21:4,14 22:6,21 23:4 24:6, 19 25:4,9, 12,13 26:2 28:11,15, 18 32:1, 10,25 33:17 38:25 39:3 40:9 41:18 43:2 44:16 46:12 48:13 51:19,22 53:24 54:18,19 55:25 56:1,4 58:15

senators 6:23 13:25 56:4 58:11

senior 28:23

sense 42:19 44:12

serve 57:19

session 4:4, 8,13,15 6:13,16 29:10 34:8 50:19 51:13

set 5:3 19:20 24:2 29:19 40:4

shape 10:20

shaping 27:17

share 13:4 22:4

shared 52:18

shares 17:17

sharing 21:2

sheet 23:16

shifting 20:2

shifts 18:8, 22 19:3,17 20:9,17,20 21:7,8 22:19

Shonda 26:5

short 6:15

Shortly 6:11

show 49:25

shows 36:8

side 19:20 21:2 36:25

sides 8:1

sign 23:1, 3,4,5,7,10

significant 21:17

significantly 20:20

signup 23:16

silenced 27:24

similar 17:12 22:6,14 45:19

similarity 22:5

simple 9:9 35:17 38:4

simply 9:25

single 12:8 13:12 32:19

Sixth 15:18

size 10:7

sliced   55:4

slight   16:12

slightly
  20:2

small   22:3

smoke   57:3

Smyrna   20:24

solidarity
  52:15

sought   55:6

south   6:8
  8:20 9:6
  12:14,20
  13:3
  18:15,20
  19:22
  20:11,22,
  23 45:24

southern
  11:23 14:6
  19:7 21:22

spaces   19:23

speak   32:6
  34:5

speaking
  46:5

special   4:4,
  8,14 6:12
  44:10
  51:13

specific   6:4
  31:1 56:11

specifically
  55:5 56:12

specifics
  57:8

spectrum
  50:3

split   10:11,
  12 21:20

spoken   53:9

Springs
  21:11,13

square   7:20

staff   28:24

stand   26:7

standing
  52:15

Stands   48:18

stark   26:12

start   7:20
  16:10 47:7
  48:3 50:8

started
  23:18,19,
  22,25

state   9:1
  15:25
  25:12 27:1
  29:2,9
  30:4,6,12,
  13 31:8,9
  40:15
  41:24 42:1
  44:15,25

50:24 51:3
  52:17
  55:23
  57:17

statement
  43:9

status
  20:17,25

stay   18:13
  20:14
  50:21

stays   16:11
  17:8

Stephanie
  56:1

Stockbridge
  11:24
  18:24 19:1

Stonecrest
  18:4,10,25

stopped
  57:23

straddles
  22:16

strength
  43:16

strengthen
  57:25

Strickland
  6:23 17:8

strictly
  38:13

strong   13:5

17:1 20:15
  22:2,5
  44:12

strongly
  36:15

student
  40:12
  41:24 43:6
  44:3 54:21

subject   29:4

submit   53:22

substantive
  24:14

suburban
  17:16

suburbs   13:8
  21:1

successful
  15:23

sued   16:7

summer   10:16

support
  51:10
  53:21

supposed
  58:17,18

surplus   51:3

sworn   25:12

system   12:25

————————
**T**
————————

takes   15:14

19:9 22:13

**taking** 6:25
17:22 18:8
21:8

**talk** 6:25
13:14
29:16,22
32:23
47:11,13,
14,15
49:13,21
50:13

**talked** 6:20
50:14

**tapestry**
49:10

**targeting**
25:4,5

**Tate** 20:17

**taxpayer**
51:9

**teacher**
25:10

**technical**
31:20
35:23

**technically**
30:8

**telling** 8:6

**ten** 32:9
56:10,13,
16

**ten-** 30:14

**ten-district**
30:24 31:2

**tens** 50:17

**term** 15:4
57:11 58:5

**terms** 48:11

**territory**
16:23

**test** 35:13,
21 36:24
37:19,25
38:1

**testified**
13:21 29:8

**testifying**
33:25

**testimony**
49:1 53:22

**that'll** 56:2

**thing** 4:3
34:12 38:8
44:14
46:22

**things** 7:16
13:18 23:6
34:9 45:2
46:19 47:3
48:6 51:14
57:14

**thousands**
50:17

**time** 4:7
6:15,25

16:1 23:2,
12 25:25
37:24
41:22
43:10
46:20
47:24
50:21
51:14,18
53:23
55:21 58:4

**timeline**
48:8

**timer** 24:2

**today** 24:12
26:6
29:11,17
33:11
34:1,2
35:6 43:13
46:17
52:15,23
53:10 54:8

**told** 9:24

**tomorrow**
5:15,21
35:7 38:21

**touched**
13:12
32:15

**town** 29:8

**traditional**
7:23 8:11
10:4

**translating**

40:2

**transparency**
25:21 27:6

**true** 26:16

**trust** 40:7,
21 42:9
53:6 55:17
58:7,8

**Tucker** 17:23
18:2

**turn** 7:7

_____

**U**

**UGA** 6:21
54:21
55:19

**unacceptable**
52:22

**unchanged**
17:14
26:11 31:4

**undermines**
27:19

**understand**
27:3 28:3
49:9

**understands**
30:7

**unexpired**
57:11

**unfair** 43:16

**Union** 20:13

unique   28:4
   55:7

University
   22:1 41:25
   42:1 43:6

unlawful
   31:3

unnecessary
   10:25

unveiled
   32:7

upcoming
   54:23

update   14:20

updated
   10:15
   19:12

uprooted
   37:7

uprooting
   38:14

upset   16:2

urge   29:18
   31:9,22
   53:2

utilized
   12:15

utilizing
   10:13

―――――――

**v**

―――――――

vacated   58:4

vast   30:21
   56:18,22

versus   29:1

Vice   7:7

vicinity
   33:3,4

view   34:8
   36:17
   37:21

Villa   22:15

violate
   30:15

violation
   26:10
   48:24

violations
   30:12

virtually
   6:18 31:4

vital   26:13

Vivian   44:17
   46:13,15
   48:9

voice   5:8,9
   23:2,8,14
   27:17
   47:5,21

voices   26:16
   27:25 41:7
   44:9 46:7,
   21 48:21
   53:4 54:6,
   16

volunteer
   33:22 34:3

vote   4:18
   10:10
   26:22
   31:14
   36:13,15
   43:15 47:2
   49:18 52:2

voted   43:10

voter   10:15
   14:20
   40:15 54:4

voters   8:24
   12:22
   15:7,11
   16:15
   24:17,18,
   19 25:2
   30:22
   34:18
   36:10,12
   37:5 39:12
   41:2,5,11
   43:17
   45:22
   49:17,22
   50:7,20
   51:1,7,17
   52:4,16,21
   53:1,13
   55:6
   56:10,12

votes   55:1

voting   7:22
   10:17

12:17
   15:20
   24:24
   26:10
   28:23
   30:16
   40:16 44:4
   50:8 51:8
   52:4 57:6

VRA   48:25
   49:12 50:4

―――――――

**w**

―――――――

wait   41:20

walk   16:9

wall   41:21
   43:4

Walton   17:2

wanted   5:14
   7:11 43:8
   47:9 57:14

warned   50:16

waste   51:11,
   14,15

weakness
   36:20

website   35:4
   53:16,21

weight   26:22

west   16:11
   18:8 20:2
   21:2,10
   22:1

western  9:14
  22:13

White  9:10,
  12 15:15
  16:21,22
  24:18,24
  45:16,17
  49:7

wholly  20:12
  21:12

Williams
  16:16

win  11:4

Women  39:12
  53:13

won  58:5

work  10:4
  14:18,22
  16:11 24:9
  58:8,10

worked  11:4

working
  14:21

works  52:3

worries
  44:19

worth  42:5

wrap  24:4

Wright  7:6
  8:18

Wright's
  13:23

wrong  38:18

_____

**Y**
_____

y'all  44:20

year  25:14
  57:13

years  39:14
  42:4 43:15
  47:12,24
  52:9,14
  57:20 58:2

young  40:19
  41:5 42:5,
  7 44:3
  54:23
  55:13

youth  41:25
  43:7,16
  53:12

_____

**Z**
_____

Zena  41:19
  43:5