# EXHIBIT D

1

2

3

4

5

6

7

8

9

10    REAPPORTIONMENT AND REDISTRICTING

11    GEORGIA HOUSE OF REPRESENTATIVES

12         November 29, 2023

13      Video Runtime:  1:53:52

14

15

16

17

18

19

20

21

22

23

24

25

1      (Beginning of Video Recording.)

2      CHAIRMAN LEVERETT:  Good afternoon,

3   everyone.  If you'll go ahead and take your

4   seat, we'll try to get started.  Sorry.  We're

5   running a little late here.

6      If everyone will do me a favor and just

7   silence your phone as I'm checking to make

8   sure I've silenced mine, just so we don't have

9   that distraction.

10      I want to welcome everybody here.  My

11   name is Rob Leverett.  I'm chairman of the

12   Reapportionment and Redistricting Committee,

13   and I'm pleased to have you all here.  This is

14   a meeting of the Reapportionment and

15   Redistricting Committee, so as they do on the

16   airplanes, if you're planning to attend

17   another committee meeting today, you may want

18   to deplane at this time.

19      I have just a couple of quick

20   announcements before we kind of talk a little

21   bit what we're going to do.  There is an

22   overflow room in 415 CLOB, if things get too

23   crowded in here and you want to get some -- a

24   little more space.  I think they've got a live

25   feed set up in there, don't they?

1        And just to make sure everyone knows

2   too, I think given the number of folks who

3   have signed up, we should have a chance to get

4   to everybody today.  But there is a public

5   comment portal at legis.ga.gov, that's the

6   General Assembly website, and you can go on

7   there, and a number of people have already

8   gone on there and made public comment on that

9   website, as well.

10        We're meeting here today, but the

11   remainder of our meetings are going to be up

12   just one floor above us in 506 CLOB.  So if

13   you show up here, in subsequent days, you may

14   see a different committee meeting, so just

15   make sure of that.

16        So I think I've covered some of the

17   general -- one or two other housekeeping, if

18   you -- as I mentioned before, if you would

19   like to address the committee, and we

20   certainly want to hear from you, just please

21   hit the sign-up sheet.  We still have one back

22   there?

23        FEMALE VOICE:  Um-hum.

24        CHAIRMAN LEVERETT:  So we just know how

25   many people want to speak.  We try to make

1  sure we try to get to everybody who wants to

2  talk, but we can't always let you talk as long

3  as you might like to.  So we may -- that'll

4  help us determine what kind of time limits, if

5  any, we need to impose.

6       And the front row here is reserved for

7  legislators, so if you'll just respect that

8  rule for us, to let them have a seat, and if

9  they want to address this, of course, that's

10  great, too.

11       So today is primarily just for a public

12  hearing.  It's a chance for us just to hear

13  from you with respect to the proposed maps.  I

14  have filed a bill earlier this morning that

15  would, if passed, enact basically the changes

16  shown on this map.

17       The bill adopts an entire map for the

18  whole state, but what we've done here is just

19  try to print something graphically so you can

20  see what the proposed changes are, and I'm

21  going to try to go through those in a little

22  bit just so everybody can kind of follow that,

23  and then, we'll just have a public hearing on

24  that map.

25       I would like to -- before we get

1  started, and I'm actually a little late doing

2  this, if I could call on Representative Mac

3  Jackson just to, not actually return thanks,

4  but just to invoke his presence in this

5  meeting today.

6       MR. JACKSON:  Thank you, Mr. Chairman.

7  Shall we pray?  Heavenly father, we thank you

8  for this time.  We thank you that you are here

9  with us, Lord, and you'll give us wisdom as we

10  do the business of this great State of

11  Georgia, Lord.  Father, we thank you that

12  you've given us this opportunity.  So we

13  invoke your blessings right now.  In Jesus'

14  name, amen.

15       CHAIRMAN LEVERETT:  Thank you,

16  Representative Jackson.  We're -- we

17  appreciate you.  We're calling on you an awful

18  lot today.  You're returning thanks on the

19  floor, and now, you're returning thanks in

20  committee meeting.  And so you can -- you can

21  submit your extra per diem request to the

22  fiscal office, so they can take care.  We

23  always appreciate --

24       MR. JACKSON:  Thank you, Mr. Chairman.

25       CHAIRMAN LEVERETT:  -- you so much.

1      So if I -- let me put my glasses on

2  here, so I can kind of keep up.  So we are --

3  we're going to do primarily public hearing,

4  and I've allotted this room.  I've reserved it

5  until 6 o'clock.  So I hope we get to hear

6  from everybody that wants to speak, but I do

7  want to do a few things.

8      We'll have to do a few -- sort of tend

9  to a few matters of business.  One, I'd like

10  to -- I'm going to go around in a minute here

11  and ask our members on the committee to

12  introduce themselves, and then, I've -- we've

13  submitted to the members some proposed rules

14  and guidelines that I'll kind of go through in

15  a minute and just sort of describe, so you can

16  understand.

17      And then, I'd like us to go ahead and

18  at least get those adopted because we have not

19  had to meet as a committee until today, during

20  this -- the two-year session.  So we'll try to

21  get that done as well.

22      But I do want just everybody know who

23  else on the committee.  So first, if I can

24  start way down here in the Central Time Zone,

25  if Leader Efstration would sort of lead us off

1  with the introductions.

2        MR. EFSTRATION:  Well, thank you, Mr.

3  Chairman.  My name is Chuck Efstration  I

4  represent House District 104, which is

5  Gwinnett and Barrow County.  Thank you.

6        MR. FLEMING:  Thank you, Mr. Chairman.

7  My name is Barry Fleming, and I represent

8  House District 125, Columbia County, which is

9  suburbs of Augusta.

10        MR. REEVES:  Matt Reeves, House

11  District 99, Suwanee, Sugar Hill, and Duluth

12  in Gwinnett County.

13        CHAIRMAN LEVERETT:  I'm going to hit

14  myself as we as we run by here and just say

15  I'm Rob Leverett.  I'm from District 123.  I'm

16  from Elberton, live in Elbert County, and that

17  district includes Elbert, part of Madison, all

18  of Wilkes and Lincoln, and a little bit at the

19  top of Columbia.

20        MS. HONG:  Thank you, Chairman.  I'm

21  Sue Hong.  I represent North Gwinnett and

22  South Hall Counties.

23        MS. TAYLOR:  Hi.  I'm Darlene Taylor.

24  I represent District 173.  I live in

25  Thomasville and represent most of Thomas and a

1  good part of Grady County in Southwest

2  Georgia.

3       MR. JACKSON:  My name is Representative

4  Mac Jackson.  I represent District 128, which

5  is in East Central Georgia, which includes

6  Washington County, a portion of Baldwin

7  County, Hancock County, Glascott County, a

8  portion of McDuffie County.

9       MS. ALEXANDER:  Thank you, Mr.

10  Chairman.  My name is Kimberly Alexander, and

11  I represent District 66, which is Douglas

12  County.

13       MS. SCOTT:  Thank you, Mr. Chairman.

14  My name is Sandra G Scott, the Chief Deputy

15  Whip for the House Democratic Caucus.  I

16  represent District 76, Clayton County, parts

17  of Morrow, Forest Park, Lake City, and

18  Ellenwood.

19       CHAIRMAN LEVERETT:  Thank you, Chief

20  Deputy Whip Scott.  I'm glad you mentioned

21  that.  I was going to point that out if you

22  didn't.  We Chief Deputy Whip's got to stick

23  together.

24       MR. SMITH:  I'm representative Richard

25  Smith.  I represent House District 139, which

1   is part of Columbus and Harris County.

2       MS. SMITH:  Thank you, Mr. Chairman.

3   Good afternoon, everyone.  I'm Representative

4   Lynn Smith.  I represent House District 70,

5   which is Coweta, part of Coweta, part of

6   Carroll, the cities of Whitesburg and

7   Sharpsburg, and Newnan.

8       CHAIRMAN LEVERETT:  Thank you, Madam

9   Pro-Tempore.   If you'll -- we're just going

10  around introducing ourselves to everybody.

11      MS. JONES:  Yeah.  Thank you, Mr.

12  Chairman.  I'm Jan Jones.  I represent House

13  District 47, which includes parts of City of

14  Milton, Roswell, Alpharetta, Mountain Park,

15  and part of Southeast Cherokee County.

16      CHAIRMAN LEVERETT:  Thank you, Madam

17  Pro-Tempore.  And thank you to all members of

18  the committee.  I appreciate -- oh, Brian

19  Prince.  I'm sorry.

20      MR. PRINCE:  Thank you.  I'm Brian

21  Prince.  I represent parts of Richmond County,

22  which is Augusta, and all of Jefferson County,

23  House District 132.

24      CHAIRMAN LEVERETT:  Thank you, my

25  friend.  Thank you to all members of the

1   committee.  This is my -- this is my dream

2   team.  So we have a horn I blow like in

3   Anchorman that says the team assemble, so I

4   look forward to getting you all here.  We're

5   going to be meeting quite a bit, I guess, over

6   the next few days.

7        So, I do want to mention we've -- of

8   course, we're subject to a court order that

9   requires that we redraw all the districts, and

10  I'll talk a little more about that later.  And

11  I filed the one bill that seeks to comply with

12  that order.  Burt first, we need to talk about

13  our rules and guidelines.

14        So it's customary for the Redistricting

15  Committee not only to adopt rules like every

16  committee does, but also to adopt guidelines.

17  And we have sent those out to the members of

18  the committee early this week.  They're

19  basically based on the rules and guidelines

20  we've used in past years.

21        We've made the rules a little more

22  consistent with some of the additional changes

23  that we've added to all committees during the

24  last -- during this session.  And then, we

25  did -- on the guidelines, I can walk through

1  those changes with you all if you'd like,

2  briefly, if I can get them pulled up here.

3      So look into the what I would propose

4  to do is talk about the rules and get those

5  adopted first, and then go on to the

6  guidelines.  So on the rules, we basically, of

7  course, we provide for the quorum.

8      I've tried to use gender-neutral

9  pronouns on most of these items.  We have the

10  provision about convening, recessing, and

11  adjourning upon order of the chair.  Unless

12  ordered by the chair, matters will be

13  considered only have to be presenting by

14  principal sponsor, and no bill will get placed

15  on the calendar, unless the request is made to

16  me writing.

17      I'll establish the agenda as chair,

18  determine measures to be considered, and

19  motions are basically not in order until I

20  state that I'm -- that they'll be entertained.

21  Action be taken on a bill of resolution at

22  first presentation in my discretion.  And, of

23  course, I can appoint subcommittees and

24  officers.  I would not assume that that's

25  likely to be done during the special session.

1      Ask everybody to keep your phones on

2  silent mode or turn them off, and then, we've

3  got a provision on amendments.  And I think we

4  do require that those be presented in a number

5  of hours in advance.  And witnesses, of

6  course, will testify or speak when recognized

7  by the chair.  Let's see.  We mentioned that

8  the officers of the committee are ex officio

9  members of subcommittees.

10      And then we've got a standard rule on

11  germaneness, that, of course, as chair, I

12  determine that.  Sponsors must require

13  amendments at least two hours for a committee

14  meeting or substitutes to a bill, and then, we

15  apply the rules of decorum of the House, and

16  those House rules govern any matter not

17  specifically addressed by the rules.

18      So it's fairly standard.  I just -- I

19  did want to go through there just so you all

20  would know, and the public would sort of know

21  generally what we're talking about.  So I got

22  some lights lit up.  I'll entertain a motion,

23  I guess, and then we'll go to any discussion.

24  But for a -- who was up first?

25      FEMALE VOICE:  (Inaudible).

1      CHAIRMAN LEVERETT:  Okay.  And he's 18.

2      FEMALE VOICE:  18, um-hum.

3      CHAIRMAN LEVERETT:  All right.  I'll

4   recognize Representative Fleming.

5      MR. FLEMING:  I move we adopt the

6   rules.

7      MALE VOICE:  Second.

8      CHAIRMAN LEVERETT:  All right.  We got

9   a motion and a second.  We have any

10  discussion?  All right.  There being no

11  discussion, I'll go ahead and call for a vote.

12  All those in favor of the motion?

13      MULTIPLE VOICES:  Aye.

14      CHAIRMAN LEVERETT:  All those opposed?

15  All right.  Thank you.  So we've got our

16  rules.

17      Now let's go on to the guidelines.  On

18  those, we made some changes from the ones

19  last -- during the previous reapportionment

20  special session because since we're responding

21  to a court order, we haven't really had the

22  timeline to have a lot of public hearings.

23  This is sort of our first one.

24      So there was a provision in the old

25  guidelines that talked about having held

1  public hearings, and so I didn't think that

2  was necessary.  Oh, do I have --

3       FEMALE VOICE:  Yeah.

4       CHAIRMAN LEVERETT:  Okay.  And then, we

5  just -- it's pretty much the same as it was.

6  The committee meetings are, of course, open to

7  the public, you know, the provisions for

8  noticing meetings, keeping of minutes.

9       There's provisions on public access to

10  data, redistricting data and materials, which

11  I'm going to go through just so the general

12  public will know that copies of census

13  information databases on any medium created at

14  public expense and held by the committee or

15  legislative and congressional reapportionment

16  will be made available to the public in

17  accordance with the rules of the House and

18  over there in the senate, subject to

19  reasonable charges for search and retrieval

20  and that sort of thing.

21       Copies of the records can be obtained

22  by members of the public upon payment of those

23  costs.  Those costs of reproduction include

24  not only the media that they're put on, but

25  also the labor cost involved.

1        And these guidelines do not apply to

2    plans or other related materials that are

3    prepared by or on behalf of individual members

4    using legislative congressional

5    reapportionment office where they've not been

6    made public through introduction of

7    legislation.

8        Then, with respect to plans, it's got

9    of the usual standard principles on drafting

10   plans, which sort of come from just

11   traditional redistricting criteria.  These are

12   the same ones we've observed in the past, but

13   we did add one about considering -- since

14   we're doing a remedial plan, considering the

15   boundaries of the existing plan, which we're

16   making changes to.

17       And then, there are some rules here

18   about if plans are produced through

19   legislative and congressional reapportionment

20   office, the staff are available, of course, to

21   members of the General Assembly to prepare

22   those plans.

23       Census data and registering work maps

24   are made available to all members of the

25   General Assembly upon request, subject to some

1  conditions set up there.  And then, plans and

2  records relating to provision of staff

3  services remain confidential unless the

4  confidentiality is waived by the member.

5        As far as plans that are produced

6  outside of the legislative and congressional

7  report office, we do need to get those -- if

8  you're going to present them to the committee,

9  we need to get those a little bit in advance

10  so the staff can review them and try to put

11  them in a format where we can generate them

12  and distribute them to members of the

13  committee.

14        So all plans submitted to committee are

15  made part of the record and available in the

16  same manner as committee records are made

17  available.  Plans prepared outside the

18  reapportionment office must be submitted, and

19  I believe we ended it, landing on one day

20  since we're kind of on a tight time frame

21  here, so they can be technically verified and

22  a bill can be prepared.

23        Pieces of census geography must be

24  accounted for in some in some districts, so

25  you can't leave gaps out.  Electronic

1   submission must be made in courts with certain

2   requirements which we set up there in the

3   guidelines, like as to formatting and

4   description of the district or block districts

5   and precincts.  And if you can't submit

6   electronically, there are some requirements

7   that you have to follow.

8        And then, we've got just guidelines for

9   presentation of all plans, generally have to

10  be sponsored by a member, and then, drafts and

11  amendments can be presented at any committee

12  meeting.  They have to be on clearly depicted

13  maps to follow the 2020 census boundaries.

14       No plan can be submitted unless it

15  makes accommodations for and fits into

16  specific identified statewide maps, and then,

17  plans at committee meetings will be made

18  available for inspection by the public, either

19  electronically or by hard copy.

20       And so these guidelines can be

21  reconsidered or amended by the committee only

22  in the manner provided for amendments to the

23  rules, as well.  So I see I've got a light

24  flashing.

25       Representative Fleming?

1      MR. FLEMING:  I move we adopt these

2  guidelines, Mr. Chairman.

3      CHAIRMAN LEVERETT:  Do I have a second?

4      MALE VOICE:  Second.

5      CHAIRMAN LEVERETT:  Do we have any

6  discussion?  All right.  There being no

7  discussion, I'll call to question.  All those

8  in favor, signify by saying aye.

9      MULTIPLE VOICES:  Aye.

10      THE COURT:  All right.  Thank you.  So

11  we have our plans and our guidelines.  All

12  right.  Now, I've -- what I'd like to do is

13  move to just submission to the committee of

14  the plan that we have drawn, and I've filed

15  the bill to adopt today, and then we'll

16  consider some public comment on it.

17      I see Leader Beverly here.  Did you

18  want to wait until tomorrow to present your

19  plan?  Okay.  So we're going to present your

20  plan tomorrow, but you're here if you care to

21  comment on the one we do.

22      So I've got a map here that shows the

23  changes that are being proposed in the

24  remedial plan.  So if you recall from the

25  court order, Judge Jones, and I've got the

1  order up here just to show everybody, it's 526

2  pages, so most court orders are sort of an

3  exercise in mental stamina, this one was

4  mental and physical, I would say.

5       Judge Jones has really been very, very

6  thorough and has really done a very

7  professional, just top rate job.  Don't agree

8  with everything he says in there, but I cannot

9  at all question his diligence and his

10  attention to detail and thoroughness.  He and

11  his clerk really put a lot of work in that,

12  clearly.

13       But he's ordered that we draw five new

14  majority Black districts throughout the state.

15  One of them is in the west metro area, two of

16  them are in the south metro area, and 2 of

17  them are in the Macon-Bibb area.

18       So we've -- this plan does comply with

19  this order.  We have one -- the West Metro

20  Area 64, which is sort of the brown -- let's

21  see.  I've got a -- I think this is either --

22  it either cuts the sprinkler on or it's a

23  laser pointer, one of the other.

24       FEMALE VOICE:  Yeah.

25       CHAIRMAN LEVERETT:  Let's see.  Does it

1  work?

2      FEMALE VOICE:  If you hold it down.

3      CHAIRMAN LEVERETT:  Oh, you have to

4  hold it down.  I see.  You can see I'm not --

5  knew to this.  All right.  So it's that one

6  right there.  So that's entirely in Douglas

7  County.  Then, there's two districts in South

8  Metro, which are here and here.  So  74 and

9  117 down there.

10      74 is in entirely -- let's see -- let

11  me get my notes.  It is entirely -- well, it's

12  in Clayton and Henry County.  It's almost

13  identical to the version that the plaintiff's

14  expert submitted in court.  It would be an

15  open seat.  Just almost all of these are open

16  seats, and would be majority Black at

17  approximately 66 percent.

18      District 64, I didn't mention it, but

19  it, likewise, is majority Black, and it's

20  56.31, and it also would be an open seat.  So

21  all three of these seats would be open seats.

22      Then, we also have House -- let's see,

23  House District 117, which is still one of the

24  ones in South Metro.  It's wholly in Henry

25  County, and it also is from the design on Mr.

1  Esselstyn, who was one of the plaintiff's

2  experts.  It's only Hart County precincts.  It

3  is also an open seat and will have a Black

4  population of approximately 60 percent.

5        So that includes almost all of

6  McDonough, portions of Locust Grove, and we

7  use I-75 as a boundary, and it minimizes

8  precinct splits.

9        House District 145 is in the Macon

10  area, and it's -- so I can reach this one;

11  it's down here.  And so that would also be an

12  open seat, and it's majority Black, drawn

13  primarily from Mr. Esselstyn's version of the

14  district.  It includes the county seat of

15  Forsyth County and uses -- utilizes primarily

16  whole precincts in Bibb County, so that

17  extends down here.  So again, that's another

18  open seat.

19        And so with that configuration, all the

20  incumbents in Macon would have a district to

21  run in, which is different from the

22  plaintiff's version.

23        And then we also have District 149,

24  which is right here.  That's currently 133,

25  and that runs from Macon to Milledgeville,

1  which is a similar configuration to Mr.

2  Esselstyn's map, but we think this is a little

3  better because it avoids additional splits of

4  Baldwin County.

5         So it includes portions of Bibb and

6  Jones, kind of linking those two communities,

7  and we do a split of Jones County along -- I

8  think that's Highway 49.  And so that includes

9  Representative Ken Vance, so he would be the

10  incumbent there.  It avoids a split of or

11  changing the split of Baldwin County.  That's

12  the current split that we have on the current

13  state maps.

14         So just a little quick background, and

15  just some sort of overall summary.  I

16  mentioned the requirements of the order, and

17  so we've consulted with legal counsel to get

18  these drawn.  And I've mentioned the areas.

19         So on the West Metro, of course, when

20  you add a new district, you've got to change

21  all -- a lot of the others in the area.  It

22  causes sort of ripple effects.  So on the --

23  well, one on 64, where you can see we kind of

24  loop-de-loop around, up through Paulding, and

25  into Cobb, and then come back down to Fulton,

1  adjacent to Douglas County.

2       And on the South Metro, that kind of

3  tended to push things north, so the districts

4  had to kind of all move north.

5       And it Has sort of three different

6  lines.  One going up in DeKalb, one going up

7  into Gwinnett, and one kind of coming out here

8  over into Rockdale and into Walton and Morgan.

9  Okay.

10      FEMALE VOICE:  (Inaudible) Gina is here

11  whenever.

12      CHAIRMAN LEVERETT:  Okay.  And I see

13  Gina Wright -- where did Gina go?  There's

14  Gina.  So that's our map draw extraordinaire,

15  Gina Wright.  And Gina, if you've got any --

16  you've got your computer.  I don't know if you

17  can put anything up on the screen that might

18  help folks see it a little better than here.

19  That would be wonderful, and please feel free

20  to interrupt me if I leave something out.

21      But the primary goal here is to comply

22  with Judge Jones's order.  So we followed

23  traditional redistricting guidelines, maintain

24  the populations to within 1 percent deviation,

25  limit additional split counties by only adding

1  one single county split.  We drew them using

2  the most recent precincts from the county

3  governments because we thought that will make

4  the maps most useful to them.

5       All the districts are contiguous.  We

6  try to keep them reasonably compact in shape

7  and try to preserve communities of interest

8  instead of pairing disparate communities.  It

9  does involve a number of incumbent pairings,

10  which I suppose to some extent was unavoidable

11  because we had to create five new seats.

12       But we do pair Representative Stoner

13  and Nelowitz (phonetic) in Cobb County,

14  Representative Evans and Draper in DeKalb,

15  Representative Park and Kennard in Gwinnett,

16  and then, Chairman Mathiak I'm sorry, Chairman

17  Kemp and Knight in the Griffin area down here,

18  and Representative Vance is basically being

19  placed in a majority Black district, which is

20  predominantly Democratic.

21       So -- but we're trying to maintain

22  continuity representation as much as possible,

23  so we did consider partisan considerations,

24  and we used a good bit of that data as well as

25  other just demographic data.

1        So I've kind of gone through the new

2   seats, and then just sort of discuss some of

3   the changes.  So we add -- added 64, that's

4   all in Douglas County, so we had to start

5   adding some precincts to our existing Douglas

6   County districts.

7        So kind of using Ms. Wright's extensive

8   knowledge of Georgia and her -- not only

9   geography, but demographic information, we

10   believe this plan is better than what was

11   proposed by the plaintiffs in the litigation,

12   and it complies with the order.

13        But the ripple effect in any plan is

14   real, and when we put these new districts, we

15   have to adjust going out.  So we do touch a

16   lot of districts.  We touch 56 districts here.

17        One of the plans changed more than 90

18   of them, so one of them changed significantly

19   less than that, but we're sort of in the

20   middle of those two.  We took in account work

21   on county election officials who've got to

22   update the voter registration base.  So we're

23   trying to minimize the amount of work required

24   before the 2024 elections.

25        It does not eliminate any existing

1   minority opportunity district, so we've

2   retained all of those in this plan.  And then,

3   we have, just for benefit, we have appealed

4   Judge Jones's order, and so the bill that I

5   filed has a reverter.  If the appeal is

6   upheld, then, we would revert to the 2021

7   maps, but for now, we are complying.

8          We are trying to comply with the

9   judge's order, and this -- these would be

10  effective at least for the next election cycle

11  and probably more,  and potentially would stay

12  in places if the appeal is unsuccessful.

13          So going back, we have the District 64

14  in Douglas, that stays; that's all in Douglas

15  County.  District 66, one of my members here,

16  her district also stays wholly in Douglas,

17  takes in a little bit to the north of the

18  county, and, I guess, the northeast part

19  there.

20          65 and 61 both exit Douglas and take up

21  some of Fulton to make up the difference that

22  they have.  So, 61 shifts north and into Cobb

23  County.  It goes up Fulton and into Cobb,

24  touching several districts along the way,

25  which are adjusted to address population

1   issues.  We also did make some changes to 56

2   at the request of that member.  T

3         Then, when we get into Cobb District

4   40, which has been a majority White district,

5   it collapses to accommodate new 64, and that's

6   where we pair Representatives Nelowitz and

7   Stoner.  The changes from the -- there we

8   go -- the collapsing District 40 work up

9   through Cobb County as the district shift

10  north to address the population there.

11        District 37 shifts slightly south, but

12  keeps its core in Marietta.  35 shifts south,

13  leaving some areas of Acworth as it moves into

14  Marietta.  34 shifts south as well, taking a

15  portion of 36's population, and then, 36

16  adjusts up to the north, with District 35.

17        District 19 moves into Cobb County to

18  create room for District 40 to take some of

19  the additional districts out of Paulding, so

20  we can, level that one out.  And then, we

21  renamed what was District 64 as District 80,

22  I'm -- boy -- or is it 40?  District 40.  Let

23  me give this (inaudible) on there.  District

24  40.  District 40.  I'm sorry.  That becomes

25  District 40.

1       Now going to Macon, I've talked about

2   the two new districts down here that we're

3   creating, and then, the remaining changes

4   result from that, we kind of tend to flow a

5   little north.  District 142 stays wholly in

6   Bibb County.  It maintains its prior core in

7   the existing (inaudible), and that's an

8   existing minority opportunity district and is

9   maintained.

10       143 is our minority leader, and it's

11  maintained.  It extends a little more down in

12  the House, and he loses some at the north end

13  to create the new district.  And then, so 143

14  then shifts.  Yeah.  143 shifts into Houston.

15       147 accommodates the entry of 143 into

16  Houston by moving into Peach County a few

17  precincts, and then the remaining, I would say

18  the distance between 35 is filled by rural

19  District 134, which includes all the other

20  portions of North Peach along with Upson and

21  Crawford there, and even goes into the

22  southern part of Lamar.

23       So go back to these -- District 144,

24  which is where?  Over here.  It pushes up

25  north, and goes into the rest of Jones, and

1  takes part of Jasper and Putnam.  So that

2  maintains the district for Representative

3  Washburn, enables elimination of a county

4  split in Jasper County, as well.  Now it's

5  totally whole.

6        135 takes in all of Pike and portions

7  of nearby Lamar and Griffin, and that

8  combination pairs Representatives Knight and

9  Kemp, Chairman Knight and Kemp, in the same

10  district, but it was necessary because

11  population's been moving north after adding

12  those districts in Macon-Bibb.

13        District 118 is significantly changed.

14  It was primarily east west.  It now would be a

15  north-south district, maintains the Butts

16  County core and then has some portions of

17  Monroe and Newton.  It leaves Henry County to

18  make room for the new districts up there,

19  which we'll get to in just a minute.

20        And then, on the southern part of the

21  metro, the new District 82 has moved from

22  DeKalb and now encompasses population that was

23  previously the core of 74.

24        And then, so looking at the Clayton and

25  Henry Districts which are up here, those are

1   the -- two of the new majority Black seats.

2   They pushed the remaining districts north.  So

3   District 78 shifts to the east, matching some

4   of the requests of Representative Douglas from

5   that area, and we were able, fortunately, to

6   accommodate him while still complying with the

7   order.

8         And then we didn't have to make any

9   further changes in Clayton County, which

10   would -- should be easier for the election

11   officials there.  District 116 and 15 shift

12   north into South Dekalb.

13         That's similar to the prior

14   configuration of the Dekalb districts, and

15   then 81 takes the remaining population to

16   Henry County and gives Representative Daniel a

17   district that represents voters on that side

18   of the county.

19         Then, we'll go into DeKalb and Gwinnett

20   in a minute, but let's go back to the east.

21   114 maintains much of its existing footprint

22   in Morgan and Newton, and then the change in

23   118 to the south shifts 114 north into Walton

24   and a little more Newton county.

25         113, up in here now, it stays wholly in

1   Newton County, even with those changes in the

2   adjoining districts.  92 is now placed wholly

3   in Rockdale, so I'm kind of coming up this

4   way, instead of stretching east west like it

5   did previously.  So that's -- we think that's

6   a more compact setup.

7        The area covered by 91 previously ran

8   from Rockdale into DeKalb, and so we're kind

9   of addressing some of that.  And the Walton

10  County districts will move a little more into

11  Gwinnett, but that's generally ripple effects

12  from 114.

13       In DeKalb and Gwinnett, so the

14  districts in DeKalb ran a stripes from north

15  to south.  That pattern is generally

16  maintained here.  They shift north but

17  maintain their overall shape.  82 moves from

18  the DeKalb area south along with 81.  That

19  makes some room for the shifts here.

20       Each incumbent maintains a seat with

21  the exception of Representative Becky Evans

22  and Syrah Draper, who are paired in the new

23  District 90.  District 88 is untouched, and

24  93, 94, and 95 turn and move north into

25  Gwinnett.  They were headed in that direction,

1   but they just go further now.

2         And so these -- the shapes in these are

3   dictated by incumbent locations and allows us

4   to maintain an incumbent in each district.

5         And then, we get into Gwinnett, the

6   wave is starting to dissipate, so there are

7   minimal changes to 108 and 109.  101 moves

8   over to DeKalb, and that results in a pairing

9   of Representative Kennard and Whip Park in

10  District 106.  The remaining districts nearby

11  take in new territory to address the movement

12  of 101, and that completes the changes to be

13  made.

14        So I know that's exciting stuff to hear

15  in a narrative form, but you can sort of see

16  that.  I've got a copy of the current map

17  behind this.  If anyone wants to see that, you

18  can look at that afterwards.  So that's the

19  plan that we've submitted.

20        FEMALE VOICE:  (Inaudible) access on

21  their phones, Gina's website.

22        CHAIRMAN LEVERETT:  Oh, yeah.  And it's

23  on the website, isn't it, Gina, so they can

24  access it if you want to pull it up on your

25  phone or your laptop, you can get these maps.

1  I think we've got the current maps and the

2  proposed maps plus data for them, I think.

3      And in our packet today, I think we've

4  got -- Molly, what all do we have there?

5  We've got the current --

6      FEMALE VOICE:  Yeah, we have the --

7      CHAIRMAN LEVERETT:  Yeah.  There we go.

8  So we've got the --

9      FEMALE VOICE:  The proposed, the

10  modified districts --

11      CHAIRMAN LEVERETT:  Yeah, the proposed

12  districts, the modified districts, and then,

13  some additional population breakdown.  And I

14  think some of the population data that we had

15  is kind of our own, in terms of the type of

16  statistics shown.

17      But I think there's been an addition

18  where we've got statistical data that's more

19  in line with what the court uses, so that can

20  be compared more directly, so you can review

21  that if you like.

22      So, Gina, did you have anything to add

23  to my lengthy soliloquy?

24      MS. WRIGHT:  I could clarify a couple

25  of things.  The pairing in Gwinnett is in

1   District 107 and not 106.

2      CHAIRMAN LEVERETT:  Oh, sorry.

3      MS. WRIGHT:  No, it's okay.  And in

4   Cobb, it's in 42.  I'm not sure what was

5   mentioned, but --

6      FEMALE VOICE:  60.

7      MS. WRIGHT:  Yeah.  So it's in 42 is

8   the pairing there, and the other pairing is in

9   District 90 up here.  The pairing that was in

10   further south was in District 135, just for

11   those who were making sure they got those.

12      CHAIRMAN LEVERETT:  Correct.

13      MS. WRIGHT:  Um-hum.

14      CHAIRMAN LEVERETT:  Anything else that

15   you wanted to add, Gina?

16      MS. WRIGHT:  I don't think so, but I'll

17   be happy to assist you with any questions if

18   anybody has any.

19      MR. PRINCE:  Did I -- this is for you,

20   Mr. Chairman.  Did I hear you say that the

21   courts are using a different population number

22   than what we are?

23      CHAIRMAN LEVERETT:  Well, they use a --

24   it's a statistical number.

25      Gina, why don't you take that?

1      (Crosstalk)

2      MS. WRIGHT:  Great.  I'll be glad to

3  help you with (inaudible).  The data we

4  typically produce on our standard reports that

5  we produced last time and this time is using

6  the census data that's single-race categories,

7  non-Hispanic race categories.  So what you see

8  on our standard packets has all of those

9  standard categories, they add up to a 100

10  percent because they are single-race

11  categories, and it's easier for -- to look at

12  with the math.

13      The court considered other census data

14  fields.  There is a field called "any or part"

15  for any -- all the race categories.  So if

16  someone fills out their census form and

17  identifies as multiple races, they can then be

18  classified into these different categories

19  based on which ones they select.

20      So the court looked at the AP Black

21  population figure and especially even more

22  clarify, the voting age of the AP Black

23  population ion their determination.  So we did

24  a report of AP voting age population racial

25  breakdowns to add to that so you'll be able to

1  have that information as well as the single-

2  race categories.

3       MR. PRINCE:  Okay.  And I just -- is

4  there -- would it -- excuse me, Mr.  Chairman,

5  can I follow-up?

6       CHAIRMAN LEVERETT:  Yes.

7       MR. PRINCE:  And it's to the committee.

8  Are we going to use the same set of data

9  they're using or were we going to use what

10  we --

11       CHAIRMAN LEVERETT:  Yes.  So I mean, in

12  drawing this plan, we've used the same set of

13  data that the court requires and that the

14  Voting Rights Act requires.

15       MS. WRIGHT:  Yes.  It's all 2020 census

16  data, which is what we have printed out.

17  Typically, I tried to limit confusion for

18  fields.

19       MR. PRINCE:  My bad.

20       MS. WRIGHT:  No.  Totally fine.

21       CHAIRMAN LEVERETT:  All right.  Let's

22  see who is next.  Chief Deputy Whip Scott.

23       MS. SCOTT:  I could thank you, Mr.

24  Chairman.  Gina, I would like to know what

25  happened to District 105 and 84?  And what

1   effect does this have on the coalition

2   districts?

3        MS. WRIGHT:  When you say what happened

4   to them, 105 is still in the same --

5        MS. SCOTT:  Same, okay.

6        MS. WRIGHT:  -- generic area that it

7   was now.  I don't that it had, but maybe minor

8   changes as a result of the push around.

9        MS. SCOTT:  Okay.

10        MS. WRIGHT:  And what was the other

11   number?  I'm sorry.

12        MS. SCOTT:  84.

13        MS. WRIGHT:  84.  84 is located through

14   here.  84, I think, was typically in some of

15   this area before.  I think it's reshaped as we

16   had to remove population there to create the

17   additional districts further south.  So

18   everything pushed up.  So in compressing the

19   loss of one district there, that population

20   was distributed differently amongst those

21   districts.

22        MS. SCOTT:  Okay.  So what effect does

23   all this have on our coalition districts, on

24   the coalition districts?

25        MS. WRIGHT:  Can you define what you

1  mean by coalition district?

2      MS. SCOTT:  Coalition districts, and

3  we'll be talking about the Hispanics, African

4  American, Asian, all those district combined

5  into one.

6      MS. WRIGHT:  Well, all of --

7      MS. SCOTT:  We have several of them.

8      MS. WRIGHT:  Right.  All of these

9  districts, I know in Gwinnett, there are a lot

10  of diversity in a lot of the districts there,

11  and I believe that diversity is still there.

12  I haven't done a thorough analysis of those

13  types of figures as we were simply just trying

14  to comply with what the court requested us to

15  draw.

16      MS. SCOTT:  Okay.

17      CHAIRMAN LEVERETT:  Representative

18  Alexander.

19      MS. ALEXANDER:  Thank you, Mr.

20  Chairman.  Can you -- I know there's a lot of

21  talk about Douglas County.  Can you talk about

22  where the starting point of the maps were

23  drawn?  Like, did you start at the top of West

24  Metro?  Or how did you start and why, like,

25  the mapping of the whole map?

1      MS. WRIGHT:  Mr. Chairman, I'll let

2   you --

3      CHAIRMAN LEVERETT:  I think I can

4   take -- I can try to take that one.  We

5   basically are tracking what the court

6   required.  You know, there were plans

7   submitted by the plaintiff's experts that were

8   discussed during the court case and that the

9   court referred to in its ruling.

10      So we basically tried to track whatever

11   the court did to the extent  we could.  So I

12   believe with respect to 64, we're putting it

13   very much in the same area that the court did.

14      MS. ALEXANDER:  Mr. Chairman, follow-

15   up.  But did you start with Douglas first?

16   I'm just --

17      CHAIRMAN LEVERETT:  Well --

18      MS. ALEXANDER:  -- curious.  Where was

19   the starting point?  I know it was different

20   things in the ruling.  So did -- were there a

21   specific area that you started in, and then,

22   why did you start --

23      CHAIRMAN LEVERETT:  Well, I think we

24   just -- we started in that area because that's

25   where the court instructed us to look to build

1  a new majority Black district, so --

2      MS. ALEXANDER:  Okay.  Thank you, Mr.

3  Chairman.

4      CHAIRMAN LEVERETT:  That's a good

5  question.  All right.  Well, I'd like -- I

6  think we'd like to have some public comment on

7  the plan now.  I don't -- I -- just kind of

8  address some general questions.  So once I can

9  get the lady who's really running the meeting

10  back up here to tell me where the list is,

11  I'll go through that.  There we go.  Okay.

12      All right.  So we're going to go

13  through our list here.  We've only got about

14  ten folks signed up, and we've got plenty of

15  time, but I would ask you to try to -- don't

16  drone on like I did in my presentation.  Be a

17  little more focused and -- but we'll try to

18  give you time to say what you'd like to say.

19  So, is Ben Eskew here?  Ben?  Come on up.

20      MR. ESKEW:  On here or (inaudible)?

21      CHAIRMAN LEVERETT:  Podium is fine.

22      MR. ESKEW:  Oh, right here?

23      CHAIRMAN LEVERETT:  Yes.  That's fine.

24      MR. ESKEW:  Okay.  My name is Ben

25  Eskew.  I do redistricting as a hobby,

1   actually.  It's fun, and I want to share my

2   proposed map.  It sort of cleans up North

3   Metro Atlanta.  It makes the districts for

4   more community of interest, less city splits.

5        There are a few precinct splits, but I

6   guarantee you it's less than the current map.

7   So if I can do this, let's see.  This is -- if

8   anyone wants to see, I'll put it up for a

9   minute.  This is my proposed and the current

10   map that I created for fun.

11        I mean, it's a bit too late, but here

12   it is, if anyone wants to see it, of North

13   Metro Atlanta.  I'll slowly -- or yeah.

14   Anyways, they're cleaning up.  Milton is now

15   one district.  Johns Creek is much more

16   compact.  51 is more community of interests

17   oriented.

18        And I just want to say this.  My

19   precinct in Gwinnett County, I'm Precinct 121,

20   it is a swing classified competitive precinct.

21   You have a very republican area of my

22   precinct.  Most of it's republican.  But you

23   have a huge democrat apartment complex, and

24   I'm put in House District 97, which is a

25   democrat plus, I'd say, 15 district.  And, my

1   neighborhood is generally I mean, it's

2   competitive, but the rest of the District is

3   pretty republican, and I think it'd be best if

4   those -- that part would be moved to House

5   District 48.

6        I mean, it could be a possible split,

7   but I think it would be better.  Berkeley Lake

8   is another prime example of that.

9        Major changes, I'll just go -- go

10  brief.  Jan Jones' district is now entirely in

11  Fulton, now, the complete City of Milton.

12  Chuck Martin's district is now Alpharetta,

13  Johns Creek, Roswell.

14        Scott Hilton's district is relatively

15  the same.  Matt Reeves' district right there,

16  your district is generally the same except

17  Sugar Hill.  The one west near Suwanee is

18  eliminated, and it's added one more north.

19  Vice Chairman Hong's district is changed just

20  a little bit.  It's all in Gwinnett County

21  now, but it mostly changed or just changed a

22  little bit.

23        Representative Clark's district is now

24  all in Gwinnett County.  I'm, again, I'm

25  cleaning up.  This is less county splits.  I

1   mean, it's a bit too late, but for reference,

2   District 105 is relatively the same except

3   Harbin's precincts, south of Highway 316 are

4   generally added.  House District 53 is cleaned

5   up.  House District 43 is a competitive seat

6   now, and it just goes on and on and on.

7        And I understand it's people here

8   trying to do a least change plan, and I

9   understand that.  But I think this map would

10  help clean up and put communities of interest

11  together.

12       And I think, just for future reference,

13  maybe in the 2030 cycle, yes, populations will

14  be different, but I think this is generally a

15  more cleaned up map, and you also have an

16  additional, not majority Black, but a majority

17  minority district in North Fulton County that

18  runs along Georgia 400.

19       So, I mean, I want to let other people

20  speak, but this is my general proposal.  If

21  anyone has questions, I gave Chairman Leverett

22  a copy of this.  If you have any questions for

23  me, I'd be willing to ask them after.  Thank

24  you very much.

25       CHAIRMAN LEVERETT:  Thank you, sir.

1   Thank you for your testimony.  We have Octavia

2   Coleman.

3          MS. COLEMAN:  Thank you.

4          CHAIRMAN LEVERETT:  I think we're doing

5   a little work on the machinery, Ms. Coleman,

6   if you're in here, but we're getting ready for

7   Ms. Coleman.  Oh, there you are.  Okay.  Thank

8   you.

9          Ms. Coleman, just go on when you're

10  ready, ma'am.  Thank you for being here today.

11         MS. COLEMAN:  Thank you.  Thank you to

12  the committee for having us, and we appreciate

13  what you've done thus far.

14         FEMALE VOICE:  Microphone, please.

15         MS. COLEMAN:  Oh, yes.  Thank you.  My

16  apologies.  Can you hear me?  My voice is kind

17  of soft.  Can you hear me well?  Okay.  Thank

18  you.

19         So, again, greetings to the House

20  committee.  I am Octavia Coleman, a resident

21  of Henry County.  I am here on behalf of the

22  Central Georgia Democracy Center and

23  advocating for the constituents of

24  Congressional District 13.

25         My district is proportioned or

1  portioned within Clayton, Cobb, Douglas,

2  Fayette, Henry, and parts of Fulton County, as

3  well.  Now I am here because the normalization

4  of Black poverty or the poverty of descendants

5  of American slavery is running rampant within

6  this district and has positioned my community

7  to be inequitably represented and set up to

8  receive less funding in education, housing,

9  economic development, agriculture and family

10  healthcare.

11        Gerrymandering has negatively impacted

12  the viability of our young voters, okay?

13  Additionally, the quality of living is being

14  suppressed as our community is being boxed out

15  and made a contagion to wealth.

16        And this is going on all throughout the

17  13th Congressional District because we have

18  one of the fastest growing counties, but we

19  are not affording living wages for the people

20  that are coming in there.  So we have a high

21  or increasing homelessness problem going on,

22  as well, okay?

23        I am here asking that our hear our

24  concerns, respectfully urging you to hear our

25  concerns to eliminate a lot of this

1   gerrymandering.  And, again, I say that I

2   appreciate what you have done with the

3   majority Black districts, but these coalition

4   districts are important to us because it makes

5   sure that we receive equitable funding.

6        I have posted my testimony in the

7   public comment portal, and I'll be sending out

8   my testimony to my State representatives, as

9   well.  Thank you.

10        CHAIRMAN LEVERETT:  Thank you so much,

11   Ms. Coleman.  We appreciate your coming today

12   and appreciate your testimony.  Cindy Battles?

13   Ms. Battles, greetings.

14        MS. BATTLES:  Hello.  Hello.  How are

15   we doing today?

16        CHAIRMAN LEVERETT:  Good.

17        MS. BATTLES:  I know y'all miss me.

18   For those of us who in the room who don't

19   know, my name is Cindy Battles, and I am the

20   director of policy and engagement for the

21   Georgia Coalition For the People's Agenda.

22   Thank you all so much for this hearing.

23        Chairman, did I hear you correctly?

24   You said you've already filed a bill with the

25   proposed maps?

1      CHAIRMAN LEVERETT:  (INAUDIBLE).

2      MS. BATTLES:  Okay.  It's -- we have a

3  lot to say about the fact that there's been

4  less than 24 hours between when the maps were

5  available on the website and the opportunity

6  for public comment.  We appreciate hearings

7  and all of that good stuff, but I think that

8  was a little bit surprising.

9      Again, we've had these conversations

10  back in 2020.  We know how important it is for

11  communities of interest to have a say so.  We

12  know how important it is for the voters to be

13  able to choose their politicians instead of

14  the other way around.  We haven't had a lot of

15  time to analyze the proposed maps, but we do

16  have some things to say about them.

17      I know you'll be surprised.  It appears

18  that eight house members have been drawn into

19  the same districts.  You alluded to that.  Six

20  of them are democrats and two of them are

21  republicans.

22      One of our biggest concerns about that

23  is this includes members of color, including

24  representative Sam Park, which kind of

25  continues the majority party's targeting of

1   members of color, such as what we saw with

2   representative Al, Lucy McBass, and,

3   currently, the Senate has the proposed maps

4   draw Senator Estevez out of his district, as

5   well.

6        Although the proposed maps make

7   widespread changes to the plan that was passed

8   in 2020, it continues to perpetuate the racial

9   gerrymandering from those 2020 plans.  HD 80,

10  HD 49, HD 104, in each of these districts in

11  North Metro and Gwinnett for HD 104, Black and

12  Hispanic voters are on the -- are on the verge

13  of electing their candidate of choice, and

14  these districts have been cracked.

15       It appears that each of these districts

16  are unchanged in the -- in this plan, so that

17  means we still have issues with this current

18  map.

19       In Southeast Georgia, in Chatham

20  County, in the Savannah area, there's a

21  compact Black and Hispanic community in and

22  around Savannah and Pooler.  That could have

23  been united to form an additional majority

24  Black and Hispanic district.

25       This proposed plan, like the enacted

1  plan, continues to split that community up and

2  therefore dilutes the Black and Hispanic

3  voters in that area.

4       MALE VOICE:  (Inaudible).

5       MS. BATTLES:  Yes, sir.  In Southwest

6  Georgia, in the Southwest Georgia areas

7  covering, among others, the enacted HDs 140,

8  151, 153, 154, and 171, there is also a

9  compact Black population that could have

10  supported at least one additional majority

11  Black district, but that population also

12  continues to be divided in the proposed plan,

13  and thus, the Black vote continues to be

14  diluted.

15       That's all I've got today.  I'm sure I

16  may have something tomorrow.

17       CHAIRMAN LEVERETT:  Well, we'll look

18  forward to seeing you again tomorrow.

19       MS. BATTLES:  Thank you.  Have a good

20  one.

21       CHAIRMAN LEVERETT:  I would just say in

22  response to that on 171, that was an argument

23  the plaintiffs presented before the court, and

24  the court said that you could not draw a

25  compact district in Southwest Georgia.  So

1  that's part of the reason he rejected that

2  claim, so that's why we're not doing it here.

3  Just --

4       MS. BATTLES:  I mean, we would

5  disagree, but obviously, the court has the

6  final say so.

7       CHAIRMAN LEVERETT:  Indeed, he does.

8  Yes, ma'am.  All right.  Let's see.  But thank

9  you, Ms. Battles, and we'll look forward to

10  seeing you again tomorrow.

11       Is it Mason Goodwin?  When you're

12  ready, Mr. Goodwin.

13       MR. GOODWIN:  Thank you.  Thank you.

14  I'll keep it brief.  Thank you, Chairman and

15  committee for the opportunity to speak, the

16  opportunity to have public hearing.  My name

17  is Mason Goodwin.

18       I am the advocacy director of the

19  Georgia Youth Justice Coalition.  I know

20  that's a bit of a mouthful.  But we're a group

21  of students.  We make up across the state of

22  Georgia.  We're just here to testify in

23  support of just fair Maps that are

24  nonpartisan, that are representative of all of

25  our populations in the state of Georgia.

1        I know there's specifics.  I know

2   there's bill filed.  We support a lot of Ms.

3   Battles' changes to those bills so far.  I

4   just want to say that the majority party, I

5   think, has the opportunity to set a real tone

6   here for providing fair, nonpartisan maps in

7   the State of Georgia, and that tone can be set

8   for the future.

9        So for 2030, let's say, it's a

10   different makeup of the parties.  Let's set a

11   tone now so no -- despite the party, despite

12   the makeup of the general assembly, we have

13   fair, honest maps that are representative of

14   communities.  I think that tone can be set

15   now.

16        Now I know the House tends to do this,

17   but the Senate's map currently does not comply

18   with the judge's order.  So we look forward to

19   y'all cleaning that up as y'all tend to do.

20   Appreciate y'all's time.  Thank you for the

21   opportunity to speak.  Appreciate it.

22        CHAIRMAN LEVERETT:  Thank you, Mr.

23   Goodwin.  Appreciate your comments.  Let's

24   see.  Is it -- is it Ray?  The last name

25   begins with a W, and I'm sorry.

1        MS. WUNCH:  Hi.  It's Ria Wunch.

2        CHAIRMAN LEVERETT:  Wunch?

3        MS. WUNCH:  Yes.  Wench.

4        MS. WUNCH:  Okay.  Well, that's what I

5    thought it was.  I just wasn't sure.  All

6    right.  Sorry, Ms. Wench.  Thank you for being

7    here.

8        MS. WUNCH:  Thank you for the --

9        CHAIRMAN LEVERETT:  Proceed when you're

10   ready.

11        MS. WUNCH:  -- opportunity to speak.

12   So my name is Ria Wunch.  I have been a

13   Georgia resident my whole life.  I grew up in

14   Cobb County, which for most of my life has

15   been split into four different districts.  So

16   I grew up in District 11 in Barry Lowdermilk's

17   district, congressionally, and across the

18   street from me was District 6.  So my

19   neighbors did live in a different district

20   than I did.

21        I attended South Cobb High School,

22   which was a Title I high school, but since it

23   was a magnet school, we had students from all

24   over the county come to the high school to

25   study science specifically.

1        And as we reach the age where we were

2   old enough to vote, I remember having a lot of

3   confusion on who lived in what district since

4   even though we were all in one county, none of

5   us had the same representatives in congress.

6        Now, I'm a student at Georgia State

7   University, which as a lot of you guys know

8   graduates more Black students than any other

9   college in the world.

10        And I'm seeing a lot of the same issues

11  where a lot of district lines are being drawn

12  between college campuses and high schools with

13  majority Black students in low income areas,

14  and it's really disappointing to see that some

15  of the same issues that we saw in my high

16  school are now happening in my college.

17        So as you guys are drawing the maps, I

18  just want to say on behalf of young people who

19  are either in high school or college or even

20  in middle school who are reaching the age

21  where they can vote, we will be voting on

22  these maps for the next ten years of our

23  lives.  And even a lot of young students, a

24  lot of young students who aren't yet able to

25  vote will have to live with the consequences

1  of whatever maps are decided this week.

2       So we just want to make sure that you

3  guys are considering all of the future voters

4  as well as you guys are drawing these maps.

5  Thank you.

6       CHAIRMAN LEVERETT:  Thank you so much.

7  Well spoken.  There it is.  Is it Ms. Nala

8  North?

9       MS. NORTH:  Hello.  Thank you for this

10  opportunity today.

11       CHAIRMAN LEVERETT:  Thank you for being

12  here.

13       MS. NORTH:  Absolutely.  Thank you.  As

14  you said, my name is Nia North.  I am also a

15  member of the Georgia Youth Justice Coalition

16  alongside Mason and Ria.  I very recently

17  moved to Georgia.

18       2024 is actually going to be my first

19  year as a Georgia voter within DeKalb County.

20  It is extremely important to me as a new

21  Georgian voter and as a GSU student that the

22  next 10 years of my life in Georgia offer me

23  and all other young voters a chance -- a fair

24  chance at their voices being heard.

25       With where we stand currently, we as

1   voters are unable to trust in our leaders who

2   have so -- who have so far presented blatantly

3   racist and unfair maps.  I look forward to

4   seeing fair maps that represent our young --

5   the future of our young voters, Especially

6   young Black voters who are the future in this

7   state.  Thank you.

8          CHAIRMAN LEVERETT:  Thank you, ma'am.

9   Glad to have you here in Georgia.  Melanie, is

10   it Calhane?

11          MS. CALHOUN:  Calhoun.

12          CHAIRMAN LEVERETT:  Calhoun.  Sorry,

13   Ms. Calhoun.

14          MS. CALHOUN:  Good afternoon, and thank

15   you for the opportunity.  I'm have a lot to

16   say, so I'm going to try to read through it

17   quickly.  The importance of drawing fair

18   districting maps that do not diminish the

19   power of Black people cannot be overstated.

20   In the United States, the practice of

21   redistricting has significant implications for

22   political representation and the distribution

23   of power.

24          When redistricting processes are

25   manipulated by -- in order to dilute the

1  voting strength of Black communities, it

2  undermines the democratic principle of equal

3  representation and perpetuates systemic

4  different disenfranchisement.

5        Historically, gerrymandering and other

6  forms of unfair redistricting have been used

7  to suppress the political influence of

8  minority communities, including Black

9  Americans, by dividing and withdrawing

10  electoral districts in a way that diminishes

11  the collective voting power of those

12  communities and the voices and concerns of

13  Black citizens are effectively marginalized,

14  and our ability to elect representatives who

15  truly reflect our interest is compromised.

16        Fair redistricting, on the other hand,

17  is essential for upholding the principles of

18  democracy and ensuring that every citizen's

19  right to meaningful political participation is

20  respected.  When districts are drawn with

21  fairness and transparency, taking into account

22  demographic shifts and community boundaries,

23  it helps to prevent disenfranchisement of

24  Black voters and promotes the creation of

25  districts where our voices can be heard and

1   our votes can make a meaningful impact.

2        Moreover, fair redistricting is a

3   matter of social and racial justice.  It is an

4   opportunity to rectify historical injustices

5   and to address the legacy of discriminatory

6   practices that have suppressed the political

7   agency of Black communities.  By drawing fair

8   redistricting maps that empower Black voters,

9   we acknowledge the importance of their -- of

10  our respective perspectives and lived

11  experiences in shaping public policy and

12  decision-making processes.

13       It is a step towards fostering a more

14  inclusive and equitable political landscape

15  where diversity of representation is valued

16  and where all communities have a fair chance

17  to participate in the democratic process.

18       Now, I will speak lastly on the Black

19  Belt.  The redistricting process in Georgia

20  represents a critical opportunity to ensure

21  fair and inclusive representation for all

22  residents.  And this necessitates a

23  comprehensive approach that goes beyond solely

24  focusing on metro areas.

25       While metro areas are undeniably

1  important centers of population and influence,

2  it is equally essential that we take into

3  account the unique needs, interest, and

4  demographics of communities outside of these

5  urban centers, including the Black Belt and

6  other rural areas.

7        Georgia's population is characterized

8  by its diversity, encompassing not only urban

9  and suburban residents, but also rural and

10  agricultural and historically marginalized

11  communities to uphold, to truly uphold, the

12  principles of fair representation and

13  democratic governance, the redistricting

14  efforts must be inclusive and considerate of

15  the voices and concerns of all Georgians,

16  regardless of their geographic location.

17        The Black Belt, which is historically

18  refers to a region of the Southern United

19  States is a high -- with a high percentage of

20  African American residents, hold significant

21  cultural, historical, and demographic

22  importance.

23        It is critical and crucial that the

24  redistricting process in Georgia takes into

25  consideration the needs, and respectives, and

1  perspectives of residents in these areas and

2  ensuring that their representation in the

3  State's political landscape is fair and

4  equitable.  Thank you.

5      CHAIRMAN LEVERETT:  Thank you so much.

6  Thank you, Ms. Jim -- Ms. Calhoun.  Sorry.

7  Excuse me.  Joey McKinnon.

8      MS. MCKINNON:  Good afternoon.  And

9  thank you, Chair Leverett and committee.  My

10  name is Joey McKinnon with Georgia Values

11  Action.  Our organization's focus is with

12  working families and better policy for kitchen

13  table issues as well as the importance of

14  voting to achieve those outcomes.

15      While not limited to, we do a great

16  deal of work in Gwinnett County.  So three

17  quick points to share.  First, we applaud

18  Judge Jones' ruling that would result in fair

19  maps and more equal presentation for Black

20  communities in our state.  We also applaud

21  aspects of the proposed maps that honor this

22  ruling.

23      However, they are a starting point, not

24  the finish line.  And we still encourage

25  revisions that ensure more communities of

1  interest have a voice.  Fairness is the simple

2  part.  Judge Jones' ruling lays out adequate

3  remedies.  We are particularly concerned with

4  proposed disruption in Gwinnett County, which

5  by our assessment was not suggested or

6  necessary in these remedies.

7        Political maps are the ties that bind

8  constituents and lawmakers, and this bond

9  needs to be more consistent in places like

10  Gwinnett.

11        Having attended the oral arguments

12  myself and heard expert witness testimony on

13  gerrymandering, Judge Jones' ruling is a

14  victory for democracy and fairness in the

15  South, where, not limited to Georgia, the maps

16  over history have often been churned when

17  communities of interest make political gains.

18        While I am sure the intent is not to do

19  an end run around the ruling where possible,

20  what we're hearing in our conversations is

21  skepticism given the short time frame to

22  digest these maps and some of the remedies

23  being puzzling.

24        I encourage you to take a look at the

25  other suggested maps that will be brought

1  forward that reflect Judge Jones' remedies.

2  Thank you.

3      CHAIRMAN LEVERETT:  Thank you so much.

4  Is it Revels Allen or Reverend LS Allen?

5  Sorry, Reverend.

6      REV. ALLEN:  That's okay.  Good

7  afternoon, committee.

8      CHAIRMAN LEVERETT:  Good afternoon.

9      REV. ALLEN:  I'm Reverend Leo Sage

10  Allen with Faith and Public Life Action.

11  Faith and Public Life Action is a network of

12  tens of thousands of progressive clergy across

13  race, ethnicity, gender, sexuality, religion,

14  and ZIP code.  Here in Georgia, we have a base

15  of almost 2,000 faith leaders committed to

16  fighting for the moral imperative in the

17  public square.

18      Together, we fight for fair and just

19  policies and legislation that protect and

20  advance our sacred human rights.  And I'm here

21  today to express the need of faith leaders

22  across this state who, like myself, want to

23  see our democratic institutions protected and

24  to prevent political violence, including

25  electoral violence.

1       Fair districts and reapportionment are

2   at the heart of our democracy, and as such,

3   the openness, fairness, and equity of

4   legislative maps must be protected.  For

5   decades in Georgia, politicians have used

6   gerrymandering to protect their own political

7   power.

8       As we saw in the federal decision and

9   subsequent court order, gerrymandered

10  congressional and state legislative districts

11  undeniably flunked the fairness test in

12  Georgia, breaking apart communities and

13  lumping huge swaths of unrelated small towns

14  and municipalities together into districts

15  that are almost impossible to fairly represent

16  in the Federal Congress and Georgia General

17  Assembly.

18      Faith and Public Life Action and our

19  constituents believe that every redistricting

20  process should prioritize communities' voices,

21  ensuring representation that reflects the

22  diverse fabric of our state.

23      Our shared values as a multi-faith

24  organization compel us to speak out for those

25  who too often do not get the opportunity to

1  have a voice in our democratic process.

2  Transparent and nonpartisan practices are

3  essential to upholding the most basic and

4  essential principles of democracy,

5  safeguarding fair elections, and fostering a

6  truly inclusive government.

7        I urge you as public servants to engage

8  in an open, inclusive, and accountable

9  redistricting process that upholds the rights

10  of all Georgians, which deserve to be held

11  sacred.

12        During this special session, you have

13  an obligation to enact an open, equitable

14  redistricting process that safeguards our

15  elections and upholds the most basic

16  principles of democracy resulting in truly

17  fair maps.

18        The maps from the 2020 census and years

19  passed have not done justice for the people of

20  Georgia.  We know this to be true.  This is

21  yet another opportunity for our state to have

22  fair districts that truly represent the

23  people.  Thank you.

24        CHAIRMAN LEVERETT:  Thank you, Reverand

25  Al.   Janet Grant.

1        MS. GRANT:  Good afternoon, Chair

2   Leverett and members of the committee.

3        CHAIRMAN LEVERETT:  Good afternoon.

4   And Ms. Grant, you've got a handout that we're

5   distributing right now.

6        MS. GRANT:  Yes.  Thank you.

7        CHAIRMAN LEVERETT:  I just want to

8   mention --

9        MS. GRANT:  Thank you very much.

10        CHAIRMAN LEVERETT:  -- that to the

11   members of the committee.

12        MS. GRANT:  I was going to --

13        CHAIRMAN LEVERETT:  Sorry to interrupt

14   you.

15        MS. GRANT:  Thanks to Molly for that.

16   My name is Janet Grant, and I serve as the

17   chair of Fair Districts Georgia.  And we're

18   pleased to have the opportunity to present to

19   you today.  Fair Districts Georgia is a

20   grassroots citizen organization that's solely

21   focused on advocating for fair redistricting

22   and redistricting reform.

23        Fair Districts Georgia believes that

24   the maps enacted during this session should

25   first comply with the court's order while

1  excluding any unrelated and unnecessary

2  changes for partisan gain.  This is in keeping

3  with our long-held priority of opposing mid-

4  cycle redistricting.  Neither party should be

5  attempting changes outside of those required

6  by this court order.

7      You have in front of you our scorecard,

8  went to print at about 11 o'clock last night.

9  We would have appreciated a little more time

10  for review, but these are our initial

11  thoughts, anyway.  If the Democratic House

12  Caucus also produces a map, we'd be eager to

13  score that one, as well.

14      In 2021, in partnership with the

15  Princeton Gerrymandering Project, we evaluated

16  maps using sophisticated ensemble analytics,

17  evaluating the map's placement on a normal

18  bell curve of 1,000,000 randomly generated

19  maps, along with accurate reflection of the

20  growing diversity of Georgia and

21  competitiveness, and we graded each map.

22      The enacted house map fared the best of

23  any of the maps here in Georgia.  It earned a

24  B.  But in this session, we are now assessing

25  the maps really using a two-part pass-fail

1  test, and this is kind of the basic entry

2  level here.

3        The first is whether the -- first test

4  is whether the map actually complies with the

5  court order, and then, secondly, whether the

6  maps contain, again, unnecessary changes

7  purely for partisan advantage.  For the map

8  proposed by the committee majority, we find

9  that it does add five Black majority districts

10  mandated by the court.

11        However, there is a loss of a minority-

12  influenced district and -- but we do say

13  overall that it passes the first test.

14        However, this map attempts to even the

15  partisan score by literally uprooting, as we

16  heard earlier, House Districts 40, 81, and 82

17  and creating new Republican districts in other

18  areas of the state.

19        As was likely, the new Black districts

20  probably do lean Democratic, but the changes

21  to House districts 40, 81, and 82 are

22  completely unnecessary to comply with the

23  court order.

24        In addition, House District 105's

25  partisan lean was changed.  So this map really

1  fails the second part of our test.  The map

2  does change 32 percent of the districts and

3  moves 15.7 percent of the state's population.

4  We were hoping for that to be less impact on

5  movement of voters.

6        Again, Districts 40, 81, and 82 are

7  nowhere near the court's target areas.

8  Uprooting 81 and 82 causes extensive changes

9  then to eight districts in Gwinnett County,

10  again, nowhere near those target areas.  So

11  these in indicate changes well outside of the

12  court's directive.

13        We believe that a more surgical

14  approach would yield a map that complies with

15  the court order, doesn't attempt to even the

16  partisan score and disrupts far fewer Georgia

17  voters.

18        We encourage you to reassess the

19  committee's proposed maps along these lines.

20  Thank you.

21        CHAIRMAN LEVERETT:  Thank you, ma'am,

22  and thank you for your handout.  And we've

23  got -- on the second sign-up sheet, we have

24  Anne Gray Herring with Common Cause.  Good

25  afternoon.

1        MS. GRAY-HERRING:   Good afternoon.  My

2   name is Andrea Herring from Common Cause

3   Georgia.  First of all, we just have some

4   concerns, echoing what Cindy said, that the

5   maps were released last night, and the public

6   didn't have ample time to review the changes

7   made and fully understand the impact of the

8   proposed changes.

9        But from what we have been able to

10   review, just a few things to raise.  The map

11   seems to do more than the court remedy

12   suggests.  You know, there are districts that

13   are modified that aren't addressed in that

14   court order, and we're a little unclear as to

15   why.

16        For example, modifying the districts in

17   Gwinnett, again, outside of the bounds of the

18   court order, and then, House District 40, a

19   suburban diverse district, was cracked didn't

20   move to areas of Douglas and Paulding counties

21   that also wasn't a target district in the

22   court order.

23        Another issue with the maps is the

24   pairing of incumbents.  You know, I know some

25   of this is inevitable with map redrawing, and

1  it's hard to avoid drawing incumbents into the

2  same district when changing maps.  But nearly

3  all of the incumbents drawn together in these

4  maps are not in the target areas for the

5  remedies in the court order.

6        There's a pairing in Gwinnett, another

7  in East Atlanta, another in Cobb County, and

8  one in Central Georgia, outside of the Macon

9  Bibb area.  None of these are within the

10  target areas proposed by the maps, and the

11  Gwinnet change is completely on the other side

12  of town where the remedies were called for.

13        We're concerned that the goal of the

14  proposed maps is not to increase

15  representation for Black voters in this state,

16  which is expressly the point of the judge's

17  orders.  For example, we don't see an increase

18  in Black majority districts in the Black Belt

19  region, which was the main issue argued in the

20  court proceedings.  Thank you.

21      CHAIRMAN LEVERETT:  Thank you so much.

22  All right.  So we've got some representatives

23  in here that -- does anyone else want to --

24  did anyone else want to sign up that did not

25  sign up, that would like to speak?  You want

1   to come on up?  If you could just give us your

2   name for now, and we'll ask you to sign up

3   after you're finished, if you would just fill

4   out the form.

5         MS. KILSTRA:  Yeah.  Absolutely.  Thank

6   you so much.  I'm sorry.  I missed the sign up

7   form.  Good afternoon, chair Leverett and

8   members of the committee.  My name is Marika

9   Kilstra, and I'm the redistricting coordinator

10  for Fair count.  We are a nonpartisan

11  nonprofit organization based here in Georgia.

12        We're committed to building pathways to

13  civic engagement in Georgia, especially for

14  rural communities of color and specifically

15  rural Black communities.  We're an

16  organization focused on equity, access, and

17  participation in our democracy.

18        I'm here today to ask for fairness and

19  transparency in this special session and that

20  these maps be used to counteract the dilution

21  of Black voting power that the legislature

22  previously approved and enacted in past maps.

23        I'd also like to submit to the public

24  record more than 400 community of interests or

25  COI maps drawn by Georgians that Fair Count

1  collected alongside other community partners

2  over the past few years.

3       The maps created are a living record of

4  how Georgians, particularly in rural

5  communities of color, are asking to be seen

6  and heard in this process and how they'd like

7  to be represented in redistricting.

8       We submitted these maps during the

9  previous redistricting process and would like

10  to resubmit them for your consideration.

11  They're available at representable.org, and

12  I'll also submit a link to them through the

13  online portal.

14       We're in special session today to

15  redraw maps that were found originally to

16  dilute Black voting power and ultimately Black

17  political power in Georgia.  It's imperative

18  that maps not be redrawn solely for political

19  or partisan ends and instead hold first and

20  foremost the increase in political

21  representation that Black Georgians deserve.

22       We ask that you do not make the same

23  mistakes you did in 2021, mistakes found to be

24  illegal under the Voting Rights Act, and

25  ensure that Black Georgians get the

1  representation that they so deeply deserve.

2  Thank you for your time and consideration.

3      CHAIRMAN LEVERETT:  Thank you.  And I'm

4  glad you mentioned the portal.  You will put

5  that link up on the portal because I'm sure

6  folks would like to get that.  Thank you.

7      All right.  So I think we've -- did --

8  do you want to testify?  Okay.  Come on.

9      MS. DENSON:  Good afternoon.  My name

10  is Joyce Denson.  I was born and raised here

11  in Atlanta, but for the last 42 years, I live

12  in Wilkerson County in a town called

13  Toomsboro, Georgia.  And it's a rural county.

14  I know the difference between the city life

15  and what we would call a rural country life,

16  so to speak.

17      I ask each of you today in listening to

18  things that have been presented today that you

19  truly remember why you said that you want to

20  run for office, that you are here to serve the

21  community, not to be served by the community,

22  but that you deep within yourselves and know

23  that what you are doing make it be just.

24      I don't often use the word fair because

25  what I need, you may not need.  But if you

1  offer justice to you and justice to me and

2  justice to the other, you would do the right

3  thing.  What affects you in Atlanta, what

4  affects you in a small rural town is going to

5  affect all of us in Georgia.

6          I plead with you today.  Do not make a

7  hasty decision.  Please remember, you took an

8  oath that you wanted to serve every citizen of

9  the State of Georgia.  In 2014 and 2017, I ran

10  for the House of Representative, and in my

11  running, in my campaigning, I saw a lot that

12  was going on.  And I saw the disparity between

13  the generations, the disparities between each

14  race.

15          And I ask you today, all of you that

16  claim to be -- say that you claim to be a

17  Christian, not just attending church in the

18  manner say that you I'm just a good church

19  goer, but you take that seat and you say that

20  you want to bless and you want to do what's

21  right, I'm asking you to search your soul

22  today and do the right thing and bless the

23  citizen of the state of Georgia.

24          CHAIRMAN LEVERETT:  Thank you, ma'am.

25  And, ma'am, what was your last name again?

1      MS. DENSON:  Denson.  Denson.  That's

2  with a D-E-N-S-O-N.

3      CHAIRMAN LEVERETT:  Denson.

4      MS. DENSON:  Denson.

5      CHAIRMAN LEVERETT:  Thank you very

6  much.  All right.

7      MS. PERSONS:  Thank you, Mr. Chairman.

8  I'll be real quick.  I am Kelly Persons with

9  the League of Women Voters of Georgia.  You've

10  heard a lot from some of our partner groups,

11  but I did want to bring up one thing that has

12  not been spoken about yet in this room.  We

13  acknowledge that y'all have comment portal.

14  There are other materials out there.

15      We are encouraging the chairs on both

16  sides to include language equity in your

17  public-facing documents.  So individuals,

18  Georgia citizens, where English may not be

19  their first language have the same ability to

20  come to these meetings, make the public

21  comment.

22      We just want to make sure that that's

23  included in these discussions.  And I'll be

24  like my friend, Cindy, You might hear some

25  more from me tomorrow, but that's what I have

1   for y'all today.

2       CHAIRMAN LEVERETT:  all right.  Thank

3   you very much, and we'll look forward to

4   seeing you tomorrow.  Oh, we have -- all

5   right.  Go ahead, sir.  If you'll just state

6   your name so --

7       MR. STEWART:  My name is Hank Stewart.

8   I'm just going to give you a couple of quotes.

9   One quote is by Dr. King.  He says, in the

10  end, I remember not the voice of my enemies,

11  but the silence of my friends.  I'll say that

12  again.  It's in the end, it's not the voice of

13  my enemies, but the silence of my friends.

14      When you're looking at the

15  redistricting of these maps, remember that.

16  And the last quote I'll leave you, it is

17  something that I live by.  And it says it's

18  our time, it's our turn, if we don't do our

19  part, it's our fault.

20      It's our time, And it's our turn.  But

21  if we don't do our part, it's our fault.  I'll

22  be more personal.  It's my time.  It's my

23  turn.  If I don't do my part, it's my fault.

24  We have an opportunity to make Georgia better.

25  It's your time.  It's your turn.  Do your part

1   so it won't be your fault.

2       CHAIRMAN LEVERETT:  Thank you, sir.

3   All right.  Does that take care of the folks

4   who are not representatives who want to

5   present some testimony to the committee?  I

6   think that -- oh, I see a hand up over there.

7   Yeah.

8       UNKNOWN VOICE:  (Inaudible).

9       CHAIRMAN LEVERETT:  Yeah.  That's what

10  that's what I'm offering.  Come on up.  There

11  or I think we can have you sit there, but

12  podium seems to be the favorite location, but

13  you pick whichever you like.  It is fine for

14  you to take the hot seat.  And I promise I

15  won't hit the button that causes the electric

16  charge to go through (inaudible).

17      MR. TRAN:  Oh, no.  Not that.  Sorry.

18  My name is (inaudible), and I'm at Georgia

19  State University.  Can you guys hear me?  Oh,

20  there you go.

21      CHAIRMAN LEVERETT:  Yep.  Sorry.  I was

22  a little slow on the on the draw there.  You

23  said it's Cody.

24      MR. TRAN:  Cody Tran.  I am a freshman

25  at Georgia State University.  I apologize for

1  my tardiness, by the way.  I got here as soon

2  as class finished, and I was a little late for

3  the (inaudible).

4      But --

5      CHAIRMAN LEVERETT:  I know you got a

6  lot going on.  Don't worry.  There's someone

7  who's usually late myself.

8      MR. TRAN:  Thank you.  Thank you for

9  the slack.  But I came here because I wanted

10  to testify about the redistricting.  And I was

11  invited here by the Georgia Youth Justice

12  Coalition and to talk about kind of like

13  what's been happening.

14      And so, I want to talk about how much

15  of a danger it was to democracy in general to

16  follow through with faulty maps and bad

17  districts because I heard that these maps that

18  were recently drawn and struck down were they

19  unfairly represented the youth, and they also

20  diluted a lot of, you know, minority voters

21  and a lot of people of color.

22      And as a person of a minority race, I

23  believe it's my place and I have a stake in

24  this in general because as someone who's my --

25  who's racial -- ethnicity, whose group already

1  participates so little in politics, I feel

2  that it's important to uphold a form of

3  democracy where we can actually have a voice

4  and have districts that actually represent us

5  adequately and in a form that isn't trying to

6  disrupt our votes.

7        And, I mean, it's -- I also find that

8  it's very important to listen to our youth.

9  And the fact that these maps aren't

10  adequately, you know,  representing us and

11  allowing us to kind of like -- to use our

12  voices and our power in a way that's proper,

13  just -- just isn't -- shouldn't be acceptable.

14        So, I mean, that's all I have, but I

15  just wanted to urge you guys to please

16  redistrict this and do it in a way that

17  doesn't violate a lot of our democracy, but

18  that's it.  I apologize if I'm rambling.  I'm

19  a little nervous.

20        CHAIRMAN LEVERETT:  No.  You did very

21  well.  Tell how do you spell your last name?

22        MR. TRAN:  Tran, T-R-A-N.

23        CHAIRMAN LEVERETT:  A-N?

24        MR. TRAN:   Yes, sir.

25        CHAIRMAN LEVERETT:  Okay.  Thank you so

1   much.

2       MR. TRAN:  All right.

3       CHAIRMAN LEVERETT:  Thank you for your

4   testimony.

5       MR. TRAN:  Thank you.  Have a good day.

6       CHAIRMAN LEVERETT:  We'll take you

7   later on here anytime.

8       MR. TRAN:  Thank you.

9       CHAIRMAN LEVERETT:  All right.  I see

10  another gentleman standing.

11      MR. BEACH:  I just keep (inaudible).

12  Sorry.  I'm Michael Beach.  I'm a proud

13  resident of DeKalb County.  And so I just

14  wanted to talk -- sorry.

15      CHAIRMAN LEVERETT:  Okay.  Got you.

16      MR. BEACH:  I'm Michael Beach, proud

17  resident of DeKalb County.  I'm in District

18  82, which I see dramatically changed.

19  Actually, I think I'm in South Georgia now.

20      But I really wanted to stress again

21  what people are saying.  Equitable --

22  equitable representation, openness, and

23  community participation in this and writing

24  some of these historical wrongs is what the

25  court order said.

1         And so when we start to hear today

2   about these other peripheral issues going on,

3   I would really urge you to try and pull back

4   from some of those and do what the court said,

5   and follow that, and get that passed through.

6   I'd hate to see this go to a grand master.

7         I'd hate to see this, basically, become

8   national news again.  We do not want to be

9   linked again to our neighbor about kind of

10   blowing off what the court has said.  And so

11   please don't put us through that or the

12   taxpayer expense of taking care of that -- is

13   that please listen to what people have said.

14         And you've done some really nice things

15   here, I see, but take care of some of those

16   peripheral issues that are really not mandated

17   and outside of the impacted areas.  I think I

18   would really appreciate that and I love my

19   district, actually, so thank you.

20         CHAIRMAN LEVERETT:  Thank you very

21   much, Mr. Beach.  I think we have some more

22   folks.

23         MR. MOYE:  Good afternoon to members of

24   the committee.  My name is John Moye, senior

25   director for policy for the Urban League of

1  Greater Atlanta.  And Chairman, we just want

2  to really add to the sentiments of everyone

3  who spoke today.

4       If you recall, a few years ago, we were

5  very involved in the census, and I think we

6  traveled with most of you around the state, I

7  believe the summer before last, certainly

8  during the redistricting process.  And so here

9  we are now with the court ruling, and we're

10  just certainly calling on this committee.

11       I had a chance to attend the senate

12  side earlier today to really to -- to

13  really -- to give it some serious thought as

14  you certainly redraw these maps.  You know,

15  the history of our state has not really been

16  as fair as we would like when it certainly

17  comes to voting rights.

18       And so as you -- or you all certainly

19  review these maps, certainly, please take into

20  consideration that all of our communities need

21  to be fairly represented here.  Thank you.

22       CHAIRMAN LEVERETT:  Thank you.  Before

23  you go, what was your last name?

24       MR. MOYE:  Yes, sir.  My name is John

25  Moye, M-O-Y-E --

1      CHAIRMAN LEVERETT:  Well, that's what I

2   thought.

3      MR. MOYE:  -- with the Urban League of

4   Greater Atlanta.

5      CHAIRMAN LEVERETT:  Thank you very much

6   for your testimony, Mr. Moye.  All right.  Did

7   I -- think -- do we have someone else who

8   wanted to testify?  Would any of the -- if the

9   representatives would like to speak and

10   address the committee.

11      Any comment from representatives?  All

12   right.  Is there anybody else who wants to

13   address the committee that I haven't got to

14   you or somebody who walked in?  All right.  I

15   don't see any hands up.

16      So we certainly do appreciate

17   everybody's attendance today.  We appreciate

18   your succinctness and your passion, and we

19   also appreciate you being so civil and well-

20   behaved in here.  We like to see that.  I

21   will -- so we have a committee meeting

22   tomorrow at 1:00 in the room right above us,

23   in 506.  We'll have some additional public

24   comment there.

25      And I understand that, Leader Beverly

1  will actually have a map he's going to

2  present, as well, and we'll take comment on

3  his plan as well as additional comment on this

4  plan, and I would anticipate we'll take some

5  votes tomorrow, also, so.

6         All right.  Well, if that's it, I'll

7  declare the meeting adjourned.  Thank you,

8  everybody.

9         (End of Video Recording.)

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                        CERTIFICATE

2

         I, Wendy Sawyer, do hereby certify that I was

3
     authorized to and transcribed the foregoing recorded

4
     proceedings, and that the transcript is a true record, to

5
     the best of my ability.

6

7

8
         DATED this 8th day of December, 2023.

9

10

11
     _____

12
     WENDY SAWYER, CDLT

13

14

15

16

17

18

19

20

21

22

23

24

25

**GEORGIA HOUSE OF REPRESENTATIVES**
**Reapportionment and Redistricting on 11/29/2023**

Index: 1..60

---

**1**

1   23:24

1,000,000   65:18

10   54:22

100   35:9

101   32:7,12

104   7:4   48:10,11

105   36:25   37:4  43:2

105's   66:24

106   32:10   34:1

107   34:1

108   32:7

109   32:7

11   52:16   65:8

113   30:25

114   30:21,   23  31:12

116   30:11

117   20:9,23

118   29:13   30:23

121   41:19

123   7:15

125   7:8

128   8:4

13   44:24

132   9:23

133   21:24

134   28:19

135   29:6   34:10

139   8:25

13th   45:17

140   49:7

142   28:5

143   28:10,   13,14,15

144   28:23

145   21:9

147   28:15

149   21:23

15   30:11   41:25

15.7   67:3

151   49:8

153   49:8

154   49:8

171   49:8,22

173   7:24

18   13:1,2

19   27:17

1:00   82:22

**2**

2   19:16

2,000   61:15

2014   73:9

2017   73:9

2020   17:13   36:15   47:10   48:8,9   63:18

2021   26:6   65:14   71:23

2024   25:24   54:18

2030   43:13   51:9

24   47:4

**3**

316   43:3

32   67:2

34   27:14

35   27:12,16   28:18

36   27:15

36's   27:15

37   27:11

**4**

40   27:4,8,   18,22,24,   25  66:16,   21  67:6   68:18

400   43:18   70:24

415   2:22

42   34:4,7   72:11

43   43:5

47   9:13

48   42:5

49   22:8   48:10

**5**

506   3:12   82:23

51   41:16

526   19:1

53   43:4

56   25:16   27:1

56.31   20:20

**6**

6   6:5  52:18

60   21:4

---

34:6

**61**   26:20,22

**64**   19:20
20:18
22:23 25:3
26:13
27:5,21
39:12

**65**   26:20

**66**   8:11
20:17
26:15

_____

_____ **7** _____

**70**   9:4

**74**   20:8,10
29:23

**76**   8:16

**78**   30:3

_____

_____ **8** _____

**80**   27:21
48:9

**81**   30:15
31:18
66:16,21
67:6,8

**82**   29:21
31:17
66:16,21
67:6,8
79:18

**84**   36:25
37:12,13,
14

**88**   31:23

_____

_____ **9** _____

**90**   25:17
31:23 34:9

**91**   31:7

**92**   31:2

**93**   31:24

**94**   31:24

**95**   31:24

**97**   41:24

**99**   7:11

_____

_____ **A** _____

**A-N**   78:23

**ability**
56:14
74:19

**Absolutely**
54:13 70:5

**acceptable**
78:13

**access**   14:9
32:20,24
70:16

**accommodate**
27:5 30:6

**accommodates**

28:15

**accommodations**
17:15

**accordance**
14:17

**account**
25:20
56:21 58:3

**accountable**
63:8

**accounted**
16:24

**accurate**
65:19

**achieve**
59:14

**acknowledge**
57:9 74:13

**Act**   36:14
71:24

**Action**   11:21
59:11
61:10,11
62:18

**Acworth**
27:13

**add**   15:13
22:20 25:3
33:22
34:15
35:9,25
66:9 81:2

**added**   10:23

25:3 42:18
43:4

**adding**   23:25
25:5 29:11

**addition**
33:17
66:24

**additional**
10:22 22:3
23:25
27:19
33:13
37:17
43:16
48:23
49:10
82:23 83:3

**Additionally**
45:13

**address**   3:19
4:9 26:25
27:10
32:11 40:8
57:5
82:10,13

**addressed**
12:17
68:13

**addressing**
31:9

**adequate**
60:2

**adequately**
78:5,10

adjacent
  23:1
adjoining
  31:2
adjourned
  83:7
adjourning
  11:11
adjust  25:15
adjusted
  26:25
adjusts
  27:16
adopt  10:15,
  16 13:5
  18:1,15
adopted  6:18
  11:5
adopts  4:17
advance  12:5
  16:9 61:20
advantage
  66:7
advocacy
  50:18
advocating
  44:23
  64:21
affect  73:5
affects
  73:3,4
affording

45:19
African  38:3
  58:20
afternoon
  2:2 9:3
  55:14 59:8
  61:7,8
  64:1,3
  67:25 68:1
  70:7 72:9
  80:23
age  35:22,
  24 53:1,20
agency  57:7
agenda  11:17
  46:21
agree  19:7
agricultural
  58:10
agriculture
  45:9
ahead  2:3
  6:17 13:11
  75:5
airplanes
  2:16
Alexander
  8:9,10
  38:18,19
  39:14,18
  40:2
Allen  61:4,
  6,9,10

allotted  6:4
allowing
  78:11
alluded
  47:19
alongside
  54:16 71:1
Alpharetta
  9:14 42:12
amen  5:14
amended
  17:21
amendments
  12:3,13
  17:11,22
American
  38:4 45:5
  58:20
Americans
  56:9
amount  25:23
ample  68:6
analysis
  38:12
analytics
  65:16
analyze
  47:15
Anchorman
  10:3
Andrea  68:2
Anne  67:24

announcements
  2:20
anticipate
  83:4
anytime  79:7
AP  35:20,
  22,24
apartment
  41:23
apologies
  44:16
apologize
  76:25
  78:18
appeal  26:5,
  12
appealed
  26:3
appears
  47:17
  48:15
applaud
  59:17,20
apply  12:15
  15:1
appoint
  11:23
appreciated
  65:9
approach
  57:23
  67:14

GEORGIA HOUSE OF REPRESENTATIVES
**Reapportionment and Redistricting on 11/29/2023** Index: approved..Ben

approved
70:22

approximately
20:17 21:4

area 19:15,
16,17,20
21:10
22:21
24:17 30:5
31:7,18
37:6,15
39:13,21,
24 41:21
48:20 49:3
69:9

areas 22:18
27:13 49:6
53:13
57:24,25
58:6 59:1
66:18
67:7,10
68:20
69:4,10
80:17

argued 69:19

argument
49:22

arguments
60:11

Asian 38:4

aspects
59:21

assemble
10:3

assembly 3:6
15:21,25
51:12
62:17

assessing
65:24

assessment
60:5

assist 34:17

assume 11:24

Atlanta
41:3,13
69:7 72:11
73:3 81:1
82:4

attempt
67:15

attempting
65:5

attempts
66:14

attend 2:16
81:11

attendance
82:17

attended
52:21
60:11

attending
73:17

attention
19:10

Augusta 7:9

9:22

avoid 69:1

avoids 22:3,
10

awful 5:17

aye 13:13
18:8,9

_____

**B**
_____

back 3:21
22:25
26:13
28:23
30:20
40:10
47:10 80:3

background
22:14

bad 36:19
77:16

Baldwin 8:6
22:4,11

Barrow 7:5

Barry 7:7
52:16

base 25:22
61:14

based 10:19
35:19
70:11

basic 63:3,
15 66:1

basically
4:15 10:19
11:6,19
24:18
39:5,10
80:7

Battles
46:12,13,
14,17,19
47:2 49:5,
19 50:4,9

Battles'
51:3

Beach 79:11,
12,16
80:21

Becky 31:21

beginning
2:1

begins 51:25

behalf 15:3
44:21
53:18

behaved
82:20

believes
64:23

bell 65:18

Belt 57:19
58:5,17
69:18

Ben 40:19,
24

GEORGIA HOUSE OF REPRESENTATIVES
Reapportionment and Redistricting on 11/29/2023    Index: benefit..census

benefit  26:3

Berkeley
  42:7

Beverly
  18:17
  82:25

Bibb  21:16
  22:5 28:6
  69:9

biggest
  47:22

bill  4:14,
  17 10:11
  11:14,21
  12:14
  16:22
  18:15 26:4
  46:24 51:2

bills  51:3

bind  60:7

bit  2:21
  4:22 7:18
  10:5 16:9
  24:24
  26:17
  41:11
  42:20,22
  43:1 47:8
  50:20

Black  19:14
  20:16,19
  21:3,12
  24:19 30:1
  35:20,22
  40:1 43:16

45:4 46:3
48:11,21,
24 49:2,9,
11,13
53:8,13
55:6,19
56:1,8,13,
24 57:7,8,
18 58:5,17
59:19
66:9,19
69:15,18
70:15,21
71:16,21,
25

blatantly
  55:2

bless  73:20,
  22

blessings
  5:13

block  17:4

blow  10:2

blowing
  80:10

bond  60:8

born  72:10

boundaries
  15:15
  17:13
  56:22

boundary
  21:7

bounds  68:17

boxed  45:14

boy  27:22

breakdown
  33:13

breakdowns
  35:25

breaking
  62:12

Brian  9:18,
  20

briefly  11:2

bring  74:11

brought
  60:25

brown  19:20

build  39:25

building
  70:12

Burt  10:12

business
  5:10 6:9

button  76:15

Butts  29:15

———————
          C
———————

calendar
  11:15

Calhane
  55:10

Calhoun
  55:11,12,

13,14 59:6

call  5:2
  13:11 18:7
  72:15

called  35:14
  69:12
  72:12

calling  5:17
  81:10

campaigning
  73:11

campuses
  53:12

candidate
  48:13

care  5:22
  18:20 76:3
  80:12,15

Carroll  9:6

case  39:8

categories
  35:6,7,9,
  11,15,18
  36:2

Caucus  8:15
  65:12

census  14:12
  15:23
  16:23
  17:13
  35:6,13,16
  36:15
  63:18 81:5

Center 44:22

centers
58:1,5

Central 6:24
8:5 44:22
69:8

chair 11:11,
12,17
12:7,11
59:9 64:1,
17 70:7

chairman
2:2,11
3:24 5:6,
15,24,25
7:3,6,13,
20 8:10,
13,19 9:2,
8,12,16,24
13:1,3,8,
14 14:4
18:2,3,5
19:25 20:3
23:12
24:16 29:9
32:22
33:7,11
34:2,12,
14,20,23
36:4,6,11,
21,24
38:17,20
39:1,3,14,
17,23
40:3,4,21,
23 42:19
43:21,25

44:4
46:10,16,
23 47:1
49:17,21
50:7,14
51:22
52:2,9
54:6,11
55:8,12
59:5 61:3,
8 63:24
64:3,7,10,
13 67:21
69:21 72:3
73:24
74:3,5,7
75:2 76:2,
9,21 77:5
78:20,23,
25 79:3,6,
9,15 80:20
81:1,22
82:1,5

chairs 74:15

chance 3:3
4:12
54:23,24
57:16
81:11

change 22:20
30:22 43:8
67:2 69:11

changed
25:17,18
29:13
42:19,21
66:25

79:18

changing
22:11 69:2

characterized
58:7

charge 76:16

charges
14:19

Chatham
48:19

checking 2:7

Cherokee
9:15

Chief 8:14,
19,22
36:22

choice 48:13

choose 47:13

Christian
73:17

Chuck 7:3
42:12

church
73:17,18

churned
60:16

Cindy 46:12,
19 68:4
74:24

cities 9:6

citizen
64:20

73:8,23

citizen's
56:18

citizens
56:13
74:18

city 8:17
9:13 41:4
42:11
72:14

civic 70:13

civil 82:19

claim 50:2
73:16

clarify
33:24
35:22

Clark's
42:23

class 77:2

classified
35:18
41:20

Clayton 8:16
20:12
29:24 30:9
45:1

clean 43:10

cleaned
43:4,15

cleaning
41:14
42:25

51:19

cleans   41:2

clergy   61:12

clerk   19:11

CLOB   2:22
  3:12

coalition
  37:1,23,24
  38:1,2
  46:3,21
  50:19
  54:15
  77:12

Cobb   22:25
  24:13
  26:22,23
  27:3,9,17
  34:4  45:1
  52:14,21
  69:7

code   61:14

Cody   76:23,
  24

COI   70:25

Coleman
  44:2,3,5,
  7,9,11,15,
  20  46:11

collapses
  27:5

collapsing
  27:8

collected

71:1

collective
  56:11

college
  53:9,12,
  16,19

color   47:23
  48:1  70:14
  71:5  77:21

Columbia
  7:8,19

Columbus   9:1

combination
  29:8

combined
  38:4

comment   3:5,
  8  18:16,21
  40:6  46:7
  47:6
  74:13,21
  82:11,24
  83:2,3

comments
  51:23

committed
  61:15
  70:12

committee
  2:12,15,17
  3:14,19
  5:20  6:11,
  19,23  9:18
  10:1,15,

16,18
12:8,13
14:6,14
16:8,13,
14,16
17:11,17,
21  18:13
36:7
44:12,20
50:15  59:9
61:7  64:2,
11  66:8
70:8  76:5
80:24
81:10
82:10,13,
21

committee's
  67:19

committees
  10:23

Common   67:24
  68:2

communities
  22:6  24:7,
  8  43:10
  47:11
  51:14
  56:1,8,12
  57:7,16
  58:4,11
  59:20,25
  60:17
  62:12
  70:14,15
  71:5  81:20

communities'
  62:20

community
  41:4,16
  45:6,14
  48:21  49:1
  56:22
  70:24  71:1
  72:21
  79:23

compact   24:6
  31:6  41:16
  48:21
  49:9,25

compared
  33:20

compel   62:24

competitive
  41:20  42:2
  43:5

competitivenes
s  65:21

complete
  42:11

completely
  66:22
  69:11

completes
  32:12

complex
  41:23

complies
  25:12  66:4
  67:14

**GEORGIA HOUSE OF REPRESENTATIVES**
**Reapportionment and Redistricting on 11/29/2023** Index: comply..county

comply 10:11
19:18
23:21 26:8
38:14
51:17
64:25
66:22

complying
26:7 30:6

comprehensive
57:23

compressing
37:18

compromised
56:15

computer
23:16

concerned
60:3 69:13

concerns
45:24,25
47:22
56:12
58:15 68:4

conditions
16:1

confidential
16:3

confidentialit
y 16:4

configuration
21:19 22:1
30:14

confusion

36:17 53:3

congress
53:5 62:16

congressional
14:15
15:4,19
16:6 44:24
45:17
62:10

congressionall
y 52:17

consequences
53:25

considerate
58:14

consideration
58:25
71:10 72:2
81:20

considerations
24:23

considered
11:13,18
35:13

consistent
10:22 60:9

constituents
44:23 60:8
62:19

consulted
22:17

contagion
45:15

contiguous
24:5

continues
47:25 48:8
49:1,12,13

continuity
24:22

convening
11:10

conversations
47:9 60:20

coordinator
70:9

copies
14:12,21

copy 17:19
32:16
43:22

core 27:12
28:6
29:16,23

Correct
34:12

correctly
46:23

cost 14:25

costs 14:23

counsel
22:17

count 70:10,
25

counteract
70:20

counties
7:22 23:25
45:18
68:20

country
72:15

county 7:5,
8,12,16
8:1,6,7,8,
12,16 9:1,
15,21,22
20:7,12,25
21:2,14,
15,16
22:4,7,11
23:1 24:1,
2,13 25:4,
6,21
26:15,18,
23 27:9,17
28:6,16
29:3,4,16,
17 30:9,
16,18,24
31:1,10
38:21
41:19
42:20,24,
25 43:17
44:21 45:2
48:20
52:14,24
53:4 54:19
59:16 60:4
67:9 69:7
72:12,13
79:13,17

couple   2:19
  33:24 75:8

court   10:8
  13:21
  18:10,25
  19:2 20:14
  33:19
  35:13,20
  36:13
  38:14
  39:5,8,9,
  11,13,25
  49:23,24
  50:5 62:9
  65:6 66:5,
  10,23
  67:15
  68:11,14,
  18,22
  69:5,20
  79:25
  80:4,10
  81:9

court's
  64:25
  67:7,12

courts   17:1
  34:21

covered   3:16
  31:7

covering
  49:7

Coweta   9:5

cracked
  48:14
  68:19

Crawford
  28:21

create   24:11
  27:18
  28:13
  37:16

created
  14:13
  41:10 71:3

creating
  28:3 66:17

creation
  56:24

Creek   41:15
  42:13

criteria
  15:11

critical
  57:20
  58:23

Crosstalk
  35:1

crowded   2:23

crucial
  58:23

cultural
  58:21

curious
  39:18

current
  22:12
  32:16
  33:1,5

41:6,9
  48:17

curve   65:18

customary
  10:14

cuts   19:22

cycle   26:10
  43:13 65:4

─────────────

D

─────────────

D-E-N-S-O-N
  74:2

danger   77:15

Daniel   30:16

Darlene   7:23

data   14:10
  15:23
  24:24,25
  33:2,14,18
  35:3,6,13
  36:8,13,16

databases
  14:13

day   16:19
  79:5

days   3:13
  10:6

deal   59:16

decades   62:5

decided   54:1

decision
  62:8 73:7

decision-
making   57:12

declare   83:7

decorum
  12:15

deep   72:22

deeply   72:1

define   37:25

Dekalb   23:6
  24:14
  29:22
  30:12,14,
  19 31:8,
  13,14,18
  32:8 54:19
  79:13,17

democracy
  44:22
  56:18
  60:14 62:2
  63:4,16
  70:17
  77:15
  78:3,17

democrat
  41:23,25

democratic
  8:15 24:20
  56:2 57:17
  58:13
  61:23 63:1
  65:11
  66:20

democrats
  47:20

demographic
  24:25 25:9
  56:22
  58:21

demographics
  58:4

Denson  72:9,
  10 74:1,3,
  4

depicted
  17:12

deplane  2:18

Deputy  8:14,
  20,22
  36:22

descendants
  45:4

describe
  6:15

description
  17:4

deserve
  63:10
  71:21 72:1

design  20:25

detail  19:10

determination
  35:23

determine
  4:4 11:18
  12:12

development
  45:9

deviation
  23:24

dictated
  32:3

diem  5:21

difference
  26:21
  72:14

differently
  37:20

digest  60:22

diligence
  19:9

dilute  55:25
  71:16

diluted
  49:14
  77:20

dilutes  49:2

dilution
  70:20

diminish
  55:18

diminishes
  56:10

direction
  31:25

directive
  67:12

directly
  33:20

director

46:20
  50:18
  80:25

disagree
  50:5

disappointing
  53:14

discretion
  11:22

discriminatory
  57:5

discuss  25:2

discussed
  39:8

discussion
  12:23
  13:10,11
  18:6,7

discussions
  74:23

disenfranchise
ment  56:4,
  23

disparate
  24:8

disparities
  73:13

disparity
  73:12

disrupt  78:6

disruption
  60:4

disrupts
  67:16

dissipate
  32:6

distance
  28:18

distraction
  2:9

distribute
  16:12

distributed
  37:20

distributing
  64:5

distribution
  55:22

district
  7:4,8,11,
  15,17,24
  8:4,11,16,
  25 9:4,13,
  23 17:4
  20:18,23
  21:9,14,
  20,23
  22:20
  24:19
  26:1,13,
  15,16
  27:3,4,8,
  9,11,16,
  17,18,21,
  22,23,24,
  25 28:5,8,
  13,19,23

29:2,10,
13,15,21
30:3,11,17
31:23
32:4,10
34:1,9,10
36:25
37:19
38:1,4
40:1
41:15,24,
25 42:2,5,
10,12,14,
15,16,19,
23 43:2,4,
5,17
44:24,25
45:6,17
48:4,24
49:11,25
52:16,17,
18,19
53:3,11
66:12,24
68:18,19,
21 69:2
79:17
80:19

**districting**
55:18

**districts**
10:9 16:24
17:4 19:14
20:7 23:3
24:5 25:6,
14,16
26:24

27:19 28:2
29:12,18,
25 30:2,14
31:2,10,14
32:10
33:10,12
37:2,17,
21,23,24
38:2,9,10
41:3 46:3,
4 47:19
48:10,14,
15 52:15
56:10,20,
25 62:1,
10,14
63:22
64:17,19,
23 66:9,
16,17,19,
21 67:2,6,
9 68:12,16
69:18
77:17 78:4

**diverse**
62:22
68:19

**diversity**
38:10,11
57:15 58:8
65:20

**divided**
49:12

**dividing**
56:9

**documents**

74:17

**Douglas** 8:11
20:6 23:1
25:4,5
26:14,16,
20 30:4
38:21
39:15 45:1
68:20

**drafting**
15:9

**drafts** 17:10

**dramatically**
79:18

**Draper** 24:14
31:22

**draw** 19:13
23:14
38:15 48:4
49:24
76:22

**drawing**
36:12
53:17 54:4
55:17 57:7
69:1

**drawn** 18:14
21:12
22:18
38:23
47:18
53:11
56:20 69:3
70:25
77:18

**dream** 10:1

**drew** 24:1

**drone** 40:16

**Duluth** 7:11

---

**E**

**eager** 65:12

**earlier** 4:14
66:16
81:12

**early** 10:18

**earned** 65:23

**easier** 30:10
35:11

**east** 8:5
29:14
30:3,20
31:4 69:7

**echoing** 68:4

**economic**
45:9

**education**
45:8

**effect** 25:13
37:1,22

**effective**
26:10

**effectively**
56:13

**effects**
22:22
31:11

efforts
58:14

Efstration
6:25 7:2,3

Elbert 7:16,
17

Elberton
7:16

elect 56:14

electing
48:13

election
25:21
26:10
30:10

elections
25:24
63:5,15

electoral
56:10
61:25

electric
76:15

Electronic
16:25

electronically
17:6,19

eliminate
25:25
45:25

eliminated
42:18

elimination

29:3

Ellenwood
8:18

empower 57:8

enables 29:3

enact 4:15
63:13

enacted
48:25 49:7
64:24
65:22
70:22

encompasses
29:22

encompassing
58:8

encourage
59:24
60:24
67:18

encouraging
74:15

end 28:12
60:19
75:10,12
83:9

ended 16:19

ends 71:19

enemies
75:10,13

engage 63:7

engagement
46:20

70:13

English
74:18

ensemble
65:16

ensure 57:20
59:25
71:25

ensuring
56:18 59:2
62:21

entertain
12:22

entertained
11:20

entire 4:17

entry 28:15
66:1

equal 56:2
59:19

equally 58:2

equitable
46:5 57:14
59:4 63:13
79:21,22

equity 62:3
70:16
74:16

Eskew 40:19,
20,22,24,
25

Esselstyn
21:1

Esselstyn's
21:13 22:2

essential
56:17 58:2
63:3,4

establish
11:17

Estevez 48:4

ethnicity
61:13
77:25

evaluated
65:15

evaluating
65:17

Evans 24:14
31:21

everybody's
82:17

exception
31:21

exciting
32:14

excluding
65:1

excuse 36:4
59:7

exercise
19:3

existing
15:15
25:5,25
28:7,8

30:21

exit  26:20

expense
 14:14
 80:12

experiences
 57:11

expert  20:14
 60:12

experts  21:2
 39:7

express
 61:21

expressly
 69:16

extends
 21:17
 28:11

extensive
 25:7 67:8

extent  24:10
 39:11

extra  5:21

extraordinaire
 23:14

extremely
 54:20

_____

F

fabric  62:22

fact  47:3
 78:9

fails  67:1

fair  50:23
 51:6,13
 54:23
 55:4,17
 56:16
 57:2,7,16,
 21 58:12
 59:3,18
 61:18 62:1
 63:5,17,22
 64:17,19,
 21,23
 70:10,25
 72:24
 81:16

fairly  12:18
 62:15
 81:21

fairness
 56:21
 60:1,14
 62:3,11
 70:18

faith  61:10,
 11,15,21
 62:18

families
 59:12

family  45:9

fared  65:22

fastest
 45:18

father  5:7,
 11

fault  75:19,
 21,23 76:1

faulty  77:16

favor  2:6
 13:12 18:8

favorite
 76:12

Fayette  45:2

federal
 62:8,16

feed  2:25

feel  23:19
 78:1

FEMALE  3:23
 12:25 13:2
 14:3 19:24
 20:2 23:10
 32:20
 33:6,9
 34:6 44:14

fewer  67:16

field  35:14

fields  35:14
 36:18

fight  61:18

fighting
 61:16

figure  35:21

figures
 38:13

filed  4:14
 10:11

18:14 26:5
46:24 51:2

fill  70:3

filled  28:18

fills  35:16

final  50:6

find  66:8
 78:7

fine  36:20
 40:21,23
 76:13

finish  59:24

finished
 70:3 77:2

fiscal  5:22

fits  17:15

flashing
 17:24

Fleming  7:6,
 7 13:4,5
 17:25 18:1

floor  3:12
 5:19

flow  28:4

flunked
 62:11

focus  59:11

focused
 40:17
 64:21
 70:16

focusing
  57:24

folks   3:2
  23:18
  40:14 72:6
  76:3 80:22

follow   4:22
  17:7,13
  77:16 80:5

follow-
  39:14

follow-up
  36:5

footprint
  30:21

foremost
  71:20

Forest   8:17

form   32:15
  35:16
  48:23
  70:4,7
  78:2,5

format   16:11

formatting
  17:3

forms   56:6

Forsyth
  21:15

fortunately
  30:5

forward   10:4
  49:18 50:9

51:18 55:3
61:1 75:3

fostering
  57:13 63:5

found   71:15,
  23

frame   16:20
  60:21

free   23:19

freshman
  76:24

friend   9:25
  74:24

friends
  75:11,13

front   4:6
  65:7

fully   68:7

Fulton   22:25
  26:21,23
  42:11
  43:17 45:2

fun   41:1,10

funding   45:8
  46:5

future   43:12
  51:8 54:3
  55:5,6

——————
      G
——————

gain   65:2

gains   60:17

gaps   16:25

gave   43:21

gender   61:13

gender-neutral
  11:8

general   3:6,
  17 14:11
  15:21,25
  40:8 43:20
  51:12
  62:16
  77:15,24

generally
  12:21 17:9
  31:11,15
  42:1,16
  43:4,14

generate
  16:11

generated
  65:18

generations
  73:13

generic   37:6

gentleman
  79:10

geographic
  58:16

geography
  16:23 25:9

Georgia   5:11
  8:2,5 25:8
  43:18

44:22
46:21
48:19
49:6,25
50:19,22,
25 51:7
52:13 53:6
54:15,17,
19,22 55:9
57:19
58:24
59:10
60:15
61:14
62:5,12,16
63:20
64:17,19,
23 65:20,
23 67:16
68:3 69:8
70:11,13
71:17
72:13
73:5,9,23
74:9,18
75:24
76:18,25
77:11
79:19

Georgia's
  58:7

Georgian
  54:21

Georgians
  58:15
  63:10
  70:25

Index: germaneness..Harbin's

71:4,21,25

germaneness
12:11

gerrymandered
62:9

gerrymandering
45:11 46:1
48:9 56:5
60:13 62:6
65:15

Gina  23:10,
13,14,15
32:23
33:22
34:15,25
36:24

Gina's  32:21

give  5:9
27:23
40:18 70:1
75:8 81:13

glad  8:20
35:2 55:9
72:4

Glascott  8:7

glasses  6:1

goal  23:21
69:13

goer  73:19

good  2:2
8:1 9:3
24:24 40:4
46:16 47:7
49:19

55:14 59:8
61:6,8
64:1,3
67:24 68:1
70:7 72:9
73:18 79:5
80:23

Goodwin
50:11,12,
13,17
51:23

govern  12:16

governance
58:13

government
63:6

governments
24:3

graded  65:21

graduates
53:8

Grady  8:1

grand  80:6

Grant  63:25
64:1,4,6,
9,12,15,16

graphically
4:19

grassroots
64:20

Gray  67:24

GRAY-HERRING
68:1

great  4:10
5:10 35:2
59:15

Greater  81:1
82:4

grew  52:13,
16

Griffin
24:17 29:7

group  50:20
77:25

groups  74:10

Grove  21:6

growing
45:18
65:20

GSU  54:21

guarantee
41:6

guess  10:5
12:23
26:18

guidelines
6:14
10:13,16,
19,25 11:6
13:17,25
15:1 17:3,
8,20 18:2,
11 23:23

guys  53:7,
17 54:3,4
76:19
78:15

Gwinnet
69:11

Gwinnett
7:5,12,21
23:7 24:15
30:19
31:11,13,
25 32:5
33:25 38:9
41:19
42:20,24
48:11
59:16
60:4,10
67:9 68:17
69:6

---

**H**

Hall  7:22

Hancock  8:7

hand  56:16
76:6

handout  64:4
67:22

hands  82:15

Hank  75:7

happened
36:25 37:3

happening
53:16
77:13

happy  34:17

Harbin's
43:3

hard  17:19
    69:1

Harris   9:1

Hart  21:2

hasty  73:7

hate  80:6,7

HD  48:9,10,
    11

HDS  49:7

headed  31:25

healthcare
    45:10

hear  3:20
    4:12 6:5
    32:14
    34:20
    44:16,17
    45:23,24
    46:23
    74:24
    76:19 80:1

heard  54:24
    56:25
    60:12
    66:16 71:6
    74:10
    77:17

hearing
    4:12,23
    6:3 46:22
    50:16
    60:20

hearings
    13:22 14:1

47:6

heart  62:2

Heavenly  5:7

held  13:25
    14:14
    63:10

helps  56:23

Henry  20:12,
    24 29:17,
    25 30:16
    44:21 45:2

Herring
    67:24 68:2

high  45:20
    52:21,22,
    24 53:12,
    15,19
    58:19

Highway  22:8
    43:3

Hill  7:11
    42:17

Hilton's
    42:14

Hispanic
    48:12,21,
    24 49:2

Hispanics
    38:3

historical
    57:4 58:21
    79:24

historically

56:5
    58:10,17

history
    60:16
    81:15

hit  3:21
    7:13 76:15

hobby  40:25

hold  20:2,4
    58:20
    71:19

homelessness
    45:21

honest  51:13

Hong  7:20,
    21

Hong's  42:19

honor  59:21

hope  6:5

hoping  67:4

horn  10:2

hot  76:14

hours  12:5,
    13 47:4

house  7:4,8,
    10 8:15,25
    9:4,12,23
    12:15,16
    14:17
    20:22,23
    21:9 28:12
    41:24 42:4
    43:4,5

44:19
    47:18
    51:16
    65:11,22
    66:16,21,
    24 68:18
    73:10

housekeeping
    3:17

housing  45:8

Houston
    28:14,16

huge  41:23
    62:13

human  61:20

_____
          **I**
_____

I-75  21:7

identical
    20:13

identified
    17:16

identifies
    35:17

illegal
    71:24

impact  57:1
    67:4 68:7

impacted
    45:11
    80:17

imperative
    61:16

**GEORGIA HOUSE OF REPRESENTATIVES**
**Reapportionment and Redistricting on 11/29/2023 Index: implications..Jim**

71:17

**implications**
55:21

**importance**
55:17 57:9
58:22
59:13

**important**
46:4
47:10,12
54:20 58:1
78:2,8

**impose** 4:5

**impossible**
62:15

**inaudible**
12:25
23:10
27:23 28:7
32:20 35:3
40:20 47:1
49:4 76:8,
16,18 77:3
79:11

**include**
14:23
74:16

**included**
74:23

**includes**
7:17 8:5
9:13 21:5,
14 22:5,8
28:19
47:23

**including**
47:23 56:8
58:5 61:24

**inclusive**
57:14,21
58:14
63:6,8

**income** 53:13

**increase**
69:14,17
71:20

**increasing**
45:21

**incumbent**
22:10 24:9
31:20
32:3,4

**incumbents**
21:20
68:24
69:1,3

**individual**
15:3

**individuals**
74:17

**inequitably**
45:7

**inevitable**
68:25

**influence**
56:7 58:1

**influenced**
66:12

**information**
14:13 25:9
36:1

**initial**
65:10

**injustices**
57:4

**inspection**
17:18

**institutions**
61:23

**instructed**
39:25

**intent** 60:18

**interest**
24:7 41:4
43:10
47:11
56:15 58:3
60:1,17

**interests**
41:16
70:24

**interrupt**
23:20
64:13

**introduce**
6:12

**introducing**
9:10

**introduction**
15:6

**introductions**

7:1

**invited**
77:11

**invoke** 5:4,
13

**involve** 24:9

**involved**
14:25 81:5

**ion** 35:23

**issue** 68:23
69:19

**issues** 27:1
48:17
53:10,15
59:13
80:2,16

**items** 11:9

---

**J**

**Jackson** 5:3,
6,16,24
8:3,4

**Jan** 9:12
42:10

**Janet** 63:25
64:16

**Jasper** 29:1,
4

**Jefferson**
9:22

**Jesus'** 5:13

**Jim** 59:6

job  19:7

Joey  59:7,
  10

John  80:24
  81:24

Johns  41:15
  42:13

Jones  9:11,
  12 18:25
  19:5 22:6,
  7 28:25

Jones'  42:10
  59:18
  60:2,13
  61:1

Jones's
  23:22 26:4

Joyce  72:10

Judge  18:25
  19:5 23:22
  26:4 59:18
  60:2,13
  61:1

judge's  26:9
  51:18
  69:16

justice
  50:19
  54:15 57:3
  63:19
  73:1,2
  77:11

**K**

keeping  14:8
  65:2

Kelly  74:8

Kemp  24:17
  29:9

Ken  22:9

Kennard
  24:15 32:9

Kilstra
  70:5,9

Kimberly
  8:10

kind  2:20
  4:4,22
  6:2,14
  16:20
  22:6,23
  23:2,4,7
  25:1,7
  28:4 31:3,
  8 33:15
  40:7 44:16
  47:24 66:1
  77:12
  78:11 80:9

King  75:9

kitchen
  59:12

knew  20:5

Knight  24:17
  29:8,9

knowledge
  25:8

**L**

labor  14:25

lady  40:9

Lake  8:17
  42:7

Lamar  28:22
  29:7

landing
  16:19

landscape
  57:14 59:3

language
  74:16,19

laptop  32:25

laser  19:23

lastly  57:18

late  2:5
  5:1 41:11
  43:1 77:2,
  7

lawmakers
  60:8

lays  60:2

lead  6:25

leader  6:25
  18:17
  28:10
  82:25

leaders  55:1
  61:15,21

League  74:9
  80:25 82:3

lean  66:20,
  25

leave  16:25
  23:20
  75:16

leaves  29:17

leaving
  27:13

legacy  57:5

legal  22:17

legis.ga.gov
  3:5

legislation
  15:7 61:19

legislative
  14:15
  15:4,19
  16:6 62:4,
  10

legislators
  4:7

legislature
  70:21

lengthy
  33:23

Leo  61:9

level  27:20
  66:2

Leverett
2:2,11
3:24 5:15,
25 7:13,15
8:19 9:8,
16,24
13:1,3,8,
14 14:4
18:3,5
19:25 20:3
23:12
32:22
33:7,11
34:2,12,
14,23
36:6,11,21
38:17
39:3,17,23
40:4,21,23
43:21,25
44:4
46:10,16
47:1
49:17,21
50:7 51:22
52:2,9
54:6,11
55:8,12
59:5,9
61:3,8
63:24
64:2,3,7,
10,13
67:21
69:21 70:7
72:3 73:24
74:3,5
75:2 76:2,

9,21 77:5
78:20,23,
25 79:3,6,
9,15 80:20
81:22
82:1,5

life  52:13,
14 54:22
61:10,11
62:18
72:14,15

light  17:23

lights  12:22

likewise
20:19

limit  23:25
36:17

limited
59:15
60:15

limits  4:4

Lincoln  7:18

lines  23:6
53:11
67:19

link  71:12
72:5

linked  80:9

linking  22:6

list  40:10,
13

listen  78:8
80:13

listening
72:17

lit  12:22

literally
66:15

litigation
25:11

live  2:24
7:16,24
52:19
53:25
72:11
75:17

lived  53:3
57:10

lives  53:23

living
45:13,19
71:3

located
37:13

location
58:16
76:12

locations
32:3

Locust  21:6

long  4:2

long-held
65:3

looked  35:20

loop-de-loop
22:24

Lord  5:9,11

loses  28:12

loss  37:19
66:11

lot  5:18
13:22
19:11
22:21
25:16
38:9,10,20
45:25
47:3,14
51:2 53:2,
7,10,11,
23,24
55:15
73:11
74:10
77:6,20,21
78:17

love  80:18

low  53:13

Lowdermilk's
52:16

LS  61:4

Lucy  48:2

lumping
62:13

Lynn  9:4

_____

_____ M _____

M-O-Y-E
81:25

Mac  5:2 8:4

machinery
  44:5

Macon  21:9,
  20,25 28:1
  69:8

Macon-bibb
  19:17
  29:12

Madam  9:8,16

made  3:8
  10:21
  11:15
  13:18
  14:16
  15:6,24
  16:15,16
  17:1,17
  32:13
  45:15 68:7

Madison  7:17

magnet  52:23

main  69:19

maintain
  23:23
  24:21
  31:17 32:4

maintained
  28:9,11
  31:16

maintains
  28:6 29:2,
  15 30:21
  31:20

Major  42:9

majority
  19:14
  20:16,19
  21:12
  24:19 27:4
  30:1 40:1
  43:16 46:3
  47:25
  48:23
  49:10 51:4
  53:13
  66:8,9
  69:18

make  2:7
  3:1,15,25
  24:3 26:21
  27:1 29:18
  30:8 48:6
  50:21 54:2
  57:1 60:17
  71:22
  72:23 73:6
  74:20,22
  75:24

makes  17:15
  31:19 41:3
  46:4

makeup
  51:10,12

making  15:16
  34:11

MALE  13:7
  18:4 49:4

mandated
  66:10

80:16

manipulated
  55:25

manner  16:16
  17:22
  73:18

map  4:16,
  17,24
  18:22 22:2
  23:14
  32:16
  38:25
  41:2,6,10
  43:9,15
  48:18
  51:17
  65:12,21,
  22 66:4,7,
  14,25
  67:1,14
  68:10,25
  83:1

map's  65:17

mapping
  38:25

maps  4:13
  15:23
  17:13,16
  22:13 24:4
  26:7 32:25
  33:1,2
  38:22
  46:25
  47:4,15
  48:3,6
  50:23

51:6,13
53:17,22
54:1,4
55:3,4,18
57:8
59:19,21
60:7,15,
22,25 62:4
63:17,18
64:24
65:16,19,
23,25 66:6
67:19
68:5,23
69:2,4,10,
14 70:20,
22,25
71:3,8,15,
18 75:15
77:16,17
78:9
81:14,19

marginalized
  56:13
  58:10

Marietta
  27:12,14

Marika  70:8

Martin's
  42:12

Mason  50:11,
  17 54:16

master  80:6

matching
  30:3

materials
 14:10 15:2
 74:14

math  35:12

Mathiak
 24:16

Matt  7:10
 42:15

matter  12:16
 57:3

matters  6:9
 11:12

Mcbass  48:2

Mcdonough
 21:6

Mcduffie  8:8

Mckinnon
 59:7,8,10

meaningful
 56:19 57:1

means  48:17

measures
 11:18

media  14:24

medium  14:13

meet  6:19

meeting
 2:14,17
 3:10,14
 5:5,20
 10:5 12:14
 17:12 40:9

82:21 83:7

meetings
 3:11 14:6,
 8 17:17
 74:20

Melanie  55:9

member  16:4
 17:10 27:2
 54:15

members
 6:11,13
 9:17,25
 10:17 12:9
 14:22
 15:3,21,24
 16:12
 26:15
 47:18,23
 48:1 64:2,
 11 70:8
 80:23

mental  19:3,
 4

mention  10:7
 20:18 64:8

mentioned
 3:18 8:20
 12:7
 22:16,18
 34:5 72:4

metro  19:15,
 16,19
 20:8,24
 22:19 23:2
 29:21

38:24
 41:3,13
 48:11
 57:24,25

Michael
 79:12,16

Microphone
 44:14

mid-  65:3

middle  25:20
 53:20

Milledgeville
 21:25

Milton  9:14
 41:14
 42:11

mine  2:8

minimal  32:7

minimize
 25:23

minimizes
 21:7

minor  37:7

minority
 26:1 28:8,
 10 43:17
 56:8
 77:20,22

minority-
 66:11

minute  6:10,
 15 29:19
 30:20 41:9

minutes  14:8

missed  70:6

mistakes
 71:23

mode  12:2

modified
 33:10,12
 68:13

modifying
 68:16

Molly  33:4
 64:15

Monroe  29:17

moral  61:16

Morgan  23:8
 30:22

morning  4:14

Morrow  8:17

motion  12:22
 13:9,12

motions
 11:19

Mountain
 9:14

mouthful
 50:20

move  13:5
 18:1,13
 23:4
 31:10,24
 68:20

moved  29:21

42:4 54:17

**movement**
32:11 67:5

**moves** 27:13,
17 31:17
32:7 67:3

**moving** 28:16
29:11

**Moye** 80:23,
24 81:24,
25 82:3,6

**multi-faith**
62:23

**multiple**
13:13 18:9
35:17

**municipalities**
62:14

———————————
        **N**
———————————

**Nala** 54:7

**narrative**
32:15

**national**
80:8

**nearby** 29:7
32:10

**necessitates**
57:22

**negatively**
45:11

**neighbor**

80:9

**neighborhood**
42:1

**neighbors**
52:19

**Nelowitz**
24:13 27:6

**nervous**
78:19

**network**
61:11

**Newnan** 9:7

**news** 80:8

**Newton** 29:17
30:22,24
31:1

**Nia** 54:14

**nice** 80:14

**night** 65:8
68:5

**non-hispanic**
35:7

**nonpartisan**
50:24 51:6
63:2 70:10

**nonprofit**
70:11

**normal** 65:17

**normalization**
45:3

**north** 7:21
23:3,4

26:17,22
27:10,16
28:5,12,
20,25
29:11
30:2,12,23
31:14,16,
24 41:2,12
42:18
43:17
48:11
54:8,9,13,
14

**north-south**
29:15

**northeast**
26:18

**notes** 20:11

**noticing**
14:8

**number** 3:2,7
12:4 24:9
34:21,24
37:11

———————————
        **O**
———————————

**oath** 73:8

**obligation**
63:13

**observed**
15:12

**obtained**
14:21

**Octavia**

44:1,20

**offer** 54:22
73:1

**offering**
76:10

**office** 5:22
15:5,20
16:7,18
72:20

**officers**
11:24 12:8

**officials**
25:21
30:11

**officio** 12:8

**online** 71:13

**open** 14:6
20:15,20,
21 21:3,
12,18
63:8,13

**openness**
62:3 79:22

**opportunity**
5:12 26:1
28:8 47:5
50:15,16
51:5,21
52:11
54:10
55:15
57:4,20
62:25
63:21

64:18
75:24

opposed
13:14

opposing
65:3

oral 60:11

order 10:8,
12 11:11,
19 13:21
18:25
19:1,19
22:16
23:22
25:12
26:4,9
30:7 51:18
55:25 62:9
64:25 65:6
66:5,23
67:15
68:14,18,
22 69:5
79:25

ordered
11:12
19:13

orders 19:2
69:17

organization
62:24
64:20
70:11,16

organization's
59:11

oriented
41:17

originally
71:15

outcomes
59:14

overflow
2:22

overstated
55:19

P

packet 33:3

packets 35:8

pages 19:2

pair 24:12
27:6

paired 31:22

pairing 24:8
32:8 33:25
34:8,9
68:24 69:6

pairings
24:9

pairs 29:8

Park 8:17
9:14 24:15
32:9 47:24

part 7:17
8:1 9:1,5,
15 16:15
26:18

28:22
29:1,20
35:14 42:4
50:1 60:2
67:1
75:19,21,
23,25

participate
57:17

participates
78:1

participation
56:19
70:17
79:23

parties
51:10

partisan
24:23 65:2
66:7,15,25
67:16
71:19

partner
74:10

partners
71:1

partnership
65:14

parts 8:16
9:13,21
45:2

party 51:4,
11 65:4

party's

47:25

pass-fail
65:25

passed 4:15
48:7 63:19
80:5

passes 66:13

passion
82:18

past 10:20
15:12
70:22 71:2

pathways
70:12

pattern
31:15

Paulding
22:24
27:19
68:20

payment
14:22

Peach 28:16,
20

people 3:7,
25 43:7,19
45:19
53:18
55:19
63:19,23
77:21
79:21
80:13

People's
  46:21

percent
  20:17 21:4
  23:24
  35:10
  67:2,3

percentage
  58:19

peripheral
  80:2,16

perpetuate
  48:8

perpetuates
  56:3

person   77:22

personal
  75:22

Persons
  74:7,8

perspectives
  57:10 59:1

phone   2:7
  32:25

phones   12:1
  32:21

phonetic
  24:13

physical
  19:4

pick   76:13

Pieces   16:23

Pike   29:6

place   77:23

placement
  65:17

places   26:12
  60:9

plaintiff's
  20:13
  21:1,22
  39:7

plaintiffs
  25:11
  49:23

plan   15:14,
  15 17:14
  18:14,19,
  20,24
  19:18
  25:10,13
  26:2 32:19
  36:12 40:7
  43:8 48:7,
  16,25
  49:1,12
  83:3,4

planning
  2:16

plans   15:2,
  8,10,18,22
  16:1,5,14,
  17 17:9,17
  18:11
  25:17 39:6
  48:9

plead   73:6

pleased   2:13
  64:18

plenty   40:14

podium   40:21
  76:12

point   8:21
  38:22
  39:19
  59:23
  69:16

pointer
  19:23

points   59:17

policies
  61:19

policy   46:20
  57:11
  59:12
  80:25

political
  55:22
  56:7,19
  57:6,14
  59:3 60:7,
  17 61:24
  62:6
  71:17,18,
  20

politicians
  47:13 62:5

politics
  78:1

Pooler   48:22

population
  21:4 26:25
  27:10,15
  29:22
  30:15
  33:13,14
  34:21
  35:21,23,
  24 37:16,
  19 49:9,11
  58:1,7
  67:3

population's
  29:11

populations
  23:24
  43:13
  50:25

portal   3:5
  46:7 71:13
  72:4,5
  74:13

portion   8:6,
  8 27:15

portioned
  45:1

portions
  21:6 22:5
  28:20
  29:6,16

positioned
  45:6

posted   46:6

potentially
  26:11

GEORGIA HOUSE OF REPRESENTATIVES
Reapportionment and Redistricting on 11/29/2023

poverty  45:4

power  55:19,
  23  56:11
  62:7  70:21
  71:16,17
  78:12

practice
  55:20

practices
  57:6  63:2

pray  5:7

precinct
  21:8  41:5,
  19,20,22

precincts
  17:5  21:2,
  16  24:2
  25:5  28:17
  43:3

predominantly
  24:20

prepare
  15:21

prepared
  15:3
  16:17,22

presence  5:4

present  16:8
  18:18,19
  64:18  76:5
  83:2

presentation
  11:22  17:9
  40:16

59:19

presented
  12:4  17:11
  49:23  55:2
  72:18

presenting
  11:13

preserve
  24:7

pretty  14:5
  42:3

prevent
  56:23
  61:24

previous
  13:19  71:9

previously
  29:23
  31:5,7
  70:22

primarily
  4:11  6:3
  21:13,15
  29:14

primary
  23:21

prime  42:8

Prince  9:19,
  20,21
  34:19
  36:3,7,19

Princeton
  65:15

principal
  11:14

principle
  56:2

principles
  15:9  56:17
  58:12
  63:4,16

print  4:19
  65:8

printed
  36:16

prior  28:6
  30:13

prioritize
  62:20

priority
  65:3

Pro-tempore
  9:9,17

problem
  45:21

Proceed  52:9

proceedings
  69:20

process
  57:17,19
  58:24
  62:20
  63:1,9,14
  71:6,9
  81:8

processes

55:24
57:12

produce  35:4

produced
  15:18  16:5
  35:5

produces
  65:12

professional
  19:7

progressive
  61:12

Project
  65:15

promise
  76:14

promotes
  56:24

pronouns
  11:9

proper  78:12

proportioned
  44:25

proposal
  43:20

propose  11:3

proposed
  4:13,20
  6:13  18:23
  25:11
  33:2,9,11
  41:2,9
  46:25

47:15
48:3,6,25
49:12
59:21 60:4
66:8 67:19
68:8
69:10,14

protect
61:19 62:6

protected
61:23 62:4

proud  79:12,
16

provide  11:7

provided
17:22

providing
51:6

provision
11:10 12:3
13:24 16:2

provisions
14:7,9

public  3:4,8
4:11,23
6:3 12:20
13:22
14:1,7,9,
12,14,16,
22 15:6
17:18
18:16 40:6
46:7 47:6
50:16
57:11

61:10,11,
17 62:18
63:7 68:5
70:23
74:20
82:23

public-facing
74:17

pull  32:24
80:3

pulled  11:2

purely  66:7

push  23:3
37:8

pushed  30:2
37:18

pushes  28:24

put  6:1
14:24
16:10
19:11
23:17
25:14
41:8,24
43:10 72:4
80:11

Putnam  29:1

putting
39:12

puzzling
60:23

Q

quality
45:13

question
18:7 19:9
40:5

questions
34:17 40:8
43:21,22

quick  2:19
22:14
59:17 74:8

quickly
55:17

quorum  11:7

quote  75:9,
16

quotes  75:8

R

race  35:7,
15 36:2
61:13
73:14
77:22

races  35:17

racial  35:24
48:8 57:3
77:25

racist  55:3

raise  68:10

raised  72:10

rambling
78:18

rampant  45:5

ran  31:7,14
73:9

randomly
65:18

rate  19:7

Ray  51:24

reach  21:10
53:1

reaching
53:20

read  55:16

ready  44:6,
10 50:12
52:10

real  25:14
51:5 74:8

reapportionmen
t  2:12,14
13:19
14:15
15:5,19
16:18 62:1

reason  50:1

reasonable
14:19

reassess
67:18

recall  18:24

81:4

receive    45:8
    46:5

recent    24:2

recently
    54:16
    77:18

recessing
    11:10

recognize
    13:4

recognized
    12:6

reconsidered
    17:21

record    16:15
    70:24 71:3

Recording
    2:1 83:9

records
    14:21
    16:2,16

rectify    57:4

redistrict
    78:16

redistricting
    2:12,15
    10:14
    14:10
    15:11
    23:23
    40:25
    55:21,24

56:6,16
57:2,8,19
58:13,24
62:19
63:9,14
64:21,22
65:4 70:9
71:7,9
75:15
77:10 81:8

redraw    10:9
    71:15
    81:14

redrawing
    68:25

redrawn
    71:18

Reeves    7:10

Reeves'
    42:15

reference
    43:1,12

referred
    39:9

refers    58:18

reflect
    56:15 61:1

reflection
    65:19

reflects
    62:21

reform    64:22

region    58:18

69:19

registering
    15:23

registration
    25:22

rejected
    50:1

related    15:2

relating
    16:2

released
    68:5

religion
    61:13

remain    16:3

remainder
    3:11

remaining
    28:3,17
    30:2,15
    32:10

remedial
    15:14
    18:24

remedies
    60:3,6,22
    61:1 69:5,
    12

remedy    68:11

remember
    53:2 72:19
    73:7
    75:10,15

remove    37:16

renamed
    27:21

report    16:7
    35:24

reports    35:4

represent
    7:4,7,21,
    24,25 8:4,
    11,16,25
    9:4,12,21
    55:4 62:15
    63:22 78:4

representable.
org    71:11

representation
    24:22
    55:22 56:3
    57:15,21
    58:12 59:2
    62:21
    69:15
    71:21 72:1
    79:22

representative
    5:2,16
    8:3,24 9:3
    13:4 17:25
    22:9
    24:12,14,
    15,18 29:2
    30:4,16
    31:21 32:9
    38:17
    42:23
    47:24 48:2

50:24
51:13
73:10

**representatives** 27:6 29:8
46:8 53:5
56:14
69:22 76:4
82:9,11

**represented**
45:7 71:7
77:19
81:21

**representing**
78:10

**represents**
30:17
57:20

**reproduction**
14:23

**republican**
41:21,22
42:3 66:17

**republicans**
47:21

**request** 5:21
11:15
15:25 27:2

**requested**
38:14

**requests**
30:4

**require**
12:4,12

**required**
25:23 39:6
65:5

**requirements**
17:2,6
22:16

**requires**
10:9
36:13,14

**reserved** 4:6
6:4

**reshaped**
37:15

**resident**
44:20
52:13
79:13,17

**residents**
57:22
58:9,20
59:1

**resolution**
11:21

**respect** 4:7,
13 15:8
39:12

**respected**
56:20

**respectfully**
45:24

**respective**
57:10

**respectives**
58:25

**responding**
13:20

**response**
49:22

**rest** 28:25
42:2

**resubmit**
71:10

**result** 28:4
37:8 59:18

**resulting**
63:16

**results** 32:8

**retained**
26:2

**retrieval**
14:19

**return** 5:3

**returning**
5:18,19

**REV** 61:6,9

**Revels** 61:4

**Reverand**
63:24

**Reverend**
61:4,5,9

**revert** 26:6

**reverter**
26:5

**review** 16:10
33:20
65:10

68:6,10
81:19

**revisions**
59:25

**Ria** 52:1,12
54:16

**Richard** 8:24

**Richmond**
9:21

**rights** 36:14
61:20 63:9
71:24
81:17

**ripple** 22:22
25:13
31:11

**Rob** 2:11
7:15

**Rockdale**
23:8 31:3,
8

**room** 2:22
6:4 27:18
29:18
31:19
46:18
74:12
82:22

**Roswell** 9:14
42:13

**row** 4:6

**rule** 4:8
12:10

rules  6:13
  10:13,15,
  19,21
  11:4,6
  12:15,16,
  17 13:6,16
  14:17
  15:17
  17:23

ruling  39:9,
  20 59:18,
  22 60:2,
  13,19 81:9

run  7:14
  21:21
  60:19
  72:20

running  2:5
  40:9 45:5
  73:11

runs  21:25
  43:18

rural  28:18
  58:6,9
  70:14,15
  71:4
  72:13,15
  73:4

—————

s

sacred  61:20
  63:11

safeguarding
  63:5

safeguards
  63:14

Sage  61:9

Sam  47:24

Sandra  8:14

Savannah
  48:20,22

school
  52:21,22,
  23,24
  53:16,19,
  20

schools
  53:12

science
  52:25

score  65:13
  66:15
  67:16

scorecard
  65:7

Scott  8:13,
  14,20
  36:22,23
  37:5,9,12,
  22 38:2,7,
  16 42:14

screen  23:17

search  14:19
  73:21

seat  2:4
  4:8 20:15,
  20 21:3,

12,14,18
  31:20 43:5
  73:19
  76:14

seats  20:16,
  21 24:11
  25:2 30:1

seeks  10:11

select  35:19

senate  14:18
  48:3 81:11

Senate's
  51:17

Senator  48:4

sending  46:7

senior  80:24

sentiments
  81:2

servants
  63:7

serve  64:16
  72:20 73:8

served  72:21

services
  16:3

session  6:20
  10:24
  11:25
  13:20
  63:12
  64:24
  65:24
  70:19

71:14

set  2:25
  16:1 17:2
  36:8,12
  45:7 51:5,
  7,10,14

setup  31:6

sexuality
  61:13

shape  24:6
  31:17

shapes  32:2

shaping
  57:11

share  41:1
  59:17

shared  62:23

Sharpsburg
  9:7

sheet  3:21
  67:23

shift  27:9
  30:11
  31:16

shifts  26:22
  27:11,12,
  14 28:14
  30:3,23
  31:19
  56:22

short  60:21

show  3:13
  19:1

shown  4:16
  33:16

shows  18:22

side  30:17
  69:11
  81:12

sides  74:16

sign  69:24,
  25 70:2,6

sign-up  3:21
  67:23

signed  3:3
  40:14

significant
  55:21
  58:20

significantly
  25:18
  29:13

signify  18:8

silence  2:7
  75:11,13

silenced  2:8

silent  12:2

similar  22:1
  30:13

simple  60:1

simply  38:13

single  24:1

single-  36:1

single-race
  35:6,10

sir  43:25
  49:5 75:5
  76:2 78:24
  81:24

sit  76:11

skepticism
  60:21

slack  77:9

slavery  45:5

slightly
  27:11

slow  76:22

slowly  41:13

small  62:13
  73:4

Smith  8:24,
  25 9:2,4

social  57:3

soft  44:17

solely  57:23
  64:20
  71:18

soliloquy
  33:23

sophisticated
  65:16

sort  6:8,
  15,25
  12:20
  13:23
  14:20
  15:10
  19:2,20

22:15,22
  23:5 25:2,
  19 32:15
  41:2

soul  73:21

south  7:22
  19:16
  20:7,24
  23:2
  27:11,12,
  14 30:12,
  23 31:15,
  18 34:10
  37:17 43:3
  52:21
  60:15
  79:19

Southeast
  9:15 48:19

southern
  28:22
  29:20
  58:18

Southwest
  8:1 49:5,
  6,25

space  2:24

speak  3:25
  6:6 12:6
  43:20
  50:15
  51:21
  52:11
  57:18
  62:24
  69:25

72:16 82:9

special
  11:25
  13:20
  63:12
  70:19
  71:14

specific
  17:16
  39:21

specifically
  12:17
  52:25
  70:14

specifics
  51:1

spell  78:21

split  22:7,
  10,11,12
  23:25 24:1
  29:4 42:6
  49:1 52:15

splits  21:8
  22:3 41:4,
  5 42:25

spoke  81:3

spoken  54:7
  74:12

sponsor
  11:14

sponsored
  17:10

Sponsors
  12:12

sprinkler
  19:22

square   61:17

staff   15:20
  16:2,10

stake   77:23

stamina   19:3

stand   54:25

standard
  12:10,18
  15:9 35:4,
  8,9

standing
  79:10

start   6:24
  25:4
  38:23,24
  39:15,22
  80:1

started   2:4
  5:1 39:21,
  24

starting
  32:6 38:22
  39:19
  59:23

state   4:18
  5:10 11:20
  19:14
  22:13 46:8
  50:21,25
  51:7 53:6
  55:7 59:20
  61:22

62:10,22
63:21
66:18
69:15
73:9,23
75:5
76:19,25
81:6,15

state's   59:3
  67:3

States   55:20
  58:19

statewide
  17:16

statistical
  33:18
  34:24

statistics
  33:16

stay   26:11

stays   26:14,
  16 28:5
  30:25

step   57:13

Stewart   75:7

stick   8:22

Stoner   24:12
  27:7

street   52:18

strength
  56:1

stress   79:20

stretching
  31:4

stripes
  31:14

struck   77:18

student   53:6
  54:21

students
  50:21
  52:23
  53:8,13,
  23,24

study   52:25

stuff   32:14
  47:7

subcommittees
  11:23 12:9

subject   10:8
  14:18
  15:25

submission
  17:1 18:13

submit   5:21
  17:5 70:23
  71:12

submitted
  6:13
  16:14,18
  17:14
  20:14
  32:19 39:7
  71:8

subsequent
  3:13 62:9

substitutes
  12:14

suburban
  58:9 68:19

suburbs   7:9

succinctness
  82:18

Sue   7:21

Sugar   7:11
  42:17

suggested
  60:5,25

suggests
  68:12

summary
  22:15

summer   81:7

support
  50:23 51:2

supported
  49:10

suppose
  24:10

suppress
  56:7

suppressed
  45:14 57:6

surgical
  67:13

surprised
  47:17

surprising

47:8

Suwanee   7:11
  42:17

swaths   62:13

swing   41:20

Syrah   31:22

systemic
  56:3

————————
        T
————————

T-R-A-N
  78:22

table   59:13

takes   26:17
  29:1,6
  30:15
  58:24

taking   27:14
  56:21
  80:12

talk   2:20
  4:2 10:10,
  12 11:4
  38:21
  77:12,14
  79:14

talked   13:25
  28:1

talking
  12:21 38:3

tardiness
  77:1

target   67:7,
  10 68:21
  69:4,10

targeting
  47:25

taxpayer
  80:12

Taylor   7:23

team   10:2,3

technically
  16:21

ten   40:14
  53:22

tend   6:8
  28:4 51:19

tended   23:3

tens   61:12

terms   33:15

territory
  32:11

test   62:11
  66:1,3,13
  67:1

testify   12:6
  50:22 72:8
  77:10 82:8

testimony
  44:1 46:6,
  8,12 60:12
  76:5 79:4
  82:6

that'll   4:3

thing   14:20
  73:3,22
  74:11

things   2:22
  6:7 23:3
  33:25
  39:20
  47:16
  68:10
  72:18
  80:14

Thomas   7:25

Thomasville
  7:25

thoroughness
  19:10

thought   24:3
  52:5 81:13
  82:2

thoughts
  65:11

thousands
  61:12

ties   60:7

tight   16:20

time   2:18
  4:4 5:8
  6:24 16:20
  35:5
  40:15,18
  47:15
  51:20
  60:21 65:9
  68:6 72:2

75:18,20,
  22,25

timeline
  13:22

Title   52:22

today   2:17
  3:4,10
  4:11 5:5,
  18 6:19
  18:15 33:3
  44:10
  46:11,15
  49:15
  54:10
  61:21
  64:19
  70:18
  71:14
  72:17,18
  73:6,15,22
  75:1 80:1
  81:3,12
  82:17

tomorrow
  18:18,20
  49:16,18
  50:10
  74:25 75:4
  82:22 83:5

tone   51:5,
  7,11,14

Toomsboro
  72:13

top   7:19
  19:7 38:23

**GEORGIA HOUSE OF REPRESENTATIVES**
**Reapportionment and Redistricting on 11/29/2023   Index: totally..violence**

totally   29:5
   36:20

touch   25:15,
   16

touching
   26:24

town   69:12
   72:12 73:4

towns   62:13

track   39:10

tracking
   39:5

traditional
   15:11
   23:23

Tran   76:17,
   24 77:8
   78:22,24
   79:2,5,8

transparency
   56:21
   70:19

Transparent
   63:2

traveled
   81:6

true   63:20

trust   55:1

turn   12:2
   31:24
   75:18,20,
   23,25

two-part
   65:25

two-year
   6:20

type   33:15

types   38:13

typically
   35:4 36:17
   37:14

—————————

**U**

—————————

ultimately
   71:16

um-hum   3:23
   13:2 34:13

unable   55:1

unavoidable
   24:10

unchanged
   48:16

unclear
   68:14

undeniably
   57:25
   62:11

undermines
   56:2

understand
   6:16 43:7,
   9 68:7
   82:25

unfair   55:3

56:6

unfairly
   77:19

unique   58:3

united   48:23
   55:20
   58:18

University
   53:7
   76:19,25

UNKNOWN   76:8

unnecessary
   65:1 66:6,
   22

unrelated
   62:13 65:1

unsuccessful
   26:12

untouched
   31:23

update   25:22

upheld   26:6

uphold   58:11
   78:2

upholding
   56:17 63:3

upholds
   63:9,15

uprooting
   66:15 67:8

Upson   28:20

urban   58:5,8

80:25 82:3

urge   63:7
   78:15 80:3

urging   45:24

usual   15:9

utilizes
   21:15

—————————

**V**

—————————

valued   57:15

values   59:10
   62:23

Vance   22:9
   24:18

verge   48:12

verified
   16:21

version
   20:13
   21:13,22

viability
   45:12

Vice   42:19

victory
   60:14

Video   2:1
   83:9

violate
   78:17

violence
   61:24,25

voice  3:23
  12:25
  13:2,7
  14:3 18:4
  19:24 20:2
  23:10
  32:20
  33:6,9
  34:6
  44:14,16
  49:4 60:1
  63:1
  75:10,12
  76:8 78:3
voices  13:13
  18:9 54:24
  56:12,25
  58:15
  62:20
  78:12
vote  13:11
  49:13
  53:2,21,25
voter  25:22
  54:19,21
voters  30:17
  45:12
  47:12
  48:12 49:3
  54:3,23
  55:1,5,6
  56:24 57:8
  67:5,17
  69:15 74:9
  77:20
votes  57:1

78:6 83:5
voting
  35:22,24
  36:14
  53:21
  56:1,11
  59:14
  70:21
  71:16,24
  81:17

_____

W

wages  45:19
wait  18:18
waived  16:4
walk  10:25
walked  82:14
Walton  23:8
  30:23 31:9
wanted  34:15
  73:8 77:9
  78:15
  79:14,20
  82:8
Washburn
  29:3
Washington
  8:6
wave  32:6
wealth  45:15
website  3:6,
  9 32:21,23
  47:5

week  10:18
  54:1
well-  82:19
Wench  52:3,6
west  19:15,
  19 22:19
  29:14 31:4
  38:23
  42:17
whichever
  76:13
Whip  8:15,
  20 32:9
  36:22
Whip's  8:22
White  27:4
Whitesburg
  9:6
who've  25:21
wholly  20:24
  26:16 28:5
  30:25 31:2
widespread
  48:7
Wilkerson
  72:12
Wilkes  7:18
wisdom  5:9
withdrawing
  56:9
witnesses
  12:5

Women  74:9
wonderful
  23:19
word  72:24
work  15:23
  19:11 20:1
  25:20,23
  27:8 44:5
  59:16
working
  59:12
world  53:9
worry  77:6
Wright
  23:13,15
  33:24
  34:3,7,13,
  16 35:2
  36:15,20
  37:3,6,10,
  13,25
  38:6,8
  39:1
Wright's
  25:7
writing
  11:16
  79:23
wrongs  79:24
Wunch  52:1,
  2,3,4,8,
  11,12

## Y

**y'all**  46:17
  51:19
  74:13 75:1

**y'all's**
  51:20

**year**  54:19

**years**  10:20
  53:22
  54:22
  63:18 71:2
  72:11 81:4

**yield**  67:14

**young**  45:12
  53:18,23,
  24 54:23
  55:4,5,6

**youth**  50:19
  54:15
  77:11,19
  78:8

## Z

**ZIP**  61:14

**Zone**  6:24