# EXHIBIT E

1

2

3

4

5

6

7

8

9

10          REAPPORTIONMENT AND REDISTRICTING

11          GEORGIA HOUSE OF REPRESENTATIVES

12                  November 30, 2023

13    Video Runtime:  2:37:28

14

15

16

17

18

19

20

21

22

23

24

25

1       (Beginning of Video Recording.)

2       CHAIRMAN LEVERETT:  Good afternoon,

3   everybody.  Good to have you all here.  My

4   name is Rob Leverett.  I'm chairman of the

5   House Redistricting and Reapportionment

6   Committee.  And this is our meeting number two

7   on legislative day two of the special session.

8   Appreciate everyone being here.

9       I've got a couple of announcements I'll

10  make, but first thing I would like to do and,

11  Representative Gilliard, I was going to give

12  an equal time to the preachers right here.  I

13  was going to ask you if you would open us with

14  a word of prayer.

15      MR. GILLIARD:  Thank you, Mr. Chairman.

16  Lord, we thank you for allowing us to be here

17  in your presence today as leaders.  We ask for

18  your guidance in making the right decisions.

19  We know that this will benefit the people of

20  Georgia.  And we serve your people.  So today,

21  Lord, let us come together for the benefit of

22  those that we serve.  In Jesus' name we pray.

23  Amen.

24      CHAIRMAN LEVERETT:  Amen.  Thank you,

25  Representative.  I appreciate that.  Well,

1  good afternoon, everybody.  I just have a few

2  announcements before we get started.  We're

3  here to hear about another map and then get

4  some public comment and hopefully try to take

5  some action.

6         There is an overflow room available in

7  515 CLOB.  It doesn't like we would need it,

8  but if someone -- if we -- if the room

9  continues to fill and someone walks in, be

10  sure to tell them if they can't get a seat in

11  here, 515 CLOB is the overflow.

12         There is a signup sheet if you wish to

13  give public comment or speak, and it's up at

14  the front table here.  So if you do want to

15  speak, we would ask you to just come up and

16  sign up so we'll know kind of how many people

17  we're going to have to talk, and we can

18  allocate the time accordingly.

19         Our next meeting is going to be

20  tomorrow at 1:00 p.m. or upon adjournment, it

21  will be in the same room.  I want to remind

22  everybody about the public comment portal on

23  the General Assembly website that's

24  legis.ga.gov.  And you can go on there and

25  submit comment if you are not able to submit

1  the comment here today or at another meeting.

2      And proposed maps are available on the

3  Reapportionment Offices page on the General

4  Assembly website, and they're under the

5  proposed plans tab.  We've got some copies of

6  the maps here, although I don't know that

7  we've got enough for everybody.  So if you

8  have a laptop, you may want to try to access

9  them.  There are two maps currently that have

10  been prepared by the reapportionment office.

11      The one that we presented yesterday is

12  the House committee chair map.  And that's the

13  client name is H123.  And it's the plan is

14  House-2023.  That's up in the corner.  So if

15  you're looking at one of the plans that's how

16  you can identify it.  And we're going to

17  receive presentation of another map that's

18  from the Democratic Caucus.  And it's client

19  number is H143.

20      And the plan is GHDC House plan 2023.

21  GHDC, I'm guessing being the abbreviation for

22  House Democratic Caucus.  So those are the two

23  maps we have.   In front of each member,

24  you've got a packet with the meeting notice.

25  The Democratic caucus map packet with

1   population breakdowns and that sort of thing,

2   the map that I presented yesterday, and a copy

3   of HB1EX, which is the bill that would propose

4   to enact the map we presented yesterday.

5        And there are also some public comments

6   that are from the portal since yesterday.  So

7   you can kind of keep up with that.  Now,

8   yesterday we went around and introduced the

9   members of the committee, and I think at the

10   early in the meeting, we didn't have two of

11   the members with us, unfortunately, but they

12   are here today.

13        And so I would like to for them to just

14   introduce themselves to the to the room.

15   Representative Gilliard, if you would just

16   tell us who you are and where you're from and

17   where your district is.

18        MR. GILLIARD:  Thank you, Mr. Chairman.

19   I am the gentleman from 162 representing

20   Savannah, Georgia, the great sea coast, and

21   glad to be here serving on this committee.

22        CHAIRMAN LEVERETT:  We're glad to have

23   you.  And also, it was just like the data to

24   tour the coast, I guess.  We have

25   Representative DeLoach, if you'll just

1  introduce yourself and tell where you're from.

2       MR. DELOACH:  I'm Buddy DeLoach.  I

3  represent Georgia House District 167, which is

4  all of McIntosh and Long County, part of

5  Wayne, part of Glenn, and part of Liberty, the

6  beautiful Georgia Coast and the home of the

7  third Infantry Division, rock of the Marne.

8       CHAIRMAN LEVERETT:  And thank you,

9  Representative DeLoach.  Contrary to public

10  belief, Representative DeLoach did not sing

11  bass for the Oak Ridge Boys.  All right.

12  Thank you all very much.  We're glad to have

13  you all on this committee.

14       So I think our first order of business

15  today is to hear from the minority leader and

16  his witness and the presentation of their

17  plan.  So I'll turn it over to you, sir.  Glad

18  to have you with us today.

19       MR. BEVERLY:  Thank you, Mr. Chairman,

20  and good.  Good afternoon, Committee.  Mr.

21  Chairman, just by way of orientation, do you

22  want us to present from here or how do we move

23  around?

24       CHAIRMAN LEVERETT:  As you wish.

25       MR. BEVERLY:  Okay.  Thank you very

1  much.  Today is a -- is a solemn day in the

2  State of Georgia.  And it's solemn, because a

3  couple of years ago, when we had an

4  opportunity to choose to draw a map that was

5  reflective of Georgia, this House failed to do

6  that.  Georgia has changed over the last ten

7  years, and it's still changing.

8       A million people moved into Georgia

9  from -- a million plus people moved into

10  Georgia over the last census.  Over 95 percent

11  of those folk were people of color.  And as we

12  think about the ever-changing landscape of

13  Georgia, we realize that the state has

14  changed, and it's making us better.

15       The reality is, is that the map that

16  was drawn a couple of years ago does not

17  reflect that change.  And so the judge in the

18  judge's wisdom decided to say to us, we're

19  going to give you another shot at it, another

20  chance.  Make it right.  In the judge's

21  wisdom, the judge was very clear.

22       You have five seats that Black folk in

23  the State of Georgia should be able to choose

24  a representative of their choice.  Five.

25  Because a judge in his order believed that

1  that was just and equal.

2      And so we find ourselves here today to

3  carry out that order.  As many as you know, we

4  are a deliberative body.  And so -- and I know

5  that reasonable minds is all the attorneys

6  will say.  And I'm not an attorney.  Praise

7  the Lord.

8      CHAIRMAN LEVERETT:  Source of great

9  pride and comfort to me --

10     MR. BEVERLY:  It's fine.  Y'all have

11  your place.  But I'm deeply grateful that we

12  have a deliberative body and that reasonable

13  minds can disagree.  But this is not a

14  situation where reasonable minds can disagree.

15  The judge has an order, and we need to fulfill

16  that order, because in trying to save one,

17  you're going to put the jeopardy of the whole

18  House, you're going to put the whole House in

19  jeopardy, and we're going to have to make

20  those decisions.

21     So what we did as a Georgia House

22  Democratic caucus, collectively, is came up

23  with a map that we believe, that we're sure

24  does not violate Section 2 of the Voting

25  Rights Act.  It does not.  And we think that

1  the map that the Republicans, all due respect,

2  presented will violate at least a couple of

3  sections, at least two places of the Voting

4  Rights Act, which will then put us in

5  jeopardy, the whole House in jeopardy, that a

6  special master may have to draw a map.

7        And so as we go through this process,

8  I'm going to have Brian Sales, who is our

9  attorney to -- and our demographer, to talk

10  about our map, how it complies with the

11  judge's order, how it doesn't violate Section

12  2.  And then we're going to talk about the

13  Republican map and how it does.

14        And then I hope we have public

15  commentary, and I know we will.  And so I

16  would ask this body today is that and just by

17  way of orientation, because I don't like

18  burying the headline, I want to offer a

19  substitute to your map today.  But I also want

20  you all to consider if you don't allow us to

21  substitute the best map, our map, the right

22  map, that you stay open to an amendment

23  because I suspect tomorrow, we'll have to

24  vote.

25        And so as we're trying to figure out

1  how to structure the map, if your map comes

2  out today, how we structure that, let's keep

3  it open for some amendments, because I think

4  what we're going to present is going to have

5  you all think twice about the map that you

6  guys are going to push forward.  Okay?  All

7  right.  Without further ado, I'll give you to

8  Brian Sales.

9       CHAIRMAN LEVERETT:  Thank you, Mr.

10  Leader.  Mr. Sales, if you'll take the

11  microphone, just introduce yourself, and then

12  we'll be glad to hear from you.  And glad to

13  have us.  Glad.  Glad to have you with us here

14  today.

15       MR. SALES:  Thank you, Mr. Chairman.

16  My name is Brian Sales.  I'm an attorney who

17  specializes in voting rights.

18       CHAIRMAN LEVERETT:  Likewise, a source

19  of great disappointment and sadness for you,

20  but my mom shared the same burdens.

21       MR. SALES:  So my specialty is voting

22  rights and election law.  And I've been before

23  this committee before in 2021.  And I'm

24  pleased today to talk about the Democratic

25  proposal.  The Democratic proposal starts from

1   the premise of complying with the very letter

2   of Judge Jones's 516-page order.

3        Now, with respect to the House of

4   Representatives, that order finds that five

5   majority Black districts need to be created

6   for that were drawn by the expert for one set

7   of plaintiffs, Dr. Esselstyn, and one district

8   that was drawn by the other set of plaintiffs,

9   Mr. Bill Cooper.

10        And the Democratic proposal begins

11   literally by copying and pasting Esselstyn's

12   four districts and the ripple effects from

13   those four districts into the 2021 map.  Dr.

14   Esselstyn drew his map in such a way that the

15   ripple effects were contained to a small

16   number of districts surrounding the new

17   districts that he created.

18        So it was possible, therefore,

19   literally, to copy and paste those districts

20   into a new map.  Now, Mr. Cooper's drawing,

21   once those four districts were copied and

22   pasted, Mr. Cooper's map couldn't be copied

23   and pasted, but it could be more or less drawn

24   in exactly the area where he drew it and where

25   Judge Jones said that such a district needed

1  to be drawn.

2        Once those districts were into the 2021

3  map, the next step in the Democratic proposal

4  was to look at its effect on incumbencies on

5  the members.  And the plaintiffs' experts, Mr.

6  Cooper and Dr. Esselstyn, drew their districts

7  without regard to its impact on incumbents.

8  That wasn't their job.  But it, in my view, is

9  a legitimate factor for this body to consider.

10  And that's what the Democratic proposal does.

11        Dr. Esselstyn's districts paired a

12  number of Republican incumbents with

13  Democratic incumbents in these new majority

14  Black districts, and the Democratic proposal

15  seeks to undo those pairings.  For example, in

16  the Macon-Bibb area, in the Milledgeville

17  area, Republican incumbents were carved out of

18  majority Black new Democratic leaning

19  districts and put into Republican leaning

20  districts nearby so that they would have every

21  opportunity to come back.

22        The Democratic proposal pairs a number

23  of Republican incumbents for that reason, so

24  rather than keeping them in a Democratic

25  leaning district that's required to be drawn,

1  a number of them were drawn out so that

2  they -- they would have an opportunity to win

3  in a Republican leaning district, rather than

4  being forced to run in a Democratic leaning

5  district that Judge Jones said needed to be

6  drawn.

7        So that explains why there are a number

8  of Republican pairings.  Those can be altered,

9  I think, if the Committee so chooses to make

10  different political decisions on those.  But

11  that's why those districts exist as they are.

12        The Democratic proposal makes no

13  further changes to the 2021 map, other than

14  the ones that are necessary to remedy the

15  violation that Judge Jones found.

16        In total, the plan alters 23 districts.

17  That's the five that are created, plus the

18  small number of ripple effects from that.  And

19  it leaves most of the rest of the districts, I

20  guess that's about 160 districts, 157

21  districts unchanged.  That was the premise

22  that that we operated under that those were

23  the instructions we believe from Judge Jones.

24  And that's what the Democratic map does.

25        CHAIRMAN LEVERETT:  Thank you.  Leader

1  Beverly.

2       MR. BEVERLY:  Thank you, Mr. Chairman.

3  What I'd like for Brian to do is to -- and

4  it's up to you, Mr. Chairman, but to go

5  through exactly what we did, the districts,

6  how we drew them, so that everyone can have a

7  real idea about how we try to preserve and

8  uphold what Judge Jones says.  And I think

9  it'd be instructive if he sort of talked about

10  how he drew the map.  And you all could see

11  for yourself.

12       CHAIRMAN LEVERETT:  That'd be perfectly

13  fine.

14       FEMALE VOICE:  Do you want to bring the

15  mic?

16       MR. BEVERLY:  Yeah.  That'd be -- how

17  do you want to do?  Mr. chairman.

18       CHAIRMAN LEVERETT:  I think the only

19  restriction we have because I had to deal with

20  this yesterday, is you got to stay near the

21  mic.  So however you would like to do it given

22  that limitation.  Yeah.  You can go to the

23  podium if you prefer.  All right.  Well, we

24  need to see it.  So I wonder if you could turn

25  it around and we could get a camera on it so

1   it at least would show up on some of the

2   screens.

3        MR. SALES:  Can you hear me now?

4        CHAIRMAN LEVERETT:  No.  Because we

5   didn't cut your mic on.  Sorry.  Should be

6   there now.

7        MR. SALES:  It's on now.  Okay.  I'll

8   start by discussing the Macon-Bibb area, which

9   Judge Jones found needed to add two majority

10  Black districts.  In this map they're labeled

11  145 and 149.  There were two existing majority

12  Black districts in the area, Districts 142 and

13  143.

14        And when I copied the districts that

15  were drawn by the plaintiffs' expert and

16  approved by Judge Jones, the ripple effect

17  affected the boundaries of 142 and 143, and a

18  few of the other districts surrounding the

19  Macon-Bibb area to paste into the 2021 map.

20        Now, this map does not change the

21  boundaries of 145 at all from the boundaries

22  that Judge Jones approved.  That's the

23  district that proceeds from the center of

24  Macon down into Houston County.  The other new

25  district, 149, extends from Macon-Bibb to the

1  west and up into Milledgeville.

2      And this map differs from the map

3  approved by Judge Jones only in a few blocks

4  in Milledgeville, which were swapped in order

5  to place a Republican incumbent in District

6  133 instead of 149.  And 133 in this map is a

7  Republican leaning district.

8      In the map that was approved by Judge

9  Jones, District 142 included another

10  Republican incumbent.  I believe it's

11  Representative Washburn whose residence is on

12  the northern end of Bibb County.  And so the

13  Democratic proposal draws him into District

14  135, which is a Republican leaning district

15  and out of 142, which is, again, a majority

16  Black and heavily Republican district, that

17  was approved by Judge Jones, but without

18  regard to its impact on incumbency.

19      And so you can see on this map, that's

20  why there's a little finger of green into the

21  north part of Bibb County that is there to

22  capture that representative's residence.  And

23  those are really the only changes that this

24  proposal makes in the Bibb County area from

25  the map that Judge Jones approved.

1      So I want to emphasize again that the

2   plan makes absolutely no changes to 145 from

3   the district that Judge Jones approved.

4   That's one of the new districts.  And almost

5   all of the boundaries of 143 were the same.

6   I'm not sure there were any changes at all to

7   143 either in this map.  If there were, it was

8   to even out the population with 149.

9      But this configuration in Macon-Bibb is

10   faithful to what Judge Jones found.  And I

11   believe there's virtually zero risk that he

12   would look at this configuration and determine

13   that it's unlawful.  So I'm going to move now

14   to the metro Atlanta area, which is where the

15   other three districts are.

16      One of the districts that Judge Jones

17   approved was in the southeast metro area in

18   the Henry County area, and it was designated

19   as District 117.  In coming up with this

20   proposal again, we copied and pasted Dr.

21   Esselstyn's District 117, which had a ripple

22   effect on a number of the nearby districts

23   including 115, 116, and I believe 118.

24      But the ripple effect was fairly well

25   contained.  117 kind of in that orange color

1  is the new majority Black district that Judge

2  Jones approved.  And the boundaries of that

3  district are exactly as he approved.  I made

4  no changes to those.  But the ripple effect

5  from the way that the plaintiffs' expert drew

6  that map paired two Democratic incumbents in

7  districts 115 and 116.  That was easily fixed

8  by swapping just a couple of census blocks.

9         And there were no other changes to that

10  configuration from the map that Judge Jones

11  approved.  And so we believe that this

12  configuration carries with it a very low risk

13  that he would reject this map and find that

14  it's unlawful.

15         The last district that was drawn by Dr.

16  Esselstyn was in the West Metro area in the

17  Douglas and Cobb County region, and again, Dr.

18  Esselstyn drew his map in such a way that it

19  was possible to copy and paste his districts

20  into the 2021 map enacted by this body.  And

21  so that's -- that was the starting point for

22  the West Metro district.  (Inaudible) in this

23  area are the new ones that Dr. Esselstyn drew.

24         The ripple effect from this district,

25  however, encompassed pretty much all of

1  Douglas County and South Cobb County.  It was

2  limited to those districts.  We could still

3  copy and paste, but it affected a slightly

4  larger number of districts.  But again, the --

5  there were no changes made to this area of the

6  map at all from what Judge Jones approved and

7  said needed to be drawn.

8        It was simply copying and pasting.

9  There -- in the map that Judge Jones approved

10  that left one Republican in a Democratic

11  leaning district, and that that person remains

12  in that district, but could be drawn into a

13  more Republican leaning district to the West.

14  I think that's the yellow district.

15        And I apologize, but I can't remember

16  the name of the representative in that area.

17  That's not a pairing, however, because there's

18  no Democratic incumbent in that new seat.  So

19  that's four of the five districts that Judge

20  Jones said needed to be drawn.  Those are the

21  four districts that were drawn by Dr.

22  Esselstyn, and the last one was a district in

23  the south West metro area that was drawn by

24  Mr. Bill Cooper.  That's on this map District

25  74.

1       District 74 in the -- in the pretty far

2    south metro area.  That -- that's the area

3    where -- those are not the precise boundaries

4    that that Mr. Cooper drew, but his boundaries

5    were really incompatible with the rest of the

6    map.  And so this -- the boundaries here are

7    slightly different, but they cover much of the

8    same ground that Mr. Cooper placed his new

9    district in and that Judge Jones found were

10   required by the Voting Rights Act.

11      This district is about a 48 percent

12   Black district.  It's a Black plurality

13   district, and it's a performing district that

14   gives Black voters an opportunity to elect

15   candidates of their choice.  And so I believe

16   that it also would satisfy Judge Jones's order

17   in that area.

18      And those are the five districts that

19   the Democratic proposal creates.  The impact

20   of those districts is fairly small.  Let me

21   say one other thing about District 74.  There

22   are two Republican incumbents who live close

23   to each other at the southern end of that new

24   District 74.

25      And the Democratic proposal keeps both

1  of them out of the new Democratic leaning

2  district and puts both of them in District

3  134, which is a Republican leaning district,

4  so that each of them would have an opportunity

5  to run and to win in a Democrat -- in a

6  Republican leaning district.

7      That pairing can be undone by putting

8  one or both of those incumbents in District

9  74.  But then they'd be running in a -- in a

10  Democratic district.  I think that's all I

11  have to say about the proposal.  And I welcome

12  questions from the committee.

13      CHAIRMAN LEVERETT:  Thank you, sir.  We

14  appreciate that.  I know that was a little

15  difficult to do with the limitations we have

16  on the microphones here, but thank you very

17  much.  So do -- you ready for questions or do

18  you have anything else?

19      MR. BEVERLY:  Yeah.  We're ready for

20  questions.  And then if you want however you

21  want to go, Mr. Chairman, we can do a

22  comparison with your map with the Republican

23  proposal.

24      CHAIRMAN LEVERETT:  Do you want to do

25  that first?

1       MR. BEVERLY:  It's up to the discretion

2   of the Chair.

3       CHAIRMAN LEVERETT:  Why don't you go

4   ahead and do that?  And then we'll -- then

5   we'll do some questions for you.

6       MR. BEVERLY:  Yes.  So we'll go ahead

7   and start with --

8       MR. SALES:  This might be a little

9   easier.  A little awkward for me.

10       CHAIRMAN LEVERETT:  We're going to find

11   out what kind of core strength you have today.

12       MR. SALES:  So let me preface my

13   comments on this map by saying that like

14   everyone else in the public, we've only had

15   about 36 hours to analyze this map.  And the

16   bottom line of our analysis of this map is

17   that it does not comply with Section 2 of the

18   Voting Rights Act for one simple reason.

19       While it nominally creates five more

20   majority Black districts, it unravels or

21   dismantles two protected coalition districts.

22   And we think, therefore, that Judge Jones

23   should and is likely to reject this map and

24   call for a special master to redraw the map if

25   this goes forward, because it dismantles those

1  two protected districts.  Let me tell you

2  where those two districts are.

3        One of them is District 105, in

4  Gwinnett County.  Up here is currently

5  represented by Representative Mughal.  And

6  there are only a few changes to that district,

7  but those changes increase the White

8  population by about five percentage points.

9  And in our analysis takes that coalition

10  district from a performing district where

11  minority voters can elect candidates of their

12  choice to one in which the White population

13  will elect candidates of their choice.

14        And so that is a dismantling of a

15  coalition district that we believe is

16  prohibited by Section 2 and therefore would

17  cause this map to be found to be unlawful.

18        The other dismantled coalition district

19  is generally in the North DeKalb/South

20  Gwinnett area.  Now, voters are fungible and

21  there are a lot of districts up here.  But I

22  like to say that the district that was

23  dismantled is 81, which is currently that

24  number is currently represented by Scott

25  Holcomb, and it's in the North DeKalb area.

1  And why do I say that?  That's the one that's

2  been dismantled because now it's in Henry

3  County.

4       Where is that?  Right there.  That got

5  moved south.  It appears to have been done to

6  protect the Republican incumbent,

7  Representative Daniels, who lives smack dab in

8  the middle of one of the districts that Dr.

9  Esselstyn drew and that Judge Jones approved.

10  And rather than going with that district, this

11  proposal carves her out.

12       It moves essentially a performing

13  district from North DeKalb into Henry County.

14  And we think the dismantling of that coalition

15  district also would lead Judge Jones to find

16  that this map violates Section 2 and is

17  therefore unacceptable as a remedy.

18       There may be more things to say about

19  some of the majority Black districts.  It's

20  obvious that the configuration of the

21  districts in the Bibb County area, for

22  example, are very different from the ones that

23  Dr. Esselstyn drew.  And the same is true over

24  in the West metro area.

25       But at least at this point, it appears

1  that there are five more majority Black

2  districts, and we don't have anything further

3  to say about the configuration of those.

4  There may be other folks here who do, but at

5  the moment, based on our quick analysis, the

6  major issue we see with this map is the

7  dismantling of two coalition districts that

8  are protected by Section 2 in the North

9  Atlanta metro area.

10      CHAIRMAN LEVERETT:  Is that -- do you

11  have any further comparison you wish to make

12  or?

13      MR. SALES:  Well, in case it isn't

14  obvious, let me say that I think it's

15  important for everyone in this room, everyone

16  in this body that what comes out of this

17  session is a map that complies with the Voting

18  Rights Act, so that Judge Jones isn't tasked

19  with drawing it, because if he is, he's not

20  going to take into account things like

21  incumbency and political considerations.

22  That's not for a federal judge to do.  That's

23  for this body to do.  And so it's a bit of a

24  sword of Damocles hanging over everyone's

25  head.

1      CHAIRMAN LEVERETT:  Thank you.  I've

2   got some questions if y'all are ready.  I

3   believe Representative Alexander was first.

4   First to hit the hit the board here.

5      MS. ALEXANDER:  Thank you, Mr. Chair.

6   I just wanted to clarify.  Gwinnett County was

7   not in the judge's ruling.  However, HD 105

8   was changed from a majority minority district

9   to a majority White district based on the

10   comparison.  Correct or incorrect?

11      MR. SALES:  What I would say is that

12   the White population was increased by five

13   percentage points in District 105.  Yes.

14      MS. ALEXANDER:  Okay.  Thank you.

15      CHAIRMAN LEVERETT:  Thank you, Madam

16   Representative.  We have next up Leader

17   Efstration.

18      MR. EFSTRATION:  Thank you, Mr.

19   Chairman.  And thank you, sir, for your

20   presentation.  I know we have an opportunity

21   for other witnesses to speak shortly, but we

22   were given a handout that was put up here on

23   our desk.  I don't know, have you seen the

24   handout from Fair Districts, Georgia that was

25   put on our desk?

1      Well, I'll just read to you the

2   pertinent part from the beginning of the

3   handout, which is it says court mandate add

4   five Black majority districts colon two in

5   south metro Atlanta, one in west metro Atlanta

6   and two in and around Macon-Bibb.  And maybe

7   you have a copy of it now.  Do you see that?

8      MR. SALES:  I'm sorry.  Where were you

9   reading from?

10      MR. EFSTRATION:  Yeah, just under the

11   court mandate at the top of the first page.

12      MR. SALES:  Yes, I see that.

13      MR. EFSTRATION:  Do you agree with that

14   characterization of what the court mandate

15   was?

16      MR. SALES:  With one caveat I do.  The

17   Court's mandate is to draw a lawful map.

18      MR. EFSTRATION:  All right.  So that

19   brings me then down to -- I'm glad you have it

20   in front of you, because it's easier than me

21   trying to explain it.  You can visualize it,

22   but it says, what's changed.

23      And what I just heard from you in your

24   presentation is that you contend HD 64 is

25   proposed.  117, 145, and 149 would comply with

1  that mandate, but that you're acknowledging

2  that your proposed House District 74 would not

3  comply with the judge's mandate.

4        MR. SALES:  No, I disagree with that.

5        MR. EFSTRATION:  Okay.  If you -- if

6  you'd explain that to me.

7        MR. SALES:  Yes.  So the judge's

8  mandate is to draw a lawful map.  He found

9  that there needed to be five additional

10  districts in which Black voters have an

11  opportunity to elect candidates of their

12  choice.  He found that five majority Black

13  districts could be drawn.  However, they were

14  from two different experts, and they weren't

15  drawn in the same map.

16        The Democratic proposal creates five

17  opportunity districts, four of which are

18  majority Black and one of which is plurality

19  Black, but which performs for Black voters.

20  It still gives Black voters an opportunity to

21  elect candidates of their choice.

22        MR. EFSTRATION:  Isn't it true that the

23  map as proposed by the Chairman here would

24  provide for five majority Black districts?

25        MR. SALES:  I don't dispute that.

1      MR. EFSTRATION:  Okay.  And isn't it

2  true that that complies with that condition

3  from Judge Jones's order?

4      MR. SALES:  Yes.  But again, I think

5  Judge Jones's bottom line is that this body

6  needs to create a lawful map.  So if one fixes

7  the five opportunity districts for Black

8  voters, but takes away two opportunity

9  districts for a coalition of voters, that

10  wouldn't be a lawful map.

11      MR. EFSTRATION:  Just to sum up here,

12  the Chairman's proposal creates five majority

13  Black districts.  The proposal the minority

14  leader is bringing here today would create

15  four majority Black districts.  That's a

16  distinction between the two proposals.  Isn't

17  that true?

18      MR. SALES:  Yes.

19      MR. EFSTRATION:  All right.  Thank you.

20      CHAIRMAN LEVERETT:  Thank you, Mr.

21  Leader.  I believe it was Representative

22  Reeves?

23      MR. REEVES:  Thank you, Mr. Chair.  As

24  someone who spent some time in Macon, Georgia,

25  there's a lot of activity going on in Macon.

1   I see that even though I'm up here in metro

2   Atlanta now.  And Mr. Democratic Leader, I

3   know that's home and you're caring about it

4   also.

5        So prior to the court case, there were

6   already two majority Black districts in Macon.

7   Correct?  And part of Judge Jones's order was

8   to add two more majority Black districts in

9   Macon.  Right?  And Bibb County is just over

10   50 percent Black, right?  So was it difficult

11   to draw four majority Black districts in

12   Macon?

13        MR. SALES:  No.  We just copied and

14   pasted those from the experts.  It was the

15   experts who essentially drew those districts.

16        MS. REEVES:  In order to do that, were

17   each of those four districts barely 50

18   percent?

19        MR. SALES:  They were much lower than

20   they were previously.  Yeah, I think they're

21   in the 50 to 55 percent range.

22        MS. REEVES:  And I think you answered

23   this question earlier, but district, I

24   believe, 135, the one that just has the little

25   tip up in North Macon, the -- that was not

1   from any expert in the court case or anything

2   from the court order, right?

3        MR. SALES:  No, that was done for

4   political reasons.

5        MS. REEVES:  And what -- and tell me

6   again, that political reason.

7        MR. SALES:  It was to place a

8   Republican member in an open seat that is

9   Republican leaning.

10        MS. REEVES:  And that was Chairman Dale

11   Washburn?

12        MR. SALES:  I think that's correct.

13   Yes.

14        MS. REEVES:  Okay.  And the District

15   142, in Macon.  That -- District 145 is

16   Democratic leader James Beverly's district.

17   Correct?  143 is your district.  142 that has

18   a challenger who's presently running for your

19   current seat?  Correct?

20        MR. BEVERLY:  Not correct.

21        MR. REEVES:  Straighten me out on that.

22        MR. BEVERLY:  Yeah.  So I'm in District

23   143.  143.

24        MR. REEVES:  Got it.

25        MR. BEVERLY:  Esselstyn, Dr. Esselstyn

1   drew 143 prior to us being here, prior to any

2   challenger, prior to any of that.  And that's

3   what you see here.  It is District 143, as the

4   judge ordered through Esselstyn's map.  142 is

5   Representative Miriam Paris.  She, in

6   Esselstyn's map, was coupled with

7   Representative Dale Washburne, and that's that

8   little green slither.

9        In order to keep the integrity of Bibb

10  County, where it was, we decided politically

11  to move Representative Washburne out of a 50

12  percent Black district into a district of his

13  own so that he would have an opportunity to

14  run into a Republican potential district, and

15  Miriam would still be able to run her

16  district.  We uncouple those two.  That's the

17  change that we made to Esselstyn's map.

18       MS. REEVES:  Who's in 145?

19       MR. BEVERLY:  It's open.  No, right now

20  it's that's what Esselstyn has drawn so.

21       MS. REEVES:  And who's in 149?

22       MR. SALES:  So as Dr. Esselstyn drew

23  it, it was Kenneth Vance, the Republican in

24  Milledgeville.  From Milledgeville.  But the

25  Democratic proposal draws him out of the

1   Democratic leaning district and puts him in

2   the open seat that I think is 133.

3        MS. REEVES:  Is anyone presently

4   running for the legislature in the area that

5   comprises 145?

6        MR. SALES:  There may be, but we didn't

7   look at campaign filings or announcements.

8        MS. REEVES:  So 145 comprises some of

9   your current district?

10        MR. BEVERLY:  It does.

11        MR. REEVES:  Okay.

12        CHAIRMAN LEVERETT:  I'd like to ask a

13   question, if I may.  So I want to want to

14   explore the -- the coalition district.  But my

15   concern is first and foremost, as yours is,

16   I'm sure, complying with the Court's order.

17   So because my understanding is, you know, if

18   we pass a map and we're going to pass

19   something, I assume, you and I will get to

20   spend a lot of time together in the coming

21   months.

22        So I don't look forward to getting to

23   know you in that context.  But I do look

24   forward to getting to know you otherwise.  So

25   and as I have said to other folks, I, you

1  know, I'm overweight and I don't look good in

2  horizontal stripes, so I don't want to violate

3  the court order.

4        And the order, as I read it, seems to

5  contemplate or almost expressly say, don't

6  just draw a legal map.  It says draw a map

7  with five new majority Black districts in it.

8  And so that's a -- that's at least as I read

9  it on page 509, it says this, the remedy

10  involves an additional majority Black

11  congressional district in West Metro Atlanta.

12  We're getting to that next week.  Two

13  additional majority Black Senate districts in

14  South Metro Atlanta.

15        Y'all are handling that on the other

16  side of the hall.  Two additional majority

17  Black house districts in South Metro Atlanta,

18  one additional majority Black House district

19  in West Metro Atlanta, and two additional

20  majority Black house districts in and around

21  Macon-Bibb.  So did I understand you to say

22  that your map does not, we can't check all

23  five new majority Black districts?

24        MR. SALES:  So majority Black districts

25  are not what the Voting Rights Act requires.

1  What the Voting Rights Act requires are

2  districts in which Black voters have an

3  opportunity to elect candidates of their

4  choice.  In order to prevail on a Section 2

5  claim, however, the plaintiffs had to show

6  that majority Black districts could be drawn.

7         And so Judge Jones found that five

8  majority Black districts could be drawn, but

9  not in one map.  And so in describing the

10  remedy, he said -- he used the majority Black

11  terminology.  But what Section 2 requires and

12  what would be lawful is five additional

13  opportunity districts.

14         You can see similar language in the

15  Alabama case, where the three-judge panel in

16  that case directed the Alabama legislature to

17  draw an additional majority Black district or

18  something very close to it that would give

19  Black voters an opportunity to elect.  Now,

20  that Court found that the Alabama legislature

21  didn't do that.

22         I think that's the way Judge Jones

23  should have phrased it.  But he was racing to

24  produce a 516-page order.  And I forgive him

25  for the lack of precision in his language.

1       CHAIRMAN LEVERETT:  We certainly

2   forgive Judge Jones for a lot of things, given

3   the time frame he was under and the volume of

4   this order he drafted.  As I've tried to note

5   before, as a lawyer, I just have great -- it's

6   just impressive.  It's nothing short of

7   impressive.

8       But while I don't do Voting Rights Act

9   work, so I'm not an expert on the Voting

10  Rights Act, I am leery of construing a judge's

11  order in a way that I feel may be -- could

12  lead me to jeopardy.  So I'll just say that as

13  a concern I have, personally, I certainly

14  respect your opinion, however.

15      Is this notion of opportunity

16  districts, is there -- is there unanimity on

17  the interpretation of the act in the manner in

18  which you were opining today that it's about

19  opportunity districts and not about majority

20  Black districts?

21      MR. SALES:  Well, it's about majority

22  Black districts if a plaintiff is trying to

23  prove a claim, that's a threshold matter.  But

24  in terms of a remedy, I'm not aware of any

25  case that would say that a 47/48 percent Black

1  district that performs for Black voters would

2  violate Section 2.  It absolutely would not

3  violate Section 2.  I am extremely confident

4  that the Democratic proposal would pass muster

5  with Judge Jones.

6       CHAIRMAN LEVERETT:  Well, again, the

7  worry I have is it says additional majority

8  Black districts, majority every time when he's

9  talking about House districts.  Do you think

10  maybe you could just convince those folks over

11  in the Senate to do that and let us go with

12  the majority Black districts here?

13       MALE VOICE:  No comment.

14       CHAIRMAN LEVERETT:  All right.  All

15  right, I, I respect your opinion.  I just hope

16  you understand my concern.  And I'm sorry to

17  monopolize the questions here.  I guess I'm

18  using the prerogative of the chair.  Are there

19  any other questions for Mr. Sales or is it

20  Sells?  Sells?

21       MR. SALES:  Yes.  I want to make sure I

22  get it right.  Like I said, we're going to be

23  friends.  Or the leader here.  All right.  Do

24  you want to close?

25       MR. BEVERLY:  Yeah, I want to close.

1  So one of the things I want our body to

2  deliberate, this is our house.  And the truth

3  of the matter is, is that we have delivered a

4  map that we are sure complies with the judge's

5  order.  You all have not.

6         There is a remedy.  If we were to look

7  at the area down in South Atlanta, Southwest

8  Atlanta, there's one representative that

9  potentially y'all are trying to save with your

10  map, and you should do whatever you have to

11  do.  But that one representative that you save

12  is going to cost us all in the end.

13         If you accept our map, then one

14  representative may be eliminated.  That's the

15  will of the voters.  If you don't accept our

16  map and the judge has to do a special master,

17  then every last one of us, 180 of us are in

18  jeopardy.  Y'all have some big decisions to

19  make.  And thank you for time, Mr. Chairman.

20         CHAIRMAN LEVERETT:  Thank you, Mr.

21  Leader.  And thank you, Mr. Sales, for your

22  time.  All right.  I think what the chair

23  would like to do right now is take a very

24  brief recess, and then we'll have public

25  comment on the maps that have been presented.

1      (Recess)

2      CHAIRMAN LEVERETT:  Folks, just as a

3  reminder, if you would like to speak to the

4  committee, if you'll just we have a sign up

5  sheet.  We've actually taken custody of it.

6  If you come up here, we can get you added.

7  Oh, we have another one over there.  Okay.

8  It's on the podium or at the corner.  We're

9  going to get underway here in just a second.

10        Ladies and gentlemen, if you start

11  making your way back into the committee room,

12  we're going to try to start it back up.  And

13  if you could go ahead and take your seat.

14        We've got a few.  Carl's not back and

15  Jan's not back, but since we're just doing a

16  hearing.  All right, ladies and gentlemen,

17  thank you.  We're going to go ahead and try to

18  commence with the more public hearing portion

19  of our meeting.

20        We've got a number of folks signed up.

21  So I'll just ask you to try to keep your

22  comments brief.  Oh, yeah.  That's right.  I

23  was going to allow members.  I've got some

24  members here who want to speak to the plan.

25  So Representative Oliver has signed up first,

1   so I'm going to call on her first.

2        MS. OLIVER:  Thank you, Mr. Chairman,

3   I'm State Representative Mary Margaret Oliver.

4   I represent House District 82 in the middle of

5   DeKalb County.  And I'm here to bring to your

6   attention the committee's attention, a legal

7   error that was created in relation to the way

8   in which House District 82 was changed,

9   altered significantly, changed in a way that

10  violates, I believe, many cases set forth on

11  Voting Rights Act about community of interest.

12       Reapportionment process is about

13  maintenance of political power by the

14  majority.  And it is about compliance with the

15  important principles of law.  Important

16  principles of empowering all voters to have an

17  equal, just opportunity to participate.

18       The history of our state, the history

19  of our country in eliminating or diluting or

20  at best creating barriers to Black citizens,

21  hopefully, ultimately will be remedied in the

22  process that we're engaged in today and all of

23  the other litigations.

24       I'm going to talk about the political

25  process, and I'm going to talk more

1   importantly about the legal issues.  And I am

2   here to help you avoid a legal issue that is

3   glaring in the presence of the map you are

4   offering.  I'm here to help you.  You do not

5   need to expose yourself to the legal errors

6   you have created in the way you have redrawn

7   House District 82.

8          Let's talk with the -- start with the

9   political strategy that you must impose to

10  maintain a majority.  Again, under the law,

11  not the most important issue, certainly not

12  the most important issue to voters, whether or

13  not your personal district is drawn in a way

14  to personally enhance your opportunity to be

15  elected is not the issue before us.

16         But we know in these processes, and

17  I've participated in multiple reapportionment

18  sessions, and I've also done voting rights

19  litigation myself in my young age, and I will

20  talk about that in a second.  The personal

21  relationships, the personal injuries we

22  intentionally or unintentionally have done to

23  each other, whether it was in the fraternity

24  house, whether it was on the ball field,

25  whether it was in our political, we know that

1  some of those personal issues are carried out

2  in this political strategy, and we know that

3  the maintenance of personal political power

4  and personal opportunity is part of this

5  process.

6        I'm not going to emphasize that.  I

7  will just say that I've been asked 40 times.

8  I don't know how many in the last 36 hours.

9  Why did they do that to you, Mary Margaret?

10  Why did they do that to you?  Because what

11  this map does to House District 82 is a total

12  aberration and a total non-connection with the

13  516-page order of Judge Jones.

14        Let's talk about Voting Rights Act

15  historically a little bit.  In my younger age,

16  I did voting rights litigation coincidentally

17  in relation to Spalding and Henry County at

18  that time in relation to Section 5 violations.

19        Those were technical cases that even

20  for a very green lawyer, somebody who hadn't

21  practiced law very long, I was going to win.

22  I mean, if a county took the position in

23  federal court that the Voting Rights Act did

24  not apply to them, that was a case that I was

25  going to win.

1       And but it gave me an early insight

2   into the way in which, in that era, many

3   counties and school districts and cities went

4   from single member to at-large districts in

5   order to avoid the opportunity for Black

6   citizens to have even a single district in a

7   five-person county commission, which was the

8   issue in several of the cases, and because of

9   the success of their violations, like saying

10  the law didn't apply to them or other

11  technical violations, for the first time in

12  Henry and Spalding County, African-Americans

13  were elected to the school board and to the

14  county commission.

15      So I have followed voting rights cases

16  closely.  And as I move from that historical

17  analysis, I want to talk about what I think

18  the case law is today in relation to community

19  of interest and the way in which -- the way in

20  which you have in a very unprecedented and

21  unexpected way, redrawn House District 82

22  creates a glaring error and violation of

23  community interest.

24      I'm a native of DeKalb County.  I grew

25  up there, and I actually live in the district

1  that I grew up in and through multiple -- I've

2  served in the Senate, in the House, as you may

3  know, and through most many different

4  districts, Senate and House, the House

5  District 82 has always been a middle of DeKalb

6  district.

7        And it has to a certain extent, as

8  DeKalb County has changed significantly over

9  my long political career, it has become a

10  coalition district.  In my district, prior to

11  2021, it was a majority minority district, a

12  little over 50 percent.  Because of coalition

13  populations.

14        We know that community interest can be

15  defined in the case law in relation to major

16  institutions and specific universities.  Emory

17  University has been in the -- my district and

18  in the 82 district and in the Senate district,

19  and the other numbered districts that I've

20  represented continuously, significantly never

21  changed until this week, the proposal you

22  make.

23        Emory University is a $14 billion

24  entity.  It has 35,000 employees.  It has

25  16,000 students.  People don't realize that

1   Atlanta is very much a university city.  Agnes

2   Scott is in the bottom of my current district.

3   Emory is in the middle and towards the

4   northern end, close to the end, is Oglethorpe.

5   The industries of the university, but

6   particularly the $14 billion industry of

7   Emory, is significant.

8         I'm going to give you an example of why

9   community of interest is a relevant,

10   significant, and lawful issue that you are

11   violating in relation to the way you have

12   changed in House District 82.  As a little bit

13   of a visual aid, I don't think we -- yeah.

14   would you hold this up?

15         MALE VOICE:  Yeah.

16         MS. OLIVER:  Thank you.  The green

17   district under the Republican map right in the

18   middle there.  It goes from my house.  I'm

19   getting to the microphone.  My house is at the

20   very tip of that green area.  Emory University

21   is not in my district, although I live 300

22   yards from it, and it goes 15 miles plus down

23   to outside to 85.

24         Most of the area of that district is

25   one precinct wide.  So even though Judge

1  Jones's order did not mention House District

2  82 and did not mention interior of the

3  perimeter and DeKalb County, for some reason

4  they, not sure who they is, decided to redraw

5  82 to go outside the perimeter in the

6  southwestern direction.

7       Let me give you an example of why this

8  is significant to the Emory community.  In my

9  first district, I, on the House, I had four

10  hard rail line Marta stations in my district

11  along DeKalb Avenue, Decatur East Lake, around

12  that area.  For 35 years Marta has proposed

13  that Emory have --

14     CHAIRMAN LEVERETT:  Chairman Oliver,

15  could I ask you to hold one second?  I'm just

16  concerned about Ken's arms and shoulder

17  strength over there.

18     MS. OLIVER:  You can put it down.

19     CHAIRMAN LEVERETT:  Ken, you're doing

20  great.  I will tell you.  I would have been

21  mine would have dropped by now.  I was

22  thinking maybe we could get an easel over

23  there to him.

24     MS. OLIVER:  I'm sorry.  I should have

25  paid attention.

1        CHAIRMAN LEVERETT:  I hate to interrupt

2   you all, but it was just.  It was -- it was

3   distracting me a little bit, so.

4        MS. OLIVER:  I'm sorry.  I should have

5   noticed that.

6        CHAIRMAN LEVERETT:  And I hope

7   Representative Vance will post on his website

8   his shoulder workout for all of us.  Please

9   continue.

10        MS. OLIVER:  Thank you.  I apologize

11   for not seeing the green swath again is a

12   helpful visual.  So for 35 years, the Marta

13   system under federal rules and regulations has

14   proposed a line from the Lindbergh Hard Rail

15   Marta station to the Emory community.

16        The law, federal law about

17   transportation money, does relate to centers

18   of employment population significantly.  So

19   35,000 employees plus 16,000 students is a

20   significant number.  It is the largest private

21   provider in the metro area.  For good reasons,

22   understandable reasons, citizens down here in

23   Southeast DeKalb, outside the perimeter and

24   inside the perimeter, do not feel that Marta

25   is treating them well enough.

1        They feel like the Marta stations along

2   DeKalb Avenue and up north are sufficient to

3   aid the Emory community, and they have no

4   Marta stations in East and South Atlanta.

5   This is an active, relevant current issue

6   being played out in the news and in all the

7   administrations going on.  And it is an issue

8   of many hundreds of millions of dollars.  And

9   this map creates an example of a total abuse

10   of community of interest.

11        I think that this also the aberration

12   of the drawing of this map when it was not

13   mentioned in any way in Judge Jones's order.

14   The reason it wasn't mentioned in Judge

15   Jones's order, because there's no fair

16   argument that can be made, I don't think, that

17   Black voting strength is diluted in DeKalb

18   County.  100 percent of our elected House

19   members and senators are Democrats.  Most

20   majority significantly, are African-American.

21   All of the districts are -- I have right now

22   under your current map, not the 50/50 map I

23   had previously before 2021, it's a majority

24   White district, but is won by President Biden

25   76 percent.

1        So you have a collection of non-

2   minority Democratic districts and you have a

3   collection, a growing collection, essentially

4   professional people who have come to CDC and

5   the institutions.  So you are attacking that

6   coalition combination.  You are disregarding

7   the significance of the way in which DeKalb

8   County is growing, and you are creating for

9   your interest a violation of standards of

10  community interest.

11       We know the case law pays attention to

12  community interest.  We know that Judge

13  Jones's order pays attention.  In no way was

14  House District 82 ever discussed in any way

15  prior to 36 hours ago.  So it does come as a

16  shock.  It's a visible shock, and it's a

17  difficult issue.  This has been -- let me

18  close with this.  This has been an emotional

19  week.

20       I was privileged on Tuesday to attend

21  First Lady Rosalynn Carter's tribute in the

22  Emory campus on Glenn Memorial, which is about

23  300 yards from my house.  And the purity of

24  her public service, the amazing career that

25  she had was very moving and significant to me.

1        Within six hours of coming out of that

2    service, this map was presented to me as my

3    political future and much, much more important

4    than my political future because I've enjoyed

5    a very long political career, it really

6    represents a violation of community of

7    interest and the history of DeKalb County, and

8    the history of all the Voting Rights Act and

9    all the Reapportionments and all the

10    redrawings that have gone into the assisting

11    Black voters in DeKalb County achieve full

12    voting strength in DeKalb County.

13        In many ways, DeKalb County is and

14    should be a model of the empowerment of Black

15    voting citizens.  All of the history of

16    Georgia is based on race and region.  The

17    Voting Rights Act is a bill that comes down to

18    race and region.  And you are creating an

19    issue unnecessarily for yourself that is going

20    to be brought to the attention of Judge Jones.

21        And the way this map looks, based on

22    the previous 40 or 50 years of drawing

23    districts around that part of the middle of

24    DeKalb, I think you're creating a

25    vulnerability for yourself.  I'm here to help

1  you, ladies and gentlemen, avoid that

2  vulnerability.  Thank you, Mr. Chairman.

3       CHAIRMAN LEVERETT:  Thank you,

4  Representative Oliver.  I think we have

5  Representative Evans next.

6       MS. EVANS:  Thank you, Mr. Chairman and

7  colleagues.  I'm Representative Becky Evans

8  from DeKalb House District 89, currently and

9  drawn into the House committee map of 90.  I

10  come before you today to speak against the

11  Republican House committee map for

12  redistricting.

13       As you know, Judge Jones's court ruling

14  found that in 2021, redistricting by the

15  legislature illegally reduced Black voters'

16  political power.  But the order was very

17  specific about which districts impacted the

18  Voting Rights Act in addition to where and how

19  the new districts were drawn.

20       We were asked to add one Congressional

21  district, five additional State House

22  districts, and two additional State Senate

23  districts with Black majorities.

24  Unfortunately, the House -- this House

25  committee map released about 36 hours ago, it

1  goes well beyond what the court recommended.

2  It makes, as Representative Oliver has just

3  said, a deliberate decision to target several

4  Democrats outside the area that the judge

5  identified.

6      It includes me and other -- my other

7  colleague, Representative Draper here, pairing

8  us with fellow Democrats.  So I have

9  represented a majority Black district for five

10  years, three election cycles.  My first time,

11  I beat a 16-year Black incumbent by the 30

12  percent margin.  My second time, I won by a 35

13  percent margin, and this last time with a

14  Republican candidate, I won with an 82 percent

15  margin.

16      And this is all -- so this -- I am the

17  candidate of choice in this district, with the

18  Black voting population of 62 percent.

19  Representative Draper, who is paired with me

20  in this current map, she is also elected as a

21  candidate of choice for the past year in a

22  majority Black district of 58.5 percent.

23      By pairing the two of us and creating

24  one map with the Black voting district of 51

25  percent, this Republican map effectively

1  eliminates one -- a candidate of choice by

2  Black voters.  Also, the Republican map

3  reflects undue partisan gerrymandering mid-

4  cycle.  And it is unnecessarily disruptive to

5  voters.

6       It modifies 56 districts out of 180.

7  The Democratic map which was presented earlier

8  here, it does what the court ordered.  It is

9  more surgical, it is less disruptive to

10  voters, and it modifies 23 districts.

11       In addition, our leadership team is

12  preparing an amendment to the House committee

13  map with a new -- with the new proposal that

14  will uncouple incumbents and still meet the

15  judge's ruling.

16       So passing this House committee map is

17  risky.  You've heard today in the view of a

18  very well-respected voting rights attorney

19  that Judge Jones has a -- I've heard other

20  people say 50/50 percent chance of not

21  agreeing with the current House committee

22  map -- does not comply with the Voting Rights

23  Act.

24       As your colleague, I humbly ask that

25  you vote for the Democratic proposed map that

1  meets the judge's order and only impacts 23

2  districts.  And if you don't want to vote for

3  the Democratic map, I ask that you please wait

4  to vote until you see our proposed amended map

5  that uncouples incumbents and meets the Voting

6  Rights Act.

7      I also ask that you read the portal.

8  Hundreds of Georgians are writing to you

9  asking you to please not pass this map.

10  That's it.  Those are my comments.  Thank you,

11  Mr. Chairman.

12      CHAIRMAN LEVERETT:  Thank you,

13  Representative Evans, so much.  We appreciate

14  you being here today.

15      We've got a number of other members

16  today.  I know you all want to -- I'm assuming

17  you all would like to be heard.  I don't -- I

18  don't know how to call on you.  If we could

19  just go down the row.  If you desire to speak.

20  Representative Draper, Representative Davis.

21  Former representative, would you like to

22  speak?  Let me just check my other members.

23  Do they desire.  Would you like to speak?  No.

24  Representative Westbrook?  No.  Anybody else

25  I've missed?  I see some of them outside in

1   the hall.  Well, madam, why don't you go

2   ahead?

3        MS. MCLEOD:  Good afternoon, Mr.

4   Chairman and members.  Let me start by saying,

5   well, first, I'm a former State

6   Representative, Donna McLeod.  I am the former

7   state rep for District 105, and I'm also a

8   constituent of District 105 currently.  Let me

9   start by just saying that we either believe in

10   this republic and representative democracy or

11   we don't.  And if we don't, that's unpatriotic

12   and unconstitutional.

13        So let me start with a little history

14   of District 105.  It was created in 2011 after

15   the 2010 census, and the lines were drawn.

16   And it was the first election ran for that was

17   2012.  It was a very competitive district

18   because we did have a Democrat that ran with a

19   Republican opponent, and the Republican did

20   win.

21        In 2014, the same young lady Democratic

22   young lady she ran against another Republican.

23   And again, it was very competitive.  The

24   Republican did win, but the Republicans

25   realized that the district was changing.  So

1   in 2015, they gerrymandered the district in

2   this body because they wanted to keep the

3   district.

4          So I was convinced by others to run in

5   2016.  And for those of you who don't know, I

6   am of Jamaican heritage and I had to become a

7   citizen.  So I took my first oath as a

8   citizen, and then I took a second oath when I

9   was elected.  But in 2016, I ran for the first

10   time, and I lost by 222 votes.

11          What most people didn't know was in

12   2017, a few of the folks that helped me run in

13   2016 stayed with me, and we did an analysis of

14   that run and found out that 2100 people didn't

15   vote that were Democratic leaning.  I would

16   have actually won the race if they had voted,

17   but that's okay.

18          So what we did in 2017, we knocked on

19   every single person's door, all 2100 that

20   didn't vote.  So by 2018, I ran again, and I

21   won that seat by over 4000 votes than my

22   opponent.  And in 2020, I was reelected by

23   almost 8000 more votes than my opponent.  The

24   district had changed.

25          And so in 2020, which is a census year,

1   the maps were drawn again.  And I know they

2   call it redistricting, but HD 105 was

3   gerrymandered once again because I asked the

4   chairwoman at the time, I asked her if there

5   was any -- when she changed the lines, I said,

6   was there any oxtail, rice and peas, curry

7   chicken, jerk chicken up there because that

8   district did not represent -- the

9   representative that was representing that

10  district.  It had changed completely.  In

11  fact, there was only three subdivisions from

12  the old 105 that was in the new 105.

13       And so today we're here again, because

14  a federal court said that this body drew lines

15  that were not legal and was not representative

16  of the people that needed to be represented.

17       Like I said, you either believe in

18  representative democracy or you don't.  You

19  either want this republic to work or you

20  don't.  And it is a republic.  And

21  representative democracy is important for its

22  survival.  We have a republic if we're willing

23  to fight and keep it, and I'm willing to fight

24  to keep it, because that's where I lead is

25  with a republic and a representative

1  democracy.

2       So right now, this new map is saying

3  that 5.5 percent of Black voters will be taken

4  out of this current map that the Republicans

5  have proposed.  Again, you either believe in

6  this republic and representative democracy, or

7  you do not.  And if you do not, then you

8  shouldn't be standing here representing people

9  at all, because you don't mean this country

10  well, and because the demographics is

11  changing, it needs to be represented.  They

12  need to have a voice at the table.

13       This is about people's tax dollars and

14  about representation and how we use their

15  money on their behalf.  We keep getting it

16  twisted, and I think it's wrong.  And I hope

17  that enough people are listening and

18  understand that this is their government, and

19  it's a government of the people, by the

20  people, and for the people.  When you're

21  elected, you serve.  And if you don't want to

22  serve, then keep all moving.  That's all I

23  have to say.

24       CHAIRMAN LEVERETT:  Thank you

25  Representative McLeod.  Representative

1  Efstration, do you have a question?

2      FEMALE VOICE:  You have a question?

3      MR. EFSTRATION:  Yes, ma'am.  Thank

4  you.  Former representative McLeod, did you

5  take issue with the redistricting bill that

6  was passed in 2015?

7      MS. MCLEOD  I sure did.

8      MR. EFSTRATION:  Are you aware that --

9      MS. MCLEOD:  I was a -- I was a

10  plaintiff on the lawsuit.

11      MR. EFSTRATION:  Are you aware that the

12  minority leader at the time, Stacey Abrams,

13  voted in favor of that bill?

14      MS. MCLEOD:  And trust me, her and I

15  had conversations.

16      MR. EFSTRATION:  No further questions.

17      MS. MCLEOD:  I don't care who it is.

18  Representative democracy matters.

19      CHAIRMAN LEVERETT:  Thank you, Former

20  Representative McLeod.  It's nice to see you

21  again.  Glad to have you with us here today.

22  All right.  Did we -- have we gone through the

23  list of representatives who wanted to speak?

24  I think we have.  I don't see any hands

25  raised.  So let's go to our remaining folks on

1   our list here.  Cindy Battles with the

2   People's Agenda.  Well, you kept your word to

3   me, Ms. Battles.  You came back.  Good to see

4   you again.  You know your way around the room.

5   So just when you're ready.

6        MS. BATTLES:  Thank you, I appreciate

7   that.  Hey y'all again.  My name is Cindy

8   Battles.  I am the policy and engagement

9   director for the Georgia Coalition for the

10  People's Agenda.  Just for brevity and the

11  sake of time, because I know we are all tired,

12  I am going to make an assumption about some

13  action that's going to be taken, and I am

14  going to continue to focus my comments on the

15  Republican proposed maps.

16       I just want to make two additional

17  points to the map.  Number one, it feels like

18  y'all targeted HD 105, which means there's

19  been another representative of color who has

20  been targeted by these maps.  Kind of adds to

21  the list.  Feels a little problematic.  Also,

22  it looks like there are additional city splits

23  in Gwinnett when compared to last time.

24       Of particular concern is Snellville,

25  which is a city with a large POC population

1  that now appears to be split four ways, and it

2  was mostly whole in the enacted map.  So we

3  think that that's going to be problematic when

4  you present these maps to the judge as well.

5  That's all I've got.  I'm happy to take any

6  questions.

7      CHAIRMAN LEVERETT:  Thank you, Mr.

8  Battles.  Any questions for Ms. Battles?

9      MS. BATTLES:  Have a good day.

10      CHAIRMAN LEVERETT:  Doesn't appear to

11  be any.  Let's see.  We have Janet Grant.  And

12  you're back again.

13      MS. GRANT:  I'm back again.  Chair

14  Leverett and members of the committee, my name

15  is Janet Grant and I serve as co chair of Fair

16  Districts Georgia.  Thanks for the opportunity

17  to add to my testimony from yesterday.  I want

18  to now take into consideration the House

19  Democratic caucus map that we got to see after

20  the hearing yesterday.

21      Just as a reminder, Fair Districts

22  Georgia is a grassroots citizen organization

23  focused solely on advocating for fair

24  redistricting and redistricting reform.

25      As I said yesterday, we believe that

1   the maps enacted during this session should

2   comply with the court's order, number one, and

3   also exclude any unrelated unnecessary changes

4   for partisan gain, which is consistent with

5   our long held belief of opposing mid-cycle

6   redistricting.

7        So this is not the opportunity to take

8   advantage of that.  You now have in front of

9   you our second handout, adding to the one on

10  the chairman's map yesterday.  This is about

11  the Democratic House caucus map.  And I know

12  some of you have already referenced it.

13       So on our two-part pass-fail test, we

14  do find that this map in a strict sense, as

15  we've already had the discussion today,

16  doesn't pass that first test of having five

17  new Black majority districts.  It has four.

18       However, in addition to those four

19  Black majority districts, this map does create

20  two new Black opportunity districts, one of

21  which, HD 74 that we've talked about, is 48

22  percent Black and a strong coalition district.

23       So on the second test, this one does

24  pass.  There aren't any unnecessary changes.

25  You heard Mr. Sales earlier talk about the

1  very precise changes they made and no ripple

2  effects other than what was necessary to add

3  the five -- or the five districts.

4         So now as a group, we've discussed

5  three different House maps.  The Esselstyn map

6  from the plaintiffs that Chair Leverett

7  mentioned several times yesterday that was

8  used as a guide for the development of the new

9  Black majority districts in his map.

10        Actually, Brian referenced the Cooper

11  map also.  So we've got several maps there.

12  The difference that we're concerned about --

13  and then you've got the two maps, obviously,

14  that have been introduced to this committee.

15        The difference we're concerned about is

16  the unnecessary disruption of voters in the

17  Chair's map, with impacts across 57 districts

18  and moving 15.7 percent of the statewide

19  population.  I happen to be one of those.

20        The Esselstyn and Democratic caucus

21  maps have demonstrated that the court order

22  can be met without that kind of broad

23  disruption and potentially vote dilution of

24  the Chair's map.

25        Esselstyn's map is surgically precise,

1   impacting only 25 districts and 6 percent of

2   the population.  And the Democratic caucus map

3   we saw earlier is 23 districts and 6 percent

4   of the population as well.  So this, as you've

5   heard now from many people, puts the chair's

6   map, should it pass, at risk for being struck

7   down by Judge Jones, in which case a special

8   master will draw the maps for the Court, and

9   it may or may not result in a lot less

10   attention to incumbent protection.

11          So we strongly encourage that you

12   revisit the map, take control, and pass a map

13   that you know that fully reflects the growing

14   diversity of Georgia and doesn't have that

15   risk of being overturned by the Court.  Again,

16   thank you for the opportunity today.

17          CHAIRMAN LEVERETT:  Thank you, Ms.

18   Grant.  I think you may have a question or two

19   if you stay up there, Representative Reeves.

20          MS. REEVES:  Thank you, Mr. Chair.  And

21   may I ask quick questions if there are

22   multiple.  Multiple but quick.

23          CHAIRMAN LEVERETT:  Yes.

24          MS. REEVES:  Ms. Grant this handout.

25   You gave us one yesterday?  I appreciate you

1   preparing it.  You prepared this handout,

2   correct?

3        MS. GRANT:  Yes, I did, along with our

4   team at fair districts.

5        MS. REEVES:  And you marked an X, no.

6        MS. GRANT:  We did.

7        MR. REEVES:  On the Democrat plan that

8   it does not provide five new majority Black

9   districts.  Right?

10       MS. GRANT:  Yes.  From a technical

11   perspective, it does not.

12       MS. REEVES:  Okay.  Representative

13   Evans, a little while ago mentioned a

14   potential second Democrat map that reduced the

15   number of incumbent pairings.  Did you hear

16   that a few minutes ago?

17       MS. GRANT:  I did hear her speak to it.

18   I'm not familiar with it.

19       MS. REEVES:  You haven't seen that map?

20       MS. GRANT:  No, we have not.

21       MS. REEVES:  Do you know if anybody's

22   seen that map yet?

23       MS. GRANT:  I do not know.

24       MR. REEVES:  Okay.

25       MS. GRANT:  We'd love to see it.

1   We'll -- we'll score it.

2        MS. REEVES:  And then in the

3   presentation earlier, when I was asking some

4   questions about Macon, there was a

5   representation that Democrat District 135

6   proposed district, which went from Pike County

7   to Bibb County and took in Dale Washburn's

8   house that that put Dale Washburn in an open

9   seat without an incumbent in it.  Do you know

10  if that's accurate?

11        MS. GRANT:  I do not know that.  We

12  don't have all of the member addresses in our

13  system, so we didn't want to comment on that.

14        MS. REEVES:  Well, thank you for coming

15  twice.

16        MS. GRANT:  Thank you.

17        CHAIRMAN LEVERETT:  One other question,

18  Chairman DeLoach.

19        MR. DELOACH:  This is quick and easy

20  and probably a yes or no.  What we heard

21  earlier, when the Democratic map was

22  presented, was that they cut and paste the

23  Esselstyn and Cooper districts, and the only

24  changes they made were for two reasons.  The

25  number one reason was to avoid pairing

1  incumbent Democrats.  The second reason they

2  gave was to pair incumbent Republicans.  Now,

3  do you believe that's a fair approach?

4        MS. GRANT:  That -- I'm not sure that's

5  what I heard.  So I guess I probably shouldn't

6  comment.  I mean, it sounded to me like they

7  did a lot of adjustment in order to actually

8  not have the impact on Republicans, that

9  otherwise it would have had.  But I'm not

10  speaking for their map, but I'm not sure that

11  that's what I heard.

12        CHAIRMAN LEVERETT:  Thank you, Chairman

13  DeLoach.  I don't see any other questions, Ms.

14  Grant.  Thank you again for being with us.

15  Anna Dennis with Common Cause.

16        MS. DENNIS:  Good day.  I'm Anna

17  Dennis, executive director of Common Cause.

18  Good afternoon, Committee and Chair.  Thank

19  you for those who have presented maps

20  discussed today.  This map does comply with

21  the judge's order to add four additional Black

22  majority districts, and includes additional

23  opportunity competitive districts that allow

24  Black voters to choose their candidate of

25  choice.

1        This map limits disruptions to the

2   current districts versus what we've previously

3   seen.  As communities in Georgia, we firmly

4   believe that the state should move toward

5   inclusive redistricting processes by creating

6   independent redistricting committees and

7   commissions.  This would aid in transparency

8   and increase the confidence in communities

9   that we all have, as people in Georgia can be

10   centered in our redistricting processes.

11        As a member of the GRA, which is a

12   Georgia Redistricting Alliance, we have

13   coordinated with local communities and elects

14   to pass local redistricting resolutions.  We

15   passed these resolutions in the counties of

16   Gwinnett, Clayton, and the cities of

17   Lawrenceville, Clarkston.

18        And as a resident of South Metro Area

19   and as a person who was raised actually in

20   Clayton County and very proud of it, for over

21   30 years I have seen so many changes to

22   demographics and populations in those areas.

23   And I'm very concerned about what the maps

24   have been presented this week and what will

25   happen to those populations there who have

1   definitely struggled and urged to have more

2   representation, to be more civically involved.

3        We are urging this body to follow the

4   court's order as mandated, and draw districts

5   that empowers communities and centers

6   communities, and adopt fair maps for Black

7   voters and all voters.  Thank you.

8        CHAIRMAN LEVERETT:  Thank you.  I think

9   you have one question.  Who is it down there?

10   Madam Pro Tem?

11        MS. JONES:  Thank you, Mr. Chairman.

12   Yes, I just had a follow up question.  Thank

13   you for your comment.  In the judges 400 plus

14   page decision, did he, to comply with Section

15   2 of the Voting Rights Act, did he require

16   five minority additional five -- five

17   additional minority majority districts?

18        MS. DENNIS:  So in the order --

19        MS. JONES:  Specifically.

20        MS. DENNIS:  Specifically, which was

21   definitely over 500 pages, a good read for

22   those who enjoy getting into the legal weeds.

23   It actually says that there needs to be Black

24   majority districts.  However, technically when

25   you have opportunity districts and there are

1   high populations of certain demographics,

2   those districts can be considered a

3   demographically minority or majority district.

4        MS. JONES:  So that's what he said in

5   the decision?

6        MS. DENNIS:  No.  He specifically said,

7   to your question, to specifically answer it,

8   it was actually Black majority.  However,

9   technically, what we've seen today were

10   districts that were presented that were

11   actually more than five Black.  That would be

12   more than five Black majority districts

13   because there are opportunity districts.

14        MS. JONES:  So in other words, are you

15   saying that the Democrat caucus presented map

16   that has four additional minority majority

17   districts, Black majority districts does not

18   meet the requirement that the judge said in

19   his decision for five?

20        MS. DENNIS:  I wouldn't say that.  I

21   think they went above and beyond which we did

22   not see in the maps that were presented

23   yesterday.

24        MS. JONES:  So in other words, it does

25   not meet what he specifically said?

1        MS. DENNIS:  If you want to look at

2   things technically.

3        MS. JONES:  Generally, that's what

4   we're doing today.  But thank you very much.

5        MS. DENNIS:  You're welcome.

6        CHAIRMAN LEVERETT:  Thank you.  You

7   have no further questions.

8        MS. DENNIS:  Thank you.

9        CHAIRMAN LEVERETT:  Thank you so much

10  for being here.  All right.  We have

11  Representative Ray Martinez.  I think we

12  missed him earlier.

13       MR. MARTINEZ:  Thank you so much,

14  Chairman.  I had no plans to speak today, but.

15  So my name is Reynaldo Martinez.  I represent

16  District 111, which is Gwinnett County,

17  Dacula, a little bit of Walton County.  My

18  district will be getting precinct, the

19  Lawrenceville precinct, which is that 5

20  percent that they were talking about.

21       I'm going to rest assured, okay.

22  Because I heard that that 5 percent would not

23  be represented.  I will rest assured for that

24  5 percent in Lawrenceville precinct, they will

25  be represented because that's going to be my

1  new precinct.  And I'm going to rest assured

2  that this Latino in Gwinnett County will

3  represent those 5 percent.

4        I'm very familiar with that 5 percent

5  area in Lawrenceville, which is Martin Chapel,

6  Sugarloaf Parkway.  I'm very familiar with

7  that.  I even know the mayor of Lawrenceville,

8  David Steele, so they will be rightly

9  represented.  So I just want to say that

10  because I just want to set the record

11  straight, because I heard that that 5 percent

12  and 105 will not be represented.  That's going

13  to be my new precinct, Lawrenceville, and I'm

14  very familiar with that.  And thank you for

15  giving me the time.  Chairman.

16      CHAIRMAN LEVERETT:  Thank you,

17  Representative, I think you've got one

18  question, Ray, if you come back up to the mic.

19      CHAIRMAN LEVERETT:  Yes, sir.

20  Representative Reeves, there we go.

21      MS. REEVES:  You mentioned Latino.

22  Just so it's clear.  What is your background?

23  Where were you born?  How did you get to the

24  USA?

25      MR. MARTINEZ:  Yeah, absolutely.  My

1  parents are Cuban.  They fled Cuba.  And they

2  went to Puerto Rico.  So I was born in Puerto

3  Rico.  I grew up in Miami, and now I'm here.

4  So I consider myself Cuban, Puerto Rican, so

5  Latino American.  Yes, sir.

6        MS. REEVES:  And before you got elected

7  to the Georgia House of Representatives, had

8  you been elected by the people of Gwinnett and

9  Walton County before?

10       MR. MARTINEZ:  Absolutely.  I served --

11       MR. REEVES:  Tell us about that.

12       MR. MARTINEZ:  Absolutely.  Thank you

13  for the question.  I served seven years

14  representing Gwinnett and Walton County in the

15  city of Loganville as a city council member.

16  And then I was the first Latino mayor ever in

17  the whole State of Georgia, representing

18  Gwinnett and Walton County as a mayor.  So I

19  know Lawrenceville very well.

20       Going back to that, they will be -- I

21  could guarantee you they will be represented.

22  I know that area very well, representing

23  Loganville, Martin, Shapur, Sugarloaf, a

24  little bit of Grayson.  I'm so excited to be

25  part of that new precinct, Lawrenceville.  And

1  you better believe that this person of color

2  is going to represent those folks very well.

3  So thank you for the question, Matt.

4      MS. REEVES:  Thank you, Mr. Chairman.

5      MR. MARTINEZ:  Thank you.

6      CHAIRMAN LEVERETT:  Thank you,

7  Representative.  I see you have no more

8  questions.  Thank you for coming today.  Jada

9  Richard.

10      MS. RICHARD:  Hello.

11      CHAIRMAN LEVERETT:  Good afternoon.

12      MS. RICHARD:  My name is Jada Richard.

13  I'm a voter and resident in McDonough,

14  Georgia.  Thank you for listening to my

15  testimony today.  After reviewing the newly

16  drawn chair maps, it appears that the voting

17  power and influence of the Black community in

18  McDonough will be hurt by these new maps.

19      Although you were able to draw on five

20  new majority Black districts, my city's lines

21  have been redrawn to diminish our voting

22  power.  The new map makes it so McDonough

23  residents will have to -- will likely have to

24  address three different representatives to

25  receive things like natural disaster aid,

1   community development initiatives, and other

2   things.

3        Now I live in McDonough.  The city is

4   growing rapidly into an Atlanta suburb, yet

5   the new district would stretch to whiter, more

6   rural areas of the state.  Now the interests

7   of those living in farmland, Georgia are very

8   different to the interests of those living in

9   a suburb.  This could cause my new rep to have

10   to choose whose competing concerns to

11   prioritize.

12        I'm asking that this committee go back

13   to the drawing board, because equitable

14   representation of Black voices and needs is

15   the purpose of the court order, not keeping

16   the current power balance in place.  Thank you

17   very much.

18        CHAIRMAN LEVERETT:  Thank you.  Hold on

19   a second.  I did have a question or two for

20   you.  So which district are you referencing as

21   extending into rural areas that goes into

22   McDonough?

23        MS. RICHARD:  Now, I'm no expert here,

24   so I will direct you to the organization that

25   I'm with.  Public policy director.  Okay?

1      CHAIRMAN LEVERETT:  Okay.

2      STEPHANIE:  Hey, y'all.  My name is

3  Stephanie.  I work for New Georgia Project,

4  and Jada is one of our supporters who lives in

5  Henry County.  So yes, Jada lives on the split

6  of McDonough, where it would be what it --

7  would be the new 147 and 81.  And so it goes

8  south from 147, goes south around down into

9  Locust Grove.  81 goes well into Newton and

10  down close over to Butts County, which I'm

11  assuming Butts County is what Jada means when

12  she describes rural.

13      CHAIRMAN LEVERETT:  Okay.  So 117 does

14  go down to Locust Grove and 81 does extend

15  out, but you've got to have population of a

16  certain size population to fit in the

17  district.  So it's difficult to keep it more

18  compact.  I would just say our thought was

19  splitting.  McDonough gives you three, three

20  representatives you can talk to when you need

21  something done, which is kind of a nicer,

22  dense weight there.

23      STEPHANIE:  Well, I don't want to speak

24  for Jada, but I think her point and the point

25  I would agree with is when you split a

1   community that has to speak to multiple

2   representatives, that means that you're not

3   being able to have an organized, equal front.

4   There's perfect examples of this happening

5   across the state.

6        I think people earlier I heard someone

7   mentioned Savannah, but it's happened in some

8   other larger cities like Macon, where you end

9   up being at crossways.  I always think about a

10  natural disaster happening, and as you try to

11  work through things like state supported

12  funds, you're having to talk to multiple

13  people.  So as nice as it is to get to know

14  more people.  Never good to have to work

15  through more bureaucracy.

16       CHAIRMAN LEVERETT:  Well, I would -- I

17  would just note that the city is currently

18  split.  We're not adding an additional split

19  that doesn't already exist, and the large bulk

20  of McDonough is going to be in the new

21  district that we're drawing in order to comply

22  with the court order.

23       STEPHANIE:  It is.  It is a -- it is a

24  split district.  And I think this is an

25  opportunity for the people of Henry County and

1  the people of McDonough to pull them into a

2  singular majority Black district.

3       CHAIRMAN LEVERETT:  Well, I would -- I

4  would submit that our map is attempting to do

5  that.  But I acknowledge your disagreement

6  with that, and I appreciate your testimony.

7       STEPHANIE:  Thank you chairman.

8       CHAIRMAN LEVERETT:  Thank you ma'am.

9  And thank you, Ms. Richard.  Is it, Ms.

10  Miller?

11       CHAIRMAN LEVERETT:  Fenika, thank you.

12  That's what I thought, but I was -- I didn't

13  want to get it wrong.

14       MS. MILLER:  Good afternoon.  Thank you

15  all for the opportunity.  My name is Fenika

16  Miller.  I am the deputy national field

17  director with Black Voters Matter, and I'm a

18  resident of Houston County.  In October,

19  Federal Judge Steven C. Jones published an

20  opinion in which he agreed with plaintiffs who

21  said current Georgia legislative maps do not

22  adequately represent Black communities.

23       Again, I live in Houston County, which

24  is located in the Black Belt.  We know that

25  that is the land across the middle of the

1   state, from Augusta region to the Alabama

2   line.  We had the highest population of

3   enslaved people, and now you have a large and

4   high concentration of Black people who still

5   reside in these communities.

6        And again, this includes Macon and

7   Warner Robins.  And this is important.  And I

8   continue to lift it up because according to

9   Judge Jones's order, there's an opportunity

10  for two additional Black districts in located

11  in the middle Georgia and central Georgia

12  region.

13        Based on 2020 census counts, the number

14  of Black Georgians has grown by about 484,000

15  people.  Since 2010, 33 percent of the state

16  now identifies as Black, and the number of

17  White Georgians has actually dropped by 52,000

18  over the last decade.

19        While Houston County is the fastest

20  growing county in the middle Georgia region,

21  and we have the population for three state

22  House seats, with one being majority Black

23  just like we did before 2010 and for those

24  districts to be drawn in a manner that keeps

25  our county whole.

1        I lift that up because redistricting

2   should be about keeping communities of

3   interest together, and drawn in a manner that

4   places the power to choose representatives

5   that will best advocate for our interests, our

6   issues, and best represent our communities and

7   districts with the ability to be present, as

8   Stephanie mentioned before, for the people

9   that they serve.

10        Now, I've looked at both proposals

11   again with a laser focus on the Black belt

12   counties.  The House caucus map gets us closer

13   to complying with the judge's order.  However,

14   not sure if anyone believes that those will be

15   passed even though they're trying to help you

16   by presenting a better version, albeit with

17   only four of the five suggested new Black

18   districts.  It's unlikely to pass.

19        And that unnecessarily increases the

20   likelihood that a special master will draw

21   Georgia's maps.  I urge this committee to go

22   back to the drawing board to fairly draw all

23   five majority Black districts and comply with

24   the judge's orders, and also to give another

25   look to the illustrative maps.  Thank you.

1      CHAIRMAN LEVERETT:  Thank you so much.

2   David Garcia.

3      MR. GARCIA:  Good afternoon, chairman

4   and members, I'm David Garcia.  I work for an

5   organization named Galeo Impact Fund, and we

6   advocate for the Hispanic community throughout

7   Georgia.  And I'm here to oppose the

8   Republican map for a number of reasons,

9   including the fact that it appears that eight

10   House members were drawn into the same

11   districts with members from their own party,

12   six of them Democrats and two Republicans.

13      It appears that members of color were

14   targeted in the new map, including

15   Representative Sam Park, who was paired with

16   another Democratic incumbent.  It appears that

17   there were significant changes to HD 105, a

18   coalition district performing for Hispanic

19   voters and other voters of color, even though

20   no changes were needed pursuant to Judge

21   Jones's order in order to target

22   Representative Farouk Mughal.

23      HD 81, another coalition district

24   previously performing for Hispanic voters and

25   voters of color was also dismantled.  It also

1  appears that some cities in Gwinnett were

2  divided.  Of particular concern is the city of

3  Snellville, which contains a large population

4  of color.  This city appears to be split four

5  ways by the proposed plan, although it was

6  mostly united in the 2021 maps.

7       Judge Jones's order did not require the

8  city to be divided.  Although the proposed map

9  makes widespread changes to the plan,

10  including in areas that were not implicated by

11  Judge Jones's order, it continues to

12  perpetuate racial vote dilution and racial

13  gerrymandering from the 2021 plans.

14       In Chatham County near Pooler and

15  Savannah, there is a large Black and Hispanic

16  community that shares common policy interests

17  and socioeconomic characteristics.  This

18  community is compact and large enough to

19  support an additional compact Hispanic and

20  Black coalition district.

21       The proposed plan, like the 2021 plan,

22  continues to split this community up, thus

23  diluting the voting power of Hispanic and

24  Black voters in that area.  The 2021 plan also

25  dismantled several districts in which voters

1  of color were electing candidates of choice,

2  or districts in which voters of color were on

3  the verge of electing candidates of choice,

4  such as House Districts 44, 48, 49, and 104.

5  In the proposed plan, these districts remain

6  racially gerrymandered.  Thank you.

7      CHAIRMAN LEVERETT:  Thank you.  I think

8  you had one question.  Mr. Garcia, if you'll

9  just -- thank you.  It's -- is it

10  Representative Reeves?

11      MS. REEVES:  Thank you, Mr. Chair.  Mr.

12  Garcia.  Mr. Garcia, you mentioned that the

13  Republican plan, which is H 123, had eight

14  pairings of incumbents together or four

15  pairings, eight total affected.  The Democrat

16  plan H 143, which I got today, how many

17  incumbents does it pair together?

18      MR. GARCIA:  I can't recall.

19      MS. REEVES:  And then the Democrat

20  plan.  How many Republicans does it place into

21  heavily Democrat districts?

22      MR. GARCIA:  I can't recall the

23  specific details.

24      MS. REEVES:  How long have you had the

25  Democrat plan?

1      MR. GARCIA:  I looked at it for -- the

2   Democrat plan?  Today.

3      MS. REEVES:  When did you get it?

4      MR. GARCIA:  Earlier today.

5      MS. REEVES:  Earlier today.  Okay.

6   Thank you.

7      MR. GARCIA:  Thank you.

8      CHAIRMAN LEVERETT:  Thank you, sir.

9   Jill Howard.

10     MS. HOWARD:  Thank you, Mr. Chairman.

11   My name is Jill Howard.  I am the civic

12   engagement manager with the 9 to 5 Georgia.

13   It's a nonpartisan organization that's been

14   around for over 50 years.  And we work for the

15   economic and social justice for working women

16   and their families.

17       Now, many of the women and their

18   families that are drawn in these maps, they're

19   affected by how these maps are drawn.  And I

20   want to just petition to the committee to look

21   at these new maps, to consider all of the

22   suggestions that have been made so that no

23   voter is disenfranchised.

24       Every voter has the right to be able to

25   pick their own representative, that all of

1  their -- every vote should be able to count,

2  and it should matter in terms of how they are

3  able to pick those representatives to

4  represent them, their families within that

5  community.

6          And I also ask that you just really

7  take note and account to all of the public

8  testimony that has been given today.  This is

9  not about, you know, just getting so many new

10  counties within for Black folks, this is about

11  the citizens of Georgia.  This is about our

12  state, and this is about our democracy.  And

13  so I just want to take this time to present

14  that to you all, and thank you for your time.

15  And thank you for listening.

16          CHAIRMAN LEVERETT:  Thank you so much

17  for your testimony, Ms. Howard.  Is it Luis

18  Zaldivar?  Did I say that right?  Zaldivar.

19  Zaldivar.  Zaldivar.  He may have stepped out.

20  We'll try to come back to him in a minute.

21  And then Niles Francis.  Good afternoon, Mr.

22  Frances.

23          MR. FRANCES:  Good afternoon.  How are

24  you, sir?

25          CHAIRMAN LEVERETT:  I'm good.  I think

1  we're going to get the map set up for you

2  here.

3       MR. FRANCES:  Thank you.  You're going

4  to have to play around with the microphone

5  here, am I?

6       CHAIRMAN LEVERETT:  Yes.  Right.

7       MR. FRANCES:  Okay.  This should be

8  interesting.

9       CHAIRMAN LEVERETT:  Yeah.

10       MR. FRANCES:  So good afternoon,

11  Committee members.  How are you guys doing?

12  So Judge Jones, as we know, instructed the

13  committee to draft a map that includes five

14  additional majority Black districts.  But in

15  doing so, the draft map that we see here, it

16  basically reshuffles and renumbers existing

17  majority Black districts.

18       It eliminates coalition districts.  And

19  it's still dilutes Black voters.  Like the

20  enacted District 117, which was struck down

21  was 55 percent White.  On the map that we're

22  looking at here, District 117 becomes district

23  81 and is 66 percent White.  On the enacted

24  map, the enacted map, District 64 was 58

25  percent White.  On this map here it becomes

1   District 40 and is 63 percent White.

2        Additionally, many of the voters in the

3   new majority Black districts already lived in

4   majority Black districts, like take District

5   115 on the enacted map.  It includes most of

6   McDonough and is 52 percent Black on the map

7   that we're looking at here.  District 117

8   includes most of McDonough and is 63 percent

9   Black.

10       The enacted District 78 includes most

11   of south Clayton County on the enacted map,

12   and is 72 percent Black.  On the map that

13   we're looking at here, district 78 essentially

14   becomes District 74 and is 66 percent Black.

15   So I would just implore all of you to actually

16   to comply with Judge Jones's order and create

17   new majority Black districts without having to

18   continue to further dilute Black voters to do

19   so.

20       And I just want to remind everyone that

21   we've all been talking a lot about a special

22   master today.  Judge Jones does not need to

23   appoint a special master.  He has already

24   pointed to several maps in his ruling that he

25   could easily say, by order of this court, the

1   State of Georgia is instructed to adopt the

2   Cooper map or the Esselstyn map, or whichever

3   of the remedial maps he's pointed to in his

4   ruling.

5        So I know no member of this committee

6   wants to go back to court, so I would just

7   implore you all to redraw these maps in a way

8   that complies with the judge's order.  Thank

9   you.

10       CHAIRMAN LEVERETT:  Thank you, sir, and

11   I agree with you.  Judge Jones had it within

12   his power to redraw the maps himself, but he

13   did not.  Which we greatly appreciate that

14   he's given us a shot at it.  So that's a very

15   good point to make.

16       All right.  Do we have any other.  All

17   right.  We don't have anyone else signed up.

18   Is there anyone else who wishes to speak to

19   either of these maps?  Why don't you come on

20   up, ma'am, if you'll just give us your name,

21   we'll get you to sign the signup sheet in a

22   little bit before you leave.

23       MS. SANDERS:  Hello everyone, esteemed

24   honorables.  I am Elena Sanders.  I am a

25   resident of Georgia.  But I also come before

1   you as an elected official.  I'm a county

2   commissioner in Newton County.  And to sit

3   here and to hear the residents speak on the

4   dilution of the Black vote and to hear some of

5   the responses of some of you I look up to.

6          I come to the state capital looking for

7   officials and those who are on another level,

8   to be respectful to the residents.  I was

9   disheartened by some of the conversations and

10  some of the responses that I received.  I am a

11  public servant before I'm a politician, and

12  those who are serving in the capacity of the

13  elected officials should respect the

14  taxpayers, because if it wasn't for the

15  taxpayers, we wouldn't be here.  You wouldn't

16  be sitting in these seats.

17          So we should be respectful.  It's great

18  to ask questions and to be able to get your

19  answers, but to be disrespectful is not

20  warranted.  So I had to say that because

21  sitting here, I was very disheartening of how

22  people are responding to those who are

23  concerned about their livelihood, concerned

24  about their vote, that their ancestors fought

25  for us to be able to have that right.

1       And so you should be able to sit here

2   and listen with respect, ask your questions

3   with respect.  It doesn't take that much.  If

4   I would have did what some of you all did, I

5   would be called the angry Black woman.  Y'all

6   would look at me as passion.  I'll be called

7   angry.

8       But when I get up and speak, I have to

9   be gentle.  Because of the stereotype of what

10   Black women are perceived as.  So I just ask

11   that you have a little gentleness when you're

12   speaking to people.  Because sitting here, if

13   I was the boss, some of you wouldn't have your

14   seats.  Thank you.

15       CHAIRMAN LEVERETT:  Thank you for your

16   testimony.  All right.  I think that's the

17   conclusion of the people we've got on our

18   list.  Is there anybody else who wishes to

19   speak to either map?  All right.  All right.

20   Then I think it's time for us to consider

21   taking some action.  So we have before us two

22   plans.

23       Okay.  Yeah, let's do the at least the

24   LC number.  House Bill 1EX which would adopt

25   the plan that I described yesterday is LC

1  472575.  And so that's the only bill that's

2  been assigned to the committee at this point.

3  I don't believe a bill has yet been created on

4  the plan that was offered by the minority

5  leader.

6       I would just note, we've -- we have not

7  known of the judge's order any longer than the

8  other party, and we've had equal amounts of

9  time to prepare them.  Generally, we cannot

10  act on a bill that is not filed and assigned

11  to this committee.

12       However, I, due to my great respect for

13  the minority leader and the desire to at least

14  allow a hearing, I have told them that the

15  Chair would, if it's permissible, entertain a

16  motion to amend House Bill 1EX or amend by

17  substitute House Bill 1EX by making whatever

18  changes.

19       I know that that one change would be to

20  replace the description of the districts

21  that's done by precinct and census tract with

22  a description which I think does currently

23  exist.  It's just not before this committee.

24  That would basically adopt the map that was

25  offered by Leader Beverly, which is how --

1  client number H143 plan GHDC House plan 2023.

2        I don't know if additional changes are

3  desired to House Bill 1EX, but the chair would

4  entertain at this time a motion to make

5  that -- to move do pass by that substitute.

6        Thank you, Molly.  Reminded me.  First

7  of all, we got to get a bill before the

8  committee.  So let me go ahead and call for a

9  motion on House Bill 1EX itself.  All right.

10  I've got a motion to pass 1EX.  Do I have a

11  second.  I have a second.  All in favor,

12  signify by saying aye.  Aye.  All right.

13        Oh, I did all right.  Wait a minute.

14  Let's -- the Chair decides to rescind that

15  vote.  Now, we would call for amendments.

16  We've got a motion and a second.  Now we call

17  for amendments first.  All right.  So why

18  don't we have some discussion and then we'll

19  allow amendments to -- to that bill.  All

20  right.  There's no discussion.  Does anyone

21  wish to make a motion to move the substitute

22  that the chair proposed?

23        All right.  Hearing no motion, the

24  chair will now go back and entertain a motion

25  or entertain a vote on the on House Bill 1EX

1  without any amendments.  Is there any

2  discussion?  All right.  The chair will call

3  the question.  All those in favor of the

4  passage of House Bill 1EX without amendment,

5  signify by saying aye.  Those opposed signify

6  by saying no.

7       CHAIRMAN LEVERETT:  Why don't we -- why

8  don't we poll the committee?

9       CHAIRMAN LEVERETT:  All right.  So I'm

10  going to go -- go down the list here.  Vice

11  Chair Hong.

12       MS. HONG:  Yes.

13       CHAIRMAN LEVERETT:  Secretary Reeves.

14       MR. REEVES:  Yes.

15       CHAIRMAN LEVERETT:  Representative

16  Alexander.

17       MS. ALEXANDER:  No.

18       CHAIRMAN LEVERETT:  Representative

19  Ballenger is absent.  Chairman DeLoach.

20       MR. DELOACH:  Yes.

21       CHAIRMAN LEVERETT:  Leader Efstration.

22       MR. EFSTRATION:  Yes.

23       CHAIRMAN LEVERETT:  Representative

24  Fleming.

25       MR. FLEMING:  Yes.

1      CHAIRMAN LEVERETT:  Representative

2  Gilliard.

3      MR. GILLIARD:  No.

4      CHAIRMAN LEVERETT:  Representative

5  Jackson.

6      MR. JACKSON:  No.

7      CHAIRMAN LEVERETT:  Pro Tem Jones.

8      MS. JONES:  Yes.

9      CHAIRMAN LEVERETT:  Representative

10  Prince.  I'm sorry.  Chairman Prince.

11      MR. PRINCE:  No.

12      CHAIRMAN LEVERETT:  Representative or

13  I'm sorry.  Chief Deputy Whip Scott.

14      MS. SCOTT:  No.

15      CHAIRMAN LEVERETT:  Chairman Smith.

16      MS. SMITH:  Yes.  Which Smith?

17      CHAIRMAN LEVERETT:  I'm sorry.  Got two

18  of them, don't we?  Natural resources Chairman

19  Smith.

20      MS. SMITH:  Yes.

21      CHAIRMAN LEVERETT:  Rules Chairman

22  Smith.

23      MR. SMITH:  Yes.

24      CHAIRMAN LEVERETT:  And Chairwoman

25  Taylor.

1      MS. TAYLOR:  Yes.

2      CHAIRMAN LEVERETT:  All right.  What is

3  our tally?  The Chair declares that the bill

4  passes nine to five.  All right.  I believe

5  that's all the business we have today.  Is

6  there anything else to come before the

7  committee?

8         We will have a meeting tomorrow

9  afternoon.  I anticipate we'll be considering

10  a Senate map, and it will be hearing only.  It

11  will be the same place at 1:00.  Meeting is

12  hereby adjourned.  Thank you for your

13  attendance.

14         (End of Video Recording.)

15

16

17

18

19

20

21

22

23

24

25

1                      CERTIFICATE

2

         I, Wendy Sawyer, do hereby certify that I was

3

authorized to and transcribed the foregoing recorded

4

proceedings, and that the transcript is a true record, to

5

the best of my ability.

6

7

8

         DATED this 8th day of December, 2023.

9

10

11

_____

12

WENDY SAWYER, CDLT

13

14

15

16

17

18

19

20

21

22

23

24

25

**GEORGIA HOUSE OF REPRESENTATIVES**
**Reapportionment and Redistricting on 11/30/2023**          Index: $14..47/48

---
**$**
---

**$14**  44:23
  45:6

---
**1**
---

**100**  48:18

**104**  83:4

**105**  23:3
  26:7,13
  55:7,8,14
  57:2,12
  60:18
  72:12
  81:17

**111**  71:16

**115**  17:23
  18:7 87:5

**116**  17:23
  18:7

**117**  17:19,
  21,25
  27:25
  76:13
  86:20,22
  87:7

**118**  17:23

**123**  83:13

**133**  16:6
  33:2

**134**  21:3

**135**  16:14
  30:24 66:5

**142**  15:12,
  17 16:9,15
  31:15,17
  32:4

**143**  15:13,
  17 17:5,7
  31:17,23
  32:1,3
  83:16

**145**  15:11,
  21 17:2
  27:25
  31:15
  32:18
  33:5,8

**147**  76:7,8

**149**  15:11,
  25 16:6
  17:8 27:25
  32:21

**15**  45:22

**15.7**  63:18

**157**  13:20

**16,000**  44:25
  47:19

**16-year**
  52:11

**160**  13:20

**162**  5:19

**167**  6:3

**180**  38:17
  53:6

**1:00**  3:20

**1EX**  90:24

---
**2**
---

**2**  8:24 9:12
  22:17
  23:16
  24:16 25:8
  35:4,11
  37:2,3
  69:15

**2010**  55:15
  79:15,23

**2011**  55:14

**2012**  55:17

**2014**  55:21

**2015**  56:1
  59:6

**2016**  56:5,
  9,13

**2017**  56:12,
  18

**2018**  56:20

**2020**  56:22,
  25 79:13

**2021**  10:23
  11:13 12:2
  13:13
  15:19
  18:20
  44:11
  48:23
  51:14
  82:6,13,
  21,24

**2023**  4:20

**2100**  56:14,
  19

**222**  56:10

**23**  13:16
  53:10 54:1
  64:3

**25**  64:1

---
**3**
---

**30**  52:11
  68:21

**300**  45:21
  49:23

**33**  79:15

**35**  46:12
  47:12
  52:12

**35,000**  44:24
  47:19

**36**  22:15
  42:8 49:15
  51:25

---
**4**
---

**40**  42:7
  50:22 87:1

**400**  69:13

**4000**  56:21

**44**  83:4

**47/48**  36:25

GEORGIA HOUSE OF REPRESENTATIVES
Reapportionment and Redistricting on 11/30/2023     Index: 48..adding

48   20:11
  62:21 83:4

484,000
  79:14

49   83:4

_____
            5

5   42:18
  71:19,22,
  24 72:3,4,
  11 84:12

5.5   58:3

50   30:10,
  17,21
  32:11
  44:12
  50:22
  84:14

50/50   48:22
  53:20

500   69:21

509   34:9

51   52:24

515   3:7,11

516-page
  11:2 35:24
  42:13

52   87:6

52,000   79:17

55   30:21
  86:21

56   53:6

57   63:17

58   86:24

58.5   52:22

_____
            6

6   64:1,3

62   52:18

63   87:1,8

64   27:24
  86:24

66   86:23
  87:14

_____
            7

72   87:12

74   19:25
  20:1,21,24
  21:9 28:2
  62:21
  87:14

76   48:25

78   87:10,13

_____
            8

8000   56:23

81   23:23
  76:7,9,14
  81:23
  86:23

82   40:4,8
  41:7 42:11

43:21
44:5,18
45:12
46:2,5
49:14
52:14

85   45:23

89   51:8

_____
            9

9   84:12

90   51:9

95   7:10

_____
            A

abbreviation
  4:21

aberration
  42:12
  48:11

ability   80:7

Abrams   59:12

absolutely
  17:2 37:2
  72:25
  73:10,12

abuse   48:9

accept
  38:13,15

access   4:8

account
  25:20 85:7

accurate
  66:10

achieve
  50:11

acknowledge
  78:5

acknowledging
  28:1

act   8:25
  9:4 20:10
  22:18
  25:18
  34:25 35:1
  36:8,10,17
  40:11
  42:14,23
  50:8,17
  51:18
  53:23 54:6
  69:15

action   3:5
  60:13
  90:21

active   48:5

activity
  29:25

add   15:9
  27:3 30:8
  51:20
  61:17 63:2
  67:21

added   39:6

adding   62:9
  77:18

**GEORGIA HOUSE OF REPRESENTATIVES**
**Reapportionment and Redistricting on 11/30/2023 Index: addition..appoint**

addition
  51:18
  53:11
  62:18

additional
  28:9
  34:10,13,
  16,18,19
  35:12,17
  37:7
  51:21,22
  60:16,22
  67:21,22
  69:16,17
  70:16
  77:18
  79:10
  82:19
  86:14

Additionally
  87:2

address
  74:24

addresses
  66:12

adds  60:20

adequately
  78:22

adjournment
  3:20

adjustment
  67:7

administration
s  48:7

ado  10:7

adopt  69:6
  88:1 90:24

advantage
  62:8

advocate
  80:5 81:6

advocating
  61:23

affected
  15:17 19:3
  83:15
  84:19

African-
american
  48:20

African-
americans
  43:12

afternoon
  2:2 3:1
  6:20 55:3
  67:18
  74:11
  78:14 81:3
  85:21,23
  86:10

age  41:19
  42:15

Agenda  60:2,
  10

Agnes  45:1

agree  27:13
  76:25

88:11

agreed  78:20

agreeing
  53:21

ahead  22:4,6
  39:13,17
  55:2

aid  45:13
  48:3 68:7
  74:25

Alabama
  35:15,16,
  20 79:1

albeit  80:16

Alexander
  26:3,5,14

Alliance
  68:12

allocate
  3:18

allowing
  2:16

altered  13:8
  40:9

alters  13:16

amazing
  49:24

Amen  2:23,
  24

amended  54:4

amendment
  9:22 53:12

amendments
  10:3

American
  73:5

analysis
  22:16 23:9
  25:5 43:17
  56:13

analyze
  22:15

ancestors
  89:24

angry  90:5,7

Anna  67:15,
  16

announcements
  2:9 3:2
  33:7

answers
  89:19

anybody's
  65:21

apologize
  19:15
  47:10

appears
  24:5,25
  61:1 74:16
  81:9,13,16
  82:1,4

apply  42:24
  43:10

appoint

87:23

**approach**
67:3

**approved**
15:16,22
16:3,8,17,
25 17:3,17
18:2,3,11
19:6,9
24:9

**area** 11:24
12:16,17
15:8,12,19
16:24
17:14,17,
18 18:16,
23 19:5,
16,23
20:2,17
23:20,25
24:21,24
25:9 33:4
38:7
45:20,24
46:12
47:21 52:4
68:18 72:5
73:22
82:24

**areas** 68:22
75:6,21
82:10

**argument**
48:16

**arms** 46:16

**Assembly**
3:23 4:4

**assisting**
50:10

**assume** 33:19

**assuming**
54:16
76:11

**assumption**
60:12

**assured**
71:21,23
72:1

**at-large**
43:4

**Atlanta**
17:14 25:9
27:5 30:2
34:11,14,
17,19
38:7,8
45:1 48:4
75:4

**attacking**
49:5

**attempting**
78:4

**attend** 49:20

**attention**
40:6 46:25
49:11,13
50:20
64:10

**attorney** 8:6
9:9 10:16
53:18

**attorneys**
8:5

**Augusta** 79:1

**Avenue** 46:11
48:2

**avoid** 41:2
43:5 51:1
66:25

**aware** 36:24
59:8,11

**awkward** 22:9

_____

**B**
_____

**back** 12:21
39:11,12,
14,15 60:3
61:12,13
72:18
73:20
75:12
80:22
85:20 88:6

**background**
72:22

**balance**
75:16

**ball** 41:24

**barely** 30:17

**barriers**
40:20

**based** 25:5
26:9
50:16,21
79:13

**basically**
86:16

**bass** 6:11

**Battles**
60:1,3,6,8
61:8,9

**beat** 52:11

**beautiful**
6:6

**Becky** 51:7

**beginning**
2:1 27:2

**begins** 11:10

**behalf** 58:15

**belief** 6:10
62:5

**believed**
7:25

**believes**
80:14

**belt** 78:24
80:11

**benefit**
2:19,21

**Beverly**
6:19,25
8:10 14:1,
2,16 21:19
22:1,6

31:20,22,
25 32:19
33:10
37:25

Beverly's
31:16

Bibb  16:12,
21,24
24:21 30:9
32:9 66:7

Biden  48:24

big  38:18

bill  5:3
11:9 19:24
50:17
59:5,13
90:24

billion
44:23 45:6

bit  25:23
42:15
45:12 47:3
71:17
73:24
88:22

Black  7:22
11:5
12:14,18
15:10,12
16:16 18:1
20:12,14
22:20
24:19 25:1
27:4
28:10,12,

18,19,20,
24 29:7,
13,15
30:6,8,10,
11 32:12
34:7,10,
13,17,18,
20,23,24
35:2,6,8,
10,17,19
36:20,22,
25 37:1,8,
12 40:20
43:5 48:17
50:11,14
51:15,23
52:9,11,
18,22,24
53:2 58:3
62:17,19,
20,22 63:9
65:8
67:21,24
69:6,23
70:8,11,
12,17
74:17,20
75:14
78:2,17,
22,24
79:4,10,
14,16,22
80:11,17,
23 82:15,
20,24
85:10
86:14,17,
19 87:3,4,

6,9,12,14,
17,18 89:4
90:5,10

blocks  16:3
18:8

board  26:4
43:13
75:13
80:22

body  8:4,12
9:16 12:9
18:20
25:16,23
29:5 38:1
56:2 57:14
69:3

born  72:23
73:2

boss  90:13

bottom  22:16
29:5 45:2

boundaries
15:17,21
17:5 18:2
20:3,4,6

Boys  6:11

breakdowns
5:1

brevity
60:10

Brian  9:8
10:8,16
14:3 63:10

bring  14:14
40:5

bringing
29:14

brings  27:19

broad  63:22

brought
50:20

Buddy  6:2

bulk  77:19

burdens
10:20

bureaucracy
77:15

burying  9:18

business
6:14

Butts  76:10,
11

——————
C
——————

call  22:24
40:1 54:18
57:2

called  90:5,
6

camera  14:25

campaign
33:7

campus  49:22

candidate

52:14,17,
21 53:1
67:24

**candidates**
20:15
23:11,13
28:11,21
35:3 83:1,
3

**capacity**
89:12

**capital** 89:6

**capture**
16:22

**care** 59:17

**career** 44:9
49:24 50:5

**caring** 30:3

**Carl's** 39:14

**carried** 42:1

**carries**
18:12

**carry** 8:3

**Carter's**
49:21

**carved** 12:17

**carves** 24:11

**case** 25:13
30:5 31:1
35:15,16
36:25
42:24
43:18

44:15
49:11 64:7

**cases** 40:10
42:19
43:8,15

**caucus** 4:18,
22,25 8:22
61:19
62:11
63:20 64:2
70:15
80:12

**caveat** 27:16

**CDC** 49:4

**census** 7:10
18:8 55:15
56:25
79:13

**center** 15:23

**centered**
68:10

**centers**
47:17 69:5

**central**
79:11

**chair** 4:12
22:2 26:5
29:23
37:18
38:22
61:13,15
63:6 64:20
67:18
74:16

83:11

**chair's**
63:17,24
64:5

**chairman**
2:2,4,15,
24 5:18,22
6:8,19,21,
24 8:8
10:9,15,18
13:25
14:2,4,12,
17,18 15:4
21:13,21,
24 22:3,10
25:10
26:1,15,19
28:23
29:20
31:10
33:12 36:1
37:6,14
38:19,20
39:2 40:2
46:14,19
47:1,6
51:2,3,6
54:11,12
55:4 58:24
59:19
61:7,10
64:17,23
66:17,18
67:12
69:8,11
71:6,9,14
72:15,16,

19 74:4,6,
11 75:18
76:1,13
77:16
78:3,7,8,
11 81:1,3
83:7 84:8,
10 85:16,
25 86:6,9
88:10
90:15

**chairman's**
29:12
62:10

**chairwoman**
57:4

**challenger**
31:18 32:2

**chance** 7:20
53:20

**change** 7:17
15:20
32:17

**changed** 7:6,
14 26:8
27:22
40:8,9
44:8,21
45:12
56:24
57:5,10

**changing** 7:7
55:25
58:11

**Chapel** 72:5

characteristic
s  82:17

characterizati
on  27:14

Chatham
 82:14

check  34:22
 54:22

chicken  57:7

choice  7:24
 20:15
 23:12,13
 28:12,21
 35:4
 52:17,21
 53:1 67:25
 83:1,3

choose  7:4,
 23 67:24
 75:10 80:4

chooses  13:9

Cindy  60:1,7

cities  43:3
 68:16 77:8
 82:1

citizen
 56:7,8
 61:22

citizens
 40:20 43:6
 47:22
 50:15
 85:11

city  45:1

60:22,25
73:15 75:3
77:17
82:2,4,8

city's  74:20

civic  84:11

civically
 69:2

claim  35:5
 36:23

clarify  26:6

Clarkston
 68:17

Clayton
 68:16,20
 87:11

clear  7:21
 72:22

client  4:13,
 18

CLOB  3:7,11

close  20:22
 35:18
 37:24,25
 45:4 49:18
 76:10

closely
 43:16

closer  80:12

coalition
 22:21
 23:9,15,18
 24:14 25:7

29:9 33:14
44:10,12
49:6 60:9
62:22
81:18,23
82:20
86:18

coast  5:20,
 24 6:6

Cobb  18:17
 19:1

coincidentally
 42:16

colleague
 52:7 53:24

colleagues
 51:7

collection
 49:1,3

collectively
 8:22

colon  27:4

color  7:11
 17:25
 60:19 74:1
 81:13,19,
 25 82:4
 83:1,2

combination
 49:6

comfort  8:9

commence
 39:18

comment  3:4,
 13,22,25
 4:1 37:13
 38:25
 66:13 67:6
 69:13

commentary
 9:15

comments  5:5
 22:13
 39:22
 54:10
 60:14

commission
 43:7,14

commissioner
 89:2

commissions
 68:7

committee
 2:6 4:12
 5:9,21
 6:13,20
 10:23 13:9
 21:12
 39:4,11
 51:9,11,25
 53:12,16,
 21 61:14
 63:14
 67:18
 75:12
 80:21
 84:20
 86:11,13
 88:5

committee's
  40:6

committees
  68:6

common
  67:15,17
  82:16

communities
  68:3,8,13
  69:5,6
  78:22 79:5
  80:2,6

community
  40:11
  43:18,23
  44:14 45:9
  46:8 47:15
  48:3,10
  49:10,12
  50:6 74:17
  75:1 77:1
  81:6
  82:16,18,
  22 85:5

compact
  76:18
  82:18,19

compared
  60:23

comparison
  21:22
  25:11
  26:10

competing
  75:10

competitive
  55:17,23
  67:23

completely
  57:10

compliance
  40:14

complies
  9:10 25:17
  29:2 38:4
  88:8

comply   22:17
  27:25 28:3
  53:22 62:2
  67:20
  69:14
  77:21
  80:23
  87:16

complying
  11:1 33:16
  80:13

comprises
  33:5,8

concentration
  79:4

concern
  33:15
  36:13
  37:16
  60:24 82:2

concerned
  46:16
  63:12,15
  68:23

89:23

concerns
  75:10

conclusion
  90:17

condition
  29:2

confidence
  68:8

confident
  37:3

configuration
  17:9,12
  18:10,12
  24:20 25:3

congressional
  34:11
  51:20

consideration
  61:18

considerations
  25:21

considered
  70:2

consistent
  62:4

constituent
  55:8

construing
  36:10

contained
  11:15
  17:25

contemplate
  34:5

contend
  27:24

context
  33:23

continue
  47:9 60:14
  79:8 87:18

continues
  3:9 82:11,
  22

continuously
  44:20

Contrary   6:9

control
  64:12

conversations
  59:15 89:9

convince
  37:10

convinced
  56:4

Cooper   11:9
  12:6 19:24
  20:4,8
  63:10
  66:23 88:2

Cooper's
  11:20,22

coordinated
  68:13

copied

**GEORGIA HOUSE OF REPRESENTATIVES**
**Reapportionment and Redistricting on 11/30/2023**   Index: copies..decision

11:21,22
15:14
17:20
30:13

copies  4:5

copy  5:2
11:19
18:19 19:3
27:7

copying
11:11 19:8

core  22:11

corner  4:14
39:8

correct
26:10 30:7
31:12,17,
19,20 65:2

cost  38:12

council
73:15

count  85:1

counties
43:3 68:15
80:12
85:10

country
40:19 58:9

counts  79:13

county  6:4
15:24
16:12,21,
24 17:18

18:17 19:1
23:4 24:3,
13,21 26:6
30:9 32:10
40:5
42:17,22
43:7,12,
14,24 44:8
46:3 48:18
49:8 50:7,
11,12,13
66:6,7
68:20
71:16,17
72:2 73:9,
14,18
76:5,10,11
77:25
78:18,23
79:19,20,
25 82:14
87:11
89:1,2

couple  2:9
7:3,16 9:2
18:8

coupled  32:6

court  27:3,
11,14 30:5
31:1,2
34:3 35:20
42:23
51:13 52:1
53:8 57:14
63:21
64:8,15
75:15

77:22
87:25 88:6

court's
27:17
33:16 62:2
69:4

cover  20:7

create  29:6,
14 62:19
87:16

created
11:5,17
13:17 40:7
41:6 55:14

creates
20:19
22:19
28:16
29:12
43:22 48:9

creating
40:20 49:8
50:18,24
52:23 68:5

crossways
77:9

Cuba  73:1

Cuban  73:1,4

current
31:19 33:9
45:2 48:5,
22 52:20
53:21 58:4
68:2 75:16

78:21

curry  57:6

custody  39:5

cut  15:5
66:22

cycle  53:4

cycles  52:10

_____

**D**

dab  24:7

Dacula  71:17

Dale  31:10
32:7 66:7,
8

Damocles
25:24

Daniels  24:7

data  5:23

David  72:8
81:2,4

Davis  54:20

day  2:7 7:1
61:9 67:16

deal  14:19

decade  79:18

Decatur
46:11

decided  7:18
32:10 46:4

decision
52:3 69:14

GEORGIA HOUSE OF REPRESENTATIVES
Reapportionment and Redistricting on 11/30/2023 Index: decisions..disagree

70:5,19

decisions
    2:18 8:20
    13:10
    38:18

deeply   8:11

defined
    44:15

Dekalb   23:25
    24:13 40:5
    43:24
    44:5,8
    46:3,11
    47:23
    48:2,17
    49:7 50:7,
    11,12,13,
    24 51:8

Dekalb/south
    23:19

deliberate
    38:2 52:3

deliberative
    8:4,12

delivered
    38:3

Deloach   5:25
    6:2,9,10
    66:18,19
    67:13

democracy
    55:10
    57:18,21
    58:1,6

59:18
85:12

Democrat
    21:5 55:18
    65:7,14
    66:5 70:15
    83:15,19,
    21,25 84:2

Democratic
    4:18,22,25
    8:22
    10:24,25
    11:10
    12:3,10,
    13,14,18,
    22,24
    13:4,12,24
    16:13 18:6
    19:10,18
    20:19,25
    21:1,10
    28:16 30:2
    31:16
    32:25 33:1
    37:4 49:2
    53:7,25
    54:3 55:21
    56:15
    61:19
    62:11
    63:20 64:2
    66:21
    81:16

Democrats
    48:19
    52:4,8
    67:1 81:12

demographer
    9:9

demographicall
y   70:3

demographics
    58:10
    68:22 70:1

demonstrated
    63:21

Dennis
    67:15,16,
    17 69:18,
    20 70:6,20
    71:1,5,8

dense   76:22

deputy   78:16

describes
    76:12

describing
    35:9

designated
    17:18

desire
    54:19,23

desk   26:23,
    25

details
    83:23

determine
    17:12

development
    63:8 75:1

difference
    63:12,15

differs   16:2

difficult
    21:15
    30:10
    49:17
    76:17

dilute   87:18

diluted
    48:17

dilutes
    86:19

diluting
    40:19
    82:23

dilution
    63:23
    82:12 89:4

diminish
    74:21

direct   75:24

directed
    35:16

direction
    46:6

director
    60:9 67:17
    75:25
    78:17

disagree
    8:13,14
    28:4

disagreement
78:5

disappointment
10:19

disaster
74:25
77:10

discretion
22:1

discussed
49:14 63:4
67:20

discussing
15:8

discussion
62:15

disenfranchise
d 84:23

disheartened
89:9

disheartening
89:21

dismantled
23:18,23
24:2 81:25
82:25

dismantles
22:21,25

dismantling
23:14
24:14 25:7

dispute
28:25

disregarding
49:6

disrespectful
89:19

disruption
63:16,23

disruptions
68:1

disruptive
53:4,9

distinction
29:16

distracting
47:3

district
5:17 6:3
11:7,25
12:25
13:3,5
15:23,25
16:5,7,9,
13,14,16
17:3,19,21
18:1,3,15,
22,24
19:11,12,
13,14,22,
24 20:1,9,
11,12,13,
21,24
21:2,3,6,
8,10 23:3,
6,10,15,
18,22
24:10,13,

15 26:8,9,
13 28:2
30:23
31:14,15,
16,17,22
32:3,12,
14,16
33:1,9,14
34:11,18
35:17 37:1
40:4,8
41:7,13
42:11
43:6,21,25
44:5,6,10,
11,17,18
45:2,12,
17,21,24
46:1,9,10
48:24
49:14
51:8,21
52:9,17,
22,24
55:7,8,14,
17,25
56:1,3,24
57:8,10
62:22
66:5,6
70:3
71:16,18
75:5,20
76:17
77:21,24
78:2
81:18,23
82:20

86:20,22,
24 87:1,4,
7,10,13,14

districts
11:5,12,
13,16,17,
19,21
12:2,6,11,
14,19,20
13:11,16,
19,20,21
14:5
15:10,12,
14,18
17:4,15,
16,22
18:7,19
19:2,4,19,
21 20:18,
20 22:20,
21 23:1,2,
21 24:8,
19,21
25:2,7
26:24 27:4
28:10,13,
17,24
29:7,9,13,
15 30:6,8,
11,15,17
34:7,13,
17,20,23,
24 35:2,6,
8,13
36:16,19,
20,22
37:8,9,12
43:3,4

44:4,19
48:21 49:2
50:23
51:17,19,
22,23
53:6,10
54:2
61:16,21
62:17,19,
20 63:3,9,
17 64:1,3
65:4,9
66:23
67:22,23
68:2 69:4,
17,24,25
70:2,10,
12,13,17
74:20
79:10,24
80:7,18,23
81:11
82:25
83:2,4,5,
21 86:14,
17,18
87:3,4,17

**diversity**
64:14

**divided**
82:2,8

**Division**  6:7

**dollars**  48:8
58:13

**Donna**  55:6

**door**  56:19

**Douglas**
18:17 19:1

**draft**  86:13,
15

**drafted**  36:4

**Draper**  52:7,
19 54:20

**draw**  7:4
9:6 27:17
28:8 30:11
34:6 35:17
64:8 69:4
74:19
80:20,22

**drawing**
11:20
25:19
48:12
50:22
75:13
77:21
80:22

**drawn**  7:16
11:6,8,23
12:1,25
13:1,6
15:15
18:15
19:7,12,
20,21,23
28:13,15
32:20
35:6,8
41:13
51:9,19
55:15 57:1

74:16
79:24 80:3
81:10
84:18,19

**draws**  16:13
32:25

**drew**  11:14,
24 12:6
14:6,10
18:5,18,23
20:4 24:9,
23 30:15
32:1,22
57:14

**dropped**
46:21
79:17

**due**  9:1

———————————

**E**

**earlier**
30:23 53:7
62:25 64:3
66:3,21
71:12 77:6
84:4,5

**early**  5:10
43:1

**easel**  46:22

**easier**  22:9
27:20

**easily**  18:7
87:25

**East**  46:11

48:4

**easy**  66:19

**economic**
84:15

**effect**  12:4
15:16
17:22,24
18:4,24

**effectively**
52:25

**effects**
11:12,15
13:18 63:2

**Efstration**
26:17,18
27:10,13,
18 28:5,22
29:1,11,19
59:1,3,8,
11,16

**elect**  20:14
23:11,13
28:11,21
35:3,19

**elected**
41:15
43:13
48:18
52:20 56:9
58:21
73:6,8
89:1,13

**electing**
83:1,3

**GEORGIA HOUSE OF REPRESENTATIVES**
**Reapportionment and Redistricting on 11/30/2023** Index: election..extremely

election
 10:22
 52:10
 55:16

elects  68:13

Elena  88:24

eliminated
 38:14

eliminates
 53:1 86:18

eliminating
 40:19

Emory  44:16,
 23 45:3,7,
 20 46:8,13
 47:15 48:3
 49:22

emotional
 49:18

emphasize
 17:1 42:6

employees
 44:24
 47:19

employment
 47:18

empowering
 40:16

empowerment
 50:14

empowers
 69:5

enact  5:4

enacted
 18:20 61:2
 62:1
 86:20,23,
 24 87:5,
 10,11

encompassed
 18:25

encourage
 64:11

end  16:12
 20:23
 38:12 45:4
 77:8

engaged
 40:22

engagement
 60:8 84:12

enhance
 41:14

enjoy  69:22

enjoyed  50:4

enslaved
 79:3

entity  44:24

equal  2:12
 8:1 40:17
 77:3

equitable
 75:13

era  43:2

error  40:7
 43:22

errors  41:5

Esselstyn
 11:7,14
 12:6
 18:16,18,
 23 19:22
 24:9,23
 31:25
 32:20,22
 63:5,20
 66:23 88:2

Esselstyn's
 11:11
 12:11
 17:21
 32:4,6,17
 63:25

essentially
 24:12
 30:15 49:3
 87:13

esteemed
 88:23

Evans  51:5,
 6,7 54:13
 65:13

ever-changing
 7:12

everyone's
 25:24

examples
 77:4

excited
 73:24

exclude  62:3

executive
 67:17

exist  13:11
 77:19

existing
 15:11
 86:16

expert  11:6
 15:15 18:5
 31:1 36:9
 75:23

experts  12:5
 28:14
 30:14,15

explain
 27:21 28:6

explains
 13:7

explore
 33:14

expose  41:5

expressly
 34:5

extend  76:14

extending
 75:21

extends
 15:25

extent  44:7

extremely
 37:3

GEORGIA HOUSE OF REPRESENTATIVES
Reapportionment and Redistricting on 11/30/2023          Index: fact..gave

---
**F**
---

fact   57:11
  81:9

factor   12:9

failed   7:5

fair   26:24
  48:15
  61:15,21,
  23 65:4
  67:3 69:6

fairly   17:24
  20:20
  80:22

faithful
  17:10

familiar
  65:18
  72:4,6,14

families
  84:16,18
  85:4

farmland
  75:7

Farouk   81:22

fastest
  79:19

favor   59:13

federal
  25:22
  42:23
  47:13,16
  57:14

78:19

feel   36:11
  47:24 48:1

feels   60:17,
  21

fellow   52:8

FEMALE   14:14
  59:2

Fenika
  78:11,15

field   41:24
  78:16

fight   57:23

figure   9:25

filings   33:7

fill   3:9

find   8:2
  18:13
  22:10
  24:15
  62:14

finds   11:4

fine   8:10
  14:13

finger   16:20

firmly   68:3

fit   76:16

five-person
  43:7

fixed   18:7

fixes   29:6

fled   73:1

focus   60:14
  80:11

focused
  61:23

folk   7:11,
  22

folks   25:4
  33:25
  37:10
  39:2,20
  56:12
  59:25 74:2
  85:10

follow   69:3,
  12

forced   13:4

foremost
  33:15

forgive
  35:24 36:2

forward   10:6
  22:25
  33:22,24

fought   89:24

found   13:15
  15:9 17:10
  20:9 23:17
  28:8,12
  35:7,20
  51:14
  56:14

frame   36:3

Frances
  85:22,23
  86:3,7,10

Francis
  85:21

fraternity
  41:23

friends
  37:23

front   3:14
  4:23 27:20
  62:8 77:3

fulfill   8:15

full   50:11

fully   64:13

Fund   81:5

funds   77:12

fungible
  23:20

future   50:3,
  4

---
**G**
---

gain   62:4

Galeo   81:5

Garcia   81:2,
  3,4 83:8,
  12,18,22
  84:1,4,7

gave   43:1
  64:25 67:2

General   3:23
  4:3

generally
  23:19 71:3

gentle   90:9

gentleman
  5:19

gentlemen
  39:10,16
  51:1

gentleness
  90:11

Georgia   2:20
  5:20 6:3,6
  7:2,5,6,8,
  10,13,23
  8:21 26:24
  29:24
  50:16 60:9
  61:16,22
  64:14
  68:3,9,12
  73:7,17
  74:14 75:7
  76:3 78:21
  79:11,20
  81:7 84:12
  85:11
  88:1,25

Georgia's
  80:21

Georgians
  54:8
  79:14,17

gerrymandered

56:1 57:3
  83:6

gerrymandering
  53:3 82:13

GHDC   4:20,
  21

Gilliard
  2:11,15
  5:15,18

give   2:11
  3:13 7:19
  10:7 35:18
  45:8 46:7
  80:24
  88:20

giving   72:15

glad   5:21,
  22 6:12,17
  10:12,13
  27:19
  59:21

glaring   41:3
  43:22

Glenn   6:5
  49:22

good   2:2,3
  3:1 6:20
  34:1 47:21
  55:3 60:3
  61:9
  67:16,18
  69:21
  74:11
  77:14
  78:14 81:3

85:21,23,
  25 86:10
  88:15

government
  58:18,19

GRA   68:11

Grant   61:11,
  13,15
  64:18,24
  65:3,6,10,
  17,20,23,
  25 66:11,
  16 67:4,14

grassroots
  61:22

grateful
  8:11

Grayson
  73:24

great   5:20
  8:8 10:19
  36:5 46:20
  89:17

greatly
  88:13

green   16:20
  32:8 42:20
  45:16,20
  47:11

grew   43:24
  44:1 73:3

ground   20:8

group   63:4

Grove   76:9,
  14

growing
  49:3,8
  64:13 75:4
  79:20

grown   79:14

guarantee
  73:21

guess   5:24
  13:20
  37:17 67:5

guessing
  4:21

guidance
  2:18

guide   63:8

guys   10:6
  86:11

Gwinnett
  23:4,20
  26:6 60:23
  68:16
  71:16 72:2
  73:8,14,18
  82:1

────────────

H

H123   4:13

H143   4:19

hall   34:16
  55:1

handling

34:15

**handout**
26:22,24
27:3 62:9
64:24 65:1

**hands** 59:24

**hanging**
25:24

**happen** 63:19
68:25

**happened**
77:7

**happening**
77:4,10

**happy** 61:5

**hard** 46:10
47:14

**hate** 47:1

**HB1EX** 5:3

**HD** 26:7
27:24 57:2
60:18
62:21
81:17,23

**head** 25:25

**headline**
9:18

**hear** 3:3
6:15 10:12
15:3
65:15,17
89:3,4

**heard** 27:23
53:17,19
54:17
62:25 64:5
66:20
67:5,11
71:22
72:11 77:6

**hearing**
39:16,18
61:20

**heavily**
16:16
83:21

**held** 62:5

**helped** 56:12

**helpful**
47:12

**Henry** 17:18
24:2,13
42:17
43:12 76:5
77:25

**heritage**
56:6

**Hey** 60:7
76:2

**high** 70:1
79:4

**highest** 79:2

**Hispanic**
81:6,18,24
82:15,19,
23

**historical**
43:16

**historically**
42:15

**history**
40:18
50:7,8,15
55:13

**hit** 26:4

**Holcomb**
23:25

**hold** 45:14
46:15
75:18

**home** 6:6
30:3

**honorables**
88:24

**hope** 9:14
37:15 47:6
58:16

**horizontal**
34:2

**hours** 22:15
42:8 49:15
50:1 51:25

**house** 2:5
4:12,20,22
6:3 7:5
8:18,21
9:5 11:3
28:2
34:17,18,
20 37:9

38:2 40:4,
8 41:7,24
42:11
43:21
44:2,4
45:12,18,
19 46:1,9
48:18
49:14,23
51:8,9,11,
21,24
53:12,16,
21 61:18
62:11 63:5
66:8 73:7
79:22
80:12
81:10 83:4
90:24

**House-2023**
4:14

**Houston**
15:24
78:18,23
79:19

**Howard** 84:9,
10,11
85:17

**humbly** 53:24

**hundreds**
48:8 54:8

**hurt** 74:18

---

**I**

---

**idea** 14:7

identified
  52:5

identifies
  79:16

identify
  4:16

illegally
  51:15

illustrative
  80:25

impact   12:7
  16:18
  20:19 67:8
  81:5

impacted
  51:17

impacting
  64:1

impacts   54:1
  63:17

implicated
  82:10

implore
  87:15 88:7

important
  25:15
  40:15
  41:11,12
  50:3 57:21
  79:7

importantly
  41:1

impose   41:9

impressive
  36:6,7

Inaudible
  18:22

included
  16:9

includes
  52:6 67:22
  79:6 86:13
  87:5,8,10

including
  17:23
  81:9,14
  82:10

inclusive
  68:5

incompatible
  20:5

incorrect
  26:10

increase
  23:7 68:8

increased
  26:12

increases
  80:19

incumbencies
  12:4

incumbency
  16:18
  25:21

incumbent
  16:5,10

19:18 24:6
52:11
64:10
65:15 66:9
67:1,2
81:16

incumbents
  12:7,12,
  13,17,23
  18:6 20:22
  21:8 53:14
  54:5
  83:14,17

independent
  68:6

industries
  45:5

industry
  45:6

Infantry   6:7

influence
  74:17

initiatives
  75:1

injuries
  41:21

inside   47:24

insight   43:1

institutions
  44:16 49:5

instructed
  86:12 88:1

instructions

13:23

instructive
  14:9

integrity
  32:9

intentionally
  41:22

interest
  40:11
  43:19,23
  44:14 45:9
  48:10
  49:9,10,12
  50:7 80:3

interesting
  86:8

interests
  75:6,8
  80:5 82:16

interior
  46:2

interpretation
  36:17

interrupt
  47:1

introduce
  5:14 6:1
  10:11

introduced
  5:8 63:14

involved
  69:2

involves

34:10

**issue** 25:6
41:2,11,
12,15 43:8
45:10
48:5,7
49:17
50:19 59:5

**issues** 41:1
42:1 80:6

---

**J**

**Jada** 74:8,
12 76:4,5,
11,24

**Jamaican**
56:6

**James** 31:16

**Jan's** 39:15

**Janet** 61:11,
15

**jeopardy**
8:17,19
9:5 36:12
38:18

**jerk** 57:7

**Jesus'** 2:22

**Jill** 84:9,
11

**job** 12:8

**Jones** 11:25
13:5,15,23
14:8 15:9,

16,22
16:3,9,17,
25 17:3,
10,16
18:2,10
19:6,9,20
20:9 22:22
24:9,15
25:18
35:7,22
36:2 37:5
42:13
50:20
53:19 64:7
69:11,19
70:4,14,24
71:3 78:19
86:12
87:22
88:11

**Jones's** 11:2
20:16
29:3,5
30:7 46:1
48:13,15
49:13
51:13 79:9
81:21
82:7,11
87:16

**judge** 7:17,
21,25 8:15
11:2,25
13:5,15,23
14:8 15:9,
16,22
16:3,8,17,

25 17:3,
10,16
18:1,10
19:6,9,19
20:9,16
22:22
24:9,15
25:18,22
29:3,5
30:7 32:4
35:7,22
36:2 37:5
38:16
42:13
45:25
48:13,14
49:12
50:20
51:13 52:4
53:19 61:4
64:7 70:18
78:19 79:9
81:20
82:7,11
86:12
87:16,22
88:11

**judge's**
7:18,20
9:11 26:7
28:3,7
36:10 38:4
53:15 54:1
67:21
80:13,24
88:8

**judges** 69:13

**justice**
84:15

---

**K**

**keeping**
12:24
75:15 80:2

**Ken** 46:19

**Ken's** 46:16

**Kenneth**
32:23

**kind** 3:16
5:7 17:25
22:11
60:20
63:22
76:21

**knocked**
56:18

---

**L**

**labeled**
15:10

**lack** 35:25

**ladies**
39:10,16
51:1

**lady** 49:21
55:21,22

**Lake** 46:11

**land** 78:25

**landscape**

7:12

language
  35:14,25

laptop   4:8

large   60:25
  77:19 79:3
  82:3,15,18

larger   19:4
  77:8

largest
  47:20

laser   80:11

Latino   72:2,
  21 73:5,16

law   10:22
  40:15
  41:10
  42:21
  43:10,18
  44:15
  47:16
  49:11

lawful   27:17
  28:8 29:6,
  10 35:12
  45:10

Lawrenceville
  68:17
  71:19,24
  72:5,7,13
  73:19,25

lawsuit
  59:10

lawyer   36:5
  42:20

LC   90:24,25

lead   24:15
  36:12
  57:24

leader   6:15
  10:10
  13:25
  26:16
  29:14,21
  30:2 31:16
  37:23
  38:21
  59:12

leaders   2:17

leadership
  53:11

leaning
  12:18,19,
  25 13:3,4
  16:7,14
  19:11,13
  21:1,3,6
  31:9 33:1
  56:15

leave   88:22

leaves   13:19

leery   36:10

left   19:10

legal   34:6
  40:6 41:1,
  2,5 57:15
  69:22

legis.ga.gov.
  3:24

legislative
  2:7 78:21

legislature
  33:4
  35:16,20
  51:15

legitimate
  12:9

letter   11:1

level   89:7

Leverett
  2:2,4,24
  5:22 6:8,
  24 8:8
  10:9,18
  13:25
  14:12,18
  15:4
  21:13,24
  22:3,10
  25:10
  26:1,15
  29:20
  33:12 36:1
  37:6,14
  38:20 39:2
  46:14,19
  47:1,6
  51:3 54:12
  58:24
  59:19
  61:7,10,14
  63:6
  64:17,23

66:17
  67:12 69:8
  71:6,9
  72:16,19
  74:6,11
  75:18
  76:1,13
  77:16
  78:3,8,11
  81:1 83:7
  84:8
  85:16,25
  86:6,9
  88:10
  90:15

Liberty   6:5

lift   79:8
  80:1

likelihood
  80:20

Likewise
  10:18

limitation
  14:22

limitations
  21:15

limited   19:2

limits   68:1

Lindbergh
  47:14

lines   55:15
  57:5,14
  74:20

list   59:23

60:1,21
90:18

**listen**  90:2

**listening**
58:17
74:14
85:15

**literally**
11:11,19

**litigation**
41:19
42:16

**litigations**
40:23

**live**  20:22
43:25
45:21 75:3
78:23

**lived**  87:3

**livelihood**
89:23

**lives**  24:7
76:4,5

**living**  75:7,
8

**local**  68:13,
14

**located**
78:24
79:10

**Locust**  76:9,
14

**Loganville**

73:15,23

**long**  6:4
42:21 44:9
50:5 62:5
83:24

**looked**  80:10
84:1

**Lord**  2:16,
21 8:7

**lost**  56:10

**lot**  23:21
29:25
33:20 36:2
64:9 67:7
87:21

**love**  65:25

**low**  18:12

**lower**  30:19

**Luis**  85:17

—————————

**M**

—————————

**Macon**  15:24
29:24,25
30:6,9,12,
25 31:15
66:4 77:8
79:6

**Macon-bibb**
12:16
15:8,19,25
17:9 27:6
34:21

**madam**  26:15

55:1 69:10

**made**  18:3
19:5 32:17
48:16 63:1
66:24
84:22

**maintain**
41:10

**maintenance**
40:13 42:3

**major**  25:6
44:15

**majorities**
51:23

**majority**
11:5
12:13,18
15:9,11
16:15 18:1
22:20
24:19 25:1
26:8,9
27:4
28:12,18,
24 29:12,
15 30:6,8,
11 34:7,
10,13,16,
18,20,23,
24 35:6,8,
10,17
36:19,21
37:7,8,12
40:14
41:10
44:11

48:20,23
52:9,22
62:17,19
63:9 65:8
67:22
69:17,24
70:3,8,12,
16,17
74:20 78:2
79:22
80:23
86:14,17
87:3,4,17

**make**  2:10
7:20 8:19
13:9 25:11
37:21
38:19
44:22
60:12,16
88:15

**makes**  13:12
16:24 17:2
52:2 74:22
82:9

**making**  2:18
7:14 39:11

**MALE**  37:13
45:15

**manager**
84:12

**mandate**
27:3,11,
14,17
28:1,3,8

mandated
 69:4

manner  36:17
 79:24 80:3

map  3:3
 4:12,17,25
 5:2,4 7:4,
 15 8:23
 9:1,6,10,
 13,19,21,
 22 10:1,5
 11:13,14,
 20,22 12:3
 13:13,24
 14:10
 15:10,19,
 20 16:2,6,
 8,19,25
 17:7 18:6,
 10,13,18,
 20 19:6,9,
 24 20:6
 21:22
 22:13,15,
 16,23,24
 23:17
 24:16
 25:6,17
 27:17
 28:8,15,23
 29:6,10
 32:4,6,17
 33:18
 34:6,22
 35:9 38:4,
 10,13,16
 41:3 42:11

45:17
48:9,12,22
50:2,21
51:9,11,25
52:20,24,
25 53:2,7,
13,16,22,
25 54:3,4,
9 58:2,4
60:17
61:2,19
62:10,11,
14,19
63:5,9,11,
17,24,25
64:2,6,12
65:14,19,
22 66:21
67:10,20
68:1 70:15
74:22 78:4
80:12
81:8,14
82:8 86:1,
13,15,21,
24,25
87:5,6,11,
12 88:2
90:19

maps  4:2,6,
9,23 38:25
57:1
60:15,20
61:4 62:1
63:5,11,
13,21 64:8
67:19
68:23 69:6

70:22
74:16,18
78:21
80:21,25
82:6
84:18,19,
21 87:24
88:3,7,12,
19

Margaret
 40:3 42:9

margin
 52:12,13,
 15

marked  65:5

Marne  6:7

Marta  46:10,
 12 47:12,
 15,24
 48:1,4

Martin  72:5
 73:23

Martinez
 71:11,13,
 15 72:25
 73:10,12
 74:5

Mary  40:3
 42:9

master  9:6
 22:24
 38:16 64:8
 80:20
 87:22,23

Matt  74:3

matter  36:23
 38:3 78:17
 85:2

matters
 59:18

mayor  72:7
 73:16,18

Mcdonough
 74:13,18,
 22 75:3,22
 76:6,19
 77:20 78:1
 87:6,8

Mcintosh  6:4

Mcleod  55:3,
 6 58:25
 59:4,7,9,
 14,17,20

means  60:18
 76:11 77:2

meet  53:14
 70:18,25

meeting  2:6
 3:19 4:1,
 24 5:10
 39:19

meets  54:1,5

member  4:23
 31:8 43:4
 66:12
 68:11
 73:15 88:5

GEORGIA HOUSE OF REPRESENTATIVES
Reapportionment and Redistricting on 11/30/2023 members..non-connection

members  5:9,
  11 12:5
  39:23,24
  48:19
  54:15,22
  55:4 61:14
  81:4,10,
  11,13
  86:11

Memorial
  49:22

mention
  46:1,2

mentioned
  48:13,14
  63:7 65:13
  72:21 77:7
  80:8 83:12

met  63:22

metro  17:14,
  17 18:16,
  22 19:23
  20:2 24:24
  25:9 27:5
  30:1
  34:11,14,
  17,19
  47:21
  68:18

Miami  73:3

mic  14:15,
  21 15:5
  72:18

microphone
  10:11

45:19 86:4

microphones
  21:16

mid-  53:3

mid-cycle
  62:5

middle  24:8
  40:4 44:5
  45:3,18
  50:23
  78:25
  79:11,20

miles  45:22

Milledgeville
  12:16
  16:1,4
  32:24

Miller
  78:10,14,
  16

million  7:8,
  9

millions
  48:8

minds  8:5,
  13,14

mine  46:21

minority
  6:15 23:11
  26:8 29:13
  44:11 49:2
  59:12
  69:16,17
  70:3,16

minute  85:20

minutes
  65:16

Miriam  32:5,
  15

missed  54:25
  71:12

model  50:14

modifies
  53:6,10

mom  10:20

moment  25:5

money  47:17
  58:15

monopolize
  37:17

months  33:21

move  6:22
  17:13
  32:11
  43:16 68:4

moved  7:8,9
  24:5

moves  24:12

moving  49:25
  58:22
  63:18

Mughal  23:5
  81:22

multiple
  41:17 44:1
  64:22

77:1,12

muster  37:4

_____

N

named  81:5

national
  78:16

native  43:24

natural
  74:25
  77:10

nearby  12:20
  17:22

needed  11:25
  13:5 15:9
  19:7,20
  28:9 57:16
  81:20

newly  74:15

news  48:6

Newton  76:9
  89:2

nice  59:20
  77:13

nicer  76:21

Niles  85:21

nominally
  22:19

non-  49:1

non-connection
  42:12

GEORGIA HOUSE OF REPRESENTATIVES
Reapportionment and Redistricting on 11/30/2023

nonpartisan
84:13

north   16:21
23:19,25
24:13 25:8
30:25 48:2

northern
16:12 45:4

note   36:4
77:17 85:7

notice   4:24

noticed   47:5

notion   36:15

number   2:6
4:19 11:16
12:12,22
13:1,7,18
17:22 19:4
23:24
39:20
47:20
54:15
60:17 62:2
65:15
66:25
79:13,16
81:8 90:24

numbered
44:19

_____

O

Oak   6:11

oath   56:7,8

obvious
24:20
25:14

October
78:18

offer   9:18

offering
41:4

office   4:10

Offices   4:3

official
89:1

officials
89:7,13

Oglethorpe
45:4

Oliver   39:25
40:2,3
45:16
46:14,18,
24 47:4,10
51:4 52:2

open   2:13
9:22 10:3
31:8 32:19
33:2 66:8

operated
13:22

opining
36:18

opinion
36:14
37:15

78:20

opponent
55:19
56:22,23

opportunity
7:4 12:21
13:2 20:14
21:4 26:20
28:11,17,
20 29:7,8
32:13
35:3,13,19
36:15,19
40:17
41:14 42:4
43:5 61:16
62:7,20
64:16
67:23
69:25
70:13
77:25
78:15 79:9

oppose   81:7

opposing
62:5

orange   17:25

order   6:14
7:25 8:3,
15,16 9:11
11:2,4
16:4 20:16
29:3 30:7,
16 31:2
32:9 33:16
34:3,4

35:4,24
36:4,11
38:5 42:13
43:5 46:1
48:13,15
49:13
51:16 54:1
62:2 63:21
67:7,21
69:4,18
75:15
77:21,22
79:9 80:13
81:21
82:7,11
87:16,25
88:8

ordered   32:4
53:8

orders   80:24

organization
61:22
75:24 81:5
84:13

organized
77:3

orientation
6:21 9:17

overflow
3:6,11

overturned
64:15

overweight
34:1

oxtail   57:6

GEORGIA HOUSE OF REPRESENTATIVES
Reapportionment and Redistricting on 11/30/2023 Index: p.m...perspective

```
         P
p.m.  3:20

packet  4:24,
  25

pages  69:21

paid  46:25

pair  67:2
  83:17

paired  12:11
  18:6 52:19
  81:15

pairing
  19:17 21:7
  52:7,23
  66:25

pairings
  12:15 13:8
  65:15
  83:14,15

pairs  12:22

panel  35:15

parents  73:1

Paris  32:5

Park  81:15

Parkway  72:6

part  6:4,5
  16:21 27:2
  30:7 42:4
  50:23
  73:25

participate
```

```
  40:17

participated
  41:17

partisan
  53:3 62:4

party  81:11

pass  33:18
  37:4 54:9
  62:16,24
  64:6,12
  68:14
  80:18

pass-fail
  62:13

passed  59:6
  68:15
  80:15

passing
  53:16

passion  90:6

past  52:21

paste  11:19
  15:19
  18:19 19:3
  66:22

pasted
  11:22,23
  17:20
  30:14

pasting
  11:11 19:8

pays  49:11,
  13
```

```
peas  57:6

people  2:19,
  20 3:16
  7:8,9,11
  44:25 49:4
  53:20
  56:11,14
  57:16
  58:8,17,
  19,20 64:5
  68:9 73:8
  77:6,13,
  14,25 78:1
  79:3,4,15
  80:8 89:22
  90:12,17

people's
  58:13
  60:2,10

perceived
  90:10

percent  7:10
  20:11
  30:10,18,
  21 32:12
  36:25
  44:12
  48:18,25
  52:12,13,
  14,18,22,
  25 53:20
  58:3 62:22
  63:18
  64:1,3
  71:20,22,
  24 72:3,4,
  11 79:15
```

```
  86:21,23,
  25 87:1,6,
  8,12,14

percentage
  23:8 26:13

perfect  77:4

perfectly
  14:12

performing
  20:13
  23:10
  24:12
  81:18,24

performs
  28:19 37:1

perimeter
  46:3,5
  47:23,24

perpetuate
  82:12

person  19:11
  68:19 74:1

person's
  56:19

personal
  41:13,20,
  21 42:1,3,
  4

personally
  36:13
  41:14

perspective
  65:11
```

pertinent
  27:2

petition
  84:20

phrased
  35:23

pick  84:25
  85:3

Pike  66:6

place  8:11
  16:5 31:7
  75:16
  83:20

places  9:3
  80:4

plaintiff
  36:22
  59:10

plaintiffs
  11:7,8
  35:5 63:6
  78:20

plaintiffs'
  12:5 15:15
  18:5

plan  4:13,
  20 6:17
  13:16 17:2
  39:24 65:7
  82:5,9,21,
  24 83:5,
  13,16,20,
  25 84:2
  90:25

plans  4:5,15
  71:14
  82:13
  90:22

play  86:4

played  48:6

pleased
  10:24

plurality
  20:12
  28:18

POC  60:25

podium  14:23
  39:8

point  18:21
  24:25
  76:24
  88:15

pointed
  87:24 88:3

points  23:8
  26:13
  60:17

policy  60:8
  75:25
  82:16

political
  13:10
  25:21
  31:4,6
  40:13,24
  41:9,25
  42:2,3
  44:9 50:3,

4,5 51:16

politically
  32:10

politician
  89:11

Pooler  82:14

population
  5:1 17:8
  23:8,12
  26:12
  47:18
  52:18
  60:25
  63:19
  64:2,4
  76:15,16
  79:2,21
  82:3

populations
  44:13
  68:22,25
  70:1

portal  3:22
  5:6 54:7

portion
  39:18

position
  42:22

post  47:7

potential
  32:14
  65:14

potentially
  38:9 63:23

power  40:13
  42:3 51:16
  74:17,22
  75:16 80:4
  82:23
  88:12

practiced
  42:21

Praise  8:6

pray  2:22

prayer  2:14

preachers
  2:12

precinct
  45:25
  71:18,19,
  24 72:1,13
  73:25

precise  20:3
  63:1,25

precision
  35:25

preface
  22:12

prefer  14:23

premise  11:1
  13:21

prepared
  4:10 65:1

preparing
  53:12 65:1

prerogative
  37:18

presence
2:17 41:3

present 6:22
10:4 61:4
80:7 85:13

presentation
4:17 6:16
26:20
27:24 66:3

presented
4:11 5:2,4
9:2 38:25
50:2 53:7
66:22
67:19
68:24
70:10,15,
22

presenting
80:16

presently
31:18 33:3

preserve
14:7

President
48:24

pretty 18:25
20:1

prevail 35:4

previous
50:22

previously
30:20
48:23 68:2

81:24

pride 8:9

principles
40:15,16

prior 30:5
32:1,2
44:10
49:15

prioritize
75:11

private
47:20

privileged
49:20

Pro 69:10

problematic
60:21 61:3

proceeds
15:23

process 9:7
40:12,22,
25 42:5

processes
41:16
68:5,10

produce
35:24

professional
49:4

prohibited
23:16

Project 76:3

proposal
10:25
11:10
12:3,10,
14,22
13:12
16:13,24
17:20
20:19,25
21:11,23
24:11
28:16
29:12,13
32:25 37:4
44:21
53:13

proposals
29:16
80:10

propose 5:3

proposed
4:2,5
27:25
28:2,23
46:12
47:14
53:25 54:4
58:5 60:15
66:6 82:5,
8,21 83:5

protect 24:6

protected
22:21 23:1
25:8

protection
64:10

proud 68:20

prove 36:23

provide
28:24 65:8

provider
47:21

public 3:4,
13,22 5:5
6:9 9:14
22:14
38:24
39:18
49:24
75:25 85:7
89:11

published
78:19

Puerto 73:2,
4

pull 78:1

purity 49:23

purpose
75:15

pursuant
81:20

push 10:6

put 8:17,18
9:4 12:19
26:22,25
46:18 66:8

puts 21:2
33:1 64:5

putting 21:7

**Q**

question
30:23
33:13
59:1,2
64:18
66:17
69:9,12
70:7 72:18
73:13 74:3
75:19 83:8

questions
21:12,17,
20 22:5
26:2
37:17,19
59:16
61:6,8
64:21 66:4
67:13 71:7
74:8 89:18
90:2

quick 25:5
64:21,22
66:19

**R**

race 50:16,
18 56:16

racial 82:12

racially
83:6

racing 35:23

rail 46:10
47:14

raised 59:25
68:19

ran 55:16,
18,22
56:9,20

range 30:21

rapidly 75:4

Ray 71:11
72:18

read 27:1
34:4,8
54:7 69:21

reading 27:9

ready 21:17,
19 26:2
60:5

real 14:7

reality 7:15

realize 7:13
44:25

realized
55:25

reapportionmen
t 2:5 4:3,
10 40:12
41:17

Reapportionmen
ts 50:9

reason 12:23
22:18 31:6
46:3 48:14

66:25 67:1

reasonable
8:5,12,14

reasons 31:4
47:21,22
66:24 81:8

recall
83:18,22

receive 4:17
74:25

received
89:10

recess 38:24
39:1

recommended
52:1

record 72:10

Recording
2:1

redistricting
2:5 51:12,
14 57:2
59:5 61:24
62:6 68:5,
6,10,12,14
80:1

redraw 22:24
46:4 88:7,
12

redrawings
50:10

redrawn 41:6
43:21

74:21

reduced
51:15
65:14

reelected
56:22

Reeves
29:22,23
30:16,22
31:5,10,
14,21,24
32:18,21
33:3,8,11
64:19,20,
24 65:5,7,
12,19,21,
24 66:2,14
72:20,21
73:6,11
74:4
83:10,11,
19,24
84:3,5

referenced
62:12
63:10

referencing
75:20

reflect 7:17

reflective
7:5

reflects
53:3 64:13

reform 61:24

regard 12:7
  16:18

region 18:17
  50:16,18
  79:1,12,20

regulations
  47:13

reject 18:13
  22:23

relate 47:17

relation
  40:7
  42:17,18
  43:18
  44:15
  45:11

relationships
  41:21

released
  51:25

relevant
  45:9 48:5

remain 83:5

remaining
  59:25

remains
  19:11

remedial
  88:3

remedied
  40:21

remedy 13:14
  24:17 34:9

35:10
  36:24 38:6

remember
  19:15

remind 3:21
  87:20

reminder
  39:3 61:21

renumbers
  86:16

rep 55:7
  75:9

represent
  6:3 40:4
  57:8 71:15
  72:3 74:2
  78:22 80:6
  85:4

representation
  58:14 66:5
  69:2 75:14

representative
  2:11,25
  5:15,25
  6:9,10
  7:24 16:11
  19:16 23:5
  24:7 26:3,
  16 29:21
  32:5,7,11
  38:8,11,14
  39:25 40:3
  47:7 51:4,
  5,7 52:2,
  7,19

54:13,20,
  21,24
  55:6,10
  57:9,15,
  18,21,25
  58:6,25
  59:4,18,20
  60:19
  64:19
  65:12
  71:11
  72:17,20
  74:7
  81:15,22
  83:10
  84:25

representative
's 16:22

representative
s 11:4
  59:23 73:7
  74:24
  76:20 77:2
  80:4 85:3

represented
  23:5,24
  44:20 52:9
  57:16
  58:11
  71:23,25
  72:9,12
  73:21

representing
  5:19 57:9
  58:8
  73:14,17,
  22

represents
  50:6

republic
  55:10
  57:19,20,
  22,25 58:6

Republican
  9:13
  12:12,17,
  19,23
  13:3,8
  16:5,7,10,
  14,16
  19:10,13
  20:22
  21:3,6,22
  24:6 31:8,
  9 32:14,23
  45:17
  51:11
  52:14,25
  53:2
  55:19,22,
  24 60:15
  81:8 83:13

Republicans
  9:1 55:24
  58:4 67:2,
  8 81:12
  83:20

require
  69:15 82:7

required
  12:25
  20:10

requirement

70:18

requires
34:25
35:1,11

reshuffles
86:16

reside 79:5

residence
16:11,22

resident
68:18
74:13
78:18
88:25

residents
74:23
89:3,8

resolutions
68:14,15

respect 9:1
11:3 36:14
37:15
89:13
90:2,3

respectful
89:8,17

responding
89:22

responses
89:5,10

rest 13:19
20:5
71:21,23
72:1

restriction
14:19

result 64:9

reviewing
74:15

revisit
64:12

Reynaldo
71:15

Rican 73:4

rice 57:6

Richard
74:9,10,12
75:23 78:9

Rico 73:2,3

Ridge 6:11

rightly 72:8

rights 8:25
9:4 10:17,
22 20:10
22:18
25:18
34:25 35:1
36:8,10
40:11
41:18
42:14,16,
23 43:15
50:8,17
51:18
53:18,22
54:6 69:15

ripple
11:12,15

13:18
15:16
17:21,24
18:4,24
63:1

risk 17:11
18:12
64:6,15

risky 53:17

Rob 2:4

Robins 79:7

rock 6:7

room 3:6,8,
21 5:14
25:15
39:11 60:4

Rosalynn
49:21

row 54:19

rules 47:13

ruling 26:7
51:13
53:15
87:24 88:4

run 13:4
21:5
32:14,15
56:4,12,14

running 21:9
31:18 33:4

rural 75:6,
21 76:12

S

sadness
10:19

sake 60:11

Sales 9:8
10:8,10,
15,16,21
15:3,7
22:8,12
25:13
26:11
27:8,12,16
28:4,7,25
29:4,18
30:13,19
31:3,7,12
32:22 33:6
34:24
36:21
37:19,21
38:21
62:25

Sam 81:15

Sanders
88:23,24

satisfy
20:16

Savannah
5:20 77:7
82:15

save 8:16
38:9,11

school 43:3,
13

score  66:1

Scott  23:24
  45:2

screens  15:2

sea  5:20

seat  3:10
  19:18
  31:8,19
  33:2 39:13
  56:21 66:9

seats  7:22
  79:22
  89:16
  90:14

Section  8:24
  9:11 22:17
  23:16
  24:16 25:8
  35:4,11
  37:2,3
  42:18
  69:14

sections  9:3

seeks  12:15

Sells  37:20

Senate  34:13
  37:11
  44:2,4,18
  51:22

senators
  48:19

sense  62:14

servant

89:11

serve  2:20,
  22 58:21,
  22 61:15
  80:9

served  44:2
  73:10,13

service
  49:24 50:2

serving  5:21
  89:12

session  2:7
  25:17 62:1

sessions
  41:18

set  11:6,8
  40:10
  72:10 86:1

Shapur  73:23

shared  10:20

shares  82:16

sheet  3:12
  39:5 88:21

shock  49:16

short  36:6

shortly
  26:21

shot  7:19
  88:14

shoulder
  46:16 47:8

show  15:1

35:5

side  34:16

sign  3:16
  39:4 88:21

signed
  39:20,25
  88:17

significance
  49:7

significant
  45:7,10
  46:8 47:20
  49:25
  81:17

significantly
  40:9 44:8,
  20 47:18
  48:20

signup  3:12
  88:21

similar
  35:14

simple  22:18

simply  19:8

sing  6:10

single  43:4,
  6 56:19

singular
  78:2

sir  6:17
  21:13
  26:19
  72:19 73:5

84:8 85:24
88:10

sit  89:2
  90:1

sitting
  89:16,21
  90:12

situation
  8:14

size  76:16

slightly
  19:3 20:7

slither  32:8

smack  24:7

small  11:15
  13:18
  20:20

Snellville
  60:24 82:3

social  84:15

socioeconomic
  82:17

solely  61:23

solemn  7:1,2

sort  5:1
  14:9

sounded  67:6

source  8:8
  10:18

south  19:1,
  23 20:2
  24:5 27:5

GEORGIA HOUSE OF REPRESENTATIVES
Reapportionment and Redistricting on 11/30/2023

34:14,17
38:7 48:4
68:18 76:8
87:11

southeast
17:17
47:23

southern
20:23

Southwest
38:7

southwestern
46:6

Spalding
42:17
43:12

speak  3:13,
15 26:21
39:3,24
51:10
54:19,22,
23 59:23
65:17
71:14
76:23 77:1
88:18 89:3
90:8,19

speaking
67:10
90:12

special  2:7
9:6 22:24
38:16 64:7
80:20
87:21,23

specializes
10:17

specialty
10:21

specific
44:16
51:17
83:23

specifically
69:19,20
70:6,7,25

spend  33:20

spent  29:24

split  61:1
76:5,25
77:18,24
82:4,22

splits  60:22

splitting
76:19

Stacey  59:12

standards
49:9

standing
58:8

start  15:8
22:7
39:10,12
41:8 55:4,
9,13

started  3:2

starting
18:21

starts  10:25

state  7:2,
13,23
40:3,18
51:21,22
55:5,7
68:4 73:17
75:6 77:5,
11 79:1,
15,21
85:12 88:1
89:6

statewide
63:18

station
47:15

stations
46:10
48:1,4

stay  9:22
14:20
64:19

stayed  56:13

Steele  72:8

step  12:3

Stephanie
76:2,3,23
77:23 78:7
80:8

stepped
85:19

stereotype
90:9

Steven  78:19

straight
72:11

Straighten
31:21

strategy
41:9 42:2

strength
22:11
46:17
48:17
50:12

stretch  75:5

strict  62:14

stripes  34:2

strong  62:22

strongly
64:11

struck  64:6
86:20

structure
10:1,2

struggled
69:1

students
44:25
47:19

subdivisions
57:11

submit  3:25
78:4

substitute

9:19,21

suburb  75:4,
9

success  43:9

sufficient
48:2

Sugarloaf
72:6 73:23

suggested
80:17

suggestions
84:22

sum  29:11

support
82:19

supported
77:11

supporters
76:4

surgical
53:9

surgically
63:25

surrounding
11:16
15:18

survival
57:22

suspect  9:23

swapped  16:4

swapping
18:8

swath  47:11

sword  25:24

system  47:13
66:13

————————————
—————————
T

tab  4:5

table  3:14
58:12

takes  23:9
29:8

taking  90:21

talk  3:17
9:9,12
10:24
40:24,25
41:8,20
42:14
43:17
62:25
76:20
77:12

talked  14:9
62:21

talking  37:9
71:20
87:21

target  52:3
81:21

targeted
60:18,20
81:14

tasked  25:18

tax  58:13

taxpayers
89:14,15

team  53:11
65:4

technical
42:19
43:11
65:10

technically
69:24 70:9
71:2

Tem  69:10

ten  7:6

terminology
35:11

terms  36:24
85:2

test  62:13,
16,23

testimony
61:17
74:15 78:6
85:8,17
90:16

That'd
14:12,16

thing  2:10
5:1 20:21

things  24:18
25:20 36:2
38:1 71:2
74:25 75:2

77:11

thinking
46:22

thought
76:18
78:12

three-judge
35:15

threshold
36:23

time  2:12
3:18 29:24
33:20 36:3
37:8
38:19,22
42:18
43:11
52:10,12,
13 56:10
57:4 59:12
60:11,23
72:15
85:13,14
90:20

times  42:7
63:7

tip  30:25
45:20

tired  60:11

today  2:17,
20 4:1
5:12 6:15,
18 7:1 8:2
9:16,19
10:2,14,24

**GEORGIA HOUSE OF REPRESENTATIVES**
Reapportionment and Redistricting on 11/30/2021                    Index: tomorrow..violation

22:11
29:14
36:18
40:22
43:18
51:10
53:17
54:14,16
57:13
59:21
62:15
64:16
67:20 70:9
71:4,14
74:8,15
83:16
84:2,4,5
85:8 87:22

**tomorrow**
3:20 9:23

**top**  27:11

**total**  13:16
42:11,12
48:9 83:15

**tour**  5:24

**transparency**
68:7

**transportation**
47:17

**treating**
47:25

**tribute**
49:21

**true**  24:23
28:22

29:2,17

**trust**  59:14

**truth**  38:2

**Tuesday**
49:20

**turn**  6:17
14:24

**twisted**
58:16

**two-part**
62:13

———————

**U**

———————

**ultimately**
40:21

**unacceptable**
24:17

**unanimity**
36:16

**unchanged**
13:21

**unconstitution
al**  55:12

**uncouple**
32:16
53:14

**uncouples**
54:5

**understand**
34:21
37:16
58:18

**understandable**
47:22

**understanding**
33:17

**underway**
39:9

**undo**  12:15

**undone**  21:7

**undue**  53:3

**unexpected**
43:21

**unintentionall
y**  41:22

**united**  82:6

**universities**
44:16

**university**
44:17,23
45:1,5,20

**unlawful**
17:13
18:14
23:17

**unnecessarily**
50:19 53:4
80:19

**unnecessary**
62:3,24
63:16

**unpatriotic**
55:11

**unprecedented**
43:20

**unravels**
22:20

**unrelated**
62:3

**uphold**  14:8

**urge**  80:21

**urged**  69:1

**urging**  69:3

**USA**  72:24

———————

**V**

———————

**Vance**  32:23
47:7

**verge**  83:3

**version**
80:16

**versus**  68:2

**Video**  2:1

**view**  12:8
53:17

**violate**  8:24
9:2,11
34:2 37:2,
3

**violates**
24:16
40:10

**violating**
45:11

**violation**
13:15
43:22 49:9

50:6

violations
  42:18
  43:9,11

virtually
  17:11

visible
  49:16

visual   45:13
  47:12

visualize
  27:21

voice   14:14
  37:13
  45:15
  58:12 59:2

voices   75:14

volume   36:3

vote   9:24
  53:25
  54:2,4
  56:15,20
  63:23
  82:12 85:1
  89:4,24

voted   56:16
  59:13

voter   74:13
  84:23,24

voters   20:14
  23:11,20
  28:10,19,
  20 29:8,9
  35:2,19

37:1 38:15
40:16
41:12
50:11
53:2,5,10
58:3 63:16
67:24 69:7
78:17
81:19,24,
25 82:24,
25 83:2
86:19
87:2,18

voters'
  51:15

votes   56:10,
  21,23

voting   8:24
  9:3 10:17,
  21 20:10
  22:18
  25:17
  34:25 35:1
  36:8,9
  40:11
  41:18
  42:14,16,
  23 43:15
  48:17
  50:8,12,
  15,17
  51:18
  52:18,24
  53:18,22
  54:5 69:15
  74:16,21
  82:23

vulnerability
  50:25 51:2

_____

W

_____

wait   54:3

walks   3:9

Walton   71:17
  73:9,14,18

wanted   26:6
  56:2 59:23

Warner   79:7

warranted
  89:20

Washburn
  16:11
  31:11 66:8

Washburn's
  66:7

Washburne
  32:7,11

Wayne   6:5

ways   50:13
  61:1 82:5

website   3:23
  4:4 47:7

weeds   69:22

week   34:12
  44:21
  49:19
  68:24

weight   76:22

well-respected
  53:18

west   16:1
  18:16,22
  19:13,23
  24:24 27:5
  34:11,19

Westbrook
  54:24

whichever
  88:2

White   23:7,
  12 26:9,12
  48:24
  79:17
  86:21,23,
  25 87:1

whiter   75:5

wide   45:25

widespread
  82:9

win   13:2
  21:5
  42:21,25
  55:20,24

wisdom   7:18,
  21

wishes   88:18
  90:18

witnesses
  26:21

woman   90:5

women   84:15,

17 90:10

**won** 48:24
  52:12,14
  56:16,21

**word** 2:14
  60:2

**words** 70:14,
  24

**work** 36:9
  57:19 76:3
  77:11,14
  81:4 84:14

**working**
  84:15

**workout** 47:8

**worry** 37:7

**writing** 54:8

**wrong** 58:16
  78:13

---

**Y**

**y'all** 8:10
  26:2 34:15
  38:9,18
  60:7,18
  76:2 90:5

**yards** 45:22
  49:23

**year** 52:21
  56:25

**years** 7:3,7,
  16 46:12
  47:12

50:22
52:10
68:21
73:13
84:14

**yellow** 19:14

**yesterday**
  4:11 5:2,
  4,6,8
  14:20
  61:17,20,
  25 62:10
  63:7 64:25
  70:23
  90:25

**young** 41:19
  55:21,22

**younger**
  42:15

---

**Z**

**Zaldivar**
  85:18,19