# EXHIBIT F

1

2

3

4

5

6

7

8

9

10   REAPPORTIONMENT AND REDISTRICTING

11        GEORGIA SENATE

12      December 4, 2023 Part 2

13      Video Runtime:  1:04:43

14

15

16

17

18

19

20

21

22

23

24

25

1       (Beginning of Video Recording.)

2       SENATOR ECHOLS:  Thank you all for

3  being patient with us.  I was trying to wait

4  on Leverett, to come be available, but he is

5  tied up with his committee hearing right now.

6  So right now, we're going to have public

7  comment on the House map.  And so I had one

8  person, Susan Clymer (phonetic).  And you can

9  come right up here to this podium right beside

10  you, and you can make your comments to the

11  committee.  And just tilt the mic -- yeah,

12  perfect.  Thank you.

13       MS. CLYMER:  Can you hear me?

14       SENATOR ECHOLS:  Yes, ma'am.

15       MS. CLYMER:  Okay.

16       SENATOR ECHOLS:  You're ready.

17       MS. CLYMER:  All right.  Thank you very

18  much.  My name is Susan Dix Clymer, and I am a

19  resident of Gwinnett County.  And I'm speaking

20  in opposition to the proposed Republican map,

21  which still violates the Federal Voting Rights

22  Act.  It does not comply with Judge Jones's

23  order.  That was to increase majority minority

24  district.  It merely shuffles them like a

25  well-worn deck of cards.

1      The proposed map also creates

2  unnecessary chaos and changes in areas well

3  outside of the judge's order, particularly in

4  Gwinnett County -- my Gwinnett County.  For

5  example, House District 101 would move from

6  Gwinnett to DeKalb County and sets up a

7  disruptive race, one in which an incumbent

8  versus incumbent would be in House District

9  107.  I deserve better.  We all deserve

10  better.  Thank you.

11      SENATOR ECHOLS:  Thank you.

12      All right.  Since no one else has

13  signed up to comment on the house map, I

14  believe it is -- it is the appropriate time to

15  entertain emotion.  So what number --

16      (Inaudible conversation)

17      MALE VOICE:  I'll make that motion,

18  ma'am.  Motion do pass.

19      SENATOR ECHOLS:  Okay.  So we've got a

20  motion due pass on LC472575.  That's --

21      MALE VOICE:  No -- yes.

22      SENATOR ECHOLS:  Yes.  House Bill 1 EX.

23  That's correct, right?  That is correct.

24      MALE VOICE:  That's what's in -- that's

25  what's in the (inaudible).

1      SENATOR ECHOLS:  So that is the motion.

2  Do I have a second?

3      MALE VOICE:  Second.

4      SENATOR ECHOLS:  All right.  Any

5  discussion?

6      MS. ANDERSON:  You said you were

7  waiting on the chairman to Come and present

8  the map?

9      SENATOR ECHOLS:  To come and be

10  available.

11      MS. ANDERSON:  To present.

12      SENATOR ECHOLS:  He presented it last

13  week.

14      MS. ANDERSON:  Friday.  Okay.

15      SENATOR ECHOLS:  Yes.  Yes.

16      MS. ANDERSON:  So he's available for

17  questions.  Do you want (inaudible) questions

18  or --

19      SENATOR ECHOLS:  Do you have questions?

20      MS. ANDERSON:  No.  I'm asking why

21  we're waiting on him.

22      SENATOR ECHOLS:  Well, if anyone had

23  questions, I was -- I was just giving him the

24  opportunity -- giving anyone the opportunity

25  to have him answer questions.  But if no one

1  has any questions --

2      MS. ANDERSON:  No, I don't.

3      SENATOR ECHOLS:  So we have a motion,

4  and we have it a second, and we're open for

5  discussion.  Any more discussion?  Okay.  At

6  this time, I think it's appropriate to go

7  ahead and vote on that map.

8      All of those in favor of the motion do

9  pass on the House map, raise your hand.

10      You got it all?

11      Okay.  All those opposed to the motion.

12      We have -- okay.  So the motion passes.

13      Now I'm going to present the

14  congressional maps.  I think that's what a lot

15  of folks are interested in today.  I'll walk

16  through a presentation, district by district,

17  just as I did last week, and then we'll have

18  some discussion after -- well, actually, we'll

19  have public comment after I do the

20  presentation.  We'll open up for public

21  comment.  Then after public comment closes,

22  then we'll get down to the committee's work.

23      So the congressional plan -- you have a

24  copy of it in your in your folder.  You've got

25  a map packet, and then I believe you also have

1  the legislation.  We began by carefully

2  reviewing Judge Jones's order, just as we have

3  before.  The order was very specific about

4  what needs to be done for Congress, and I'll

5  quote, "The remedy involves an additional

6  majority black congressional district in West

7  Metro Atlanta."  And that is found on Page 509

8  of his order.

9         We consulted with legal counsel and

10  then began drawing districts with Gina Wright

11  in her office.  We relied on Ms. Wright's

12  extensive knowledge of Georgia as we put these

13  districts together.  We first drew the new

14  majority black district required by the court

15  order.  That is District 6 on your map.  This

16  district is very similar to the proposed

17  District 6 in the Pendergrass case, which is

18  the congressional district litigation.

19         The plaintiff's expert in that case

20  included portions of Fayette, Fulton, Douglas,

21  and Cobb Counties in the district, and we have

22  covered basically the same area.  We've also

23  moved the portion of Southwest Cobb County

24  that was in District 14 into the new District

25  6.  To be very clear, we did not eliminate any

1   existing majority black seats in drawing this

2   district.  So District 6 is, in fact, a new

3   majority black congressional district.

4          We then had to begin making changes

5   around that district.  Our proposed

6   congressional plan involves changes to nine

7   districts, all in north Georgia.  Districts 1,

8   2, 3, 8, and 12 were not changed.  All changes

9   happened within that north Georgia area.

10          After drawing the new majority black

11   district required by the court order, we then

12   followed our existing traditional

13   redistricting principles to work on the

14   remaining districts.  Those principles

15   include: maintaining district populations so

16   they are exactly the same, plus or minus one

17   person, which is higher than what is allowed

18   on legislative plans, so we comply with the

19   U.S. Constitution requirements of one person,

20   one vote; limiting additional split counties

21   as much as possible; drawing the new districts

22   utilizing the most recent precincts from

23   county governments; ensuring all districts are

24   contiguous; ensuring all districts are

25   reasonably compact in shape; ensuring

1   communities of interest are protected as far

2   as possible.

3          Another goal was to ensure that

4   existing partisan balance of the congressional

5   plan remain the same so we maintain continuity

6   of representation as much as possible.  To do

7   that, we utilize election return data from

8   2018, 2020, and 2022 that had been allocated

9   on the plan to understand the partisan impact

10  of this plan, which remains the same political

11  balance as it was in 2021.

12         So now I'll go through and talk about

13  each individual district that was changed.

14  Congressional District 6 -- as I've all

15  already referenced, Congressional District 6

16  is the new majority black district and has in

17  any part black voting age population

18  percentage of 51.75 percent.  It's located in

19  the same location as the plaintiff's expert

20  district in the congressional case.  It

21  includes the same highways and health care

22  systems Judge Jones relied on at Pages 325 and

23  326 of his order.

24         The district includes part of the city

25  of South Fulton and moves north into Austell,

1  areas that Judge Jones found to share strong

2  connections at Pages 190 and 191.  The

3  district connects a number of suburbs around

4  Metro Atlanta that are all experiencing growth

5  and are diverse communities.

6       Next, we'll discuss Congressional

7  District 5.  Moving to the east, Congressional

8  District 5 shifted east to accommodate the new

9  majority black district.  This district

10  remains centered in the City of Atlanta and

11  includes the airport as it has historically

12  been for a number of decades now.  It has a

13  strong it has strong connections between

14  Atlanta and its suburbs and is a relatively

15  compact shape as it was in the 2021 plan.  In

16  the process of drawing this district, it's

17  black VAP increased to 51.06 percent, and VAP

18  is voting age population.

19       Next is Congressional District 4.

20  Congressional District 4 also shifted east to

21  accommodate the new majority black district.

22  It retains a strong connection with I285 and

23  I85 along the eastern side of Atlanta and has

24  moved out of the farther eastern suburbs it

25  previously had to track up I85 and take in the

1   Buford Highway Corridor.

2         It includes Dunwoody, Stonecrest,

3   Norcross, Duluth, Chamblee, and Doraville, all

4   suburban Atlanta communities that are growing

5   and share a number of sim similar interest and

6   issues.  In the process of drawing this

7   district, its Black VAP decreased from just

8   over 52 percent  to 50.59 percent, but we do

9   not believe that decrease will affect its

10   political performance.

11         Congressional District 13.  Because

12   District 6 had to take so much of existing

13   Congressional District 13's territory to

14   accommodate the required new majority black

15   district, this district shifted significantly

16   to the east.  Notably, the plaintiff's expert

17   had also shifted District 13 to the east but

18   had included a number of additional rural

19   counties that did not fit as well with the

20   metro Atlanta suburban character of District

21   13.

22         We have drawn a better District 13 that

23   begins with the portions of Clayton and Henry

24   that had previously been in 13 and stays in

25   the Atlanta suburbs by taking all of Rockdale

1  and part of Newton Counties along with a

2  significant portion of Gwinnett County.  This

3  configuration enables us to keep the district

4  anchored in Metro Atlanta instead of sending

5  it sending it far to the east in rural areas.

6  This configuration also keeps Conyers,

7  Snellville, and Lilburn whole, all of which

8  are suburban cities with some significant

9  shared interests, given their to Atlanta.  In

10  draw drawing District 13, its black VAP

11  decreased significantly, but it remains a

12  majority black district at 51.45 percent.

13        Let me pause there for a minute and

14  just be clear.  This plan increases the number

15  of majority black districts from the prior

16  plan based on the numbers, and it adds the

17  required majority black district in Metro

18  Atlanta as required by Judge Jones.  This plan

19  includes four majority black districts, which

20  is about 29 percent of the districts in the

21  state.  Moving to the other districts that

22  were affected, you can see the ripple effects

23  of these changes.

24        Next is Congressional District 14.

25  District 14 shifts north in Cobb County after

1  removing the territory that was added to the

2  to the new majority black district.  It

3  maintains its general shape, not crossing the

4  mountains at the north part of the district as

5  the plaintiff's expert had done, but instead

6  maintaining the western character of the

7  district.

8        Congressional District 11.  District 11

9  also changes its split of Cobb to accommodate

10  the new district and takes in Gordon County

11  from District 14.  In order to ease the burden

12  on election officials, the split of Cherokee

13  County that was previously in place remains

14  the same.

15        Congressional District 7.  With all the

16  shifting in Metro Atlanta and the wrapping of

17  District 13 into Gwinnett County to maintain

18  it as a Metro Atlanta focused district,

19  District 7 shifts significantly north to

20  encompass much of the territory previously in

21  District 6.  It includes North Fulton and

22  moves up to Lumpkin County.

23        As I indicated, the split of Cherokee

24  County is the same as the previous map, and

25  the split of Hall County recognizes an

1  important community of interest around Lake

2  Lanier.  The Forsyth Hall border is the lake,

3  and the people of both sides often share

4  similar interest.  Hall County is my home

5  county.  And so under this plan, the speaker's

6  home county and my home county are both now

7  split.

8        Congressional District 9.  District 9

9  retains much of its prior character as a

10  mountain-focused district and puts Jackson

11  County back in the district, which is

12  Congressman Clyde's home county.  Because of

13  the need for population after adjusting for

14  the new district seven boundaries, it includes

15  portions of Northern Gwinnett County, like it

16  did previously, but on a slightly different

17  boundary.  Gwinnett County was split three

18  ways previously, but it's now split four ways

19  because it has a -- because it is a large

20  county, and a lot of the population changes

21  ended up landing in that area.

22        Congressional District 10.  This

23  district shifts to accommodate the changes

24  around as around it, as well.  Its boundaries

25  in Henry and Newton do not change, but it adds

1  a portion of Gwinnett and takes in Franklin

2  and Hart to account for Jackson going into

3  9th.  This district retains its eastern

4  Georgia character, and elections officials

5  will not need to worry about changes on

6  southern or western sides because those

7  boundaries have not changed.

8          As with the legislative plans, we took

9  Ms. Wright's expertise into account in

10  creating this plan.  We also took into account

11  the work on county election officials who have

12  to update the voter registration database.  By

13  drawing them out this way, we are working to

14  minimize the amount of work required before

15  the 2024 elections where we can.

16          This plan does -- also does not

17  eliminate any existing minority opportunity

18  districts.  Judge Jones was clear on Page 510

19  in the order that we cannot eliminate any

20  existing majority opportunity districts in

21  drawing the new majority black districts.

22  While he doesn't define that term, it's clear

23  he's referencing two existing majority black

24  districts.  On Page 511, he refers to whether

25  plan provides black voters with additional

1  opportunity districts.  There are also

2  references to opportunity districts that

3  clearly refer to black voters on Page 106, 145

4  and 146, 211, 268, 417 through 20, and 427.

5        Further, in the context of Section 2, a

6  minority opportunity district must be a

7  district where a single racial group is a

8  majority.  This congressional plan does not

9  eliminate any existing majority black

10  districts.  Instead, it takes a district that

11  is not a majority black district and shifts it

12  north where it remains nonmajority black.  To

13  be clear, the Voting Rights Act protects

14  distinct racial groups, not coalitions of

15  voters.  District 7 was not a majority black

16  district on the 2021 plan, and it is not a

17  majority black district on this plan, so

18  there's no concern about eliminating a

19  minority opportunity district.

20        Finally, like the legislative plan,

21  it's important to remember that we believe our

22  2021 congressional plan complies with the

23  Voting Rights Act and are pursuing an appeal

24  of the judge -- judge's order.  That's why you

25  will see language in this bill that reverts to

1  the 2021 plan, if the appeal is successful.

2  This mirrors language used by the Democrat

3  majority in 2002 when the state senate plan

4  was not precleared in time for use in that

5  election.

6        But if anyone is upset with how a

7  district is configured, remember, we did not

8  draw these districts this way in '21

9  originally, and we did not want to withdraw

10  these districts.  We're doing this because we

11  were sued by democratically-affiliated groups.

12  That concludes my presentation, so now we'll

13  move to the public comment portion of the

14  agenda.

15        I'll list who's up, who's on deck, and

16  we'll move forward that way.  I have first,

17  Ken Lawler (phonetic), and then Ana Dennis is

18  after Ken.

19        FEMALE VOICE:  Do you want (inaudible)?

20        SENATOR ECHOLS:  Yeah.  We don't have

21  to.

22        So, yeah, thank you for making your way

23  to the podium.  And if you're on deck, Ana and

24  Dennis, if you'll just stand against the wall,

25  that way we can move through quickly.  Thank

1   you.  All right.  The floor is yours.

2       MR. LAWLER:  Thank you, Chair Echols,

3   members of the committee.  Glad to be back to

4   discuss our nonpartisan analysis on the

5   congressional map.  Again, our principles in

6   looking at these maps are two things.  Number

7   one is, did does the map implement the remedy?

8   And number two, does it contain changes for

9   political gain?

10      We have disagreements about some of

11  those principles, which we'll talk about.  So,

12  again, we have it -- you have in front of us

13  our scorecard --everybody should have that --

14  with our two-part pass/fail test.  On the

15  racial demographic test, we believe this map

16  fails the test, and I'll explain why.

17      First of all, we agree that the map

18  does implement new Congressional District 6 as

19  a black majority district.  On a technical

20  matter, as the Chair mentioned in the

21  presentation, District 5 also has now gone

22  from below 50 percent to just above 50

23  percent, so it actually counts as a new black

24  majority district, but -- from where it was,

25  but it was already a very strongly performing

1  black opportunity district, so it really

2  doesn't add in terms of participation for

3  black voters.  So really, what you got here,

4  the map does add the one, as requested by the

5  court.

6          Our issue with the map and the reason

7  we say it fails the test is because of the way

8  District 7 has been treated.  District 7 was a

9  minority opportunity district in our view.

10  Yes, it was a coalition, but it was very

11  strongly minority coalition at around 67

12  percent minority voters.  The new map has it

13  at 33 percent.  So we clearly believe that

14  this is in violation of the spirit of the

15  court's order, notwithstanding, Chair Echols,

16  your -- the interpretation, our view -- and I

17  admit I'm not a lawyer, not a Voting Rights

18  Act expert, but I -- my interpretation would

19  be that the purpose of the judge stating

20  the -- or -- the writing the order the way he

21  did was that he wanted the Voting Rights Act

22  Protections, which protect all voters of color

23  and language minorities, that -- that -- that

24  those -- those other minority groups should

25  retain their protections under the map.

1       Our view is that District 7 does not

2   retain those protections as it was a strong

3   minority district -- well, with the coalition,

4   but it's no longer a strong minority district

5   at all.  So by losing District 7 as a minority

6   district, we believe that this is -- this

7   is -- our view is that it does not pass

8   muster.  It does not meet the requirements of

9   the court order.  That's our interpretation.

10       The -- okay.  On the political side,

11   again, we disagree with the objective, the

12   political design of the map.  We've been

13   saying at the -- since the beginning of the

14   session that our belief is that this exercise

15   should be about implementing the remedy and

16   all political considerations should be off the

17   table.  We know that -- we know that this is a

18   disagreement from the way the committee treats

19   this process, that you're trying to maintain

20   the political balance of the state.  Our view

21   is that that consideration should not be in

22   employed here.

23       And as a result, we give the map a fail

24   because of repurposing District 7 as a --

25   (inaudible) Democratic district, not a

1  Republican.  So we just disagree with the

2  principle here, and our analysis would show

3  that that's why we would fail the map.

4       Now let me explain one of the reasons

5  why we disagree with this principle.  This is

6  something that we call mid-cycle

7  redistricting.  Mid-cycle redistricting is

8  when a map is changed without waiting for a

9  census and without in direct response to a

10  requirement in a court order.  Unfortunately,

11  Georgia has a very long and sordid history of

12  mid-cycle redistricting.

13       Just so you know, since 2006, there

14  have been 64 different districts altered in

15  mid-cycle redistricting without waiting for --

16  again, without waiting for a census and

17  without waiting for a court order.  These

18  changes have always been done for political

19  purposes.  And by the way, both parties have

20  been involved.  This is not a one-sided

21  problem.

22       Our view is that mid-cycle

23  redistricting, frankly, is a practice that

24  should be banned.  We should -- we should --

25  we would love to see that practice just taken

1  off the table completely.  The time to deal

2  with the partisan matters is when you redraw

3  the map for the census, not at any other time

4  and not -- certainly not in response to a

5  court order, which is focused on implementing

6  a remedy for, in this case, a violation of the

7  Voting Rights Act.

8        So our problem with this issue -- our

9  issue -- the reason we're objecting and with

10  the reason we are not raising the issue that

11  we raised two years ago about the partisan

12  balance of these maps at this time is because

13  we think that partisan considerations,

14  political considerations should be off the

15  table in this procedure.  We simply disagree

16  with the principle.  We understand your

17  principle is to do it that way.  We believe

18  it's not.

19        Now, lest you think that we are doing

20  this -- we are making this statement sort of

21  as a protection to -- for Democrats, let me

22  explain a couple things.  First of all, this

23  committee is probably not aware that last

24  week, we gave a failing grade to the

25  Democratic caucus proposal on the House map.

1  That map failed, and we said that it failed.

2  We are equal opportunity critics.  We have

3  criticized both parties when necessary.

4        Secondly, I'll remind that the

5  member -- many of the members of the committee

6  were here in 2021.  When the congressional map

7  was debated in 2021, there were two proposals

8  on the table, the one that the committee --

9  the map that was enacted and a Democratic

10  proposal.  At that time, I was the one who

11  testified for our group, and I said, I don't

12  like either one of those maps.  Both of those

13  maps go too far in their respective partisan

14  directions.  We said that the first map was

15  between the two.

16        Again, we did not reraise that point

17  here because we're not trying to relitigate

18  2021.  We'll wait till 2030 to have that

19  conversation.  We just think it should be off

20  the table here.  So, again, we are doing our

21  best to be nonpartisan here.  We're explaining

22  what we said our principles are for how we

23  evaluate the maps, and I would welcome any

24  questions you have about the scorecard, the

25  information in front of you.

1          SENATOR ECHOLS:  We've got one question

2   for Number 7.

3          MR. LAWLER:  Okay.

4          MALE VOICE:  So the -- and thanks for

5   being here and providing this for us.  Could

6   you explain why this changed from last week to

7   today?  The language on the flyers?  The one

8   we got last week was worded differently than

9   this.

10         MR. LAWLER:  We added to the court

11   mandate language and clarity around -- without

12   eliminating any minority opportunity

13   districts.  We, quite frankly, missed that on

14   last week's flyers.  We've actually updated

15   those on our website so they're all

16   consistent.  You've -- you're correct that we

17   changed the language because we felt like we

18   did not pay enough attention to that last

19   week.  We have updated the flyers on our

20   website so that they all now have consistent

21   language.

22         MALE VOICE:  Thank you.

23         MR. LAWLER:  You're welcome.

24         SENATOR ECHOLS:  Any more questions?

25   Okay.  Thank you.  Next step is Anna Dennis

1  (phonetic).  And After Anna is or maybe Ana

2  (phonetic) -- I apologize -- Cindy Battles

3  (phonetic).

4        MS. DENNIS:  Thank you.  Good day,

5  y'all, or good morning.  I'm Ana Dennis, and

6  it's good to see you all again, Chairwoman and

7  Committee.  I'm the executive director of

8  Common Cause Georgia.  And for many decades in

9  cycle -- sorry.  I am really short.  So I'm

10  going to --

11        SENATOR ECHOLS:  Just adjust it.

12  You're fine.

13        MS. DENNIS:  Yeah.  I'm trying to

14  figure out the mic here.

15        So for many decades, Common Cause

16  Georgia has been on the hills of engaging in

17  redistricting through many cycles, mid-cycle,

18  through traditional redistricting.  What we've

19  noticed with these maps is that there's this

20  blatant disregard of traditional redistricting

21  principles.  Something that Common Cause is a

22  network we work on across the country is fair

23  redistricting practices.  And we also work on

24  creating independent redistricting commissions

25  because we definitely do believe that if we

1  can come together as advocates, community, and

2  electeds, we can definitely get redistricting

3  right, and we can make it look a little bit

4  different here, especially in Georgia.

5       But to talk more about, this map, there

6  seems to be a blame disregard of what the

7  court is actually asking us to do or asking

8  you all actually to do.  There has been a

9  disregard that we have a county that has a

10  four-way split, and this county is Gwinnet

11  County, and this county is one of the most

12  diverse counties in the Southeast of the

13  United States.  And this would definitely

14  negatively impact voters of color and minority

15  voters.  So we're definitely concerned about

16  that.  And we're also concerned that there

17  actually was not a new drawing of a minority

18  district.

19       So we are really urging the committee

20  to relook at these maps, and let's try to get

21  this right.  And then as we move forward in

22  the future, let's work on independent

23  redistricting commissions altogether.  That's

24  it.  Thank you.

25       SENATOR ECHOLS:  Thank you.  Next is

1  Cindy, and then after Cindy is Stephanie Ali.

2      MS. BATTLES:  Good morning, Committee.

3  Thank you all so much for the opportunity to

4  be here today.  My name is Cindy Battles, and

5  I am the director policy and engagement for

6  the Georgia Coalition For the People's Agenda.

7  I'll echo what Ken Lawler said.  We managed to

8  make both political parties angry with our

9  thoughts, including when we presented the

10  unity maps during the 2020 redistricting

11  cycle, which no one liked.

12      I want to talk a little bit about the

13  congressional maps that are being presented

14  today.  We do not, in fact, feel like this

15  meets the judge's order.  You mentioned that

16  coalition districts aren't protected by

17  Section 2 of the Voting Rights Act.  I'm going

18  to point out that the 5th and 11th districts

19  actually disagree with that and have said that

20  coalition districts are protected by Section 2

21  of the Voting Rights Act because they're a

22  voting block that are impacted in similar

23  fashion when we talk about housing, when we

24  talk about education, when we talk about

25  voting and election bills.

1        These -- this diverse county, Gwinnett

2    County, is equally impacted by these things,

3    even up to the point where we still don't have

4    an opportunity way on our QBE.  So they --

5    they do have similar interests.  They are a

6    community of interest.  So dividing this

7    county up in four different ways is

8    diminishing their voting capacity.

9        Additionally, the moving of Lucy McBath

10   from another district.  We are nonpartisan but

11   watching someone be removed from her district

12   for a -- or her district change for the third

13   time -- if we're going to tell voters that

14   their vote counts, we can't just tell them,

15   hey, your vote counts if you vote Republican.

16   If you are trying to convince voters to vote

17   for you, then you can't tell them that they

18   have to vote for your party, even if it's

19   against their interest.

20        And what we have seen in the state of

21   Georgia is that There's about a 49 percent, 51

22   percent voting population in this state, and

23   that is not reflected in the way that these

24   maps have been drawn.  So what I would ask

25   this committee to do is -- I know we're on a

1  short timeline.  I understand that.  But let's

2  draw maps in a way that really reflect what

3  the voters of Georgia want and need.  And I --

4  and I know that this has been done by

5  Democrats.  We talk about this all the time.

6  I understand what the history of this state

7  is.  I understand what the history of the

8  Civil Rights Movement is.

9      So let me ask this.  What in the world

10  are we saying when we are saying never in the

11  history of this state have we set aside

12  partisan interest to let the voices of

13  Georgians be the number one priority when

14  we're drawing our districts?  This could be

15  the first time in the history of the state

16  that politicians looked at people in Georgia

17  and said, hey, you know what?  What you want

18  and need as a voting block or a person who

19  cares about your state is more important than

20  whether or not we retain power.  And that's

21  what I would ask you to do in this process.

22  Thank you.

23      SENATOR ECHOLS:  Thank you.  I think

24  you have a question.

25      MALE VOICE:  Has your group drawn a map

1  that accomplishes what you want?

2       MS. DENNIS:  Yes, sir.  And we

3  presented it in 2020.  It was the unity maps,

4  and I emailed it to everybody and shopped it

5  around.  And I had a Democrat tell me that

6  his -- he had a duty to his constituents to

7  stay in power.

8       MALE VOICE:  And so even the Democratic

9  Party would not accept your proposed map?

10      MS. DENNIS:  Exactly.

11      MALE VOICE:  All right.  Thank you.

12      SENATOR ECHOLS:  Okay.  Next up is

13  Stephanie and then Rashida Hassan (phonetic).

14  I apologize.

15      MS. ALLI:  All right.  Morning, y'all.

16  So, again, I'm Stephanie Ali.  I am the policy

17  director with New Georgia Project Action Fund.

18  And first off, condolences to everyone over

19  the weekend.  We deserve better.  We deserve

20  better as a state.  (Inaudible).

21      Anyhow, on to these maps.  So like

22  everyone said, these maps are built on

23  partisan breakdowns.  They are not built on

24  community interest.  We -- we've already kind

25  of discussed that District 7, specifically,

1  now breaks what was once a coalition district

2  now splits up into majority white district.

3  Specifically, this is a heavy AAPI district at

4  the --right now in a heavily Latinx district.

5  And the -- like the people before me have

6  said, the judge in this case specifically said

7  we -- that these new majority Black districts

8  cannot be created by eliminating minority

9  majority districts or minority opportunity

10  districts.

11       These are -- this is the same area that

12  was in 2020 one's redistricting targeted on

13  the senate maps to break up AAPI coalition

14  districts and to remove currently sitting AAPI

15  representation.  As the mother of an AAPI

16  child, the wife of an AAPI voter, I find this

17  insulting.  This is a growing community.  This

18  is growing at one of the fastest rates in our

19  state and has a bright future in the state.

20  But to say that one group of people has to

21  suffer at the benefit for another is not what

22  the point of these maps was for.  We don't

23  have to break up a growing population in North

24  Fulton and North Gwinnett, just to see the

25  rebranding of other districts in Western and

1  Central Atlanta.

2        Further, we see at least in just the

3  metro area alone, six county seats that would

4  be split up, that would be broken into

5  multiple districts.  And that shows just a

6  refusal to keep communities together.  We

7  talked about, McDonough already being hit

8  pretty hard in the house and in the senate

9  side and now in the congressional side.  I

10  don't know what the poor city did to this

11  committee, but McDonough deserves to stay

12  together at least in one map.

13        But we are seeing county seats all

14  along the metro area split by these

15  congressional districts, which means that

16  these cities will have very little power to

17  weigh in when they need something from their

18  congresspeople.  They will have to share that

19  along multiple issue areas to multiple

20  congressional seats.

21        Finally, I -- while we are talking

22  about the fact that there were majority black

23  districts created.  I ask you to look at this

24  from another angle that there are still nine

25  majority white districts.  That is an angle

1  that I think the judge is going to look at,

2  and that it's going to be important for this

3  committee to think about if we don't want to

4  spend more taxpayer money in court, if we

5  don't want to have to be seeing it redrawn by

6  a special master.  And those definitions are

7  important to be thoughtful of.

8      I thank you for your time.  I think

9  this map is not going to pass muster, and I

10  hope that our -- our committee can and will do

11  better, and we still have time to make these

12  adjustments.  Thank you.

13      SENATOR ECHOLS:  Thank you.  Next is

14  Rashida Hassan, and then on deck is David

15  Garcia.  And I apologize if I've mispronounced

16  your name.

17      MS. HASSAN:  All right.  Good morning,

18  Madam Chairwoman, Committee Members.  My name

19  is Rashida Hassan.  I have been a resident of

20  the State of Georgia for over 25 years and

21  have resided in DeKalb County 15 of those

22  years.  I am here today to represent the

23  League of Women Voters of Georgia.  I am a

24  former board member and am currently an active

25  member of the DeKalb County chapter.

1        We have several concerns on SB3EX, the

2   proposed congressional maps.  Throughout the

3   inception of this process, we have

4   consistently sought and continue to request,

5   number one, changes to the maps be limited to

6   those required to address the remedy ordered

7   by the court; number 2, the committee should

8   reject any and all attempts by members of

9   either party to incorporate other changes for

10   partisan political purposes.

11        When reviewing this map, it is clear

12   that SB3EX does not comply with the judge's

13   order.  As an organization dedicated to voter

14   education, we are concerned about the large

15   number of voters whose U.S. representative and

16   potentially polling location will change in

17   such a quick time frame.  Once again, we ask

18   you to review and revise this map to give all

19   voters in Georgia an equal voice.  Georgians

20   deserve a redistricting process that inspires

21   trust and confidence from all Georgians.

22   Thank you so much for your time.

23        SENATOR ECHOLS:  Thank you.  Our last

24   speaker is David Garcia.

25        MR. GARCIA:  Good morning, chairwoman

1  and Members.  Thank you for having us here.

2  I'm David Garcia.  I work for an organization

3  named Galil Latino Community Development Fund,

4  and we advocate for the Hispanic community

5  throughout Georgia, and I'm here to oppose the

6  proposed Republican map.

7        It is concerning that although they

8  added a majority black district in Congress,

9  the map drawers -- the map drawers dismantled

10  Congressional District 7, a majority black and

11  Hispanic district, once again targeting Lucy

12  McBath, a member of color.  To do so, Gwinnett

13  is now split in four ways.  It's very

14  concerning to us because our office is located

15  in Gwinnet, and Gwinnet has a very large

16  Hispanic population.  And we oppose the

17  proposed map.  Thank you.

18        SENATOR ECHOLS:  Thank you.  I'm sorry?

19        MR. MOY:  (Inaudible).

20        SENATOR ECHOLS:  Sure.  That's fine.

21  What is your what's your name for the record?

22        MR. MOYE:  Yes, good morning.  My name

23  is John Moye.  I'm the senior director for

24  policy for the Urban League of Greater

25  Atlanta.  I certainly apologize.  We're --

1  we're on the House side, and I didn't have an

2  opportunity to do that.

3       But Madam Chairperson, you know, the

4  Urban League really has a long history, and

5  we've really embraced the vision of a

6  multicultural, pluralistic democracy.  And we

7  call, at this time, on every state legislator

8  to approach redistricting with the same

9  vision.  Let me also add that we will continue

10  to fight for democracy and fair redistricting

11  for all.

12       And we are doing this because

13  redistricting is foundational to American

14  democracy.  It determines funding for vital

15  services in institutions like schools, roads,

16  hospitals, and our elected leadership.  When

17  we draw fair maps, our communities are

18  represented by leaders who know us, who

19  represent our needs, and fight for the

20  resources that our children and families need

21  in order to thrive.

22       And if I can also add, I --

23  additionally, I'm also a resident of Gwinnett

24  County, and so this is certainly of a personal

25  interest for me, as well.  But let me just say

1   that, in conclusion, redistricting is hard,

2   and we acknowledge that.  It's a very

3   difficult process, but we are certainly asking

4   you all to certainly be mindful of these maps

5   as you move forward.  And I thank you very

6   much.

7       SENATOR ECHOLS:  Thank you.

8       MS. COLEMAN:  Excuse me, Madam Chair?

9   May I also address the committee?  I was with

10   Mr. Moye over with the House (inaudible).

11       SENATOR ECHOLS:  Sure.

12       MS. COLEMAN:  Thank you.

13       SENATOR ECHOLS:  I know it's difficult

14   when we're both having hearings at the same

15   time.  So I'll --

16       MS. COLEMAN:  Thank you.  I truly

17   appreciate your consideration.

18       SENATOR ECHOLS:  Sure.

19       MS. COLEMAN:  So good morning.  I'm

20   Octavia Coleman.  I am a Henry County

21   resident, here on behalf of the Central

22   Georgia Democracy Center and advocating for

23   the constituents of Congressional District 13.

24   Originally -- or previously, our district was

25   Cobb, Clayton, Douglas, Fayette, portions of

1    Fulton, portions of Henry County.  And the new

2    proposed map will shrink our district down to

3    just simply Clayton -- or parts of Clayton,

4    Henry, Rockdale, and Newton County.

5         Initially, the red flag is that almost

6    all of the agriculture has been removed from

7    the district.  And I'm a bit concerned about

8    that because, as a Henry County resident, one

9    thing that brought us to this county within

10   this congressional district was the -- was the

11   agriculture.  And I'm concerned that when we

12   take that out of the district, we will lose

13   the diversity in industry.  We're already

14   dealing with an increased population as Henry

15   County is one of the fastest growing counties

16   in the state, and we're looking for jobs, you

17   know, jobs that will maintain a living wage to

18   combat the growing homeless population that's

19   going on in Henry County, as well.  So initial

20   red flag is that virtually all of the

21   agriculture has been removed from

22   Congressional District 13.

23        Secondly, with the City of McDonough,

24   McDonough is 68 percent identifying as Black

25   or People of Color, African American

1  population.  And with the shrinking, I'm

2  concerned why wouldn't McDonough be put into

3  Congressional District 13 and not be popped

4  up.  And again, as a community advocate, many

5  of the concerns is, especially if you're in

6  the Kelleytown area, we have a hard time

7  identifying who's our representative, who is

8  in Congressional District 10, who's in

9  Congressional District 3, who's in

10  Congressional District 13.  It would -- to me,

11  it seems like it would make more sense to just

12  keep McDonough in one district and not

13  portioned and chopped up three ways.

14      So if it's a -- if it is a majority

15  black populated city, why not be in

16  Congressional District 13?  Because with the

17  new proposed map putting it in Congressional

18  District 10, I fear that this city will not

19  get adequate representation.  So I thank you

20  for your time.

21      SENATOR ECHOLS:  Thank you.  All right.

22  Thank you to everyone who came to voice your

23  opinion.  I greatly appreciate you taking the

24  time to be here and be involved in the

25  process.  It's important that we hear from

1  different perspectives.  And again, I

2  appreciate you being here to do that.

3       I think now is the appropriate time.

4       MS. ANDERSON:  (Inaudible) I have a

5  question.

6       SENATOR ECHOLS:  Okay.

7       MS. ANDERSON:  (Inaudible) repeating

8  what we did the other day.  You avoided

9  questions from the committee (inaudible).

10  So --

11       SENATOR ECHOLS:  So the time to ask the

12  questions is when we have discussion, and

13  that'll -- that's coming up.

14       MS. ANDERSON:  Okay.

15       SENATOR ECHOLS:  So I'll -- I'll open

16  it again for discussion after -- after motions

17  are made.  All right.

18       MALE VOICE:  Are you prepared for a

19  motion?

20       SENATOR ECHOLS:  I'm prepared for a

21  motion.  What number are you?

22       MALE VOICE:  Number 10.  Madam

23  Chairman, I move that we do pass substitute to

24  SB3EX LC Number 472586S.

25       SENATOR ECHOLS:  Okay.  I have a

1   motion.

2         MALE VOICE:  Second.

3         SENATOR ECHOLS:  Second.  Okay.  Now

4   we'll open up for discussion.  And what number

5   are you?

6         MS. ANDERSON:  I'm Number 2.  My

7   question is on Congressional District 10.  I

8   don't remember -- or I don't recall hearing

9   you give the details on Congressional District

10   10.

11        SENATOR ECHOLS:  Sure.  I'll be glad to

12   read what I read earlier on --

13        MS. ANDERSON:  That's fine.

14        SENATOR ECHOLS:  -- on Congressional

15   District 10.  I said earlier, this district

16   shifts to accommodate the changes around it,

17   as well.  Its boundaries in Henry and Newton

18   do not change, but it adds a portion of

19   Gwinnett and takes in Franklin and Hart County

20   to account for Jackson going into the 9th

21   district.  This district retains its eastern

22   Georgia character, and election officials will

23   not need to worry about changes on its

24   southern or western sides because those --

25   because those boundaries have not changed.

1        MS. ANDERSON:  So I have a second part

2   to the question because it looks like it did

3   with the Henry County portion.  So this really

4   does diminish the black voice and the black

5   vote.  And it's all over this map from 10 to

6   Congressional District 7 to -- it's just all

7   over this map, and it's really not a good

8   representation of where we are in Georgia and

9   where we are going.  But thank you for

10  expounding on Congressional District 10.

11       SENATOR ECHOLS:  Thank you.  Any more

12  questions?  What -- you're 12.

13       MR. JONES:  Excuse me.  Number 12.

14  Just trying to get clarification.  Are we

15  saying that District 7 is or is not a minority

16  opportunity district?  The current -- from

17  where it was.

18       SENATOR ECHOLS:  Are -- are you talking

19  about the old district?

20       MR. JONES:  Old district.  That's

21  correct.  Are we saying that it was a minority

22  opportunity district?

23       SENATOR ECHOLS:  Well, I think in this

24  order, Judge Jones doesn't find a minority

25  opportunity district, but he reference --

1  references that as a majority black district.

2  So based on that definition, it -- I don't

3  believe it was.

4       MR. JONES:  And can I also follow-up?

5  Can I get the --

6       SENATOR ECHOLS:  Sure.

7       MR. JONES:  -- because you said

8  those -- you said those page numbers, and I

9  can get them all down.  Can you give them the

10   page numbers again where he references those?

11       SENATOR ECHOLS:  Uh-hum.  I sure will.

12       MR. JONES:  Thank you.

13       SENATOR ECHOLS:  Okay.  So those --

14  what I said earlier, I'll reread it.

15       MR. JONES:  That's fine.

16       SENATOR ECHOLS:  While he doesn't

17  define that term, it's clear he's referencing

18  existing majority black districts.  On Page

19  511, he refers to whether the congressional

20  plan provides black voters with additional

21  opportunity districts.  There are also

22  references to opportunity districts that

23  clearly refer to black voters on Page 106,

24  145, 346, 211, 268, 417 through 20, and 427.

25       MR. JONES:  So and I just -- my last

1  one just for kind of like for clarification.

2  So the way it's being looked at is that Judge

3  Jones is citing the minority opportunity

4  district has to be a majority minority

5  district?

6      SENATOR ECHOLS:  A majority black

7  district.

8      MR. JONES:  Majority black district.

9      SENATOR ECHOLS:  Correct.

10      MR. JONES:  Okay.  I understand.

11      SENATOR ECHOLS:  You have a question?

12      MS. BUTLER:  It's 3.

13      SENATOR ECHOLS:  Okay.

14      MS. BUTLER:  Thank you, Madam Chair.

15  This one question, is it more important to you

16  that black voters cast votes that matter or

17  that political balance remains the same?

18      SENATOR ECHOLS:  The most important

19  thing to me is to comply with the judge's

20  order.

21      MS. BUTLER:  So do you agree that

22  political balance was a consideration in

23  drawing the maps?

24      SENATOR ECHOLS:  Well, there were

25  several things that we considered when -- when

1  drawing the maps, and that was one of the

2  things.

3       MS. BUTLER:  That was one of them?

4       SENATOR ECHOLS:  Uh-hum.  Uh-hum.

5       MS. BUTLER:  Thank you.

6       SENATOR ECHOLS:  Any more?  Okay.  12.

7       MR. JONES:  On the new District 6 --

8  and only because I'm not really familiar with

9  a lot of these areas not being from this area.

10      SENATOR ECHOLS:  Sure.

11      MR. JONES:  I keep hearing about, like,

12  county splits.  How many county splits does

13  this new map have, I guess, even overall?

14  Does this -- the map is being presented today,

15  how many county splits are existing.  Do we

16  know?

17      SENATOR ECHOLS:  I believe there are

18  only two new county splits, and mine is one of

19  those.

20      MR. JONES:  And one last one, how do

21  we -- how do we kind of, like, determine

22  compactness for the new District 6 of the

23  African American population?

24      SENATOR ECHOLS:  Yeah.  So you know,

25  that's one of those things that we relied on,

1   Gina Wright's expertise in helping us to draw

2   those maps.

3        MR. JONES:  All right.

4        MR. ECHOLS:  Any more questions?  Any

5   more discussion?

6        MS. ANDERSON:  I do have one more.

7   So --

8        SENATOR ECHOLS:  Let me get you on.

9   Hold on.

10        MS. ANDERSON:  I'm Number 2.

11        MS. EHCOLS:  Okay.  Without eliminating

12   a minority opportunity district, which --

13   which district is the new district?

14        SENATOR ECHOLS:  So that's what we

15   said.  6 is the new --

16        MS. ANDERSON:  6?  Okay.

17        SENATOR ECHOLS:  -- majority black

18   district.  So  if -- just to be clear, the

19   majority black districts in this in this map

20   are 6, 5, 4, and 13.  Anything else?

21        MR. JONES:  (Inaudible)?

22        SENATOR ECHOLS:  Sure.  Let me get you

23   on.

24        MR. JONES:  Thank you, Madam Chair.

25   And just, just a couple of quick comments.  It

1  appears that a lot of this is going to come

2  down to how we're actually going to be defined

3  in minority opportunity district.  And whether

4  the assertion that minority opportunity

5  district has to be majority black, or can it

6  be a coalition district?  And I think that's

7  going to be where the debate is going to have

8  to be had.

9      It's a serious question about whether

10  minority opportunity districts come within the

11  Section 2, and I think there's many

12  authorities to say that it does, and I think

13  that's where the debate will -- will lie.  And

14  so I think we have eliminated a minority

15  opportunity district, which goes completely

16  against the judge's order, and that's one of

17  the principal reasons why I'd be against this

18  particular map.

19      And secondly, I do want us to be kind

20  of careful in our language as far as, like,

21  saying, like, different groups are bringing

22  this.  It's not my fraternity, but Alpha Phi

23  Alpha Incorporated is -- is basically an

24  African American fraternity.  It was the first

25  African American fraternity found in the

1  United States.  They are one of the plaintiffs

2  in this particular case.  They're nonpartisan.

3  They do tremendous work in the African

4  American community and basically for the whole

5  community.  And I do think we want to be a

6  little bit with our language to say that

7  Democratic groups brought these particular

8  cases and things of that nature when you

9  realize who some of these groups actually are

10  and the benefit that they've given to not only

11  African Americans, but to society in general.

12        SENATOR ECHOLS:  Thank you.  Thank you

13  for your comment.

14        MR. HATCHETT:  (Inaudible).

15        SENATOR ECHOLS:  All right.

16        MR. HATCHETT:  And just to follow-up,

17  the Alph Phi Alpha did not challenge the

18  congressional maps, correct?

19        MR. JONES:  They're part of it.

20  They're -- they're one -- they're part of

21  this.  And the -- the statement's been made

22  earlier on all maps.  The same statement's

23  been made.

24        MR. HATCHETT:  I just wanted to make

25  sure they -- they're not --

1          MR. JONES:  Yeah.  Yeah.  Same state --

2          MR. HATCHETT:  -- (inaudible) challenge

3    these congressional maps.

4          MR. JONES:  Same statements have been

5    made for other maps, too, that they're

6    Democratic, left-wing maps.

7          MR. HATCHETT:  Yeah, thank you.

8          SENATOR ECHOLS:  All right.  Any more

9    questions?

10          MR. RHETT:  Just thought of one, Madam

11   Chair, if you don't mind.  And I was just

12   looking at the recommendation from the

13   nonpartisan organization that the gentleman

14   who spoke earlier.  Is there any concern at

15   all that they are saying that 64 districts

16   have been done for political purposes, and

17   that politics -- politics should not be on the

18   table in this regard.  What -- why do you

19   think there's so much disparity about what

20   they're looking at and what we apparently

21   going to offer to Judge Jones.

22          SENATOR ECHOLS:  I'm -- I'm not sure.

23   I just got that fired this morning when the

24   committee convened.  I haven't looked at it,

25   nor -- the only discussion I've had is -- is

1  when they were up here.  All right.  Any more

2  questions or comments?

3      Okay.  Seeing that there are no more

4  questions or comments from the committee,

5  we've had a motion.  We've had a second.  So I

6  think it's time to call for a vote.  All of

7  those in favor of the motion as due passed for

8  LC 472586S, which is the substitute to Senate

9  Bill 3X, please raise your hand.

10      Okay.  And all of those opposed, please

11  raise your hand.

12      Do you have those?

13      Okay.  The motion carries.

14      All right.  Is there any other --

15      Yeah.  So I -- you know, I have not

16  received a proposed plan other than this one.

17  So there's --there's no further business of

18  the committee at this time.  So we will move

19  this meeting to be adjourned.

20      Thank you all for your attendance.  I

21  appreciate you being here.

22      (End of Video Recording.)

23

24

25

1                              CERTIFICATE

2              I, Wendy Sawyer, do hereby certify that I was

3     authorized to and transcribed the foregoing recorded

4     proceedings, and that the transcript is a true record, to

5     the best of my ability.

6

7

8              DATED this 15th day of December, 2023.

9

10

11     _____

12     WENDY SAWYER, CDLT

13

14

15

16

17

18

19

20

21

22

23

24

25

---
**-**
---

**--everybody**
17:13

**--right**  30:4

---
**1**
---

**1**  3:22 7:7

**10**  13:22
38:8,18
39:22
40:7,10,15
41:5,10

**101**  3:5

**106**  15:3
42:23

**107**  3:9

**11**  12:8

**11th**  26:18

**12**  7:8
41:12,13
44:6

**13**  10:11,
17,21,22,
24 11:10
12:17
36:23
37:22
38:3,10,16
45:20

**13's**  10:13

**14**  6:24
11:24,25

12:11

**145**  15:3
42:24

**146**  15:4

**15**  32:21

**190**  9:2

**191**  9:2

---
**2**
---

**2**  7:8 15:5
26:17,20
33:7 40:6
45:10
46:11

**20**  15:4
42:24

**2002**  16:3

**2006**  20:13

**2018**  8:8

**2020**  8:8
26:10 29:3
30:12

**2021**  8:11
9:15
15:16,22
16:1 22:6,
7,18

**2022**  8:8

**2024**  14:15

**2030**  22:18

**21**  16:8

**211**  15:4
42:24

**25**  32:20

**268**  15:4
42:24

**29**  11:20

---
**3**
---

**3**  7:8 38:9
43:12

**325**  8:22

**326**  8:23

**33**  18:13

**346**  42:24

---
**4**
---

**4**  9:19,20
45:20

**417**  15:4
42:24

**427**  15:4
42:24

**472586S**
39:24

**49**  27:21

---
**5**
---

**5**  9:7,8
17:21
45:20

**50**  17:22

**50.59**  10:8

**509**  6:7

**51**  27:21

**51.06**  9:17

**51.45**  11:12

**51.75**  8:18

**510**  14:18

**511**  14:24
42:19

**52**  10:8

**5th**  26:18

---
**6**
---

**6**  6:15,17,
25 7:2
8:14,15
10:12
12:21
17:18
44:7,22
45:15,16,
20

**64**  20:14

**67**  18:11

**68**  37:24

---
**7**
---

**7**  12:15,19
15:15 18:8
19:1,5,24
23:2 29:25
34:10

41:6,15

---
**8**
---

8  7:8

---
**9**
---

9  13:8

9th  14:3
  40:20

---
**A**
---

AAPI  30:3,
  13,14,15,
  16

accept  29:9

accommodate
  9:8,21
  10:14 12:9
  13:23
  40:16

accomplishes
  29:1

account
  14:2,9,10
  40:20

acknowledge
  36:2

Act  2:22
  15:13,23
  18:18,21
  21:7
  26:17,21

Action  29:17

active  32:24

add  18:2,4
  35:9,22

added  12:1
  23:10 34:8

additional
  6:5 7:20
  10:18
  14:25
  42:20

additionally
  27:9 35:23

address  33:6
  36:9

adds  11:16
  13:25
  40:18

adequate
  38:19

adjust  24:11

adjusting
  13:13

adjustments
  32:12

admit  18:17

advocate
  34:4 38:4

advocates
  25:1

advocating
  36:22

affect  10:9

affected
  11:22

African
  37:25
  44:23
  46:24,25

age  8:17
  9:18

agenda  16:14
  26:6

agree  17:17
  43:21

agriculture
  37:6,11,21

ahead  5:7

airport  9:11

Ali  26:1
  29:16

ALLI  29:15

allocated
  8:8

allowed  7:17

Alpha  46:22,
  23

altered
  20:14

altogether
  25:23

American
  35:13
  37:25

44:23
  46:24,25

amount  14:14

Ana  16:17,
  23 24:1,5

analysis
  17:4 20:2

anchored
  11:4

ANDERSON
  4:6,11,14,
  16,20 5:2
  39:4,7,14
  40:6,13
  41:1 45:6,
  10,16

angle  31:24,
  25

angry  26:8

Anna  23:25
  24:1

apologize
  24:2 29:14
  32:15
  34:25

appeal  15:23
  16:1

appears  46:1

approach
  35:8

area  6:22
  7:9 13:21
  30:11

31:3,14
38:6 44:9

**areas** 3:2
9:1 11:5
31:19 44:9

**assertion**
46:4

**Atlanta** 6:7
9:4,10,14,
23 10:4,
20,25
11:4,9,18
12:16,18
31:1 34:25

**attempts**
33:8

**attention**
23:18

**Austell** 8:25

**authorities**
46:12

**avoided** 39:8

**aware** 21:23

—————————
B
—————————

**back** 13:11
17:3

**balance** 8:4,
11 19:20
21:12
43:17,22

**banned** 20:24

**based** 11:16

42:2

**basically**
6:22 46:23

**Battles** 24:2
26:2,4

**began** 6:1,10

**begin** 7:4

**beginning**
2:1 19:13

**begins** 10:23

**behalf** 36:21

**belief** 19:14

**benefit**
30:21

**bill** 3:22
15:25

**bills** 26:25

**bit** 25:3
26:12 37:7

**black** 6:6,14
7:1,3,10
8:16,17
9:9,17,21
10:7,14
11:10,12,
15,17,19
12:2
14:21,23,
25 15:3,9,
11,12,15,
17 17:19,
23 18:1,3
30:7 31:22

34:8,10
37:24
38:15 41:4
42:1,18,
20,23
43:6,8,16
45:17,19
46:5

**blame** 25:6

**blatant**
24:20

**block** 26:22
28:18

**board** 32:24

**border** 13:2

**boundaries**
13:14,24
14:7
40:17,25

**boundary**
13:17

**break** 30:13,
23

**breakdowns**
29:23

**breaks** 30:1

**bright** 30:19

**bringing**
46:21

**broken** 31:4

**brought** 37:9

**Buford** 10:1

**built** 29:22,
23

**burden** 12:11

**BUTLER**
43:12,14,
21 44:3,5

—————————
C
—————————

**call** 20:6
35:7

**capacity**
27:8

**cards** 2:25

**care** 8:21

**careful**
46:20

**carefully**
6:1

**cares** 28:19

**case** 6:17,
19 8:20
21:6 30:6

**cast** 43:16

**caucus** 21:25

**census** 20:9,
16 21:3

**Center** 36:22

**centered**
9:10

**Central** 31:1
36:21

Chair  17:2,
  20 18:15
  36:8 43:14
  45:24

chairman  4:7
  39:23

Chairperson
  35:3

chairwoman
  24:6 32:18
  33:25

Chamblee
  10:3

change  13:25
  27:12
  33:16
  40:18

changed  7:8
  8:13 14:7
  20:8 23:6,
  17 40:25

chaos  3:2

chapter
  32:25

character
  10:20 12:6
  13:9 14:4
  40:22

Cherokee
  12:12,23

child  30:16

children
  35:20

chopped
  38:13

Cindy  24:2
  26:1,4

cities  11:8
  31:16

citing  43:3

city  8:24
  9:10 31:10
  37:23
  38:15,18

Civil  28:8

clarification
  41:14 43:1

clarity
  23:11

Clayton
  10:23
  36:25 37:3

clear  6:25
  11:14
  14:18,22
  15:13
  33:11
  42:17
  45:18

closes  5:21

Clyde's
  13:12

Clymer  2:8,
  13,15,17,
  18

coalition

18:10,11
  19:3 26:6,
  16,20
  30:1,13
  46:6

coalitions
  15:14

Cobb  6:21,
  23 11:25
  12:9 36:25

Coleman
  36:8,12,
  16,19,20

color  18:22
  25:14
  34:12
  37:25

combat  37:18

comment  2:7
  3:13 5:19,
  21 16:13

comments
  2:10 45:25

commissions
  24:24
  25:23

committee
  2:5,11
  17:3 19:18
  21:23
  22:5,8
  24:7 25:19
  26:2 27:25
  31:11
  32:3,10,18

33:7 36:9
  39:9

committee's
  5:22

Common  24:8,
  15,21

communities
  8:1 9:5
  10:4 31:6
  35:17

community
  13:1 25:1
  27:6 29:24
  30:17
  34:3,4
  38:4

compact  7:25
  9:15

compactness
  44:22

completely
  21:1 46:15

complies
  15:22

comply  2:22
  7:18 33:12
  43:19

concern
  15:18

concerned
  25:15,16
  33:14
  37:7,11
  38:2

concerns
  33:1 38:5

concludes
  16:12

conclusion
  36:1

condolences
  29:18

confidence
  33:21

configuration
  11:3,6

configured
  16:7

Congress  6:4
  34:8

congressional
  5:14,23
  6:6,18
  7:3,6 8:4,
  14,15,20
  9:6,7,19,
  20 10:11,
  13 11:24
  12:8,15
  13:8,22
  15:8,22
  17:5,18
  22:6 26:13
  31:9,15,20
  33:2 34:10
  36:23
  37:10,22
  38:3,8,9,
  10,16,17

40:7,9,14
41:6,10
42:19

Congressman
  13:12

congresspeople
  31:18

connection
  9:22

connections
  9:2,13

connects  9:3

consideration
  19:21
  36:17
  43:22

considerations
  19:16
  21:13,14

considered
  43:25

consistent
  23:16,20

consistently
  33:4

constituents
  29:6 36:23

Constitution
  7:19

consulted
  6:9

context   15:5

contiguous
  7:24

continue
  33:4 35:9

continuity
  8:5

conversation
  3:16 22:19

convince
  27:16

Conyers   11:6

copy  5:24

correct  3:23
  23:16
  41:21 43:9

Corridor
  10:1

counsel  6:9

counties
  6:21 7:20
  10:19 11:1
  25:12
  37:15

country
  24:22

counts  17:23
  27:14,15

county  2:19
  3:4,6 6:23
  7:23 11:2,
  25 12:10,
  13,17,22,
  24,25

13:4,5,6,
11,12,15,
17,20
14:11
25:9,10,11
27:1,2,7
31:3,13
32:21,25
35:24
36:20
37:1,4,8,
9,15,19
40:19 41:3
44:12,15,
18

couple  21:22
  45:25

court  6:14
  7:11 18:5
  19:9
  20:10,17
  21:5 23:10
  25:7 32:4
  33:7

court's
  18:15

covered  6:22

created  30:8
  31:23

creates  3:1

creating
  14:10
  24:24

criticized
  22:3

critics   22:2

crossing
   12:3

current
   41:16

cycle   24:9
   26:11

cycles   24:17

—————————
          D
—————————

data   8:7

database
   14:12

David   32:14
   33:24 34:2

day   24:4
   39:8

deal   21:1

dealing
   37:14

debate   46:7,
   13

debated   22:7

decades   9:12
   24:8,15

deck   2:25
   16:15,23
   32:14

decrease
   10:9

decreased
   10:7 11:11

dedicated
   33:13

define   14:22
   42:17

defined   46:2

definition
   42:2

definitions
   32:6

Dekalb   3:6
   32:21,25

democracy
   35:6,10,14
   36:22

Democrat
   16:2 29:5

Democratic
   19:25
   21:25 22:9
   29:8

democratically
-affiliated
   16:11

Democrats
   21:21 28:5

demographic
   17:15

Dennis
   16:17,24
   23:25
   24:4,5,13
   29:2,10

deserve   3:9

29:19
   33:20

deserves
   31:11

design   19:12

details   40:9

determine
   44:21

determines
   35:14

Development
   34:3

differently
   23:8

difficult
   36:3,13

diminish
   41:4

diminishing
   27:8

direct   20:9

directions
   22:14

director
   24:7 26:5
   29:17
   34:23

disagree
   19:11
   20:1,5
   21:15
   26:19

disagreement
   19:18

disagreements
   17:10

discuss   9:6
   17:4

discussed
   29:25

discussion
   4:5 5:5,18
   39:12,16
   40:4 45:5

dismantled
   34:9

disregard
   24:20
   25:6,9

disruptive
   3:7

distinct
   15:14

district
   2:24 3:5,8
   5:16 6:6,
   14,15,16,
   17,18,21,
   24 7:2,3,
   5,11,15
   8:13,14,
   15,16,20,
   24 9:3,7,
   8,9,16,19,
   20,21
   10:7,11,
   12,13,15,

17,20,22
11:3,10,
12,17,24,
25 12:2,4,
7,8,10,11,
15,17,18,
19,21
13:8,10,
11,14,22,
23 14:3
15:6,7,10,
11,15,16,
17,19 16:7
17:18,19,
21,24
18:1,8,9
19:1,3,4,
5,6,24,25
25:18
27:10,11,
12 29:25
30:1,2,3,4
34:8,10,11
36:23,24
37:2,7,10,
12,22
38:3,8,9,
10,12,16,
18 40:7,9,
15,21
41:6,10,
15,16,19,
20,22,25
42:1 43:4,
5,7,8
44:7,22
45:12,13,
18 46:3,5,

6,15

**districts**
6:10,13
7:7,14,21,
23,24
11:15,19,
20,21
14:18,20,
21,24
15:1,2,10
16:8,10
20:14
23:13
26:16,18,
20 28:14
30:7,9,10,
14,25
31:5,15,
23,25
42:18,21,
22 45:19
46:10

**diverse** 9:5
25:12 27:1

**diversity**
37:13

**dividing**
27:6

**Dix** 2:18

**Doraville**
10:3

**Douglas** 6:20
36:25

**draw** 11:10
16:8 28:2

35:17 45:1

**drawers** 34:9

**drawing** 6:10
7:1,10,21
9:16 10:6
11:10
14:13,21
25:17
28:14
43:23 44:1

**drawn** 10:22
27:24
28:25

**drew** 6:13

**due** 3:20

**Duluth** 10:3

**Dunwoody**
10:2

**duty** 29:6

————————

————————
E
————————

**earlier**
40:12,15
42:14

**ease** 12:11

**east** 9:7,8,
20 10:16,
17 11:5

**eastern**
9:23,24
14:3 40:21

**echo** 26:7

**Echols** 2:2,
14,16
3:11,19,22
4:1,4,9,
12,15,19,
22 5:3
16:20 17:2
18:15
23:1,24
24:11
25:25
28:23
29:12
32:13
33:23
34:18,20
36:7,11,
13,18
38:21
39:6,11,
15,20,25
40:3,11,14
41:11,18,
23 42:6,
11,13,16
43:6,9,11,
13,18,24
44:4,6,10,
17,24
45:4,8,14,
17,22

**education**
26:24
33:14

**effects**
11:22

**EHCOLS** 45:11

elected
  35:16

electeds
  25:2

election   8:7
  12:12
  14:11  16:5
  26:25
  40:22

elections
  14:4,15

eliminate
  6:25
  14:17,19
  15:9

eliminated
  46:14

eliminating
  15:18
  23:12  30:8
  45:11

emailed   29:4

embraced
  35:5

emotion   3:15

employed
  19:22

enables   11:3

enacted   22:9

encompass
  12:20

ended   13:21

engagement
  26:5

engaging
  24:16

ensure   8:3

ensuring
  7:23,24,25

entertain
  3:15

equal   22:2
  33:19

equally   27:2

evaluate
  22:23

Excuse   36:8
  41:13

executive
  24:7

exercise
  19:14

existing
  7:1,12  8:4
  10:12
  14:17,20,
  23  15:9
  42:18
  44:15

experiencing
  9:4

expert   6:19
  8:19  10:16
  12:5  18:18

expertise

14:9  45:1

explain
  17:16  20:4
  21:22  23:6

explaining
  22:21

expounding
  41:10

extensive
  6:12

_____

         F
_____

fact   7:2
  26:14
  31:22

fail   19:23
  20:3

failed   22:1

failing
  21:24

fails   17:16
  18:7

fair   24:22
  35:10,17

familiar
  44:8

families
  35:20

farther   9:24

fashion
  26:23

fastest

30:18
  37:15

favor   5:8

Fayette   6:20
  36:25

fear   38:18

Federal   2:21

feel   26:14

felt   23:17

FEMALE   16:19

fight   35:10,
  19

figure   24:14

Finally
  15:20
  31:21

find   30:16
  41:24

fine   24:12
  34:20
  40:13
  42:15

fit   10:19

flag   37:5,
  20

floor   17:1

flyers   23:7,
  14,19

focused
  12:18  21:5

folder   5:24

folks   5:15

follow-up
  42:4

Forsyth   13:2

forward
  16:16
  25:21  36:5

found   6:7
  9:1  46:25

foundational
  35:13

four-way
  25:10

frame   33:17

Franklin
  14:1  40:19

frankly
  20:23
  23:13

fraternity
  46:22,24,
  25

Friday   4:14

front   17:12
  22:25

Fulton   6:20
  8:25  12:21
  30:24  37:1

Fund   29:17
  34:3

funding
  35:14

future   25:22
  30:19

——————————
         G
——————————

gain   17:9

Galil   34:3

Garcia   32:15
  33:24,25
  34:2

gave   21:24

general   12:3

Georgia   6:12
  7:7,9  14:4
  20:11
  24:8,16
  25:4  26:6
  27:21
  28:3,16
  29:17
  32:20,23
  33:19  34:5
  36:22
  40:22  41:8

Georgians
  28:13
  33:19,21

Gina   6:10
  45:1

give   19:23
  33:18  40:9
  42:9

giving   4:23,
  24

glad   17:3
  40:11

goal   8:3

good   24:4,
  5,6  26:2
  32:17
  33:25
  34:22
  36:19  41:7

Gordon   12:10

governments
  7:23

grade   21:24

Greater
  34:24

greatly
  38:23

group   15:7
  22:11
  28:25
  30:20

groups   15:14
  16:11
  18:24
  46:21

growing   10:4
  30:17,18,
  23  37:15,
  18

growth   9:4

guess   44:13

Gwinnet
  25:10

34:15

Gwinnett
  2:19  3:4,6
  11:2  12:17
  13:15,17
  14:1  27:1
  30:24
  34:12
  35:23
  40:19

——————————
         H
——————————

Hall   12:25
  13:2,4

hand   5:9

happened   7:9

hard   31:8
  36:1  38:6

Hart   14:2
  40:19

Hassan   29:13
  32:14,17,
  19

health   8:21

hear   2:13
  38:25

hearing   2:5
  40:8  44:11

hearings
  36:14

heavily   30:4

heavy   30:3

helping  45:1

Henry  10:23
 13:25
 36:20
 37:1,4,8,
 14,19
 40:17 41:3

hey  27:15
 28:17

higher  7:17

Highway  10:1

highways
 8:21

hills  24:16

Hispanic
 34:4,11,16

historically
 9:11

history
 20:11
 28:6,7,11,
 15 35:4

hit  31:7

Hold  45:9

home  13:4,
 6,12

homeless
 37:18

hope  32:10

hospitals
 35:16

house  2:7

3:5,8,13,
22 5:9
21:25 31:8
35:1 36:10

housing
 26:23

————————

I

I285  9:22

I85  9:23,25

identifying
 37:24 38:7

impact  8:9
 25:14

impacted
 26:22 27:2

implement
 17:7,18

implementing
 19:15 21:5

important
 13:1 15:21
 28:19
 32:2,7
 38:25
 43:15,18

inaudible
 3:16,25
 4:17 16:19
 19:25
 29:20
 34:19
 36:10
 39:4,7,9

45:21

inception
 33:3

include  7:15

included
 6:20 10:18

includes
 8:21,24
 9:11 10:2
 11:19
 12:21
 13:14

including
 26:9

incorporate
 33:9

Incorporated
 46:23

increase
 2:23

increased
 9:17 37:14

increases
 11:14

incumbent
 3:7,8

independent
 24:24
 25:22

individual
 8:13

industry
 37:13

information
 22:25

initial
 37:19

Initially
 37:5

inspires
 33:20

institutions
 35:15

insulting
 30:17

interest  8:1
 10:5 13:1,
 4 27:6,19
 28:12
 29:24
 35:25

interested
 5:15

interests
 11:9 27:5

interpretation
 18:16,18
 19:9

involved
 20:20
 38:24

involves  6:5
 7:6

issue  18:6
 21:8,9,10
 31:19

issues   10:6

---

### J

Jackson
13:10  14:2
40:20

jobs   37:16,
17

John   34:23

Jones   8:22
9:1  11:18
14:18
41:13,20,
24  42:4,7,
12,15,25
43:3,8,10
44:7,11,20
45:3,21,24

Jones's   2:22
6:2

judge   2:22
6:2  8:22
9:1  11:18
14:18
15:24
18:19  30:6
32:1  41:24
43:2

judge's   3:3
15:24
26:15
33:12
43:19
46:16

---

### K

Kelleytown
38:6

Ken   16:17,
18  26:7

kind   29:24
43:1  44:21
46:19

knowledge
6:12

---

### L

lake   13:1,2

landing
13:21

language
15:25  16:2
18:23
23:7,11,
17,21
46:20

Lanier   13:2

large   13:19
33:14
34:15

Latino   34:3

Latinx   30:4

Lawler   16:17
17:2  23:3,
10,23  26:7

lawyer   18:17

LC   39:24

LC472575
3:20

leaders
35:18

leadership
35:16

League   32:23
34:24  35:4

legal   6:9

legislation
6:1

legislative
7:18  14:8
15:20

legislator
35:7

Leverett   2:4

lie   46:13

Lilburn   11:7

limited   33:5

limiting
7:20

list   16:15

litigation
6:18

living   37:17

located   8:18
34:14

location
8:19  33:16

long   20:11
35:4

longer   19:4

looked   28:16
43:2

lose   37:12

losing   19:5

lot   5:14
13:20  44:9
46:1

love   20:25

Lucy   27:9
34:11

Lumpkin
12:22

---

### M

Madam   32:18
35:3  36:8
39:22
43:14
45:24

made   39:17

maintain   8:5
12:17
19:19
37:17

maintaining
7:15  12:6

maintains
12:3

majority

2:23 6:6,
14 7:1,3,
10 8:16
9:9,21
10:14
11:12,15,
17,19 12:2
14:20,21,
23 15:8,9,
11,15,17
16:3
17:19,24
30:2,7,9
31:22,25
34:8,10
38:14
42:1,18
43:4,6,8
45:17,19
46:5

make  2:10
3:17 25:3
26:8 32:11
38:11

making  7:4
16:22
21:20

MALE  3:17,
21,24 4:3
23:4,22
28:25
29:8,11
39:18,22
40:2

managed  26:7

mandate

23:11

map  2:7,20
3:1,13 4:8
5:7,9,25
6:15 12:24
17:5,7,15,
17 18:4,6,
12,25
19:12,23
20:3,8
21:3,25
22:1,6,9,
14 25:5
28:25 29:9
31:12 32:9
33:11,18
34:6,9,17
37:2 38:17
41:5,7
44:13,14
45:19
46:18

maps  5:14
17:6 21:12
22:12,13,
23 24:19
25:20
26:10,13
27:24 28:2
29:3,21,22
30:13,22
33:2,5
35:17 36:4
43:23 44:1
45:2

master  32:6

matter  17:20
43:16

matters  21:2

Mcbath  27:9
34:12

Mcdonough
31:7,11
37:23,24
38:2,12

means  31:15

meet  19:8

meets  26:15

member  22:5
32:24,25
34:12

members  17:3
22:5 32:18
33:8 34:1

mentioned
17:20
26:15

metro  6:7
9:4 10:20
11:4,17
12:16,18
31:3,14

mic  2:11
24:14

mid-cycle
20:6,7,12,
15,22
24:17

mindful  36:4

mine  44:18

minimize
14:14

minorities
18:23

minority
2:23 14:17
15:6,19
18:9,11,
12,24
19:3,4,5
23:12
25:14,17
30:8,9
41:15,21,
24 43:3,4
45:12
46:3,4,10,
14

minus  7:16

minute  11:13

mirrors  16:2

mispronounced
32:15

missed  23:13

money  32:4

morning  24:5
26:2 29:15
32:17
33:25
34:22
36:19

mother  30:15

motion   3:17,
  18,20 4:1
  5:3,8,11,
  12 39:19,
  21 40:1

motions
  39:16

mountain-
focused
  13:10

mountains
  12:4

move   3:5
  16:13,16,
  25 25:21
  36:5 39:23

moved   6:23
  9:24

Movement
  28:8

moves   8:25
  12:22

moving   9:7
  11:21 27:9

MOY   34:19

Moye   34:22,
  23 36:10

multicultural
  35:6

multiple
  31:5,19

muster   19:8
  32:9

—————————

N

—————————

named   34:3

negatively
  25:14

network
  24:22

Newton   11:1
  13:25 37:4
  40:17

nonmajority
  15:12

nonpartisan
  17:4 22:21
  27:10

Norcross
  10:3

north   7:7,9
  8:25 11:25
  12:4,19,21
  15:12
  30:23,24

Northern
  13:15

Notably
  10:16

noticed
  24:19

notwithstandin
g   18:15

number   3:15
  9:3,12
  10:5,18

11:14
  17:6,8
  23:2 28:13
  33:5,7,15
  39:21,22,
  24 40:4,6
  41:13
  45:10

numbers
  11:16
  42:8,10

—————————

O

—————————

objecting
  21:9

objective
  19:11

Octavia
  36:20

office   6:11
  34:14

officials
  12:12
  14:4,11
  40:22

one's   30:12

one-sided
  20:20

open   5:4,20
  39:15 40:4

opinion
  38:23

opportunity
  4:24

14:17,20
  15:1,2,6,
  19 18:1,9
  22:2 23:12
  26:3 27:4
  30:9 35:2
  41:16,22,
  25 42:21,
  22 43:3
  45:12
  46:3,4,10,
  15

oppose   34:5,
  16

opposed   5:11

opposition
  2:20

order   2:23
  3:3 6:2,3,
  8,15 7:11
  8:23 12:11
  14:19
  15:24
  18:15,20
  19:9
  20:10,17
  21:5 26:15
  33:13
  35:21
  41:24
  43:20
  46:16

ordered   33:6

organization
  33:13 34:2

originally
  16:9 36:24

_____
        P
_____

packet   5:25

Pages   8:22
  9:2

part   8:17,
  24 11:1
  12:4 41:1

participation
  18:2

parties
  20:19 22:3
  26:8

partisan
  8:4,9
  21:2,11,13
  22:13
  28:12
  29:23
  33:10

parts   37:3

party   27:18
  29:9 33:9

pass   3:18,
  20 5:9
  19:7 32:9
  39:23

pass/fail
  17:14

passes   5:12

patient   2:3

pause   11:13

pay   23:18

Pendergrass
  6:17

people   13:3
  28:16
  30:5,20
  37:25

People's
  26:6

percent   8:18
  9:17 10:8
  11:12,20
  17:22,23
  18:12,13
  27:21,22
  37:24

percentage
  8:18

perfect   2:12

performance
  10:10

performing
  17:25

person   2:8
  7:17,19
  28:18

personal
  35:24

perspectives
  39:1

Phi   46:22

phonetic   2:8

16:17
  24:1,2,3
  29:13

place   12:13

plaintiff's
  6:19 8:19
  10:16 12:5

plan   5:23
  7:6 8:5,9,
  10 9:15
  11:14,16,
  18 13:5
  14:10,16,
  25 15:8,
  16,17,20,
  22 16:1,3
  42:20

plans   7:18
  14:8

pluralistic
  35:6

podium   2:9
  16:23

point   22:16
  26:18 27:3
  30:22

policy   26:5
  29:16
  34:24

political
  8:10 10:10
  17:9
  19:10,12,
  16,20
  20:18

21:14 26:8
  33:10
  43:17,22

politicians
  28:16

polling
  33:16

poor   31:10

popped   38:3

populated
  38:15

population
  8:17 9:18
  13:13,20
  27:22
  30:23
  34:16
  37:14,18
  38:1 44:23

populations
  7:15

portion   6:23
  11:2 14:1
  16:13
  40:18 41:3

portioned
  38:13

portions
  6:20 10:23
  13:15
  36:25 37:1

potentially
  33:16

power   28:20
  29:7 31:16

practice
  20:23,25

practices
  24:23

precincts
  7:22

precleared
  16:4

prepared
  39:18,20

present   4:7,
  11 5:13

presentation
  5:16,20
  16:12
  17:21

presented
  4:12 26:9,
  13 29:3
  44:14

pretty   31:8

previous
  12:24

previously
  9:25 10:24
  12:13,20
  13:16,18
  36:24

principal
  46:17

principle

principles
  7:13,14
  17:5,11
  22:22
  24:21

prior   11:15
  13:9

priority
  28:13

problem
  20:21 21:8

procedure
  21:15

process   9:16
  10:6 19:19
  28:21
  33:3,20
  36:3 38:25

Project
  29:17

proposal
  21:25
  22:10

proposals
  22:7

proposed
  2:20 3:1
  6:16 7:5
  29:9 33:2
  34:6,17
  37:2 38:17

protect

18:22

protected
  8:1 26:16,
  20

protection
  21:21

protections
  18:22,25
  19:2

protects
  15:13

providing
  23:5

public   2:6
  5:19,20,21
  16:13

purpose
  18:19

purposes
  20:19
  33:10

pursuing
  15:23

put   6:12
  38:2

puts   13:10

putting
  38:17

_____

Q

QBE   27:4

question

23:1 28:24
  39:5 40:7
  41:2
  43:11,15
  46:9

questions
  4:17,19,
  23,25 5:1
  22:24
  23:24
  39:9,12
  41:12 45:4

quick   33:17
  45:25

quickly
  16:25

quote   6:5

_____

R

race   3:7

racial   15:7,
  14 17:15

raise   5:9

raised   21:11

raising
  21:10

Rashida
  29:13
  32:14,19

rates   30:18

read   40:12

ready   2:16

reason   18:6
  21:9,10

reasons   20:4
  46:17

rebranding
  30:25

recall   40:8

recent   7:22

recognizes
  12:25

record   34:21

Recording
  2:1

red   37:5,20

redistricting
  7:13 20:7,
  12,15,23
  24:17,18,
  20,23,24
  25:2,23
  26:10
  30:12
  33:20
  35:8,10,13
  36:1

redraw   21:2

redrawn   32:5

refer   15:3
  42:23

reference
  41:25

referenced
  8:15

references
  15:2 42:1,
  10,22

referencing
  14:23
  42:17

refers   14:24
  42:19

reflect   28:2

reflected
  27:23

refusal   31:6

registration
  14:12

reject   33:8

relied   6:11
  8:22 44:25

relitigate
  22:17

relook   25:20

remain   8:5

remaining
  7:14

remains   8:10
  9:10 11:11
  12:13
  15:12
  43:17

remedy   6:5
  17:7 19:15
  21:6 33:6

remember
  15:21 16:7

40:8

remind   22:4

remove   30:14

removed
  27:11
  37:6,21

removing
  12:1

repeating
  39:7

represent
  32:22
  35:19

representation
  8:6 30:15
  38:19 41:8

representative
  33:15 38:7

represented
  35:18

Republican
  2:20 20:1
  27:15 34:6

repurposing
  19:24

request   33:4

requested
  18:4

required
  6:14 7:11
  10:14
  11:17,18
  14:14 33:6

requirement
  20:10

requirements
  7:19 19:8

reraise
  22:16

reread   42:14

resided
  32:21

resident
  2:19 32:19
  35:23
  36:21 37:8

resources
  35:20

respective
  22:13

response
  20:9 21:4

result   19:23

retain   18:25
  19:2 28:20

retains   9:22
  13:9 14:3
  40:21

return   8:7

reverts
  15:25

review   33:18

reviewing
  6:2 33:11

revise   33:18

Rights   2:21
  15:13,23
  18:17,21
  21:7
  26:17,21
  28:8

ripple   11:22

roads   35:15

Rockdale
  10:25 37:4

rural   10:18
  11:5

—————————
           S

SB3EX   33:1,
  12 39:24

schools
  35:15

scorecard
  17:13
  22:24

seats   7:1
  31:3,13,20

Section   15:5
  26:17,20
  46:11

senate   16:3
  30:13 31:8

SENATOR   2:2,
  14,16
  3:11,19,22
  4:1,4,9,
  12,15,19,
  22 5:3

16:20
23:1,24
24:11
25:25
28:23
29:12
32:13
33:23
34:18,20
36:7,11,
13,18
38:21
39:6,11,
15,20,25
40:3,11,14
41:11,18,
23 42:6,
11,13,16
43:6,9,11,
13,18,24
44:4,6,10,
17,24
45:8,14,
17,22

sending
  11:4,5

senior   34:23

sense   38:11

services
  35:15

session
  19:14

set   28:11

sets   3:6

shape   7:25

9:15 12:3

share   9:1
  10:5 13:3
  31:18

shared   11:9

shifted   9:8,
  20 10:15,
  17

shifting
  12:16

shifts   11:25
  12:19
  13:23
  15:11
  40:16

shopped   29:4

short   24:9
  28:1

show   20:2

shows   31:5

shrink   37:2

shrinking
  38:1

shuffles
  2:24

side   9:23
  19:10 31:9
  35:1

sides   13:3
  14:6 40:24

signed   3:13

significant

11:2,8

significantly
  10:15
  11:11
  12:19

sim   10:5

similar   6:16
  10:5 13:4
  26:22 27:5

simply   21:15
  37:3

single   15:7

sir   29:2

sitting
  30:14

slightly
  13:16

Snellville
  11:7

sordid   20:11

sort   21:20

sought   33:4

South   8:25

Southeast
  25:12

southern
  14:6 40:24

Southwest
  6:23

speaker
  33:24

speaker's
  13:5

speaking
  2:19

special  32:6

specific  6:3

specifically
  29:25
  30:3,6

spend  32:4

spirit  18:14

split  7:20
  12:9,12,
  23,25
  13:7,17,18
  25:10
  31:4,14
  34:13

splits  30:2
  44:12,15,
  18

stand  16:24

state  11:21
  16:3 19:20
  27:20,22
  28:6,11,
  15,19
  29:20
  30:19
  32:20 35:7
  37:16

statement
  21:20

States  25:13

stating
  18:19

stay  29:7
  31:11

stays  10:24

step  23:25

Stephanie
  26:1
  29:13,16

Stonecrest
  10:2

strong  9:1,
  13,22
  19:2,4

strongly
  17:25
  18:11

substitute
  39:23

suburban
  10:4,20
  11:8

suburbs  9:3,
  14,24
  10:25

successful
  16:1

sued  16:11

suffer  30:21

Susan  2:8,18

systems  8:22

T

table  19:17
  21:1,15
  22:8,20

takes  12:10
  14:1 15:10
  40:19

taking  10:25
  38:23

talk  8:12
  17:11 25:5
  26:12,23,
  24 28:5

talked  31:7

talking
  31:21
  41:18

targeted
  30:12

targeting
  34:11

taxpayer
  32:4

technical
  17:19

term  14:22
  42:17

terms  18:2

territory
  10:13
  12:1,20

test  17:14,

15,16 18:7

testified
  22:11

that'll
  39:13

thing  37:9
  43:19

things  17:6
  21:22 27:2
  43:25
  44:2,25

thoughtful
  32:7

thoughts
  26:9

thrive  35:21

tied  2:5

till  22:18

tilt  2:11

time  3:14
  5:6 16:4
  21:1,3,12
  22:10
  27:13
  28:5,15
  32:8,11
  33:17,22
  35:7 36:15
  38:6,20,24
  39:3,11

timeline
  28:1

today  5:15

23:7 26:4,
14 32:22
44:14

track   9:25

traditional
7:12
24:18,20

treated   18:8

treats   19:18

trust   33:21

two-part
17:14

─────────────

         U
─────────────

U.S.   7:19
33:15

Uh-hum   42:11
44:4

understand
8:9 21:16
28:1,6,7
43:10

United   25:13

unity   26:10
29:3

unnecessary
3:2

update   14:12

updated
23:14,19

upset   16:6

Urban   34:24
35:4

urging   25:19

utilize   8:7

utilizing
7:22

─────────────

         V
─────────────

VAP   9:17
10:7 11:10

versus   3:8

Video   2:1

view   18:9,
16 19:1,7,
20 20:22

violates
2:21

violation
18:14 21:6

virtually
37:20

vision   35:5,
9

vital   35:14

voice   3:17,
21,24 4:3
16:19
23:4,22
28:25
29:8,11
33:19
38:22
39:18,22

40:2 41:4

voices   28:12

vote   5:7
7:20
27:14,15,
16,18 41:5

voter   14:12
30:16
33:13

voters   14:25
15:3,15
18:3,12,22
25:14,15
27:13,16
28:3 32:23
33:15,19
42:20,23
43:16

votes   43:16

voting   2:21
8:17 9:18
15:13,23
18:17,21
21:7
26:17,21,
22,25
27:8,22
28:18

─────────────

         W
─────────────

wage   37:17

wait   2:3
22:18

waiting   4:7,

21 20:8,
15,16,17

walk   5:15

wall   16:24

wanted   18:21

watching
27:11

ways   13:18
27:7 34:13
38:13

website
23:15,20

week   4:13
5:17 21:24
23:6,8,19

week's   23:14

weekend
29:19

weigh   31:17

well-worn
2:25

West   6:6

western   12:6
14:6 30:25
40:24

white   30:2
31:25

wife   30:16

withdraw
16:9

Women   32:23

**worded**  23:8

**work**  5:22
  7:13
  14:11,14
  24:22,23
  25:22 34:2

**working**
  14:13

**world**  28:9

**worry**  14:5
  40:23

**wrapping**
  12:16

**Wright**  6:10

**Wright's**
  6:11 14:9
  45:1

**writing**
  18:20

---

**Y**

---

**y'all**  24:5
  29:15

**years**  21:11
  32:20,22