# EXHIBIT G

**GEORGIA SENATE FLOOR**
**Hearing - Senate Floor on 12/01/2023**

1

2

3

4

5

6

7

8

9

10        GEORGIA SENATE FLOOR

11           December 1, 2023

12   Video Segment:  1:37:50 to 5:37:08

13

14

15

16

17

18

19

20

21

22

23

24

25

1        (Beginning of Video Recording.)

2        LT. GOVERNOR JONES:  Now moving on to

3   the Rules calendar.  I recognize the Senator

4   from the 49th.

5        SENATOR ECHOLS:  Mr. President, thank

6   you.  Colleagues, I'm here today to present

7   our new map as prescribed by Judge Jones.

8   I'll briefly, not briefly, I'll talk about the

9   map-drawing process, and then, I'll also walk

10   through district by district so that everyone

11   has an understanding of the changes.

12        We began the process by carefully

13   reviewing Judge Jones's order.  The order was

14   very specific about what needs to be done in

15   the Senate.  He said, and I quote, "The remedy

16   involves two additional majority-Black Senate

17   districts in south Metro Atlanta.  That's on

18   Page 509 of his order.

19        Judge Jones also noted that the

20   districts drawn by the various plaintiff

21   experts overlapped in areas.  Shortly after

22   Governor Kemp called for a special legislative

23   session, I sent out emails to every senator

24   from the affected areas to meet.

25        Because of the short amount of time

1  that we had to prepare, I allocated several

2  days to be at the Capitol and even more days

3  to meet virtually.  I met with one member at

4  7:30 in the morning at the Capitol.  I talked

5  to one member while I was at a UGA football

6  game.

7       I would like to thank those senators

8  for taking time to meet with me.  Your

9  discussions were very helpful, especially when

10  I found out that one member had moved and we

11  didn't have her correct address.

12       We consulted with legal counsel and

13  began drawing districts with Gina Wright in

14  her office.  We -- the first thing we did was

15  we drew the new majority-Black districts that

16  were required by the order in south Metro

17  Atlanta.  Those new districts are 28 and 17 on

18  the plan in front of you.

19       So in the packet that you have, you've

20  got -- the first page of it has the whole map

21  of Georgia with all of the reflected changes.

22  But if you'll flip to the next page, there's a

23  map where only the affected districts are

24  highlighted.  And that's the map you see up

25  here today.

1        With this configuration, almost all of

2   the Black voters covered by the areas in the

3   plaintiff's experts' districts in those areas

4   are included in majority-Black State Senate

5   districts.  The only area not included is

6   Griffin, but that area was not included in a

7   majority-Black district for one of the

8   plaintiff's expert's plans either.

9        Placing districts in the south part of

10  Metro Atlanta meant that other districts had

11  to move north.  You can think of that as a

12  ripple effect of moving districts.

13       As a result, majority-White Senate

14  District 42 moved from the northern part of

15  DeKalb to eastern Metro Atlanta, and majority-

16  White Senate District 6 moved from the

17  northern part of Fulton County to western

18  Metro Atlanta.

19       Our proposed Senate plan, all in all,

20  the proposed Senate plan involves changes to

21  15 districts, all within Metro Atlanta.  Our

22  primary goal in creating this district plan is

23  to comply with Judge Jones's order in every

24  respect.  I told each member that I met with

25  that my primary goal is simply to comply with

1  the judge's order.

2        After drawing the districts required by

3  the court order, we then followed our existing

4  traditional redistricting principles to work

5  on the remaining districts.  Those traditional

6  redistricting principles include: maintaining

7  distinct district populations, so that

8  deviations from the ideal district size are

9  less than 1 percent; to comply with the U.S.

10  Constitution requirement of one person, one

11  vote.

12        We also planned to limit additional

13  split counties by only adding one additional

14  county split; drawing new districts utilizing

15  the most recent precincts from county

16  governments -- some counties updated their

17  voter precincts this summer, and these maps

18  recognize those county voting precinct

19  changes;  ensuring all districts are

20  contiguous;

21        Ensuring all districts are reasonably

22  compact in shape, ensuring communities of

23  interest are protected as far as possible --

24  many of you described your communities of

25  interest in our meetings, and your input was

1  invaluable with that;

2      Avoiding the unnecessary pairing of

3  incumbents by ensuring that every incumbent

4  senator of both parties is not paired, and

5  we've done that.

6      As part of our efforts to ensure every

7  incumbent senator had a district to run in and

8  win in, we also worked to maintain the

9  continuity of representation as much as

10  possible, which involved partisan, political

11  considerations to ensure that the Senate plan

12  remained balanced between the political

13  parties as it was in 2021.

14      This means that we also used extensive

15  partisan data, including election returns from

16  2018, 2020 and 2022.

17      Now, I'm going to discuss the new

18  majority-Black Senate districts.  The first

19  one that I'll discuss is Senate District 17.

20  District 17 is one of the new majority-Black

21  districts required by the court order.  It is

22  located in almost exactly the same location as

23  the plaintiff's experts' districts in this

24  area.

25      The district contains the panhandle and

1    southern part of Clayton County, combined with

2    most of Stockbridge and McDonough.  The

3    district includes all of Hampton, as well.

4    Judge Jones relied on the inclusion of most of

5    McDonough, Locust Grove, and Hampton in the

6    same district for this area in his order at

7    Pages 285, 286 and 316.

8          The district boundary of District 17

9    matched those communities centered on

10   McDonough.  This district boundary has only

11   one single incumbent.

12         Next is Senate District 28.  District

13   28 is the other new majority-Black district

14   required by the court order.  The plaintiff's

15   experts drew this district in two different

16   places.

17         One expert anchored the district in

18   South Fulton, as we have done here.  The other

19   expert utilized population from District 16

20   and 34, which resulted in higher Black voting

21   age population percentages in adjoining

22   districts.

23         District 28, as proposed, is anchored

24   in south Fulton County, where one of the

25   plaintiff's district was, and ensures that

1  Black voters in Fulton, Fayette, and Clayton

2  counties are all in majority-Black districts.

3       District 28 also relies on some of the

4  same highways and healthcare system Judge

5  Jones relied on Pages 325 and 326 in his

6  order.  The district includes part of the City

7  of South Fulton and moves north into Austell,

8  areas that Judge Jones found to share strong

9  connections on Pages 190 and 191 of his order.

10      The district connects a number of

11  suburbs around Metro Atlanta that are all

12  experiencing growth and are diverse

13  communities.  This configuration also limited

14  the number of adjoining districts that had to

15  be touched.  And this district has one single

16  incumbent.

17      Because we began the map-drawing

18  process by first creating the new majority-

19  Black districts that Judge Jones called for,

20  adjustments had to be made to surrounding

21  districts to account for that population

22  shift.  A few things to know about these

23  remaining districts.

24      First, both plaintiff's experts

25  testified that they didn't know a lot of

1  details about Georgia geography.  Our process

2  was informed by Ms. Gina Wright, the State

3  cartographer, and her extensive knowledge of

4  Georgia and my meeting with -- meetings with

5  senators about their districts.

6         We believe we've reached a plan that is

7  far better than those proposed by the

8  plaintiffs, while complying with everything

9  the judge requires because we know Georgia

10  better.

11         Second, it's important to note that the

12  ripple effect is real when drawing plans.

13  When new districts are located in the southern

14  part of Metro Atlanta, nearby population has

15  to be adjusted.  Those changes then ripple

16  out, primarily north, until they are resolved.

17         Third, the 15 changed districts here

18  are less than those proposed by the

19  plaintiff's experts, so we were able to

20  maintain district cores in a better way than

21  their experts were.  Mr. Esselstyn changed 22

22  of the enacted Senate districts, and Mr.

23  Cooper changed 35 of the enacted Senate

24  districts on their proposed plans.  Ours

25  changes 15.

1        Fourth, we also took into account the

2   work on county elections officials.  Those

3   officials have to update the voter

4   registration database.  By drawing the map

5   this way, we're working to minimize the amount

6   of work required of those officials before the

7   2024 elections.

8        Fifth, the plan does not eliminate any

9   existing minority-opportunity districts.  Let

10   me restate that.  This plan does not eliminate

11   any existing minority-opportunity districts.

12   Judge Jones was clear on Page 510 of the order

13   that we cannot eliminate any existing

14   minority-opportunity districts.

15        While he doesn't define that term, it's

16   clear he is referring to existing majority-

17   Black districts.  On Page 511, he refers to

18   whether the plan provides Black voters with

19   additional opportunity.  districts.  There are

20   also references to opportunity districts that

21   clearly refer to Black voters on Pages 106,

22   145 through 146, 268, 417 through 20, and 427.

23        This plan does not eliminate any

24   existing majority-Black districts, and it

25   takes two existing majority-White districts,

1   District 17 and District 28, and converts them

2   into majority-Black districts.

3        Six, it's important to remember that we

4   believe our 2021 Senate plan complies with the

5   Voting Rights Act and are pursuing an appeal

6   of the judge's order.  That's why you will see

7   language in this order that reverts to the

8   2021 plan if the appeal is successful.

9        This mirrors language used by a

10  Democratic majority in 2002 when the State

11  Senate plan was not pre-cleared in time for

12  use in that election.

13       But if anyone is upset with how a

14  district is configured, remember we did not

15  draw these districts this way in 2021

16  originally, and we did not want to redraw

17  these districts now.  We're doing this because

18  we were sued by democratically affiliated

19  groups.

20       Now I'm going to walk through the

21  remaining changed districts.  Senate District

22  25.  I'll start on the east and work my way

23  west.  District 25 stays largely the same with

24  slight adjustments in the Locust Grove area to

25  accommodate the addition of District 17.  This

1  ensures that voters in this district will

2  largely maintain existing representation.

3         District 42.  Because of the ripple

4  effects of moving districts north, Senate

5  District 42 was previously a majority-White

6  district in DeKalb County and is now a

7  majority-White district in eastern Metro

8  Atlanta.  It is much of the territory of the

9  prior District 17, which has become a

10  majority-Black district.

11         It includes areas with strong

12  connections like Newton, Morgan, and Walton

13  counties and growing areas of Henry County.

14  The boundaries include many rural areas and

15  areas where people are moving from Henry

16  County into as they get older.  Here,

17  Covington is made whole.

18         This map also follows Newton County's

19  newest precincts that were enacted this past

20  summer.  This configuration also ensures more

21  of Newton County stays together.

22         Senate District 43.  In order to make

23  room for District 17, District 43 moves north

24  into Gwinnett County, similar to the

25  configuration of the existing District 55.

1  Otherwise.  This district is largely unchanged

2  with all of Rockdale and portions of Newton

3  and DeKalb, all suburban areas.  This district

4  shares connections through I-20 into growing

5  areas of Gwinnett County.

6         Senate District 55.  Senate District 55

7  also ripples north, taking in Tucker and some

8  areas that were previously in Senate District

9  41.  It remains in both DeKalb and Gwinnett

10  counties, and includes areas along I-285 on

11  the eastern portion of the city.

12        Although Tucker isn't whole, it

13  includes almost all of the city along with

14  areas of Stonecrest.  All of Stone Mountain is

15  in this district.

16        Senate District 41.  As part of the

17  ripple effects around the area, District 41

18  shifts to the west, taking in all of Clarkston

19  and moving over north of Decatur.  This

20  district previously ran from Stonecrest to

21  Clarkston, so it includes a number of areas

22  that were already -- that were previously in

23  it.

24        This configuration enables the district

25  to stay majority Black while moving north

1   because of the locating of District 17 to the

2   south.

3       Next is Senate District 10.  District

4   10 is directly affected by the creation of

5   District 17 because it previously ran through

6   that part of south Henry County now included

7   in District 17.  As a result, the district

8   shifts north to include areas around Decatur.

9       The district previously included

10  Stockbridge with portions of Stonecrest and

11  will continue to do so, but with less of

12  Stockbridge included.  This district remains

13  majority Black even as it shifts north.

14      Senate District 44.  Like District 10,

15  District 44 has to give up population in the

16  southern portion of the district to create

17  District 17, so it moves north, as well.  In

18  so doing, it takes in Decatur, ensuring that

19  we included portions of Decatur that were

20  excluded in 2021 because these boundaries had

21  not been updated.

22      The mayor of Decatur had asked for all

23  the city to be in one district.  The district

24  includes all of Decatur and most of Avondale

25  Estates, areas that were previously in

1  district 42, while keeping those communities

2  whole.  This district remains majority Black

3  even as it shifts north.

4        Moving over to the other side of Metro

5  Atlanta, the next set of districts or changes

6  necessary to add other new majority-Black

7  district in South metro Atlanta.  There are

8  some blank spaces you'll notice on your map

9  because no changes were needed in Districts

10  36, 34, and 16.

11        Senate District 39.  District 39

12  maintains its current north-south orientation,

13  shifting to the west slightly to accommodate

14  the changes to add District 28 as a new

15  majority-Black district.

16        The north-south orientation has been

17  consistent with how this district has existed

18  for several cycles of redistricting.  This

19  district has only minor changes and mostly

20  remains the same.

21        Senate District 38.  District 38 shifts

22  east and north to accommodate the addition of

23  District 28 in the south.  It exits Cobb

24  County and now will be wholly within Fulton

25  County, connecting areas from Palmetto and

1  Union City to stay whole to areas of Buckhead.

2  There's a strong community in Fulton County,

3  and the district maintains its majority-Black

4  status even as it shifts north.

5         Senate District 35.  This district

6  shifts significantly to the north to

7  accommodate the new majority-Black District

8  28, in south Metro Atlanta.  Instead of

9  running south, it now runs from South Fulton

10  up to the Smyrna area while maintaining its

11  majority-Black status.

12         These areas are connected as growing

13  suburbs, located primarily along the 285

14  corridor on the west side and sharing a number

15  of, common interest as growing areas.  This

16  district connects the Smyrna-Vinings area with

17  Atlanta and South Fulton County.

18         Senate District 33.  In order to

19  accommodate the shifts of adding District 28,

20  District 33 shifts north and east, taking in

21  areas toward East Cobb.  The district

22  maintains its primary east-west orientation,

23  connecting Powder Springs with Marietta as it

24  did previously.

25         The district is wholly within Cobb

1   County and keeps Powder Springs whole.  The

2   core of this district remains the same.

3         Senate District 6.  In the process of

4   creating District 28, there was significant

5   population left where District 6 is now

6   located.  This district keeps Coweta and Heard

7   counties whole, avoiding a split of Coweta

8   County.

9         In order to come up to the population

10  needed, it moves into the southern part of

11  Carroll County, where District 28 previously

12  connected Coweta, heard, and parts of Carroll

13  in the map prior to the 2021 districts.

14        District 6 connects the University of

15  West Georgia with Newnan, where there are

16  strong, growing communities and ensures that

17  small areas in rural Carroll County, which

18  share a strong similarity to Heard County, can

19  remain in a district that is similar.

20        Senate District 30.  District 30

21  remains largely the same, with the same

22  boundaries in Haralson and Paulding as it

23  previously had.  The district previously

24  included a portion of Douglas County, and now

25  takes more of the western part of Douglas in

1  an area that is very similar to Carroll,

2  including Villa Rica, which is a city that

3  straddles the county line.

4      The district includes most of

5  Carrollton, and Carroll County remains the

6  largest county in the district.  The district

7  shifts east to help accommodate the creation

8  of the new majority-Black District 28.

9      This is a job that I take seriously.

10  It's important to me that this map complies

11  fully with Judge Jones' order, and I truly

12  believe it does.  I have spent hours over a

13  few weeks talking with senators about their

14  districts to gain a better understanding of

15  their districts.

16      I know there's been criticism from

17  people who spoke at the committee hearing that

18  they've not had much time to comment on the

19  map.  I understand their frustration, but with

20  the limited time that we were given by Judge

21  Jones to complete this, I had the map released

22  on the day we finalized it.  The map was

23  released two days before our special session

24  convened.

25      From the time that map was posted, the

1  online public comment portal was opened, and

2  we began receiving comments.  I've spent a

3  significant amount of time reading those

4  comments.  I also made sure that every person

5  who wanted to speak at our hearings was given

6  an opportunity to speak.

7        I am proud that during the public

8  comments, representatives from the ACLU said

9  we added the districts that were supposed to

10  be added.  Fair Districts Georgia Foundation

11  also agrees that our map complies with Judge

12  Jones's order.  They provided this flier to us

13  at the committee hearing that says complies

14  with the mandate.

15        You know, redistricting is complicated

16  and highly technical, so much so that it takes

17  specially trained people to even create the

18  redistricting plans.

19        As chair of the Reapportionment and

20  Redistricting Committee, when we sat down with

21  specialists in map drawing and law, I made

22  clear I wanted these maps to comply with Judge

23  Jones's order and otherwise follow all of our

24  traditional redistricting principles.  We

25  relied on the experts in the law and in map

1  drawing to make sure those goals were met, and

2  I'm confident that we are.

3      Mr. President, I'll yield for

4  questions.

5      LT. GOVERNOR JONES:  You do have --

6  thank you, Senator.  You do have some

7  questions, Senator  from the 56.

8      SENATOR ALBERS:  Thank you, Mr.

9  President.  Will the chairwoman yield?

10      SENATOR ECHOLS:  I will.

11      SENATOR ALBERS:  Madam Chair, first, I

12  want to thank you for your hard work.  I know

13  this has been a challenging and very time-

14  crunched process.  I'd like to ask you a few

15  questions as it relates to traditional

16  redistricting principles.  I know you've

17  mentioned some of these, but I think it's

18  worth us reiterating what was done.

19      Isn't it true that we only added a

20  single county split out of all 159 counties in

21  your map?

22      SENATOR ECHOLS:  The senator knows of

23  what he speaks.

24      SENATOR ALBERS:  Will you yield for

25  another question?

1        SENATOR ECHOLS:  I will.

2        SENATOR ALBERS:  Isn't it true that we

3   followed the 2022 precinct boundaries as much

4   as possible, based on the order?

5        SENATOR ECHOLS:  This is true.  The

6   senator knows of what he speaks.

7        SENATOR ALBERS:  And one final question

8   if I can, Madam Chair.  In terms of

9   incumbents, all 56 of us that are here right

10   now, isn't it true that in your map, not one

11   single incumbent from either party was paired?

12        SENATOR ECHOLS:  The senator knows of

13   what he speaks.

14        SENATOR ALBERS:  Thank you.

15        SENATOR ECHOLS:  Thank you.

16        LT. GOVERNOR JONES:  Senator from the

17   1st.  You have a question?

18        SENATOR WATSON:  Thank you, Mr.

19   President.  Does the Senator yield?

20        SENATOR ECHOLS:  I yield.

21        SENATOR WATSON:  Madam Chair, we

22   certainly appreciate what you have done, what

23   your committee has done.  I had a couple of

24   clarifications, if you don't mind.  One thing

25   I know we're grateful for is Judge Jones being

1  very clear in his order about what we're

2  supposed to do.

3          From here, do you have any concerns

4  about whether this plan complies with that

5  order?

6          SENATOR ECHOLS:  I have no concerns

7  with the plan complying.  I fully believe the

8  plan complies with the judge's order.

9          SENATOR WATSON:  Thank you.  And one

10  more point of clarification.  After we

11  conclude with this session, can you explain to

12  us the process with the court from this point

13  forward?

14          SENATOR ECHOLS:  Sure.  So Judge Jones

15  will have the opportunity to review these

16  plans, and we're confident he will conclude

17  that we have fully complied with his order.

18  If he disagrees, then, he would redraw the

19  court-drawn plans for use in 2024.  But we

20  believe our maps will be used in the 2024

21  election.

22          SENATOR WATSON:  Thank you, Madam

23  Chair.

24          LT. GOVERNOR JONES:  Senator from the

25  10th.

1        SENATOR JONES:  Thank you, Mr.

2  President.  Would the senator yield?

3        SENATOR ECHOLS:  I yield.

4        SENATOR JONES:  Senator, will you yield

5  for a series of questions, please?

6        SENATOR ECHOLS:  I yield.

7        SENATOR JONES:  Thank you.  Are you

8  familiar with the terms pack, stack and crack

9  as it relates to redistricting?

10       SENATOR ECHOLS:  I am familiar with

11  those terms, but I am no expert.

12       SENATOR JONES:  Senator, further yield?

13       SENATOR ECHOLS:  I further yield.

14       SENATOR JONES:  Do you mind explaining

15  what your familiarity is with those terms,

16  please?

17       SENATOR JONES:  I see what we're trying

18  to do here.  What I have said is that I have

19  consulted with experts who know the legal

20  terminology, and I have relied on their

21  expertise to help me with drawing this map.

22       SENATOR JONES:  Senator, further yield?

23       SENATOR ECHOLS:  I'll further yield.

24       SENATOR JONES:  Senator, I'm not asking

25  any trick questions here, and I'm not trying

1  to take you anywhere.  I'm just simply asking

2  what your familiarity was with those

3  particular terms because I had a couple of

4  questions, and I wanted to make sure they were

5  phrased in the right terminology.

6       SENATOR ECHOLS:  Okay.

7       SENATOR JONES:  Senator, further yield?

8       SENATOR ECHOLS:  Sure.

9       SENATOR JONES:  Senator, you stated

10  earlier that you -- that what you've drawn in

11  these maps should -- that your intention was

12  to fully comply with the judge's order; is

13  that correct?

14       SENATOR ECHOLS:  That is correct.  And

15  we have fully complied with the judge's order.

16       SENATOR JONES:  Senator, further yield?

17       SENATOR ECHOLS:  I yield.

18       SENATOR JONES:  So if I'm able to point

19  out an area anywhere in these maps where you

20  did not comply, which you then agreed that

21  your maps would be out of compliance?

22       SENATOR ECHOLS:  The judge required

23  that we draw two additional majority-Black

24  districts in south Metro Atlanta, and that is

25  precisely what we have done.

1      SENATOR JONES:  Senator, yield?

2      SENATOR ECHOLS:  I yield.

3      SENATOR JONES:  Senator, that wasn't my

4   question.  My question, if you mind me

5   phrasing it again, was, you stated publicly

6   several times that your maps and your

7   intentions were to fully comply with the

8   judge's order.  So my question is, if I was

9   able or if anyone in our caucus was able to

10  identify an area in your maps that you drew

11  that did not comply with the judge's order,

12  which you then agreed that your maps would be

13  out of compliance?

14      SENATOR ECHOLS:  I have consulted with

15  legal counsel, who specializes in this, and

16  Gina Wright, who is acknowledged by the judge

17  as an expert in this, and we all feel and I

18  feel that these maps do comply.  So I don't

19  think you'll be able to point out an area that

20  doesn't comply.

21      SENATOR JONES:  And I accept that,

22  Senator, but if I did, again, it's simply a

23  yes or no question;  would you agree?  Yes or

24  no?

25      SENATOR ECHOLS:  I see what we're

1  trying to do here.  I'm not going to get

2  trapped into anything.  I have said, and I

3  will say again, I believe our maps fully

4  comply with the judge's order.

5      SENATOR JONES:  Senator, again, I'm not

6  trying to trap you.  I'm just trying to get

7  some simple questions.

8      SENATOR ECHOLS:  You can move on to

9  your next question.

10      SENATOR JONES:  I'd be glad to.  Thank

11  you, Senator.  Senator, can you explain why in

12  your maps, district numbers for certain

13  legislators like the 35th, 28th, the 44th and

14  the 17th were changed?

15      SENATOR ECHOLS:  District numbers

16  changed because the judge wanted specific

17  districts to be drawn as majority-Black

18  districts in south Metro Atlanta.  So to

19  comply with that, numbers were changed.

20      SENATOR JONES:  Is that the only

21  reason, Senator?

22      SENATOR ECHOLS:  To my knowledge,

23  that's the only reason, yes.

24      SENATOR JONES:  Senator, further yield?

25      SENATOR ECHOLS:  I'll further yield.

1        SENATOR JONES:  Senator, why does the

2   Republican proposal leave Senate Districts 16

3   and 34 unchanged when the court ruled that

4   both districts, as drawn, violates the Voting

5   Rights Act.

6        SENATOR ECHOLS:  So the judge's order

7   said that the areas of those districts.  And

8   we've accommodated for that in our maps.

9        You know what, Mr. President?  I'm

10  probably going to get quoted on a lot of

11  things that I've said, but I probably won't

12  get quoted on this one.  But you guys have had

13  all week to ask me questions on behalf of your

14  constituents on this map.  We had a committee

15  hearing.  Not a single person asked me a

16  question when given the opportunity in the

17  committee hearing.

18        So all of a sudden now, when the

19  cameras are on, everybody wants to ask

20  questions.  Mr. President, I yield the well.

21        LT. GOVERNOR JONES:  Senator has

22  yielded the well.

23        (Background conversation)

24        LT. GOVERNOR JONES:  State your

25  inquiry.

1      SENATOR JONES:  Mr. President, isn't it

2   true that given the gravity and the nature of

3   what we are discussing and that its

4   important --

5      LT. GOVERNOR JONES:  I can't hear you,

6   Senators.  Speak up.  I'm sorry.

7      LT. GOVERNOR JONES:  Senator -- I'm

8   sorry, Mr. President.  Given the gravity and

9   the nature of what we discuss and that is

10   critically important that all of the questions

11   that we have in the Democratic caucus should

12   be answered in whatever form those questions

13   are asked.

14      LT. GOVERNOR JONES:  Senator who

15   authored the bill always retains the right, as

16   you well know, Senator, being a distinguished

17   member of this body for so long, they can --

18   senator can yield the well at any time.  And

19   it does go through the committee process,

20   which we put it through.  But I'm sure there's

21   going to be other speakers here that you -- if

22   you still have questions that you'd like to

23   ask, you'll be able to ask.

24      SENATOR JONES:  Thank you, Mr.

25   President.

1       LT. GOVERNOR JONES:  Senator from the

2   31st, would you like to speak?  No?  Senator

3   from the 55th.  I'm sorry, I'm sorry, I'm

4   sorry.  Minority leader, I'm sorry.  That's

5   the 50th (inaudible).  I apologize, Senator

6   from the 50th.  The 50th, I apologize.  You'll

7   be next.

8       SENATOR HATCHETT:  Thank you, Mr.

9   President.  When I was first put on this

10  committee at the beginning of this, this term,

11  a mentor of mine back home who held the seat

12  previously said that, Well, if you get into

13  redistricting, just to let you know, it's the

14  most complex process you'll ever go through

15  under the gold dome.

16      And I don't think you can really

17  appreciate that bit of knowledge until you've

18  gone through it.

19      In the court case, which we're here for

20  today, the plaintiff's expert, Mr. Esselstyn,

21  described redistricting as a deliciously

22  complex puzzle.  Now that we've gone through

23  this process, I believe he's not necessarily

24  referring to the drawing of the map itself,

25  but the complexities of the surrounding

1  process.

2        What do I mean by that?  Well, when we

3  first saw the order and we were told that we

4  would be called into special session, Madam

5  Chair reached out to a long list of senators,

6  asking to come in, meet with her, and discuss

7  their districts, and let us know what we need

8  to know about their districts.  And we have

9  the list of everyone we reached out to.

10        Then, we have a list of those who

11  actually took us up on that offer, and the

12  list of senators who came in to meet versus

13  the list of senators who were offered a

14  meeting is very discouragingly short.  But I

15  will say, for those that did come in, they

16  were very passionate about their district.

17        And an overarching theme in our

18  discussions was, hey, I like the maps how they

19  are now.  Please don't change my district.  I

20  agree with that.  I believe that the maps that

21  were drawn two years ago were good maps.  I

22  believe most members in this chamber were

23  happy with them.

24        Unfortunately, the federal judge

25  disagreed.  And so we're here now in response

1  to an order that a judge asked us, and the

2  judge had very specific instructions in that

3  order, which when we sat down to draw these

4  maps, we made it clear to the experts that we

5  sat down with, we want to comply with this

6  order 100 percent.  There's too much at stake

7  for us not to comply.

8          And that's what we did.  We complied

9  with the order.  We complied with traditional

10  redistricting process.  And I think one of the

11  most discouraging things that I've seen

12  throughout this process is, I'll say, the lack

13  of involvement.  The lack of wanting to be

14  involved with the process itself.

15          We had meetings leading up to special

16  session.  We've had committee meetings, and

17  very few individuals even approached us to

18  talk about what they wanted, what they thought

19  would be a good district.  But if you go on

20  social media, or you turn on the nightly news,

21  or you look in the paper, you would think

22  that's all that's been talked about down here.

23          You would think that everyone has been

24  knocking on our doors, trying to tell us how

25  we should draw the maps.  I've seen quotes

1  that what we're doing is criminal, what we're

2  doing is rushed, and that we've taken no

3  input.  For those in this room, your job as

4  legislators is to advocate for your district.

5       The way to advocate for your district

6  is to advocate in the committee rooms, is to

7  advocate amongst your colleagues.  It is not

8  to run to the media and get on social media

9  and try to get soundbites.

10       We complied with the judge's orders.  I

11  am confident that we did what we were supposed

12  to do.  And I hope if you're voting no on this

13  piece of legislation, you go back to your

14  district and you tell them how involved you

15  tried to be, how involved you were, and not

16  just that you talk to the media.  And with

17  that, Mr. President, I'll yield the well.

18       LT. GOVERNOR JONES:  Senator has yield

19  the well.  Senator from the 55th, the minority

20  leader.

21       SENATOR BUTLER:  You got my red light

22  on.  Is that an indication?  Thank you, Mr.

23  President and members of the Senate.  There

24  are a couple of things I want to address

25  before I begin my remarks.  And one of them is

1   a letter to the members of my caucus received

2   from the chair of the Reapportionment and

3   Redistricting Committee.

4         And in that letter, it states that a

5   member could set up an appointment to come and

6   talk about their prospective districts and

7   also that they could bring anyone with them

8   that they chose to bring.

9         And when that happened, the person that

10  they took, which was (inaudible)'s legal

11  counsel, was not allowed to come in the room.

12  So that's the first thing I wanted to address

13  because the chair said that anybody could come

14  and talk.

15        And the other was questions from the

16  members of the committee.  There was never --

17  yesterday, there was never an invitation for

18  the committee members to ask questions.  I was

19  there.  I made a presentation.

20        I was never offered to ask a question

21  of the chair, and so I just wanted to clear

22  that up because it was stated that any member

23  had the opportunity to ask questions.

24        And the other -- the third thing is

25  that everybody did not get to speak that

1  wanted to speak.  If you -- we had a couple of

2  processes that we were following.  If you had

3  spoken the day before, then, you couldn't

4  speak the next day.  And that's not usually

5  how the committee is run.

6        The same process takes place on

7  Wednesday and it takes place on Thursday.  So

8  that did not happen.

9        But good morning.  I rise today to

10  discuss the proposal for redrawing the

11  Senate's legislative maps in accordance with a

12  federal court order and more importantly, in

13  accordance with the Voting Rights Act.

14        The Democratic caucus recognizes that

15  fair maps are crucial to ensuring that every

16  vote in Georgia counts equally, and that no

17  voter in Georgia is subject to discrimination

18  in the election process.

19        Therefore, we have not taken the

20  federal court's order lightly.  Last month,

21  Judge Jones issued a 516-page order which

22  found that the 2021 map proposed and passed by

23  Senate Republicans violated the Voting Rights

24  Act and discriminated against Black voters.

25        Specifically, the court identified

1  Senate Districts 10, 16, 17, 25, 28, 30, 34,

2  35, 43, and 44 as the area in which the map

3  violated the Voting Rights Act.  To remedy

4  this violation, the court ordered that the

5  Senate enact a map that includes two

6  additional majority-Black districts,

7  specifically in the area identified by the

8  court.

9       To be clear, the court's order

10  contained two directives.  First, that the two

11  new majority-Black districts be created, and

12  second, that the new majority-Black districts

13  be created in the vote-dilution area that the

14  court identified as not providing Black voters

15  with an equal opportunity to elect the

16  candidates of their choice.

17       The proposed map we have before us from

18  the majority does not follow the court's

19  directive.  In truth, the matter proposed by

20  my Republican colleagues failed to comply with

21  the Voting Rights Act and continues to dilute

22  the voting power of Black voters in south

23  Metro Atlanta.

24       In many ways, the Republican proposal

25  is a hoax.  In the specific area where the

1  court found Voting Rights Act violations, the

2  majority's proposal moves nearly as many Black

3  residents out of existing majority-Black

4  districts as it moves into majority-Black

5  districts.

6       This means that a net of only

7  approximately 3,000 Black voters in the vote-

8  dilution area identified by the court were

9  moved into majority-Black districts.

10  Republicans tried to cover up this hoax with

11  smoke and mirrors.  They attempt to obscure

12  what has been done in this map by reassigning

13  the district numbers of multiple existing

14  incumbents.

15       But you can't obscure the truth.  The

16  Republican proposal dilutes Black voting

17  power, just like the 2021 Republican map did.

18  The Republican proposal does little, if

19  anything, to improve Black voters' ability to

20  elect candidates of their choice.

21       Given this, the Democratic caucus

22  presented an alternative map, but it was voted

23  down in committee.  We believe that it should

24  have been adopted because it actually complies

25  with the Voting Rights Act and specifically

1  complied with the federal Court's order.

2       Had this proposal also been in front of

3  us, you would see that the Democratic proposal

4  does exactly what the court order demands.  It

5  draws two additional majority-Black districts

6  in the vote-dilution area, where the court

7  specifically found violations of the Voting

8  Rights Act.

9       In our proposal, the 16th and 17th

10  districts are new majority-Black districts,

11  and all of the proposed changes in our map are

12  made in the area identified by the court.  In

13  that area, our proposals bring almost 150,000

14  Black residents that currently live in non-

15  majority-Black districts.  It brings them into

16  majority-Black districts.

17       Our proposal does not move any Black

18  voters out of existing majority-Black

19  districts and into non-majority-Black

20  districts.  Additionally, by focusing on only

21  the area identified by the court, the

22  Democratic proposal leaves 46 Senate districts

23  exactly the same and only modifies the

24  boundaries of ten Senate districts, that is,

25  the ten identified by the court.

1      By comparison, the Republican proposal

2  modifies the boundaries of 15 Senate

3  districts.  Of the 15 districts, only 8 of

4  them were identified by the court as diluting

5  Black voting power.

6      Further, the Democratic proposal does

7  not pair any incumbents.  It also does not

8  unnecessarily change district numbers where

9  district boundaries have not dramatically

10  changed.  Keeping the same district numbers as

11  the 2021 maps will decrease voter confusion.

12      It would decrease voters from

13  wondering, what district am I in now?  Where

14  do I go to vote?  Where is my polling place?

15  It would prevent confusion in the 2024

16  election cycle and increase voter confidence.

17      Additionally, there will be little to

18  no voter confusion in the 46 Senate districts

19  that have not been changed.

20      In contrast, the majority proposal

21  before us, fewer than 4,000 Black voting age

22  residents in the vote-dilution districts would

23  achieve new status because the new districts

24  were created primarily from areas that were

25  largely already in majority-Black districts or

1   in the case of substantial populations in

2   Douglas and Newton County, were previously in

3   majority-Black districts, but were cracked

4   into non-Voting Rights Act compliant

5   districts.

6        The Republican proposal achieves

7   additional majority-Black districts by packing

8   and reconfiguring non-affected areas elsewhere

9   on the map.

10       If the Republicans can pass -- plan

11   passes, the federal court's findings of

12   disenfranchisement center on the areas around

13   Henry County, Griffin and Spalding County,

14   northwest Fayette County, central Newton

15   County, and western Douglas County would still

16   apply.

17       That would mean that tens of thousands

18   of Black voters in those areas would still not

19   have equal opportunities to elect the

20   candidates of their choice.

21       As we did in 2021, Senate Democrats are

22   again pleading with Republicans to pass a map

23   that complies with the Voting Rights Act and

24   that does not discriminate against Black

25   voters.  We believe that passing the

1   Republican map will only lead to more

2   litigation and waste taxpayer dollars.

3          Georgians deserve fair maps, and it is

4   our duty to create fair maps that reflect the

5   diversity of Georgia and that comply with

6   federal law.  Mr. President and members of the

7   Senate, I appreciate your time, your

8   willingness to listen to my comments.  And I

9   just hope that you can abide by my request.

10  Thank you, Mr. President, I yield the well.

11         LT. GOVERNOR JONES:  Thank you,

12  Senator.  Senator has yielded the well.  We're

13  going now to Senator from the 43rd.  There she

14  is.

15         SENATOR ANDERSON:  Thank you, Mr.

16  President.  Good morning, colleagues.  I rise

17  today to talk about redistricting maps

18  proposed by our majority colleagues.  I could

19  stand in this well and talk about how the

20  majority's map does nothing to address the

21  concerns that Judge Jones laid out in his 516-

22  page ruling.

23         But everyone in this chamber already

24  knows that this map does nothing to strengthen

25  Black voting power in the areas identified by

1  the court.  Instead of talking about this

2  map's failings, I am going to speak to you as

3  a woman, more specifically, a beautiful Black

4  woman.

5      Indeed, I am coming to you as a member

6  of the community that the court's order

7  specifically says is being discriminated

8  against by this state that I love.  I am

9  coming to you as a member of the community

10  that the court's order rules is not being

11  given an equal opportunity to vote.

12      My colleagues claim that they care

13  about and listen to Black people and Black

14  women.  The majority claims that they value

15  the votes and the voices of Black people and

16  Black women.  But all evidence to the this is

17  contrary.

18      Voting for this map means ignoring the

19  voices, lived experiences, concerns, and

20  rights of Black voters.  It also means

21  ignoring the voices of Black people in this

22  very room.  You may think mapping and morality

23  have very little to do with each other, but in

24  this case, they go hand in hand.

25      Our state constitution invests the

1   power of creating and passing laws in our

2   legislature, whose members are elected every

3   two years by the people of their district.  So

4   the discussion about redistricting and mapping

5   is indeed a political one, but we cannot

6   overlook the moral aspect of it.

7         We are watching a process again where

8   accumulated power to diminish the political

9   impact of Black voters in Georgia is

10  happening.  This doesn't just make it more

11  difficult for Black people to vote and to feel

12  fairly represented, it makes it more difficult

13  for us to be heard, issues such as healthcare.

14        Georgia ranks low on access to

15  healthcare.  Maternal mortality, we rank

16  higher than the national average for Black

17  maternal health.  Gun violence, reproductive

18  rights, and unequal pay disproportionately

19  affect Black women.

20        Black people also generally experience

21  lower educational attainment and income levels

22  and are twice as likely to be unemployed when

23  compared to White people.  This is no secret.

24  And actually the federal court pointed to this

25  in their order.

1      And when the Republicans shove people

2  who disagree with their policies into a few

3  districts, they are reducing Black voters

4  voices and uplifting a very vocal minority.

5  By packing Black voters, Republicans can make

6  a deliberate choice to ignore Georgians.

7      I've mentioned this before, but

8  Philippians 2 and 4 says, instead of each

9  person watching out for their own good, watch

10  out for what is better for others.  So when

11  you say we value women voters or we value

12  Black voters, my question is, do you?  Do you

13  value the voters or just the votes?

14      If you value the voters, especially the

15  Black women voters, prove it.  Hear them,

16  listen to them, represent them, represent

17  their concerns.  Where can we access quality

18  healthcare?  How are you going to fix the

19  abysmal maternal mortality rate among Black

20  women?

21      Then, I hear in the community questions

22  like, can you enact common-sense gun laws so

23  no other mother has to bury her child?

24  Another question I hear is, where can we find

25  safe and affordable healthcare while we work?

1  These are the questions I hear in the

2  community.  These are the voices I represent.

3       This is there is no fair and right

4  representation of all Georgians with the

5  majority's new maps.  Instead, the majority

6  has made the Senate a trading place for

7  voters' voices and voters' rights, reducing

8  them, you, me, as a Black woman, to marks on a

9  tally sheet, rather than doing justice, loving

10  mercy and walking humbly;

11       In other words, doing the right thing

12  and making their case to the voters.

13  Republicans undermine Black voters' voices.

14       So yes, this is about maps, and

15  districts, and the Voting Rights Act, but it's

16  also about very real consequences of looking

17  at specific groups of voters, people, as more

18  valuable than others.  And that's immoral.

19  Our democracy deserves better.  Our people

20  deserve better, and Georgia definitely

21  deserves better.  Thank you, Mr. President.  I

22  yield the well.

23       Thank you, Senator.  Senator has

24  yielded the well.  I'll recognize senator from

25  the 35th, and you can speak from your desk.

1        SENATOR JAMES:  Thank you, Mr.

2   President.  I am, I guess, the new Black

3   district.  And I've been here the first time

4   since 94, and I've always had a majority-Black

5   district, but now my whole house has been cut

6   out of my district that I've been representing

7   and put in another district.

8        So I speak today because I'm deeply

9   saddened and concerned about the map being

10   proposed by my Republican colleagues.  I am

11   saddened for myself, yes, but more

12   importantly, I'm saddened for the Black voters

13   in south Metro Atlanta.

14        For too long, Black voters in Georgia

15   have been discriminated against by rooms

16   filled with people who don't even look like

17   them.  Dating back to this country's founding

18   and extending into today, Black people and

19   Black voters have been told that their voices

20   and life experiences don't even matter.  This

21   has been for so long.

22        Black people who are voters here in

23   Georgia have been told to trust the system,

24   the political process, because your votes are

25   important not only to be shown, time and time

1   again, that their votes matter only to the

2   extent that the people in this room allow them

3   to matter.

4        It's time to end this tragedy.  It's

5   time to end this partisan game played for the

6   success of a few over the masses.  It's time

7   to end this partisan game where the true

8   victims are not either political party, but

9   Black voters who've been fighting for

10  centuries now for equal treatment under the

11  law.

12       Black people have marched.  Black

13  people have been beaten.  Black people have

14  died for this right to vote.  And here we are

15  still having the same debate.

16       Here we are yet again with the majority

17  party attempting to stifle Black citizens'

18  ability to have meaningful participation in

19  the election process, to have a meaningful

20  ability to elect candidates of their choice.

21       And we continue to have this

22  conversation, even though a federal court

23  judge has already ruled that the map passed by

24  this Senate in 2021 violated Black voters

25  rights under the Voting Rights Act.  This

1   Republican proposal will suffer the same fate.

2        As many of my colleagues have already

3   stated, Judge Jones ordered that the Senate

4   redraw its maps to remedy specific

5   discrimination against Black voters in ten

6   districts, including District 35, which I

7   represent.  Instead of doing that, the

8   Republican proposal makes most of its changes

9   in districts not identified by the court

10   order.

11        To cover up this gamesmanship, the

12   Republican proposal changes district numbers,

13   including mine, for no apparent reason.  It's

14   changed the district numbers of Black voters,

15   and it was not necessary.  None of you should

16   be fooled by this.  The Republican map being

17   proposed violates federal law.  Period.

18        This is just smoke and mirrors to

19   change numbers of existing Black districts.

20   The Republican proposal does nothing to

21   increase equality for Black voters in south

22   Metro Atlanta.  Period.  This map continues to

23   discriminate against Black voters, including

24   the voters that I currently represent.

25   Period.

1        And no one in this room should support

2  it.  Period.  Yesterday, during the committee

3  meeting on this map, one of my colleagues

4  highlighted that Georgia has made significant

5  progress toward racial equality in the

6  election process.

7        No one's going to deny that.  We are

8  all proud to represent this great state of

9  Georgia, where I was born and raised, third

10  generation on my mother's side and fourth on

11  my father's.

12        However, progress does not mean

13  equality.  Progress means that we're getting

14  closer.  But as the court made clear, we are

15  not there yet.  So in his order on Page 9 and

16  in different words on page 516, Judge Jones

17  said, and I quote --

18        "The Court commends Georgia for the

19  great strides that it has made to increase the

20  political opportunities of Black voters in 58

21  years since the passage of the Voting Rights

22  Act of 1965.  Despite these great gains, the

23  court determines that in certain areas of the

24  state, the political process is not equally

25  open to Black voters."

1        This means that the progress that we

2   have made is not enough for Black voters in

3   the south Metro area, and I'm standing here

4   saying it.  Many other Democrats have already

5   said it.  The court has said it.  And the

6   sentiment of has echoed in the public comments

7   over the last few days.

8        So this means that the Republican

9   proposal is not enough for Black voters in

10  south Metro Atlanta because it contains --

11  continues to ignore that this right to

12  equality should be upheld.  The Republican

13  proposal is not enough.  It violates the

14  Voting Rights Act.  This map clearly violates

15  the Voting Rights Act.

16        So everyone in this room should be just

17  as disappointed as I am.  Everybody in this

18  room should oppose this map.  It's not about

19  me.  It's about the best for the State of

20  Georgia.  I just thank you, Mr. President, and

21  I yield the well.  Thank you.

22        LT. GOVERNOR JONES:  Thank you,

23  Senator.   Senator from the 2nd would like to

24  speak.  I didn't even know you were up next,

25  Senator.

1        SENATOR MALLOW:  Thank you, Mr.

2   President.

3        Today I rise in opposition to the maps

4   created by the majority party and passed out

5   of committee as they were done to be nothing

6   more, in my opinion, than a shell game because

7   Black voters in the dilution area identified

8   in Judge Jones' order have no new

9   opportunities because all we did was change

10   the numbers.

11        So history would suggest in Selma, when

12   Dr. King wrote these words before President

13   Lyndon B. Johnson signed the Voting Rights

14   Act, Dr. King said, we see a classic pattern

15   of disenfranchisement typical of southern

16   Black belt areas where Blacks are in the

17   majority.

18        What Dr. King knew was that if

19   districts weren't drawn so Black folks could

20   elect their representatives of their choice,

21   they would not have any political power.

22   Judge Jones' order says that the map should

23   create additional opportunities, not play with

24   the district numbers around the map.

25        All we -- and when I say we, I'm

1  speaking for Black folks -- is for you to be

2  true to what Judge Jones said on paper.

3  Matthew 25 and 40 says, when the disciples

4  asked Jesus, when had they done all of these

5  things, when questioning Jesus about the

6  parable before him, Jesus answered and said,

7  when you've done them to the least of these,

8  you've also done them to me.

9        And so you should just do the right

10  thing and follow Judge Jones' order by doing

11  the right thing for Black voters to have that

12  right to elect a candidate -- because I heard

13  in committee someone say, we hope that there

14  are Black voters in the GOP.  Black folks are

15  not a monolith.

16        In my own Senate district, I had a

17  primary and a general.  Both candidates were

18  Black.  I have a majority-Black district, and

19  I had a Black Republican challenge me in that

20  district.  Why not draw districts so that

21  Black folks are the majority and can elect a

22  candidate of their choosing?

23        Because whether you are a Republican or

24  a Democrat, you ought to go out and talk to

25  Black folks.  Don't be afraid to talk to Black

1  voters and ask them for their vote because if

2  you talk to them and ask them for their vote,

3  they might vote for you.

4       But if you draw on partisanship because

5  you don't want to talk to those voters, then,

6  they never have an opportunity.  And so you

7  shouldn't make it partisan; make it about

8  Judge Jones' order.  And that order is about

9  creating majority districts for Black folks in

10  the affected areas.

11       Don't tell me this map passes because

12  this map doesn't do enough.  Do the right

13  thing by the Black voters in this state

14  because we deserve it.  As I close, I'm

15  reminded of the words of a Baptist preacher

16  that said, we are caught in an inescapable

17  network of mutuality, tied to a single garment

18  of destiny.  Whatever affects one directly,

19  affects all indirectly.

20       And what you have done here just blocks

21  Black voters because you think that it will

22  affect your majority, because you're saying

23  you won't give Black voters what the judge

24  ordered.  As we're wrapped together in that

25  single garment of destiny, I'm reminded that

1  there's nothing you can do to escape it

2  because we're all tied together.

3       As I heard one of my colleagues say

4  yesterday, we're still all God's children.  So

5  as I take my receipt, I'm reminded of a

6  proverb that says, until the lion gets a

7  chance to tell his story, the hunter will

8  always be the hero.

9       So when the lion tells his story, it

10  will be a story of how justice rolls down like

11  waters and righteousness like a mighty stream

12  because just like the lion, Black voters want

13  the chance to elect their own representatives

14  who will also tell their story.

15       And as I take my seat, Mr. President,

16  one of the great activists, none other than

17  Ms. Fannie Lou Hamer, said that she was sick

18  and tired of being sick and tired.  And just

19  like Sister Fannie Lou Hamer, I'm sick and

20  tired of being sick and tired of having to

21  have the conversation about fighting for Black

22  folks.

23       All I ask my colleagues in the majority

24  to do is just do the right thing by Black

25  voters and give them just what the judge

1  ordered.  With that, Mr. President, I yield

2  the well.

3      LT. GOVERNOR JONES:  Senator has

4  yielded.  Thank you, Senator.  Senator from

5  the 9th, you wish speak?

6      SENATOR MERRITT:  Thank you, Mr.

7  President.  I rise today to talk in opposition

8  to the proposed map that we have before us

9  this morning.  But first, I want us to get a

10  few facts straight.

11      No, it's not our job to get soundbites

12  and try to be on the news, but it is our job

13  to be transparent, to tell the truth, and to

14  be factual.  And we need to tell the truth to

15  Black voters.  And that's not what is

16  happening on this map.

17      I know all of the talk about numbers

18  and redistricting gets very confusing to the

19  public, but I'm going to break this down

20  really, really simple why this map is bad.

21  Violates the Voting Rights Act.  Fails to

22  comply with the judge's order, and the

23  Republicans love to say how they are the party

24  of law and order.

25      Illegally gerrymanders.  Dilutes the

1   voting power of Black voters.  This is what

2   this map does.  Another untruth.  Our chairman

3   from the 49th, respectfully, she said that

4   adequate testimony was allowed during

5   committee.

6          I listened to the committee hearing

7   when Republicans presented their map.  We got

8   a lot -- a lot of testimony was allowed from

9   the public.  I think it was over an hour.

10  Upon closing, no questions were allowed --

11  permitted to be asked of the committee, the

12  Republicans in control of that committee,

13  about their maps.  No question.  Closed out.

14  We're done for the day.

15         However, the Democrats go to present

16  their map the following day, yesterday.  All

17  of a sudden, we can't hear testimony from the

18  public.

19         And as they were pressed on that, the

20  lack of testimony from allowing -- allowing

21  testimony from public, they yielded a little

22  bit, allowed five people to speak for five

23  minutes, and then proceeded to ask Democrats a

24  series of questions about the Democratic map.

25  Yet they answered not one question about the

1  Republican map.

2       Also to note, during their hearing on

3  the Republican map, not one person came up in

4  testimony for that map, not one.

5  Transparency, folks, and what is right is

6  right and what's wrong is wrong.  And we're

7  not talking about soundbites; we're talking

8  about telling the truth.

9       So let's talk more about transparency

10  or the lack thereof from the Republicans.

11  Being transparent means being upfront about

12  your motivations.  It appears to me the

13  motivation is to not represent Black voters or

14  talk to them.  It means that you have nothing

15  to hide when it comes to revealing what you

16  stand for and what you're trying to

17  accomplish.

18       What are we accomplishing here?  What

19  were we sent to accomplish here?  To create

20  minority voting districts under specific

21  guidelines.  We took districts that weren't

22  even part of the order, and I still -- we

23  still don't have an explanation from that.

24  The chairwoman never really answered that

25  question.

1       The court ordered all of us to ensure

2   that our district maps comply with the Voting

3   Rights Act.  To do so, we are obligated to

4   make sure that the voters in the designated

5   Black communities have a chance to make a

6   meaningful impact with their votes.  They

7   deserve their votes -- their voices to be

8   heard, and their votes to be counted.

9       That they have a real chance to elect

10  representative that are reflective of who they

11  are and what they stand for.  We want that for

12  all Georgians.  So again, what is this map

13  accomplishing really?  The statistics speak

14  for themselves.

15       In the Republicans' map, only a net of

16  approximately 3,000 additional Black voters in

17  Georgia are given this opportunity to be

18  reassigned to a district where their power of

19  their vote is not weakened by the -- is not

20  weakened by being forced to vote in a district

21  where the majority does not share their

22  political values.

23       Whereas in the Democrats' map the

24  opportunity is afforded to an additional

25  105,000 people.  Republicans, we see through

1  you, and the public sees through you.

2      When we take a second look at what

3  you've done, we see that you have moved Black

4  voters from one Black-majority district to

5  another.  Why would you do that?  What are you

6  trying to accomplish?  Your court-ordered task

7  was to ensure that fellow Georgians of color

8  have a chance to make their voices heard, and

9  that their voices carry all the way to the

10  gold dome.

11      Your task was not to ensure that

12  nothing changes politically.  The expert cited

13  in the court-- the expert cited in the court

14  order agreed.  Race and politics can sometimes

15  be intertwined, but the way to measure whether

16  district lines have been redrawn in a way that

17  complies with the order is not to assess

18  whether there are changes along political

19  lines.

20      It's to see how many eligible voters in

21  the Black community in Georgia have an

22  opportunity to cast a vote that's going to

23  matter.  3,000 versus 105,000.  Help me.

24  3,000 on the Republican maps versus 105 on the

25  Democratic map.

1      Republicans, we see through you.  We

2   see what your priorities are.  At the

3   committee hearing yesterday, I also observed

4   that the senator from the 46th said that he

5   voted in favor of the Republican maps in 2021

6   because he was advised by legal counsel that

7   they weren't discriminatory.

8      Wasn't really sure what he meant by

9   that, but perhaps the topic could have come up

10  again earlier, and we could have asked that

11  question, if Democrats were allowed to even

12  ask a question about the maps that the

13  Republicans presented.

14      That's part of having testimony.  You

15  want to clarify, you want to clarify some

16  questions about what's happening here.  We

17  want to clarify maybe some past statements

18  that were made.  Democrats were not allowed to

19  ask any questions during the Republican

20  committee hearing.  That was a lie.

21      In fact, the Republican leaders of the

22  Reapportionment Committee created entirely

23  different rules for Democrats after they

24  presented and were not intending to allow any

25  public comment after the presentation of the

1  Democratic map.  This process was not fair.

2  And the Republicans' proposal is not fair.

3       And what we're trying to accomplish

4  here is fairness.  Fairness so that Black

5  voters have their voices heard at the ballot

6  box.  And with that, Mr. President, I thank

7  you, and I yield the well.

8       LT. GOVERNOR JONES:  Thank you,

9  Senator.  Senator has yielded the well.

10  Senator from the 40th wishes to speak.

11       SENATOR HARRELL:  Thank you, Mr.

12  President.  Members of the Senate, I must

13  start by saying that as I look out across this

14  Senate body, I see mostly my Democratic

15  colleagues right now.  I see a few

16  Republicans, and I thank you for being in your

17  seats to listen to us.

18       We came here this special session to

19  deal with one thing and one thing only, and

20  that's these maps.  And it bothers me that I

21  see so many empty seats because during regular

22  session, there are a lot of reasons to be out

23  of the chamber, but there are no reasons to be

24  out of the chamber this morning.

25       This week, I've been feeling a little

1   bit of Deja vu because I was here in the other

2   chamber, in the House, in 2004 when we went

3   through a similar process.  Most of you were

4   not here then.  Some of you were.  So let me

5   kind of tell a little bit of history.

6        We had gone through redistricting in

7   2001.  We were a Democratic State, House,

8   Senate and Governor's Office.  That was

9   beginning to change.  And so I'll admit, the

10  redistricting process did become partisan.

11  There was some gerrymandering that happened,

12  and there were some court cases, some

13  constitutional challenges to the map.

14       One of those court cases did win, and

15  we had to redraw the maps under threat of a

16  special master taking that process over if the

17  legislature could not do it.

18       Now, there's one big, big difference

19  between what happened then and what has

20  happening today.  And that's the challenge in

21  2004 was a constitutional challenge, but it

22  had nothing to do with racial discrimination.

23  It had to do with packing districts.

24       Now, we are here today to deal with the

25  issue of racial discrimination.  And that is

1  very, very different.  In 2004 or in 2001, we

2  were still under -- we had to get our maps

3  precleared to make sure they weren't diluting

4  Black vote before we passed those maps.

5        Because of a U.S. Supreme Court case in

6  2013, we -- this is the first time we've gone

7  through that where we didn't have to get our

8  maps pre-cleared.  So nobody was really

9  scrutinizing those maps very carefully.

10  Someone said previously, legislative counsel

11  said these maps were fine.  These maps did not

12  dilute Black votes, the maps we passed in

13  2021.

14        But I will say you tend to not see what

15  you don't want to see.  So I venture to say

16  that the federal government probably looked a

17  little closer than our legislative counsel

18  did, and we need to look -- and Judge Jones,

19  being a Black man himself, looked a lot more

20  carefully at that map than we looked at it in

21  2021 and probably more carefully than

22  legislative counsel looked at it.

23        Now, what happened in 2004 is the

24  legislature was given three weeks to pass a

25  new map.  We were in session.  It was toward

1   the end of session, and that was the session

2   where we were no longer fully Democratic.

3        Sonny Perdue had won the Governor's

4   Office.  The Senate was elected Democratic,

5   but flipped to Republican after the election

6   when people changed parties.  The House was

7   still Democratic.

8        So you had a challenge where Georgia

9   had functioned as a one-party state for 135

10  years, all of a sudden was a two-party state,

11  and they had to draw maps together.  They

12  didn't know how to do it, so they failed to

13  draw a map in three weeks.

14        So it was handled -- then handed to the

15  special master to redraw a map completely

16  blind of incumbent addresses.  The map came

17  out, committee chairmen, powerful committee

18  chairmen, were paired with other powerful

19  committee chairmen.  Nobody liked that map.

20        At the end of that session, 350 years

21  of legislative experience walked out and did

22  not return to the election process.  I did

23  that; I left because my district, it was like

24  if my district was like this and I lived here,

25  my district did this.  It was a completely new

1  district, and I had a two and a four year old

2  and an unemployed husband.

3        And so I said, this is not worth it.  I

4  am not going to run again.  A lot of other

5  people made that same decision; 350 years

6  walked out.  56 of those years were, if you

7  might remember, Senator Hugh Gillis, who was

8  elected, served 56 years in this chamber and

9  was elected in 1948.  He left, too.

10       Now I say that because as I walk the

11  halls this week, I feel like I'm breathing in

12  very thick air.  But there's probably a couple

13  reasons why I'm feeling that way.  I'm feeling

14  that way because I feel like Georgia is at a

15  turning point, that we are at a point in terms

16  of our racial progress, that we are turning

17  around and going backwards, and that hurts my

18  heart.

19       But I also feel like the air is thick

20  because there are people who are afraid of

21  losing their seats.  This map here, I think,

22  worked harder at protecting Republican

23  incumbents than it did fixing the problem that

24  the judge ordered.  Not one Republican is

25  losing a seat here.

1        And I think some of that thick air I'm

2   feeling is people walking around thinking, I

3   don't want to lose the power that I have.

4   That's hard to walk away from.  I admit that;

5   I had to do it.  I enjoyed the power I had

6   when I served in the House.  But I left, and I

7   was okay.

8        I believe that countries have souls.

9   And you see this so clearly in the Middle East

10   right now, where you have populations of

11   people who are fighting over the soul of the

12   land.  I also believe that states have souls,

13   and I am proud of Georgia's soul.

14        And I believe that Georgia has a soul

15   of progressiveness that goes way back to the

16   1700s, when General George Oglethorpe started

17   the Colony of Georgia because General

18   Oglethorpe based the beginnings of this state

19   on criminal justice reform and self-

20   determination.  He wanted to reform the

21   prisons in England.

22        There were people being held in prisons

23   who were held there simply because they were

24   in debt.  And he wanted to give them a second

25   chance.  He brought them to Georgia.  He said,

1   let's make silk, let's plant mulberry trees.

2   He kind of missed the point that the Georgia

3   coast had a sandy soil and might not grow

4   mulberry trees.

5         But the point is the beginning, the

6   seed of Georgia, our first story was about

7   giving people a second chance.  And so I

8   believe at the root of Georgia's soul is a

9   spirit of inclusiveness, of self-

10   determination, and of forgiveness.  And I

11   believe that at this moment in history, we are

12   putting that at risk.

13         In this room, we have lots of stories.

14   It is important for us, as members of this

15   body, to get to know each other and to hear

16   each other's stories.  There are very few

17   opportunities in our country right now where

18   people of different backgrounds, such as we

19   have in the Senate, can come together and talk

20   to each other because we are such a

21   politically divided country right now.

22         So what, I ask, as a White member of

23   this chamber, is that we as White people take

24   more opportunity, and I wish some of my

25   White -- more of my White Republican

1  colleagues were here to hear this, but we need

2  to sit down with our Black colleagues and hear

3  their stories because I think if we did that,

4  we wouldn't end up with this map.

5         As a White person, as I faced struggles

6  and challenges, the message that I heard was

7  you can do anything.  As I hear stories from

8  my Black colleagues, sometimes what I hear is

9  that they were told, when they were children,

10  is I know you're -- I know this is upsetting,

11  but don't rock the boat because if you do, bad

12  things can happen.

13         Those are two very different stories.

14  And that is why -- and two different

15  experiences.  And that is why it's so

16  important to not dilute Black votes.  You have

17  Black communities embedded in these districts

18  that rely on their Black leaders to know what

19  to do and to learn how to advocate for

20  themselves.

21         If you take -- if you crack one of

22  those communities, and put it into a strongly

23  Republican district, and take their leader

24  away, they no longer have the confidence in

25  their leadership.  And what happened in the

1  south of Atlanta is some of these communities

2  were cracked into districts that vote like 80

3  percent Trump.

4        These are populations that don't talk

5  very well to each other.  These are polarized

6  populations.  And that is exactly why the

7  judge picked this area south of Atlanta.  We

8  were supposed to stay in that area and make

9  these changes there.  Instead, the map drawers

10  went north.

11        Now, it's hard when you look at these

12  maps to see this racial dilution because it's

13  so -- when you look at gerrymandering, you

14  used to look at gerrymandering and see oddly

15  shaped districts.  Now, because of the data we

16  have, it's -- we do everything by numbers.

17  And so you can hide this racial

18  discrimination; you can hide this this

19  gerrymandering.

20        I beg you to listen to these stories of

21  your Black colleagues.  Our senator from the

22  15th has written a book.  And the title of it

23  is something his mother told him, right?  Our

24  senator from the 15th was told that to survive

25  in his world, he needed to learn how to get

1  butter from a duck.

2      Now, I ask you, the White members of

3  this body, did you have to get butter from a

4  duck to survive in your world?  I believe that

5  if we are going to heal as a state, we all

6  must look into each other's eyes in this very

7  body and set the example for talking across

8  these lines, looking into each other's eyes

9  and seeing our common humanness because life

10  is hard.

11      We all have hard things that we have to

12  live through.  And the more we know about that

13  from each other, the more we can better serve

14  the people of Georgia.  If we don't do this, I

15  do believe that Georgia will lose its soul,

16  and that would be a tragic burden to leave to

17  the next generation.

18      So I hope that we can do better with

19  these maps.  Thank you, Mr. President.  I

20  yield the well.

21      LT. GOVERNOR JONES:  Thank you,

22  Senator.  My former suitemate, senator from

23  26.

24      SENATOR LUCAS:  Thank you, Mr.

25  President.  You know what I've learned over

1  the years comes from experience.

2        In 1969, I was at Tuskegee Institute

3  then, majoring in political science and

4  playing football to pay for me going to

5  school.  And I never would forget that we had

6  an African instructor by the name of Ninjaka

7  (phonetic).  And a class project was to go to

8  Barbour County, Eufaula, Alabama and register

9  Black voters.

10        That was the first time that I was ever

11  shot at by folks who didn't look like me

12  because I was trying to get folks who looked

13  like me to become registered voters.  After

14  leaving school, I wanted to play professional

15  football.  My eyes were on the money, and I

16  wanted to have me some of it.  But the deal

17  didn't work out.

18        So in 1974, I was asked to run for

19  office because of this process, redistricting.

20  And we gained two predominantly Black seats in

21  Macon, Georgia, and I ran for one, Billy

22  Randall ran for the other, and I won, and he

23  won.  So over those years, since '75, I've

24  been part of the General Assembly, except for

25  one year.

1         I've seen it go around.  I've seen

2   folks cry when they leave here because they

3   were drawn out of a district.  I've seen some

4   rejoice because they kept that district.  But

5   let me say to you, there is no fun when a

6   special master does it.  It's done by figures,

7   not who you are or not where you live.

8         And it doesn't make any sense whether

9   you are paired with anybody.  They don't care.

10   They just look at numbers.  But what's amazing

11   about this process?  The other party reminds

12   me of the Isley Brothers.  Here We Go Again.

13   Or the Spinners, The Games People Play.

14         See, what you call yourselves doing is

15   not answering the judge's call.  Number 1, a

16   week or so ago, you appeal to the 11th

17   Circuit.  Now, the 11th Circuit is known to be

18   one of the most conservative circuits in our

19   judicial process.

20         You did not follow the judge's order.

21   You went outside the judge's order.  The judge

22   made a finding and gave you a remedy to the

23   finding and said, I want it by December the

24   8th.

25         Now what's going to happen is we're

1   going to be in court.  You're hoping that you

2   get a favorable three-judge-panel ruling.  But

3   what you forget is there's a process called en

4   banc, which you appealed, if you get that

5   ruling the 11th circuit, which means then you

6   go to the 21 judges in the 11th circuit.

7           And they have to be polled.  And what

8   will happen is they will make a decision and a

9   vote on the hearing that's presented to them.

10  In the meantime, we told you in '21 what you

11  were doing wasn't right.  Here we are again,

12  doing the same thing all over, which ain't

13  right.

14          And of course, we as a body, Republican

15  are going to be on one side and Democrats are

16  going to be on the other, but that's all

17  right.  We going to be in court litigating.

18  So here we go with the '24 election.  It might

19  not have the lines drawn by then because we're

20  fighting in court.

21          Back home, folks are calling me, asking

22  me, what are we going to do?  We want to meet

23  with you.  We want to talk about what's going

24  on.  For instance, in the special master, he

25  talks about a Metro Macon district.  That says

1   Macon would pick up two more representatives.

2   That would be four coming out of Macon, but

3   it's split.

4        It's split between (Inaudible) County,

5   Bibb.  Part in Macon, part Bibb, Twiggs and

6   Wilkinson.  But what the House did, rather

7   than create what the judge said because he

8   gave a finding and a remedy, they decide to

9   take the minority leader in the House and put

10  him in Haralson county to create a district.

11  Y'all know what you did.  You changed the

12  numbers.

13       This ain't nothing new.  I've been

14  through it before.  Ain't nothing new.  In the

15  final analysis of what's going to happen, the

16  judges in the Supreme Court are probably going

17  to be asked to settle a case.  You're going to

18  be just like Alabama.  They told you to do it.

19  You said we ain't going to do it.  So they

20  sent a special master in.

21       The Eighth Circuit, which covers

22  Louisiana and Mississippi, questioned whether

23  or not an individual or a group of individuals

24  can challenge what the state did.  And what

25  they were saying is that the only somebody

1  could do it is the United States Justice

2  Department.

3         Well, the United States Justice

4  Department will be part of this hearing

5  because you're dealing with voting rights.

6  They will be part of this hearing because

7  you're dealing with voting rights.  The

8  argument about whether individuals or groups

9  can challenge what the state did was turned

10  down by the judge who made the ruling.

11         So when you look at the justices being

12  involved, how do they go against the judge?

13  It took the MSAs, the Metropolitan Statistical

14  Area, that dealt with populations.

15         When you take Georgia to brought in

16  over a million new folks of color in

17  population and you deny them that right to

18  elect somebody that looked like them.  That

19  said they have to get elected, but it says do

20  deny them the right to elect somebody that

21  looks like them.  Here We Go Again, the Isley

22  Brothers.  The Games People Play, the

23  Spinners.

24         But yet taxpayers are paying for us to

25  be here.  We've talked about healthcare, folks

1   getting good health care.  The only somebody

2   can remedy that problem is those of us who are

3   sitting in these seats right now who have

4   refused to deal with healthcare.

5        Now, we're talking about

6   reapportionment, who you vote for, what the

7   numbers are going to look like.  Listen.

8   People have come to this state.  A lot of us

9   do not do the jobs we used to do before.

10        We don't pick the vegetables.  We don't

11   pick the fruit.  Other folks do it.  They come

12   here, they work, get a check, take half of it,

13   send it back home to try to take care of the

14   family they left.

15        But we're going to learn that

16   populations make a difference.  Many come here

17   for other reasons, employment.  And we will

18   decide today.  We will decide today.  We made

19   all kind of excuses.

20        And I refuse to do what the judge said

21   to do.  Took districts, involved districts

22   that had nothing to do with what the judge

23   talked about, change the numbers of districts,

24   and we say it's all right.  That's what we are

25   doing, y'all.  That's what we are doing.

1        And the only reason I say it to you,

2    this ain't my first rodeo.  I've been here.

3    I've seen it.  And we doing it all over again.

4    All over again.  I would ask you to vote down

5    this map.  Let's get it right.  And let's go

6    home.  Mr. President, I yield the well.

7        LT. GOVERNOR JONES:  The senator has

8    yielded the well.  The chair recognizes the

9    Senator from the 36th.

10       SENATOR ORROCK:  Thank you, Mr.

11   President.  good afternoon, almost,

12   colleagues.   we're here yet again, debating

13   maps and making decisions that impact the

14   right of Black Georgians to access the ballot

15   box.

16       And the immortal words of the gentleman

17   who just now left the well, this ain't my

18   first rodeo either.  I guess this is Number 4

19   reapportionment for me.  But there's a much

20   longer history here that I just want to touch

21   on briefly, to put in context where we are.

22       You know, the entire history of our

23   nation has been marked by the struggle to have

24   access to the ballot box, to secure the right

25   to vote.  In the documents of our founding

1  fathers, there was an artful little

2  designation of how to count enslaved Black

3  men.  Was it three-fifth?

4       So that was just the beginning of the

5  tricks that have been played to attempt to

6  marginalize and oppress the African-American

7  population that was brought here in chains.

8  This is the history, the origins of where we

9  still are today.

10       How long will it take for us to

11  understand that coming together and embracing,

12  building, and ensuring a true democracy is the

13  foundational way that we will as a nation hold

14  together and move forward?  So this is a

15  battle about access to the ballot box.

16       You know, Albany State students marched

17  down, attempting to register to vote in the

18  60s, and they were all kicked out of school,

19  kicked out of school for that.  In Danville,

20  Virginia, people went down, marched to vote,

21  beaten down in the streets.

22       Everybody's seen the footage.  If you

23  don't -- if you haven't, you're blind of what

24  has happened across the South, in particular,

25  but not isolated to the south, of African

1   Americans struggling for full citizenship and

2   full rights, the right to live their lives as

3   they choose.

4          And that's what we're facing here

5   today.  I mean, that's the history.  The

6   Voting Rights Act was passed in the wake of

7   people, including our own John Lewis, being

8   beaten to the ground, beaten unconscious, in a

9   voting rights march.

10         When the Voting Rights Act was passed,

11  it was an enormous landmark, historic victory

12  that was hard fought and that was won by the

13  shedding of blood and the taking of lives.  I

14  mean, the all of this is history that you can

15  choose to ignore, or you can embrace, and

16  learn from, and be informed by, and have that

17  guide and shape your values and how you behave

18  as a member of this body, what policies you

19  support.

20         And do you know, no surprise, the

21  Voting Rights Act is now hanging by a thread.

22  The act that, for the first time, brought into

23  southern legislatures significant numbers of

24  African-American leaders from across our

25  southern states, and it changed the tone, and

1  tenor, and nature of legislatures all across

2  the South.

3        The history is long and deep and

4  layered.  It's all there for us to learn from

5  if we will look at it.  But as right-wing

6  judges hammered away with decisions, the

7  Voting Rights Act, which used to be -- it was

8  embraced.  It was a bipartisan vote.

9        Senator from the 15th, we remember this

10  well, don't we?  We lived through it.  It was

11  a bipartisan vote to pass that Voting Rights

12  Act.

13        You best believe that those White

14  southern members of Congress did not embrace

15  it.  And we had one of our own who lost his

16  seat for voting for that act, Charles Weltner.

17        But I will say to you here today, as

18  the Voting Rights Act is hanging by a thread,

19  and with this long, extensive history, since

20  the founding of our nation and before all of

21  the oppression of African-American people,

22  that's at the core of what we're dealing with

23  right now, that's at the core of what we're

24  dealing with.

25        Are people going to have access to the

1   ballot?  And a Black federal judge took his

2   legal mind, wrote an extensive opinion, 516

3   pages, to say and to point out that the maps

4   that were passed and signed into law by the

5   governor, the maps that were passed, the 2021

6   maps, dilute Black voting power in Georgia.

7   Pure and simple, pure and simple.

8        And I think it's been well documented

9   by many of my colleagues that have been in the

10  well already, and particularly those that

11  serve and sit on the reapportionment

12  committee, that the process has been hurried,

13  the process has -- the ball has been moved all

14  over.

15       Oh, it's your turn.  Well, you should

16  have debated that yesterday.  Oh, well, you

17  talked yesterday, so then, you can't talk

18  today.  I mean, it's really -- it's

19  preposterous.  It's ludicrous.  If it weren't

20  so serious, one would kick back in the chair

21  and laugh at it, at the games that are being

22  played.

23       And to renumber districts so that you

24  can call them new districts that are -- that

25  are majority-Black districts and that you've

1  created new districts with this numbers game,

2  and we didn't have an opportunity.  The chair

3  of the committee chose to leave the well.

4  There were many questions to have been posed.

5        And that was one is, what was this

6  numbers game that you were playing with taking

7  districts and giving them new numbers?  And

8  then, (inaudible) you can say here, here are

9  the new districts that the judge asked us to

10  draw.

11        The Alpha Phi Alpha plaintiffs in the

12  underlying lawsuit in this case  sent a letter

13  to the committee this week and maintaining

14  that the Republican proposal does not comply

15  with the Judge Jones's order or the Voting

16  Rights Act.

17        And as has been pointed out a few

18  minutes ago, we're going to be in litigation

19  ad nauseam because these maps will not pass

20  scrutiny, these maps will not pass scrutiny.

21  And we leave the voters of Georgia very poorly

22  served by these machinations.

23        The disenfranchisement of Black voters

24  has a history as old as this country.  We

25  could and we have the opportunity before us to

1   have done the right thing, and had no more

2   litigation, and go forward with maps that

3   didn't dilute Black voting power, and that

4   everyone could go home and know what the lines

5   they were going to run on, and we could move

6   forward.

7        And our voters across the State of

8   Georgia, could have some understanding and

9   some confidence in the stability and

10  predictability of their access to the ballot

11  box.

12       That's not what the majority party here

13  has chosen to do.  And it's regrettable.  It

14  was avoidable.  And I'm sure there are people

15  on both sides who see this differently, but I

16  think that the facts just are undeniable.

17       Under the Republican plan, 80 percent

18  of the Black voters on the map who are being

19  redistricted come from outside the districts

20  the court identified as problem areas.  And

21  it's been stated before, I'll say it again, in

22  our maps, the maps of the Democratic caucus,

23  100 percent of the voters who are being

24  redistricted come from the area that is

25  diluted.

1       That's 105,000 Black voters in Georgia

2   who would now have a chance to cast a vote

3   that would make the kind of change they would

4   want to see, that would give them the option

5   of choosing their representatives.  We're in a

6   state with one third of our population is

7   African American.

8       You go over to Montgomery, plan a trip

9   over there, and take some time, and look

10  through the history that has been carefully

11  cataloged, and captured, and presented to make

12  it accessible to people.  The wealth of this

13  nation was built on the backs of African

14  Americans.  That's not debatable.

15      Cotton was king, and it was

16  internationally traded, and it was grown, and

17  harvested, and processed by the enslaved

18  population.  The wealth of this nation rests

19  on the backs of the African-American

20  population that was enslaved, whose

21  families -- half the families in that

22  population were broken up.

23      But all that's over there in Montgomery

24  Museum.  In the words of the lady from the

25  40th, open our eyes and learn, and how can you

1   deny the reality that we have a job to do.  We

2   know what path is the right path to be on, and

3   we could do it together.  We could do it

4   together.  But this map does not move us in

5   the right direction.

6        The time is late.  There are others

7   that will be speaking.  I will take my seat

8   and urge you to think deeply beyond this

9   moment and beyond this vote what you're going

10  to do as a leader elected to a high position

11  in Georgia to seek fundamental change in the

12  approach that we use to access to the ballot

13  and building a true and full democracy in

14  Georgia and in this nation.

15        Thank you.  And, Mr. President, if

16  there are no questions, I'll yield the well.

17        LT. GOVERNOR JONES:  You have no

18  questions, Senator.  The Senator has yielded

19  the will.  The chair recognizes the Senator

20  from the 33rd.

21        SENATOR RHETT:  Thank you, Mr.

22  President, my fellow senators, colleagues and

23  you all.  I'm here today because I'm

24  concerned that District 33, a minority-

25  opportunity district, Black population, has

1  gone from majority to minority.  The Black

2  voting population has gone below 37 percent.

3        This hampers their ability to elect a

4  candidate of choice.  And when you don't have

5  your candidate of choice, which is me up here,

6  what that means is that you're no longer --

7  you all will no longer be excused in the

8  mornings by me.  The senator from the 1st,

9  3rd, 4th, 15 and 35th, et cetera won't be

10  around anymore to laugh -- won't be able to

11  laugh at my corny jokes anymore.

12        Also, I won't be able to sell to the

13  Senator from the 18th Blue Ties because his

14  initials are JFK.  But also, I won't be

15  traveling across the state anymore resolving

16  development authority concerns.  What District

17  33 needs is to add back the City of Austell,

18  Precinct 1 and 2, also add Clarksdale and

19  Marietta, 5B precincts, and remove the

20  districts in the northeast to restore balance,

21  so that we won't fall below that 37 percent

22  threshold.

23        Let's ask everybody here to work

24  together so that we can create an empowerment,

25  voting, empowerment.  Thank you, Mr.

1  President, and I yield the well, and I won't

2  try to sell you any more blue Democratic ties

3  because your initials.

4      LT. GOVERNOR JONES:  Thank you,

5  Senator.  Senator has yielded the well.  The

6  chair recognizes the senator from the 42nd.

7      SENATOR PARENT:  Thank you, Mr.

8  President, and good afternoon, colleagues.

9      I rise today to use my voice, as I have

10  tried to countless times in this chamber, to

11  speak for those who are being silenced, those

12  who are being disregarded.  This is a moment

13  to remember that this is every Georgian's

14  Senate, and every Georgian's voice should echo

15  in the walls of this chamber.

16      We know that the pool of voters of

17  color in Georgia is growing.  Grew by about a

18  million people between 2010 and 2020.  Vast

19  majority of those, in fact, all of them were

20  voters of color.  The proportion of the White

21  population actually decreased.  And among that

22  increase, the majority of those new

23  individuals are African American.

24      But despite all that, the maps being --

25  in the maps being drawn by the Republican

1   majority, 80 percent of the Black voters on

2   the map who are being redistricted come from

3   outside these new growth areas, where there

4   are large and growing Black populations and

5   that the court specifically identified as

6   disenfranchisement areas within the order.

7        80 percent, 80 percent  just shuffling

8   around Black voters.  This is like the

9   Republicans' mothers scolded them and said,

10  clean your rooms.  And instead of doing that,

11  they hung up a couple of shirts and left all

12  the dirty underwear all over the floor, but

13  bunched it in a pile and tried to shove it

14  under the bed to hide what they're really

15  doing.

16       All the dirty underwear is still out

17  there, but there are some new numbers to try

18  to make it look to the mamas like it got

19  cleaned up.  And why is that?  Because the

20  Republicans wanted to make sure that Black

21  voters, who currently tend to vote in favor of

22  Democrats, could not rise to the level where

23  they could actually make a difference in this

24  esteemed body.

25       In the maps proposed by the Democratic

1  caucus, 100 percent of the voters who are

2  being redistricted come from the area where

3  the court stated that there is vote dilution.

4  That is, 105,000 Black voters in Georgia who

5  would now have the chance to cast a vote that

6  has real influence.

7        Black voters make up a third of

8  Georgia's voting eligible population, and

9  these Georgians are colleagues, family

10  members, teachers, doctors, and friends --

11  deserve to feel that their representatives

12  reflect who they are as a people and what they

13  stand for as a community.

14        Drawing district lines is a sacred

15  responsibility that we have as legislators.

16  Our analysis, decisions, and policy making

17  affect real people.  This is not a matter of

18  numbers, shapes, or probabilities of winning

19  political campaigns.

20        This is about including every Georgian

21  in the electoral process that they are

22  legally, and ethically, and rightfully

23  entitled to participate in, and about every

24  Georgians right to have an equal voice in

25  determining their representation.

1        We're here because of a court order

2   striking down maps that violate the Voting

3   Rights Act, making Black votes matter less

4   than White votes.  And now we're here voting

5   on another map that violates the Voting Rights

6   Act, violates a court order, and makes Black

7   votes matter less than White votes.

8        But when the Democratic caucus

9   presented its proposed maps to the committee

10  on reapportionment, I heard a lot more

11  questions from my Republican colleagues

12  expressing concerns about the proportion of

13  their majority than about how our maps impact

14  communities.

15        Perhaps that is because the map that we

16  are considering today is another manifestation

17  of Republican fear of losing seats.  And I

18  heard a comment, and it was a great one, one I

19  appreciated, from the senator from Athens,

20  saying, well, I hope we get more Black voters

21  to vote for us.

22        I would humbly suggest to you that

23  continually passing maps that violate the

24  Voting Rights Act by diluting Black votes make

25  that a less attractive proposition.  If you

1  want to win Black voters, you can't

2  continually demonstrate that you don't want

3  them to have an equal say in the political

4  process.

5        We are not here to protect ourselves

6  from being thrown out of office.  We are here

7  to ensure that no voter is thrown out of the

8  electoral process.  That is the foundation of

9  our democracy and of the state and federal

10  constitutions we swore an oath to support.

11        I have repeatedly advocated during my

12  tenure of over a decade for creating an

13  independent, citizen-led commission to draw

14  districts, relieving politicians of the

15  responsibility to draw our own districts but

16  particularly removing the power to advocate

17  for oneself or one's party, first and foremost

18  above the people.

19        This new Republican gerrymandered map

20  is, sadly, but another cut in the fabric of

21  our democracy.  Afraid democracy equals afraid

22  Georgia and afraid America.  The sad, sad

23  truth right now is that only one political

24  party is fully committed to democracy.

25        The Republican Party has become more

1  and more enamored by tactics that enable

2  minority rule.  And these districts are

3  another example.  What Georgia needs is that

4  Republicans, Democrats, Independents,

5  Libertarians and citizens of all political

6  stripes to come together to say, we believe in

7  democracy.

8          We believe in the great democratic

9  experiment that is the United States of

10  America, a democracy that is provided a beacon

11  to the world.  We believe in a future for

12  Georgia, where people of all racial, economic,

13  and religious backgrounds participate in that

14  democracy.

15          We believe, as our founding fathers

16  envisioned, that the best results for all of

17  us will be produced by a battle of ideas

18  between individuals and parties and a

19  government that can enact the mandate of the

20  people.  But right now, right now, today, only

21  one party seems to believe in those values and

22  that future.

23          The Republican map we're voting on

24  today demonstrates that again as it subjugates

25  Black votes to White votes.  The future of

1   Georgia is as a multiracial democracy, and the

2   politicians that recognize that and embrace it

3   will be the ones leading that future.

4       We must curb the anti-democratic

5   impulses that have tainted these redistricting

6   efforts.  Let's come together to demonstrate

7   that we, the Georgia State Senate, are

8   committed to democratic values.  Let's vote no

9   on this map, this map that is failing Georgia

10  on judicial and ethical benchmarks.

11      Thank you, Mr. President.  If there are

12  no questions, I will yield the well.

13      LT. GOVERNOR JONES:  Senator, you have

14  no questions.

15      MS. PARENT:  Thank you.  I yield the

16  well.

17      LT. GOVERNOR JONES:  Senator has

18  yielded the well.  The chair recognizes the

19  distinguished dean of the Senate, Senator from

20  the 15th.

21      SENATOR HARBISON:  Thank you, Mr.

22  President.  Thank you very much.  I don't

23  intend to be long.  I think all of the

24  eloquent speakers have really touched upon

25  what I feel about the map, as well.  Like the

1   senator from the 26th stated, to him and to

2   me, it's like deja vu all over again.

3       The current map, the current Republican

4   map, in my humble opinion, does not comply

5   with Judge Jones' order.  To bolster that

6   assertion, a plaintiff, Alpha Phi Alpha

7   organizations, sent a letter to the

8   Redistricting Committee verifying that the

9   Republican map violates the Voting Rights Act

10  and fails to comply with the judge's order.

11      To me, the current map represents a

12  study in misdirection, like the old crossbuck

13  play in football that represented

14  misdirection, to fool the other team.  The

15  quarterback would get the ball, turn around,

16  fake it to one running back and give it to the

17  other running back to fool the opposition.  I

18  think that's what's going on here today.

19      But in the case of the courts, as

20  opposed to football, the referee is going to

21  be Judge Jones.  And I believe that justice

22  will prevail in that order.  I believe that

23  either a master is going to draw it or Judge

24  Jones is going to find something else, or

25  certainly, in the end, whether it's the long

1  game or the short game, I believe that our

2  feeling about this map will prevail.

3        People don't understand, I think, the

4  depth of the feeling a lot of us have about

5  voting and how touchy even our grandparents

6  and our grandfathers and the struggles they

7  had over the years to try to vote.  It was a

8  long, long, hard road.  I remember the night

9  Dr. King's house was bombed when I lived in

10  Montgomery, Alabama.

11        The word went out that, hey, Dr. King's

12  house was bombed, and we need to go see about

13  this.  So we took off running and ran from

14  Trenum Court in the projects up to where Dr.

15  King lived, and there was a crowd starting to

16  gather around.

17        And as the crowd murmured and became

18  angry and agitated, finally Dr. King came out

19  and spoke to the crowd.  Small man, small

20  voice with a big impact.  And he was saying, I

21  want you all to go home.  My family is not

22  home, so I want you to maintain a peaceful

23  posture and go home.  We'll be all right.

24        But you know what?  We won't have to

25  wait long, and I ain't no ways tired.  I ain't

1  no ways tired.  We ain't no ways tired.

2  Violence will not stop me.  And we must

3  remember that, that this represent a struggle

4  that's eternal.

5        You have to mend and take care of the

6  things that you nurture and raise, like

7  America, like your home, like your family.

8  You occasionally need to correct it a little

9  bit to make sure that it stays on the promises

10  that it made, that those promises are kept.

11        We must make sure, and follow through,

12  and make sure the right map is adopted for

13  those underrepresented people in the district

14  that Judge Jones alluded to.  How long?  Not

15  long.  I believe that in the end, justice will

16  prevail.

17        Dr. King said, in the courts, we must

18  work through the legislation.  We must work

19  through the ballots in order to make sure that

20  we come out on top.  Don't get tired and

21  please don't reach out in anger, but reach out

22  in love to the other people to say, look, what

23  we're doing is right.  Come aboard.  Come

24  aboard this love effort.

25        I want you to be first in moral

1  excellence.  I want you to be first in

2  generosity.  But most of all, I want you to be

3  first in love.  Love the map of justice.  It's

4  not this.  Thank you, Mr. President.  I yield

5  the well.

6      LT. GOVERNOR JONES:  Thank you,

7  Senator.  Senator has yielded the well.  Chair

8  recognizes Senator from the 10th.

9      SENATOR JONES:  Thank you, Mr.

10  President and colleagues.  I had no intention

11  of coming to the well today.

12      I simply started out this morning with

13  the -- with just asking a few questions that I

14  felt was important for this body, not just

15  this body, but for all of Georgians to

16  understand what this process was like, and

17  what was involved, and how the majority party

18  came to the conclusions to draw the map that

19  they did.

20      That's how it started.  And then, the

21  chairperson of the committee, as I attempted

22  to ask her a few questions, yielded.  I then

23  asked the lieutenant governor about the

24  gravity of this moment and its severity and

25  what's at stake here, that the questions that

1   we have as Democrats deserve to be answered.

2        We represent as many Georgians as those

3   in the majority party do.  And that's

4   important that we have an open discussion here

5   and not cloud our debate in secrecy.  Any time

6   we go through a redistricting and

7   reapportionment process, it should be open and

8   transparent, and I don't believe this process

9   that we're going through today has been open

10   and transparent.

11        So since the chairperson refused to

12   answer the question, didn't give me an

13   opportunity to ask her the questions that I

14   had written down, and researched, and spent a

15   lot of time considering, the only option I

16   have is to stand before you today and ask

17   those questions that I would have asked of

18   her.

19        The first question I ask was, why were

20   the district numbers changed in several of the

21   existing -- for several of the existing

22   incumbents?  That's an important question

23   because a lot of us have spent countless years

24   working in our districts.  People identify us

25   with who we are and the number (inaudible).

1       They know I'm the senator from the

2    10th.  I ride around with it every day on the

3    back of my car.  We know that.  So I didn't

4    think that was a trick question.  It was a

5    very simple question, in my opinion.  Why were

6    these numbers changed?

7       And I asked that question today, and if

8    I had the answer, it would probably be to kind

9    of obfuscate what seems obvious to or not so

10   obvious to some of us, which means some of

11   those districts that had numbers flipped were

12   some of the districts that was referenced in

13   the judge's order.

14      Some of those districts that were

15   flipped were some of the districts that simply

16   has now gone majority minority.  And it's not

17   me saying that.  It's that 515-page order that

18   I have on my desk that states the obvious.  So

19   I didn't get an answer to that one.  So that's

20   the only answer I can come up with.

21      The other question that I was going to

22   ask is, why does the Republican proposal leave

23   Senate District 16 and 34 unchanged when the

24   court ruled that both districts that are drawn

25   violate Section 2 of the Voting Rights Act?

1  Folks, that's just a simple question.

2        I'm not trying to trick anyone with

3  asking the question.  I don't know the answer

4  to that I can come up with why I think because

5  I didn't draw this map.  As a matter of fact,

6  the Democratic Party had little to no

7  influence on how these maps were drawn.

8        Yes, I live on the south side, some of

9  the fastest growing areas that was impacted,

10  that was mentioned in the judge's order.  The

11  10th district is one of those.  It borders the

12  17th.

13        As a matter of fact, back when the '21

14  map was adopted, I said the exact same thing

15  then that I'm saying today.  Do you understand

16  what's packed, stacking, and cracking is all

17  about?  I didn't get an answer during the '21

18  maps, and I certainly didn't get an answer to

19  that question today, so perhaps a special

20  master can explain it to all of us.

21        Another question I simply had is, why

22  does the Republican proposal make changes to

23  districts that were not identified in the

24  court's order?  That's another question I had.

25  Folks, those on the other side of the aisle,

1  that's a legitimate question to ask.  It's not

2  trickery.  It happened.  They were changed.

3  So please tell us why.

4        Another question I had, is will the

5  Republican proposal lead to voter confusion

6  whose voter district numbers have changed?

7  And that's an obvious question, as well.  It's

8  not trickery.  It was done.  Majority party

9  changed the numbers.  Do you think that the

10  voters will be confused about who they're

11  voting for?

12        I've held this seat now for 19 years,

13  the 10th district.  If it was changed, I don't

14  know what my voters would think.  Did I move,

15  did I relocate, was I assigned to another

16  district?  Voter confusion is real.  That's

17  something that we all should be sensitive

18  about.

19        Another question I've had is what --

20  why does the Republicans proposed map move

21  Black voters in Douglas and Newton counties

22  out of existing majority-Black districts into

23  majority-White districts?  There's nothing

24  trick -- there's no trickery about that.

25  Nothing at all.

1      It's simply a question that need to be

2   asked, and I believe the majority party need

3   to answer the question.  I was rather emphatic

4   when I raised a point of personal privilege to

5   our president of this great body demanding

6   that we need these questions asked and

7   answered.

8      Partially, we were told, well, this has

9   gone through the process.  It's gone through

10  the committee, and the subcommittee, and the

11  committee process, and all those other

12  processes that we have here in our great

13  state.  But the public isn't watching those

14  committee processes like they're watching

15  today.

16      Folks, the 11 million Georgians have an

17  opportunity to tune in to what we're doing

18  together as a body.  They deserve an answer.

19      Another question I had is, why are

20  Black voters in the voter-dilution area

21  identified by the court moved into majority-

22  Black districts?  That's a real question that

23  needs an answer.

24      And I would tell you in advance that I

25  will take any question that you have for me,

1    but I hope someone on the majority party can

2    at least provide some kind of sunshine or

3    transparency on why some of these questions,

4    though I didn't get an opportunity to ask, but

5    at least provide some type of answer for some

6    of these questions.

7         Lastly, the question that I had and

8    something that I spent a lot of time thinking

9    about last night is, how does the Republican-

10   proposed map addresses the court rulings in

11   south Metro Atlanta?

12        Folks, I lived in south Metro all of my

13   life.  I moved to Henry County some 31 years

14   ago when it was a little backwards place, and

15   I'm sure my friends from the 17th who's lived

16   there as about as long as I have, maybe, if

17   not longer, understands what the county was

18   like.

19        But we've seen this county now grown to

20   one of the fastest growing counties in the

21   nation.  In the last presidential election,

22   Henry County had the largest increase in votes

23   for the Democratic president than any other

24   county in the nation.  Number 2 was Rockdale

25   County that borders Henry County.

1        So you can see how much this region has

2   grown and not just has it grown in terms of

3   the demographics, but it has grown in the

4   percent of Democratic votes.  That's what you

5   guys are looking at.  And we know that.

6        So why pack, stack, and crack up these

7   communities of interest?  South Metro is my

8   home.  I know these citizens that live in

9   there, and I'm not just asking these questions

10  for myself.

11       I'm asking the questions for those that

12  live in the south metropolitan part of this

13  state, that this judge, with his 516-page

14  ruling, said that the way the '21 maps were

15  configured, violating the Voting Rights Act.

16       But I'm not just here posing questions.

17  The final question I wanted to ask the

18  committee chairperson was, have you considered

19  or have you looked at the data and the

20  demographics in the maps that we drew?  If we

21  are sitting here and I'm going to ask if

22  someone can help me, if they will, kind of

23  flip this map back over because I want to show

24  you the map that we drew.

25       And one of the things that the senator

1   from the 49th was adamant about was that her

2   map, please, thank you, complied fully with

3   the judge's order.  Well, I want to show you a

4   map that all of our experts agree with us,

5   that, in fact, this map complies with the

6   judge's order.

7        We did not pack.  We didn't stack

8   districts together.  We didn't have to crack

9   open any of those existing districts like we

10  did for the senator from the 35th and the

11  senator from the 42nd back there.  We didn't

12  have to do that on this map that we drew.  We

13  didn't.

14       This map that we've submitted fully

15  complies, and I would challenge anyone -- and

16  we'll give you the data -- that if you find

17  anything that's wrong that does not comply

18  with the judge's order in the maps that we

19  drew, then I would agree that we made a

20  mistake.  That's all I was asking the senator

21  from the 49th to do.

22       Folks, that's what our job is up here

23  is to work deliberative in this body.  And I

24  don't think any one of us has an answer to all

25  of the questions that need to be asked in this

1  particular process.

2         And I certainly would have hoped that

3  the majority party would have taken a lot more

4  time and given us due consideration, to at

5  least be respectful enough and respond to the

6  questions that we had.

7         This is not where we're trying to trick

8  anyone.  You shouldn't hide from this judge

9  because I don't think you can do that for a

10  federal court judge anyway.  They have the

11  ability to pierce the work that we've already

12  done, of which Judge Jones has already done,

13  of which he has no relationship to me, by the

14  way.

15         Think about this for a moment, please.

16  We still have an opportunity to look at what

17  we've done and how we've configured our

18  districts and can compare it to what you all

19  have done in the majority party.  That's what

20  we're asking for as Democrats in this body.

21  Mr. President, thank you.  And if there are

22  any questions, I certainly hope there would

23  be.  But if it's not, then I'll yield.

24         LT. GOVERNOR JONES:  There are -- oh,

25  actually, the senator from the 23rd.

1      SENATOR BURNS:  Thank you, Mr.

2  President.  Will the senator yield?

3      SENATOR BURNS:  Absolutely.

4      SENATOR JONES:  First of all.  I'd like

5  to thank the senator for his intensity and

6  willingness to question --

7      SENATOR JONES:  Thank you, Senator.

8      SENATOR BURNS:  -- the activities that

9  we've done here.  Today, I want you to help me

10  understand just two or three simple things.

11  It's really clarification of fact.

12      SENATOR JONES:  Sure.

13      SENATOR BURNS:  First question,

14  Senator, if you'll yield, are you on the

15  Reapportionment Committee, Redistricting?

16      SENATOR JONES:  No, I am not.

17      SENATOR BURNS:  You're not.  I am not,

18  either.  Senator, were you in the room during

19  the reapportionment hearings, Senator?

20      SENATOR JONES:  I was watching --

21      SENATOR BURNS:  Okay.

22      SENATOR JONES:  -- online and in my

23  office.

24      SENATOR BURNS:  Thank you.   Can you

25  tell me,  Senator, when were the Republican

1   maps provided to the Senate?

2       SENATOR JONES:  Provided to the Senate

3       SENATOR BURNS:  Provided to the public,

4   really?  Did it happen before the special

5   session or after?

6       SENATOR JONES:  The first time that I

7   got wind of the special session was the day

8   before session started.

9       SENATOR BURNS:  But I believe, if it's

10  correct, the Senate map that we're considering

11  today was provided to the public on Monday.

12  Is that correct, Senator?

13      SENATOR JONES:  If you certainly so

14  state, I would agree with that.

15      SENATOR BURNS:  The follow up question,

16  Senator, if you'll continue to yield, when

17  were the Democratic maps provided to the

18  Senate for consideration?

19      SENATOR JONES:  Senator, our maps were

20  provided on Tuesday.

21      SENATOR BURNS:  Tuesday.

22      SENATOR JONES:  Yes.

23      SENATOR BURNS:  I would suggest that

24  perhaps it was later than that.  As we got

25  into the discussion, deliberation, especially

1  on Wednesday at the public hearing, did every

2  person who signed up get an opportunity to

3  address the map that we're considering today?

4       SENATOR JONES:  Senator, I think you

5  would have to chairperson that committee.  I

6  would not -- I do not know the answer to that

7  one.

8       SENATOR BURNS:  I was in the room,

9  Senator, and indeed, everyone who signed up

10  was allowed to speak to the map that we're

11  considering today.  And one more question,

12  Senator, if you'll continue to yield --

13       SENATOR JONES:  Sure.

14       SENATOR BURNS:  -- for one more

15  question.

16       SENATOR JONES:  I will yield as long as

17  you like.

18       SENATOR BURNS:  All right.  On

19  Thursday, when we had the follow-up hearing,

20  when the minority party provided their map,

21  there was an appeal to allow another public

22  hearing, which the chair allowed.  Is that not

23  true, Senator?

24       SENATOR JONES:  Senator certainly knows

25  of which he speaks.

1      SENATOR BURNS:  Thank you.  And in that

2   case, as well, anyone who signed up on

3   Thursday to address the Democratic map or the

4   prior Republican map were allowed to speak.

5   Is that not true, Senator?

6      SENATOR JONES:  I believe the senator

7   so stated.

8      SENATOR BURNS:  Thank you.  I yield.

9      SENATOR BURNS:  You're more than

10   welcome.

11      LT. GOVERNOR JONES:  Senator from the

12   27th, do you have a question?

13      SENATOR DOLEZAL:  Thank you, Mr.

14   Chairman.   Senator, do you yield?  A

15      SENATOR JONES:  Absolutely.

16      SENATOR DOLEZAL:  You used three terms.

17   I'm wondering if you could help us understand

18   what you meant when you used those.  I believe

19   it was pack, crack, and stack.  Could you

20   maybe unpack a little bit of what those terms

21   mean to you?

22      SENATOR JONES:  Senator, I'd be more

23   than glad to.  And we were talking about these

24   terms as it relates to redistricting.  And

25   those are legal terms, by the way, of which

1  I'm not an attorney.

2        But I would tell you, having gone

3  through several redistricting, in the 19

4  years that I've been here, that those terms

5  relate to people of color in terms of packing,

6  of which this was discussed already, people of

7  color, Black people, African Americans in

8  districts.

9        Cracking open is no different than

10  taking people of color or people who can

11  influence -- as the senator from the 35th so

12  spoke this morning. I believe that's his

13  district, the 33rd. I apologize --

14        Cracking open his district and taking

15  people of color, African Americans that can

16  influence who wins and that -- or who gains a

17  seat in that particular district, moving them

18  out so they no longer have the ability to

19  influence who the winner of that particular

20  seat is going to be.

21        Stacking is no different than what you

22  see in Metro Atlanta. All of -- the majority

23  of the African-American districts are all

24  stacked into this metropolitan Atlanta market.

25  When you look at a map of Georgia, you'll see

1  where we are located.

2        And outside of the metro market,

3  there's very few districts, with the exception

4  of my friends from Columbus, Macon, and

5  Savannah, where you find people of color that

6  are represented by elected officials of your

7  choice.  Why is that?  Because all of us have

8  been stacked in the districts here in the

9  metropolitan area.

10        SENATOR DOLEZAL:  Thank you for that.

11  Do you mind if I just ask one more question,

12  just to clarify?

13        SENATOR JONES:  I yield as long as you

14  like.

15        SENATOR DOLEZAL:  I just have one more.

16  What percentages, then, of what you just

17  described characterize either packing,

18  cracking or stacking in your mind.  Other

19  words, how do you it when you see it?  What's

20  the percentage of Black voters that are

21  packed, cracked, or stacked that allows you to

22  say definitively, this is one of those

23  activities?

24        SENATOR JONES:  What percent allows?  I

25  think what we've heard already from testimony

1   is that there's a threshold for influence for

2   people of color.  That's 37 percent in a

3   particular district.

4        If it goes below that, and my colleague

5   from the 33rd spoke so eloquently about his

6   particular district and what happened, how his

7   district has been cracked open.  So that is

8   the threshold.  Certainly anything above that,

9   you definitely going to get a person of color

10   who's going to have a much stronger

11   opportunity to win that particular district.

12        But the judge talked about influence

13   districts, and that 37 percent is our ability

14   to influence who wins in a particular

15   district.  And anything above that will

16   probably be uncertainty.  It's much more than

17   influence, but certainly we're going to win

18   that particular district.

19        My district, the 10th, is 63 percent a

20   Black district.

21        SENATOR DOLEZAL:  Thank you Senator.

22        SENATOR JONES:  You're more than

23   welcome.

24        LT. GOVERNOR JONES:  You have one more

25   question, Senator.  Senator from 14th.

1        SENATOR MCLAURIN:  Thank you, Mr.

2   President.  Does the senator yield?

3        SENATOR JONES:  Absolutely to my

4   colleague from the 14th.

5        SENATOR MCLAURIN:  Thank you very much.

6   Isn't it true, Senator, that in response to

7   the previous senator's question, and just in

8   general today, there's a specific legal

9   framework that the Supreme Court has used to

10   address whether there is minority vote

11   dilution, isn't that true?

12        SENATOR JONES:  You're absolutely

13   correct.

14        SENATOR MCLAURIN:  Is it not true that

15   after the Civil Rights Act was passed, or

16   Voting Rights Act, excuse me, was passed in

17   1965, that there was an amendment to Section

18   2, which is the operative amendment here in

19   1982, and that there was a Supreme Court case

20   that governs all of this that was decided in

21   1986.  Isn't that correct?

22        SENATOR JONES:  You're absolutely

23   correct.

24        SENATOR MCLAURIN:  And under that

25   Supreme Court case in 1986, isn't it true

1  that -- the case was called Thornburgh v

2  Gingles -- that the court laid out a series of

3  three factors, primary preconditions, that

4  have to be true or hold in order for the court

5  to find that there is a minority vote

6  dilution.  Isn't that right?

7      SENATOR JONES:  That is certainly

8  correct, Senator.

9      SENATOR MCLAURIN:  And isn't it true

10  that the first factor is essentially that the

11  minority population has to be sufficiently

12  large and compact where it could be sort of

13  the influencing vote bloc in a district on its

14  own if you drew it that way, correct?

15      SENATOR JONES:  That is correct.

16      SENATOR MCLAURIN:  And is it not true

17  the second factor is basically that the

18  minority group has to vote together.  It's not

19  enough.  The first factor is that there's

20  enough compact voting block available.  The

21  second is that they sort of vote together for

22  the same candidate, correct?

23      SENATOR JONES:  That's correct.

24      SENATOR MCLAURIN:  And isn't the third

25  factor that the real issue and the threat

1  under the Voting Rights Act that if you've got

2  a majority race,  you know, in terms of by the

3  numbers, that can form a bloc and then votes

4  as that bloc in a way that overpowers the

5  minority vote, that's the real linchpin of the

6  test, that third factor, correct?

7      SENATOR JONES:  Yeah.  Absolutely

8  correct.

9      SENATOR MCLAURIN:  Okay.  So, you know,

10  a great senator once said, do you yield for a

11  series of questions, and I, you know,

12  obviously have taken that spirit myself.  A

13  couple more.

14      Is it not true that when the judge

15  issued the order defining the area where

16  minority vote dilution was happening in the

17  bottom areas of the metro, that that reflects

18  a finding that all three of these Gingles

19  factors are met in that area, correct?

20      SENATOR JONES:  That's correct.

21      SENATOR MCLAURIN:  And is it not true

22  that in the areas where the new majority-Black

23  districts have been formed by the majority,

24  the two of them in the metro and Fulton and

25  DeKalb, is it not true that not all of the

1  Gingles factors are met in that area?

2        SENATOR JONES:  That is absolutely

3  correct, Senator.

4        SENATOR MCLAURIN:  And is it not true

5  that the third factor is the really big one,

6  which is that there is not a voting bloc that

7  is taking away the minority blocs-preferred

8  candidate in those areas because they're

9  already getting the candidate that they would

10  have voted for, correct?

11        SENATOR MCLAURIN:  That's correct.

12        SENATOR MCLAURIN:  Okay.  So is it not

13  true that the legal argument and the reason

14  why the court is going to reject these maps --

15  yeah, sorry, I just I thought he could hear me

16  better if I reflected it off the wall; okay --

17        That the reason that the court is going

18  to reject these maps is because the Gingles

19  factors require that when you draw the new

20  Black districts, the majority-Black districts,

21  that you do so in the bottom of the metro, the

22  area that's affected and not create these

23  bacon strips that connect these un-contiguous

24  communities for purposes of saying, look,

25  we've formed two majority-Black districts,

1  isn't that enough?

2        Isn't it true that that will be the

3  court's reasoning when the court strikes these

4  maps down?

5        SENATOR JONES:  I agree wholeheartedly,

6  Senator.

7        SENATOR MCLAURIN:  Thank you, Senator.

8  I appreciate it.

9        SENATOR JONES:  If there's has no

10  further questions, Mr. President, I yield to

11  the well.

12        LT. GOVERNOR JONES:  You know, I thank

13  the senator from the 14th was -- is correct in

14  the fact that you are the only senator I've

15  ever known to say, will you yield for a series

16  of questions right now?  You patented that.

17  You patented that.

18        SENATOR JONES:  I did.  Thank you, Mr.

19  President.

20        LT. GOVERNOR JONES:  Yeah.  There's no

21  further question.  Thank you, sir.  I

22  recognize the senator from the 30th.

23        SENATOR DUGAN:  Thank you, Mr.

24  President.  I don't think it's A surprise to

25  anybody in this chamber that I'm a no vote on

1   this map today.  But before you get all crazy

2   about this, I want to make it clear it's not

3   because I support the map that Democrats

4   brought forward.  I think it's terrible, but

5   I, you know, I don't support the Republican

6   one, either.

7        And I can't find the button on my desk

8   that says Map C, the one that I would like to

9   have.  So we've done a lot of time talking

10  back and forth up here.  I don't like either

11  one of them.  And I can't vote green because a

12  green vote means I agree with.

13       But when I vote red today and I'm

14  looking at this kind of group back here and

15  some back over here, don't think for a second

16  that my red vote means I agree with because I

17  vehemently oppose.

18       But I just figured I'd put that out

19  there before everybody, the two people in the

20  room that did not know I was a red vote today.

21  Okay, there's four people, my bad.  Before

22  those four people did not didn't know that

23  thought, dang, he's been in the snake pit down

24  there too long because that's not the case.

25       I just don't agree with either one.

1  Thank you, Mr. President.  I yield the well.

2       LT. GOVERNOR JONES:  Thank you,

3  Senator.  We appreciate your candor and your

4  honesty here.  So I recognize the senator from

5  the 22nd, the good man from Augusta, Georgia.

6       SENATOR JONES:  Thank you, Mr.

7  President.  I will be brief and actually

8  promise to that.  I actually will be.

9       I just want to talk -- touch on a

10  couple of things about the mapping question

11  today.  And I actually agree that probably the

12  best route would be to vote no and possibly

13  come back and try to figure out which way to

14  go, even though I would vote for the

15  Democratic map.

16       But at least we would be starting off

17  with something that I think would pass

18  constitutional muster.  And why is that?  A

19  comment was made about the judge wanted

20  majority-Black districts to be drawn, and that

21  is what we did.  And so I guess the term is,

22  under all the facts and circumstances, what

23  does additional mean?

24       Does it just mean two more Black

25  districts, wherever they come from, or does it

1   mean an additional creation of two additional

2   majority-Black districts, real Black

3   districts, not just moving numbers and moving

4   folks around from one place to the other.

5         And it is obvious when you look at the

6   opinion, it's long, but it doesn't take long

7   really to figure out what the judge is saying

8   here because first of all, if he didn't mean

9   it to be to actual, real additional Black

10   districts and not just moving persons around,

11   he wouldn't have made the comment on Page 509

12   when he said,

13         "The remedy cannot be just taking

14   districts from or Blacks from a minority-

15   opportunity district and making them a

16   majority-Black district, which actually, I

17   think is what we actually did with Senate

18   District 33, quite frankly.

19         But he specifically said the remedy

20   can't be taken people from majority -- a

21   majority-minority=-opportunity district and

22   making them a minority --majority district.

23   So he was clear about that.  If you could just

24   take them from anywhere, he would have just

25   said -- he wouldn't have been as specific as

1  he was.

2        But that language is key because there

3  are districts out there which are minority

4  opportunity districts.  And we can say he

5  doesn't define them.  But certainly I think

6  that when we look at the 33rd, at 40 percent,

7  that probably would be a minority-opportunity

8  district.  Certainly you could just make that

9  a majority district and be done with it.

10        But even further than that is when you

11  look at the fact of what they actually go

12  through in this particular case, when you look

13  at what Section 2 actually is saying, and all

14  of the facts that they actually had to uncover

15  to get to this particular point tells you what

16  the judge is getting at is not just moving

17  people around, but actual change as far as

18  majority-Black district is concerned.

19        Because with Section 2, one of the

20  things it says, which is very key, is that you

21  look at the totality of the circumstances of

22  local electoral process, standards, practice,

23  or procedures being challenged as a result of

24  denying a racial or language minority equal

25  opportunity to participate in the political

1  process.

2       Key to a Section 2 claim is that you

3  look at the social-economic factors and also

4  other factors as they intersect with the

5  voting factors that we're talking about.

6       So what he's basically saying is -- not

7  him, it's Section 2 -- is we want to look at

8  the social-economic factors and we want to

9  look and determine, have those social economic

10  factors been influenced by the lack of

11  opportunity to vote.  And we want to look also

12  and determine whether there has been a

13  historical discrimination as far as voting is

14  concerned.

15       When you're doing that kind of deep-

16  dive analysis, that goes further than just

17  saying, well, what I want you to do, not only

18  in this case, but in the other case, is just

19  move persons from one number to the other.

20       So let's kind of look at it from a --

21  when we start talking about social-economic

22  and the history of race in Georgia and in the

23  United States, but even specifically Georgia.

24  And I want to go all the way back because it

25  becomes important to actually understand how

1  deep it goes when we start talking about

2  social-economic factors.

3       See, when we look at history, Black

4  history, which is American history, by the

5  way, it's pretty basic.  No matter how old you

6  are.  It pretty came up the same way.  Slaves

7  came, some of them were beaten.  Then one day,

8  a guy named Lincoln freed him.  I'm sure now

9  they talk about Juneteenth.

10       There was something called

11  Reconstruction for a couple of years.  There's

12  a couple of Black governors that might have

13  got elected.  Then there was a person named

14  Rosa Parks who refused to give up her seat.

15  Then there was a young preacher named Martin

16  Luther King, and then Jesse Jackson ran for

17  president.  And now, I'm sure they include

18  Obama.  And that's the end of your Black

19  history.

20       But when you really understand the

21  socio-economic facts, it becomes much

22  different.  Slaves came.  But even here in

23  Georgia, they spent over four generations.

24  What does that mean?  It means that it wasn't

25  just the two pages that are in your history

1  book.  Slaves came, then Lincoln freed them.

2  It means you had a mother, father, husband,

3  wife, child slaves.

4         They lived at that time, 40, 50 years.

5  They had a child.  That child had a -- that

6  child became a mother.  That child became a

7  father.  That child became a brother.  That

8  child became somebody's sister.  All of them

9  still in slavery.  Another 40 years goes by,

10  longer.

11         They actually had children.  Those

12  children were enslaved.  They actually had

13  children.  Those children were enslaved.

14  Think about looking at your child today and

15  daring somebody to even think about hitting

16  them.  But you had no autonomy over your own

17  child.  Not for the two pages that are in the

18  history book.

19         But as they were your child, as they

20  were somebody's grandchild, they could be

21  taken from you.  That is what it was, wasn't

22  just slavery, and then Lincoln came and freed

23  them all.  Everybody's happy.  It was

24  generations.  It's generations.

25         And we have foreign policy arguments,

1  which is interesting, and we get all bent out

2  of shape about the different foreign policy

3  arguments.  And things have taken place 40 or

4  50 years.  And we're like, we've got to do

5  this.  We got to do that.  That time right

6  there, that's just one generation of slavery.

7       It's just one generation of a mother

8  and a father and a child and grandchildren.

9  Just one.  Or two seems like a lifetime.  That

10  was just four years of a slave.  That is what

11  we're talking about.

12       And then, when we talk about this thing

13  called Reconstruction and then they had some

14  Jim Crow laws, we see that was 100 years.

15  Wasn't just a couple of pages in the book

16  because normally that's what they do.  They

17  have the slavery, and then they say there's

18  some Jim Crow stuff, and then Rosa Parks.

19       We see Jim Crow was 100 years, mother,

20  child, son, daughter could have no autonomy

21  over themselves, could not get loans from a

22  bank, could not go to schools that they want

23  to go to, could not vote.  Not for 5 years,

24  not for 10 years, not for 30.  For over 100

25  years, legally, this was in place.  It was a

1  legal institution.

2       Slavery was a legal institution

3  supported by law, and how do we change our

4  laws?  Through voting.  And we're going to see

5  how that intersects in one second.  But

6  African Americans couldn't vote.  We didn't

7  have the opportunity to change our laws.

8       So slavery wasn't just something that

9  some guy did for a few years that you see in

10  the book.  It was an institution of

11  government.  Jim Crow was an institution of

12  government.  For a hundred years, persons

13  could not legally vote.  It was an institution

14  of government that existed.

15       For 100 years, persons could not own

16  property.  For 100 years, persons are going to

17  be terrorized, formally or informally.  That

18  all took place for 100 years.  Persons were

19  lynched, beaten to death, and many times that

20  was due because they wanted to exercise the

21  right to vote.

22       No hospital care, if you were able to

23  get into one.  School care was going -- your

24  schooling was certainly was going to be

25  different, more marginalized.  All of that was

1  a system of government.  It wasn't

2  individuals.  And it couldn't be changed

3  because you didn't have the right  to vote.

4  It couldn't be changed because they didn't

5  have the right to vote.

6        And even when there was glimmers of

7  hope, such is the New Deal -- in the New Deal

8  situation, which was a great program, but many

9  southern Blacks couldn't participate in it

10  because Southerners told Roosevelt, the only

11  way we were going to pass this is you're going

12  to have to make sure a lot of these programs

13  go through the states.

14        And so when it went through the states,

15  they would make sure that African Americans

16  couldn't participate.  GI Bill, for instance,

17  great bill.  But many once again, because

18  Southerners would say, okay, you're guaranteed

19  the loan, but you still got to be able to get

20  the loan.

21        And so you have red-lining policies.

22  You have policies by a bank that says, we're

23  not going to give a loan to African Americans.

24  So it didn't help them at all.  All of this,

25  though, was allowed by government.

1       So think about this.  You have a family

2   who has been enslaved.  Now, they've gone

3   through Jim Crow, and they were never able to

4   change their circumstances because they

5   couldn't vote.

6       Now, of course, some might say, well,

7   that doesn't change your circumstances.

8   Voting don't change anything.  Then why are

9   you here?  Why are those people in the

10  hallway, citizens and others?  Why are they

11  here if voting doesn't change anything.  Why

12  are voting doesn't change anything is one of

13  the principal institutions that we continue to

14  fight over.

15      It's the one institution that persons

16  want to continually try to make sure that

17  persons can't exercise it.  So please don't

18  say that voting doesn't change a person's

19  circumstances -- change these things.  And

20  then voting did come around.

21      And this is the intersection that

22  Section 2 talks about.  So you have the

23  historical dynamic, which is more than the

24  four pages that we all got in Black history,

25  intersects now with the political, the voting

1    dynamic.  So the voting dynamic comes about.

2        And this is in the court case.  So

3    voting comes for African-Americans in Georgia.

4    But what do they find?  They find that Georgia

5    resists the Voting Rights Act, one of the few

6    states that actively resisted it.

7        Had the lowest state, when we had

8    preclearance in the -- in -- after 1965, one

9    of the lowest states to actually seek

10    preclearance, was always trying to go around

11    it, so to speak.  That was Georgia.

12        Georgia was mentioned when they

13    actually extended the Voting Rights Act in

14    1982, I believe.  Georgia was actually one of

15    the states that was specifically mentioned

16    about why the Voting Rights Act needed to be

17    extended because of the practices that

18    actually was occurring in Georgia.

19        Now, when we say, well, that's past

20    stuff.  Well, in the order, it says that there

21    are five restrictions that we can look at,

22    five restrictions that we can look at, if we

23    want to know that a state is practicing some

24    type of voter suppression: voter ID laws,

25    proof of citizenship laws, voter purges, cuts

1  in early voting, widespread poll closing.

2       Our state had all five.  We were the

3  only state in the Union to have all five.

4  This is what this judge is looking at.  And

5  what you're telling me is he said -- he really

6  just means just flip a couple of seats here.

7       When the Voting Rights Act, of course,

8  the preclearance is now gone, but while it was

9  still in existence, the Justice Department

10  actually rejected 200 changes that Georgia has

11  submitted for preclearance.

12       In the United States, it was one third

13  of all Department of Justice objections.  This

14  state.  So when we talk about whether that map

15  will pass, we have to ask ourselves if we know

16  what really has happened, which is basically

17  we just moved a few people -- that's the

18  reality of it --

19       And then we say, okay, what are we

20  looking at?  We're looking at the social-

21  economic, and we're looking at our voting

22  history past.  Is this really what the court

23  is talking about?  To face that down.

24       Because you see, when you have infant

25  mortality rates, we love to talk about infant

1   mortality rates, it's true, but we don't

2   realize that it actually stretches all the way

3   back, because the average baby during slavery

4   for Black only lived a month.  Their infant

5   mortality rates was one half that of whites.

6        So you see where the infant mortality

7   come from.  And then when you start talking

8   about from an educational standpoint, remember

9   your defense expert actually stipulated all

10  this.  He said, the numbers are the numbers.

11  The census numbers are the census numbers.

12       When they talked about the lack of

13  education, the different education rates

14  between Blacks and Whites, he said, the census

15  numbers are the census numbers.  Okay.  So

16  when you start talking about different

17  education rates, you realize it traces all the

18  way back to persons legally not being able to

19  really get educated.

20       When you start talking about the wealth

21  gap, when you start talking about income gaps,

22  when you realize you're talking about persons

23  who legally could not get a job, can't be a

24  lawyer if you can't go to law school.

25       Can't be a lawyer if you can't legally

1  go to a state college.  Can't be -- can't

2  probably be a doctor if you can't legally go

3  to the state colleges or state universities.

4  That's the connection.

5         And what we're saying is this.  What

6  we've produced here, well, I have not produced

7  it, but what has been produced here is going

8  to satisfy this judge when he's looking at all

9  of this history, the socio-economic part,

10  because it ain't the four pages you read in

11  history and the voting part.

12         And he came back and said, you guys

13  find a remedy for this because what I found is

14  Georgia has a problem and it needs to be

15  remedied and you need to find a remedy.  And

16  these are the places that you can find that

17  remedy.  These are the different district

18  locations.

19         He didn't say replace anybody.  He just

20  said in that, these persons who have faced

21  these socioeconomic problems, these persons

22  who have faced these voting problems, all

23  sponsored by the state.  And the only way to

24  change that is through voting.  That's how we

25  change it.

1      And if we didn't believe it, then we

2  wouldn't have these constant fights about

3  voting.  All of these things are sponsored by

4  the state.

5      He says, okay, understanding that

6  slavery, Jim Crow was state sponsored,

7  understanding that when we start talking about

8  the VRA, we start talking about Georgia's

9  reticence to enforce it was state sponsored,

10  you now find a remedy through these districts,

11  such as I've given you, to show me how you're

12  going to help these folks actually be part of

13  the political process.

14      And we say, judge, well this number was

15  Black, and so we put this person in that

16  number and this person in that number.  There

17  you go.  You got your two Black districts.

18  Are you happy?  It's not going to work.  We

19  all know it's not going to work.

20      And I would say this because it will be

21  mentioned because it's been mentioned before,

22  and I thought the judge was actually being

23  nice, as I conclude, in this sense.

24      He talked about Georgia's come a long

25  ways, and we've done a lot of good stuff.  And

1  I think he's really just being nice.  I'm a

2  citizen.  My parents were citizens.  My father

3  fought in the Korean War.  My grandfather

4  fought in World War I.  My mother was part of

5  the WAC Corps.

6       Why in 2004 was I the first African

7  American ever elected solicitor in Augusta?

8  Why is that something to be proud of?  Why

9  should we be proud of that?  My family is

10  American as any other family out there, and

11  I'm not talking about because it should --

12  because it was me and my family.  I'm saying

13  they should have seen 30 or 40 African

14  American solicitors.

15       Why in Augusta did we just elect our

16  first African American district attorney?

17  That should have been happened.  That young

18  man's family is a pastor, the person who won

19  our district attorney's race.  His family's

20  been in the military; just as American as

21  anyone else.

22       We're all citizens.  Why are we still

23  celebrating first?  Talking about this is the

24  first this and the first that.  So I said he

25  was actually being kind when he said, well,

1  yeah, you're doing a lot of good things.  And

2  I guess it's better.  But we're citizens.

3       That shouldn't be taking place first,

4  shouldn't be thought of, the fact that we got

5  our first Black senator, that shouldn't even

6  be thought of.  That should have been

7  happened.  And if you understand our history,

8  it's only because of race.

9       And it wasn't because of individual

10  hatred.  It's because of state sponsored

11  discrimination.  And to remedy state sponsored

12  discrimination is through the remedies the

13  judge pointed us to.  And that's where we need

14  to go.  And that's why I'm opposed to this

15  particular legislation.

16       And I will say this, also, persons are

17  always fond of talking about southern

18  Democrats back in the day.  So let's be like

19  Republicans in the 60s.  So you want to be

20  like the Republicans in the 60s? Reject this

21  map.  You want to be courageous, like the

22  Republicans in the 60s who voted for the

23  Voting Rights Act and voted for the Civil

24  Rights Act, reject this map.

25       If those are the Republicans you

1  admire, reject this map.  I yield the well.

2  Thank you.

3      LT. GOVERNOR JONES:  Thank you,

4  Senator.   Senator from the 27th wishes to

5  speak.

6      SENATOR DOLEZAL:  Thank you, Mr.

7  President and colleagues.  I've appreciated

8  the robust debate and just wanted to respond

9  to a couple of things that I heard, and then I

10  will be on my way.

11      My friend, the senator from the 14th,

12  walked through the Gingles test and talked

13  about how we have created new bacon strips in

14  south Metro Atlanta.  The reality is, we have

15  had bacon strips in south Metro Atlanta for

16  decades.

17      The reason that we have the bacon

18  strips, and the reason that we created new

19  bacon strips in this map was specifically to

20  avoid packing, specifically to avoid packing.

21  So I appreciate the recap that he gave us on

22  the Gingles test.  But the only thing that

23  really matters today is what did the judge

24  tell us to do?  Why are we here?

25      Much has been made of this 500-and-

1  something page document.  Nobody's referenced

2  it.  Nobody's read from it.  I'd like to do

3  that.

4        First and foremost, I would like to

5  read from Page 220, where the judge states

6  that Section 2 of the VRA does not require the

7  court to find that the General Assembly passed

8  the challenge maps to discriminate against

9  Black voters, or that the General Assembly is

10  racist in any way.  Nothing in this order

11  should be construed to indicate otherwise.

12        A lot has been done this morning and

13  this afternoon to construe this order

14  otherwise.  So if we're going to talk about

15  what Judge Jones said, let's talk about what

16  he actually said.  Nothing in this order

17  should be construed to indicate otherwise.

18  What is otherwise?  That the General Assembly

19  is racist in any way.

20        I want to talk about the rest of his

21  order.  He recognized an injury, and he

22  recognized a remedy.  The injury was the nine

23  districts that he recognized and districts and

24  areas that he recognized in his order.  His

25  remedy was simple.  His remedy was to create

1  two Black-majority districts.

2        He further went on to say that that

3  cannot be done by removing any existing

4  minority-opportunity districts.  In the

5  context of his order, minority-opportunity

6  district means majority Black.

7        So let's talk about a couple of

8  numbers.  The 2021 maps have 14 Black-majority

9  districts.  The map that the chairwoman is

10  presenting today has 16.  We have created two

11  new-Black majority districts.  And regardless

12  of how you define, if even if you disagree

13  with the definition that I would say is

14  implicit in the context of the order, that

15  minority-opportunity district means Black-

16  majority district.

17        No matter how you define minority

18  opportunity district, this map does not change

19  the number of minority-opportunity districts

20  from the 2021 map.  This map complies with the

21  judge's order in every way, and it complies

22  with the Voting Rights Act in every way,

23  unless you believe that the Voting Rights Act

24  is created to create Democrat districts.

25        And if we're being perfectly honest,

1  the reason that the objections are being

2  raised is because this map does not create new

3  Democrat districts.  I read the order.  I read

4  the remedy in the order, went through it.  I

5  don't see anything about creating new Democrat

6  districts.

7        What did the map do?  Well, the

8  plaintiffs in the case stated that they didn't

9  know a whole lot about the State of Georgia.

10  They admitted that.  The chairwoman outlined

11  what she did.  She focused on the

12  redistricting principles.  She kept precincts

13  whole.  She did not pair any incumbents.

14        We only have one additional county

15  split from the previous map to this map.  She

16  didn't attempt to score political points.  She

17  didn't attempt to pick up any more Republican

18  districts.  The reality was the entire map was

19  enjoined by the court.  The entire map could

20  have been readdressed.

21        She didn't do that.  She focused on

22  creating two more minority districts in south

23  Metro Atlanta, the 28th, which is anchored in

24  South Fulton, and the 17th, which is a compact

25  district in South Metro.  That's the test.

1  The test isn't, did you create more Democrat

2  districts?  The test isn't, did you do

3  something else that we imagine the judge said.

4       If the judge wanted us to redraw every

5  single one of those nine districts, he would

6  have told us to do so.  That is not what he

7  said to do.  The remedy was to create two more

8  Black-majority districts in South Metro.  He

9  identified the districts and areas of those

10  nine, but did not instruct us to redraw all of

11  the nine.

12       We spent a lot of time talking about a

13  lot of questions today.  There's only two

14  questions, really.  Does it comply with the

15  order and does it comply with the VRA?

16  Because it complies with the order, according

17  to Judge Jones, this map complies with the

18  Voting Rights Act.  Thank you, Mr. President.

19  I yield the well.

20       LT. GOVERNOR JONES:  Senator has

21  yielded.  Senator from the 18th, you wish to

22  rise.

23       SENATOR KENNEDY:  Good afternoon,

24  colleagues.  Thank you, Mr. President.  I

25  wanted to make a few remarks as we sort of get

1  near the end of the discussion process of

2  this, but I want to begin with a correcting a

3  couple of things that were, quite frankly,

4  just misstatements of the record of how this

5  process has gone.

6       The Democratic leadership made some

7  comments at the top of the comments that were

8  made that just don't reflect what occurred

9  under the leadership of the chairman from the

10  49th On how she has run this committee, the

11  redistricting committee.

12       The first comment was that Democratic

13  lawyers couldn't join the meeting, For the

14  meetings with the redistricting chair.  So the

15  question is what happened there?

16       And the answer is, and what wasn't told

17  to you to round out the story so you know is

18  that the chair and the chair staff, as per

19  normal and per protocol, had asked for the

20  folks that were going to meet with the chair

21  to identify who they were so that she could be

22  prepared.  And the list didn't include any

23  lawyers.

24       And then, so the lawyer shows up for a

25  meeting with the chair, and the chair didn't

1  have counsel with her, and she's not a lawyer.

2  So fundamentally, how fair is that?  Well it's

3  not; we all know that.

4        But it's even more than just not being

5  fair.  It's the fact that there's active

6  litigation going on, which is, quite frankly,

7  what has brought us to a special session here

8  in late November and December of 2023.  So

9  yes, that is exactly how it was managed, and

10  that's exactly how it should have been

11  managed.

12        Second, there was a statement that the

13  chair in the redistricting committee did not

14  allow or was not given invitation to receive

15  questions.  That, too, is not the case.  The

16  chair, who has worked diligently on this, and

17  knows this material, and has devoted a

18  substantial part of her life for the last few

19  weeks to this was prepared.

20        The presentation she made showed that,

21  and in fact, anyone who wanted to ask

22  questions could.  That's our committee

23  process.  And to somehow say that no questions

24  were allowed.  That's not what happened.

25  That's not how this committee was run.

1          And I think that's been -- the senator

2     from the 23rd did an excellent job of pointing

3     out some of these very same points from people

4     that either weren't there and didn't know the

5     better, or some that weren't -- that were

6     there and apparently don't know the better.

7          The third comment that was made that

8     again, is just again, factually wrong, and

9     that was that somehow the public wasn't

10    allowed to comment on this.  Well, at our

11    first committee meeting on Wednesday, the

12    committee was invited.

13          And in fact, it was so important to the

14    chair and the work of this committee that the

15    chair pushed aside the questions or the

16    involvement of the committee members first,

17    and let the public be heard, so that we would

18    all have the benefit of that input, so that

19    the questions we would then have of each

20    other, or of the chair, or the presentation of

21    any alternate map, which did come the next

22    day, would have the benefit of that public

23    input.

24          And notwithstanding that that was the

25    plan, the chair actually pivoted and allowed

1  public comment on Thursday, yesterday, which

2  was not part of what was planned.  This has

3  been a very open process.  I'm very familiar

4  with that process because I did it two years

5  ago in 2021.

6          And I really appreciate and want to

7  publicly thank, not on behalf of the

8  Republicans, but on behalf of this body, I

9  want to thank the chair for the hard work that

10  the Senator from the 49th has done.

11  Incredibly impressive work, especially being a

12  freshman, if I may say that.

13          You know, it's not easy to manage.  And

14  she's done that along with a great aid and

15  work of the senator from the 50th, the vice

16  chair of this.  They've done an excellent job

17  of complying with the order and giving time

18  for all senators who were impacted to come

19  forward and talk, even under an accelerated

20  time frame.

21          She afforded the same thing that was

22  recommended to me two years ago and that I

23  afforded to everyone in this body, which was a

24  straight-up one-on-one personal meeting with

25  me to tell me exactly whatever it was you

1  wanted me as chair to factor into the process,

2  and our current chair, the senator from the

3  49th, did the same thing.

4        Judge Jones ordered that we so often

5  have referred to, and I appreciate the senator

6  from the 27th actually quoting from the order,

7  because it would seem that a lot of people

8  that have commented this morning have not read

9  that order.  The senator from the 27th

10  actually pulled out some provisions of the

11  order and got to the real heart of the matter.

12        You know, it is a comprehensive order

13  and a review of the 2021 maps and the evidence

14  that was presented by the parties over many

15  days of litigation.  His order is clear.  It

16  is thoughtful.  It is clear as to what his

17  findings are.  And he is asking of this body

18  that there be two new Black-majority districts

19  drawn.

20        Reviewing all of this is a complicated

21  process and complicated for any judge.  The

22  length of the order certainly tells that, but

23  we appreciate the clear direction that the

24  judge gave because it is absolutely

25  straightforward and without question, a matter

1  of, he said, two new majority-Black districts.

2       Now, we've heard all kind of fanciful

3  arguments from folks who want to inject

4  certain ideas and buzzwords into the public

5  discourse surrounding these maps.

6       But the bottom line is that the word

7  for the redistricting committee, the work of

8  the redistricting committee, has produced a

9  map that complies with the specific direction

10  that Judge Jones gave us.  Two new Black-

11  majority Senate districts.  Under the 2021

12  maps, we have 14.  This map unquestionably

13  adds two.  That equals 16, y'all.  That's what

14  the judge said do.

15       But more to the point, we actually

16  took, with the drawing of this map, two White-

17  majority districts and made them Black-

18  majority districts.  Once again, it's exactly

19  what the judge told us to do.

20       Notwithstanding some of the obfuscation

21  and other arguments that want to be made,

22  that's what the judge said do.  And it was

23  done in a way that did not remove any current

24  minority-opportunity districts.

25       What does that mean?  That means we

1  didn't play games.  We didn't do things in a

2  way that said, look here, but we'll do this

3  there.

4        No, it was a straight-up compliance

5  with what the judge's order was because as I

6  heard the senator from the 49th say right

7  after the order came out, we've got a lot of

8  work to do.  We've got to get to this and

9  we're going to comply with that judge's order.

10       So Judge Jones' -- and these are my

11  last comments -- his focus and his finding

12  focused on a limited number of districts.  And

13  we've all talked about that, and you've heard

14  all that, and you know what those numbers are.

15  But I think this is not missed on you.  All

16  that the judge's order actually struck the

17  entire map.

18       Well, what's the importance of that?

19  Well, he struck the entire map, and then, he

20  provided specific direction on how to comply.

21  The Senate maps could reflect an entirely new

22  Senate composition, totally disregarding the

23  work that we did in 2021.  Meaning what?

24  Meaning we could have played games.

25       We could have paired Democrats up in

1   the same district.  We could have redrawn the

2   entire map to comply with the judge's order

3   but done things that, quite frankly, we didn't

4   do in '21, and under the chairmanship of the

5   Senator from the 49th, we didn't do this time

6   either.

7         Because that's not the character of how

8   this majority party is operated for the last

9   20 years that we've been working on maps.

10  Again, I thank the chair for the work that's

11  been done.  I appreciate the deliberative

12  process and the thoughtful process that

13  everyone has given this.  And I urge you to

14  vote for this map.  Thank you, Mister

15  President.  I yield the well.

16        LT. GOVERNOR JONES:  Thank you Senator.

17  Okay, here's a posture we're in, just to give

18  you all a frame of reference, the House took

19  up their version of the maps about -- finished

20  up about three hours, almost four hours now,

21  and they debated it for two hours on the

22  floor.  And now we're going into, let's see,

23  almost five hours here.

24        So I say all that to tell you, I think

25  we've given everybody from both sides, the

1   minority and the majority party, an

2   opportunity to express themselves.  We've got

3   one more speaker from the majority party and

4   the senator from the 46, and we've got one

5   more speaker from the minority party, the

6   senator from the 6th.

7         And then, I think we will be pretty

8   well satisfied in debating this thing about as

9   long as you can.  The senator from the 9th and

10  I, she was talking about wanting to make

11  kickoff tomorrow.  And I said, at this pace,

12  we might not make it, Senator.

13        So -- but -- so anyways, I recognize

14  Senator from the 46th.

15        SENATOR COWSERT:  Thank you, Mr.

16  President.  Senators.  I will try to keep

17  these comments brief since we've been here for

18  many hours, as the president has told us here.

19  I'll try to butter him up a little bit before

20  I get started.

21        And I was impressed with his comments

22  on our opening day, on Wednesday, of what his

23  parents taught him.  Bill Jones and Martha

24  Jones taught him the three As, if you'll

25  remember, how to treat people, acknowledge

1  them, accept them and appreciate them.

2       And that's been running through my mind

3  a little bit, and I will touch on some of

4  those issues as we proceed here to wrap this

5  up.

6       I've been listening carefully to the

7  debate, taking notes.  I was secretary of the

8  Redistricting Committee and was present in all

9  the meetings when this took place.  I will

10  point out that those 2021 maps were after

11  great public input.

12       We had meetings all over the state and

13  let citizens from all over the state come tell

14  us their concerns.  The chairman, at the time,

15  let every single senator that wanted to have

16  input or comments on their maps come meet with

17  him.

18       We had legal counsel that advised us

19  that these maps were legal, that they complied

20  with the Constitution, with the Voting Rights

21  Act, and equally as important, they complied

22  with our Senate guidelines for drafting plans,

23  both the openness, the transparency, the

24  delivery of these to the public in advance,

25  and some other conditions or sort of factors

1  that the Senate takes into account in

2  redistricting.

3      And one reason we do that, you know, we

4  talk about some of the history.  The senator

5  from the 26th mentioned how he got elected in

6  1974, et cetera.  You know, you want to hear a

7  tidbit, in 1976, I was a senior at Macon

8  Central High School in (Inaudible),  and we

9  had a guest speaker in my American politics

10  class and his name, I can't say his name.

11      The senator from the 30th, I guess, or

12  the 26th came and spoke to us.  He was a very

13  young,  African-American representative that

14  had been elected to the State House.  So our

15  paths cross in lives many times.

16      I have watched, you know, really the

17  debate, so to speak, or just the issue, the

18  broader issue of race relations in this

19  country and in this state for my entire

20  lifetime.  And I have seen phenomenal changes

21  in progress made.

22      I remember as a very young child in

23  Macon, Georgia, going to Woolworth's

24  department store in downtown Macon on Cherry

25  Street, and there was two water fountains.

1  And one said White, and the other said

2  Colored.  And I remember asking my mama,

3  what's this mean?

4       And that was true in movie theaters and

5  waiting rooms in doctor's offices, et cetera.

6  And my mother taught me, even at that tender

7  age, God treats everybody equal, and he loves

8  everyone.  And the song, Jesus Loves Me, this

9  I know, et cetera, loves all the children of

10  the world, Red and Yellow, White and Black.

11  You know, that's the way I grew up.

12       And I lived through some of these

13  things that the senator from the 22nd was

14  talking about, that arc of history that we've

15  gone through.  And I think we need to

16  acknowledge that that's where we come from.

17  And that's why we have the Voting Rights Act.

18  And I acknowledge that.

19       I am moved by many of the comments that

20  I hear my African-American colleagues mention

21  of their personal experiences with

22  discrimination and disenfranchisement.  Now,

23  all of us view the world from the lenses of

24  our own experience.  I can't put myself in

25  your shoes and in your skin, but you have

1  shared with us.

2        And just because my skin color is not

3  the same as yourself does not mean that I

4  don't understand it or strive to understand it

5  and to remedy past wrongs.  So I'm thankful

6  somebody in their comments said, we don't

7  judge you or hold it against you these past

8  sins of our fathers -- the historical cultural

9  issues that we have faced in the United States

10  and particularly in the South.

11        Because I don't share those views and I

12  don't think that was fair or appropriate.  And

13  I agree with Judge Jones' order that we have

14  made remarkable progress in race relations and

15  in fair treatment in our election system.

16        I think both parties agreed that

17  Georgia had a problem up until 1990 or 92,

18  whatever the number was, that when they

19  renewed the Voting Rights Act at that time,

20  they said, you guys are still going to have to

21  get pre-clearance because you have not been

22  good.

23        You have continued to try to

24  discriminate, and we're going to check you.

25  You're going to have to get pre-clearance by

1   law so we can make sure you will treat African

2   Americans fairly.

3        Now, yeah, somebody said that I'm going

4   to mention that this was done by Democrats.

5   Well, let's face that fact.  Democratic party

6   ran this state for 150 years.  And up until

7   the early 2000s, both bodies of the

8   legislature and the governorship were

9   Democrats that were doing this discrimination.

10        In fact, there was a time in Georgia

11  where the Democratic Party would not even

12  allow African Americans to vote in their

13  primaries.  So this is a statewide problem.

14  It is not a partisan situation.

15        Our past we share, and I think we need

16  a little pushback here that we are conflating

17  racial politics with partisan politics because

18  when we start looking at these maps, I'll

19  point out a few of the sort of things that

20  Judge Jones made clear to us.

21        We can't deny our history.  We had

22  slavery.  We had Jim Crow.  We had

23  segregation.  We had the favorite son of

24  George and Martin Luther King, Jr. that had a

25  dream.  And he believed, as we were talking

1   earlier today about this public safety

2   training center, in peaceful, nonviolent

3   protest.  Love overcoming hatred.  And he

4   succeeded.  We changed largely because of his

5   leadership.

6         And in 1964, the Civil Rights Act was

7   passed.  The year after that, in 1965, the

8   Voting Rights Act was passed, and as the

9   senator from the 36 mentioned, that was a

10  bipartisan bill in the United States Congress.

11  82 percent of Republicans voted in favor of

12  this law, the Voting Rights Act, and 78

13  percent of Democrats voted for it.

14        Both had large majorities that agreed

15  we needed to treat African-American people

16  fairly at the ballot box, and we've been

17  trying to do it.  So a little history from me.

18  I think I'm closing this because maybe I got

19  the most white hair and been here the longest

20  of any Republican member.

21        I wasn't here for the battle that the

22  senator from the 40th mentioned back in 2001

23  that got tossed out, special master came in,

24  and immediately after the maps became fairer,

25  Republicans took control.  I'm not blaming any

1   one side or the other, whether those are

2   racially discriminatory or not, but we

3   acknowledge from both sides that sometimes

4   courts are going to review what we do, and we

5   don't mind that; we know that's coming.

6        But a little pat on my own back, in

7   2011, Senator Mitch Seabaugh was the chairman

8   of our Redistricting Committee, and I was vice

9   chair, and we were having a period of turmoil,

10  let's just call it, in the State Senate where

11  the lieutenant governor didn't have nearly the

12  powers at that time that he has now.

13        And so that committee pretty much drew

14  the maps with very little supervision from the

15  pro temp and the majority leader.  And it is a

16  point of pride to me that we got pre-

17  clearance.

18        You remember the law was extended in

19  1992, all these many times you were told that

20  Georgia was blocked from discriminatory laws.

21  We were not blocked.  We were checked.  Y'all

22  are good to go.  These are fair maps.

23        And nobody at all challenged them in

24  court.  There was not a lawsuit that cycle,

25  and that's a point of pride for me.  And I

1  think it should be for our body.

2       Well, one reason for that was because

3  of that bloody battle back in 2001 where

4  Republicans felt like they were treated so

5  unfairly, that we went to court and had the

6  maps overturned.  Legislature couldn't do it

7  on their own, and so a special master did draw

8  those maps.

9       And so we adopted principles of

10  redistricting that I referred to briefly to

11  you that were to try to cut some of the mean,

12  vicious personal partisan politics out of that

13  process.

14       Probably the most important was that we

15  would make every attempt to avoid the

16  unnecessary pairing of incumbents where you

17  would put two incumbents in the same district,

18  so one of them was going to get the boot

19  because that lets you personally go after

20  people.  And we didn't do that in 2011, and we

21  didn't do that in 2021 either.

22       And we haven't done that in this new

23  map.  We are adhering to these principles.

24  And by the way, these principles were adopted

25  by the Redistricting Committee unanimously.

1  Every Republican and every Democrat agreed

2  that this is what we wanted to live by.

3         Obviously, one man, one vote.  We

4  wanted these districts as close in size as

5  possible so that everybody's vote counted.  We

6  specifically said all plans adopted by the

7  committee will comply with Section 2 of the

8  Voting Rights Act.  That's what Judge Jones

9  said we failed to do.

10        We wanted to keep all boundaries of

11  counties and precincts intact where possible.

12  We wanted compact districts.  We wanted to

13  honor the boundaries of previous districts

14  without great change where possible, and we

15  wanted to keep communities of interest

16  together.

17        All of the Republicans in here and all

18  the Democrats in here agreed with that.  And

19  the only complaint is, did we create enough

20  majority-minority districts?

21        Judge Jones has interpreted the Voting

22  Rights Act to say that if you can do it, if

23  you can show on the maps and the demographic

24  that there's enough concentration of African-

25  American citizens, voters, that you should

1  create a district.  In fact, he says you must

2  create a district for them.

3        And in this map that we have now been

4  stricken down by the court and sent back to us

5  to redo, there were 14 African-American

6  districts.

7        Now, Judge Jones and his interpretation

8  is we are required to draw more of them, if

9  you can, found that after an eight-day trial

10  and tons of testimony from experts that it was

11  possible to create only two more African-

12  American majority districts.

13        If he thought it was possible to come

14  up with three new ones, or four districts, or

15  five more, he would have been ordering us to

16  do it.  So his opinion is that the maximum

17  number of majority African-American districts

18  you can come up with is 16.

19        And he showed us on the map where he

20  thought those concentrations were and directed

21  us to take that into account as we redrew the

22  maps.  And it was the south metro areas.

23        Now, I want to give you another little

24  historical tidbit because I was vice chair of

25  this committee in 2021.  The Democratic plan

1  that was presented, just like this time, there

2  was the chairman's plan, and then there was a

3  Democrat alternative plan provided for 15

4  African-American seats.  Why didn't that one

5  have 16, if it's possible?

6         Even the minority party's plan didn't

7  see that as a possibility or else thought it

8  was a tactical advantage to sacrifice a

9  potential African-American district, as,

10  according to Judge Jones, is required by the

11  Voting Rights Act, in exchange for greater

12  partisan advantage.

13         Because that plan called for, if you

14  looked at the voting histories, 30 Republicans

15  and 26 Democrats.  At that time, the breakdown

16  was there were 34 Republicans and 22

17  Democrats.  Folks, that's just a few years

18  ago.  Y'all ought to remember this.

19         In this plan in 2021 that's being

20  challenged, the Republican Party created 14

21  African American seats and increased the

22  Democratic representation from 22 to 23 and

23  reduced the Republicans from 34 to 33.

24         So all these arguments that this is all

25  for partisan advantage, et cetera are false

1   arguments.  The Republican Party reduced their

2   own strength in an attempt to comply with the

3   law.  Only one seat different of African

4   American from what the Democratic Party

5   thought was the way to go.

6        Now this go round, Judge Jones has not

7   said anything about partisan representation.

8   How many Rs and how many Ds.  It's just how

9   many African-American seats.

10       Well, let me tell you a couple things

11  about Judge Jones.  I'm betting you he's

12  there.  Steve, hey, I hope you're watching us,

13  and I hope you approve of the work we're

14  doing.  We're doing our best to comply with

15  your order.

16       I have known Steve Jones for probably

17  30 years.  He is a friend of mine, and he is

18  fair.  He was a municipal court judge in

19  Athens and has told me before, Bill, you

20  always treated me as your equal when you

21  appeared before my court.

22       And we helped him get a Superior Court

23  judgeship, where he served for probably 15

24  years in Athens, and you're not going to find

25  a citizen in Athens that says he didn't treat

1   people fairly based on their race, didn't show

2   preference for one race or another, and had no

3   bias or any ill treatment of anybody.

4         He treated people by the book.  And he

5   did get appointed by Obama, by a Democratic

6   president.  He is African American.  But it is

7   my opinion that he is doing his best

8   interpretation of the law and the facts here.

9         I don't agree.  I don't agree that you

10  must create these districts, and I'm not so

11  sure that's all good because the simple math

12  is, for you to create these two majority-

13  minority districts, you have to put more

14  minorities in the boundaries of them to do it,

15  and they got to come from somewhere.  That's

16  why we call it redistricting.  You redrawing

17  the lines.

18        So you had to move some African

19  Americans into these two seats to create two

20  new majority-minority seats.  Well, we did it.

21  And it was just to comply with the judge's

22  order.  And it's the same number that the

23  minority party has come up with on their map.

24  16 African American seats now.  So we are now

25  fully compliant with this map.

1        Back to the three As.  We accept Judge

2   Jones's ruling, and we are complying with it.

3   It is not wrong for us to continue to

4   challenge his presumptions here, his

5   interpretation, because there's no word in

6   that Voting Rights Act that says you must

7   create African-American-minority districts.

8   You can't deprive somebody of a chance to

9   elect a candidate of their choice.

10        So we've gotten to this point where we

11   have such racial polarization in politics that

12   it's easy to conflate partisanship with

13   discrimination.  We are trying to make sure

14   that we don't discriminate based on race.

15        And I tell you, this map complies with

16   the judge's order.  It increases African-

17   American representation at the cost of White

18   majority districts.  You now have two more

19   African-American districts, the same as the

20   plan that the Democrats have proposed and

21   pretty much the same areas.  They're all in

22   the South metro area as directed.

23        The difference is the Democratic plan

24   changes the Republican Democratic -- the

25   partisan advantage to gain two additional

1  Democratic seats.  And that's why you're

2  hearing all the wailing, and crying, and

3  gnashing of teeth.  It isn't because of any

4  racial discrimination.  It is for partisan

5  reasons.

6        Their map give Democratic candidates

7  greater opportunities to win.  And just by

8  looking at the numbers, past historical voting

9  records, they know the histories of the people

10  in these districts and their attempt is to

11  increase not only two African-American seats,

12  but two more Democratic seats.

13        So it would take it up from 22, I guess

14  23 now, to 25 Democratic districts and reduced

15  the Republican districts to 31.  That's what

16  this whole debate is about.  And it is so

17  irritating to allow this narrative, this

18  hypocrisy to go on and try to blame this on

19  racism.

20        I don't know if I should say it offends

21  me, but it hurts my feelings.  I get defensive

22  about it because I do feel like I'm

23  essentially being called a racist for

24  supporting a map that is compliant on racial

25  numbers with what the judge wants.  I feel

1  like my party is accused of being racist.

2  We're accused of voter suppression when the

3  facts do not support that.

4       This past election had the greatest

5  African-American voter turnout ever.  Where is

6  the suppression?  In this body itself.  There

7  are 18 minorities out of 56 people, over a

8  third of our own colleagues are minorities.

9       I say we are doing what the law

10  requires, and there is no racial animus

11  whatsoever.  That is a campaign tactic to

12  generate Democratic voter turnout and to elect

13  partisan folks that are in the Democratic

14  Party.

15       And listen, the general public doesn't

16  realize how well we all get along.  You know,

17  we don't -- we're not like Washington, D.C.,

18  where they're just totally dysfunctional.

19       And part of that goes back to Peer

20  Howard as a Democrat, he was gracious to the

21  Republican minority.  And Casey Cagle was a

22  member of that Republican minority and

23  remembered that he was given an opportunity to

24  represent his district, to be heard, to serve

25  on committees.

1       And even today, we have honored that

2   tradition that we learned from Democrats, to

3   be fair to the minority because it might be

4   you one day.  And you will notice there are

5   several members of the Democratic Party that

6   are allowed to even chair committees.  That

7   doesn't happen in Washington, D.C., and we

8   have personal friendships.

9       I'm looking out here, the senator from

10  the 39th.  I got the kindest, handwritten

11  personal note from her when my mother in law

12  passed, and we exchanged Thanksgiving texts

13  this year, and I told her that I'm thankful

14  for the chance to serve with her in this

15  Senate.

16      Senator from 15th, he's my suitemate.

17  He's African American.  He is the real dean of

18  the Senate.  I had been in office for one

19  year, maybe less.  His wife passed, and we had

20  a bus from the guard shack for any senators

21  that wanted to go to that funeral.  There were

22  probably 30 senators that went, and I

23  guarantee you 25 of them were Republicans.

24      Now, more might have shown up there

25  that didn't ride the bus, but we showed our

1  bipartisan love and respect for him.  I have

2  teased with the senator from the 22nd, my God,

3  he's good.  He is so eloquent and smart that

4  I've said, man, I would love to try a case

5  with you one day, but for God's sakes, I hope

6  we're on the same side.

7       I hope we are co-counsel, not against

8  each other.  And I respect his point of view.

9  And we had a little, you know, conversation in

10  redistricting committee the other day, and he

11  had one point of view and I had another, and

12  we shared it with the respectfully with each

13  other.  And we came in here and you know what

14  he asked me?

15       He said, I got one question for you,

16  counselor.  And I'm saying, oh, God, what did

17  I say that was wrong, or that hurt his

18  feelings, or was offensive?  He said, are

19  Bulldogs in going to win this game on

20  Saturday?  And that shows our camaraderie.

21       I could go on and on down the list for

22  the senator from the 2nd when he was getting

23  into that sermon here and talking about MLK

24  and the Bible, I wanted to stand up and say,

25  amen.  I agree with many and many of the

1   things that all of you have said.

2        What I will tell you is this map that

3   we have before you is in compliance with the

4   Voting Rights Act.  It's in compliance with

5   the judge's order.  It does not discriminate.

6   It does not give any partisan advantage to the

7   Republican Party -- that has enough votes to

8   pass it.  It keeps the partisan divide just

9   like it is today, 33/23.

10        So any arguments to the press that this

11   is just a partisan gerrymander or whatever or

12   that this is in any way racist are false

13   arguments, and they are said for political

14   advantage, for partisan advantage.  We need to

15   rise above that.

16        So let me get to my last A,

17   appreciation for each other.  I am -- the best

18   way to say it is I am proud of where we have

19   come as a state.  And I think that when Judge

20   Jones said he applauds us in that order for

21   the progress that we have made, I think we

22   need to accept that compliment and build on

23   it.

24        My hope is that this great state can

25   move beyond this racial-identity politics so

1  that it doesn't matter.  We will be in full

2  compliance and going forward.  Let's adopt

3  what Dr. King said about judging people by the

4  content of their character, rather than the

5  color of their skin.

6        Some people made some pretty good,

7  pointed compliments that do sting a little bit

8  because they have a good message, is that the

9  Republican Party can increase African-American

10  voter participation and candidate recruitment

11  by being more responsive, by paying more

12  attention.

13        I look forward to that day that we can

14  make our case to all minorities, African

15  Americans, people of every nationality, people

16  of every religious persuasion, that the

17  principles espoused by us and the bills that

18  we have passed have made this state one where

19  there is great opportunity for everybody,

20  regardless of their race, that we are treating

21  all people equally before the law.

22        And I hope that they will help us enjoy

23  this opportunity, this unprecedented

24  prosperity that we have been so lucky to

25  enjoy, the choices available to us, the public

1   safety provided for us, the transportation

2   system and infrastructure, and the sound

3   fiscal guidance that we've had from our

4   governor and our appropriations chairmen going

5   forward so that we can get past it.

6        Let's move beyond.  Let's get past, as

7   we went through that continuum of history,

8   from slavery to segregation to moving on to

9   Jim Crow laws or whatever order all that

10  happened, let's moving on to the next

11  generation and let's prove them that we

12  improved as a society, and we treated

13  everybody fairly.

14        And let's put the partisanship aside

15  and let's pass this bill.  Thank you, Mr.

16  President.  I yield the well.

17        LT. GOVERNOR JONES:  Thank you Senator.

18  I just -- earlier as I told you, we have two

19  more speakers.  One from the majority, one

20  from the minority.   Senator from the 6th and

21  I discussed offline here, and he wants to

22  yield his time to you, Senator from the 44th,

23  if you still like to speak.

24        Just so my friends in the media who are

25  always so good to me know, earlier today, the

1  minority leader and I got together and she

2  gave me the 14, 15 names that she wanted to

3  speak today.  And I think we have satisfied --

4  done exactly what we said we were going to do.

5  And I appreciate her leadership on that.

6        So just so that nobody thinks that we

7  have slighted anybody on any debate here

8  today.  So, Senator, the floor is yours.

9        SENATOR DAVENPORT:  Thank you very

10  much, Mr. President.  Senators, I rise today

11  to speak briefly about the proposed map.  The

12  Voting Rights Act of 1965 was enacted to

13  remove race-based restrictions on voting.  The

14  15th Amendment protected free slaves and

15  guaranteed the right to vote for all United

16  States citizens, regardless of race, color, or

17  previous servitude.

18        According to the judge's ruling, this

19  map violates Section 2 of the Voting Rights

20  Act and is specifically says it does so by not

21  providing Black voters an equal opportunity to

22  elect their candidate of choice, and it

23  dilutes the Black vote.

24        We had an opportunity to rectify this

25  mess that we created in 2021 by drawing two

1  additional majority-Black districts in south

2  Metro Atlanta.  Instead, we have done the

3  opposite.  For example, the 44th District was

4  already a majority-Black district.  Why change

5  that district and rename it the 17th?  Just

6  abide by the judge's ruling and create two

7  more majority-Black districts in south Metro

8  Atlanta.

9      I am disappointed because it seems this

10  map that was voted out of committee simply

11  changes numbers of districts.  It is packing

12  and gerrymandering and still dilutes the Black

13  vote.  It appears that Georgia is a southern

14  state that simply wants to defy the federal

15  court's order.

16      I understand in the State of Georgia,

17  there are still persons who do not want Black

18  people to vote nor elect the candidate of

19  their choice.

20      That's why the history of the Voting

21  Rights Act is important, and the 13th

22  Amendment abolishing slavery is important, the

23  14th Amendment, giving citizenship to all

24  people born in the United States, the 15th

25  Amendment in 1870, giving Black men the right

1   to vote, and then the 19th Amendment in 1920,

2   giving women the right to vote is important.

3        We are public servants here to serve

4   the public.  Whenever fair maps are provided,

5   we will serve the people.  The plaintiff in

6   this case, the oldest Black fraternity of 100

7   years, Alpha Phi Alpha fraternity, has said

8   this map still violates Section 2 of the

9   Voting Rights Act.

10       So colleagues, I encourage you today to

11  vote down this map and find a more equitable

12  way to draw a fair map and comply with the

13  judge's order.  Thank you very much, Mr.

14  President.  I yield the well.

15       LT. GOVERNOR JONES:  Thank you,

16  Senator.  Okay.  We're in the posture now

17  where the author of the bill has the

18  opportunity to close or waive.  Which one

19  would you rather do?  You want to close.  Come

20  on up then.

21       SENATOR ECHOLS:  Thank you, Mr.

22  President, and I promise I'll be brief.  Wow.

23  I wish all these map experts had reached out

24  to me before today to let me know of their

25  expertise.  You know, it stinks sitting back

1  there hearing people throw accusations about

2  me and the work I've done.

3       So perhaps the best part of chairing

4  this committee is that I get to speak last.

5  So I'm going to set the record straight.  I

6  was accused of not allowing Democrat lawyers

7  to attend the meeting.  Well, that's accurate.

8  That's a true statement.

9       But the back story before that is that

10  when the invitations were extended to members,

11  my administrative assistant asked who's going

12  to be present in the meetings.  The member

13  will be present.  And to all of our surprise,

14  at the time of the meetings, a couple of

15  lawyers came in the room, too.

16       Now, I'm not a lawyer, but I know a

17  little about what happens when you're involved

18  in litigation.  I believe that for a lawyer to

19  question the other party without their lawyer

20  present could be considered unethical.  So we

21  just wanted to avoid that.

22       Now about the committee meetings, the

23  minority leader declined to present her map on

24  the same day I did.  She asked me not to.  She

25  asked to go the following day.  So after

1  public comment closed on the second day,

2  committee members were allowed to make

3  comment.  I asked, I believe, twice if anyone

4  had any comments.  Not one single person asked

5  me a question.

6       If you don't believe me, the video's

7  online, go watch it.  You can see.  I'm not

8  sure why they didn't ask me questions, but

9  they didn't.  As a matter of fact, after we

10  left, I expressed my shock to members that not

11  a single question was asked.

12       And then, we keep hearing a lot about

13  math and majority-Black districts, and we've

14  just changed numbers, but we didn't add any

15  districts.  Well, math is math.  Facts are

16  facts.  You go from 14 majority-Black

17  districts to 16 majority-Black districts.  We

18  didn't take away any majority-Black districts;

19  we added two.  So that complies with the

20  judge's order.

21       Members, I close debate on this bill

22  and I ask for your favorable vote.  Thank you,

23  Mr. President, I yield.

24       LT. GOVERNOR JONES:  Thank you,

25  Chairlady.  And I know you did work hard, very

1  hard on that.  And good job trying to be as

2  fair as possible, I know.

3        All right.  We're in the posture now of

4  calling the previous question.  If there's no

5  objection to the previous question being

6  called, and I'm going to give folks a little

7  bit of time to get in here, and we'll vote

8  on --

9        I appreciate everybody being patient.

10  I know we've had a long day today, and I

11  was -- we were trying to power through lunch

12  and everything else and didn't.  I don't even

13  think we took an official break.  But I was

14  trying to trying to be mindful of everybody's

15  time and -- anyways, but, I appreciate

16  everybody being patient, and I appreciate the

17  debate, so.

18        All right.  Is there objection to

19  agreeing to the report of the committee which

20  is favorable to the passage of the bill?

21  Chair hears none.  The report of the committee

22  is agreed to.  Is there objection to the main

23  question being ordered?  Chair hears none.

24  The main question is ordered.  The question is

25  on the passage of the bill.  All those in

1  favor of the bill will vote aye.  Opposed,

2  nay.  Secretary will unlock the machine.

3       On the passage of the bill, the ayes

4  are 32 and the nays are 23.  This bill, having

5  received the requisite constitutional

6  majority, is therefore passed.

7       SENATOR KENNEDY:  All right, we're

8  almost done here.  Just a few more moments.

9  The secretary will read a message from the

10  House of Representatives.

11       MALE VOICE:  Mr. President, the

12  following message was received from the House

13  through Mr. Riley, the clerk thereof.  The

14  House has passed by the requisite

15  constitutional majority the following bill of

16  the House, House bill 1EX by Representative

17  Leverett of the 123rd --

18       A bill to be entitled, An Act to

19  Provide for the Composition and Number of

20  State House Districts, to provide for a short

21  title, to provide for the contingent nature of

22  this act, and the circumstances under which it

23  shall or shall not apply According to the

24  enforceability of prior provisions under the

25  federal law --

1    to provide for continuation of present

2   members, to provide for short title, to

3   provide --

4       SENATOR KENNEDY:  House Bill 1EX is

5   assigned to reapportionment and redistricting.

6       We have another message from the House.

7       MALE VOICE:  Mr. President, the House

8   has adopted by the requisite constitutional

9   majority the following resolution of the

10  House.  House resolution 3EX by Representative

11  Gamble of the 15th and others.

12      A resolution ratifying Governor Brian

13  Kemp's Executive Order Numbers 09.12.23.011,

14  Number 10 and for other purposes, Mr.

15  President.  That completes the order.

16      SENATOR KENNEDY:  Thank you.  House

17  Resolution 3EX is assigned to finance.  And

18  with that I will recognize the majority leader

19  for a motion.

20      MR. GOOCH:  Thank you, Mr. President.

21  I move that the Senate stand adjourned until

22  2:00 p.m. on Monday, December the 4th, and go

23  Dogs.

24      SENATOR KENNEDY:  The Secretary will

25  read the announcements.

1       MALE VOICE:  Mr. President, the Rules

2   Committee has been canceled.  The Finance

3   Committee will meet upon the adjournment of

4   the Senate in Room 450 of the Capitol.  And

5   the Reapportionment/Redistricting Committee of

6   the Senate will meet upon the adjournment of

7   the Finance Committee, also in room 450 of the

8   Capitol.

9       Mr. President, that completes the

10  order.

11      SENATOR KENNEDY:  Thank you, sir.  Are

12  there any additional announcements?  Seeing

13  none and hearing none, the majority leader has

14  moved that the Senate adjourned until

15  Senate -- until -- the Senate stand adjourned

16  until 2:00 p.m., Monday, December 4th, 2023.

17  All those in favor of the motion will say aye.

18  Those opposed will say no.  On the motion for

19  ayes?

20      MULTIPLE VOICES:  Aye.

21      SENATOR KENNEDY:  Those opposed.

22      MULTIPLE VOICES:  No.

23      SENATOR KENNEDY:  Oh my goodness.  The

24  ayes clearly have it.  We stand adjourned.

25      (End of Video Recording.

1                    CERTIFICATE

2           I, Wendy Sawyer, do hereby certify that I was

3    authorized to and transcribed the foregoing recorded

4    proceedings, and that the transcript is a true record, to

5    the best of my ability.

6

7

8           DATED this 15th day of December, 2023.

9

10

11    _____

12    WENDY SAWYER, CDLT

13

14

15

16

17

18

19

20

21

22

23

24

25

———————————

**(**

**(inaudible)'s**
  33:10

———————————

**-**

———————————

**--majority**
  120:22

———————————

**0**

———————————

**09.12.23.011**
  178:13

———————————

**1**

———————————

**1**  71:15
  85:18

**10**  35:1
  125:24
  178:14

**100**  31:6
  82:23 88:1
  125:14,19,
  24 126:15,
  16,18
  173:6

**105**  58:24

**105,000**
  57:25
  58:23 83:1
  88:4

**10th**  96:8
  98:2 99:11
  100:13

112:19

**11**  101:16

**11th**  71:16,
  17 72:5,6

**123rd**  177:17

**135**  63:9

**13th**  172:21

**14**  138:8
  146:12
  159:5
  160:20
  171:2
  175:16

**14th**  112:25
  113:4
  117:13
  136:11
  172:23

**15**  38:2,3
  85:9 160:3
  161:23
  171:2

**150**  154:6

**150,000**
  37:13

**15th**  68:22,
  24 79:9
  92:20
  166:16
  171:14
  172:24
  178:11

**16**  27:2
  35:1 98:23

138:10
146:13
159:18
160:5
162:24
175:17

**16th**  37:9

**17**  35:1

**1700s**  65:16

**17th**  26:14
  37:9 99:12
  102:15
  139:24
  172:5

**18**  165:7

**1870**  172:25

**18th**  85:13
  140:21

**19**  100:12
  110:3

**1920**  173:1

**1948**  64:9

**1964**  155:6

**1965**  48:22
  113:17
  129:8
  155:7
  171:12

**1969**  70:2

**1974**  70:18
  151:6

**1976**  151:7

**1982**  113:19
  129:14

**1986**
  113:21,25

**1990**  153:17

**1992**  156:19

**19th**  173:1

**1EX**  177:16
  178:4

**1st**  85:8

———————————

**2**

———————————

**2**  43:8
  85:18
  98:25
  102:24
  113:18
  121:13,19
  122:2,7
  128:22
  137:6
  158:7
  171:19
  173:8

**20**  148:9

**200**  130:10

**2000s**  154:7

**2001**  61:7
  62:1
  155:22
  157:3

**2004**  61:2,
  21 62:1,23

134:6

**2010** 86:18

**2011** 156:7
157:20

**2013** 62:6

**2020** 86:18

**2021** 34:22
36:17
38:11
39:21
46:24 59:5
62:13,21
80:5
138:8,20
144:5
145:13
146:11
147:23
150:10
157:21
159:25
160:19
171:25

**2023** 142:8

**2024** 38:15

**21** 72:6,10
99:13,17
103:14
148:4

**22** 160:16,
22 164:13

**220** 137:5

**22nd** 119:5
152:13

167:2

**23** 160:22
164:14
177:4

**23rd** 105:25
143:2

**24** 72:18

**25** 35:1
51:3
164:14
166:23

**26** 69:23
160:15

**26th** 93:1
151:5,12

**27th** 109:12
136:4
145:6,9

**28** 35:1

**28th** 26:13
139:23

**2:00** 178:22

**2nd** 49:23
167:22

―――――――

**3**

―――――――

**3,000** 36:7
57:16
58:23,24

**30** 35:1
125:24
134:13
160:14

161:17
166:22

**30th** 117:22
151:11

**31** 102:13
164:15

**31st** 29:2

**32** 177:4

**33** 84:24
85:17
120:18
160:23

**33/23** 168:9

**33rd** 84:20
110:13
112:5
121:6

**34** 27:3
35:1 98:23
160:16,23

**35** 35:2
47:6

**350** 63:20
64:5

**35th** 26:13
44:25 85:9
104:10
110:11

**36** 155:9

**36th** 76:9

**37** 85:2,21
112:2,13

**39th** 166:10

**3EX** 178:10,
17

**3rd** 85:9

―――――――

**4**

―――――――

**4** 43:8
76:18

**4,000** 38:21

**40** 51:3
121:6
124:4,9
125:3
134:13

**40th** 60:10
83:25
155:22

**42nd** 86:6
104:11

**43** 35:2

**43rd** 40:13

**44** 35:2

**44th** 26:13
170:22
172:3

**46** 37:22
38:18
149:4

**46th** 59:4
149:14

**49th** 55:3
104:1,21

141:10
144:10
145:3
147:6
148:5

**4th** 85:9
178:22

---
**5**
---

**5** 125:23

**50** 124:4
125:4

**500-and-**
136:25

**509** 120:11

**50th** 29:5,6
144:15

**515-page**
98:17

**516** 48:16
80:2

**516-** 40:21

**516-page**
34:21
103:13

**55th** 29:3
32:19

**56** 64:6,8
165:7

**58** 48:20

**5B** 85:19

---
**6**
---

**60s** 77:18
135:19,20,
22

**63** 112:19

**6th** 149:6
170:20

---
**7**
---

**75** 70:23

**78** 155:12

---
**8**
---

**8** 38:3

**80** 68:2
82:17
87:1,7

**82** 155:11

**8th** 71:24

---
**9**
---

**9** 48:15

**92** 153:17

**94** 45:4

**9th** 54:5
149:9

---
**A**
---

**abide** 40:9
172:6

**ability**
36:19
46:18,20
85:3
105:11
110:18
112:13

**aboard**
95:23,24

**abolishing**
172:22

**absolutely**
106:3
109:15
113:3,12,
22 115:7
116:2
145:24

**abysmal**
43:19

**accelerated**
144:19

**accept** 25:21
150:1
163:1
168:22

**access** 42:14
43:17
76:14,24
77:15
79:25
82:10
84:12

**accessible**
83:12

**accommodated**
27:8

**accomplish**
56:17,19
58:6 60:3

**accomplishing**
56:18
57:13

**accordance**
34:11,13

**account**
151:1
159:21

**accumulated**
42:8

**accurate**
174:7

**accusations**
174:1

**accused**
165:1,2
174:6

**achieve**
38:23

**achieves**
39:6

**acknowledge**
149:25
152:16,18
156:3

**acknowledged**
25:16

**act** 27:5

34:13,24
35:3,21
36:1,25
37:8 39:4,
23 44:15
46:25
48:22
49:14,15
50:14
54:21 57:3
78:6,10,
21,22
79:7,12,
16,18
81:16
89:3,6,24
93:9 98:25
103:15
113:15,16
115:1
129:5,13,
16 130:7
135:23,24
138:22,23
140:18
150:21
152:17
153:19
155:6,8,12
158:8,22
160:11
163:6
168:4
171:12,20
172:21
173:9
177:18,22

active  142:5

actively
129:6

activists
53:16

activities
106:8
111:23

actual  120:9
121:17

ad  81:19

adamant
104:1

add  85:17,
18 175:14

added  175:19

additional
24:23 35:6
37:5 39:7
50:23
57:16,24
119:23
120:1,9
139:14
163:25
172:1

Additionally
37:20
38:17

address
32:24
33:12
40:20
108:3

109:3
113:10

addresses
63:16
102:10

adds  146:13

adequate
55:4

adhering
157:23

adjourned
178:21

administrative
174:11

admire  136:1

admit  61:9
65:4

admitted
139:10

adopt  169:2

adopted
36:24
95:12
99:14
157:9,24
158:6
178:8

advance
101:24
150:24

advantage
160:8,12,
25 163:25

168:6,14

advised  59:6
150:18

advocate
32:4,5,6,7
67:19
90:16

advocated
90:11

affect  42:19
52:22
88:17

affected
52:10
116:22

affects
52:18,19

affordable
43:25

afforded
57:24
144:21,23

afraid  51:25
64:20
90:21,22

African  70:6
77:25
83:7,13
86:23
110:7,15
126:6
127:15,23
134:6,13,
16 154:1,

12 160:21
161:3
162:6,18,
24 166:17
169:14

African-
158:24
159:11
163:16

African-
american
77:6 78:24
79:21
83:19
110:23
151:13
152:20
155:15
159:5,17
160:4,9
161:9
163:19
164:11
165:5
169:9

African-
american-
minority
163:7

African-
americans
129:3

afternoon
76:11 86:8
137:13
140:23

age  38:21
152:7

agitated
94:18

agree  25:23
30:20
104:4,19
107:14
117:5
118:12,16,
25 119:11
153:13
162:9
167:25

agreed  24:20
25:12
58:14
153:16
155:14
158:1,18
176:22

agreeing
176:19

aid  144:14

air  64:12,
19 65:1

aisle  99:25

Alabama  70:8
73:18
94:10

Albany  77:16

allowed
33:11
55:4,8,10,

22 59:11,
18 108:10,
22 109:4
127:25
142:24
143:10,25
166:6
175:2

allowing
55:20
174:6

alluded
95:14

Alpha  81:11
93:6 173:7

alternate
143:21

alternative
36:22
160:3

amazing
71:10

amen  167:25

amendment
113:17,18
171:14
172:22,23,
25 173:1

America
90:22
91:10 95:7

American
83:7 86:23
123:4

134:7,10,
14,16,20
151:9
158:25
159:12
160:21
161:4
162:6,24
163:17
166:17

Americans
78:1 83:14
110:7,15
126:6
127:15,23
154:2,12
162:19
169:15

analysis
73:15
88:16
122:16

anchored
139:23

ANDERSON
40:15

anger  95:21

angry  94:18

animus
165:10

announcements
178:25

answering
71:15

anti-
democratic
  92:4

anymore
  85:10,11,
  15

apologize
  29:5,6
  110:13

apparent
  47:13

apparently
  143:6

appeal  71:16
  108:21

appealed
  72:4

appeared
  161:21

appears
  56:12
  172:13

applauds
  168:20

apply  39:16
  177:23

appointed
  162:5

appointment
  33:5

appreciated
  89:19
  136:7

appreciation
  168:17

approach
  84:12

approached
  31:17

appropriations
  170:4

approve
  161:13

approximately
  36:7 57:16

arc  152:14

area  24:19
  25:10,19
  35:2,7,13,
  25 36:8
  37:6,12,
  13,21 49:3
  50:7 68:7,
  8 74:14
  82:24 88:2
  101:20
  111:9
  115:15,19
  116:1,22
  163:22

areas  27:7
  38:24
  39:8,12,18
  40:25
  48:23
  50:16
  52:10
  82:20

87:3,6
99:9
115:17,22
116:8
137:24
140:9
159:22
163:21

argument
  74:8
  116:13

arguments
  124:25
  125:3
  146:3,21
  160:24
  161:1
  168:10,13

artful  77:1

aspect  42:6

Assembly
  70:24
  137:7,9,18

assertion
  93:6

assess  58:17

assigned
  100:15
  178:5,17

assistant
  174:11

Athens  89:19
  161:19,24,
  25

Atlanta
  24:24
  26:18
  35:23
  45:13
  47:22
  49:10
  68:1,7
  102:11
  110:22,24
  136:14,15
  139:23
  172:2,8

attainment
  42:21

attempt
  36:11 77:5
  139:16,17
  157:15
  161:2
  164:10

attempted
  96:21

attempting
  46:17
  77:17

attend  174:7

attention
  169:12

attorney
  110:1
  134:16

attorney's
  134:19

attractive

89:25

**Augusta**
119:5
134:7,15

**Austell**
85:17

**author**
173:17

**authored**
28:15

**authority**
85:16

**autonomy**
124:16
125:20

**average**
42:16
131:3

**avoid**  136:20
157:15
174:21

**avoidable**
82:14

**aye**  177:1

**ayes**  177:3

—————————
**B**
—————————

**baby**  131:3

**back**  29:11
32:13
45:17
65:15
72:21

75:13
80:20
85:17
93:16,17
98:3 99:13
103:23
104:11
118:10,14,
15 119:13
122:24
131:3,18
132:12
135:18
155:22
156:6
157:3
159:4
163:1
165:19
173:25
174:9

**background**
27:23

**backgrounds**
66:18
91:13

**backs**  83:13,
19

**backwards**
64:17
102:14

**bacon**  116:23
136:13,15,
17,19

**bad**  54:20
67:11

118:21

**balance**
85:20

**ball**  80:13
93:15

**ballot**  60:5
76:14,24
77:15 80:1
82:10
84:12
155:16

**ballots**
95:19

**banc**  72:4

**bank**  125:22
127:22

**Baptist**
52:15

**Barbour**  70:8

**based**  65:18
162:1
163:14

**basic**  123:5

**basically**
114:17
122:6
130:16

**battle**  77:15
91:17
155:21
157:3

**beacon**  91:10

**beaten**  46:13

77:21 78:8
123:7
126:19

**beautiful**
41:3

**bed**  87:14

**beg**  68:20

**begin**  32:25
141:2

**beginning**
29:10 61:9
66:5 77:4

**beginnings**
65:18

**behalf**  27:13
144:7,8

**behave**  78:17

**believed**
154:25

**belt**  50:16

**benchmarks**
92:10

**benefit**
143:18,22

**bent**  125:1

**betting**
161:11

**bias**  162:3

**Bibb**  73:5

**Bible**  167:24

**big**  61:18
94:20

116:5

**bill**  28:15
  127:16,17
  149:23
  155:10
  161:19
  170:15
  173:17
  175:21
  176:20,25
  177:1,3,4,
  15,16,18
  178:4

**bills**  169:17

**Billy**  70:21

**bipartisan**
  79:8,11
  155:10
  167:1

**bit**  29:17
  55:22
  61:1,5
  95:9
  109:20
  149:19
  150:3
  169:7
  176:7

**Black**  34:24
  35:14,22
  36:2,7,16,
  19 37:14,
  17 38:5,21
  39:18,24
  40:25
  41:3,13,

15,16,20,
21 42:9,
11,16,19,
20 43:3,5,
12,15,19
44:8,13
45:2,12,
14,18,19,
22 46:9,
12,13,17,
24 47:5,
14,19,21,
23 48:20,
25 49:2,9
50:7,16,19
51:1,11,
14,18,19,
21,25
52:9,13,
21,23
53:12,21,
24 54:15
55:1 56:13
57:5,16
58:3,21
60:4 62:4,
12,19
67:2,8,16,
17,18
68:21
70:9,20
76:14 77:2
80:1,6
81:23
82:3,18
83:1 84:25
85:1 87:1,
4,8,20

88:4,7
89:3,6,20,
24 90:1
91:25
100:21
101:20,22
110:7
111:20
112:20
116:20
119:24
120:2,9
123:3,12,
18 128:24
131:4
133:15,17
135:5
137:9
138:6
152:10
171:21,23
172:12,17,
25 173:6

**Black-**
  138:15
  146:10,17

**Black-majority**
  58:4
  138:1,8
  140:8
  145:18

**Blacks**  50:16
  120:14
  127:9
  131:14

**blame**  164:18

**blaming**
  155:25

**blind**  63:16
  77:23

**bloc**  114:13
  115:3,4
  116:6

**block**  114:20

**blocked**
  156:20,21

**blocks**  52:20

**blocs-
preferred**
  116:7

**blood**  78:13

**bloody**  157:3

**blue**  85:13
  86:2

**boat**  67:11

**bodies**  154:7

**body**  28:17
  60:14
  66:15
  69:3,7
  72:14
  78:18
  87:24
  96:14,15
  101:5,18
  104:23
  105:20
  144:8,23
  145:17
  157:1

165:6

**bolster** 93:5

**bombed** 94:9, 12

**book** 68:22 124:1,18 125:15 126:10 162:4

**boot** 157:18

**borders** 99:11 102:25

**born** 48:9 172:24

**bothers** 60:20

**bottom** 115:17 116:21 146:6

**boundaries** 37:24 38:2,9 158:10,13 162:14

**box** 60:6 76:15,24 77:15 82:11 155:16

**break** 54:19 176:13

**breakdown** 160:15

**breathing** 64:11

**Brian** 178:12

**briefly** 76:21 157:10 171:11

**bring** 33:7,8 37:13

**brings** 37:15

**broader** 151:18

**broken** 83:22

**brother** 124:7

**Brothers** 71:12 74:22

**brought** 65:25 74:15 77:7 78:22 118:4 142:7

**build** 168:22

**building** 77:12 84:13

**built** 83:13

**Bulldogs** 167:19

**bunched** 87:13

**burden** 69:16

**BURNS** 106:1, 3,8,13,17, 21,24 107:3,9, 15,21,23 108:8,14, 18 109:1, 8,9

**bury** 43:23

**bus** 166:20, 25

**BUTLER** 32:21

**butter** 69:1, 3 149:19

**button** 118:7

**buzzwords** 146:4

_____

_____

**C**

_____

**Cagle** 165:21

**call** 71:14, 15 80:24 156:10 162:16

**called** 30:4 72:3 114:1 123:10 125:13 160:13 164:23 176:6

**calling** 72:21 176:4

**camaraderie** 167:20

**cameras** 27:19

**campaign** 165:11

**campaigns** 88:19

**candidate** 51:12,22 85:4,5 114:22 116:8,9 163:9 169:10 171:22 172:18

**candidates** 35:16 36:20 39:20 46:20 51:17 164:6

**candor** 119:3

**captured** 83:11

**car** 98:3

**care** 41:12 71:9 75:1, 13 95:5

126:22,23

**carefully**
62:9,20,21
83:10
150:6

**carry** 58:9

**case** 29:19
39:1 41:24
44:12 62:5
73:17
81:12
93:19
109:2
113:19,25
114:1
118:24
121:12
122:18
129:2
139:8
142:15
167:4
169:14
173:6

**cases** 61:12,
14

**Casey** 165:21

**cast** 58:22
83:2 88:5

**cataloged**
83:11

**caucus** 25:9
28:11 33:1
34:14
36:21

82:22 88:1
89:8

**caught** 52:16

**celebrating**
134:23

**census**
131:11,14,
15

**center** 39:12
155:2

**central**
39:14
151:8

**centuries**
46:10

**cetera** 85:9
151:6
152:5,9
160:25

**chains** 77:7

**chair** 30:5
33:2,13,21
76:8 80:20
81:2 84:19
86:6 92:18
96:7
108:22
141:14,18,
20,25
142:13,16
143:14,15,
20,25
144:9,16
145:1,2
148:10

156:9
159:24
166:6
176:21,23

**chairing**
174:3

**Chairlady**
175:25

**chairman**
55:2
109:14
141:9
150:14
156:7

**chairman's**
160:2

**chairmanship**
148:4

**chairmen**
63:17,18,
19 170:4

**chairperson**
96:21
97:11
103:18
108:5

**chairwoman**
56:24
138:9
139:10

**challenge**
51:19
61:20,21
63:8 73:24
74:9

104:15
137:8
163:4

**challenged**
121:23
156:23
160:20

**challenges**
61:13 67:6

**chamber**
30:22
40:23
60:23,24
61:2 64:8
66:23
86:10,15
117:25

**chance** 53:7,
13 57:5,9
58:8 65:25
66:7 83:2
88:5 163:8
166:14

**change** 30:19
38:8 47:19
50:9 61:9
75:23 83:3
84:11
121:17
126:3,7
128:4,7,8,
11,12,18,
19 132:24,
25 138:18
158:14
172:4

changed
  26:14,16,
  19 38:10,
  19 47:14
  63:6 73:11
  78:25
  97:20 98:6
  100:2,6,9,
  13 127:2,4
  155:4
  175:14

character
  148:7
  169:4

characterize
  111:17

Charles
  79:16

check  75:12
  153:24

checked
  156:21

Cherry
  151:24

child  43:23
  124:3,5,6,
  7,8,14,17,
  19 125:8,
  20 151:22

children
  53:4 67:9
  124:11,12,
  13 152:9

choice  35:16
  36:20

39:20 43:6
  46:20
  50:20
  85:4,5
  111:7
  163:9
  171:22
  172:19

choices
  169:25

choose  78:3,
  15

choosing
  51:22 83:5

chose  33:8
  81:3

chosen  82:13

circuit
  71:17
  72:5,6
  73:21

circuits
  71:18

circumstances
  119:22
  121:21
  128:4,7,19
  177:22

cited  58:12,
  13

citizen
  134:2
  161:25

citizen-led

90:13

citizens
  91:5 103:8
  128:10
  134:2,22
  135:2
  150:13
  158:25
  171:16

citizens'
  46:17

citizenship
  78:1
  129:25
  172:23

City  85:17

Civil  113:15
  135:23
  155:6

claim  41:12
  122:2

claims  41:14

clarification
  106:11

clarify
  59:15,17
  111:12

Clarksdale
  85:18

class  70:7
  151:10

classic
  50:14

clean  87:10

cleaned
  87:19

clear  31:4
  33:21 35:9
  48:14
  118:2
  120:23
  145:15,16,
  23 154:20

clearance
  156:17

clerk  177:13

close  52:14
  158:4
  173:18,19
  175:21

closed  55:13
  175:1

closer  48:14
  62:17

closing
  55:10
  130:1
  155:18

cloud  97:5

co-counsel
  167:7

coast  66:3

colleague
  112:4
  113:4

colleagues

32:7 35:20
40:16,18
41:12
45:10 47:2
48:3 53:3,
23 60:15
67:1,2,8
68:21
76:12 80:9
84:22 86:8
88:9 89:11
96:10
136:7
140:24
152:20
165:8
173:10

**college**
132:1

**colleges**
132:3

**Colony** 65:17

**color** 58:7
74:16
86:17,20
110:5,7,
10,15
111:5
112:2,9
153:2
169:5
171:16

**Colored**
152:2

**Columbus**
111:4

**commends**
48:18

**comment**
59:25
89:18
119:19
120:11
141:12
143:7,10
144:1
175:1,3

**commented**
145:8

**comments**
40:8 49:6
141:7
147:11
149:17,21
150:16
152:19
153:6
175:4

**commission**
90:13

**committed**
90:24 92:8

**committee**
27:14,17
28:19
29:10
31:16 32:6
33:3,16,18
34:5 36:23
48:2 50:5
51:13
55:5,6,11,

12 59:3,
20,22
63:17,19
80:12
81:3,13
89:9 93:8
96:21
101:10,11,
14 103:18
106:15
108:5
141:10,11
142:13,22,
25 143:11,
12,14,16
146:7,8
150:8
156:8,13
157:25
158:7
159:25
167:10
172:10
174:4,22
175:2
176:19,21

**committees**
165:25
166:6

**common** 69:9

**common-sense**
43:22

**communities**
57:5
67:17,22
68:1 89:14
103:7

116:24
158:15

**community**
41:6,9
43:21 44:2
58:21
88:13

**compact**
114:12,20
139:24
158:12

**compare**
105:18

**compared**
42:23

**comparison**
38:1

**complaint**
158:19

**completely**
63:15,25

**completes**
178:15

**complex**
29:14,22

**complexities**
29:25

**compliance**
24:21
25:13
147:4
168:3,4
169:2

compliant
 39:4
 162:25
 164:24

complicated
 145:20,21

complied
 24:15
 31:8,9
 32:10 37:1
 104:2
 150:19,21

complies
 36:24
 39:23
 58:17
 104:5,15
 138:20,21
 140:16,17
 146:9
 163:15
 175:19

compliment
 168:22

compliments
 169:7

comply
 24:12,20
 25:7,11,
 18,20
 26:4,19
 31:5,7
 35:20 40:5
 54:22 57:2
 81:14
 93:4,10

 104:17
 140:14,15
 147:9,20
 148:2
 158:7
 161:2,14
 162:21
 173:12

complying
 144:17
 163:2

composition
 147:22
 177:19

comprehensive
 145:12

concentration
 158:24

concentrations
 159:20

concerned
 45:9 84:24
 121:18
 122:14

concerns
 40:21
 41:19
 43:17
 85:16
 89:12
 150:14

conclude
 133:23

conclusions
 96:18

conditions
 150:25

confidence
 38:16
 67:24 82:9

confident
 32:11

configured
 103:15
 105:17

conflate
 163:12

conflating
 154:16

confused
 100:10

confusing
 54:18

confusion
 38:11,15,
 18 100:5,
 16

Congress
 79:14
 155:10

connect
 116:23

connection
 132:4

consequences
 44:16

conservative
 71:18

consideration
 105:4
 107:18

considered
 103:18
 174:20

constant
 133:2

constituents
 27:14

constitution
 41:25
 150:20

constitutional
 61:13,21
 119:18
 177:5,15
 178:8

constitutions
 90:10

construe
 137:13

construed
 137:11,17

consulted
 25:14

contained
 35:10

content
 169:4

context
 76:21
 138:5,14

contingent
  177:21

continually
  89:23  90:2
  128:16

continuation
  178:1

continue
  46:21
  107:16
  108:12
  128:13
  163:3

continued
  153:23

continues
  35:21
  47:22
  49:11

continuum
  170:7

contrary
  41:17

contrast
  38:20

control
  55:12
  155:25

conversation
  27:23
  46:22
  53:21
  167:9

core  79:22,

23

corny  85:11

Corps  134:5

correct
  24:13,14
  95:8
  107:10,12
  113:13,21,
  23  114:8,
  14,15,22,
  23  115:6,
  8,19,20
  116:3,10,
  11  117:13

correcting
  141:2

cost  163:17

Cotton  83:15

counsel
  25:15
  33:11  59:6
  62:10,17,
  22  142:1
  150:18

counselor
  167:16

count  77:2

counted  57:8
  158:5

counties
  100:21
  102:20
  158:11

countless
  86:10
  97:23

countries
  65:8

country
  66:17,21
  81:24
  151:19

country's
  45:17

counts  34:16

county  39:2,
  13,14,15
  70:8  73:4,
  10  102:13,
  17,19,22,
  24,25
  139:14

couple  24:3
  32:24  34:1
  64:12
  87:11
  115:13
  119:10
  123:11,12
  125:15
  130:6
  136:9
  138:7
  141:3
  161:10
  174:14

courageous
  135:21

court  27:3
  29:19
  34:12,25
  35:4,8,14
  36:1,8
  37:4,6,12,
  21,25  38:4
  41:1  42:24
  46:22  47:9
  48:14,18,
  23  49:5
  57:1  58:13
  61:12,14
  62:5  72:1,
  17,20
  73:16
  82:20  87:5
  88:3  89:1,
  6  94:14
  98:24
  101:21
  102:10
  105:10
  113:9,19,
  25  114:2,4
  116:14,17
  117:3
  129:2
  130:22
  137:7
  139:19
  156:24
  157:5
  159:4
  161:18,21,
  22

court's
  34:20

35:9,18
37:1 39:11
41:6,10
99:24
117:3
172:15

court--
58:13

court-ordered
58:6

courts  93:19
95:17
156:4

cover  36:10
47:11

covers  73:21

COWSERT
149:15

crack  67:21
103:6
104:8
109:19

cracked  39:3
68:2
111:21
112:7

cracking
99:16
110:9,14
111:18

crazy  118:1

create  40:4
50:23
56:19

73:7,10
85:24
116:22
137:25
138:24
139:2
140:1,7
158:19
159:1,2,11
162:10,12,
19 163:7
172:6

created
35:11,13
38:24 50:4
59:22 81:1
136:13,18
138:10,24
160:20
171:25

creating
42:1 52:9
90:12
139:5,22

creation
120:1

criminal
32:1 65:19

critically
28:10

cross  151:15

crossbuck
93:12

Crow
125:14,18,

19 126:11
128:3
133:6
154:22
170:9

crowd  94:15,
17,19

crucial
34:15

cry  71:2

crying  164:2

cultural
153:8

curb  92:4

current
93:3,11
145:2
146:23

cut  45:5
90:20
157:11

cuts  129:25

cycle  38:16
156:24

_____

        D

D.C.  165:17
166:7

dang  118:23

Danville
77:19

daring

124:15

data  68:15
103:19
104:16

Dating  45:17

daughter
125:20

DAVENPORT
171:9

day  34:3,4
55:14,16
98:2 107:7
123:7
135:18
143:22
149:22
166:4
167:5,10
169:13
174:24,25
175:1
176:10

days  49:7
145:15

deal  60:19
61:24
70:16 75:4
127:7

dealing
74:5,7
79:22,24

dealt  74:14

dean  92:19
166:17

death   126:19

debatable
  83:14

debate   46:15
  97:5  136:8
  150:7
  151:17
  164:16
  171:7
  175:21
  176:17

debated
  80:16
  148:21

debating
  76:12
  149:8

debt   65:24

decade   90:12

decades
  136:16

December
  71:23
  142:8
  178:22

decide   73:8
  75:18

decided
  113:20

decision
  64:5  72:8

decisions
  76:13  79:6
  88:16

declined
  174:23

decrease
  38:11,12

decreased
  86:21

deep   79:3
  123:1

deep-   122:15

deeply   45:8
  84:8

defense
  131:9

defensive
  164:21

define   121:5
  138:12,17

defining
  115:15

definition
  138:13

definitively
  111:22

defy   172:14

deja   61:1
  93:2

Dekalb
  115:25

deliberate
  43:6

deliberation
  107:25

deliberative
  104:23
  148:11

deliciously
  29:21

delivery
  150:24

demanding
  101:5

demands   37:4

democracy
  44:19
  77:12
  84:13
  90:9,21,24
  91:7,10,14
  92:1

Democrat
  51:24
  138:24
  139:3,5
  140:1
  158:1
  160:3
  165:20
  174:6

democratic
  28:11
  34:14
  36:21
  37:3,22
  38:6  55:24
  58:25
  60:1,14
  61:7  63:2,
  4,7  82:22

86:2  87:25
89:8  91:8
92:8  99:6
102:23
103:4
107:17
109:3
119:15
141:6,12
154:5,11
159:25
160:22
161:4
162:5
163:23,24
164:1,6,
12,14
165:12,13
166:5

Democrats
  39:21  49:4
  55:15,23
  59:11,18,
  23  72:15
  87:22  91:4
  97:1
  105:20
  118:3
  135:18
  147:25
  154:4,9
  155:13
  158:18
  160:15,17
  163:20
  166:2

Democrats'

57:23

demographic
158:23

demographics
103:3,20

demonstrate
90:2 92:6

demonstrates
91:24

deny  48:7
74:17,20
84:1
154:21

denying
121:24

department
74:2,4
130:9,13
151:24

deprive
163:8

depth  94:4

deserve  40:3
44:20
52:14 57:7
88:11 97:1
101:18

deserves
44:19,21

designated
57:4

designation
77:2

desk  44:25
98:18
118:7

destiny
52:18,25

determination
65:20
66:10

determine
122:9,12

determines
48:23

determining
88:25

development
85:16

devoted
142:17

died  46:14

difference
61:18
75:16
87:23
163:23

differently
82:15

difficult
42:11,12

diligently
142:16

dilute  35:21
62:12
67:16 80:6

82:3

diluted
82:25

dilutes
36:16
54:25
171:23
172:12

diluting
38:4 62:3
89:24

dilution
36:8 50:7
68:12 88:3
113:11
114:6
115:16

diminish
42:8

directed
159:20
163:22

direction
84:5
145:23
146:9
147:20

directive
35:19

directives
35:10

directly
52:18

dirty  87:12,

16

disagree
43:2
138:12

disagreed
30:25

disappointed
49:17
172:9

disciples
51:3

discouraging
31:11

discouragingly
30:14

discourse
146:5

discriminate
39:24
47:23
137:8
153:24
163:14
168:5

discriminated
34:24 41:7
45:15

discrimination
34:17 47:5
61:22,25
68:18
122:13
135:11,12
152:22

154:9
163:13
164:4

discriminatory
  59:7
  156:2,20

discuss  28:9
  30:6 34:10

discussed
  110:6
  170:21

discussing
  28:3

discussion
  42:4 97:4
  107:25
  141:1

discussions
  30:18

disenfranchise
ment  39:12
  50:15
  81:23 87:6
  152:22

disproportiona
tely  42:18

disregarded
  86:12

disregarding
  147:22

distinguished
  28:16
  92:19

district

26:12,15
30:16,19
31:19
32:4,5,14
36:13
38:8,9,10,
13 42:3
45:3,5,6,7
47:6,12,14
50:24
51:16,18,
20 57:2,
18,20
58:4,16
63:23,24,
25 64:1
67:23
71:3,4
72:25
73:10
84:24,25
85:16
88:14
95:13
97:20
98:23
99:11
100:6,13,
16 110:13,
14,17
112:3,6,7,
11,15,18,
19,20
114:13
120:15,16,
18,21,22
121:8,9,18
132:17

134:16,19
138:6,15,
16,18
139:25
148:1
157:17
159:1,2
160:9
165:24
172:3,4,5

districts
  24:24
  26:17,18
  27:2,4,7
  30:7,8
  33:6 35:1,
  6,11,12
  36:4,5,9
  37:5,10,
  15,16,19,
  20,22,24
  38:3,18,
  22,23,25
  39:3,5,7
  43:3 44:15
  47:6,9,19
  50:19
  51:20 52:9
  56:20,21
  61:23
  67:17
  68:2,15
  75:21,23
  80:23,24,
  25 81:1,7,
  9 82:19
  85:20
  90:14,15

91:2 97:24
98:11,12,
14,15,24
99:23
100:22,23
101:22
104:8,9
105:18
110:8,23
111:3,8
112:13
115:23
116:20,25
119:20,25
120:2,3,
10,14
121:3,4
133:10,17
137:23
138:1,4,9,
11,19,24
139:3,6,
18,22
140:2,5,8,
9 145:18
146:1,11,
17,18,24
147:12
158:4,12,
13,20
159:6,12,
14,17
162:10,13
163:7,18,
19 164:10,
14,15
172:1,7,11
175:13,15,

17,18
177:20

dive  122:16

diversity
40:5

divide  168:8

divided
66:21

doctor  132:2

doctor's
152:5

doctors
88:10

document
137:1

documented
80:8

documents
76:25

Dogs  178:23

DOLEZAL
109:13,16
111:10,15
112:21
136:6

dollars  40:2

dome  29:15
58:10

doors  31:24

Douglas
39:2,15
100:21

downtown
151:24

drafting
150:22

dramatically
38:9

draw  24:23
31:3,25
51:20 52:4
63:11,13
81:10
90:13,15
93:23
96:18 99:5
116:19
157:7
159:8
173:12

drawers  68:9

drawing
29:24
88:14
146:16
171:25

drawn  24:10
26:17 27:4
30:21
50:19 71:3
72:19
86:25
98:24 99:7
119:20
145:19

draws  37:5

dream  154:25

drew  25:10
103:20,24
104:12,19
114:14
156:13

Ds  161:8

duck  69:1,4

due  105:4
126:20

DUGAN  117:23

duty  40:4

dynamic
128:23
129:1

dysfunctional
165:18

_____

E

earlier
24:10
59:10
155:1
170:18,25

early  130:1
154:7

East  65:9

easy  144:13
163:12

echo  86:14

echoed  49:6

ECHOLS  24:6,
8,14,17,22

25:2,14,25
26:8,15,
22,25 27:6
173:21

economic
91:12
122:9
130:21

educated
131:19

education
131:13,17

educational
42:21
131:8

effort  95:24

efforts  92:6

eight-day
159:9

Eighth  73:21

elect  35:15
36:20
39:19
46:20
50:20
51:12,21
53:13 57:9
74:18,20
85:3
134:15
163:9
165:12
171:22
172:18

elected  42:2
  63:4 64:8,
  9 74:19
  84:10
  111:6
  123:13
  134:7
  151:5,14

election
  34:18
  38:16
  46:19 48:6
  63:5,22
  72:18
  102:21
  153:15
  165:4

electoral
  88:21 90:8
  121:22

eligible
  58:20 88:8

eloquent
  92:24
  167:3

eloquently
  112:5

embedded
  67:17

embrace
  78:15
  79:14 92:2

embraced
  79:8

embracing

77:11

emphatic
  101:3

employment
  75:17

empowerment
  85:24,25

empty  60:21

en  72:3

enable  91:1

enact  35:5
  43:22
  91:19

enacted
  171:12

enamored
  91:1

encourage
  173:10

end  46:4,5,
  7 63:1,20
  67:4 93:25
  95:15
  123:18
  141:1

enforce
  133:9

enforceability
  177:24

England
  65:21

enjoined
  139:19

enjoy
  169:22,25

enjoyed  65:5

enormous
  78:11

enslaved
  77:2
  83:17,20
  124:12,13
  128:2

ensure  57:1
  58:7,11
  90:7

ensuring
  34:15
  77:12

entire  76:22
  139:18,19
  147:17,19
  148:2
  151:19

entitled
  88:23
  177:18

envisioned
  91:16

equal  35:15
  39:19
  41:11
  46:10
  88:24 90:3
  121:24
  152:7
  161:20
  171:21

equality
  47:21
  48:5,13
  49:12

equally
  34:16
  48:24
  150:21
  169:21

equals  90:21
  146:13

equitable
  173:11

escape  53:1

espoused
  169:17

Esselstyn
  29:20

essentially
  114:10
  164:23

esteemed
  87:24

eternal  95:4

ethical
  92:10

ethically
  88:22

Eufaula  70:8

everybody's
  77:22
  124:23
  158:5

176:14

**evidence**
41:16
145:13

**exact**  99:14

**excellence**
96:1

**excellent**
143:2
144:16

**exception**
111:3

**exchange**
160:11

**exchanged**
166:12

**excuse**
113:16

**excused**  85:7

**excuses**
75:19

**Executive**
178:13

**exercise**
126:20
128:17

**existed**
126:14

**existence**
130:9

**existing**
36:3,13
37:18

47:19
97:21
100:22
104:9
138:3

**experience**
42:20
63:21  70:1
152:24

**experiences**
41:19
45:20
67:15
152:21

**experiment**
91:9

**expert**  25:17
29:20
58:12,13
131:9

**expertise**
173:25

**experts**  31:4
104:4
159:10
173:23

**explain**
26:11
99:20

**explanation**
56:23

**express**
149:2

**expressed**

175:10

**expressing**
89:12

**extended**
129:13,17
156:18
174:10

**extending**
45:18

**extensive**
79:19 80:2

**extent**  46:2

**eyes**  69:6,8
70:15
83:25

_____

**F**
_____

**fabric**  90:20

**face**  130:23
154:5

**faced**  67:5
132:20,22
153:9

**facing**  78:4

**fact**  59:21
86:19
99:5,13
104:5
106:11
117:14
121:11
135:4
142:5,21
143:13

154:5,10
159:1
175:9

**factor**
114:10,17,
19,25
115:6
116:5
145:1

**factors**
114:3
115:19
116:1,19
122:3,4,5,
8,10  123:2
150:25

**facts**  54:10
82:16
119:22
121:14
123:21
162:8
165:3
175:15,16

**factual**
54:14

**factually**
143:8

**failed**  35:20
63:12
158:9

**failing**  92:9

**failings**
41:2

**fails**  54:21

93:10

fair  34:15
40:3,4
44:3 60:1,
2 142:2,5
153:12,15
156:22
161:18
166:3
173:4,12
176:2

fairer
155:24

fairly  42:12
154:2
155:16
162:1
170:13

fairness
60:4

fake  93:16

fall  85:21

false  160:25
168:12

familiar
144:3

familiarity
24:2

families
83:21

family  75:14
88:9 94:21
95:7 128:1
134:9,10,

family's
134:19

fanciful
146:2

Fannie
53:17,19

fastest  99:9
102:20

fate  47:1

father
124:2,7
125:8
134:2

father's
48:11

fathers  77:1
91:15
153:8

favor  59:5
87:21
155:11
177:1

favorable
72:2
175:22
176:20

favorite
154:23

Fayette
39:14

fear  89:17

federal

30:24
34:12,20
37:1 39:11
40:6 42:24
46:22
47:17
62:16 80:1
90:9
105:10
172:14
177:25

feel  25:17,
18 42:11
64:11,14,
19 88:11
92:25
164:22,25

feeling
60:25
64:13 65:2
94:2,4

feelings
164:21
167:18

fellow  58:7
84:22

felt  96:14
157:4

fewer  38:21

fight  128:14

fighting
46:9 53:21
65:11
72:20

fights  133:2

figure
119:13
120:7

figured
118:18

figures  71:6

filled  45:16

final  73:15
103:17

finally
94:18

finance
178:17

find  43:24
93:24
104:16
111:5
114:5
118:7
129:4
132:13,15,
16 133:10
137:7
161:24
173:11

finding
71:22,23
73:8
115:18
147:11

findings
39:11
145:17

fine  62:11

finished
  148:19

fiscal  170:3

fix  43:18

fixing  64:23

flip  103:23
  130:6

flipped  63:5
  98:11,15

floor  87:12
  148:22
  171:8

focus  147:11

focused
  139:11,21
  147:12

focusing
  37:20

folks  50:19
  51:1,14,
  21,25 52:9
  53:22 56:5
  70:11,12
  71:2 72:21
  74:16,25
  75:11
  99:1,25
  101:16
  102:12
  104:22
  120:4
  133:12
  141:20
  146:3

160:17
165:13
176:6

follow  35:18
  51:10
  71:20
  95:11
  107:15

follow-up
  108:19

fond  135:17

fool  93:14,
  17

fooled  47:16

footage
  77:22

football
  70:4,15
  93:13,20

forced  57:20

foreign
  124:25
  125:2

foremost
  90:17
  137:4

forget  70:5
  72:3

forgiveness
  66:10

form  28:12
  115:3

formally

126:17

formed
  115:23
  116:25

forward
  77:14
  82:2,6
  118:4
  144:19
  169:2,13
  170:5

fought  78:12
  134:3,4

found  34:22
  36:1 37:7
  132:13
  159:9

foundation
  90:8

foundational
  77:13

founding
  45:17
  76:25
  79:20
  91:15

fountains
  151:25

fourth  48:10

frame  144:20
  148:18

framework
  113:9

frankly
  120:18
  141:3
  142:6
  148:3

fraternity
  173:6,7

free  171:14

freed  123:8
  124:1,22

freshman
  144:12

friend
  136:11
  161:17

friends
  88:10
  102:15
  111:4
  170:24

friendships
  166:8

front  37:2

fruit  75:11

full  78:1,2
  84:13
  169:1

fully  24:12,
  15 25:7
  26:3 63:2
  90:24
  104:2,14
  162:25

Fulton
  115:24
  139:24

fun  71:5

functioned
  63:9

fundamental
  84:11

fundamentally
  142:2

funeral
  166:21

future
  91:11,22,
  25  92:3

——————
        G
——————

gain  163:25

gained  70:20

gains  48:22
  110:16

Gamble
  178:11

game  46:5,7
  50:6  81:1,
  6  94:1
  167:19

games  71:13
  74:22
  80:21
  147:1,24

gamesmanship
  47:11

gap  131:21

gaps  131:21

garment
  52:17,25

gather  94:16

gave  71:22
  73:8
  136:21
  145:24
  146:10
  171:2

general
  51:17
  65:16,17
  70:24
  113:8
  137:7,9,18
  165:15

generally
  42:20

generate
  165:12

generation
  48:10
  69:17
  125:6,7
  170:11

generations
  123:23
  124:24

generosity
  96:2

gentleman
  76:16

George  65:16
  154:24

Georgia
  34:16,17
  40:5  42:9,
  14  44:20
  45:14,23
  48:4,9,18
  49:20
  57:17
  58:21  63:8
  64:14
  65:14,17,
  25  66:2,6
  69:14,15
  70:21
  74:15  80:6
  81:21  82:8
  83:1
  84:11,14
  86:17  88:4
  90:22
  91:3,12
  92:1,7,9
  110:25
  119:5
  122:22,23
  123:23
  129:3,4,
  11,12,14,
  18  130:10
  132:14
  139:9
  151:23
  153:17
  154:10
  156:20
  172:13,16

Georgia's
  65:13  66:8
  88:8
  133:8,24

Georgian
  88:20

Georgian's
  86:13,14

Georgians
  40:3  43:6
  44:4  57:12
  58:7  76:14
  88:9,24
  96:15  97:2
  101:16

gerrymander
  168:11

gerrymandered
  90:19

gerrymandering
  61:11
  68:13,14,
  19  172:12

gerrymanders
  54:25

get all
  118:1
  125:1

get along
  165:16

GI  127:16

Gillis  64:7

Gina  25:16

Gingles
  114:2
  115:18
  116:1,18
  136:12,22

give  52:23
  53:25
  65:24 83:4
  93:16
  97:12
  104:16
  123:14
  127:23
  148:17
  159:23
  164:6
  168:6
  176:6

giving  66:7
  81:7
  144:17
  172:23,25
  173:2

glad  26:10
  109:23

glimmers
  127:6

gnashing
  164:3

God  152:7
  167:2,16

God's  53:4
  167:5

gold  29:15
  58:10

GOOCH  178:20

good  30:21
  31:19 34:9
  40:16 43:9
  75:1 76:11
  86:8 119:5
  133:25
  135:1
  140:23
  153:22
  156:22
  162:11
  167:3
  169:6,8
  170:25
  176:1

GOP  51:14

government
  62:16
  91:19
  126:11,12,
  14 127:1,
  25

governor
  27:21,24
  28:5,7,14
  29:1 32:18
  40:11
  49:22 54:3
  60:8 69:21
  76:7 80:5
  84:17 86:4
  92:13,17
  96:6,23
  105:24
  109:11
  112:24

117:12,20
  119:2
  136:3
  140:20
  148:16
  156:11
  170:4,17
  173:15
  175:24
  178:12

Governor's
  61:8 63:3

governors
  123:12

governorship
  154:8

governs
  113:20

gracious
  165:20

grandchild
  124:20

grandchildren
  125:8

grandfather
  134:3

grandfathers
  94:6

grandparents
  94:5

gravity
  28:2,8
  96:24

great  48:8,
  19,22
  53:16
  89:18 91:8
  101:5,12
  115:10
  127:8,17
  144:14
  150:11
  158:14
  168:24
  169:19

greater
  160:11
  164:7

greatest
  165:4

green
  118:11,12

grew  86:17
  152:11

Griffin
  39:13

ground  78:8

group  73:23
  114:18
  118:14

groups  44:17
  74:8

grow  66:3

growing
  86:17 87:4
  99:9
  102:20

**GEORGIA SENATE FLOOR**
**Hearing - Senate Floor on 12/01/2023**          Index: grown..hearing

grown  83:16
  102:19
  103:2,3

growth  87:3

guarantee
  166:23

guaranteed
  127:18
  171:15

guard  166:20

guess  45:2
  76:18
  119:21
  135:2
  151:11
  164:13

guest  151:9

guidance
  170:3

guide  78:17

guidelines
  56:21
  150:22

gun  42:17
  43:22

guy  123:8
  126:9

guys  27:12
  103:5
  132:12
  153:20

----
          H
----

hair  155:19

half  75:12
  83:21
  131:5

halls  64:11

hallway
  128:10

Hamer  53:17,
  19

hammered
  79:6

hampers  85:3

hand  41:24

handed  63:14

handled
  63:14

handwritten
  166:10

hanging
  78:21
  79:18

happen  34:8
  67:12
  71:25 72:8
  73:15
  107:4
  166:7

happened
  33:9
  61:11,19
  62:23

67:25
77:24
100:2
112:6
130:16
134:17
135:7
141:15
142:24
170:10

happening
  42:10
  54:16
  59:16
  61:20
  115:16

happy  30:23
  124:23
  133:18

Haralson
  73:10

HARBISON
  92:21

hard  65:4
  68:11
  69:10,11
  78:12 94:8
  144:9
  175:25
  176:1

harder  64:22

HARRELL
  60:11

harvested
  83:17

HATCHETT
  29:8

hatred
  135:10
  155:3

heal  69:5

health  42:17
  75:1

healthcare
  42:13,15
  43:18,25
  74:25 75:4

hear  28:5
  43:15,21,
  24 44:1
  55:17
  66:15
  67:1,2,7,8
  116:15
  151:6
  152:20

heard  42:13
  51:12 53:3
  57:8 58:8
  60:5 67:6
  89:10,18
  111:25
  136:9
  143:17
  146:2
  147:6,13
  165:24

hearing
  27:15,17
  55:6 56:2
  59:3,20

72:9 74:4,
6 108:1,
19,22
164:2
174:1
175:12

**hearings**
106:19

**hears**
176:21,23

**heart** 64:18
145:11

**held** 29:11
65:22,23
100:12

**helped**
161:22

**Henry** 39:13
102:13,22,
25

**hero** 53:8

**hey** 30:18
94:11
161:12

**hide** 56:15
68:17,18
87:14
105:8

**high** 84:10
151:8

**higher** 42:16

**highlighted**
48:4

**historic**
78:11

**historical**
122:13
128:23
153:8
159:24
164:8

**histories**
160:14
164:9

**history**
50:11 61:5
66:11
76:20,22
77:8 78:5,
14 79:3,19
81:24
83:10
122:22
123:3,4,
19,25
124:18
128:24
130:22
132:9,11
135:7
151:4
152:14
154:21
155:17
170:7
172:20

**hitting**
124:15

**hoax** 35:25

36:10

**hold** 77:13
114:4
153:7

**home** 29:11
72:21
75:13 76:6
82:4
94:21,22,
23 95:7
103:8

**honest**
138:25

**honesty**
119:4

**honor** 158:13

**honored**
166:1

**hope** 32:12
40:9 51:13
69:18
89:20
102:1
105:22
127:7
161:12,13
167:5,7
168:24
169:22

**hoped** 105:2

**hoping** 72:1

**hospital**
126:22

**hour** 55:9

**hours**
148:20,21,
23 149:18

**house** 45:5
61:2,7
63:6 65:6
73:6,9
94:9,12
148:18
151:14
177:10,12,
14,16,20
178:4,6,7,
10,16

**Howard**
165:20

**Hugh** 64:7

**humanness**
69:9

**humble** 93:4

**humbly** 44:10
89:22

**hundred**
126:12

**hung** 87:11

**hunter** 53:7

**hurried**
80:12

**hurt** 167:17

**hurts** 64:17
164:21

**husband** 64:2
124:2

hypocrisy
  164:18

_____

            I
_____

ID  129:24

ideas  91:17
  146:4

identified
  34:25
  35:7,14
  36:8
  37:12,21,
  25 38:4
  40:25 47:9
  50:7 82:20
  87:5 99:23
  101:21
  140:9

identify
  25:10
  97:24
  141:21

ignore  43:6
  49:11
  78:15

ignoring
  41:18,21

ill  162:3

Illegally
  54:25

imagine
  140:3

immediately
  155:24

immoral
  44:18

immortal
  76:16

impact  42:9
  57:6 76:13
  89:13
  94:20

impacted
  99:9
  144:18

implicit
  138:14

importance
  147:18

important
  28:4,10
  45:25
  66:14
  67:16
  96:14
  97:4,22
  122:25
  143:13
  150:21
  157:14
  172:21,22
  173:2

importantly
  34:12
  45:12

impressed
  149:21

impressive
  144:11

improve
  36:19

improved
  170:12

impulses
  92:5

inaudible
  29:5 73:4
  81:8 97:25
  151:8

include
  123:17
  141:22

includes
  35:5

including
  47:6,13,23
  78:7 88:20

inclusiveness
  66:9

income  42:21
  131:21

increase
  38:16
  47:21
  48:19
  86:22
  102:22
  164:11
  169:9

increased
  160:21

increases
  163:16

Incredibly
  144:11

incumbent
  63:16

incumbents
  36:14 38:7
  64:23
  97:22
  139:13
  157:16,17

independent
  90:13

Independents
  91:4

indication
  32:22

indirectly
  52:19

individual
  73:23
  135:9

individuals
  31:17
  73:23 74:8
  86:23
  91:18
  127:2

inescapable
  52:16

infant
  130:24,25
  131:4,6

influence
  88:6 99:7

110:11,16,
19 112:1,
12,14,17

influenced
122:10

influencing
114:13

informally
126:17

informed
78:16

infrastructure
170:2

initials
85:14 86:3

inject   146:3

injury
137:21,22

input   32:3
143:18,23
150:11,16

inquiry
27:25

instance
72:24
127:16

Institute
70:2

institution
126:1,2,
10,11,13
128:15

institutions

128:13

instruct
140:10

instructions
31:2

instructor
70:6

intact
158:11

intend   92:23

intending
59:24

intensity
106:5

intention
24:11
96:10

intentions
25:7

interest
103:7
158:15

interesting
125:1

internationall
y  83:16

interpretation
159:7
162:8
163:5

interpreted
158:21

intersect
122:4

intersection
128:21

intersects
126:5
128:25

intertwined
58:15

invests
41:25

invitation
33:17
142:14

invitations
174:10

invited
143:12

involved
31:14
32:14,15
74:12
75:21
96:17
174:17

involvement
31:13
143:16

irritating
164:17

Isley   71:12
74:21

isolated
77:25

issue   61:25
114:25
151:17,18

issued   34:21
115:15

issues   42:13
150:4
153:9

_____

**J**
_____

Jackson
123:16

JAMES   45:1

Jesse   123:16

Jesus   51:4,
5,6 152:8

JFK   85:14

Jim   125:14,
18,19
126:11
128:3
133:6
154:22
170:9

job   32:3
54:11,12
84:1
104:22
131:23
143:2
144:16
176:1

jobs   75:9

John  78:7

Johnson
 50:13

join  141:13

jokes  85:11

Jones  24:7,
 9,16,18
 25:1,3,21
 26:5,10,
 20,24
 27:1,21,24
 28:1,5,7,
 14,24 29:1
 32:18
 34:21
 40:11,21
 47:3 48:16
 49:22 51:2
 54:3 60:8
 62:18
 69:21 76:7
 84:17 86:4
 92:13,17
 93:21,24
 95:14
 96:6,9
 105:12,24
 106:4,7,
 12,16,20,
 22 107:2,
 6,13,19,22
 108:4,13,
 16,24
 109:6,11,
 15,22
 111:13,24
 112:22,24

113:3,12,
 22 114:7,
 15,23
 115:7,20
 116:2
 117:5,9,
 12,18,20
 119:2,6
 136:3
 137:15
 140:17,20
 145:4
 146:10
 148:16
 149:23,24
 154:20
 158:8,21
 159:7
 160:10
 161:6,11,
 16 168:20
 170:17
 173:15
 175:24

Jones'  50:8,
 22 51:10
 52:8 93:5
 147:10
 153:13

Jones's
 81:15
 163:2

Jr  154:24

judge  24:22
 25:16
 26:16
 30:24

31:1,2
 34:21
 40:21
 46:23 47:3
 48:16
 50:8,22
 51:2,10
 52:8,23
 53:25
 62:18
 64:24 68:7
 71:21 73:7
 74:10,12
 75:20,22
 80:1 81:9,
 15 93:5,
 21,23
 95:14
 103:13
 105:8,10,
 12 112:12
 115:14
 119:19
 120:7
 121:16
 130:4
 132:8
 133:14,22
 135:13
 136:23
 137:5,15
 140:3,4,17
 145:4,21,
 24 146:10,
 14,19,22
 147:10
 153:7,13
 154:20

158:8,21
 159:7
 160:10
 161:6,11,
 18 163:1
 164:25
 168:19

judge's
 24:12,15
 25:8,11
 26:4 27:6
 32:10
 54:22
 71:15,20,
 21 93:10
 98:13
 99:10
 104:3,6,18
 138:21
 147:5,9,16
 148:2
 162:21
 163:16
 168:5
 171:18
 172:6
 173:13
 175:20

judges  72:6
 73:16 79:6

judgeship
 161:23

judging
 169:3

judicial
 71:19

92:10

**Juneteenth**
123:9

**justice**  44:9
53:10
65:19
74:1,3
93:21
95:15 96:3
130:9,13

**justices**
74:11

---

**K**

---

**Keeping**
38:10

**Kemp's**
178:13

**KENNEDY**
140:23
177:7
178:4,16,
24

**key**  121:2,
20 122:2

**kick**  80:20

**kicked**
77:18,19

**kickoff**
149:11

**kind**  61:5
66:2 75:19
83:3 98:8
102:2

103:22
118:14
122:15,20
134:25
146:2

**kindest**
166:10

**king**  50:12,
14,18
83:15
94:15,18
95:17
123:16
154:24
169:3

**King's**  94:9,
11

**knew**  50:18

**knocking**
31:24

**knowledge**
26:22
29:17

**Korean**  134:3

---

**L**

---

**lack**  31:12,
13 55:20
56:10
122:10
131:12

**lady**  83:24

**laid**  40:21
114:2

**land**  65:12

**landmark**
78:11

**language**
121:2,24

**large**  87:4
114:12
155:14

**largely**
38:25
155:4

**largest**
102:22

**Lastly**  102:7

**late**  84:6
142:8

**laugh**  80:21
85:10,11

**law**  40:6
46:11
47:17
54:24 80:4
126:3
131:24
154:1
155:12
156:18
161:3
162:8
165:9
166:11
169:21
177:25

**laws**  42:1

43:22
125:14
126:4,7
129:24,25
156:20
170:9

**lawsuit**
81:12
156:24

**lawyer**
131:24,25
141:24
142:1
174:16,18,
19

**lawyers**
141:13,23
174:6,15

**layered**  79:4

**lead**  40:1
100:5

**leader**  29:4
32:20
67:23 73:9
84:10
156:15
171:1
174:23
178:18

**leaders**
59:21
67:18
78:24

**leadership**
67:25

141:6,9
155:5
171:5

**leading**
31:15 92:3

**learn** 67:19
68:25
75:15
78:16 79:4
83:25

**learned**
69:25
166:2

**leave** 27:2
69:16 71:2
81:3,21
98:22

**leaves** 37:22

**leaving**
70:14

**left** 63:23
64:9 65:6
75:14
76:17
87:11
175:10

**legal** 25:15
33:10 59:6
80:2
109:25
113:8
116:13
126:1,2
150:18,19

**legally**

88:22
125:25
126:13
131:18,23,
25 132:2

**legislation**
32:13
95:18
135:15

**legislative**
34:11
62:10,17,
22 63:21

**legislators**
26:13 32:4
88:15

**legislature**
42:2 61:17
62:24
154:8
157:6

**legislatures**
78:23 79:1

**legitimate**
100:1

**length**
145:22

**lenses**
152:23

**lets** 157:19

**letter** 33:1,
4 81:12
93:7

**level** 87:22

**levels** 42:21

**Leverett**
177:17

**Lewis** 78:7

**Libertarians**
91:5

**lie** 59:20

**lieutenant**
96:23
156:11

**life** 45:20
69:9
102:13
142:18

**lifetime**
125:9
151:20

**light** 32:21

**lightly**
34:20

**limited**
147:12

**linchpin**
115:5

**Lincoln**
123:8
124:1,22

**lines** 58:16,
19 69:8
72:19 82:4
88:14
162:17

**lion** 53:6,

9,12

**list** 30:5,
9,10,12,13
141:22
167:21

**listen** 40:8
41:13
43:16
60:17
68:20 75:7
165:15

**listened**
55:6

**listening**
150:6

**litigating**
72:17

**litigation**
40:2 81:18
82:2 142:6
145:15
174:18

**live** 37:14
69:12 71:7
78:2 99:8
103:8,12
158:2

**lived** 41:19
63:24
79:10
94:9,15
102:12,15
124:4
131:4
152:12

lives 78:2,
13 151:15

loan
127:19,20,
23

loans 125:21

local 121:22

located
111:1

locations
132:18

long 28:17
30:5
45:14,21
77:10
79:3,19
92:23
93:25
94:8,25
95:14,15
102:16
108:16
111:13
118:24
120:6
133:24
149:9
176:10

longer 63:2
67:24
76:20
85:6,7
102:17
110:18
124:10

longest
155:19

looked
62:16,19,
20,22
70:12
74:18
103:19
160:14

lose 65:3
69:15

losing
64:21,25
89:17

lost 79:15

lot 27:10
55:8 60:22
62:19 64:4
75:8 89:10
94:4
97:15,23
102:8
105:3
118:9
127:12
133:25
135:1
137:12
139:9
140:12,13
145:7
147:7
175:12

lots 66:13

Lou 53:17,

19

Louisiana
73:22

love 41:8
54:23
95:22,24
96:3
130:25
155:3
167:1,4

loves 152:7,
8,9

loving 44:9

low 42:14

lower 42:21

lowest
129:7,9

LT 27:21,24
28:5,7,14
29:1 32:18
40:11
49:22 54:3
60:8 69:21
76:7 84:17
86:4
92:13,17
96:6
105:24
109:11
112:24
117:12,20
119:2
136:3
140:20
148:16

170:17
173:15
175:24

LUCAS 69:24

lucky 169:24

ludicrous
80:19

lunch 176:11

Luther
123:16
154:24

lynched
126:19

Lyndon 50:13

_____

M

machinations
81:22

machine
177:2

Macon 70:21
72:25
73:1,2,5
111:4
151:7,23,
24

Madam 30:4

made 31:4
33:19
37:12 44:6
48:4,14,19
49:2 59:18
64:5 71:22

74:10
75:18
95:10
104:19
119:19
120:11
136:25
141:6,8
142:20
143:7
146:17,21
151:21
153:14
154:20
168:21
169:6,18

**main**
176:22,24

**maintain**
94:22

**maintaining**
81:13

**majoring**
70:3

**majorities**
155:14

**majority**
35:18
38:20
40:18
41:14  44:5
46:16
50:4,17
51:21
52:9,22
53:23

57:21
82:12  85:1
86:19,22
87:1  89:13
96:17  97:3
98:16
100:8
101:2
102:1
105:3,19
110:22
115:2,23
120:20
121:9
138:6,11,
16  146:11,
17,18
148:8
149:1,3
156:15
159:12,17
163:18
170:19
177:6,15
178:9,18

**majority's**
36:2  40:20
44:5

**majority-**
101:21
162:12

**majority-black**
24:23
26:17
35:6,11,12
36:3,4,9
37:5,10,

15,16,18
38:25
39:3,7
45:4  51:18
80:25
100:22
115:22
116:20,25
119:20
120:2,16
121:18
146:1
172:1,4,7
175:13,16,
17,18

**majority-
minority**
158:20
162:20

**majority-
minority=-
opportunity**
120:21

**majority-white**
100:23

**make**  24:4
42:10  43:5
52:7  57:4,
5  58:8
62:3  66:1
68:8  71:8
72:8  75:16
83:3,11
87:18,20,
23  88:7
89:24
95:9,11,

12,19
99:22
118:2
121:8
127:12,15
128:16
140:25
149:10,12
154:1
157:15
163:13
169:14
175:2

**makes**  42:12
47:8  89:6

**making**  44:12
76:13
88:16  89:3
120:15,22

**MALE**  177:11
178:7

**MALLOW**  50:1

**mama**  152:2

**mamas**  87:18

**man**  62:19
94:19
119:5
158:3
167:4

**man's**  134:18

**manage**
144:13

**managed**
142:9,11

mandate
 91:19

manifestation
 89:16

map  27:14
 29:24
 34:22
 35:2,5,17
 36:12,17,
 22 37:11
 39:9,22
 40:1,20,24
 41:18 45:9
 46:23
 47:16,22
 48:3
 49:14,18
 50:22,24
 52:11,12
 54:8,16,20
 55:2,7,16,
 24 56:1,3,
 4 57:12,
 15,23
 58:25 60:1
 61:13
 62:20,25
 63:13,15,
 16,19
 64:21 67:4
 68:9 76:5
 82:18 84:4
 87:2 89:5,
 15 90:19
 91:23
 92:9,25
 93:3,4,9,

 11 94:2
 95:12
 96:3,18
 99:5,14
 100:20
 102:10
 103:23,24
 104:2,4,5,
 12,14
 107:10
 108:3,10,
 20 109:3,4
 110:25
 118:1,3,8
 119:15
 130:14
 135:21,24
 136:1,19
 138:9,18,
 20 139:2,
 7,15,18,19
 140:17
 143:21
 146:9,12,
 16 147:17,
 19 148:2,
 14 157:23
 159:3,19
 162:23,25
 163:15
 164:6,24
 168:2
 171:11,19
 172:10
 173:8,11,
 12,23
 174:23

map's  41:2

mapping
 41:22 42:4
 119:10

maps  24:11,
 19,21
 25:6,10,
 12,18
 26:3,12
 27:8
 30:18,20,
 21 31:4,25
 34:11,15
 38:11
 40:3,4,17
 44:5,14
 47:4 50:3
 55:13 57:2
 58:24
 59:5,12
 60:20
 61:15
 62:2,4,8,
 9,11,12
 63:11
 68:12
 69:19
 76:13
 80:3,5,6
 81:19,20
 82:2,22
 86:24,25
 87:25
 89:2,9,13,
 23 99:7,18
 103:14,20
 104:18

 107:1,17,
 19 116:14,
 18 117:4
 137:8
 138:8
 145:13
 146:5,12
 147:21
 148:9,19
 150:10,16,
 19 154:18
 155:24
 156:14,22
 157:6,8
 158:23
 159:22
 173:4

march  78:9

marched
 46:12
 77:16,20

marginalize
 77:6

marginalized
 126:25

Marietta
 85:19

marked  76:23

market
 110:24
 111:2

marks  44:8

Martha
 149:23

Martin
  123:15
  154:24

masses  46:6

master  61:16
  63:15 71:6
  72:24
  73:20
  93:23
  99:20
  155:23
  157:7

material
  142:17

maternal
  42:15,17
  43:19

math  162:11
  175:13,15

matter  35:19
  45:20
  46:1,3
  58:23
  88:17
  89:3,7
  99:5,13
  123:5
  138:17
  145:11,25
  169:1
  175:9

matters
  136:23

Matthew  51:3

maximum

159:16

MCLAURIN
  113:1,5,
  14,24
  114:9,16,
  24 115:9,
  21 116:4,
  11,12
  117:7

Meaning
  147:23,24

meaningful
  46:18,19
  57:6

means  36:6
  41:18,20
  48:13
  49:1,8
  56:11,14
  72:5 85:6
  98:10
  118:12,16
  123:24
  124:2
  130:6
  138:6,15
  146:25

meant  59:8
  109:18

meantime
  72:10

measure
  58:15

media  31:20
  32:8,16

170:24

meet  30:6,
  12 72:22
  141:20
  150:16

meeting
  30:14 48:3
  141:13,25
  143:11
  144:24
  174:7

meetings
  31:15,16
  141:14
  150:9,12
  174:12,14,
  22

member  28:17
  33:5,22
  41:5,9
  66:22
  78:18
  155:20
  165:22
  174:12

members
  30:22
  32:23
  33:1,16,18
  40:6 42:2
  60:12
  66:14 69:2
  79:14
  88:10
  143:16
  166:5

174:10
  175:2,10,
  21 178:2

men  77:3
  172:25

mend  95:5

mention
  152:20
  154:4

mentioned
  43:7 99:10
  129:12,15
  133:21
  151:5
  155:9,22

mentor  29:11

mercy  44:10

MERRITT  54:6

mess  171:25

message  67:6
  169:8
  177:9,12
  178:6

met  115:19
  116:1

metro  24:24
  26:18
  35:23
  45:13
  47:22
  49:3,10
  72:25
  102:11,12
  103:7

110:22
111:2
115:17,24
116:21
136:14,15
139:23,25
140:8
159:22
163:22
172:2,7

metropolitan
74:13
103:12
110:24
111:9

Middle   65:9

mighty   53:11

military
134:20

million
74:16
86:18
101:16

mind   25:4
80:2
111:11,18
150:2
156:5

mindful
176:14

mine   29:11
47:13
161:17

minorities
162:14

165:7,8
169:14

minority
29:4 32:19
43:4 56:20
73:9 85:1
91:2 98:16
108:20
113:10
114:5,11,
18 115:5,
16 116:7
120:22
121:3,24
138:17
139:22
149:1,5
160:6
162:13,23
165:21,22
166:3
170:20
171:1
174:23

minority-
84:24
120:14

minority-
opportunity
121:7
138:4,5,
15,19
146:24

minutes
55:23
81:18

mirrors
36:11
47:18

misdirection
93:12,14

missed   66:2
147:15

Mississippi
73:22

misstatements
141:4

mistake
104:20

Mister
148:14

Mitch   156:7

MLK   167:23

modifies
37:23 38:2

moment   66:11
84:9 86:12
96:24
105:15

moments
177:8

Monday
107:11
178:22

money   70:15

monolith
51:15

Montgomery
83:8,23

94:10

month   34:20
131:4

moral   42:6
95:25

morality
41:22

morning   34:9
40:16 54:9
60:24
96:12
110:12
137:12
145:8

mornings
85:8

mortality
42:15
43:19
130:25
131:1,5,6

mother   43:23
68:23
124:2,6
125:7,19
134:4
152:6
166:11

mother's
48:10

mothers   87:9

motion
178:19

motivation

56:13

**motivations**
56:12

**move** 26:8
37:17
77:14 82:5
84:4
100:14,20
122:19
162:18
168:25
170:6
178:21

**moved** 36:9
58:3 80:13
101:21
102:13
130:17
152:19

**moves** 36:2,4

**movie** 152:4

**moving**
110:17
120:3,10
121:16
170:8,10

**MSAS** 74:13

**mulberry**
66:1,4

**multiple**
36:13

**multiracial**
92:1

**municipal**

161:18

**murmured**
94:17

**Museum** 83:24

**muster**
119:18

**mutuality**
52:17

———————
**N**
———————

**named** 123:8,
13,15

**names** 171:2

**narrative**
164:17

**nation** 76:23
77:13
79:20
83:13,18
84:14
102:21,24

**national**
42:16

**nationality**
169:15

**nature** 28:2,
9 79:1
177:21

**nauseam**
81:19

**nay** 177:2

**nays** 177:4

**necessarily**
29:23

**needed** 68:25
129:16
155:15

**net** 36:6
57:15

**network**
52:17

**new-black**
138:11

**news** 31:20
54:12

**Newton** 39:2,
14 100:21

**nice** 133:23
134:1

**night** 94:8
102:9

**nightly**
31:20

**Ninjaka** 70:6

**Nobody's**
137:1,2

**non-** 37:14

**non-affected**
39:8

**non-majority-
black** 37:19

**non-voting**
39:4

**nonviolent**

155:2

**normal**
141:19

**north** 68:10

**northeast**
85:20

**northwest**
39:14

**note** 56:2
166:11

**notes** 150:7

**notice** 166:4

**notwithstandin
g** 143:24
146:20

**November**
142:8

**number** 71:15
76:18
97:25
102:24
122:19
133:14,16
138:19
147:12
153:18
159:17
162:22
177:19
178:14

**numbers**
26:12,15,
19 36:13
38:8,10

47:12,14,
19 50:10,
24 54:17
68:16
71:10
73:12
75:7,23
78:23
81:1,6,7
87:17
88:18
97:20
98:6,11
100:6,9
115:3
120:3
131:10,11,
15 138:8
147:14
164:8,25
172:11
175:14
178:13

nurture  95:6

———————

O

oath  90:10

Obama  123:18
162:5

obfuscate
98:9

obfuscation
146:20

objection
176:5,18,

22

objections
130:13
139:1

obligated
57:3

obscure
36:11,15

observed
59:3

obvious
98:9,10,18
100:7
120:5

occasionally
95:8

occurred
141:8

occurring
129:18

oddly  68:14

offends
164:20

offensive
167:18

offer  30:11

offered
30:13
33:20

office  61:8
63:4 70:19
90:6
106:23

166:18

offices
152:5

official
176:13

officials
111:6

offline
170:21

Oglethorpe
65:16,18

oldest  173:6

one's  48:7
90:17

one-on-one
144:24

one-party
63:9

oneself
90:17

online
106:22
175:7

open  48:25
83:25
97:4,7,9
104:9
110:9,14
112:7
144:3

opening
149:22

openness

150:23

operated
148:8

operative
113:18

opinion  50:6
80:2 93:4
98:5 120:6
159:16
162:7

opportunities
39:19
48:20
50:9,23
66:17
164:7

opportunity
27:16
33:23
35:15
41:11 52:6
57:17,24
58:22
66:24
81:2,25
84:25
97:13
101:17
102:4
105:16
108:2
112:11
120:15
121:4,25
122:11
126:7

138:18
149:2
165:23
169:19,23
171:21,24
173:18

oppose  49:18
118:17

opposed
93:20
135:14
177:1

opposite
172:3

opposition
50:3  54:7
93:17

oppress  77:6

oppression
79:21

option  83:4
97:15

order  24:12,
15  25:8,11
26:4  27:6
30:3  31:1,
3,6,9
34:12,20,
21  35:9
37:1,4
41:6,10
42:25
47:10
48:15
50:8,22

51:10  52:8
54:22,24
56:22
58:14,17
71:20,21
81:15  87:6
89:1,6
93:5,10,22
95:19
98:13,17
99:10,24
104:3,6,18
114:4
115:15
129:20
137:10,13,
16,21,24
138:5,14,
21  139:3,4
140:15,16
144:17
145:6,9,
11,12,15,
22  147:5,
7,9,16
148:2
153:13
161:15
162:22
163:16
168:5,20
170:9
172:15
173:13
175:20
178:13,15

ordered  35:4
47:3  52:24

54:1  57:1
64:24
145:4
176:23,24

ordering
159:15

orders  32:10

organizations
93:7

origins  77:8

ORROCK  76:10

other's
66:16
69:6,8

outlined
139:10

overarching
30:17

overcoming
155:3

overlook
42:6

overpowers
115:4

overturned
157:6

———————————
———————————
P

p.m.  178:22

pace  149:11

pack  103:6
104:7

109:19

packed  99:16
111:21

packing  39:7
43:5  61:23
110:5
111:17
136:20
172:11

pages  80:3
123:25
124:17
125:15
128:24
132:10

pair  38:7
139:13

paired  63:18
71:9
147:25

pairing
157:16

paper  31:21
51:2

parable  51:6

PARENT  86:7
92:15

parents
134:2
149:23

Parks  123:14
125:18

part  56:22
59:14

70:24 73:5
74:4,6
103:12
132:9,11
133:12
134:4
142:18
144:2
165:19
174:3

**Partially**
101:8

**participate**
88:23
91:13
121:25
127:9,16

**participation**
46:18
169:10

**parties** 63:6
91:18
145:14
153:16

**partisan**
46:5,7
52:7 61:10
154:14,17
157:12
160:12,25
161:7
163:25
164:4
165:13
168:6,8,
11,14

**partisanship**
52:4
163:12
170:14

**party** 46:8,
17 50:4
54:23
71:11
82:12
90:17,24,
25 91:21
96:17 97:3
99:6 100:8
101:2
102:1
105:3,19
108:20
148:8
149:1,3,5
154:5,11
160:20
161:1,4
162:23
165:1,14
166:5
168:7
169:9
174:19

**party's**
160:6

**pass** 39:10,
22 62:24
79:11
81:19,20
119:17
127:11
130:15

168:8
170:15

**passage**
48:21
176:20,25
177:3

**passed** 34:22
46:23 50:4
62:4,12
78:6,10
80:4,5
113:15,16
137:7
155:7,8
166:12,19
169:18
177:6,14

**passes** 39:11
52:11

**passing**
39:25 42:1
89:23

**passionate**
30:16

**past** 59:17
129:19
130:22
153:5,7
154:15
164:8
165:4
170:5,6

**pastor**
134:18

**pat** 156:6

**patented**
117:16,17

**path** 84:2

**paths** 151:15

**patient**
176:9,16

**pattern**
50:14

**pay** 42:18
70:4

**paying** 74:24
169:11

**peaceful**
94:22
155:2

**Peer** 165:19

**people**
41:13,15,
21 42:3,
11,20,23
43:1
44:17,19
45:16,18,
22 46:2,
12,13
55:22
57:25 63:6
64:5,20
65:2,11,22
66:7,18,23
69:14
71:13
74:22 75:8
77:20 78:7
79:21,25

82:14
83:12
86:18
88:12,17
90:18
91:12,20
94:3
95:13,22
97:24
110:5,6,7,
10,15
111:5
112:2
118:19,21,
22 120:20
121:17
128:9
130:17
143:3
145:7
149:25
155:15
157:20
162:1,4
164:9
165:7
169:3,6,
15,21
172:18,24
173:5
174:1

**percent** 31:6
68:3
82:17,23
85:2,21
87:1,7
88:1 103:4
111:24

112:2,13,
19 121:6
155:11,13

**percentage**
111:20

**percentages**
111:16

**Perdue** 63:3

**perfectly**
138:25

**period**
47:17,22,
25 48:2
156:9

**permitted**
55:11

**person** 27:15
33:9 43:9
56:3 67:5
108:2
112:9
123:13
133:15,16
134:18
175:4

**person's**
128:18

**personal**
101:4
144:24
152:21
157:12
166:8,11

**personally**

157:19

**persons**
120:10
122:19
126:12,15,
16,18
128:15,17
131:18,22
132:20,21
135:16
172:17

**persuasion**
169:16

**phenomenal**
151:20

**Phi** 81:11
93:6 173:7

**Philippians**
43:8

**phonetic**
70:7

**phrased** 24:5

**phrasing**
25:5

**pick** 73:1
75:10,11
139:17

**picked** 68:7

**piece** 32:13

**pierce**
105:11

**pile** 87:13

**pit** 118:23

**pivoted**
143:25

**place** 34:6,7
38:14 44:6
102:14
120:4
125:3,25
126:18
135:3
150:9

**places**
132:16

**plaintiff**
93:6 173:5

**plaintiff's**
29:20

**plaintiffs**
81:11
139:8

**plan** 39:10
82:17 83:8
143:25
159:25
160:2,3,6,
13,19
163:20,23

**planned**
144:2

**plans** 150:22
158:6

**plant** 66:1

**play** 50:23
70:14
71:13

74:22
93:13
147:1

played 46:5
77:5 80:22
147:24

playing 70:4
81:6

pleading
39:22

point 24:18
25:19
64:15
66:2,5
80:3 101:4
121:15
146:15
150:10
154:19
156:16,25
163:10
167:8,11

pointed
42:24
81:17
135:13
169:7

pointing
143:2

points
139:16
143:3

polarization
163:11

polarized

68:5

policies
43:2 78:18
127:21,22

policy 88:16
124:25
125:2

political
42:5,8
45:24 46:8
48:20,24
50:21
57:22
58:18 70:3
88:19
90:3,23
91:5
121:25
128:25
133:13
139:16
168:13

politically
58:12
66:21

politicians
90:14 92:2

politics
58:14
151:9
154:17
157:12
163:11
168:25

poll 130:1

polled 72:7

polling
38:14

pool 86:16

poorly 81:21

population
74:17 77:7
83:6,18,
20,22
84:25 85:2
86:21 88:8
114:11

populations
39:1 65:10
68:4,6
74:14
75:16 87:4

posed 81:4

posing
103:16

position
84:10

possibility
160:7

possibly
119:12

posture
94:23
148:17
173:16
176:3

potential
160:9

power 35:22
36:17 38:5
40:25
42:1,8
50:21 55:1
57:18
65:3,5
80:6 82:3
90:16
176:11

powerful
63:17,18

powers
156:12

practice
121:22

practices
129:17

practicing
129:23

pre- 156:16

pre-clearance
153:21,25

pre-cleared
62:8

preacher
52:15
123:15

Precinct
85:18

precincts
85:19
139:12
158:11

precisely
  24:25

preclearance
  129:8,10
  130:8,11

precleared
  62:3

preconditions
  114:3

predictability
  82:10

predominantly
  70:20

preference
  162:2

prepared
  141:22
  142:19

preposterous
  80:19

present
  55:15
  150:8
  174:12,13,
  20,23
  178:1

presentation
  33:19
  59:25
  142:20
  143:20

presented
  36:22 55:7
  59:13,24

72:9 83:11
89:9
145:14
160:1

presenting
  138:10

president
  27:9,20
  28:1,8,25
  29:9
  32:17,23
  40:6,10,16
  44:21 45:2
  49:20
  50:2,12
  53:15
  54:1,7
  60:6,12
  69:19,25
  76:6,11
  84:15,22
  86:1,8
  92:11,22
  96:4,10
  101:5
  102:23
  105:21
  106:2
  113:2
  117:10,19,
  24 119:1,7
  123:17
  136:7
  140:18,24
  148:15
  149:16,18
  162:6

170:16
171:10
173:14,22
175:23
177:11
178:7,15,
20

presidential
  102:21

press   168:10

pressed
  55:19

presumptions
  163:4

pretty
  123:5,6
  149:7
  156:13
  163:21
  169:6

prevail
  93:22 94:2
  95:16

prevent
  38:15

previous
  113:7
  139:15
  158:13
  171:17
  176:4,5

previously
  29:12 39:2
  62:10

pride
  156:16,25

primaries
  154:13

primarily
  38:24

primary
  51:17
  114:3

principal
  128:13

principles
  139:12
  157:9,23,
  24 169:17

prior   109:4
  177:24

priorities
  59:2

prisons
  65:21,22

privilege
  101:4

pro   156:15

probabilities
  88:18

problem
  64:23 75:2
  82:20
  132:14
  153:17
  154:13

problems

132:21,22

procedures
121:23

proceed
150:4

proceeded
55:23

process
28:19
29:14,23
30:1
31:10,12,
14 34:6,18
42:7 45:24
46:19
48:6,24
60:1 61:3,
10,16
63:22
70:19
71:11,19
72:3
80:12,13
88:21
90:4,8
96:16
97:7,8
101:9,11
105:1
121:22
122:1
133:13
141:1,5
142:23
144:3,4
145:1,21
148:12

157:13

processed
83:17

processes
34:2
101:12,14

produced
91:17
132:6,7
146:8

professional
70:14

program
127:8

programs
127:12

progress
48:5,12,13
49:1 64:16
151:21
153:14
168:21

progressivenes
s  65:15

project  70:7

projects
94:14

promise
119:8
173:22

promises
95:9,10

proof  129:25

property
126:16

proportion
86:20
89:12

proposal
27:2 34:10
35:24
36:2,16,18
37:2,3,9,
17,22
38:1,6,20
39:6 47:1,
8,12,20
49:9,13
60:2 81:14
98:22
99:22
100:5

proposals
37:13

proposed
34:22
35:17,19
37:11
40:18
45:10
47:17 54:8
87:25 89:9
100:20
102:10
163:20
171:11

proposition
89:25

prospective

33:6

prosperity
169:24

protect  90:5

protected
171:14

protecting
64:22

protest
155:3

protocol
141:19

proud  48:8
65:13
134:8,9
168:18

prove  43:15
170:11

proverb  53:6

provide
102:2,5
177:19,20,
21 178:1,
2,3

provided
91:10
107:1,2,3,
11,17,20
108:20
147:20
160:3
170:1
173:4

providing
  35:14
  171:21

provisions
  145:10
  177:24

public  49:6
  54:19
  55:9,18,21
  58:1 59:25
  101:13
  107:3,11
  108:1,21
  143:9,17,
  22 144:1
  146:4
  150:11,24
  155:1
  165:15
  169:25
  173:3,4
  175:1

publicly
  25:5 144:7

pulled
  145:10

pure  80:7

purges
  129:25

purposes
  116:24
  178:14

pushback
  154:16

pushed

143:15

put  28:20
  29:9 45:7
  67:22 73:9
  76:21
  118:18
  133:15
  152:24
  157:17
  162:13
  170:14

putting
  66:12

puzzle  29:22

———————————
        Q
———————————

quality
  43:17

quarterback
  93:15

question
  25:4,8,23
  26:9 27:16
  33:20
  43:12,24
  55:13,25
  56:25
  59:11,12
  97:12,19,
  22 98:4,5,
  7,21 99:1,
  3,19,21,24
  100:1,4,7,
  19 101:1,
  3,19,22,25

102:7
103:17
106:6,13
107:15
108:11,15
109:12
111:11
112:25
113:7
117:21
119:10
141:15
145:25
167:15
174:19
175:5,11
176:4,5,
23,24

questioned
  73:22

questioning
  51:5

questions
  24:4 26:7
  27:13,20
  28:10,12,
  22 33:15,
  18,23
  43:21 44:1
  55:10,24
  59:16,19
  81:4
  84:16,18
  89:11
  92:12,14
  96:13,22,
  25 97:13,

17 101:6
102:3,6
103:9,11,
16 104:25
105:6,22
115:11
117:10,16
140:13,14
142:15,22,
23 143:15,
19 175:8

quote  48:17

quoted
  27:10,12

quotes  31:25

quoting
  145:6

———————————
        R
———————————

race  58:14
  115:2
  122:22
  134:19
  135:8
  151:18
  153:14
  162:1,2
  163:14
  169:20
  171:16

race-based
  171:13

racial  48:5
  61:22,25
  64:16

68:12,17
91:12
121:24
154:17
163:11
164:4,24
165:10

**racial-
identity**
168:25

**racially**
156:2

**racism**
164:19

**racist**
137:10,19
164:23
165:1
168:12

**raise** 95:6

**raised** 48:9
101:4
139:2

**ran** 70:21,
22 94:13
123:16
154:6

**Randall**
70:22

**rank** 42:15

**ranks** 42:14

**rate** 43:19

**rates** 130:25
131:1,5,

13,17

**ratifying**
178:12

**reach** 95:21

**reached**
30:5,9
173:23

**read** 132:10
137:2,5
139:3
145:8
177:9
178:25

**readdressed**
139:20

**real** 44:16
57:9 88:6,
17 100:16
101:22
114:25
115:5
120:2,9
145:11
166:17

**reality** 84:1
130:18
136:14
139:18

**realize**
131:2,17,
22 165:16

**reapportionmen
t** 33:2
59:22 75:6
76:19

80:11
89:10 97:7
106:15,19
178:5

**reason**
26:21,23
47:13 76:1
116:13,17
136:17,18
139:1
151:3
157:2

**reasoning**
117:3

**reasons**
60:22,23
64:13
75:17
164:5

**reassigned**
57:18

**reassigning**
36:12

**recap** 136:21

**receipt** 53:5

**receive**
142:14

**received**
33:1
177:5,12

**recognize**
44:24 92:2
117:22
119:4

149:13
178:18

**recognized**
137:21,22,
23,24

**recognizes**
34:14 76:8
84:19 86:6
92:18 96:8

**recommended**
144:22

**reconfiguring**
39:8

**Reconstruction**
123:11
125:13

**record** 141:4
174:5

**records**
164:9

**recruitment**
169:10

**rectify**
171:24

**red** 32:21
118:13,16,
20 152:10

**red-lining**
127:21

**redistricted**
82:19,24
87:2 88:2

**redistricting**

29:13,21
31:10 33:3
40:17 42:4
54:18
61:6,10
70:19 92:5
93:8 97:6
106:15
109:24
110:3
139:12
141:11,14
142:13
146:7,8
150:8
151:2
156:8
157:10,25
162:16
167:10
178:5

redo 159:5

redraw 47:4
61:15
63:15
140:4,10

redrawing
34:10
162:16

redrawn
58:16
148:1

redrew
159:21

reduced
160:23

161:1
164:14

reducing
43:3 44:7

referee
93:20

reference
148:18

referenced
98:12
137:1

referred
145:5
157:10

referring
29:24

reflect 40:4
88:12
141:8
147:21

reflected
116:16

reflective
57:10

reflects
115:17

reform
65:19,20

refuse 75:20

refused 75:4
97:11
123:14

region 103:1

register
70:8 77:17

registered
70:13

regrettable
82:13

regular
60:21

reject
116:14,18
135:20,24
136:1

rejected
130:10

rejoice 71:4

relate 110:5

relates
109:24

relations
151:18
153:14

relationship
105:13

relieving
90:14

religious
91:13
169:16

relocate
100:15

rely 67:18

remarkable
153:14

remarks
32:25
140:25

remedied
132:15

remedies
135:12

remedy 35:3
47:4 71:22
73:8 75:2
120:13,19
132:13,15,
17 133:10
135:11
137:22,25
139:4
140:7
153:5

remember
64:7 79:9
86:13 94:8
95:3 131:8
149:25
151:22
152:2
156:18
160:18

remembered
165:23

reminded
52:15,25
53:5

reminds
71:11

remove 85:19

146:23
171:13

**removing**
90:16
138:3

**rename**  172:5

**renewed**
153:19

**renumber**
80:23

**repeatedly**
90:11

**replace**
132:19

**report**
176:19,21

**represent**
43:16 44:2
47:7,24
48:8 56:13
95:3 97:2
165:24

**representation**
44:4 88:25
160:22
161:7
163:17

**representative**
57:10
151:13
177:16
178:10

**representative
s**  50:20

53:13 73:1
83:5 88:11
177:10

**represented**
42:12
93:13
111:6

**representing**
45:6

**represents**
93:11

**reproductive**
42:17

**Republican**
27:2
35:20,24
36:16,17,
18 38:1
39:6 40:1
45:10
47:1,8,12,
16,20
49:8,12
51:19,23
56:1,3
58:24
59:5,19,21
63:5
64:22,24
66:25
67:23
72:14
81:14
82:17
86:25
89:11,17

90:19,25
91:23
93:3,9
98:22
99:22
100:5
106:25
109:4
118:5
139:17
155:20
158:1
160:20
161:1
163:24
164:15
165:21,22
168:7
169:9

**Republican-**
102:9

**Republicans**
34:23
36:10
39:10,22
43:1,5
44:13
54:23
55:7,12
56:10
57:25
59:1,13
60:16
87:20 91:4
100:20
135:19,20,
22,25

144:8
155:11,25
157:4
158:17
160:14,16,
23 166:23

**Republicans'**
57:15 60:2
87:9

**request**  40:9

**require**
116:19
137:6

**required**
24:22
159:8
160:10

**requires**
165:10

**requisite**
177:5,14
178:8

**researched**
97:14

**residents**
36:3 37:14
38:22

**resisted**
129:6

**resists**
129:5

**resolution**
178:9,10,
12,17

resolving
 85:15

respect
 167:1,8

respectful
 105:5

respectfully
 55:3
 167:12

respond
 105:5
 136:8

response
 30:25
 113:6

responsibility
 88:15
 90:15

responsive
 169:11

rest  137:20

restore
 85:20

restrictions
 129:21,22
 171:13

rests  83:18

result
 121:23

results
 91:16

retains
 28:15

reticence
 133:9

return  63:22

revealing
 56:15

review
 145:13
 156:4

Reviewing
 145:20

RHETT  84:21

ride  98:2
 166:25

right-wing
 79:5

righteousness
 53:11

rightfully
 88:22

rights  27:5
 34:13,23
 35:3,21
 36:1,25
 37:8 39:4,
 23 41:20
 42:18
 44:7,15
 46:25
 48:21
 49:14,15
 50:13
 54:21 57:3
 74:5,7
 78:2,6,9,

10,21
79:7,11,18
81:16
89:3,5,24
93:9 98:25
103:15
113:15,16
115:1
129:5,13,
16 130:7
135:23,24
138:22,23
140:18
150:20
152:17
153:19
155:6,8,12
158:8,22
160:11
163:6
168:4
171:12,19
172:21
173:9

Riley  177:13

rise  34:9
 40:16 50:3
 54:7 86:9
 87:22
 140:22
 168:15
 171:10

risk  66:12

road  94:8

robust  136:8

rock  67:11

Rockdale
 102:24

rodeo  76:2,
 18

rolls  53:10

room  32:3
 33:11
 41:22 46:2
 48:1
 49:16,18
 66:13
 106:18
 108:8
 118:20
 174:15

rooms  32:6
 45:15
 87:10
 152:5

Roosevelt
 127:10

root  66:8

Rosa  123:14
 125:18

round  141:17
 161:6

route  119:12

Rs  161:8

rule  91:2

ruled  27:3
 46:23
 98:24

rules  41:10

ruling 40:22
72:2,5
74:10
103:14
163:2
171:18
172:6

rulings
102:10

run 32:8
34:5 64:4
70:18 82:5
141:10
142:25

running
93:16,17
94:13
150:2

rushed 32:2

————————

S

sacred 88:14

sacrifice
160:8

sad 90:22

saddened
45:9,11,12

sadly 90:20

safe 43:25

safety 155:1
170:1

sakes 167:5

sandy 66:3

sat 31:3,5

satisfied
149:8
171:3

satisfy
132:8

Saturday
167:20

Savannah
111:5

school 70:5,
14 77:18,
19 126:23
131:24
151:8

schooling
126:24

schools
125:22

science 70:3

scolded 87:9

score 139:16

scrutinizing
62:9

scrutiny
81:20

Seabaugh
156:7

seat 29:11
53:15
64:25
79:16 84:7

100:12
110:17,20
123:14
161:3

seats 60:17,
21 64:21
70:20 75:3
89:17
130:6
160:4,21
161:9
162:19,20,
24 164:1,
11,12

secrecy 97:5

secret 42:23

secretary
150:7
177:2,9
178:24

Section
98:25
113:17
121:13,19
122:2,7
128:22
137:6
158:7
171:19
173:8

secure 76:24

seed 66:6

seek 84:11
129:9

sees 58:1

segregation
154:23
170:8

self- 65:19
66:9

sell 85:12
86:2

Selma 50:11

Senate 27:2
32:23
34:23
35:1,5
37:22,24
38:2,18
39:21 40:7
44:6 46:24
47:3 51:16
60:12,14
61:8 63:4
66:19
86:14
92:7,19
98:23
107:1,2,
10,18
120:17
146:11
147:21,22
150:22
151:1
156:10
166:15,18
178:21

Senate's
34:11

senator

24:6,7,8,
9,14,16,
17,18,22
25:1,2,3,
14,21,22,
25 26:5,8,
10,11,15,
20,21,22,
24,25
27:1,6,21
28:1,7,14,
16,18,24
29:1,2,5,8
32:18,19,
21 40:12,
13,15
44:23,24
45:1
49:23,25
50:1 54:3,
4,6 59:4
60:9,10,11
64:7
68:21,24
69:22,24
76:7,9,10
79:9
84:18,19,
21 85:8,13
86:5,6,7
89:19
92:13,17,
19,21 93:1
96:7,8,9
98:1
103:25
104:10,11,
20 105:25

106:1,2,3,
4,5,7,8,
12,13,14,
16,17,18,
19,20,21,
22,24,25
107:2,3,6,
9,12,13,
15,16,19,
21,22,23
108:4,8,9,
12,13,14,
16,18,23,
24 109:1,
5,6,8,9,
11,13,14,
15,16,22
110:11
111:10,13,
15,24
112:21,22,
25 113:1,
2,3,5,6,
12,14,22,
24 114:7,
8,9,15,16,
23,24
115:7,9,
10,20,21
116:2,3,4,
11,12
117:5,6,7,
9,13,14,
18,22,23
119:3,4,6
135:5
136:4,6,11
140:20,21,

23 143:1
144:10,15
145:2,5,9
147:6
148:5,16
149:4,6,9,
12,14,15
150:15
151:4,11
152:13
155:9,22
156:7
166:9,16
167:2,22
170:17,20,
22 171:8,9
173:16,21
177:7
178:4,16,
24

**senator's**
113:7

**senators**
28:6 30:5,
12,13
84:22
144:18
149:16
166:20,22
171:10

**send** 75:13

**senior** 151:7

**sense** 71:8
133:23

**sensitive**
100:17

**sentiment**
49:6

**series** 55:24
114:2
115:11
117:15

**sermon**
167:23

**servants**
173:3

**serve** 69:13
80:11
165:24
166:14
173:3,5

**served** 64:8
65:6 81:22
161:23

**servitude**
171:17

**session** 30:4
31:16
60:18,22
62:25
63:1,20
107:5,7,8
142:7

**set** 33:5
69:7 174:5

**settle** 73:17

**severity**
96:24

**shack** 166:20

shape  78:17
  125:2

shaped  68:15

shapes  88:18

share  57:21
  153:11
  154:15

shared  153:1
  167:12

shedding
  78:13

sheet  44:9

shell  50:6

shirts  87:11

shock  175:10

shoes  152:25

short  30:14
  94:1
  177:20
  178:2

shot  70:11

shove  43:1
  87:13

show  103:23
  104:3
  133:11
  158:23
  162:1

showed
  142:20
  159:19
  166:25

shown  45:25
  166:24

shows  141:24
  167:20

shuffling
  87:7

sick  53:17,
  18,19,20

side  48:10
  72:15
  99:8,25
  156:1
  167:6

sides  82:15
  148:25
  156:3

signed  50:13
  80:4
  108:2,9
  109:2

significant
  48:4 78:23

silenced
  86:11

silk  66:1

similar  61:3

simple  26:7
  54:20 80:7
  98:5 99:1
  106:10
  137:25
  162:11

simply  24:1
  25:22

65:23
  96:12
  98:15
  99:21
  101:1
  172:10,14

single  27:15
  52:17,25
  140:5
  150:15
  175:4,11

sins  153:8

sir  117:21

sister  53:19
  124:8

sit  67:2
  80:11

sitting  75:3
  103:21
  173:25

situation
  127:8
  154:14

size  158:4

skin  152:25
  153:2
  169:5

slave  125:10

slavery
  124:9,22
  125:6,17
  126:2,8
  131:3
  133:6

154:22
  170:8
  172:22

slaves
  123:6,22
  124:1,3
  171:14

slighted
  171:7

small  94:19

smart  167:3

smoke  36:11
  47:18

snake  118:23

social  31:20
  32:8 122:9

social-
  130:20

social-
economic
  122:3,8,21
  123:2

society
  170:12

socio-economic
  123:21
  132:9

socioeconomic
  132:21

soil  66:3

solicitor
  134:7

solicitors
  134:14

somebody's
  124:8,20

son  125:20
  154:23

song  152:8

Sonny  63:3

sort
  114:12,21
  140:25
  150:25
  154:19

soul  65:11,
  13,14 66:8
  69:15

souls  65:8,
  12

sound  170:2

soundbites
  32:9 54:11
  56:7

south  24:24
  26:18
  35:22
  45:13
  47:21
  49:3,10
  68:1,7
  77:24,25
  79:2 99:8
  102:11,12
  103:7,12
  136:14,15

139:22,24,
25 140:8
153:10
159:22
163:22
172:1,7

southern
50:15
78:23,25
79:14
127:9
135:17
172:13

Southerners
  127:10,18

Spalding
  39:13

speak  28:6
  29:2 33:25
  34:1,4
  41:2 44:25
  45:8 49:24
  54:5 55:22
  57:13
  60:10
  86:11
  108:10
  109:4
  129:11
  136:5
  151:17
  170:23
  171:3,11
  174:4

speaker
  149:3,5

151:9

speakers
  28:21
  92:24
  170:19

speaking
  51:1 84:7

speaks
  108:25

special  30:4
  31:15
  60:18
  61:16
  63:15 71:6
  72:24
  73:20
  99:19
  107:4,7
  142:7
  155:23
  157:7

specializes
  25:15

specific
  26:16 31:2
  35:25
  44:17 47:4
  56:20
  113:8
  120:25
  146:9
  147:20

specifically
  34:25 35:7
  36:25 37:7
  41:3,7

87:5
120:19
122:23
129:15
136:19,20
158:6
171:20

spent  97:14,
  23 102:8
  123:23
  140:12

Spinners
  71:13
  74:23

spirit  66:9
  115:12

split  73:3,4
  139:15

spoke  94:19
  110:12
  112:5
  151:12

spoken  34:3

sponsored
  132:23
  133:3,6,9
  135:10,11

stability
  82:9

stack  103:6
  104:7
  109:19

stacked
  110:24

111:8,21

stacking
  99:16
  110:21
  111:18

staff  141:18

stake  31:6
  96:25

stand  40:19
  56:16
  57:11
  88:13
  97:16
  167:24
  178:21

standards
  121:22

standing
  49:3

standpoint
  131:8

start  60:13
  122:21
  123:1
  131:7,16,
  20,21
  133:7,8
  154:18

started
  65:16
  96:12,20
  107:8
  149:20

starting

94:15
119:16

state  27:24
  41:8,25
  48:8,24
  49:19
  52:13 61:7
  63:9,10
  65:18 69:5
  73:24 74:9
  75:8 77:16
  82:7 83:6
  85:15 90:9
  92:7
  101:13
  103:13
  107:14
  129:7,23
  130:2,3,14
  132:1,3,23
  133:4,6,9
  135:10,11
  139:9
  150:12,13
  151:14,19
  154:6
  156:10
  168:19,24
  169:18
  172:14,16
  177:20

stated  24:9
  25:5 33:22
  47:3 82:21
  88:3 93:1
  109:7
  139:8

statement
  142:12
  174:8

statements
  59:17

states  33:4
  65:12
  74:1,3
  78:25 91:9
  98:18
  122:23
  127:13,14
  129:6,9,15
  130:12
  137:5
  153:9
  155:10
  171:16
  172:24

statewide
  154:13

Statistical
  74:13

statistics
  57:13

status  38:23

stay  68:8

stays  95:9

Steve
  161:12,16

stifle  46:17

sting  169:7

stinks
  173:25

stipulated
  131:9

stop  95:2

store  151:24

stories
  66:13,16
  67:3,7,13
  68:20

story  53:7,
  9,10,14
  66:6
  141:17
  174:9

straight
  54:10
  174:5

straight-up
  144:24
  147:4

straightforwar
d  145:25

stream  53:11

Street
  151:25

streets
  77:21

strength
  161:2

strengthen
  40:24

stretches
  131:2

stricken

159:4

strides
48:19

strikes
117:3

striking
89:2

stripes 91:6

strips
116:23
136:13,15,
18,19

strive 153:4

stronger
112:10

strongly
67:22

struck
147:16,19

struggle
76:23 95:3

struggles
67:5 94:6

struggling
78:1

students
77:16

study 93:12

stuff 125:18
129:20
133:25

subcommittee

101:10

subject
34:17

subjugates
91:24

submitted
104:14
130:11

substantial
39:1
142:18

succeeded
155:4

success 46:6

sudden 27:18
55:17
63:10

suffer 47:1

sufficiently
114:11

suggest
50:11
89:22
107:23

suitemate
69:22
166:16

sunshine
102:2

Superior
161:22

supervision
156:14

support 48:1
78:19
90:10
118:3,5
165:3

supported
126:3

supporting
164:24

supposed
32:11 68:8

suppression
129:24
165:2,6

Supreme 62:5
73:16
113:9,19,
25

surprise
78:20
117:24
174:13

surrounding
29:25
146:5

survive
68:24 69:4

swore 90:10

system 45:23
127:1
153:15
170:2

T

tactic
165:11

tactical
160:8

tactics 91:1

tainted 92:5

takes 34:6,7
151:1

taking 61:16
78:13 81:6
110:10,14
116:7
120:13
135:3
150:7

talk 31:18
32:16
33:6,14
40:17,19
51:24,25
52:2,5
54:7,17
56:9,14
66:19 68:4
72:23
80:17
119:9
123:9
125:12
130:14,25
137:14,15,
20 138:7
144:19

151:4

**talked**   31:22
  74:25
  75:23
  80:17
  112:12
  131:12
  133:24
  136:12
  147:13

**talking**   41:1
  56:7 69:7
  75:5
  109:23
  118:9
  122:5,21
  123:1
  125:11
  130:23
  131:7,16,
  20,21,22
  133:7,8
  134:11,23
  135:17
  140:12
  149:10
  152:14
  154:25
  167:23

**talks**   72:25
  128:22

**tally**   44:9

**task**   58:6,
  11

**taught**
  149:23,24

152:6

**taxpayer**
  40:2

**taxpayers**
  74:24

**teachers**
  88:10

**team**   93:14

**teased**   167:2

**teeth**   164:3

**telling**   56:8
  130:5

**tells**   53:9
  121:15
  145:22

**temp**   156:15

**ten**   37:24,
  25 47:5

**tend**   62:14
  87:21

**tender**   152:6

**tenor**   79:1

**tens**   39:17

**tenure**   90:12

**term**   29:10
  119:21

**terminology**
  24:5

**terms**   24:3
  64:15
  103:2
  109:16,20,

24,25
110:4,5
115:2

**terrible**
  118:4

**terrorized**
  126:17

**test**   115:6
  136:12,22
  139:25
  140:1,2

**testimony**
  55:4,8,17,
  20,21 56:4
  59:14
  111:25
  159:10

**texts**   166:12

**thankful**
  153:5
  166:13

**Thanksgiving**
  166:12

**theaters**
  152:4

**theme**   30:17

**thereof**
  56:10
  177:13

**thick**   64:12,
  19 65:1

**thing**   33:12,
  24 44:11
  51:10,11

52:13
53:24
60:19
72:12 82:1
99:14
125:12
136:22
144:21
145:3
149:8

**things**   27:11
  31:11
  32:24 51:5
  67:12
  69:11 95:6
  103:25
  106:10
  119:10
  121:20
  125:3
  128:19
  133:3
  135:1
  136:9
  141:3
  147:1
  148:3
  152:13
  154:19
  161:10
  168:1

**thinking**
  65:2 102:8

**thinks**   171:6

**Thornburgh**
  114:1

thought
31:18
116:15
118:23
133:22
135:4,6
159:13,20
160:7
161:5

thoughtful
145:16
148:12

thousands
39:17

thread 78:21
79:18

threat 61:15
114:25

three-fifth
77:3

three-judge-
panel 72:2

threshold
85:22
112:1,8

throw 174:1

thrown 90:6,
7

Thursday
34:7
108:19
109:3
144:1

tidbit 151:7

159:24

tied 52:17
53:2

ties 85:13
86:2

time 28:18
40:7 45:3,
25 46:4,5,
6 62:6
70:10
78:22 83:9
84:6 97:5,
15 102:8
105:4
107:6
118:9
124:4
125:5
140:12
144:17,20
148:5
150:14
153:19
154:10
156:12
160:1,15
170:22
174:14
176:7,15

times 25:6
86:10
126:19
151:15
156:19

tired 53:18,
20 94:25

95:1,20

title 68:22
177:21
178:2

today 29:20
34:9 40:17
45:8,18
50:3 54:7
61:20,24
75:18 77:9
78:5 79:17
80:18
84:23 86:9
89:16
91:20,24
93:18
96:11
97:9,16
98:7
99:15,19
101:15
106:9
107:11
108:3,11
113:8
118:1,13,
20 119:11
124:14
136:23
138:10
140:13
155:1
166:1
168:9
170:25
171:3,8,10
173:10,24

176:10

told 30:3
45:19,23
67:9
68:23,24
72:10
73:18
101:8
127:10
140:6
141:16
146:19
149:18
156:19
161:19
166:13
170:18

tomorrow
149:11

tone 78:25

tons 159:10

top 95:20
141:7

topic 59:9

tossed
155:23

totality
121:21

totally
147:22
165:18

touch 76:20
119:9
150:3

touched
  92:24

touchy   94:5

traces
  131:17

traded   83:16

trading   44:6

tradition
  166:2

traditional
  31:9

tragedy   46:4

tragic   69:16

training
  155:2

transparency
  56:5,9
  102:3
  150:23

transparent
  54:13
  56:11
  97:8,10

transportation
  170:1

trap   26:6

trapped   26:2

traveling
  85:15

treat   149:25
  154:1
  155:15

161:25

treated
  157:4
  161:20
  162:4
  170:12

treating
  169:20

treatment
  46:10
  153:15
  162:3

treats   152:7

trees   66:1,4

Trenum   94:14

trial   159:9

trick   98:4
  99:2
  100:24
  105:7

trickery
  100:2,8,24

tricks   77:5

trip   83:8

true   28:2
  46:7 51:2
  77:12
  84:13
  108:23
  109:5
  113:6,11,
  14,25
  114:4,9,16
  115:14,21,

25 116:4,
13 117:2
131:1
152:4
174:8

Trump   68:3

trust   45:23

truth   35:19
  36:15
  54:13,14
  56:8 90:23

Tuesday
  107:20,21

tune   101:17

turmoil
  156:9

turn   31:20
  80:15
  93:15

turned   74:9

turning
  64:15,16

turnout
  165:5,12

Tuskegee
  70:2

Twiggs   73:5

two-party
  63:10

type   102:5
  129:24

typical
  50:15

<hr>

**U**

U.S.   62:5

un-contiguous
  116:23

unanimously
  157:25

uncertainty
  112:16

unchanged
  27:3 98:23

unconscious
  78:8

uncover
  121:14

undeniable
  82:16

underlying
  81:12

undermine
  44:13

underrepresent
ed   95:13

understand
  77:11 94:3
  96:16
  99:15
  106:10
  109:17
  122:25
  123:20
  135:7
  153:4
  172:16

understanding
   82:8
   133:5,7

understands
   102:17

underwear
   87:12,16

unemployed
   42:22 64:2

unequal
   42:18

unethical
   174:20

unfairly
   157:5

Union   130:3

United   74:1,
   3 91:9
   122:23
   130:12
   153:9
   155:10
   171:15
   172:24

universities
   132:3

unlock   177:2

unnecessarily
   38:8

unnecessary
   157:16

unpack
   109:20

unprecedented
   169:23

unquestionably
   146:12

untruth   55:2

upfront
   56:11

upheld   49:12

uplifting
   43:4

upsetting
   67:10

urge   84:8
   148:13

———————

———————

        V

valuable
   44:18

values   57:22
   78:17
   91:21 92:8

Vast   86:18

vegetables
   75:10

vehemently
   118:17

venture
   62:15

verifying
   93:8

version
   148:19

versus   30:12
   58:23,24

vice   144:15
   156:8
   159:24

vicious
   157:12

victims   46:8

victory
   78:11

video's
   175:6

view   152:23
   167:8,11

views   153:11

violate
   89:2,23
   98:25

violated
   34:23 35:3
   46:24

violates
   27:4 47:17
   49:13,14
   54:21
   89:5,6
   93:9
   171:19
   173:8

violating
   103:15

violation
   35:4

violations
   36:1 37:7

violence
   42:17 95:2

Virginia
   77:20

vocal   43:4

voice   86:9,
   14 88:24
   94:20
   177:11
   178:7

voices
   41:15,19,
   21 43:4
   44:2,7,13
   45:19 57:7
   58:8,9
   60:5

vote   34:16
   38:14
   41:11
   42:11
   46:14
   52:1,2,3
   57:19,20
   58:22 62:4
   68:2 72:9
   75:6 76:4,
   25 77:17,
   20 79:8,11
   83:2 84:9
   87:21
   88:3,5
   89:21 92:8
   94:7

113:10
114:5,13,
18,21
115:5,16
117:25
118:11,12,
13,16,20
119:12,14
122:11
125:23
126:6,13,
21 127:3,5
128:5
148:14
154:12
158:3,5
171:15,23
172:13,18
173:1,2,11
175:22
176:7
177:1

**vote-**   36:7

**vote-dilution**
35:13 37:6
38:22

**voted**   36:22
59:5
116:10
135:22,23
155:11,13
172:10

**voter**   34:17
38:11,16,
18 90:7
100:5,6,16
129:24,25

165:2,5,12
169:10

**voter-dilution**
101:20

**voters**   34:24
35:14,22
36:7 37:18
38:12
39:18,25
41:20 42:9
43:3,5,11,
12,13,14,
15 44:12,
17 45:12,
14,19,22
46:9,24
47:5,14,
21,23,24
48:20,25
49:2,9
50:7
51:11,14
52:1,5,13,
21,23
53:12,25
54:15 55:1
56:13
57:4,16
58:4,20
60:5 70:9,
13 81:21,
23 82:7,
18,23 83:1
86:16,20
87:1,8,21
88:1,4,7
89:20 90:1

100:10,14,
21 101:20
111:20
137:9
158:25
171:21

**voters'**
36:19
44:7,13

**votes**   41:15
43:13
45:24 46:1
57:6,7,8
62:12
67:16
89:3,4,7,
24 91:25
102:22
103:4
115:3
168:7

**voting**   27:4
32:12
34:13,23
35:3,21,22
36:1,16,25
37:7 38:5,
21 39:23
40:25
41:18
44:15
46:25
48:21
49:14,15
50:13
54:21 55:1
56:20 57:2

74:5,7
78:6,9,10,
21 79:7,
11,16,18
80:6 81:15
82:3 85:2,
25 88:8
89:2,4,5,
24 91:23
93:9 94:5
98:25
100:11
103:15
113:16
114:20
115:1
116:6
122:5,13
126:4
128:8,11,
12,18,20,
25 129:1,
3,5,13,16
130:1,7,21
132:11,22,
24 133:3
135:23
138:22,23
140:18
150:20
152:17
153:19
155:8,12
158:8,21
160:11,14
163:6
164:8
168:4

171:12,13,
19 172:20
173:9

VRA  133:8
137:6
140:15

vu  61:1
93:2

———————————

W

WAC  134:5

wailing
164:2

wait  94:25

waiting
152:5

waive  173:18

wake  78:6

walk  64:10
65:4

walked  63:21
64:6
136:12

walking
44:10 65:2

wall  116:16

walls  86:15

wanted  24:4
26:16
31:18
33:12,21
34:1

65:20,24
70:14,16
87:20
103:17
119:19
126:20
136:8
140:4,25
142:21
145:1
150:15
158:2,4,
10,12,15
166:21
167:24
171:2
174:21

wanting
31:13
149:10

War  134:3,4

Washington
165:17
166:7

waste  40:2

watch  43:9
175:7

watched
151:16

watching
42:7 43:9
101:13,14
106:20
161:12

water  151:25

waters  53:11

ways  35:24
94:25 95:1
133:25

weakened
57:19,20

wealth
83:12,18
131:20

Wednesday
34:7 108:1
143:11
149:22

week  27:13
60:25
64:11
71:16
81:13

weeks  62:24
63:13
142:19

Weltner
79:16

western
39:15

whatsoever
165:11

white  42:23
66:22,23,
25 67:5
69:2 79:13
86:20
89:4,7
91:25

152:1,10
155:19
163:17

White-
146:16

whites
131:5,14

who've  46:9

wholeheartedly
117:5

widespread
130:1

wife  124:3
166:19

Wilkinson
73:6

willingness
40:8 106:6

win  61:14
90:1
112:11,17
164:7
167:19

wind  107:7

winner
110:19

winning
88:18

wins  110:16
112:14

wishes  60:10
136:4

woman  41:3,4
  44:8

women  41:14,
  16 42:19
  43:11,15,
  20 173:2

won  63:3
  70:22,23
  78:12
  134:18

wondering
  38:13
  109:17

Woolworth's
  151:23

word  94:11
  146:6
  163:5

words  44:11
  48:16
  50:12
  52:15
  76:16
  83:24
  111:19

work  43:25
  70:17
  75:12
  85:23
  95:18
  104:23
  105:11
  133:18,19
  143:14
  144:9,11,

15 146:7
147:8,23
148:10
161:13
174:2
175:25

worked  64:22
142:16

working
97:24
148:9

world  68:25
69:4 91:11
134:4
152:10,23

worth  64:3

Wow  173:22

wrap  150:4

wrapped
52:24

Wright  25:16

written
68:22
97:14

wrong  56:6
104:17
143:8
163:3
167:17

wrongs  153:5

wrote  50:12
80:2

─────────
   Y
─────────

y'all  73:11
75:25
146:13
156:21
160:18

year  64:1
70:25
155:7
166:13,19

years  30:21
42:3 48:21
63:10,20
64:5,6,8
70:1,23
94:7 97:23
100:12
102:13
110:4
123:11
124:4,9
125:4,10,
14,19,23,
24,25
126:9,12,
15,16,18
144:4,22
148:9
154:6
160:17
161:17,24
173:7

Yellow
152:10

yesterday

33:17 48:2
53:4 55:16
59:3
80:16,17
144:1

yield  24:7,
16,17
25:1,2
26:24,25
27:20
28:18
32:17,18
40:10
44:22
49:21 54:1
60:7 69:20
76:6 84:16
86:1
92:12,15
96:4
105:23
106:2,14
107:16
108:12,16
109:8,14
111:13
113:2
115:10
117:10,15
119:1
136:1
140:19
148:15
170:16,22
173:14
175:23

yielded

```
27:22
40:12
44:24 54:4
55:21 60:9
76:8 84:18
86:5 92:18
96:7,22
140:21
```

**young**   123:15
134:17
151:13,22