# EXHIBIT H

**GEORGIA HOUSE FLOOR**
**Hearing - House Floor on 12/01/2023**

1

2

3

4

5

6

7

8

9

10      GEORGIA HOUSE FLOOR

11       December 1, 2023

12  Video Segment:  2:09:15 to 3:13:51

13

14

15

16

17

18

19

20

21

22

23

24

25

1      (Beginning of Video Recording.)

2      SPEAKER JON BURNS:  We will move on

3  with the rules calendar.  Mr. Clerk, will you

4  read the caption to 1EX?

5      MR. CLERK:  House Bill 1EX by

6  representative leader of the 123rd to be

7  entitled an Act to provide for the composition

8  number of state House districts, to provide

9  for a short title, and provide for the

10  contingent nature of this act and the

11  circumstances under which it shall or shall

12  not apply according to the enforceability of

13  prior provisions under federal law.  This bill

14  has been referred to the Committee on

15  Redistricting and Reapportionment.  That

16  committee recommends that this bill do pass.

17      SPEAKER JON BURNS:  Before I

18  recommend -- recognize the chairman, I will

19  ensure that this House is aware that the Rules

20  Committee this morning, pursuant to House Rule

21  33.3.  Dick said, passed.  Is that correct,

22  Mr. Chairman, that that we would limit debate

23  on this proposition to two hours' time to be

24  allocated at discretion of the speaker?  And

25  that will be one hour for those in favor of

1   and one hour for those that are opposed.  So

2   that's what we'll -- how the process will

3   flow.  So at this time we will recognize the

4   chairman, Chairman Leverett, to present the

5   bill.

6           CHAIRMAN LEVERETT:  Thank you, Mr.

7   Speaker.  Ladies and gentlemen of the House.

8   Good morning.  I present to you for your

9   consideration, House Bill 1EX, which, if

10  passed, will adopt a new set of districts for

11  the Georgia House.  And we've put that up on

12  the screens there for you all to see the

13  proposed map that would be enacted by that, by

14  that bill.

15          First, a little history to set this in

16  context.  On October 26th, 2023, Judge Stephen

17  Jones, judge of the United States District

18  Court for the Northern District of Georgia,

19  entered an opinion and memorandum of decision

20  in which he ruled that the House district maps

21  we approved in 2021 violate Section 2 of the

22  Voting Rights Act.

23          As a result, he ordered that new maps

24  must be drawn and instead of drawing them

25  himself, which he could have done without

1  allowing us any input, he kindly allowed us to

2  remedy the violation by drawing new maps

3  ourselves.

4       Judge Jones also thoughtfully gave us

5  specific guidance, and how we can comply with

6  his order to clarify the manner in which we

7  can remedy the violation ourselves.  Judge

8  Jones wrote that, and I am quoting from the

9  opinion on page 509.  The remedy involves two

10  additional majority Black House districts in

11  South metro Atlanta, one additional majority

12  Black House district in West metro Atlanta,

13  and two additional majority Black house

14  districts in and around Macon-Bibb.

15       So as we as a state hope to better

16  Alabama in a certain sporting contest this

17  weekend, we will not follow the example of

18  their legislature and the lack of seriousness

19  and respect we accord a thorough and detailed

20  decision of a federal judge, whom I think all

21  of us respect and admire very much, and I know

22  I do.

23       We will comply.  The bill you have

24  before you will adopt a map that does just

25  that.  It fully complies with Judge Jones's

1  order.  As Judge Jones instructed, this map

2  enacts five new majority Black districts.  In

3  South Metro, it creates House District 74 and

4  117.  Let's move to the second map in the

5  packet.  If you'll zoom in a little more for

6  me, that's good.  So 70.  If you'll move to

7  the south a little.  Thank you.

8       So 74 is sort of the light green.  1 in

9  1, 17 is the brown one.  And about the hold

10  right there and about the center of the

11  screen.  In West Metro, it creates House

12  District 64.  If you'll move down just a

13  little bit other way.  I'm sorry.  You can see

14  64 is over there in Douglas County and it's

15  sort of in the taupe color as well.  And then

16  in Macon-Bibb, I'm asking you to shuffle

17  around one more time down towards Macon area.

18  It creates House District 145 and House

19  District 149.  All of these have majority

20  Black age population, voting age populations.

21       Judge Jones ordered five new majority

22  Black districts, and this plan creates and

23  establishes five new majority Black districts,

24  and it decreases the number of majority White

25  districts by five.  As you know, we cannot

1  have 185 house districts.  We are limited to

2  180.

3       So to make up for that, we make that

4  adjustment.  It does not purport to tell Judge

5  Jones that we know better than he does, and

6  that we've done something different, but

7  better that he should accept his equivalent

8  without explaining how it's equivalent.  This

9  plan doesn't do that.  Instead, it follows his

10  order.

11       This is the only plan presented to the

12  redistricting committee that complies with

13  Judge Jones's order.  Now, as you might

14  expect, creating five new districts was very

15  disruptive to our existing districts.  There

16  are significant ripple effects, especially

17  when you create five districts at one time.

18       Ripple effects result primarily from

19  constitutional and legal requirements that the

20  districts be the same size as far as the

21  population is concerned.  Now we are allowed

22  some statistical deviation, and in Georgia we

23  have traditionally limited ourselves to plus

24  or minus one percent.

25       So once we took areas from existing

1  districts to create the new five districts, we

2  had to add population to those existing

3  districts from which we drew the new ones, so

4  that their population would get back up to

5  within the deviation, which, by the way, as

6  you know, the ideal size is 59,511.

7        So that's what we were shooting for.

8  So as a result we had to borrow -- or not

9  borrow.  We had to redraw the districts so

10  that we took areas and population from

11  adjoining districts, from the neighbors.  And

12  then the neighboring districts are short.  So

13  we had to take from their neighbors.

14        And that process continued until the

15  ripples effectively run out, or you circle

16  back around and result in parity.  As we went,

17  we followed our existing traditional

18  redistricting principles to work on the

19  remaining districts.  These principles include

20  maintaining district populations to deviations

21  less than plus or minus one, limiting

22  additional split counties, we only added a

23  single county split in this plan, drawing the

24  new districts by utilizing the most recent

25  precincts from county government, which makes

1  it easier on our local election officials

2  going forward, ensuring all the districts were

3  contiguous, that they are all reasonably

4  compact in shape, and ensuring that

5  communities of interest are protected as far

6  as possible.

7      And we did try, to the extent we could,

8  to avoid unnecessary pairing of incumbents.

9  Now, much has been made of the fact that this

10  plan does admittedly pair -- it does include

11  several incumbent pairings, which is not

12  surprising when we had to reconfigure these

13  districts after adding five new ones, and the

14  pairings do pain me greatly.

15      I wish that I could add five new

16  districts without any pairings or drastic

17  changes, but I could not find a way to do it.

18  And contrary to assertions that we're being

19  overly partisan, we did not inflict political

20  casualties solely on the opposing party.  We

21  inflicted damage on both.  We tried to take

22  some of that fire ourselves.

23      As we went through the process.

24  However, our primary overriding objective was

25  to comply with the Court's order.  Five

1  additional majority Black districts in

2  specified areas.  Now, much has been made of

3  process here and giving some rulings I

4  reluctantly had to make today.  I suspect much

5  will be made of it today.

6        We have been accused at times of moving

7  too fast and not being transparent, and I

8  concede that we have been moving quickly.  But

9  I'm reminded of one of my quotes when a

10  Louisiana politician once promised during a

11  campaign that he would be as honest as the

12  times will allow.  We're under a court imposed

13  deadline.

14        We did not receive the Court's order

15  until October 26th, and we immediately began

16  drawing and released a plan on November 28th,

17  two days before any alternate plans.  And

18  we've been as open as we could be under the

19  circumstances.  We're under a deadline here.

20  We got until next week to get this plan and

21  two other plans approved.

22        We held two hearings.  We allowed

23  numerous parties to speak.  We established and

24  maintain a portal for public comment, and we

25  allowed an alternate plan to be voted on

1  yesterday, even though the bill enacting it,

2  no bill enacting it had been filed or even

3  assigned to the committee.

4        Now, this morning we attempted to allow

5  another opportunity for votes on alternate

6  plans, but when we got into the committee

7  room, it became apparent to me that the

8  documents that were being presented in order

9  to achieve certain intended objectives did not

10  match the intentions of the sponsor.

11        And that was completely, I am sure,

12  unintended.  It was not intentional.  Because

13  these things happen when you're trying to get

14  stuff done fast.  And our rules are intended

15  to make sure that we don't make mistakes when

16  we're in a hurry.  And I did not feel that I

17  knew what we were voting on.

18        I didn't think the documents matched

19  what the desires were.  And so for that

20  reason, I ruled, reluctantly ruled those

21  motions out of order.  Now so in the time

22  constraints we've had, we've been as

23  transparent, as deliberate as the times will

24  allow.  To quote the gentleman from Louisiana.

25        Now, I don't mean to complain about the

1   courts imposing a deadline.  I understand the

2   need for it, and under the circumstances, it's

3   reasonable.  But that does limit our ability

4   to take more time.  That deadline is there for

5   honor -- for us to honor and respect, not to

6   disregard.  And we got to meet it.

7        And as I said, it's seven days away and

8   we still have two other plans to consider.  So

9   we had to move with all deliberate haste.  The

10   stakes are high here and we need to act.  The

11   Court will not give us another chance to draw

12   these plans.  If we don't get it right, the

13   Court will appoint someone to draw plans or

14   draw the plans itself.

15        I take seriously my obligation to the

16   Court and to each of you, members of both

17   parties, to prepare and present maps that

18   comply with the Court's order.  I think it's

19   in all of our best interest to do that.  Where

20   I could accommodate requests from you without

21   jeopardizing potential Court approval of the

22   plan, because that is the primary goal, Court

23   approval.

24        I've tried to accommodate you when

25   you've asked where I did not feel that route

1  was possible, given the overarching primary

2  objective of complying with Judge Jones order,

3  I decline the request.  And I'm truly sorry I

4  could not accommodate every request.

5      I hope all of you know I care and

6  respect each and every one of you, even when

7  we disagree.  And we do that a lot like most

8  families.  But our primary task here today is

9  to comply with the court order.  This plan

10  complies with Judge Jones's order.  It

11  fulfills our obligation.  And I ask that you

12  vote in favor of it.  Mr. speaker, I'll yield

13  for questions.

14      SPEAKER JON BURNS:  The gentleman

15  yield?

16      REPRESENTATIVE LEVERETT:  I yield.

17      SPEAKER JON BURNS:  You yield for a

18  question, Mr. Chairman, I thank you.  I just

19  say before we take questions.  I thank you for

20  your work.  I know you put you put in a lot of

21  hours.  And we do appreciate that as members

22  of this body.

23      REPRESENTATIVE LEVERETT:  Thank you,

24  Mr. Speaker.

25      SPEAKER JON BURNS:  We have a couple of

1   questions that have popped up.  Let's see.  We

2   have one from the gentleman from the 43rd

3   Representative Adesanya has a question.  The

4   gentleman is recognized.

5        REPRESENTATIVE ADESANYA:  Does the

6   gentleman yield?

7        REPRESENTATIVE LEVERETT:  I yield, yes,

8   sir.

9        REPRESENTATIVE ADESANYA:  Given what we

10  learned yesterday at the committee hearing,

11  isn't it true that this Republican map still

12  violates section of the Voting Rights Act?

13       REPRESENTATIVE LEVERETT:  Well, I don't

14  believe it does.  And more importantly, I

15  don't believe it violates the judge's order.

16  Unlike when we're drawing maps from scratch,

17  we're not acting in a vacuum of trying to

18  interpret the Voting Rights Act.  We have the

19  benefit of an expert who also has the force of

20  law behind him, Judge Jones, and he has told

21  us what to do in these plans, comply with that

22  order, in my opinion.

23       REPRESENTATIVE ADESANYA:  Do you yield

24  one more time?

25       REPRESENTATIVE LEVERETT:  I certainly

1  will.

2      REPRESENTATIVE ADESANYA:  All right.

3  So, Brian Sales (phonetic) open it up to you

4  yesterday that this map, if we move forward

5  with it, does, in fact violate the Voting

6  Rights Act.  And you acknowledged that

7  yesterday.

8      REPRESENTATIVE LEVERETT:  I acknowledge

9  his opinion.  Yes, sir.  I don't agree with

10  it.

11      REPRESENTATIVE ADESANYA:  Okay.

12      SPEAKER JON BURNS:  Thank you.  Thank

13  you, Representative.  Representative Reeves is

14  recognized for a question to your right.

15      REPRESENTATIVE REEVES:  Thank you, Mr.

16  Speaker.  Would the chairman yield for two

17  questions about traditional redistricting

18  principles?

19      REPRESENTATIVE LEVERETT:  Yes, sir.

20      REPRESENTATIVE REEVES:  Mr. Chairman,

21  is it not true that the bill before us reduces

22  the number of county splits by one county from

23  the 2021 redistricting?

24      REPRESENTATIVE LEVERETT:  Yes, that's

25  my understanding.  Yes, sir.

1       REPRESENTATIVE REEVES:  And is it also

2   true that your bill made every effort to

3   reduce the number of incumbent pairings in

4   compliance with in the course of complying

5   with Judge Jones's lengthy order?

6       REPRESENTATIVE LEVERETT:  We did.  Yes,

7   sir.  And it was.  We did.

8       REPRESENTATIVE REEVES:  Thank you, Mr.

9   Chairman.  Thank you.

10       SPEAKER JON BURNS:  Gentleman.  Yield

11   for one more.

12       REPRESENTATIVE LEVERETT:  I will, yes,

13   sir.

14       SPEAKER JON BURNS:  Let's see.  The

15   lady from the 47th.  The Pro Tem of this

16   House, Representative Jan Jones.  Pro tem is

17   recognized for a question.

18       REPRESENTATIVE JAN JONES:  Thank you.

19   Thank you, Mr. Speaker.  Does the gentleman

20   yield?

21       REPRESENTATIVE LEVERETT:  Yes, ma'am.

22       REPRESENTATIVE JAN JONES:  Mr.

23   Chairman, just so I understand, you spoke with

24   both Republicans and Democrats as you were

25   working on this plan, right?

1      REPRESENTATIVE LEVERETT:  That is

2   correct.

3      REPRESENTATIVE JAN JONES:  Does the

4   gentleman further yield?

5      REPRESENTATIVE LEVERETT:  I do, yes,

6   ma'am.

7      REPRESENTATIVE JAN JONES:  Thank you.

8   And you drew this plan in the reapportionment

9   office with utilizing Ms. Gina Wright?

10     REPRESENTATIVE LEVERETT:  Yes, ma'am, I

11   did.

12     REPRESENTATIVE JAN JONES:  And you were

13   able to incorporate suggestions of both

14   Republicans and Democrats into this plan.  Is

15   that true?

16     REPRESENTATIVE LEVERETT:  I was to some

17   extent.

18     REPRESENTATIVE JAN JONES:  And finally,

19   I'm assuming that you and perhaps you can

20   clarify, you had requests from both

21   Republicans and Democrats that you were unable

22   to put into the final plan, much to your

23   regret.

24     REPRESENTATIVE LEVERETT:  Yes, ma'am.

25   That's correct.

1      REPRESENTATIVE JAN JONES:  Thank you.

2      SPEAKER JON BURNS:  Mr. Chairman, we

3   have a couple of hours here.  We can continue

4   to discuss this plan.  So I appreciate you

5   taking the questions.  At this point, do you

6   have any further comments before we hear from

7   some other folks on this bill?

8      REPRESENTATIVE LEVERETT:  I do not, Mr.

9   Speaker, and we'll yield the well.  I ask your

10   favorable consideration of House Bill 1EX.

11   Thank you.

12      SPEAKER JON BURNS:  Gentlemen's

13   yielding the well, thank you for your remarks.

14   Now we have a one hour for those opposed

15   allocated for those opposed to HB 1EX and one

16   hour of for those in favor.  So at this time,

17   I will recognize Whip Park for whatever

18   portion of that hour he would like to take.

19   Whip Park is recognized.

20      REPRESENTATIVE PARK:  Thank you, Mr.

21   Speaker.  Colleagues, I rise in opposition to

22   House Bill 1EX for two reasons.  First, this

23   Republican map is unlawful.  It is a map that

24   Judge Jones can and should reject.  Second,

25   this map is an undemocratic, un-American,

1  blatant exercise of partisan gerrymandering

2  that harms the freedom of Georgians to elect

3  their candidate of choice.

4       I appreciate the majority party's

5  effort to comply with Judge Jones's order.

6  However, under existing law, the proposed

7  Republican map does not comply with Judge

8  Jones's order to draw five additional majority

9  minority districts.  Instead, the Republican

10  map actually draws only a net of three

11  additional majority minority districts.

12       Let me explain.  The Republican map

13  creates five new majority Black districts, but

14  it takes away two majority/minority districts

15  in fast growing DeKalb and Gwinnett counties.

16  Judge Jones ordered this body to take five

17  steps forward and two steps back.

18       One of those steps back is House

19  District 81, which is a majority/minority

20  district in northern DeKalb County.  Under

21  existing law and the 11th Circuit Court of

22  Appeals, this district is clearly protected by

23  the Voting Rights Act.

24       It's a district in which Black and

25  Hispanic voters work together and have the

1  opportunity to elect candidates of their

2  choice, but the Republican map takes away that

3  choice and moves the district to the south

4  metro area to protect a White incumbent.

5       The second step back is House District

6  105, in Gwinnett County.  This is a majority

7  minority district where Black, Hispanic, and

8  Asian voters work together and have the

9  opportunity to elect candidates of their

10  choice.  But the Republican map floods the

11  district with white Republican voters and

12  takes that opportunity away.

13       Those two takeaways make the Republican

14  map an unlawful map.  It's a map that, again,

15  Judge Jones can and should reject.  I think in

16  this moment, it's important to pause and

17  recognize our history, to know where we've

18  come from, to be honest about the mistakes and

19  sins of the past, to ensure we do not repeat

20  them.

21       Since 1965, the state of Georgia was

22  placed under the preclearance requirement of

23  the Voting Rights Act due to a history of

24  discriminatory voting practices and

25  disenfranchisement of African American voters,

1   including but not limited to literacy tests,

2   poll taxes, intimidation and violence, unfair

3   registration practices, and gerrymandering.

4        The preclearance provision, found in

5   Section 5 of the VRA of the Voting Rights Act,

6   required certain jurisdictions with a

7   demonstrated history of voting discrimination

8   to obtain federal approval or preclearance

9   before implementing any changes to their

10   voting laws or procedures.

11        For nearly 50 years, 50 years, Georgia

12   voters were under the protection of

13   preclearance until five Republican nominated

14   Supreme Court justices gutted the Voting

15   Rights Act in -- in the 2013 Shelby County v

16   holder decision.

17        For the first time since 1965, the

18   state of Georgia was able to draw their

19   legislative maps without first obtaining

20   federal approval.  What did the Republican

21   majority do?  Well, we all know what happened

22   next.  Two years ago in 2021, Republicans,

23   many here in this body, passed unlawful maps

24   for Congress, the state Senate, and the state

25   House, maps struck down by a federal judge for

1   being drawn in a racially discriminatory

2   manner.

3        And here we find ourselves under court

4   order to comply with the Voting Rights Act, to

5   draw fair maps that do not discriminate

6   against any Georgian.  Unfortunately, it seems

7   we are repeating the mistakes of our dark past

8   under Republican control of the state of

9   Georgia.

10        Not only are these maps unlawful, in

11  order to cling to power and maintain an

12  unrepresentative majority that does not

13  reflect our great state, this map engages in

14  blatant partisan gerrymandering with districts

15  that very clearly disregard traditional

16  redistricting principles of compactness, and

17  communities of interest in multiple districts.

18        To put it plainly, it seems Republicans

19  are trying to remedy their racial

20  discrimination with partisan gerrymandering.

21  Again, it seems Republicans are trying to

22  remedy their racial discrimination with

23  partisan gerrymandering.  Why?  Because

24  Partisan gerrymandering is legal, according to

25  five Republican nominated Supreme Court

1  justices, who incorrectly decided that claims

2  of unconstitutional Partisan gerrymandering

3  are not subject to federal court review.

4        Gerrymandering, whether it is racial or

5  partisan, is deeply undemocratic and un-

6  American because it undermines the principles

7  of fair representation and distorts the

8  democratic process.  The distortion of

9  electoral outcomes, such as a congressional

10  map that creates nine Republican and five

11  Democratic districts, and a 50/50 swing state

12  that elected a Democratic president and two

13  Democratic United States senators in back to

14  back elections, erodes the confidence of

15  American voters.

16        It undermines the foundational

17  democratic principle of one person, one vote.

18  This manipulation fosters greater polarization

19  and partisanship that ultimately makes our

20  nation weaker.  It is sad to see that the

21  Republican Party, the party of Abraham

22  Lincoln, who freed the slaves, has become the

23  party of Trump, the party of election

24  denialism and insurrection.  The party of

25  racial discrimination and now gerrymandering.

1        I hope you'll find your way back.  I

2   hope you all get through your Civil War.  And

3   I hope the anti-democracy authoritarian

4   faction of your party is expelled.  In a two-

5   party system I welcome the competition of

6   ideas to see who can best serve the people and

7   perfect our union by ensuring the promise of

8   freedom, equality, and justice to every

9   American.

10        Unfortunately, as demonstrated by this

11   unlawful map, it seems the Republican Party is

12   doubling down on again, repeating the mistakes

13   of the past in pursuit of power.  The blatant

14   disregard for existing law that protects

15   majority/minority districts in Georgia

16   demonstrates an intent to once again attack

17   the Voting Rights Act by narrowing its

18   protections.

19        It is unfortunate that as a native son

20   in Georgia, as a native son of Georgia, born

21   and raised, I have had a repeatedly come down

22   to this well over the past seven years to

23   fight back against Republican attacks against

24   our democracy.  Attacks against a fundamental

25   freedoms and rights of my fellow Georgians,

1  against a right to vote, and in this case,

2  their freedom to elect their candidate of

3  choice.  Georgians deserve better.

4        We can do better than this unlawful

5  Republican map that puts partisan politics

6  before the citizens of Georgia, that puts

7  political party before our country.  In the

8  words of John Lewis, Democracy is not a state,

9  it is an act.

10       Today, let us act in the best interests

11  of all Georgians by voting no to this unlawful

12  map that undermines the freedom of our fellow

13  citizens to elect their candidate of choice.

14  Thank you, Mr. Speaker.  I yield the well.

15       SPEAKER JON BURNS:  Whip Park has

16  yielded the well.  Minority Leader James

17  Beverly is recognized to speak to the bill.

18  Leader Beverly.

19       REPRESENTATIVE JAMES BEVERLY:  Thank

20  you, Mr. Speaker.  Before I get started, I

21  want to clear the record, something that the

22  chairman of the redistricting committee said.

23  And that is that we had ample opportunity to

24  present our map.  The reality is, is that you

25  put an artificial timetable on how we had to

1  move through this process.

2      The reality is, is that it is not up to

3  the Georgia House Democratic Caucus to print

4  maps to get the map coincided with a LC

5  number.  It is up to lead counsel and the

6  reapportionment office.  That did not happen.

7  I think you did it in good faith.  I think the

8  Republicans did it in good faith.

9      But if you just extended the time just

10  a little bit more.  We could have made it work

11  where we had an opportunity to present our

12  map, which we believe is the best map for

13  Georgia at this particular time, that it's --

14  that it's equal.  And that it's just.  But

15  that did not happen.  What is the rush to

16  judgment?

17      A couple of years ago, I remembered

18  sharing with you that although Abraham Lincoln

19  was not necessarily my favorite president,

20  there are notable quotes that speak to the

21  heart of democracy, one being stand with

22  anybody that stands right, stand with him

23  while he is right in part with him when he

24  goes wrong.  My dear colleagues, I stand once

25  again to say the Democratic caucus must part

1  ways with our Republican colleagues, as you

2  wield your majority power, to push through

3  what we believe to be an illegal map in order

4  to maintain power at the expense of our fellow

5  Georgians.

6         Today as the leader of the Democratic

7  caucus, I stand before you not merely in

8  political capacity, but as a custodian of a

9  legacy, a legacy that is steeped in the

10  struggle for equality and justice.  We're

11  gathered here to deliberate on a matter of

12  immense significance, the redrawing of our

13  state's legislative House districts.

14         Now, this historic moment that we find

15  ourselves in right now is an opportunity to

16  right historical wrongs and to pave the way

17  for a future that honors the diverse voices of

18  our great state.  An opportunity to remedy

19  some of the wrongs that have been particularly

20  directed toward our African American

21  electorate, those who have been historically

22  disenfranchised, stalled from having equal

23  access and opportunity to vote and select

24  their candidate of their choice and unjustly

25  targeted by placing barriers and stumbling

1   blocks in their way.

2       Listen, over the past decade, there has

3   been a great migration.  If y'all have not

4   realized this, there's been a great migration

5   back to Georgia, a migration of Black folk who

6   came from the northeast back to God's country,

7   Georgia.  There's also been a migration of

8   people of different nations, colors, and

9   creeds who have come to Georgia because they

10   seek a better opportunity.

11       And the reality is in that opportunity

12   they move into districts that potentially they

13   wouldn't have moved into 100 years ago.  But

14   they have.  And they moved into these

15   districts and they need representation.

16   That's what the judge ordered.  That this

17   group of folk who moved and migrated around

18   the state of Georgia should have

19   representation.

20       In the Republican map decided we'll

21   skirt around that just a little bit to protect

22   potentially some of our members.  I'm going to

23   say a quote by Dr. King, and I think now is

24   appropriate to say this, as I continue to

25   deliver my speech, but I can hear him saying

1  to America, and I'll say to the Republicans in

2  this caucus, in this House, our House today,

3  you're too arrogant.

4        And unless you change your ways, God

5  will rise up and break the backbone of your

6  power.  And place it in the hands of a nation

7  that doesn't even know God's name.  Be still.

8  And know that God is God.  Georgia's history,

9  while rich and multifaceted, bears the scars

10  of past marred by racial injustice,

11  particularly in the realm of voting rights,

12  the disenfranchisement of Black voters through

13  mechanisms such as poll taxes, literacy tests,

14  and the white primary was just a denial of

15  rights -- was not just a denial of rights, but

16  a denial of dignity.

17        It is in this context that, again, Dr.

18  King said, our lives begin to end the day we

19  become silent about things that matter.  This

20  matters.  As my learned attorneys will say,

21  reasonable minds can disagree.  But this is

22  the judge's order.  We ought to comply.

23        We should have five additional Black

24  districts where Black folk can vote.  Now, you

25  all have heard this, that well, the Democrats

1   created four districts.  It's foolishness.  We

2   created five.  We created five, according to

3   the judge's order.  And to my attorney

4   colleagues, the reference would be Bartlet

5   versus Strickland is precedent case law that

6   talks about plurality districts.  We did that.

7   We can keep going further.  Cooper versus

8   Harris.

9        There's a whole litany of case law that

10  said what we created was a fifth district.  So

11  please, please, guys, stop with the

12  foolishness.  In fact, our districts are

13  almost carbon copies of the district that

14  Judge Jones approved in his order.  District

15  145 is a new majority minority district

16  located in Bibb and Houston counties.  That

17  is, a carbon copy, a carbon copy of the

18  District that Judge Jones approved.

19       We didn't move a block, not one block.

20  District 149 is a new majority minority

21  district and in the Black Belt.  Now, if y'all

22  don't know what the Black Belt is, it's where

23  a where slaves -- that's the culmination of

24  where slaves were.  The Black Belt is where I

25  live.  Macon, Bibb, Twiggs, Wilkinson County,

1  Baldwin counties that only deviates a few

2  census blocks from the districts that Judge

3  Jones approved.  Those folk, we need

4  representation.

5       100 years is enough.  And why did we

6  move those few census blocks?  Here's why we

7  moved them.  To protect our Republican

8  colleague who represents Milledgeville, who

9  would have otherwise been put in that new

10  Democratic leaning district.  District 117 is

11  a new majority minority district in Henry

12  County that also is a carbon copy, a carbon

13  copy of the majority minority district that

14  Judge Jones approved.

15       District 61 in our map is a new

16  majority minority district in Douglas and Cobb

17  counties that is also carbon copy of what

18  Judge Jones approved.  And finally, District

19  74 is a new majority/minority district in

20  Henry and Spalding counties that satisfies

21  Judge Jones's order for a fifth new

22  opportunity district in that area.

23       I'm going to pause for a second because

24  that district, there would be one Republican

25  member who will be sacrificed in that

1  district, potentially.  But we don't know what

2  that district would vote for because through

3  this political gerrymandering, y'all moved it

4  so that white Republicans could vote for that

5  member.

6        This great migration, I've learned one

7  thing and one thing only.  If you can move

8  where you want to move, you move.  But we

9  should not be moving people at all to satisfy

10  the need of a representative.  If you don't

11  like where you live, move.  Simple.  If you

12  don't like the district that you're

13  representing right now, move.  And let

14  somebody who represents that district step in.

15        It should not be on us to make the

16  people go with us.  We should represent the

17  people where we are.  In that district, that

18  one district, the sacrifice of that one person

19  is going to put us all in jeopardy because of

20  the ripple effect that you did to the rest of

21  the members in this House.  And the judge, a

22  special master has to draw a map because of

23  the ripple effect that you created trying to

24  protect one, you sacrifice the whole.

25        Now, when a special master decides to

1  draw this map, which we believe will happen,

2  because not only did you not comply with his

3  order, you broke the law.  You broke the law.

4  Because coalition majority minority districts

5  are protected and it's gone on for 20 years or

6  so.  It's protected.  So you can't say we

7  complied and break the law.  It's not how

8  America works.  It's certainly not how Georgia

9  works.  And it's certainly not what Judge

10  Jones ordered.

11       What I always say to you in conclusion

12  is this.  The civil rights movement, which

13  found fertile ground in the heart of Georgia,

14  was a testament to the unyielding spirit of

15  those who fought for justice.  The Voting

16  Rights Act of 1965 emerged from the struggle.

17  It was a beacon of hope.

18       The task of redrawing our maps, we must

19  do so with an acute awareness of our past and

20  a resolute commitment to equitable and a just

21  future.  To my colleagues, I echo the words of

22  President Lyndon B. Johnson, the vote is the

23  most powerful instrument ever devised by man

24  for breaking down injustice.

25       We have decisions to make now, won't

1  tarry because I know you all are under a time

2  crunch.  But this is the time to do what's

3  right, to contemplate the reality of where we

4  go from here as a state of Georgia, the number

5  one state to do business unless you're poor

6  and you get sick.  But we'll deal with that

7  next week.

8        This is our time to say to Georgia to

9  be resolute.  In this moment to say, we hear

10  you, and if we want to represent you, then we

11  stand firm on the ideals and principles of

12  Georgia and justice, equality, and fairness.

13  To my Republican colleagues, you have a few

14  moments.  Please don't violate the trust of

15  the Georgians who moved here looking for a

16  better opportunity because you wish to protect

17  one member.  Mr. Speaker, I yield the well.

18        SPEAKER JON BURNS:  The gentleman has

19  yielded the well.  Minority Leader Beverly.

20  Now we'll move on to those in favor of the

21  proposition, HB 1EX will recommend recognize

22  Chair Lady Kemp to speak to the bill.

23        REPRESENTATIVE KEMP:  Good morning.

24  Thank you, Mr. Speaker, and thank you,

25  members --

1     SPEAKER JON BURNS:  Representative.

2  You'll yield.  I forgot to tell you, you have

3  up to one hour that will be allocated to those

4  speaking in favor.  I hope you don't take that

5  long.

6     REPRESENTATIVE KEMP:  No, sir, I will

7  not.  Thank you for that.  Good morning,

8  members and, Mr. Speaker.  When I qualified to

9  run for my House seat in March of 2020, of

10  course it was with the map that was current.

11  And then we redistricted in 2021.  So I

12  qualified on another district map March of

13  2022.

14     Now I will have the opportunity to

15  qualify again on the third map, March of 2024.

16  This time in a district where I am paired with

17  another member of my own party, who is my

18  friend and respected colleague.  Three

19  different district maps in the course of four

20  years.  That's a lot.

21     This situation deeply saddens me

22  because I truly care about the people I

23  represent, working diligently to know and meet

24  the needs of the citizens who place their

25  trust in me in each election.  It is my honor

1  to represent the interest of Lamar, Pike, and

2  Upson counties and a privilege to serve in

3  this role.

4       These counties each have individual

5  unique needs and challenges that I am

6  committed to represent here under the Gold

7  Dome.  Unfortunately, to meet the requirements

8  set forth in the detailed ordered by Judge

9  Jones regarding the 2021 redistricting,

10  drastic changes had to happen in many

11  districts.  My district is a prime example.

12       Emotions cannot rule in this important

13  task with a looming deadline.  There is a

14  judge's order with a specific set of

15  instructions to the General Assembly for the

16  requirements for the new house maps, which HB

17  1EX before us today meets.  I observe and

18  follow the law and court orders.  I'm sure

19  everyone in this room does the same.

20       There are three branches of government

21  for this very reason.  The judge's order is

22  not up for debate today.  It is if we as a

23  body are going to comply with the order is.

24  For this reason I am voting yes on House

25  redistricting bill HB 1EX, and I ask for your

1  favorable consideration on this bill.  Thank

2  you.  Mr. Speaker, I yield the well.

3       SPEAKER JON BURNS:  The lady has

4  yielded the well.  Thank you.  Chair now

5  recognizes Representative Sue Hong to speak to

6  the bill.  One of the governor's floor

7  leaders.  Representing Hong.

8       REPRESENTATIVE HONG:  Thank you, Mr.

9  Speaker, and good morning, colleagues.  I

10  stand before you this morning to speak in

11  favor of Chairman Leverett's House Bill 1EX.

12  The right to vote stands as a cornerstone of

13  fundamental pillar upon which our society

14  rests.  As a Supreme Court said in Wo versus

15  Hopkins in 1886, the right to vote is regarded

16  as a fundamental political right because it is

17  preservative of all rights.

18       Unlike many of you, I wasn't born with

19  the right to vote in the United States.  As an

20  immigrant, I had to wait my time.  I had to

21  take a test to become a citizen before I could

22  vote.  So I understand the tremendous

23  importance of voting and having my voice heard

24  with my vote.

25       Voting matters because it's the way

1  every person's voice is heard, regardless of

2  background or circumstance.  Voting matters

3  because it's the power each person has to

4  elect their representatives.  And voting

5  matters because it's how we can shape the

6  trajectory of our community and our state.

7       And when the Supreme Court said the

8  right to vote is preservative of all of our

9  other rights, it meant just that.  Without the

10  right to vote, our other rights can quickly

11  disappear and we jeopardize our free society.

12  Now, this body worked hard to create district

13  maps in 2021 that fairly represented all

14  voters.

15       As I look out at this body of

16  representatives, I see a diverse group of

17  representatives with backgrounds and beliefs

18  who I truly believe represent their

19  constituents very well.  Unfortunately and

20  respectfully, Judge Jones did not agree with

21  this current body of representatives.

22       And as an attorney, I do understand

23  that when a judge tells you in detail to do

24  something in an order, you comply.  Judge

25  Jones specifically stated to create five

1  majority Black districts, not opportunity

2  districts or coalition districts or crossover

3  districts.  Specifically five majority Black

4  districts.

5         And there's a reason why judges put

6  specifics in their order and you must comply.

7  Chairman, Leverett's House Bill 1EX map does

8  just that.  It complies with everything that

9  the judge required of us.  It also upholds our

10  other traditional redistricting principles,

11  things like ensuring that community of

12  interests are properly represented and

13  addressed, and reducing the number of county

14  splits on the plan, and using precinct

15  boundaries that lessen the burden on election

16  officials.

17         HB 1EX map upholds the principles of

18  equal representation and ensures each voter

19  can have their voices heard.  Therefore, I

20  urge you, members of this House in joining me

21  to vote yes for House Bill 1EX.  Thank you,

22  Mr. Speaker, and I yield the well.

23         SPEAKER JON BURNS:  The lady has

24  yielded the well.  That concludes those that

25  signed up to speak both in favor of and

1    opposed.  This time we'll move on.  We do not

2    have a minority report.  We will move on to

3    the chair's time.  We have a total of 20

4    minutes, Mr. Chairman.  And I hope you don't

5    take that wrong.  You talked quite a while

6    earlier.  Chairman Leverett is recognized to

7    speak to the bill.

8            REPRESENTATIVE LEVERETT:  Thank you,

9    Mr. Speaker.  I would say I'll be brief, but

10   as an attorney, I know that doesn't carry a

11   lot of credibility.  Well, it was interesting

12   to me if I could just respond that we were

13   accused of being overtly and shamelessly

14   partisan.  But the most partisan comments I

15   heard coming from the podium in this chamber

16   came from members of the opposing party, not

17   from anyone who is in the majority party.

18           And I would submit, if we truly wanted

19   to be overtly and excessively partisan, we

20   would have paired entirely members of the

21   opposition.  But we didn't do that.  We tried

22   to share some of that, of that burden, if you

23   will.  Now up to, as far as some of the

24   comments about timeliness, I mean, I the only

25   thing I will say is I think we know the rules,

1  and we know that to submit a bill to

2  redistrict -- to present a plan to

3  redistricting, you have to have a bill.

4       You got to draw the bill.  We've had

5  the order for about a month now, and we all

6  knew this was coming.  So I don't know what

7  more to do about that.  Well, frankly, I do.

8  You could allow a motion without a document.

9  And that's what I did in committee yesterday.

10  And nobody made the motion.  I indicated I was

11  going to entertain such a motion, and no one

12  made it without a document.

13       And the document that was proposed

14  today didn't do that even.  So, again, I think

15  I've stated my position there and as far as

16  (inaudible), that's all I have to say about

17  that.  Now, the only other plan that was

18  properly submitted to the committee was

19  presented yesterday, and the presenters

20  acknowledged that the plan did not create five

21  majority Black districts as the order

22  required.

23       Justin, if you'd roll that beautiful

24  order footage.  This is from page 509 of Judge

25  Jones's order.  The remedy involves an

1   additional majority.  Black congressional

2   district in West Metro, two additional Senate

3   districts in South Metro.  We're getting to

4   that later.  Two additional majority Black

5   house districts in South Metro Atlanta, one

6   additional majority Black House district in

7   West Metro Atlanta, and two additional

8   majority Black house districts in and around

9   Macon-Bibb.

10         Our plan, the HB 1EX, does that.  I

11   don't think Judge Jones could be clearer about

12   it.  I do not want to be in a hearing in a

13   remedial phase.  Having to explain to Judge

14   Jones how I thought he really meant something

15   else than that, that's just not a good

16   position to be in.  I'm not an expert in the

17   Voting Rights Act, but I know a little bit

18   about judges, and I don't think they enjoy it

19   when you either disregard their orders or try

20   to construe them in a manner that that is

21   unreasonable.  And when they're unhappy, that

22   usually falls upon the person who did the

23   improper construing.

24         Our plan complies with that -- with

25   that order.  It complies with that provision.

1   And that's clear guidance that Judge Jones

2   kindly gave us.  Now, I heard some comment

3   about how these some of the districts in our

4   plan didn't actually comply with the order

5   because they weren't majority Black, but they

6   were.  Every one of them was.  We've vetted

7   that with Ms. Wright.  We've confirmed the

8   data and they comply.  And the argument was

9   made that we somehow broke the law by

10  complying with the order or by not doing

11  something else other than what Judge Jones

12  required.

13       Well, in the defense of the people

14  making that argument, I think what they are

15  saying is Judge Jones's order is not exactly

16  in compliance with the Voting Rights Act.  He

17  misconstrued the Voting Rights Act.  So we

18  ought to do what we believe should be done

19  instead of what he ordered.  I don't want to

20  go into court taking that position.

21       I just don't think that's a wise

22  approach to getting the plans approved.  And

23  we retained every majority district we have.

24  It does say additional.  And we created five

25  more.  Finally, just on a personal note, I

1  acknowledge, you know, redistricting -- Judge

2  Hurd used to say about well -- it reminds me

3  of a quote.  Quote, judge heard a former

4  member of this body, you say about taking

5  castor oil.  He said, one of the greatest

6  things about being administered doses of

7  castor oil is it reminds you of the finer

8  things in life, like the times between the

9  doses of castor oil.

10      That's redistricting.  I wish we didn't

11  have to do this.  I really wish we didn't.

12  But we've ordered and I have tried as chairman

13  to comply with that order in the best way I

14  knew how, taking advice of the reapportionment

15  office and of counsel and complying with the

16  order and complying with the Voting Rights

17  Act.

18      And I would not propose something that

19  I felt harmed any one of you in any way,

20  unless I felt it was necessary to comply with

21  the court order.  I don't believe one can be

22  terribly sentimental when you're trying to

23  comply with a court order.  The people in this

24  chamber mean a lot to me personally.

25      And I'm being sincere about that.  When

1  we were doing this two years ago, I went home

2  on the weekend and my mother passed

3  unexpectedly.  And I couldn't come back Monday

4  and Tuesday and so I stay at home, obviously,

5  till we had the funeral, and I think the day I

6  mentioned that to one person in this chamber,

7  within seconds my phone lit up with text of

8  condolences.  So much so that it basically you

9  couldn't hold the phone.  It shook off the

10  table.  This body means a lot to me.

11       Every one of you mean a lot to me.

12  Even when we disagree.  The thing I really

13  appreciate about the people in this body is we

14  disagree and we do it civilly and we still

15  remain friends.  At least we try to.  And I

16  know in this process it's tough.  It's easy

17  for me to sit up here, and my district haven't

18  changed, it haven't been touched.

19       So that's easy for me to say, but --

20  but you folks mean a lot to me.  When she

21  passed, one of you wrote me a note.  A

22  personal note that is one of the kindest

23  things I have ever received.  Didn't know you

24  that well at that time.  And I really

25  appreciate it.  I still appreciate it.

1      And I appreciate this body and the

2  thought that I would intentionally try to draw

3  somebody out for a reason other than complying

4  with an order is just anathema to me.  And I

5  would hope you would all know me better.

6  That's what we have to do.  The order, the

7  House Bill one complies with that order.  We

8  don't have a lot of time.  We need to get this

9  done.

10      And I ask that you approve and vote in

11  favor of House Bill 1EX so we can move on to

12  the rest of the business we have to finish by

13  the court imposed deadline.  Thank you, Mr.

14  Speaker.  I yield the well.

15      SPEAKER JON BURNS:  The gentleman's

16  yielded the well.  There's no doubt of your

17  sincerity or of your work ethic or your hard

18  work.  Thank you for working on this

19  proposition for all members of the House.

20  That concludes all of those that had allocated

21  time to speak to the bill.  So at this time,

22  members, if you'll come to the chamber.  If

23  you're outside the chamber will ask you to

24  come to the chamber.  Mr. clerk, why don't you

25  ring the bell?

1        Is there any objection to the previous

2   question being ordered?  The Chair hears none.

3   The previous question is ordered.  Is there

4   any objection to agreeing to the report of the

5   committee which was favorable to the passage

6   of the bill?  The Chair hears none.  The

7   report of the Committee is agreed to.  Shall

8   this bill now pass?  All in favor of the

9   passage of the bill will vote yes.  All those

10  opposed will vote no and the clerk will unlock

11  the machine.

12       For what purpose does the lady from the

13  93rd Representative Carter rise?

14       REPRESENTATIVE CARTER:  Parliamentary

15  inquiry.

16       SPEAKER JON BURNS:  State your inquiry.

17       REPRESENTATIVE CARTER:  First apology.

18  I had the wrong button pushed when I wanted to

19  ask a question earlier.  So the question,

20  because the author of the bill states that

21  it's unintentional.  But if anyone was to look

22  at House District 93 on this new map it's

23  being called a dead cat.

24       It is the most erroneous gerrymandering

25  that I probably have seen.  You take a

1  district.  You go East.  You go North.  And

2  then you go West.  And then there's a district

3  sandwiched in between.  I would hope that

4  everyone would vote no, because this map is

5  not only disenfranchising the members, the

6  voters of DeKalb, Rockdale, Newton, and now

7  Gwinnett, it is affecting our entire state.

8  So this map should go back to the starting

9  point, because --

10        SPEAKER JON BURNS:  I think that's the

11  lady's question.

12        REPRESENTATIVE CARTER:  Yeah, yeah,

13  that's the question.  House District 93 alone

14  should send it back.

15        SPEAKER JON BURNS:  Well, I appreciate

16  the lady's viewpoint, and I'm sure the lady

17  believes everything she just said.  The lady

18  from the 56th is recognized.  For what purpose

19  does she rise?  Representative Mainor.

20        REPRESENTATIVE MAINOR:  Parliamentary

21  inquiry.

22        SPEAKER JON BURNS:  State your inquiry.

23        REPRESENTATIVE MAINOR:  Thank you, Mr.

24  Speaker.  Isn't it true that the judge's order

25  is not about creating Democrat districts or

1  Republican districts?  It's about creating

2  majority Black districts.  Is that not true?

3      SPEAKER JON BURNS:  I think that's

4  true.  I know that to be.

5      REPRESENTATIVE MAINOR:  True, is it not

6  further true to my colleagues?

7      SPEAKER JON BURNS:  Is this a further

8  inquiry?

9      REPRESENTATIVE MAINOR:  Further inquiry,

10  if I may, Mr. Speaker.

11      SPEAKER JON BURNS:  You're recognized.

12      REPRESENTATIVE MAINOR:  Is it not

13  further true to sit here and say that

14  Republicans are being racist is certainly not

15  true, as I am a Republican and I am certainly

16  not racist.  I take offense to such

17  statements.

18      SPEAKER JON BURNS:  Is that a question?

19  Do you have a question?

20      REPRESENTATIVE MAINOR:  That is my --

21  is that not true?

22      SPEAKER JON BURNS:  I'm sure if the

23  lady so states, that's what the lady certainly

24  believes.

25      REPRESENTATIVE MAINOR:  Thank you, Mr.

1  Speaker.

2      SPEAKER JON BURNS:  We're going to take

3  a couple more and then we're going to close

4  this vote.  I know this lady has -- wanted the

5  opportunity to make a comment and speak.  So

6  Chair recognizes the lady from the 108th House

7  District Representative Clark.  Representative

8  Clark, for what purpose do you rise?

9      REPRESENTATIVE CLARK:  Thank you, Mr.

10  Speaker.  Parliamentary inquiry.

11      SPEAKER JON BURNS:  State your inquiry.

12      REPRESENTATIVE CLARK:  Is it not true

13  that there are many iterations of maps that

14  could be drawn that would not pair six members

15  of the Democratic Party together?  Is that not

16  true, Mr. Speaker?

17      SPEAKER JON BURNS:  I'm sure the lady

18  has studied the map and studied the state and

19  believes what she says is true.  Thank you for

20  your point.  We have one more and let's see.

21  We have let's hear from some history from

22  someone who's been around for a couple of

23  these.  For what purpose does the gentleman

24  from the 167th House district rise?

25  Chairman --

1      MALE VOICE:  Parliamentary inquiry.

2      SPEAKER JON BURNS:  state your inquiry.

3      MALE VOICE:  Isn't it true that the

4   last map that a Republican majority in this

5   House drew my district went from being a part

6   of Liberty County to tiny parts of six

7   counties, going all the way from the coast in

8   McIntosh County, through Liberty Long Brian

9   Bullock to the very top of Candler County to

10   the Emanuel County line?  Isn't that true, Mr.

11   Speaker?

12      SPEAKER JON BURNS:  I'm sure I remember

13   that.  And I'm glad you had that district when

14   you were a younger man, because you would have

15   had trouble covering all of that these days.

16   So.  But you do a great job of representing

17   your district.  I'm not saying that.  So I'm

18   sure the gentleman speaks the truth.  We're

19   going to take one last inquiry here.  I'm

20   going to recognize the gentleman from the

21   143rd, the minority leader of this House.

22      REPRESENTATIVE BEVERLY:  Thank you, Mr.

23   Speaker.  Parliamentary Inquiry.

24      SPEAKER JON BURNS:  State your inquiry.

25      REPRESENTATIVE BEVERLY:  Is it not true

1  that the public Democratic map House map only

2  created issues with 23 House districts.  Is

3  that not true?

4      SPEAKER JON BURNS:  I'm sure if the

5  gentleman so states, I won't comment on that,

6  but I'm sure that's what the gentleman

7  believes.

8      REPRESENTATIVE BEVERLY:  Is it also not

9  true, Mr. Speaker, that the Republican map

10  created problems for 50 plus House districts?

11  Is that not true?

12      SPEAKER JON BURNS:  If that's a

13  question, finish your inquiry, then I'll make

14  a comment.

15      REPRESENTATIVE BEVERLY:  Mr. Speaker,

16  the inquiry is this in the in the Democratic

17  House, the public map that is public.  That we

18  did not couple Democratic members.  In the

19  Georgia House of Representatives.  Is that not

20  true?  With the public map.

21      SPEAKER JON BURNS:  I'm not privy to

22  your map right now, so I'll have to take your

23  word that that's what you did.

24      REPRESENTATIVE BEVERLY:  Lastly, Mr.

25  Speaker, is it not true that that it was

1  unnecessary, absolutely unnecessary to couple

2  Democratic members in the Georgia House

3  Democratic caucus with the map that

4  Republicans drew, because the judge was very

5  specific in the regions in which he

6  identified.  Is that not true, Mr. speaker?

7     SPEAKER JON BURNS:  I'm sure the

8  gentleman believes that.  I said that was the

9  last one.  But I think if I'm going to hear

10  from the minority leader, I also need to hear

11  from the majority leader, the gentleman from

12  the 104th House District Leader Efstration.

13     REPRESENTATIVE EFSTRATION:

14  Parliamentary inquiry.

15     SPEAKER JON BURNS:  State that inquiry.

16     REPRESENTATIVE EFSTRATION:  Mr. Speaker

17  is not true that the publicly released map, as

18  I understand it, was the map that the minority

19  leader presented in committee and that was

20  presented on the second day of committee, when

21  he was given an opportunity to present the

22  first day, and that from a study of the map,

23  it was acknowledged by all involved that it

24  failed to comply with the requirement from --

25  from the judge that we just saw projected on

1  the board to create five districts as

2  outlined, it only created four and therefore

3  did not comply with the specific order as

4  written by the judge.  Is that not true?

5        SPEAKER JON BURNS:  Well, I'm sure the

6  gentleman understands what he's saying.  And

7  he believes what he's saying.  And so thank

8  you for your inquiry.  I'll make one last

9  statement, and we're going to close this out.

10  It has been my intent from when this process

11  began a few a month ago or longer, and that

12  time frame not quite a month ago to comply

13  with Judge Jones's order.

14        And I also know that I have many

15  friends that are serving in this General

16  Assembly right now in this House.  And my

17  friends on both sides of the aisle have been

18  impacted by this redistricting.  It's not my

19  choice to be here.  But we're going to be here

20  and we're doing the work that's been assigned

21  to us.

22        We're going to comply with this with

23  Judge Jones's order.  We're going to create

24  new Black majority districts in this state.

25  That's what we were told to do.  That's what

1  this map does.  I feel comfortable with this

2  map.  And we'll move forward.  So with that, I

3  thank all the members have voted.  All members

4  voted.  Mr. Clerk, lock the machines.

5       On the passage of the bill, the yeas

6  were 101, the nays 77.  The bill, having

7  received the requisite constitutional

8  majority, is therefore passed.  For what

9  purpose does Chairman Leverett rise?

10     REPRESENTATIVE LEVERETT:  To make a

11  motion.

12     SPEAKER JON BURNS:  State your motion.

13     REPRESENTATIVE LEVERETT:  I move that

14  we immediately transmit House Bill 1EX to the

15  Senate.

16     SPEAKER JON BURNS:  There's objection.

17  The gentleman moved.

18     REPRESENTATIVE LEVERETT:  The gentleman

19  moves.

20     SPEAKER JON BURNS:  There's been

21  objection to immediate transmittal of House

22  Bill 1EX and the gentleman's moved.  We'll

23  vote it.  All of those in favor of immediate

24  transmittal will vote yes.  That's green.  All

25  those opposed to immediate transmittal will

1  vote no.  That's red.  The clerk will unlock

2  the machines.

3      Have all members voted?  All members

4  voted?  If so, Mr. Clerk, will you lock the

5  machines?  On the gentleman's motion that.  HB

6  1EX be immediately transmitted to the Senate.

7  The yeas, the Greens are 101, the nays the

8  read are 76.  The bill is on its way to the

9  Senate.

10      (End of Video Recording.)

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                      CERTIFICATE

2

      I, Wendy Sawyer, do hereby certify that I was

3
authorized to and transcribed the foregoing recorded
4
proceedings, and that the transcript is a true record, to
5
the best of my ability.
6

7

8
      DATED this 15th day of December, 2023.
9

10

11
    _____
12
    WENDY SAWYER, CDLT
13

14

15

16

17

18

19

20

21

22

23

24

25

**GEORGIA HOUSE FLOOR**
**Hearing - House Floor on 12/01/2023**                    Index: 1..act

---

**1**

**1**   5:8,9

**100**   27:13
30:5

**101**   54:6
55:7

**104th**   52:12

**105**   19:6

**108th**   49:6

**117**   5:4
30:10

**11th**   18:21

**143rd**   50:21

**145**   5:18
29:15

**149**   5:19
29:20

**15th**   56:8

**167th**   49:24

**17**   5:9

**180**   6:2

**185**   6:1

**1886**   36:15

**1965**   19:21
20:17
32:16

**1EX**   3:9
17:10,15,
22 33:21
35:17,25

36:11
38:7,17,21
41:10
45:11
54:14,22
55:6

---

**2**

**2**   3:21

**20**   32:5
39:3

**2013**   20:15

**2020**   34:9

**2021**   3:21
14:23
20:22
34:11 35:9
37:13

**2022**   34:13

**2023**   3:16
56:8

**2024**   34:15

**23**   51:2

**26th**   3:16
9:15

**28th**   9:16

---

**4**

**43rd**   13:2

**47th**   15:15

---

**5**

**5**   20:5

**50**   20:11
51:10

**50/50**   22:11

**509**   4:9
40:24

**56th**   47:18

**59,511**   7:6

---

**6**

**61**   30:15

**64**   5:12,14

---

**7**

**70**   5:6

**74**   5:3,8
30:19

**76**   55:8

**77**   54:6

---

**8**

**81**   18:19

---

**9**

**93**   46:22
47:13

**93rd**   46:13

---

**A**

**ability**   11:3
56:5

**Abraham**
22:21
25:18

**absolutely**
52:1

**accept**   6:7

**access**   26:23

**accommodate**
11:20,24
12:4

**accord**   4:19

**accused**   9:6
39:13

**achieve**   10:9

**acknowledge**
14:8 43:1

**acknowledged**
14:6 40:20
52:23

**act**   3:22
11:10
13:12,18
14:6 18:23
19:23
20:5,15
21:4 23:17
24:9,10
32:16
41:17
42:16,17

---

43:17

acting   13:17

acute   32:19

add   7:2
 8:15

added   7:22

adding   8:13

additional
 4:10,11,13
 7:22 9:1
 18:8,11
 28:23
 41:1,2,4,
 6,7 42:24

addressed
 38:13

Adesanya
 13:3,5,9,
 23 14:2,11

adjoining
 7:11

adjustment
 6:4

administered
 43:6

admire   4:21

admittedly
 8:10

adopt   3:10
 4:24

advice   43:14

affecting

47:7

African
 19:25
 26:20

age   5:20

agree   14:9
 37:20

agreed   46:7

agreeing
 46:4

aisle   53:17

Alabama   4:16

allocated
 17:15 34:3
 45:20

allowed   4:1
 6:21 9:22,
 25

allowing   4:1

alternate
 9:17,25
 10:5

America   28:1
 32:8

American
 19:25
 22:6,15
 23:9 26:20

ample   24:23

anathema
 45:4

anti-democracy

23:3

apology
 46:17

apparent
 10:7

Appeals
 18:22

appoint
 11:13

approach
 42:22

approval
 11:21,23
 20:8,20

approve
 45:10

approved
 3:21 9:21
 29:14,18
 30:3,14,18
 42:22

area   5:17
 19:4 30:22

areas   6:25
 7:10 9:2

argument
 42:8,14

arrogant
 28:3

artificial
 24:25

Asian   19:8

Assembly
 35:15
 53:16

assertions
 8:18

assigned
 10:3 53:20

assuming
 16:19

Atlanta
 4:11,12
 41:5,7

attack   23:16

attacks
 23:23,24

attempted
 10:4

attorney
 29:3 37:22
 39:10

attorneys
 28:20

author   46:20

authoritarian
 23:3

authorized
 56:3

avoid   8:8

awareness
 32:19

**B**

back  7:4,16
  18:17,18
  19:5
  22:13,14
  23:1,23
  27:5,6
  44:3  47:8,
  14

backbone
  28:5

background
  37:2

backgrounds
  37:17

Baldwin  30:1

barriers
  26:25

Bartlet  29:4

basically
  44:8

beacon  32:17

bears  28:9

beautiful
  40:23

began  9:15
  53:11

begin  28:18

beliefs
  37:17

believes

47:17
48:24
49:19 51:7
52:8 53:7

bell  45:25

Belt  29:21,
  22,24

benefit
  13:19

Beverly
  24:17,18,
  19 33:19
  50:22,25
  51:8,15,24

Bibb  29:16,
  25

bill  3:5,9,
  14 4:23
  10:1,2
  14:21 15:2
  17:7,10,22
  24:17
  33:22
  35:25
  36:1,6,11
  38:7,21
  39:7 40:1,
  3,4 45:7,
  11,21
  46:6,8,9,
  20 54:5,6,
  14,22 55:8

bit  5:13
  25:10
  27:21
  41:17

Black  4:10,
  12,13 5:2,
  20,22,23
  9:1 18:13,
  24 19:7
  27:5
  28:12,23,
  24 29:21,
  22,24
  38:1,3
  40:21
  41:1,4,6,8
  42:5 48:2
  53:24

blatant  18:1
  21:14
  23:13

block  29:19

blocks  27:1
  30:2,6

board  53:1

body  12:22
  18:16
  20:23
  35:23
  37:12,15,
  21 43:4
  44:10,13
  45:1

born  23:20
  36:18

borrow  7:8,9

boundaries
  38:15

branches

35:20

break  28:5
  32:7

breaking
  32:24

Brian  14:3
  50:8

broke  32:3
  42:9

brown  5:9

Bullock  50:9

burden  38:15
  39:22

BURNS  12:14,
  17,25
  14:12
  15:10,14
  17:2,12
  24:15
  33:18 34:1
  36:3 38:23
  45:15
  46:16
  47:10,15,
  22 48:3,7,
  11,18,22
  49:2,11,17
  50:2,12,24
  51:4,12,21
  52:7,15
  53:5
  54:12,16,
  20

business
  33:5 45:12

button  46:18

---

C

---

called  46:23

campaign
  9:11

candidate
  18:3 24:2,
  13 26:24

candidates
  19:1,9

Candler  50:9

capacity
  26:8

carbon
  29:13,17
  30:12,17

care  12:5
  34:22

carry  39:10

Carter
  46:13,14,
  17 47:12

case  24:1
  29:5,9

castor  43:5,
  7,9

casualties
  8:20

cat  46:23

caucus  25:3,
  25 26:7

28:2 52:3

CDLT  56:12

census  30:2,
  6

center  5:10

CERTIFICATE
  56:1

certify  56:2

Chair  33:22
  36:4 46:2,
  6 49:6

chair's  39:3

chairman
  3:4,6
  12:18
  14:16,20
  15:9,23
  17:2 24:22
  36:11 38:7
  39:4,6
  43:12
  49:25 54:9

challenges
  35:5

chamber
  39:15
  43:24 44:6
  45:22,23,
  24

chance  11:11

change  28:4

changed
  44:18

choice  18:3
  19:2,3,10
  24:3,13
  26:24
  53:19

circle  7:15

Circuit
  18:21

circumstance
  37:2

circumstances
  9:19 11:2

citizen
  36:21

citizens
  24:6,13
  34:24

civil  23:2
  32:12

civilly
  44:14

claims  22:1

clarify  4:6
  16:20

Clark  49:7,
  8,9,12

clear  24:21
  42:1

clearer
  41:11

clerk  45:24
  46:10 54:4
  55:1,4

cling  21:11

close  49:3
  53:9

coalition
  32:4 38:2

coast  50:7

Cobb  30:16

coincided
  25:4

colleague
  30:8 34:18

colleagues
  17:21
  25:24 26:1
  29:4 32:21
  33:13 36:9
  48:6

color  5:15

colors  27:8

comfortable
  54:1

comment  9:24
  42:2 49:5
  51:5,14

comments
  17:6
  39:14,24

commitment
  32:20

committed
  35:6

committee
  6:12 10:3,

6 13:10
24:22
40:9,18
46:5,7
52:19,20

communities
8:5 21:17

community
37:6 38:11

compact 8:4

compactness
21:16

competition
23:5

complain
10:25

completely
10:11

compliance
15:4 42:16

complied
32:7

complies
4:25 6:12
12:10 38:8
41:24,25
45:7

comply 4:5,
23 8:25
11:18 12:9
13:21
18:5,7
21:4 28:22
32:2 35:23

37:24 38:6
42:4,8
43:13,20,
23 52:24
53:3,12,22

complying
12:2 15:4
42:10
43:15,16
45:3

concede 9:8

concerned
6:21

concludes
38:24
45:20

conclusion
32:11

condolences
44:8

confidence
22:14

confirmed
42:7

Congress
20:24

congressional
22:9 41:1

consideration
3:9 17:10
36:1

constituents
37:19

constitutional
6:19 54:7

constraints
10:22

construe
41:20

construing
41:23

contemplate
33:3

contest 4:16

context 3:16
28:17

contiguous
8:3

continue
17:3 27:24

continued
7:14

contrary
8:18

control 21:8

Cooper 29:7

copies 29:13

copy 29:17
30:12,13,
17

cornerstone
36:12

correct
16:2,25

counsel 25:5

43:15

counties
7:22 18:15
29:16
30:1,17,20
35:2,4
50:7

country 24:7
27:6

county 5:14
7:23,25
14:22
18:20 19:6
20:15
29:25
30:12
38:13
50:6,8,9,
10

couple 12:25
17:3 25:17
49:3,22
51:18 52:1

court 3:18
9:12
11:11,13,
16,21,22
12:9 18:21
20:14
21:3,25
22:3 35:18
36:14 37:7
42:20
43:21,23
45:13

Court's 8:25

9:14 11:18

courts 11:1

covering
50:15

create 6:17
7:1 37:12,
25 40:20
53:1,23

created
29:1,2,10
31:23
42:24
51:2,10
53:2

creates 5:3,
11,18,22
18:13
22:10

creating
6:14 47:25
48:1

credibility
39:11

creeds 27:9

crossover
38:2

crunch 33:2

culmination
29:23

current
34:10
37:21

custodian

26:8

_____

**D**

_____

damage 8:21

dark 21:7

data 42:8

DATED 56:8

day 28:18
44:5
52:20,22
56:8

days 9:17
11:7 50:15

dead 46:23

deadline
9:13,19
11:1,4
35:13
45:13

deal 33:6

dear 25:24

debate 35:22

decade 27:2

December
56:8

decided 22:1
27:20

decides
31:25

decision
3:19 4:20
20:16

decisions
32:25

decline 12:3

decreases
5:24

deeply 22:5
34:21

defense
42:13

Dekalb
18:15,20
47:6

deliberate
10:23 11:9
26:11

deliver
27:25

democracy
23:24 24:8
25:21

Democrat
47:25

democratic
22:8,11,
12,13,17
25:3,25
26:6 30:10
49:15
51:1,16,18
52:2,3

Democrats
15:24
16:14,21
28:25

demonstrated
20:7 23:10

demonstrates
23:16

denial
28:14,15,
16

denialism
22:24

deserve 24:3

desires
10:19

detail 37:23

detailed
4:19 35:8

deviates
30:1

deviation
6:22 7:5

deviations
7:20

devised
32:23

dignity
28:16

diligently
34:23

directed
26:20

disagree
12:7 28:21
44:12,14

disappear
  37:11

discriminate
  21:5

discrimination
  20:7
  21:20,22
  22:25

discriminatory
  19:24 21:1

discuss  17:4

disenfranchise
d  26:22

disenfranchise
ment  19:25
  28:12

disenfranchisi
ng  47:5

disregard
  11:6 21:15
  23:14
  41:19

disruptive
  6:15

distortion
  22:8

distorts
  22:7

district
  3:17,18,20
  4:12 5:3,
  12,18,19
  7:20
  18:19,20,

22,24
19:3,5,7,
11 29:10,
13,14,15,
18,20,21
30:10,11,
13,15,16,
18,19,22,
24 31:1,2,
12,14,17,
18 34:12,
16,19
35:11
37:12
41:2,6
42:23
44:17
46:22
47:1,2,13
49:7,24
50:5,13,17
52:12

districts
  3:10 4:10,
  14 5:2,22,
  23,25 6:1,
  14,15,17,
  20 7:1,3,
  9,11,12,
  19,24 8:2,
  13,16 9:1
  18:9,11,
  13,14
  21:14,17
  22:11
  23:15
  26:13
  27:12,15

28:24
29:1,6,12
30:2 32:4
35:11
38:1,2,3,4
40:21
41:3,5,8
42:3 47:25
48:1,2
51:2,10
53:1,24

diverse
  26:17
  37:16

document
  40:8,12,13

documents
  10:8,18

Dome  35:7

doses  43:6,9

doubling
  23:12

doubt  45:16

Douglas  5:14
  30:16

drastic  8:16
  35:10

draw  11:11,
  13,14 18:8
  20:18 21:5
  31:22 32:1
  40:4 45:2

drawing  3:24
  4:2 7:23

9:16 13:16

drawn  3:24
  21:1 49:14

draws  18:10

drew  7:3
  16:8 50:5
  52:4

due  19:23

_____

E

earlier  39:6
  46:19

easier  8:1

East  47:1

easy  44:16,
  19

echo  32:21

effect
  31:20,23

effectively
  7:15

effects
  6:16,18

effort  15:2
  18:5

Efstration
  52:12,13,
  16

elect  18:2
  19:1,9
  24:2,13
  37:4

elected
    22:12

election   8:1
    22:23
    34:25
    38:15

elections
    22:14

electoral
    22:9

electorate
    26:21

Emanuel
    50:10

emerged
    32:16

Emotions
    35:12

enacted   3:13

enacting
    10:1,2

enacts   5:2

end   28:18
    55:10

engages
    21:13

enjoy   41:18

ensure   19:19

ensures
    38:18

ensuring
    8:2,4 23:7

38:11

entered   3:19

entertain
    40:11

entire   47:7

equal   25:14
    26:22
    38:18

equality
    23:8 26:10
    33:12

equitable
    32:20

equivalent
    6:7,8

erodes   22:14

erroneous
    46:24

established
    9:23

establishes
    5:23

ethic   45:17

excessively
    39:19

exercise
    18:1

existing
    6:15,25
    7:2,17
    18:6,21
    23:14

expect   6:14

expelled
    23:4

expense   26:4

expert   13:19
    41:16

explain
    18:12
    41:13

explaining
    6:8

extended
    25:9

extent   8:7
    16:17

_____

_____

F

fact   8:9
    14:5 29:12

faction   23:4

failed   52:24

fair   21:5
    22:7

fairly   37:13

fairness
    33:12

faith   25:7,8

falls   41:22

families
    12:8

fast   9:7

10:14
    18:15

favor   12:12
    17:16
    33:20 34:4
    36:11
    38:25
    45:11 46:8
    54:23

favorable
    17:10 36:1
    46:5

favorite
    25:19

federal   4:20
    20:8,20,25
    22:3

feel   10:16
    11:25 54:1

fellow   23:25
    24:12 26:4

felt   43:19,
    20

fertile
    32:13

fight   23:23

filed   10:2

final   16:22

finally
    16:18
    30:18
    42:25

find   8:17

21:3 23:1
26:14

finer 43:7

finish 45:12
51:13

fire 8:22

firm 33:11

floods 19:10

floor 36:6

flow 3:3

folk 27:5,
17 28:24
30:3

folks 17:7
44:20

follow 4:17
35:18

foolishness
29:1,12

footage
40:24

force 13:19

foregoing
56:3

forgot 34:2

forward 8:2
14:4 18:17
54:2

fosters
22:18

fought 32:15

found 20:4
32:13

foundational
22:16

frame 53:12

frankly 40:7

free 37:11

freed 22:22

freedom 18:2
23:8 24:2,
12

freedoms
23:25

friend 34:18

friends
44:15
53:15,17

fulfills
12:11

fully 4:25

fundamental
23:24
36:13,16

funeral 44:5

future 26:17
32:21

─────────────
          G
─────────────

gathered
26:11

gave 4:4
42:2

General
35:15
53:15

gentleman
10:24
12:14
13:2,4,6
15:10,19
16:4 33:18
49:23
50:18,20
51:5,6
52:8,11
53:6
54:17,18

gentleman's
45:15
54:22 55:5

gentlemen
3:7

Gentlemen's
17:12

Georgia
3:11,18
6:22 19:21
20:11,18
21:9
23:15,20
24:6 25:3,
13 27:5,7,
9,18 32:8,
13 33:4,8,
12 51:19
52:2

Georgia's
28:8

Georgian
21:6

Georgians
18:2 23:25
24:3,11
26:5 33:15

gerrymandering
18:1 20:3
21:14,20,
23,24
22:2,4,25
31:3 46:24

Gina 16:9

give 11:11

giving 9:3

glad 50:13

goal 11:22

God 28:4,8

God's 27:6
28:7

Gold 35:6

good 3:8
5:6 25:7,8
33:23 34:7
36:9 41:15

government
7:25 35:20

governor's
36:6

great 21:13
26:18
27:3,4
31:6 50:16

**GEORGIA HOUSE FLOOR**
**Hearing - House Floor on 12/01/2023**          Index: greater..illegal

greater
  22:18

greatest
  43:5

greatly  8:14

green  5:8
  54:24

Greens  55:7

ground  32:13

group  27:17
  37:16

growing
  18:15

guidance  4:5
  42:1

gutted  20:14

guys  29:11

Gwinnett
  18:15 19:6
  47:7

――――――――
        H
――――――――

hands  28:6

happen  10:13
  25:6,15
  32:1 35:10

happened
  20:21

hard  37:12
  45:17

harmed  43:19

harms  18:2

Harris  29:8

haste  11:9

HB  17:15
  33:21
  35:16,25
  38:17
  41:10 55:5

hear  17:6
  27:25 33:9
  49:21
  52:9,10

heard  28:25
  36:23 37:1
  38:19
  39:15 42:2
  43:3

hearing
  13:10
  41:12

hearings
  9:22

hears  46:2,6

heart  25:21
  32:13

held  9:22

Henry  30:11,
  20

high  11:10

Hispanic
  18:25 19:7

historic
  26:14

historical
  26:16

historically
  26:21

history  3:15
  19:17,23
  20:7 28:8
  49:21

hold  5:9
  44:9

holder  20:16

home  44:1,4

honest  9:11
  19:18

Hong  36:5,
  7,8

honor  11:5
  34:25

honors  26:17

hope  4:15
  12:5 23:1,
  2,3 32:17
  34:4 39:4
  45:5 47:3

Hopkins
  36:15

hour  3:1
  17:14,16,
  18 34:3

hours  12:21
  17:3

house  3:7,9,
  11,20

4:10,12,13
5:3,11,18
6:1 15:16
17:10,22
18:18 19:5
20:25 25:3
26:13 28:2
31:21 34:9
35:16,24
36:11
38:7,20,21
41:5,6,8
45:7,11,19
46:22
47:13
49:6,24
50:5,21
51:1,2,10,
17,19
52:2,12
53:16
54:14,21

Houston
  29:16

Hurd  43:2

hurry  10:16

――――――――
        I
――――――――

ideal  7:6

ideals  33:11

ideas  23:6

identified
  52:6

illegal  26:3

immediately
  9:15 54:14
  55:6

immense
  26:12

immigrant
  36:20

impacted
  53:18

implementing
  20:9

importance
  36:23

important
  19:16
  35:12

importantly
  13:14

imposed   9:12
  45:13

imposing
  11:1

improper
  41:23

inaudible
  40:16

include   7:19
  8:10

including
  20:1

incorporate
  16:13

incorrectly
  22:1

incumbent
  8:11 15:3
  19:4

incumbents
  8:8

individual
  35:4

inflict   8:19

inflicted
  8:21

injustice
  28:10
  32:24

input   4:1

inquiry
  46:15,16
  47:21,22
  48:8,9
  49:10,11
  50:1,2,19,
  23,24
  51:13,16
  52:14,15
  53:8

instructed
  5:1

instructions
  35:15

instrument
  32:23

insurrection
  22:24

intended
  10:9,14

intent   23:16
  53:10

intentional
  10:12

intentionally
  45:2

intentions
  10:10

interest   8:5
  11:19
  21:17 35:1

interesting
  39:11

interests
  24:10
  38:12

interpret
  13:18

intimidation
  20:2

involved
  52:23

involves   4:9
  40:25

issues   51:2

iterations
  49:13

─────────────

─────────────
          J

James   24:16,

19

Jan   15:16,
  18,22
  16:3,7,12,
  18 17:1

jeopardize
  37:11

jeopardizing
  11:21

jeopardy
  31:19

job   50:16

John   24:8

Johnson
  32:22

joining
  38:20

JON   12:14,
  17,25
  14:12
  15:10,14
  17:2,12
  24:15
  33:18 34:1
  36:3 38:23
  45:15
  46:16
  47:10,15,
  22 48:3,7,
  11,18,22
  49:2,11,17
  50:2,12,24
  51:4,12,21
  52:7,15
  53:5

54:12,16,
20

**Jones**   3:17
4:4,8 5:1,
21 6:5
12:2 13:20
15:16,18,
22 16:3,7,
12,18
17:1,24
18:16
19:15
29:14,18
30:3,14,18
32:10 35:9
37:20,25
41:11,14
42:1,11

**Jones's**   4:25
6:13 12:10
15:5 18:5,
8 30:21
40:25
42:15
53:13,23

**judge**   3:16,
17 4:4,7,
20,25 5:1,
21 6:4,13
12:2,10
13:20 15:5
17:24
18:5,7,16
19:15
20:25
27:16
29:14,18

30:2,14,
18,21
31:21 32:9
35:8
37:20,23,
24 38:9
40:24
41:11,13
42:1,11,15
43:1,3
52:4,25
53:4,13,23

**judge's**
13:15
28:22 29:3
35:14,21
47:24

**judges**   38:5
41:18

**judgment**
25:16

**jurisdictions**
20:6

**justice**   23:8
26:10
32:15
33:12

**justices**
20:14 22:1

**Justin**   40:23

K

**Kemp**   33:22,
23 34:6

**kindest**
44:22

**kindly**   4:1
42:2

**King**   27:23
28:18

**knew**   10:17
40:6 43:14

L

**lack**   4:18

**Ladies**   3:7

**lady**   15:15
33:22 36:3
38:23
46:12
47:16,17
48:23
49:4,6,17

**lady's**
47:11,16

**Lamar**   35:1

**Lastly**   51:24

**law**   13:20
18:6,21
23:14
29:5,9
32:3,7
35:18 42:9

**laws**   20:10

**LC**   25:4

**lead**   25:5

**leader**
24:16,18
26:6 33:19
50:21
52:10,11,
12,19

**leaders**   36:7

**leaning**
30:10

**learned**
13:10
28:20 31:6

**legacy**   26:9

**legal**   6:19
21:24

**legislative**
20:19
26:13

**legislature**
4:18

**lengthy**   15:5

**lessen**   38:15

**Leverett**
3:4,6
12:16,23
13:7,13,25
14:8,19,24
15:6,12,21
16:1,5,10,
16,24 17:8
39:6,8
54:9,10,
13,18

**Leverett's**

36:11 38:7

Lewis   24:8

Liberty
  50:6,8

life   43:8

light   5:8

limit   11:3

limited   6:1,
  23 20:1

limiting
  7:21

Lincoln
  22:22
  25:18

Listen   27:2

lit   44:7

litany   29:9

literacy
  20:1 28:13

live   29:25
  31:11

lives   28:18

local   8:1

located
  29:16

lock   54:4
  55:4

long   34:5
  50:8

longer   53:11

looming

35:13

lot   12:7,20
  34:20
  39:11
  43:24
  44:10,11,
  20 45:8

Louisiana
  9:10 10:24

Lyndon   32:22

───────────
───────────

         M

machine
  46:11

machines
  54:4 55:2,
  5

Macon   5:17
  29:25

Macon-bibb
  4:14 5:16
  41:9

made   8:9
  9:2,5 15:2
  25:10
  40:10,12
  42:9

Mainor
  47:19,20,
  23 48:5,9,
  12,20,25

maintain
  9:24 21:11
  26:4

maintaining
  7:20

majority
  4:10,11,13
  5:2,19,21,
  23,24 9:1
  18:4,8,11,
  13 19:6
  20:21
  21:12 26:2
  29:15,20
  30:11,13,
  16 32:4
  38:1,3
  39:17
  40:21
  41:1,4,6,8
  42:5,23
  48:2 50:4
  52:11
  53:24 54:8

majority/
minority
  18:14,19
  23:15
  30:19

make   6:3
  9:4 10:15
  19:13
  31:15
  32:25 49:5
  51:13 53:8
  54:10

makes   7:25
  22:19

making   42:14

MALE   50:1,3
  50:14

man   32:23
  50:14

manipulation
  22:18

manner   4:6
  21:2 41:20

map   3:13
  4:24 5:1,4
  13:11 14:4
  17:23,25
  18:7,10,12
  19:2,10,14
  21:13
  22:10
  23:11
  24:5,12,24
  25:4,12
  26:3 27:20
  30:15
  31:22 32:1
  34:10,12,
  15 38:7,17
  46:22
  47:4,8
  49:18 50:4
  51:1,9,17,
  20,22
  52:3,17,
  18,22
  54:1,2

maps   3:20,
  23 4:2
  11:17
  13:16
  20:19,23,

25 21:5,10
25:4 32:18
34:19
35:16
37:13
49:13

March   34:9,
12,15

marred   28:10

master
31:22,25

match   10:10

matched
10:18

matter   26:11
28:19

matters
28:20
36:25
37:2,5

Mcintosh
50:8

means   44:10

meant   37:9
41:14

mechanisms
28:13

meet   11:6
34:23 35:7

meets   35:17

member   30:25
31:5 33:17
34:17 43:4

members
11:16
12:21
27:22
31:21
33:25 34:8
38:20
39:16,20
45:19,22
47:5 49:14
51:18 52:2
54:3 55:3

memorandum
3:19

mentioned
44:6

metro   4:11,
12 5:3,11
19:4 41:2,
3,5,7

migrated
27:17

migration
27:3,4,5,7
31:6

Milledgeville
30:8

minds   28:21

minority
18:9,11
19:7 24:16
29:15,20
30:11,13,
16 32:4
33:19 39:2

50:21
52:10,18

minus   6:24
7:21

minutes   39:4

misconstrued
42:17

mistakes
10:15
19:18 21:7
23:12

moment   19:16
26:14 33:9

moments
33:14

Monday   44:3

month   40:5
53:11,12

morning   3:8
10:4 33:23
34:7 36:9,
10

mother   44:2

motion   40:8,
10,11
54:11,12
55:5

motions
10:21

move   5:4,6,
12 11:9
14:4 25:1
27:12

29:19 30:6
31:7,8,11,
13 33:20
39:1,2
45:11
54:2,13

moved   27:13,
14,17 30:7
31:3 33:15
54:17,22

movement
32:12

moves   19:3
54:19

moving   9:6,8
31:9

multifaceted
28:9

multiple
21:17

_____

N

narrowing
23:17

nation   22:20
28:6

nations   27:8

native
23:19,20

nays   54:6
55:7

necessarily
25:19

neighboring
7:12

neighbors
7:11,13

net  18:10

Newton  47:6

nominated
20:13
21:25

North  47:1

northeast
27:6

northern
3:18 18:20

notable
25:20

note  42:25
44:21,22

November
9:16

number  5:24
14:22 15:3
25:5 33:4
38:13

numerous
9:23

O

objection
46:1,4
54:16,21

objective

8:24 12:2

objectives
10:9

obligation
11:15
12:11

observe
35:17

obtain  20:8

obtaining
20:19

October  3:16
9:15

offense
48:16

office  16:9
25:6 43:15

officials
8:1 38:16

oil  43:5,7,
9

open  9:18
14:3

opinion  3:19
4:9 13:22
14:9

opportunity
10:5 19:1,
9,12 24:23
25:11
26:15,18,
23 27:10,
11 30:22

33:16
34:14 38:1
49:5 52:21

opposed  3:1
17:14,15
39:1 46:10
54:25

opposing
8:20 39:16

opposition
17:21
39:21

order  4:6
5:1 6:10,
13 8:25
9:14 10:8,
21 11:18
12:2,9,10
13:15,22
15:5 18:5,
8 21:4,11
26:3 28:22
29:3,14
30:21 32:3
35:14,21,
23 37:24
38:6 40:5,
21,24,25
41:25
42:4,10,15
43:13,16,
21,23
45:4,6,7
47:24
53:3,13,23

ordered  3:23

5:21 18:16
27:16
32:10 35:8
42:19
43:12
46:2,3

orders  35:18
41:19

outcomes
22:9

outlined
53:2

overarching
12:1

overly  8:19

overriding
8:24

overtly
39:13,19

P

packet  5:5

pain  8:14

pair  8:10
49:14

paired  34:16
39:20

pairing  8:8

pairings
8:11,14,16
15:3

parity  7:16

Park  17:17,
  19,20
  24:15

Parliamentary
  46:14
  47:20
  49:10
  50:1,23
  52:14

part  25:23,
  25 50:5

parties  9:23
  11:17

partisan
  8:19 18:1
  21:14,20,
  23,24
  22:2,5
  24:5
  39:14,19

partisanship
  22:19

parts  50:6

party  8:20
  22:21,23,
  24 23:4,5,
  11 24:7
  34:17
  39:16,17
  49:15

party's  18:4

pass  46:8

passage
  46:5,9

54:5

passed  3:10
  20:23
  44:2,21
  54:8

past  19:19
  21:7
  23:13,22
  27:2 28:10
  32:19

pause  19:16
  30:23

pave  26:16

people  23:6
  27:8 31:9,
  16,17
  34:22
  42:13
  43:23
  44:13

percent  6:24

perfect  23:7

person  22:17
  31:18 37:3
  41:22 44:6

person's
  37:1

personal
  42:25
  44:22

personally
  43:24

phase  41:13

phone  44:7,9

phonetic
  14:3

Pike  35:1

pillar  36:13

place  28:6
  34:24

placing
  26:25

plainly
  21:18

plan  5:22
  6:9,11
  7:23 8:10
  9:16,20,25
  11:22 12:9
  15:25
  16:8,14,22
  17:4 38:14
  40:2,17,20
  41:10,24
  42:4

plans  9:17,
  21 10:6
  11:8,12,
  13,14
  13:21
  42:22

plurality
  29:6

podium  39:15

point  17:5
  47:9 49:20

polarization
  22:18

political
  8:19 24:7
  26:8 31:3
  36:16

politician
  9:10

politics
  24:5

poll  20:2
  28:13

poor  33:5

popped  13:1

population
  5:20 6:21
  7:2,4,10

populations
  5:20 7:20

portal  9:24

portion
  17:18

position
  40:15
  41:16
  42:20

potential
  11:21

potentially
  27:12,22
  31:1

power  21:11
  23:13

26:2,4
28:6 37:3

**powerful**
32:23

**practices**
19:24 20:3

**precedent**
29:5

**precinct**
38:14

**precincts**
7:25

**preclearance**
19:22
20:4,8,13

**prepare**
11:17

**present** 3:4,
8 11:17
24:24
25:11 40:2
52:21

**presented**
6:11 10:8
40:19
52:19,20

**presenters**
40:19

**preservative**
36:17 37:8

**president**
22:12
25:19
32:22

**previous**
46:1,3

**primarily**
6:18

**primary** 8:24
11:22
12:1,8
28:14

**prime** 35:11

**principle**
22:17

**principles**
7:18,19
14:18
21:16 22:6
33:11
38:10,17

**print** 25:3

**privilege**
35:2

**privy** 51:21

**Pro** 15:15,
16

**problems**
51:10

**procedures**
20:10

**proceedings**
56:4

**process** 3:2
7:14 8:23
9:3 22:8
25:1 44:16

53:10

**projected**
52:25

**promise** 23:7

**promised**
9:10

**properly**
38:12
40:18

**propose**
43:18

**proposed**
3:13 18:6
40:13

**proposition**
33:21
45:19

**protect** 19:4
27:21 30:7
31:24
33:16

**protected**
8:5 18:22
32:5,6

**protection**
20:12

**protections**
23:18

**protects**
23:14

**provision**
20:4 41:25

**public** 9:24

51:1,17,20

**publicly**
52:17

**purport** 6:4

**purpose**
46:12
47:18
49:8,23
54:9

**pursuit**
23:13

**push** 26:2

**pushed** 46:18

**put** 3:11
12:20
16:22
21:18
24:25 30:9
31:19 38:5

**puts** 24:5,6

_____

**Q**

**qualified**
34:8,12

**qualify**
34:15

**question**
12:18 13:3
14:14
15:17
46:2,3,19
47:11,13
48:18,19
51:13

questions
  12:13,19
  13:1 14:17
  17:5

quickly  9:8
  37:10

quote  10:24
  27:23 43:3

quotes  9:9
  25:20

quoting  4:8

───────────
       R
───────────

racial
  21:19,22
  22:4,25
  28:10

racially
  21:1

racist
  48:14,16

raised  23:21

read  55:8

reality
  24:24 25:2
  27:11 33:3

realized
  27:4

realm  28:11

reapportionmen
t  16:8 25:6
  43:14

reason  10:20
  35:21,24
  38:5 45:3

reasonable
  11:3 28:21

reasons
  17:22

receive  9:14

received
  44:23 54:7

recent  7:24

recognize
  3:3 17:17
  19:17
  33:21
  50:20

recognized
  13:4 14:14
  15:17
  17:19
  24:17 39:6
  47:18
  48:11

recognizes
  36:5 49:6

recommend
  33:21

reconfigure
  8:12

record  24:21
  56:4

recorded
  56:3

Recording
  55:10

red  55:1

redistrict
  40:2

redistricted
  34:11

redistricting
  6:12 7:18
  14:17,23
  21:16
  24:22
  35:9,25
  38:10 40:3
  43:1,10
  53:18

redraw  7:9

redrawing
  26:12
  32:18

reduce  15:3

reduces
  14:21

reducing
  38:13

Reeves
  14:13,15,
  20 15:1,8

reference
  29:4

reflect
  21:13

regarded

36:15

regions  52:5

registration
  20:3

regret  16:23

reject  17:24
  19:15

released
  9:16 52:17

reluctantly
  9:4 10:20

remain  44:15

remaining
  7:19

remarks
  17:13

remedial
  41:13

remedy  4:2,
  7,9 21:19,
  22 26:18
  40:25

remember
  50:12

remembered
  25:17

reminded  9:9

reminds
  43:2,7

repeat  19:19

repeatedly
  23:21

repeating
  21:7 23:12

report   39:2
  46:4,7

represent
  31:16
  33:10
  34:23
  35:1,6
  37:18

representation
  22:7
  27:15,19
  30:4 38:18

representative
  12:16,23
  13:3,5,7,
  9,13,23,25
  14:2,8,11,
  13,15,19,
  20,24
  15:1,6,8,
  12,16,18,
  21,22
  16:1,3,5,
  7,10,12,
  16,18,24
  17:1,8,20
  24:19
  31:10
  33:23
  34:1,6
  36:5,8
  39:8
  46:13,14,
  17 47:12,
  19,20,23

48:5,9,12,
20,25
49:7,9,12
50:22,25
51:8,15,24
52:13,16
54:10,13,
18

representative
s  37:4,16,
17,21
51:19

represented
  37:13
  38:12

representing
  31:13 36:7
  50:16

represents
  30:8 31:14

Republican
  13:11
  17:23
  18:7,9,12
  19:2,10,
  11,13
  20:13,20
  21:8,25
  22:10,21
  23:11,23
  24:5 26:1
  27:20
  30:7,24
  33:13
  48:1,15
  50:4 51:9

Republicans
  15:24
  16:14,21
  20:22
  21:18,21
  25:8 28:1
  31:4 48:14
  52:4

request
  12:3,4

requests
  11:20
  16:20

required
  20:6 38:9
  40:22
  42:12

requirement
  19:22
  52:24

requirements
  6:19 35:7,
  16

requisite
  54:7

resolute
  32:20 33:9

respect
  4:19,21
  11:5 12:6

respected
  34:18

respectfully
  37:20

respond
  39:12

rest   31:20
  45:12

rests   36:14

result   3:23
  6:18 7:8,
  16

retained
  42:23

review   22:3

rich   28:9

rights   3:22
  13:12,18
  14:6 18:23
  19:23
  20:5,15
  21:4
  23:17,25
  28:11,15
  32:12,16
  36:17
  37:9,10
  41:17
  42:16,17
  43:16

ring   45:25

ripple   6:16,
  18 31:20,
  23

ripples   7:15

rise   17:21
  28:5 46:13
  47:19

49:8,24
54:9

**Rockdale**
47:6

**role** 35:3

**roll** 40:23

**room** 10:7
35:19

**route** 11:25

**rule** 35:12

**ruled** 3:20
10:20

**rules** 10:14
39:25

**rulings** 9:3

**run** 7:15
34:9

**rush** 25:15

————————

**s**

**sacrifice**
31:18,24

**sacrificed**
30:25

**sad** 22:20

**saddens**
34:21

**Sales** 14:3

**sandwiched**
47:3

**satisfies**

30:20

**satisfy** 31:9

**Sawyer** 56:2,
12

**scars** 28:9

**scratch**
13:16

**screen** 5:11

**screens** 3:12

**seat** 34:9

**seconds** 44:7

**section** 3:21
13:12 20:5

**seek** 27:10

**select** 26:23

**Senate** 20:24
41:2 54:15
55:6,9

**senators**
22:13

**send** 47:14

**sentimental**
43:22

**seriousness**
4:18

**serve** 23:6
35:2

**serving**
53:15

**set** 3:10,15
35:8,14

**shamelessly**
39:13

**shape** 8:4
37:5

**share** 39:22

**sharing**
25:18

**Shelby** 20:15

**shook** 44:9

**shooting** 7:7

**short** 7:12

**shuffle** 5:16

**sick** 33:6

**sides** 53:17

**signed** 38:25

**significance**
26:12

**significant**
6:16

**silent** 28:19

**Simple** 31:11

**sincere**
43:25

**sincerity**
45:17

**single** 7:23

**sins** 19:19

**sir** 13:8
14:9,19,25
15:7,13
34:6

**sit** 44:17
48:13

**situation**
34:21

**size** 6:20
7:6

**skirt** 27:21

**slaves** 22:22
29:23,24

**society**
36:13
37:11

**solely** 8:20

**son** 23:19,
20

**sort** 5:8,15

**south** 4:11
5:3,7 19:3
41:3,5

**Spalding**
30:20

**speak** 9:23
24:17
25:20
33:22
36:5,10
38:25 39:7
45:21 49:5

**speaker** 3:7
12:12,14,
17,24,25
14:12,16
15:10,14,
19 17:2,9,

12,21
24:14,15,
20 33:17,
18,24
34:1,8
36:2,3,9
38:22,23
39:9
45:14,15
46:16
47:10,15,
22,24
48:3,7,10,
11,18,22
49:1,2,10,
11,16,17
50:2,11,
12,23,24
51:4,9,12,
15,21,25
52:6,7,15,
16 53:5
54:12,16,
20

**speaking**
34:4

**speaks** 50:18

**special**
31:22,25

**specific** 4:5
35:14 52:5
53:3

**specifically**
37:25 38:3

**specifics**
38:6

**speech** 27:25

**spirit** 32:14

**split** 7:22,
23

**splits** 14:22
38:14

**spoke** 15:23

**sponsor**
10:10

**sporting**
4:16

**stakes** 11:10

**stalled**
26:22

**stand** 25:21,
22,24 26:7
33:11
36:10

**stands** 25:22
36:12

**started**
24:20

**starting**
47:8

**state** 4:15
19:21
20:18,24
21:8,13
22:11 24:8
26:18
27:18
33:4,5
37:6 46:16

**47:7,22
49:11,18
50:2,24
52:15
53:24
54:12

**state's**
26:13

**stated** 37:25
40:15

**statement**
53:9

**statements**
48:17

**states** 3:17
22:13
36:19
46:20
48:23 51:5

**statistical**
6:22

**stay** 44:4

**steeped** 26:9

**step** 19:5
31:14

**Stephen** 3:16

**steps** 18:17,
18

**stop** 29:11

**Strickland**
29:5

**struck** 20:25

**struggle**
26:10
32:16

**studied**
49:18

**study** 52:22

**stuff** 10:14

**stumbling**
26:25

**subject** 22:3

**submit** 39:18
40:1

**submitted**
40:18

**Sue** 36:5

**suggestions**
16:13

**Supreme**
20:14
21:25
36:14 37:7

**surprising**
8:12

**suspect** 9:4

**swing** 22:11

**system** 23:5

———————
T
———————

**table** 44:10

**takeaways**
19:13

**GEORGIA HOUSE FLOOR**
Hearing - House Floor on 12/01/2023          Index: takes..undermines

takes  18:14
  19:2,12

taking  17:5
  42:20
  43:4,14

talked  39:5

talks  29:6

targeted
  26:25

tarry  33:1

task  12:8
  32:18
  35:13

taupe  5:15

taxes  20:2
  28:13

tells  37:23

tem  15:15,
  16

terribly
  43:22

test  36:21

testament
  32:14

tests  20:1
  28:13

text  44:7

thing  31:7
  39:25
  44:12

things  10:13
  28:19

38:11
43:6,8
44:23

thought
  41:14 45:2

thoughtfully
  4:4

till  44:5

time  3:3
  5:17 6:17
  10:21 11:4
  13:24
  17:16
  20:17
  25:9,13
  33:1,2,8
  34:16
  36:20
  39:1,3
  44:24
  45:8,21
  53:12

timeliness
  39:24

times  9:6,12
  10:23 43:8

timetable
  24:25

tiny  50:6

today  9:4,5
  12:8 24:10
  26:6 28:2
  35:17,22
  40:14

told  13:20
  53:25

top  50:9

total  39:3

touched
  44:18

tough  44:16

traditional
  7:17 14:17
  21:15
  38:10

traditionally
  6:23

trajectory
  37:6

transcribed
  56:3

transcript
  56:4

transmit
  54:14

transmittal
  54:21,24,
  25

transmitted
  55:6

transparent
  9:7 10:23

tremendous
  36:22

trouble
  50:15

true  13:11
  14:21 15:2
  16:15
  47:24
  48:2,4,5,
  6,13,15,21
  49:12,16,
  19 50:3,
  10,25
  51:3,9,11,
  20,25
  52:6,17
  53:4 56:4

Trump  22:23

trust  33:14
  34:25

truth  50:18

Tuesday  44:4

Twiggs  29:25

two-  23:4

———————————
        U
———————————

ultimately
  22:19

un-  22:5

un-american
  17:25

unable  16:21

unconstitution
al  22:2

undemocratic
  17:25 22:5

undermines

22:6,16
24:12

understand
11:1 15:23
36:22
37:22
52:18

understanding
14:25

understands
53:6

unexpectedly
44:3

unfair   20:2

unfortunate
23:19

unhappy
41:21

unintended
10:12

unintentional
46:21

union   23:7

unique   35:5

United   3:17
22:13
36:19

unjustly
26:24

unlawful
17:23
19:14
20:23

21:10
23:11
24:4,11

Unlike   13:16
36:18

unlock   46:10
55:1

unnecessary
8:8 52:1

unreasonable
41:21

unrepresentati
ve   21:12

unyielding
32:14

upholds
38:9,17

Upson   35:2

urge   38:20

utilizing
7:24 16:9

─────────
V
─────────

vacuum   13:17

versus   29:5,
7 36:14

vetted   42:6

Video   55:10

viewpoint
47:16

violate   3:21
14:5 33:14

violates
13:12,15

violation
4:2,7

violence
20:2

voice   36:23
37:1 50:1,
3

voices   26:17
38:19

vote   12:12
22:17 24:1
26:23
28:24
31:2,4
32:22
36:12,15,
19,22,24
37:8,10
38:21
45:10
46:9,10
47:4 49:4
54:23,24
55:1

voted   9:25
54:3,4
55:3,4

voter   38:18

voters   18:25
19:8,11,25
20:12
22:15
28:12

37:14 47:6

votes   10:5

voting   3:22
5:20 10:17
13:12,18
14:5 18:23
19:23,24
20:5,7,10,
14 21:4
23:17
24:11
28:11
32:15
35:24
36:23,25
37:2,4
41:17
42:16,17
43:16

VRA   20:5

─────────
W
─────────

wait   36:20

wanted   39:18
46:18 49:4

War   23:2

ways   26:1
28:4

weaker   22:20

week   9:20
33:7

weekend   4:17
44:2

**Wendy** 56:2, 12

**West** 4:12 5:11 41:2, 7 47:2

**Whip** 17:17, 19 24:15

**white** 5:24 19:4,11 28:14 31:4

**wield** 26:2

**Wilkinson** 29:25

**wise** 42:21

**Wo** 36:14

**word** 51:23

**words** 24:8 32:21

**work** 7:18 12:20 18:25 19:8 25:10 45:17,18 53:20

**worked** 37:12

**working** 15:25 34:23 45:18

**works** 32:8,9

**Wright** 16:9 42:7

**written** 53:4

**wrong** 25:24 39:5 46:18

**wrongs** 26:16,19

**wrote** 4:8 44:21

———————

**Y**
———————

**y'all** 27:3 29:21 31:3

**years** 20:11, 22 23:22 25:17 27:13 30:5 32:5 34:20 44:1

**yeas** 54:5 55:7

**yesterday** 10:1 13:10 14:4,7 40:9,19

**yield** 12:12, 15,16,17 13:6,7,23 14:16 15:10,20 16:4 17:9 24:14 33:17 34:2 36:2 38:22 45:14

**yielded**

24:16 33:19 36:4 38:24 45:16

**yielding** 17:13

**younger** 50:14

———————

**Z**
———————

**zoom** 5:5