# EXHIBIT I

**GEORGIA HOUSE FLOOR**
**Hearing - House Floor on 12/07/2023**

1

2

3

4

5

6

7

8

9

10        GEORGIA HOUSE FLOOR

11          December 7, 2023

12   Video Segment:  1:08:55 to 2:43:20

13

14

15

16

17

18

19

20

21

22

23

24

25

1       (Beginning of Video Recording.)

2       MR. CLERK:  SB 3-EX by Senator Echols,

3   the 49th; Kennedy, the 18th; Gooch, the 51st;

4   Robertson, the 29th; Brass, the 28th; and

5   others to be entitled to the act to provide

6   for the composition in a number of

7   congressional districts, and to provide for a

8   short title, and to provide for the contingent

9   nature of this act and the circumstances under

10  which it shall or shall not apply.  This bill

11  had been referred to the committee on

12  reapportionment and redistricting.  That

13  committee recommends this bill do pass.

14      MR. SPEAKER:  Thank you, Mr. Clerk.  In

15  the wisdom of the committee on rules, we have

16  limited debate on the -- on SB 3-EX to, let's

17  see, two hours, And we will allocate that time

18  after the chairman's time to an hour for those

19  that are in favor and an hour for those folks

20  who are opposed.  And then we will also have a

21  minority report, and we will conclude with the

22  chairman's time.  That's what we'll do this

23  morning.

24      So, Mr. Chairman, the chairman of the

25  committee from whence SB 3-EX came to us from,

1  Chairman Leverett, is recognized to present

2  the bill.

3       REPRESENTATIVE LEVERETT:  Thank you,

4  Mr. Speaker.  Ladies and gentlemen of the

5  house, good morning.

6       I'm here again to present to you

7  another bill.  This time, for your

8  consideration, I'm presenting Senate Bill 3-

9  EX, which, if passed, will adopt a new set of

10  electoral districts for the purpose of

11  electing our Georgia congressional

12  representatives, and that proposed map that

13  would be enacted by Senate Bill 3-EX is up on

14  the screen.  I -- I'm assuming we're still

15  having, trouble with the drop down screen, so

16  we're putting there.

17       MR. SPEAKER:  That's correct, Mr.

18  Chairman.  So we'll just have them on the

19  screens.

20       REPRESENTATIVE LEVERETT:  Thank you,

21  Mr. Speaker.

22       So the same history I related to you

23  during our discussion of the House Bill 1-EX

24  and Senate Bill 1-EX is also relevant to this

25  bill.  However, I respect you've heard it two

1  times before, so I'll just review it very

2  briefly here to put the rest of my discussion

3  in context.

4       On October 26, 2023, Judge Steve Jones

5  entered an order in which he ruled that the

6  electoral district maps we approved in 2021,

7  including our congressional map, violate

8  Section 2 of the Voting Rights Act.  As a

9  result, he ordered that new maps must be

10  drawn, but he allowed us to remedy the

11  violation by drawing the new maps ourselves.

12  That's why we're here today, and that's why

13  we've been called into special session.

14       Just as with our house and senate maps,

15  Judge Jones has given us specific guidance on

16  how we can comply with his order or the

17  portion of it that involve congressional maps.

18  He wrote, and I quote, "The remedy involves an

19  additional majority Black congressional

20  district in west Metro Atlanta."  That's from

21  the often quoted Page 509 of Judge Jones's

22  order.  So here again, it falls to us in the

23  General Assembly to comply with Judge Jones's

24  order as he has allowed us to do.

25       The bill you have before you will adopt

1  congressional map that judge does -- that does

2  just that.  It fully complies with Judge

3  Jones's order by enacting required

4  congressional district, and it places that

5  district in West Metro.  So the map is up

6  there.  In compliance with Judge Jones's

7  order, the map enacts on new majority Black

8  congressional district.  It creates a new

9  Congressional District 6, and that's the

10  district that's kind of the eggshell color

11  there, you know, in the -- if you're familiar

12  with the Georgia geography, the west side of

13  Atlanta, it includes portions of Fulton,

14  Douglas, and Cobb Counties just like the map

15  that was proposed by the Plaintiff's expert in

16  the Pendergrass case.  That's one of the cases

17  in which the judge entered his order, and that

18  was the case involving congressional

19  districts.

20      This map would preserve the same split

21  of Douglas and Fayette Counties as under our

22  current map, so that way, we don't have to go

23  into Congressional District 3.  And it also

24  incorporates into the new District 6 portions

25  of south Fulton County and southeast Cobb that

1  are now in existing District 13.

2       As with our house and senate plans,

3  after creating this new district, changes had

4  to be made to the other districts around new

5  Congressional District 6.  The changes to the

6  other districts are, as we have been recalling

7  this week, the ripple effects.  That results,

8  as you recall, primarily from constitutional

9  legal requirements districts be the same size.

10  We've previously discussed on two occasions

11  how these ripple effects operate, so I won't

12  belabor that process again. I'll save you from

13  a few more minutes of your life you'll never

14  get back.

15       But I will note, however, that we're

16  allowed very little deviation in the

17  congressional maps, unlike with legislative

18  maps for our house and senate.  We have

19  traditionally limited ourselves to plus or

20  minus 1 percent with respect to our state

21  house and senate maps, which, by the way, is a

22  fairly rigorous percentage.  A lot of states

23  aren't quite so exacting.

24       But the law concerning permissible

25  deviations is different for congressional

1  districts.  We are constitutionally limited to

2  a deviation of plus or minus 1 person with

3  regard to congressional plans.  So each of the

4  districts have to be drawn so that they are

5  within 1 person of the ideal district size.

6  So the deviations are much more restrictive in

7  these congressional districts.  So as -- as

8  the ripple effect and by the way, that ideal

9  size in a congressional district is 765,136

10  people, so it's about three-quarters of a

11  1,000,000 people.

12        As the ripple effects spread and

13  changes are made to other districts,

14  traditional redistricting principles were

15  applied.  The Principles include the same ones

16  we've discussed previously, maintaining the

17  district populations, so the deviations are

18  within the required range.  Here, it's plus or

19  minus one person, limiting additional split

20  counties as much as possible, drawing the new

21  districts utilizing most recent precincts from

22  county government so that makes it easier for

23  our local election officials to administer

24  these elections under these maps, ensuring all

25  the districts are contiguous and reasonably

1  compact in shape, ensuring that communities of

2  interest are protected as far as possible, and

3  another goal was to ensure that existing

4  partisan balance of congressional plan remain

5  the same, so we maintain the continuity of

6  representation.  As a result, we did consult

7  political data.

8       So I'll briefly review the actual

9  changes.  If you look up to Congressional

10  District 6, can we zoom in a little bit on

11  that or is that our -- there we go.  That gets

12  a little better.  Thank you.

13       So I mentioned Congressional District

14  6.  That's the new majority Black district,

15  and it has a Black voting age population of

16  51.75 percent, which is a performing

17  percentage.  So that's the eggshell district

18  there, out -- out on the -- the -- to the left

19  of Atlanta.  The district connects -- and I'm

20  -- and it is located in the same location as

21  the proposed district that was submitted by

22  one of the Plaintiffs' -- or the Plaintiff's

23  expert in the congressional case.  It connects

24  a number of suburbs around Metro Atlanta that

25  are all experiencing growth, and are diverse

1  communities, and Judge Jones found that those

2  communities or that district design respects

3  communities of interest.

4        Now when we drew 6, we took significant

5  portions of existing Districts 13 and 5 and

6  parts of 14 and 11 to create District 6.  So

7  those districts have to be restored to the

8  correct population size.  So starting with

9  District 5, that district shifts east.  That

10  was the same thing that the Plaintiff's plan

11  did.

12        It -- this district remains centered on

13  the city of Atlanta and includes the airport

14  as it has for a number of decades now.  In the

15  process of drawing that district, the Black

16  voting age population increased to 51.06

17  percent, so it also comes a majority Black

18  district.

19        Kind of continuing to the east,

20  Congressional District 4, it also shifts east.

21  It moves out of the eastern suburbs it

22  previously occupied.  Now, it tracks northeast

23  up I-85 in the Buford Highway corridor.  It

24  includes a number of suburban Atlanta

25  communities that are growing and share a

1  number of similar interests.

2       So now going back to the sort of south

3  side of Congressional District 6.  New

4  Congressional District 6 took a lot of

5  existing Congressional District 13's

6  territory, so 13 has shifted significantly

7  around to the east.  It begins in the west

8  with portions of Clayton and Henry that are

9  currently in District 13, and we preserve the

10  existing split of Henry County, which I think

11  is important because, again, that makes

12  administering an -- an election under this map

13  more familiar to election officials.

14       It stays in the Atlanta suburbs by

15  taking in all of Rockdale and part of Newton

16  Counties along with a significant portion of

17  Gwinnett.  The idea is that the -- the

18  district follows an outer ring that includes

19  metro Atlanta suburbs that are similarly

20  situated and have similar interests.

21       So let me -- before I move on, let me

22  just pause and -- and be clear.  The plan

23  increases the number of majority Black

24  districts from the current plan.  By adding

25  the required majority Black district in Metro

1   Atlanta or west Metro as required by Judge

2   Jones, that's the new 6, and in the course of

3   redrawing existing districts, District 5

4   became a majority Black district as well.  So

5   while we currently have two majority Black

6   congressional districts, 4 and 13.  This

7   proposed plan has four:  4, 5, 6, and 13,

8   which is about 29 percent of the districts in

9   the state.

10        All right.  And going back to our grand

11   tour, as George Jones would say, So when new

12   District 6 was created, territory in southwest

13   Cobb was removed from Congressional District

14   14 and added to the new Congressional District

15   6, so that's no longer in Congressional

16   District 14.  Meanwhile, part of northwest

17   Cobb is added to District 14.  Gordon County

18   comes out of District 14 and is added to

19   District 11.  So otherwise, District 14

20   maintains its general shape and the northwest

21   Georgia character of the district.  That's the

22   one in, kind of pink up there in the corner.

23        Congressional District 11 also changes

24   its split of Cobb to accommodate the proposed

25   new District six.  That's the one that's sort

1  of in the, taupe color.  It takes in Gordon

2  County from 14.  In order to ease the burden

3  on election officials, the split of Cherokee,

4  the county that is currently in place, remains

5  the same.  That split is unchanged.  Cobb

6  currently is split four ways under the 2021

7  plan, but under this proposed plan, the split

8  is reduced to a three-way split.

9        So at this point, we -- we a lot of the

10  existing districts have been shifted east

11  through Metro Atlanta, which is really you --

12  you can't -- if you go west from 6, you -- you

13  can't jump over 6 to -- to try to increase

14  those districts, so that's -- that's pretty

15  much the -- the only way you can go.  And then

16  District 13 has shifted east around the south

17  side of Atlanta and turned north through the

18  suburbs into Gwinnett County to maintain

19  District 13 as a district focused on Metro

20  Atlanta suburbs.

21        As a result, Congressional District 7

22  has to shift significantly north and will

23  encompass much of the territory in current

24  Congressional 6.  The split of Hall County is

25  new, and that recognizes an important

1  community of interest around Lake Lanier.

2  Moving on to -- so District 7 is the one

3  that's sort of in the lime green color there.

4       Then District 9, it -- it's -- it's in

5  the darker green.  It retains much of its

6  prior character as a northeast Georgia

7  district and puts Jackson County back in the

8  district, which is Congressman Clyde's home

9  county.  Because of the need for population

10  after adjusting for the new District 7

11  boundaries, proposed Congressional District 9

12  includes portions of northern Gwinnett County

13  like it did previously, but with a slightly

14  different boundary.

15       Now Gwinnett was split three ways

16  previously, but it's now split four ways.

17  It's a -- it's one of the largest counties in

18  the state.  I believe it's second only to

19  Fulton, and a lot of the population changes

20  that were flowing east ended up converging

21  there.  But to compensate for that additional

22  split, we reduced the split of Cobb.  It went

23  from a four-way split to a three-way split,

24  which I would submit is reasonable because

25  Cobb is not as large a county.

1         And finally, into the orange district

2    up there, Congressional District 10.  Its

3    boundaries in Henry and Newton do not change.

4    That split is preserved, but it adds a portion

5    of Gwinnett and takes in Franklin and Hart to

6    account for losing Jackson.  Jackson went into

7    the 9th District, as you may recall.  So the

8    southern and western boundaries have not

9    changed.

10        So that summarizes the changes to the

11   map.

12        So as you all know, my primary

13   objective here, and I believe it's all of our

14   primary objectives, is to comply with the

15   court's order, which is one additional

16   majority Black congressional district in the

17   west -- in the specified area, which is mess -

18   - west Metro.  This plan adds the required

19   district.  It complies with Judge Jones's

20   order.  It fulfills our obligation as a

21   General Assembly with respect to the

22   congressional districts, so I ask that you

23   vote in favor of it.

24        Mr. Speaker, I'll yield for questions.

25        MR. SPEAKER:  You have no questions.

1        REPRESENTATIVE LEVERETT:  Thank you,

2    Mr. Speaker.  I'll yield the well and ask your

3    favorable consideration of Senate Bill 3-EX.

4    Thank you.

5        MR. SPEAKER:  Very thorough

6    presentation.  Thank you.

7        We're going on to fulfill our

8    obligation for one hour for those opposed, one

9    hour for those in favor.  Both leaders and

10   both whips, I'm on to enlist your help if we -

11   - the lights are still not working.  So when

12   the last person is speaking, if they get down

13   to two minutes, I'm going to ask y'all to

14   alert the speaker in the well that they have

15   two minutes remaining so they can complete

16   their comments if -- if we need that.

17       Thank you for both for helping.

18   Teamwork, good to see.

19       We will begin our conversation with

20   those opposed to SB 3-EX with Chairman Billy

21   Mitchell.  Chairman Mitchell, you're

22   recognized to speak to the bill.

23       REPRESENTATIVE MITCHELL:  Mi, mi, mi.

24   Thank you, Mr. Speaker.

25       I'd like to, start off my remarks with

1   a provision, apparently missed by many, that

2   was rendered by US District Court Judge Steve

3   Jones in his order that this legislature

4   redraw the state's political maps, ruling that

5   they violated the Voting Rights Act by

6   illegally diluting the power of Black voters.

7   Let me read it exactly as it comes from his

8   order So you don't misconstrue my comments as

9   my opinion or misreading, this is what he says

10   exactly in his order.  The state cannot remedy

11   the Section 2 violations described herein by

12   eliminating minority opportunity districts

13   elsewhere in the plan.

14        The Republican-drawn map, which started

15   in and passed the senate committee on Monday,

16   creates a new court ordered majority Black

17   congressional district in west Metro Atlanta.

18   But the map seeks to preserve the Republican 9

19   to 5 advantage in Congress by dismantling the

20   current 7th District, which is heavily

21   Democratic and is majority minority, although

22   not majority Black, it is a minority coalition

23   district.

24        To repeat the judge's order, the state

25   cannot remedy the Section 2 violations

1   described herein by eliminating minority

2   opportunity districts elsewhere in the plan.

3       The author of SB 3-X and

4   Reapportionment Committee Chairman Echols said

5   the committee has interpreted minority

6   opportunity to mean majority Black in the

7   context of Jones's ruling.  He said this

8   congressional plan does not eliminate any

9   existing majority Black districts, instead, it

10  takes a district that is not a majority Black

11  district and shifts it north, where it remains

12  nonmajority Black.  To be clear, Chairman

13  Echols further stated, the Voting Rights Act

14  protects distinct racial groups, not coalition

15  of voters.

16      Oh, and -- and there's more.  Check --

17  Chairman Echols went on to say that the

18  redistricting committee has interpreted

19  minority opportunity to mean majority Black in

20  the context of Jones's ruling.

21      In Alabama, court appointed special

22  master ultimately drew the final congressional

23  map after federal judges found that the

24  Republican lawmakers' revised districts still

25  did not comply with the Voting Rights Act.  In

1  as much as no one knows the boundaries and

2  communities of interest of our districts

3  better than we, and the special master may not

4  necessarily give deference to incumbency.  I

5  would prefer that we draw this and other maps,

6  but it looks like a virtual certainty that a

7  special master will have the last say.

8      So for the aforementioned reasons, I

9  stand before you today to urge you to reject

10  this map or amend it back to committee so that

11  we can perfect it so that the courts will not

12  have to intervene.

13      Oh, the 4 most important words in the

14  democracy are, the people have spoken.  So we

15  all ought to believe in the importance of

16  ensuring that every voice is heard and every

17  vote counts.  I submit to you that it is our

18  duty to uphold the integrity of our electrical

19  -- electoral process and to ensure that every

20  citizen has a fair and equal opportunity to

21  participate in the democratic system.

22      The Republican drawn map not only fails

23  to meet all the requirements laid out by Judge

24  Jones's order, but it perpetuates

25  gerrymandering and undermines the principles

1  of fair representation.  By manipulating

2  district boundaries to favor 1 party over

3  another, this map disenfranchises hundreds of

4  thousands of Georgia voters and distorts the

5  democratic process.

6         At the end of election day, the -- the

7  results ought to reflect the will of the

8  people, not the craftiness of mapmakers.  To

9  end where I began, the state cannot remedy the

10  Section 2 violations described herein By

11  eliminating minority opportunity districts

12  elsewhere in the plan.

13        With that, Mr. Speaker, I yield.

14        MR. SPEAKER:  Gentlemen has yield to

15  well.

16        Representative Anulewicz is recognized

17  to speak to SB 3-X.

18        Representative Anulewicz?

19        REPRESENTATIVE ANULEWICZ:  Thank you,

20  Mr. Speaker.

21        I rise before you today to speak in

22  opposition to Senate Bill 3-EX.  Specifically,

23  I intend to share my concerns regarding these

24  proposed maps as they are not in compliance

25  with Section 2 of the Voting Rights Act of

1  1965, as well as with what this proposal means

2  for the community that is of the most interest

3  to me, and that's Cobb County.

4      The instructions as we've discussed in

5  the court order are clear.  Add one majority

6  Black district in south Metro Atlanta without

7  eliminating any minority opportunity

8  districts.  These maps do not comply with the

9  order.  And the reason they do not comply is

10  because while CD 6 would be majority Black, CD

11  7, which is currently a vibrant and diverse

12  coalition district, and which was not

13  identified in being in violation of Section 2

14  of the Voting Rights Act in the judge's order,

15  went from 67 percent minority to 33 percent

16  minority, from 67 percent to 33 percent.  And

17  after all that, no majority Black district was

18  added, not in Georgia and not in south Metro.

19  It's a wash.

20      It's a wash.

21      And that's not what the Constitution

22  and the Voting Rights Act demand, and that is

23  in direct contravention of the court's order.

24  This body is purposefully ceding it's duty and

25  responsibility, and is essentially going to

1  require the court again to step in.

2       About everyone who has come to this

3  well, both for and against these maps, has

4  noted how specific the judge is in his order.

5  The judge specifically states, this is on Page

6  509, that we cannot.

7       And my page needs to turn.  Come on.

8  Let's just see.  Technology failure.

9       We cannot remedy the Section 2

10  violation in west Metro Atlanta by

11  "eliminating minority opportunity districts

12  elsewhere in the plan."  Right now, the voting

13  age population in Georgia 7 is 30 percent

14  Black, 11 percent Hispanic, and 11 percent

15  Asian.  That means it's a minority opportunity

16  district.

17       This proposed remedy map moves 88

18  percent -- 88 percent -- of the folks living

19  in this majority minority population, they

20  live in CD 7, and they're currently

21  represented by a Black woman, it moves 88

22  percent of them into a new district.  Not just

23  one new district, not just 2 new districts:

24  five new districts.  You cannot reasonably

25  argue that anything of that sort was the

1  intent of the judge.

2      This map that we consider today does

3  not give Black voters in Georgia -- more than

4  a 140,000 Black voters as identified the

5  Plaintiff's map -- any expanded opportunities

6  to elect candidates of their choosing as was

7  ordered by the court.  This map does not offer

8  the remedy that the court demands.  And for

9  that reason, I hope you will join me in voting

10  no.

11      But beyond noncompliance with the

12  order, what do these maps do to Cobb?

13      Following the 2021 reapportionment, a

14  whole lot of folks not too far from my

15  neighborhood were mystified and frustrated to

16  discover that they were now included in CD 14.

17  Not only was this a very new district for the

18  people in that part of Cobb County and in

19  Georgia, they now had a congressional

20  representative with whom they had, to be

21  generous, very little in common.  They were

22  now also in a district with other communities

23  with which they shared relatively few

24  interests.

25      Now Lafayette is a wonderful place.

1  Right?  It's beautiful.  The Queen City, so

2  I'm told.  And I'm going to be hard pressed

3  for you to tell me how Lafayette is a

4  community of interest with Austell.  Again,

5  also a fantastic place.  And why these

6  apparent -- these communities were apparently

7  so compelling as to merit moving south Cobb

8  from District 13, a district that is kind of

9  full of communities with whom they shared

10  myriad interests based on geography, based on

11  demographics, their communities of interest,

12  into 14th, let's grab a drink to discuss

13  because I would love to hear what you have to

14  say.

15        And by the way, don't tell me that what

16  these communities have in common is a road.

17  We've been down that path before.  I'm not

18  buying what you're selling.

19        Two years ago, I lived in 13th.  As of

20  this moment, I live in 11th.  With this new

21  map, I will live in the 6th.  I've lived in

22  the same house for almost 19 years.

23        To be clear, south Cobb is now in the

24  proposed CD 6, which is majority Black, as

25  we've discussed.  We're not actually creating

1  any new districts, though.  And the rest of

2  Cobb is split between two additional districts

3  that will, in all likelihood, at least for

4  now, be represented by a Republican.  I've

5  remarked before that fear is a powerful

6  motivator, and I believe that that sentiment,

7  that fear is a powerful motivator, absolutely

8  applies to the motivation behind these maps we

9  consider today.

10         Cobb County is a majority Democratic

11  county.  That's the reality.  Right?  Cobb

12  voted for Clinton in 2016.  We went for Biden

13  by an even wider margin in 2020.  Cobb chose

14  Abrams in 2018 and again in 2022.  And in

15  2022, the United States Senate results were

16  even more pronounced.  This -- this in the

17  county of Isaacson, in the county of Gingrich,

18  the county of Barr, the county that in this

19  century -- in this century -- affixed stickers

20  to science textbooks stating that evolution is

21  but a theory.

22         It's going to be a long time before

23  Cobb County elects a Republican again.  That's

24  just the reality.  But now we're going to have

25  a congressional delegation that is two-thirds

1  Republican.

2      I am about to throw this thing out the

3  window.

4      So I'm going to wrap up.  And what I'm

5  going to tell you is that these maps are not

6  in compliance with the court order.  They are

7  not in compliance with the Voting Rights Act

8  of 1965.  They don't benefit anyone in

9  Georgia.  We're basically telling the judge,

10  yeah, we're not going to do what you say, so

11  give us the maps that you think we deserve.

12      And I'll finish with this.  I've heard

13  a lot this week that politics is a mean

14  business.  But to contravene the judge's

15  order, to disregard the Constitution, to be

16  mean, that's a choice.

17      I yield the well.

18      MR. SPEAKER:  The lady has yielded the

19  well.

20      Representative Jasmine Clark?  There

21  she is.  I couldn't find you.  There you are

22  right there.  Representative Clark, you're

23  recognized to speak to Senate Bill 3-EX.

24      REPRESENTATIVE CLARK:  Thank you, Mr.

25  Speaker.

1       Colleagues, today, I rise to ask you to

2    vote no on SB 3-EX because it is in violation

3    of Section 2 of the Voting Rights Act, it is

4    in violation of Judge Dean Jones's order, and

5    it is in violation of the will of the people.

6       When I was younger, my family would go

7    on road trips.  And to pass the time, we would

8    play a game called I Spy.  Some of you may be

9    familiar with it.  It's a game where you give

10   clues about something you're seeing and others

11   would have to try to guess what you're looking

12   at.  Well, colleagues, if you look on the

13   monitors on either side of you, I spy with my

14   little eye a congressional district carved up

15   like a piece of pie.  Can you guess what I'm

16   looking at?  If you guessed Congressional

17   District 7, then you are correct.

18       These maps blatantly target my

19   congresswoman, who, unironically, was also

20   targeted During the 2020 -- 2021 redistricting

21   cycle.  While I'm sure the congressman is --

22   congresswoman is quite flattered by the GOP

23   map drawer seeming obsession, it's not quite

24   as flattering to the people of her

25   congressional district that find themselves

1  caught in the crossfire.

2      And who are these people?  Well, for

3  one, these are my constituents.  But in

4  addition to that, if you have ever had a

5  chance to visit Gwinnett County or come to my

6  area, then you would know that this area is a

7  beautiful tapestry of race, cultures, and

8  perspectives.  No single race or ethnic group

9  holds a majority, while over 60 percent of the

10  district is comprised of racial minority

11  groups.  This area would be a prototypical

12  minority opportunity district or coalition

13  district.

14      During the 2020 election, most of the

15  voters in my district, again, to be clear, one

16  of the most racially diverse districts in the

17  State of Georgia voted in the Congressional

18  District 4 congressional race.  Two years

19  later, in 2022, after the 2021 redistricting

20  cycle, they voted in the Congressional

21  District 7 congressional race.  If these maps

22  were to stand, they would now be voting in

23  Congressional District 13.  Three different

24  districts in three back-to-back elections

25  because the GOP wants to target one woman?

1      A Black woman who ran for congress in

2   response to losing her only son to senseless

3   gun violence.  A woman who, since being

4   elected, has been extremely effective in

5   congress and highly responsive to the

6   community she serves.

7      The people elected her, and it is not

8   the job of map drawers to seek to undermine

9   the will of the people by targeting her and

10   thus targeting our area, an area that is not

11   at all mentioned in the judge's order as

12   needing to be remedied.  The judge made it

13   explicit as to where remedy was needed with

14   our current maps.  He named CD 3, CD 6, CD 11,

15   CD 13, and CD 14, all districts west of

16   Atlanta, as areas needing remedy.  But

17   somehow, the map drawers got lost and found

18   their way up 85 North into Gwinnett County,

19   northeast of Atlanta.

20      And by unnecessarily carving up this

21   district into oblivion, the GOP map drawers

22   eliminate a minority opportunity district.  CD

23   7 goes from 67 percent minority VAP to 33

24   percent.  This is in direct disregard to the

25   judge's own words, and I quote and has many

1  others have quoted, "the State cannot remedy

2  Section 2 violations described herein by

3  eliminating minority opportunity districts

4  elsewhere in the plan."

5       So I had an opportunity to listen to

6  the hearings, and I noticed that when people

7  brought up the judge's actual words, the map

8  drawers argued that Judge Jones actually meant

9  Black when he said minority.

10       First of all, how audacious and

11  disrespectful.  Judge Jones is highly

12  intelligent and incredibly capable speaking

13  for himself.  When he meant Black, that's

14  exactly what he said.  In that 516-page order,

15  Judge Jones uses the word Black over 600

16  times.  So I don't think him using the phrase

17  minority opportunity district was him all of a

18  sudden misspeaking.  He said what he said.

19  The state cannot remedy Section 2 violations

20  described herein and by eliminating minority

21  opportunity districts elsewhere in the plans.

22       Before I conclude, I want to bring up

23  the people.  In addition to these maps defying

24  the Voting Rights Act, and subsequent case law

25  that states that minority coalition districts

1  are protected under the Voting Rights Act, and

2  these maps completely defying the judge's very

3  specific instruction, this bill and this map

4  completely undermines the will of the people.

5      I listened to the testimonies from the

6  hearings, and I reviewed the public comments

7  submitted up to midnight about last night,

8  then I had to go to bed.  You see, I truly

9  believe that public input is actually vital to

10  the Democratic process, and we should not

11  merely set up public comment portals as window

12  dressing or just to check off a box, but that

13  those comments should be acknowledged, they

14  should be considered, and they should be

15  amplified.  These comments come from people

16  that send us here to do the job, and those

17  comments and those people matter.

18      That said, by midnight last night,

19  there had been almost 550 comments submitted

20  to that portal.  Of those comments, people

21  from all across the state, including

22  individuals from Metro Atlanta all the way

23  down to Chatham County, all the way up to

24  Fannin County, and more spoke their mind.

25  Almost every single comment -- 550 of them --

1  almost every single comment was opposed to the

2  maps we are voting on or have voted on or the

3  map drawing process with the exception of 3,

4  and one of those just said rise up.  I think

5  they might have been, on the wrong portal.

6        Maybe you don't care about the Voting

7  Rights Act.  Maybe you don't care to listen to

8  Judge Jones.  But I would hope that you would

9  care enough to know how your constituents

10  feel.  Their resounding sentiment is clear.

11  Vote no on this map.  Don't let political

12  greed or partisan posturing put us in a

13  position where we end up like Alabama.

14        I started out playing a little game

15  with you called I Spy, but the truth is this

16  is not a game.  Do you understand the gravity

17  of this moment?  Y'all, we are here because

18  there are people in this chamber that voted to

19  rob the people of their Constitutional rights.

20  That's why we're here.

21        In 2022, people in our state were

22  forced to vote on unlawful, unconstitutional

23  maps.  That is a serious thing.  That is

24  shameful.  We have been called here to

25  specifically right that egregious wrong.  This

1   map doesn't do that, and instead trades one

2   unlawful map for another map while going out

3   of its way to target a sitting congresswoman.

4   That's not okay.

5        Please do not vote to disenfranchise

6   Georgia voters again.  Stand on business.

7   Vote no.

8        Thank you, Mr. Speaker.  I yield the

9   well.

10        MR. SPEAKER:  The lady has yielded the

11   well.  We have another speaker.

12   Representative Kennard is recognized to speak

13   to the bill SB 3-X.

14        Representative Kennard.

15        REPRESENTATIVE KENNARD:  Thank you, Mr.

16   Speaker.

17        I have lived in Gwinnett County since

18   the year of my birth, 1966.  1966, Lyndon

19   Baines Johnson was president.  In November of

20   that year, Lester Maddox would be elected

21   Georgia's governor.  To put it in a pro sports

22   timeline, 1966 was the year the Milwaukee

23   Braves Became the Atlanta Braves and brought

24   Hammering Hank to us.  That same year, the

25   Falcons became a franchise; '66 was their 1st

1  year.

2       In 1966, Gwinnett's population was

3  about 65,000.  It was ethnically homogeneous,

4  and the county was just becoming a suburb, but

5  was still rural.  For 57 years now, I have

6  been an eyewitness to my county's growth and

7  evolution.  It's nothing short of dramatic.

8  Gwinnett is now home to almost 1,000,000

9  people.  We are larger than six states.

10       I recently vacationed in Montana, where

11  by my surprise, I ran into Representative

12  Vance Smith and his wife.  I said, what are

13  you doing here?  He said, what are you doing

14  here?  He was visiting son -- his son.  We

15  were on vacation.  But in Montana, they just

16  have a little over a 1,000,000 people, about

17  the same population as Gwinnett, but they are

18  one of the larger geographical states.  So in

19  Montana, there are seven people for every

20  square mile. In Gwinnett, there are 2,300

21  people per square mile.

22       In '66, Gwinnett was almost exclusively

23  white.  When I was in school, my entire K

24  through 12 experience, I never went to school

25  with one person of color.  That was from '72

1   to '84.

2        But today, Gwinnett is very different.

3   It's the most diverse county in Georgia and

4   one of the most diverse in the US.  In 1990,

5   we were still 97 percent white, but 30 years

6   later, we are minority majority.  In our

7   awesome public school system, students are

8   coming from a 181 countries and speak over a

9   100 languages.  I love our spiritual diversity

10   in Gwinnett.  We have 17 mosques, multiple

11   Buddhist temples, the largest Hindu temple in

12   the southeast is in Gwinnett County.  When I

13   put my preaching glasses on, I see Gwyneth as

14   a coat of many colors and a sound of many

15   waters.  It's beautiful.

16        Now the promise of representative

17   government is just that: Representation.  In

18   Gwinnett, elected officials across municipal,

19   county, and state government did not reflect

20   its diverse population shifts for a while.

21   Gwinnett became minority majority several

22   years ago, but its political power was still

23   controlled by white officials.

24        But then came 2018 and 2020, when,

25   organically, because of more civic engagement

1  and voter participation, true representation

2  happened.  In the state house delegation, the

3  senate delegation, the county commission, and

4  throughout our 60 -- 16 city councils,

5  electeds now looked a lot more like Gwinnett.

6          The 2020 census came along as it does

7  every ten years and the subsequent redrawing

8  of electoral maps to account for population

9  growth and shifts.  And even though there had

10  been a significant democratic, and

11  demographic, and political shift in Gwinnett,

12  at the state level, the historically dominant

13  group maintained their majority, their

14  political power, and the power of the pen to

15  create new maps.  And as we witnessed, those

16  maps were drawn to the dominance group's

17  political advantage, aka gerrymandering.

18          It has been said that the pen is

19  mightier than the sword.  That actually still

20  rings true because historically in this

21  nation, whoever has held the map pen in their

22  hand has had the power.  From the drawing of

23  colonies and state borders over tribal lands

24  and a hostile takeover of this continent, to

25  the redlining of our US cities, a red pen and

1  a map, circles drawn around the inner -- inner

2  city where Blacks were pressured to live,

3  property values were intentionally devalued,

4  creating a ghetto community.  Outside those

5  red lines, white families created suburbia,

6  and property values were artificially

7  inflated, exacerbating the racial wealth gap

8  that we're still grappling with today.

9      Currently, white families have 13 times

10  the wealth that Black do.  The pen -- this

11  pen, it's small, but it wields a lot of power.

12      We saw the power of that pen as the new

13  2021 maps that were drawn and passed from this

14  general assembly.  That map drawing was

15  reminiscent of the past -- that map drawing

16  was reminiscent of the past coming from the

17  same energy, the same spirit of control and

18  manipulation, of discrimination and

19  disenfranchisement.  It was so blatant that a

20  federal judge struck down the maps for

21  violating the 1965 Voting Rights Act.  The pen

22  was once again used to dilute Black power.

23      I'm just so disheartened that 60 years

24  later, after the Voting Rights Act has passed,

25  these shenanigans continue.  Unfortunately, we

1  are not in a post racial society.  Racism has

2  just shape-shifted.

3       The judge ordered us to redraw the map

4  sending us into special session, but these new

5  2023 maps are no better. The bad '21 electoral

6  maps are just being papered over by more bad

7  maps from this special session.  We have

8  wasted our time and a lot of taxpayer money

9  with session.

10      A pastor friend of mine once told me,

11  Greg, there's nothing to be learned from the

12  second kick of a mule.  Question: Is it really

13  too much to ask elected officials just to do

14  the right thing?  Is it too heavy of a lift?

15  Is it a bridge too far just to do the right

16  thing and draw fair maps?  Spoiler alert.

17  Georgia has changed.  We grew a 1,000,000

18  people in the last decade, and the

19  overwhelming majority of that growth was

20  people of color, and they brought their

21  politics with them.

22      Georgia is a purple state, a swing

23  state, and fair maps should reflect that 50/50

24  -- 50/50 political landscape.  How can you,

25  with a straight face, draw a nine/five

1  congressional map?  That's actually one more

2  than the previous eight/six map.  It's -- it's

3  laughable.

4        You've now had two cracks at this and

5  still didn't get it right.  So much for

6  wisdom, moderation, and justice.  It's really

7  disappointing.  Colleagues, it's not 1966

8  anymore.  Or is it?

9        Between the Robert E. Lee and Alexander

10  Steven's statues and portraits out in the

11  Capitol Hall and these grossly gerrymandered

12  maps.  I just can't tell what year or decade

13  we are in.

14        Please vote no to SB 3-EX.

15        I yield the well.

16        MR. SPEAKER:  The gentleman has yielded

17  the will.  That completes those that desire to

18  speak in opposition of SB 3-X.  Now we'll move

19  on to those speaking in favor.  Chair

20  recognizes the governor floor leader -- one of

21  them, Representative Soo Hong.  Representative

22  Hong is recognized to speak in favor of the

23  bill.

24        REPRESENTATIVE HONG:  Thank you, Mr.

25  Speaker, and good morning.

1      I know there's been a lot of criticism

2   on Chairman Leverett's map, and there was a

3   alternative map that was presented by the

4   minority leader, Beverly, in committee, so I

5   wanted to kind of draw comparisons between the

6   two maps here today.

7      Chairman Leverett's plan drew a

8   congressional map that represented Georgia

9   communities of interest.  And as I mentioned,

10   the Democrat plan was offered in committee as

11   an alternative, but that is not a plan drawn

12   by Georgians.  That was a plan drawn by the

13   Plaintiff's expert in the Section 2 cases.

14   And that was an expert who testified that he

15   relied only on communities he could see on a

16   map.

17      He didn't look at the reality on the

18   ground in these areas and did not know about

19   other Georgia communities or interests in

20   drawing the plan.  In fact, he relied on

21   regional commissions as a community of

22   interest at one point, something that doesn't

23   really make sense if you know Georgia.  And

24   yet the Democratic caucus has chose -- chosen

25   to rely on that map, which was drawn by one

 1  out-of-state expert and did not rely on the

 2  thoughts or opinions of any Georgians except

 3  those that happen to be directly involved in

 4  litigation.

 5         The Democratic caucus map doesn't --

 6  actually, it doesn't protect Georgia

 7  communities at all.  So let's compare the two

 8  plans because the majority plan ensures that

 9  Georgia communities are protected while

10  complying with Judge Jones's order.  The

11  Democratic plan cuts across the mountain range

12  of north Georgia while the map before us today

13  maintains the current boundary between Murray,

14  and Fannin, and Gilmore Counties.

15         The Democrat plan runs District 13 from

16  Fayette County all the way out to Butts and

17  Jasper Counties, connecting counties, which

18  have little in common.  The map before us

19  today places those same counties in a more

20  rural-oriented district that runs in East

21  Georgia.  The Democrat plan places Hancock

22  County in the same district as the north

23  Georgia mountains in Rabun and Towns Counties.

24  That connection makes no sense, and it is

25  avoided on the plan here before us today.

1       Now let me talk about Gwinnett County.

2   I know there were some mentions of Gwinnett

3   County, and that is my home county.  Some of

4   the Democrat reps that have come up here have

5   complained about the four-way split of that

6   county.  But as mentioned, we all know that

7   Gwinnett is a large and growing county, and

8   having multiple members of con -- congress

9   makes sense.

10       In fact, Gwinnett is the second largest

11   county in all of Georgia with over a 1,000,000

12   residents.  And it trails close behind only

13   Fulton County in population size.  And the

14   four-way split we propose here is far from

15   unprecedented.  In fact, the Democrats' plan,

16   despite their complaints about the four-way

17   county split in Gwinnett and our plan have

18   their own four-way county split in their

19   proposed plan right next to our Gwinnett

20   County, and the only county with more

21   population than Gwinnett, which is in Fulton

22   County.

23       Our map here today also places areas of

24   Gwinnett County that are still represented by

25   Republicans in the general assembly and

1   districts currently held by Republicans.  As a

2   Gwinnett resident, I like and appreciate the

3   attention the county will get now with four

4   members of congress helping watch out for our

5   needs of our county.

6          The other county that I represent is

7   Hall County.  The two-way split in Hall County

8   recognizes an important community of interest

9   around Lake Lanier.  This map provides

10  additional representation for Hall County

11  residents, which is a positive because now we

12  have two members of congress looking out for

13  our interests.

14         And lastly, I'd like to talk about Cobb

15  County, a county that I grew up in.  We've

16  heard some complaints about a three-way split

17  of Cobb County on the plan before us.  But to

18  be clear, the Democrat plan also split Cobb

19  three ways.  And the Democrat plan uses an

20  almost illogical split of Fayette County,

21  taking just a small number of people out

22  instead of using the existing boundaries.

23         Democrats chose to rely on the

24  Plaintiff's expert instead of using their

25  judgment to ensure people who know Georgia.

1  People like Gina Wright (phonetic) and her

2  appropriate -- reapportionment office and the

3  elected senators in this state to draw a map

4  that fairly represents Georgians.

5       This map, Chairman Leverett's map, does

6  exactly what we were ordered to do by Judge

7  Jones, and I urge you to vote yes for this

8  map.

9       Thank you, Mr. Speaker.  I yield the

10  well.

11       MR. SPEAKER:  The lady has yielded the

12  well.  We have one other speaker in favor of

13  SB 3-X.  Chair recognize Representative

14  Reeves.

15       Speak to the bill, Representative

16  Reeves.

17       REPRESENTATIVE REEVES:  Thank you, Mr.

18  Speaker, colleagues.

19       Map drawing is not an easy assess, the

20  members of the house who served on the

21  redistricting committee can confirm that, and

22  you've seen it in the last week.

23  Congressional maps So the hardest to draw

24  because pursuant to the US Constitution and

25  decisions by the US Supreme Court, you don't

1  have a percentage of deviation.  It has to be

2  down to the very person, one person, one vote.

3  And our redistricting office, led by Gina

4  Wright, has delivered maps that comply with

5  Judge Jones' order and that Constitutional and

6  US Supreme Court rule of one person, one vote.

7       Ms. Wright has been amazing in this

8  process.  The -- the 500-page order was issued

9  just a few weeks before Thanksgiving.  The

10  office, in conjunction with the legislature,

11  both parties, has worked tirelessly, and, Ms.

12  Wright has been a consummate professional.

13  She is -- she has been in the redistricting

14  office here in Georgia for two decades, for a

15  generation.

16       She has been qualified as an expert

17  witness in numerous federal court cases, which

18  the lawyers in the body know is the highest

19  standard for expert witnesses under the

20  Daubert standard.  She has taught

21  redistricting to professionals across the

22  country as well as around the state -- state

23  legislative bodies and national groups.  So we

24  have the best person and the best office in

25  Georgia, to draw maps, with Ms. Wright and her

**GEORGIA HOUSE FLOOR**
Hearing - House Floor on 12/07/2023                              Page 45

1   professionals in her office, and they have

2   delivered on that, and they have been

3   responsive to both parties during this

4   process.

5        Drawing the new 6th district, as we

6   were instructed by Judge Jones, impacted

7   surrounding districts.  That should be no

8   surprise since you have no margin of

9   deviation.  You've got to have one person, one

10  vote.  And it impacted adjoining districts

11  equally.

12       The Democratic plan did not consider

13  changes in districts in my area of Gwinnett

14  County, but the congressional plan that is

15  before you from Senator Echols appropriately

16  allowed those districts to be pushed to the

17  east.  Those districts inside the perimeter

18  naturally moved into my area of Gwinnett

19  County and also created the impact, which

20  moved District 7 north.

21       The map does not use the Voting Rights

22  Act to achieve political aims.  It maintains

23  the partisan balance that this body,

24  previously enacted just two years ago while

25  fully complying with Judge Jones' order.

1        And we know that the Voting Rights Act

2   does not protect officials.  It protects

3   voters.  It protects the rights of voters.

4   And this plan does just that.  Judge Jones

5   told us how to comply, and we've done that.  I

6   saw Judge Jones, when he was on the superior

7   court bench in Athens, he had the benefit of

8   Judge Lawton Stephens, who was longtime a

9   member of this body and has been a fellow

10  judge.

11       Before he went on to the federal bench,

12  Judge Jones got to see, the impact of tough

13  decisions.  I saw him do a custody case back

14  when I was in law school, so he's been

15  deciding important things for a long time.  He

16  had a well-reasoned, 516-page order that the

17  committee and many of you in this body have

18  read and carefully tried to comply with, and

19  Senator Echols' plan does comply.

20       Even with the compressed timeframe,

21  Shortly before the Thanksgiving holidays, the

22  -- both Senator Echols as well as the Democrat

23  side of the aisle had time to produce maps.

24  Senator Echols' map was circulated longer than

25  the alternative by the other side of the

1  aisle, and both received public comment.

2      There was reference to the public

3  comments.  The committee read them.  You can

4  read them.  They're online.  It was about 500

5  at last count -- count, and there were many,

6  many witnesses, regarding the maps.  It is a

7  fair map for the people of Georgia.  It

8  complies with Judge Jones' order while meeting

9  Georgia's goals as a state that is open for

10  representation of all people.

11      And addressing some Gwinnett County

12  issues, I won't repeat what Governors Floor

13  Leader Hong eloquently said about Gwinnett

14  County being nearly as big as Fulton County,

15  but I will point out, Gwinnett has the state's

16  largest school system, nearly 200,000 kids in

17  school.  So it should be no surprise with the

18  county and the magnitude and size of Gwinnett

19  that you're going to have more districts in a

20  county that size.  That's larger than a lot of

21  metro areas around the country.

22      Also, Mike Collins has a very small

23  part of Gwinnett, but it's on University

24  Parkway, 316 on the way to Athens, where we

25  all drive to the football games on that road.

1  It should be no surprise that part of Gwinnett

2  County is linked with northeast Georgia and

3  Athens with it being there on University

4  Parkway.  And also from Gwinnett County, I've

5  been there 20 years.  There have been multiple

6  times over the last decade and two decades

7  that Gwinnett County has been linked to

8  DeKalb.

9       Former Congressman John Linder was

10  originally from Tucker.  He served in the

11  legislature from north DeKalb, and DeKalb and

12  Gwinnett were linked then.  You've had both,

13  majority Democrat and majority Republican

14  districts that have had DeKalb and Gwinnett

15  combined with recent precedent.  And so for

16  those reasons, I would ask -- and -- and just

17  one more time, I'd like to applaud Chairman

18  Lever (phonetic).  I'd like to applaud the

19  Democrat and Republican members of the

20  redistricting committee.  The time has been

21  put in on this con -- on this congressional

22  map.  It is a good map, and I would ask for

23  your favorable support.

24       Mr. Speaker, I yield the well.

25       MR. SPEAKER:  Gentleman has yielded the

1  well.  That concludes the speakers.  We're on

2  our bill.  Now, we have a couple more

3  presentations, but first, we need to -- is

4  there any objection to the previous question

5  being ordered?

6      Chair, hears none.  The previous

7  question is ordered.

8      We'll move on now to the minority

9  report, which will up to 20 minutes, and then

10  the chairman's time.  The minority whip,

11  Representative Sam Park is recognized to

12  present the minority report to SB 3-X.

13      Representative Park?

14      REPRESENTATIVE PARK:  Thank you, Mr.

15  Speaker.

16      Good morning, colleagues and friends.

17      To begin, I would like to thank the

18  gentleman from House District 123, Chairman

19  Rob Leverett, for doing his duty with honor,

20  integrity, and fairness.  While I strongly

21  disagree with the Republican maps that have

22  come out of the house for the apportionment

23  and redistricting committee, I appreciate the

24  manner in which the representative from

25  Elberton conducted his comedian committee

1   meetings under the circumstances.

2      I also recognize that I've made

3   statements here in this well and during the

4   fight over Gwinnett's local maps last year

5   that have offended some members here in this

6   body.  That was not my intent.

7      I'm not here to be mean for the sake of

8   being mean.  I've been taught that open rebuke

9   is better than hidden love.  I've been taught

10  to speak up for those who cannot speak for

11  themselves, to speak up for all the rights of

12  all who are destitute, to speak up and judge

13  fairly and defend the rights of the poor and

14  needy.  I've been taught that when I see

15  something that is not right, not just, not

16  fair that I have a moral obligation to say

17  something, to do something, to -- to do my

18  part to help bend the arc of history toward

19  justice for all.  That is why I fight as hard

20  as I do.

21      These Republican maps for Congress, for

22  the State Senate and House, they are not

23  right.  They are not just.  And they certainly

24  are not fair to Georgia voters, especially for

25  Black voters and voters of color whose freedom

1  to elect their candidate of choice is being

2  attacked and undermined.

3      As recognized by the federal court that

4  struck down the 2021 Republican maps for being

5  racially discriminative, Black voters in

6  Georgia, whose voting rights have been injured

7  by the violation of Section 2 of the voting

8  rights hat right voting rights act have

9  suffered significant harm.

10      Now as a member from Gwinnett County as

11  well, frankly, I've been disappointed to hear

12  members from the other side who represent

13  Gwinnett talking about these maps being fair

14  for Gwinnett County.  I cannot ever forget

15  what happened with Gwinnett's local maps just

16  last year, in which members in this body, in

17  my opinion, broke the rules of this house to

18  draw out the first Black woman in 200 years

19  elected to the Gwinnett Board of

20  Commissioners.  That is unacceptable.

21      And I will always, always remember that

22  action that was taken here in this body,

23  unfortunately.

24      As noted by my Democratic colleagues,

25  The Republican map clearly violates Judge

1  Jones' federal court order.  On Pages 509 to

2  510, in Section G, regarding the remedy, Judge

3  Jones writes, the State cannot remedy the

4  Section 2 violations described herein by

5  eliminating minority opportunity districts

6  elsewhere in the plan.

7        Further, on Pages 510 to 511, Judge

8  Jones writes, an acceptable remedy must

9  completely remedy the prior dilution of voting

10  -- of minority voting strength and fully

11  provide equal opportunity for minority

12  citizens to participate and to elect

13  candidates of their choice.

14        Like the unlawful Republican map for

15  State Senate, the Republican congressional map

16  does not provide relief for voters in the

17  areas identified by the court as needing

18  relief from vote dilution.  More than a

19  140,000 Black voters are still denied the

20  ability to elect their candidate of choice.

21  And like the unlawful Republican map for State

22  House, the Republican congressional map

23  eliminates a minority opportunity district in

24  Gwinnett County by obliterating Georgia's 7th

25  Congressional District, a majority minority

1  district where 67 percent of the voting age

2  population is comprised of Black, Hispanic,

3  and Asian American voters.  Now this district

4  contains 67 percent white voters and only 33

5  percent minority.

6         This open defiance of a federal court

7  order is alarming.  It is reminiscent of the

8  refusal to accept the outcome of the 2020

9  presidential election that led to the January

10  6th Insurrection.

11         On that note, we've seen bipartisan

12  condemnation against acts of violence and

13  domestic terrorism.  We all care about public

14  safety, and it is disingenuous to state

15  otherwise.  I look forward next year to the

16  bipartisan condemnation against The January

17  6th domestic terrorist who attacked the United

18  States Capitol building, who injured a 138

19  police officers, and killed 5 people,

20  including a police officer.

21         I sincerely hoped my Republican

22  colleagues would understand and comply with

23  Judge Jones' order.  I was glad to hear y'all

24  say, repeatedly, that your primary goal was to

25  comply with Judge Jones' order in every

1  respect.  I held out hope that y'all would do

2  as y'all said.  But upon careful analysis of

3  the Republicans' maps, it is self-evident that

4  the Republican Party's primary goal is to

5  maintain political pop -- political power at

6  all costs to the detriment of Georgia voters,

7  our representative democracy, and the rule of

8  law.

9       As I noted last week, the blatant

10  disregard for existing law that protects

11  majority minority districts such as the 7th

12  Congressional District demonstrates an intent

13  to once again attack the Voting Rights Act by

14  narrowing its protections.  Recognize that it

15  will be Hispanic Americans and Asian American

16  voters who will be harmed and lose protections

17  if Republicans succeed in their continued

18  attacks against the Voting Rights Act.

19       For more than 30 years, the 11th

20  Circuit Court of Appeals held that minority

21  coalitions are protected from having their

22  votes diluted under the Voting Rights Act.

23  Yet multiple times throughout this special

24  session, Republicans, including the senate

25  chair of the apportionment, have publicly

1  stated that they know better, that a minority

2  opportunity group -- that minority opportunity

3  district must be a district where a single

4  racial group is a majority.  That excludes

5  Hispanic Americans and Asian American voters.

6        The public positions taken by

7  Republicans on coalition majority minority

8  districts means Hispanic and Asian American

9  voters who vote together in a coalition should

10  not be afforded an opportunity to elect their

11  candidate of choice.  That multiracial

12  coalitions can and should be divided and

13  conquered.  What a shame.

14        As the first Asian American Democrat

15  ever elected to the Georgia general assembly,

16  I was provided the opportunity to serve here

17  in this body by building a multiracial

18  coalition.  A coalition of white, Black,

19  Hispanic, and Asian American voters who share

20  the same values, hopes, and dreams; who want

21  access to quality affordable healthcare;

22  world-class public education; and safe

23  communities free from gun violence.  The

24  ability to transcend our differences and find

25  common ground makes Georgia and our state, and

1   our country stronger.  We are stronger

2   together.

3        Unfortunately, this Republican effort

4   to dismantle the voting rights act, to divide

5   voters by race and dilute their political

6   power, to foster division by pitting

7   communities against one another, will only

8   make us weaker.

9        As the good book says, you know a tree

10  by its fruit.  Every good tree bears good

11  fruit, but a bad tree bears bad fruit.  Thus,

12  by their fruit, you will recognize them.

13       Unfortunately, there is a lot of bad

14  fruit coming out of today's Republican Party,

15  a lot of Republican policies and actions that

16  have and will cause great harm.  I also know

17  there are a lot of good men and women in the

18  Republican Party.  I have family members who

19  are Republicans.  I've been taught to love the

20  sinner and hate the sin.

21       So to the best of my ability, I would

22  do what love requires in all circumstances as

23  that is what my faith commands.  And I would

24  treat every member in this body with respect

25  and kindness that many of my Republican

1  colleagues have shown me.

2       But I will also not be silent.  I will

3  do all I can to stand and fight against the

4  harm caused by Republican policies that put

5  the pursuit of power before God, country, and

6  my fellow Georgians.  So as I began my remarks

7  last week, I will end my remarks today.

8       This Republican map is unlawful.  Judge

9  Jones can and should reject it.  I urge every

10  member of this body to vote no.

11       Thank you, Mr. Speaker, I yield the

12  well.

13       MR. SPEAKER:  The gentleman has yielded

14  the well.

15       Minority Leader Beverly, you're

16  recognized to speak to SB 3-X.  SB 3-X;

17  Representative Beverly.

18       REPRESENTATIVE BEVERLY:  Thank you, Mr.

19  Speaker, and good morning, colleagues.

20       Before I begin my comments, a member of

21  this house referred to the Democratic map, and

22  so I'd like to address that for just a moment

23  for those who have not seen the map or have

24  watched the hearings.

25       I'm grateful that you referred to the

1  map because that's the map, the substitute,

2  that we should use to send back to the judge.

3  But I want to correct something that you said,

4  and that is this:  is that it was the

5  illustrative map that was given to me by the

6  senate, by every congressional member,

7  Democratic member, who said we agree to this

8  map.  You call it an outside map.  I call it

9  inside map because I gave that map to Gina,

10  who you referred to -- who you guys refer to,

11  who we love as a house.  And she cleaned it

12  up.  Because they were wrong.  She had to move

13  certain blocks -- 25 or so, Gina?  We had to

14  clean that map up.  It was -- it's a Georgia

15  map.

16        Please stop with the shenanigans

17  already.

18        I rise in opposition to Senate Bill 3-

19  EX.  The Republican map have redrawn the

20  state's congressional districts, but before I

21  let -- no.  I'm just kidding.  I'm not going

22  to go that fast.  I know y'all rush for time,

23  but I need to slow to sit down because I want

24  y'all this.

25        There are two people -- groups of

1   people I don't like very much right now.  The

2   senate, because they left a couple days ago.

3   I don't like them right now.  They think we as

4   a house don't like them right now.  And I

5   really can't stand the State of Alabama.  But

6   what they did?  Go dogs.  Sic 'em.  Last week.

7        And the senate, in their arrogance,

8   threw a couple of hand grenades into the

9   house, and then they walked away as if they

10  didn't do it.  We had to deal with issues of

11  international significance.  Started in the

12  senate, they throw it in the house, and they

13  walk away.  We had to deal with a training

14  center.  Another hand grenade, throw it in the

15  house; walk away.

16       And now we have to take up their map.

17  Another hand grenade, they throw into our

18  house and walk away.  Mr. Speaker, I say we

19  return a few cannonballs to them, one of which

20  being let's expand Medicaid now that comes out

21  of the house.  Let's deal with seal wind as it

22  relates to maternal mortality, and let's send

23  it back to them and make them deal with that.

24       And lastly but not least, let's take

25  this map and rip it up.  Because a judge is

1  going to do the same thing I suspect.  Why

2  don't we, as a house, stand for something in

3  this moment?  I oppose this map because this

4  ain't a Georgia map.  This is a Alabama map.

5      Let me explain.  A federal court in

6  Alabama held earlier this year that Alabama's

7  congressional map violated Section 2 of the

8  Voting Rights Act because of diluted voting

9  strength of Black folk in Alabama.  The court

10  gave the Alabama legislator an opportunity to

11  redraw the map, to add an additional Black

12  opportunity district -- that It is a district

13  in which Black voters would have an

14  opportunity to elect candidates of their

15  choice to the United States House of

16  Representatives.  That happened in Alabama.

17  But what did Alabama do?

18      The Alabama legislator thumbed its nose

19  at the federal court and drew a new plan

20  without any additional opportunity districts.

21  The federal court quickly rejected that map

22  and drew its own.  And in the process, Alabama

23  became the laughing stock of the nation for

24  its unwillingness to change their opinion and

25  their backwardness.  What do you call those

1   Alabamas?  What do what do you call Alabama?

2   I don't know what you call them.  I call them

3   backwards.

4          And as I look at the analysis of

5   Georgia game, it was a team loss.  I look at

6   the events that have unfolded over the past

7   few days.  The senate and the State of Alabama

8   want to deal -- want us to do their bidding,

9   but this is our house.

10          This is our house.  We're the big dogs

11   in this house. And we need to say, as the big

12   dogs say, go dogs.  Sic 'em.  Woo, woo, woo,

13   woo, woo.

14          I fear, ladies and gentlemen, that SB

15   3-EX takes us down the Alabama path.  They

16   want us to blatantly and intentionally defy

17   the federal court's order that found our

18   congressional map in violation of the Voting

19   Rights Act.  As in Alabama, the federal judge

20   in Georgia has given us an opportunity to draw

21   a new map.  He instructed that the new map

22   must create an additional majority district in

23   west Metro Atlanta.  Page 509 of 511.  It was

24   clear that the state cannot remedy Section 2

25   violations described herein by eliminating

1   minority opportunity districts elsewhere in

2   the plan, but that is precisely what the

3   senate map did that we're carrying their

4   water?  Get out of here.

5        It creates a new majority Black

6   district in west Metro Atlanta, but it also

7   eliminates an existing minority opportunity

8   district in Gwinnett.  We've already litigated

9   that even though we're in a public space.

10  Make no mistake, this is no accident.  It's

11  unlawful.  It's unconstitutional.  It's wrong.

12  And we should not want any part of that.

13       Football aside, we don't want to be

14  like Alabama.  Georgians, all Georgians,

15  deserve better than that.

16       Vote no and say to the senate and to

17  Alabama, we reject Alabama's playbook.  We are

18  the big dogs, and we call the balls and

19  strikes.

20       Before I close, I want to correct the

21  record on one thing.  During the debate on

22  this bill in the senate, one of our colleagues

23  over there asserted that the Voting Rights Act

24  doesn't protect minority opportunity districts

25  like the one in Gwinnett County that this map

1   -- map eliminates.  That simply isn't true.

2        We are the last people standing.  I

3   think they got the last word, but we should

4   get the last laugh in.  The 11th Circuit Court

5   of Appeals, which covers Georgia, Alabama, and

6   Florida, has long recognized that Section 2 of

7   the Voting Rights -- Rights Act protects

8   minority opportunity districts like the one in

9   Gwinnett that this map eliminates.

10        The leading case -- the leading case is

11  Concerned Citizens of Hardee County versus

12  Hardee County Board of Commissioners, where

13  the 11th circuit, the same circuit, recognized

14  that the Voting Rights Act protects districts

15  like the one in Gwinnett where Black,

16  Hispanic, and Asian voters vote cohesively as

17  a political coalition, and by doing so, can

18  elect candidates of their choice.  Judge Jones

19  certainly knew that.  And that's why he said

20  that this body can't remedy the Section 2

21  violation by eliminating minority opportunity

22  districts elsewhere in the map.

23        The law on this is clear in the 11th

24  circuit.  And we must act -- we must not act

25  as though it isn't.  If we do so, it's to our

1  peril.  Our peril.

2      This map, this hand grenade they

3  thrown, and they putting us on a sinking ship

4  right now, right before holiday vacation,

5  while they're somewhere -- somewhere maybe on

6  an island having a good old time for the last

7  couple days while we're sitting here doing our

8  people's work.  So I respectfully urge you to

9  vote no on Senate Bill 3-X.  They want us to

10  fall on the sword while they are having mai

11  tais somewhere, and they're doing whatever

12  they're doing.

13      We're the big dogs.  Mr. Speaker, I --

14  go dogs.  Sic 'em.

15      I yield the well.

16      MR. SPEAKER:  Gentlemen, has yielded

17  the well.  That completes our minority report.

18      We'll now move on to chairman's time

19  for up to, not mandatory, but up to 20

20  minutes.  Chairman Leverett is recognized to

21  speak to SB 3-EX.

22      REPRESENTATIVE LEVERETT:  Thank you,

23  Mr. Speaker.

24      Ladies and gentlemen of the house,

25  we've heard a number of arguments, and I would

1   -- I would like to respond to them in a -- in

2   a brief manner, if I may.

3        The primary argument I'm hearing is

4   that although the maps create an additional

5   majority Black district in the area the judge

6   specifically told us to, they somehow do not

7   comply with his order.  And the reason we're

8   told is because of the language dealing with

9   minority opportunity districts.

10        Now it is admittedly, the quote up

11   there is accurate.  That is an accurate quote.

12   That is what Judge Jones said.  And I -- I,

13   like the previous speaker, believe him to be a

14   very intelligent person, and he knows how to

15   write an order.  This is -- this order, I

16   don't agree with everything he says in it, but

17   nobody can deny the craft and the hard work

18   that went into that order.  It's very

19   impressive.  But I believe we're being unfair

20   to Judge Jones when we're construing some of

21   this language outside the context of the case

22   that actually was litigated.

23        So there is a -- there is a provision.

24   The -- the -- I've had it on the screen

25   before.  At this point, I'm assuming you've

1   already memorized it, but it said the remedy

2   involves an additional majority Black

3   congressional district in west Metro Atlanta.

4   That's the portion of the remedy provision of

5   his order that addresses the congressional

6   maps.  The map you looked at earlier does

7   that.

8        District 6, majority Black district.

9   It's in west Metro Atlanta.  It almost matches

10  the proposed district that the Plaintiff

11  submitted.

12       But we're told well, no.  It really

13  doesn't comply because of this language about

14  minority opportunity districts.  Well, I

15  agree.  It is meaningful language, but it does

16  not have the meaning that my friends across

17  the aisle ascribed to it.  And the reason it

18  doesn't is because that minority opportunity

19  districts, as it's being construed by our

20  friends across the aisle, was never mentioned

21  in that phrasing or that definition in the

22  case.  That is not a legally defined term.

23  The term gets used loosely in different

24  contexts.

25       In the context of this case, the

1   minority that was being discussed whose rights

2   were trying to be vindicated were Black

3   voters.  If you take the same page that was

4   quoted from and run down the page.  All right.

5   So on Page 509 at the bottom, it starts, the

6   State cannot remedy the Section 2 violations

7   described herein by eliminating minority

8   opportunity districts elsewhere in the plans.

9   Keep in mind, the judge was careful to say an

10  additional majority Black congressional

11  district.  Additional.

12        He was trying to make it clear to us to

13  avoid confusion that had happened in Alabama,

14  and that is the bitterest pill right there, to

15  be accused of being like our friends to the

16  west.  That is really a low blow, I would

17  submit to you.

18        My goal this whole session has been to

19  -- to do just not what they did, to do

20  everything opposite from what they did.  And I

21  don't think you can say that we are being like

22  Alabama when we are passing a map that

23  includes an additional majority Black

24  congressional district.  And I credit Judge

25  Jones because he was writing in the context of

1  the Allen decision.  And so he knew that that

2  order was not exactly clear, so he wanted to

3  make it abundantly clear what we have to do.

4        But he is writing in the context of a

5  case in which the only claims have involved

6  Black voters.  They didn't involve other

7  minorities, and they didn't involve this not -

8  - somewhat novel and largely rejected theory

9  that you can take people from different

10  minorities and add them up to get above 50

11  percent in a potential proposed district.

12  We're -- we're citing from 11th Circuit, but

13  the -- the language in that -- that Hardee

14  case is dicta.  And the lawyers know what that

15  means.  Those of you who are not lawyers,

16  basically means it's just something that the

17  judge said that was not part of his holding or

18  his ruling.  It isn't precedent.  It doesn't

19  govern things going forward.

20        And as a matter of fact, a three-judge

21  panel in the northern district, right here, as

22  recently as October 23rd, the same date this

23  order came out, said just that.  That's only

24  dicta.  It's not binding.  And it's kind of

25  interesting to know that one of the judges on

1  the three-judge panel was Judge Steve Jones.

2        Now the only district, the only circuit

3  court, and it -- and for those who don't know,

4  the -- the United, States, the federal

5  appellate system is divided up into circuits.

6  We're in the 11th here.  The 6th Circuit has

7  specifically rejected this notion that my

8  friends from the other side are pushing about

9  the -- the -- whether the voting rights

10  protection to those kinds of districts.

11        To be clear, District 7 is not a

12  majority Black district.  It was not

13  litigated.  It wasn't the subject of this

14  lawsuit.  Nobody was talking about it in here

15  because it -- it was out beyond the scope of

16  the claims.  All the claims had to do with the

17  rights of Black voters, had to do with

18  statistical data involving Black voters, not

19  other minorities.  The only minority they were

20  talking about in this case, or these three

21  cases, was Black voters.  That was it.

22        And if you read on down from the

23  sentence that was put up there earlier, the

24  judge said the court retains jurisdiction

25  determine whether the remedial plans adopted

1   by the general assembly remedy the Section 2

2   violations by incorporating additional

3   legislative districts in which Black voters

4   have a demonstrable opportunity to elect their

5   candidates of choice.  Later on, he says, this

6   will require the court to evaluate a remedial

7   proposal under the -- the Jingle (phonetic)

8   standard, which is a -- a law suit or a spring

9   court case that everyone's still traveling

10  under when we do voting rights cases.  Under

11  the Jingle standard to determine whether it

12  provides Black voters with an additional

13  opportunity district.

14        So the 6th Circuit has specifically

15  rejected this -- this sort of coalition --

16  this notion that coalition districts are

17  protected under the Voting Rights Act.  The

18  11th Circuit case that keeps being sort of

19  passed around as providing just irrefutable

20  support is not that at all.  And the third --

21  a three-judge panel has said so, and the

22  Supreme Court has never said that.  If -- if

23  anything, we believe Spring Port (phonetic)

24  precedent supports just the contrary that is

25  not protected on the Voting Rights Act.

1        So this notion that we're violating the

2   order because we're doing something that the -

3   - that the judge told us not to do is

4   misconstruing that language.  Any way you --

5   every time the word opportunity appears in

6   this order, it is either within the same

7   sentence, or the same phrase, or the same page

8   as a reference to Black voters.  That was the

9   minority that was an issue.  Those were all

10   the claims in this case.

11        So I think to -- to say, well, Judge

12   Jones knew what he was doing.  He sure did.

13   He was working his tail off to get a 500-page

14   order out in a limited amount of time because

15   he was being caring and considerate enough to

16   us to get that out to us so we would have time

17   to act before he felt like he needed to.

18        And I take -- I appreciate that so

19   much, and I take the responsibility we have to

20   comply with that order so seriously.  And this

21   notion that -- that we're throwing plans up

22   here that cavalierly don't comply with the

23   order or that -- that follow the example of

24   our good neighbors to the west is just

25   particularly offensive.  And we're -- we're

1  adding the additional majority Black districts

2  in every plan just like the judge is telling

3  us, and I appreciate him so much for giving us

4  that degree of guidance.

5        Now, so we had some other claims made

6  here that, Of course, we we're not in

7  compliance with Section 2.  Well, again, I --

8  I think the argument being made about this

9  coalition district thing, or this argument is

10  -- is going beyond Judge Jones' order and

11  going a little his head and say, well, you

12  should have, you know, if -- if we don't do

13  that, even though the judge didn't say that's

14  a issue or a consideration, you've still got

15  to deal with it.

16        It's sort of like saying, well, you may

17  comply with the order, but you're still not

18  complying with Voting Rights Act because Judge

19  Jones didn't know what he was doing.  And I --

20  I -- I -- I -- I would agree that I -- I don't

21  agree uniformly with his ruling, but I don't

22  think you can say that we're not complying

23  with the order by creating the additional

24  majority Black district.

25        One of the people in the well said that

1  there was no majority Black district added.

2  We actually added two.  6 and 5 is now a

3  majority Black district.  6 was the one that

4  we specifically, pursuant to the court's

5  order, 5 became majority Black as part of the

6  redistricting process.

7       And the split in Cobb is actually

8  reduced.  It was split four ways.  It's

9  reduced three ways.  And the -- the area that

10  -- that was so controversial last time around

11  in southwest Cobb, it's been taken out of 14

12  and put in the new 6.  I think that'll be a

13  great relief to people in that area and would

14  be a great relief to their rep -- current

15  representative as well.

16       Now there are also allegations that

17  we've targeted particular people, and that's

18  simply not the case.  We were -- we were

19  redistricting.  That's what it's called.  We

20  didn't ask for the lawsuit.  We didn't want to

21  be here.  Judge Jones ordered us to be here.

22  That's the reason we're redrawing the maps.

23  We would just as soon been at home right now.

24  We're having to draw the maps because the

25  judge has ordered it because a lawsuit was

1  filed.

2      And that's fine.  You know, everyone's

3  got a right to file lawsuits if they feel

4  their rights need to be vindicated by a judge

5  and by court.  But to say that we've targeted

6  ignores the posture of this session.  This was

7  not just called by us for fun.  It was -- it

8  was called because we were ordered to by the

9  judge and because a lawsuit was filed to -- to

10  invoke his jurisdiction.

11      The -- the other argument that I think

12  is misconstrues Judge Jones' order.  So -- and

13  this is referred to in the minority report,

14  that we are somehow going -- we are violating

15  his order because we are going beyond the

16  scope of the area he told us we needed to

17  address.  And the primary basis for that

18  argument is Page 513, where the judge said the

19  Pendergrass Plaintiffs have carried their

20  burden of demonstrating a lack of equal

21  openness in Georgia's election system, as a

22  result of the challenge redistricting plan, SB

23  2-EX, as to the following enacted district or

24  areas:  enacted congressional districts 3, 6,

25  11, 13, and 14.

1        So the argument goes, well, all he said

2    is 3, 6, 11, 13, 14.  That's all you can

3    touch.  You can't touch anything else.  No

4    voting rights act order is ever read that way,

5    and I'm -- I'm not aware that any judge has

6    ever ordered that because it would, I think,

7    be patently unconstitutional to tell us you've

8    got a redistrict, but this is all you can do.

9    That would make redistricting virtually

10   impossible to do.  He's just simply again

11   trying to tell us the area that we need to

12   look at based on the evidence that was

13   produced in the case.

14        And moreover, the minority report

15   points that up and says our plan has a legal

16   infirmity.  But the plan offered by the my by

17   our friends on the opposition touched more

18   districts than those.  As -- as -- as

19   Representative Hong mentioned, it -- it -- it

20   touches a number of other districts.  So if

21   that is a problem, it's problem with both

22   plans, not just our plan.  But I would submit,

23   it's not really a legal issue.  I would say

24   that that is not an infirmity of the -- of the

25   opposition's plan, nor is it one of ours.

1       The -- the other thing that is

2   particularly frustrating to me is -- is a

3   number of people have saying this plan

4   disenfranchises -- disenfranchises Black

5   voters, but it's creating additional majority

6   Black district that is designed and will give

7   Blacks voters a reasonable opportunity to

8   elect the candidate of their choice.  That's

9   the whole point of the lawsuit.  So to say

10  that you're disenfranchising someone by

11  creating a new district in which that's going

12  to happen, that just -- that strains logic

13  from my perspective.

14      Now, and again, I just -- it bears

15  repeating.  You cannot equate this plan or any

16  plan that has been presented to this body with

17  the Alabama situation.  The court over there

18  didn't give us the guidance that Judge Jones

19  has kindly given us.  We have not thumbed our

20  nose at him.  We have done what he told us to

21  do.  And these plans will comply, I feel, with

22  his order.  I -- I -- I take that obligation

23  very, very seriously to produce plans to

24  comply with the order.  I truly do sincerely

25  believe these do based on what I believe is a

1  reasonable reading of the order, and not

2  that's strained for political gain.

3        So Mr. Speaker, that's about all I have

4  to say.  I ask that this body please vote in

5  favor of these plans, so we can comply with

6  Judge Jones's order.  And we're all going to

7  find out, I think, soon enough if this is --

8  sort of been an unusual situation.  Usually,

9  Judge Jones is in the role of trying to

10  interpret what we meant when we passed words.

11  Now we've sort of placed ourself in that role.

12  I suppose that if -- if nothing else, Judge

13  Jones may have been getting a little chuckle

14  out of this saying, you know, it's not as easy

15  as it looks, is it?

16        So I appreciate everybody, in this

17  room, I appreciate the debate.  I appreciate,

18  so much the comments of the whip of the

19  minority party, and I have the utmost respect

20  for him and the leadership on that side of the

21  aisle, I know we're all ready to get home, and

22  I would ask that you vote in favor of Senate

23  Bill 3-EX.  And thank you.

24        MR. SPEAKER:  Gentleman has yielded the

25  well, and you did make your time constraints.

1   Thank you very much.

2        Mr. Chairman, I think, all members of

3   this body as it was expressed by the minority

4   whip appreciates your openness and your

5   willingness to hear from everyone.  You had a

6   tough job to do, and we appreciate your --

7   your professionalism and your knowledge, and

8   we appreciate you working with all of us as we

9   move through this process.

10        All members, if you'll return to the

11   floor, that concludes the comments that we

12   have on SB 3-EX.  All members return to the

13   floor.

14        Is there any objections to agreeing to

15   the report of the committee, which was

16   favorable to the passage of the bill?

17        There is objection.  Does the gentleman

18   move -- does a gentleman move?

19        MALE VOICE:  Yes.

20        MR. SPEAKER:  Gentlemen moves.  All

21   those in favor agreeing to the report of the

22   committee will vote yes.  That's green.  All

23   those opposed vote no.  That's red.  And the

24   clerk will unlock the machines.

25        Have all members voted?  All members

1  voted?  If so, the clerk will lock the

2  machines on agreeing to the report of the

3  committee.

4      The yeas are 97, the nays are 71, and

5  this body has agreed to the report of the

6  committee.

7      Shall this bill now pass?  All in favor

8  of the passage of this bill will vote yes.

9  All those opposed will vote no.  And the clerk

10  will unlock the machines.

11      Have all members now voted?

12      For what purpose does -- you're off?

13      I'm going to take two inquiries.  For

14  what purpose does Leader Beverly rise?

15      REPRESENTATIVE BEVERLY:  Mr. Speaker, I

16  move to adjourn.

17      MR. SPEAKER:  Don't recognize you for

18  that motion there, mister leader, but it was

19  pretty clever.

20      For what purpose does representative

21  Becky Evans rise?

22      REPRESENTATIVE EVANS:  Thank you, Mr.

23  Speaker.

24      Parliamentary inquiry.

25      MR. SPEAKER:  State your inquiry.

1       REPRESENTATIVE EVANS:  Isn't it true,

2   Mr. Speaker, that the judge's order said that

3   while creating these majority Black districts,

4   you cannot eliminate minority opportunity

5   districts elsewhere.  Isn't that true, Mr.

6   Speaker?

7       MR. SPEAKER:  Representative, I've

8   heard that stated a couple times on both --

9   both ways.  And but I'm sure the lady believes

10   exactly what she stated.  I think we've --

11   we've all been heard.  We've had opportunity

12   to be heard on this bill.  And I think it's

13   time if all members have voted, and I think

14   they have, that the clerk will lock the

15   machines.

16       On the passage of the bill, the yeas

17   are 98.  The nays are 71.  This bill, having

18   received a requisite constitutional majority

19   is therefore passed.

20       Thank you, members, for your attention.

21   We are moving on to afternoon orders.

22       (End of Video Recording.)

23

24

25

1                        CERTIFICATE

2

        I, Wendy Sawyer, do hereby certify that I was

3

authorized to and transcribed the foregoing recorded

4

proceedings, and that the transcript is a true record, to

5

the best of my ability.

6

7

8

        DATED this 15th day of December, 2023.

9

10

11

    _____

12

    WENDY SAWYER, CDLT

13

14

15

16

17

18

19

20

21

22

23

24

25

**GEORGIA HOUSE FLOOR**
Hearing - House Floor on 12/07/2023                    **Index: 1..4**

**1**

**1** 6:20 7:2,
5 19:2

**1,000,000**
7:11 33:8,
16 37:17
41:11

**1-EX** 3:23,
24

**10** 14:2

**100** 34:9

**11** 9:6
11:19,23
21:14
28:14
74:25 75:2

**11th** 23:20
54:19
63:4,13,23
68:12 69:6
70:18

**12** 33:24

**123** 49:18

**13** 6:1 9:5
10:6,9
11:6,7
12:16,19
23:8 27:23
28:15 36:9
40:15
74:25 75:2

**13's** 10:5

**138** 53:18

**13th** 23:19

**14** 9:6
11:14,16,
17,18,19
12:2 22:16
28:15
73:11
74:25 75:2

**140,000** 22:4
52:19

**14th** 23:12

**16** 35:4

**17** 34:10

**181** 34:8

**19** 23:22

**1965** 20:1
25:8 36:21

**1966** 32:18,
22 33:2
38:7

**1990** 34:4

**1st** 32:25

**2**

**2** 4:8
16:11,25
19:10,25
20:13
21:9,23
26:3 29:2,
19 39:13
51:7 52:4

**60:7 61:24**
63:6,20
67:6 70:1
72:7

**2,300** 33:20

**2-EX** 74:23

**20** 48:5
49:9 64:19

**200** 51:18

**200,000**
47:16

**2016** 24:12

**2018** 24:14
34:24

**2020** 24:13
26:20
27:14
34:24 35:6
53:8

**2021** 4:6
12:6 22:13
26:20
27:19
36:13 51:4

**2022** 24:14,
15 27:19
31:21

**2023** 4:4
37:5

**21** 37:5

**23rd** 68:22

**25** 58:13

**26** 4:4

**29** 11:8

**3**

**3** 5:23
28:14 31:3
74:24 75:2

**3-** 3:8
58:18

**3-EX** 3:13
15:3,20
19:22
25:23 26:2
38:14
61:15
64:21
77:23
78:12

**3-X** 17:3
19:17
32:13
38:18
43:13
49:12
57:16 64:9

**30** 21:13
34:5 54:19

**316** 47:24

**33** 20:15,16
28:23 53:4

**4**

**4** 9:20
11:6,7

18:13
27:18

---

**5**

---

5   9:5,9
11:3,7
16:19
53:19
73:2,5

50   68:10

50/50   37:23,
24

500   47:4

500-page
44:8 71:13

509   4:21
21:6 52:1
61:23 67:5

51.06   9:16

51.75   8:16

510   52:2,7

511   52:7
61:23

513   74:18

516-page
29:14
46:16

550   30:19,
25

57   33:5

---

**6**

---

6   5:9,24
6:5 8:10,
14 9:4,6
10:3,4
11:2,7,12,
15 12:12,
13,24
20:10
23:24
28:14 66:8
73:2,3,12
74:24 75:2

60   27:9
35:4 36:23

600   29:15

65,000   33:3

66   32:25
33:22

67   20:15,16
28:23
53:1,4

6th   23:21
45:5
53:10,17
69:6 70:14

---

**7**

---

7   12:21
13:2,10
20:11
21:13,20
26:17

27:21
28:23
45:20
69:11

72   33:25

765,136   7:9

7th   16:20
52:24
54:11

---

**8**

---

84   34:1

85   28:18

88   21:17,
18,21

---

**9**

---

9   13:4,11
16:18

97   34:5

9th   14:7

---

**A**

---

ability
52:20
55:24
56:21

Abrams   24:14

absolutely
24:7

abundantly
68:3

accept   53:8

acceptable
52:8

access   55:21

accident
62:10

accommodate
11:24

account   14:6
35:8

accurate
65:11

accused
67:15

achieve
45:22

acknowledged
30:13

act   4:8
16:5
17:13,25
19:25
20:14,22
25:7 26:3
29:24 30:1
31:7
36:21,24
45:22 46:1
51:8
54:13,18,
22 56:4
60:8 61:19
62:23
63:7,14,24

70:17,25
71:17
72:18 75:4

action  51:22

actions
 56:15

acts  53:12

actual  8:8
 29:7

add  20:5
 60:11
 68:10

added  11:14,
 17,18
 20:18
 73:1,2

adding  10:24
 72:1

addition
 27:4 29:23

additional
 4:19 7:19
 13:21
 14:15 24:2
 42:10
 60:11,20
 61:22 65:4
 66:2
 67:10,11,
 23 70:2,12
 72:1,23
 76:5

address
 57:22

74:17

addresses
 66:5

addressing
 47:11

adds  14:4,
 18

adjoining
 45:10

adjusting
 13:10

administer
 7:23

administering
 10:12

admittedly
 65:10

adopt  3:9
 4:25

adopted
 69:25

advantage
 16:19
 35:17

affixed
 24:19

affordable
 55:21

afforded
 55:10

aforementioned
 18:8

age  8:15
 9:16 21:13
 53:1

agree  58:7
 65:16
 66:15
 72:20,21

agreeing
 78:14,21

aims  45:22

airport  9:13

aisle  46:23
 47:1
 66:17,20
 77:21

aka  35:17

Alabama
 17:21
 31:13 59:5
 60:4,6,9,
 10,16,17,
 18,22
 61:1,7,15,
 19 62:14,
 17 63:5
 67:13,22
 76:17

Alabama's
 60:6 62:17

Alabamas
 61:1

alarming
 53:7

alert  15:14

37:16

Alexander
 38:9

allegations
 73:16

Allen  68:1

allowed
 4:10,24
 6:16 45:16

alternative
 39:3,11
 46:25

amazing  44:7

amend  18:10

American
 53:3 54:15
 55:5,8,14,
 19

Americans
 54:15 55:5

amount  71:14

amplified
 30:15

analysis
 54:2 61:4

Anulewicz
 19:16,18,
 19

anymore  38:8

apparent
 23:6

apparently

16:1 23:6

Appeals
  54:20 63:5

appears   71:5

appellate
  69:5

applaud
  48:17,18

applied   7:15

applies   24:8

appointed
  17:21

apportionment
  49:22
  54:25

appreciates
  78:4

appropriately
  45:15

approved   4:6

arc   50:18

area   14:17
  27:6,11
  28:10
  45:13,18
  65:5 73:9,
  13 74:16
  75:11

areas   28:16
  39:18
  41:23
  47:21
  52:17

74:24

argue   21:25

argued   29:8

argument
  65:3 72:8,
  9 74:11,18
  75:1

arguments
  64:25

arrogance
  59:7

artificially
  36:6

ascribed
  66:17

Asian   21:15
  53:3 54:15
  55:5,8,14,
  19 63:16

assembly
  4:23 14:21
  36:14
  41:25
  55:15 70:1

asserted
  62:23

assess   43:19

assuming
  3:14 65:25

Athens   46:7
  47:24 48:3

Atlanta   4:20
  5:13 8:19,

24 9:13,24
  10:14,19
  11:1
  12:11,17,
  20 16:17
  20:6 21:10
  28:16,19
  30:22
  32:23
  61:23 62:6
  66:3,9

attack   54:13

attacked
  51:2 53:17

attacks
  54:18

attention
  42:3

audacious
  29:10

Austell   23:4

author   17:3

avoid   67:13

avoided
  40:25

aware   75:5

awesome   34:7

───────────
        B
───────────

back   6:14
  10:2 11:10
  13:7 18:10
  46:13 58:2

59:23

back-to-back
  27:24

backwardness
  60:25

backwards
  61:3

bad   37:5,6
  56:11,13

Baines   32:19

balance   8:4
  45:23

balls   62:18

Barr   24:18

based   23:10
  75:12
  76:25

basically
  25:9 68:16

basis   74:17

bears   56:10,
  11 76:14

beautiful
  23:1 27:7
  34:15

bed   30:8

began   19:9
  57:6

begin   15:19
  49:17
  57:20

begins   10:7

belabor   6:12

bench   46:7,
 11

bend   50:18

benefit   25:8
 46:7

Beverly   39:4
 57:15,17,
 18

bidding   61:8

Biden   24:12

big   47:14
 61:10,11
 62:18
 64:13

bill   3:2,7,
 8,13,23,
 24,25 4:25
 15:3,22
 19:22
 25:23 30:3
 32:13
 38:23
 43:15 49:2
 58:18
 62:22 64:9
 77:23
 78:16

Billy   15:20

binding
 68:24

bipartisan
 53:11,16

birth   32:18

bit   8:10

bitterest
 67:14

Black   4:19
 5:7 8:14,
 15 9:15,17
 10:23,25
 11:4,5
 14:16
 16:6,16,22
 17:6,9,10,
 12,19
 20:6,10,17
 21:14,21
 22:3,4
 23:24 28:1
 29:9,13,15
 36:10,22
 50:25
 51:5,18
 52:19 53:2
 55:18
 60:9,11,13
 62:5 63:15
 65:5 66:2,
 8 67:2,10,
 23 68:6
 69:12,17,
 18,21
 70:3,12
 71:8 72:1,
 24 73:1,3,
 5 76:4,6

Blacks   36:2
 76:7

blatant
 36:19 54:9

blatantly
 26:18
 61:16

blocks   58:13

blow   67:16

Board   51:19
 63:12

bodies   44:23

body   20:24
 44:18
 45:23
 46:9,17
 50:6
 51:16,22
 55:17
 56:24
 57:10
 63:20
 76:16 77:4
 78:3

book   56:9

borders
 35:23

bottom   67:5

boundaries
 13:11
 14:3,8
 18:1 19:2
 42:22

boundary
 13:14
 40:13

box   30:12

Braves   32:23

bridge   37:15

briefly   4:2
 8:8

bring   29:22

broke   51:17

brought   29:7
 32:23
 37:20

Buddhist
 34:11

Buford   9:23

building
 53:18
 55:17

burden   12:2
 74:20

business
 25:14 32:6

Butts   40:16

buying   23:18

———————————

C

call   58:8
 60:25
 61:1,2
 62:18

called   4:13
 26:8
 31:15,24
 73:19

74:7,8

**candidate**
51:1  52:20
55:11  76:8

**candidates**
22:6  52:13
60:14
63:18  70:5

**cannonballs**
59:19

**capable**
29:12

**Capitol**
38:11
53:18

**care**  31:6,
7,9  53:13

**careful**  54:2
67:9

**carefully**
46:18

**caring**  71:15

**carried**
74:19

**carrying**
62:3

**carved**  26:14

**carving**
28:20

**case**  5:16,
18  8:23
29:24
46:13

63:10
65:21
66:22,25
68:5,14
69:20
70:9,18
71:10
73:18
75:13

**cases**  5:16
39:13
44:17
69:21
70:10

**caucus**  39:24
40:5

**caught**  27:1

**caused**  57:4

**cavalierly**
71:22

**CD**  20:10
21:20
22:16
23:24
28:14,15,
22

**ceding**  20:24

**census**  35:6

**center**  59:14

**centered**
9:12

**century**
24:19

**certainty**
18:6

**chair**  38:19
43:13  49:6
54:25

**Chairman**
3:1,18
15:20,21
17:4,12,17
39:2,7
43:5  48:17
49:18
64:20  78:2

**chairman's**
49:10
64:18

**challenge**
74:22

**chamber**
31:18

**chance**  27:5

**change**  14:3
60:24

**changed**  14:9
37:17

**character**
11:21  13:6

**Chatham**
30:23

**check**  17:16
30:12

**Cherokee**
12:3

**choice**  25:16
51:1
52:13,20
55:11
60:15
63:18  70:5
76:8

**choosing**
22:6

**chose**  24:13
39:24
42:23

**chosen**  39:24

**chuckle**
77:13

**circles**  36:1

**circuit**
54:20
63:4,13,24
68:12
69:2,6
70:14,18

**circuits**
69:5

**circulated**
46:24

**circumstances**
50:1  56:22

**cities**  35:25

**citing**  68:12

**citizen**
18:20

**citizens**

52:12
63:11

**city** 9:13
23:1 35:4
36:2

**civic** 34:25

**claims** 68:5
69:16
71:10 72:5

**Clark** 25:20,
22,24

**Clayton** 10:8

**clean** 58:14

**cleaned**
58:11

**clear** 10:22
17:12 20:5
23:23
27:15
31:10
42:18
61:24
63:23
67:12
68:2,3
69:11

**clerk** 78:24

**Clinton**
24:12

**close** 41:12
62:20

**clues** 26:10

**Clyde's** 13:8

**coalition**
16:22
17:14
20:12
27:12
29:25
55:7,9,18
63:17
70:15,16
72:9

**coalitions**
54:21
55:12

**coat** 34:14

**Cobb** 5:14,
25 11:13,
17,24 12:5
13:22,25
20:3
22:12,18
23:7,23
24:2,10,
11,13,23
42:14,17,
18 73:7,11

**cohesively**
63:16

**colleagues**
26:1,12
38:7 43:18
49:16
51:24
53:22
57:1,19
62:22

**Collins**

47:22

**colonies**
35:23

**color** 5:10
12:1 13:3
33:25
37:20
50:25

**colors** 34:14

**combined**
48:15

**comedian**
49:25

**commands**
56:23

**comment**
30:11,25
31:1 47:1

**comments**
15:16 16:8
30:6,13,
15,17,19,
20 47:3
57:20
77:18
78:11

**commission**
35:3

**Commissioners**
51:20
63:12

**commissions**
39:21

**committee**
16:15
17:4,5,18
18:10
39:4,10
43:21
46:17 47:3
48:20
49:23,25
78:15,22

**common** 22:21
23:16
40:18
55:25

**communities**
8:1 9:1,2,
3,25 18:2
22:22
23:6,9,11,
16 39:9,
15,19
40:7,9
55:23 56:7

**community**
13:1 20:2
23:4 28:6
36:4 39:21
42:8

**compact** 8:1

**compare** 40:7

**comparisons**
39:5

**compelling**
23:7

**compensate**

13:21

complained
41:5

complaints
41:16
42:16

complete
15:15

completely
30:2,4
52:9

completes
38:17
64:17

compliance
5:6 19:24
25:6,7
72:7

complies 5:2
14:19 47:8

comply 4:16,
23 14:14
17:25
20:8,9
44:4 46:5,
18,19
53:22,25
65:7 66:13
71:20,22
72:17
76:21,24
77:5

complying
40:10
45:25

72:18,22

compressed
46:20

comprised
27:10 53:2

con 41:8
48:21

Concerned
63:11

concerns
19:23

conclude
29:22

concludes
49:1 78:11

condemnation
53:12,16

conducted
49:25

confirm
43:21

confusion
67:13

congress
16:19
28:1,5
41:8 42:4,
12 50:21

congressional
3:11 4:7,
17,19 5:1,
4,8,9,18,
23 6:5,17,

25 7:3,7,9
8:4,9,13,
23 9:20
10:3,4,5
11:6,13,
14,15,23
12:21,24
13:11
14:2,16,22
16:17
17:8,22
22:19
24:25
26:14,16,
25 27:17,
18,20,21,
23 38:1
39:8 43:23
45:14
48:21
52:15,22,
25 54:12
58:6,20
60:7 61:18
66:3,5
67:10,24
74:24

congressman
13:8 26:21
48:9

congresswoman
26:19,22
32:3

conjunction
44:10

connecting
40:17

connection
40:24

connects
8:19,23

conquered
55:13

considerate
71:15

consideration
3:8 15:3
72:14

considered
30:14

constituents
27:3 31:9

Constitution
20:21
25:15
43:24

constitutional
6:8 31:19
44:5

constitutional
ly 7:1

constraints
77:25

construed
66:19

construing
65:20

consult 8:6

consummate
44:12

context   4:3
   17:7,20
   65:21
   66:25
   67:25 68:4

contexts
   66:24

contiguous
   7:25

continent
   35:24

continue
   36:25

continued
   54:17

continuing
   9:19

continuity
   8:5

contrary
   70:24

contravene
   25:14

contravention
   20:23

control
   36:17

controlled
   34:23

controversial
   73:10

converging
   13:20

conversation
   15:19

corner   11:22

correct   3:17
   9:8 26:17
   58:3 62:20

corridor
   9:23

costs   54:6

councils
   35:4

count   47:5

counties
   5:14,21
   7:20 10:16
   13:17
   40:14,17,
   19,23

countries
   34:8

country
   44:22
   47:21 56:1
   57:5

counts   18:17

county   5:25
   7:22 10:10
   11:17
   12:2,4,18,
   24 13:7,9,
   12,25 20:3
   22:18
   24:10,11,
   17,18,23

27:5 28:18
30:23,24
32:17 33:4
34:3,12,19
35:3
40:16,22
41:1,3,6,
7,11,13,
17,18,20,
22,24
42:3,5,6,
7,10,15,
17,20
45:14,19
47:11,14,
18,20
48:2,4,7
51:10,14
52:24
62:25
63:11,12

county's
   33:6

couple   49:2
   59:2,8
   64:7

court   16:2,
   16 17:21
   20:5 21:1
   22:7,8
   25:6 43:25
   44:6,17
   46:7 51:3
   52:1,17
   53:6 54:20
   60:5,9,19,
   21 63:4

69:3,24
70:6,9,22
74:5 76:17

court's
   14:15
   20:23
   61:17 73:4

courts   18:11

covers   63:5

cracks   38:4

craft   65:17

craftiness
   19:8

create   9:6
   35:15
   61:22 65:4

created
   11:12 36:5
   45:19

creates   5:8
   16:16 62:5

creating   6:3
   23:25 36:4
   72:23
   76:5,11

credit   67:24

criticism
   39:1

crossfire
   27:1

cultures
   27:7

GEORGIA HOUSE FLOOR
Hearing - House Floor on 12/07/2023          Index: current..diluted

current    5:22
  10:24
  12:23
  16:20
  28:14
  40:13
  73:14

custody
  46:13

cuts    40:11

cycle    26:21
  27:20

                    D

darker    13:5

data    8:7
  69:18

date    68:22

Daubert
  44:20

day    19:6

days    59:2
  61:7 64:7

deal    59:10,
  13,21,23
  61:8 72:15

dealing    65:8

Dean    26:4

debate    62:21
  77:17

decade    37:18
  38:12 48:6

decades    9:14
  44:14 48:6

deciding
  46:15

decision
  68:1

decisions
  43:25
  46:13

defend    50:13

deference
  18:4

defiance
  53:6

defined
  66:22

definition
  66:21

defy    61:16

defying
  29:23 30:2

degree    72:4

Dekalb    48:8,
  11,14

delegation
  24:25
  35:2,3

delivered
  44:4 45:2

demand    20:22

demands    22:8

democracy

18:14 54:7

Democrat
  39:10
  40:15,21
  41:4
  42:18,19
  46:22
  48:13,19
  55:14

democratic
  16:21
  18:21 19:5
  24:10
  30:10
  35:10
  39:24
  40:5,11
  45:12
  51:24
  57:21 58:7

Democrats
  42:23

Democrats'
  41:15

demographic
  35:11

demographics
  23:11

demonstrable
  70:4

demonstrates
  54:12

demonstrating
  74:20

denied    52:19

deny    65:17

deserve
  25:11
  62:15

design    9:2

designed
  76:6

desire    38:17

destitute
  50:12

determine
  69:25
  70:11

detriment
  54:6

devalued
  36:3

deviation
  6:16 7:2
  44:1 45:9

deviations
  6:25 7:6,
  17

dicta    68:14,
  24

differences
  55:24

dilute    36:22
  56:5

diluted
  54:22 60:8

diluting
  16:6

dilution
  52:9,18

direct  20:23
  28:24

directly
  40:3

disagree
  49:21

disappointed
  51:11

disappointing
  38:7

discover
  22:16

discrimination
  36:18

discriminative
  51:5

discuss
  23:12

discussed
  6:10 7:16
  20:4 23:25
  67:1

discussion
  3:23 4:2

disenfranchise
  32:5

disenfranchise
ment  36:19

disenfranchise
s  19:3 76:4

disenfranchisi
ng  76:10

disheartened
  36:23

disingenuous
  53:14

dismantle
  56:4

dismantling
  16:19

disregard
  25:15
  28:24
  54:10

disrespectful
  29:11

distinct
  17:14

distorts
  19:4

district
  4:6,20
  5:4,5,8,9,
  10,23,24
  6:1,3,5
  7:5,9,17
  8:10,13,
  14,17,19,
  21 9:2,6,
  9,12,15,
  18,20
  10:3,4,5,
  9,18,25

11:3,4,12,
13,14,16,
17,18,19,
21,23,25
12:16,19,
21 13:2,4,
7,8,10,11
14:1,2,7,
16,19
16:2,17,
20,23
17:10,11
19:2 20:6,
12,17
21:16,22,
23 22:17,
22 23:8
26:14,17,
25 27:10,
12,13,15,
18,21,23
28:21,22
29:17
40:15,20,
22 45:5,20
49:18
52:23,25
53:1,3
54:12 55:3
60:12
61:22
62:6,8
65:5 66:3,
8,10
67:11,24
68:11,21
69:2,11,12
70:13

72:9,24
73:1,3
74:23
76:6,11

districts
  3:10 5:19
  6:4,6,9
  7:1,4,7,
  13,21,25
  9:5,7
  10:24
  11:3,6,8
  12:10,14
  14:22
  16:12
  17:2,9,24
  18:2 19:11
  20:8
  21:11,23,
  24 24:1,2
  27:16,24
  28:15
  29:3,21,25
  42:1 45:7,
  10,13,16,
  17 47:19
  48:14 52:5
  54:11 55:8
  58:20
  60:20
  62:1,24
  63:8,14,22
  65:9
  66:14,19
  67:8 69:10
  70:3,16
  72:1 74:24
  75:18,20

diverse   8:25
  20:11
  27:16
  34:3,4,20

diversity
  34:9

divide   56:4

divided
  55:12 69:5

division
  56:6

dogs   59:6
  61:10,12
  62:18
  64:13,14

domestic
  53:13,17

dominance
  35:16

dominant
  35:12

Douglas
  5:14,21

dramatic
  33:7

draw   18:5
  37:16,25
  39:5 43:3,
  23 44:25
  51:18
  61:20
  73:24

drawer   26:23

drawers
  28:8,17,21
  29:8

drawing   4:11
  7:20 9:15
  31:3 35:22
  36:14,15
  39:20
  43:19 45:5

drawn   4:10
  7:4 18:22
  35:16
  36:1,13
  39:11,12,
  25

dreams   55:20

dressing
  30:12

drew   9:4
  17:22 39:7
  60:19,22

drink   23:12

drive   47:25

drop   3:15

duty   18:18
  20:24
  49:19

_____

**E**
_____

earlier   60:6
  66:6 69:23

ease   12:2

easier   7:22

east   9:9,
  19,20 10:7
  12:10,16
  13:20
  40:20
  45:17

eastern   9:21

easy   43:19
  77:14

Echols   17:4,
  13,17
  45:15
  46:22

Echols'
  46:19,24

education
  55:22

effect   7:8

effective
  28:4

effects   6:7,
  11 7:12

effort   56:3

eggshell
  5:10 8:17

egregious
  31:25

eight/six
  38:2

Elberton
  49:25

elect   22:6
  51:1

52:12,20
  55:10
  60:14
  63:18 70:4
  76:8

elected
  28:4,7
  32:20
  34:18
  37:13 43:3
  51:19
  55:15

electeds
  35:5

electing
  3:11

election
  7:23
  10:12,13
  12:3 19:6
  27:14 53:9
  74:21

elections
  7:24 27:24

electoral
  3:10 4:6
  18:19 35:8
  37:5

electrical
  18:18

elects   24:23

eliminate
  17:8 28:22

eliminates

52:23 62:7
63:1,9

eliminating
16:12 17:1
19:11 20:7
21:11
29:3,20
52:5 61:25
63:21 67:7

eloquently
47:13

em 59:6
61:12
64:14

enacted 3:13
45:24
74:23,24

enacting 5:3

enacts 5:7

encompass
12:23

end 19:6,9
31:13 57:7

ended 13:20

energy 36:17

engagement
34:25

enlist 15:10

ensure 8:3
18:19
42:25

ensures 40:8

ensuring
7:24 8:1
18:16

entered 4:5
5:17

entire 33:23

equal 18:20
52:11
74:20

equally
45:11

equate 76:15

essentially
20:25

ethnic 27:8

ethnically
33:3

evaluate
70:6

events 61:6

everyone's
70:9 74:2

evidence
75:12

evolution
24:20 33:7

exacerbating
36:7

exacting
6:23

exception
31:3

excludes
55:4

exclusively
33:22

existing 6:1
8:3 9:5
10:5,10
11:3 12:10
17:9 42:22
54:10 62:7

expand 59:20

expanded
22:5

experience
33:24

experiencing
8:25

expert 5:15
8:23
39:13,14
40:1 42:24
44:16,19

explain 60:5

explicit
28:13

expressed
78:3

extremely
28:4

eye 26:14

eyewitness
33:6

F

face 37:25

fact 39:20
41:10,15
68:20

fails 18:22

failure 21:8

fair 18:20
19:1
37:16,23
47:7
50:16,24
51:13

fairly 6:22
43:4 50:13

fairness
49:20

faith 56:23

Falcons
32:25

fall 64:10

falls 4:22

familiar
5:11 10:13
26:9

families
36:5,9

family 26:6
56:18

Fannin 30:24
40:14

fantastic 23:5

fast 58:22

favor 14:23 15:9 19:2 38:19,22 43:12 77:5,22 78:21

favorable 15:3 48:23 78:16

Fayette 5:21 40:16 42:20

fear 24:5,7 61:14

federal 17:23 36:20 44:17 46:11 51:3 52:1 53:6 60:5,19,21 61:17,19 69:4

feel 31:10 74:3 76:21

fellow 46:9 57:6

felt 71:17

fight 50:4, 19 57:3

file 74:3

filed 74:1,9

final 17:22

finally 14:1

find 25:21 26:25 55:24 77:7

fine 74:2

finish 25:12

flattered 26:22

flattering 26:24

floor 38:20 47:12 78:11,13

Florida 63:6

flowing 13:20

focused 12:19

folk 60:9

folks 21:18 22:14

follow 71:23

football 47:25 62:13

forced 31:22

forget 51:14

forward 53:15 68:19

foster 56:6

found 9:1 17:23 28:17 61:17

four-way 13:23 41:5,14, 16,18

franchise 32:25

Franklin 14:5

frankly 51:11

free 55:23

freedom 50:25

friend 37:10

friends 49:16 66:16,20 67:15 69:8 75:17

fruit 56:10, 11,12,14

frustrated 22:15

frustrating 76:2

fulfill 15:7

fulfills 14:20

full 23:9

fully 5:2 45:25 52:10

Fulton 5:13, 25 13:19 41:13,21 47:14

fun 74:7

_____

G

gain 77:2

game 26:8,9 31:14,16 61:5

games 47:25

gap 36:7

gave 58:9 60:10

general 4:23 11:20 14:21 36:14 41:25 55:15 70:1

generation 44:15

generous 22:21

gentleman 38:16 48:25 49:18

57:13
77:24
78:17,18

gentlemen
3:4 19:14
61:14
64:16,24
78:20

geographical
33:18

geography
5:12 23:10

George  11:11

Georgia  3:11
5:12 11:21
13:6 19:4
20:18
21:13
22:3,19
25:9 27:17
32:6 34:3
37:17,22
39:8,19,23
40:6,9,12,
21,23
41:11
42:25
44:14,25
47:7 48:2
50:24 51:6
54:6
55:15,25
58:14 60:4
61:5,20
63:5

Georgia's

32:21 47:9
52:24
74:21

Georgians
39:12 40:2
43:4 57:6
62:14

gerrymandered
38:11

gerrymandering
18:25
35:17

ghetto  36:4

Gilmore
40:14

Gina  43:1
44:3 58:9,
13

Gingrich
24:17

give  18:4
22:3 25:11
26:9 76:6,
18

giving  72:3

glad  53:23

glasses
34:13

goal  8:3
53:24 54:4
67:18

goals  47:9

God  57:5

good  3:5
15:18
38:25
48:22
49:16
56:9,10,17
57:19 64:6
71:24

GOP  26:22
27:25
28:21

Gordon  11:17
12:1

govern  68:19

government
7:22
34:17,19

governor
32:21
38:20

Governors
47:12

grab  23:12

grand  11:10

grappling
36:8

grateful
57:25

gravity
31:16

great  56:16
73:13,14

greed  31:12

green  13:3,5
78:22

Greg  37:11

grenade
59:14,17
64:2

grenades
59:8

grew  37:17
42:15

grossly
38:11

ground  39:18
55:25

group  27:8
35:13
55:2,4

group's
35:16

groups  17:14
27:11
44:23
58:25

growing  9:25
41:7

growth  8:25
33:6 35:9
37:19

guess  26:11,
15

guessed
26:16

guidance

4:15 72:4
76:18

**gun**   28:3
55:23

**guys**   58:10

**Gwinnett**
10:17
12:18
13:12,15
14:5 27:5
28:18
32:17
33:8,17,
20,22
34:2,10,
12,18,21
35:5,11
41:1,2,7,
10,17,19,
21,24 42:2
45:13,18
47:11,13,
15,18,23
48:1,4,7,
12,14
51:10,13,
14,19
52:24
62:8,25
63:9,15

**Gwinnett's**
33:2 50:4
51:15

**Gwyneth**
34:13

**H**

**Hall**   12:24
38:11
42:7,10

**Hammering**
32:24

**Hancock**
40:21

**hand**   35:22
59:8,14,17
64:2

**Hank**   32:24

**happen**   40:3
76:12

**happened**
35:2 51:15
60:16
67:13

**hard**   23:2
50:19
65:17

**Hardee**
63:11,12
68:13

**hardest**
43:23

**harm**   51:9
56:16 57:4

**harmed**   54:16

**Hart**   14:5

**hat**   51:8

**hate**   56:20

**head**   72:11

**healthcare**
55:21

**hear**   23:13
51:11
53:23 78:5

**heard**   3:25
18:16
25:12
42:16
64:25

**hearing**   65:3

**hearings**
29:6 30:6
57:24

**hears**   49:6

**heavily**
16:20

**heavy**   37:14

**held**   35:21
42:1 54:1,
20 60:6

**helping**
15:17 42:4

**Henry**   10:8,
10 14:3

**hidden**   50:9

**highest**
44:18

**highly**   28:5
29:11

**Highway**   9:23

**Hindu**   34:11

**Hispanic**
21:14 53:2
54:15
55:5,8,19
63:16

**historically**
35:12,20

**history**   3:22
50:18

**holding**
68:17

**holds**   27:9

**holiday**   64:4

**holidays**
46:21

**home**   13:8
33:8 41:3
73:23
77:21

**homogeneous**
33:3

**Hong**   38:21,
22,24
47:13
75:19

**honor**   49:19

**hope**   22:9
31:8 54:1

**hoped**   53:21

**hopes**   55:20

hostile
  35:24

hour  15:8,9

house  3:5,23
  4:14 6:2,
  18,21
  23:22 35:2
  43:20
  49:18,22
  50:22
  51:17
  52:22
  57:21
  58:11
  59:4,9,12,
  15,18,21
  60:2,15
  61:9,10,11
  64:24

hundreds
  19:3

---

**I**

I-85  9:23

idea  10:17

ideal  7:5,8

identified
  20:13 22:4
  52:17

ignores  74:6

illegally
  16:6

illogical
  42:20

illustrative
  58:5

impact  45:19
  46:12

impacted
  45:6,10

importance
  18:15

important
  10:11
  12:25
  18:13 42:8
  46:15

impossible
  75:10

impressive
  65:19

include  7:15

included
  22:16

includes
  5:13 9:13,
  24 10:18
  13:12
  67:23

including
  4:7 30:21
  53:20
  54:24

incorporates
  5:24

incorporating
  70:2

increase
  12:13

increased
  9:16

increases
  10:23

incredibly
  29:12

incumbency
  18:4

individuals
  30:22

infirmity
  75:16,24

inflated
  36:7

injured  51:6
  53:18

input  30:9

inside  45:17
  58:9

instructed
  45:6 61:21

instruction
  30:3

instructions
  20:4

Insurrection
  53:10

integrity
  18:18
  49:20

intelligent
  29:12
  65:14

intend  19:23

intent  22:1
  50:6 54:12

intentionally
  36:3 61:16

interest  8:2
  9:3 13:1
  18:2 20:2
  23:4,11
  39:9,22
  42:8

interesting
  68:25

interests
  10:1,20
  22:24
  23:10
  39:19
  42:13

international
  59:11

interpret
  77:10

interpreted
  17:5,18

intervene
  18:12

invoke  74:10

involve  4:17
  68:6,7

**GEORGIA HOUSE FLOOR**
Hearing - House Floor on 12/07/2023     Index: involved..knowledge

involved
  40:3 68:5

involves
  4:18 66:2

involving
  5:18 69:18

irrefutable
  70:19

Isaacson
  24:17

island  64:6

issue  71:9
  72:14
  75:23

issued  44:8

issues  47:12
  59:10

────────

**J**

────────

Jackson  13:7
  14:6

January
  53:9,16

Jasmine
  25:20

Jasper  40:17

Jingle  70:7,
  11

job  28:8
  30:16 78:6

John  48:9

Johnson
  32:19

join  22:9

Jones  4:4,15
  9:1 11:2,
  11 16:3
  29:8,11,15
  31:8 43:7
  45:6 46:4,
  6,12 52:3,
  8 57:9
  63:18
  65:12,20
  67:25 69:1
  71:12
  72:19
  73:21
  76:18
  77:9,13

Jones'  44:5
  45:25 47:8
  52:1
  53:23,25
  72:10
  74:12

Jones's
  4:21,23
  5:3,6
  14:19
  17:7,20
  18:24 26:4
  40:10 77:6

judge  4:4,
  15,21,23
  5:1,2,6,17
  9:1 11:1

14:19 16:2
18:23
21:4,5
22:1 25:9
26:4 28:12
29:8,11,15
31:8 36:20
37:3 40:10
43:6 44:5
45:6,25
46:4,6,8,
10,12 47:8
50:12
51:25
52:2,7
53:23,25
57:8 58:2
59:25
61:19
63:18
65:5,12,20
67:9,24
68:17
69:1,24
71:3,11
72:2,10,
13,18
73:21,25
74:4,9,12,
18 75:5
76:18
77:6,9,12

judge's
  16:24
  20:14
  25:14
  28:11,25
  29:7 30:2

judges  17:23
  68:25

judgment
  42:25

jump  12:13

jurisdiction
  69:24
  74:10

justice  38:6
  50:19

────────

**K**

────────

Kennard
  32:12,14,
  15

kick  37:12

kidding
  58:21

kids  47:16

killed  53:19

kind  5:10
  9:19 11:22
  23:8 39:5
  68:24

kindly  76:19

kindness
  56:25

kinds  69:10

knew  63:19
  68:1 71:12

knowledge
  78:7

---

**L**

---

lack  74:20

ladies  3:4
  61:14
  64:24

lady  25:18
  32:10
  43:11

Lafayette
  22:25 23:3

laid  18:23

Lake  13:1
  42:9

lands  35:23

landscape
  37:24

language
  65:8,21
  66:13,15
  68:13 71:4

languages
  34:9

Lanier  13:1
  42:9

large  13:25
  41:7

largely  68:8

larger  33:9,
  18 47:20

largest
  13:17

34:11
41:10
47:16

lastly  42:14
  59:24

laugh  63:4

laughable
  38:3

laughing
  60:23

law  6:24
  29:24
  46:14
  54:8,10
  63:23 70:8

lawmakers'
  17:24

lawsuit
  69:14
  73:20,25
  74:9 76:9

lawsuits
  74:3

Lawton  46:8

lawyers
  44:18
  68:14,15

leader  38:20
  39:4 47:13
  57:15

leaders  15:9

leadership
  77:20

leading
  63:10

learned
  37:11

led  44:3
  53:9

Lee  38:9

left  8:18
  59:2

legal  6:9
  75:15,23

legally
  66:22

legislative
  6:17 44:23
  70:3

legislator
  60:10,18

legislature
  16:3 44:10
  48:11

Lester  32:20

level  35:12

Lever  48:18

Leverett
  3:1,3,20
  15:1 49:19
  64:20,22

Leverett's
  39:2,7
  43:5

life  6:13

lift  37:14

lights  15:11

likelihood
  24:3

lime  13:3

limited  6:19
  7:1 71:14

limiting
  7:19

Linder  48:9

lines  36:5

linked  48:2,
  7,12

listen  29:5
  31:7

listened
  30:5

litigated
  62:8 65:22
  69:13

litigation
  40:4

live  21:20
  23:20,21
  36:2

lived  23:19,
  21 32:17

living  21:18

local  7:23
  50:4 51:15

located  8:20

**GEORGIA HOUSE FLOOR**
Hearing - House Floor on 12/07/2023          Index: location..map

location
  8:20

logic  76:12

long  24:22
  46:15 63:6

longer  11:15
  46:24

longtime
  46:8

looked  35:5
  66:6

loosely
  66:23

lose  54:16

losing  14:6
  28:2

loss  61:5

lost  28:17

lot  6:22
  10:4 12:9
  13:19
  22:14
  25:13 35:5
  36:11 37:8
  39:1 47:20
  56:13,15,
  17

love  23:13
  34:9 50:9
  56:19,22
  58:11

low  67:16

Lyndon  32:18

──────────
       M
──────────

machines
  78:24

Maddox  32:20

made  6:4
  7:13 28:12
  50:2 72:5,
  8

magnitude
  47:18

mai  64:10

maintain  8:5
  12:18 54:5

maintained
  35:13

maintaining
  7:16

maintains
  11:20
  40:13
  45:22

majority
  4:19 5:7
  8:14 9:17
  10:23,25
  11:4,5
  14:16
  16:16,21,
  22 17:6,9,
  10,19
  20:5,10,17
  21:19
  23:24

24:10 27:9
34:6,21
35:13
37:19 40:8
48:13
52:25
54:11
55:4,7
61:22 62:5
65:5 66:2,
8 67:10,23
69:12
72:1,24
73:1,3,5
76:5

make  39:23
56:8 59:23
62:10
67:12 68:3
75:9 77:25

makes  7:22
10:11
40:24 41:9
55:25

MALE  78:19

mandatory
64:19

manipulating
19:1

manipulation
36:18

manner  49:24
65:2

map  3:12
4:7 5:1,5,

7,14,20,22
10:12
14:11
16:14,18
17:23
18:10,22
19:3 21:17
22:2,5,7
23:21
26:23
28:8,17,21
29:7 30:3
31:3,11
32:1,2
35:21
36:1,14,15
37:3 38:1,
2 39:2,3,
8,16,25
40:5,12,18
41:23 42:9
43:3,5,8,
19 45:21
46:24 47:7
48:22
51:25
52:14,15,
21,22
57:8,21,23
58:1,5,8,
9,14,15,19
59:16,25
60:3,4,7,
11,21
61:18,21
62:3,25
63:1,9,22
64:2 66:6

67:22

**mapmakers**
19:8

**maps**  4:6,9,
11,14,17
6:17,18,21
7:24 16:4
18:5 19:24
20:8 21:3
22:12 24:8
25:5,11
26:18
27:21
28:14
29:23 30:2
31:2,23
35:8,15,16
36:13,20
37:5,6,7,
16,23
38:12 39:6
43:23
44:4,25
46:23 47:6
49:21
50:4,21
51:4,13,15
54:3 65:4
66:6
73:22,24

**margin**  24:13
45:8

**master**  17:22
18:3,7

**matches**  66:9

**maternal**

59:22

**matter**  30:17
68:20

**meaning**
66:16

**meaningful**
66:15

**means**  20:1
21:15 55:8
68:15,16

**meant**  29:8,
13 77:10

**Medicaid**
59:20

**meet all**
18:23

**meeting**  47:8

**meetings**
50:1

**member**  46:9
51:10
56:24
57:10,20
58:6,7

**members**  41:8
42:4,12
43:20
48:19 50:5
51:12,16
56:18
78:2,10,
12,25

**memorized**
66:1

**men**  56:17

**mentioned**
8:13 28:11
39:9 41:6
66:20
75:19

**mentions**
41:2

**merit**  23:7

**mess**  14:17

**metro**  4:20
5:5 8:24
10:19,25
11:1
12:11,19
14:18
16:17
20:6,18
21:10
30:22
47:21
61:23 62:6
66:3,9

**mi**  15:23

**midnight**
30:7,18

**mightier**
35:19

**Mike**  47:22

**mile**  33:20,
21

**Milwaukee**
32:22

**mind**  30:24
67:9

**mine**  37:10

**minorities**
68:7,10
69:19

**minority**
16:12,21,
22 17:1,5,
19 19:11
20:7,15,16
21:11,15,
19 27:10,
12 28:22,
23 29:3,9,
17,20,25
34:6,21
39:4 49:8,
10,12
52:5,10,
11,23,25
53:5
54:11,20
55:1,2,7
57:15
62:1,7,24
63:8,21
64:17 65:9
66:14,18
67:1,7
69:19 71:9
74:13
75:14
77:19 78:3

**minus**  6:20
7:2,19

minutes 6:13
15:13,15
49:9 64:20

misconstrue
16:8

misconstrues
74:12

misconstruing
71:4

misreading
16:9

missed 16:1

misspeaking
29:18

mistake
62:10

Mitchell
15:21,23

moderation
38:6

moment 23:20
31:17
57:22 60:3

Monday 16:15

money 37:8

monitors
26:13

Montana
33:10,15,
19

moral 50:16

morning 3:5

38:25
49:16
57:19

mortality
59:22

mosques
34:10

motivation
24:8

motivator
24:6,7

mountain
40:11

mountains
40:23

move 10:21
38:18 49:8
58:12
64:18
78:9,18

moved 45:18,
20

moves 9:21
21:17,21
78:20

moving 13:2
23:7

mule 37:12

multiple
34:10 41:8
48:5 54:23

multiracial
55:11,17

municipal
34:18

Murray 40:13

myriad 23:10

mystified
22:15

_____

N

_____

named 28:14

narrowing
54:14

nation 35:21
60:23

national
44:23

naturally
45:18

necessarily
18:4

needed 28:13
71:17
74:16

needing
28:12,16
52:17

needy 50:14

neighborhood
22:15

neighbors
71:24

Newton 10:15
14:3

night 30:7,
18

nine/five
37:25

noncompliance
22:11

nonmajority
17:12

north 12:17,
22 17:11
28:18
40:12,22
45:20
48:11

northeast
9:22 13:6
28:19 48:2

northern
13:12
68:21

northwest
11:16,20

nose 60:18
76:20

note 6:15
53:11

noted 21:4
51:24 54:9

noticed 29:6

notion 69:7
70:16
71:1,21

November

32:19

**number**  8:24
9:14,24
10:1,23
42:21
64:25
75:20 76:3

**numerous**
44:17

———————————
O
———————————

**objection**
49:4 78:17

**objections**
78:14

**objective**
14:13

**objectives**
14:14

**obligation**
14:20 15:8
50:16
76:22

**obliterating**
52:24

**oblivion**
28:21

**obsession**
26:23

**occasions**
6:10

**occupied**
9:22

**October**  4:4
68:22

**offended**
50:5

**offensive**
71:25

**offer**  22:7

**offered**
39:10
75:16

**office**  43:2
44:3,10,
14,24 45:1

**officer**
53:20

**officers**
53:19

**officials**
7:23 10:13
12:3
34:18,23
37:13 46:2

**online**  47:4

**open**  47:9
50:8 53:6

**openness**
74:21 78:4

**operate**  6:11

**opinion**  16:9
51:17
60:24

**opinions**
40:2

**opportunities**
22:5

**opportunity**
16:12
17:2,6,19
18:20
19:11 20:7
21:11,15
27:12
28:22
29:3,5,17,
21 52:5,
11,23
55:2,10,16
60:10,12,
14,20
61:20
62:1,7,24
63:8,21
65:9
66:14,18
67:8 70:4,
13 71:5
76:7

**oppose**  60:3

**opposed**
15:8,20
31:1 78:23

**opposite**
67:20

**opposition**
19:22
38:18
58:18
75:17

**opposition's**

75:25

**orange**  14:1

**order**  4:5,
16,22,24
5:3,7,17
12:2
14:15,20
16:3,8,10,
24 18:24
20:5,9,14,
23 21:4
22:12
25:6,15
26:4 28:11
29:14
40:10
44:5,8
45:25
46:16 47:8
52:1 53:7,
23,25
61:17
65:7,15,18
66:5 68:2,
23 71:2,6,
14,20,23
72:10,17,
23 73:5
74:12,15
75:4
76:22,24
77:1,6

**ordered**  4:9
16:16 22:7
37:3 43:6
49:5,7
73:21,25

74:8 75:6

**organically**
34:25

**originally**
48:10

**ourself**
77:11

**out-of-state**
40:1

**outcome**   53:8

**outer**   10:18

**overwhelming**
37:19

─────────────

**P**

─────────────

**Pages**   52:1,7

**panel**   68:21
69:1 70:21

**papered**   37:6

**Park**   49:11,
13,14

**Parkway**
47:24 48:4

**part**   10:15
11:16
22:18
47:23 48:1
50:18
62:12
68:17 73:5

**participate**
18:21

52:12

**participation**
35:1

**parties**
44:11 45:3

**partisan**   8:4
31:12
45:23

**parts**   9:6

**party**   19:2
56:14,18
77:19

**Party's**   54:4

**pass**   26:7

**passage**
78:16

**passed**   3:9
16:15
36:13,24
70:19
77:10

**passing**
67:22

**past**   36:15,
16 61:6

**pastor**   37:10

**patently**
75:7

**path**   23:17
61:15

**pause**   10:22

**pen**   35:14,

18,21,25
36:10,11,
12,21

**Pendergrass**
5:16 74:19

**people**   7:10,
11 18:14
19:8 22:18
26:5,24
27:2 28:7,
9 29:6,23
30:4,15,
17,20
31:18,19,
21 33:9,
16,19,21
37:18,20
42:21,25
43:1 47:7,
10 53:19
58:25 59:1
63:2 68:9
72:25
73:13,17
76:3

**people's**
64:8

**percent**   6:20
8:16 9:17
11:8
20:15,16
21:13,14,
18,22 27:9
28:23,24
34:5 53:1,
4,5 68:11

**percentage**
6:22 8:17
44:1

**perfect**
18:11

**performing**
8:16

**peril**   64:1

**perimeter**
45:17

**permissible**
6:24

**perpetuates**
18:24

**person**   7:2,
5,19 15:12
33:25
44:2,6,24
45:9 65:14

**perspective**
76:13

**perspectives**
27:8

**phonetic**
43:1 48:18
70:7,23

**phrase**   29:16
71:7

**phrasing**
66:21

**pie**   26:15

**piece**   26:15

pill  67:14

pink  11:22

pitting  56:6

place  12:4
22:25 23:5

places  5:4
40:19,21
41:23

Plaintiff
66:10

Plaintiff's
5:15 8:22
9:10 22:5
39:13
42:24

Plaintiffs
74:19

Plaintiffs'
8:22

plan  8:4
9:10
10:22,24
11:7 12:7
14:18
16:13
17:2,8
19:12
21:12 29:4
39:7,10,
11,12,20
40:8,11,
15,21,25
41:15,17,
19 42:17,
18,19

45:12,14
46:4,19
52:6 60:19
62:2 72:2
74:22
75:15,16,
22,25
76:3,15,16

plans  6:2
7:3 29:21
40:8 67:8
69:25
71:21
75:22
76:21,23
77:5

play  26:8

playbook
62:17

playing
31:14

point  12:9
39:22
47:15
65:25 76:9

points  75:15

police
53:19,20

policies
56:15 57:4

political
8:7 16:4
31:11
34:22
35:11,14,

17 37:24
45:22 54:5
56:5 63:17
77:2

politics
25:13
37:21

poor  50:13

pop  54:5

population
8:15 9:8,
16 13:9,19
21:13,19
33:2,17
34:20 35:8
41:13,21
53:2

populations
7:17

Port  70:23

portal  30:20
31:5

portals
30:11

portion  4:17
10:16 14:4
66:4

portions
5:13,24
9:5 10:8
13:12

portraits
38:10

position
31:13

positions
55:6

positive
42:11

post  37:1

posture  74:6

posturing
31:12

potential
68:11

power  16:6
34:22
35:14,22
36:11,12,
22 54:5
56:6 57:5

powerful
24:5,7

preaching
34:13

precedent
48:15
68:18
70:24

precincts
7:21

precisely
62:2

prefer  18:5

present  3:1,
6 49:12

presentation
 15:6

presentations
 49:3

presented
 39:3 76:16

presenting
 3:8

preserve
 5:20 10:9
 16:18

preserved
 14:4

president
 32:19

presidential
 53:9

pressed  23:2

pressured
 36:2

pretty  12:14

previous
 38:2 49:4,
 6 65:13

previously
 6:10 7:16
 9:22
 13:13,16
 45:24

primarily
 6:8

primary
 14:12,14

53:24 54:4
65:3 74:17

principles
 7:14,15
 18:25

prior  13:6
 52:9

pro  32:21

problem
 75:21

process  6:12
 9:15 18:19
 19:5 30:10
 31:3 44:8
 45:4 60:22
 73:6 78:9

produce
 46:23
 76:23

produced
 75:13

professional
 44:12

professionalis
m  78:7

professionals
 44:21 45:1

promise
 34:16

pronounced
 24:16

property
 36:3,6

proposal
 20:1 70:7

propose
 41:14

proposed
 3:12 5:15
 8:21 11:7,
 24 12:7
 13:11
 19:24
 21:17
 23:24
 41:19
 66:10
 68:11

protect  40:6
 46:2 62:24

protected
 8:2 30:1
 40:9 54:21
 70:17,25

protection
 69:10

protections
 54:14,16

protects
 17:14
 46:2,3
 54:10
 63:7,14

prototypical
 27:11

provide
 52:11,16

provided
 55:16

providing
 70:19

provision
 16:1 65:23
 66:4

public  30:6,
 9,11 34:7
 47:1,2
 53:13
 55:6,22
 62:9

publicly
 54:25

purple  37:22

purpose  3:10

purposefully
 20:24

pursuant
 43:24 73:4

pursuit  57:5

pushed  45:16

pushing  69:8

put  4:2
 31:12
 32:21
 34:13
 48:21 57:4
 69:23
 73:12

puts  13:7

putting  3:16

64:3

—————————

**Q**

—————————

**qualified**
  44:16

**quality**
  55:21

**Queen**   23:1

**question**
  37:12
  49:4,7

**questions**
  14:24,25

**quickly**
  60:21

**quote**   4:18
  28:25
  65:10,11

**quoted**   4:21
  29:1 67:4

—————————

**R**

—————————

**Rabun**   40:23

**race**   27:7,
  8,18,21
  56:5

**racial**   17:14
  27:10 36:7
  37:1 55:4

**racially**
  27:16 51:5

**Racism**   37:1

**ran**   28:1
  33:11

**range**   7:18
  40:11

**read**   16:7
  46:18
  47:3,4
  69:22 75:4

**reading**   77:1

**ready**   77:21

**reality**
  24:11,24
  39:17

**reapportionmen**
**t**   17:4
  22:13 43:2

**reason**   20:9
  22:9 65:7
  66:17
  73:22

**reasonable**
  13:24 76:7
  77:1

**reasons**   18:8
  48:16

**rebuke**   50:8

**recall**   6:8
  14:7

**recalling**
  6:6

**received**
  47:1

**recent**   7:21

48:15

**recently**
  33:10
  68:22

**recognize**
  43:13 50:2
  54:14
  56:12

**recognized**
  3:1 15:22
  19:16
  25:23
  32:12
  38:22
  49:11 51:3
  57:16
  63:6,13
  64:20

**recognizes**
  12:25
  38:20 42:8

**record**   62:21

**red**   35:25
  36:5 78:23

**redistrict**
  75:8

**redistricting**
  7:14 17:18
  26:20
  27:19
  43:21
  44:3,13,21
  48:20
  49:23
  73:6,19

74:22 75:9

**redlining**
  35:25

**redraw**   16:4
  37:3 60:11

**redrawing**
  11:3 35:7
  73:22

**redrawn**
  58:19

**reduced**   12:8
  13:22
  73:8,9

**Reeves**
  43:14,16,
  17

**refer**   58:10

**reference**
  47:2 71:8

**referred**
  57:21,25
  58:10
  74:13

**reflect**   19:7
  34:19
  37:23

**refusal**   53:8

**regard**   7:3

**regional**
  39:21

**reject**   18:9
  57:9 62:17

**rejected**
  60:21 68:8
  69:7 70:15

**related** 3:22

**relates**
  59:22

**relevant**
  3:24

**relied**
  39:15,20

**relief**
  52:16,18
  73:13,14

**rely** 39:25
  40:1 42:23

**remain** 8:4

**remaining**
  15:15

**remains** 9:12
  12:4 17:11

**remarked**
  24:5

**remarks**
  15:25
  57:6,7

**remedial**
  69:25 70:6

**remedied**
  28:12

**remedy** 4:10,
  18 16:10,
  25 19:9
  21:9,17

  22:8
  28:13,16
  29:1,19
  52:2,3,8,9
  61:24
  63:20
  66:1,4
  67:6 70:1

**remember**
  51:21

**reminiscent**
  36:15,16
  53:7

**removed**
  11:13

**rendered**
  16:2

**rep** 73:14

**repeat** 16:24
  47:12

**repeatedly**
  53:24

**repeating**
  76:15

**report** 49:9,
  12 64:17
  74:13
  75:14
  78:15,21

**represent**
  42:6 51:12

**representation**
  8:6 19:1
  34:17 35:1

  42:10
  47:10

**representative**
  3:3,20
  15:1,23
  19:16,18,
  19 22:20
  25:20,22,
  24 32:12,
  14,15
  33:11
  34:16
  38:21,24
  43:13,15,
  17 49:11,
  13,14,24
  54:7
  57:17,18
  64:22
  73:15
  75:19

**representative
s** 3:12
  60:16

**represented**
  21:21 24:4
  39:8 41:24

**represents**
  43:4

**reps** 41:4

**Republican**
  16:18
  17:24
  18:22
  24:4,23
  25:1

  48:13,19
  49:21
  50:21
  51:4,25
  52:14,15,
  21,22
  53:21 54:4
  56:3,14,
  15,18,25
  57:4,8
  58:19

**Republican-
drawn** 16:14

**Republicans**
  41:25 42:1
  54:17,24
  55:7 56:19

**Republicans'**
  54:3

**require** 21:1
  70:6

**required** 5:3
  7:18 10:25
  11:1 14:18

**requirements**
  6:9 18:23

**requires**
  56:22

**resident**
  42:2

**residents**
  41:12
  42:11

**resounding**
  31:10

respect   3:25
  6:20 14:21
  54:1 56:24
  77:19

respectfully
  64:8

respects   9:2

respond   65:1

response
  28:2

responsibility
  20:25
  71:19

responsive
  28:5 45:3

rest   4:2
  24:1

restored   9:7

restrictive
  7:6

result   4:9
  8:6 12:21
  74:22

results   6:7
  19:7 24:15

retains   13:5
  69:24

return   59:19
  78:10,12

review   4:1
  8:8

reviewed
  30:6

revised
  17:24

rights   4:8
  16:5
  17:13,25
  19:25
  20:14,22
  25:7 26:3
  29:24 30:1
  31:7,19
  36:21,24
  45:21
  46:1,3
  50:11,13
  51:6,8
  54:13,18,
  22 56:4
  60:8 61:19
  62:23
  63:7,14
  67:1 69:9,
  17 70:10,
  17,25
  72:18 74:4
  75:4

rigorous
  6:22

ring   10:18

rings   35:20

rip   59:25

ripple   6:7,
  11 7:8,12

rise   19:21
  26:1 31:4
  58:18

road   23:16
  26:7 47:25

rob   31:19
  49:19

Robert   38:9

Rockdale
  10:15

role   77:9,
  11

room   77:17

rule   44:6
  54:7

ruled   4:5

rules   51:17

ruling   16:4
  17:7,20
  68:18
  72:21

run   67:4

runs   40:15,
  20

rural   33:5

rural-oriented
  40:20

rush   58:22

_____

S

_____

safe   55:22

safety   53:14

sake   50:7

Sam   49:11

save   6:12

SB   15:20
  17:3 19:17
  26:2 32:13
  38:14,18
  43:13
  49:12
  57:16
  61:14
  64:21
  74:22
  78:12

school
  33:23,24
  34:7 46:14
  47:16,17

science
  24:20

scope   69:15
  74:16

screen   3:14,
  15 65:24

screens   3:19

seal   59:21

Section   4:8
  16:11,25
  19:10,25
  20:13 21:9
  26:3 29:2,
  19 39:13
  51:7 52:2,
  4 60:7
  61:24
  63:6,20
  67:6 70:1

72:7

seek  28:8

seeks  16:18

self-evident
54:3

selling
23:18

senate  3:8,
13,24 4:14
6:2,18,21
15:3 16:15
19:22
24:15
25:23 35:3
50:22
52:15
54:24
58:6,18
59:2,7,12
61:7 62:3,
16,22 64:9
77:22

Senator
45:15
46:19,22,
24

senators
43:3

send  30:16
58:2 59:22

sending  37:4

sense  39:23
40:24 41:9

senseless

28:2

sentence
69:23 71:7

sentiment
24:6 31:10

serve  55:16

served  43:20
48:10

serves  28:6

session  4:13
37:4,7,9
54:24
67:18 74:6

set  3:9
30:11

shame  55:13

shameful
31:24

shape  8:1
11:20

shape-shifted
37:2

share  9:25
19:23
55:19

shared  22:23
23:9

shenanigans
36:25
58:16

shift  12:22
35:11

shifted  10:6
12:10,16

shifts  9:9,
20 17:11
34:20 35:9

ship  64:3

short  33:7

Shortly
46:21

shown  57:1

Sic  59:6
61:12
64:14

side  5:12
10:3 12:17
26:13
46:23,25
51:12 69:8
77:20

significance
59:11

significant
9:4 10:16
35:10 51:9

significantly
10:6 12:22

silent  57:2

similar
10:1,20

similarly
10:19

simply  63:1
73:18

75:10

sin  56:20

sincerely
53:21
76:24

single  27:8
30:25 31:1
55:3

sinking  64:3

sinner  56:20

sit  58:23

sitting  32:3
64:7

situated
10:20

situation
76:17 77:8

size  6:9
7:5,9 9:8
41:13
47:18,20

slightly
13:13

slow  58:23

small  36:11
42:21
47:22

Smith  33:12

society  37:1

son  28:2
33:14

Soo  38:21

sort  10:2
  11:25 13:3
  21:25
  70:15,18
  72:16
  77:8,11

sound  34:14

south  5:25
  10:2 12:16
  20:6,18
  23:7,23

southeast
  5:25 34:12

southern
  14:8

southwest
  11:12
  73:11

space  62:9

speak  15:22
  19:17,21
  25:23
  32:12 34:8
  38:18,22
  43:15
  50:10,11,
  12 57:16
  64:21

speaker  3:4,
  17,21
  14:24,25
  15:2,5,14,
  24 19:13,
  14,20
  25:18,25

32:8,10,
  11,16
  38:16,25
  43:9,11,
  12,18
  48:24,25
  49:15
  57:11,13,
  19 59:18
  64:13,16,
  23 65:13
  77:3,24
  78:20

speakers
  49:1

speaking
  15:12
  29:12
  38:19

special  4:13
  17:21
  18:3,7
  37:4,7
  54:23

specific
  4:15 21:4
  30:3

specifically
  19:22 21:5
  31:25 65:6
  69:7 70:14
  73:4

spirit  36:17

spiritual
  34:9

split  5:20
  7:19 10:10
  11:24
  12:3,5,6,
  7,8,24
  13:15,16,
  22,23 14:4
  24:2 41:5,
  14,17,18
  42:7,16,
  18,20
  73:7,8

Spoiler
  37:16

spoke  30:24

spoken  18:14

sports  32:21

spread  7:12

spring  70:8,
  23

spy  26:8,13
  31:15

square
  33:20,21

stand  18:9
  27:22 32:6
  57:3 59:5
  60:2

standard
  44:19,20
  70:8,11

standing
  63:2

start  15:25

started
  16:14
  31:14
  59:11

starting  9:8

starts  67:5

state  6:20
  11:9 13:18
  16:10,24
  19:9 27:17
  29:1,19
  30:21
  31:21
  34:19
  35:2,12,23
  37:22,23
  43:3 44:22
  47:9 50:22
  52:3,15,21
  53:14
  55:25 59:5
  61:7,24
  67:6

state's  16:4
  47:15
  58:20

stated  17:13
  55:1

statements
  50:3

states  6:22
  21:5 24:15
  29:25
  33:9,18

53:18
60:15 69:4

**stating**
24:20

**statistical**
69:18

**statues**
38:10

**stays**  10:14

**step**  21:1

**Stephens**
46:8

**Steve**  4:4
16:2 69:1

**Steven's**
38:10

**stickers**
24:19

**stock**  60:23

**stop**  58:16

**straight**
37:25

**strained**
77:2

**strains**
76:12

**strength**
52:10 60:9

**strikes**
62:19

**stronger**
56:1

**strongly**
49:20

**struck**  36:20
51:4

**students**
34:7

**subject**
69:13

**submit**  13:24
18:17
67:17
75:22

**submitted**
8:21 30:7,
19 66:11

**subsequent**
29:24 35:7

**substitute**
58:1

**suburb**  33:4

**suburban**
9:24

**suburbia**
36:5

**suburbs**  8:24
9:21
10:14,19
12:18,20

**succeed**
54:17

**sudden**  29:18

**suffered**
51:9

**suit**  70:8

**summarizes**
14:10

**superior**
46:6

**support**
48:23
70:20

**supports**
70:24

**suppose**
77:12

**Supreme**
43:25 44:6
70:22

**surprise**
33:11 45:8
47:17 48:1

**surrounding**
45:7

**suspect**  60:1

**swing**  37:22

**sword**  35:19
64:10

**system**  18:21
34:7 47:16
69:5 74:21

---

**T**

**tail**  71:13

**tais**  64:11

**takeover**

35:24

**takes**  12:1
14:5 17:10
61:15

**taking**  10:15
42:21

**talk**  41:1
42:14

**talking**
51:13
69:14,20

**tapestry**
27:7

**target**  26:18
27:25 32:3

**targeted**
26:20
73:17 74:5

**targeting**
28:9,10

**taught**  44:20
50:8,9,14
56:19

**taupe**  12:1

**taxpayer**
37:8

**team**  61:5

**Teamwork**
15:18

**Technology**
21:8

**telling**  25:9
72:2

temple   34:11

temples
  34:11

ten   35:7

term   66:22,
  23

territory
  10:6  11:12
  12:23

terrorism
  53:13

terrorist
  53:17

testified
  39:14

testimonies
  30:5

textbooks
  24:20

Thanksgiving
  44:9  46:21

that'll
  73:12

theory   24:21
  68:8

thing   9:10
  25:2  31:23
  37:14,16
  60:1  62:21
  72:9  76:1

things   46:15
  68:19

thoughts
  40:2

thousands
  19:4

three-judge
  68:20  69:1
  70:21

three-quarters
  7:10

three-way
  12:8  13:23
  42:16

threw   59:8

throw   25:2
  59:12,14,
  17

throwing
  71:21

thrown   64:3

thumbed
  60:18
  76:19

time   3:7
  24:22  26:7
  37:8
  46:15,23
  48:17,20
  49:10
  58:22
  64:6,18
  71:5,14,16
  73:10
  77:25

timeframe

46:20

timeline
  32:22

times   4:1
  29:16  36:9
  48:6  54:23

tirelessly
  44:11

today   4:12
  18:9  19:21
  22:2  24:9
  26:1  34:2
  36:8  39:6
  40:12,19,
  25  41:23
  57:7

today's
  56:14

told   23:2
  37:10  46:5
  65:6,8
  66:12  71:3
  74:16
  76:20

touch   75:3

touched
  75:17

touches
  75:20

tough   46:12
  78:6

tour   11:11

Towns   40:23

tracks   9:22

trades   32:1

traditional
  7:14

traditionally
  6:19

trails   41:12

training
  59:13

transcend
  55:24

traveling
  70:9

treat   56:24

tree   56:9,
  10,11

tribal   35:23

trips   26:7

trouble   3:15

true   35:1,
  20  63:1

truth   31:15

Tucker   48:10

turn   21:7

turned   12:17

two-thirds
  24:25

two-way   42:7

U

ultimately
17:22

unacceptable
51:20

unchanged
12:5

unconstitution
al   31:22
62:11 75:7

undermine
28:8

undermined
51:2

undermines
18:25 30:4

understand
31:16
53:22

unfair   65:19

unfolded
61:6

uniformly
72:21

unironically
26:19

United   24:15
53:17
60:15 69:4

University
47:23 48:3

unlawful
31:22 32:2
52:14,21
57:8 62:11

unlike   6:17

unlock   78:24

unnecessarily
28:20

unprecedented
41:15

unusual   77:8

unwillingness
60:24

uphold   18:18

urge   18:9
43:7 57:9
64:8

utilizing
7:21

utmost   77:19

V

vacation
33:15 64:4

vacationed
33:10

values   36:3,
6 55:20

Vance   33:12

VAP   28:23

versus   63:11

vibrant
20:11

vindicated
67:2 74:4

violate   4:7

violated
16:5 60:7

violates
51:25

violating
36:21 71:1
74:14

violation
4:11 20:13
21:10
26:2,4,5
51:7 61:18
63:21

violations
16:11,25
19:10
29:2,19
52:4 61:25
67:6 70:2

violence
28:3 53:12
55:23

virtual   18:6

virtually
75:9

visit   27:5

visiting
33:14

vital   30:9

voice   18:16
78:19

vote   14:23
18:17 26:2
31:11,22
32:5,7
38:14 43:7
44:2,6
45:10
52:18 55:9
57:10
62:16
63:16 64:9
77:4,22
78:22,23

voted   24:12
27:17,20
31:2,18
78:25

voter   35:1

voters   16:6
17:15 19:4
22:3,4
27:15 32:6
46:3
50:24,25
51:5
52:16,19
53:3,4
54:6,16
55:5,9,19
56:5 60:13
63:16 67:3
68:6
69:17,18,

**GEORGIA HOUSE FLOOR**
**Hearing - House Floor on 12/07/2023**          Index: votes..year

21 70:3,12
71:8 76:5,
7

votes 54:22

voting 4:8
8:15 9:16
16:5
17:13,25
19:25
20:14,22
21:12 22:9
25:7 26:3
27:22
29:24 30:1
31:2,6
36:21,24
45:21 46:1
51:6,7,8
52:9,10
53:1
54:13,18,
22 56:4
60:8 61:18
62:23
63:7,14
69:9
70:10,17,
25 72:18
75:4

―――――――――
**W**
―――――――――

walk 59:13,
15,18

walked 59:9

wanted 39:5
68:2

wash 20:19,
20

wasted 37:8

watch 42:4

watched
57:24

water 62:4

waters 34:15

ways 12:6
13:15,16
42:19
73:8,9

weaker 56:8

wealth 36:7,
10

week 6:7
25:13
43:22 54:9
57:7 59:6

weeks 44:9

well-reasoned
46:16

west 4:20
5:5,12
10:7 11:1
12:12
14:17,18
16:17
21:10
28:15
61:23 62:6
66:3,9
67:16
71:24

western 14:8

whip 49:10
77:18 78:4

whips 15:10

white 33:23
34:5,23
36:5,9
53:4 55:18

wider 24:13

wields 36:11

wife 33:12

willingness
78:5

wind 59:21

window 25:3
30:11

wisdom 38:6

witnessed
35:15

witnesses
44:19 47:6

woman 21:21
27:25
28:1,3
51:18

women 56:17

wonderful
22:25

woo 61:12,
13

word 29:15
63:3 71:5

words 18:13
28:25 29:7
77:10

work 64:8
65:17

worked 44:11

working
15:11
71:13 78:8

world-class
55:22

wrap 25:4

Wright 43:1
44:4,7,12,
25

write 65:15

writes 52:3,
8

writing
67:25 68:4

wrong 31:5,
25 58:12
62:11

wrote 4:18

―――――――――
**Y**
―――――――――

y'all 15:13
31:17
53:23
54:1,2
58:22,24

year 32:18,
20,22,24

```
    33:1 38:12
    50:4 51:16
    53:15 60:6
```

**years**  23:19,
    22 27:18
    33:5 34:5,
    22 35:7
    36:23
    45:24 48:5
    51:18
    54:19

**yield**  14:24
    15:2
    19:13,14
    25:17 32:8
    38:15 43:9
    48:24
    57:11
    64:15

**yielded**
    25:18
    32:10
    38:16
    43:11
    48:25
    57:13
    64:16
    77:24

**younger**  26:6

---
**Z**
---

**zoom**  8:10