# EXHIBIT J

**Office of the Secretary of State**
**Elections Division**



# 2024 ELECTION CALENDAR

While comprehensive, not all events are listed. The purpose of this calendar is to provide information on deadlines for election activities. When the last day for the exercise of any privilege or discharge of any duty fall on a Saturday, Sunday, or legal holiday, the next succeeding business day shall be the last day to exercise such duty. O.C.G.A. § 21-2-14.

Click the link to access O.C.G.A. TITLE 21 – ELECTION CODE

| ELECTION | ELECTION DATE | ADVANCE VOTING DATES | REGISTRATION DEADLINE |
|---|---|---|---|
| Presidential Preference Primary (PPP) Special Election - County/Municipal Contests | March 12, 2024 | February 19 – March 8 | 02/12/2024 |
| Special Election Runoff For Local Offices | April 9, 2024 | As soon as possible, but no later than April 1 – June 5 | 02/12/2024 |
| General Primary / Nonpartisan Election | May 21, 2024 | April 29 – May 17 | 04/22/2024 |
| General Primary / Nonpartisan Runoff | June 18, 2024 | As soon as possible, but no later than June 10 – June 14 | 04/22/2024 |
| General Runoff for Federal Offices | | | 05/20/2024 |
| General Election | November 5, 2024 | October 15 – November 1 | 10/07/2024 |
| General Runoff | December 3, 2024 | As soon as possible, but no later than November 25 – November 27 | 10/07/2024 |
| General Runoff for Federal Offices | | | 11/04/2024 |

| | |
|---|---|
| December 13, 2023 | **LAST DAY TO CALL ELECTION TO BE HELD IN CONJUNCTION WITH MARCH PPP** O.C.G.A. § 21-2-540(b) |
| December 15, 2023 | **MARCH PPP/SPECIAL ELECTION BALLOT SUBMISSION DEADLINE** Last day for local jurisdiction to provide information for March Special Election ballot. |
| December 25, 2023 | **EARLIEST DAY TO REQUEST AN ABSENTEE BALLOT FOR MARCH PPP** The earliest day for voters to apply for absentee ballot. O.C.G.A. § 21-2-381(a)(1)(A). |
| January 1, 2024 | **EARLIEST DAY TO ACCEPT UOCAVA BALLOT APPLICATIONS FOR THE 2024 CYCLE** In accordance with 52 U.S.C. § 20306, any absentee ballot application received from UOCAVA voters beginning January 1, 2024 should be considered timely, even if not received 78 days prior. **EARLIEST DAY FOR WRITE-IN CANDIDATES TO FILE/PUBLISH NOTICE OF INTENT** First day to publish Notice of Intent of Write-in Candidacy O.C.G.A. § 21-2-133(a) |
| January 11, 2024 | **FIRST DAY TO CIRCULATE NOMINATION PETITIONS FOR ELECTION CYCLE** Independent/political body candidate may begin circulating nomination petitions. O.C.G.A. § 21-2-132(h)(3) |

## 2024 STATE ELECTION COMPREHENSIVE CALENDAR

| Date | Description |
|---|---|
| January 12, 2024 | **DEADLINE FOR PRECINCT BOUNDARY CHANGES FOR MARCH PPP** <br> No precinct changes shall not be made until after the election. O.C.G.A. § 21-2-261(c) |
| January 22, 2024 | **EARLIEST DAY TO REQUEST AN ABSENTEE BALLOT FOR APRIL RUNOFF** <br> The earliest day for voters to apply for absentee ballot. O.C.G.A. § 21-2-381(a)(1)(A) |
| January 23, 2024 | **MAIL/TRANSMIT UOCAVA BALLOT FOR MARCH PPP** <br> First day registrars shall mail/issue absentee ballot to eligible UOCAVA voters. O.C.G.A. § 21-2-384(a)  *Instant runoff ballots must also be included in UOCAVA ballot packet.* |
| January 27, 2024 | **MAIL/TRANSMIT UOCAVA BALLOT FOR MARCH PPP** <br> Registrars shall mail/issue absentee ballot all eligible UOCAVA applicants. Thereafter, all timely received applications must be mailed within three days of receipt. O.C.G.A. § 21-2-384(a) |
| February 1, 2024 | **DEADLINE TO PUBLISH 2024 QUALIFYING FEES** <br> Last day for the SOS and County Superintendent to publish qualifying fees. <br> O.C.G.A. § 21-2-131(1)(A) |
| February 12, 2024 | **MAIL ABSENTEE BALLOT FOR MARCH PPP/SPECIAL ELECTION/RUNOFF** <br> First day registrars shall mail/issue official absentee ballots. O.C.G.A. § 21-2-384(a)(2) |
| February 12, 2024 5:00 p.m. | **REGISTRATION DEADLINE FOR MARCH PPP/SPECIAL ELECTION/RUNOFF** <br> Last day to register/change address for upcoming election. O.C.G.A. §§ 2-2-224(a), 21-2-218 |
| February 16, 2024 | **DEADLINE TO SUBMIT POLL WATCHER DESIGNATION LETTERS TO STATE/COUNTY** <br> Last date to submit poll watcher designation letter for Advance Voting. O.C.G.A. § 21-2-408 |
| February 19, 2024 | **FIRST DAY OF ADVANCE VOTING FOR MARCH PPP** <br> O.C.G.A. § 21-2-385(d)(1) |
| February 21, 2024 | **LAST DAY TO CALL SPECIAL ELECTION HELD IN CONJUNCTION WITH MAY PRIMARY** <br> O.C.G.A. § 21-2-540(b) |
| February 23, 2024 | **BALLOT SUBMISSION DEADLINE FOR MAY PRIMARY** <br> Last day for local jurisdiction to provide ballot information related to the Call (question or office) to be held in conjunction with the May 21, 2024 Primary ballot. This is a separate submission filing from regularly scheduled elections that typically take place in May in even-years. |
| February 24, 2024 *AND* March 2, 2024 | **MANDATORY SATURDAY VOTING FOR MARCH PPP** <br> Advance voting shall be held on the 2nd and 3rd Saturday prior to Election Day. Minimum hours of voting are 9:00 a.m. to 5:00 p.m., but no longer than 7:00 a.m. to 7:00 p.m. <br> O.C.G.A. § 21-2-385(d)(1)(B) |
| February 25, 2024 *and/or* March 3, 2024 | **OPTIONAL SUNDAY VOTING FOR MARCH PPP** <br> Advance voting may be held on the 2nd and 3rd Sunday prior to Election Day during hours determined by the Registrar, but no longer than 7:00 a.m. to 7:00 p.m. <br> O.C.G.A. § 21-2-385(d)(1)(B) |
| March 1, 2024 | **DEADLINE TO REQUEST ABSENTEE BALLOT FOR MARCH PPP** <br> Last day to request absentee by mail ballot. O.C.G.A. § 21-2-381(a)(1)(A) |

# 2024 STATE ELECTION COMPREHENSIVE CALENDAR

| | |
|---|---|
| March 4, 2024<br>9:00 am | **FIRST DAY OF CANDIDATE QUALIFYING FOR MAY PRIMARY AND NOVEMBER GENERAL**<br>The qualifying period for a candidate to file and qualify to appear on the ballot.<br>O.C.G.A. § 21-2-132(d) |
| March 4, 2024 | **EARLIEST DAY TO REQUEST AN ABSENTEE BALLOT FOR MAY PRIMARY**<br>The earliest day for voters to apply for absentee ballot. O.C.G.A. § 21-2-381(a)(1)(A).<br><br>**DEADLINE TO PUBLISH LOGIC & ACCURACY TESTING FOR MARCH PPP**<br>O.C.G.A. § 21-2-379.25(c) |
| March 5, 2024 | **NOTICE OF INTENT TO PROCESS/TABULATE EARLY MARCH PPP/SPECIAL ELECTION**<br>Last day to notify the SOS intent to process absentee ballots before 7:00 a.m. on Election Day, and last day to publish notice in legal organ the date, time, and location for tabulating absentee ballots prior to the close of the polls. O.C.G.A. § 21-2-386(A)(3)-(4)<br><br>**PUBLISHING OF CONSOLIDATION NOTICE FOR MARCH PPP/SPECIAL ELECTION**<br>Last day to post the time and place of computation and canvassing of the returns in a noticeable place in the superintendent's office. O.C.G.A. § 21-2-492 |
| March 7, 2024 | **PREPARATION OF OFFICIAL ELECTORS LIST FOR MARCH PPP**<br>O.C.G.A. § 21-2-224(f) |
| March 9, 2024 | **CONDUCT LOGIC & ACCURACY TESTING FOR MARCH PPP/ SPECIAL ELECTION**<br>Last day to begin voting equipment testing. O.C.G.A. § 21-2-379.6(c); SEB Rule 183-1-12-.08 |
| March 8, 2024<br>12:00 noon | **LAST DAY OF CANDIDATE QUALIFYING FOR MAY PRIMARY AND NOVEMBER GENERAL**<br>Last day for a candidate to file and pay fees, file a pauper's affidavit. O.C.G.A. § 21-2-132(d) |
| March 8, 2024<br>2:00 p.m. | **POSTING OF CANDIDATE NAMES BY PARTIES FOR MAY PRIMARY**<br>A list of all candidates who have qualified shall be posted. O.C.G.A. § 21-2-153(d)(1) |
| March 8, 2024 | **LAST DAY OF ADVANCE VOTING FOR MARCH PPP**<br>O.C.G.A. § 21-2-385(d)(1) |
| March 9, 2023 | **DEADLINE TO SUBMIT POLL WATCHER DESIGNATION LETTERS TO STATE/COUNTY**<br>Last date to submit poll watcher designation letter for Election Day. O.C.G.A. § 21-2-408 |
| March 11, 2024<br>12:00 P.M. | **DEADLINE FOR POLITICAL PARTY TO CERTIFY CANDIDATES FOR MAY PRIMARY**<br>Last day for political party to certify list of qualified candidates. O.C.G.A. § 21-2-154<br><br>**DEADLINE TO CERTIFY POLITICAL PARTY QUESTIONS FOR MAY PRIMARY**<br>Last day for political party to certify to the SOS the wording of questions.<br>O.C.G.A. §§ 21-2-154, 21-2-284(d) |
| March 12, 2024<br>ELECTION DAY | **DATE OF PRESIDENTIAL PREFERENCE PRIMARY (PPP)**<br>O.C.G.A. § 21-2-190. Polls open from 7:00 a.m. to 7:00 p.m.  O.C.G.A. § 21-2-403<br><br>**OFFICE OF REGISTRAR AND SUPERINTENDENT TO REMAIN OPEN**<br>County election office(s) to remain open until completion of their duties. O.C.G.A. § 21-2-490 |

## 2024 STATE ELECTION COMPREHENSIVE CALENDAR

| | |
|---|---|
| | **BALLOT CAST REPORT DUE**<br>Report due by 11:59 p.m. of total number of ballots cast, including provisional ballots, and absentee-by-mail ballots received by the close of polls to the registrar. O.C.G.A. § 21-2-421 |
| March 13, 2024<br>9:00 a.m. | **MARCH PPP PROVISIONAL BALLOT DOCUMENTATION DUE TO REGISTRAR**<br>Registrar must receive all provisional voter certificates, voter registration forms and provisional numbered list of voters. O.C.G.A. § 21-2-419(b), SEB Rule 183-1-12-.18(10) |
| March 15, 2024<br>5:00 p.m. | **DEADLINE FOR MARCH PPP PROVISIONAL VOTER TO PROVIDE DOCUMENTATION**<br>O.C.G.A. § 21-2-419(c)(1)(2)(3)<br><br>**UOCAVA BALLOT RECEIPT DEADLINE**<br>Eligible UOCAVA absentee ballots postmarked by election date and received within the three business days following the election deemed valid shall be counted. O.C.G.A. § 21-2-386(a)(1)(G)<br><br>**ABSENTEE BALLOT CURE DEADLINE**<br>Last day voters can cure timely submitted absentee ballots for missing signature or information mismatch. O.C.G.A. § 21-2-386(a)(1)(C) |
| March 18, 2024<br>5:00 p.m. | **DEADLINE FOR COUNTY CERTIFICATION OF RETURNS**<br>Election shall be certified by the superintendent. O.C.G.A. § 21-2-493(k) |
| March 20, 2024<br>*through*<br>March 21, 2024 | **CONDUCT RISK LIMITING AUDIT**<br>Local election superintendents shall conduct risk-limiting audit on one federal or state-wide contests randomly selected by the Secretary of State during this period. O.C.G.A. § 21-2-498(b)(c) |
| March 20, 2024*<br>5:00 P.M. | **DEADLINE TO REQUEST A RECOUNT FOR MARCH PPP**<br>Last day to request a recount. O.C.G.A. § 21-2-495(c). *A county may certify earlier than the legal requirement. Request deadline is within two business days after certification.* |
| March 22, 2024* | **DEADLINE FOR PRECINCT BOUNDARY CHANGES FOR MAY PRIMARY**<br>Last day to make precinct boundaries changes. O.C.G.A. § 21-2-261(c). *Last day for Board of Registrars to approve precinct changes. Due to the Special Election Runoff, system changes should not be made until after certification of the April 9th runoff, if conducted.* |
| March 25, 2024* | **DEADLINE TO CONTEST MARCH PPP RESULTS**<br>Last day to contest the results of a primary or election. O.C.G.A. § 21-2-524(a)<br>*A county may certify earlier than the legal requirement.*<br>*The deadline to contest is within five calendar days of county certification (for local contests)* |
| March 29, 2024 | **DEADLINE TO REQUEST ABSENTEE BALLOT FOR APRIL RUNOFF**<br>Last day to request absentee by mail ballot. O.C.G.A. § 21-2-381(a)(1)(A)<br><br>**STATE CERTIFICATION OF RETURNS**<br>Last day for State Elections Division to certify the votes cast for federal and statewide contests. |

## 2024 STATE ELECTION COMPREHENSIVE CALENDAR

| | |
|---|---|
| March 30, 2024 | **DEADLINE TO SUBMIT POLL WATCHER DESIGNATION LETTERS TO COUNTY**<br>Last date to submit poll watcher designation letter for Advance Voting. O.C.G.A. § 21-2-408 |
| April 1, 2024<br>*or prior to this date* | **SPECIAL ELECTION RUNOFF ADVANCE VOTING**<br>Advance voting should commence as soon as possible prior to a runoff but not later than the second Monday immediately prior to such runoff. O.C.G.A. § 21-2-385(d)(1)(B)<br><br>**EARLIEST DAY TO REQUEST AN ABSENTEE BALLOT FOR JUNE RUNOFF**<br>The earliest day for voters to apply for absentee ballot. O.C.G.A. § 21-2-381(a)(1)(A). |
| April 2, 2024* | **MAIL/TRANSMIT UOCAVA BALLOT FOR MAY PRIMARY/NONPARTISAN ELECTION**<br>First day registrars shall mail/issue absentee ballot to eligible UOCAVA voters. O.C.G.A. § 21-2-384(a)  *Instant runoff ballots must also be included in UOCAVA ballot packet.*<br><br>**PUBLISHING OF CONSOLIDATION NOTICE FOR APRIL RUNOFF**<br>Last day to post computation and canvassing of the returns notice. O.C.G.A. § 21-2-492<br><br>**DEADLINE TO PUBLISH ADVANCE VOTING NOTICE FOR APRIL RUNOFF**<br>O.C.G.A. § 21-2-385(d)(3) |
| April 5, 2024 | **LAST DAY OF ADVANCE VOTING FOR SPECIAL ELECTION RUNOFF**<br>O.C.G.A. § 21-2-385(d)(1) |
| April 6, 2024* | **MAIL/TRANSMIT UOCAVA BALLOT FOR MAY PRIMARY/NONPARTISAN ELECTION**<br>Registrars shall mail/issue absentee ballots to UOCAVA voters with applications received through this day. Thereafter, timely received ballot requests must be mailed/transmitted within three days of receipt. O.C.G.A. § 21-2-384(a).  *Instant runoff ballots must also be included in UOCAVA ballot packet.*<br><br>**DEADLINE TO SUBMIT POLL WATCHER DESIGNATION LETTERS TO COUNTY**<br>Last date to submit poll watcher designation letter for Election Day. O.C.G.A. § 21-2-408 |
| April 8, 2024 | **SAMPLE BALLOT FOR MAY PRIMARY/NONPARTISAN ELECTION EXHIBITION**<br>At least 45 days prior, the superintendent shall post sample ballot. O.C.G.A. § 21-2-379.8(b) |
| April 9, 2024<br>ELECTION DAY | **DATE OF SPECIAL ELECTION RUNOFF (COUNTY/MUNICIPAL)**<br>O.C.G.A. § 21-2-501(a)(1). Polls open from 7:00 a.m. to 7:00 p.m.  O.C.G.A. § 21-2-403<br><br>**OFFICE OF REGISTRAR AND SUPERINTENDENT TO REMAIN OPEN**<br>County election office(s) to remain open until completion of their duties. O.C.G.A. § 21-2-490<br><br>**BALLOT CAST REPORT DUE**<br>Report due by 11:59 p.m. of total number of ballots cast, including provisional ballots, and absentee-by-mail ballots received by the close of polls to the registrar. O.C.G.A. § 21-2-421 |
| April 10, 2024<br>9:00 a.m. | **APRIL RUNOFF PROVISIONAL BALLOT DOCUMENTATION DUE**<br>Registrar must receive all provisional voter certificates, voter registration forms and provisional numbered list of voters. O.C.G.A. § 21-2-419(b), SEB Rule 183-1-12-.18(10) |

# 2024 STATE ELECTION COMPREHENSIVE CALENDAR

| | |
|---|---|
| April 11, 2024<br>11:59 p.m. | **MARCH PPP RECONCILIATION REPORT DUE**<br>County reconciliation report aggregating the total number of voters who received credit and total number of ballots cast in each precinct and details. SEB Rule 183-1-12-.12(e). |
| April 12, 2024<br>5:00 p.m. | **DEADLINE FOR APRIL RUNOFF PROVISIONAL VOTER TO PROVIDE DOCUMENTATION**<br>O.C.G.A. § 21-2-419(c)(1)(2)(3)<br><br>**ABSENTEE BALLOT CURE DEADLINE**<br>Last day voters can cure timely submitted absentee ballots for missing signature or information mismatch. O.C.G.A. § 21-2-386(a)(1)(C) |
| April 15, 2024<br>5:00 p.m. | **DEADLINE FOR COUNTY CERTIFICATION OF RETURNS**<br>Election shall be certified by the superintendent. O.C.G.A. § 21-2-493(k) |
| April 17, 2024*<br>5:00 p.m. | **DEADLINE TO REQUEST A RECOUNT FOR APRIL RUNOFF**<br>Last day to request a recount. O.C.G.A. § 21-2-495(c). *A county may certify earlier than the legal requirement. Request deadline is within two business days after certification.* |
| April 22, 2024 | **MAIL ABSENTEE BALLOT FOR MAY PRIMARY/NONPARTISAN ELECTION**<br>First day registrars shall mail/issue official absentee ballots. O.C.G.A. § 21-2-384(a)(2) |
| April 22, 2024<br>11:59 p.m. | **REGISTRATION DEADLINE FOR MAY PRIMARY/NONPARTISAN ELECTION**<br>Last day to register/change address for upcoming election. O.C.G.A. §§ 2-2-224(a), 21-2-218 |
| April 26, 2024 | **DEADLINE TO SUBMIT POLL WATCHER DESIGNATION LETTERS TO STATE/COUNTY**<br>Last date to submit poll watcher designation letter for Advance Voting. O.C.G.A. § 21-2-408 |
| April 29, 2024 | **FIRST DAY OF ADVANCE VOTING FOR MAY PRIMARY/NONPARTISAN ELECTION**<br>O.C.G.A. § 21-2-385(d)(1) |
| May 4, 2024<br>*AND*<br>May 11, 2024 | **MANDATORY SATURDAY VOTING FOR MAY PRIMARY/NONPARTISAN ELECTION**<br>Advance voting shall be held on the 2nd & 3rd Saturday prior to Election Day. Minimum voting hours are 9:00 a.m. to 5:00 p.m., no longer than 7:00 a.m. to 7:00 p.m.<br>O.C.G.A. § 21-2-385(d)(1)(B) |
| May 5, 2024<br>*and/or*<br>May 12, 2024 | **OPTIONAL SUNDAY VOTING FOR MAY PRIMARY/NONPARTISAN ELECTION**<br>Advance voting may be held on the 2nd and 3rd Sunday prior to Election Day during hours determined by the Registrar, but no longer than 7:00 a.m. to 7:00 p.m. O.C.G.A. § 21-2-385(d)(1)(B) |
| May 9, 2024<br>11:59 p.m. | **APRIL RUNOFF RECONCILIATION REPORT DUE**<br>County reconciliation report aggregating the total number of voters who received credit and total number of ballots cast in each precinct and details. SEB Rule 183-1-12-.12(e). |
| May 10, 2024 | **DEADLINE TO REQUEST ABSENTEE BALLOT FOR MAY PRIMARY**<br>Last day to request absentee by mail ballot. O.C.G.A. § 21-2-381(a)(1)(A) |

## 2024 STATE ELECTION COMPREHENSIVE CALENDAR

| | |
|---|---|
| May 13, 2024 | **DEADLINE TO PUBLISH LOGIC & ACCURACY NOTICE FOR MAY PRIMARY**<br>Public notice of Logic and Accuracy testing of the location(s), date, and time, where preparation and testing of the voting system for use in the primary or election should be posted at least five days prior to testing. O.C.G.A. § 21-2-379.25(c) |
| May 14, 2024 | **NOTICE OF INTENT TO PROCESS/TABULATE EARLY FOR MAY PRIMARY**<br>Last day to notify the SOS in writing intent to process absentee ballots before 7:00 a.m. on Election Day, and last day to publish notice in legal organ the date, time, and location for tabulating absentee ballots prior to the close of the polls. O.C.G.A. § 21-2-386(A)(3)-(4) |
| May 14, 2024 | **PUBLISHING OF CONSOLIDATION NOTICE FOR MAY PRIMARY/NONPARTISAN ELECTION**<br>Last day to post the time and place of computation and canvassing of the returns in a noticeable place in the superintendent's office. O.C.G.A. § 21-2-492 |
| May 16, 2024 | **PREPARATION OF OFFICIAL ELECTORS LIST FOR MAY PRIMARY**<br>O.C.G.A. § 21-2- 224(f) |
| May 17, 2024 | **LAST DAY OF ADVANCE VOTING FOR MAY PRIMARY/NONPARTISAN ELECTION**<br>O.C.G.A. § 21-2-385(d)(1) |
| May 18, 2024 | **CONDUCT LOGIC & ACCURACY TESTING FOR MAY PRIMARY/NONPARTISAN ELECTION**<br>Last day to begin voting equipment testing. O.C.G.A. § 21-2-379.6(c); SEB Rule 183-1-12-.08 |
| May 18, 2024 | **DEADLINE TO SUBMIT POLL WATCHER DESIGNATION LETTERS TO STATE/COUNTY**<br>Last date to submit poll watcher designation letter for Election Day. O.C.G.A. § 21-2-408 |
| May 20, 2024 | **REGISTRATION DEADLINE FOR JUNE FEDERAL RUNOFF**<br>Last day to register/change address for upcoming election. O.C.G.A. §§ 2-2-224(a), 21-2-218 |
| May 21, 2024<br>ELECTION DAY | **GENERAL PRIMARY/NONPARTISAN ELECTION**<br>O.C.G.A. §§ 21-2-150, 21-2-138. Polls open from 7:00 a.m. to 7:00 p.m. O.C.G.A. § 21-2-403<br><br>**OFFICE OF REGISTRAR AND SUPERINTENDENT TO REMAIN OPEN**<br>County election office(s) to remain open until completion of their duties. O.C.G.A. § 21-2-490<br><br>**BALLOT CAST REPORT DUE**<br>Report due by 11:59 p.m. of total number of ballots cast, including provisional ballots, and absentee-by-mail ballots received by the close of polls to the registrar. O.C.G.A. § 21-2-421 |
| May 22, 2024<br>9:00 a.m. | **MAY PRIMARY/NONPARTISAN ELECTION PROVISIONAL BALLOT DOCUMENTATION DUE**<br>Registrar must receive all provisional voter certificates, voter registration forms and provisional numbered list of voters. O.C.G.A. § 21-2-419(b), SEB Rule 183-1-12-.18(10) |
| May 24, 2024<br>5:00 p.m. | **DEADLINE FOR MAY PRIMARY PROVISIONAL VOTER TO PROVIDE DOCUMENTATION**<br>O.C.G.A. § 21-2-419(c)(1)(2)(3)<br><br>**UOCAVA BALLOT RECEIPT DEADLINE**<br>Eligible UOCAVA absentee ballots postmarked by election date and received within the three business days following the election deemed valid shall be counted. O.C.G.A. § 21-2-386(a)(1)(G) |

# 2024 STATE ELECTION COMPREHENSIVE CALENDAR

| | |
|---|---|
| May 24, 2024<br>5:00 p.m. | **ABSENTEE BALLOT CURE DEADLINE**<br>Last day for voters to cure timely submitted absentee ballots if they failed to sign the oath or information mismatch. O.C.G.A. § 21-2-386(a)(1)(C) |
| May 28, 2024*<br>5:00 p.m. | **DEADLINE FOR COUNTY CERTIFICATION OF RETURNS**<br>Returns shall be certified by the superintendent. O.C.G.A. § 21-2-493(k)<br>**Date moved to the next business day due to state holiday** |
| May 30, 2024*<br>5:00 p.m. | **DEADLINE TO REQUEST A RECOUNT FOR MAY PRIMARY**<br>Last day to request a recount. O.C.G.A. § 21-2-495(c). *A county may certify earlier than the legal requirement. Request deadline is within two business days after certification.* |
| May 30, 2024<br>*through*<br>May 31, 2024 | **CONDUCT RISK LIMITING AUDIT**<br>Local election superintendents shall conduct risk-limiting audit on one federal or state-wide contests randomly selected by the Secretary of State during this period. O.C.G.A. § 21-2-498(b)(c) |
| June 7, 2024 | **DEADLINE TO REQUEST ABSENTEE BALLOT FOR THE JUNE RUNOFF**<br>Last day to request absentee by mail ballot. O.C.G.A. § 21-2-381(a)(1)(A)<br><br>**STATE CERTIFICATION OF RETURNS**<br>Last day for State Elections Division to certify the votes cast for federal and statewide contests. |
| June 10, 2024<br>*or prior to this date* | **GENERAL PRIMARY/NONPARTISAN RUNOFF ADVANCE VOTING**<br>Advance voting should commence as soon as possible prior to a runoff but not later than the second Monday immediately prior to such runoff. O.C.G.A. § 21-2-385(d)(1)(B) |
| June 11, 2024 | **NOTICE OF INTENT TO PROCESS/TABULATE EARLY FOR JUNE RUNOFF**<br>Last day to notify the Secretary of State in writing intent to process absentee ballots before 7:00 a.m. on Election Day, and last day to publish notice in legal organ the date, time, and location for tabulating absentee ballots prior to the close of the polls. O.C.G.A. § 21-2-386(A)(3)-(4)<br><br>**PUBLISHING OF CONSOLIDATION NOTICE FOR JUNE RUNOFF**<br>Last day to post the time and place of computation and canvassing of the returns in a noticeable place in the superintendent's office. O.C.G.A. § 21-2-492<br><br>**DEADLINE TO PUBLISH ADVANCE VOTING NOTICE FOR JUNE RUNOFF**<br>O.C.G.A. § 21-2-385(d)(3) |
| June 13, 2024 | **PREPARATION OF ELECTORS LIST FOR JUNE RUNOFF**<br>O.C.G.A. § 21-2-224(f) |
| June 14, 2024 | **LAST DAY OF ADVANCE VOTING FOR JUNE RUNOFF**<br>O.C.G.A. § 21-2-385(d)(1) |
| June 15, 2024 | **CONDUCT LOGIC & ACCURACY TESTING FOR MARCH PPP/ SPECIAL ELECTION**<br>Last day to begin voting equipment testing. O.C.G.A. § 21-2-379.6(c); SEB Rule 183-1-12-.08<br><br>**DEADLINE POLL WATCHER DESIGNATION LETTERS TO SOS & SUPERINTENDENT** |

## 2024 STATE ELECTION COMPREHENSIVE CALENDAR

| | |
|---|---|
| | Last date to submit poll watcher designation letter. O.C.G.A. § 21-2-408(a)(1) |
| June 18, 2024<br>ELECTION DAY | **DATE OF GENERAL PRIMARY/NONPARTISAN RUNOFF**<br>O.C.G.A. § 21-2-501(a)(1). Polls open from 7:00 a.m. to 7:00 p.m. O.C.G.A. § 21-2-403<br><br>**OFFICE OF REGISTRAR AND SUPERINTENDENT TO REMAIN OPEN**<br>County election office(s) to remain open until completion of their duties. O.C.G.A. § 21-2-490<br><br>**BALLOT CAST REPORT DUE**<br>Report due by 11:59 p.m. of total number of ballots cast, including provisional ballots, and absentee-by-mail ballots received by the close of polls to the registrar. O.C.G.A. § 21-2-421 |
| June 20, 2024*<br>9:00 a.m. | **DEADLINE FOR JUNE RUNOFF PROVISIONAL BALLOT DOCUMENTATION DUE**<br>Registrar must receive all provisional voter certificates, voter registration forms and provisional numbered list of voters. O.C.G.A. § 21-2-419(b), SEB Rule 183-1-12-.18(10)<br>**Date moved to the next business day due to state holiday** |
| June 20, 2024<br>11:59 p.m. | **MAY PRIMARY RECONCILIATION REPORT DUE**<br>County reconciliation report aggregating the total number of voters who received credit and total number of ballots cast in each precinct and details. SEB Rule 183-1-12-.12(e). |
| June 21, 2024<br>5:00 p.m. | **DEADLINE FOR RUNOFF PROVISIONAL VOTER TO PROVIDE DOCUMENTATION**<br>O.C.G.A. § 21-2-419(c)(1)(2)(3)<br><br>**UOCAVA BALLOT RECEIPT DEADLINE**<br>Eligible UOCAVA absentee ballots postmarked by election date and received within the three business days following the election deemed valid shall be counted. O.C.G.A. § 21-2-386(a)(1)(G)<br><br>**ABSENTEE BALLOT CURE DEADLINE**<br>Last day for voters to cure timely submitted absentee ballots if they failed to sign the oath or information mismatch. O.C.G.A. § 21-2-386(a)(1)(C) |
| June 24, 2024<br>5:00 p.m. | **DEADLINE FOR COUNTY CERTIFICATION OF RETURNS**<br>Returns shall be certified by the superintendent. O.C.G.A. § 21-2-493(k) |
| June 24, 2024<br>9:00 am | **FIRST DAY TO FILE NOMINATION PETITION-POLITICAL BODY/INDEPENDENT CANDIDATE**<br>First day political body or independent candidate may file a nomination petition.<br> O.C.G.A § 21-2-170. O.C.G.A. § 21-2-132(e) |
| June 26, 2024* | **DEADLINE TO REQUEST A RECOUNT FOR JUNE RUNOFF**<br>Last day to request a recount. O.C.G.A. § 21-2-495(c). *A county may certify earlier than the legal requirement. Request deadline is within two business days after certification.* |
| June 26, 2024<br>*through*<br>June 27, 2024 | **CONDUCT RISK LIMITING AUDIT (IF REQUIRED)**<br>Local election superintendents shall conduct risk-limiting audit on one federal or state-wide contests randomly selected by the Secretary of State during this period. O.C.G.A. § 21-2-498(b)(c) |

## 2024 STATE ELECTION COMPREHENSIVE CALENDAR

| | |
|---|---|
| | |
| July 2, 2024* | **DEADLINE TO CONTEST ELECTION RESULTS**<br>Last day to contest the results of a primary or election. O.C.G.A. § 21-2-524(a)<br>*A county may certify earlier than the legal requirement.  The deadline to contest is within five calendar days of county certification.* **Date moved to the next business day due to state holiday** |
| July 5, 2024 | **STATE CERTIFICATION OF RETURNS**<br>Last day for SOS to certify the votes cast for federal and statewide contests and questions. |
| July 9, 2024<br>12:00 p.m. | **LAST DAY TO FILE NOMINATION PETITION-POLITICAL BODY/INDEPENDENT CANDIDATE**<br>Last day a political body or independent candidate may file a nomination petition with the local filing officer or SOS, if federal or state office. O.C.G.A §§ 21-2-170, O.C.G.A. 21-2-132(e) |
| August 7, 2024 | **LAST DAY TO CALL SPECIAL ELECTION IN CONJUNCTION WITH NOVEMBER GENERAL**<br>Special elections held in conjunction with the General Election shall be called at least 90 days prior. O.C.G.A. § 21-2-540(b) |
| August 9, 2024 | **BALLOT SUBMISSION DEADLINE FOR NOVEMBER GENERAL ELECTION**<br>Last day for local jurisdiction to provide information for November 5, 2024 General Election ballot. |
| August 19, 2024 | **EARLIEST DAY TO REQUEST ABSENTEE BALLOT FOR NOVEMBER GENERAL ELECTION**<br>O.C.G.A. §§ 21-2-381(a)(1)(A); 21-2-381(a)(1)(G) |
| September 3, 2024 | **DEADLINE FOR WRITE-IN CANDIDATE TO FILE AND PUBLISH NOTICE OF INTENT**<br>Last day for write-in candidate to file notice of intent and run publication. O.C.G.A. § 21-2-133(a)<br>**Date moved to the next business day due to state holiday** |
| September 6, 2024 | **DEADLINE FOR PRECINCT BOUNDARY CHANGES FOR NOVEMBER GENERAL ELECTION**<br>No precinct changes shall not be made until after the election. O.C.G.A. § 21-2-261(c) |
| September 9, 2024 | **DEADLINE FOR WRITE-IN CANDIDATE TO FILE COPY OF NOTICE AND AFFIDAVIT**<br>Last day to file affidavit of publication. O.C.G.A. § 21-2-133(b) |
| September 16, 2024 | **CERTIFICATION OF WRITE-IN CANDIDATES**<br>SOS to certify and publish federal and state certified write-in candidates. O.C.G.A. § 21-2-133(e)<br><br>**EARLIEST DAY TO REQUEST AN ABSENTEE BALLOT FOR DECEMBER RUNOFF**<br>The earliest day for voters to apply for absentee ballot. O.C.G.A. § 21-2-381(a)(1)(A). |
| September 17, 2024* | **MAIL/TRANSMIT UOCAVA BALLOT FOR NOVEMBER GENERAL ELECTION**<br>First day registrars shall mail/issue absentee ballot to eligible UOCAVA voters.<br>O.C.G.A. § 21-2-384(a)  *Instant runoff ballots must also be included in UOCAVA ballot packet.* |
| September 21, 2024* | **MAIL/TRANSMIT UOCAVA BALLOT FOR NOVEMBER GENERAL ELECTION**<br>Registrars shall mail/issue absentee ballots to UOCAVA voters with applications received through this day. Thereafter, timely received ballot requests must be mailed/transmitted within three days of receipt. O.C.G.A. § 21-2-384(a). |

**2024 STATE ELECTION COMPREHENSIVE CALENDAR**

|  | *Instant runoff ballots must also be included in UOCAVA ballot packet.* |
|---|---|
| September 23, 2024 | **SAMPLE BALLOT FOR NOVEMBER GENERAL ELECTION EXHIBITION** <br> At least 45 days prior, the superintendent shall post sample ballot. O.C.G.A. § 21-2-379.8(b) |
| October 7, 2024 | **MAIL ABSENTEE BALLOT FOR MAY PRIMARY/NONPARTISAN ELECTION** <br> First day registrars shall mail/issue official absentee ballots. O.C.G.A. § 21-2-384(a)(2) |
| October 7, 2024 | **DEADLINE FOR VOTER REGISTRATION/CHANGE FOR NOVEMBER GENERAL** <br> Last day for an applicant to register and for an elector to change address prior to the primary, election, or runoff. O.C.G.A. §§ 2-2-224(a), 21-2-218 |
| October 12, 2024 | **DEADLINE TO SUBMIT POLL WATCHER DESIGNATION LETTERS TO STATE/COUNTY** <br> Last date to submit poll watcher designation letter for Advance Voting. O.C.G.A. § 21-2-408 <br> <span style="color:red">Date moved to the next business day due to state holiday</span> |
| October 15, 2024 | **FIRST DAY OF ADVANCE VOTING FOR NOVEMBER GENERAL ELECTION** <br> O.C.G.A. § 21-2-385(d)(1) <br> <span style="color:red">Date moved to the next business day due to state holiday</span> |
| October 19, 2024 *AND* October 26, 2024 | **MANDATORY SATURDAY VOTING FOR NOVEMBER GENERAL ELECTION** <br> Advance voting shall be held on the 2nd and 3rd Saturday prior to Election Day. Minimum hours of voting are 9:00 a.m. to 5:00 p.m., but no longer than 7:00 a.m. to 7:00 p.m. <br> O.C.G.A. § 21-2-385(d)(1)(B) |
| October 20, 2024 and/or October 27, 2024 | **OPTIONAL SUNDAY VOTING FOR NOVEMBER GENERAL ELECTION** <br> Advance voting may be held on the 2nd and 3rd Sunday prior to Election Day during hours determined by the Registrar, but no longer than 7:00 a.m. to 7:00 p.m. <br> O.C.G.A. § 21-2-385(d)(1)(B) |
| October 25, 2024 | **DEADLINE TO REQUEST ABSENTEE BALLOT FOR NOVEMBER GENERAL ELECTION** <br> Last day to request absentee by mail ballot. O.C.G.A. § 21-2-381(a)(1)(A) |
| October 28, 2024 | **DEADLINE TO PUBLISH LOGIC & ACCURACY NOTICE FOR NOVEMBER GENERAL** <br> Public notice of Logic and Accuracy testing of the location(s), date, and time, where preparation and testing of the voting system for use in the primary or election should be posted at least five days prior to testing. O.C.G.A. § 21-2-379.25(c) |
| October 29, 2024 | **NOTICE OF INTENT TO PROCESS/TABULATE EARLY FOR NOVEMBER ELECTION** <br> Last day to notify the Secretary of State in writing intent to process absentee ballots before 7:00 a.m. on Election Day, and last day to publish notice in legal organ the date, time, and location for tabulating absentee ballots prior to the close of the polls. O.C.G.A. § 21-2-386(A)(3)-(4) <br><br> **PUBLISHING OF CONSOLIDATION NOTICE FOR NOVEMBER ELECTION** <br> Last day to post the time and place of computation and canvassing of the returns in a noticeable place in the superintendent's office. O.C.G.A. § 21-2-492 |

## 2024 STATE ELECTION COMPREHENSIVE CALENDAR

| | |
|---|---|
| October 31, 2024 | PREPARATION OF OFFICIAL ELECTORS LIST FOR NOVEMBER GENERAL ELECTION<br>O.C.G.A. § 21-2- 224(f) |
| November 1, 2024 | LAST DAY OF ADVANCE VOTING FOR NOVEMBER GENERAL ELECTION<br>O.C.G.A. § 21-2-385(d)(1) |
| November 2, 2024 | DEADLINE TO SUBMIT POLL WATCHER DESIGNATION LETTERS TO STATE/COUNTY<br>Last date to submit poll watcher designation letter for Election Day. O.C.G.A. § 21-2-408<br><br>CONDUCT LOGIC & ACCURACY TESTING FOR MARCH PPP/ SPECIAL ELECTION<br>Last day to commence the testing of the poll pads, electronic ballot markers, printers, and ballot scanners.  O.C.G.A. § 21-2-379.6(c) SEB Rule 183-1-12-.08 |
| November 4, 2024 | REGISTRATION DEADLINE FOR DECEMBER FEDERAL RUNOFF<br>Last day to register/change address for upcoming election. O.C.G.A. §§ 2-2-224(a), 21-2-218 |
| November 5, 2024<br>ELECTION DAY | DATE OF GENERAL ELECTION<br>O.C.G.A. §§ 21-2-9, 21-2-540. Polls open from 7:00 a.m. to 7:00 p.m. O.C.G.A. § 21-2-403<br><br>OFFICE OF REGISTRAR AND SUPERINTENDENT TO REMAIN OPEN<br>County election office(s) to remain open until completion of their duties. O.C.G.A. § 21-2-490<br><br>BALLOT CAST REPORT DUE<br>Report due by 11:59 p.m. of total number of ballots cast, including provisional ballots, and absentee-by-mail ballots received by the close of polls to the registrar. O.C.G.A. § 21-2-421 |
| November 6, 2024<br>9:00 a.m. | NOVEMBER GENERAL ELECTION PROVISIONAL BALLOT DOCUMENTATION DUE<br>Registrar must receive all provisional voter certificates, voter registration forms and provisional numbered list of voters. O.C.G.A. § 21-2-419(b), SEB Rule 183-1-12-.18(10) |
| November 8, 2024<br>5:00 p.m. | DEADLINE FOR NOVEMBER GENERAL PROVISIONAL VOTER DOCUMENTATION<br>O.C.G.A. § 21-2-419(c)(1)(2)(3)<br><br>UOCAVA BALLOT RECEIPT DEADLINE<br>Eligible UOCAVA absentee ballots postmarked by election date and received within the three business days following the election deemed valid shall be counted. O.C.G.A. § 21-2-386(a)(1)(G)<br><br>ABSENTEE BALLOT CURE DEADLINE<br>Last day for voters to cure timely submitted absentee ballots if they failed to sign the oath or information mismatch. O.C.G.A. § 21-2-386(a)(1)(C) |
| November 12, 2024<br>5:00 p.m. | DEADLINE FOR COUNTY CERTIFICATION OF RETURNS<br>Returns shall be certified by the superintendent. O.C.G.A. § 21-2-493(k)<br>Date moved to the following day due to state holiday |
| November 14, 2024*<br>5:00 p.m. | DEADLINE TO REQUEST A RECOUNT FOR NOVEMBER GENERAL ELECTION<br>Last day to request a recount. O.C.G.A. § 21-2-495(c).  *A county may certify earlier than the legal requirement. Request deadline is within two business days after certification.<br>Date moved to the following day due to state holiday |

## 2024 STATE ELECTION COMPREHENSIVE CALENDAR

| | |
|---|---|
| | |
| November 14, 2024 *through* November 15, 2024 | **CONDUCT RISK LIMITING AUDIT** Local election superintendents shall conduct risk-limiting audit on one federal or state-wide contests randomly selected by the Secretary of State during this period. O.C.G.A. § 21-2-498(b)(c) |
| November 22, 2024 | **DEADLINE TO REQUEST ABSENTEE BALLOT FOR DECEMBER RUNOFF** Last day to request absentee by mail ballot. O.C.G.A. § 21-2-381(a)(1)(A) |
| November 22, 2024 | **STATE CERTIFICATION OF RETURNS** Last day for SOS to certify the votes cast for federal and statewide contests. |
| November 25, 2024 *or prior to this date* | **DECEMBER RUNOFF ADVANCE VOTING** Advance voting should commence as soon as possible prior to a runoff but not later than the second Monday immediately prior to such runoff. O.C.G.A. § 21-2-385(d)(1)(B)  **DEADLINE TO PUBLISH LOGIC & ACCURACY NOTICE FOR DECEMBER RUNOFF** Public notice of Logic and Accuracy testing of the location(s), date, and time, where preparation and testing of the voting system for use in the primary or election should be posted at least five days prior to testing. O.C.G.A. § 21-2-379.25(c) |
| November 26, 2024 | **NOTICE OF INTENT TO PROCESS/TABULATE EARLY DECEMBER RUNOFF** Last day to notify the SOS in writing intent to process absentee ballots early and last day to publish notice in legal organ for tabulating absentee ballots prior to the close of the polls. O.C.G.A. § 21-2-386(A)(3)-(4)  **PUBLISHING OF CONSOLIDATION NOTICE FOR DECEMBER RUNOFF** Last day to post computation and canvassing of the returns notice. O.C.G.A. § 21-2-492  **DEADLINE TO PUBLISH ADVANCE VOTING NOTICE FOR DECEMBER RUNOFF** O.C.G.A. § 21-2-385(d)(3) |
| November 27, 2024 | **LAST DAY OF ADVANCE VOTING FOR DECEMBER RUNOFF** O.C.G.A. § 21-2-385(d)(1). Last day due to state holiday on November 28 - 29, 2024  **PREPARATION OF ELECTORS LIST FOR DECEMBER RUNOFF** O.C.G.A. § 21-2-224(f) |

## 2024 STATE ELECTION COMPREHENSIVE CALENDAR

| | |
|---|---|
| November 30, 2024 | **DEADLINE TO SUBMIT POLL WATCHER DESIGNATION LETTERS TO STATE/COUNTY**<br>Last date to submit poll watcher designation letter for Election Day. O.C.G.A. § 21-2-408<br><br>**CONDUCT LOGIC & ACCURACY TESTING FOR DECEMBER RUNOFF**<br>Last day to begin voting equipment testing. O.C.G.A. § 21-2-379.6(c); SEB Rule 183-1-12-.08 |
| December 3, 2024<br><span style="color:green">ELECTION DAY</span> | **DATE OF GENERAL ELECTION RUNOFF**<br>O.C.G.A. § 21-2-501(a)(1). Polls open 7:00 a.m. to 7:00 p.m. O.C.G.A. § 21-2-403<br><br>**OFFICE OF REGISTRAR AND SUPERINTENDENT TO REMAIN OPEN**<br>County election office(s) to remain open until completion of their duties. O.C.G.A. § 21-2-490<br><br>**BALLOT CAST REPORT DUE**<br>Report due by 11:59 p.m. of total number of ballots cast, including provisional ballots, and absentee-by-mail ballots received by the close of polls to the registrar. O.C.G.A. § 21-2-421 |
| December 4, 2024 | **DECEMBER RUNOFF PROVISIONAL BALLOT DOCUMENTATION DUE TO REGISTRAR**<br>Registrar must receive all provisional voter certificates, voter registration forms and provisional numbered list of voters. O.C.G.A. § 21-2-419(b), SEB Rule 183-1-12-.18(10) |
| December 5, 2024<br>11:59 p.m. | **NOVEMBER GENERAL RECONCILIATION REPORT DUE**<br>County reconciliation report aggregating the total number of voters who received credit and total number of ballots cast in each precinct and details. SEB Rule 183-1-12-.12(e). |
| December 6, 2024<br>5:00 p.m. | **DEADLINE FOR DECEMBER RUNOFF PROVISIONAL VOTER DOCUMENTATION**<br>O.C.G.A. § 21-2-419(c)(1)(2)(3)<br><br>**UOCAVA BALLOT RECEIPT DEADLINE**<br>Eligible UOCAVA absentee ballots postmarked by election date and received within the three business days following the election deemed valid shall be counted. O.C.G.A. § 21-2-386(a)(1)(G)<br><br>**ABSENTEE BALLOT CURE DEADLINE**<br>Last day for voters to cure timely submitted absentee ballots if they failed to sign the oath or information mismatch. O.C.G.A. § 21-2-386(a)(1)(C) |
| December 9, 2024<br>5:00 p.m. | **DEADLINE FOR COUNTY CERTIFICATION OF RETURNS**<br>Returns shall be certified by the superintendent. O.C.G.A. § 21-2-493(k) |
| December 11, 2024* | **DEADLINE TO REQUEST A RECOUNT FOR DECEMBER RUNOFF**<br>Last day to request a recount. O.C.G.A. § 21-2-495(c). *A county may certify earlier than the legal requirement. Request deadline is within two business days after certification.* |
| December 11, 2024<br>*through*<br>December 12, 2024 | **CONDUCT RISK LIMITING AUDIT (IF REQUIRED)**<br>Local election superintendents shall conduct risk-limiting audit on one federal or state-wide contests randomly selected by the Secretary of State during this period. O.C.G.A. § 21-2-498(b)(c) |

## 2024 STATE ELECTION COMPREHENSIVE CALENDAR

| | |
|---|---|
| December 13, 2024* | **DEADLINE TO CONTEST ELECTION RESULTS**<br>Last day to contest the results of a primary or election. O.C.G.A. § 21-2-524(a)<br>*The deadline to contest is within five calendar days of county certification.* |
| December 27, 2024 | **STATE CERTIFICATION OF RETURNS**<br>Last day for State Elections Division to certify the votes cast for federal and statewide contests. |
| January 2, 2025<br>11:59 p.m. | **DECEMBER RUNOFF RECONCILIATION REPORT DUE**<br>County reconciliation report aggregating the total number of voters who received credit and total number of ballots cast in each precinct and details. SEB Rule 183-1-12-.12(e). |
| January 13, 2025 | **ISSUANCE OF CERTIFICATES OF ELECTION AND COMMISSIONS**<br>The Secretary of State shall issue certificates pursuant to O.C.G.A. § 21-2-502. |

VERSION HISTORY:

| File Name: | Revision No. | Change Audit | Release Date |
|---|---|---|---|
| 2024COMPCAL_SOS | 0.0 | Creation/Initial | 12/6/2023 |
| 2024COMPCAL_SOS | 0.1 | Added April Runoff to schedule on page 1, modified header on pages, revised activity header on page 2, line 3. | 12/7/2023 |
| 2024COMPCAL_SOS | 0.2 | Added 52 U.S.C § 20306 application submission provision | 12/12/2023 |