IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, et al; | ) |
| Plaintiffs, | ) ) ) ) |
| v. | ) CIVIL ACTION ) FILE NO: 1:17cv02989-AT |
| BRIAN P. KEMP, et al.; | ) ) ) |
| Defendants. | ) ) ) |

## FULTON COUNTY DEFENDANTS' NOTICE OF INTENTION TO FILE A RESPONSE

COME NOW the Fulton County Board of Registration and Elections ("FCBRE"), and members of the FCBRE, Mary Carole Cooney, Vernetta Nuriddin, David J. Burge, Stan Matarazzo, Mark Wingate and Aaron Johnson, (hereafter "Fulton County Defendants") through counsel, and hereby file this Notice of Filing A Response to Plaintiffs' Motion for Preliminary Injunctive Relief [Doc. 327] as follows:

In its Minute Order of October 5, 2018, the Court directed the Defendants to notify the court whether they intend to file a response to Plaintiff's Motion for

Additional Injunctive Relief [Doc. 327]. Let this serve as the Fulton County Defendants' notice to the court that they do intend to file a response to this motion and will do so as directed by the Court.

Respectfully submitted this 9th day of October, 2018.

OFFICE OF THE COUNTY ATTORNEY

/s/David R. Lowman
**Kaye Burwell**
**Georgia Bar Number:   775060**
**kaye.burwell@fultoncountyga.gov**
**Cheryl Ringer**
**Georgia Bar Number: 557420**
**cheryl.ringer@fultoncountyga.gov**
**David Lowman**
**Georgia Bar Number: 460298**
**david.lowman@fultoncountyga.gov**

**ATTORNEYS FOR DEFENDANTS RICHARD BARRON MARY CAROLE COONEY, VERNETTA NURIDDIN, DAVID J. BURGE, STAN MATARAZZO, AARON JOHNSON, AND THE FULTON COUNTY BOARD OF REGISTRATION & ELECTIONS**

**Office of the County Attorney**
141 Pryor Street, S.W.
Suite 4038
Atlanta, Georgia 30303

## CERTIFICATE OF SERVICE

I hereby certify that on this date I have electronically filed the foregoing **DEFENDANTS' NOTICE OF INTENTION TO FILE A RESPONSE** with the Clerk of Court using the CM/ECF system, with the Clerk of Court using the CM/ECF system, which will send email notification of such filing to all attorneys of record.

This 9th day of October, 2018.

                                          **/s/ David R. Lowman**
                                          Georgia Bar Number: 460298
                                          david.lowman@fultoncountyga.gov