**taylor | english**

**Taylor English Duma LLP** 1600 Parkwood Circle, Suite 200, Atlanta, Georgia 30339
Main: 770.434.6868 Fax: 770.434.7376 taylorenglish.com

Bryan P. Tyson
Direct Dial: (678) 336-7249
Email: btyson@taylorenglish.com

December 27, 2023

**VIA CM/ECF FILING**

Ms. Pamela Wright
Courtroom Deputy for
The Honorable Steve C. Jones
1967 Richard B. Russell Building and United States Courthouse
75 Ted Turner Drive, S.W.
Atlanta, GA 30303-3309

    Re:    *Coakley Pendergrass., et al. v. Brad Raffensperger, in his official capacity as Secretary of State of Georgia, et al.*
             USDC for the Northern District of Georgia
             Civil Action File No. 1:21-cv-05339-SCJ

Dear Ms. Wright:

Pursuant to Local Rule 83.1 (E)(4), please accept this letter as notification of my leave of absence in the above-referenced matter for the following days:

- January 9 – 31, 2024 for trial in *Curling v. Raffensperger* before Judge Totenberg.
- April 1 – 5, 2024 (*Spring Break*)
- May 20 – 24, 2024 (*family trip*)
- June 3 – 14, 2024 for trial in *Lucas Horton v. Texas Federation for Children PAC, Inc.,* Civil Action No. 3:22-cv-2736, in the USDC for the Northern District of Texas, Dallas Division before Judge Sidney A. Fitzwater.
- November 14 – 16, 2024 (*Conference*)

I respectfully request that this case not be calendared during these days.

                        Respectfully,

                        */s/ Bryan P. Tyson*
                        Bryan P. Tyson

BPT/ra

cc:    All counsel of record (via CM/ECF only)