# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, et al., ) | |
| ) | |
| Plaintiffs, ) | CA No. 1:17cv02989-AT |
| ) | |
| v. ) | |
| ) | |
| BRAD RAFFENSPERGER, ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

## CERTIFICATE OF CONSENT
## TO WITHDRAW AS COUNSEL AND
## NOTICE OF SUBSTITUTION OF COUNSEL

Come now the undersigned counsel for Defendants Secretary of State and Chair of the State Election Board, Brad Raffensperger, the State Election Board (SEB), and SEB members Rebecca Sullivan, David Worley, and Seth Harp and hereby withdraw as counsel in the above action.[1]  Pursuant to Local Rule 83.1E(2)(d), the undersigned hereby notify this Court of their withdrawal as counsel with the Consent of these Defendants.  The following counsel is substituted as counsel for these Defendants in this action:

---

[1] Pursuant to Fed.R.Civ.P. 25(d), Rusty Simpson's status as a party defendant in his official capacity ceased automatically pursuant to his recent resignation, with a successor currently pending.

Vincent Robert Russo, Jr.
**Robbins Ross Alloy Belinfante Littlefield, LLC**
500 Fourteenth St., N.W.
Atlanta, GA 30318
404-856-3260
Fax: 404-856-3250
Georgia Bar No. 242628
Email: vrusso@robbinsfirm.com

Bryan P. Tyson
**Strickland Brockington Lewis, LLP**
1170 Peachtree Street, NE
Suite 2200, Midtown Proscenium
Atlanta, GA 30309-7200
678-347-2200
Fax: 678-347-2210
Georgia Bar No. 515411
Email: bpt@sbllaw.net

Consented to:            *[signature]*
                         Brad Raffensperger
                         *Secretary of State and*
                         *Chairman of the SEB*

Consented to:            _____
                         Rebecca Sullivan
                         *Member and*
                         *Vice-Chair of the SEB*

Consented to:            _____
                         David Worley
                         *Member of the SEB*

Consented to:            _____
                         Seth Harp
                         *Member of the SEB*

This ___15th___ day of February, 2019.

2

Vincent Robert Russo, Jr.
**Robbins Ross Alloy Belinfante Littlefield, LLC**
500 Fourteenth St., N.W.
Atlanta, GA 30318
404-856-3260
Fax: 404-856-3250
Georgia Bar No. 242628
Email: vrusso@robbinsfirm.com

Bryan P. Tyson
**Strickland Brockington Lewis, LLP**
1170 Peachtree Street, NE
Suite 2200, Midtown Proscenium
Atlanta, GA 30309-7200
678-347-2200
Fax: 678-347-2210
Georgia Bar No. 515411
Email: bpt@sbllaw.net

Consented to:

                                                                                        _____
Brad Raffensperger
*Secretary of State and*
*Chairman of the SEB*

Consented to:

                                                                                        */s/ Rebecca Sullivan*
Rebecca Sullivan
*Member and*
*Vice-Chair of the SEB*

Consented to:

                                                                                        _____
David Worley
*Member of the SEB*

Consented to:

                                                                                        _____
Seth Harp
*Member of the SEB*

This ___15th___ day of February, 2019.

2

Vincent Robert Russo, Jr.
**Robbins Ross Alloy Belinfante Littlefield, LLC**
500 Fourteenth St., N.W.
Atlanta, GA 30318
404-856-3260
Fax: 404-856-3250
Georgia Bar No. 242628
Email: vrusso@robbinsfirm.com

Bryan P. Tyson
**Strickland Brockington Lewis, LLP**
1170 Peachtree Street, NE
Suite 2200, Midtown Proscenium
Atlanta, GA 30309-7200
678-347-2200
Fax: 678-347-2210
Georgia Bar No. 515411
Email: bpt@sbllaw.net

Consented to: _____
Brad Raffensperger
*Secretary of State and*
*Chairman of the SEB*

Consented to: _____
Rebecca Sullivan
*Member and*
*Vice-Chair of the SEB*

Consented to: _____
David Worley
*Member of the SEB*

Consented to: _____
Seth Harp
*Member of the SEB*

This ___15th___ day of February, 2019.

Vincent Robert Russo, Jr.
**Robbins Ross Alloy Belinfante Littlefield, LLC**
500 Fourteenth St., N.W.
Atlanta, GA 30318
404-856-3260
Fax: 404-856-3250
Georgia Bar No. 242628
Email: vrusso@robbinsfirm.com

Bryan P. Tyson
**Strickland Brockington Lewis, LLP**
1170 Peachtree Street, NE
Suite 2200, Midtown Proscenium
Atlanta, GA 30309-7200
678-347-2200
Fax: 678-347-2210
Georgia Bar No. 515411
Email: bpt@sbllaw.net

Consented to: _____
Brad Raffensperger
*Secretary of State and*
*Chairman of the SEB*

Consented to: _____
Rebecca Sullivan
*Member and*
*Vice-Chair of the SEB*

Consented to: _____
David Worley
*Member of the SEB*

Consented to: _____
Seth Harp
*Member of the SEB*

This ___15th___ day of February, 2019.

2

## CERTIFICATE OF SERVICE

I hereby certify that on this date I have electronically filed the foregoing **CERTIFICATE OF CONSENT TO WITHDRAW AS COUNSEL AND NOTICE OF SUBSTITUTION OF COUNSEL** with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to all attorneys of record.

This 15th day of February, 2019.

/s/ John F. Salter
**JOHN F. SALTER**
Georgia Bar No. 623325
**ROY E. BARNES**
Georgia Bar No. 039000
**BARNES LAW GROUP, LLC**
31 Atlanta Street
Marietta, GA 30060
(770) 227-6375
(770) 227-6373 (fax)
john@barneslawgroup.com
roy@barneslawgroup.com