# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **DONNA CURLING, ET AL.,** Plaintiffs, v. **BRAD RAFFENSPERGER,[1] ET AL.,** Defendants. | **Civil Action No. 1:17-CV-2989-AT** |

## NOTICE OF WITHDRAWAL OF CURLING PLAINTIFFS' MOTION FOR SEVERANCE

Plaintiffs Donna Curling, Donna Price and Jeffrey Schoenberg (the "Curling Plaintiffs") notify this honorable Court that they hereby respectfully withdraw without prejudice their pending Motion for Severance of their claims in the Second Amended Complaint [D.E. 329], filed with this Court on October 8, 2018.

**[signature block on following page]**

---

[1] Brad Raffensperger was sworn in as the Secretary of State of Georgia on January 14, 2019. Federal Rule of Civil Procedure 25(d) provides as a matter of law for Secretary Raffensperger's automatic substitution for former Secretary of State Brian P. Kemp as the party defendant in his official capacity.

Dated:  April 4, 2019

Respectfully submitted,

David D. Cross
(admitted *pro hac vice*)
Jane P. Bentrott
(admitted *pro hac vice*)
John P. Carlin
(admitted *pro hac vice*)
Catherine L. Chapple
(admitted *pro hac vice*)
Robert W. Manoso
(admitted *pro hac vice*)
MORRISON & FOERSTER LLP
2000 Pennsylvania Avenue, NW
Suite 6000
Washington, DC 20006
Telephone: (202) 887-1500
DCross@mofo.com
JBentrott@mofo.com
JCarlin@mofo.com
CChapple@mofo.com
RManoso@mofo.com

/s/ Adam M. Sparks
Halsey G. Knapp, Jr.
GA Bar No. 425320
Adam M. Sparks
GA Bar No. 341578
KREVOLIN & HORST, LLC
1201 West Peachtree Street, NW
Suite 3250
Atlanta, GA 30309
Telephone: (404) 888-9700
HKnapp@khlawfirm.com
Sparks@khlawfirm.com

*Counsel for Plaintiffs Donna Curling, Donna Price & Jeffrey Schoenberg*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **DONNA CURLING, ET AL.,**<br>Plaintiffs,<br><br>v.<br><br>**BRAD RAFFENSPERGER, ET AL.,**<br>Defendants. | Civil Action No. 1:17-CV-2989-AT |

## CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing document has been prepared in accordance with the font type and margin requirements of LR 5.1, using font type of Times New Roman and a point size of 14.

 /s/ Adam M. Sparks
Adam M. Sparks

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **DONNA CURLING, ET AL.,** Plaintiffs, <br><br> v. <br><br> **BRAD RAFFENSPERGER, ET AL.,** Defendants. | Civil Action No. 1:17-CV-2989-AT |

## CERTIFICATE OF SERVICE

I hereby certify that on April 4, 2019, a copy of the foregoing NOTICE OF WITHDRAWAL OF CURLING PLAINTIFFS' MOTION FOR SEVERANCE was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to all attorneys of record.

    /s/ Adam M. Sparks
    Adam M. Sparks

KH534763.DOCX