IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, ET AL., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | CIVIL ACTION |
| vs. ) | |
| ) | FILE NO. 1:17-cv-2989-AT |
| BRAD RAFFENSPERGER, ) | |
| ET AL., ) | |
| ) | |
| Defendants. ) | |

**COALITION PLAINTIFFS' REQUEST FOR ORDER ALLOWING AUDITO VISUAL EQUIPMENT**

The Coalition Plaintiffs ("Coalition"), Marilyn Marks, and counsel Bruce P. Brown move for entry of an Order authorizing the use of electronic equipment from 1pm today through the completion of the conference. The particulars of the equipment are set forth in the attached proposed order.

Respectfully submitted this 9th day of 2019.

                                 */s/ Bruce P. Brown*
                                 Bruce P. Brown
                                 Georgia Bar No. 064460
                                 BRUCE P. BROWN LAW LLC
                                 Attorney for Coalition for
                                 Good Governance
                                 1123 Zonolite Rd. NE
                                 Suite 6
                                 Atlanta, Georgia 30306
                                 (404) 881-0700

## **CERTIFICATE OF COMPLIANCE**

I hereby certify that the foregoing document has been prepared in accordance with the font type and margin requirements of LR 5.1, using font type of Times New Roman and a point size of 14.

> */s/ Bruce P. Brown*
> Bruce P. Brown
> Georgia Bar No. 064460
> BRUCE P. BROWN LAW LLC
> Attorney for Coalition for
> Good Governance
> 1123 Zonolite Rd. NE
> Suite 6
> Atlanta, Georgia 30306
> (404) 881-0700

## **CERTIFICATE OF SERVICE**

This is to certify that I have this day caused the foregoing to be served upon all other parties in this action by via electronic delivery using the PACER-ECF system.

This 9TH day of April, 2019.

>/s/ Bruce P. Brown
> Bruce P. Brown
> Georgia Bar No. 064460
> BRUCE P. BROWN LAW LLC
> Attorney for Coalition for
> Good Governance
> 1123 Zonolite Rd. NE
> Suite 6
> Atlanta, Georgia 30306
> (404) 881-0700