IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, ET AL., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | CIVIL ACTION |
| vs. ) | |
| ) | FILE NO. 1:17-cv-2989-AT |
| BRAD RAFFENSPERGER, ) | |
| ET AL., ) | |
| ) | |
| Defendants. ) | |

## COALITION PLAINTIFFS' REQUEST FOR ORDER ALLOWING AUDIO VISUAL EQUIPMENT

The Coalition Plaintiffs ("Coalition"), Marilyn Marks, and counsel Bruce P. Brown move for entry of an Order authorizing the use of electronic equipment from 1pm today through the completion of the conference. The particulars of the equipment are set forth in the attached proposed order.

Respectfully submitted this 9th day of 2019.

/s/ Bruce P. Brown
Bruce P. Brown
Georgia Bar No. 064460
BRUCE P. BROWN LAW LLC
Attorney for Coalition for
Good Governance
1123 Zonolite Rd. NE
Suite 6
Atlanta, Georgia 30306
(404) 881-0700

1

## **CERTIFICATE OF COMPLIANCE**

I hereby certify that the foregoing document has been prepared in accordance with the font type and margin requirements of LR 5.1, using font type of Times New Roman and a point size of 14.

>  */s/ Bruce P. Brown*
> Bruce P. Brown
> Georgia Bar No. 064460
> BRUCE P. BROWN LAW LLC
> Attorney for Coalition for
> Good Governance
> 1123 Zonolite Rd. NE
> Suite 6
> Atlanta, Georgia 30306
> (404) 881-0700

## **CERTIFICATE OF SERVICE**

This is to certify that I have this day caused the foregoing to be served upon all other parties in this action by via electronic delivery using the PACER-ECF system.

This 9TH day of April, 2019.

/s/ *Bruce P. Brown*
Bruce P. Brown
Georgia Bar No. 064460
BRUCE P. BROWN LAW LLC
Attorney for Coalition for
Good Governance
1123 Zonolite Rd. NE
Suite 6
Atlanta, Georgia 30306
(404) 881-0700

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **DONNA CURLING, ET AL.,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | CIVIL ACTION |
| vs. ) | |
| ) | FILE NO. 1:17-cv-2989-AT |
| **BRAD RAFFENSPERGER,** ) | |
| **ET AL.,** ) | |
| ) | |
| **Defendants.** ) | |

## ORDER ALLOWING AUDIO VISUAL EQUIPMENT

Marilyn Marks, and counsel Bruce P. Brown, may bring and use 3 laptops with power cords, 3 smart phones with power cords, and an Apple watch, for use the conference on April 9, 2019 before Judge Amy Totenberg, at the discretion of the Court. Said equipment shall be subject to inspection. Proper identification is required upon entering the security station on the Plaza or Lower Plaza Level.

**IT IS SO ORDERED** this 9th day of April, 2019.

_____
THE HONORABLE AMY TOTENBERG
UNITED STATES DISTRICT COURT JUDGE

1