# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, et al., ) | |
| ) | |
| Plaintiffs, ) | CIVIL ACTION FILE NO.: |
| ) | 1:17-cv-2989-AT |
| v. ) | |
| ) | |
| BRAD RAFFENSPERGER, et al., ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF CHANGE OF ADDRESS

COMES NOW, Bryan P. Tyson, attorney and counsel of record for State Defendants, Secretary of State and Chair of the State Election Board, Brad Raffensperger, the State Election Board (SEB), and SEB members Rebecca Sullivan, David Worley, Anh Lee, and Seth Harp, and provides notice to the Court and all parties that his associated firm and address changed as of March 1, 2019. Mr. Tyson requests the Court make a global change to all cases he is counsel of record by updating his new firm and contact information as follows:

Bryan P. Tyson, Esq.
Taylor English Duma LLP
1600 Parkwood Circle, Suite 200
Atlanta, Georgia 30339
770-434-6868 (Telephone)
770-434-7376 (Facsimile)
btyson@taylorenglish.com (email)

1

This 10th day of April, 2019.

          Respectfully submitted,

          */s/ Bryan P. Tyson*
          Bryan P. Tyson
          Special Assistant Attorney General
          Georgia Bar No. 515411
          Taylor English Duma LLP
          1600 Parkwood Circle, Suite 200
          Atlanta, GA  30339
          Phone: (770) 434-6868
          Fax: (770) 434-7376
          btyson@taylorenglish.com

          *Attorney for State Defendants*

## **CERTIFICATE OF COMPLIANCE**

Pursuant to L.R. 7.1(D), the undersigned hereby certifies that the foregoing Notice of Change of Address has been prepared in Times New Roman 14, a font and type selection approved by the Court in L.R. 5.1(B).

/s/ Bryan P. Tyson
Bryan P. Tyson

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| DONNA CURLING, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | CIVIL ACTION FILE NO.: |
| | ) | 1:17-cv-2989-AT |
| v. | ) | |
| | ) | |
| BRAD RAFFENSPERGER, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have this day electronically filed the within and foregoing **NOTICE OF CHANGE OF ADDRESS** with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to counsel of record for all parties to this matter via electronic notification or otherwise.

This 10th day of April, 2019.

/s/ Bryan P. Tyson
Bryan P. Tyson
Georgia Bar No. 515411