**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

DONNA CURLING, et al,                )
                                     )
                      Plaintiffs,    )
                                     )
        v.                           )        **CIVIL ACTION NO.**
                                     )        **1:17-CV-02989-AT**
BRAD RAFFENSPERGER, et al,           )
                      Defendants.    )
                                     )
                                     )

## ORDER TO ALLOW ELECTRONIC
## EQUIPMENT INTO THE COURTROOM

IT IS HEREBY ORDERED that counsel of record, David Cross, Robert Manoso, Carey Ichter, and John Powers, in the above-referenced case be permitted to bring the following personal electronic devices into the Richard B. Russell Building, Room 1950, on May 31, 2019 for a hearing before Judge Amy Totenberg:

- laptop computers and computer accessories (*e.g.*, computer mouse, batter recharger, personal WiFi hotspots, power cords);

- tablet computers (*e.g.*, Apple iPad, Microsoft Surface Pro); and

- apple watch and mobile phones, including mobile phones with cameras, (which may also operate as WiFi hotspots).

2

Proper identification will be required upon entering the facility, and said electronic equipment shall be subject to inspection by the facility's law enforcement/security officers.

IT IS SO ORDERED this 30th day of May, 2019.

_____
**AMY TOTENBERG**
**UNITED STATES DISTRICT JUDGE**