# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **DONNA CURLING, ET AL.,** Plaintiffs, <br><br> v. <br><br> **BRAD RAFFENSPERGER, ET AL.,** Defendants. | **Civil Action No. 1:17-CV-2989-AT** |

## RULE 5.4 CERTIFICATE OF SERVICE OF DISCOVERY

Pursuant to Local Rule 5.4, I hereby certify that the following discovery requests were served on all counsel of record by electronic delivery of a PDF version and U.S. mail on June 3, 2019:

1. Curling Plaintiffs' First Set of Requests for Production of Documents to State Defendants.

I further certify that a copy of the foregoing Rule 5.4 Certificate of Service of Discovery was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to all attorneys of record.

Dated: June 3, 2019

Respectfully submitted,

/s/ David D. Cross
David D. Cross (*pro hac vice*)
John P. Carlin (*pro hac vice*)

        Jane P. Bentrott (*pro hac vice*)
        Catherine L. Chapple (*pro hac vice*)
        Robert W. Manoso (*pro hac vice*)
        MORRISON & FOERSTER LLP
        2000 Pennsylvania Avenue, NW
        Suite 6000
        Washington, DC 20006
        Telephone: (202) 887-1500
        DCross@mofo.com
        JCarlin@mofo.com
        RManoso@mofo.com
        CChapple@mofo.com
        JBentrott@mofo.com

        Halsey G. Knapp, Jr.
        GA Bar No. 425320
        Adam M. Sparks
        GA Bar No. 341578
        KREVOLIN & HORST, LLC
        1201 West Peachtree Street, NW
        Suite 3250
        Atlanta, GA 30309
        HKnapp@khlawfirm.com
        Sparks@khlawfirm.com

        *Counsel for Plaintiffs Donna Curling,*
        *Donna Price & Jeffrey Schoenberg*