IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, et al., <br><br> Plaintiff, <br><br> vs. <br><br> BRAD RAFFENSPERGER, et al., <br><br> Defendant. | CIVIL ACTION FILE <br><br> NO. 1:17-cv-2989-AT |

## CERTIFICATE OF SERVICE

I hereby certify that on this day, I served a true copy of the foregoing **DEFENDANT'S OBJECTIONS AND RESPONSES TO COALITION PLAINTIFFS' FIRST REQUESTS FOR PRODUCTION OF DOCUMENTS** in Times New Roman, 14 point type in accordance with LR 5.1(C), on counsel of record via electronic mail and U.S. Mail with adequate postage addressed as follows:

David D. Cross
John P. Carlin
Jane P. Bentrott
Catherine L. Chapple
Robert W. Manoso
Morrison & Foerster, LLP
2000 Pennsylvania Avenue, NW
Washington, DC 20006
*Counsel for Curling Plaintiffs*

Halsey G. Knapp, Jr.
Adam Martin Sparks
Krevolin & Horst, LLC
One Atlantic Center, Suite 3250
1201 West Peachtree Street, NW
Atlanta, GA 30309
*Counsel for Curling Plaintiffs*

| | |
|---|---|
| Bruce P. Brown<br>Bruce P. Brown Law<br>Suite 6<br>1123 Zonolite Road, NE<br>Atlanta, GA 30306<br>*Counsel for Coalition Plaintiffs* | Cary Ichter<br>Ichter Davis, LLC<br>One Tower Place, Suite 1530<br>3340 Peachtree Rd., NE<br>Atlanta, GA 30326-1084<br>*Counsel for Coalition Plaintiffs* |
| John Michael Powers<br>Lawyers' Committee for Civil Rights Under Law<br>Suite 900<br>1500 K. Street NW<br>Washington, DC 20005<br>*Counsel for Coalition Plaintiffs* | Robert A. McGuire<br>Robert McGuire Law Firm<br>113 Cherry Street #86685<br>Seattle, Washington 98104-2205<br>*Counsel for Coalition Plaintiffs* |

Kaye W. Burwell
Cheryl M. Ringer
David R. Lowman
Office of the County Attorney
141 Pryor Street, S.W.
Atlanta, Georgia 30303
*Counsel for Fulton Defendants*

This 5th day of June, 2019.

                                           */s/ Vincent R. Russo*
                                           Vincent R. Russo