IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, et al.,<br><br>    Plaintiff,<br><br>vs.<br><br>BRAD RAFFENSPERGER, et al.,<br><br>    Defendant. | CIVIL ACTION FILE<br><br>NO. 1:17-cv-2989-AT |

## RULE 5.4 CERTIFICATE OF SERVICE

Pursuant to Local Rule 5.4 and 26.3, counsel for Defendant hereby certify that on June 13, 2019, the undersigned served true and correct copies of Defendant Secretary of State's Responses to First Request for Admissions upon counsel of record for Defendant by electronic mail and by United States mail with sufficient postage affixed thereto, addressed as follows:

Cary Ichter
Ichter Davis LLC
3340 Peachtree Road NE, -
Suite 1530
Atlanta, Georgia 30326

Bruce P. Brown
BRUCE P. BROWN LAW LLC
1123 Zonolite Rd. Suite 6
Atlanta, Georgia 30306

David D. Cross
John P. Carlin
Jane P. Bentrott
Catherine L. Chapple
Robert W. Manoso
Morrison & Foerster, LLP

John Michael Powers
Lawyers' Committee for Civil Rights
Under Law
1500 K Street, NW, Suite 900
Washington, DC 20005

2000 Pennsylvania Avenue, NW
Washington, DC 20006

Halsey G. Knapp, Jr.
Adam Martin Sparks
Krevolin & Horst, LLC
One Atlantic Center, Suite 3250
1201 West Peachtree Street, NW
Atlanta, GA 30309

Robert Alexander McGuire
Robert McGuire Law Firm
113 Cherry Street #86685
Seattle, WA 98104-2206

The undersigned further certifies that this **Rule 5.4 Certificate of Service** was electronically filed with the Clerk of the Court using the CM-ECF system, which will automatically send email notification of such filing to the foregoing attorneys of record.

Respectfully submitted this 13th day of June, 2019.

/s/ Josh Belinfante
Josh B. Belinfante
Georgia Bar No. 047399
jbelinfante@robbinsfirm.com
Kimberly K. Anderson
Georgia Bar No. 602807
kanderson@robbinsfirm.com
Carey A. Miller
Georgia Bar No. 976240
cmiller@robbinsfirm.com
Vincent R. Russo
Georgia Bar No. 242628

vrusso@robbinsfirm.com
Alexander F. Denton
Georgia Bar No. 660632
adenton@robbinsfirm.com
Robbins Ross Alloy Belinfante Littlefield LLC
500 14th Street, N.W.
Atlanta, GA  30318
Telephone:  (678) 701-9381
Facsimile:   (404) 856-3250
*Attorneys for Defendant*