IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

DONNA CURLING, et al.,

          Plaintiffs,

v.

BRAD RAFFENSPERGER, et al.,

          Defendants.

Civil Action No.
1:17-cv-02989-AT

## DECLARATION OF CHRISTOPHER BRILL

Pursuant to 28 U.S.C. § 1746, I, Christopher Brill, hereby declare as follows:

1. Since 2013, I have been employed as a Senior Data Analyst with TargetSmart Communications LLC, where my duties and responsibilities include, but are not limited to, collecting and analyzing political, electoral, consumer, demographic and other datasets; product development; and strategic consulting.

2. Since 2006, I have devoted my career to the study of political processes in the United States generally, with a particular focus on research and analyses of political and electoral data, from precinct level to nationwide in scope.

1

3. My experience includes, but is not limited to, research and analyses of statewide voter files to identify socio-economic, geographic and other characteristics of voter file data.

4. I also have experience comparing and matching political and electoral data, including voter file data, against large and complex datasets; analyzing the results of such comparisons and matching; and identifying strengths and weaknesses in the methods, protocols and algorithms used in performing these kinds of analyses.

5. My experience also includes identifying reasons for false positive and false negative results when comparing or matching such data across large datasets and developing best practices for optimizing accurate matches and comparisons of data.

6. I obtained a Bachelor of Arts degree in Political Science from the University of New Mexico 2006. My current resume is attached and incorporated herein by reference as Exhibit A.

7. I have been retained by Plaintiffs' counsel in this matter to conduct analyses of the November 6, 2018 general election vote results in Georgia, in particular to analyze the undervote in statewide contests, including the Lieutenant Governor's election; to offer my opinions concerning said data and analyses

based upon by background, training and experience; and to prepare a preliminary report summarizing my analyses of this data and opinions.

8.  I am not billing Plaintiffs' counsel for my services in this matter.

9.  My report and accompanying affidavit and exhibits, which include my curriculum vitae, were filed with the court in *Coalition for Good Governance v. Raffensperger*, No. 2018CV31348 (Fulton Cty. Sup. Ct.), and are attached hereto as Exhibit A.

10. The sources used for the analysis are from officially published election result tabulations made available by the Georgia Secretary of State, as well as publicly available individual voter file data.

11. My opinions are based upon currently available information.  I reserve the right to amend, supplement and update my opinions and report if additional information is made known to me during the pendency of this litigation.

12. It is typical in Georgia and other states that in major elections, almost everyone who casts a ballot votes for the race at the "top of the ticket," which is followed by a slight decline in the number of votes cast in the statewide down-ballot races that follow.

13. In gubernatorial elections dating back to 2002, the undervote rate for down-ballot statewide offices in Georgia has ranged from one to two percent, and has never exceeded 3.1 percent.

14. In the 2018 general election, however, the Lieutenant Governor contest between Geoff Duncan and Sarah Riggs Amico, had an undervote rate of 4.0 percent. Thousands fewer votes were cast in the Lieutenant Governor's race than would have been expected based on historic voter participation rates.

15. I have analyzed election results in the more than 2,600 voting precincts in Georgia using a series of data manipulation tools, including an internal license of 'Alteryx' a well-known analytics platform commonly used by experts in the field, as well as additional analysis via open sourced Python data libraries. The methodology and code for my analysis is attached hereto as Exhibit B.

16. The undervote rate in the November 2018 Lieutenant Governor's race among votes cast in person on DRE machines on Election Day was approximately 4.5 percent.

17. The undervote rate in the Lieutenant Governor's race among votes cast in person on DRE machines during early voting was approximately 3.9 percent.

18. The undervote rate in the November 2018 Lieutenant Governor's race among absentee votes cast by paper ballot was approximately 1 percent.

19. A chart comparing the undervote in the Lieutenant Governor's race by (1) in person Election Day vote; (2) in person advance vote; and (3) absentee vote is below:



| vote_type | ltg_drop | ag_drop | sos_drop | coa_drop | coi_drop | col_drop | sup_drop |
|---|---|---|---|---|---|---|---|
| Absentee | 0.00998766 | 0.0168936 | 0.0136643 | 0.0202705 | 0.0246538 | 0.0246538 | 0.0211293 |
| Advance | 0.039255 | 0.0176167 | 0.0131164 | 0.02155 | 0.0194733 | 0.0194733 | 0.0167233 |
| Election Day | 0.0453874 | 0.0217586 | 0.0151843 | 0.0276606 | 0.0259563 | 0.0259563 | 0.0221039 |
| Provisional | 0.0235713 | 0.0351501 | 0.0290299 | 0.0349847 | 0.0404433 | 0.0404433 | 0.0369696 |

20. I declare under penalty of perjury that the foregoing is true and correct.

5

Executed on June 21, 2019 in Phoenix, Arizona.

Christopher Brill

# Exhibit A

## IN THE SUPERIOR COURT OF FULTON COUNTY
## STATE OF GEORGIA

| | |
|---|---|
| **COALITION FOR GOOD GOVERNANCE, RHONDA J. MARTIN, SMYTHE DUVAL, AND JEANNE DUFORT,** | |
| **Plaintiffs,**<br>v. | **CIVIL ACTION FILE NO. 2018CV31348** |
| **ROBYN A. CRITTENDEN, Secretary of State of Georgia, et al.,** | |
| **Defendants.** | |

## AFFIDAVIT OF CHRISTOPHER BRILL

Appeared before me, the undersigned officer duly authorized to administer oaths, Christopher Brill, who after being duly swon states as follows:

1.     Since 2006, I have devoted my career to the study of political processes in the United States generally, with a particular focus on research and analyses of political and electoral data, from precinct level to nationwide in scope.

2.      My experience includes, but is not limited to, research and analyses of statewide voter files to identify socio-economic, geographic and other characteristics of voter file data.

3.      I also have experience comparing and matching political and electoral data, including voter file data, against large and complex datasets; analyzing the results of such comparisons and matching; and identifying strengths and weaknesses in the methods, protocols and algorithms used in performing these kinds of analyses.

4.      My experience also includes identifying reasons for false positive and false negative results when comparing or matching such data across large datasets and developing best practices for optimizing accurate matches and comparisons of data.

5.      Since 2013, I have been employed as a Senior Data Analyst with TargetSmart Communications LLC, where my duties and responsibilities include, but are not limited to, collecting and analyzing political, electoral, consumer, demographic and other datasets; product development; and strategic consulting.

6.      I obtained a Bachelor of Arts degree in Political Science from the University of New Mexico 2006. My current resume is attached and incorporated herein by reference as Exhibit B.

7.      I have been retained by Plaintiffs' counsel in this matter to conduct analyses of the November 6th 2018 general election vote results in GA, with a focus on the under voting that took place with respect to the Lt. Governor's election; to offer my opinions concerning said data and analyses based upon by background,

training and experience; and to prepare a preliminary report summarizing my analyses of this data and opinions.

8.      The sources used for the analysis are from officially published election result tablulations made available by the Secretary of State, as well as publicly available individual voter file data.

9.      My preliminary report is attached and incorporated herein by reference as Exhibit A.

10.     My opinions and preliminary report for the Coalition for Good Governance are based upon the information that has currently been made available to me and is accurate to the best of my knowledge and belief, and I would testify to these opinions if called upon to do so. I reserve the right to amend, supplement and otherwise update my opinions and report if additional information is made known to me during the pendency of this litigation.



Christopher Brill

Sworn to and subscribed before me:
On this 7th day of January , 2019

Notary Public, State of Arizona
My Commission Expires: Feb. 18, 2022

SEAL

NATHANIEL EKLUND
Notary Public - Arizona
Maricopa County
My Comm. Expires Feb 18, 2022

Page 3

EXHIBIT

A



To:           Marilyn Marks
From:         Christopher Brill, Senior Data Analyst
Date:         January 5th 2019
Subject:      Exhibit A: Analysis of the 2018 Georgia Lt. Governor undervote

## Research Summary

The purpose of this analysis is to examine for possible irregularities in the number of votes cast for the 2018 Lieutenant Governor's election in Georgia. TargetSmart was approached by Marilyn Marks, Executive Director, for the Coalition for Good Governance to examine what appeared to be a significantly lower number of votes being cast for the Lt. Governor's election than all other statewide constitutional offices in the November 6, 2018 election

TargetSmart is considered an industry leader in voter data and political campaign services.  In addition to maintaining a nationwide voter file, TargetSmart also maintains a nationwide repository of election results allowing us to examine electoral trends across states and time.  For this project, the lead researcher also has over a dozen years' experience collecting and analyzing publicly available election results.

The primary question we want to probe: "was the undervote that occurred during the Lt. Governor election consistent with historic patterns and do the factors that we know contribute to higher rates of under voting apply to this election?"

<u>After an initial examination of the state, county and precinct level results from the 2018 election in Georgia it is our initial conclusion that the vote totals published cast substantial doubt on the final vote total of the Lt. Governor election.</u>  The undervote that occurred for the Lt Governor election is simply not consistent with patterns of undervote seen previously in Georgia, or around the country.

## Defining Under voting

Before presenting our case, it may help to define terms. Quite simply, an undervote occurs when a voter decides, or by accident, does not vote for a specific office or issue on the ballot. While voters might have countless motivations while in the voting booth on what they do and do not vote for, when it comes to under voting there are generally 3 variables that are most associated with high undervote rates:

1) **Low visibility**:  If an election on a ballot is not well known to the public, is further down the ballot, or both then a higher undervote is likely to occur.  For instance, an office such as 'Community College District Board' might generally suffer from high rates of under voting because voters are not familiar with the office or do not know any of the candidates.

2) **Non-Partisan/Lack of partisan cues**:  If an election on a ballot is non-partisan, that election may experience a higher rate of under voting.  Research shows that voters tend to use a candidate's party affiliation as a 'cue' for whether they should vote one way or another, even if they are unsure who the candidate is.  When this cue is not present for non-partisan elections, more voters are likely to skip the contest altogether, resulting in higher rates of under voting.

3) **Uncompetitive election/Only one major party on the ballot**:  If an election is not competitive, or only one major party has a candidate on the ballot, and is near assured victory before Election Day, under voting tends to be higher.  The lower the stakes of the election, the higher the under voting tends to be.

**A Focus on the Lt. Governor Election**

When the vote totals for the 2018 Lt. Governor election are compared to the other 8 statewide constitutional offices an anomaly becomes visible:  Tens of thousands of fewer votes were cast for Lt Governor than any of the other elected offices at the top of the ballot. Table 1 below compares the number of votes cast for Governor in 2018 to the remaining statewide, partisan, constitutional offices.

**Table 1: Total 2018 Undervote by Office**

| Office | 2018 | Under Vote | Drop Off vs Gov |
|---|---|---|---|
| Governor | 3,939,328 | | |
| Lt. Governor | 3,780,304 | **-159,024** | **4.0%** |
| Secretary of State | 3,883,594 | -55,734 | 1.4% |
| Attorney General | 3,862,370 | -76,958 | 2.0% |
| Commissioner of Agriculture | 3,843,480 | -95,848 | 2.4% |
| Commissioner of Insurance | 3,861,625 | -77,703 | 2.0% |
| State School Superintendent | 3,862,464 | -76,864 | 2.0% |
| Commissioner of Labor | 3,849,450 | -89,878 | 2.3% |

Based on our understanding of the factors that encourage higher rates of under voting (as outlined in the previous section), the Lt. Governor's election would not seem to contain any of the defining variables we usually see when higher than normal under voting occurs.  The Lt Governor's election, position wise on the ballot, was directly below one of the most competitive and highly publicized elections for Governor in years. The election was partisan, and the election was extremely competitive (much like other statewide offices on the ballot), with the winner receiving just 51.6% of the vote. **In short, there is little reason to suspect that under voting should be higher for Lt Governor than any of the other 8 constitutional offices based on its competitiveness, position on the ballot or its partisan classification.** Yet, under voting was more than *two times higher* than under voting for Attorney General, and *three times higher* than that for Secretary of State.  The question becomes, why?

This anomaly becomes more apparent when examining past elections. Table 2 below compares drop off percentages for each of the state's 8 constitutional offices by election cycle since 2002:

**Table 2: % Decrease in votes cast compared to that years gubernatorial contest**

| | 2018 | 2014 | 2010 | 2006 | 2002 |
|---|---|---|---|---|---|
| Lt. Governor | **4.0%** | 0.8% | 0.3% | 1.2% | 0.9% |
| Secretary of State | 1.4% | 0.9% | 0.9% | 2.8% | 1.0% |
| Attorney General | 2.0% | 1.0% | 0.9% | 2.3% | 2.8% |
| Commissioner of Agriculture | 2.4% | 1.6% | 1.2% | 1.8% | 2.1% |
| Commissioner of Insurance | 2.0% | 1.2% | 1.2% | 2.4% | 2.1% |
| State School Superintendent | 2.0% | 1.0% | 0.9% | 1.1% | 1.2% |
| Commissioner of Labor | 2.3% | 1.7% | 1.6% | 3.1% | 2.8% |

In this context, the historic nature of the undervote becomes clear: Since 2002, the undervote percentage compared to Governor, for all constitutional offices has averaged 1.6%.  The 4% drop-off seen here is more than 3 standard deviations away from that mean, further indicating the drop-off seen here is an extreme outlier. Overall, the 4% drop-off between Lt Governor and Governor is the largest gap seen in a mid-term this century in Georgia.

Finally, a quick comparison to similar Lt Governor elections that took place elsewhere in 2018 highlights the strangeness of the result in GA. Chart 1 below examines the undervote rate in the 9 states with stand alone elections for Lt. Governor in 2018:



Out of all states, only CA had a higher undervote percentage. Why? Because in 2018, due to California's top two primary set up, just two Democratic candidates were on the ballot- there were no Republican candidates or third-party candidates for voters to choose from; again, an ingredient for higher rates of under voting. Minus California, GA's Lt Governor under vote was the highest among all Lt Governor contests in the country in 2018.

### Georgia's 2018 State Representative Elections

Second, an examination of the county and precinct level data from the 2018 election raises additional questions about the reasonableness of the Lt. Governor reported vote tallies. Specifically, if we go even further down the ballot, and examine state representative, otherwise known as 'state house' elections, we see Lt Governor vote totals that are even lower than those for non-competitive state representative elections.

To recap, there were 180 state representative seats up for election in 2018, with as many as 110 of those seats 'uncontested', meaning only 1 major party had a general election candidate on the ballot to choose from. Not surprisingly, this number of uncontested seats resulted in a smaller number of votes cast for state representative. In total just 3,470,967 votes were cast for a state representative in Georgia, or 468,351 fewer votes than cast for Governor, an aggregate drop off of almost 12%. Again, this makes sense based on our knowledge of under voting: uncompetitive or uncontested elections tend to yield smaller vote totals.

With that context present, an analysis of the votes cast across the state's 2,636 precincts show that, inexplicably, more votes were cast for State Representative than Lt Governor in *1,012 precincts, or 38% of all precincts.* Further, in 137 of those 1,012 precincts, the Democratic candidate for State Representative received 100% of the total votes cast for that contest. Ultimately this raises the question: **Why would more voters in a precinct vote in an uncontested or uncompetitive State Representative election than for an election further up the ballot that is contested and competitive?**

To further illustrate this point, we compare state representative vote totals to another statewide election with what appear to be normal rates of under voting: Attorney General. In total there were just 410 precincts where there were more votes cast for State Representative than Attorney General. **In just**

**two of those precincts** did the Democratic candidate for State Representative receive 100% of the votes. This would line up with our established expectations: if a down ballot election such as state representative, garnered more votes than a statewide election, it would be in precincts with more locally competitive representative elections, and not where candidates are receiving 100% of the vote.

### Addressing Voter Choice and Vote Method

We believe that the data presented thus far, combined with the necessary context around what variables accompany higher rates of under voting, shows striking irregularities in the total vote for Lt Governor, that ultimately call into question the accuracy of the vote and the legitimacy of the outcome

With that said, we can't ultimately rule out with 100% certainty that a group of voters decided, *intentionally*, to not vote for Lt. Governor. However, what makes this intention even more unlikely is how the under vote for Lt Governor breaks down when comparing **vote method**. In this context, vote method refers to how a voter decided to cast their ballot- either through mail in absentee, in person early voting (or 'advance voting') and finally Election Day voting at the polls. Early voting and Election Day voting are conducted on electronic machines and mail in absentee is voted on paper ballots.

After examining county level results released by the Secretary of State, we found that there were significant differences in the Lt Governor under vote, depending on the method of vote. For instance, the voting machine election day under vote was approximately 4.5%, while the undervote was as little as 1% among absentee by mail voters, who voted on paper. This is an additional oddity in the data, especially when, as chart 2 demonstrates below, under vote rates are more consistent across method of voting for other offices such as Secretary of State (SOS) and Attorney General (AG):



According to data on the GA voter file, absentee voters tended to skew somewhat older, more Democratic (according to our partisanship modeling) and more African American; but it is unlikely that such a modest skew could have accounted for such a large difference in the under vote between absentee and election day voters. **Therefore, if voters were deliberately under voting in the Lt Governor election, why would that not be consistent across all vote methods? Instead, we would speculate that the key difference here is the technology that is being used to administer absentee votes vs in person votes, and not differences in the voters who selected one vote method or the other.**

## Conclusion

In conclusion, based on our analysis of the publicly available data, it is our opinion that the undervote totals reflected in the Lt Governor's race are extremely suspect and irregular and cast a serious doubt over the accuracy of the final vote count and the certified outcome of the Lt. Governor's contest.

# Christopher A. Brill

826 E Lamar Rd
Phoenix AZ 85014

602-295-3389
cbrillaz@gmail.com

## Employment History

**Senior Data Analyst**
TARGETSMART COMMUNICATIONS
Phoenix, AZ.  Feb 2013 to Present
- Currently provide support and data analysis to progressive issue and candidate campaigns as well as 501c(3) and c(4) organizations around the United States with a focus on helping clients optimize and execute outreach programs.
- Currently manage the data and targeting efforts for Arizona based progressive coalitions such as Arizona Wins and One Arizona.
- Lead project manager for TargetSmart's 'ElectionBase": a nationwide precinct level election database, merged with voter file and other data sets, in order to provide comprehensive district level profiles and Democratic performance projections.
- Lead client services representative for a wide range of organizations such as America Votes and the Democratic Legislative Campaign Committee (DLCC)

**National Data Director**
DEMOCRATIC NATIONAL COMMITTEE (DNC)
Washington D.C.  Aug 2011 to Jan 2013
- Managed a 7-figure budget as well as a team of 9 people and was responsible for the day to day operations of the DNC data department including data acquisition, analysis and data support services.
- Lead director for the committee's national voter file.  Coordinated with the presidential campaign, other national committees and all 50 state parties on voter file, data services and support needs.
- Managed day-to-day vendor and consultant relationships in relation to the national voter file, as well as developed in-house data testing to inform vendor selection process.

**Acquisitions Manager**
DEMOCRATIC NATIONAL COMMITTEE (DNC)
Washington D.C.  Apr 2010 to Aug 2011
- Led the data acquisition team at the DNC and was responsible for acquiring voter file data nationwide as well as establishing a national voter file and data update schedule.
- Provided voter file and data support to state party committees, other national party committees such as the DCCC, DSCC and Organizing for America.

**Elections and Targeting Director**
ARIZONA DEMOCRATIC PARTY (ADP)
Phoenix AZ.  June 2008- April 2010
- Developed and implemented the Coordinated Campaign's vote by mail application chase program in 2008 as well as Permanent Early Voter sign up programs in 2009.
- Compiled and aggregated data to provide daily and weekly briefings with campaign principals, partner organizations and ADP staff.
- Provided voter targeting and data assistance to campaigns, elected officials and party leaders.

**Voter File Director**
ARIZONA DEMOCRATIC PARTY (ADP)
Phoenix AZ. June 2006- June 2008
- Maintained statewide voter file by coordinating with state, county and city election officials, party staff and data vendors.
- Cultivated relationships with key ADP stakeholders with the goal of promoting the use of a single statewide voter file for local party affiliates and candidates.
- Developed voter file training programs for state party staff, volunteers and candidates.

## Skills and Core Competencies

- Core competencies include project management, data acquisition, manipulation and cleaning (data wrangling) visualization, research, and analysis.
- Proficient in multiple progressive software platforms such as NGP-VAN, Blocks, Q-Tool, M-Tool, RegTrak, Grassroots Unwired and Hustle.
- Proficient in data manipulation using tools such as using SQL, R, Vertica and Alteryx.
- Proficient in mapping platforms using ArcGis and Google Fusion Tables.
- Proficient in Microsoft Office products including Outlook, Excel, Word and PowerPoint.

## Education

UNIVERSITY OF NEW MEXICO, Albuquerque NM. 2002-2006
Studies leading to a BACHELORS of ARTS in Political Science

Exhibit B

# 2018 Georgia reported vote totals and undervote count

## Christopher Brill

Extracting and analyzing vote totals from the 2018 general election in Georgia, via publically available election results available here: https://results.enr.clarityelections.com/GA/91639/Web02-state.221451/#/ (https://results.enr.clarityelections.com/GA/91639/Web02-state.221451/#/)

Initial county level standardization of results available was done through internal TargetSmart alteryx process.

In [95]:
```python
%matplotlib inline
# Dependencies and Setup
import matplotlib.pyplot as plt
import pandas as pd
import numpy as np
import glob
import seaborn as sns
```

In [96]:
```python
# Load .csv files to data frame
path = "GA Precinct Data/Data" # use your path
all_files = glob.glob(path + "/*.csv")

li = []

for filename in all_files:
    df = pd.read_csv(filename, index_col=None, header=0)
    li.append(df)

ga_results = pd.concat(li, axis=0, ignore_index=True)
```

In [97]:
```python
#drop redundant column and preview data frame
df = ga_results.drop("party", axis=1)
df.head()
```

Out[97]:

|   | county | precinct | reg | ballots_cast | office | candidate | vote_type | votes |
|---|--------|----------|-----|--------------|--------|-----------|-----------|-------|
| 0 | appling | 1B | 1200 | 783 | Attorney General | CHARLIE BAILEY (DEM) | Election Day | 50 |
| 1 | appling | 1B | 1200 | 783 | Attorney General | CHARLIE BAILEY (DEM) | Absentee by Mail | 14 |
| 2 | appling | 1B | 1200 | 783 | Attorney General | CHARLIE BAILEY (DEM) | Advance in Person | 29 |
| 3 | appling | 1B | 1200 | 783 | Attorney General | CHARLIE BAILEY (DEM) | Provisional | 0 |
| 4 | appling | 1C | 789 | 540 | Attorney General | CHARLIE BAILEY (DEM) | Election Day | 32 |

```
In [130]: df.groupby(['office','vote_type']).groups.keys()
```

```
Out[130]: dict_keys([(' Special - Hoboken City Council', 'Absentee by Mail'), (' Specia
l - Hoboken City Council', 'Advance in Person'), (' Special - Hoboken City Co
uncil', 'Election Day'), (' Special - Hoboken City Council', 'Provisional'),
(' Special - Hoboken Mayor', 'Absentee by Mail'), (' Special - Hoboken Mayo
r', 'Advance in Person'), (' Special - Hoboken Mayor', 'Election Day'), (' Sp
ecial - Hoboken Mayor', 'Provisional'), (' Special - Nahunta City Council',
'Absentee by Mail'), (' Special - Nahunta City Council', 'Advance in Perso
n'), (' Special - Nahunta City Council', 'Election Day'), (' Special - Nahunt
a City Council', 'Provisional'), (' Special - Nahunta Mayor', 'Absentee by Ma
il'), (' Special - Nahunta Mayor', 'Advance in Person'), (' Special - Nahunta
Mayor', 'Election Day'), (' Special - Nahunta Mayor', 'Provisional'), ('ALPHA
RETTA - HOMESTEAD EXEMPTION', 'Absentee by Mail'), ('ALPHARETTA - HOMESTEAD E
XEMPTION', 'Advance in Person 1'), ('ALPHARETTA - HOMESTEAD EXEMPTION', 'Adva
nce in Person 2'), ('ALPHARETTA - HOMESTEAD EXEMPTION', 'Advance in Person
3'), ('ALPHARETTA - HOMESTEAD EXEMPTION', 'Election Day'), ('ALPHARETTA - HOM
ESTEAD EXEMPTION', 'Provisional'), ('ALPHARETTA - SUNDAY ALCOHOL SALES', 'Abs
entee by Mail'), ('ALPHARETTA - SUNDAY ALCOHOL SALES', 'Advance in Person
1'), ('ALPHARETTA - SUNDAY ALCOHOL SALES', 'Advance in Person 2'), ('ALPHARET
TA - SUNDAY ALCOHOL SALES', 'Advance in Person 3'), ('ALPHARETTA - SUNDAY ALC
OHOL SALES', 'Election Day'), ('ALPHARETTA - SUNDAY ALCOHOL SALES', 'Provisio
nal'), ('ANNEXATION - MCDONOUGH', 'Absentee by Mail'), ('ANNEXATION - MCDONOU
GH', 'Advance in Person'), ('ANNEXATION - MCDONOUGH', 'Election Day'), ('ANNE
XATION - MCDONOUGH', 'Provisional'), ('ANNEXATION - STOCKBRIDGE', 'Absentee b
y Mail'), ('ANNEXATION - STOCKBRIDGE', 'Advance in Person'), ('ANNEXATION - S
TOCKBRIDGE', 'Election Day'), ('ANNEXATION - STOCKBRIDGE', 'Provisional'),
('ATLANTA - HOMESTEAD EXEMPTION', 'Absentee by Mail'), ('ATLANTA - HOMESTEAD
EXEMPTION', 'Advance in Person 1'), ('ATLANTA - HOMESTEAD EXEMPTION', 'Advanc
e in Person 2'), ('ATLANTA - HOMESTEAD EXEMPTION', 'Advance in Person 3'),
('ATLANTA - HOMESTEAD EXEMPTION', 'Election Day'), ('ATLANTA - HOMESTEAD EXEM
PTION', 'Provisional'), ('ATLANTA - SUNDAY ALCOHOL SALES', 'Absentee by Mai
l'), ('ATLANTA - SUNDAY ALCOHOL SALES', 'Advance in Person 1'), ('ATLANTA - S
UNDAY ALCOHOL SALES', 'Advance in Person 2'), ('ATLANTA - SUNDAY ALCOHOL SALE
S', 'Advance in Person 3'), ('ATLANTA - SUNDAY ALCOHOL SALES', 'Election Da
y'), ('ATLANTA - SUNDAY ALCOHOL SALES', 'Provisional'), ('Acworth Sunday Alco
hol Sales', 'Absentee by Mail'), ('Acworth Sunday Alcohol Sales', 'Advance in
Person 1'), ('Acworth Sunday Alcohol Sales', 'Advance in Person 2'), ('Acwort
h Sunday Alcohol Sales', 'Election Day'), ('Acworth Sunday Alcohol Sales', 'P
rovisional'), ('Alcohol Sales by the Drink', 'Absentee by Mail'), ('Alcohol S
ales by the Drink', 'Advance in Person'), ('Alcohol Sales by the Drink', 'Ele
ction Day'), ('Alcohol Sales by the Drink', 'Provisional'), ('Alto Alcohol Pa
ckage Sales', 'Absentee by Mail'), ('Alto Alcohol Package Sales', 'Advance in
Person'), ('Alto Alcohol Package Sales', 'Election Day'), ('Alto Alcohol Pack
age Sales', 'Provisional'), ('Ashburn - City Council', 'Absentee by Mail'),
('Ashburn - City Council', 'Advance in Person'), ('Ashburn - City Council',
'Election Day'), ('Ashburn - City Council', 'Provisional'), ('Ashburn - Mayo
r', 'Absentee by Mail'), ('Ashburn - Mayor', 'Advance in Person'), ('Ashburn
- Mayor', 'Election Day'), ('Ashburn - Mayor', 'Provisional'), ('Atlanta - Ho
mestead Exemption', 'Absentee by Mail'), ('Atlanta - Homestead Exemption', 'A
dvance in Person 1'), ('Atlanta - Homestead Exemption', 'Advance in Person
2'), ('Atlanta - Homestead Exemption', 'Advance in Person 3'), ('Atlanta - Ho
mestead Exemption', 'Election Day'), ('Atlanta - Homestead Exemption', 'Provi
sional'), ('Atlanta - Sunday Alcohol Sales', 'Absentee by Mail'), ('Atlanta -
Sunday Alcohol Sales', 'Advance in Person 1'), ('Atlanta - Sunday Alcohol Sal
es', 'Advance in Person 2'), ('Atlanta - Sunday Alcohol Sales', 'Advance in P
erson 3'), ('Atlanta - Sunday Alcohol Sales', 'Election Day'), ('Atlanta - Su
nday Alcohol Sales', 'Provisional'), ('Attorney General', 'Absentee By Mai
l'), ('Attorney General', 'Absentee by Mail'), ('Attorney General', 'Advance
```

in Person'), ('Attorney General', 'Advance in Person 1'), ('Attorney Genera
l', 'Advance in Person 2'), ('Attorney General', 'Advance in Person 3'), ('At
torney General', 'Election Day'), ('Attorney General', 'Provisional'), ('Aust
ell Sunday Alcohol Sales', 'Absentee by Mail'), ('Austell Sunday Alcohol Sale
s', 'Advance in Person 1'), ('Austell Sunday Alcohol Sales', 'Advance in Pers
on 2'), ('Austell Sunday Alcohol Sales', 'Election Day'), ('Austell Sunday Al
cohol Sales', 'Provisional'), ('Avondale Estates - Sunday Alcohol Sales', 'Ab
sentee by Mail'), ('Avondale Estates - Sunday Alcohol Sales', 'Advance in Per
son 1'), ('Avondale Estates - Sunday Alcohol Sales', 'Advance in Person 2'),
('Avondale Estates - Sunday Alcohol Sales', 'Advance in Person 3'), ('Avondal
e Estates - Sunday Alcohol Sales', 'Election Day'), ('Avondale Estates - Sund
ay Alcohol Sales', 'Provisional'), ('BALL GROUND - SUNDAY ALCOHOL SALES', 'Ab
sentee by Mail'), ('BALL GROUND - SUNDAY ALCOHOL SALES', 'Advance in Perso
n'), ('BALL GROUND - SUNDAY ALCOHOL SALES', 'Election Day'), ('BALL GROUND -
SUNDAY ALCOHOL SALES', 'Provisional'), ('BOE 1', 'Absentee by Mail'), ('BOE
1', 'Advance in Person'), ('BOE 1', 'Election Day'), ('BOE 1', 'Provisiona
l'), ('BOE 1 P2', 'Absentee by Mail'), ('BOE 1 P2', 'Advance in Person'), ('B
OE 1 P2', 'Election Day'), ('BOE 1 P2', 'Provisional'), ('BOE 2', 'Absentee b
y Mail'), ('BOE 2', 'Advance in Person'), ('BOE 2', 'Election Day'), ('BOE
2', 'Provisional'), ('BOE 2 P1', 'Absentee by Mail'), ('BOE 2 P1', 'Advance i
n Person'), ('BOE 2 P1', 'Election Day'), ('BOE 2 P1', 'Provisional'), ('BOE
2 P2', 'Absentee by Mail'), ('BOE 2 P2', 'Advance in Person'), ('BOE 2 P2',
'Election Day'), ('BOE 2 P2', 'Provisional'), ('BOE 3', 'Absentee by Mail'),
('BOE 3', 'Advance in Person'), ('BOE 3', 'Election Day'), ('BOE 3', 'Provisi
onal'), ('BOE 3 P1', 'Absentee by Mail'), ('BOE 3 P1', 'Advance in Person'),
('BOE 3 P1', 'Election Day'), ('BOE 3 P1', 'Provisional'), ('BOE 4', 'Absente
e by Mail'), ('BOE 4', 'Advance in Person'), ('BOE 4', 'Election Day'), ('BOE
4', 'Provisional'), ('BOE 5', 'Absentee by Mail'), ('BOE 5', 'Advance in Pers
on'), ('BOE 5', 'Election Day'), ('BOE 5', 'Provisional'), ('BOE 7', 'Absente
e by Mail'), ('BOE 7', 'Advance in Person'), ('BOE 7', 'Election Day'), ('BOE
7', 'Provisional'), ('BOE 9', 'Absentee by Mail'), ('BOE 9', 'Advance in Pers
on'), ('BOE 9', 'Election Day'), ('BOE 9', 'Provisional'), ('BOE ARABI', 'Abs
entee by Mail'), ('BOE ARABI', 'Advance in Person'), ('BOE ARABI', 'Election
Day'), ('BOE ARABI', 'Provisional'), ('BOE AT LARGE', 'Absentee by Mail'),
('BOE AT LARGE', 'Advance in Person'), ('BOE AT LARGE', 'Election Day'), ('BO
E AT LARGE', 'Provisional'), ('BOE At Large', 'Absentee by Mail'), ('BOE At L
arge', 'Advance in Person'), ('BOE At Large', 'Election Day'), ('BOE At Larg
e', 'Provisional'), ('BOE BEARDEN', 'Absentee by Mail'), ('BOE BEARDEN', 'Adv
ance in Person'), ('BOE BEARDEN', 'Election Day'), ('BOE BEARDEN', 'Provision
al'), ('BOE CHAIR', 'Absentee by Mail'), ('BOE CHAIR', 'Advance in Person'),
('BOE CHAIR', 'Election Day'), ('BOE CHAIR', 'Provisional'), ('BOE CHAIR LR
G', 'Absentee by Mail'), ('BOE CHAIR LRG', 'Advance in Person'), ('BOE CHAIR
LRG', 'Election Day'), ('BOE CHAIR LRG', 'Provisional'), ('BOE CHAIRMAN', 'Ab
sentee by Mail'), ('BOE CHAIRMAN', 'Advance in Person'), ('BOE CHAIRMAN', 'El
ection Day'), ('BOE CHAIRMAN', 'Provisional'), ('BOE CORDELE', 'Absentee by M
ail'), ('BOE CORDELE', 'Advance in Person'), ('BOE CORDELE', 'Election Day'),
('BOE CORDELE', 'Provisional'), ('BOE D1', 'Absentee by Mail'), ('BOE D1', 'A
dvance in Person'), ('BOE D1', 'Election Day'), ('BOE D1', 'Provisional'),
('BOE D2', 'Absentee by Mail'), ('BOE D2', 'Advance in Person'), ('BOE D2',
'Election Day'), ('BOE D2', 'Provisional'), ('BOE D2 ', 'Absentee by Mail'),
('BOE D2 ', 'Advance in Person'), ('BOE D2 ', 'Election Day'), ('BOE D2 ', 'P
rovisional'), ('BOE D3', 'Absentee by Mail'), ('BOE D3', 'Advance in Perso
n'), ('BOE D3', 'Election Day'), ('BOE D3', 'Provisional'), ('BOE D4', 'Absen
tee by Mail'), ('BOE D4', 'Advance in Person'), ('BOE D4', 'Election Day'),
('BOE D4', 'Provisional'), ('BOE D5', 'Absentee by Mail'), ('BOE D5', 'Advanc
e in Person'), ('BOE D5', 'Election Day'), ('BOE D5', 'Provisional'), ('BOE D
6', 'Absentee by Mail'), ('BOE D6', 'Advance in Person'), ('BOE D6', 'Electio

n Day'), ('BOE D6', 'Provisional'), ('BOE D7', 'Absentee by Mail'), ('BOE D
7', 'Advance in Person'), ('BOE D7', 'Election Day'), ('BOE D7', 'Provisiona
l'), ('BOE D8', 'Absentee by Mail'), ('BOE D8', 'Advance in Person'), ('BOE D
8', 'Election Day'), ('BOE D8', 'Provisional'), ('BOE D9', 'Absentee by Mai
l'), ('BOE D9', 'Advance in Person'), ('BOE D9', 'Election Day'), ('BOE D9',
'Provisional'), ('BOE DIST 3 SPECIAL', 'Absentee by Mail'), ('BOE DIST 3 SPEC
IAL', 'Advance in Person'), ('BOE DIST 3 SPECIAL', 'Election Day'), ('BOE DIS
T 3 SPECIAL', 'Provisional'), ('BOE LRG', 'Absentee by Mail'), ('BOE LRG', 'A
dvance in Person'), ('BOE LRG', 'Election Day'), ('BOE LRG', 'Provisional'),
('BOE LRG P1', 'Absentee by Mail'), ('BOE LRG P1', 'Advance in Person'), ('BO
E LRG P1', 'Election Day'), ('BOE LRG P1', 'Provisional'), ('BOE P1', 'Absent
ee by Mail'), ('BOE P1', 'Advance in Person'), ('BOE P1', 'Election Day'),
('BOE P1', 'Provisional'), ('BOE P2', 'Absentee by Mail'), ('BOE P2', 'Advanc
e in Person'), ('BOE P2', 'Election Day'), ('BOE P2', 'Provisional'), ('BOE P
3', 'Absentee by Mail'), ('BOE P3', 'Advance in Person'), ('BOE P3', 'Electio
n Day'), ('BOE P3', 'Provisional'), ('BOE P4', 'Absentee by Mail'), ('BOE P
4', 'Advance in Person'), ('BOE P4', 'Election Day'), ('BOE P4', 'Provisiona
l'), ('BOE P5', 'Absentee by Mail'), ('BOE P5', 'Advance in Person'), ('BOE P
5', 'Election Day'), ('BOE P5', 'Provisional'), ('BOE P5 AT LARGE', 'Absentee
by Mail'), ('BOE P5 AT LARGE', 'Advance in Person'), ('BOE P5 AT LARGE', 'Ele
ction Day'), ('BOE P5 AT LARGE', 'Provisional'), ('BOE P7', 'Absentee by Mai
l'), ('BOE P7', 'Advance in Person'), ('BOE P7', 'Election Day'), ('BOE P7',
'Provisional'), ('BOE STANLEY', 'Absentee by Mail'), ('BOE STANLEY', 'Advance
in Person'), ('BOE STANLEY', 'Election Day'), ('BOE STANLEY', 'Provisional'),
('BOE, AT LARGE', 'Absentee by Mail'), ('BOE, AT LARGE', 'Advance in Perso
n'), ('BOE, AT LARGE', 'Election Day'), ('BOE, AT LARGE', 'Provisional'), ('B
OE, CHAIR', 'Absentee by Mail'), ('BOE, CHAIR', 'Advance in Person'), ('BOE,
CHAIR', 'Election Day'), ('BOE, CHAIR', 'Provisional'), ('BOE, D1', 'Absentee
by Mail'), ('BOE, D1', 'Advance in Person'), ('BOE, D1', 'Election Day'), ('B
OE, D1', 'Provisional'), ('BOE, D1 P3', 'Absentee by Mail'), ('BOE, D1 P3',
'Advance in Person'), ('BOE, D1 P3', 'Election Day'), ('BOE, D1 P3', 'Provisi
onal'), ('BOE, D2', 'Absentee By Mail'), ('BOE, D2', 'Absentee by Mail'), ('B
OE, D2', 'Advance in Person'), ('BOE, D2', 'Election Day'), ('BOE, D2', 'Prov
isional'), ('BOE, D3', 'Absentee By Mail'), ('BOE, D3', 'Absentee by Mail'),
('BOE, D3', 'Advance in Person'), ('BOE, D3', 'Election Day'), ('BOE, D3', 'P
rovisional'), ('BOE, D4', 'Absentee by Mail'), ('BOE, D4', 'Advance in Perso
n'), ('BOE, D4', 'Election Day'), ('BOE, D4', 'Provisional'), ('BOE, D4 P7',
'Absentee by Mail'), ('BOE, D4 P7', 'Advance in Person'), ('BOE, D4 P7', 'Ele
ction Day'), ('BOE, D4 P7', 'Provisional'), ('BOE, D5', 'Absentee by Mail'),
('BOE, D5', 'Advance in Person'), ('BOE, D5', 'Election Day'), ('BOE, D5', 'P
rovisional'), ('BOE, D5 P6', 'Absentee by Mail'), ('BOE, D5 P6', 'Advance in
Person'), ('BOE, D5 P6', 'Election Day'), ('BOE, D5 P6', 'Provisional'), ('BO
E, D6', 'Absentee By Mail'), ('BOE, D6', 'Absentee by Mail'), ('BOE, D6', 'Ad
vance in Person'), ('BOE, D6', 'Election Day'), ('BOE, D6', 'Provisional'),
('BOE, D7', 'Absentee By Mail'), ('BOE, D7', 'Absentee by Mail'), ('BOE, D7',
'Advance in Person'), ('BOE, D7', 'Election Day'), ('BOE, D7', 'Provisiona
l'), ('BOE, D9', 'Absentee By Mail'), ('BOE, D9', 'Advance in Person'), ('BO
E, D9', 'Election Day'), ('BOE, D9', 'Provisional'), ('BOE, P 1', 'Absentee b
y Mail'), ('BOE, P 1', 'Advance in Person'), ('BOE, P 1', 'Election Day'),
('BOE, P 1', 'Provisional'), ('BOE, P 2', 'Absentee by Mail'), ('BOE, P 2',
'Advance in Person'), ('BOE, P 2', 'Election Day'), ('BOE, P 2', 'Provisiona
l'), ('BOE, P1', 'Absentee by Mail'), ('BOE, P1', 'Advance in Person'), ('BO
E, P1', 'Election Day'), ('BOE, P1', 'Provisional'), ('BOE, P4', 'Absentee by
Mail'), ('BOE, P4', 'Advance in Person'), ('BOE, P4', 'Election Day'), ('BOE,
P4', 'Provisional'), ('Board of Education 2', 'Absentee by Mail'), ('Board of
Education 2', 'Advance in Person'), ('Board of Education 2', 'Advance in Pers
on 2'), ('Board of Education 2', 'Election Day'), ('Board of Education 2', 'P

rovisional'), ('Board of Education 4', 'Absentee by Mail'), ('Board of Educat ion 4', 'Advance in Person'), ('Board of Education 4', 'Advance in Person 2'), ('Board of Education 4', 'Election Day'), ('Board of Education 4', 'Prov isional'), ('Brookhaven - Sunday Alcohol Sales', 'Absentee by Mail'), ('Brook haven - Sunday Alcohol Sales', 'Advance in Person 1'), ('Brookhaven - Sunday Alcohol Sales', 'Advance in Person 2'), ('Brookhaven - Sunday Alcohol Sales', 'Advance in Person 3'), ('Brookhaven - Sunday Alcohol Sales', 'Election Da y'), ('Brookhaven - Sunday Alcohol Sales', 'Provisional'), ('Brookheaven - Bo nd Referendum', 'Absentee by Mail'), ('Brookheaven - Bond Referendum', 'Advan ce in Person 1'), ('Brookheaven - Bond Referendum', 'Advance in Person 2'), ('Brookheaven - Bond Referendum', 'Advance in Person 3'), ('Brookheaven - Bon d Referendum', 'Election Day'), ('Brookheaven - Bond Referendum', 'Provisiona l'), ('Brunswick Sunday Brunch', 'Absentee by Mail'), ('Brunswick Sunday Brun ch', 'Advance in Person'), ('Brunswick Sunday Brunch', 'Election Day'), ('Bru nswick Sunday Brunch', 'Provisional'), ('CALHOUN COUNTY BRUNCH BILL', 'Absent ee by Mail'), ('CALHOUN COUNTY BRUNCH BILL', 'Advance in Person'), ('CALHOUN COUNTY BRUNCH BILL', 'Election Day'), ('CALHOUN COUNTY BRUNCH BILL', 'Provisi onal'), ('CANTON - SUNDAY ALCOHOL SALES', 'Absentee by Mail'), ('CANTON - SUN DAY ALCOHOL SALES', 'Advance in Person'), ('CANTON - SUNDAY ALCOHOL SALES', 'Election Day'), ('CANTON - SUNDAY ALCOHOL SALES', 'Provisional'), ('CC CHAI R', 'Absentee by Mail'), ('CC CHAIR', 'Advance in Person'), ('CC CHAIR', 'Ele ction Day'), ('CC CHAIR', 'Provisional'), ('CC CHAIRMAN', 'Absentee by Mai l'), ('CC CHAIRMAN', 'Advance in Person'), ('CC CHAIRMAN', 'Election Day'), ('CC CHAIRMAN', 'Provisional'), ('CC CHAIRPERSON', 'Absentee by Mail'), ('CC CHAIRPERSON', 'Advance in Person'), ('CC CHAIRPERSON', 'Election Day'), ('CC CHAIRPERSON', 'Provisional'), ('CC D1', 'Absentee by Mail'), ('CC D1', 'Advan ce in Person'), ('CC D1', 'Election Day'), ('CC D1', 'Provisional'), ('CC D1, P1', 'Absentee by Mail'), ('CC D1, P1', 'Advance in Person'), ('CC D1, P1', 'Election Day'), ('CC D1, P1', 'Provisional'), ('CC D2', 'Absentee by Mail'), ('CC D2', 'Advance in Person'), ('CC D2', 'Election Day'), ('CC D2', 'Provisi onal'), ('CC D2, P2', 'Absentee by Mail'), ('CC D2, P2', 'Advance in Perso n'), ('CC D2, P2', 'Election Day'), ('CC D2, P2', 'Provisional'), ('CC D3', 'Absentee by Mail'), ('CC D3', 'Advance in Person'), ('CC D3', 'Election Da y'), ('CC D3', 'Provisional'), ('CC D7', 'Absentee by Mail'), ('CC D7', 'Adva nce in Person 1'), ('CC D7', 'Advance in Person 2'), ('CC D7', 'Advance in Pe rson 3'), ('CC D7', 'Election Day'), ('CC D7', 'Provisional'), ('CC LRG P1', 'Absentee by Mail'), ('CC LRG P1', 'Advance in Person'), ('CC LRG P1', 'Elect ion Day'), ('CC LRG P1', 'Provisional'), ('CC P2', 'Absentee by Mail'), ('CC P2', 'Advance in Person'), ('CC P2', 'Election Day'), ('CC P2', 'Provisiona l'), ('CC P4', 'Absentee by Mail'), ('CC P4', 'Advance in Person'), ('CC P4', 'Election Day'), ('CC P4', 'Provisional'), ('CC, CHAIR', 'Absentee by Mail'), ('CC, CHAIR', 'Advance in Person'), ('CC, CHAIR', 'Election Day'), ('CC, CHAI R', 'Provisional'), ('CC, CHAIRMAN', 'Absentee by Mail'), ('CC, CHAIRMAN', 'A dvance in Person'), ('CC, CHAIRMAN', 'Election Day'), ('CC, CHAIRMAN', 'Provi sional'), ('CC, CHAIRMAN P1', 'Absentee by Mail'), ('CC, CHAIRMAN P1', 'Advan ce in Person'), ('CC, CHAIRMAN P1', 'Election Day'), ('CC, CHAIRMAN P1', 'Pro visional'), ('CC, D1', 'Absentee by Mail'), ('CC, D1', 'Advance in Person'), ('CC, D1', 'Election Day'), ('CC, D1', 'Provisional'), ('CC, D2', 'Absentee b y Mail'), ('CC, D2', 'Advance in Person'), ('CC, D2', 'Election Day'), ('CC, D2', 'Provisional'), ('CC, D2 P2', 'Absentee by Mail'), ('CC, D2 P2', 'Advanc e in Person'), ('CC, D2 P2', 'Election Day'), ('CC, D2 P2', 'Provisional'), ('CC, D3', 'Absentee by Mail'), ('CC, D3', 'Advance in Person'), ('CC, D3', 'Election Day'), ('CC, D3', 'Provisional'), ('CC, D3 P1', 'Absentee by Mai l'), ('CC, D3 P1', 'Advance in Person'), ('CC, D3 P1', 'Election Day'), ('CC, D3 P1', 'Provisional'), ('CC, D3 P2', 'Absentee by Mail'), ('CC, D3 P2', 'Adv ance in Person'), ('CC, D3 P2', 'Election Day'), ('CC, D3 P2', 'Provisiona l'), ('CC, D4', 'Absentee by Mail'), ('CC, D4', 'Advance in Person'), ('CC, D

4', 'Election Day'), ('CC, D4', 'Provisional'), ('CC, D5', 'Absentee by Mai
l'), ('CC, D5', 'Advance in Person'), ('CC, D5', 'Election Day'), ('CC, D5',
'Provisional'), ('CC, D6', 'Absentee by Mail'), ('CC, D6', 'Advance in Perso
n'), ('CC, D6', 'Election Day'), ('CC, D6', 'Provisional'), ('CC, D7', 'Absen
tee by Mail'), ('CC, D7', 'Advance in Person'), ('CC, D7', 'Election Day'),
('CC, D7', 'Provisional'), ('CC, DIST 1', 'Absentee by Mail'), ('CC, DIST 1',
'Advance in Person'), ('CC, DIST 1', 'Election Day'), ('CC, DIST 1', 'Provisi
onal'), ('CC, DIST 2', 'Absentee by Mail'), ('CC, DIST 2', 'Advance in Perso
n'), ('CC, DIST 2', 'Election Day'), ('CC, DIST 2', 'Provisional'), ('CC, DIS
T 3', 'Absentee by Mail'), ('CC, DIST 3', 'Advance in Person'), ('CC, DIST
3', 'Election Day'), ('CC, DIST 3', 'Provisional'), ('CC, DIST 4', 'Absentee
by Mail'), ('CC, DIST 4', 'Advance in Person'), ('CC, DIST 4', 'Election Da
y'), ('CC, DIST 4', 'Provisional'), ('CC, DIST 5', 'Absentee by Mail'), ('CC,
DIST 5', 'Advance in Person'), ('CC, DIST 5', 'Election Day'), ('CC, DIST 5',
'Provisional'), ('CC, DIST 6', 'Absentee by Mail'), ('CC, DIST 6', 'Advance i
n Person'), ('CC, DIST 6', 'Election Day'), ('CC, DIST 6', 'Provisional'),
('CC, P1', 'Absentee by Mail'), ('CC, P1', 'Advance in Person'), ('CC, P1',
'Election Day'), ('CC, P1', 'Provisional'), ('CC, P2', 'Absentee by Mail'),
('CC, P2', 'Advance in Person'), ('CC, P2', 'Election Day'), ('CC, P2', 'Prov
isional'), ('CC, P3', 'Absentee by Mail'), ('CC, P3', 'Advance in Person'),
('CC, P3', 'Election Day'), ('CC, P3', 'Provisional'), ('CC, P4', 'Absentee b
y Mail'), ('CC, P4', 'Advance in Person'), ('CC, P4', 'Election Day'), ('CC,
P4', 'Provisional'), ('CC, P5', 'Absentee by Mail'), ('CC, P5', 'Advance in P
erson'), ('CC, P5', 'Election Day'), ('CC, P5', 'Provisional'), ('CC-CHAIRMA
N', 'Absentee by Mail'), ('CC-CHAIRMAN', 'Advance in Person'), ('CC-CHAIRMA
N', 'Election Day'), ('CC-CHAIRMAN', 'Provisional'), ('CC-Chairman', 'Absente
e by Mail'), ('CC-Chairman', 'Advance in Person'), ('CC-Chairman', 'Election
Day'), ('CC-Chairman', 'Provisional'), ('CC-D2', 'Absentee by Mail'), ('CC-D
2', 'Advance in Person 1'), ('CC-D2', 'Advance in Person 2'), ('CC-D2', 'Adva
nce in Person 3'), ('CC-D2', 'Election Day'), ('CC-D2', 'Provisional'), ('CC-
D3', 'Absentee by Mail'), ('CC-D3', 'Advance in Person 1'), ('CC-D3', 'Advanc
e in Person 2'), ('CC-D3', 'Advance in Person 3'), ('CC-D3', 'Election Day'),
('CC-D3', 'Provisional'), ('CHAIR CC', 'Absentee by Mail'), ('CHAIR CC', 'Adv
ance in Person'), ('CHAIR CC', 'Election Day'), ('CHAIR CC', 'Provisional'),
('CHIEF MAGISTRATE', 'Absentee by Mail'), ('CHIEF MAGISTRATE', 'Advance in Pe
rson'), ('CHIEF MAGISTRATE', 'Election Day'), ('CHIEF MAGISTRATE', 'Provision
al'), ('CITY OF CLIMAX - SUNDAY ALCOHOL SALES', 'Absentee by Mail'), ('CITY O
F CLIMAX - SUNDAY ALCOHOL SALES', 'Advance in Person'), ('CITY OF CLIMAX - SU
NDAY ALCOHOL SALES', 'Election Day'), ('CITY OF CLIMAX - SUNDAY ALCOHOL SALE
S', 'Provisional'), ('CITY OF GRIFFIN - SUNDAY ALCOHOL SALES', 'Absentee by M
ail'), ('CITY OF GRIFFIN - SUNDAY ALCOHOL SALES', 'Advance in Person'), ('CIT
Y OF GRIFFIN - SUNDAY ALCOHOL SALES', 'Election Day'), ('CITY OF GRIFFIN - SU
NDAY ALCOHOL SALES', 'Provisional'), ('CLERK SUPERIOR COURT SPECIAL', 'Absent
ee by Mail'), ('CLERK SUPERIOR COURT SPECIAL', 'Advance in Person'), ('CLERK
SUPERIOR COURT SPECIAL', 'Election Day'), ('CLERK SUPERIOR COURT SPECIAL', 'P
rovisional'), ('CO COMM CHAIRPERSON', 'Absentee by Mail'), ('CO COMM CHAIRPER
SON', 'Advance in Person 1'), ('CO COMM CHAIRPERSON', 'Advance in Person 2'),
('CO COMM CHAIRPERSON', 'Advance in Person 3'), ('CO COMM CHAIRPERSON', 'Elec
tion Day'), ('CO COMM CHAIRPERSON', 'Provisional'), ('CO COMM DIST 1', 'Absen
tee by Mail'), ('CO COMM DIST 1', 'Advance in Person 1'), ('CO COMM DIST 1',
'Advance in Person 2'), ('CO COMM DIST 1', 'Advance in Person 3'), ('CO COMM
DIST 1', 'Election Day'), ('CO COMM DIST 1', 'Provisional'), ('CO COMM DIST
3', 'Absentee by Mail'), ('CO COMM DIST 3', 'Advance in Person 1'), ('CO COMM
DIST 3', 'Advance in Person 2'), ('CO COMM DIST 3', 'Advance in Person 3'),
('CO COMM DIST 3', 'Election Day'), ('CO COMM DIST 3', 'Provisional'), ('CO C
OMM DIST 5', 'Absentee by Mail'), ('CO COMM DIST 5', 'Advance in Person 1'),
('CO COMM DIST 5', 'Advance in Person 2'), ('CO COMM DIST 5', 'Advance in Per

son 3'), ('CO COMM DIST 5', 'Election Day'), ('CO COMM DIST 5', 'Provisiona
l'), ('COLLEGE PARK - SUNDAY ALCOHOL SALES', 'Absentee by Mail'), ('COLLEGE P
ARK - SUNDAY ALCOHOL SALES', 'Advance in Person 1'), ('COLLEGE PARK - SUNDAY
ALCOHOL SALES', 'Advance in Person 2'), ('COLLEGE PARK - SUNDAY ALCOHOL SALE
S', 'Advance in Person 3'), ('COLLEGE PARK - SUNDAY ALCOHOL SALES', 'Election
Day'), ('COLLEGE PARK - SUNDAY ALCOHOL SALES', 'Provisional'), ('COUNTY - HOM
ESTEAD EXEMPTION', 'Absentee by Mail'), ('COUNTY - HOMESTEAD EXEMPTION', 'Adv
ance in Person'), ('COUNTY - HOMESTEAD EXEMPTION', 'Election Day'), ('COUNTY
- HOMESTEAD EXEMPTION', 'Provisional'), ('COUNTY - SUNDAY ALCOHOL SALES', 'Ab
sentee by Mail'), ('COUNTY - SUNDAY ALCOHOL SALES', 'Advance in Person'), ('C
OUNTY - SUNDAY ALCOHOL SALES', 'Election Day'), ('COUNTY - SUNDAY ALCOHOL SAL
ES', 'Provisional'), ('COUNTY COMM 1', 'Absentee by Mail'), ('COUNTY COMM 1',
'Advance in Person'), ('COUNTY COMM 1', 'Election Day'), ('COUNTY COMM 1', 'P
rovisional'), ('COUNTY COMM 2', 'Absentee by Mail'), ('COUNTY COMM 2', 'Advan
ce in Person'), ('COUNTY COMM 2', 'Election Day'), ('COUNTY COMM 2', 'Provisi
onal'), ('COUNTY COMM 4', 'Absentee by Mail'), ('COUNTY COMM 4', 'Advance in
Person'), ('COUNTY COMM 4', 'Election Day'), ('COUNTY COMM 4', 'Provisiona
l'), ('COUNTY COMM 7', 'Absentee by Mail'), ('COUNTY COMM 7', 'Advance in Per
son'), ('COUNTY COMM 7', 'Election Day'), ('COUNTY COMM 7', 'Provisional'),
('COUNTY COMM CHAIR', 'Absentee by Mail'), ('COUNTY COMM CHAIR', 'Advance in
Person'), ('COUNTY COMM CHAIR', 'Election Day'), ('COUNTY COMM CHAIR', 'Provi
sional'), ('Chamblee - Sunday Alcohol Sales', 'Absentee by Mail'), ('Chamblee
- Sunday Alcohol Sales', 'Advance in Person 1'), ('Chamblee - Sunday Alcohol
Sales', 'Advance in Person 2'), ('Chamblee - Sunday Alcohol Sales', 'Advance
in Person 3'), ('Chamblee - Sunday Alcohol Sales', 'Election Day'), ('Chamble
e - Sunday Alcohol Sales', 'Provisional'), ('Chatham Freeport Exemption', 'Ab
sentee by Mail'), ('Chatham Freeport Exemption', 'Advance in Person'), ('Chat
ham Freeport Exemption', 'Election Day'), ('Chatham Freeport Exemption', 'Pro
visional'), ('Chatham Sunday Alcohol', 'Absentee by Mail'), ('Chatham Sunday
Alcohol', 'Advance in Person'), ('Chatham Sunday Alcohol', 'Election Day'),
('Chatham Sunday Alcohol', 'Provisional'), ('Chief Magistrate', 'Absentee by
Mail'), ('Chief Magistrate', 'Advance in Person'), ('Chief Magistrate', 'Elec
tion Day'), ('Chief Magistrate', 'Provisional'), ('City Council Dist 3', 'Abs
entee by Mail'), ('City Council Dist 3', 'Advance in Person'), ('City Council
Dist 3', 'Election Day'), ('City Council Dist 3', 'Provisional'), ('Clarkesvi
lle City Council', 'Absentee by Mail'), ('Clarkesville City Council', 'Advanc
e in Person'), ('Clarkesville City Council', 'Election Day'), ('Clarkesville
City Council', 'Provisional'), ('Clarkston - Sunday Alcohol Sales', 'Absentee
by Mail'), ('Clarkston - Sunday Alcohol Sales', 'Advance in Person 1'), ('Cla
rkston - Sunday Alcohol Sales', 'Advance in Person 2'), ('Clarkston - Sunday
Alcohol Sales', 'Advance in Person 3'), ('Clarkston - Sunday Alcohol Sales',
'Election Day'), ('Clarkston - Sunday Alcohol Sales', 'Provisional'), ('Cobb
Commission-Dist 1', 'Absentee by Mail'), ('Cobb Commission-Dist 1', 'Advance
in Person 1'), ('Cobb Commission-Dist 1', 'Advance in Person 2'), ('Cobb Comm
ission-Dist 1', 'Election Day'), ('Cobb Commission-Dist 1', 'Provisional'),
('Cobb Commission-Dist 3', 'Absentee by Mail'), ('Cobb Commission-Dist 3', 'A
dvance in Person 1'), ('Cobb Commission-Dist 3', 'Advance in Person 2'), ('Co
bb Commission-Dist 3', 'Election Day'), ('Cobb Commission-Dist 3', 'Provision
al'), ('Cobb County Sunday Alcohol Sales', 'Absentee by Mail'), ('Cobb County
Sunday Alcohol Sales', 'Advance in Person 1'), ('Cobb County Sunday Alcohol S
ales', 'Advance in Person 2'), ('Cobb County Sunday Alcohol Sales', 'Election
Day'), ('Cobb County Sunday Alcohol Sales', 'Provisional'), ('Cobb School Boa
rd-Dist 2', 'Absentee by Mail'), ('Cobb School Board-Dist 2', 'Advance in Per
son 1'), ('Cobb School Board-Dist 2', 'Advance in Person 2'), ('Cobb School B
oard-Dist 2', 'Election Day'), ('Cobb School Board-Dist 2', 'Provisional'),
('Cobb School Board-Dist 4', 'Absentee by Mail'), ('Cobb School Board-Dist
4', 'Advance in Person 1'), ('Cobb School Board-Dist 4', 'Advance in Person

2'), ('Cobb School Board-Dist 4', 'Election Day'), ('Cobb School Board-Dist 4', 'Provisional'), ('Cobb School Board-Dist 6', 'Absentee by Mail'), ('Cobb School Board-Dist 6', 'Advance in Person 1'), ('Cobb School Board-Dist 6', 'Advance in Person 2'), ('Cobb School Board-Dist 6', 'Election Day'), ('Cobb School Board-Dist 6', 'Provisional'), ('Columbia Redevelopment ', 'Absentee by Mail'), ('Columbia Redevelopment ', 'Advance in Person'), ('Columbia Redevelopment ', 'Election Day'), ('Columbia Redevelopment ', 'Provisional'), ('Columbia Sunday Sales', 'Absentee by Mail'), ('Columbia Sunday Sales', 'Advance in Person'), ('Columbia Sunday Sales', 'Election Day'), ('Columbia Sunday Sales', 'Provisional'), ('Commissioner Of Agriculture', 'Absentee By Mail'), ('Commissioner Of Agriculture', 'Absentee by Mail'), ('Commissioner Of Agriculture', 'Advance in Person'), ('Commissioner Of Agriculture', 'Advance in Person 1'), ('Commissioner Of Agriculture', 'Advance in Person 2'), ('Commissioner Of Agriculture', 'Advance in Person 3'), ('Commissioner Of Agriculture', 'Election Day'), ('Commissioner Of Agriculture', 'Provisional'), ('Commissioner Of Insurance', 'Absentee By Mail'), ('Commissioner Of Insurance', 'Absentee by Mail'), ('Commissioner Of Insurance', 'Advance in Person'), ('Commissioner Of Insurance', 'Advance in Person 1'), ('Commissioner Of Insurance', 'Advance in Person 2'), ('Commissioner Of Insurance', 'Advance in Person 3'), ('Commissioner Of Insurance', 'Election Day'), ('Commissioner Of Insurance', 'Provisional'), ('Commissioner Of Labor', 'Absentee By Mail'), ('Commissioner Of Labor', 'Absentee by Mail'), ('Commissioner Of Labor', 'Advance in Person'), ('Commissioner Of Labor', 'Advance in Person 1'), ('Commissioner Of Labor', 'Advance in Person 2'), ('Commissioner Of Labor', 'Advance in Person 3'), ('Commissioner Of Labor', 'Election Day'), ('Commissioner Of Labor', 'Provisional'), ('Constitutional Amendment #1<br>Creates the Georgia Outdoor Stewardship Trust Fund to protect water quality, wildlife habitat, and parks.', 'Absentee By Mail'), ('Constitutional Amendment #1<br>Creates the Georgia Outdoor Stewardship Trust Fund to protect water quality, wildlife habitat, and parks.', 'Absentee by Mail'), ('Constitutional Amendment #1<br>Creates the Georgia Outdoor Stewardship Trust Fund to protect water quality, wildlife habitat, and parks.', 'Advance in Person'), ('Constitutional Amendment #1<br>Creates the Georgia Outdoor Stewardship Trust Fund to protect water quality, wildlife habitat, and parks.', 'Advance in Person 1'), ('Constitutional Amendment #1<br>Creates the Georgia Outdoor Stewardship Trust Fund to protect water quality, wildlife habitat, and parks.', 'Advance in Person 2'), ('Constitutional Amendment #1<br>Creates the Georgia Outdoor Stewardship Trust Fund to protect water quality, wildlife habitat, and parks.', 'Advance in Person 3'), ('Constitutional Amendment #1<br>Creates the Georgia Outdoor Stewardship Trust Fund to protect water quality, wildlife habitat, and parks.', 'Election Day'), ('Constitutional Amendment #1<br>Creates the Georgia Outdoor Stewardship Trust Fund to protect water quality, wildlife habitat, and parks.', 'Provisional'), ('Constitutional Amendment #2 <br>Creates a state-wide business court to lower costs, enhance efficiency, and promote predictable judicial outcomes.', 'Absentee By Mail'), ('Constitutional Amendment #2 <br>Creates a state-wide business court to lower costs, enhance efficiency, and promote predictable judicial outcomes.', 'Absentee by Mail'), ('Constitutional Amendment #2 <br>Creates a state-wide business court to lower costs, enhance efficiency, and promote predictable judicial outcomes.', 'Advance in Person'), ('Constitutional Amendment #2 <br>Creates a state-wide business court to lower costs, enhance efficiency, and promote predictable judicial outcomes.', 'Advance in Person 1'), ('Constitutional Amendment #2 <br>Creates a state-wide business court to lower costs, enhance efficiency, and promote predictable judicial outcomes.', 'Advance in Person 2'), ('Constitutional Amendment #2 <br>Creates a state-wide business court to lower costs, enhance efficiency, and promote predictable judicial outcomes.', 'Advance in Person 3'), ('Constitutional Amendment #2 <br>Creates a state-wide business court to lower costs, enhance efficiency, and promote predictable jud

icial outcomes.', 'Election Day'), ('Constitutional Amendment #2 <br>Creates a state-wide business court to lower costs, enhance efficiency, and promote p redictable judicial outcomes.', 'Provisional'), ("Constitutional Amendment #3 <br>Encourages the conservation, sustainability, and longevity of Georgia's w orking forests through tax subclassification and grants.", 'Absentee By Mai l'), ("Constitutional Amendment #3 <br>Encourages the conservation, sustainab ility, and longevity of Georgia's working forests through tax subclassificati on and grants.", 'Absentee by Mail'), ("Constitutional Amendment #3 <br>Encou rages the conservation, sustainability, and longevity of Georgia's working fo rests through tax subclassification and grants.", 'Advance in Person'), ("Con stitutional Amendment #3 <br>Encourages the conservation, sustainability, and longevity of Georgia's working forests through tax subclassification and gran ts.", 'Advance in Person 1'), ("Constitutional Amendment #3 <br>Encourages th e conservation, sustainability, and longevity of Georgia's working forests th rough tax subclassification and grants.", 'Advance in Person 2'), ("Constitut ional Amendment #3 <br>Encourages the conservation, sustainability, and longe vity of Georgia's working forests through tax subclassification and grants.", 'Advance in Person 3'), ("Constitutional Amendment #3 <br>Encourages the cons ervation, sustainability, and longevity of Georgia's working forests through tax subclassification and grants.", 'Election Day'), ("Constitutional Amendme nt #3 <br>Encourages the conservation, sustainability, and longevity of Georg ia's working forests through tax subclassification and grants.", 'Provisiona l'), ('Constitutional Amendment #4 <br>Provides rights for victims of crime i n the judicial process.', 'Absentee By Mail'), ('Constitutional Amendment #4 <br>Provides rights for victims of crime in the judicial process.', 'Absentee by Mail'), ('Constitutional Amendment #4 <br>Provides rights for victims of c rime in the judicial process.', 'Advance in Person'), ('Constitutional Amendm ent #4 <br>Provides rights for victims of crime in the judicial process.', 'A dvance in Person 1'), ('Constitutional Amendment #4 <br>Provides rights for v ictims of crime in the judicial process.', 'Advance in Person 2'), ('Constitu tional Amendment #4 <br>Provides rights for victims of crime in the judicial process.', 'Advance in Person 3'), ('Constitutional Amendment #4 <br>Provides rights for victims of crime in the judicial process.', 'Election Day'), ('Con stitutional Amendment #4 <br>Provides rights for victims of crime in the judi cial process.', 'Provisional'), ('Constitutional Amendment #5 <br>Authorizes fair allocation of sales tax proceeds to county and city school districts.', 'Absentee By Mail'), ('Constitutional Amendment #5 <br>Authorizes fair alloca tion of sales tax proceeds to county and city school districts.', 'Absentee b y Mail'), ('Constitutional Amendment #5 <br>Authorizes fair allocation of sal es tax proceeds to county and city school districts.', 'Advance in Person'), ('Constitutional Amendment #5 <br>Authorizes fair allocation of sales tax pro ceeds to county and city school districts.', 'Advance in Person 1'), ('Consti tutional Amendment #5 <br>Authorizes fair allocation of sales tax proceeds to county and city school districts.', 'Advance in Person 2'), ('Constitutional Amendment #5 <br>Authorizes fair allocation of sales tax proceeds to county a nd city school districts.', 'Advance in Person 3'), ('Constitutional Amendmen t #5 <br>Authorizes fair allocation of sales tax proceeds to county and city school districts.', 'Election Day'), ('Constitutional Amendment #5 <br>Author izes fair allocation of sales tax proceeds to county and city school district s.', 'Provisional'), ('Continuation SPLOST', 'Absentee by Mail'), ('Continuat ion SPLOST', 'Advance in Person'), ('Continuation SPLOST', 'Election Day'), ('Continuation SPLOST', 'Provisional'), ('Conyers - Sunday Brunch Alcohol Sal es', 'Absentee by Mail'), ('Conyers - Sunday Brunch Alcohol Sales', 'Advance in Person'), ('Conyers - Sunday Brunch Alcohol Sales', 'Election Day'), ('Con yers - Sunday Brunch Alcohol Sales', 'Provisional'), ('County Comm 1', 'Absen tee by Mail'), ('County Comm 1', 'Advance in Person'), ('County Comm 1', 'Ele ction Day'), ('County Comm 1', 'Provisional'), ('County Comm 1A', 'Absentee b

```
y Mail'), ('County Comm 1A', 'Advance in Person'), ('County Comm 1A', 'Electi
on Day'), ('County Comm 1A', 'Provisional'), ('County Comm 1B', 'Absentee by
 Mail'), ('County Comm 1B', 'Advance in Person'), ('County Comm 1B', 'Electio
n Day'), ('County Comm 1B', 'Provisional'), ('County Comm 2', 'Absentee by Ma
il'), ('County Comm 2', 'Advance in Person'), ('County Comm 2', 'Election Da
y'), ('County Comm 2', 'Provisional'), ('County Comm 2B', 'Absentee by Mai
l'), ('County Comm 2B', 'Advance in Person'), ('County Comm 2B', 'Election Da
y'), ('County Comm 2B', 'Provisional'), ('County Comm 2D', 'Absentee by Mai
l'), ('County Comm 2D', 'Advance in Person'), ('County Comm 2D', 'Election Da
y'), ('County Comm 2D', 'Provisional'), ('County Comm 3', 'Absentee by Mai
l'), ('County Comm 3', 'Advance in Person'), ('County Comm 3', 'Election Da
y'), ('County Comm 3', 'Provisional'), ('County Comm 4', 'Absentee by Mail'),
('County Comm 4', 'Advance in Person'), ('County Comm 4', 'Election Day'),
 ('County Comm 4', 'Provisional'), ('County Comm 5', 'Absentee by Mail'), ('C
ounty Comm 5', 'Advance in Person'), ('County Comm 5', 'Election Day'), ('Cou
nty Comm 5', 'Provisional'), ('County Comm 6', 'Absentee by Mail'), ('County
 Comm 6', 'Advance in Person'), ('County Comm 6', 'Election Day'), ('County C
omm 6', 'Provisional'), ('County Comm Chair', 'Absentee by Mail'), ('County C
omm Chair', 'Advance in Person'), ('County Comm Chair', 'Election Day'), ('Co
unty Comm Chair', 'Provisional'), ('County Comm D2', 'Absentee by Mail'), ('C
ounty Comm D2', 'Advance in Person'), ('County Comm D2', 'Election Day'), ('C
ounty Comm D2', 'Provisional'), ('County Comm D4', 'Absentee by Mail'), ('Cou
nty Comm D4', 'Advance in Person'), ('County Comm D4', 'Election Day'), ('Cou
nty Comm D4', 'Provisional'), ('County Comm D5', 'Absentee by Mail'), ('Count
y Comm D5', 'Advance in Person'), ('County Comm D5', 'Election Day'), ('Count
y Comm D5', 'Provisional'), ('County Comm Dist 3', 'Absentee by Mail'), ('Cou
nty Comm Dist 3', 'Advance in Person'), ('County Comm Dist 3', 'Election Da
y'), ('County Comm Dist 3', 'Provisional'), ('County Comm Dist 4', 'Absentee
 by Mail'), ('County Comm Dist 4', 'Advance in Person'), ('County Comm Dist
 4', 'Election Day'), ('County Comm Dist 4', 'Provisional'), ('County Comm P
1', 'Absentee by Mail'), ('County Comm P1', 'Advance in Person'), ('County Co
mm P1', 'Election Day'), ('County Comm P1', 'Provisional'), ('County Comm P
3', 'Absentee by Mail'), ('County Comm P3', 'Advance in Person'), ('County Co
mm P3', 'Election Day'), ('County Comm P3', 'Provisional'), ('County Commissi
oner 2', 'Absentee by Mail'), ('County Commissioner 2', 'Advance in Person'),
('County Commissioner 2', 'Advance in Person 2'), ('County Commissioner 2',
 'Election Day'), ('County Commissioner 2', 'Provisional'), ('County Commissi
oner 4', 'Absentee by Mail'), ('County Commissioner 4', 'Advance in Person'),
('County Commissioner 4', 'Advance in Person 2'), ('County Commissioner 4',
 'Election Day'), ('County Commissioner 4', 'Provisional'), ('DAWON - CC W3',
'Absentee by Mail'), ('DAWON - CC W3', 'Advance in Person'), ('DAWON - CC W
3', 'Election Day'), ('DAWON - CC W3', 'Provisional'), ('DAWSON - CC W1', 'Ab
sentee by Mail'), ('DAWSON - CC W1', 'Advance in Person'), ('DAWSON - CC W1',
'Election Day'), ('DAWSON - CC W1', 'Provisional'), ('DAWSON - CC W4', 'Absen
tee by Mail'), ('DAWSON - CC W4', 'Advance in Person'), ('DAWSON - CC W4', 'E
lection Day'), ('DAWSON - CC W4', 'Provisional'), ('DAWSON - MAYOR', 'Absente
e by Mail'), ('DAWSON - MAYOR', 'Advance in Person'), ('DAWSON - MAYOR', 'Ele
ction Day'), ('DAWSON - MAYOR', 'Provisional'), ('DOUGLASVILLE - REDEVELOPMEN
T POWERS', 'Absentee by Mail'), ('DOUGLASVILLE - REDEVELOPMENT POWERS', 'Adva
nce in Person'), ('DOUGLASVILLE - REDEVELOPMENT POWERS', 'Election Day'), ('D
OUGLASVILLE - REDEVELOPMENT POWERS', 'Provisional'), ('DOUGLASVILLE - SUNDAY
 BRUNCH ALCOHOL SALES ', 'Absentee by Mail'), ('DOUGLASVILLE - SUNDAY BRUNCH
 ALCOHOL SALES ', 'Advance in Person'), ('DOUGLASVILLE - SUNDAY BRUNCH ALCOHO
L SALES ', 'Election Day'), ('DOUGLASVILLE - SUNDAY BRUNCH ALCOHOL SALES ',
 'Provisional'), ('Dallas Freeport Exemption', 'Absentee by Mail'), ('Dallas
Freeport Exemption', 'Advance in Person'), ('Dallas Freeport Exemption', 'El
ection Day'), ('Dallas Freeport Exemption', 'Provisional'), ('Dallas Sunday B
```

```
runch Alcohol Sales', 'Absentee by Mail'), ('Dallas Sunday Brunch Alcohol Sal
es', 'Advance in Person'), ('Dallas Sunday Brunch Alcohol Sales', 'Election D
ay'), ('Dallas Sunday Brunch Alcohol Sales', 'Provisional'), ('Dalton - Sunda
y Alcohol Sales', 'Absentee by Mail'), ('Dalton - Sunday Alcohol Sales', 'Adv
ance in Person'), ('Dalton - Sunday Alcohol Sales', 'Election Day'), ('Dalton
 - Sunday Alcohol Sales', 'Provisional'), ('DeKalb - Sunday Alcohol Sales', 'A
bsentee by Mail'), ('DeKalb - Sunday Alcohol Sales', 'Advance in Person 1'),
 ('DeKalb - Sunday Alcohol Sales', 'Advance in Person 2'), ('DeKalb - Sunday
 Alcohol Sales', 'Advance in Person 3'), ('DeKalb - Sunday Alcohol Sales', 'E
lection Day'), ('DeKalb - Sunday Alcohol Sales', 'Provisional'), ('Decatur -
 Sunday Alcohol Sales', 'Absentee by Mail'), ('Decatur - Sunday Alcohol Sale
s', 'Advance in Person 1'), ('Decatur - Sunday Alcohol Sales', 'Advance in Pe
rson 2'), ('Decatur - Sunday Alcohol Sales', 'Advance in Person 3'), ('Decatu
r - Sunday Alcohol Sales', 'Election Day'), ('Decatur - Sunday Alcohol Sale
s', 'Provisional'), ('Distilled Spirits', 'Absentee by Mail'), ('Distilled Sp
irits', 'Advance in Person'), ('Distilled Spirits', 'Election Day'), ('Distil
led Spirits', 'Provisional'), ('District Attorney, Atlantic Circuit', 'Absent
ee by Mail'), ('District Attorney, Atlantic Circuit', 'Advance in Person'),
 ('District Attorney, Atlantic Circuit', 'Election Day'), ('District Attorne
y, Atlantic Circuit', 'Provisional'), ('District Attorney, Augusta Circuit',
 'Absentee By Mail'), ('District Attorney, Augusta Circuit', 'Absentee by Mai
l'), ('District Attorney, Augusta Circuit', 'Advance in Person'), ('District
 Attorney, Augusta Circuit', 'Election Day'), ('District Attorney, Augusta Ci
rcuit', 'Provisional'), ('District Attorney, Cordele Circuit', 'Absentee by M
ail'), ('District Attorney, Cordele Circuit', 'Advance in Person'), ('Distric
t Attorney, Cordele Circuit', 'Election Day'), ('District Attorney, Cordele C
ircuit', 'Provisional'), ('District Attorney, Coweta Circuit', 'Absentee by M
ail'), ('District Attorney, Coweta Circuit', 'Advance in Person'), ('District
 Attorney, Coweta Circuit', 'Election Day'), ('District Attorney, Coweta Circu
it', 'Provisional'), ('District Attorney, Enotah Circuit', 'Absentee by Mai
l'), ('District Attorney, Enotah Circuit', 'Advance in Person'), ('District A
ttorney, Enotah Circuit', 'Election Day'), ('District Attorney, Enotah Circui
t', 'Provisional'), ('District Attorney, Northeastern Circuit', 'Absentee by
 Mail'), ('District Attorney, Northeastern Circuit', 'Advance in Person'),
 ('District Attorney, Northeastern Circuit', 'Election Day'), ('District Atto
rney, Northeastern Circuit', 'Provisional'), ('District Attorney, Pataula Cir
cuit', 'Absentee by Mail'), ('District Attorney, Pataula Circuit', 'Advance i
n Person'), ('District Attorney, Pataula Circuit', 'Election Day'), ('Distric
t Attorney, Pataula Circuit', 'Provisional'), ('District Attorney, Paulding C
ircuit', 'Absentee by Mail'), ('District Attorney, Paulding Circuit', 'Advanc
e in Person'), ('District Attorney, Paulding Circuit', 'Election Day'), ('Dis
trict Attorney, Paulding Circuit', 'Provisional'), ('District Attorney, Rockd
ale Circuit', 'Absentee by Mail'), ('District Attorney, Rockdale Circuit', 'A
dvance in Person'), ('District Attorney, Rockdale Circuit', 'Election Day'),
 ('District Attorney, Rockdale Circuit', 'Provisional'), ('District Attorney,
 Waycross Circuit', 'Absentee by Mail'), ('District Attorney, Waycross Circui
t', 'Advance in Person'), ('District Attorney, Waycross Circuit', 'Election D
ay'), ('District Attorney, Waycross Circuit', 'Provisional'), ('Doraville - S
unday Alcohol Sales', 'Absentee by Mail'), ('Doraville - Sunday Alcohol Sale
s', 'Advance in Person 1'), ('Doraville - Sunday Alcohol Sales', 'Advance in
 Person 2'), ('Doraville - Sunday Alcohol Sales', 'Advance in Person 3'), ('D
oraville - Sunday Alcohol Sales', 'Election Day'), ('Doraville - Sunday Alcoh
ol Sales', 'Provisional'), ('Dunwoody - Sunday Alcohol Sales', 'Absentee by M
ail'), ('Dunwoody - Sunday Alcohol Sales', 'Advance in Person 1'), ('Dunwoody
 - Sunday Alcohol Sales', 'Advance in Person 2'), ('Dunwoody - Sunday Alcohol
 Sales', 'Advance in Person 3'), ('Dunwoody - Sunday Alcohol Sales', 'Electio
n Day'), ('Dunwoody - Sunday Alcohol Sales', 'Provisional'), ('ESPLOST', 'Abs
```

entee by Mail"), ('ESPLOST', 'Advance in Person'), ('ESPLOST', 'Election Da
y'), ('ESPLOST', 'Provisional'), ('Elect CC As NP', 'Absentee by Mail'), ('El
ect CC As NP', 'Advance in Person'), ('Elect CC As NP', 'Election Day'), ('El
ect CC As NP', 'Provisional'), ('FLOWERY BRANCH - CC P3', 'Absentee by Mai
l'), ('FLOWERY BRANCH - CC P3', 'Advance in Person'), ('FLOWERY BRANCH - CC P
3', 'Election Day'), ('FLOWERY BRANCH - CC P3', 'Provisional'), ('FLOWERY BRA
NCH - SUNDAY ALCOHOL SALES', 'Absentee by Mail'), ('FLOWERY BRANCH - SUNDAY A
LCOHOL SALES', 'Advance in Person'), ('FLOWERY BRANCH - SUNDAY ALCOHOL SALE
S', 'Election Day'), ('FLOWERY BRANCH - SUNDAY ALCOHOL SALES', 'Provisiona
l'), ('FORSYTH - SUNDAY ALCOHOL SALES', 'Absentee by Mail'), ('FORSYTH - SUND
AY ALCOHOL SALES', 'Advance in Person'), ('FORSYTH - SUNDAY ALCOHOL SALES',
'Election Day'), ('FORSYTH - SUNDAY ALCOHOL SALES', 'Provisional'), ('FREEPO
RT EXEMPTION', 'Absentee by Mail'), ('FREEPORT EXEMPTION', 'Advance in Perso
n'), ('FREEPORT EXEMPTION', 'Election Day'), ('FREEPORT EXEMPTION', 'Provisio
nal'), ('Fire Board - Arcade 4', 'Absentee by Mail'), ('Fire Board - Arcade
4', 'Advance in Person'), ('Fire Board - Arcade 4', 'Election Day'), ('Fire
Board - Arcade 4', 'Provisional'), ('Fire Board - Arcade 5', 'Absentee by Ma
il'), ('Fire Board - Arcade 5', 'Advance in Person'), ('Fire Board - Arcade
5', 'Election Day'), ('Fire Board - Arcade 5', 'Provisional'), ('Fire Board
- East Jackson 1', 'Absentee by Mail'), ('Fire Board - East Jackson 1', 'Adv
ance in Person'), ('Fire Board - East Jackson 1', 'Election Day'), ('Fire Boa
rd - East Jackson 1', 'Provisional'), ('Fire Board - East Jackson 3', 'Absent
ee by Mail'), ('Fire Board - East Jackson 3', 'Advance in Person'), ('Fire Bo
ard - East Jackson 3', 'Election Day'), ('Fire Board - East Jackson 3', 'Prov
isional'), ('Fire Board - East Jackson 5', 'Absentee by Mail'), ('Fire Board
- East Jackson 5', 'Advance in Person'), ('Fire Board - East Jackson 5', 'El
ection Day'), ('Fire Board - East Jackson 5', 'Provisional'), ('Fire Board -
Harrisburg 1', 'Absentee by Mail'), ('Fire Board - Harrisburg 1', 'Advance i
n Person'), ('Fire Board - Harrisburg 1', 'Election Day'), ('Fire Board - Har
risburg 1', 'Provisional'), ('Fire Board - Harrisburg 3', 'Absentee by Mai
l'), ('Fire Board - Harrisburg 3', 'Advance in Person'), ('Fire Board - Harri
sburg 3', 'Election Day'), ('Fire Board - Harrisburg 3', 'Provisional'), ('Fi
re Board - Jackson Trail 5', 'Absentee by Mail'), ('Fire Board - Jackson Trai
l 5', 'Advance in Person'), ('Fire Board - Jackson Trail 5', 'Election Day'),
('Fire Board - Jackson Trail 5', 'Provisional'), ('Fire Board - Jackson Trail
7', 'Absentee by Mail'), ('Fire Board - Jackson Trail 7', 'Advance in Perso
n'), ('Fire Board - Jackson Trail 7', 'Election Day'), ('Fire Board - Jackson
Trail 7', 'Provisional'), ('Fire Board - Maysville 1', 'Absentee by Mail'),
('Fire Board - Maysville 1', 'Advance in Person'), ('Fire Board - Maysville
1', 'Election Day'), ('Fire Board - Maysville 1', 'Provisional'), ('Fire Boa
rd - Maysville 2', 'Absentee by Mail'), ('Fire Board - Maysville 2', 'Advance
in Person'), ('Fire Board - Maysville 2', 'Election Day'), ('Fire Board - May
sville 2', 'Provisional'), ('Fire Board - Maysville 4', 'Absentee by Mail'),
('Fire Board - Maysville 4', 'Advance in Person'), ('Fire Board - Maysville
4', 'Election Day'), ('Fire Board - Maysville 4', 'Provisional'), ('Fire Boa
rd - Maysville 5', 'Absentee by Mail'), ('Fire Board - Maysville 5', 'Advance
in Person'), ('Fire Board - Maysville 5', 'Election Day'), ('Fire Board - May
sville 5', 'Provisional'), ('Fire Board - Nicholson 1', 'Absentee by Mail'),
('Fire Board - Nicholson 1', 'Advance in Person'), ('Fire Board - Nicholson
1', 'Election Day'), ('Fire Board - Nicholson 1', 'Provisional'), ('Fire Boa
rd - Nicholson 2', 'Absentee by Mail'), ('Fire Board - Nicholson 2', 'Advance
in Person'), ('Fire Board - Nicholson 2', 'Election Day'), ('Fire Board - Nic
holson 2', 'Provisional'), ('Fire Board - Nicholson 3', 'Absentee by Mail'),
('Fire Board - Nicholson 3', 'Advance in Person'), ('Fire Board - Nicholson
3', 'Election Day'), ('Fire Board - Nicholson 3', 'Provisional'), ('Fire Boa
rd - North Jackson 1', 'Absentee by Mail'), ('Fire Board - North Jackson 1',
'Advance in Person'), ('Fire Board - North Jackson 1', 'Election Day'), ('Fi

re Board - North Jackson 1', 'Provisional'), ('Fire Board - North Jackson 2', 'Absentee by Mail'), ('Fire Board - North Jackson 2', 'Advance in Person'), ('Fire Board - North Jackson 2', 'Election Day'), ('Fire Board - North Jackson 2', 'Provisional'), ('Fire Board - North Jackson 3', 'Absentee by Mail'), ('Fire Board - North Jackson 3', 'Advance in Person'), ('Fire Board - North Jackson 3', 'Election Day'), ('Fire Board - North Jackson 3', 'Provisional'), ('Fire Board - North Jackson 4', 'Absentee by Mail'), ('Fire Board - North Jackson 4', 'Advance in Person'), ('Fire Board - North Jackson 4', 'Election Day'), ('Fire Board - North Jackson 4', 'Provisional'), ('Fire Board - Plainview 1', 'Absentee by Mail'), ('Fire Board - Plainview 1', 'Advance in Person'), ('Fire Board - Plainview 1', 'Election Day'), ('Fire Board - Plainview 1', 'Provisional'), ('Fire Board - South Jackson 1', 'Absentee by Mail'), ('Fire Board - South Jackson 1', 'Advance in Person'), ('Fire Board - South Jackson 1', 'Election Day'), ('Fire Board - South Jackson 1', 'Provisional'), ('Fire Board - West Jackson 1', 'Absentee by Mail'), ('Fire Board - West Jackson 1', 'Advance in Person'), ('Fire Board - West Jackson 1', 'Election Day'), ('Fire Board - West Jackson 1', 'Provisional'), ('Fire Board - West Jackson 2', 'Absentee by Mail'), ('Fire Board - West Jackson 2', 'Advance in Person'), ('Fire Board - West Jackson 2', 'Election Day'), ('Fire Board - West Jackson 2', 'Provisional'), ('Freeport Exemptions', 'Absentee by Mail'), ('Freeport Exemptions', 'Advance in Person'), ('Freeport Exemptions', 'Election Day'), ('Freeport Exemptions', 'Provisional'), ('GAINESVILLE - SUNDAY ALCOHOL SALES', 'Absentee by Mail'), ('GAINESVILLE - SUNDAY ALCOHOL SALES', 'Advance in Person'), ('GAINESVILLE - SUNDAY ALCOHOL SALES', 'Election Day'), ('GAINESVILLE - SUNDAY ALCOHOL SALES', 'Provisional'), ('GRANTVILLE - CC P1', 'Absentee by Mail'), ('GRANTVILLE - CC P1', 'Advance in Person'), ('GRANTVILLE - CC P1', 'Election Day'), ('GRANTVILLE - CC P1', 'Provisional'), ('GRANTVILLE - CC P2', 'Absentee by Mail'), ('GRANTVILLE - CC P2', 'Advance in Person'), ('GRANTVILLE - CC P2', 'Election Day'), ('GRANTVILLE - CC P2', 'Provisional'), ('GRANTVILLE - MAYOR', 'Absentee by Mail'), ('GRANTVILLE - MAYOR', 'Advance in Person'), ('GRANTVILLE - MAYOR', 'Election Day'), ('GRANTVILLE - MAYOR', 'Provisional'), ('GRAY - MAYOR PRO-TEM', 'Absentee by Mail'), ('GRAY - MAYOR PRO-TEM', 'Advance in Person'), ('GRAY - MAYOR PRO-TEM', 'Election Day'), ('GRAY - MAYOR PRO-TEM', 'Provisional'), ('GRAY - SUNDAY ALCOHOL SALES', 'Absentee by Mail'), ('GRAY - SUNDAY ALCOHOL SALES', 'Advance in Person'), ('GRAY - SUNDAY ALCOHOL SALES', 'Election Day'), ('GRAY - SUNDAY ALCOHOL SALES', 'Provisional'), ('Glynn County Sunday Brunch', 'Absentee by Mail'), ('Glynn County Sunday Brunch', 'Advance in Person'), ('Glynn County Sunday Brunch', 'Election Day'), ('Glynn County Sunday Brunch', 'Provisional'), ('Governor', 'Absentee By Mail'), ('Governor', 'Absentee by Mail'), ('Governor', 'Advance in Person'), ('Governor', 'Advance in Person 1'), ('Governor', 'Advance in Person 2'), ('Governor', 'Advance in Person 3'), ('Governor', 'Election Day'), ('Governor', 'Provisional'), ('Grovetown Sunday Sales', 'Absentee by Mail'), ('Grovetown Sunday Sales', 'Advance in Person'), ('Grovetown Sunday Sales', 'Election Day'), ('Grovetown Sunday Sales', 'Provisional'), ('HALL SUNDAY ALCOHOL SALES', 'Absentee by Mail'), ('HALL SUNDAY ALCOHOL SALES', 'Advance in Person'), ('HALL SUNDAY ALCOHOL SALES', 'Election Day'), ('HALL SUNDAY ALCOHOL SALES', 'Provisional'), ('HAPEVILLE - SUNDAY ALCOHOL SALES', 'Absentee by Mail'), ('HAPEVILLE - SUNDAY ALCOHOL SALES', 'Advance in Person 1'), ('HAPEVILLE - SUNDAY ALCOHOL SALES', 'Advance in Person 2'), ('HAPEVILLE - SUNDAY ALCOHOL SALES', 'Advance in Person 3'), ('HAPEVILLE - SUNDAY ALCOHOL SALES', 'Election Day'), ('HAPEVILLE - SUNDAY ALCOHOL SALES', 'Provisional'), ('HOLLY SPRING - CC W1', 'Absentee by Mail'), ('HOLLY SPRING - CC W1', 'Advance in Person'), ('HOLLY SPRING - CC W1', 'Election Day'), ('HOLLY SPRING - CC W1', 'Provisional'), ('HOLLY SPRINGS - CC W2', 'Absentee by Mail'), ('HOLLY SPRINGS - CC W2', 'Advance in Person'), ('HOLLY SPRINGS - CC W2', 'Election Day'), ('HOLLY SPRINGS - CC W2', 'Provisional'), ('HOLLY SPRINGS - CC W4', 'Absentee by Mail'),

('HOLLY SPRINGS - CC W4', 'Advance in Person'), ('HOLLY SPRINGS - CC W4', 'Election Day'), ('HOLLY SPRINGS - CC W4', 'Provisional'), ('HOLLY SPRINGS - SUNDAY ALCOHOL SALES', 'Absentee by Mail'), ('HOLLY SPRINGS - SUNDAY ALCOHOL SALES', 'Advance in Person'), ('HOLLY SPRINGS - SUNDAY ALCOHOL SALES', 'Election Day'), ('HOLLY SPRINGS - SUNDAY ALCOHOL SALES', 'Provisional'), ('HOMESTEAD EXEMPTION AD VALOREM TAX', 'Absentee by Mail'), ('HOMESTEAD EXEMPTION AD VALOREM TAX', 'Advance in Person 1'), ('HOMESTEAD EXEMPTION AD VALOREM TAX', 'Advance in Person 2'), ('HOMESTEAD EXEMPTION AD VALOREM TAX', 'Advance in Person 3'), ('HOMESTEAD EXEMPTION AD VALOREM TAX', 'Election Day'), ('HOMESTEAD EXEMPTION AD VALOREM TAX', 'Provisional'), ('HOMESTEAD EXEMPTION PROPERTY TAX', 'Absentee by Mail'), ('HOMESTEAD EXEMPTION PROPERTY TAX', 'Advance in Person 1'), ('HOMESTEAD EXEMPTION PROPERTY TAX', 'Advance in Person 2'), ('HOMESTEAD EXEMPTION PROPERTY TAX', 'Advance in Person 3'), ('HOMESTEAD EXEMPTION PROPERTY TAX', 'Election Day'), ('HOMESTEAD EXEMPTION PROPERTY TAX', 'Provisional'), ('Habersham Alcohol by the Drink', 'Absentee by Mail'), ('Habersham Alcohol by the Drink', 'Advance in Person'), ('Habersham Alcohol by the Drink', 'Election Day'), ('Habersham Alcohol by the Drink', 'Provisional'), ('Habersham Sunday Alcohol', 'Absentee by Mail'), ('Habersham Sunday Alcohol', 'Advance in Person'), ('Habersham Sunday Alcohol', 'Election Day'), ('Habersham Sunday Alcohol', 'Provisional'), ('Harlem Redevelopment', 'Absentee by Mail'), ('Harlem Redevelopment', 'Advance in Person'), ('Harlem Redevelopment', 'Election Day'), ('Harlem Redevelopment', 'Provisional'), ('Harlem Sunday Sales', 'Absentee by Mail'), ('Harlem Sunday Sales', 'Advance in Person'), ('Harlem Sunday Sales', 'Election Day'), ('Harlem Sunday Sales', 'Provisional'), ('Hiawassee Brunch Resolution', 'Absentee by Mail'), ('Hiawassee Brunch Resolution', 'Advance in Person'), ('Hiawassee Brunch Resolution', 'Election Day'), ('Hiawassee Brunch Resolution', 'Provisional'), ('Homerville Sunday Alcohol Sales', 'Absentee by Mail'), ('Homerville Sunday Alcohol Sales', 'Advance in Person'), ('Homerville Sunday Alcohol Sales', 'Election Day'), ('Homerville Sunday Alcohol Sales', 'Provisional'), ('JOHNS CREEK - HOMESTEAD EXEMPTION', 'Absentee by Mail'), ('JOHNS CREEK - HOMESTEAD EXEMPTION', 'Advance in Person 1'), ('JOHNS CREEK - HOMESTEAD EXEMPTION', 'Advance in Person 2'), ('JOHNS CREEK - HOMESTEAD EXEMPTION', 'Advance in Person 3'), ('JOHNS CREEK - HOMESTEAD EXEMPTION', 'Election Day'), ('JOHNS CREEK - HOMESTEAD EXEMPTION', 'Provisional'), ('JOHNS CREEK - SUNDAY ALCOHOL SALES', 'Absentee by Mail'), ('JOHNS CREEK - SUNDAY ALCOHOL SALES', 'Advance in Person 1'), ('JOHNS CREEK - SUNDAY ALCOHOL SALES', 'Advance in Person 2'), ('JOHNS CREEK - SUNDAY ALCOHOL SALES', 'Advance in Person 3'), ('JOHNS CREEK - SUNDAY ALCOHOL SALES', 'Election Day'), ('JOHNS CREEK - SUNDAY ALCOHOL SALES', 'Provisional'), ('KINGSLAND - CC, P3', 'Absentee by Mail'), ('KINGSLAND - CC, P3', 'Advance in Person'), ('KINGSLAND - CC, P3', 'Election Day'), ('KINGSLAND - CC, P3', 'Provisional'), ('KINGSLAND - CC, P4', 'Absentee by Mail'), ('KINGSLAND - CC, P4', 'Advance in Person'), ('KINGSLAND - CC, P4', 'Election Day'), ('KINGSLAND - CC, P4', 'Provisional'), ('KINGSLAND - MAYOR', 'Absentee by Mail'), ('KINGSLAND - MAYOR', 'Advance in Person'), ('KINGSLAND - MAYOR', 'Election Day'), ('KINGSLAND - MAYOR', 'Provisional'), ('Kennesaw Sunday Alcohol Sales', 'Absentee by Mail'), ('Kennesaw Sunday Alcohol Sales', 'Advance in Person 1'), ('Kennesaw Sunday Alcohol Sales', 'Advance in Person 2'), ('Kennesaw Sunday Alcohol Sales', 'Election Day'), ('Kennesaw Sunday Alcohol Sales', 'Provisional'), ('LAFAYETTE - Pkg Sales', 'Absentee by Mail'), ('LAFAYETTE - Pkg Sales', 'Advance in Person'), ('LAFAYETTE - Pkg Sales', 'Election Day'), ('LAFAYETTE - Pkg Sales', 'Provisional'), ('LAFAYETTE - Sales by Drink', 'Absentee by Mail'), ('LAFAYETTE - Sales by Drink', 'Advance in Person'), ('LAFAYETTE - Sales by Drink', 'Election Day'), ('LAFAYETTE - Sales by Drink', 'Provisional'), ('LAFAYETTE - Sunday by Drink', 'Absentee by Mail'), ('LAFAYETTE - Sunday by Drink', 'Advance in Person'), ('LAFAYETTE - Sunday by Drink', 'Election Day'), ('LAFAYETTE - Sunday by Drink', 'Provisional'), ('LAKE PARK CITY COUNCIL', 'Absent

ee by Mail"), ('LAKE PARK CITY COUNCIL', 'Advance in Person'), ('LAKE PARK CITY COUNCIL', 'Election Day'), ('LAKE PARK CITY COUNCIL', 'Provisional'), ('LAKE PARK MAYOR', 'Absentee by Mail'), ('LAKE PARK MAYOR', 'Advance in Person'), ('LAKE PARK MAYOR', 'Election Day'), ('LAKE PARK MAYOR', 'Provisional'), ('Lieutenant Governor', 'Absentee By Mail'), ('Lieutenant Governor', 'Absentee by Mail'), ('Lieutenant Governor', 'Advance in Person'), ('Lieutenant Governor', 'Advance in Person 1'), ('Lieutenant Governor', 'Advance in Person 2'), ('Lieutenant Governor', 'Advance in Person 3'), ('Lieutenant Governor', 'Election Day'), ('Lieutenant Governor', 'Provisional'), ('MILTON - CITY COUNCIL D1 P2', 'Absentee by Mail'), ('MILTON - CITY COUNCIL D1 P2', 'Advance in Person 1'), ('MILTON - CITY COUNCIL D1 P2', 'Advance in Person 2'), ('MILTON - CITY COUNCIL D1 P2', 'Advance in Person 3'), ('MILTON - CITY COUNCIL D1 P2', 'Election Day'), ('MILTON - CITY COUNCIL D1 P2', 'Provisional'), ('MILTON - HOMESTEAD EXEMPTION', 'Absentee by Mail'), ('MILTON - HOMESTEAD EXEMPTION', 'Advance in Person 1'), ('MILTON - HOMESTEAD EXEMPTION', 'Advance in Person 2'), ('MILTON - HOMESTEAD EXEMPTION', 'Advance in Person 3'), ('MILTON - HOMESTEAD EXEMPTION', 'Election Day'), ('MILTON - HOMESTEAD EXEMPTION', 'Provisional'), ('MILTON - SUNDAY ALCOHOL SALES', 'Absentee by Mail'), ('MILTON - SUNDAY ALCOHOL SALES', 'Advance in Person 1'), ('MILTON - SUNDAY ALCOHOL SALES', 'Advance in Person 2'), ('MILTON - SUNDAY ALCOHOL SALES', 'Advance in Person 3'), ('MILTON - SUNDAY ALCOHOL SALES', 'Election Day'), ('MILTON - SUNDAY ALCOHOL SALES', 'Provisional'), ('Magistrate Court Judge', 'Absentee by Mail'), ('Magistrate Court Judge', 'Advance in Person'), ('Magistrate Court Judge', 'Election Day'), ('Magistrate Court Judge', 'Provisional'), ('Marietta Sunday Alcohol Sales', 'Absentee by Mail'), ('Marietta Sunday Alcohol Sales', 'Advance in Person 1'), ('Marietta Sunday Alcohol Sales', 'Advance in Person 2'), ('Marietta Sunday Alcohol Sales', 'Election Day'), ('Marietta Sunday Alcohol Sales', 'Provisional'), ('Midway Package Sales', 'Absentee by Mail'), ('Midway Package Sales', 'Advance in Person'), ('Midway Package Sales', 'Election Day'), ('Midway Package Sales', 'Provisional'), ('NEWNAN - CC D1 PA', 'Absentee by Mail'), ('NEWNAN - CC D1 PA', 'Advance in Person'), ('NEWNAN - CC D1 PA', 'Election Day'), ('NEWNAN - CC D1 PA', 'Provisional'), ('OAKWOOD - SUNDAY ALCOHOL SALES', 'Absentee by Mail'), ('OAKWOOD - SUNDAY ALCOHOL SALES', 'Advance in Person'), ('OAKWOOD - SUNDAY ALCOHOL SALES', 'Election Day'), ('OAKWOOD - SUNDAY ALCOHOL SALES', 'Provisional'), ('Oak Park - CC Post 1', 'Absentee by Mail'), ('Oak Park - CC Post 1', 'Advance in Person'), ('Oak Park - CC Post 1', 'Election Day'), ('Oak Park - CC Post 1', 'Provisional'), ('Oak Park - CC Post 2', 'Absentee by Mail'), ('Oak Park - CC Post 2', 'Advance in Person'), ('Oak Park - CC Post 2', 'Election Day'), ('Oak Park - CC Post 2', 'Provisional'), ('Oak Park - Mayor', 'Absentee by Mail'), ('Oak Park - Mayor', 'Advance in Person'), ('Oak Park - Mayor', 'Election Day'), ('Oak Park - Mayor', 'Provisional'), ('PERRY - SUNDAY BRUNCH ALCOHOL SALES  ', 'Absentee by Mail'), ('PERRY - SUNDAY BRUNCH ALCOHOL SALES  ', 'Advance in Person'), ('PERRY - SUNDAY BRUNCH ALCOHOL SALES  ', 'Election Day'), ('PERRY - SUNDAY BRUNCH ALCOHOL SALES  ', 'Provisional'), ('PINE MOUNTAIN - SUNDAY ALCOHOL SALES', 'Absentee by Mail'), ('PINE MOUNTAIN - SUNDAY ALCOHOL SALES', 'Advance in Person'), ('PINE MOUNTAIN - SUNDAY ALCOHOL SALES', 'Election Day'), ('PINE MOUNTAIN - SUNDAY ALCOHOL SALES', 'Provisional'), ('PROBATE JUDGE SPECIAL', 'Absentee by Mail'), ('PROBATE JUDGE SPECIAL', 'Advance in Person'), ('PROBATE JUDGE SPECIAL', 'Election Day'), ('PROBATE JUDGE SPECIAL', 'Provisional'), ("PROPOSED CITY OF EAGLE'S LANDING", 'Absentee by Mail'), ("PROPOSED CITY OF EAGLE'S LANDING", 'Advance in Person'), ("PROPOSED CITY OF EAGLE'S LANDING", 'Election Day'), ("PROPOSED CITY OF EAGLE'S LANDING", 'Provisional'), ('Paulding County Sunday Brunch Alcohol Sales', 'Absentee by Mail'), ('Paulding County Sunday Brunch Alcohol Sales', 'Advance in Person'), ('Paulding County Sunday Brunch Alcohol Sales', 'Election Day'), ('Paulding County Sunday Brunch Alcohol Sales', 'Provisional'), ('Pooler Freeport Q1', 'Absentee by Mail'), ('Pooler Fr

eeport Q1', 'Advance in Person'), ('Pooler Freeport Q1', 'Election Day'), ('P
ooler Freeport Q1', 'Provisional'), ('Pooler Freeport Q2', 'Absentee by Mai
l'), ('Pooler Freeport Q2', 'Advance in Person'), ('Pooler Freeport Q2', 'Ele
ction Day'), ('Pooler Freeport Q2', 'Provisional'), ('Pooler Freeport Q3', 'A
bsentee by Mail'), ('Pooler Freeport Q3', 'Advance in Person'), ('Pooler Free
port Q3', 'Election Day'), ('Pooler Freeport Q3', 'Provisional'), ('Pooler Fr
eeport Q4', 'Absentee by Mail'), ('Pooler Freeport Q4', 'Advance in Person'),
('Pooler Freeport Q4', 'Election Day'), ('Pooler Freeport Q4', 'Provisiona
l'), ('Pooler Sunday Alcohol', 'Absentee by Mail'), ('Pooler Sunday Alcohol',
'Advance in Person'), ('Pooler Sunday Alcohol', 'Election Day'), ('Pooler Sun
day Alcohol', 'Provisional'), ('Port Wentworth Alcohol', 'Absentee by Mail'),
('Port Wentworth Alcohol', 'Advance in Person'), ('Port Wentworth Alcohol',
'Election Day'), ('Port Wentworth Alcohol', 'Provisional'), ('Powder Spgs Su
nday Alcohol Sales', 'Absentee by Mail'), ('Powder Spgs Sunday Alcohol Sale
s', 'Advance in Person 1'), ('Powder Spgs Sunday Alcohol Sales', 'Advance in
Person 2'), ('Powder Spgs Sunday Alcohol Sales', 'Election Day'), ('Powder S
pgs Sunday Alcohol Sales', 'Provisional'), ('Public Service Commission, Distr
ict 3 - Metro-Atlanta', 'Absentee By Mail'), ('Public Service Commission, Dis
trict 3 - Metro-Atlanta', 'Absentee by Mail'), ('Public Service Commission, D
istrict 3 - Metro-Atlanta', 'Advance in Person'), ('Public Service Commissio
n, District 3 - Metro-Atlanta', 'Advance in Person 1'), ('Public Service Comm
ission, District 3 - Metro-Atlanta', 'Advance in Person 2'), ('Public Service
Commission, District 3 - Metro-Atlanta', 'Advance in Person 3'), ('Public Ser
vice Commission, District 3 - Metro-Atlanta', 'Election Day'), ('Public Servi
ce Commission, District 3 - Metro-Atlanta', 'Provisional'), ('Public Service
Commission, District 5 - Western', 'Absentee By Mail'), ('Public Service Com
mission, District 5 - Western', 'Absentee by Mail'), ('Public Service Commiss
ion, District 5 - Western', 'Advance in Person'), ('Public Service Commissio
n, District 5 - Western', 'Advance in Person 1'), ('Public Service Commissio
n, District 5 - Western', 'Advance in Person 2'), ('Public Service Commissio
n, District 5 - Western', 'Advance in Person 3'), ('Public Service Commissio
n, District 5 - Western', 'Election Day'), ('Public Service Commission, Distr
ict 5 - Western', 'Provisional'), ('REDEVELOPMENTPOWERS REFERENDUM', 'Absente
e by Mail'), ('REDEVELOPMENTPOWERS REFERENDUM', 'Advance in Person'), ('REDEV
ELOPMENTPOWERS REFERENDUM', 'Election Day'), ('REDEVELOPMENTPOWERS REFERENDU
M', 'Provisional'), ('REPEAL CONSTITUTION AMENDMENT', 'Absentee by Mail'),
('REPEAL CONSTITUTION AMENDMENT', 'Advance in Person 1'), ('REPEAL CONSTITUT
ION AMENDMENT', 'Advance in Person 2'), ('REPEAL CONSTITUTION AMENDMENT', 'Ad
vance in Person 3'), ('REPEAL CONSTITUTION AMENDMENT', 'Election Day'), ('REP
EAL CONSTITUTION AMENDMENT', 'Provisional'), ('ROSWELL - HOMESTEAD EXEMPTIO
N', 'Absentee by Mail'), ('ROSWELL - HOMESTEAD EXEMPTION', 'Advance in Person
1'), ('ROSWELL - HOMESTEAD EXEMPTION', 'Advance in Person 2'), ('ROSWELL - HO
MESTEAD EXEMPTION', 'Advance in Person 3'), ('ROSWELL - HOMESTEAD EXEMPTION',
'Election Day'), ('ROSWELL - HOMESTEAD EXEMPTION', 'Provisional'), ('ROSWELL
- SUNDAY ALCOHOL SALES', 'Absentee by Mail'), ('ROSWELL - SUNDAY ALCOHOL SAL
ES', 'Advance in Person 1'), ('ROSWELL - SUNDAY ALCOHOL SALES', 'Advance in P
erson 2'), ('ROSWELL - SUNDAY ALCOHOL SALES', 'Advance in Person 3'), ('ROSWE
LL - SUNDAY ALCOHOL SALES', 'Election Day'), ('ROSWELL - SUNDAY ALCOHOL SALE
S', 'Provisional'), ('Redisville - Sunday Package Sales', 'Absentee by Mai
l'), ('Redisville - Sunday Package Sales', 'Advance in Person'), ('Redisville
- Sunday Package Sales', 'Election Day'), ('Redisville - Sunday Package Sale
s', 'Provisional'), ('Regulation of Sunday Alcohol Sales', 'Absentee by Mai
l'), ('Regulation of Sunday Alcohol Sales', 'Advance in Person'), ('Regulatio
n of Sunday Alcohol Sales', 'Election Day'), ('Regulation of Sunday Alcohol S
ales', 'Provisional'), ('Reidsville - Alcohol by the Drink', 'Absentee by Mai
l'), ('Reidsville - Alcohol by the Drink', 'Advance in Person'), ('Reidsville
- Alcohol by the Drink', 'Election Day'), ('Reidsville - Alcohol by the Drin

k', 'Provisional'), ('Reidsville - Sunday Sales by the Drink', 'Absentee by M
ail'), ('Reidsville - Sunday Sales by the Drink', 'Advance in Person'), ('Rei
dsville - Sunday Sales by the Drink', 'Election Day'), ('Reidsville - Sunday
 Sales by the Drink', 'Provisional'), ('Reidsville City Council W2P3', 'Absen
tee by Mail'), ('Reidsville City Council W2P3', 'Advance in Person'), ('Reids
ville City Council W2P3', 'Election Day'), ('Reidsville City Council W2P3',
 'Provisional'), ('SANDY SPRINGS - SUNDAY ALCOHOL SALES', 'Absentee by Mai
l'), ('SANDY SPRINGS - SUNDAY ALCOHOL SALES', 'Advance in Person 1'), ('SANDY
SPRINGS - SUNDAY ALCOHOL SALES', 'Advance in Person 2'), ('SANDY SPRINGS - SU
NDAY ALCOHOL SALES', 'Advance in Person 3'), ('SANDY SPRINGS - SUNDAY ALCOHOL
SALES', 'Election Day'), ('SANDY SPRINGS - SUNDAY ALCOHOL SALES', 'Provisiona
l'), ('SCHOOL BONDS - SALES AND USE TAX', 'Absentee by Mail'), ('SCHOOL BONDS
 - SALES AND USE TAX', 'Advance in Person'), ('SCHOOL BONDS - SALES AND USE TA
X', 'Election Day'), ('SCHOOL BONDS - SALES AND USE TAX', 'Provisional'), ('S
ENOIA - SUNDAY ALCOHOL SALES', 'Absentee by Mail'), ('SENOIA - SUNDAY ALCOHOL
SALES', 'Advance in Person'), ('SENOIA - SUNDAY ALCOHOL SALES', 'Election Da
y'), ('SENOIA - SUNDAY ALCOHOL SALES', 'Provisional'), ('SHARPSBURG - MAYOR S
PECIAL', 'Absentee by Mail'), ('SHARPSBURG - MAYOR SPECIAL', 'Advance in Pers
on'), ('SHARPSBURG - MAYOR SPECIAL', 'Election Day'), ('SHARPSBURG - MAYOR SP
ECIAL', 'Provisional'), ('SHARPSBURG - TOWN COUNCIL P3 SPECIAL', 'Absentee by
Mail'), ('SHARPSBURG - TOWN COUNCIL P3 SPECIAL', 'Advance in Person'), ('SHAR
PSBURG - TOWN COUNCIL P3 SPECIAL', 'Election Day'), ('SHARPSBURG - TOWN COUNC
IL P3 SPECIAL', 'Provisional'), ('SHERIFF SPECIAL', 'Absentee by Mail'), ('SH
ERIFF SPECIAL', 'Advance in Person'), ('SHERIFF SPECIAL', 'Election Day'),
 ('SHERIFF SPECIAL', 'Provisional'), ('SOIL AND WATER', 'Absentee by Mail'),
 ('SOIL AND WATER', 'Advance in Person'), ('SOIL AND WATER', 'Advance in Pers
on 1'), ('SOIL AND WATER', 'Advance in Person 2'), ('SOIL AND WATER', 'Advanc
e in Person 3'), ('SOIL AND WATER', 'Election Day'), ('SOIL AND WATER', 'Prov
isional'), ('SOLICITOR', 'Absentee by Mail'), ('SOLICITOR', 'Advance in Perso
n'), ('SOLICITOR', 'Election Day'), ('SOLICITOR', 'Provisional'), ('SOLICITOR
GEN', 'Absentee by Mail'), ('SOLICITOR GEN', 'Advance in Person'), ('SOLICITO
R GEN', 'Election Day'), ('SOLICITOR GEN', 'Provisional'), ('SOLICITOR GENERA
L', 'Absentee by Mail'), ('SOLICITOR GENERAL', 'Advance in Person'), ('SOLICI
TOR GENERAL', 'Election Day'), ('SOLICITOR GENERAL', 'Provisional'), ('SOLICI
TOR of STATE COURT', 'Absentee by Mail'), ('SOLICITOR of STATE COURT', 'Advan
ce in Person'), ('SOLICITOR of STATE COURT', 'Election Day'), ('SOLICITOR of
 STATE COURT', 'Provisional'), ('SOLICITOR-GENERAL', 'Absentee by Mail'), ('S
OLICITOR-GENERAL', 'Advance in Person'), ('SOLICITOR-GENERAL', 'Election Da
y'), ('SOLICITOR-GENERAL', 'Provisional'), ('SOUTH FULTON - 1. FREEPORT EXEMP
TION', 'Absentee by Mail'), ('SOUTH FULTON - 1. FREEPORT EXEMPTION', 'Advance
in Person 1'), ('SOUTH FULTON - 1. FREEPORT EXEMPTION', 'Advance in Person
 2'), ('SOUTH FULTON - 1. FREEPORT EXEMPTION', 'Advance in Person 3'), ('SOUT
H FULTON - 1. FREEPORT EXEMPTION', 'Election Day'), ('SOUTH FULTON - 1. FREEP
ORT EXEMPTION', 'Provisional'), ('SOUTH FULTON - 2. FREEPORT EXEMPTION', 'Abs
entee by Mail'), ('SOUTH FULTON - 2. FREEPORT EXEMPTION', 'Advance in Person
 1'), ('SOUTH FULTON - 2. FREEPORT EXEMPTION', 'Advance in Person 2'), ('SOUT
H FULTON - 2. FREEPORT EXEMPTION', 'Advance in Person 3'), ('SOUTH FULTON -
 2. FREEPORT EXEMPTION', 'Election Day'), ('SOUTH FULTON - 2. FREEPORT EXEMPT
ION', 'Provisional'), ('SOUTH FULTON - 3. FREEPORT EXEMPTION', 'Absentee by M
ail'), ('SOUTH FULTON - 3. FREEPORT EXEMPTION', 'Advance in Person 1'), ('SOU
TH FULTON - 3. FREEPORT EXEMPTION', 'Advance in Person 2'), ('SOUTH FULTON -
 3. FREEPORT EXEMPTION', 'Advance in Person 3'), ('SOUTH FULTON - 3. FREEPORT
EXEMPTION', 'Election Day'), ('SOUTH FULTON - 3. FREEPORT EXEMPTION', 'Provis
ional'), ('SOUTH FULTON - 4. FREEPORT EXEMPTION', 'Absentee by Mail'), ('SOUT
H FULTON - 4. FREEPORT EXEMPTION', 'Advance in Person 1'), ('SOUTH FULTON -
 4. FREEPORT EXEMPTION', 'Advance in Person 2'), ('SOUTH FULTON - 4. FREEPORT
EXEMPTION', 'Advance in Person 3'), ('SOUTH FULTON - 4. FREEPORT EXEMPTION',

'Election Day'), ('SOUTH FULTON - 4. FREEPORT EXEMPTION', 'Provisional'),
('SOUTH FULTON - SUNDAY ALCOHOL SALES', 'Absentee by Mail'), ('SOUTH FULTON
- SUNDAY ALCOHOL SALES', 'Advance in Person 1'), ('SOUTH FULTON - SUNDAY ALC
OHOL SALES', 'Advance in Person 2'), ('SOUTH FULTON - SUNDAY ALCOHOL SALES',
'Advance in Person 3'), ('SOUTH FULTON - SUNDAY ALCOHOL SALES', 'Election Da
y'), ('SOUTH FULTON - SUNDAY ALCOHOL SALES', 'Provisional'), ('SP - 1', 'Abse
ntee by Mail'), ('SP - 1', 'Advance in Person'), ('SP - 1', 'Election Day'),
('SP - 1', 'Provisional'), ('SP - 2', 'Absentee by Mail'), ('SP - 2', 'Advan
ce in Person'), ('SP - 2', 'Election Day'), ('SP - 2', 'Provisional'), ('SP -
3', 'Absentee by Mail'), ('SP - 3', 'Advance in Person'), ('SP - 3', 'Electio
n Day'), ('SP - 3', 'Provisional'), ('SP - 4 ', 'Absentee by Mail'), ('SP - 4
', 'Advance in Person'), ('SP - 4 ', 'Election Day'), ('SP - 4 ', 'Provisiona
l'), ('SP - Tax Assessor, P2', 'Absentee by Mail'), ('SP - Tax Assessor, P2',
'Advance in Person'), ('SP - Tax Assessor, P2', 'Election Day'), ('SP - Tax A
ssessor, P2', 'Provisional'), ('SP - Vidalia City', 'Absentee by Mail'), ('SP
- Vidalia City', 'Advance in Person'), ('SP - Vidalia City', 'Election Day'),
('SP - Vidalia City', 'Provisional'), ('SP-BOE, D3 P5', 'Absentee by Mail'),
('SP-BOE, D3 P5', 'Advance in Person'), ('SP-BOE, D3 P5', 'Election Day'),
('SP-BOE, D3 P5', 'Provisional'), ('SP-Folkston Alcohol Sales', 'Absentee by
Mail'), ('SP-Folkston Alcohol Sales', 'Advance in Person'), ('SP-Folkston Alc
ohol Sales', 'Election Day'), ('SP-Folkston Alcohol Sales', 'Provisional'),
('SP-Folkston City Council, P2-A', 'Absentee by Mail'), ('SP-Folkston City C
ouncil, P2-A', 'Advance in Person'), ('SP-Folkston City Council, P2-A', 'Elec
tion Day'), ('SP-Folkston City Council, P2-A', 'Provisional'), ('SP-Richmond
Hill Brunch Bill', 'Absentee by Mail'), ('SP-Richmond Hill Brunch Bill', 'Ad
vance in Person'), ('SP-Richmond Hill Brunch Bill', 'Election Day'), ('SP-Ric
hmond Hill Brunch Bill', 'Provisional'), ('SP-Sky Valley Brunch Bill', 'Absen
tee by Mail'), ('SP-Sky Valley Brunch Bill', 'Advance in Person'), ('SP-Sky V
alley Brunch Bill', 'Election Day'), ('SP-Sky Valley Brunch Bill', 'Provision
al'), ('SPLOST', 'Absentee by Mail'), ('SPLOST', 'Advance in Person'), ('SPLO
ST', 'Election Day'), ('SPLOST', 'Provisional'), ('SPLOST REFERENDUM', 'Absen
tee by Mail'), ('SPLOST REFERENDUM', 'Advance in Person'), ('SPLOST REFERENDU
M', 'Election Day'), ('SPLOST REFERENDUM', 'Provisional'), ("ST. MARY'S - CC,
P3", 'Absentee by Mail'), ("ST. MARY'S - CC, P3", 'Advance in Person'), ("ST.
MARY'S - CC, P3", 'Election Day'), ("ST. MARY'S - CC, P3", 'Provisional'),
("ST.MARY'S - CC, P1", 'Absentee by Mail'), ("ST.MARY'S - CC, P1", 'Advance
in Person'), ("ST.MARY'S - CC, P1", 'Election Day'), ("ST.MARY'S - CC, P1",
'Provisional'), ("ST.MARY'S - CC, P2", 'Absentee by Mail'), ("ST.MARY'S - C
C, P2", 'Advance in Person'), ("ST.MARY'S - CC, P2", 'Election Day'), ("ST.MA
RY'S - CC, P2", 'Provisional'), ('STATE COURT SOLICITOR', 'Absentee by Mai
l'), ('STATE COURT SOLICITOR', 'Advance in Person'), ('STATE COURT SOLICITO
R', 'Election Day'), ('STATE COURT SOLICITOR', 'Provisional'), ('SUNDAY ALCOH
OL SALES', 'Absentee by Mail'), ('SUNDAY ALCOHOL SALES', 'Advance in Perso
n'), ('SUNDAY ALCOHOL SALES', 'Election Day'), ('SUNDAY ALCOHOL SALES', 'Prov
isional'), ('SUNDAY BRUNCH ALCOHOL SALES', 'Absentee by Mail'), ('SUNDAY BRUN
CH ALCOHOL SALES', 'Advance in Person'), ('SUNDAY BRUNCH ALCOHOL SALES', 'Ele
ction Day'), ('SUNDAY BRUNCH ALCOHOL SALES', 'Provisional'), ('Savannah Freep
ort Exemption', 'Absentee by Mail'), ('Savannah Freeport Exemption', 'Advance
in Person'), ('Savannah Freeport Exemption', 'Election Day'), ('Savannah Free
port Exemption', 'Provisional'), ('Savannah Sunday Alcohol', 'Absentee by Mai
l'), ('Savannah Sunday Alcohol', 'Advance in Person'), ('Savannah Sunday Alco
hol', 'Election Day'), ('Savannah Sunday Alcohol', 'Provisional'), ('Secretar
y Of State', 'Absentee By Mail'), ('Secretary Of State', 'Absentee by Mail'),
('Secretary Of State', 'Advance in Person'), ('Secretary Of State', 'Advance
in Person 1'), ('Secretary Of State', 'Advance in Person 2'), ('Secretary Of
State', 'Advance in Person 3'), ('Secretary Of State', 'Election Day'), ('Sec
retary Of State', 'Provisional'), ('Sheriff - SP', 'Absentee by Mail'), ('She

riff - SP', 'Advance in Person'), ('Sheriff - SP', 'Election Day'), ('Sheriff - SP', 'Provisional'), ('Sky Valley Coucil', 'Absentee by Mail'), ('Sky Valley Coucil', 'Advance in Person'), ('Sky Valley Coucil', 'Election Day'), ('Sky Valley Coucil', 'Provisional'), ('Smyrna Sunday Alcohol Sales', 'Absentee by Mail'), ('Smyrna Sunday Alcohol Sales', 'Advance in Person 1'), ('Smyrna Sunday Alcohol Sales', 'Advance in Person 2'), ('Smyrna Sunday Alcohol Sales', 'Election Day'), ('Smyrna Sunday Alcohol Sales', 'Provisional'), ('Soil and Water', 'Absentee By Mail'), ('Soil and Water', 'Absentee by Mail'), ('Soil and Water', 'Advance in Person'), ('Soil and Water', 'Advance in Person 1'), ('Soil and Water', 'Advance in Person 2'), ('Soil and Water', 'Advance in Person 3'), ('Soil and Water', 'Election Day'), ('Soil and Water', 'Provisional'), ('Soil and Water-Coosa River', 'Absentee by Mail'), ('Soil and Water-Coosa River', 'Advance in Person'), ('Soil and Water-Coosa River', 'Election Day'), ('Soil and Water-Coosa River', 'Provisional'), ('Sole Commissioner', 'Absentee by Mail'), ('Sole Commissioner', 'Advance in Person'), ('Sole Commissioner', 'Election Day'), ('Sole Commissioner', 'Provisional'), ('Solicitor General', 'Absentee by Mail'), ('Solicitor General', 'Advance in Person'), ('Solicitor General', 'Advance in Person 2'), ('Solicitor General', 'Election Day'), ('Solicitor General', 'Provisional'), ('Solicitor-General', 'Absentee by Mail'), ('Solicitor-General', 'Advance in Person 1'), ('Solicitor-General', 'Advance in Person 2'), ('Solicitor-General', 'Election Day'), ('Solicitor-General', 'Provisional'), ('Special - Ashburn - City Council', 'Absentee by Mail'), ('Special - Ashburn - City Council', 'Advance in Person'), ('Special - Ashburn - City Council', 'Election Day'), ('Special - Ashburn - City Council', 'Provisional'), ('Special - BOE D4', 'Absentee by Mail'), ('Special - BOE D4', 'Advance in Person'), ('Special - BOE D4', 'Election Day'), ('Special - BOE D4', 'Provisional'), ('Special - BOE D5', 'Absentee by Mail'), ('Special - BOE D5', 'Advance in Person'), ('Special - BOE D5', 'Election Day'), ('Special - BOE D5', 'Provisional'), ('Special - City Council D1S3', 'Absentee by Mail'), ('Special - City Council D1S3', 'Advance in Person'), ('Special - City Council D1S3', 'Election Day'), ('Special - City Council D1S3', 'Provisional'), ('Special - City of Claxton Alcohol', 'Absentee by Mail'), ('Special - City of Claxton Alcohol', 'Advance in Person'), ('Special - City of Claxton Alcohol', 'Election Day'), ('Special - City of Claxton Alcohol', 'Provisional'), ('Special - City of Waco', 'Absentee by Mail'), ('Special - City of Waco', 'Advance in Person'), ('Special - City of Waco', 'Election Day'), ('Special - City of Waco', 'Provisional'), ('Special - County 1% Tax ', 'Absentee by Mail'), ('Special - County 1% Tax ', 'Advance in Person'), ('Special - County 1% Tax ', 'Election Day'), ('Special - County 1% Tax ', 'Provisional'), ('Special - Edu Sales Tax', 'Absentee by Mail'), ('Special - Edu Sales Tax', 'Advance in Person'), ('Special - Edu Sales Tax', 'Election Day'), ('Special - Edu Sales Tax', 'Provisional'), ('Special - Educational Sales Tax', 'Absentee by Mail'), ('Special - Educational Sales Tax', 'Advance in Person'), ('Special - Educational Sales Tax', 'Election Day'), ('Special - Educational Sales Tax', 'Provisional'), ('Special - Freeport Exemption', 'Absentee by Mail'), ('Special - Freeport Exemption', 'Advance in Person'), ('Special - Freeport Exemption', 'Election Day'), ('Special - Freeport Exemption', 'Provisional'), ('Special - Jesup Sunday Package Sales', 'Absentee by Mail'), ('Special - Jesup Sunday Package Sales', 'Advance in Person'), ('Special - Jesup Sunday Package Sales', 'Election Day'), ('Special - Jesup Sunday Package Sales', 'Provisional'), ('Special - Jesup Sunday Sales By the Drink', 'Absentee by Mail'), ('Special - Jesup Sunday Sales By the Drink', 'Advance in Person'), ('Special - Jesup Sunday Sales By the Drink', 'Election Day'), ('Special - Jesup Sunday Sales By the Drink', 'Provisional'), ('Special - Lakeland  - Package Sales', 'Absentee by Mail'), ('Special - Lakeland  - Package Sales', 'Advance in Person'), ('Special - Lakeland  - Package Sales', 'Election Day'), ('Special - Lakeland  - Package Sales', 'Provisional'), ('Special - Lakeland  - Sales by th

e Drink', 'Absentee by Mail'), ('Special - Lakeland  - Sales by the Drink', 'Advance in Person'), ('Special - Lakeland  - Sales by the Drink', 'Election Day'), ('Special - Lakeland  - Sales by the Drink', 'Provisional'), ('Special - Madison - Sunday Brunch', 'Absentee by Mail'), ('Special - Madison - Sunday Brunch', 'Advance in Person'), ('Special - Madison - Sunday Brunch', 'Electio n Day'), ('Special - Madison - Sunday Brunch', 'Provisional'), ('Special - No rwood Alcohol Package Sales', 'Absentee by Mail'), ('Special - Norwood Alcoho l Package Sales', 'Advance in Person'), ('Special - Norwood Alcohol Package S ales', 'Election Day'), ('Special - Norwood Alcohol Package Sales', 'Provisio nal'), ('Special - Package Sales', 'Absentee by Mail'), ('Special - Package S ales', 'Advance in Person'), ('Special - Package Sales', 'Election Day'), ('S pecial - Package Sales', 'Provisional'), ('Special - Renew Education 1% Tax', 'Absentee by Mail'), ('Special - Renew Education 1% Tax', 'Advance in Perso n'), ('Special - Renew Education 1% Tax', 'Election Day'), ('Special - Renew  Education 1% Tax', 'Provisional'), ('Special - SPLOST', 'Absentee by Mail'), ('Special - SPLOST', 'Advance in Person'), ('Special - SPLOST', 'Election Da y'), ('Special - SPLOST', 'Provisional'), ('Special - Sales and Use', 'Absent ee by Mail'), ('Special - Sales and Use', 'Advance in Person'), ('Special - S ales and Use', 'Election Day'), ('Special - Sales and Use', 'Provisional'),  ('Special - Sales and Use Tax', 'Absentee by Mail'), ('Special - Sales and U se Tax', 'Advance in Person'), ('Special - Sales and Use Tax', 'Election Da y'), ('Special - Sales and Use Tax', 'Provisional'), ('Special - School Bond s', 'Absentee by Mail'), ('Special - School Bonds', 'Advance in Person'), ('S pecial - School Bonds', 'Advance in Person 2'), ('Special - School Bonds', 'E lection Day'), ('Special - School Bonds', 'Provisional'), ('Special - Sunday  Brunch', 'Absentee by Mail'), ('Special - Sunday Brunch', 'Advance in Perso n'), ('Special - Sunday Brunch', 'Election Day'), ('Special - Sunday Brunch', 'Provisional'), ('Special - Sunday Sales', 'Absentee by Mail'), ('Special - S unday Sales', 'Advance in Person'), ('Special - Sunday Sales', 'Advance in Pe rson 2'), ('Special - Sunday Sales', 'Election Day'), ('Special - Sunday Sale s', 'Provisional'), ('Special - Tennille City Council P2', 'Absentee by Mai l'), ('Special - Tennille City Council P2', 'Advance in Person'), ('Special - Tennille City Council P2', 'Election Day'), ('Special - Tennille City Council P2', 'Provisional'), ('Special - Tennille Mayor', 'Absentee by Mail'), ('Spec ial - Tennille Mayor', 'Advance in Person'), ('Special - Tennille Mayor', 'El ection Day'), ('Special - Tennille Mayor', 'Provisional'), ('Special - Warren ton Alcohol by the Drink', 'Absentee by Mail'), ('Special - Warrenton Alcohol by the Drink', 'Advance in Person'), ('Special - Warrenton Alcohol by the Dri nk', 'Election Day'), ('Special - Warrenton Alcohol by the Drink', 'Provision al'), ('Special Local Referendum', 'Absentee by Mail'), ('Special Local Refer endum', 'Advance in Person'), ('Special Local Referendum', 'Election Day'),  ('Special Local Referendum', 'Provisional'), ('Special re Governing Authorit y', 'Absentee by Mail'), ('Special re Governing Authority', 'Advance in Perso n'), ('Special re Governing Authority', 'Election Day'), ('Special re Governi ng Authority', 'Provisional'), ('Special--Hospital Authority', 'Absentee by M ail'), ('Special--Hospital Authority', 'Advance in Person'), ('Special--Hospi tal Authority', 'Election Day'), ('Special--Hospital Authority', 'Provisiona l'), ('Special-CC, D3', 'Absentee by Mail'), ('Special-CC, D3', 'Advance in P erson'), ('Special-CC, D3', 'Election Day'), ('Special-CC, D3', 'Provisiona l'), ('Special-Kingston', 'Absentee by Mail'), ('Special-Kingston', 'Advance  in Person'), ('Special-Kingston', 'Election Day'), ('Special-Kingston', 'Pro visional'), ('State Representative, District 1', 'Absentee by Mail'), ('State Representative, District 1', 'Advance in Person'), ('State Representative, Di strict 1', 'Election Day'), ('State Representative, District 1', 'Provisiona l'), ('State Representative, District 10', 'Absentee by Mail'), ('State Repre sentative, District 10', 'Advance in Person'), ('State Representative, Distri ct 10', 'Election Day'), ('State Representative, District 10', 'Provisiona

l'), ('State Representative, District 100', 'Absentee by Mail'), ('State Repr
esentative, District 100', 'Advance in Person'), ('State Representative, Dist
rict 100', 'Advance in Person 2'), ('State Representative, District 100', 'El
ection Day'), ('State Representative, District 100', 'Provisional'), ('State
 Representative, District 101', 'Absentee by Mail'), ('State Representative,
 District 101', 'Advance in Person'), ('State Representative, District 101',
 'Advance in Person 2'), ('State Representative, District 101', 'Election Da
y'), ('State Representative, District 101', 'Provisional'), ('State Represent
ative, District 102', 'Absentee by Mail'), ('State Representative, District 1
02', 'Advance in Person'), ('State Representative, District 102', 'Advance in
 Person 2'), ('State Representative, District 102', 'Election Day'), ('State R
epresentative, District 102', 'Provisional'), ('State Representative, Distric
t 103', 'Absentee by Mail'), ('State Representative, District 103', 'Advance
 in Person'), ('State Representative, District 103', 'Advance in Person 2'),
 ('State Representative, District 103', 'Election Day'), ('State Representati
ve, District 103', 'Provisional'), ('State Representative, District 104', 'Ab
sentee by Mail'), ('State Representative, District 104', 'Advance in Perso
n'), ('State Representative, District 104', 'Advance in Person 2'), ('State R
epresentative, District 104', 'Election Day'), ('State Representative, Distri
ct 104', 'Provisional'), ('State Representative, District 105', 'Absentee by
 Mail'), ('State Representative, District 105', 'Advance in Person'), ('State
 Representative, District 105', 'Advance in Person 2'), ('State Representativ
e, District 105', 'Election Day'), ('State Representative, District 105', 'Pr
ovisional'), ('State Representative, District 106', 'Absentee by Mail'), ('St
ate Representative, District 106', 'Advance in Person'), ('State Representati
ve, District 106', 'Advance in Person 2'), ('State Representative, District 1
06', 'Election Day'), ('State Representative, District 106', 'Provisional'),
 ('State Representative, District 107', 'Absentee by Mail'), ('State Represen
tative, District 107', 'Advance in Person'), ('State Representative, District
 107', 'Advance in Person 2'), ('State Representative, District 107', 'Electio
n Day'), ('State Representative, District 107', 'Provisional'), ('State Repre
sentative, District 108', 'Absentee by Mail'), ('State Representative, Distri
ct 108', 'Advance in Person'), ('State Representative, District 108', 'Advanc
e in Person 2'), ('State Representative, District 108', 'Election Day'), ('St
ate Representative, District 108', 'Provisional'), ('State Representative, Di
strict 109', 'Absentee by Mail'), ('State Representative, District 109', 'Adv
ance in Person'), ('State Representative, District 109', 'Election Day'), ('S
tate Representative, District 109', 'Provisional'), ('State Representative, D
istrict 11', 'Absentee by Mail'), ('State Representative, District 11', 'Adva
nce in Person'), ('State Representative, District 11', 'Election Day'), ('Sta
te Representative, District 11', 'Provisional'), ('State Representative, Dist
rict 110', 'Absentee by Mail'), ('State Representative, District 110', 'Advan
ce in Person'), ('State Representative, District 110', 'Election Day'), ('Sta
te Representative, District 110', 'Provisional'), ('State Representative, Dis
trict 111', 'Absentee by Mail'), ('State Representative, District 111', 'Adva
nce in Person'), ('State Representative, District 111', 'Election Day'), ('St
ate Representative, District 111', 'Provisional'), ('State Representative, Di
strict 112', 'Absentee by Mail'), ('State Representative, District 112', 'Adv
ance in Person'), ('State Representative, District 112', 'Election Day'), ('S
tate Representative, District 112', 'Provisional'), ('State Representative, D
istrict 113', 'Absentee by Mail'), ('State Representative, District 113', 'Ad
vance in Person'), ('State Representative, District 113', 'Election Day'),
 ('State Representative, District 113', 'Provisional'), ('State Representativ
e, District 114', 'Absentee by Mail'), ('State Representative, District 114',
 'Advance in Person'), ('State Representative, District 114', 'Advance in Pers
on 2'), ('State Representative, District 114', 'Election Day'), ('State Repre
sentative, District 114', 'Provisional'), ('State Representative, District 11

5', 'Absentee by Mail'), ('State Representative, District 115', 'Advance in Person'), ('State Representative, District 115', 'Election Day'), ('State Representative, District 115', 'Provisional'), ('State Representative, District 116', 'Absentee by Mail'), ('State Representative, District 116', 'Advance in Person'), ('State Representative, District 116', 'Election Day'), ('State Representative, District 116', 'Provisional'), ('State Representative, District 117', 'Absentee by Mail'), ('State Representative, District 117', 'Advance in Person'), ('State Representative, District 117', 'Election Day'), ('State Representative, District 117', 'Provisional'), ('State Representative, District 118', 'Absentee by Mail'), ('State Representative, District 118', 'Advance in Person'), ('State Representative, District 118', 'Election Day'), ('State Representative, District 118', 'Provisional'), ('State Representative, District 119', 'Absentee by Mail'), ('State Representative, District 119', 'Advance in Person'), ('State Representative, District 119', 'Election Day'), ('State Representative, District 119', 'Provisional'), ('State Representative, District 12', 'Absentee by Mail'), ('State Representative, District 12', 'Advance in Person'), ('State Representative, District 12', 'Election Day'), ('State Representative, District 12', 'Provisional'), ('State Representative, District 120', 'Absentee by Mail'), ('State Representative, District 120', 'Advance in Person'), ('State Representative, District 120', 'Election Day'), ('State Representative, District 120', 'Provisional'), ('State Representative, District 121', 'Absentee by Mail'), ('State Representative, District 121', 'Advance in Person'), ('State Representative, District 121', 'Election Day'), ('State Representative, District 121', 'Provisional'), ('State Representative, District 122', 'Absentee by Mail'), ('State Representative, District 122', 'Advance in Person'), ('State Representative, District 122', 'Election Day'), ('State Representative, District 122', 'Provisional'), ('State Representative, District 123', 'Absentee By Mail'), ('State Representative, District 123', 'Absentee by Mail'), ('State Representative, District 123', 'Advance in Person'), ('State Representative, District 123', 'Election Day'), ('State Representative, District 123', 'Provisional'), ('State Representative, District 124', 'Absentee By Mail'), ('State Representative, District 124', 'Advance in Person'), ('State Representative, District 124', 'Election Day'), ('State Representative, District 124', 'Provisional'), ('State Representative, District 125', 'Absentee By Mail'), ('State Representative, District 125', 'Advance in Person'), ('State Representative, District 125', 'Election Day'), ('State Representative, District 125', 'Provisional'), ('State Representative, District 126', 'Absentee By Mail'), ('State Representative, District 126', 'Absentee by Mail'), ('State Representative, District 126', 'Advance in Person'), ('State Representative, District 126', 'Election Day'), ('State Representative, District 126', 'Provisional'), ('State Representative, District 127', 'Absentee By Mail'), ('State Representative, District 127', 'Absentee by Mail'), ('State Representative, District 127', 'Advance in Person'), ('State Representative, District 127', 'Election Day'), ('State Representative, District 127', 'Provisional'), ('State Representative, District 128', 'Absentee by Mail'), ('State Representative, District 128', 'Advance in Person'), ('State Representative, District 128', 'Election Day'), ('State Representative, District 128', 'Provisional'), ('State Representative, District 129', 'Absentee by Mail'), ('State Representative, District 129', 'Advance in Person'), ('State Representative, District 129', 'Election Day'), ('State Representative, District 129', 'Provisional'), ('State Representative, District 13', 'Absentee by Mail'), ('State Representative, District 13', 'Advance in Person'), ('State Representative, District 13', 'Election Day'), ('State Representative, District 13', 'Provisional'), ('State Representative, District 130', 'Absentee by Mail'), ('State Representative, District 130', 'Advance in Person'), ('State Representative, District 130', 'Election Day'), ('State Representative, District 130', 'Provisional'), ('State Representative, District 131', 'Absentee by Mail'), ('State Rep

resentative, District 131', 'Advance in Person'), ('State Representative, Dis
trict 131', 'Election Day'), ('State Representative, District 131', 'Provisio
nal'), ('State Representative, District 132', 'Absentee by Mail'), ('State Re
presentative, District 132', 'Advance in Person'), ('State Representative, Di
strict 132', 'Election Day'), ('State Representative, District 132', 'Provisi
onal'), ('State Representative, District 133', 'Absentee by Mail'), ('State R
epresentative, District 133', 'Advance in Person'), ('State Representative, D
istrict 133', 'Election Day'), ('State Representative, District 133', 'Provis
ional'), ('State Representative, District 134', 'Absentee by Mail'), ('State
 Representative, District 134', 'Advance in Person'), ('State Representative,
District 134', 'Election Day'), ('State Representative, District 134', 'Provi
sional'), ('State Representative, District 135', 'Absentee by Mail'), ('State
Representative, District 135', 'Advance in Person'), ('State Representative,
District 135', 'Election Day'), ('State Representative, District 135', 'Prov
isional'), ('State Representative, District 136', 'Absentee by Mail'), ('Stat
e Representative, District 136', 'Advance in Person'), ('State Representativ
e, District 136', 'Election Day'), ('State Representative, District 136', 'Pr
ovisional'), ('State Representative, District 137', 'Absentee by Mail'), ('St
ate Representative, District 137', 'Advance in Person'), ('State Representati
ve, District 137', 'Election Day'), ('State Representative, District 137', 'P
rovisional'), ('State Representative, District 138', 'Absentee by Mail'), ('S
tate Representative, District 138', 'Advance in Person'), ('State Representat
ive, District 138', 'Election Day'), ('State Representative, District 138',
 'Provisional'), ('State Representative, District 139', 'Absentee by Mail'),
 ('State Representative, District 139', 'Advance in Person'), ('State Represe
ntative, District 139', 'Election Day'), ('State Representative, District 13
9', 'Provisional'), ('State Representative, District 140', 'Absentee by Mai
l'), ('State Representative, District 140', 'Advance in Person'), ('State Rep
resentative, District 140', 'Election Day'), ('State Representative, District
140', 'Provisional'), ('State Representative, District 141', 'Absentee by Mai
l'), ('State Representative, District 141', 'Advance in Person'), ('State Rep
resentative, District 141', 'Election Day'), ('State Representative, District
141', 'Provisional'), ('State Representative, District 142', 'Absentee by Mai
l'), ('State Representative, District 142', 'Advance in Person'), ('State Rep
resentative, District 142', 'Election Day'), ('State Representative, District
142', 'Provisional'), ('State Representative, District 143', 'Absentee by Mai
l'), ('State Representative, District 143', 'Advance in Person'), ('State Rep
resentative, District 143', 'Election Day'), ('State Representative, District
143', 'Provisional'), ('State Representative, District 144', 'Absentee by Mai
l'), ('State Representative, District 144', 'Advance in Person'), ('State Rep
resentative, District 144', 'Election Day'), ('State Representative, District
144', 'Provisional'), ('State Representative, District 145', 'Absentee by Mai
l'), ('State Representative, District 145', 'Advance in Person'), ('State Rep
resentative, District 145', 'Election Day'), ('State Representative, District
145', 'Provisional'), ('State Representative, District 146', 'Absentee by Mai
l'), ('State Representative, District 146', 'Advance in Person'), ('State Rep
resentative, District 146', 'Election Day'), ('State Representative, District
146', 'Provisional'), ('State Representative, District 147', 'Absentee by Mai
l'), ('State Representative, District 147', 'Advance in Person'), ('State Rep
resentative, District 147', 'Election Day'), ('State Representative, District
147', 'Provisional'), ('State Representative, District 148', 'Absentee by Mai
l'), ('State Representative, District 148', 'Advance in Person'), ('State Rep
resentative, District 148', 'Election Day'), ('State Representative, District
148', 'Provisional'), ('State Representative, District 149', 'Absentee by Mai
l'), ('State Representative, District 149', 'Advance in Person'), ('State Rep
resentative, District 149', 'Election Day'), ('State Representative, District
149', 'Provisional'), ('State Representative, District 15', 'Absentee by Mai

l'), ('State Representative, District 15', 'Advance in Person'), ('State Repr
esentative, District 15', 'Election Day'), ('State Representative, District 1
5', 'Provisional'), ('State Representative, District 150', 'Absentee by Mai
l'), ('State Representative, District 150', 'Advance in Person'), ('State Rep
resentative, District 150', 'Election Day'), ('State Representative, District
150', 'Provisional'), ('State Representative, District 151', 'Absentee by Mai
l'), ('State Representative, District 151', 'Advance in Person'), ('State Rep
resentative, District 151', 'Election Day'), ('State Representative, District
151', 'Provisional'), ('State Representative, District 152', 'Absentee by Mai
l'), ('State Representative, District 152', 'Advance in Person'), ('State Rep
resentative, District 152', 'Election Day'), ('State Representative, District
152', 'Provisional'), ('State Representative, District 153', 'Absentee by Mai
l'), ('State Representative, District 153', 'Advance in Person'), ('State Rep
resentative, District 153', 'Election Day'), ('State Representative, District
153', 'Provisional'), ('State Representative, District 154', 'Absentee by Mai
l'), ('State Representative, District 154', 'Advance in Person'), ('State Rep
resentative, District 154', 'Election Day'), ('State Representative, District
154', 'Provisional'), ('State Representative, District 155', 'Absentee by Mai
l'), ('State Representative, District 155', 'Advance in Person'), ('State Rep
resentative, District 155', 'Election Day'), ('State Representative, District
155', 'Provisional'), ('State Representative, District 156', 'Absentee by Mai
l'), ('State Representative, District 156', 'Advance in Person'), ('State Rep
resentative, District 156', 'Election Day'), ('State Representative, District
156', 'Provisional'), ('State Representative, District 157', 'Absentee by Mai
l'), ('State Representative, District 157', 'Advance in Person'), ('State Rep
resentative, District 157', 'Election Day'), ('State Representative, District
157', 'Provisional'), ('State Representative, District 158', 'Absentee by Mai
l'), ('State Representative, District 158', 'Advance in Person'), ('State Rep
resentative, District 158', 'Election Day'), ('State Representative, District
158', 'Provisional'), ('State Representative, District 159', 'Absentee by Mai
l'), ('State Representative, District 159', 'Advance in Person'), ('State Rep
resentative, District 159', 'Election Day'), ('State Representative, District
159', 'Provisional'), ('State Representative, District 16', 'Absentee by Mai
l'), ('State Representative, District 16', 'Advance in Person'), ('State Repr
esentative, District 16', 'Election Day'), ('State Representative, District 1
6', 'Provisional'), ('State Representative, District 160', 'Absentee by Mai
l'), ('State Representative, District 160', 'Advance in Person'), ('State Rep
resentative, District 160', 'Election Day'), ('State Representative, District
160', 'Provisional'), ('State Representative, District 161', 'Absentee by Mai
l'), ('State Representative, District 161', 'Advance in Person'), ('State Rep
resentative, District 161', 'Election Day'), ('State Representative, District
161', 'Provisional'), ('State Representative, District 162', 'Absentee by Mai
l'), ('State Representative, District 162', 'Advance in Person'), ('State Rep
resentative, District 162', 'Election Day'), ('State Representative, District
162', 'Provisional'), ('State Representative, District 163', 'Absentee by Mai
l'), ('State Representative, District 163', 'Advance in Person'), ('State Rep
resentative, District 163', 'Election Day'), ('State Representative, District
163', 'Provisional'), ('State Representative, District 164', 'Absentee by Mai
l'), ('State Representative, District 164', 'Advance in Person'), ('State Rep
resentative, District 164', 'Election Day'), ('State Representative, District
164', 'Provisional'), ('State Representative, District 165', 'Absentee by Mai
l'), ('State Representative, District 165', 'Advance in Person'), ('State Rep
resentative, District 165', 'Election Day'), ('State Representative, District
165', 'Provisional'), ('State Representative, District 166', 'Absentee by Mai
l'), ('State Representative, District 166', 'Advance in Person'), ('State Rep
resentative, District 166', 'Election Day'), ('State Representative, District
166', 'Provisional'), ('State Representative, District 167', 'Absentee by Mai

l'), ('State Representative, District 167', 'Advance in Person'), ('State Rep
resentative, District 167', 'Election Day'), ('State Representative, District
167', 'Provisional'), ('State Representative, District 168', 'Absentee by Mai
l'), ('State Representative, District 168', 'Advance in Person'), ('State Rep
resentative, District 168', 'Election Day'), ('State Representative, District
168', 'Provisional'), ('State Representative, District 169', 'Absentee by Mai
l'), ('State Representative, District 169', 'Advance in Person'), ('State Rep
resentative, District 169', 'Election Day'), ('State Representative, District
169', 'Provisional'), ('State Representative, District 17', 'Absentee by Mai
l'), ('State Representative, District 17', 'Advance in Person'), ('State Repr
esentative, District 17', 'Election Day'), ('State Representative, District 1
7', 'Provisional'), ('State Representative, District 170', 'Absentee by Mai
l'), ('State Representative, District 170', 'Advance in Person'), ('State Rep
resentative, District 170', 'Election Day'), ('State Representative, District
170', 'Provisional'), ('State Representative, District 171', 'Absentee by Mai
l'), ('State Representative, District 171', 'Advance in Person'), ('State Rep
resentative, District 171', 'Election Day'), ('State Representative, District
171', 'Provisional'), ('State Representative, District 172', 'Absentee by Mai
l'), ('State Representative, District 172', 'Advance in Person'), ('State Rep
resentative, District 172', 'Election Day'), ('State Representative, District
172', 'Provisional'), ('State Representative, District 173', 'Absentee by Mai
l'), ('State Representative, District 173', 'Advance in Person'), ('State Rep
resentative, District 173', 'Election Day'), ('State Representative, District
173', 'Provisional'), ('State Representative, District 174', 'Absentee by Mai
l'), ('State Representative, District 174', 'Advance in Person'), ('State Rep
resentative, District 174', 'Election Day'), ('State Representative, District
174', 'Provisional'), ('State Representative, District 175', 'Absentee by Mai
l'), ('State Representative, District 175', 'Advance in Person'), ('State Rep
resentative, District 175', 'Election Day'), ('State Representative, District
175', 'Provisional'), ('State Representative, District 176', 'Absentee by Mai
l'), ('State Representative, District 176', 'Advance in Person'), ('State Rep
resentative, District 176', 'Election Day'), ('State Representative, District
176', 'Provisional'), ('State Representative, District 177', 'Absentee by Mai
l'), ('State Representative, District 177', 'Advance in Person'), ('State Rep
resentative, District 177', 'Election Day'), ('State Representative, District
177', 'Provisional'), ('State Representative, District 178', 'Absentee by Mai
l'), ('State Representative, District 178', 'Advance in Person'), ('State Rep
resentative, District 178', 'Election Day'), ('State Representative, District
178', 'Provisional'), ('State Representative, District 179', 'Absentee by Mai
l'), ('State Representative, District 179', 'Advance in Person'), ('State Rep
resentative, District 179', 'Election Day'), ('State Representative, District
179', 'Provisional'), ('State Representative, District 18', 'Absentee by Mai
l'), ('State Representative, District 18', 'Advance in Person'), ('State Repr
esentative, District 18', 'Election Day'), ('State Representative, District 1
8', 'Provisional'), ('State Representative, District 180', 'Absentee by Mai
l'), ('State Representative, District 180', 'Advance in Person'), ('State Rep
resentative, District 180', 'Election Day'), ('State Representative, District
180', 'Provisional'), ('State Representative, District 19', 'Absentee by Mai
l'), ('State Representative, District 19', 'Advance in Person'), ('State Repr
esentative, District 19', 'Election Day'), ('State Representative, District 1
9', 'Provisional'), ('State Representative, District 2', 'Absentee by Mail'),
('State Representative, District 2', 'Advance in Person'), ('State Representa
tive, District 2', 'Election Day'), ('State Representative, District 2', 'Pro
visional'), ('State Representative, District 20', 'Absentee by Mail'), ('Stat
e Representative, District 20', 'Advance in Person'), ('State Representative,
District 20', 'Election Day'), ('State Representative, District 20', 'Provisi
onal'), ('State Representative, District 21', 'Absentee by Mail'), ('State Re

presentative, District 21', 'Advance in Person'), ('State Representative, Dis
trict 21', 'Election Day'), ('State Representative, District 21', 'Provisiona
l'), ('State Representative, District 22', 'Absentee by Mail'), ('State Repre
sentative, District 22', 'Advance in Person'), ('State Representative, Distri
ct 22', 'Advance in Person 1'), ('State Representative, District 22', 'Advanc
e in Person 2'), ('State Representative, District 22', 'Advance in Person
3'), ('State Representative, District 22', 'Election Day'), ('State Represen
tative, District 22', 'Provisional'), ('State Representative, District 23',
'Absentee by Mail'), ('State Representative, District 23', 'Advance in Perso
n'), ('State Representative, District 23', 'Election Day'), ('State Represent
ative, District 23', 'Provisional'), ('State Representative, District 24', 'A
bsentee by Mail'), ('State Representative, District 24', 'Advance in Perso
n'), ('State Representative, District 24', 'Election Day'), ('State Represent
ative, District 24', 'Provisional'), ('State Representative, District 25', 'A
bsentee by Mail'), ('State Representative, District 25', 'Advance in Perso
n'), ('State Representative, District 25', 'Advance in Person 1'), ('State Re
presentative, District 25', 'Advance in Person 2'), ('State Representative, D
istrict 25', 'Advance in Person 3'), ('State Representative, District 25', 'E
lection Day'), ('State Representative, District 25', 'Provisional'), ('State
Representative, District 26', 'Absentee by Mail'), ('State Representative, D
istrict 26', 'Advance in Person'), ('State Representative, District 26', 'Ele
ction Day'), ('State Representative, District 26', 'Provisional'), ('State Re
presentative, District 27', 'Absentee by Mail'), ('State Representative, Dist
rict 27', 'Advance in Person'), ('State Representative, District 27', 'Electi
on Day'), ('State Representative, District 27', 'Provisional'), ('State Repre
sentative, District 29', 'Absentee by Mail'), ('State Representative, Distric
t 29', 'Advance in Person'), ('State Representative, District 29', 'Election
Day'), ('State Representative, District 29', 'Provisional'), ('State Represe
ntative, District 3', 'Absentee by Mail'), ('State Representative, District
3', 'Advance in Person'), ('State Representative, District 3', 'Election Da
y'), ('State Representative, District 3', 'Provisional'), ('State Representat
ive, District 30', 'Absentee by Mail'), ('State Representative, District 30',
'Advance in Person'), ('State Representative, District 30', 'Election Day'),
('State Representative, District 30', 'Provisional'), ('State Representativ
e, District 31', 'Absentee by Mail'), ('State Representative, District 31',
'Advance in Person'), ('State Representative, District 31', 'Election Day'),
('State Representative, District 31', 'Provisional'), ('State Representative,
District 32', 'Absentee by Mail'), ('State Representative, District 32', 'Adv
ance in Person'), ('State Representative, District 32', 'Election Day'), ('St
ate Representative, District 32', 'Provisional'), ('State Representative, Dis
trict 33', 'Absentee by Mail'), ('State Representative, District 33', 'Advanc
e in Person'), ('State Representative, District 33', 'Election Day'), ('State
Representative, District 33', 'Provisional'), ('State Representative, Distric
t 34', 'Absentee by Mail'), ('State Representative, District 34', 'Advance in
Person 1'), ('State Representative, District 34', 'Advance in Person 2'), ('S
tate Representative, District 34', 'Election Day'), ('State Representative, D
istrict 34', 'Provisional'), ('State Representative, District 35', 'Absentee
by Mail'), ('State Representative, District 35', 'Advance in Person 1'), ('S
tate Representative, District 35', 'Advance in Person 2'), ('State Representa
tive, District 35', 'Election Day'), ('State Representative, District 35', 'P
rovisional'), ('State Representative, District 36', 'Absentee by Mail'), ('St
ate Representative, District 36', 'Advance in Person 1'), ('State Representat
ive, District 36', 'Advance in Person 2'), ('State Representative, District 3
6', 'Election Day'), ('State Representative, District 36', 'Provisional'),
('State Representative, District 37', 'Absentee by Mail'), ('State Represent
ative, District 37', 'Advance in Person 1'), ('State Representative, District
37', 'Advance in Person 2'), ('State Representative, District 37', 'Election

Day'), ('State Representative, District 37', 'Provisional'), ('State Represe
ntative, District 38', 'Absentee by Mail'), ('State Representative, District
 38', 'Advance in Person 1'), ('State Representative, District 38', 'Advance
 in Person 2'), ('State Representative, District 38', 'Election Day'), ('Stat
e Representative, District 38', 'Provisional'), ('State Representative, Distr
ict 39', 'Absentee by Mail'), ('State Representative, District 39', 'Advance
 in Person 1'), ('State Representative, District 39', 'Advance in Person 2'),
 ('State Representative, District 39', 'Election Day'), ('State Representativ
e, District 39', 'Provisional'), ('State Representative, District 4', 'Absent
ee by Mail'), ('State Representative, District 4', 'Advance in Person'), ('St
ate Representative, District 4', 'Election Day'), ('State Representative, Dis
trict 4', 'Provisional'), ('State Representative, District 40', 'Absentee by
 Mail'), ('State Representative, District 40', 'Advance in Person 1'), ('Stat
e Representative, District 40', 'Advance in Person 2'), ('State Representativ
e, District 40', 'Advance in Person 3'), ('State Representative, District 4
0', 'Election Day'), ('State Representative, District 40', 'Provisional'),
 ('State Representative, District 41', 'Absentee by Mail'), ('State Represent
ative, District 41', 'Advance in Person 1'), ('State Representative, District
 41', 'Advance in Person 2'), ('State Representative, District 41', 'Election
 Day'), ('State Representative, District 41', 'Provisional'), ('State Represe
ntative, District 42', 'Absentee by Mail'), ('State Representative, District
 42', 'Advance in Person 1'), ('State Representative, District 42', 'Advance
 in Person 2'), ('State Representative, District 42', 'Election Day'), ('Stat
e Representative, District 42', 'Provisional'), ('State Representative, Distr
ict 43', 'Absentee by Mail'), ('State Representative, District 43', 'Advance
 in Person 1'), ('State Representative, District 43', 'Advance in Person 2'),
 ('State Representative, District 43', 'Election Day'), ('State Representativ
e, District 43', 'Provisional'), ('State Representative, District 44', 'Absen
tee by Mail'), ('State Representative, District 44', 'Advance in Person 1'),
 ('State Representative, District 44', 'Advance in Person 2'), ('State Repres
entative, District 44', 'Election Day'), ('State Representative, District 4
4', 'Provisional'), ('State Representative, District 45', 'Absentee by Mai
l'), ('State Representative, District 45', 'Advance in Person 1'), ('State Re
presentative, District 45', 'Advance in Person 2'), ('State Representative, D
istrict 45', 'Advance in Person 3'), ('State Representative, District 45', 'E
lection Day'), ('State Representative, District 45', 'Provisional'), ('State
 Representative, District 46', 'Absentee by Mail'), ('State Representative, D
istrict 46', 'Advance in Person'), ('State Representative, District 46', 'Adv
ance in Person 1'), ('State Representative, District 46', 'Advance in Person
 2'), ('State Representative, District 46', 'Election Day'), ('State Represen
tative, District 46', 'Provisional'), ('State Representative, District 47',
 'Absentee by Mail'), ('State Representative, District 47', 'Advance in Perso
n 1'), ('State Representative, District 47', 'Advance in Person 2'), ('State
 Representative, District 47', 'Advance in Person 3'), ('State Representativ
e, District 47', 'Election Day'), ('State Representative, District 47', 'Prov
isional'), ('State Representative, District 48', 'Absentee by Mail'), ('State
 Representative, District 48', 'Advance in Person 1'), ('State Representative,
 District 48', 'Advance in Person 2'), ('State Representative, District 48',
 'Advance in Person 3'), ('State Representative, District 48', 'Election Da
y'), ('State Representative, District 48', 'Provisional'), ('State Representa
tive, District 49', 'Absentee by Mail'), ('State Representative, District 4
9', 'Advance in Person 1'), ('State Representative, District 49', 'Advance in
 Person 2'), ('State Representative, District 49', 'Advance in Person 3'), ('S
tate Representative, District 49', 'Election Day'), ('State Representative, D
istrict 49', 'Provisional'), ('State Representative, District 5', 'Absentee b
y Mail'), ('State Representative, District 5', 'Advance in Person'), ('State
 Representative, District 5', 'Election Day'), ('State Representative, Distri

ct 5', 'Provisional'), ('State Representative, District 50', 'Absentee by Mai
l'), ('State Representative, District 50', 'Advance in Person 1'), ('State Re
presentative, District 50', 'Advance in Person 2'), ('State Representative, D
istrict 50', 'Advance in Person 3'), ('State Representative, District 50', 'E
lection Day'), ('State Representative, District 50', 'Provisional'), ('State
Representative, District 51', 'Absentee by Mail'), ('State Representative, D
istrict 51', 'Advance in Person 1'), ('State Representative, District 51', 'A
dvance in Person 2'), ('State Representative, District 51', 'Advance in Perso
n 3'), ('State Representative, District 51', 'Election Day'), ('State Represe
ntative, District 51', 'Provisional'), ('State Representative, District 52',
'Absentee by Mail'), ('State Representative, District 52', 'Advance in Perso
n 1'), ('State Representative, District 52', 'Advance in Person 2'), ('State
Representative, District 52', 'Advance in Person 3'), ('State Representativ
e, District 52', 'Election Day'), ('State Representative, District 52', 'Prov
isional'), ('State Representative, District 53', 'Absentee by Mail'), ('State
Representative, District 53', 'Advance in Person 1'), ('State Representative,
District 53', 'Advance in Person 2'), ('State Representative, District 53',
'Advance in Person 3'), ('State Representative, District 53', 'Election Da
y'), ('State Representative, District 53', 'Provisional'), ('State Representa
tive, District 54', 'Absentee by Mail'), ('State Representative, District 5
4', 'Advance in Person 1'), ('State Representative, District 54', 'Advance in
Person 2'), ('State Representative, District 54', 'Advance in Person 3'), ('S
tate Representative, District 54', 'Election Day'), ('State Representative, D
istrict 54', 'Provisional'), ('State Representative, District 55', 'Absentee
by Mail'), ('State Representative, District 55', 'Advance in Person 1'), ('S
tate Representative, District 55', 'Advance in Person 2'), ('State Representa
tive, District 55', 'Advance in Person 3'), ('State Representative, District
55', 'Election Day'), ('State Representative, District 55', 'Provisional'),
('State Representative, District 56', 'Absentee by Mail'), ('State Represent
ative, District 56', 'Advance in Person 1'), ('State Representative, District
56', 'Advance in Person 2'), ('State Representative, District 56', 'Advance i
n Person 3'), ('State Representative, District 56', 'Election Day'), ('State
Representative, District 56', 'Provisional'), ('State Representative, Distri
ct 56', 'Absentee by Mail'), ('State Representative, District 57', 'Advance i
n Person 1'), ('State Representative, District 57', 'Advance in Person 2'),
('State Representative, District 57', 'Advance in Person 3'), ('State Repres
entative, District 57', 'Election Day'), ('State Representative, District 5
7', 'Provisional'), ('State Representative, District 58', 'Absentee by Mai
l'), ('State Representative, District 58', 'Advance in Person 1'), ('State Re
presentative, District 58', 'Advance in Person 2'), ('State Representative, D
istrict 58', 'Advance in Person 3'), ('State Representative, District 58', 'E
lection Day'), ('State Representative, District 58', 'Provisional'), ('State
Representative, District 59', 'Absentee by Mail'), ('State Representative, D
istrict 59', 'Advance in Person 1'), ('State Representative, District 59', 'A
dvance in Person 2'), ('State Representative, District 59', 'Advance in Perso
n 3'), ('State Representative, District 59', 'Election Day'), ('State Represe
ntative, District 59', 'Provisional'), ('State Representative, District 6',
'Absentee by Mail'), ('State Representative, District 6', 'Advance in Perso
n'), ('State Representative, District 6', 'Election Day'), ('State Representa
tive, District 6', 'Provisional'), ('State Representative, District 60', 'Abs
entee by Mail'), ('State Representative, District 60', 'Advance in Person'),
('State Representative, District 60', 'Advance in Person 1'), ('State Repres
entative, District 60', 'Advance in Person 2'), ('State Representative, Distr
ict 60', 'Advance in Person 3'), ('State Representative, District 60', 'Elect
ion Day'), ('State Representative, District 60', 'Provisional'), ('State Repr
esentative, District 61', 'Absentee by Mail'), ('State Representative, Distri
ct 61', 'Advance in Person'), ('State Representative, District 61', 'Advance

in Person 1'), ('State Representative, District 61', 'Advance in Person 2'),
('State Representative, District 61', 'Advance in Person 3'), ('State Represe
ntative, District 61', 'Election Day'), ('State Representative, District 61',
'Provisional'), ('State Representative, District 62', 'Absentee by Mail'),
 ('State Representative, District 62', 'Advance in Person'), ('State Represen
tative, District 62', 'Advance in Person 1'), ('State Representative, Distric
t 62', 'Advance in Person 2'), ('State Representative, District 62', 'Advance
 in Person 3'), ('State Representative, District 62', 'Election Day'), ('State
 Representative, District 62', 'Provisional'), ('State Representative, Distric
t 63', 'Absentee by Mail'), ('State Representative, District 63', 'Advance in
 Person'), ('State Representative, District 63', 'Advance in Person 1'), ('Sta
te Representative, District 63', 'Advance in Person 2'), ('State Representati
ve, District 63', 'Advance in Person 3'), ('State Representative, District 6
3', 'Election Day'), ('State Representative, District 63', 'Provisional'),
 ('State Representative, District 64', 'Absentee by Mail'), ('State Represent
ative, District 64', 'Advance in Person'), ('State Representative, District 6
4', 'Advance in Person 1'), ('State Representative, District 64', 'Advance in
 Person 2'), ('State Representative, District 64', 'Advance in Person 3'), ('S
tate Representative, District 64', 'Election Day'), ('State Representative, D
istrict 64', 'Provisional'), ('State Representative, District 65', 'Absentee
 by Mail'), ('State Representative, District 65', 'Advance in Person'), ('Sta
te Representative, District 65', 'Advance in Person 1'), ('State Representati
ve, District 65', 'Advance in Person 2'), ('State Representative, District 6
5', 'Advance in Person 3'), ('State Representative, District 65', 'Election D
ay'), ('State Representative, District 65', 'Provisional'), ('State Represent
ative, District 66', 'Absentee by Mail'), ('State Representative, District 6
6', 'Advance in Person'), ('State Representative, District 66', 'Election Da
y'), ('State Representative, District 66', 'Provisional'), ('State Representa
tive, District 67', 'Absentee by Mail'), ('State Representative, District 6
7', 'Advance in Person'), ('State Representative, District 67', 'Election Da
y'), ('State Representative, District 67', 'Provisional'), ('State Representa
tive, District 68', 'Absentee by Mail'), ('State Representative, District 6
8', 'Advance in Person'), ('State Representative, District 68', 'Election Da
y'), ('State Representative, District 68', 'Provisional'), ('State Representa
tive, District 69', 'Absentee by Mail'), ('State Representative, District 6
9', 'Advance in Person'), ('State Representative, District 69', 'Election Da
y'), ('State Representative, District 69', 'Provisional'), ('State Representa
tive, District 7', 'Absentee by Mail'), ('State Representative, District 7',
 'Advance in Person'), ('State Representative, District 7', 'Election Day'),
 ('State Representative, District 7', 'Provisional'), ('State Representative,
District 70', 'Absentee by Mail'), ('State Representative, District 70', 'Adv
ance in Person'), ('State Representative, District 70', 'Election Day'), ('St
ate Representative, District 70', 'Provisional'), ('State Representative, Dis
trict 71', 'Absentee by Mail'), ('State Representative, District 71', 'Advanc
e in Person'), ('State Representative, District 71', 'Election Day'), ('State
 Representative, District 71', 'Provisional'), ('State Representative, Distric
t 72', 'Absentee by Mail'), ('State Representative, District 72', 'Advance in
 Person'), ('State Representative, District 72', 'Election Day'), ('State Repr
esentative, District 72', 'Provisional'), ('State Representative, District 7
3', 'Absentee by Mail'), ('State Representative, District 73', 'Advance in Pe
rson'), ('State Representative, District 73', 'Election Day'), ('State Repres
entative, District 73', 'Provisional'), ('State Representative, District 74',
 'Absentee by Mail'), ('State Representative, District 74', 'Advance in Perso
n'), ('State Representative, District 74', 'Election Day'), ('State Represent
ative, District 74', 'Provisional'), ('State Representative, District 75', 'A
bsentee by Mail'), ('State Representative, District 75', 'Advance in Perso
n'), ('State Representative, District 75', 'Election Day'), ('State Represent

ative, District 75', 'Provisional'), ('State Representative, District 76', 'A
bsentee by Mail'), ('State Representative, District 76', 'Advance in Perso
n'), ('State Representative, District 76', 'Election Day'), ('State Represent
ative, District 76', 'Provisional'), ('State Representative, District 77', 'A
bsentee by Mail'), ('State Representative, District 77', 'Advance in Perso
n'), ('State Representative, District 77', 'Election Day'), ('State Represent
ative, District 77', 'Provisional'), ('State Representative, District 78', 'A
bsentee by Mail'), ('State Representative, District 78', 'Advance in Perso
n'), ('State Representative, District 78', 'Election Day'), ('State Represent
ative, District 78', 'Provisional'), ('State Representative, District 79', 'A
bsentee by Mail'), ('State Representative, District 79', 'Advance in Person
 1'), ('State Representative, District 79', 'Advance in Person 2'), ('State R
epresentative, District 79', 'Advance in Person 3'), ('State Representative,
 District 79', 'Election Day'), ('State Representative, District 79', 'Provis
ional'), ('State Representative, District 8', 'Absentee by Mail'), ('State Re
presentative, District 8', 'Advance in Person'), ('State Representative, Dist
rict 8', 'Election Day'), ('State Representative, District 8', 'Provisiona
l'), ('State Representative, District 80', 'Absentee by Mail'), ('State Repre
sentative, District 80', 'Advance in Person 1'), ('State Representative, Dist
rict 80', 'Advance in Person 2'), ('State Representative, District 80', 'Adva
nce in Person 3'), ('State Representative, District 80', 'Election Day'), ('S
tate Representative, District 80', 'Provisional'), ('State Representative, Di
strict 81', 'Absentee by Mail'), ('State Representative, District 81', 'Advan
ce in Person'), ('State Representative, District 81', 'Advance in Person 1'),
 ('State Representative, District 81', 'Advance in Person 2'), ('State Represe
ntative, District 81', 'Advance in Person 3'), ('State Representative, Distri
ct 81', 'Election Day'), ('State Representative, District 81', 'Provisiona
l'), ('State Representative, District 82', 'Absentee by Mail'), ('State Repre
sentative, District 82', 'Advance in Person 1'), ('State Representative, Dist
rict 82', 'Advance in Person 2'), ('State Representative, District 82', 'Adva
nce in Person 3'), ('State Representative, District 82', 'Election Day'), ('S
tate Representative, District 82', 'Provisional'), ('State Representative, Di
strict 83', 'Absentee by Mail'), ('State Representative, District 83', 'Advan
ce in Person 1'), ('State Representative, District 83', 'Advance in Person
 2'), ('State Representative, District 83', 'Advance in Person 3'), ('State R
epresentative, District 83', 'Election Day'), ('State Representative, Distric
t 83', 'Provisional'), ('State Representative, District 84', 'Absentee by Mai
l'), ('State Representative, District 84', 'Advance in Person 1'), ('State Re
presentative, District 84', 'Advance in Person 2'), ('State Representative, D
istrict 84', 'Advance in Person 3'), ('State Representative, District 84', 'E
lection Day'), ('State Representative, District 84', 'Provisional'), ('State
 Representative, District 85', 'Absentee by Mail'), ('State Representative, D
istrict 85', 'Advance in Person 1'), ('State Representative, District 85', 'A
dvance in Person 2'), ('State Representative, District 85', 'Advance in Perso
n 3'), ('State Representative, District 85', 'Election Day'), ('State Represe
ntative, District 85', 'Provisional'), ('State Representative, District 86',
 'Absentee by Mail'), ('State Representative, District 86', 'Advance in Perso
n 1'), ('State Representative, District 86', 'Advance in Person 2'), ('State
 Representative, District 86', 'Advance in Person 3'), ('State Representativ
e, District 86', 'Election Day'), ('State Representative, District 86', 'Prov
isional'), ('State Representative, District 87', 'Absentee by Mail'), ('State
 Representative, District 87', 'Advance in Person 1'), ('State Representative,
 District 87', 'Advance in Person 2'), ('State Representative, District 87',
 'Advance in Person 3'), ('State Representative, District 87', 'Election Da
y'), ('State Representative, District 87', 'Provisional'), ('State Representa
tive, District 88', 'Absentee by Mail'), ('State Representative, District 8
8', 'Advance in Person 1'), ('State Representative, District 88', 'Advance in

Person 2'), ('State Representative, District 88', 'Advance in Person 3'), ('S
tate Representative, District 88', 'Election Day'), ('State Representative, D
istrict 88', 'Provisional'), ('State Representative, District 89', 'Absentee
 by Mail'), ('State Representative, District 89', 'Advance in Person 1'), ('S
tate Representative, District 89', 'Advance in Person 2'), ('State Representa
tive, District 89', 'Advance in Person 3'), ('State Representative, District
 89', 'Election Day'), ('State Representative, District 89', 'Provisional'),
 ('State Representative, District 9', 'Absentee by Mail'), ('State Representa
tive, District 9', 'Advance in Person'), ('State Representative, District 9',
 'Election Day'), ('State Representative, District 9', 'Provisional'), ('State
Representative, District 90', 'Absentee by Mail'), ('State Representative, Di
strict 90', 'Advance in Person'), ('State Representative, District 90', 'Adva
nce in Person 1'), ('State Representative, District 90', 'Advance in Person
 2'), ('State Representative, District 90', 'Advance in Person 3'), ('State R
epresentative, District 90', 'Election Day'), ('State Representative, Distric
t 90', 'Provisional'), ('State Representative, District 91', 'Absentee by Mai
l'), ('State Representative, District 91', 'Advance in Person'), ('State Repr
esentative, District 91', 'Advance in Person 1'), ('State Representative, Dis
trict 91', 'Advance in Person 2'), ('State Representative, District 91', 'Adv
ance in Person 3'), ('State Representative, District 91', 'Election Day'),
 ('State Representative, District 91', 'Provisional'), ('State Representativ
e, District 92', 'Absentee by Mail'), ('State Representative, District 92',
 'Advance in Person'), ('State Representative, District 92', 'Advance in Pers
on 1'), ('State Representative, District 92', 'Advance in Person 2'), ('State
Representative, District 92', 'Advance in Person 3'), ('State Representative,
District 92', 'Election Day'), ('State Representative, District 92', 'Provisi
onal'), ('State Representative, District 93', 'Absentee by Mail'), ('State Re
presentative, District 93', 'Advance in Person'), ('State Representative, Dis
trict 93', 'Advance in Person 1'), ('State Representative, District 93', 'Adv
ance in Person 2'), ('State Representative, District 93', 'Advance in Person
 3'), ('State Representative, District 93', 'Election Day'), ('State Represen
tative, District 93', 'Provisional'), ('State Representative, District 94',
 'Absentee by Mail'), ('State Representative, District 94', 'Advance in Perso
n'), ('State Representative, District 94', 'Advance in Person 1'), ('State Re
presentative, District 94', 'Advance in Person 2'), ('State Representative, D
istrict 94', 'Advance in Person 3'), ('State Representative, District 94', 'E
lection Day'), ('State Representative, District 94', 'Provisional'), ('State
 Representative, District 95', 'Absentee by Mail'), ('State Representative, D
istrict 95', 'Advance in Person'), ('State Representative, District 95', 'Adv
ance in Person 1'), ('State Representative, District 95', 'Advance in Person
 2'), ('State Representative, District 95', 'Advance in Person 3'), ('State R
epresentative, District 95', 'Election Day'), ('State Representative, Distric
t 95', 'Provisional'), ('State Representative, District 96', 'Absentee by Mai
l'), ('State Representative, District 96', 'Advance in Person'), ('State Repr
esentative, District 96', 'Advance in Person 2'), ('State Representative, Dis
trict 96', 'Election Day'), ('State Representative, District 96', 'Provisiona
l'), ('State Representative, District 97', 'Absentee by Mail'), ('State Repre
sentative, District 97', 'Advance in Person'), ('State Representative, Distri
ct 97', 'Advance in Person 2'), ('State Representative, District 97', 'Electi
on Day'), ('State Representative, District 97', 'Provisional'), ('State Repre
sentative, District 98', 'Absentee by Mail'), ('State Representative, Distric
t 98', 'Advance in Person'), ('State Representative, District 98', 'Advance i
n Person 2'), ('State Representative, District 98', 'Election Day'), ('State
 Representative, District 98', 'Provisional'), ('State Representative, Distri
ct 99', 'Absentee by Mail'), ('State Representative, District 99', 'Advance i
n Person'), ('State Representative, District 99', 'Advance in Person 2'), ('S
tate Representative, District 99', 'Election Day'), ('State Representative, D

istrict 99', 'Provisional'), ('State School Superintendent', 'Absentee By Mai
l'), ('State School Superintendent', 'Absentee by Mail'), ('State School Supe
rintendent', 'Advance in Person'), ('State School Superintendent', 'Advance i
n Person 1'), ('State School Superintendent', 'Advance in Person 2'), ('State
School Superintendent', 'Advance in Person 3'), ('State School Superintenden
t', 'Election Day'), ('State School Superintendent', 'Provisional'), ('State
Senator, District 1', 'Absentee by Mail'), ('State Senator, District 1', 'Ad
vance in Person'), ('State Senator, District 1', 'Election Day'), ('State Sen
ator, District 1', 'Provisional'), ('State Senator, District 10', 'Absentee b
y Mail'), ('State Senator, District 10', 'Advance in Person'), ('State Senato
r, District 10', 'Advance in Person 1'), ('State Senator, District 10', 'Adva
nce in Person 2'), ('State Senator, District 10', 'Advance in Person 3'), ('S
tate Senator, District 10', 'Election Day'), ('State Senator, District 10',
'Provisional'), ('State Senator, District 11', 'Absentee by Mail'), ('State
Senator, District 11', 'Advance in Person'), ('State Senator, District 11',
'Election Day'), ('State Senator, District 11', 'Provisional'), ('State Sena
tor, District 12', 'Absentee by Mail'), ('State Senator, District 12', 'Advan
ce in Person'), ('State Senator, District 12', 'Election Day'), ('State Senat
or, District 12', 'Provisional'), ('State Senator, District 13', 'Absentee by
Mail'), ('State Senator, District 13', 'Advance in Person'), ('State Senator,
District 13', 'Election Day'), ('State Senator, District 13', 'Provisional'),
('State Senator, District 14', 'Absentee by Mail'), ('State Senator, District
14', 'Advance in Person'), ('State Senator, District 14', 'Advance in Person
1'), ('State Senator, District 14', 'Advance in Person 2'), ('State Senator,
District 14', 'Election Day'), ('State Senator, District 14', 'Provisional'),
('State Senator, District 15', 'Absentee by Mail'), ('State Senator, District
15', 'Advance in Person'), ('State Senator, District 15', 'Election Day'),
('State Senator, District 15', 'Provisional'), ('State Senator, District 1
6', 'Absentee by Mail'), ('State Senator, District 16', 'Advance in Person'),
('State Senator, District 16', 'Election Day'), ('State Senator, District 1
6', 'Provisional'), ('State Senator, District 17', 'Absentee by Mail'), ('Sta
te Senator, District 17', 'Advance in Person'), ('State Senator, District 1
7', 'Election Day'), ('State Senator, District 17', 'Provisional'), ('State S
enator, District 18', 'Absentee by Mail'), ('State Senator, District 18', 'Ad
vance in Person'), ('State Senator, District 18', 'Election Day'), ('State Se
nator, District 18', 'Provisional'), ('State Senator, District 19', 'Absentee
by Mail'), ('State Senator, District 19', 'Advance in Person'), ('State Senat
or, District 19', 'Election Day'), ('State Senator, District 19', 'Provisiona
l'), ('State Senator, District 2', 'Absentee by Mail'), ('State Senator, Dist
rict 2', 'Advance in Person'), ('State Senator, District 2', 'Election Day'),
('State Senator, District 2', 'Provisional'), ('State Senator, District 20',
'Absentee by Mail'), ('State Senator, District 20', 'Advance in Person'),
('State Senator, District 20', 'Election Day'), ('State Senator, District 2
0', 'Provisional'), ('State Senator, District 21', 'Absentee by Mail'), ('Sta
te Senator, District 21', 'Advance in Person'), ('State Senator, District 2
1', 'Advance in Person 1'), ('State Senator, District 21', 'Advance in Person
2'), ('State Senator, District 21', 'Advance in Person 3'), ('State Senator,
District 21', 'Election Day'), ('State Senator, District 21', 'Provisiona
l'), ('State Senator, District 22', 'Absentee By Mail'), ('State Senator, Dis
trict 22', 'Advance in Person'), ('State Senator, District 22', 'Election Da
y'), ('State Senator, District 22', 'Provisional'), ('State Senator, District
23', 'Absentee By Mail'), ('State Senator, District 23', 'Absentee by Mail'),
('State Senator, District 23', 'Advance in Person'), ('State Senator, Distric
t 23', 'Election Day'), ('State Senator, District 23', 'Provisional'), ('Stat
e Senator, District 24', 'Absentee By Mail'), ('State Senator, District 24',
'Absentee by Mail'), ('State Senator, District 24', 'Advance in Person'),
('State Senator, District 24', 'Election Day'), ('State Senator, District 2

4', 'Provisional'), ('State Senator, District 25', 'Absentee by Mail'), ('Sta
te Senator, District 25', 'Advance in Person'), ('State Senator, District 2
5', 'Election Day'), ('State Senator, District 25', 'Provisional'), ('State S
enator, District 26', 'Absentee by Mail'), ('State Senator, District 26', 'Ad
vance in Person'), ('State Senator, District 26', 'Election Day'), ('State Se
nator, District 26', 'Provisional'), ('State Senator, District 27', 'Absentee
by Mail'), ('State Senator, District 27', 'Advance in Person'), ('State Senat
or, District 27', 'Election Day'), ('State Senator, District 27', 'Provisiona
l'), ('State Senator, District 28', 'Absentee by Mail'), ('State Senator, Dis
trict 28', 'Advance in Person'), ('State Senator, District 28', 'Advance in P
erson 1'), ('State Senator, District 28', 'Advance in Person 2'), ('State Sen
ator, District 28', 'Advance in Person 3'), ('State Senator, District 28', 'E
lection Day'), ('State Senator, District 28', 'Provisional'), ('State Senato
r, District 29', 'Absentee by Mail'), ('State Senator, District 29', 'Advance
in Person'), ('State Senator, District 29', 'Election Day'), ('State Senator,
District 29', 'Provisional'), ('State Senator, District 3', 'Absentee by Mai
l'), ('State Senator, District 3', 'Advance in Person'), ('State Senator, Dis
trict 3', 'Election Day'), ('State Senator, District 3', 'Provisional'), ('St
ate Senator, District 30', 'Absentee by Mail'), ('State Senator, District 3
0', 'Advance in Person'), ('State Senator, District 30', 'Election Day'), ('S
tate Senator, District 30', 'Provisional'), ('State Senator, District 31', 'A
bsentee by Mail'), ('State Senator, District 31', 'Advance in Person'), ('Sta
te Senator, District 31', 'Election Day'), ('State Senator, District 31', 'Pr
ovisional'), ('State Senator, District 32', 'Absentee by Mail'), ('State Sena
tor, District 32', 'Advance in Person 1'), ('State Senator, District 32', 'Ad
vance in Person 2'), ('State Senator, District 32', 'Advance in Person 3'),
('State Senator, District 32', 'Election Day'), ('State Senator, District 3
2', 'Provisional'), ('State Senator, District 33', 'Absentee by Mail'), ('Sta
te Senator, District 33', 'Advance in Person 1'), ('State Senator, District 3
3', 'Advance in Person 2'), ('State Senator, District 33', 'Election Day'),
('State Senator, District 33', 'Provisional'), ('State Senator, District 3
4', 'Absentee by Mail'), ('State Senator, District 34', 'Advance in Person'),
('State Senator, District 34', 'Election Day'), ('State Senator, District 3
4', 'Provisional'), ('State Senator, District 35', 'Absentee by Mail'), ('Sta
te Senator, District 35', 'Advance in Person'), ('State Senator, District 3
5', 'Advance in Person 1'), ('State Senator, District 35', 'Advance in Person
2'), ('State Senator, District 35', 'Advance in Person 3'), ('State Senator,
District 35', 'Election Day'), ('State Senator, District 35', 'Provisiona
l'), ('State Senator, District 36', 'Absentee by Mail'), ('State Senator, Dis
trict 36', 'Advance in Person 1'), ('State Senator, District 36', 'Advance in
Person 2'), ('State Senator, District 36', 'Advance in Person 3'), ('State Se
nator, District 36', 'Election Day'), ('State Senator, District 36', 'Provisi
onal'), ('State Senator, District 37', 'Absentee by Mail'), ('State Senator,
District 37', 'Advance in Person 1'), ('State Senator, District 37', 'Advanc
e in Person 2'), ('State Senator, District 37', 'Election Day'), ('State Sena
tor, District 37', 'Provisional'), ('State Senator, District 38', 'Absentee b
y Mail'), ('State Senator, District 38', 'Advance in Person 1'), ('State Sena
tor, District 38', 'Advance in Person 2'), ('State Senator, District 38', 'Ad
vance in Person 3'), ('State Senator, District 38', 'Election Day'), ('State
Senator, District 38', 'Provisional'), ('State Senator, District 39', 'Absen
tee by Mail'), ('State Senator, District 39', 'Advance in Person 1'), ('State
Senator, District 39', 'Advance in Person 2'), ('State Senator, District 39',
'Advance in Person 3'), ('State Senator, District 39', 'Election Day'), ('Sta
te Senator, District 39', 'Provisional'), ('State Senator, District 4', 'Abse
ntee by Mail'), ('State Senator, District 4', 'Advance in Person'), ('State S
enator, District 4', 'Election Day'), ('State Senator, District 4', 'Provisio
nal'), ('State Senator, District 40', 'Absentee by Mail'), ('State Senator, D

istrict 40', 'Advance in Person'), ('State Senator, District 40', 'Advance in
Person 1'), ('State Senator, District 40', 'Advance in Person 2'), ('State Se
nator, District 40', 'Advance in Person 3'), ('State Senator, District 40',
 'Election Day'), ('State Senator, District 40', 'Provisional'), ('State Sena
tor, District 41', 'Absentee by Mail'), ('State Senator, District 41', 'Advan
ce in Person'), ('State Senator, District 41', 'Advance in Person 1'), ('Stat
e Senator, District 41', 'Advance in Person 2'), ('State Senator, District 4
1', 'Advance in Person 3'), ('State Senator, District 41', 'Election Day'),
 ('State Senator, District 41', 'Provisional'), ('State Senator, District 4
2', 'Absentee by Mail'), ('State Senator, District 42', 'Advance in Person
 1'), ('State Senator, District 42', 'Advance in Person 2'), ('State Senator,
District 42', 'Advance in Person 3'), ('State Senator, District 42', 'Electio
n Day'), ('State Senator, District 42', 'Provisional'), ('State Senator, Dist
rict 43', 'Absentee by Mail'), ('State Senator, District 43', 'Advance in Per
son'), ('State Senator, District 43', 'Advance in Person 1'), ('State Senato
r, District 43', 'Advance in Person 2'), ('State Senator, District 43', 'Adva
nce in Person 3'), ('State Senator, District 43', 'Election Day'), ('State Se
nator, District 43', 'Provisional'), ('State Senator, District 44', 'Absentee
by Mail'), ('State Senator, District 44', 'Advance in Person'), ('State Senat
or, District 44', 'Advance in Person 1'), ('State Senator, District 44', 'Adv
ance in Person 2'), ('State Senator, District 44', 'Advance in Person 3'),
 ('State Senator, District 44', 'Election Day'), ('State Senator, District 4
4', 'Provisional'), ('State Senator, District 45', 'Absentee by Mail'), ('Sta
te Senator, District 45', 'Advance in Person'), ('State Senator, District 4
5', 'Advance in Person 2'), ('State Senator, District 45', 'Election Day'),
 ('State Senator, District 45', 'Provisional'), ('State Senator, District 4
6', 'Absentee by Mail'), ('State Senator, District 46', 'Advance in Person'),
('State Senator, District 46', 'Election Day'), ('State Senator, District
6', 'Provisional'), ('State Senator, District 47', 'Absentee by Mail'), ('Sta
te Senator, District 47', 'Advance in Person'), ('State Senator, District 4
7', 'Election Day'), ('State Senator, District 47', 'Provisional'), ('State S
enator, District 48', 'Absentee by Mail'), ('State Senator, District 48', 'Ad
vance in Person'), ('State Senator, District 48', 'Advance in Person 1'), ('S
tate Senator, District 48', 'Advance in Person 2'), ('State Senator, District
48', 'Advance in Person 3'), ('State Senator, District 48', 'Election Day'),
 ('State Senator, District 48', 'Provisional'), ('State Senator, District 4
9', 'Absentee by Mail'), ('State Senator, District 49', 'Advance in Person'),
('State Senator, District 49', 'Election Day'), ('State Senator, District 4
9', 'Provisional'), ('State Senator, District 5', 'Absentee by Mail'), ('Stat
e Senator, District 5', 'Advance in Person'), ('State Senator, District 5',
 'Advance in Person 2'), ('State Senator, District 5', 'Election Day'), ('Sta
te Senator, District 5', 'Provisional'), ('State Senator, District 50', 'Abse
ntee by Mail'), ('State Senator, District 50', 'Advance in Person'), ('State
 Senator, District 50', 'Election Day'), ('State Senator, District 50', 'Prov
isional'), ('State Senator, District 51', 'Absentee by Mail'), ('State Senato
r, District 51', 'Advance in Person'), ('State Senator, District 51', 'Electi
on Day'), ('State Senator, District 51', 'Provisional'), ('State Senator, Dis
trict 52', 'Absentee by Mail'), ('State Senator, District 52', 'Advance in Pe
rson'), ('State Senator, District 52', 'Election Day'), ('State Senator, Dist
rict 52', 'Provisional'), ('State Senator, District 53', 'Absentee by Mail'),
('State Senator, District 53', 'Advance in Person'), ('State Senator, Distric
t 53', 'Election Day'), ('State Senator, District 53', 'Provisional'), ('Stat
e Senator, District 54', 'Absentee by Mail'), ('State Senator, District 54',
 'Advance in Person'), ('State Senator, District 54', 'Election Day'), ('Stat
e Senator, District 54', 'Provisional'), ('State Senator, District 55', 'Abse
ntee by Mail'), ('State Senator, District 55', 'Advance in Person'), ('State
 Senator, District 55', 'Advance in Person 1'), ('State Senator, District 5

5', 'Advance in Person 2'), ('State Senator, District 55', 'Advance in Person 3'), ('State Senator, District 55', 'Election Day'), ('State Senator, District 55', 'Provisional'), ('State Senator, District 56', 'Absentee by Mail'), ('State Senator, District 56', 'Advance in Person'), ('State Senator, District 56', 'Advance in Person 1'), ('State Senator, District 56', 'Advance in Person 2'), ('State Senator, District 56', 'Advance in Person 3'), ('State Senator, District 56', 'Election Day'), ('State Senator, District 56', 'Provisional'), ('State Senator, District 6', 'Absentee by Mail'), ('State Senator, District 6', 'Advance in Person 1'), ('State Senator, District 6', 'Advance in Person 2'), ('State Senator, District 6', 'Advance in Person 3'), ('State Senator, District 6', 'Election Day'), ('State Senator, District 6', 'Provisional'), ('State Senator, District 7', 'Absentee by Mail'), ('State Senator, District 7', 'Advance in Person'), ('State Senator, District 7', 'Election Day'), ('State Senator, District 7', 'Provisional'), ('State Senator, District 8', 'Absentee by Mail'), ('State Senator, District 8', 'Advance in Person'), ('State Senator, District 8', 'Election Day'), ('State Senator, District 8', 'Provisional'), ('State Senator, District 9', 'Absentee by Mail'), ('State Senator, District 9', 'Advance in Person'), ('State Senator, District 9', 'Advance in Person 2'), ('State Senator, District 9', 'Election Day'), ('State Senator, District 9', 'Provisional'), ('Statewide Referendum A <br>Provides for a homestead exemption for residents of certain municipal corporations.', 'Absentee By Mail'), ('Statewide Referendum A <br>Provides for a homestead exemption for residents of certain municipal corporations.', 'Absentee by Mail'), ('Statewide Referendum A <br>Provides for a homestead exemption for residents of certain municipal corporations.', 'Advance in Person'), ('Statewide Referendum A <br>Provides for a homestead exemption for residents of certain municipal corporations.', 'Advance in Person 1'), ('Statewide Referendum A <br>Provides for a homestead exemption for residents of certain municipal corporations.', 'Advance in Person 2'), ('Statewide Referendum A <br>Provides for a homestead exemption for residents of certain municipal corporations.', 'Advance in Person 3'), ('Statewide Referendum A <br>Provides for a homestead exemption for residents of certain municipal corporations.', 'Election Day'), ('Statewide Referendum A <br>Provides for a homestead exemption for residents of certain municipal corporations.', 'Provisional'), ('Statewide Referendum B <br>Provides a tax exemption for certain homes for the mentally disabled.', 'Absentee By Mail'), ('Statewide Referendum B <br>Provides a tax exemption for certain homes for the mentally disabled.', 'Absentee by Mail'), ('Statewide Referendum B <br>Provides a tax exemption for certain homes for the mentally disabled.', 'Advance in Person'), ('Statewide Referendum B <br>Provides a tax exemption for certain homes for the mentally disabled.', 'Advance in Person 1'), ('Statewide Referendum B <br>Provides a tax exemption for certain homes for the mentally disabled.', 'Advance in Person 2'), ('Statewide Referendum B <br>Provides a tax exemption for certain homes for the mentally disabled.', 'Advance in Person 3'), ('Statewide Referendum B <br>Provides a tax exemption for certain homes for the mentally disabled.', 'Election Day'), ('Statewide Referendum B <br>Provides a tax exemption for certain homes for the mentally disabled.', 'Provisional'), ('Stone Mountain - Sunday Alcohol Sales', 'Absentee by Mail'), ('Stone Mountain - Sunday Alcohol Sales', 'Advance in Person 1'), ('Stone Mountain - Sunday Alcohol Sales', 'Advance in Person 2'), ('Stone Mountain - Sunday Alcohol Sales', 'Advance in Person 3'), ('Stone Mountain - Sunday Alcohol Sales', 'Election Day'), ('Stone Mountain - Sunday Alcohol Sales', 'Provisional'), ('Sunday Alcohol Sales', 'Absentee by Mail'), ('Sunday Alcohol Sales', 'Advance in Person'), ('Sunday Alcohol Sales', 'Election Day'), ('Sunday Alcohol Sales', 'Provisional'), ('Sunday Brunch Alcohol Sales', 'Absentee By Mail'), ('Sunday Brunch Alcohol Sales', 'Absentee by Mail'), ('Sunday Brunch Alcohol Sales', 'Advance in Person'), ('Sunday Brunch Alcohol Sales', 'Election Day'), ('Sunday Brunch Alcohol Sales', 'Provisional'), ('Sunday Packag

e Sales', 'Absentee by Mail'), ('Sunday Package Sales', 'Advance in Person'),
('Sunday Package Sales', 'Election Day'), ('Sunday Package Sales', 'Provision
al'), ('Sunday Sales', 'Absentee by Mail'), ('Sunday Sales', 'Advance in Pers
on'), ('Sunday Sales', 'Election Day'), ('Sunday Sales', 'Provisional'), ('TS
PLOST', 'Absentee by Mail'), ('TSPLOST', 'Advance in Person'), ('TSPLOST', 'E
lection Day'), ('TSPLOST', 'Provisional'), ('Thunderbolt Sunday Alcohol', 'Ab
sentee by Mail'), ('Thunderbolt Sunday Alcohol', 'Advance in Person'), ('Thun
derbolt Sunday Alcohol', 'Election Day'), ('Thunderbolt Sunday Alcohol', 'Pro
visional'), ('Towns County Alcohol Referendum', 'Absentee by Mail'), ('Towns
County Alcohol Referendum', 'Advance in Person'), ('Towns County Alcohol Ref
erendum', 'Election Day'), ('Towns County Alcohol Referendum', 'Provisiona
l'), ('Tucker - Sunday Alcohol Sales', 'Absentee by Mail'), ('Tucker - Sunday
Alcohol Sales', 'Advance in Person 1'), ('Tucker - Sunday Alcohol Sales', 'Ad
vance in Person 2'), ('Tucker - Sunday Alcohol Sales', 'Advance in Person
3'), ('Tucker - Sunday Alcohol Sales', 'Election Day'), ('Tucker - Sunday Al
cohol Sales', 'Provisional'), ('Tybee Sunday Alcohol', 'Absentee by Mail'),
('Tybee Sunday Alcohol', 'Advance in Person'), ('Tybee Sunday Alcohol', 'Ele
ction Day'), ('Tybee Sunday Alcohol', 'Provisional'), ('U.S. Representative,
District 1', 'Absentee by Mail'), ('U.S. Representative, District 1', 'Advan
ce in Person'), ('U.S. Representative, District 1', 'Election Day'), ('U.S. R
epresentative, District 1', 'Provisional'), ('U.S. Representative, District 1
0', 'Absentee by Mail'), ('U.S. Representative, District 10', 'Advance in Per
son'), ('U.S. Representative, District 10', 'Advance in Person 2'), ('U.S. Re
presentative, District 10', 'Election Day'), ('U.S. Representative, District
10', 'Provisional'), ('U.S. Representative, District 11', 'Absentee by Mai
l'), ('U.S. Representative, District 11', 'Advance in Person'), ('U.S. Repres
entative, District 11', 'Advance in Person 1'), ('U.S. Representative, Distri
ct 11', 'Advance in Person 2'), ('U.S. Representative, District 11', 'Advance
in Person 3'), ('U.S. Representative, District 11', 'Election Day'), ('U.S. R
epresentative, District 11', 'Provisional'), ('U.S. Representative, District
12', 'Absentee By Mail'), ('U.S. Representative, District 12', 'Absentee by
Mail'), ('U.S. Representative, District 12', 'Advance in Person'), ('U.S. Re
presentative, District 12', 'Election Day'), ('U.S. Representative, District
12', 'Provisional'), ('U.S. Representative, District 13', 'Absentee by Mai
l'), ('U.S. Representative, District 13', 'Advance in Person'), ('U.S. Repres
entative, District 13', 'Advance in Person 1'), ('U.S. Representative, Distri
ct 13', 'Advance in Person 2'), ('U.S. Representative, District 13', 'Advance
in Person 3'), ('U.S. Representative, District 13', 'Election Day'), ('U.S. R
epresentative, District 13', 'Provisional'), ('U.S. Representative, District
14', 'Absentee by Mail'), ('U.S. Representative, District 14', 'Advance in P
erson'), ('U.S. Representative, District 14', 'Election Day'), ('U.S. Represe
ntative, District 14', 'Provisional'), ('U.S. Representative, District 2', 'A
bsentee by Mail'), ('U.S. Representative, District 2', 'Advance in Person'),
('U.S. Representative, District 2', 'Election Day'), ('U.S. Representative,
District 2', 'Provisional'), ('U.S. Representative, District 3', 'Absentee b
y Mail'), ('U.S. Representative, District 3', 'Advance in Person'), ('U.S. Re
presentative, District 3', 'Election Day'), ('U.S. Representative, District
3', 'Provisional'), ('U.S. Representative, District 4', 'Absentee by Mail'),
('U.S. Representative, District 4', 'Advance in Person'), ('U.S. Representati
ve, District 4', 'Advance in Person 1'), ('U.S. Representative, District 4',
'Advance in Person 2'), ('U.S. Representative, District 4', 'Advance in Pers
on 3'), ('U.S. Representative, District 4', 'Election Day'), ('U.S. Represent
ative, District 4', 'Provisional'), ('U.S. Representative, District 5', 'Abse
ntee by Mail'), ('U.S. Representative, District 5', 'Advance in Person'),
('U.S. Representative, District 5', 'Advance in Person 1'), ('U.S. Represent
ative, District 5', 'Advance in Person 2'), ('U.S. Representative, District
5', 'Advance in Person 3'), ('U.S. Representative, District 5', 'Election Da

y'), ('U.S. Representative, District 5', 'Provisional'), ('U.S. Representativ
e, District 6', 'Absentee by Mail'), ('U.S. Representative, District 6', 'Adv
ance in Person 1'), ('U.S. Representative, District 6', 'Advance in Person
 2'), ('U.S. Representative, District 6', 'Advance in Person 3'), ('U.S. Repr
esentative, District 6', 'Election Day'), ('U.S. Representative, District 6',
'Provisional'), ('U.S. Representative, District 7', 'Absentee by Mail'), ('U.
S. Representative, District 7', 'Advance in Person'), ('U.S. Representative,
 District 7', 'Advance in Person 2'), ('U.S. Representative, District 7', 'El
ection Day'), ('U.S. Representative, District 7', 'Provisional'), ('U.S. Repr
esentative, District 8', 'Absentee by Mail'), ('U.S. Representative, District
8', 'Advance in Person'), ('U.S. Representative, District 8', 'Election Da
y'), ('U.S. Representative, District 8', 'Provisional'), ('U.S. Representativ
e, District 9', 'Absentee by Mail'), ('U.S. Representative, District 9', 'Adv
ance in Person'), ('U.S. Representative, District 9', 'Election Day'), ('U.S.
Representative, District 9', 'Provisional'), ('UNION CITY - SUNDAY ALCOHOL SA
LES', 'Absentee by Mail'), ('UNION CITY - SUNDAY ALCOHOL SALES', 'Advance in
 Person 1'), ('UNION CITY - SUNDAY ALCOHOL SALES', 'Advance in Person 2'),
 ('UNION CITY - SUNDAY ALCOHOL SALES', 'Advance in Person 3'), ('UNION CITY -
SUNDAY ALCOHOL SALES', 'Election Day'), ('UNION CITY - SUNDAY ALCOHOL SALES',
'Provisional'), ('VILLA RICA - REDEVELOPMENT POWERS', 'Absentee by Mail'),
 ('VILLA RICA - REDEVELOPMENT POWERS', 'Advance in Person'), ('VILLA RICA - R
EDEVELOPMENT POWERS', 'Election Day'), ('VILLA RICA - REDEVELOPMENT POWERS',
 'Provisional'), ('VILLA RICA - SUNDAY ALCOHOL SALES ', 'Absentee by Mail'),
 ('VILLA RICA - SUNDAY ALCOHOL SALES ', 'Advance in Person'), ('VILLA RICA -
SUNDAY ALCOHOL SALES ', 'Election Day'), ('VILLA RICA - SUNDAY ALCOHOL SALES
 ', 'Provisional'), ('VILLA RICA - SUNDAY BRUNCH ALCOHOL SALES ', 'Absentee by
Mail'), ('VILLA RICA - SUNDAY BRUNCH ALCOHOL SALES ', 'Advance in Person'),
 ('VILLA RICA - SUNDAY BRUNCH ALCOHOL SALES ', 'Election Day'), ('VILLA RICA
 - SUNDAY BRUNCH ALCOHOL SALES ', 'Provisional'), ('WALKER - Govt', 'Absentee
by Mail'), ('WALKER - Govt', 'Advance in Person'), ('WALKER - Govt', 'Electio
n Day'), ('WALKER - Govt', 'Provisional'), ('WALKER - Sunday Pkg Sales', 'Abs
entee by Mail'), ('WALKER - Sunday Pkg Sales', 'Advance in Person'), ('WALKER
 - Sunday Pkg Sales', 'Election Day'), ('WALKER - Sunday Pkg Sales', 'Provisio
nal'), ('WALKER - Sunday by Drink', 'Absentee by Mail'), ('WALKER - Sunday by
Drink', 'Advance in Person'), ('WALKER - Sunday by Drink', 'Election Day'),
 ('WALKER - Sunday by Drink', 'Provisional'), ('WOODBINE - SUNDAY ALCOHOL',
 'Absentee by Mail'), ('WOODBINE - SUNDAY ALCOHOL', 'Advance in Person'), ('W
OODBINE - SUNDAY ALCOHOL', 'Election Day'), ('WOODBINE - SUNDAY ALCOHOL', 'Pr
ovisional'), ('Watkinsville CC P3', 'Absentee by Mail'), ('Watkinsville CC P
3', 'Advance in Person'), ('Watkinsville CC P3', 'Election Day'), ('Watkinsvi
lle CC P3', 'Provisional'), ('Watkinsville CC P4', 'Absentee by Mail'), ('Wat
kinsville CC P4', 'Advance in Person'), ('Watkinsville CC P4', 'Election Da
y'), ('Watkinsville CC P4', 'Provisional'), ('Watkinsville CC P5', 'Absentee
 by Mail'), ('Watkinsville CC P5', 'Advance in Person'), ('Watkinsville CC P
5', 'Election Day'), ('Watkinsville CC P5', 'Provisional')])

In [132]:
```python
##2018 Offices in order of votes cast.  Note the statewide offices at the top.
contest_totals = df.groupby('office')[['votes']].sum()
statewide_contests = contest_totals.loc[contest_totals["votes"] >= 3000000]
```

```
In [133]:  #total votes cast for each office
           statewide_contests.sort_values(by='votes', ascending=False)
```

Out[133]:

|  | votes |
| --- | --- |
| **office** | |
| **Governor** | 3939328 |
| **Secretary Of State** | 3883594 |
| **State School Superintendent** | 3862464 |
| **Attorney General** | 3862370 |
| **Commissioner Of Insurance** | 3861625 |
| **Public Service Commission, District 3 - Metro-Atlanta** | 3858554 |
| **Public Service Commission, District 5 - Western** | 3855670 |
| **Commissioner Of Labor** | 3849450 |
| **Commissioner Of Agriculture** | 3843480 |
| **Constitutional Amendment #1<br>Creates the Georgia Outdoor Stewardship Trust Fund to protect water quality, wildlife habitat, and parks.** | 3814167 |
| **Constitutional Amendment #4 <br>Provides rights for victims of crime in the judicial process.** | 3791572 |
| **Lieutenant Governor** | 3780304 |
| **Statewide Referendum B <br>Provides a tax exemption for certain homes for the mentally disabled.** | 3718102 |
| **Constitutional Amendment #2 <br>Creates a state-wide business court to lower costs, enhance efficiency, and promote predictable judicial outcomes.** | 3709610 |
| **Constitutional Amendment #5 <br>Authorizes fair allocation of sales tax proceeds to county and city school districts.** | 3706709 |
| **Constitutional Amendment #3 <br>Encourages the conservation, sustainability, and longevity of Georgia's working forests through tax subclassification and grants.** | 3660028 |
| **Statewide Referendum A <br>Provides for a homestead exemption for residents of certain municipal corporations.** | 3608735 |

```
In [122]:  #calculate drop-off for each contest using the Governor's election vote total
           as the baseline.
           drop_off = 1-(statewide_contests.votes/3939328)
           statewide_contests['drop_off'] = drop_off
```

```
C:\Users\chris.brill\AppData\Local\Continuum\anaconda3\envs\PythonData\lib\si
te-packages\ipykernel_launcher.py:3: SettingWithCopyWarning:
A value is trying to be set on a copy of a slice from a DataFrame.
Try using .loc[row_indexer,col_indexer] = value instead

See the caveats in the documentation: http://pandas.pydata.org/pandas-docs/st
able/indexing.html#indexing-view-versus-copy
  This is separate from the ipykernel package so we can avoid doing imports u
ntil
```

In [129]:
```python
##drop-off percentage highlighted for each contest.
##Note the difference between Lt Governor and every other candidate on the sta
tewide ballot.
statewide_contests
cm = sns.light_palette("red", as_cmap=True)
s = statewide_contests.style.background_gradient(cmap=cm, subset='drop_off')
s
```

Out[129]:

| office | votes | drop_off |
|---|---|---|
| Attorney General | 3862370 | 0.0195358 |
| Commissioner Of Agriculture | 3843480 | 0.0243311 |
| Commissioner Of Insurance | 3861625 | 0.0197249 |
| Commissioner Of Labor | 3849450 | 0.0228156 |
| Constitutional Amendment #1<br>Creates the Georgia Outdoor Stewardship Trust Fund to protect water quality, wildlife habitat, and parks. | 3814167 | 0.0317722 |
| Constitutional Amendment #2<br>Creates a state-wide business court to lower costs, enhance efficiency, and promote predictable judicial outcomes. | 3709610 | 0.058314 |
| Constitutional Amendment #3<br>Encourages the conservation, sustainability, and longevity of Georgia's working forests through tax subclassification and grants. | 3660028 | 0.0709004 |
| Constitutional Amendment #4<br>Provides rights for victims of crime in the judicial process. | 3791572 | 0.0375079 |
| Constitutional Amendment #5<br>Authorizes fair allocation of sales tax proceeds to county and city school districts. | 3706709 | 0.0590504 |
| Governor | 3939328 | 0 |
| Lieutenant Governor | 3780304 | 0.0403683 |
| Public Service Commission, District 3 - Metro-Atlanta | 3858554 | 0.0205045 |
| Public Service Commission, District 5 - Western | 3855670 | 0.0212366 |
| Secretary Of State | 3883594 | 0.0141481 |
| State School Superintendent | 3862464 | 0.019512 |
| Statewide Referendum A<br>Provides for a homestead exemption for residents of certain municipal corporations. | 3608735 | 0.0839212 |
| Statewide Referendum B<br>Provides a tax exemption for certain homes for the mentally disabled. | 3718102 | 0.0561583 |

In [174]:
```python
#standardize vote type column values
df['vote_type'] = df['vote_type'].replace(
    {'Absentee By Mail': 'Absentee', 'Absentee by Mail': 'Absentee',
     'Advance in Person': 'Advance', 'Advance in Person 1': 'Advance', 'Advanc
e in Person 2': 'Advance', 'Advance in Person 3': 'Advance'})
```

```
In [185]:  # Total Gubernatorial votes by vote method
           GOV = df.loc[df['office']=="Governor"]
           GOV_vote = GOV.groupby('vote_type')[['votes']].sum()
           GOV_vote.rename(columns={'votes':'GOV_votes'}, inplace=True)
           GOV_vote
```

Out[185]:

| vote_type | GOV_votes |
| --- | --- |
| Absentee | 223576 |
| Advance | 1890538 |
| Election Day | 1813123 |
| Provisional | 12091 |

```
In [176]:  # Total Attorney General votes by vote method
           AG = df.loc[df['office']=="Attorney General"]
           AG_vote = AG.groupby('vote_type')[['votes']].sum()
           AG_vote.rename(columns={'votes':'AG_votes'}, inplace=True)
           AG_vote
```

Out[176]:

| vote_type | AG_votes |
| --- | --- |
| Absentee | 219799 |
| Advance | 1857233 |
| Election Day | 1773672 |
| Provisional | 11666 |

```
In [177]:  # Total Secretary of State votes by vote method
           SOS = df.loc[df['office']=="Secretary Of State"]
           SOS_vote = SOS.groupby('vote_type')[['votes']].sum()
           SOS_vote.rename(columns={'votes':'SOS_votes'}, inplace=True)
           SOS_vote
```

Out[177]:

| vote_type | SOS_votes |
| --- | --- |
| Absentee | 220521 |
| Advance | 1865741 |
| Election Day | 1785592 |
| Provisional | 11740 |

In [178]:
```python
# Total Commissioner of Agriculture votes by vote method
COA = df.loc[df['office']=="Commissioner Of Agriculture"]
COA_vote = COA.groupby('vote_type')[['votes']].sum()
COA_vote.rename(columns={'votes':'COA_votes'}, inplace=True)
COA_vote
```

Out[178]:

| vote_type | COA_votes |
|---|---|
| Absentee | 219044 |
| Advance | 1849797 |
| Election Day | 1762971 |
| Provisional | 11668 |

In [179]:
```python
# Total Commissioner of Insurance votes by vote method
COI = df.loc[df['office']=="Commissioner Of Insurance"]
COI_vote = COI.groupby('vote_type')[['votes']].sum()
COI_vote.rename(columns={'votes':'COI_votes'}, inplace=True)
COI_vote
```

Out[179]:

| vote_type | COI_votes |
|---|---|
| Absentee | 219829 |
| Advance | 1857944 |
| Election Day | 1772106 |
| Provisional | 11746 |

In [180]:
```python
# Total Commissione of Labor votes by vote method
COL = df.loc[df['office']=="Commissioner Of Labor"]
COL_vote = COL.groupby('vote_type')[['votes']].sum()
COL_vote.rename(columns={'votes':'COL_votes'}, inplace=True)
COL_vote
```

Out[180]:

| vote_type | COL_votes |
|---|---|
| Absentee | 218064 |
| Advance | 1853723 |
| Election Day | 1766061 |
| Provisional | 11602 |

In [181]:
```python
# Total LtGovernor votes by vote method
LTG = df.loc[df['office']=="Lieutenant Governor"]
LTG_vote = LTG.groupby('vote_type')[['votes']].sum()
LTG_vote.rename(columns={'votes':'LTG_votes'}, inplace=True)
LTG_vote
```

Out[181]:

| | LTG_votes |
|---|---|
| **vote_type** | |
| **Absentee** | 221343 |
| **Advance** | 1816325 |
| **Election Day** | 1730830 |
| **Provisional** | 11806 |

In [182]:
```python
# Total School Superintendent votes by vote method
SUP= df.loc[df['office']=="State School Superintendent"]
SUP_vote = SUP.groupby('vote_type')[['votes']].sum()
SUP_vote.rename(columns={'votes':'SUP_votes'}, inplace=True)
SUP_vote
```

Out[182]:

| | SUP_votes |
|---|---|
| **vote_type** | |
| **Absentee** | 218852 |
| **Advance** | 1858922 |
| **Election Day** | 1773046 |
| **Provisional** | 11644 |

In [198]:
```python
all_votes = pd.concat([GOV_vote, LTG_vote, AG_vote, SOS_vote, COA_vote, COI_vote, COL_vote, SUP_vote], axis=1, ignore_index=True)
all_votes.rename(columns={0: 'Gov_votes',
                          1: 'Ltg_votes',
                          2: 'Ag_votes',
                          3: 'Sos_votes',
                          4: 'Coa_votes',
                          5: 'Coi_votes',
                          6: 'Col_votes',
                          7: 'Sup_votes'}, inplace=True)
```

In [199]: `all_votes`

Out[199]:

| | Gov_votes | Ltg_votes | Ag_votes | Sos_votes | Coa_votes | Coi_votes | Col_votes | Sup_ |
|---|---|---|---|---|---|---|---|---|
| **vote_type** | | | | | | | | |
| **Absentee** | 223576 | 221343 | 219799 | 220521 | 219044 | 219829 | 218064 | 2 |
| **Advance** | 1890538 | 1816325 | 1857233 | 1865741 | 1849797 | 1857944 | 1853723 | 18 |
| **Election Day** | 1813123 | 1730830 | 1773672 | 1785592 | 1762971 | 1772106 | 1766061 | 17 |
| **Provisional** | 12091 | 11806 | 11666 | 11740 | 11668 | 11746 | 11602 | |

In [210]:
```python
# calculate drop-off across each contest and vote method
ltg_drop = 1-(all_votes.Ltg_votes/all_votes.Gov_votes)
ag_drop = 1-(all_votes.Ag_votes/all_votes.Gov_votes)
sos_drop = 1-(all_votes.Sos_votes/all_votes.Gov_votes)
coa_drop = 1-(all_votes.Coa_votes/all_votes.Gov_votes)
coi_drop = 1-(all_votes.Col_votes/all_votes.Gov_votes)
col_drop = 1-(all_votes.Col_votes/all_votes.Gov_votes)
sup_drop = 1-(all_votes.Sup_votes/all_votes.Gov_votes)

all_votes['ltg_drop'] = ltg_drop
all_votes['ag_drop'] = ag_drop
all_votes['sos_drop'] = sos_drop
all_votes['coa_drop'] = coa_drop
all_votes['coi_drop'] = coi_drop
all_votes['col_drop'] = col_drop
all_votes['sup_drop'] = sup_drop

del all_votes['Gov_votes']
del all_votes['Ltg_votes']
del all_votes['Ag_votes']
del all_votes['Sos_votes']
del all_votes['Coa_votes']
del all_votes['Coi_votes']
del all_votes['Sup_votes']
del all_votes['Col_votes']
```

In [231]:
```python
#Drop Off by vote type and contest
cm = sns.light_palette("red", as_cmap=True)
d = all_votes.style.background_gradient(cmap=cm)
d
```

Out[231]:

| | ltg_drop | ag_drop | sos_drop | coa_drop | coi_drop | col_drop | sup_drop |
|---|---|---|---|---|---|---|---|
| **vote_type** | | | | | | | |
| **Absentee** | 0.00998766 | 0.0168936 | 0.0136643 | 0.0202705 | 0.0246538 | 0.0246538 | 0.0211293 |
| **Advance** | 0.039255 | 0.0176167 | 0.0131164 | 0.02155 | 0.0194733 | 0.0194733 | 0.0167233 |
| **Election Day** | 0.0453874 | 0.0217586 | 0.0151843 | 0.0276606 | 0.0259563 | 0.0259563 | 0.0221039 |
| **Provisional** | 0.0235713 | 0.0351501 | 0.0290299 | 0.0349847 | 0.0404433 | 0.0404433 | 0.0369696 |

In [239]:
```python
all_votes.plot(kind="line", figsize=(12,7))
plt.title("2018 Drop Off by Vote Type and Contest", fontsize=20)
plt.ylabel('Drop Off', fontsize=15)
plt.xlabel('Vote Type', fontsize=15)
plt.xticks(range(4), ['Absentee','Advance','Election Day','Provisional'])
plt.tight_layout()
plt.savefig("dropoff.png")
plt.show()
```



In [ ]: