KREVOLIN | HORST

One Atlantic Center
1201 West Peachtree Street, NW
Suite 3250 | Atlanta, GA 30309
404-888-9700
www.khlawfirm.com

**Halsey G. Knapp, Jr.**
Direct No. (404) 888-9611
hknapp@khlawfirm.com

June 18, 2019

### VIA EMAIL AND US MAIL

The Honorable Jeffrey S. Bagley
101 East Courthouse Square
Suite 5016
Cumming, Georgia 30040

Cathy W. English
Judicial Assistant to Judge Jeffrey S. Bagley
Chief Judge, Superior Court, Forsyth County
101 East Courthouse Square, Suite 5016
Cumming, Georgia 30040
*CWEnglish@forsythco.com*

The Honorable Elizabeth E. Long
Fulton County Superior Court
185 Central Avenue, SW JCT8655
Chamber C-956
Atlanta, Georgia 30303

Lynette Jimenez, Director and Staff Attorney
Metro Atlanta Business Case Division
Superior Court of Fulton County
136 Pryor Street SW, Suite C-640
Atlanta, GA 30303
Lynette.Jimenez@fultoncountyga.gov

The Honorable Amy Totenberg,
 United Stated District Court Judge
Chambers 2388 Richard B. Russell Federal
 Building and United States Courthouse
75 Ted Turner Drive, SW
Atlanta, Georgia 30303

Amy McConochie, Courtroom Deputy Clerk
 for the Honorable Amy Totenberg,
 United Stated District Court Judge
Chambers 2388 Richard B. Russell Federal
 Building and United States Courthouse
75 Ted Turner Drive, SW
Atlanta, Georgia 30303

Cathleen "Tina" Robinson
Fulton County Superior Court
136 Pryor St SW
Suite C-640
Atlanta, GA 30303

Greg G. Allen
Forsyth County Superior Court
101 East Courthouse Square
First Floor, Suite 1007
Cumming, Georgia 30040

  Re: *Ted Ridlehuber v. Matthews, et al. ("Ridlehuber")*;
     **Superior Court of Forsyth County, Civil Action No. 19-cv-0421-1**

  Re: *BSL Holdings, LLC, et al. v. Holbrook, et al. ("BSL");* **and**
     **Superior Court of Fulton County, Civil Action No. 16-cv-278256**

  Re: *Donna Curling, et al. v. Brad Raffensperger, et al. ("Curling")*
     **USDC Northern District of Georgia, Civil Action No. 17-cv-2989-AT**

The Honorable Jeffrey S. Bagley
The Honorable Elizabeth E. Long
The Honorable Amy Totenberg

June 18, 2019
Page 2

Judges Bagley, Long & Totenberg:

Pursuant to Uniform Superior Court Rule 17.1(A), I have a conflict.

I am lead counsel and a witness in the *Ridlehuber* case, lead counsel in the *BSL* case, and co-counsel in the *Curling* case, the styles of which are noted above, and each has been noticed for either trial or a multi-day preliminary injunction hearing during July 2019. I certify that the *Ridlehuber* and *BSL* matters cannot be adequately handled, and the client's interest adequately protected, by other counsel for the party in the action or by other attorneys in lead counsel's firm; certifies that in spite of compliance with this rule, the attorney has been unable to resolve these conflicts; and certifies in the notice a proposed resolution by list of such cases in the order of priority specified in this rule. I have previously filed leaves of absence in the Ridlehuber (filed May 8, 2019) and BSL cases (filed January 24, 2019) for the period of June 28 through July 10, 2019.

The *Ridlehuber* case is case number 8 on Judge Bagley's two-week non-jury calendar beginning Monday July 8, 2019 through and including Friday July 12, 2019 and Monday July 22, 2019 through and including Friday July 26, 2019.

The *BSL* case has been specially set for a jury trial beginning July 15, 2019 and is expected to spill over into the week of July 22, 2019.

The *Curling* case has a preliminary injunction hearing scheduled before Judge Totenberg July 25 & 26, 2019.

I propose a resolution of the appearance conflicts as follows. Under Uniform Superior Court Rule 17.1B(2) the *BSL* case takes precedence over the *Ridlehuber* case as the *BSL* trial is a jury trial while the *Ridlehuber* trial is a nonjury trial. Accordingly, I plan to appear in Judge Long's courtroom on July 15, 2019 until the conclusion of that trial. Depending on the announcements at Judge Bagley's calendar call at 1:30 pm on June 20, 2019 and other developments, I will assess whether I can participate in a non-jury trial or the preliminary injunction hearing. I would appreciate any additional direction you could provide us on these issues.

Best regards.

Sincerely,

**KREVOLIN | HORST**

Halsey G. Knapp, Jr

KH544972.DOCX

The Honorable Jeffrey S. Bagley
The Honorable Elizabeth E. Long
The Honorable Amy Totenberg

June 18, 2019
Page 3

HGK/lxt

Enclosures

cc (via email only):	Bruce Brown
	Bryan Tyson
	Carey Miller
	Cary Ichter
	Catherine Chapple
	Cheryl Ringer
	David Brody
	David Cross
	David Lowman
	Ezra Rosenberg
	John Powers
	Josh Belinfante
	Kaye Burwell
	Kimberly Anderson
	Robert McGuire
	Vincent Russo
	W. Russell Hodges
	William Piercy