# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, et al., ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> BRAD RAFFENSPERGER, et al., ) <br> ) <br> Defendants. ) <br> ) | CIVIL ACTION FILE <br><br> NO. 1:17-cv-2989-AT |

## **RULE 5.4 CERTIFICATE OF SERVICE**

Pursuant to Local Rule 5.4, I hereby certify that on June 28, 2019, copies of the following:

(1) State Defendants' Requests for Production of Documents to Coalition Plaintiffs;

(2) State Defendants' Requests for Production of Documents to Curling Plaintiffs;

(3) Defendant Raffensperger's First Interrogatories to Coalition Plaintiffs;

(4) Defendant Raffensperger's First Interrogatories to Curling Plaintiffs; and

(5) State Defendants' Amended Objections and Responses to Curling Plaintiffs' First Requests for Production of Documents

were served upon the following counsel of record via electronic mail:

Cary Ichter
Ichter Davis LLC
Suite 1530
3340 Peachtree Road N.E.
Atlanta, Georgia 30326
cichter@ichterdavis.com

David D. Cross
John P. Carlin
Jane P. Bentrott
Catherine L. Chapple
Robert W. Manoso
Morrison & Foerster, LLP
2000 Pennsylvania Avenue, NW
Washington, DC 20006
dcross@mofo.com
cchapple@mofo.com
jbentrott@mofo.com
rmanoso@mofo.com
jconway@mofo.com
amiriyala@mofo.com

Bruce P. Brown
BRUCE P. BROWN LAW LLC
1123 Zonolite Road, Suite 6
Atlanta, Georgia 30306
bbrown@brucepbrownlaw.com

John Michael Powers
David Brody
Lawyers' Committee for Civil Rights
Under Law
Suite 900
1500 K Street, N.W.
Washington, DC 20005
jpowers@lawyerscommittee.org
dbrody@lawyerscommittee.org

Halsey G. Knapp, Jr.
Adam Martin Sparks
Krevolin & Horst, LLC
One Atlantic Center, Suite 3250
1201 West Peachtree Street, NW
Atlanta, GA 30309
hknapp@khlawfirm.com
sparks@khlawfirm.com

Robert Alexander McGuire
Robert McGuire Law Firm
113 Cherry Street #86685
Seattle, WA 98104-2206
ram@lawram.com

Kaye Burwell
David Lowman
Cheryl Ringer
Office of The Fulton County Attorney
141 Pryor Street, Suite 4038
Atlanta, Georgia 30303
kaye.burwell@fultoncountyga.gov
david.lowman@fultoncountyga.gov
cheryl.ringer@fultoncountyga.gov

This 28th day of June, 2019.

**ROBBINS ROSS ALLOY**
**BELINFANTE LITTLEFIELD LLC**

*/s/Vincent R. Russo*
Vincent R. Russo
GA Bar No. 242628
vrusso@robbinsfirm.com
Josh Belinfante
GA Bar No. 047399
jbelinfante@robbinsfirm.com
Carey A. Miller
GA Bar No. 976240
cmiller@robbinsfirm.com
Kimberly Anderson
Ga. Bar No. 602807
kanderson@robbinsfirm.com
Alec Denton
GA Bar No. 660632
adenton@robbinsfirm.com
Brian E. Lake
GA Bar No. 575966
blake@robbinsfirm.com
500 14th Street N.W.
Atlanta, GA  30318

Telephone: (678) 701-9381
Facsimile: (404) 856-3250

**TAYLOR ENGLISH DUMA LLP**

Bryan P. Tyson
GA Bar No. 515411
btyson@taylorenglish.com
Bryan F. Jacoutot
Georgia Bar No. 668272
bjacoutot@taylorenglish.com
1600 Parkwood Circle, Suite 200
Atlanta, GA 30339
Telephone: 770.434.6868

*Attorneys for State Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that I have this day filed the within and foregoing **RULE 5.4 CERTIFICATE OF SERVICE** with the Clerk of Court using the CM/ECF system which will automatically send counsel of record email notification of such filing.

This 28th day of June, 2019.

                                                      */s/ Vincent R. Russo*
                                                      Vincent R. Russo