# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, *et al.* <br><br> *Plaintiffs*, <br><br> v. <br><br> BRAD RAFFENSPERGER, *et al.*, <br><br> *Defendants*. | CIVIL ACTION <br><br> FILE NO. 1:17-cv-2989-AT |

### STATE DEFENDANTS' RESPONSE TO PLAINTIFFS' NOTICE REGARDING GEMS DISCOVERY ISSUES AND COURT'S REQUEST

Yesterday afternoon, the Court directed State Defendants to file a response to Plaintiffs' Responses to Docket Entry Orders [Doc. 460] and for the additional information regarding the proposal for review of the GEMS Database by noon today. Five hours later, the Court entered an order requiring the disclosure of the GEMS Database under the terms specified [Doc. 463]. State Defendants recognize that the Court's order on production moots any requirement for an additional response.

State Defendants are moving quickly to comply with this Court's order [Doc. 463], but did not want to fail to respond to the Court's earlier directive.

This 10th day of July, 2019.

        Vincent R. Russo
        GA Bar No. 242628
        Josh Belinfante
        GA Bar No. 047399
        Carey A. Miller
        GA Bar No. 976240
        Kimberly Anderson
        GA Bar No. 602807
        Alexander Denton
        GA Bar No. 660632
        Brian E. Lake
        GA Bar No. 575966
        ROBBINS ROSS ALLOY
        BELINFANTE LITTLEFIELD LLC
        500 14th Street NW
        Atlanta, GA 30318
        Telephone: (678) 701-9381
        Facsimile: (404) 856-3250
        vrusso@robbinsfirm.com
        jbelinfante@robbinsfirm.com
        cmiller@robbinsfirm.com
        kanderson@robbinsfirm.com
        adenton@robbinsfirm.com
        blake@robbinsfirm.com


        */s/Bryan P. Tyson*
        Bryan P. Tyson
        GA Bar No. 515411
        Bryan F. Jacoutot
        Georgia Bar No. 668272
        TAYLOR ENGLISH DUMA LLP
        1600 Parkwood Circle, Suite 200
        Atlanta, GA 30339
        Telephone: (678)336-7249

- 3 -

        btyson@taylorenglish.com
        bjacoutot@taylorenglish.com

*Counsel for State Defendants*

## **CERTIFICATE OF COMPLIANCE**

Pursuant to L.R. 7.1(D), the undersigned hereby certifies that the foregoing STATE DEFENDANTS' RESPONSE TO PLAINTIFFS' NOTICE REGARDING GEMS DISCOVERY ISSUES AND COURT'S REQUEST has been prepared in Times New Roman 14-point, a font and type selection approved by the Court in L.R. 5.1(B).

*/s/Bryan P. Tyson*
Bryan P. Tyson
GA Bar No. 515411

- 5 -

## CERTIFICATE OF SERVICE

I hereby certify that on this day, I electronically filed the foregoing STATE DEFENDANTS' RESPONSE TO PLAINTIFFS' NOTICE REGARDING GEMS DISCOVERY ISSUES AND COURT'S REQUEST with the Clerk of Court using the CM/ECF system, which will automatically send counsel of record e-mail notification of such filing.

This 10th day of July, 2019.

*/s/Bryan P. Tyson*
Bryan P. Tyson
GA Bar No. 515411