IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, ET AL., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | CIVIL ACTION |
| vs. ) | |
| ) | FILE NO. 1:17-cv-2989-AT |
| BRAD RAFFENSPERGER, ) | |
| ET AL., ) | |
| ) | |
| Defendants. ) | |

**COALITION PLAINTIFFS' MOTION FOR EXTENSION OF TIME AND FOR ADDITIONAL PAGES**

Pursuant to Local Rule 7.1(D) and Part III(a) of this Court's Standing Order, the Coalition Plaintiffs move the Court for permission to submit a Reply Brief in Support of its Motion for Preliminary Injunction that does not exceed forty-five (45) pages, inclusive of a portion of the brief that may need to be filed under seal, *and* for a one-day extension of time to file the brief until Thursday, July 18, 2019 (the brief is currently due Wednesday, July 17, 2019). The Coalition Plaintiffs show that the Reply is in response to the 75 page brief of the State Defendants and the 27 page brief filed by the Fulton County Defendants.

As for a one-day extension of time, the Coalition Plaintiffs show that counsel have been working diligently on the brief since the Responses were filed

Wednesday evening, July 10, 2019.  Pursuant to Part III(a) of this Court's Standing Order, the unforeseen circumstance necessitating this extension is the difficult and extremely time-consuming dispute with the State Defendants concerning discovery of the GEMS databases, including a telephonic hearing on said discovery on Thursday, July 11, 2019, and prolonged engagement with State Defendants concerning their misrepresentations about the GEMS databases extending through yesterday, July 15, 2019.  The contents of the State Defendants' misrepresentations, and their ramifications, will be addressed in the Reply Brief and are outlined in the Joint Discovery filing of the State Defendants and the Curling Plaintiffs, including most specifically the Declaration of Dr. Halderman, which the Coalition Plaintiffs understand will be filed under seal later this morning.

A proposed order granting additional pages and time is attached.

Respectfully submitted this 16st day of June, 2019.

| | |
|---|---|
| */s/ Bruce P. Brown* | */s/ Robert A. McGuire, III* |
| Bruce P. Brown | Robert A. McGuire, III |
| Georgia Bar No. 064460 | Admitted Pro Hac Vice |
| BRUCE P. BROWN LAW LLC | (ECF No. 125) |
| 1123 Zonolite Rd. NE | ROBERT MCGUIRE LAW FIRM |
| Suite 6 | 113 Cherry St. #86685 |
| Atlanta, Georgia 30306 | Seattle, Washington 98104-2205 |
| (404) 881-0700 | (253) 267-8530 |

*Counsel for Coalition for Good Governance*

*/s/ Cary Ichter*
Cary Ichter
Georgia Bar No. 382515
ICHTER DAVIS LLC
3340 Peachtree Road NE
Suite 1530
Atlanta, Georgia 30326
(404) 869-7600

*Counsel for William Digges III, Laura Digges, Ricardo Davis and Megan Missett*

## **CERTIFICATE OF COMPLIANCE**

Pursuant to LR 7.1(D), I hereby certify that the foregoing document has been prepared in accordance with the font type and margin requirements of LR 5.1, using font type of Times New Roman and a point size of 14.

*/s/ Bruce P. Brown*
Bruce P. Brown

## CERTIFICATE OF SERVICE

This is to certify that I have this day caused the foregoing to be served upon all other parties in this action by via electronic delivery using the PACER-ECF system.

This 16th day of July, 2019.

/s/ *Bruce P. Brown*
Bruce P. Brown

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **DONNA CURLING, ET AL.,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | **CIVIL ACTION** |
| vs. ) | |
| ) | **FILE NO. 1:17-cv-2989-AT** |
| **BRAD RAFFENSPERGER,** ) | |
| **ET AL.,** ) | |
| ) | |
| **Defendants.** ) | |

## PROPOSED ORDER GRANTING COALITION PLAINTIFFS' MOTION FOR ADDITIONAL PAGES AND EXTENSION OF TIME

Good cause having been shown, the Motion of Coalition Plaintiffs for Additional Pages and an Extension of Time is GRANTED. Coalition Plaintiffs' Reply Brief in Support of its Motion for Preliminary Injunction shall not exceed forty-five (45) pages, inclusive of briefing filed under seal, and is due to be filed no later than July 18, 2019.

SO ORDERED this ___ day of July, 2019.

_____
Amy Totenberg
United States District Judge