# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, et al., ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION FILE |
| vs. ) | |
| ) | NO. 1:17-cv-2989-AT |
| BRAD RAFFENSPERGER, et al., ) | |
| ) | |
| Defendant. ) | |

## [PROPOSED]

## ORDER GRANTING STATE DEFENDANTS' MOTIONS TO SEAL DOCUMENTS RELATED TO THE PARTIES' JOINT DISCOVERY STATEMENT [Doc. 489 and 487]

Good cause having been shown in State Defendants' Motion to Seal Documents Related to the Parties' Joint Discovery Statement and the brief in support thereof, State Defendants' Motion is GRANTED. The entirety of the filings related to the Joint Discovery Statement (Dkt. Nos. 489 and 487) shall remain sealed from public view.

SO ORDERED this ____ day of July, 2019.

_____
Amy Totenberg
United States District Judge