# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, ET AL., Plaintiffs, v. BRAD RAFFENSPERGER, ET AL., Defendants. | Civil Action No. 1:17-CV-2989-AT |

## ORDER GRANTING CURLING PLAINTIFFS' MOTION FOR ADDITIONAL PAGES

Good cause having been shown, it is hereby ordered that the Curling Plaintiffs' Motion for additional pages [Doc. 494] is **GRANTED**. Curling Plaintiffs' Reply Brief in Support of their Motion for Preliminary Injunction shall not exceed forty-five (45) pages.

**IT IS SO ORDERED** this 17th day of July, 2019.

_____
U.S. District Court Judge Amy Totenberg