# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| **DONNA CURLING, ET AL.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | **CIVIL ACTION** |
| **vs.** | ) | |
| | ) | **FILE NO. 1:17-cv-2989-AT** |
| **BRAD RAFFENSPERGER,** | ) | |
| **ET AL.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## COALITION PLAINTIFFS' NOTICE OF FILING EVIDENCE AND WITHDRAWAL OF DECLARATIONS

Coalition Plaintiffs file herewith corrected copies of the following documents filed in support of their Motion for Preliminary Injunction (Docs. 412, 413 and 419), and withdraw two declarations, as follows:

1. Chart attached to Declaration of Taran Greenwald Declaration: attached as Exhibit 1 is a print out of the same data as found in the spreadsheet that appears at Doc. 419-1, at page 358, but printed in larger font and improved formatting.

2. Declaration of Christopher Brill: attached to the hand-delivered copy of this filing as Exhibit 2 is a print out of Doc. 421.  It is not being filed again electronically.

3. The Declaration of Eduardo Gonzalez (originally filed at Doc. 412 at page 167) is withdrawn.

4. The Declaration of Kirsten Kemp (originally filed at Doc. 412 at page 219) is withdrawn.

5. The Declaration of Quida Leech (originally filed at Doc. 412 at page 225): a corrected copy of this declaration is filed herewith as Exhibit 3.

6. The Declaration of Dinesh Chandra (originally filed at Doc. 413 at page 116): a corrected copy of this declaration is filed herewith as Exhibit 4.

Respectfully submitted this 17th day of July, 2019.

*/s/ Bruce P. Brown*
Bruce P. Brown
Georgia Bar No. 064460
BRUCE P. BROWN LAW LLC
1123 Zonolite Rd. NE
Suite 6
Atlanta, Georgia 30306
(404) 881-0700

*/s/ Robert A. McGuire, III*
Robert A. McGuire, III
Admitted Pro Hac Vice
 (ECF No. 125)
ROBERT MCGUIRE LAW FIRM
113 Cherry St. #86685
Seattle, Washington 98104-2205
(253) 267-8530

*Counsel for Coalition for Good Governance*

*/s/ Cary Ichter*
Cary Ichter
Georgia Bar No. 382515
ICHTER DAVIS LLC
3340 Peachtree Road NE
Suite 1530
Atlanta, Georgia 30326
(404) 869-7600

*Counsel for William Digges III, Laura Digges, Ricardo Davis and Megan Missett*

## **<u>CERTIFICATE OF COMPLIANCE</u>**

Pursuant to LR 7.1(D), I hereby certify that the foregoing document has

been prepared in accordance with the font type and margin requirements of

LR 5.1, using font type of Times New Roman and a point size of 14.

*/s/ Bruce P. Brown*
Bruce P. Brown

## **CERTIFICATE OF SERVICE**

This is to certify that I have this day caused the foregoing to be served upon all other parties in this action by via electronic delivery using the PACER-ECF system.

This 17th day of July, 2019.

*/s/ Bruce P. Brown*
Bruce P. Brown

EXHIBIT

1

```
*************************************
ELECTION RESULTS REPORT
*************************************
        Fulton County
          State of
    Georgia General Election
          November 6 2018
DATE: Nov-06-2018
POLL CTR:        280J00
        02J, 02K, & 06G
MACHINE ID:              2
VERSION: 2          COPY: 0
COUNT:   0          SIZE: 32M
ACCU-VOTE RELEASE: 4, 5, 2
REPORT:     US 1, 14, 7

TIME: 19:26  11/06/2018
MACHINE SERIAL:     124301
PUBLIC COUNTER:        149
SYSTEM COUNTER:       2122
*************************************
** PRECINCT:        220 *
        02J
*************************************

BALLOTS CAST
GOVERNOR
RACE #  3    *Total:   89
B. KEMP (R)              11
S. ABRAMS (D)            75
T. METZ (L)               3
Write-in                  0
# WRITE-INS               0
Write In Candidates
LT GOVERNOR
RACE #  5    *Total:   87
G. DUNCAN (R)            13
S. R. AMICO (D)          73
Write-In                  1
# WRITE-INS               1
Write In Candidates
SECRETARY OF STATE
RACE #  7    *Total:   88
B. RAFFENSPERGER (R)     11
J. BARROW (D)            71
S. DUVAL (L)              6
Write-in                  0
# WRITE-INS               0
Write In Candidates
ATTORNEY GENERAL
RACE #  9    *Total:   87
C. CARR (I) R            15
C. BAILEY (D)            72
Write-in                  0
# WRITE-INS               0
Write In Candidates
AGRICULTURE COMMISSIONER
RACE #  1    *Total:   86
G. BLACK (I) R           20
F. SWANN (D)             66
Write-in                  0
# WRITE-INS               0
Write In Candidates
INSURANCE COMMISSIONER
RACE # 13    *Total:   87
```

```
*************************************
ELECTION RESULTS REPORT
*************************************
        Fulton County
          State of
    Georgia General Election
          November 6 2018
DATE: Nov-06-2018
POLL CTR:        280()00
        02J, 02K, & 06G
MACHINE ID:              3
VERSION: 2          COPY: 0
COUNT:   0          SIZE: 32M
ACCU-VOTE RELEASE: 4, 5, 2
REPORT:     US 1, 14, 7

TIME: 19:26  11/06/2018
MACHINE SERIAL:     136081
PUBLIC COUNTER:        141
SYSTEM COUNTER:       1271
*************************************
** PRECINCT:        220 *
        02J
*************************************

BALLOTS CAST
GOVERNOR
RACE #  3    *Total:   78
B. KEMP (R)               8
S. ABRAMS (D)            68
T. METZ (L)               2
Write-in                  0
# WRITE-INS               0
Write In Candidates
LT GOVERNOR
RACE #  5    *Total:   76
G. DUNCAN (R)             9
S. R AMICO (D)           67
Write-In                  0
# WRITE-INS               0
Write In Candidates
SECRETARY OF STATE
RACE #  7    *Total:   78
B. RAFFENSPERGER (R)      8
J. BARROW (D)            66
S. DUVAL (L)              4
Write-in                  0
# WRITE-INS               0
Write In Candidates
ATTORNEY GENERAL
RACE #  9    *Total:   78
C. CARR (I) R            14
C. BAILEY (D)            64
Write-in                  0
# WRITE-INS               0
Write In Candidates
AGRICULTURE COMMISSIONER
RACE #  1    *Total:   75
G. BLACK (I) R           21
F. SWANN (D)             54
Write-in                  0
# WRITE-INS               0
Write In Candidates
INSURANCE COMMISSIONER
RACE # 13    *Total:   73
```

```
*************************************
ELECTION RESULTS REPORT
*************************************
        Fulton County
          State of
    Georgia General Election
          November 6 2018
DATE: Nov-06-2018
POLL CTR:        280()00
        02J, 02K, & 06G
MACHINE ID:              4
VERSION: 2          COPY: 0
COUNT:   0          SIZE: 32M
ACCU-VOTE RELEASE: 4, 5, 2
REPORT:     US 1, 14, 7

TIME: 19:31  11/06/2018
MACHINE SERIAL:     143944
PUBLIC COUNTER:        140
SYSTEM COUNTER:       1386
*************************************
***   SUMMARY TOTALS
*************************************

BALLOTS CAST BY PRECINCT
PRECINCT        QUANTITY
  220                 83
  225                 42
  700                 15
TOTAL BALLOTS        140
GOVERNOR
RACE #  3    *Total:  140
B. KEMP (R)              21
S. ABRAMS (D)           113
T. METZ (L)               5
Write-in                  1
# WRITE-INS               1
Write In Candidates
LT GOVERNOR
RACE #  5    *Total:  136
G. DUNCAN (R)            26
S. R. AMICO (D)         110
Write-In                  0
# WRITE-INS               0
Write In Candidates
SECRETARY OF STATE
RACE #  7    *Total:  140
B. RAFFENSPERGER (R)     22
J. BARROW (D)           107
S. DUVAL (L)             11
Write-in                  0
# WRITE-INS               0
Write In Candidates
ATTORNEY GENERAL
RACE #  9    *Total:  138
C. CARR (I) R            27
C. BAILEY (D)           111
Write-in                  0
# WRITE-INS               0
Write In Candidates
AGRICULTURE COMMISSIONER
RACE #  1    *Total:  132
G. BLACK (I) R           35
F. SWANN (D)             97
Write-in                  0
# WRITE-INS               0
Write In Candidates
INSURANCE COMMISSIONER
RACE # 13    *Total:  131
```

```
*************************************
ELECTION RESULTS REPORT
*************************************
        Fulton County
          State of
    Georgia General Election
          November 6 2018
DATE: Nov-06-2018
POLL CTR:        280N00
        02J, 02K, & 06G
MACHINE ID:              5
VERSION: 2          COPY: 0
COUNT:   0          SIZE: 32M
ACCU-VOTE RELEASE: 4, 5, 2
REPORT:     US 1, 14, 7

TIME: 19:31  11/06/2018
MACHINE SERIAL:     129841
PUBLIC COUNTER:        138
SYSTEM COUNTER:       2375
*************************************
***   SUMMARY TOTALS
*************************************

BALLOTS CAST BY PRECINCT
PRECINCT        QUANTITY
  220                 83
  225                 39
  700                 16
TOTAL BALLOTS        138
GOVERNOR
RACE #  3    *Total:  138
B. KEMP (R)              18
S. ABRAMS (D)           117
T. METZ (L)               1
Write-in                  1
# WRITE-INS               1
Write In Candidates
LT GOVERNOR
RACE #  5    *Total:  132
G. DUNCAN (R)            18
S. R. AMICO (D)         114
Write-In                  0
# WRITE-INS               0
Write In Candidates
SECRETARY OF STATE
RACE #  7    *Total:  133
B. RAFFENSPERGER (R)     19
J. BARROW (D)           109
S. DUVAL (L)              5
Write-in                  0
# WRITE-INS               0
Write In Candidates
ATTORNEY GENERAL
RACE #  9    *Total:  133
C. CARR (I) R            22
C. BAILEY (D)           111
Write-in                  0
# WRITE-INS               0
Write In Candidates
AGRICULTURE COMMISSIONER
RACE #  1    *Total:  130
G. BLACK (I) R           28
F. SWANN (D)            102
Write-in                  0
# WRITE-INS               0
Write In Candidates
INSURANCE COMMISSIONER
RACE # 13    *Total:  132
```

```
*************************************
ELECTION RESULTS REPORT
*************************************
        Fulton County
          State of
    Georgia General Election
          November 6 2018
DATE: Nov-06-2018
POLL CTR:        280D00
        02J, 02K, & 06G
MACHINE ID:              6
VERSION: 2          COPY: 0
COUNT:   0          SIZE: 32M
ACCU-VOTE RELEASE: 4, 5, 2
REPORT:     US 1, 14, 7

TIME: 19:26  11/06/2018
MACHINE SERIAL:     133778
PUBLIC COUNTER:        125
SYSTEM COUNTER:       8130
*************************************
***   SUMMARY TOTALS
*************************************

BALLOTS CAST BY PRECINCT
PRECINCT        QUANTITY
  220                 61
  225                 56
  700                  8
TOTAL BALLOTS        125
GOVERNOR
RACE #  3    *Total:  125
B. KEMP (R)              16
S. ABRAMS (D)           107
T. METZ (L)               2
Write-in                  0
# WRITE-INS               0
Write In Candidates
LT GOVERNOR
RACE #  5    *Total:  125
G. DUNCAN (R)            20
S. R. AMICO (D)         105
Write-In                  0
# WRITE-INS               0
Write In Candidates
SECRETARY OF STATE
RACE #  7    *Total:  124
B. RAFFENSPERGER (R)     17
J. BARROW (D)           102
S. DUVAL (L)              5
Write-in                  0
# WRITE-INS               0
Write In Candidates
ATTORNEY GENERAL
RACE #  9    *Total:  124
C. CARR (I) R            23
C. BAILEY (D)           101
Write-in                  0
# WRITE-INS               0
Write In Candidates
AGRICULTURE COMMISSIONER
RACE #  1    *Total:  121
G. BLACK (I) R           26
F. SWANN (D)             95
Write-in                  0
# WRITE-INS               0
Write In Candidates
INSURANCE COMMISSIONER
RACE # 13    *Total:  123
```

| | Col 1 | Col 2 | Col 3 | Col 4 | Col 5 |
|---|---|---|---|---|---|
| J. BECK (R) | 12 | 13 | 24 | 19 | 19 |
| J. LAWS (D) | 68 | 56 | 99 | 104 | 97 |
| D. FOSTER (L) | 7 | 4 | 8 | 9 | 7 |
| Write-in | 0 | 0 | 0 | 0 | 0 |
| # WRITE-INS | 0 | 0 | 0 | 0 | 0 |
| Write In Candidates | | | | | |

**STATE SCHOOL SUPERINTENDENT**
RACE # 15 *Total: 86 / 76 / 131 / 131 / 123

| | Col 1 | Col 2 | Col 3 | Col 4 | Col 5 |
|---|---|---|---|---|---|
| R. WOODS (I) R | 17 | 20 | 36 | 22 | 22 |
| O. THORNTON, JR. (D) | 68 | 56 | 95 | 109 | 101 |
| Write-in | 1 | 0 | 0 | 0 | 0 |
| # WRITE-INS | 1 | 0 | 0 | 0 | 0 |
| Write In Candidates | | | | | |

**LABOR COMMISSIONER**
RACE # 1 *Total: 86 / 73 / 130 / 127 / 122

| | Col 1 | Col 2 | Col 3 | Col 4 | Col 5 |
|---|---|---|---|---|---|
| M. BUTLER (I) R | 17 | 17 | 30 | 18 | 20 |
| R. KEATLEY (D) | 69 | 56 | 100 | 109 | 101 |
| Write-in | 0 | 0 | 0 | 0 | 1 |
| # WRITE-INS | 0 | 0 | 0 | 0 | 1 |
| Write In Candidates | | | | | |

**PSC EATON**
RACE # 19 *Total: 88 / 74 / 132 / 129 / 123

| | Col 1 | Col 2 | Col 3 | Col 4 | Col 5 |
|---|---|---|---|---|---|
| C. EATON (I) R | 14 | 7 | 22 | 20 | 20 |
| L. MILLER (D) | 68 | 62 | 103 | 105 | 97 |
| R. GRAHAM (L) | 6 | 5 | 7 | 4 | 6 |
| Write-in | 0 | 0 | 0 | 0 | 0 |
| # WRITE-INS | 0 | 0 | 0 | 0 | 0 |
| Write In Candidates | | | | | |

**PSC PRIDEMORE**
RACE # 21 *Total: 87 / / 130 / / 122

| | Col 1 | Col 2 | Col 3 | Col 4 | Col 5 |
|---|---|---|---|---|---|
| T. PRIDEMORE (I) R | 12 | 12 | 23 | 19 | 20 |
| D. A. RANDOLPH (D) | 68 | 58 | 98 | 104 | 98 |
| J. TURPISH (L) | 7 | 4 | 9 | 6 | 4 |
| Write-in | 0 | 0 | 0 | 0 | 0 |
| # WRITE-INS | 0 | 0 | 0 | 0 | 0 |
| Write In Candidates | | | | | |

**US HOUSE 5**
RACE # 40 *Total: 81 / 73 / 126 / 126 / 118

| | Col 1 | Col 2 | Col 3 | Col 4 | Col 5 |
|---|---|---|---|---|---|
| J. R. LEWIS (I) D | 80 | 72 | 121 | 123 | 115 |
| Write-in | 1 | 1 | 5 | 3 | 3 |
| # WRITE-INS | 1 | 1 | 5 | 3 | 3 |
| Write In Candidates | | | | | |

**US HOUSE 6**
RACE # 55 *Total: 0 / 0 / 0 / 0 / 0

| | Col 1 | Col 2 | Col 3 | Col 4 | Col 5 |
|---|---|---|---|---|---|
| K. HANDEL (I) R | 0 | 0 | 0 | 0 | 0 |
| L. MCBATH (D) | 0 | 0 | 0 | 0 | 0 |
| Write-in | 0 | 0 | 0 | 0 | 0 |
| # WRITE-INS | 0 | 0 | 0 | 0 | 0 |
| Write In Candidates | | | | | |

**US HOUSE 11**
RACE # 6 *Total: 0 / 0 / 0 / 0 / 0

| | Col 1 | Col 2 | Col 3 | Col 4 | Col 5 |
|---|---|---|---|---|---|
| B. LOUDERMILK (I) R | 0 | 0 | 0 | 0 | 0 |
| F. D. BROADY, JR (D) | 0 | 0 | 0 | 0 | 0 |
| Write-in | 0 | 0 | 0 | 0 | 0 |
| # WRITE-INS | 0 | 0 | 0 | 0 | 0 |
| Write In Candidates | | | | | |

**US HOUSE 13**
RACE # 7 *Total: 0 / 0 / 0 / 0 / 0

| | Col 1 | Col 2 | Col 3 | Col 4 | Col 5 |
|---|---|---|---|---|---|
| D. CALLAHAN (R) | 0 | 0 | 0 | 0 | 0 |
| D. SCOTT (I) (D) | 0 | 0 | 0 | 0 | 0 |
| Write-in | 0 | 0 | 0 | 0 | 0 |
| # WRITE-INS | 0 | 0 | 0 | 0 | 0 |
| Write In Candidates | | | | | |

**STATE SENATE 36**
RACE # 14 *Total: 82 / RACE # 145 *Total: 69 / 121 / 125 / 116

| | Col 1 | Col 2 | Col 3 | Col 4 | Col 5 |
|---|---|---|---|---|---|
| N. ORROCK (I) D | 81 | 69 | 119 | 123 | 115 |
| Write-in | 1 | 0 | 2 | 2 | 1 |
| # WRITE-INS | 1 | 0 | 2 | 2 | 1 |
| Write In Candidates | | | | | |

```
**********************************
STATE HOUSE 58
RACE #  35    *Total:            82
P. CANNON (I) D                  81
Write-in                          1
# WRITE-INS                       1
Write In Candidates
**********************************
CO COMM CHAIRPERSON
RACE #  450   *Total:            78
R. PITTS (I) D                   77
Write-in                          1
# WRITE-INS                       1
Write In Candidates
**********************************
SOIL AND WATER**
RACE #  550   *Total:            99
above 99 greater that total at top
W. S. REKUC, JR (I)              58
J. R. ULSETH                     40
Write-in                          1
Write-in                          0
# WRITE-INS                       1
Write In Candidates
**********************************
   * total not found on tape, but
**Vote for two
```

```
**********************************
STATE HOUSE 58
RACE #  35    *Total:            69
P. CANNON (I) D                  69
Write-in                          0
# WRITE-INS                       0
Write In Candidates
**********************************
CO COMM CHAIRPERSON
RACE #  450   *Total:            70
R. PITTS (I) D                   70
Write-in                          0
# WRITE-INS                       0
Write In Candidates
**********************************
SOIL AND WATER**
RACE #  550   *Total:            92
W. S. REKUC, JR (I)              56
J. R. ULSETH                     36
Write-in                          0
Write-in                          0
# WRITE-INS                       0
Write In Candidates
**********************************
CONST AMENDMENT 1
RACE #  56    *Total:            78
YES                              67
NO                               11
**********************************
   BELOW THIS POINT, THE DOOR
```

```
**********************************
STATE HOUSE 58
RACE #  355   *Total:           121
P. CANNON (I) D                 120
Write-in                          1
# WRITE-INS                       1
Write In Candidates
**********************************
CO COMM CHAIRPERSON
RACE #  450   *Total:           120
R. PITTS (I) D                  118
Write-in                          2
# WRITE-INS                       2
Write In Candidates
**********************************
SOIL AND WATER**
RACE #  550   *Total:           153
W. S. REKUC, JR (I)              83
J. R. ULSETH                     69
Write-in                          1
Write-in                          0
# WRITE-INS                       1
Write In Candidates
**********************************
CONST AMENDMENT 1
RACE #  56    *Total:           138
YES                             121
NO                               17
**********************************
CONST AMENDMENT 2
RACE #  57(   *Total:           132
YES                              76
NO                               56
**********************************
```

```
**********************************
STATE HOUSE 58
RACE #  35    *Total:           125
P. CANNON (I) D                 123
Write-in                          2
# WRITE-INS                       3
Write In Candidates
**********************************
CO COMM CHAIRPERSON
RACE #  450   *Total:           122
R. PITTS (I) D                  119
Write-in                          3
# WRITE-INS                       3
Write In Candidates
**********************************
SOIL AND WATER**
RACE #  550   *Total:           168
W. S. REKUC, JR (I)              91
J. R. ULSETH                     76
Write-in                          1
Write-in                          0
# WRITE-INS                       1
Write In Candidates
**********************************
CONST AMENDMENT 1
RACE #  56    *Total:           137
YES                             131
NO                                6
**********************************
CONST AMENDMENT 2
RACE #  57(   *Total:           130
YES                              72
NO                               58
**********************************
```

```
**********************************
STATE HOUSE 58
RACE #  35    *Total:           113
P. CANNON (I) D                 111
Write-in                          2
# WRITE-INS                       2
Write In Candidates
**********************************
CO COMM CHAIRPERSON
RACE #  450   *Total:           115
R. PITTS (I) D                  114
Write-in                          1
# WRITE-INS                       1
Write In Candidates
**********************************
SOIL AND WATER**
RACE #  550   *Total:           159
W. S. REKUC, JR (I)              88
J. R. ULSETH                     69
Write-in                          1
Write-in                          1
# WRITE-INS                       2
Write In Candidates
**********************************
CONST AMENDMENT 1
RACE #  56    *Total:           123
YES                             110
NO                               13
**********************************
CONST AMENDMENT 2
RACE #  57    *Total:           119
YES                              58
NO                               61
**********************************
CONST AMENDMENT 3
RACE #  58    *Total:           113
YES                              80
NO                               33
**********************************
CONST AMENDMENT 4
RACE #  59    *Total:           123
YES                              92
NO                               31
**********************************
```

ELECTION RESULTS REPORT

Fulton County
State of
Georgia General Election

November 6 2018

DATE: Nov-06-2018
POLL CTR: 280(00
02J, 02K, & 06G
MACHINE ID: 2
VERSION: 2          COPY: 0
COUNT: 0            SIZE: 32M
ACCU-VOTE RELEASE: 4, 5, 2
REPORT: US 1, 14, 7

TIME: 19:26  11/06/2018
MACHINE SERIAL: 124301
PUBLIC COUNTER: 149
SYSTEM COUNTER: 2122

** PRECINCT: 220 *
02J

BALLOTS CAST

GOVERNOR
RACE # 3   *Total: 89
B. KEMP (R)        11
S. ABRAMS (D)      75
T. METZ (L)        3
Write-in           0
# WRITE-INS        0
Write In Candidates

LT GOVERNOR
RACE # 5   *Total: 87
G. DUNCAN (R)      13
S. R. AMICO (D)    73
Write-In           1
# WRITE-INS        1
Write In Candidates

SECRETARY OF STATE
RACE # 7   *Total: 88
B. RAFFENSPERGER (R) 11
J. BARROW (D)      71
S. DUVAL (L)       6
Write-in           0
# WRITE-INS        0
Write In Candidates

ATTORNEY GENERAL
RACE # 9   *Total: 87
C. CARR (I) R      15
C. BAILEY (D)      72
Write-in           0
# WRITE-INS        0
Write In Candidates

AGRICULTURE COMMISSIONER
RACE # 1   *Total: 86
G. BLACK (I) R     20
F. SWANN (D)       66
Write-in           0
# WRITE-INS        0
Write In Candidates

INSURANCE COMMISSIONER
RACE # 13  *Total: 87

ELECTION RESULTS REPORT

Fulton County
State of
Georgia General Election

November 6 2018

DATE: Nov-06-2018
POLL CTR: 280()00
02J, 02K, & 06G
MACHINE ID: 3
VERSION: 2          COPY: 0
COUNT: 0            SIZE: 32M
ACCU-VOTE RELEASE: 4, 5, 2
REPORT: US 1, 14, 7

TIME: 19:26  11/06/2018
MACHINE SERIAL: 136081
PUBLIC COUNTER: 141
SYSTEM COUNTER: 1271

** PRECINCT: 220 *
02J

BALLOTS CAST

GOVERNOR
RACE # 3   *Total: 78
B. KEMP (R)        8
S. ABRAMS (D)      68
T. METZ (L)        2
Write-in           0
# WRITE-INS        0
Write In Candidates

LT GOVERNOR
RACE # 5   *Total: 76
G. DUNCAN (R)      9
S. R. AMICO (D)    67
Write-In           0
# WRITE-INS        0
Write In Candidates

SECRETARY OF STATE
RACE # 7   *Total: 78
B. RAFFENSPERGER (R) 8
J. BARROW (D)      66
S. DUVAL (L)       4
Write-in           0
# WRITE-INS        0
Write In Candidates

ATTORNEY GENERAL
RACE # 9   *Total: 78
C. CARR (I) R      14
C. BAILEY (D)      64
Write-in           0
# WRITE-INS        0
Write In Candidates

AGRICULTURE COMMISSIONER
RACE # 1   *Total: 75
G. BLACK (I) R     21
F. SWANN (D)       54
Write-in           0
# WRITE-INS        0
Write In Candidates

INSURANCE COMMISSIONER
RACE # 13  *Total: 73

ELECTION RESULTS REPORT

Fulton County
State of
Georgia General Election

November 6 2018

DATE: Nov-06-2018
POLL CTR: 280()00
02J, 02K, & 06G
MACHINE ID: 4
VERSION: 2          COPY: 0
COUNT: 0            SIZE: 32M
ACCU-VOTE RELEASE: 4, 5, 2
REPORT: US 1, 14, 7

TIME: 19:31  11/06/2018
MACHINE SERIAL: 143944
PUBLIC COUNTER: 140
SYSTEM COUNTER: 1386

*** SUMMARY TOTALS

BALLOTS CAST BY PRECINCT
| PRECINCT | QUANTITY |
| --- | --- |
| 220 | 83 |
| 225 | 42 |
| 700 | 15 |

TOTAL BALLOTS 140

GOVERNOR
RACE # 3   *Total: 140
B. KEMP (R)        21
S. ABRAMS (D)      113
T. METZ (L)        5
Write-in           1
# WRITE-INS        1
Write In Candidates

LT GOVERNOR
RACE # 5   *Total: 136
G. DUNCAN (R)      26
S. R. AMICO (D)    110
Write-In           0
# WRITE-INS        0
Write In Candidates

SECRETARY OF STATE
RACE # 7   *Total: 140
B. RAFFENSPERGER (R) 22
J. BARROW (D)      107
S. DUVAL (L)       11
Write-in           0
# WRITE-INS        0
Write In Candidates

ATTORNEY GENERAL
RACE # 9   *Total: 138
C. CARR (I) R      27
C. BAILEY (D)      111
Write-in           0
# WRITE-INS        0
Write In Candidates

AGRICULTURE COMMISSIONER
RACE # 1   *Total: 132
G. BLACK (I) R     35
F. SWANN (D)       97
Write-in           0
# WRITE-INS        0
Write In Candidates

INSURANCE COMMISSIONER
RACE # 13  *Total: 131

ELECTION RESULTS REPORT

Fulton County
State of
Georgia General Election

November 6 2018

DATE: Nov-06-2018
POLL CTR: 280N00
02J, 02K, & 06G
MACHINE ID: 5
VERSION: 2          COPY: 0
COUNT: 0            SIZE: 32M
ACCU-VOTE RELEASE: 4, 5, 2
REPORT: US 1, 14, 7

TIME: 19:31  11/06/2018
MACHINE SERIAL: 129841
PUBLIC COUNTER: 138
SYSTEM COUNTER: 2375

*** SUMMARY TOTALS

BALLOTS CAST BY PRECINCT
| PRECINCT | QUANTITY |
| --- | --- |
| 220 | 83 |
| 225 | 39 |
| 700 | 16 |

TOTAL BALLOTS 138

GOVERNOR
RACE # 3   *Total: 138
B. KEMP (R)        18
S. ABRAMS (D)      117
T. METZ (L)        1
Write-in           1
# WRITE-INS        1
Write In Candidates

LT GOVERNOR
RACE # 5   *Total: 132
G. DUNCAN (R)      18
S. R. AMICO (D)    114
Write-In           0
# WRITE-INS        0
Write In Candidates

SECRETARY OF STATE
RACE # 7   *Total: 133
B. RAFFENSPERGER (R) 19
J. BARROW (D)      109
S. DUVAL (L)       5
Write-in           0
# WRITE-INS        0
Write In Candidates

ATTORNEY GENERAL
RACE # 9   *Total: 133
C. CARR (I) R      22
C. BAILEY (D)      111
Write-in           0
# WRITE-INS        0
Write In Candidates

AGRICULTURE COMMISSIONER
RACE # 1   *Total: 130
G. BLACK (I) R     28
F. SWANN (D)       102
Write-in           0
# WRITE-INS        0
Write In Candidates

INSURANCE COMMISSIONER
RACE # 13  *Total: 132

ELECTION RESULTS REPORT

Fulton County
State of
Georgia General Election

November 6 2018

DATE: Nov-06-2018
POLL CTR: 280D00
02J, 02K, & 06G
MACHINE ID: 6
VERSION: 2          COPY: 0
COUNT: 0            SIZE: 32M
ACCU-VOTE RELEASE: 4, 5, 2
REPORT: US 1, 14, 7

TIME: 19:26  11/06/2018
MACHINE SERIAL: 133778
PUBLIC COUNTER: 125
SYSTEM COUNTER: 8130

*** SUMMARY TOTALS

BALLOTS CAST BY PRECINCT
| PRECINCT | QUANTITY |
| --- | --- |
| 220 | 61 |
| 225 | 56 |
| 700 | 8 |

TOTAL BALLOTS 125

GOVERNOR
RACE # 3   *Total: 125
B. KEMP (R)        16
S. ABRAMS (D)      107
T. METZ (L)        2
Write-in           0
# WRITE-INS        0
Write In Candidates

LT GOVERNOR
RACE # 5   *Total: 125
G. DUNCAN (R)      20
S. R. AMICO (D)    105
Write-In           0
# WRITE-INS        0
Write In Candidates

SECRETARY OF STATE
RACE # 7   *Total: 124
B. RAFFENSPERGER (R) 17
J. BARROW (D)      102
S. DUVAL (L)       5
Write-in           0
# WRITE-INS        0
Write In Candidates

ATTORNEY GENERAL
RACE # 9   *Total: 124
C. CARR (I) R      23
C. BAILEY (D)      101
Write-in           0
# WRITE-INS        0
Write In Candidates

AGRICULTURE COMMISSIONER
RACE # 1   *Total: 121
G. BLACK (I) R     26
F. SWANN (D)       95
Write-in           0
# WRITE-INS        0
Write In Candidates

INSURANCE COMMISSIONER
RACE # 13  *Total: 123

| | Col 1 | Col 2 | Col 3 | Col 4 | Col 5 |
|---|---|---|---|---|---|
| J. BECK (R) | 12 | 13 | 24 | 19 | 19 |
| J. LAWS (D) | 68 | 56 | 99 | 104 | 97 |
| D. FOSTER (L) | 7 | 4 | 8 | 9 | 7 |
| Write-in | 0 | 0 | 0 | 0 | 0 |
| # WRITE-INS | 0 | 0 | 0 | 0 | 0 |
| Write In Candidates | | | | | |

*****************************

**STATE SCHOOL SUPERINTENDENT**

| | Col 1 | Col 2 | Col 3 | Col 4 | Col 5 |
|---|---|---|---|---|---|
| RACE # 15   *Total: | 86 | 76 | 131 | 131 | 123 |
| R. WOODS (I) R | 17 | 20 | 36 | 22 | 22 |
| O. THORNTON, JR. (D) | 68 | 56 | 95 | 109 | 101 |
| Write-in | 1 | 0 | 0 | 0 | 0 |
| # WRITE-INS | 1 | 0 | 0 | 0 | 0 |
| Write In Candidates | | | | | |

*****************************

**LABOR COMMISSIONER**

| | Col 1 | Col 2 | Col 3 | Col 4 | Col 5 |
|---|---|---|---|---|---|
| RACE # 1   *Total: | 86 | 73 | 130 | 127 | 122 |
| M. BUTLER (I) R | 17 | 17 | 30 | 18 | 20 |
| R. KEATLEY (D) | 69 | 56 | 100 | 109 | 101 |
| Write-in | 0 | 0 | 0 | 0 | 1 |
| # WRITE-INS | 0 | 0 | 0 | 0 | 1 |
| Write In Candidates | | | | | |

*****************************

**PSC EATON**

| | Col 1 | Col 2 | Col 3 | Col 4 | Col 5 |
|---|---|---|---|---|---|
| RACE # 19   *Total: | 88 | 74 | 132 | 129 | 123 |
| C. EATON (I) R | 14 | 7 | 22 | 20 | 20 |
| L. MILLER (D) | 68 | 62 | 103 | 105 | 97 |
| R. GRAHAM (L) | 6 | 5 | 7 | 4 | 6 |
| Write-in | 0 | 0 | 0 | 0 | 0 |
| # WRITE-INS | 0 | 0 | 0 | 0 | 0 |
| Write In Candidates | | | | | |

*****************************

**PSC PRIDEMORE**

| | Col 1 | Col 2 | Col 3 | Col 4 | Col 5 |
|---|---|---|---|---|---|
| RACE # 21   *Total: | 87 | 74 | 130 | 122 | 122 |
| T. PRIDEMORE (I) R | 12 | 12 | 23 | 19 | 20 |
| D. A. RANDOLPH (D) | 68 | 58 | 98 | 104 | 98 |
| J. TURPISH (L) | 7 | 4 | 9 | 6 | 4 |
| Write-in | 0 | 0 | 0 | 0 | 0 |
| # WRITE-INS | 0 | 0 | 0 | 0 | 0 |
| Write In Candidates | | | | | |

*****************************

**US HOUSE 5**

| | Col 1 | Col 2 | Col 3 | Col 4 | Col 5 |
|---|---|---|---|---|---|
| RACE # 40   *Total: | 81 | 73 | 126 | 126 | 118 |
| J. R. LEWIS (I) D | 80 | 72 | 121 | 123 | 115 |
| Write-in | 1 | 1 | 5 | 3 | 3 |
| # WRITE-INS | 1 | 1 | 5 | 3 | 3 |
| Write In Candidates | | | | | |

*****************************

**US HOUSE 6**

| | Col 1 | Col 2 | Col 3 | Col 4 | Col 5 |
|---|---|---|---|---|---|
| RACE # 55   *Total: | 0 | 0 | 0 | 0 | 0 |
| K. HANDEL (I) R | 0 | 0 | 0 | 0 | 0 |
| L. MCBATH (D) | 0 | 0 | 0 | 0 | 0 |
| Write-in | 0 | 0 | 0 | 0 | 0 |
| # WRITE-INS | 0 | 0 | 0 | 0 | 0 |
| Write In Candidates | | | | | |

*****************************

**US HOUSE 11**

| | Col 1 | Col 2 | Col 3 | Col 4 | Col 5 |
|---|---|---|---|---|---|
| RACE # 6   *Total: | 0 | 0 | 0 | 0 | 0 |
| B. LOUDERMILK (I) R | 0 | 0 | 0 | 0 | 0 |
| F. D. BROADY, JR (D) | 0 | 0 | 0 | 0 | 0 |
| Write-in | 0 | 0 | 0 | 0 | 0 |
| # WRITE-INS | 0 | 0 | 0 | 0 | 0 |
| Write In Candidates | | | | | |

*****************************

**US HOUSE 13**

| | Col 1 | Col 2 | Col 3 | Col 4 | Col 5 |
|---|---|---|---|---|---|
| RACE # 7   *Total: | 0 | 0 | 0 | 0 | 0 |
| D. CALLAHAN (R) | 0 | 0 | 0 | 0 | 0 |
| D. SCOTT (I) (D) | 0 | 0 | 0 | 0 | 0 |
| Write-in | 0 | 0 | 0 | 0 | 0 |
| # WRITE-INS | 0 | 0 | 0 | 0 | 0 |
| Write In Candidates | | | | | |

*****************************

**STATE SENATE 36**

| | Col 1 | Col 2 | Col 3 | Col 4 | Col 5 |
|---|---|---|---|---|---|
| RACE # | 14 | 145 | 14 | 14 | 14 |
| *Total: | 82 | 69 | 121 | 125 | 116 |
| N. ORROCK (I) D | 81 | 69 | 119 | 123 | 115 |
| Write-in | 1 | 0 | 2 | 2 | 1 |
| # WRITE-INS | 1 | 0 | 2 | 2 | 1 |
| Write In Candidates | | | | | |

```
************************************
STATE HOUSE 58
RACE #  35    *Total:              82
P. CANNON (I) D                    81
Write-in                            1
# WRITE-INS                         1
Write In Candidates
************************************
CO COMM CHAIRPERSON
RACE #  450   *Total:              78
R. PITTS (I) D                     77
Write-in                            1
# WRITE-INS                         1
Write In Candidates
************************************
SOIL AND WATER**
RACE #  550   *Total:              99
above 99 greater that total at top
W. S. REKUC, JR (I)                58
J. R. ULSETH                       40
Write-in                            1
Write-in                            0
# WRITE-INS                         1
Write In Candidates
************************************
      * total not found on tape, but
**Vote for two
```

```
************************************
STATE HOUSE 58
RACE #  35    *Total:              69
P. CANNON (I) D                    69
Write-in                            0
# WRITE-INS                         0
Write In Candidates
************************************
CO COMM CHAIRPERSON
RACE #  450   *Total:              70
R. PITTS (I) D                     70
Write-in                            0
# WRITE-INS                         0
Write In Candidates
************************************
SOIL AND WATER**
RACE #  550   *Total:              92
W. S. REKUC, JR (I)                56
J. R. ULSETH                       36
Write-in                            0
Write-in                            0
# WRITE-INS                         0
Write In Candidates
************************************
CONST AMENDMENT 1
RACE #  56    *Total:              78
YES                                67
NO                                 11
************************************
     BELOW THIS POINT, THE DOOR
```

```
************************************
STATE HOUSE 58
RACE #  355   *Total:             121
P. CANNON (I) D                   120
Write-in                            1
# WRITE-INS                         1
Write In Candidates
************************************
CO COMM CHAIRPERSON
RACE #  450   *Total:             120
R. PITTS (I) D                    118
Write-in                            2
# WRITE-INS                         2
Write In Candidates
************************************
SOIL AND WATER**
RACE #  550   *Total:             153
W. S. REKUC, JR (I)                83
J. R. ULSETH                       69
Write-in                            1
Write-in                            0
# WRITE-INS                         1
Write In Candidates
************************************
CONST AMENDMENT 1
RACE #  56    *Total:             138
YES                               121
NO                                 17
************************************
CONST AMENDMENT 2
RACE #  57    *Total:             132
YES                                76
NO                                 56
************************************
```

```
************************************
STATE HOUSE 58
RACE #  35    *Total:             125
P. CANNON (I) D                   123
Write-in                            2
# WRITE-INS                         3
Write In Candidates
************************************
CO COMM CHAIRPERSON
RACE #  450   *Total:             122
R. PITTS (I) D                    119
Write-in                            3
# WRITE-INS                         3
Write In Candidates
************************************
SOIL AND WATER**
RACE #  550   *Total:             168
W. S. REKUC, JR (I)                91
J. R. ULSETH                       76
Write-in                            1
Write-in                            0
# WRITE-INS                         1
Write In Candidates
************************************
CONST AMENDMENT 1
RACE #  56    *Total:             137
YES                               131
NO                                  6
************************************
CONST AMENDMENT 2
RACE #  57    *Total:             130
YES                                72
NO                                 58
************************************
```

```
************************************
STATE HOUSE 58
RACE #  35    *Total:             113
P. CANNON (I) D                   111
Write-in                            2
# WRITE-INS                         2
Write In Candidates
************************************
CO COMM CHAIRPERSON
RACE #  450   *Total:             115
R. PITTS (I) D                    114
Write-in                            1
# WRITE-INS                         1
Write In Candidates
************************************
SOIL AND WATER**
RACE #  550   *Total:             159
W. S. REKUC, JR (I)                88
J. R. ULSETH                       69
Write-in                            1
Write-in                            1
# WRITE-INS                         2
Write In Candidates
************************************
CONST AMENDMENT 1
RACE #  56    *Total:             123
YES                               110
NO                                 13
************************************
CONST AMENDMENT 2
RACE #  57    *Total:             119
YES                                58
NO                                 61
************************************
CONST AMENDMENT 3
RACE #  58    *Total:             113
YES                                80
NO                                 33
************************************
CONST AMENDMENT 4
RACE #  59  *Total:               123
YES                                92
NO                                 31
************************************
```

```
*************************
ELECTION RESULTS REPORT
*************************
        Fulton County
         State of
    Georgia General Election
        November 6 2018
DATE: Nov-06-2018
POLL CTR:        280(00
        02J, 02K, & 06G
MACHINE ID:            2
VERSION: 2        COPY: 0
COUNT:   0        SIZE: 32M
ACCU-VOTE RELEASE: 4, 5, 2
REPORT:        US 1, 14, 7

TIME: 19:26  11/06/2018
MACHINE SERIAL:   124301
PUBLIC COUNTER:      149
SYSTEM COUNTER:     2122
*************************
** PRECINCT:      220 *
        02J
*************************


BALLOTS CAST
*************************
GOVERNOR
RACE #  3    *Total:   89

B. KEMP (R)            11
S. ABRAMS (D)          75
T. METZ (L)             3
Write-in                0
# WRITE-INS             0
Write In Candidates
*************************
LT GOVERNOR
RACE #  5    *Total:   87

G. DUNCAN (R)          13
S. R. AMICO (D)        73
Write-In                1
# WRITE-INS             1
Write In Candidates
*************************
SECRETARY OF STATE
RACE #  7    *Total:   88

B. RAFFENSPERGER (R)   11
J. BARROW (D)          71
S. DUVAL (L)            6
Write-in                0
# WRITE-INS             0
Write In Candidates
*************************
ATTORNEY GENERAL
RACE #  9    *Total:   87

C. CARR (I) R          15
C. BAILEY (D)          72
Write-in                0
# WRITE-INS             0
Write In Candidates
*************************
AGRICULTURE COMMISSIONER
RACE #  1    *Total:   86

G. BLACK (I) R         20
F. SWANN (D)           66
Write-in                0
# WRITE-INS             0
Write In Candidates
*************************
INSURANCE COMMISSIONER
RACE #  13   *Total:   87
```

```
*************************
ELECTION RESULTS REPORT
*************************
        Fulton County
         State of
    Georgia General ELection
        November 6 2018
DATE: Nov-06-2018
POLL CTR:        280()00
        02J, 02K, & 06G
MACHINE ID:            3
VERSION: 2        COPY: 0
COUNT:   0        SIZE: 32M
ACCU-VOTE RELEASE: 4, 5, 2
REPORT:        US 1, 14, 7

TIME: 19:26  11/06/2018
MACHINE SERIAL:   136081
PUBLIC COUNTER:      141
SYSTEM COUNTER:     1271
*************************
** PRECINCT:      220 *
        02J
*************************


BALLOTS CAST
*************************
GOVERNOR
RACE #  3    *Total:   78

B. KEMP (R)             8
S. ABRAMS (D)          68
T. METZ (L)             2
Write-in                0
# WRITE-INS             0
Write In Candidates
*************************
LT GOVERNOR
RACE #  5    *Total:   76

G. DUNCAN (R)           9
S. R AMICO (D)         67
Write-In                0
# WRITE-INS             0
Write In Candidates
*************************
SECRETARY OF STATE
RACE #  7    *Total:   78

B. RAFFENSPERGER (R)    8
J. BARROW (D)          66
S. DUVAL (L)            4
Write-in                0
# WRITE-INS             0
Write In Candidates
*************************
ATTORNEY GENERAL
RACE #  9    *Total:   78

C. CARR (I) R          14
C. BAILEY (D)          64
Write-in                0
# WRITE-INS             0
Write In Candidates
*************************
AGRICULTURE COMMISSIONER
RACE #  1    *Total:   75

G. BLACK (I) R         21
F. SWANN (D)           54
Write-in                0
# WRITE-INS             0
Write In Candidates
*************************
INSURANCE COMMISSIONER
RACE #  13   *Total:   73
```

```
*************************
ELECTION RESULTS REPORT
*************************
        Fulton County
         State of
    Georgia General ELection
        November 6 2018
DATE: Nov-06-2018
POLL CTR:        280)00
        02J, 02K, & 06G
MACHINE ID:            4
VERSION: 2        COPY: 0
COUNT:   0        SIZE: 32M
ACCU-VOTE RELEASE: 4, 5, 2
REPORT:        US 1, 14, 7

TIME: 19:31  11/06/2018
MACHINE SERIAL:   143944
PUBLIC COUNTER:      140
SYSTEM COUNTER:     1386
*************************
***   SUMMARY TOTALS
*************************

BALLOTS CAST BY PRECINCT
PRECINCT          QUANTITY
  220                83
  225                42
  700                15


TOTAL BALLOTS         140
*************************
GOVERNOR
RACE #  3    *Total:  140

B. KEMP (R)            21
S. ABRAMS (D)         113
T. METZ (L)             5
Write-in                1
# WRITE-INS             1
Write In Candidates
*************************
LT GOVERNOR
RACE #  5    *Total:  136

G. DUNCAN (R)          26
S. R AMICO (D)        110
Write-In                0
# WRITE-INS             0
Write In Candidates
*************************
SECRETARY OF STATE
RACE #  7    *Total:  140

B. RAFFENSPERGER (R)   22
J. BARROW (D)         107
S. DUVAL (L)           11
Write-in                0
# WRITE-INS             0
Write In Candidates
*************************
ATTORNEY GENERAL
RACE #  9    *Total:  138

C. CARR (I) R          27
C. BAILEY (D)         111
Write-in                0
# WRITE-INS             0
Write In Candidates
*************************
AGRICULTURE COMMISSIONER
RACE #  1    *Total:  132

G. BLACK (I) R         35
F. SWANN (D)           97
Write-in                0
# WRITE-INS             0
Write In Candidates
*************************
INSURANCE COMMISSIONER
RACE #  13   *Total:  131
```

```
*************************
ELECTION RESULTS REPORT
*************************
        Fulton County
         State of
    Georgia General Election
        November 6 2018
DATE: Nov-06-2018
POLL CTR:        280N00
        02J, 02K, & 06G
MACHINE ID:            5
VERSION: 2        COPY: 0
COUNT:   0        SIZE: 32M
ACCU-VOTE RELEASE: 4, 5, 2
REPORT:        US 1, 14, 7

TIME: 19:31  11/06/2018
MACHINE SERIAL:   129841
PUBLIC COUNTER:      138
SYSTEM COUNTER:     2375
*************************
***   SUMMARY TOTALS
*************************

BALLOTS CAST BY PRECINCT
PRECINCT          QUANTITY
  220                83
  225                39
  700                16


TOTAL BALLOTS         138
*************************
GOVERNOR
RACE #  3    *Total:  138

B. KEMP (R)            18
S. ABRAMS (D)         117
T. METZ (L)             1
Write-in                1
# WRITE-INS             1
Write In Candidates
*************************
LT GOVERNOR
RACE #  5    *Total:  132

G. DUNCAN (R)          18
S. R AMICO (D)        114
Write-In                0
# WRITE-INS             0
Write In Candidates
*************************
SECRETARY OF STATE
RACE #  7    *Total:  133

B. RAFFENSPERGER (R)   19
J. BARROW (D)         109
S. DUVAL (L)            5
Write-in                0
# WRITE-INS             0
Write In Candidates
*************************
ATTORNEY GENERAL
RACE #  9    *Total:  133

C. CARR (I) R          22
C. BAILEY (D)         111
Write-in                0
# WRITE-INS             0
Write In Candidates
*************************
AGRICULTURE COMMISSIONER
RACE #  1    *Total:  130

G. BLACK (I) R         28
F. SWANN (D)          102
Write-in                0
# WRITE-INS             0
Write In Candidates
*************************
INSURANCE COMMISSIONER
RACE #  13   *Total:  132
```

```
*************************
ELECTION RESULTS REPORT
*************************
        Fulton County
         State of
    Georgia General Election
        November 6 2018
DATE: Nov-06-2018
POLL CTR:        280D00
        02J, 02K, & 06G
MACHINE ID:            6
VERSION: 2        COPY: 0
COUNT:   0        SIZE: 32M
ACCU-VOTE RELEASE: 4, 5, 2
REPORT:        US 1, 14, 7

TIME: 19:26  11/06/2018
MACHINE SERIAL:   133778
PUBLIC COUNTER:      125
SYSTEM COUNTER:     8130
*************************
***   SUMMARY TOTALS
*************************

BALLOTS CAST BY PRECINCT
PRECINCT          QUANTITY
  220                61
  225                56
  700                 8


TOTAL BALLOTS         125
*************************
GOVERNOR
RACE #  3    *Total:  125

B. KEMP (R)            16
S. ABRAMS (D)         107
T. METZ (L)             2
Write-in                0
# WRITE-INS             0
Write In Candidates
*************************
LT GOVERNOR
RACE #  5    *Total:  125

G. DUNCAN (R)          20
S. R AMICO (D)        105
Write-In                0
# WRITE-INS             0
Write In Candidates
*************************
SECRETARY OF STATE
RACE #  7    *Total:  124

B. RAFFENSPERGER (R)   17
J. BARROW (D)         102
S. DUVAL (L)            5
Write-in                0
# WRITE-INS             0
Write In Candidates
*************************
ATTORNEY GENERAL
RACE #  9    *Total:  124

C. CARR (I) R          23
C. BAILEY (D)         101
Write-in                0
# WRITE-INS             0
Write In Candidates
*************************
AGRICULTURE COMMISSIONER
RACE #  1    *Total:  121

G. BLACK (I) R         26
F. SWANN (D)           95
Write-in                0
# WRITE-INS             0
Write In Candidates
*************************
INSURANCE COMMISSIONER
RACE #  13   *Total:  123
```

| Candidate | Col 1 | Col 2 | Col 3 | Col 4 | Col 5 |
|---|---|---|---|---|---|
| J. BECK (R) | 12 | 13 | 24 | 19 | 19 |
| J. LAWS (D) | 68 | 56 | 99 | 104 | 97 |
| D. FOSTER (L) | 7 | 4 | 8 | 9 | 7 |
| Write-in | 0 | 0 | 0 | 0 | 0 |
| # WRITE-INS | 0 | 0 | 0 | 0 | 0 |
| Write In Candidates | | | | | |

**STATE SCHOOL SUPERINTENDENT**
RACE # 15  *Total: 86 / 76 / 131 / 131 / 123

| Candidate | Col 1 | Col 2 | Col 3 | Col 4 | Col 5 |
|---|---|---|---|---|---|
| R. WOODS (I) R | 17 | 20 | 36 | 22 | 22 |
| O. THORNTON, JR. (D) | 68 | 56 | 95 | 109 | 101 |
| Write-in | 1 | 0 | 0 | 0 | 0 |
| # WRITE-INS | 1 | 0 | 0 | 0 | 0 |
| Write In Candidates | | | | | |

**LABOR COMMISSIONER**
RACE # 1  *Total: 86 / 73 / 130 / 127 / 122

| Candidate | Col 1 | Col 2 | Col 3 | Col 4 | Col 5 |
|---|---|---|---|---|---|
| M. BUTLER (I) R | 17 | 17 | 30 | 18 | 20 |
| R. KEATLEY (D) | 69 | 56 | 100 | 109 | 101 |
| Write-in | 0 | 0 | 0 | 0 | 1 |
| # WRITE-INS | 0 | 0 | 0 | 0 | 1 |
| Write In Candidates | | | | | |

**PSC EATON**
RACE # 19  *Total: 88 / 74 / 132 / 129 / 123

| Candidate | Col 1 | Col 2 | Col 3 | Col 4 | Col 5 |
|---|---|---|---|---|---|
| C. EATON (I) R | 14 | 7 | 22 | 20 | 20 |
| L. MILLER (D) | 68 | 62 | 103 | 105 | 97 |
| R. GRAHAM (L) | 6 | 5 | 7 | 4 | 6 |
| Write-in | 0 | 0 | 0 | 0 | 0 |
| # WRITE-INS | 0 | 0 | 0 | 0 | 0 |
| Write In Candidates | | | | | |

**PSC PRIDEMORE**
RACE # 21  *Total: 87 / 74 / 130 / 129 / 122

| Candidate | Col 1 | Col 2 | Col 3 | Col 4 | Col 5 |
|---|---|---|---|---|---|
| T. PRIDEMORE (I) R | 12 | 12 | 23 | 19 | 20 |
| D. A. RANDOLPH (D) | 68 | 58 | 98 | 104 | 98 |
| J. TURPISH (L) | 7 | 4 | 9 | 6 | 4 |
| Write-in | 0 | 0 | 0 | 0 | 0 |
| # WRITE-INS | 0 | 0 | 0 | 0 | 0 |
| Write In Candidates | | | | | |

**US HOUSE 5**
RACE # 40  *Total: 81 / 73 / 126 / 126 / 118

| Candidate | Col 1 | Col 2 | Col 3 | Col 4 | Col 5 |
|---|---|---|---|---|---|
| J. R. LEWIS (I) D | 80 | 72 | 121 | 123 | 115 |
| Write-in | 1 | 1 | 5 | 3 | 3 |
| # WRITE-INS | 1 | 1 | 5 | 3 | 3 |
| Write In Candidates | | | | | |

**US HOUSE 6**
RACE # 55  *Total: 0 / 0 / 0 / 0 / 0

| Candidate | Col 1 | Col 2 | Col 3 | Col 4 | Col 5 |
|---|---|---|---|---|---|
| K. HANDEL (I) R | 0 | 0 | 0 | 0 | 0 |
| L. MCBATH (D) | 0 | 0 | 0 | 0 | 0 |
| Write-in | 0 | 0 | 0 | 0 | 0 |
| # WRITE-INS | 0 | 0 | 0 | 0 | 0 |
| Write In Candidates | | | | | |

**US HOUSE 11**
RACE # 6  *Total: 0 / 0 / 0 / 0 / 0

| Candidate | Col 1 | Col 2 | Col 3 | Col 4 | Col 5 |
|---|---|---|---|---|---|
| B. LOUDERMILK (I) R | 0 | 0 | 0 | 0 | 0 |
| F. D. BROADY, JR (D) | 0 | 0 | 0 | 0 | 0 |
| Write-in | 0 | 0 | 0 | 0 | 0 |
| # WRITE-INS | 0 | 0 | 0 | 0 | 0 |
| Write In Candidates | | | | | |

**US HOUSE 13**
RACE # 7  *Total: 0 / 0 / 0 / 0 / 0

| Candidate | Col 1 | Col 2 | Col 3 | Col 4 | Col 5 |
|---|---|---|---|---|---|
| D. CALLAHAN (R) | 0 | 0 | 0 | 0 | 0 |
| D. SCOTT (I) (D) | 0 | 0 | 0 | 0 | 0 |
| Write-in | 0 | 0 | 0 | 0 | 0 |
| # WRITE-INS | 0 | 0 | 0 | 0 | 0 |
| Write In Candidates | | | | | |

**STATE SENATE 36**
RACE # 14 *Total: 82 / RACE # 145 *Total: 69 / RACE # 14 *Total: 121 / RACE # 14 *Total: 125 / RACE # 14 *Total: 116

| Candidate | Col 1 | Col 2 | Col 3 | Col 4 | Col 5 |
|---|---|---|---|---|---|
| N. ORROCK (I) D | 81 | 69 | 119 | 123 | 115 |
| Write-in | 1 | 0 | 2 | 2 | 1 |
| # WRITE-INS | 1 | 0 | 2 | 2 | 1 |
| Write In Candidates | | | | | |

```
**************************************
STATE HOUSE 58
RACE #   35    *Total:           82
P. CANNON (I) D                   81
Write-in                           1
# WRITE-INS                        1
Write In Candidates
**************************************
CO COMM CHAIRPERSON
RACE #  450    *Total:           78
R. PITTS (I) D                    77
Write-in                           1
# WRITE-INS                        1
Write In Candidates
**************************************
SOIL AND WATER**
RACE #  550    *Total:           99
above 99 greater that total at top
W. S. REKUC, JR (I)               58
J. R. ULSETH                      40
Write-in                           1
Write-in                           0
# WRITE-INS                        1
Write In Candidates
**************************************
   * total not found on tape, but
**Vote for two
```

```
**************************************
STATE HOUSE 58
RACE #   35    *Total:           69
P. CANNON (I) D                   69
Write-in                           0
# WRITE-INS                        0
Write In Candidates
**************************************
CO COMM CHAIRPERSON
RACE #  450    *Total:           70
R. PITTS (I) D                    70
Write-in                           0
# WRITE-INS                        0
Write In Candidates
**************************************
SOIL AND WATER**
RACE #  550    *Total:           92
W. S. REKUC, JR (I)               56
J. R. ULSETH                      36
Write-in                           0
Write-in                           0
# WRITE-INS                        0
Write In Candidates
**************************************
CONST AMENDMENT 1
RACE #   56    *Total:           78
YES                               67
NO                                11
**************************************
   BELOW THIS POINT, THE DOOR
```

```
**************************************
STATE HOUSE 58
RACE #  355                      121
P. CANNON (I) D                  120
Write-in                           1
# WRITE-INS                        1
Write In Candidates
**************************************
CO COMM CHAIRPERSON
RACE #  450    *Total:          120
R. PITTS (I) D                   118
Write-in                           2
# WRITE-INS                        2
Write In Candidates
**************************************
SOIL AND WATER**
RACE #  550    *Total:          153
W. S. REKUC, JR (I)               83
J. R. ULSETH                      69
Write-in                           1
Write-in                           0
# WRITE-INS                        1
Write In Candidates
**************************************
CONST AMENDMENT 1
RACE #   56    *Total:          138
YES                              121
NO                                17
**************************************
CONST AMENDMENT 2
RACE #  570    *Total:          132
YES                               76
NO                                56
**************************************
```

```
**************************************
STATE HOUSE 58
RACE #   35    *Total:          125
P. CANNON (I) D                  123
Write-in                           2
# WRITE-INS                        2
Write In Candidates
**************************************
CO COMM CHAIRPERSON
RACE #  450    *Total:          122
R. PITTS (I) D                   119
Write-in                           3
# WRITE-INS                        3
Write In Candidates
**************************************
SOIL AND WATER**
RACE #  550    *Total:          168
W. S. REKUC, JR (I)               91
J. R. ULSETH                      76
Write-in                           1
Write-in                           0
# WRITE-INS                        1
Write In Candidates
**************************************
CONST AMENDMENT 1
RACE #   56    *Total:          137
YES                              131
NO                                 6
**************************************
CONST AMENDMENT 2
RACE #  570    *Total:          130
YES                               72
NO                                58
**************************************
```

```
**************************************
STATE HOUSE 58
RACE #   35    *Total:          113
P. CANNON (I) D                  111
Write-in                           2
# WRITE-INS                        2
Write In Candidates
**************************************
CO COMM CHAIRPERSON
RACE #  450    *Total:          115
R. PITTS (I) D                   114
Write-in                           1
# WRITE-INS                        1
Write In Candidates
**************************************
SOIL AND WATER**
RACE #  550    *Total:          159
W. S. REKUC, JR (I)               88
J. R. ULSETH                      69
Write-in                           1
Write-in                           1
# WRITE-INS                        2
Write In Candidates
**************************************
CONST AMENDMENT 1
RACE #   56    *Total:          123
YES                              110
NO                                13
**************************************
CONST AMENDMENT 2
RACE #   57    *Total:          119
YES                               58
NO                                61
**************************************
CONST AMENDMENT 3
RACE #   58    *Total:          113
YES                               80
NO                                33
**************************************
CONST AMENDMENT 4
RACE #   59   *Total:           123
YES                               92
NO                                31
**************************************
```

EXHIBIT

2

PAGE INTENTIONALLY LEFT BLANK

BRILL DECLARATION IS FILED AT DOC. 421

EXHIBIT

3

## DECLARATION UNDER PENALTY OF PERJURY
## PURSUANT TO 28 U.S.C. § 1746
## AND/OR
## <u>SWORN STATEMENT IN ACCORDANCE WITH GEORGIA LAW</u>

1. My name is Ouida Leech. I am over eighteen years of age and competent to testify to the matters contained herein.

2. I am a resident of Baldwin County in Georgia and my residence address is 105 Lakeshore Court, NE, Milledgeville, GA 31061.

3. I have a Master's Degree in Special Education and have worked in education for ten years teaching special education and mathematics.  I have also worked throughout the south for 15 years with adults who have developmental disabilities.

4. On November 6, 2018, I was a poll watcher at West Hardwick in Baldwin County, Georgia.  This was not my first time working at a voting location. For about three years, I worked as a poll worker in Mississippi.

5. On November 6, 2018, I witnessed voters who were turned away because they did not appear on the roll for the West Hardwick precinct.  Voters were told to go to their proper polling place even though the voters said this had been their polling place in the past.  Some of these voters were quite angry to be sent elsewhere and did not have time to go elsewhere to vote.  These voters said that they had to pick up children, or return to work and did not

have time to go someplace else to vote.  These voters were not offered a
provisional ballot.

6.  I witnessed voters who said they had submitted address changes but that the
roll was not correct and still reflected their prior address, in some cases the
database reflected an address where they had not lived for many years.

7.  I witnessed several voters who said they had registered to vote at the
Department of Driver Services or the public library but who did not appear
on the voter rolls and could not vote.

8.  I saw only three voters receive provisional ballots: one voter had to request
the ballot, and the last one was offered by the Poll Manager.  When I spoke
with voters about provisionally voting, people were reluctant because they
did not want to upset anyone at the precinct where they had just been told
they could not vote.

9.  When a Probate Judge/Election Official, Todd Blackwell, came to the
precinct in the afternoon, I asked him about sending voters to other precincts
without offering them the option of voting here and he responded, "no
exceptions except during golden hours."

10.  I give this Declaration and/or Affidavit freely, without coercion, and
without any expectation of compensation or other reward.

**11.** I understand that in giving this Declaration and/or Affidavit, that I am not represented by a lawyer. Nor has any lawyer asked me to be their client or to serve in anyway as anything other than a witness in this litigation.

**12.** I declare under penalty of perjury that the foregoing is true and correct. Further affiant sayeth not, this the _____ day of November, 2018.

_____
Signature

Sworn to and subscribed before me
This the _13 th_ day of November, 2018.

_____
Notary Public

EXHIBIT

4

## DECLARATION UNDER PENALTY OF PERJURY
## PURSUANT TO 28 U.S.C. § 1746
## AND/OR
## SWORN STATEMENT IN ACCORDANCE WITH GEORGIA LAW

1. My name is Dinesh Chandra. I am over eighteen years of age and competent to testify to the matters contained herein.

2. I am a resident of Gwinnett County in Georgia and my residence address is 2564 Northern Court, Lawrenceville, GA 30044.

3. I am 72 years old and voted by absentee ballot so that I would not have to stand on a long line to vote. I returned my absentee ballot on November 5, 2018 in person to the Gwinnett County Board of Registration and Elections office located at 455 Grayson Highway, Lawrenceville, Georgia. After arriving at the Board of Elections office, I handed my ballot to the person at the desk. The person at the desk asked me to sign a sticker they put on the envelope and I did so. The person then took my ballot to another room to compare my signature with the signature they have on file for me. After approximately five minutes, the employee returned and told me that the signatures matched. The employee told me that there was nothing else I needed to do to make my ballot count. No other instructions were given to me. On November 8, 2018, I learned that my absentee ballot was rejected because it was missing the year of my birth. On the same day, I went to the same Board of Elections office and explained that my ballot was not counted

because it was missing the year of my birth. I was told that nothing could be done to correct the error and my ballot would not be counted. I believe that since my signature matched and the rest of my information was on the ballot, my ballot should be counted.

4. I give this Declaration and/or Affidavit freely, without coercion, and without any expectation of compensation or other reward.

5. I understand that in giving this Declaration and/or Affidavit, that I am not represented by a lawyer. Nor has any lawyer asked me to be their client or to serve in anyway as anything other than a witness in this litigation.

6. I declare under penalty of perjury that the foregoing is true and correct. Further affiant sayeth not, this the _12th_ day of November, 2018.

_____
Signature

Sworn to and subscribed before me
This the _12th_ day of November, 2018.

_____
Notary Public