**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

DONNA CURLING, *et al.*

     *Plaintiffs*,

    v.

BRAD RAFFENSPERGER, *et al.*,

     *Defendants*.

CIVIL ACTION

FILE NO. 1:17-cv-2989-AT

## RULE 5.4 CERTIFICATE OF SERVICE

Pursuant to Local Rule 5.4, counsel for Defendant Brad Raffensperger, in his official capacity as Secretary of State of Georgia and as Chair of the State Election Board of Georgia, hereby certifies that on July 22, 2019, the undersigned served true and correct copies of the following:

1. Defendant Secretary of State's Objections and Responses to Coalition Plaintiffs' Second Set of Interrogatories;

2. Defendant Secretary of State's Objections and Responses to Coalition Plaintiffs' Second Set of Requests for Admission; and

3. Defendant Secretary of State's Objections and Responses to Coalition Plaintiffs' Third Request for Production of Documents

upon the following counsel of record via email:

Cary Ichter
Ichter Davis LLC
Suite 1530
3340 Peachtree Road N.E. Atlanta,
Georgia 30326
cichter@ichterdavis.com

Bruce P. Brown
BRUCE P. BROWN LAW LLC 1123
Zonolite Road, Suite 6 Atlanta,
Georgia 30306
bbrown@brucepbrownlaw.com

David D. Cross
John P. Carlin
Jane P. Bentrott
Catherine L. Chapple
Robert W. Manoso
Morrison & Foerster, LLP 2000
Pennsylvania Avenue, NW
Washington, DC 20006
dcross@mofo.com
cchapple@mofo.com
jbentrott@mofo.com
rmanoso@mofo.com
jconaway@mofo.com
amiriyala@mofo.com

John Michael Powers
David R. Brody
Lawyers' Committee for Civil
Rights Under Law
Suite 900
1500 K Street, N.W.
Washington, DC 20005
jpowers@lawyerscommittee.org
dbrody@lawyerscommittee.org

Kaye Burwell
David Lowman
Cheryl Ringer
Office of The Fulton County Attorney
141 Pryor Street, Suite 4038 Atlanta,
Georgia 30303
kaye.burwell@fultoncountyga.gov
david.lowman@fultoncountyga.gov
cheryl.ringer@fultoncountyga.gov

Robert Alexander McGuire
Robert McGuire Law Firm
113 Cherry Street #86685
Seattle, WA 98104-2206
ram@lawram.com

Halsey G. Knapp, Jr.
Adam Martin Sparks
Krevolin & Horst, LLC
One Atlantic Center, Suite 3250 1201
West Peachtree Street, NW Atlanta,
GA 30309
hknapp@khlawfirm.com
sparks@khlawfirm.com

This 22nd day of July, 2019.

**ROBBINS ROSS ALLOY
BELINFANTE
LITTLEFIELD LLC**

Vincent R. Russo
GA Bar No. 242628
Josh Belinfante
GA Bar No. 047399
Carey A. Miller
GA Bar No. 976240
Kimberly Anderson
Ga. Bar No. 602807
Alexander Denton
GA Bar No. 660632
Brian E. Lake
GA Bar No. 575966
500 14th Street NW
Atlanta, GA 30318
Telephone:   (678) 701-9381
Facsimile:    (404) 856-3250
vrusso@robbinsfirm.com

3

jbelinfante@robbinsfirm.com
cmiller@robbinsfirm.com
kanderson@robbinsfirm.com
adenton@robbinsfirm.com
blake@robbinsfirm.com


*/s/ Bryan P. Tyson*
**TAYLOR ENGLISH DUMA LLP**
Bryan P. Tyson
GA Bar No. 515411
btyson@taylorenglish.com
Bryan F. Jacoutot
Georgia Bar No. 668272
bjacoutot@taylorenglish.com
1600 Parkwood Circle, Suite 200
Atlanta, GA 30339
Telephone: 770.434.6868

*Attorneys for State Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day filed the within and forgoing **RULE 5.4 CERTIFICATE OF SERVICE** by using the CM/ECF system, which will automatically send an email notification of such filing to the foregoing counsel of record.

This 22nd day of July, 2019.

/s/ Bryan P. Tyson
Bryan P. Tyson
Georgia Bar No. 515411