IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>BRAD RAFFENSPERGER, in his official Capacity as Secretary of State of Georgia; *et al.*,<br><br>    Defendants. | Civil Action File<br>No. 1:17-cv-2989-AT |

## RULE 5.4 CERTIFICATE OF SERVICE

Pursuant to Local Rule 5.4, counsel for State Defendants hereby certifies that on July 24, 2019 the undersigned served true and correct copies of the following:

- *Documents related to Fortalice interviews*;

to counsel of record via electronic mail at the addresses below:

David D. Cross *(pro hac vice)*
John P. Carlin *(pro hac vice)*
Jane P. Bentrott *(pro hac vice)*
Catherine L. Chapple *(pro hac vice)*
Robert W. Manoso *(pro hac vice)*
Arvind Miriyala *(pro hac vice)*
J. Conaway (*(pro hac vice)*
MORRISON & FOERSTER LLP
2000 Pennsylvania Avenue, NW
Suite 6000

Halsey G. Knapp, Jr.
GA Bar No. 425320
Adam M. Sparks
GA Bar No. 341578
KREVOLIN & HORST, LLC
1201 West Peachtree Street, NW -
Suite 3250
Atlanta, GA 30309
*HKnapp@khlawfirm.com*
*Sparks@khlawfirm.com*

| | |
|---|---|
| Washington, DC 20006<br>Telephone: (202) 887-1500<br>*DCross@mofo.com*<br>*JCarlin@mofo.com*<br>*JBentrott@mofo.com*<br>*CChapple@mofo.com*<br>*RManoso@mofo.com*<br>*AMiriyala@mofo.com*<br>*jconaway@mofo.com* | *Counsel for Plaintiffs Donna Curling,*<br>*Donna Price & Jeffrey Schoenberg* |
| Cary Ichter<br>ICHTER DAVIS LLC<br>3340 Peachtree Road NE, -<br>Suite 1530<br>Atlanta, Georgia 30326<br>*cichter@ichterdavis.com* | Bruce P. Brown Georgia<br>BRUCE P. BROWN LAW LLC<br>1123 Zonolite Rd. Suite 6<br>Atlanta, Georgia 30306<br>*bbrown@brucepbrownlaw.com* |
| David R. Lowman<br>Kaye Woodard Burwell<br>Cheryl Ringer<br>Fulton County Attorney's Office<br>141 Pryor Street, SW, Suite 4038<br>Atlanta, GA 30303<br>*David.lowman@fultoncountyga.gov*<br>*Kaye.burwell@fultoncountyga.gov*<br>*Cheryl.ringer@fultoncountyga.gov* | David Brody<br>John Michael Powers<br>Lawyers' Committee for Civil Rights<br>Under Law<br>1500 K Street, NW, Suite 900<br>Washington, DC 20005<br>*dbrody@lawyerscommittee.org*<br>*jpowers@lawyerscommittee.org* |
| Robert A. McGuire<br>Robert A. McGuire Law Firm<br>113 Cherry Street #86685<br>Seattle, WA 98104-2206<br>*ram@lawram.com* | |

This 25th day of July, 2019.

**ROBBINS ROSS ALLOY BELINFANTE**
**LITTLEFIELD LLC**

/s/ *Alexander Denton*

Vincent R. Russo
Georgia Bar No. 242628
*vrusso@robbinsfirm.com*
Josh Belinfante
Georgia Bar No. 047399
*jbelinfante@robbinsfirm.com*
Carey A. Miller
Georgia Bar No. 976240
*cmiller@robbinsfirm.com*
Kimberly Anderson
Georgia Bar No. 602807
*kanderson@robbinsfirm.com*
Alexander Denton
Georgia Bar No. 660632
*adenton@robbinsfirm.com*
Brian E. Lake
Georgia Bar No. 575966
*blake@robbinsfirm.com*
Robbins Ross Alloy Belinfante Littlefield LLC
500 14th Street, N.W.
Atlanta, Georgia 30318
Telephone:  (678) 701-9381
Facsimile:   (404) 856-3250

**TAYLOR ENGLISH DUMA LLP**

Bryan P. Tyson
Georgia Bar No. 515411
Bryan F. Jacoutot
Georgia Bar No. 668272
Special Assistant Attorneys General
1600 Parkwood Circle, Suite 200
Atlanta, GA 30339
Telephone:  770-434-6868
*btyson@taylorenglish.com*
*bjacoutot@taylorenglish.com*

*Attorneys for State Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that I have this day filed the within and foregoing **RULE 5.4 CERTIFICATE** by using the CM/ECF system, which will automatically send an email notification of such filing to all counsel of record.

This 25th day of July, 2019.

*/s/ Alexander Denton*
Alexander Denton