IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

DONNA CURLING, *et al.*,

    Plaintiffs,

v.

BRAD RAFFENSPERGER, *et al.*,

    Defendants.

CIVIL ACTION NO.
1:17-CV-2989-AT

## ORDER

This matter is before the Court on Electronic Privacy Information Center's Motion for Leave to File *Amicus Curiae* Brief [Doc. 437] in support of Plaintiffs. No opposition has been filed by any party. The Court hereby **GRANTS** the Motion and deems the Amicus Curiae Brief (Doc. 437-1) filed as of the date of this Order.

**IT IS SO ORDERED** this 30th day of July, 2019.

_____
**AMY TOTENBERG**
**UNITED STATES DISTRICT JUDGE**