IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, ET AL.,<br>Plaintiffs,<br><br>v.<br><br>BRAD RAFFENSPERGER, ET AL.,<br>Defendants. | Civil Action No. 1:17-CV-2989-AT |

# ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE DETAILED FEE STATEMENTS

Having received and considered Coalition Plaintiffs' Unopposed Motion for Extension of Time to File Detailed Fee Statements, the Court hereby GRANTS the motion. Plaintiffs shall have until October 11, 2019 to file Detailed Fee Statements. Defendants shall have thirty days after the Plaintiffs have filed Detailed Fee Statements to file their responses.

SO ORDERED this  23rd  day of September, 2019.

_____
Amy Totenberg
United States District Judge