IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, ET AL.,<br>Plaintiffs,<br><br>v.<br><br>BRAD RAFFENSPERGER, ET AL.,<br>Defendants. | Civil Action No. 1:17-CV-2989-AT |

**COALITION PLAINTIFFS' MOTION FOR ADDITIONAL PAGES**

Pursuant Local Rule 7.1(D), Coalition Plaintiffs move for five (5) additional pages in their Reply Brief in Support of their Rule 69 Motion to Alter or Amend the Judgment (Doc. 605). Under the Local Rules, the page limit for reply briefs in fifteen (15) pages. Coalition Plaintiffs request leave to file a reply brief of no longer than twenty (20) pages. The brief is due October 11, 2019, but Coalition Plaintiffs will likely file the brief immediately upon the disposition of this motion.

In support of this Motion, Coalition Plaintiffs show that additional pages are required to explain in sufficient detail the need for the requested amendments, particularly in light of the State's Response and other new information.

A proposed order is attached hereto as Exhibit A.

Respectfully submitted this 5th day of October, 2019.

/s/ *Bruce P. Brown*
Bruce P. Brown
Georgia Bar No. 064460
bbrown@brucepbrownlaw.com

Bruce P. Brown Law LLC
1123 Zonolite Rd. NE
Suite 6
Atlanta, Georgia 30306
(404) 881-0700

/s/ *Robert A. McGuire, III*
Robert A. McGuire, III
Pro Hac Vice (ECF No. 125)

ROBERT MCGUIRE LAW FIRM
113 Cherry Street PMB 86685
Seattle, WA 98104-2205
Tel.: (253) 267-8530

*Counsel for Coalition for Good Governance*

/s/ *Cary Ichter*
Cary Ichter
Georgia Bar No. 382515
cichter@IchterDavis.com

Ichter Davis, LLC
3340 Peachtree Road NE
Suite 1530
Atlanta, GA 30326
(404) 869-7600

*Counsel for William Digges III,
Laura Digges, Ricardo Davis
& Megan Missett*

/s/ *John Powers*
John Powers
Pro Hac Vice (5/17/19 text-only order)

Ezra D. Rosenberg
Pro Hac Vice (ECF No. 497)

Lawyers' Committee for Civil Rights
Under Law
1500 K St. NW, Suite 900
Washington, DC 20005
(202) 662-8300

*Counsel for Coalition Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **DONNA CURLING, ET AL.,**<br>Plaintiffs,<br><br>v.<br><br>**BRAD RAFFENSPERGER, ET AL.,**<br>Defendants. | Civil Action No. 1:17-CV-2989-AT |

## CERTIFICATE OF COMPLIANCE

Pursuant to LR 7.1(D), I hereby certify that the foregoing document has been prepared in accordance with the font type and margin requirements of LR 5.1, using font type of Times New Roman and a point size of 14.

*/s/ Bruce P. Brown*
Bruce P. Brown

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **DONNA CURLING, ET AL.,**<br>Plaintiffs,<br><br>v.<br><br>**BRAD RAFFENSPERGER , ET AL.,**<br>Defendants. | **Civil Action No. 1:17-CV-2989-AT** |

## CERTIFICATE OF SERVICE

I hereby certify that on October 5, 2019, a copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to all attorneys of record.

*/s/ Bruce P. Brown*
Bruce P. Brown

EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, ET AL.,<br>Plaintiffs,<br><br>v.<br><br>BRAD RAFFENSPERGER, ET AL.,<br>Defendants. | Civil Action No. 1:17-CV-2989-AT |

**PROPOSED ORDER GRANTING COALITION PLAINTIFFS' MOTION FOR ADDITIONAL PAGES**

Good cause having been shown, Coalition Plaintiffs' Motion for Additional Pages is GRANTED and Coalition Plaintiffs' Reply Brief in Support of Rule 59(e) Motion to Alter or Amend the Judgment (Doc. 605) shall be no longer the twenty (20) pages.

SO ORDERED this ___ day of October, 2019.

_____
Amy Totenberg
United States District Judge