IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF
GEORGIA ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, ET AL.,<br>Plaintiffs,<br><br>v.<br><br>BRAD RAFFENSPERGER, ET AL.,<br>Defendants. | Civil Action No. 1:17-CV-02989-AT |

### FULTON COUNTY DEFENDANTS' MOTION FOR EXTENSION AND LEAVE TO FILE RESPONSE IN EXCESS OF TWENTY FIVE PAGES

Pursuant to Local Rule 7.1(D), Mary Carole Cooney, Vernetta Nuriddin, Kathleen D. Ruth, Mark Wingate and Aaron Johnson, respectfully request leave to file ten (10) additional pages—not to exceed a total of thirty-five (35) pages—for their Consolidated Response in Opposition to Plaintiffs' Motions for Attorney's Fees (Dkt. Nos. ).

Plaintiffs filed 957 pages in briefs and itemizations in support of their Motions for Attorney's Fees. (Dkt. No. 595, 596, 629, 631, 632). A response in excess of the twenty-five (25) pages provided by Local Rule 7.1(D), but not to exceed thirty-five (35) pages, is necessary in order to properly and fully respond to the Coalition and Curling Plaintiffs' Motions for Fees. A proposed Order is

attached.

Respectfully submitted this 12th day of November, 2019.

**OFFICE OF THE FULTON COUNTY ATTORNEY**

**/s/Cheryl Ringer**
Kaye Woodard Burwell
Georgia Bar Number:   775060
kaye.burwell@fultoncountyga.gov

Cheryl Ringer
Georgia Bar Number: 557420
cheryl.ringer@fultoncountyga.gov

David R. Lowman
Georgia Bar Number: 460298
david.lowman@fultoncountyga.gov

ATTORNEYS FOR DEFENDANTS MARY CAROLE COONEY, VERNETTA NURIDDIN, KATHLEEN D. RUTH, MARK WINGATE and AARON JOHNSON

**OFFICE OF THE COUNTY ATTORNEY**
141 Pryor Street, S.W.
Suite 4038
Atlanta, Georgia 30303
Telephone: (404) 612-0246

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF
GEORGIA ATLANTA DIVISION

| | |
|---|---|
| **DONNA CURLING, ET AL.,** Plaintiffs, v. **BRAD RAFFENSPERGER, ET AL.,** Defendants. | Civil Action No. 1:17-CV-02989-AT |

## CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing document has been prepared in accordance with the font type and margin requirements of LR 5.1, using font type of Times New Roman and a point size of 14.

/s/ **Cheryl Ringer**
Cheryl Ringer
Georgia Bar Number: 557420
cheryl.ringer@fultoncountyga.gov

**OFFICE OF THE COUNTY ATTORNEY**
141 Pryor Street, S.W.
Suite 4038
Atlanta, Georgia 30303
Telephone: (404) 612-0246

# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA ATLANTA DIVISION

| | |
|---|---|
| **DONNA CURLING, ET AL.,**<br>Plaintiffs,<br><br>v.<br><br>**BRAD RAFFENSPERGER, ET AL.,**<br>Defendants. | Civil Action No. 1:17-CV-2989-AT |

## CERTIFICATE OF SERVICE

I hereby certify that on November 12, 2019 a copy of the foregoing **FULTON COUNTY DEFENDANTS' MOTION FOR LEAVE TO FILE A RESPONSE IN EXCESS OF TWENTY-FIVE PAGES** was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to all attorneys of record.

/s/ **Cheryl Ringer**
Cheryl Ringer
Georgia Bar Number: 557420
cheryl.ringer@fultoncountyga.gov

**OFFICE OF THE COUNTY ATTORNEY**
141 Pryor Street, S.W.
Suite 4038
Atlanta, Georgia 30303
Telephone: (404) 612-0246

# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA ATLANTA DIVISION

| | |
|---|---|
| **DONNA CURLING, ET AL.,** <br> **Plaintiffs,** <br><br> **v.** <br><br> **BRAD RAFFENSPERGER, ET AL.,** <br> **Defendants.** | **Civil Action No. 1:17-CV-2989-AT** |

## [PROPOSED] ORDER GRANTING FULTON COUNTY DEFENDANTS' MOTION FOR EXTENSION AND LEAVE TO FILE RESPONSE IN EXCESS OF TWENTY-FIVE PAGES

Good cause having been shown, it is hereby ordered that the Fulton County Defendants' Motion for Leave to File Response in Excess of Twenty-Five Pages is **GRANTED**. Fulton County Defendants' Response in Opposition of Plaintiffs' Motions for Attorney's Fees shall not exceed twenty-five (25) pages.

**IT IS SO ORDERED** this _____ day of November, 2019.

_____
U.S. District Court Judge Amy Totenberg