# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:17-cv-02989-AT
## Curling et al v. Raffensperger et al
## Honorable Amy Totenberg

Minute Sheet for proceedings held In Open Court on 01/17/2020.

TIME COURT COMMENCED: 10:35 A.M.
TIME COURT CONCLUDED: 12:35 P.M.      COURT REPORTER: Penny Coudriet
TIME IN COURT: 2:00      DEPUTY CLERK: Harry Martin
OFFICE LOCATION: Atlanta

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Joshua Belinfante representing Brad Raffensperger<br>Bruce Brown representing Coalition for Good Governance<br>Kaye Burwell representing The Fulton County Board of Registration and Elections<br>David Cross representing Donna Curling<br>Cary Ichter representing Coalition for Good Governance<br>Mary Kaiser representing Donna Curling<br>David Lowman representing The Fulton County Board of Registration and Elections<br>Robert McGuire representing Coalition for Good Governance<br>Carey Miller representing The State Election Board<br>Cheryl Ringer representing The Fulton County Board of Registration and Elections<br>Vincent Russo representing The State Election Board<br>Adam Sparks representing Donna Curling<br>Bryan Tyson representing The State Election Board |
| PROCEEDING CATEGORY: | Telephone Conference(Other Proceeding Non-evidentiary); |
| MINUTE TEXT: | The Court held a status conference with the parties to discuss the information requested by Plaintiffs to determine a statistical sample of DRE machines for preservation and the status of the rollout of the BMDs and the States backup paper ballot plan and other issues in the Courts August 2019 injunction order. The State will provide CDs of the GEMS databases to Plaintiffs counsel by January 24th. Plaintiffs will provide the State with a list of DREs for preservation by February 3rd. The State will |

provide the Court with an updated schedule on the BMD rollout and an update on the cybersecurity review and assessment of the voter database by February 3rd.

HEARING STATUS:      Hearing Concluded