IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| DONNA CURLING, *et al.*, | : | |
| Plaintiffs, | : | |
| v. | : | CIVIL ACTION NO. |
| | : | 1:17-cv-2989-AT |
| BRAD RAFFENSPERGER, *et al.*, | : | |
| Defendants. | : | |

## **ORDER**

This matter is before the Court on Plaintiffs' Joint Motion to Strike "Nearly the Entirety of" State Defendants' Response to Court's Request for Briefing on Ripeness [Doc. 711]. The Motion is **DENIED AS UNNECESSARY**.

The Court is capable of determining for itself that the State Defendants devoted the majority of the supplemental brief ordered by the Court to re-arguing their contentions on standing and mootness, rather than addressing the ripeness issue as requested by the Court. The Court will not consider any portion of the State Defendants' supplemental brief that does not expressly address ripeness of the BMD claims, specifically sections (I)(B) & (C) and section (II) of the supplemental brief. But the Court did not need yet another motion from Plaintiffs to reach this conclusion. All parties are **ADVISED** to refrain from further efforts to needlessly expand this litigation or abuse the limited judicial resources of the Court.

**IT IS SO ORDERED** this 31st day of January, 2020.

_____
**Amy Totenberg**
**United States District Judge**