# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

DONNA CURLING, ET AL.,
Plaintiffs,

v.

BRAD RAFFENSPERGER, ET AL.,
Defendants.

Civil Action No.
1:17-CV-2989-AT

## ORDER TO ALLOW ELECTRONIC EQUIPMENT INTO THE COURTROOM

IT IS HEREBY ORDERED that counsel of record for the Curling Plaintiffs[1]

in the above-referenced case, David D. Cross and Mary G. Kaiser, be permitted to

bring the following personal electronic devices into the Richard B. Russell Federal

Building, Courtroom 2308, on March 6, 2020 for a hearing before Judge Amy

Totenberg:

- laptop computers and computer accessories (e.g., computer mouse, battery

  recharger, personal WiFi hotspots, power cords);

- tablet computers (e.g., Apple iPad, Microsoft Surface Pro); and

- apple watch and mobile phones, including mobile phones with cameras

  (which may also operate as WiFi hotspots).

---

[1] The Curling Plaintiffs are Donna Curling, Donna Price, and Jeffrey Schoenberg.

Proper identification will be required upon entering the facility. Said electronic equipment shall be subject to inspection by the facility's law enforcement/security officers.

**IT IS SO ORDERED** this 5th day of March, 2020.

_____
**AMY TOTENBERG**
**UNITED STATES DISTRICT JUDGE**