IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

DONNA CURLING, *et al.*

　　　*Plaintiffs*,

v.

BRAD RAFFENSPERGER, *et al.*,

　　　*Defendants*.

CIVIL ACTION FILE

NO. 1:17-cv-2989-AT

## STATE DEFENDANTS' LIMITED
## RESPONSE TO COALITION PLAINTIFFS'
## NOTICE OF FILING SUPPLEMENTAL EVIDENCE

On March 6, 2020, the Court held a limited hearing to address specific questions to State-Defendant witnesses and counsel about Plaintiffs' third pair of preliminary injunction motions (collectively, the "Motions").[1]  [Docs. 721-22.  *See* Docs. 714-15].  The Court has not scheduled a full hearing on Plaintiffs' Motions, nor has it expressed any intention of doing so, and the Court has not otherwise requested the Plaintiffs provide any additional factual information about those Motions beyond what was included with their briefs.  Coalition Plaintiffs nevertheless filed a Notice of Filing Supplemental

---

[1] The "State Defendants" are Secretary of State Brad Raffensperger, the State Election Board, and Board Members David Worley, Rebecca Sullivan, and Anh Le.

Evidence in Support of Pending Motion for Preliminary Injunction ("Notice")

on March 11, 2020. [Doc. 723].

The Notice contains new arguments and addresses matters to which

State Defendants have not previously responded and which the parties have

not briefed, including novel issues of state law currently pending in the

Superior Court of Sumter County, Georgia and other legal arguments.  State

Defendants object to the Notice.  If the Court intends to consider the

arguments and information contained in the Notice as part of its ruling on

the Motions, State Defendants request an opportunity to address and

respond to the new legal arguments and facts prior to the Court's ruling on

the Motions.[2]

Respectfully submitted this 12th day of March 2020.

<div style="margin-left: 40%">

/s/ *Vincent R. Russo*
Vincent R. Russo
Georgia Bar No. 242628
vrusso@robbinsfirm.com
Josh Belinfante
Georgia Bar No. 047399
jbelinfante@robbinsfirm.com
Carey A. Miller
Georgia Bar No. 976240
cmiller@robbinsfirm.com

</div>

---

[2] State Defendants are cognizant of the Court's admonition that the parties "refrain from further efforts to needlessly expand this litigation or abuse the limited judicial resources of the Court" and therefore file only this limited response to Coalition Plaintiffs' Notice. [Doc. 712].

Alexander Denton
Georgia Bar No. 660632
adenton@robbinsfirm.com
Brian E. Lake
Georgia Bar No. 575966
blake@robbinsfirm.com
Robbins Ross Alloy Belinfante Littlefield LLC
500 14th Street, N.W.
Atlanta, Georgia 30318
Telephone: (678) 701-9381
Facsimile:  (404) 856-3250

Bryan P. Tyson
Georgia Bar No. 515411
btyson@taylorenglish.com
Bryan F. Jacoutot
Georgia Bar No. 668272
bjacoutot@taylorenglish.com
Diane F. LaRoss
Georgia Bar No. 430830
dlaross@taylorenglish.com
TAYLOR ENGLISH DUMA LLP
1600 Parkwood Circle, Suite 200
Atlanta, GA 30339
Telephone: 678-336-7249

*Counsel for State Defendants*

## <u>CERTIFICATE OF COMPLIANCE</u>

Pursuant to L.R. 7.1(D), the undersigned hereby certifies that the foregoing **STATE DEFENDANTS' LIMITED RESPONSE TO COALITION PLAINTIFFS' NOTICE OF FILING SUPPLEMENTAL EVIDENCE IN SUPPORT OF PENDING MOTION FOR PRELIMINARY INJUNCTION** has been prepared in Century Schoolbook 13, a font and type selection approved by the Court in L.R. 5.1(B).

*/s/Vincent R. Russo*
Vincent R. Russo