IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

DONNA CURLING, *et al.*,

    Plaintiffs,

v.

BRAD RAFFENSPERGER, *et al.*,

    Defendants.

CIVIL ACTION NO.
1:17-CV-2989-AT

## ORDER

This matter is before the Court on Electronic Privacy Information Center's Motion for Leave to File *Amicus Curiae* Brief [Doc. 726] in support of Plaintiffs Motions for Preliminary Injunction. No opposition has been filed by any party. The Court hereby **GRANTS** the Motion and deems the Amicus Curiae Brief (Doc. 726-1) filed as of the date of this Order.

**IT IS SO ORDERED** this 31st day of March, 2020.

**AMY TOTENBERG
UNITED STATES DISTRICT JUDGE**