# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:17-cv-02989-AT
## Curling et al v. Raffensperger et al
## Honorable Amy Totenberg

Minute Sheet for proceedings held on 06/17/2020.

TIME COURT COMMENCED: 04:00 P.M.
TIME COURT CONCLUDED: 5:15 P.M.        COURT REPORTER: Shannon Welch
TIME IN COURT: 1:15                    DEPUTY CLERK: Harry Martin
OFFICE LOCATION: Atlanta

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Joshua Belinfante representing The State Election Board<br>Bruce Brown representing Coalition for Good Governance<br>David Cross representing Donna Curling<br>Bryan Jacoutot representing State of Election Board<br>Mary Kaiser representing Donna Curling<br>Halsey Knapp representing Donna Curling<br>David Lowman representing The Fulton County Board of Registration and Elections<br>Carey Miller representing The State Election Board<br>Loree Anne Paradise representing The State Election Board<br>Vincent Russo representing The State Election Board<br>Adam Sparks representing Donna Curling<br>Bryan Tyson representing The State Election Board |
| PROCEEDING CATEGORY: | Telephone Conference(Other Proceeding Non-evidentiary); |
| MINUTE TEXT: | See Transcript for details. |
| HEARING STATUS: | Hearing Concluded |