**KREVOLIN | HORST**

One Atlantic Center
1201 West Peachtree Street, NW
Suite 3250 | Atlanta, GA 30309
Tel: 404-888-9700 | Fax: 404-888-9577
www.krevolinhorst.com

**HALSEY G. KNAPP JR.**
Tel: 404-888-9611
Email: hknapp@khlawfirm.com

July 17, 2020

**Via CM/ECF Filing**

James N. Hatten, Clerk of Court
United States District Court
Northern District Court
Richard B. Russell Federal Building
2211 United States Courthouse
75 Ted Turner Drive, SW
Atlanta, GA 30303-3309

     RE:   *Curling v. Raffensperger, et al.; Case No. 1:17-cv-02989-AT*

Dear Mr. Hatten:

Pursuant to Northern District Local Rule 83.1(E)(3) regarding leaves of absence of not greater than (20) consecutive days, please accept this letter requesting that no hearing or trials be calendared during the time period of:

**September 28-October 7, 2020 (Family vacation)**
**November 16-25, 2020 (Family vacation)**

Applicant will be away from the practice of law for family vacation. Applicant currently has no hearings or trials scheduled for the above case matter during the requested leave periods.

                    Sincerely,

                    **KREVOLIN & HORST, LLC**

                    /s/ Halsey G. Knapp, Jr.
                    Halsey G. Knapp, Jr.
                    GA Bar No.: 425360

HGK:cng
cc: All Counsel of Record (via CMF/ECF)

KH599211.DOCX