# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, ET AL., )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>BRAD RAFFENSPERGER, )<br>ET AL., )<br>)<br>Defendants. ) | CIVIL ACTION<br><br>FILE NO. 1:17-cv-2989-AT |

## RULE 5.4 CERTIFICATE OF SERVICE OF DISCOVERY

The undersigned certifies that pursuant to Local Rule 5.4 the following discovery was served on all counsel of record by electronic mail: Coalition Plaintiffs' Notice of Rule 34 Request for Expedited Inspection and Copying.

This Certificate has been prepared in accordance with the requirements of LR 5.1 and served on all counsel via the PACER-ECF system.

This 31st day of July, 2020.

/s/ Bruce P. Brown
Bruce P. Brown
BRUCE P. BROWN LAW LLC
1123 Zonolite Rd. NE, Suite 6
Atlanta, Georgia 30306
(404) 881-0700
*Counsel for Plaintiff Coalition for Good Governance*