# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, et al; | ) |
| Plaintiffs, | ) |
| v. | ) CIVIL ACTION<br>) FILE NO: 1:17cv02989-AT |
| BRAD RAFFENSBERGER, et al.; | ) |
| Defendants. | ) |

## RULE 5.4 CERTIFICATE OF SERVICE OF DISCOVERY

The undersigned certifies that pursuant to Local Rule 5.4 the following discovery was served on all counsel of record by electronic mail: Fulton County Defendants' Objection to Coalition Plaintiffs' Notice Inspection.

This Certificate has been prepared in accordance with the requirements of LR 5.1 and served on all counsel via the PACER-ECF system.

Respectfully submitted this 3rd day of August, 2020.

**OFFICE OF THE COUNTY ATTORNEY**

**/s/David R. Lowman**

**Kaye Burwell**
**Georgia Bar Number:   775060**
**kaye.burwell@fultoncountyga.gov**
**Cheryl Ringer**
**Georgia Bar Number: 557420**
**cheryl.ringer@fultoncountyga.gov**
**David Lowman**
**Georgia Bar Number: 460298**
**david.lowman@fultoncountyga.gov**

**ATTORNEYS FOR DEFENDANTS RICHARD BARRON, DAVID J. BURGE, MARY CAROLE COONEY, AARON JOHNSON,  VERNETTA NURIDDIN,  MARK WINGATE, AND THE FULTON COUNTY BOARD OF REGISTRATION & ELECTIONS**

**Office of the County Attorney**
141 Pryor Street, S.W.
Suite 4038
Atlanta, Georgia 30303