# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:17-cv-02989-AT
## Curling et al v. Raffensperger et al
## Honorable Amy Totenberg

Minute Sheet for proceedings held on 08/05/2020.

TIME COURT COMMENCED: 1:20 P.M.
TIME COURT CONCLUDED: 2:40 P.M.     COURT REPORTER: Shannon Welch
TIME IN COURT: 1:20                 DEPUTY CLERK: Harry Martin
OFFICE LOCATION: Atlanta

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Joshua Belinfante representing Brad Raffensperger<br>Bruce Brown representing Coalition for Good Governance<br>David Cross representing Donna Curling<br>Alexander Denton representing Brad Raffensperger<br>Bryan Jacoutot representing Brad Raffensperger<br>Mary Kaiser representing Donna Curling<br>Halsey Knapp representing Donna Curling<br>David Lowman representing The Fulton County Board of Registration and Elections<br>Robert McGuire representing Coalition for Good Governance<br>Carey Miller representing Brad Raffensperger<br>Loree Anne Paradise representing Brad Raffensperger<br>Cheryl Ringer representing The Fulton County Board of Registration and Elections<br>Vincent Russo representing Brad Raffensperger<br>Adam Sparks representing Donna Curling<br>Bryan Tyson representing Brad Raffensperger |
| PROCEEDING CATEGORY: | Telephone Conference(Other Proceeding Non-evidentiary); |
| MINUTE TEXT: | Teleconference. See transcript for specifics. |
| HEARING STATUS: | Hearing Concluded |