IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, *et al.* <br><br> *Plaintiffs,* <br><br> v. <br><br> BRAD RAFFENSPERGER, *et al.*, <br><br> *Defendants.* | CIVIL ACTION <br><br> FILE NO. 1:17-cv-2989-AT |

**NOTICE OF APPEARANCE OF COUNSEL**

COMES NOW Diane Festin LaRoss, of the law firm Taylor English Duma LLP, 1600 Parkwood Circle, Suite 200, Atlanta, GA 30339, and hereby enters her appearance as counsel for Defendants Secretary of State and Chair of the State Election Board, Brad Raffensperger, the State Election Board (SEB), and SEB members Rebecca Sullivan, David Worley, Anh Le, and Seth Harp in the above-captioned matter. Copies of all further pleadings, orders, and notices should be sent to her at the address below.

This 12th day of August, 2020.

                                             */s/ Diane Festin LaRoss*
                                             Diane Festin LaRoss
                                             Georgia Bar No. 430830
                                             dlaross@taylorenglish.com
                                             TAYLOR ENGLISH DUMA LLP
                                             1600 Parkwood Circle, Suite 200

Atlanta, Georgia 30339
Telephone: (678) 336-7228

## **CERTIFICATE OF COMPLIANCE**

Pursuant to L.R. 7.1(D), the undersigned hereby certifies that the foregoing Notice of Appearance of Counsel has been prepared in Century Schoolbook 13, a font and type selection approved by the Court in L.R. 5.1(B).

*/s/ Diane Festin LaRoss*
Diane Festin LaRoss