IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, ET AL., )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>BRAD RAFFENSPERGER, )<br>ET AL., )<br>)<br>Defendants. ) | CIVIL ACTION<br><br>FILE NO. 1:17-cv-2989-AT |

### RULE 5.4 CERTIFICATE OF SERVICE OF DISCOVERY

Pursuant to Local Rule 5.4, the undersigned hereby certifies that that on August 17, 2020, Plaintiffs Coalition for Good Governance, William Digges III, Laura Digges, Ricardo Davis and Megan Misset ("Coalition Plaintiffs") by and through counsel of record, served a true and correct copy of the following discovery requests –**Coalition Plaintiffs' Third Request for Production of Documents to Defendant Fulton County Board of Registrations and Elections** - on counsel of record by electronic delivery of a PDF version to the following:

Kaye Woodard Burwell
David Lowman
Cheryl Ringer
Fulton County Attorney's Office
141 Pryor Street, NW

Bryan P. Tyson
Jonathan D. Crumly
Diane Festin LaRoss
James A. Balli
Bryan F. Jacoutot

| | |
|---|---|
| Suite 4038<br>Atlanta, Georgia 30303<br>Kaye.burwell@fultoncountyga.gov<br>David.lowman@fultoncountyga.gov<br>Cheryl.ringer@fultoncountyga.gov | Loree Anne Paradise<br>Taylor English Duma LLP<br>1600 Parkwood Circle, Suite 200<br>Atlanta, Georgia 30339<br>btyson@taylorenglish.com<br>jcrumly@taylorenglish.com<br>dlaross@taylorenglish.com<br>jballi@taylorenglish.com<br>bjacoutot@taylorenglish.com<br>lparadise@taylorenglish.com |
| Vincent Russo<br>Joshua B. Belinfante<br>Alexander F. Denton<br>Carey Miller<br>Robbins Ross Alloy Belinfante Littlefield LLC<br>500 Fourteenth St. NW<br>Atlanta, Georgia 30318<br>vrusso@robbinsfirm.com<br>jbelinfante@robbinsfirm.com<br>adenton@robbinsfirm.com<br>cmiller@robbinsfirm.com | David D. Cross<br>John P. Carlin<br>Lyle F. Hedgecock<br>Mary G. Kaiser<br>Morrison & Foerster LLP<br>2000 Pennsylvania Avenue NW<br>Washington, DC 20006-1888<br>dcross@mofo.com<br>jcarlin@mofo.com<br>lhedgecock@mofo.com<br>mkaiser@mofo.com |
| Halsey G. Knapp, Jr.<br>Adam Martin Sparks<br>Grant Edward Schnell<br>Krevolin & Horst, LLC<br>One Atlantic Center, Suite 3250<br>1201 West Peachtree Street, NW<br>Atlanta, GA 30309<br>hknapp@khlawfirm.com<br>sparks@khlawfirm.com<br>grant.schnell@hklaw.com | John Michael Powers<br>David R. Brody<br>Ezra David Rosenberg<br>Lawyers' Committee for Civil Rights Under Law<br>Suite 900<br>1500 K Street, NW<br>Washington, DC 20005<br>jpowers@lawyerscommittee.org<br>dbrody@lawyerscommittee.org<br>erosenberg@lawyerscommittee.org |

                              Robert Alexander McGuire
                              Robert McGuire Law Firm
                              113 Cherry Street #86685
                              Seattle, WA 98104-2206
                              ram@lawram.com

This 17th day of August 2020.

                              */s/ Cary Ichter*
                              CARY ICHTER
                              Georgia Bar No. 382515
                              **ICHTER DAVIS LLC**
                              3340 Peachtree Road NE, Suite 1530
                              Atlanta, Georgia 30326
                              Tel.: 404.869.7600
                              Fax: 404.869.7610
                              cichter@ichterdavis.com

                              AND

                              Bruce P. Brown
                              Georgia Bar No. 064460
                              bbrown@brucebrownlaw.com
                              **Bruce P. Brown Law LLC**
                              1123 Zonolite Road NE, Suite 6
                              Atlanta, Georgia 30306
                              Tel.:  404.881.0700

                              *Attorneys for Plaintiffs Coalition for Good Governance, William Digges III, Laura Digges, Ricardo Davis, and Megan Missett*

## CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing document has been prepared in accordance with the font type and margin requirements of LR 5.1, using font type of Times New Roman and a point size of 14.

*/s/ Cary Ichter*
Cary Ichter
Georgia Bar No. 382515

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, ET AL., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | CIVIL ACTION |
| v. ) | |
| ) | FILE NO. 1:17-CV-2989-AT |
| BRAD RAFFENSPERGER, ) | |
| ET AL., ) | |
| ) | |
| Defendants. ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on August 17, 2020, I filed a copy of the foregoing **RULE 5.4 CERTIFICATE**, with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to all attorneys of record.

                                        */s/ Cary Ichter*
                                        Cary Ichter
                                        Georgia Bar No. 382515