IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, ET AL., <br> Plaintiffs, <br><br> v. <br><br> BRAD RAFFENSPERGER, ET AL., <br> Defendants. | Civil Action No. 1:17-CV-2989-AT |

ORDER GRANTING
CURLING PLAINTIFFS' MOTION FOR EXCESS PAGES

This matter coming before the Court on Curling Plaintiffs' Motion for Excess Pages. Based on the complete record, and finding good cause for the relief requested, it is hereby ordered that the Curling Plaintiffs' Motion is **GRANTED NUNC PRO TUNC**. Curling Plaintiffs may file a brief in support of their Motion for Preliminary Injunction of no longer than thirty (30) pages.

**IT IS SO ORDERED** this 20th day of August, 2020.

_____
U.S. District Court Judge Amy Totenberg