IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

DONNA CURLING, *et al.*,                    :
                                            :
                                            :
                                            :
    Plaintiffs,                             :
                                            :
v.                                          :        CIVIL ACTION NO.
                                            :        1:17-cv-2989-AT
BRAD RAFFENSPERGER, *et al.*,               :
                                            :
                                            :
    Defendants.                             :

## **ORDER**

The Court sets the following expedited briefing schedule for Plaintiffs'
Motions for Preliminary Injunction relating to the November 2020 general
election:

| EVENT | DATE |
|---|---|
| Defendants' Response to Curling Plaintiffs' Motion for Preliminary Injunction [Doc. 785] | August 26, 2020 |
| Curling Plaintiffs' Reply in Support of Motion for Preliminary Injunction | August 28, 2020 |
| Coalition Plaintiffs' Motion for Preliminary Injunction Relating to Paper Pollbook Backups | August 21, 2020 |
| Defendants' Response to Coalition Plaintiffs' Motion for Preliminary Injunction Relating to Paper Pollbook Backups | August 25, 2020 |
| Coalition Plaintiffs' Reply in Support of Motion for Preliminary Injunction Relating to Paper Pollbook Backups | August 28, 2020 |
| Coalition Plaintiffs' Motion for Preliminary Injunction Relating to Additional Relief relating to Audits, Ballot Secrecy, Scanning/Tabulating, BMD Voting System Security, and Testing | August 24, 2020 |

| | |
|---|---|
| Defendants' Response to Coalition Plaintiffs' Motion for Preliminary Injunction Relating to Additional Relief relating to Audits, Ballot Secrecy, Scanning/Tabulating, BMD Voting System Security, and Testing | August 28, 2020 |
| Coalition Plaintiffs' Reply in Support of Motion for Preliminary Injunction Relating to Additional Relief relating to Audits, Ballot Secrecy, Scanning/Tabulating, BMD Voting System Security, and Testing | August 31, 2020 |

The Court will conduct a hearing by videoconference at 10:00AM on September 2, 2020.  The instructions for joining the hearing will be noticed under separate order.

**IT IS SO ORDERED** this 20th day of August, 2020.


**Amy Totenberg**
**United States District Judge**

2