IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING ET AL | ) |
| | ) |
| Plaintiff, | ) |
| | ) CIVIL ACTION FILE |
| v. | ) |
| | ) NO. 1:17-CV-2989 |
| BRAD RAFFENSPERGER EL AL | ) |
| | ) |
| Defendant. | ) |

## CERTIFICATE OF SERVICE

This is to certify that I have this day filed the foregoing **OBJECTIONS OF NON-PARTY KRISTI L. ROYSTON, IN HER CAPACITY AS THE GWINNETT COUNTY ELECTIONS SUPERVISOR TO PLAINTIFFS' SUBPOENA FOR PRODUCTION OF DOCUMENTS PURSUANT TO FED.R.CIV.P.45** with the Clerk's Office via the Court's CM/ECF System and served Plaintiff with a copy of same by electronic mail and by depositing it in the United States Mail, in a properly addressed envelope with adequate postage thereon to reach its destination as follows:

Bruce Brown
Law Office of Bruce Brown
1123 Zonolite Road
Atlanta, GA 30306
bbrown@brucepbrownlaw.com

1

This is to further certify that the foregoing document was prepared using 14 point Times New Roman Font.

This 20th day of August, 2020

                               /s/ Melanie F. Wilson
                               MELANIE F. WILSON
                               Senior Assistant County Attorney
                               Georgia Bar No. 768870
                               Attorney for Non-Party, Kristi L. Royston
                               ccesmelanie.wilson@gwinnetcounty.com

Gwinnett County Department of Law
75 Langley Drive
Lawrenceville, Georgia  30046-6935
(770) 822-8700