# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, ET AL., | ) |
| Plaintiffs, | ) |
| vs. | ) CIVIL ACTION |
| | ) FILE NO. 1:17-cv-2989-AT |
| BRAD RAFFENSPERGER, ET AL., | ) |
| Defendants. | ) |

## RULE 5.4 CERTIFICATE OF SERVICE OF DISCOVERY

Pursuant to Local Rule 5.4, the undersigned hereby certifies that that on August 28, 2020, Plaintiffs Coalition for Good Governance, William Digges III, Laura Digges, Ricardo Davis and Megan Misset ("Coalition Plaintiffs") by and through counsel of record, served a true and correct copy of the following discovery requests – **Coalition Plaintiffs' Fourth Request for Production of Documents to Defendant Fulton County Board of Registrations and Elections**

- on counsel of record by electronic delivery of a PDF version to the following:

Kaye Woodard Burwell          Bryan P. Tyson
David Lowman                  Jonathan D. Crumly
Cheryl Ringer                 Diane Festin LaRoss
Fulton County Attorney's Office   James A. Balli
141 Pryor Street, NW          Bryan F. Jacoutot

Suite 4038
Atlanta, Georgia 30303
Kaye.burwell@fultoncountyga.gov
David.lowman@fultoncountyga.gov
Cheryl.ringer@fultoncountyga.gov

Loree Anne Paradise
Taylor English Duma LLP
1600 Parkwood Circle, Suite 200
Atlanta, Georgia 30339
btyson@taylorenglish.com
jcrumly@taylorenglish.com
dlaross@taylorenglish.com
jballi@taylorenglish.com
bjacoutot@taylorenglish.com
lparadise@taylorenglish.com

Vincent Russo
Joshua B. Belinfante
Alexander F. Denton
Carey Miller
Robbins Ross Alloy Belinfante Littlefield LLC
500 Fourteenth St. NW
Atlanta, Georgia 30318
vrusso@robbinsfirm.com
jbelinfante@robbinsfirm.com
adenton@robbinsfirm.com
cmiller@robbinsfirm.com

David D. Cross
John P. Carlin
Lyle F. Hedgecock
Mary G. Kaiser
Morrison & Foerster LLP
2000 Pennsylvania Avenue NW
Washington, DC 20006-1888
dcross@mofo.com
jcarlin@mofo.com
lhedgecock@mofo.com
mkaiser@mofo.com

Halsey G. Knapp, Jr.
Adam Martin Sparks
Grant Edward Schnell
Krevolin & Horst, LLC
One Atlantic Center, Suite 3250
1201 West Peachtree Street, NW
Atlanta, GA 30309
hknapp@khlawfirm.com
sparks@khlawfirm.com
grant.schnell@hklaw.com

John Michael Powers
David R. Brody
Ezra David Rosenberg
Lawyers' Committee for Civil Rights Under Law
Suite 900
1500 K Street, NW
Washington, DC 20005
jpowers@lawyerscommittee.org
dbrody@lawyerscommittee.org
erosenberg@lawyerscommittee.org

                        Robert Alexander McGuire
                        Robert McGuire Law Firm
                        113 Cherry Street #86685
                        Seattle, WA 98104-2206
                        ram@lawram.com

This 28th day of August 2020.

                    */s/ Cary Ichter*
                    CARY ICHTER
                    Georgia Bar No. 382515
                    **ICHTER DAVIS LLC**
                    3340 Peachtree Road NE, Suite 1530
                    Atlanta, Georgia 30326
                    Tel.: 404.869.7600
                    Fax: 404.869.7610
                    cichter@ichterdavis.com

                    AND

                    Bruce P. Brown
                    Georgia Bar No. 064460
                    bbrown@brucebrownlaw.com
                    **Bruce P. Brown Law LLC**
                    1123 Zonolite Road NE, Suite 6
                    Atlanta, Georgia 30306
                    Tel.:  404.881.0700

                    *Attorneys for Plaintiffs Coalition for Good Governance, William Digges III, Laura Digges, Ricardo Davis, and Megan Missett*

## **CERTIFICATE OF COMPLIANCE**

      I hereby certify that the foregoing document has been prepared in accordance with the font type and margin requirements of LR 5.1, using font type of Times New Roman and a point size of 14.

                                      */s/ Cary Ichter*
                                      Cary Ichter
                                      Georgia Bar No. 382515

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, ET AL., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | CIVIL ACTION |
| v. ) | |
| ) | FILE NO. 1:17-CV-2989-AT |
| BRAD RAFFENSPERGER, ) | |
| ET AL., ) | |
| ) | |
| Defendants. ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on August 28, 2020, I filed a copy of the foregoing **RULE 5.4 CERTIFICATE**, with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to all attorneys of record.

                                         */s/ Cary Ichter*
                                         Cary Ichter
                                         Georgia Bar No. 382515