# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:17-cv-02989-AT
## Curling et al v. Raffensperger et al
## Honorable Amy Totenberg

Minute Sheet for proceedings held on 08/28/2020.

TIME COURT COMMENCED: 3:05 P.M.
TIME COURT CONCLUDED: 3:40 P.M.
TIME IN COURT: 00:35
OFFICE LOCATION: Atlanta
COURT REPORTER: Shannon Welch
DEPUTY CLERK: Harry Martin

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Bruce Brown representing Coalition for Good Governance<br>David Cross representing Donna Curling<br>Cheryl Ringer representing The Fulton County Board of Registration and Elections<br>Bryan Tyson representing Brad Raffensperger |
| OTHER(S) PRESENT: | Matt Maguire representing Dominion |
| PROCEEDING CATEGORY: | Telephone Conference(Other Proceeding Non-evidentiary); |
| MINUTE TEXT: | Teleconference re Discovery. Defendants are to file their formal objections to the production of the Fortalice Report based on their assertion of attorney client privilege by Monday, August 31, 2020, at 12:00pm. |
| HEARING STATUS: | Hearing Concluded |