IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, ET AL., <br> Plaintiffs, <br><br> v. <br><br> BRAD RAFFENSPERGER, ET AL., <br> Defendants. | Civil Action No. 1:17-CV-2989-AT |

### ORDER

This matter coming before the Court on Curling Plaintiffs' Motion for Leave to Withdraw Appearances *pro hac vice* of Jane P. Bentrott, Catherine L. Chapple and Marcie Brimer.  The Court being advised accordingly, it is hereby ordered that the Motion is **GRANTED**.  The Clerk is **DIRECTED** to terminate Jane P. Bentrott, Catherine L. Chapple and Marcie Brimer as counsel of record for the Curling Plaintiffs.

**IT IS SO ORDERED** this 31st day of August, 2020.

_____
U.S. District Court Judge Amy Totenberg