IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, *et al.*  *Plaintiffs,*  v.  BRAD RAFFENSPERGER, *et al.*,  *Defendants.* | CIVIL ACTION  FILE NO. 1:17-cv-2989-AT |

**STATE DEFENDANTS' NOTICE OF FILING RESPONSE TO COURT'S REQUEST REGARDING TEXAS SYSTEM**

During the teleconference with the Court held earlier this afternoon, the Court also requested State Defendants file the differences in the Texas system analysis and the Georgia system.

In Paragraph 6 of the Declaration of Dr. Eric D. Coomer, filed at [Doc. 658-2], Dr. Coomer explained:

> Texas' decision not to certify the Dominion system was primarily based on perceived issues of complexity of configuring the equipment especially for smaller counties. However, Dominion's Democracy Suite solution with the ImageCastX BMD has been successfully used in multiple small counties throughout the country since 2016. Other perceived issues raised in the Texas certification were assertions that

the secrecy of the ballot was not preserved. This is incorrect. All data stored on the ImageCast Precinct tabulators is randomized. There is no uniquely identifying information stored in the audit mark, or on the compact flash memory card for any ballot that is tabulated, whether from the ImageCastX BMD, or from a hand-marked ballot.

Respectfully submitted this 31st day of August, 2020.

        Vincent R. Russo
        Georgia Bar No. 242628
        vrusso@robbinsfirm.com
        Josh Belinfante
        Georgia Bar No. 047399
        jbelinfante@robbinsfirm.com
        Carey A. Miller
        Georgia Bar No. 976240
        cmiller@robbinsfirm.com
        Alexander Denton
        Georgia Bar No. 660632
        adenton@robbinsfirm.com
        Robbins Ross Alloy Belinfante Littlefield LLC
        500 14th Street, N.W.
        Atlanta, Georgia 30318
        Telephone: (678) 701-9381
        Facsimile:  (404) 856-3250

        */s/Bryan P. Tyson*
        Bryan P. Tyson
        Georgia Bar No. 515411
        btyson@taylorenglish.com
        Jonathan D. Crumly
        Georgia Bar No. 199466
        jcrumly@taylorenglish.com

James A. Balli
Georgia Bar No. 035828
jballi@taylorenglish.com
Diane F. LaRoss
Georgia Bar No. 430830
dlaross@taylorenglish.com
Bryan F. Jacoutot
Georgia Bar No. 668272
bjacoutot@taylorenglish.com
Loree Anne Paradise
Georgia Bar No. 382202
lparadise@taylorenglish.com
TAYLOR ENGLISH DUMA LLP
1600 Parkwood Circle, Suite 200
Atlanta, GA 30339
Telephone: 678-336-7249

*Counsel for State Defendants*

## CERTIFICATE OF COMPLIANCE

Pursuant to L.R. 7.1(D), the undersigned hereby certifies that the foregoing **STATE DEFENDANTS' NOTICE OF FILING RESPONSE TO COURT'S REQUEST REGARDING TEXAS SYSTEM** has been prepared in Century Schoolbook 13, a font and type selection approved by the Court in L.R. 5.1(B).

*/s/ Bryan P. Tyson*
Bryan P. Tyson