IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

DONNA CURLING, *et al.*

   *Plaintiffs*,

v.

BRAD RAFFENSPERGER, *et al.*,

   *Defendants*.

CIVIL ACTION

FILE NO. 1:17-cv-2989-AT

**ORDER**

This Court has considered State Defendants' Consolidated Motion for Leave to File the Supplemental Declaration of David Hamilton Under Seal [Doc. 863] and, good cause having been shown, the Court hereby GRANTS the Motion. The Supplemental Declaration of David Hamilton, provisionally sealed at Doc. 862, shall remain under seal.

SO ORDERED this 8thday of September, 2020.

_____
The Hon. Amy Totenberg
United States District Judge