# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:17-cv-02989-AT
## Curling et al v. Raffensperger et al
## Honorable Amy Totenberg

Minute Sheet for proceedings held on 09/09/2020.

TIME COURT COMMENCED: 08:00 A.M.
TIME COURT CONCLUDED: 9:05 A.M.  COURT REPORTER: Shannon Welch
TIME IN COURT: 1:05  DEPUTY CLERK: Harry Martin
OFFICE LOCATION: Atlanta

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Bruce Brown representing Coalition for Good Governance<br>David Cross representing Donna Curling<br>Carey Miller representing The State Election Board<br>Vincent Russo representing The State Election Board<br>Bryan Tyson representing The State Election Board |
| PROCEEDING CATEGORY: | Telephone Conference(Other Proceeding Non-evidentiary); |
| MINUTE TEXT: | The Court and the parties discussed the scope and logistics for witness testimony for the preliminary injunction hearing. The Court will not permit State Defendants to call individual Plaintiffs for testimony on standing at the hearing as it will not aid the court in its determination of the pending relief issues. Coalition Plaintiffs may designate Susan Greenhalgh as a consultant to assist in review of AEO-designated documents. The parties should identify any witnesses with time restrictions in determining the order of testimony. The parties are permitted 10 minutes per side for opening statements. |
| HEARING STATUS: | Hearing Concluded |