# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:17-cv-02989-AT
## Curling et al v. Raffensperger et al
## Honorable Amy Totenberg

Minute Sheet for proceedings held on 09/10/2020.

TIME COURT COMMENCED: 1:05 P.M.
TIME COURT CONCLUDED: 6:55 A.M.           COURT REPORTER: Shannon Welch
TIME IN COURT: 5:50                       DEPUTY CLERK: Harry Martin
OFFICE LOCATION: Atlanta

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Bruce Brown representing Coalition for Good Governance<br>Kaye Burwell representing The Fulton County Board of Registration and Elections<br>David Cross representing Donna Curling<br>Bryan Jacoutot representing State of Election Board<br>Halsey Knapp representing Donna Curling<br>Robert McGuire representing Coalition for Good Governance<br>Carey Miller representing The State Election Board<br>Loree Anne Paradise representing Brad Raffensperger<br>Cheryl Ringer representing The Fulton County Board of Registration and Elections<br>Bryan Tyson representing The State Election Board |
| PROCEEDING CATEGORY: | |
| MINUTE TEXT: | Opening statements. Plaintiff witness Philip B. Stark sworn and testified. Dr. Halderman sworn and testified. Offline teleconference with attorneys and Court held. Hearing resumed. Harri Hursti sworn and testified. Plaintiff exhibits 4, 5, 6, 7, and 7.1 admitted. Jeanne Dufort sworn and testified. Plaintiff exhibits 12, 13, 17 admitted. Offline teleconference with attorneys and Court held. |
| HEARING STATUS: | Hearing not concluded. Court adjourned and will reconvene at 8:15 AM on Friday, September 11, 2020.. |