# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:17-cv-02989-AT
## Curling et al v. Raffensperger et al
## Honorable Amy Totenberg

Minute Sheet for proceedings held In Open Court on 09/11/2020.

TIME COURT COMMENCED: 8:15 A.M.
TIME COURT CONCLUDED: 4:55 P.M.          COURT REPORTER: Shannon Welch
TIME IN COURT: 8:40                       DEPUTY CLERK: Harry Martin
OFFICE LOCATION: Atlanta

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Bruce Brown representing Coalition for Good Governance<br>Kaye Burwell representing The Fulton County Board of Registration and Elections<br>David Cross representing Donna Curling<br>Bryan Jacoutot representing Brad Raffensperger<br>Halsey Knapp representing Donna Curling<br>Robert McGuire representing Coalition for Good Governance<br>Carey Miller representing Brad Raffensperger<br>Loree Anne Paradise representing Brad Raffensperger<br>Cheryl Ringer representing The Fulton County Board of Registration and Elections<br>Adam Sparks representing Donna Curling<br>Bryan Tyson representing Brad Raffensperger |
| PROCEEDING CATEGORY: | Evidentiary Hearing(PI or TRO Hearing-Evidentiary); |
| MINUTE TEXT: | Hearing Continued. 10:45 - 11:50 offline teleconference with attorneys held. Witnesses Juan Gilber, Vincent Liu, Eric Coomer, Richard Barron, Chris Harvey, Jack Cobb, and Ben Adida sworn and testified. Defendant Exhibits 4 through 9 and Plaintiff Exhibits 37, 40, 41, 42, 44, 45, 51, and 54 admitted. |
| HEARING STATUS: | Hearing not concluded. Court adjourned and will reconvene at 9:30AM on Monday, September 14, 2020. |