# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:17-cv-02989-AT
## Curling et al v. Raffensperger et al
## Honorable Amy Totenberg

Minute Sheet for proceedings held In Open Court on 09/14/2020.

TIME COURT COMMENCED: : A.M.
TIME COURT CONCLUDED: 3:25 P.M.          COURT REPORTER: Shannon Welch
TIME IN COURT: 2:40                      DEPUTY CLERK: Harry Martin
OFFICE LOCATION: Atlanta

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Bruce Brown representing Coalition for Good Governance |
| | Kaye Burwell representing The Fulton County Board of Registration and Elections |
| | David Cross representing Donna Curling |
| | Bryan Jacoutot representing Brad Raffensperger |
| | Halsey Knapp representing Donna Curling |
| | Robert McGuire representing Coalition for Good Governance |
| | Carey Miller representing Brad Raffensperger |
| | Loree Anne Paradise representing Brad Raffensperger |
| | Cheryl Ringer representing The Fulton County Board of Registration and Elections |
| | Adam Sparks representing Donna Curling |
| | Bryan Tyson representing Brad Raffensperger |
| PROCEEDING CATEGORY: | Evidentiary Hearing(PI or TRO Hearing-Evidentiary); |
| MINUTE TEXT: | Hearing Continues. Kevin Skoglund testimony continues. Exhibits PX1 and PX56 admitted. Defendant Exhibit X12 admitted UNDER SEAL. Exhibits discussed but not admitted PX61 and PX62. Closing Statements. |
| HEARING STATUS: | Hearing Concluded |