# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

**DONNA CURLING, ET AL.,**
**Plaintiffs,**

**v.**

**BRIAN KEMP, ET AL.,**
**Defendants.**

**Civil Action No. 1:17-CV-2989-AT**

## COALITION PLAINTIFFS' BRIEF IN RESPONSE
## <u>TO COURT ORDER (DOCUMENT 900)</u>

In this Brief, the Coalition Plaintiffs will address the three issues raised by the Court in its September 15, 2020 Order (Doc. 900).    The Coalition Plaintiffs further move for leave to exceed the page limit by one page.

### A. Alternative Relief Based on State's Emergency Ballot Process

Coalition Plaintiffs join and incorporate by reference the Curling Plaintiff's brief to address whether uniformly implemented hand marked paper-ballot relief under the provisions of the emergency ballot process as an alternative to a wholesale switch to hand-marked paper ballots might productively be granted. The answer is that indeed the emergency ballot provisions provide adequate structure and administrative guidance for the conduct of a constitutional election using hand marked paper ballots. The emergency balloting provisions of Ga. Comp. R. & Regs. 183–1–12–.11.2(c) and (d) are effectively the codification of this Court's Order  (Doc. 578 at 148) for a default back up plan in the event of the failure to successfully and fully deploy a BMD system that meets constitutional muster, --a default plan successfully piloted by Cobb County for early voting and Election Day in November 2019.  Now facing the very circumstances for the November election that this Court and Plaintiffs feared, invoking the backup default plan of emergency balloting is an appropriate remedy for the November election and related runoffs, and the solution instructed by the General Assembly (O.C.G.A. ¶ 21-2-281), the State Election Board, and this Court (Doc. 578 at 148).

Implementing the emergency ballot rule with advance notice to *all* polling places for the November election and related runoffs is effective relief for addressing Georgia's constitutional violations of ballot security, accountability, ballot secrecy and permits the auditing of the election outcome**.**  Further, the emergency and back up default provisions will help establish a more orderly election, reducing the disruption to the voting process being caused by the State's rushed, incomplete deployment and lack of readiness of a new voting system, bound to escalate the havoc and voter confusion and irreparable harm on without the Court's intervention.

 Contrary to Defendants' closing argument that hand marked paper ballots would require a rewrite of the election code, (Sept. 14 Vol . p. 159, line 5 ) Georgia's election code has long-standing detailed provisions for the administration of paper ballot elections in O.C.G.A. Title 21, Chapter 2, Articles 8 and 9 (Part 4), successfully used in Cobb County's November 2019 pilot election for early and Election Day voting, and routinely in some Georgia municipalities.[1]

Fulton County Election Director Richard Barron testified that a Fulton County switch to hand marked paper ballots for Election Day would result in time

---

[1] Defendants have argued that conducting the most basic minimum functional BMD Logic and Accuracy testing in compliance with the statute (O.C.G.A. §21-2-379.25(c))  is impractical and too burdensome, (Doc.834 at 27**)**, which alone should require the emergency use of hand marked paper ballots, as should the Defendants' lack of any current solution to protect Plaintiffs' constitutional rights to ballot secrecy.

savings over using BMDs. If the State's largest county can accomplish paper-ballot voting on Election Day, then so too can Georgia's other 158 counties. For early voting, the reservations that Mr. Barron expressed do not apply to most of Georgia's other counties.  Approximately 120 of Georgia's counties have a single early voting center at the superintendent's office where all ballot styles are already successfully managed both for mailing and for emergency ballot use.  After all, the State's emergency ballot process does not apply *only* on Election Day.  Instead, the rule provides for the use of paper ballots *anytime* an "emergency situation" arises during in-person voting—i.e., during early voting as well as on Election Day. *See* Ga. Comp. R. & Regs. 183–1–12–.11.2(d); *see also* Doc. 800-3, at 16 (Hr'g Ex. PX 53 (Secretary's guidance for "Using Emergency Paper Ballots")).  Most counties will be able to issue hand marked paper ballots during early voting without any difficulties at all. If emergency balloting is mandated only for Election Day, the Court need only restrain the State from stopping the counties from adopting emergency balloting in early voting (as the State previously did in the case of Athens Clarke County when BMD ballot secrecy could not be provided.)

**B. Feasibility – Response to State Defendants' Response (Doc. 895).**

This Court has been asking the State Defendants why they cannot provide updated paper pollbook backups since at least December, 2019, and still has received no coherent response.  The State Defendants have vacillated between two

completely contradictory positions: that they *already* provide the requested backups *and,* most recently, that providing the requested backups would be hard but not impossible.  This is completely unacceptable.  The State Defendants have no response at all to the mountain of evidence establishing that the malfunctioning of their electronic Pollpads disenfranchised voters in the June 2020 primaries and is likely to continue disenfranching voters in future elections.  Yet they have done nothing to fix the problem.

The State Defendants' most recent submission – which they were unable to provide during the hearing despite the Court's specific request – is more of the same.   Defendant counsel addresses whether ***E-NET*** can generate such a report, not whether the State generally had the practical capability to prepare an updated file for printing.  Defendants' response ignores the fact that the new KnowInk e-Pulse system itself has an advertised featured for printing an updated paper pollbook, "minutes before an election," (Doc. 755 at 16, Marks Declaration ¶ 38) that list can be as current as, or even ***more*** current than the electronic PollPads used now as the required "electors list."  Based on the description of the KnowInk e-Pulse product capability, the printed pollbook would have identical data to the PollPads and not require the generation and review of multiple lists as the State Defendants argue would be required using E-Net reports. KnowInk's PollPad capability to provide even mid-election day updated printed pollbooks is required

by its customer New Hampshire, a capability within the KnowInk product is available. (See Exhibit A page 6, from https://sos.nh.gov/electronic-poll-books/ ).

Enough is enough.  Without paper pollbook backups, the continuing problems with the KnowInk Pollpads will cause even longer lines in the upcoming November election.  The State Defendants should be ordered to provided updated paper pollbook backups: it can do so using E-Net reports or the KnowInk application discussed above.

### C. Court's Authority to Grant Relief

The Court has the authority to grant the requested relief relating to updated paper pollbook backups both under the pleadings and motions in this case and as a further ruling on the Coalition Plaintiffs' Motion for Rule 59(e) modification to this Court's August 15, 2019 Order (Doc. 579).

The State Defendants, citing *De Beers Consol. Mines, Ltd. v. United States,* 325 U.S. 212 (1945), contend that injunctive relief relating to pollpads is not appropriate because it is of a different nature "as that to be finally granted" "and exceeds any relief sought by any operative complaint in this case."  (Doc. 895 at 5).  This argument is not correct for the following reasons.  In *De Beers,* the Supreme Court reversed a District Court order freezing the assets of the defendant pending trial of an antitrust case in which the United States sought only prospective injunctive relief.  The Supreme Court reversed, holding that federal

courts' equitable powers do not extend to granting preliminary injunctive relief that is of an entirely different character than the permanent relief sought.  The *De Beers* case is not on point.[2]  In this case, the preliminary relief that Plaintiffs' seek – an injunction – is exactly the same character as the permanent relief that Plaintiffs' seek – also an injunction.

Moreover, this Court has authority to grant the requested relief pursuant to the pleadings and the motions filed by the Coalition Plaintiffs.  In both the Third Amended Complaint and the Supplemental Complaint, the Coalition Plaintiffs include electronic pollbooks in the defined term of the voting system that is alleged to be unconstitutionally insecure,  (Doc. 160-1 ¶ 59; Doc. 628  ¶¶ 70-71,  189;  *see also* Doc. 640 at 2, n. 1 (explaining inclusion of Electronic Pollpads within scope), and make extensive allegations concerning the insecurity of the State's voter registration system.   In addition, the relief that the Coalition Plaintiffs seek in this motion (Doc. 800) is nearly identical to the relief sought in prior motions.  (Doc. 419, Doc. 640).  The State Defendants defended the prior motions without suggesting that they were beyond the scope of the pleadings.  In any event, upon the trial of this case on the merits, the Coalition Plaintiffs would be entitled to an amendment of the pleadings – if necessary – to conform to the evidence, including

---

[2]*See Rosen v. Cascade Intern., Inc.,* 21 F.3d 1520 (11th Cir. 1994) (Tjoflat, J.) (explaining *De Beers*).

an amendment to the equitable relief sought.  *See* Fed. R. Civ. 15(b); *Developers Sur. and Indem. Co v. Bi-Tech Const. Inc.,* 979 F. Supp. 2d 1307 (S.D. Fla. 2013) (citing cases).

Finally, the Court has already ruled that paper backups for the electronic pollbooks are a proper remedy in this case to address the allegations in the operative complaints.  In its August 15, 2019 Order, this Court ordered "State Defendants should require all County Election Officials to furnish each precinct with a least one printout of the voter registration list."  (Doc. 579 at 150).   The Coalition Plaintiffs' September 12, 2019 Rule 59(e) Motion asked the Court to modify its Order to required an updated paper pollbook backup, rather than a voter registration list, so that pollworkers would have the information necessary to check a voter in on Election Day.  In denying Coalition Plaintiffs' Motion, the Court stated:

> The Court is potentially willing to consider this request for subsequent election cycles but only after hearing more concretely from the State regarding pragmatic implementation issues at a short conference or hearing.

The Coalition Plaintiffs' Motion on the Paper Pollbook Backups, therefore, is a continuation of the Rule 59(e) Motion and the Court's ruling thereon.

This 16th day of September, 2020.

/s/ Bruce P. Brown                          /s/ Robert A. McGuire, III
Bruce P. Brown                              Robert A. McGuire, III
Georgia Bar No. 064460                      Admitted Pro Hac Vice
BRUCE P. BROWN LAW LLC                        (ECF No. 125)
1123 Zonolite Rd. NE                        ROBERT MCGUIRE LAW FIRM
Suite 6                                     113 Cherry St. #86685
Atlanta, Georgia 30306                      Seattle, Washington 98104-2205
(404) 881-0700                              (253) 267-8530


*Counsel for Coalition for Good Governance*

/s/ Cary Ichter
Cary Ichter
Georgia Bar No. 382515
ICHTER DAVIS LLC
3340 Peachtree Road NE
Atlanta, Georgia 30326
(404) 869-7600

*Counsel for William Digges III, Laura Digges,*
*Ricardo Davis & Megan Missett*

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| **DONNA CURLING, ET AL.,**<br>**Plaintiffs,**<br><br>**v.**<br>**E**<br>**BRAD RAFFENSPERGER, ET AL.,**<br>**Defendants.** | **Civil Action No. 1:17-CV-2989-AT** |

## <u>CERTIFICATE OF SERVICE AND COMPLIANCE</u>

I hereby certify that on September 16, 2020, a copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to all attorneys of record.  In addition, pursuant to LR 7.1(D), I hereby certify that the foregoing document has been prepared in accordance with the font type and margin requirements of LR 5.1, using font type of Times New Roman and a point size of 14.

*/s/ Bruce P. Brown*
Bruce P. Brown

EXHIBIT

A



Response to:
**New Hampshire Electronic Poll Book System Request for Information V 0.1**

New Hampshire Electronic Poll Books System          Request for Information

## Cross-Reference Table

This section gives a table of all indicative requirements in this document along with their page numbers. Vendors are encouraged to state whether they can comply or suggest alternate means of accomplishing the implied goal. To enable comments in the fields below, this RFI has been provided in both MS word and PDF format.

| Title and Identifier | Page Number | Compliance: Yes/No | Comments on Potential Requirement |
|---|---|---|---|
| **AR-1: At least** (8) eight *EPBs* in an *EPBS; (12) if adding new voters.* | 31 | Yes | Our EPBS concurrently supports 8 live EPBs in a singular location, or 12 EPBs if supporting election day registrants. The function of the EPBs remains unaffected in the instance of any singular unit(s) becoming inoperable. |
| **AR-2: No single point of failure.** | 31 | Yes | EPBS avoids single point of failure by utilizing redundancies in any scenario where a single point of failure would be considered a risk. |
| **AUR-1: Audit log.** | 35 | Yes | Our EPBS is auditable and maintains an audit log. |
| **AUR-2: Log voter registration record queries and updates.** | 35 | Yes | The audit log retains time stamped queries and updates to voter records by any authorized user. |
| **AUR-3: Log** user actions. | 35 | Yes | The audit log retains time stamped records of actions performed by any authorized user. The audit log can be customized to flag and time stamp records for additional user actions. |
| **AUR-4: Log system** deviations. | 36 | Yes | The audit log retains time stamped records of system deviations. The audit log can be customized to flag and time stamp records for additional deviations from expected system behavior. |
| **AUR-5: Printable audit log.** | 36 | Yes | Our Audit Log is printable. |
| **AUR-6: Exportable** audit log. | 36 | Yes | Our Audit Log can be exported via external, removable storage device. |
| **AUR-7:** No *audit log* encryption. | 36 | Yes | Our Audit Log is not encrypted. It is exportable in a plain text format. |

New Hampshire Electronic Poll Books System      Request for Information

| Title and Identifier | Page Number | Compliance: Yes/No | Comments on Potential Requirement |
|---|---|---|---|
| **AUR-8: Audit log format compliance.** | 36 | Yes | Documentation in regards to the Poll Pad Audit log is available. KNOWiNK can provide audit log definitions document. |
| **DOCR-1: Set up, use, and shutdown instructions.** | 37 | Yes | Documentation with complete instructions for use of our EPBS can be provided. |
| **DOCR-2: Functionality specification.** | 37 | Yes | Documentation including specification of implemented system functionality can be provided. |
| **DOCR-3: Training materials.** | 37 | Yes | KNOWiNK produces client specific training materials as specified, and offers hands on training support for new jurisdictions. |
| **DOCR-4: Data recovery procedures.** | 37 | Yes | Documentation pertaining to data recovery options can be provided. |
| **DOCR-5.1: System architecture.** | 38 | Yes | Documentation of the EPBS including an architectural model can be provided. |
| **DOCR-5.2: End user documentation.** | 38 | Yes | End user documentation and training materials is supplied to each client. |
| **DOCR-5.3: System level documentation.** | 38 | Yes | KNOWiNK can submit documentation to satisfy this requirement. |
| **DOCR-5.4:** Developer documentation. | 38 | Yes | KNOWiNK can submit documentation to satisfy this requirement. |
| **DOCR-6: Consumables documentation.** | 38 | Yes | KNOWiNK can submit documentation to satisfy this requirement. |
| **DOCR-7: Quality assurance procedures,** test data, and reports. | 39 | Yes | Documentation on quality assurance procedures and test data and reports to satisfy this requirement can be provided. |
| **DOCR-8: Repair and maintenance policies.** | 39 | Yes | KNOWiNK can supply this information prior to the procurement process. |

New Hampshire Electronic Poll Books System          Request for Information

| Title and Identifier | Page Number | Compliance: Yes/No | Comments on Potential Requirement |
|---|---|---|---|
| **DOCR-9: Audit log specification.** | 39 | Yes | Documentation in regards to the Poll Pad Audit log is available. |
| **DOCR-10: Usability tests.** | 39 | Yes | Documentation for our EPBS including usability tests addressing all aspects of user facing features as specified can be provided. |
| **DOCR-11: List of all** *EPBS* **programs.** | 39 | Yes | Detailed documentation on program functions and program storage can be provided. |
| **DOCR-12: List of system configuration data.** | 40 | Yes | KNOWiNK can submit documentation to satisfy this requirement. |
| **DOCR-13: User interfaces.** | 40 | Yes | Extensive UI documentation and end user training materials will be provided. |
| **DOCR-14: Non-functional** (potential) **requirements documentation.** | 40 | Yes | KNOWiNK can submit documentation to satisfy this requirement. |
| **DOCR-15:** List of files containing voter information. | 40 | Yes | KNOWiNK can submit documentation to satisfy this requirement. |
| **DOCR-16: File** format specification. | 40 | Yes | KNOWiNK can submit documentation to satisfy this requirement. |
| **FR-1: Adding a new** *EPB* **to the** *EPBS.* | 21 | Yes | Additional EPBs may be introduced to the EPBS at any time during or outside of the voting period per the specifications of this requirement. |
| **FR-2: Removing an** *EPB* **from the** *EPBS.* | 21 | Yes | EPBs may be removed from the EPBS at any time during or outside of the voting period per the specifications of this requirement.. |
| **FR-3: Identifying an** *EPB.* | 21 | Yes | Every EPB is uniquely identified and can be uniquely identified by system components as specified. |
| **FR-4:** Restricted access to voter information. | 21 | Yes | Our EPBS does not permit access to information outside of local voter database. |

New Hampshire Electronic Poll Books System          Request for Information

| Title and Identifier | Page Number | Compliance: Yes/No | Comments on Potential Requirement |
|---|---|---|---|
| **FR-5:** Constrained data storage. | 22 | Yes | The EPB can be restricted to store data as outlined in referenced requirements. |
| **FR-6:** *Voter list* storage. | 22 | Yes | A copy of the voter list may be stored locally and on the removable storage unit. |
| **FR-7:** Voter information lookup. | 22 | Yes | The Poll Pad EPB is able to look up voters as specified. |
| **FR-8:** Voter information updates. | 22 | Yes | The EPB allows modifications in the local voter database per requirements specified, and is customizable to include future flags. |
| **FR-9: Generating and printing reports.** | 23 | Yes | Thermal printer supports these criteria as specified. |

New Hampshire Electronic Poll Books System     Request for Information

| Title and Identifier | Page Number | Compliance: Yes/No | Comments on Potential Requirement |
|---|---|---|---|
| **FR-10:** The *electronic poll book* must maintain a printable format of the *voter list (voter registration record and plus* voter activity *record) {(potential) requirement Type:* **mandatory**}<br><br>**Description:** It must be possible to continue with an election should the electronic poll book *system become inoperable*. To that end, the electronic poll *book must maintain* a printable checklist format of the voter list *on removable storage*, reflecting voter activity record to that moment.<br><br>Ref: New Hampshire RSA 654:25, RSA 659:13, RSA 659:14, RSA 659:102.<br><br>**FR-11:** Deliberately Left Blank. | 23 | Yes | Customization and thermal printer supports these criteria as specified. |

New Hampshire Electronic Poll Books System        Request for Information

| Title and Identifier | Page Number | Compliance: Yes/No | Comments on Potential Requirement |
|---|---|---|---|
| **FR-12: User accounts**. *{(potential) requirement Type: **mandatory**}*<br><br>**Description:** The *electronic poll book system* must permit an *administrator* to manage user accounts within its *configuration*. This includes adding and disabling user accounts, and setting user roles for existing accounts.<br><br>**Ref:** None | 24 | Yes | Our EPBS can be customized to meet these requirements as specified. |

New Hampshire Electronic Poll Books System        Request for Information

| Title and Identifier | Page Number | Compliance: Yes/No | Comments on Potential Requirement |
|---|---|---|---|
| **FR-12: User accounts.** {**(potential)** requirement Type: ***mandatory***} <br><br>**Description: The** *electronic poll book system* must permit an *administrator* to manage user accounts within its *configuration*. This includes adding and disabling user accounts, and setting user roles for existing accounts. <br><br>**Ref: None** <br><br>**FR-13: RSA Chapter 654 and 659** requirements. See Ballot Clerk Procedures for State Primary and General Election | | Yes | Our EPBS meets or can be customized to meet the elements of these requirements as specified. |
| **FR-14: System event confirmation.** | 24 | Yes | Our EPBS meets these requirements as specified. |
| **FR-15: Diagnostics mode.** | 25 | Yes | KNOWiNK's EPBS allows for password protected diagnostic mode functions as specified. |
| **FR-16:** Program execution. | 25 | Yes | Managed settings and guided access prevent any other program from running on our EPBS. |
| **FR-17: Printing** *voter list*. | 25 | Yes | Printable list from thermal printer can be customized to meet New Hampshire's specifications. |
| **FR-18: Retaining voter information.** | 25 | Yes | KNOWiNK's EPBS allows for authorized users to extract and retain all voter information from the EPBS |

New Hampshire Electronic Poll Books System          Request for Information

| Title and Identifier | Page Number | Compliance: Yes/No | Comments on Potential Requirement |
|---|---|---|---|
| **FR-19: Compatibility with** SVRS. | 26 | Yes | KNOWiNK satisfies this requirement. |
| **FR-20: As a part of the** *local voter database* import, the *electronic poll book system* must require the user to confirm that they are importing the intended *local voter database* | 26 | Yes | Our EPBS requires an authorized user to confirm they are importing intended local voter database and overwriting what is currently stored on the EPB. |
| **FR-21: One voter/ one vote within** *EPBS*. | 26 | Yes | Duplicate voting is prevented in KNOWiNK's EPBS. A check-in may be cancelled by an authorized administrator in the case that the wrong voter has checked in, or the voter flees. |
| **FR-22:** *Local voter database* import. | 26 | Yes | Our EPBS enables the import of local voter database through a removable hardware interface. |
| **FR-23:** *Local voter database* export. | 26 | Yes | Our EPBS enables the export of local voter database through a removable hardware interface. |
| **FR-24:** *Supplemental local voter database*. | 27 | Yes | Supplemental import functions can be disabled for New Hampshire within our EPBS. |
| **FR 25:** Deliberately left blank. | 27 | N/A | N/A |
| **FR-26: The** *electronic poll book* must not change *invariant data* | 27 | Yes | KNOWiNK's EPBS can customize particular data to be modified, or as fixed (invariant) data, and will comply with New Hampshire state law. |

New Hampshire Electronic Poll Books System        Request for Information

| Title and Identifier | Page Number | Compliance: Yes/No | Comments on Potential Requirement |
|---|---|---|---|
| **FR-20:** As a part of the *local voter* database import, the electronic poll book system must require the user to confirm that they are importing the intended *local voter database*. | 19 | Yes | In KNOWiNK's EPBS, authorized user confirms in the manner FR-20 specifies. Polling place setting may be confirmed before or after import. User confirms that the polling place record counts are accurate after database import. |
| **HIR-1:** USB port. | 20 | Yes | The Poll Pad contains a lighting port that can accommodate an iSync drive through which voter information can be imported/exported. |
| **HIR-2:** Card reader. | 20 | Yes | The iPad's camera utility has been integrated into the Poll Pad application to scan barcodes. Alternatively, a magstripe reader can be deployed to scan barcodes for voter lookup. |
| **PR-1:** *Electronic poll book* capacity during peak usage. | 28 | Yes | KNOWiNK's EPBS complies with specified requirement. |
| **PR-2: Voter throughput per** *EPB*. | 28 | Yes | KNOWiNK's EPBS complies with specified requirement. |
| **PR-3:** *Voter list* export. | 28 | Yes | KNOWiNK's EPBS complies with specified requirements. Can specify anticipated printing time frames per various printer types and town sizes when specs are provided in inquiry. |
| **PR-4:** *Voter list* import. | 28 | Yes | KNOWiNK's EPBS complies with specified requirement. |
| **PR-5:** *Electronic poll book system* setup. | 28 | Yes | KNOWiNK's EPBS complies with specified requirement. |
| **PR-6:** *Electronic poll book* boot up and configuration. | 29 | Yes | KNOWiNK's EPBS complies with specified requirement. |
| **PROCR-1:** Vendor to provide two *electronic poll book systems*. | 17 | Yes | KNOWiNK can submit the Poll Pad EPBS and the EA Tablet EPBS for review. |

New Hampshire Electronic Poll Books System        Request for Information

| Title and Identifier | Page Number | Compliance: Yes/No | Comments on Potential Requirement |
|---|---|---|---|
| **PROCR-2: Vendor to provide list of customers.** | 17 | Yes | KNOWiNK will provide a current list of clients upon the date of application for approval of our EPBS with the Secretary of the State |
| **PROCR-3: Vendor to provide list of known anomalies.** | 17 | Yes | In some lighting environments, overhead lighting will cause a glare on the Drivers License and impact its ability to scan. In such instances Manual Search is used to locate the appropriate voter record. Poll Pad has never had a failure or any issues that impacted its ability to accurately capture voter checkins on Election Day. |
| **PROCR-4: Compiling, importing, and exporting** *local voter database*. | 18 | Yes | Both solutions offered by KNOWiNK are designed to be autonomous systems. Involvement from KNOWiNK is not needed unless requested by the jurisdiction. |
| **PROCR-5:** Vendor to provide a pre-use fitness test for the *electronic poll book system.* | 18 | Yes | KNOWiNK is willing to support and participate in any pre-use fitness testing deemed sufficient to satisfy this requirement. |
| **PROCR – 6:** Vendor to suggest trial format that enables check of EPB accuracy against marked paper checklist. | 17 | Yes | KNOWiNK is willing to support and participate in Pilot elections at the behest of the interested jurisdiction. |
| **PROCR – 7:** Vendor to suggest trial format that enables check of EPBS in the event of failure of electronic components. | 17 | Yes | KNOWiNK is willing to support and participate in any connectivity testing deemed sufficient to satisfy this requirement. |
| **RR-1.1:** Voter check-in during interruption of connectivity. | 29 | Yes | Connectivity is not required for the completion of the voter check-in process. |
| **RR-1.2: Upon restoration of connectivity.** | 29 | Yes | Utilizing our peer-to-peer functionality, the devices deployed will synchronize to represent the same voter list consistency once connectivity is restored. |

New Hampshire Electronic Poll Books System        Request for Information

| Title and Identifier | Page Number | Compliance: Yes/No | Comments on Potential Requirement |
|---|---|---|---|
| **RR-1.3: Identify double voting.** | 29 | Yes | KNOWiNK's EPBS can be configured to comply with specified requirement. Double voting is auditable. |
| **RR-1.4: Indicate interruption of connectivity.** | 29 | Yes | KNOWiNK's EPBS can be configured to comply with specified requirement. |
| **RR-2: Loss of power.** | 30 | Yes | KNOWiNK's EPBS exceeds this requirement. |
| **RR-3: Data recovery.** | 30 | Yes | KNOWiNK's EPBS provides for database data recovery, should one of the physical memory storage components fail. EPB supports importing an exact replica of another EPB that failed, essentially becoming a mirror image of that EPB.  Alternatively, if a new EPB is introduced into the localized EPBS network at a polling place, it will automatically populate with the check-in data from the other EPBs. |
| **RR-4: Simultaneous data storage.** | 30 | Yes | KNOWiNK's EPBS provides for the specifications of this requirements. |
| **RR-5:** *Local voter database* replicas. | 30 | Yes | KNOWiNK's EPBS provides for the specifications of this requirements. |
| **RR-6:** *Local voter database* replica consistency. | 30 | Yes | The local voter database is consistently replicated in a quiescent state. |
| **RR-7:** Operational consistency. | 30 | Yes | Updates are synced across all EPBs within a peer to peer network, and reflect all changes made on any particular EPB at that polling place. |
| **RR-8: Environmental robustness.** | 31 | Yes | KNOWiNK's EPB is operable between temperatures ranging from 50°F to 90°F |
| **SR-1:** *EPBS* must prevent injury or damage. | 31 | Yes | KNOWiNK's EPBS is designed to prevent injury or damage to any individual or the hardware. |

New Hampshire Electronic Poll Books System          Request for Information

| Title and Identifier | Page Number | Compliance: Yes/No | Comments on Potential Requirement |
|---|---|---|---|
| **SR-2:** Isolation from other electronic election systems. | 31 | Yes | KNOWiNK uses a Mobile Device Management System that provides access to the EPBS system. Only devices configured by KNOWiNK will be allowed to access the data contained in the EPBS system. Hence our EPBS is isolated from all other electronic election systems |
| **SR-3: Restricted access and communications.** | 32 | Yes | All data and communications in the EPBS are encrypted |
| **SR-4:** Eavesdropping attack prevention. | 32 | Yes | All data and communications in the EPBS are encrypted |
| **SR-5:** Man-in-the-middle attack prevention. | 32 | Yes | All data and communications in the EPBS are encrypted |
| **SR-6:** Replay attack prevention. | 32 | Yes | All data and communications in the EPBS are encrypted |
| **SR-7: Imports restricted to HIR-1 (USB port).** | 32 | Yes | Imports may be restricted to the USB (lightning) port on the EPB. This would disallow the use of Wi-Fi import |
| **SR-8: HIR-1 (USB port) restrictions.** | 32 | Yes | File types imported through the USB (lightning) port on the EPB are restricted to allowable file types only. |
| **SR-9: File** format verification. | 33 | Yes | KNOWiNK's EPBS provides for the specifications of this requirements. |
| **SR-10: File authenticity verification.** | 33 | Yes | KNOWiNK's EPBS provides for the specifications of this requirements. |
| **SR-11:** Signed exports. | 33 | Yes | KNOWiNK's EPBS can be configured to meet the specifications of this requirement. |
| **SR-12: Use by account holders only.** | 33 | Yes | KNOWiNK's EPBS can be configured to meet the specifications of this requirement. |
| **SR-13: User roles.** | 33 | Yes | KNOWiNK's EPBS can be configured to meet the specifications of this requirement. |

| Title and Identifier | Page Number | Compliance: Yes/No | Comments on Potential Requirement |
|---|---|---|---|
| **SR-14: Access to UI-1** (authorized EPBS user interface). | 34 | Yes | Access requires authorized password authentication on the EPB. |
| **SR-15: Access to UI-2** (configuration interface). | 34 | Yes | Access requires authorized password authentication on the EPB. |
| **SR-16: Access to UI-3** (diagnostic interface). | 34 | Yes | Access requires authorized password authentication on the EPB. |
| **SR-17: Access to UI-4** (administrative interface). | 34 | Yes | Access requires authorized password authentication on the EPB. |
| **SR-18: Access to UI-5** (*local voter database*). | 34 | Yes | Access requires authorized password authentication on the EPB. |
| **SR-19: File integrity verification** | 35 | Yes | KNOWiNK's EPBS can be configured to meet the specifications of this requirement. |
| **SR-20: Tamper evident** cases. | 35 | Yes | Cases are fitted with the necessary hardware to accommodate a wide variety of locks and tamper evident seals used across the election industry. |
| **UIR-1: Ballot clerk and Supervisor of the checklist** interface. | 19 | Yes | Poll Pad provides a broad range of functionality to the Ballot Clerk on Election Day. Functions can be password protected to ensure the proper protocols are being followed. |
| **UIR-2: Configuration interface.** | 19 | Yes | KNOWiNK's EPBS can be configured to meet the specifications of this requirement. |
| **UIR-3: Diagnostic interface.** | 19 | Yes | KNOWiNK's EPBS can be configured to meet the specifications of this requirement. |
| **UIR-4: Administrative interface.** | 20 | Yes | KNOWiNK's EPBS can be configured to meet the specifications of this requirement. |
| **UIR-5:** Local voter database interface. | 20 | Yes | KNOWiNK's EPBS can be configured to meet the specifications of this requirement. |

New Hampshire Electronic Poll Books System          Request for Information

| Title and Identifier | Page Number | Compliance: Yes/No | Comments on Potential Requirement |
|---|---|---|---|
| **UR-1: Ease of use.** | 37 | Yes | Poll Pad is easy to use, easy to set up, and easy to train on! |

| RFI - Supplemental Potential Requirements | | | |
| :---: | :---: | :---: | :---: |
| **March 20, 2017** | | | |
| **Title and Identifier** | **Page Number** | **Compliance Yes/No** | **Comments on Potential Requirement** |
| NH-1: Add new voters resulting from Election Day Registration to EPBS | 9, 10, 11 | Yes | EPBS accommodates this and has already done so in a live election. |
| NH-2: Extend simultaneous electronic poll books processes for voter intake over a distance of X feet.      X =<br><br>70 feet | 9, 10, 11 | Yes | Cloud and Cradlepoint will accommodate this.  If no cloud, will require additional hardware at the polling place. |
| 100 feet<br>150 feet | | Yes | Cloud and Cradlepoint will accommodate this.  If no cloud, will require additional hardware at the polling place. |
| | | Yes | Cloud and Cradlepoint will accommodate this.  If no cloud, will require additional hardware at the polling place. |
| NH-3: Extend electronic poll books processes in include voter registration. Add to the above distances:<br><br>30 feet | 9, 10, 11 | Yes | Cloud and Cradlepoint will accommodate this.  If no cloud, will require additional hardware at the polling place. |
| 70 feet<br>100 feet | | Yes | Cloud and Cradlepoint will accommodate this.  If no cloud, will require additional hardware at the polling place. |
| | | Yes | Cloud and Cradlepoint will accommodate this.  If no cloud, will require additional hardware at the polling place. |

| Title and Identifier | Page Number | Compliance Yes/No | Comments on Potential Requirement |
|---|---|---|---|
| NH-4: Integrate return-to-undeclared activity in State Primaries: Add to the above distances:<br><br>30 feet | | Yes | Cloud and Cradlepoint will accommodate this.  If no cloud, will require additional hardware at the polling place.<br><br>This can also be accommodated by a process on the EPB where the party change is performed.  This is not necessary as a separate station. |
| 50 feet<br>70 feet | | Yes | Cloud and Cradlepoint will accommodate this.  If no cloud, will require additional hardware at the polling place.<br><br>This can also be accommodated by a process on the EPB where the party change is performed.  This is not necessary as a separate station. |
| | | Yes | Cloud and Cradlepoint will accommodate this.  If no cloud, will require additional hardware at the polling place.<br><br>This can also be accommodated by a process on the EPB where the party change is performed.  This is not necessary as a separate station. |
| NH-5: Integrate address change by ballot clerk at voter intake. | 9 | Yes | EPBS supports address and name change. |

2

| Title and Identifier | | Page Number | Compliance Yes/No | Comments on Potential Requirement |
|---|---|---|---|---|
| NH-6: Support quick transition to back-up EPB process in event of mid-day synchronization or connectivity failure.  Transition might be to previously-used process whereby voters line up opposite discrete alpha letters, e.g. A-C, D – G, H – M, etc. EPBs would be used at voter check-in but would not be synchronized until a much later time in the day.  EPBs would not be used at voter registration. | | 9, 10,11 | Yes | EPB can be customized to filter based on first letter of last name. |
| AR-1(A): In general elections, to accommodate each voter registration station, synchronization of additional electronic poll pads, and connectivity thereof, capacity in single polling place for up to: | 15 EPBs | 9, 10, 11 | Yes | Peer to peer is capable of supporting up to 15 EPBs |
| | 20 EPBs | | Yes | Cloud and Cradlepoint will accommodate this.  If no cloud, will require additional hardware at the polling place. |
| | 25 EPBs | | Yes | Cloud and Cradlepoint will accommodate this.  If no cloud, will require additional hardware at the polling place. |
| | 30 EPBs | | Yes | Cloud and Cradlepoint will accommodate this.  If no cloud, will require additional hardware at the polling place. |
| | 35 EPBs | | Yes | Cloud and Cradlepoint will accommodate this.  If no cloud, will require additional hardware at the polling place. |
| | 40 EPBs | | Yes | Cloud and Cradlepoint will accommodate this.  If no cloud, will require additional hardware at the polling place. |

| Title and Identifier | Page Number | Compliance Yes/No | Comments on Potential Requirement |
|---|---|---|---|
| FR-8(A): Fulfill NH's Ballot Clerk Procedure, enabling voter to give name and be checked off, then leave the line in middle of check-in process so that voter can obtain Challenged Voter Affidavit.  Voter then returns to another line, finishes the process, picks up a ballot, and EPB name reflects voter has voted. | 9, 12 | Yes | Voters that leave the line in the middle of the process are marked Pending and may be resumed on another EPB in the network. |
| FR-13(B) Enable entry of 2-character state abbreviations from a known list of 2-letter state abbreviations. | 9, 12 | Yes | EPBS supports all 50 state abbreviations. |
| **Title and Identifier** | **Page Number** | **Compliance Yes/No** | **Comments on Potential Requirement** |
| Tech -1:Connectivity: Describe combination of router, hotspot, Bluetooth, Wi-fi, hard-wiring, etc. Please comment on single point of failure risk. | 9 | Yes | The EPBS uses peer to peer to communicate between EPBs at the polling place.  Peer to peer uses a combination of Bluetooth and Wi-Fi radios to communicate within the network.  Each EPB has the ability to communicate with any EPB in the network, so if one EPB or one network service (Bluetooth or Wi-Fi) goes down, the system will continue to function. |
| Tech -2: Customizability: Requires/does not require a development team to customize. | | Yes | The EPBS is fully customizable by the end user and does not require a development team to do so. |
| Tech -3: Support Model: Supports different EPB operating systems, including iOS, Palm Pilot, Android, Windows, etc. | | Yes | iOS is main platform.  Android and Windows are also supported. |
| Gen – 1: Customer Retention: Identify any customers that have not been retained and the reason. | | Yes | KNOWiNK has retained all customers. |

