IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, *et al.* <br><br> *Plaintiffs,* <br><br> v. <br><br> BRAD RAFFENSPERGER, *et al.*, <br><br> *Defendants.* | CIVIL ACTION <br><br> FILE NO. 1:17-cv-2989-AT |

## RULE 5.4 CERTIFICATE OF SERVICE

Pursuant to Local Rule 5.4, Defendants Brad Raffensperger, David J. Worley, Rebecca N. Sullivan, Anh Le, and Matthew Mashburn (collectively, the "State Defendants"), in their official capacities by and through their counsel of record, hereby certify that on September 15, 2020, the undersigned served a true and correct copy of the following:

1. State Defendants' Objections to Plaintiffs' Third Joint Request for Production of Documents and Inspection of Things to State Defendants; and

2. State Defendants' Objections to Coalition Plaintiffs' Fourth Request for Production of Documents to Defendant Fulton County Board of Registrations and Elections,

upon the following counsel of record via email:

| | |
|---|---|
| Cary Ichter<br>Ichter Davis LLC<br>Suite 1530<br>3340 Peachtree Road N.E. Atlanta, Georgia 30326<br>cichter@ichterdavis.com | Bruce P. Brown LAW LLC 1123 Zonolite Road, Suite 6 Atlanta, Georgia 30306<br>bbrown@brucepbrownlaw.com |
| David D. Cross<br>John P. Carlin<br>Lyle F. Hedgecock<br>Mary G. Kaiser<br>Veronica Ascarrunz<br>Eileen M. Brogan<br>Morrison & Foerster, LLP 2000 Pennsylvania Avenue, NW<br>Washington, DC 20006<br>dcross@mofo.com<br>jcarlin@mofo.com<br>lhedgecock@mofo.com<br>mkaiser@mofo.com<br>vascarrunz@mofo.com<br>ebrogan@mofo.com | John Michael Powers<br>David R. Brody<br>Ezra David Rosenberg<br>Lawyers' Committee for Civil Rights Under Law<br>Suite 900<br>1500 K Street, N.W.<br>Washington, DC 20005<br>jpowers@lawyerscommittee.org<br>dbrody@lawyerscommittee.org<br>erosenberg@lawyerscommittee.org |
| Kaye Burwell<br>David Lowman<br>Cheryl Ringer<br>Fulton County Attorney's Office<br>141 Pryor Street, Suite 4038<br>Atlanta, Georgia 30303<br>kaye.burwell@fultoncountyga.gov<br>david.lowman@fultoncountyga.gov | Robert Alexander McGuire<br>Robert McGuire Law Firm<br>113 Cherry Street #86685<br>Seattle, WA 98104-2206<br>ram@lawram.com |

2

cheryl.ringer@fultoncountyga.gov

Halsey G. Knapp, Jr.
Adam Martin Sparks
Grant Edward Schnell
Krevolin & Horst, LLC
One Atlantic Center, Suite 3250
1201 West Peachtree Street, NW
Atlanta, GA 30309
hknapp@khlawfirm.com
sparks@khlawfirm.com
grant.schnell@hklaw.com

This 16th day of September, 2020.

**Robbins Ross Alloy Belinfante Littlefield LLC**

Vincent R. Russo
Georgia Bar No.: 242628
vrusso@robbinsfirm.com
Joshua B. Belinfante
Georgia Bar No.: 047399
jbelinfante@robbinsfirm.com
Alexander F. Denton
Georgia Bar No.: 660632
adenton@robbinsfirm.com
Carey Miller
Georgia Bar No.: 976240
cmiller@robbinsfirm.com
500 14th Street, N.W.
Atlanta, GA 30318
Telephone: (678) 701-9381
Facsimile: (404) 856-3250

**TAYLOR ENGLISH DUMA LLP**

*/s/Jonathan D. Crumly*
Bryan P. Tyson
GA Bar No. 515411
btyson@taylorenglish.com
Jonathan D. Crumly
Georgia Bar No. 199466
jcrumly@taylorenglish.com
Diane Festin LaRoss
Georgia Bar No. 430830
dlaross@taylorenglish.com
James A. Balli
Georgia Bar No. 035828
jballi@taylorenglish.com
Bryan F. Jacoutot
Georgia Bar No. 668272
bjacoutot@taylorenglish.com
Loree Anne Paradise
lparadise@taylorenglish.com
1600 Parkwood Circle, Suite 200
Atlanta, GA 30339
Telephone: 770.434.6868

*Attorneys for State Defendants*

4

## **CERTIFICATE OF COMPLIANCE**

Pursuant to L.R. 7.1(D), the undersigned hereby certifies that the foregoing **RULE 5.4 CERTIFICATE OF SERVICE** has been prepared in Century Schoolbook 13, a font and type selection approved by the Court in L.R. 5.1(B).

*/s/ Jonathan D. Crumly*
Jonathan D. Crumly