# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, ET AL., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | CIVIL ACTION |
| vs. ) | |
| ) | FILE NO. 1:17-cv-2989-AT |
| BRAD RAFFENSPERGER, ) | |
| ET AL., ) | |
| ) | |
| Defendants. ) | |

## RULE 5.4 CERTIFICATE OF SERVICE OF DISCOVERY

Pursuant to Local Rule 5.4, the undersigned hereby certifies that that on September 22, 2020, Plaintiffs Coalition for Good Governance, William Digges III, Laura Digges, Ricardo Davis and Megan Misset ("Coalition Plaintiffs") by and through counsel of record, served a true and correct copy of the following discovery requests – **Coalition Plaintiffs' Notice of Rule 34 Request for Expedited Inspection and Copying to Defendant Fulton Board of Registrations and Elections** - on counsel of record by electronic delivery of a PDF version to the following:

| | |
|---|---|
| Kaye Woodard Burwell | Bryan P. Tyson |
| David Lowman | Jonathan D. Crumly |
| Cheryl Ringer | Diane Festin LaRoss |
| Fulton County Attorney's Office | James A. Balli |

| | |
|---|---|
| 141 Pryor Street, NW<br>Suite 4038<br>Atlanta, Georgia 30303<br>Kaye.burwell@fultoncountyga.gov<br>David.lowman@fultoncountyga.gov<br>Cheryl.ringer@fultoncountyga.gov | Bryan F. Jacoutot<br>Loree Anne Paradise<br>Taylor English Duma LLP<br>1600 Parkwood Circle, Suite 200<br>Atlanta, Georgia 30339<br>btyson@taylorenglish.com<br>jcrumly@taylorenglish.com<br>dlaross@taylorenglish.com<br>jballi@taylorenglish.com<br>bjacoutot@taylorenglish.com<br>lparadise@taylorenglish.com |
| Vincent Russo<br>Joshua B. Belinfante<br>Alexander F. Denton<br>Carey Miller<br>Robbins Ross Alloy Belinfante Littlefield LLC<br>500 Fourteenth St. NW<br>Atlanta, Georgia 30318<br>vrusso@robbinsfirm.com<br>jbelinfante@robbinsfirm.com<br>adenton@robbinsfirm.com<br>cmiller@robbinsfirm.com | David D. Cross<br>John P. Carlin<br>Lyle F. Hedgecock<br>Mary G. Kaiser<br>Morrison & Foerster LLP<br>2000 Pennsylvania Avenue NW<br>Washington, DC 20006-1888<br>dcross@mofo.com<br>jcarlin@mofo.com<br>lhedgecock@mofo.com<br>mkaiser@mofo.com |
| Halsey G. Knapp, Jr.<br>Adam Martin Sparks<br>Grant Edward Schnell<br>Krevolin & Horst, LLC<br>One Atlantic Center, Suite 3250<br>1201 West Peachtree Street, NW<br>Atlanta, GA 30309<br>hknapp@khlawfirm.com<br>sparks@khlawfirm.com<br>grant.schnell@hklaw.com | John Michael Powers<br>David R. Brody<br>Ezra David Rosenberg<br>Lawyers' Committee for Civil Rights Under Law<br>Suite 900<br>1500 K Street, NW<br>Washington, DC 20005<br>jpowers@lawyerscommittee.org<br>dbrody@lawyerscommittee.org<br>erosenberg@lawyerscommittee.org |

>Robert Alexander McGuire
>Robert McGuire Law Firm
>113 Cherry Street #86685
>Seattle, WA 98104-2206
>ram@lawram.com

This 22nd day of September 2020.

>*/s/ Cary Ichter*
>CARY ICHTER
>Georgia Bar No. 382515
>**ICHTER DAVIS LLC**
>3340 Peachtree Road NE, Suite 1530
>Atlanta, Georgia 30326
>Tel.: 404.869.7600
>Fax: 404.869.7610
>cichter@ichterdavis.com
>
>AND
>
>Bruce P. Brown
>Georgia Bar No. 064460
>bbrown@brucebrownlaw.com
>**Bruce P. Brown Law LLC**
>1123 Zonolite Road NE, Suite 6
>Atlanta, Georgia 30306
>Tel.:  404.881.0700
>
>*Attorneys for Plaintiffs Coalition for Good Governance, William Digges III, Laura Digges, Ricardo Davis, and Megan Missett*

## CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing document has been prepared in accordance with the font type and margin requirements of LR 5.1, using font type of Times New Roman and a point size of 14.

*/s/ Cary Ichter*
Cary Ichter
Georgia Bar No. 382515

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, ET AL., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | CIVIL ACTION |
| v. ) | |
| ) | FILE NO. 1:17-CV-2989-AT |
| BRAD RAFFENSPERGER, ) | |
| ET AL., ) | |
| ) | |
| Defendants. ) | |

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 22, 2020, I filed a copy of the foregoing **RULE 5.4 CERTIFICATE**, with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to all attorneys of record.

                                         */s/ Cary Ichter*
                                         Cary Ichter
                                         Georgia Bar No. 382515