# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:17-cv-02989-AT
## Curling et al v. Raffensperger et al
## Honorable Amy Totenberg

Minute Sheet for proceedings held on 09/28/2020.

TIME COURT COMMENCED: 11:05 A.M.
TIME COURT CONCLUDED: 12:40 P.M.
TIME IN COURT: 1:35
OFFICE LOCATION: Atlanta
COURT REPORTER: Shannon Welch
DEPUTY CLERK: Harry Martin

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Bruce Brown representing Coalition for Good Governance |
| | David Cross representing Donna Curling |
| | Alexander Denton representing Brad Raffensperger |
| | Cary Ichter representing Coalition for Good Governance |
| | Bryan Jacoutot representing Brad Raffensperger |
| | Robert McGuire representing Coalition for Good Governance |
| | Carey Miller representing Brad Raffensperger |
| | Cheryl Ringer representing The Fulton County Board of Registration and Elections |
| | Vincent Russo representing Brad Raffensperger |
| | Bryan Tyson representing Brad Raffensperger |
| PROCEEDING CATEGORY: | Telephone Conference(Other Proceeding Non-evidentiary); |
| MINUTE TEXT: | Teleconference - See Transcript for specifics. |
| HEARING STATUS: | Hearing Concluded |