# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, et al; | )<br>)<br>) |
| Plaintiffs, | )<br>)<br>) |
| | ) CIVIL ACTION |
| v. | ) FILE NO: 1:17cv02989-AT |
| | ) |
| BRAD RAFFENSPERGER, et al.; | )<br>)<br>) |
| Defendants. | )<br>) |
| | ) FILE NO.: |

## CERTIFICATE OF SERVICE

I hereby certify that on this date I have electronically filed the foregoing **FULTON COUNTY DEFENDANTS' OBJECTION TO COALITION PLAINTIFFS' NOTICE OF INSPECTION** with the Clerk of Court using the CM/ECF system, with the Clerk of Court using the CM/ECF system, which will send email notification of such filing to all attorneys of record.

> Cary Ichter, Esquire
> Ichter Davis LLC
> 3340 Peachtree Rd., N.E.
> UNIT 1530, Atlanta, GA 30305

This 28th day of September, 2020.

- 2 -

      */s/ Cheryl Ringer*
      Cheryl Ringer
      Georgia Bar Number: 557420
      cheryl.ringer@fultoncountyga.gov