**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| DONNA CURLING, et al; | ) |
| | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| | ) CIVIL ACTION |
| v. | ) FILE NO: 1:17cv02989-AT |
| | ) |
| BRAD RAFFENSPERGER, et al.; | ) |
| | ) |
| | ) |
| Defendants. | ) |
| | ) FILE NO.: |

## CERTIFICATE OF SERVICE OF DISCOVERY

I hereby certify that on this date I have electronically filed the foregoing

**FULTON COUNTY DEFENDANTS' RESPONSE TO COALITION PLAINTIFFS' THIRD REQUESTS FOR PRODUCTION OF DOCUMENTS** with the Clerk of Court using the CM/ECF system, with the Clerk of Court using the CM/ECF system, which will send email notification of such filing to all attorneys of record.

This 1st day of October, 2020.

*/s/ Cheryl Ringer*
Cheryl Ringer
Georgia Bar Number: 557420
cheryl.ringer@fultoncountyga.gov