# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, *et al.*,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>BRAD RAFFENSPERGER, *et al.*,<br><br>　　　　　Defendants. | CIVIL ACTION NO.<br>1:17-cv-02989-AT |

## NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL

In accordance with Rule 83.1 of the Local Rules of this Court, please take notice that amicus Common Cause Georgia has retained the firm of Sugarman Law, LLP to substitute for the firms of Altshuler Berzon, LLP and Jon L. Schwartz, Attorney at Law, P.C. as counsel in the above-styled action.

Contact information for substitute counsel is as follows:

> F. Skip Sugarman
> Georgia Bar No. 690773
> (skip@sugarman-law.com)
> SUGARMAN LAW LLP
> 154 Krog St., Suite 190
> Atlanta, GA 30307
> Tel:   (404) 495-4811

In accordance with Rule 83.1, a Certificate of Consent is attached hereto as Exhibit A.

Respectfully submitted this 1st day of October, 2020.

| Substitute Counsel | Former Counsel |
|---|---|
| /s/   F. Skip Sugarman | /s/ Matthew John Murray |
| F. Skip Sugarman | Matthew John Murray |
| Georgia Bar No. 690773 | Stephen P. Berzon |
| SUGARMAN LAW LLP | Stacey Leyton |
| skip@sugarman-law.com | Altshuler Berzon, LLP |
| 154 Krog St., Suite 190 | Suite 300 |
| Atlanta, GA 30307 | 177 Post Street |
| (404) 495-4811 | San Francisco, CA 94108 |
| | (415) 421-7151 |

*Counsel for Amicus Curiae*
*Common Cause Georgia*

/s/ Jonathan Lee Schwartz
Jonathan Lee Schwartz
Jon L. Schwartz, Attorney at Law, P.C.
Suite 1200
1170 Peachtree Street
Atlanta, GA 30309
(404) 667-3047

*Former Counsel for Amicus Curiae*
*Common Cause*

*Of Counsel:*

*BRENNAN CENTER FOR JUSTICE AT*
*NEW YORK UNIVERSITY SCHOOL OF LAW*
*Lawrence D. Norden (NY Bar No. 2881464)\**
*Gowri Ramachandran (CA Bar No. 291786)\**
*Joanna Zdanys (NY Bar No. 5225008)\**
*120 Broadway, Suite 1750*
*New York, NY 10271*
*(646) 292-8310*
*lawrence.norden@nyu.edu*
*gowri.ramachandran@nyu.edu*
*joanna.zdanys@nyu.edu*
*\*Not admitted to practice in Georgia*

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 7.1(D), I hereby certify that I have prepared the foregoing in compliance with Local Rule 5.1 in Times New Roman 14-point font.

This 1st day of October, 2020.

/s/  F. Skip Sugarman
F. Skip Sugarman
Georgia Bar No. 690773
(skip@sugarman-law.com)

## **CERTIFICATE OF SERVICE**

    I hereby certify that on this day I electronically filed the foregoing NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to the attorneys of record.

    This 1st day of October, 2020.

                                        /s/   F. Skip Sugarman
                                        F. Skip Sugarman
                                        Georgia Bar No. 690773
                                        (skip@sugarman-law.com)

**EXHIBIT A**

**CERTIFICATE OF CONSENT**

In accordance with Rule 83.1 of the Local Rules of this Court Plaintiff Common Case Georgia hereby consents to the foregoing Notice of Withdrawal and Substitution of Counsel.

This 1st day of October, 2020.

        COMMON CAUSE GEORGIA

By:   /s/ Paul S. Ryan
       Common Cause
       Vice President, Policy & Litigation