IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, *et al*.<br><br>*Plaintiffs*,<br><br>v.<br><br>BRAD RAFFENSPERGER, *et al.*,<br><br>*Defendants*. | CIVIL ACTION<br><br>FILE NO. 1:17-cv-2989-AT |

### STATE DEFENDANTS' NOTICE OF FILING
### VOTING SYSTEM TEST LABORATORY REPORT

Pursuant to the Court's September 30, 2020 docket entry, and as discussed in Defendants' Notice of Filing Regarding the Court's Request for Documentation, [Doc. 929], State Defendants provide the following information for the Court. The State's EAC-certified Voting System Test Laboratory, Pro V&V, has completed its letter report regarding the software update to the Dominion ICX BMD which the State Defendants will subsequently file under seal.[1] Pro V&V has recommended that the change be

---

[1] Because the Letter Report was issued late this afternoon and counsel has not had sufficient time to confer with their client and Dominion regarding the document, State Defendants have elected to file the document under provisional seal to provide it to the Court as quickly as possible. At minimum, the document contains sensitive information such as the hash value of the

1

considered "de minimis" per Election Assistance Commission procedures, and verified through their testing that the rendering issue has been resolved. The same Letter Report has been submitted to the EAC for approval.

Respectfully submitted this 2nd day of October 2020,

*/s/ Carey Miller*
Vincent R. Russo
Georgia Bar No. 242628
vrusso@robbinsfirm.com
Josh Belinfante
Georgia Bar No. 047399
jbelinfante@robbinsfirm.com
Carey A. Miller
Georgia Bar No. 976240
cmiller@robbinsfirm.com
Alexander Denton
Georgia Bar No. 660632
adenton@robbinsfirm.com
Robbins Ross Alloy Belinfante Littlefield LLC
500 14th Street, N.W.
Atlanta, Georgia 30318
Telephone: (678) 701-9381
Facsimile:  (404) 856-3250

Bryan P. Tyson
Georgia Bar No. 515411
btyson@taylorenglish.com
Bryan F. Jacoutot
Georgia Bar No. 668272
bjacoutot@taylorenglish.com
Diane F. LaRoss
Georgia Bar No. 430830
dlaross@taylorenglish.com

---

software which should not be subject to public disclosure as its disclosure could compromise the security of the voting system.

>Loree Anne Paradise
>Georgia Bar No. 382202
>lparadise@taylorenglish.com
>TAYLOR ENGLISH DUMA LLP
>1600 Parkwood Circle, Suite 200
>Atlanta, GA 30339
>Telephone: 678-336-7249
>
>*Counsel for State Defendants*

## CERTIFICATE OF COMPLIANCE

Pursuant to L.R. 7.1(D), the undersigned hereby certifies that the foregoing **STATE DEFENDANTS' NOTICE OF FILING VOTING SYSTEM TEST LABORATORY REPORT** has been prepared in Century Schoolbook 13, a font and type selection approved by the Court in L.R. 5.1(B).

*/s/ Carey Miller*
Carey Miller