| | |
|---|---|
| **From:** | ecf_help@ca11.uscourts.gov |
| **To:** | GANDdb_efile_Appeals_Clerk |
| **Subject:** | 20-13730-RR Donna Curling, et al v. Secretary of State, et al "Amended Notice of Appeal" (1:17-cv-02989-AT) |
| **Date:** | Monday, October 19, 2020 3:40:03 PM |

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

United States Court of Appeals for the Eleventh Circuit

**Notice of Docket Activity**

The following transaction was filed on 10/19/2020

| | |
|---|---|
| **Case Name:** | Donna Curling, et al v. Secretary of State, et al |
| **Case Number:** | 20-13730 |
| **Document(s):** | Document(s) |

**Docket Text:**
Amended Notice of Appeal filed by Attorney Vincent R. Russo for Appellants David J. Worley, Rebecca N. Sullivan, Matthew Mashburn, Ahn Le, Secretary of State for the State of Georgia, Georgia State Election Board and State Election Board.

**Notice will be electronically mailed to:**

Josh Belinfante, Attorney
Bruce P. Brown
Clerk - Northern District of Georgia, Clerk of Court
David D. Cross
Alexander Fraser Denton
Cary Ichter
Bryan Francis Jacoutot
Halsey G. Knapp, Jr.
Diane Festin LaRoss
Robert Alexander McGuire, III
Carey Allen Miller
Joseph R. Palmore
Michael F. Qian
Ezra D. Rosenberg
Vincent R. Russo
Adam M. Sparks
Bryan P. Tyson

**Notice sent via US Mail to:**

Veronica Ascarrunz
Morrison & Foerster, LLP
2000 PENNSYLVANIA AVE NW STE 6000
WASHINGTON, DC 20006

David R. Brody
Lawyers' Committee for Civil Rights Under Law
1500 K ST NW FL 9
WASHINGTON, DC 20005

Eileen M. Brogan
Morrison & Foerster, LLP
2000 PENNSYLVANIA AVE NW STE 6000
WASHINGTON, DC 20006

John P. Carlin
Morrison & Foerster, LLP
2000 PENNSYLVANIA AVE NW STE 6000
WASHINGTON, DC 20006

Jacob Paul Conarck
Lawyers' Committee for Civil Rights Under Law
1500 K ST NW FL 9
WASHINGTON, DC 20005

Lyle F. Hedgecock
Morrison & Foerster, LLP
2000 PENNSYLVANIA AVE NW STE 6000
WASHINGTON, DC 20006

Mary G. Kaiser
Morrison & Foerster, LLP
2000 PENNSYLVANIA AVE NW STE 6000
WASHINGTON, DC 20006

Robert W. Manoso
Morrison & Foerster, LLP
2000 PENNSYLVANIA AVE NW STE 6000
WASHINGTON, DC 20006

William Brent Ney
Ney Hoffecker & Erck
RESURGENS PLAZA STE 2220
945 EAST PACES FERRY RD
ATLANTA, GA 30326

Loree Anne Paradise
Taylor English Duma, LLP
1600 PARKWOOD CIR STE 200
ATLANTA, GA 30339

John Michael Powers
Lawyers' Committee for Civil Rights Under Law
1500 K ST NW FL 9
WASHINGTON, DC 20005

The following document(s) are associated with this transaction:
**Document Description:** amend order
**Original Filename:** ord.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1160056652 [Date=10/19/2020] [FileNumber=9215650-0]
[964c8a2eb2282b1d2fd161c84a69c489a7b683ba43b4882c73f492adb7f1702a79119683e332bfd4e248ba4b6dce435f9e6c4f660aae30810435e1dcca4d2a5c]]

**Document Description:** Amended Notice of Appeal
**Original Filename:** Pages from anoa.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1160056652 [Date=10/19/2020] [FileNumber=9215650-1]
[8631092c30e94e38b3917e7dc83453cd3b575eee6a50fe9684090d6f8a1d910266d5385c36754cd0f2ddc1b4b77a047459d6d974012b562719dd490b2c15c1e9]]