## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, ET. AL      ) | |
| ) | CIVIL ACTION FILE NO. |
| ) | 1:17-CV-02989-AT |
| Plaintiff,      ) | |
| ) | |
| v.      ) | |
| ) | |
| BRAD RAFFENSPERGER, *et al.,*      ) | |
| ) | |
| ) | |
| Defendants.      ) | |
| _____) | |

### FULTON COUNTY DEFENDANTS' MOTION FOR EXTENSION OF TIME TO RESPOND TO COALITION PLAINTIFFS' RENEWAL OF MOTION FOR ATTORNEY'S FEES AND EXPENSES

COME NOW, Fulton County Defendants, and respectfully move the Court to grant them the same extension that has been granted to State Defendants to respond to Coalition Plaintiffs' Renewal of Motion for Attorneys' Fees and Expenses ("Renewal Motion").

On August 15, 2019, this Court issued an Order granting in part Coalition Plaintiffs' Motion for Preliminary Injunction. [Doc. 579]. On August 29, 2019, Coalition Plaintiffs filed a Motion for Attorney's Fees and Expenses ("Motion for Fees") as prevailing parties based on that order. [Doc. No. [595]. The Court subsequently denied without prejudice Plaintiffs' Motion for Fees on May 26,

2020. [Doc. 733]. Coalition Plaintiffs filed their Renewal Motion on October 13, 2020. [Doc. 967].

On October 19, 2020, the Court issued an Order granting, in part, the State Defendants' Motion for Extension of Time to Respond to Coalition Plaintiffs' Renewal Motion. [Doc. 979].

Fulton County Defendants are in the midst of running the November 3, 2020 Election. Early in-person voting began on October 12, 2020 and Fulton County Defendants are actively processing absentee ballots, and preparing for the November 3, 2020 Election Day and any ensuing runoffs. While election administration always demands significant time and attention from election officials, this is even more so this year due to unprecedented voter turnout in conjunction with the COVID-19 pandemic.[1] Fulton County Defendants request this extension to help alleviate these significant time constraints. The delay should not prejudice Coalition Plaintiffs or burden the Court as this case has been ongoing for well over three years.

For the aforementioned reasons, Fulton County Defendants respectfully request the court to grant it the same extension until December 2, 2020 to respond to Coalition Plaintiffs' Renewal of Motion for Attorneys' Fees and Expenses.

---

[1] This has been compounded by the outbreak of COVID-19 in the Fulton County Elections warehouse, in which over twenty (20) elections staff have contracted the virus.

This 23rd day of October, 2020.

        Respectfully Submitted,

        OFFICE OF THE COUNTY ATTORNEY
        Patrise Perkins Hooker
        Georgia Bar No. 572358

        /s/ David R. Lowman
        David R. Lowman
        Georgia Bar No. 460298
        Cheryl Ringer
        Georgia Bar No. 557420

**OFFICE OF THE COUNTY ATTORNEY**
141 Pryor Street, S.W., Suite 4038
Atlanta, Georgia  30303
(404) 612-0246
(404) 730-6324 (fax)

## **L.R. 7.1(D) CERTIFICATION**

I certify that this Motion has been prepared with one of the font and point selections approved by the Court in Local Rule 5.1(C).  Specifically, this Motion has been prepared using 14-pt Times New Roman font.

/s/ David R. Lowman
David R. Lowman
