IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

DONNA CURLING, *et al.*

    *Plaintiffs*,

v.

BRAD RAFFENSPERGER, *et al.*,

    *Defendants*.

CIVIL ACTION

FILE NO. 1:17-cv-2989-AT

**NOTICE OF APPEARANCE OF COUNSEL**

COMES NOW R. Dal Burton, of the law firm Taylor English Duma LLP, 1600 Parkwood Circle, Suite 200, Atlanta, GA 30339, and hereby enters his appearance as counsel for Defendants Secretary of State and Chair of the State Election Board, Brad Raffensperger, the State Election Board (SEB), and SEB members Rebecca Sullivan, David Worley, Anh Le, and Seth Harp in the above-captioned matter.  Copies of all further pleadings, orders, and notices should be sent to him at the address below.

This 26th day of October, 2020.

                                            */s/ R. Dal Burton*
                                            R. Dal Burton
                                            Georgia Bar No. 097890
                                            dburton@taylorenglish.com
                                            TAYLOR ENGLISH DUMA LLP
                                            1600 Parkwood Circle, Suite 200

Atlanta, Georgia 30339
Telephone: (470) 893-8031

## **CERTIFICATE OF COMPLIANCE**

Pursuant to L.R. 7.1(D), the undersigned hereby certifies that the foregoing Notice of Appearance of Counsel has been prepared in Century Schoolbook 13, a font and type selection approved by the Court in L.R. 5.1(B).

*/s/ R. Dal Burton*
R. Dal Burton