TO: ALL JUDGES, CLERKS OF COURT, AND COUNSEL OF RECORD

FROM: F. SKIP SUGARMAN

RE: **NOTICE OF LEAVE OF ABSENCE**

Comes now F. Skip Sugarman and respectfully notifies all judges before whom he has cases pending, all affected clerks of court, and all opposing counsel, that he will be on leave pursuant to Local Rule 83.

(1) The period of leave during which time applicant will be away from the practice of law is:

**December 18, 2020 through January 5, 2021**

(2) All affected judges and opposing counsel shall have ten (10) days from the date of this notice to object to it. If no objections are filed, the leave shall be granted.

Dated this 13th day of November 2020.

/s/ F. Skip Sugarman
F. Skip Sugarman
Georgia Bar No. 690773
skip@sugarman-law.com

SUGARMAN LAW, LLP
154 Krog Street, NE - Suite 190
Atlanta, GA  30307
(404) 495-4811

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

This is to certify that I have this date served a copy of the foregoing Notice of Leave of Absence upon all Judges, Clerks and opposing counsel listed on the attached Exhibit A, by filing with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the attorney of record.

Dated this 13th day of November 2020.

    /s/ F. Skip Sugarman
    F. Skip Sugarman
    Georgia Bar No. 690773
    skip@sugarman-law.com

SUGARMAN LAW, LLP
154 Krog Street, NE - Suite 190
Atlanta, GA  30307
(404) 495-4811

Attorneys for Plaintiff

| Case Style | Case Number | Judge | Counsel |
|---|---|---|---|
| ECON-O-CHECK CORPORATION<br><br>v.<br><br>STRATEGYCORPS, LLC | 1:19-cv-3742-TWT | Thomas W. Thrash, Jr. | Robert G. Brazier<br>rbrazier@bakerdonelson.com<br>Steven G. Hall<br>Shall@bakerdonelson.com<br>BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ, PC<br>3414 Peachtree Road<br>Suite 1600<br>Atlanta, GA  30326 |
| DARREN HUTCHESON,<br><br>v.<br><br>FINSYNC, INC. and TUCKER MATHIS | 1:20-CV-2518-AT | Amy Totenberg | |
| ELECTROTEK CORP.<br>v.<br>ACUITY BRANDS LIGHTING, INC. | 1:20-CV-02972-LMM | Leigh Martin May | Jason S. Alloy<br>jalloy@robbinsfirm.com<br>Joseph Saul<br>joseph.saul@robbinsfirm.com<br>ROBBINS ROSS ALLOY BELINFANTE LITTLEFIELD LLC<br>500 14th St. NW<br>Atlanta, GA 30318 |
| CADY STUDIOS, LLC<br>v.<br>WENDY WILSON CLIFT and WATERBOY GRAPHICS, LLC | 1:18-cv-04670-JPB | J.P. Boulee | Bryan Knight<br>bknight@knightpalmerlaw.com<br>Sherri Buda<br>sbuda@knightpalmerlaw.com<br>KNIGHT PALMER<br>One Midtown Plaza<br>1360 Peachtree Street<br>Suite 1201<br>Atlanta, Georgia 30309 |

| | | | |
|---|---|---|---|
| MICRO BALANCE HEALTH PRODUCTS, LLC and DR. DONALD DENNIS<br><br>v.<br><br>CESAR COLLADO<br><br>v.<br><br>DENNIS SURGICAL CENTER, LLC | 1:19-cv-04230-SCJ | Steve C. Jones | J. David Hopkins<br>dhopkins@jdhopkinslaw.com<br>J. DAVID HOPKINS LAW LLC<br>130 Barksdale Drive<br>Atlanta, GA  30309<br><br>Attorneys for Insurance:<br>Elizabeth G. ("GG") Howard<br>egh@bayatl.com<br>BARRICKMAN ALLRED & YOUNG, LLC<br>5775 Glenridge Drive, NE<br>Suite E-100<br>Atlanta, GA  30328 |
| DONNA CURLING, ET AL.,<br><br>v.<br><br>BRAD RAFFENSPERGER, ET AL., | 1:17-CV-2989-AT | Amy Totenberg | David D. Cross (pro hac vice)<br>DCross@mofo.com<br>John P. Carlin (pro hac vice)<br>JCarlin@mofo.com<br>Lyle P. Hedgecock (pro hac vice)<br>LHedgecock@mofo.com<br>Mary G. Kaiser (pro hac vice)<br>MKaiser@mofo.com<br>Robert W. Manoso (pro hac vice)<br>RManoso@mofo.com<br>MORRISON & FOERSTER LLP<br>2000 Pennsylvania Avenue, NW<br>Suite 6000<br>Washington, DC 20006<br><br>Halsey G. Knapp, Jr.<br>HKnapp@khlawfirm.com<br>Adam M. Sparks<br>Sparks@khlawfirm.com<br>KREVOLIN & HORST, LLC<br>1201 West Peachtree Street, NW<br>Suite 3250<br>Atlanta, GA 30309 |