IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> BRAD RAFFENSPERGER, et al. <br><br> *Defendants*. | No. 1:17-cv-02989-AT |

## MOTION FOR LEAVE OF COURT TO WITHDRAW APPEARANCES

Pursuant to Local Rule 83.1(E), Plaintiffs Coalition for Good Governance, William Digges III, Laura Digges, Ricardo Davis, and Megan Missett (the "Coalition Plaintiffs") respectfully request that the Court grant leave for David Brody to withdraw their appearances *pro hac vice* as counsel in the above-captioned case. Plaintiff Coalition for Good Governance will continue to be represented in this matter by the law firms of Bruce P. Brown, LLC and Robert McGuire Law Firm. Plaintiffs William Digges III, Laura Digges, Ricardo Davis, and Megan Missett will continue to be represented in this matter by the law firm Ichter Davis, LLC.

1

Dated:
November 19, 2020

Respectfully submitted,

/s/ Bruce P. Brown
Bruce P. Brown
Georgia Bar No. 064460
bbrown@brucepbrownlaw.com
BRUCE P. BROWN LAW LLC
1123 Zonolite Rd. NE
Suite 6
Atlanta, Georgia 30306
(404) 881-0700
*Attorney for Plaintiff Coalition for Good Governance*

/s/ Cary Ichter
Cary Ichter
Georgia Bar No. 382515
cichter@IchterDavis.com
ICHTER DAVIS, LLC
3340 Peachtree Road NE
Atlanta, GA 30326
(404) 869-7600
*Attorney for William Digges III, Laura Digges, Ricardo Davis, and Megan Missett*

/s/ Robert A. McGuire, III
Robert A. McGuire, III
Admitted Pro Hac Vice (ECF No. 125)
ROBERT MCGUIRE LAW FIRM
113 Cherry St. #86685
Seattle, Washington 98104-2205
(253) 267-8530
*Attorney for Plaintiff Coalition for Good Governance*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **DONNA CURLING, ET AL.,**<br>**Plaintiffs,**<br><br>v.<br>E<br>**BRAD RAFFENSPERGER, ET AL.,**<br>**Defendants.** | Civil Action No. 1:17-CV-2989-AT |

## **CERTIFICATE OF COMPLIANCE**

Pursuant to LR 7.1(D), I hereby certify that the foregoing document has been prepared in accordance with the font type and margin requirements of LR 5.1, using font type of Times New Roman and a point size of 14.

*/s/ Bruce P. Brown*
Bruce P. Brown

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **DONNA CURLING, ET AL.,**<br>Plaintiffs,<br><br>v.<br><br>**BRAD RAFFENSPERGER , ET AL.,**<br>Defendants. | **Civil Action No. 1:17-CV-2989-AT** |

## CERTIFICATE OF SERVICE

I hereby certify that on November 19, 2020, a copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to all attorneys of record.

*/s/ Bruce P. Brown*
Bruce P. Brown

3

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

DONNA CURLING, et al.,

 *Plaintiffs*,

 v.

BRAD RAFFENSPERGER, et al.

 *Defendants*.

No. 1:17-cv-02989-AT

# [PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO WITHDRAW APPEARANCES

This matter coming before the Court on Coalition Plaintiffs' Motion for Leave to Withdraw Appearances *pro hac vice* of David Brody. The Court being advised accordingly, it is hereby ordered that the Motion is **GRANTED**.

**IT IS SO ORDERED** this ___ day of November, 2020

_____

U.S. District Court Judge Amy Totenberg