# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, ET AL., <br> Plaintiffs, <br><br> v. <br><br> BRAD RAFFENSPERGER, ET AL., <br> Defendants. | Civil Action No. 1:17-CV-2989-AT |

## RULE 5.4 CERTIFICATE OF SERVICE OF DISCOVERY

Pursuant to Local Rule 5.4, I hereby certify that the following discovery requests were served on all counsel of record by electronic delivery of PDF versions:

1. **Plaintiffs' Fifth Joint Requests for Production of Documents to State Defendants (served Nov. 20, 2020);**

2. **Curling Plaintiffs' Notice of Intent to Serve Subpoena on Pro V&V, Inc. (served Nov. 20, 2020).**

I further certify that a copy of the foregoing Rule 5.4 Certificate of Service of Discovery was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to all attorneys of record.

| | |
|---|---|
| Dated:  November 20, 2020 | Respectfully submitted, |

        /s/ David D. Cross
David D. Cross (*pro hac vice*)
John P. Carlin (*pro hac vice*)
Lyle P. Hedgecock (*pro hac vice*)
Mary G. Kaiser (*pro hac vice*)
Robert W. Manoso (*pro hac vice*)
MORRISON & FOERSTER LLP
2000 Pennsylvania Avenue, NW
Suite 6000
Washington, DC 20006
Telephone: (202) 887-1500
DCross@mofo.com
JCarlin@mofo.com
LHedgecock@mofo.com
MKaiser@mofo.com
RManoso@mofo.com

Halsey G. Knapp, Jr.
GA Bar No. 425320
Adam M. Sparks
GA Bar No. 341578
KREVOLIN & HORST, LLC
1201 West Peachtree Street, NW
Suite 3250
Atlanta, GA 30309
HKnapp@khlawfirm.com
Sparks@khlawfirm.com

*Counsel for Plaintiffs Donna Curling, Donna Price & Jeffrey Schoenberg*