taylor | english

**Taylor English Duma LLP** 1600 Parkwood Circle, Suite 200, Atlanta, Georgia 30339
Main: 770.434.6868 Fax: 770.434.7376 taylorenglish.com

Bryan P. Tyson
Direct Dial: (678) 336-7249
Email: btyson@taylorenglish.com

December 1, 2020

**VIA CM/ECF FILING**

Mr. Harry Martin
Courtroom Deputy for
The Honorable Amy Totenberg
2388 Richard B. Russell Federal Building and United States Courthouse
75 Ted Turner Drive, S.W.
Atlanta, GA 30303-3309

Re: *Donna Curling, et al. v. Brad Raffensperger, in his official capacity as Secretary of State for the State of Georgia, et al.*
U.S. District Court for the Northern District of Georgia, Atlanta Division
Civil Action File No. 1:17-cv-2989-AT

Dear Mr. Martin:

Pursuant to Local Rule 83.1 (E)(3), please accept this letter as notification of my leave of absence in the above-referenced matter for the following dates:

- January 16, 2021 – January 23, 2021

I respectfully request that this case not be calendared during these dates.

Respectfully,

*/s/ Bryan P. Tyson*
Bryan P. Tyson

BPT/ra

cc: All counsel of record (via CM/ECF only)