IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **DONNA CURLING, ET AL.,** )<br>)<br>**Plaintiffs,** )<br>)<br>vs. )<br>)<br>**BRAD RAFFENSPERGER,** )<br>**ET AL.,** )<br>)<br>**Defendants.** ) | CIVIL ACTION<br><br>FILE NO. 1:17-cv-2989-AT |

## RULE 5.4 CERTIFICATE OF SERVICE OF DISCOVERY

Pursuant to Local Rule 5.4 the undersigned certifies that following Notices of Subpoena were served on counsel by email on December 22, 2020:

Kristi Royston, Gwinnett County Elections Director

Joseph Kirk, Barton County Elections Director

Shauna Dozier, Clayton County Elections Director

Cynthia Welch, Rockdale County Elections Director

Angela White-Davis, Newton County Elections Supervisor

Lori Wurtz, Hall County Elections Supervisor

This Certificate has been prepared in accordance with the requirements of LR 5.1 and served on all counsel via the PACER-ECF system.

This 22ⁿᵈ day of December, 2020.

>/s/ Bruce P. Brown
>Bruce P. Brown
>BRUCE P. BROWN LAW LLC
>1123 Zonolite Rd. NE, Suite 6
>Atlanta, Georgia 30306
>(404) 881-0700
>*Counsel for Plaintiff Coalition for Good Governance*