IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

DONNA CURLING, ET AL.,
Plaintiffs,

v.

BRAD RAFFENSPERGER, ET AL.,
Defendants.

Civil Action No. 1:17-CV-2989-AT

## ORDER

This matter coming before the Court on Curling Plaintiffs' Motion for Leave to Withdraw Appearance *pro hac vice* of John P. Carlin [Doc. 1041]. As the Court is advised Plaintiffs will continue to be represented by other counsel of record, it is hereby ordered that the Motion is **GRANTED**.

**IT IS SO ORDERED** this 11th day of January, 2021.

_____
U.S. District Court Judge Amy Totenberg