# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **DONNA CURLING, ET AL.,**<br>Plaintiffs,<br><br>v.<br><br>**BRAD RAFFENSPERGER, ET AL.,**<br>Defendants. | **Civil Action No. 1:17-CV-2989-AT** |

## ORDER

This matter coming before the Court on Curling Plaintiffs' Motion to Seal Portions of the Declaration of J. Alex Halderman Submitted in Support of Their Brief Regarding Standing [Doc. 1069]. Curling Plaintiffs have filed a redacted version of the Declaration of J. Alex Halderman on the public docket. Finding good cause for the sealing of the information in the declaration at this time, and subject to reexamination by the Court, it is hereby ordered that the Curling Plaintiffs' Motion is **GRANTED**. The Clerk **SHALL SEAL** the Declaration of J. Alex Halderman, filed provisionally under seal at Doc. 1068 until further order of the Court.

**IT IS SO ORDERED** this 18th day of February, 2021.

_____
U.S. District Court Judge Amy Totenberg