IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | CIVIL ACTION FILE |
| v. ) | |
| ) | NO. 1:17-CV-2989-AT |
| BRAD RAFFENSPERGER, et al., ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF APPEARANCE OF JAVIER PICO PRATS**

COMES NOW Javier Pico Prats of the law firm of Robbins Ross Alloy Belinfante Littlefield LLC, 500 14th Street., N.W., Atlanta, Georgia 30318, and hereby enters his appearance as additional counsel for the Secretary of State (Brad Raffensperger), the State Election Board, and individual State Election Board members (Rebecca Sullivan, David Worley, Anh Lee and Matthew Mashburn), and request that he be added to the docket as counsel for said defendants. Please direct all further pleadings, notices, orders, and other matters to him at the address below.

This 13th day of May, 2021.

/s/ *Javier Pico Prats*
Javier Pico Prats
Georgia Bar No. 664717
javier.picoprats@robbinsfirm.com
Robbins Ross Alloy Belinfante Littlefield LLC
500 14th Street, NW
Atlanta, GA 30318
Telephone: (678) 701-9381
Facsimile: (404) 856-3255

## **L.R. 7.1(D) CERTIFICATION**

I certify that this Notice has been prepared with one of the font and point selections approved by the Court in Local Rule 5.1(C).  Specifically, this Notice has been prepared using 14-pt Times New Roman Font.

*/s/ Javier Pico Prats*
Javier Pico Prats

# CERTIFICATE OF SERVICE

I hereby certify that on this day, I electronically filed the foregoing **NOTICE OF APPEARANCE OF JAVIER PICO PRATS** with the Clerk of Court using the CM/ECF system, which will automatically send counsel of record e-mail notification of such filing.

This 13th day of May, 2021.

*/s/ Javier Pico Prats*
Javier Pico Prats