IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, ET AL., **Plaintiffs,** v. BRAD RAFFENSPERGER, ET AL., **Defendants.** | Civil Action No. 1:17-CV-2989-AT |

# ORDER

This matter is before the Court on the Plaintiffs' Unopposed Motion for Extension of Time [Doc. 1100]. Based on the complete record, and finding good cause for the relief requested, it is hereby ordered that the Plaintiffs' Motion is **GRANTED**. The Plaintiffs shall file their supplemental brief on Wednesday, June 9, 2021 at 3:00 p.m. E.T.

**IT IS SO ORDERED** this 7th day of June, 2021.

_____
U.S. District Court Judge Amy Totenberg