IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | CIVIL ACTION FILE |
| vs. ) | |
| ) | NO. 1:17-cv-2989-AT |
| BRAD RAFFENSPERGER, ) | |
| et al., ) | |
| ) | |
| Defendants. | |

**ORDER ON STATE DEFENDANTS'
MOTION FOR EXTENSION OF TIME**

On June 7, 2021, this Court granted Plaintiffs' joint motion for an extension of time to file supplemental briefing regarding the recent discovery conference with the parties and the Court. [Doc. 1101]. This matter comes before the Court on State Defendants' motion for an equal extension of time. [Doc. 1102]. In the interests of fairness and efficiency, and finding good cause shown, the Court **GRANTS** State Defendants' motion. State Defendants shall file their supplemental brief on Wednesday June 9, 2021 at 3:00 p.m. ET.

SO ORDERED, THIS 7th day of June, 2021.

Hon. Amy Totenberg
U.S. District Judge