**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| DONNA CURLING, et al., | ) | |
| | ) | |
|     Plaintiffs, | ) | |
| | ) | Civil Action |
| v. | ) | |
| | ) | File No. 1:17-cv-02989-AT |
| BRAD RAFFENSPERGER, et al., | ) | |
| | ) | |
|     Defendants. | ) | |

**<u>CERTIFICATE OF SERVICE OF OBJECTIONS OF NON-PARTY
FORTALICE SOLUTIONS, LLC TO SUBPOENA SERVED BY
PLAINTIFFS DONNA CURLING, DONNA PRICE AND JEFFREY
SCHOENBERG</u>**

I hereby certify that I served objections to the subpoena issued to Non-Party

Fortalice Solutions, LLC, by Plaintiffs Donna Curling, Donna Price and Jeffrey

Schoenberg, by mailing an electronic copy in pdf format of its objections to the

following attorneys of record:

    Halsey G. Knapp, Jr.
    hknapp@khlawfirm.com
    Adam M. Sparks
    sparks@khlawfirm.com

Respectfully submitted, this 28th day of June, 2021.

WOMBLE BOND DICKINSON (US) LLP

By:   /s/  James E. Connelly
      James E. Connelly
      State Bar No. 181808

271 17th Street, N.W.
Suite 2400
Atlanta, GA  30363-1017          **Attorneys for Fortalice Solutions, LLC**
(404) 888-7496 direct phone
(404) 879-2928 direct fax
James.Connelly@wbd-us.com

## **CERTIFICATE OF SERVICE**

I hereby certify that I filed a copy of the foregoing **CERTIFICATE OF SERVICE OF OBJECTIONS OF NON-PARTY FORTALICE SOLUTIONS, LLC TO SUBPOENA SERVED BY PLAINTIFFS DONNA CURLING, DONNA PRICE AND JEFFREY SCHOENBERG**, with the Clerk's Office via the Court's CM/ECF System, which will automatically provide a service copy to all attorneys of record.

Respectfully submitted, this 28th day of June, 2021.

By:    /s/  James E. Connelly
James E. Connelly
State Bar No. 181808

WOMBLE BOND DICKINSON (US) LLP
271 17th Street, N.W.
Suite 2400
Atlanta, GA  30363-1017
(404) 888-7496 direct phone
(404) 879-2928 direct fax
James.Connelly@wbd-us.com