IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, *et al.*<br><br>*Plaintiffs,*<br><br>v.<br><br>BRAD RAFFENSPERGER, *et al.*,<br><br>*Defendants*. | CIVIL ACTION<br><br>FILE NO. 1:17-cv-2989-AT |

## **RULE 5.4 CERTIFICATE OF SERVICE**

Pursuant to Local Rule 5.4, Defendants Brad Raffensperger, Rebecca N. Sullivan, Sara Tindall Ghazal, Anh Le, and Matthew Mashburn (collectively, the "State Defendants"), in their official capacities by and through their counsel of record, hereby certify that on July 16, 2021, the undersigned served a true and correct copy of the following:

1. State Defendants' Expert Disclosures – Reports (Declarations of Drs. Juan Gilbert and Benjamin Adida),

upon the following counsel of record via email:

Cary Ichter
Ichter Davis LLC
Suite 1530
3340 Peachtree Road N.E. Atlanta,
Georgia 30326
cichter@ichterdavis.com

Bruce P. Brown Law LLC
1123 Zonolite Road, Suite 6 Atlanta,
Georgia 30306
bbrown@brucepbrownlaw.com

| | |
|---|---|
| David D. Cross | Halsey G. Knapp, Jr. |
| Lyle F. Hedgecock | Adam Martin Sparks |
| Mary G. Kaiser | Krevolin & Horst, LLC |
| Veronica Ascarrunz | One Atlantic Center, Suite 3250 |
| Jenna B. Conway | 1201 West Peachtree Street, NW |
| Robert W. Manoso | Atlanta, GA 30309 |
| Morrison & Foerster, LLP 2000 | hknapp@khlawfirm.com |
| Pennsylvania Avenue, NW | sparks@khlawfirm.com |
| Washington, DC 20006 | |
| dcross@mofo.com | |
| lhedgecock@mofo.com | |
| mkaiser@mofo.com | |
| vascarrunz@mofo.com | |
| jconaway@mofo.com | |
| rmanoso@mofo.com | |
| | |
| Kaye Burwell | Robert Alexander McGuire |
| David Lowman | Robert McGuire Law Firm |
| Cheryl Ringer | 113 Cherry Street #86685 |
| Fulton County Attorney's Office | Seattle, WA 98104-2206 |
| 141 Pryor Street, Suite 4038 | ram@lawram.com |
| Atlanta, Georgia 30303 | |
| kaye.burwell@fultoncountyga.gov | |
| david.lowman@fultoncountyga.gov | |
| cheryl.ringer@fultoncountyga.gov | |

This 19th day of July, 2021.

**Robbins Ross Alloy Belinfante Littlefield LLC**

Vincent R. Russo
Georgia Bar No.: 242628
vrusso@robbinsfirm.com
Joshua B. Belinfante
Georgia Bar No.: 047399
jbelinfante@robbinsfirm.com

2

Alexander F. Denton
Georgia Bar No.: 660632
adenton@robbinsfirm.com
Carey Miller
Georgia Bar No.:  976240
cmiller@robbinsfirm.com
500 14th Street, N.W.
Atlanta, GA 30318
Telephone:  (678) 701-9381
Facsimile:   (404) 856-3250

**TAYLOR ENGLISH DUMA LLP**

*/s/Bryan P. Tyson*
Bryan P. Tyson
GA Bar No. 515411
btyson@taylorenglish.com
Jonathan D. Crumly
Georgia Bar No. 199466
jcrumly@taylorenglish.com
R. Dal Burton
Georgia Bar No. 097890
dburton@taylorenglish.com
Diane Festin LaRoss
Georgia Bar No. 430830
dlaross@taylorenglish.com
James A. Balli
Georgia Bar No. 035828
jballi@taylorenglish.com
Bryan F. Jacoutot
Georgia Bar No. 668272
bjacoutot@taylorenglish.com
Loree Anne Paradise
lparadise@taylorenglish.com
1600 Parkwood Circle, Suite 200
Atlanta, GA 30339
Telephone: 770.434.6868

*Attorneys for State Defendants*

## CERTIFICATE OF COMPLIANCE

Pursuant to L.R. 7.1(D), the undersigned hereby certifies that the foregoing **RULE 5.4 CERTIFICATE OF SERVICE** has been prepared in Century Schoolbook 13, a font and type selection approved by the Court in L.R. 5.1(B).

/s/ Bryan P. Tyson
Bryan P. Tyson