# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, ET AL., )<br>)<br>　　　Plaintiffs, )<br>　　　　　　　　　　　　　　　)<br>vs.　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　)<br>BRAD RAFFENSPERGER, )<br>ET AL., )<br>　　　　　　　　　　　　　　　)<br>　　　Defendants. )<br>_____ ) | CIVIL ACTION<br><br>FILE NO. 1:17-cv-2989-AT |

## RULE 5.4 CERTIFICATE OF SERVICE OF DISCOVERY

Pursuant to Local Rule 5.4, I hereby certify that on July 30, 2021, the following discovery was served on all counsel of record by electronic delivery of a PDF version of same: (1) *Coalition Plaintiffs' Second Request for Admission to Fulton County Defendants;* and (2) *Coalition Plaintiffs' Second Set of Interrogatories to Fulton County Defendants*.

I further certify that a copy of the foregoing Rule 5.4 Certificate of Service of Discovery was electronically filed with the Clerk of Court using the CM/ECF system which will automatically send notification of such filing to all attorneys of record.

This 2nd day of August, 2021.

/s/ Cary Ichter
CARY ICHTER
Georgia Bar No. 382515
**ICHTER DAVIS LLC**
3340 Peachtree Road NE, Suite 1530
Atlanta, Georgia 30326
Tel.: 404.869.7600
Fax: 404.869.7610
cichter@ichterdavis.com

AND

Bruce P. Brown
Georgia Bar No. 064460
bbrown@brucebrownlaw.com
**Bruce P. Brown Law LLC**
1123 Zonolite Road NE, Suite 6
Atlanta, Georgia 30306
Tel.:  404.881.0700

AND

Robert A. McGuire, III
Admitted Pro Hac Vice (ECF No. 125)
113 Cherry Street, #86685
Seattle, Washington  98104
Tel: 253.267.8530

*Attorneys for Plaintiffs Coalition for Good Governance, William Digges III, Laura Digges, Ricardo Davis, and Megan Missett*

- 3 -

## CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing document has been prepared in accordance with the font type and margin requirements of LR 5.1, using font type of Times New Roman and a point size of 14.

                                                                   */s/ Cary Ichter*
                                                                   Cary Ichter
                                                                   Georgia Bar No. 382515