# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, ET AL., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | CIVIL ACTION |
| vs. ) | |
| ) | FILE NO. 1:17-cv-2989-AT |
| BRAD RAFFENSPERGER, ) | |
| ET AL., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

## RULE 5.4 CERTIFICATE OF SERVICE OF DISCOVERY

Pursuant to Local Rule 5.4 and pursuant to the Court's Amended Scheduling Order (Doc. 1093), I hereby certify that on August 2, 2021, Coalition Plaintiffs' Rebuttal Expert Disclosures – Reports (Eighth Declaration of Philip B. Stark and Appendix thereto) were on all counsel of record by electronic delivery of a PDF version of same.

I further certify that a copy of the foregoing Rule 5.4 Certificate of Service of Discovery was electronically filed with the Clerk of Court using the CM/ECF system which will automatically send notification of such filing to all attorneys of record.

This 2nd day of August, 2021.

*/s/ Cary Ichter*
CARY ICHTER
Georgia Bar No. 382515
**ICHTER DAVIS LLC**
3340 Peachtree Road NE, Suite 1530
Atlanta, Georgia 30326
Tel.: 404.869.7600
Fax: 404.869.7610
cichter@ichterdavis.com

AND

Bruce P. Brown
Georgia Bar No. 064460
bbrown@brucebrownlaw.com
**Bruce P. Brown Law LLC**
1123 Zonolite Road NE, Suite 6
Atlanta, Georgia 30306
Tel.:  404.881.0700

AND

Robert A. McGuire, III
Admitted Pro Hac Vice (ECF No. 125)
113 Cherry Street, #86685
Seattle, Washington  98104
Tel: 253.267.8530

*Attorneys for Plaintiffs Coalition for Good Governance, William Digges III, Laura Digges, Ricardo Davis, and Megan Missett*

- 3 -

## CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing document has been prepared in accordance with the font type and margin requirements of LR 5.1, using font type of Times New Roman and a point size of 14.

                                              */s/ Cary Ichter*
                                              Cary Ichter
                                              Georgia Bar No. 382515