# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> BRAD RAFFENSPERGER, *et al.*, <br><br> Defendants. | Civil Action File <br><br> No. 1:17-cv-2989-AT |

## RULE 5.4 CERTIFICATE OF SERVICE

Pursuant to Local Rule 5.4, counsel for State Defendants hereby certifies that on August 13, 2021, State Defendants produced documents bates labeled **STATE-DEFENDANTS-00102406 through STATE-DEFENDANTS-00113651**, upon the following counsel of record via electronic mail:

| | |
|---|---|
| David D. Cross <br> Veronica Ascarrunz <br> Lyle P. Hedgecock <br> Mary G. Kaiser <br> Robert W. Manoso <br> Morrison & Foerster LLP <br> 2000 Pennsylvania Avenue, NW <br> Suite 6000 <br> Washington, DC 20006 <br> Telephone: (202) 887-1500 <br> DCross@mofo.com <br> VAscarrunz@mofo.com <br> LHedgecock@mofo.com <br> MKaiser@mofo.com <br> RManoso@mofo.com | Kaye Burwell <br> David Lowman <br> Cheryl Ringer <br> Fulton County Attorney's Office <br> 141 Pryor Street, Ste. 4038 <br> Atlanta, Georgia 30303 <br> kaye.burwell@fultoncounty.gov <br> david.lowman@fultoncountyga.gov <br> cheryl.ringer@fultoncountyga.gov <br><br> *Counsel for the Fulton County Defendants* |

Halsey G. Knapp, Jr.
Adam M. Sparks
Krevolin & Horst, LLC
1201 West Peachtree Street, NW
Suite 3250
Atlanta, GA 30309
HKnapp@khlawfirm.com
Sparks@khlawfirm.com

*Counsel for Plaintiffs Donna Curling, Donna Price & Jeffrey Schoenberg*

Bruce P. Brown
BRUCE P. BROWN LAW LLC
1123 Zonolite Rd. NE
Suite 6
Atlanta, Georgia 30306
bbrown@brucepbrownlaw.com

Robert A. McGuire, III
ROBERT MCGUIRE LAW FIRM
113 Cherry St. #86685
Seattle, Washington 98104-2205
ram@lawram.com

*Counsel for Coalition for Good Governance*

Cary Ichter
ICHTER DAVIS LLC
3340 Peachtree Road NE
Atlanta, Georgia 30326
cichter@ichterdavis.com

*Counsel for William Digges III,
Laura Digges, Ricardo Davis &
Megan Missett*

This 13th day of August, 2021.

/s/ Carey Miller
Vincent R. Russo
Georgia Bar No. 242628
vrusso@robbinsfirm.com
Josh Belinfante
Georgia Bar No. 047399
jbelinfante@robbinsfirm.com
Carey A. Miller
Georgia Bar No. 976240
cmiller@robbinsfirm.com
Alexander Denton
Georgia Bar No. 660632
adenton@robbinsfirm.com
Brian E. Lake
Georgia Bar No. 575966
blake@robbinsfirm.com
Robbins Ross Alloy Belinfante Littlefield LLC
500 14th Street, N.W.
Atlanta, Georgia 30318
Telephone: (678) 701-9381
Facsimile: (404) 856-3255

Bryan P. Tyson
Georgia Bar No. 515411
btyson@taylorenglish.com
Bryan F. Jacoutot
Georgia Bar No. 668272
bjacoutot@taylorenglish.com
Diane F. LaRoss
Georgia Bar No. 430830
dlaross@taylorenglish.com
Loree Anne Paradise
Georgia Bar No. 382202

lparadise@taylorenglish.com
Jonathan D. Crumly
Georgia Bar No. 199466
jcrumly@taylorenglish.com
James A. Balli
Georgia Bar No. 035828
jballi@taylorenglish.com
Taylor English Duma LLP
1600 Parkwood Circle, Suite 200
Atlanta, GA 30339
Telephone:  770-434-6868

*Attorneys for State Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that I have this day filed the within and foregoing **RULE 5.4 CERTIFICATE** by using the CM/ECF system, which will automatically send an email notification of such filing to all counsel of record.

This 13th day of August, 2021.

*/s/ Carey Miller*
Carey Miller