IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, *et al.* <br><br> *Plaintiffs,* <br><br> v. <br><br> BRAD RAFFENSPERGER, *et al.*, <br><br> *Defendants.* | CIVIL ACTION <br><br> FILE NO. 1:17-cv-2989-AT |

## **RULE 5.4 CERTIFICATE OF SERVICE**

Pursuant to Local Rule 5.4, Defendants Brad Raffensperger, Rebecca N. Sullivan, Sara Tindall Ghazal, Anh Le, and Matthew Mashburn (collectively, the "State Defendants"), in their official capacities by and through their counsel of record, hereby certify that on August 16, 2021, the undersigned served a true and correct copy of the following:

1. Defendant Anh Le's First Interrogatories to Plaintiff Donna Curling;
2. Defendant Anh Le's First Interrogatories to Plaintiff Jeffrey Schoenberg;
3. Defendant Anh Le's First Interrogatories to Plaintiff Donna Price;
4. Defendant Anh Le's First Interrogatories to Plaintiff Coalition for Good Governance;
5. Defendant Anh Le's First Interrogatories to Plaintiff Laura Digges;
6. Defendant Anh Le's First Interrogatories to Plaintiff William Digges, III;

7. Defendant Anh Le's First Interrogatories to Plaintiff Ricardo Davis;
8. Defendant Anh Le's First Interrogatories to Plaintiff Megan Missett;
9. State Defendants' Second Request for Production of Documents to Donna Curling;
10. State Defendants' Second Request for Production of Documents to Jeffrey Schoenberg;
11. State Defendants' Second Request for Production of Documents to Donna Price;
12. State Defendants' Second Request for Production of Documents to Coalition for Good Governance;
13. State Defendants' Second Request for Production of Documents to Laura Digges;
14. State Defendants' Second Request for Production of Documents to William Digges, III;
15. State Defendants' Second Request for Production of Documents to Ricardo Davis; and
16. State Defendants' Second Request for Production of Documents to Megan Misset.

upon the following counsel of record via email:

Cary Ichter
Ichter Davis LLC
Suite 1530
3340 Peachtree Road N.E. Atlanta, Georgia 30326
cichter@ichterdavis.com

Bruce P. Brown Law LLC
1123 Zonolite Road, Suite 6 Atlanta, Georgia 30306
bbrown@brucepbrownlaw.com

David D. Cross
Lyle F. Hedgecock
Mary G. Kaiser
Veronica Ascarrunz
Jenna B. Conway
Robert W. Manoso
Morrison & Foerster, LLP 2000 Pennsylvania Avenue, NW

Halsey G. Knapp, Jr.
Adam Martin Sparks
Krevolin & Horst, LLC
One Atlantic Center, Suite 3250
1201 West Peachtree Street, NW
Atlanta, GA 30309
hknapp@khlawfirm.com
sparks@khlawfirm.com

2

Washington, DC 20006
dcross@mofo.com
lhedgecock@mofo.com
mkaiser@mofo.com
vascarrunz@mofo.com
jconaway@mofo.com
rmanoso@mofo.com

| | |
|---|---|
| Kaye Burwell | Robert Alexander McGuire |
| David Lowman | Robert McGuire Law Firm |
| Cheryl Ringer | 113 Cherry Street #86685 |
| Fulton County Attorney's Office | Seattle, WA 98104-2206 |
| 141 Pryor Street, Suite 4038 | ram@lawram.com |
| Atlanta, Georgia 30303 | |
| kaye.burwell@fultoncountyga.gov | |
| david.lowman@fultoncountyga.gov | |
| cheryl.ringer@fultoncountyga.gov | |

    This 17th day of August, 2021.

**Robbins Ross Alloy Belinfante Littlefield LLC**

Vincent R. Russo
Georgia Bar No.: 242628
vrusso@robbinsfirm.com
Joshua B. Belinfante
Georgia Bar No.: 047399
jbelinfante@robbinsfirm.com
Alexander F. Denton
Georgia Bar No.: 660632
adenton@robbinsfirm.com
Carey Miller
Georgia Bar No.:  976240
cmiller@robbinsfirm.com
500 14th Street, N.W.
Atlanta, GA 30318
Telephone: (678) 701-9381

Facsimile: (404) 856-3250

**TAYLOR ENGLISH DUMA LLP**

*/s/R. Dal Burton*
Bryan P. Tyson
GA Bar No. 515411
btyson@taylorenglish.com
Jonathan D. Crumly
Georgia Bar No. 199466
jcrumly@taylorenglish.com
R. Dal Burton
Georgia Bar No. 097890
dburton@taylorenglish.com
Diane Festin LaRoss
Georgia Bar No. 430830
dlaross@taylorenglish.com
James A. Balli
Georgia Bar No. 035828
jballi@taylorenglish.com
Bryan F. Jacoutot
Georgia Bar No. 668272
bjacoutot@taylorenglish.com
Loree Anne Paradise
lparadise@taylorenglish.com
1600 Parkwood Circle, Suite 200
Atlanta, GA 30339
Telephone: 770.434.6868

*Attorneys for State Defendants*

## **CERTIFICATE OF COMPLIANCE**

Pursuant to L.R. 7.1(D), the undersigned hereby certifies that the foregoing **RULE 5.4 CERTIFICATE OF SERVICE** has been prepared in Century Schoolbook 13, a font and type selection approved by the Court in L.R. 5.1(B).

/s/ R. Dal Burton
R. Dal Burton