# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, ET AL., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | CIVIL ACTION |
| v. ) | |
| ) | FILE NO. 1:17-cv-2989-AT |
| BRAD RAFFENSPERGER, ) | |
| ET AL., ) | |
| ) | |
| Defendants. ) | |

## RULE 5.4 CERTIFICATE OF SERVICE OF DISCOVERY

Pursuant to Local Rule 5.4, the undersigned hereby certifies that that on August 20, 2021, Plaintiffs Coalition for Good Governance, Megan Missett, Laura Digges, Williams Digges, and Ricardo Davis ("Coalition Plaintiffs"), by and through their counsel of record, served a true and correct copy of the following discovery requests – *Coalition Plaintiffs' Second Request for Production of Documents to Fulton County Defendants* - on all counsel of record by electronic delivery of a PDF version of same.

This 20th day of August, 2021.

*/s/ Cary Ichter*
CARY ICHTER
Georgia Bar No. 382515

**ICHTER DAVIS LLC**
3340 Peachtree Road NE, Suite 1530
Atlanta, Georgia 30326
Tel.: 404.869.7600
cichter@ichterdavis.com

*Counsel for Plaintiffs William Digges III, Laura Digges, Ricardo Davis, and Megan Missett*

AND

Bruce P. Brown
Georgia Bar No. 064460
**Bruce P. Brown Law LLC**
1123 Zonolite Road NE, Suite 6
Atlanta, Georgia 30306
Tel.: 404.881.0700
bbrown@brucebrownlaw.com

Robert A. McGuire, III
Admitted Pro Hac Vice (ECF No. 125)
**ROBERT MCGUIRE LAW FIRM**
113 Cherry St. #86685
Seattle, Washington 98104-2205
Tel.: 253.267.8530
ram@lawram.com

*Counsel for Plaintiff Coalition for Good Governance*

## CERTIFICATE OF COMPLIANCE

      I hereby certify that the foregoing document has been prepared in accordance with the font type and margin requirements of LR 5.1, using font type of Times New Roman and a point size of 14.

                                                  */s/ Cary Ichter*
                                                 Cary Ichter
                                                 Georgia Bar No. 382515

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| DONNA CURLING, ET AL.,     ) | |
| ) | |
| Plaintiffs,     ) | |
| ) | CIVIL ACTION |
| v.     ) | |
| ) | FILE NO. 1:17-CV-2989-AT |
| BRAD RAFFENSPERGER,     ) | |
| ET AL.,     ) | |
| ) | |
| Defendants.     ) | |

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 17, 2020, I filed a copy of the foregoing **RULE 5.4 CERTIFICATE**, with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to all attorneys of record.

                                              */s/ Cary Ichter*
                                              Cary Ichter
                                              Georgia Bar No. 382515