# ROBERT MCGUIRE
# LAW FIRM

**WASHINGTON**:

113 Cherry St. #86685
Seattle, Washington  98104-2205

**COLORADO**:

1624 Market St. Ste. 226 #86685
Denver, Colorado  80202-2523

www.lawram.com

August 23, 2021

<u>*Via CM/ECF*</u>

Mr. Harry Martin
Courtroom Deputy Clerk for
The Honorable Amy Totenberg
2388 United States Courthouse
75 Ted Turner Drive, SW
Atlanta, GA 30303-3309

    Re:    *Curling, et al. v. Raffensperger, et al.*, No. 1:17-cv-02989-AT
              <u>Request for Leave of Absence Less Than 21 Days</u>

Dear Mr. Martin:

I am co-lead counsel for Plaintiff Coalition for Good Governance in the above matter.

Pursuant to Local Rule 83.1(E)(4) NDGa (June 18, 2020) and Standing Order: Guidelines to Parties and Counsel in Cases Proceeding Before the Honorable Amy Totenberg § II.(c)(iii), I write to advise that I will be absent from work and unavailable during the following period, less than twenty-one days, and I respectfully request that this case not be calendared during this period of my absence:

- Friday, September 3–Monday, September 13, 2021— Reason: Absence from office for personal commitments.

Please contact me with any questions you may have.

                    Very truly yours,

                    <u>*/s/ Robert Alexander McGuire, III*</u>
                    ROBERT ALEXANDER MCGUIRE, III
                    Admitted Pro Hac Vice (ECF No. 125)

T/F (Seattle): (253) 267-8530 • T/F (Denver): (720) 420-1395 • Email: ram@lawram.com

Mr. Harry Martin
Re: Request for Leave of Absence Less Than 21 Days
August 23, 2021
Page 2

                                Washington Bar No. 50649

                                ROBERT MCGUIRE LAW FIRM
                                113 Cherry St. #86685
                                Seattle, WA  98104-2205
                                ram@lawram.com
                                (253) 267-8530


*/s/ Bruce P. Brown*
Bruce P. Brown
Georgia Bar No. 064460
BRUCE P. BROWN LAW LLC
1123 Zonolite Rd. NE
Suite 6
Atlanta, Georgia 30306
(404) 881-0700

*Counsel for Coalition for Good Governance*

2

Mr. Harry Martin
Re: Request for Leave of Absence Less Than 21 Days
August 23, 2021
Page 3

## CERTIFICATE OF SERVICE

      I hereby certify that on August 23, 2021, I electronically filed the foregoing REQUEST FOR LEAVE OF ABSENCE with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to all attorneys of record, according to the Court's Electronic Mail Notice List.

                                  */s/ Robert A. McGuire, III*
                                  **Robert A. McGuire, III**
                                  Admitted Pro Hac Vice (ECF No. 125)

                                  *Attorney for Plaintiff Coalition for Good Governance*

                                  ROBERT MCGUIRE LAW FIRM
                                  113 Cherry St. #86685
                                  Seattle, WA  98104-2205
                                  ram@lawram.com
                                  (253) 267-8530

*/s/ Bruce P. Brown*
Bruce P. Brown
Georgia Bar No. 064460
BRUCE P. BROWN LAW LLC
1123 Zonolite Rd. NE
Suite 6
Atlanta, Georgia 30306
(404) 881-0700

*Counsel for Coalition for Good Governance*