IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, et al; <br><br> Plaintiffs, <br><br> v. <br><br> BRAD RAFFENSPERGER, et al.; <br><br> Defendants. | ) ) ) ) ) ) ) ) CIVIL ACTION ) FILE NO: 1:17cv02989-AT ) ) ) ) ) ) ) |

**RULE 5.2 CERTIFICATE OF SERVICE OF DISCOVERY**

I hereby certify that on this date I have electronically filed the foregoing **FULTON COUNTY DEFENDANTS' RESPONSE TO COALITION PLAINTIFFS' SECOND REQUESTS FOR ADMISSION** with the Clerk of Court using the CM/ECF system, with the Clerk of Court using the CM/ECF system, which will send email notification of such filing to all attorneys of record.

This 30th day of August, 2021.

                                              */s/ David R. Lowman*
                                              David R. Lowman
                                              Georgia Bar Number: 460298
                                              david.lowman@fultoncountyga.gov