# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **DONNA CURLING, ET AL.,** )<br>)<br>     **Plaintiffs,**  )<br>) | <br><br>**CIVIL ACTION** |
| **vs.** ) )| **FILE NO. 1:17-cv-2989-AT** |
| **BRAD RAFFENSPERGER,**   )<br> **ET AL.,**  )<br>)<br>     **Defendants.**  ) | |

## RULE 5.4 CERTIFICATE OF SERVICE OF DISCOVERY

Pursuant to Local Rule 5.4 the undersigned certifies that following was served on all counsel by email on September 14, 2021: **Megan Missett, Ricardo Davis, Laura Digges and William Digges' Objections and Responses to State Defendants' Second Request for Production of Documents**.

This Certificate has been prepared in accordance with the requirements of LR 5.1 and served on all counsel via the CM/ECF system.

This 14th day of September, 2021.

                                            */s/ Cary Ichter*
                                            CARY ICHTER
                                            Georgia Bar No. 382515
                                            **ICHTER DAVIS LLC**
                                            3340 Peachtree Road NE, Ste. 1530
                                            Atlanta, Georgia 30326
                                            Tel.: 404.869.7600

Fax: 404.869.7610
cichter@ichterdavis.com

*Counsel for Plaintiffs Megan Missett, Ricardo Davis, Laura Digges and William Digges*