# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, ET AL., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | CIVIL ACTION |
| vs. ) | |
| ) | FILE NO. 1:17-cv-2989-AT |
| BRAD RAFFENSPERGER, ) | |
| ET AL., ) | |
| ) | |
| Defendants. ) | |

## RULE 5.4 CERTIFICATE OF SERVICE OF DISCOVERY

Pursuant to Local Rule 5.4 the undersigned certifies that the following discovery document was served on counsel by email on September 15, 2021: **Coalition for Good Governance's Objections and Responses to Defendant Anh Le's First Interrogatories**.

This Certificate has been prepared in accordance with the requirements of LR 5.1 and served on all counsel via the CM/ECF system.

This 16th day of September, 2021.

*/s/ Cary Ichter*
CARY ICHTER
Georgia Bar No. 382515
**ICHTER DAVIS LLC**
3340 Peachtree Road NE, Suite 1530
Atlanta, Georgia 30326

Tel.: 404.869.7600
cichter@ichterdavis.com

*Attorney for Megan Missett, Ricardo Davis, Laura Digges and William Digges*

and

BRUCE P. BROWN
Georgia Bar 064460
BRUCE P. BROWN LAW LLC
1123 Zonolite Road, Suite 6
Atlanta, Georgia 30306
(404) 881-0700
bbrown@brucepbrownlaw.com

*Attorney for Coalition for Good Governance*