IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, *et al.*, <br><br>　*Plaintiffs*, <br><br>　v. <br><br>BRAD RAFFENSPERGER, *et al.*, <br><br>　*Defendants*. | Civil Action File <br><br> No. 1:17-CV-2989-AT |

## RULE 5.4 CERTIFICATE OF SERVICE

Pursuant to Local Rule 5.4, Defendants Brad Raffensperger, Rebecca N. Sullivan, Sara Tindall Ghazal, Anh Le, and Matthew Mashburn (collectively, the "State Defendants"), in their official capacities by and through their counsel of record, hereby certify that the undersigned served a true and correct copy of the following:

- State Defendants' Responses and Objections to Curling Plaintiff's Third Set of Interrogatories; and

- State Defendants' Objections and Responses to Curling Plaintiff's Fourth Requests for Production of Documents to State Defendants.

upon the following counsel of record via electronic mail:

| | |
|---|---|
| David D. Cross <br> Veronica Ascarrunz <br> Lyle P. Hedgecock <br> Mary G. Kaiser | Kaye Burwell <br> David Lowman <br> Cheryl Ringer |

-2-

Robert W. Manoso
Morrison & Foerster LLP
2000 Pennsylvania Avenue, NW
Suite 6000
Washington, DC 20006
Telephone: (202) 887-1500
DCross@mofo.com
VAscarrunz@mofo.com
LHedgecock@mofo.com
MKaiser@mofo.com
RManoso@mofo.com

Halsey G. Knapp, Jr.
Adam M. Sparks
Krevolin & Horst, LLC
1201 West Peachtree Street, NW
Suite 3250
Atlanta, GA 30309
HKnapp@khlawfirm.com
Sparks@khlawfirm.com

*Counsel for Plaintiffs Donna Curling, Donna Price & Jeffrey Schoenberg*

Bruce P. Brown
BRUCE P. BROWN LAW LLC
1123 Zonolite Rd. NE
Suite 6
Atlanta, Georgia 30306
bbrown@brucepbrownlaw.com

Robert A. McGuire, III
ROBERT MCGUIRE LAW FIRM
113 Cherry St. #86685
Seattle, Washington 98104-2205
ram@lawram.com

Fulton County Attorney's Office
141 Pryor Street, Ste. 4038
Atlanta, Georgia 30303
kaye.burwell@fultoncounty.gov
david.lowman@fultoncountyga.gov
cheryl.ringer@fultoncountyga.gov

*Counsel for the Fulton County Defendants*

*Counsel for Coalition for Good Governance*

Cary Ichter
ICHTER DAVIS LLC
3340 Peachtree Road NE
Atlanta, Georgia 30326
cichter@ichterdavis.com
*Counsel for William Digges III, Laura Digges, Ricardo Davis & Megan Missett*

This 4th day of October, 2021.

                                        */s/ Vincent R. Russo*
                                        Vincent R. Russo
Georgia Bar No. 242628
vrusso@robbinsfirm.com
Josh Belinfante
Georgia Bar No. 047399
jbelinfante@robbinsfirm.com
Carey A. Miller
Georgia Bar No. 976240
cmiller@robbinsfirm.com
Alexander Denton
Georgia Bar No. 660632
adenton@robbinsfirm.com
Brian E. Lake
Georgia Bar No. 575966
blake@robbinsfirm.com
Javier Pico-Prats
Georgia Bar No.  664717
jprats@robbinsfirm.com
Robbins Ross Alloy Belinfante Littlefield LLC
500 14th Street, N.W.
Atlanta, Georgia 30318
Telephone:  (678) 701-9381

Facsimile:   (404) 856-3255

Bryan P. Tyson
Georgia Bar No. 515411
btyson@taylorenglish.com
Bryan F. Jacoutot
Georgia Bar No. 668272
bjacoutot@taylorenglish.com
Diane F. LaRoss
Georgia Bar No. 430830
dlaross@taylorenglish.com
Loree Anne Paradise
Georgia Bar No. 382202
lparadise@taylorenglish.com
Jonathan D. Crumly
Georgia Bar No. 199466
jcrumly@taylorenglish.com
James A. Balli
Georgia Bar No. 035828
jballi@taylorenglish.com
Taylor English Duma LLP
1600 Parkwood Circle, Suite 200
Atlanta, GA 30339
Telephone:  770-434-6868

*Attorneys for State Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that I have this day filed the within and foregoing **RULE 5.4 CERTIFICATE** by using the CM/ECF system, which will automatically send an email notification of such filing to all counsel of record.

This 4th day of October, 2021.

*/s/ Vincent R. Russo*
Vincent R. Russo