# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:17-cv-02989-AT
## Curling et al v. Raffensperger et al
## Honorable Amy Totenberg

Minute Sheet for proceedings held on 10/07/2021.

TIME COURT COMMENCED: 4:00 P.M.
TIME COURT CONCLUDED: 4:50 P.M.        COURT REPORTER: Shannon Welch
TIME IN COURT: 00:50                   DEPUTY CLERK: Harry Martin
OFFICE LOCATION: Atlanta

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Joshua Belinfante representing The State Election Board<br>Bruce Brown representing Coalition for Good Governance<br>David Cross representing Donna Curling<br>Halsey Knapp representing Donna Curling<br>David Lowman representing The Fulton County Board of Registration and Elections<br>Carey Miller representing The State Election Board<br>Javier Pico-Prats representing The State Election Board<br>Vincent Russo representing The State Election Board<br>Bryan Tyson representing The State Election Board |
| PROCEEDING CATEGORY: | Telephone Conference(Other Proceeding Non-evidentiary); |
| MINUTE TEXT: | The Court addressed the parties Joint Discovery Statement Regarding State Defendants Response to Curling Plaintiffs Second Set of Interrogatories and Curling Plaintiffs Cybersecurity and Infrastructure Security Agency (CISA) Request (Doc. 1177). The Court directed the Plaintiffs to narrow the scope of the Curling Plaintiffs Second Set of Interrogatories and to focus on those interrogatories that they viewed as most essential. The Court then directed the Defendants to review the Plaintiffs narrowed set of interrogatories and to act in good faith in producing additional documents and making concrete objections. Additionally, the Court stated that it would consider allowing the disclosure of Dr. Haldermans report to CISA in the event that CISA filed or submitted a formal request to the Court to obtain the report as well as supplied or referenced information as to the general security measures for |

protecting the material. The Court also considered three other discovery issues. The Court directed the State Defendants to provide the Curling Plaintiffs with the voting histories of the three Curling Plaintiffs yet to be deposed by October 12, 2021. Moreover, the Court advised the parties to confer on the State Defendants Freedom of Information Act (FOIA) request to the University of Michigan concerning Dr. Haldermans work. Finally, the State Defendants will complete their rolling document production by October 8, 2021 (with the possibility of a small amount of wrap up by October 22nd). The parties will exchange privilege logs on October 22, 2021, two weeks after the completion of rolling production.

HEARING STATUS:    Hearing Concluded