IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| DONNA CURLING, ET AL., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | CIVIL ACTION |
| vs. | ) | |
| | ) | FILE NO. 1:17-cv-2989-AT |
| BRAD RAFFENSPERGER, | ) | |
| ET AL., | ) | |
| | ) | |
| Defendants. | ) | |

## RULE 5.4 CERTIFICATE OF SERVICE OF DISCOVERY

Pursuant to Local Rule 5.4 the undersigned certifies that the following discovery documents were served on counsel by email on October 15, 2021:

**(1)** Coalition Plaintiffs' Third Requests for Production of Documents to Fulton County Defendants; and

**(2)** Coalition Plaintiffs' Supplemental Requests for Production of Documents to State Defendants (October 15, 2021).

This Certificate has been prepared in accordance with the requirements of LR 5.1 and served on all counsel via the CM/ECF system.

This 18th day of October, 2021.

                                          */s/ Cary Ichter*
                                          CARY ICHTER
                                          Georgia Bar No. 382515

**ICHTER DAVIS LLC**
3340 Peachtree Road NE, Suite 1530
Atlanta, Georgia 30326
Tel.: 404.869.7600
cichter@ichterdavis.com

*Attorney for Coalition Plaintiffs - Megan Missett, Ricardo Davis, Laura Digges and William Digges*