**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

|  |  |  |
|---|---|---|
| DONNA CURLING, ET. AL | ) | |
| | ) | CIVIL ACTION FILE NO. |
| | ) | 1:17-CV-02989-AT |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| BRAD RAFFENSPERGER, *et al.,* | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

## <u>NOTICE OF APPEARANCE OF NANCY L. ROWAN</u>

COMES NOW, the undersigned attorney at law and files this Notice of
Appearance of **NANCY L. ROWAN** as counsel for Defendants Fulton County
Board of Registration and Elections ("FCBRE"), Director Richard Barron,
members of the FCBRE Cathy Woolard, Teresa K. Crawford, Kathleen D. Ruth,
Mark Wingate, and Aaron Johnson. It is requested that the Clerk forward notice of
all hearings, motions and trials in the above-styled action to the undersigned.

Respectfully submitted this 21st day of October, 2021.

**OFFICE OF THE FULTON COUNTY
ATTORNEY**

Kaye W. Burwell
Interim County Attorney
Georgia Bar No. 775060
Kaye.burwell@fultoncountyga.gov

Cheryl M. Ringer
Georgia Bar No. 557420
Cheryl.ringer@fultoncountyga.gov

**_/s/ Nancy L. Rowan_**
Nancy L. Rowan
Georgia Bar No. 431076
Nancy.rowan@fultoncountyga.gov

141 Pryor Street, S.W.
Suite 4038
Atlanta, Georgia 30303
(404) 612-0246 (office)
(404) 730-6324 (facsimile)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| DONNA CURLING, ET. AL | ) | |
| | ) | CIVIL ACTION FILE NO. |
| | ) | 1:17-CV-02989-AT |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| BRAD RAFFENSPERGER, *et al.,* | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

## CERTIFICATE OF SERVICE

THIS IS TO CERTIFY that on this day, I presented the **NOTICE OF APPEARANCE OF NANCY L. ROWAN** with the Clerk of Court using the CM/ECF system, which automatically sends counsel of record e-mail notification of such filing.

*/s/ Nancy L. Rowan*
Nancy L. Rowan
Georgia Bar No. 431076
Nancy.rowan@fultoncountyga.gov

**OFFICE OF THE FULTON COUNTY ATTORNEY**
141 Pryor Street, S.W.
Suite 4038
Atlanta, Georgia 30303
(404) 612-0246 (office)
(404) 730-6324 (facsimile)