**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| **DONNA CURLING, ET AL.,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | **CIVIL ACTION** |
| **vs.** ) | |
| ) | **FILE NO. 1:17-cv-2989-AT** |
| **BRAD RAFFENSPERGER,** ) | |
| **ET AL.,** ) | |
| ) | |
| **Defendants.** ) | |

## RULE 5.4 CERTIFICATE OF SERVICE OF DISCOVERY

Pursuant to Local Rule 5.4 the undersigned certifies that the following discovery documents were served on counsel by email on October 29, 2021:

(1) Coalition Plaintiffs' Third Set of Requests for Admission to Fulton County Defendants; and

(2) Plaintiff Megan Missett's First Continuing Interrogatories to Fulton County Defendants.

This Certificate has been prepared in accordance with the  requirements of LR 5.1 and served on all counsel via the CM/ECF system.

This 29th day of October, 2021.

/s/ Cary Ichter
CARY ICHTER
Georgia Bar No. 382515
**ICHTER DAVIS LLC**
3340 Peachtree Road NE, Suite 1530
Atlanta, Georgia 30326
Tel.: 404.869.7600
cichter@ichterdavis.com

*Attorney for Megan Missett, Ricardo Davis, Laura Digges and William Digges, III*