# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| DONNA CURLING, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | CIVIL ACTION FILE |
| v. | ) | |
| | ) | NO. 1:17-CV-2989-AT |
| BRAD RAFFENSPERGER, et al., | ) | |
| | ) | |
| Defendants. | ) | |

_____

## NOTICE OF APPEARANCE OF MELANIE L. JOHNSON

COMES NOW Melanie L. Johnson of the law firm of Robbins Alloy

Belinfante Littlefield LLC, 500 14th Street., N.W., Atlanta, Georgia 30318, and

hereby enters her appearance as additional counsel for the Secretary of State

(Brad Raffensperger), the State Election Board, and individual State Election

Board members (Rebecca Sullivan, Sarah Tindall Ghazal, Matthew Mashburn, and

Anh Lee), and request that she be added to the docket as counsel for said

defendants.  Please direct all further pleadings, notices, orders, and other matters to

her at the address below.

This 1st day of November, 2021.

/s/ Melanie L. Johnson
Melanie L. Johnson
Georgia Bar No. 466756
mjohnson@robbinsfirm.com
Robbins Alloy Belinfante Littlefield LLC
500 14th Street, NW
Atlanta, GA 30318
Telephone:   (678) 701-9381
Facsimile:    (404) 856-3255

## **<u>L.R. 7.1(D) CERTIFICATION</u>**

I certify that this Notice has been prepared with one of the font and point selections approved by the Court in Local Rule 5.1(C).  Specifically, this Notice has been prepared using 14-pt Times New Roman Font.

*/s/ Melanie L. Johnson*
Melanie L. Johnson

## CERTIFICATE OF SERVICE

I hereby certify that on this day, I electronically filed the foregoing

**NOTICE OF APPEARANCE OF MELANIE L. JOHNSON** with the Clerk of

Court using the CM/ECF system, which will automatically send counsel of record

e-mail notification of such filing.

This 1st day of November, 2021.


/s/ *Melanie L. Johnson*
Melanie L. Johnson