# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Civil Action |
| v. ) | |
| ) | File No. 1:17-cv-02989-AT |
| BRAD RAFFENSPERGER, et al., ) | |
| ) | |
| Defendants. ) | |

**CERTIFICATE OF SERVICE OF OBJECTIONS OF NON-PARTY FORTALICE SOLUTIONS, LLC TO SUBPOENA SERVED BY PLAINTIFFS DONNA CURLING, DONNA PRICE AND JEFFREY SCHOENBERG**

I hereby certify that I served a response and objection to the subpoena issued to Non-Party Fortalice Solutions, LLC, by Plaintiffs Donna Curling, Donna Price and Jeffrey Schoenberg, by mailing an electronic copy in pdf format of its objections to the following attorneys of record:

Halsey G. Knapp, Jr.
hknapp@khlawfirm.com
Adam M. Sparks
sparks@khlawfirm.com

WBD (US) 54645965v1

Respectfully submitted, this 1st day of November, 2021.

                                              WOMBLE BOND DICKINSON (US) LLP

                                              By:   /s/  James E. Connelly
                                                  James E. Connelly

271 17th Street, N.W.          State Bar No. 181808
Suite 2400
Atlanta, GA  30363-1017      **Attorneys for Fortalice Solutions, LLC**
(404) 888-7496 direct phone
(404) 879-2928 direct fax
James.Connelly@wbd-us.com

# CERTIFICATE OF SERVICE

I hereby certify that I filed a copy of the foregoing **CERTIFICATE OF SERVICE OF OBJECTIONS OF NON-PARTY FORTALICE SOLUTIONS, LLC TO SUBPOENA SERVED BY PLAINTIFFS DONNA CURLING, DONNA PRICE AND JEFFREY SCHOENBERG**, with the Clerk's Office via the Court's CM/ECF System, which will automatically provide a service copy to all attorneys of record.

Respectfully submitted, this 1st day of November, 2021.

By: /s/ James E. Connelly
James E. Connelly
State Bar No. 181808

WOMBLE BOND DICKINSON (US) LLP
271 17th Street, N.W.
Suite 2400
Atlanta, GA  30363-1017
(404) 888-7496 direct phone
(404) 879-2928 direct fax
James.Connelly@wbd-us.com

WBD (US) 54645965v1