IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **DONNA CURLING, ET AL.,** Plaintiffs, v. **BRAD RAFFENSPERGER, ET AL.,** Defendants. | **Civil Action No. 1:17-CV-2989-AT** |

**CONSENT ORDER**

The matter is before the Court on a discovery dispute between the Fulton County Defendants and the Coalition Plaintiffs (Doc. 1215) regarding the Coalition Plaintiffs' August 20, 2021 Second Requests for Production of Documents. During the November 19, 2021 hearing, counsel for the Coalition Plaintiff and counsel for Fulton County announced that the dispute had been resolved and that a proposed order would be submitted.

Therefore, with the express consent of the Coalition Plaintiffs and the Fulton Defendants, Fulton Defendants are ORDERED to produce, by the close of business on Wednesday, December 8, 2021, the following:

    (1) a full set of Election Project ballot images for the presidential contest recount;

1

(2) complete Election Project files for both the original count and recount results, and

(3) cast vote records exported in json format for both the original count and recount.

**IT IS SO ORDERED** this 3rd day of December, 2021.

_____
**AMY TOTENBERG**
**UNITED STATES DISTRICT JUDGE**

Approved as to form and respectfully submitted jointly on December 3, 2021, by:

/s/ Bruce P. Brown  
Bruce P. Brown  
Georgia Bar No. 064460  
BRUCE P. BROWN LAW LLC  
1123 Zonolite Rd. NE  
Suite 6  
Atlanta, Georgia 30306  
(404) 386-6856  

/s/ Robert A. McGuire, III  
Robert A. McGuire, III  
Admitted Pro Hac Vice  
 (ECF No. 125)  
ROBERT MCGUIRE LAW FIRM  
113 Cherry St. #86685  
Seattle, Washington 98104-2205  
(253) 267-8530  

*Counsel for Coalition for Good Governance*

/s/ Cary Ichter  
Cary Ichter  
Georgia Bar No. 382515  
ICHTER DAVIS LLC  
3340 Peachtree Road NE  
Atlanta, Georgia 30326  
(404) 869-7600  

*Counsel for William Digges III, Laura Digges,  
Ricardo Davis & Megan Missett*

/s/ David R. Lowman  
David R. Lowmam  
OFFICE OF THE FULTON COUNTY ATTORNEY  
141 Pryor Street, S.W., Suite 4038  
Atlanta, Georgia 30303  
(404) 612-0246  

*Counsel for the Fulton County Defendants*