IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> BRAD RAFFENSPERGER, *et al.*, <br><br> Defendants. | CIVIL ACTION NO. <br> 1:17-cv-2989-AT |

### ORDER

This matter is before the Court on a discovery dispute [Doc. 1250] between the Curling Plaintiffs and the State Defendants. The State Defendants seek "[a]ll documents or communications related to the 'important and time-sensitive issue' raised with the Court in the Litigation via electronic mail on or about December 23, 2020 . . ." (Doc. 1250-1.) Having considered the parties' positions, the Court **ORDERS** the Curling Plaintiffs to produce any document(s) or communication(s) responsive to the State Defendants' discovery request.[1]

**IT IS SO ORDERED** this 12th day of January, 2022.

_____
**Honorable Amy Totenberg
United States District Judge**

---

[1] The document(s) or communication(s) will be considered confidential at this juncture and should be treated as such by counsel, subject to any further request for review of that question by counsel. Therefore, if filed on the docket, the document(s) should be filed under seal.