## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, ET AL.,            ) <br> ) <br> Plaintiffs,            ) <br> ) <br> v.            ) <br> ) <br> BRAD RAFFENSPERGER, ET AL.,   ) <br> ) <br> Defendants.            ) | Civil Action File No. <br> 1:17-CV-02989-AT |

### CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

**(1)** The undersigned counsel of record for a party to this action certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

- Fox News Network, LLC

- Fox Corporation, which is the ultimate corporate parent of Fox News Network LLC

- Donna Curling

- Coalition for Good Governance

- Donna Price

- Jeffrey Schoenberg
- Laura Digges
- William Digges, III
- Ricardo Davis
- Megan Missett
- Rockdale County Board of Elections and Registration
- David J. Worley
- Rebecca N. Sullivan
- Ralph F. (Rusty) Simpson
- Seth Harp
- The State Election Board
- Richard Barron
- Mary Carole Cooney
- Vernetta Nuriddin
- David J. Burge
- Aaron Johnson
- The Fulton County Board of Registration and Elections

- Brad Raffensperger in his individual capacity and his official capacity as Secretary of State of Georgia and Chair of the State Election Board
- Mark Wingate
- Kathleen D. Ruth
- Fortalice Solutions, LLC
- Common Cause
- National Election Defense Coalition
- Protect Democracy
- Electronic Privacy Information Center
- Hancock County Board of Elections and Registration
- Joseph Kirk
- Care In Action, Inc.
- Ebenezer Baptist Church of Atlanta, Georgia, Inc.
- Fair Fight Action. Inc.
- Sixth Episcopal District, Inc.
- Virginia-Highland Church, Inc.
- Abrams for Governor
- Baconton Missionary Baptist Church, Inc.

- Janine Eveler
- Kristi L. Royston in her capacity as the Gwinnett County Elections Supervisor
- Deidre Holden
- Ameika Pitts in her official capacity as Director of Henry County Elections and Registration Department
- Robert Brady
- Angela White-Davis
- Agnes Bridges
- Milton Kidd in his official capacity as Director of Elections for the Douglas County Board of Elections and Registration

(2)   The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

- US Dominion, Inc.
- Dominion Voting Systems Corporation
- Dominion Enterprises
- Dominion Voting Systems, Inc.

- Dr. J. Alex Halderman

**(3)** The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

- Charles E. Peeler
- Charles L. Babcock
- Joel Glover
- Scott A. Keller
- David D. Cross
- Halsey G. Knapp, Jr.
- Hannah Rose Elson
- Lyle F. Hedgecock
- Mary G. Kaiser
- Robert W. Manoso
- Robert Alexander McGuire, III
- Tamara Raquel Wiesebron
- Veronica Ascarrunz
- Zachary D. Fuchs
- Adam Martin Sparks

- Bruce P. Brown
- Cary Ichter
- William Brent Ney
- Alexander Fraser Denton
- Brian Edward Lake
- Bryan P. Tyson
- Carey Allen Miller
- Joshua Barrett Belinfante
- Vincent Robert Russo, Jr.
- Bryan Francis Jacoutot
- Diane Festin LaRoss
- James A. Balli
- Javier Pico-Prats
- Jonathan Dean Crumly, Sr.
- Loree Anne Paradise
- Robert Dalrymple Burton
- Melanie Leigh Johnson
- Cheryl Ringer

- David R. Lowman

- Nancy Ladson Rowan

- Kaye Woodard Burwell

- Daniel Walter White

- Grant Edward Schnell

- Robert S. Highsmith

- Anne Ware Lewis

- Barclay Vallotton

- Frank B. Strickland

- F. Skip Sugarman

- Stephen P. Berzon

- Alan Jay Butler

- Russell Todd Abney

- Pierce Groover Blitch, IV

- Chad V. Theriot

- James Jayson Phillips

- Dara Lindenbaum

- Kurt G. Kastorf

- Melanie Felicia Wilson

- Kenneth Paul Robin

- Russell Dunn Waldon

Submitted this 13th day of January, 2022.

              */s/ Charles E. Peeler*
              Charles E. Peeler
              Georgia Bar No. 570399
              Troutman Pepper Hamilton Sanders LLP
              Bank of America Plaza, Suite 3000
              600 Peachtree Street N.E.
              Atlanta, Georgia 30308-2216
              Telephone: 404.885.3000
              Email: Charles.peeler@troutman.com
              *Counsel for Fox News Network, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on January 13, 2022, I electronically filed the forgoing *Certificate of Interested Persons and Corporate Disclosure Statement* which will automatically send email notification of such filing to the attorneys of record.

>  */s/ Charles E. Peeler*
> Charles E. Peeler
> Georgia Bar No. 570399
> Troutman Pepper Hamilton Sanders LLP
> Bank of America Plaza, Suite 3000
> 600 Peachtree Street N.E.
> Atlanta, Georgia 30308-2216
> Telephone: 404.885.3000
> Email: Charles.peeler@troutman.com
> *Counsel for Fox News Network, LLC*