# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, ET AL., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Civil Action File No. |
| v. ) | 1:17-CV-02989-AT |
| ) | |
| BRAD RAFFENSPERGER, ET AL., ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF APPEARANCE

The undersigned attorney Wheaton P. Webb of the law firm Troutman Pepper Hamilton Sanders LLP hereby provides notice of his appearance in the above-referenced action as counsel of record for Fox News Network, LLC and requests that he be served with all pleadings of record filed in this case.

Dated: January 14, 2022    */s/ Wheaton P. Webb*
Wheaton P. Webb
Ga. Bar No. 902682
TROUTMAN PEPPER HAMILTON SANDERS LLP
Bank of America Plaza, Suite 3000
600 Peachtree Street N.E.
Atlanta, Georgia 30308-2216
Telephone: 404.885.3000
Email: Wheaton.webb@troutman.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 14, 2022, I electronically filed the forgoing *Notice of Appearance* with the CM/ECF system which will automatically send email notification of such filing to the attorneys of record.

/s/ Wheaton P. Webb
Wheaton P. Webb
Ga. Bar No. 902682
Troutman Pepper Hamilton Sanders LLP
Bank of America Plaza, Suite 3000
600 Peachtree Street N.E.
Atlanta, Georgia 30308-2216
Telephone: 404.885.3000
Email: Wheaton.webb@troutman.com