IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

DONNA CURLING, *et al.*,

    Plaintiffs,

v.

BRAD RAFFENSPERGER, *et al.*,

    Defendants.

CIVIL ACTION NO.
1:17-cv-2989-AT

## **ORDER**

The parties have notified the Court via email correspondence of multiple pending discovery and associated timeline disputes that require quick resolution, given the imminent end of the discovery period.

To facilitate resolution of the discovery disputes already identified as well as of any further ones, the Court provides the following directives:

1. Any party that has filed a letter request for the Court's resolution of a currently pending discovery dispute is **DIRECTED** to file the letter containing this request on the docket. Any responses filed to the pending requests already submitted in letter format should similarly be filed by the party who provided the responses. All filings shall be placed on the docket no later than **January 25, 2022 at 11:00 A.M**.

2. Any future requests for the Court's intervention in a discovery dispute shall be filed on the docket. If the parties currently anticipate specific additional disputes that will require resolution, they shall identify such no later than **January 26, 2022 at 1:00 P.M**.

3. The Coalition Plaintiffs are **DIRECTED** to file on the docket both their original 30(b)(6) topic and document request to the Secretary of State and their amended version no later than **January 25, 2022 at 11:00 A.M**. Any objections or comments that have been made shall be filed by the party making such comments or objections by the same time and date.

4. The Parties are each **DIRECTED** to file a statement, not to exceed two pages, explaining their respective position(s) as to any further extension in discovery.

The Court will schedule a phone conference with counsel regarding pending discovery matters on **January 27, 2022 at 1:00 P.M**. If counsel are not available for that time, they are **DIRECTED** to advise Mr. Harry Martin **TODAY**, this 24th day of January, 2022, and advise of their constraints and availability for the remainder of this week.

    **IT IS SO ORDERED** this 24th day of January, 2022.

_____
**Honorable Amy Totenberg**
**United States District Judge**