# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>BRAD RAFFENSPERGER, *et al.*,<br><br>Defendants. | Case No. 1:17-cv-02989-AT |

## CERTIFICATE OF COMPLIANCE WITH STANDING ORDER

I hereby certify that I have read the Court's Standing Order in Cases Proceeding Before the Honorable Amy Totenberg and that I will comply with its provisions during the pendency of this litigation.

Respectfully submitted,

By: /s/ T. Brandon Welch
T. Brandon Welch
Georgia Bar No. 152409
Stillman Welch, LLC
3453 Pierce Drive, Suite 150
Chamblee, Georgia 30341
(404) 895-9040
brandon@stillmanwelch.com
*Counsel for Herring Networks, Inc.*

Dated:         January 27, 2022

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of January 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which I understand to have served counsel for the parties.

/s/ T. Brandon Welch
T. Brandon Welch