IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, *et al.*, *Plaintiffs*, v. BRAD RAFFENSPERGER, *et al.*, *Defendants*. | CIVIL ACTION FILE NO. 1:17-cv-2989-AT |

### RESPONSE TO HERRING NETWORKS, INC'S MOTION TO JOIN AND SUPPLEMENT FOX NEWS NETWORK, LLC'S MOTION TO INTERVENE FOR LIMITED PURPOSES

The State Defendants submit this response to Herring Networks, Inc's ("OAN") Motion to Join and Supplement Fox News Network, LLC's ("FNN") Motion to Intervene for the purpose of obtaining Dr. Halderman's report, [Doc. 1287]. This Court is currently considering the release of Dr. Halderman's report and Dr. Halderman has provided the report to the United States Cybersecurity and Infrastructure Security Agency ("CISA"), as directed by the Court. Until this Court rules upon release of the report, the State Defendants remain obligated to oppose the motion for the reasons stated in their Response to FNN's motion, incorporated by reference here, [Doc. 1286].

Respectfully submitted this 10th day of February 2022.

*/s/ Vincent R. Russo*
Vincent R. Russo
Georgia Bar No. 242628
vrusso@robbinsfirm.com
Josh Belinfante
Georgia Bar No. 047399
jbelinfante@robbinsfirm.com
Carey A. Miller
Georgia Bar No. 976240
cmiller@robbinsfirm.com
Alexander Denton
Georgia Bar No. 660632
adenton@robbinsfirm.com
Robbins Alloy Belinfante Littlefield LLC
500 14th Street, N.W.
Atlanta, Georgia 30318
Telephone: (678) 701-9381
Facsimile:  (404) 856-3255

Bryan P. Tyson
Georgia Bar No. 515411
btyson@taylorenglish.com
Jonathan D. Crumly
Georgia Bar No. 199466
jcrumly@taylorenglish.com
James A. Balli
Georgia Bar No. 035828
jballi@taylorenglish.com
Diane F. LaRoss
Georgia Bar No. 430830
dlaross@taylorenglish.com
Bryan F. Jacoutot
Georgia Bar No. 668272
bjacoutot@taylorenglish.com

Loree Anne Paradise
Georgia Bar No. 382202
lparadise@taylorenglish.com
TAYLOR ENGLISH DUMA LLP
1600 Parkwood Circle, Suite 200
Atlanta, Georgia 30339
Telephone: 678-336-7249

*Counsel for State Defendants*

## L.R. 7.1(D) CERTIFICATION

I certify that this Notice of Filing has been prepared with one of the font and point selections approved by the Court in Local Rule 5.1(C). Specifically, this Response has been prepared using 13-pt Century Schoolbook font.

*/s/ Vincent R. Russo*
Vincent R. Russo