# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, et al; | ) |
| | ) |
| | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| | ) CIVIL ACTION |
| v. | ) FILE NO: 1:17cv02989-AT |
| | ) |
| BRAD RAFFENSPERGER, et al.; | ) |
| | ) |
| | ) |
| Defendants. | ) |
| | ) |

## CERTIFICATE OF SERVICE OF DISCOVERY

I hereby certify that on this date I have electronically filed the foregoing

**FULTON COUNTY DEFENDANTS' RESPONSE TO COALITION**

**PLAINTIFFS' THIRD REQUEST FOR PRODUCTION OF DOCUMENTS**

with the Clerk of Court using the CM/ECF system, with the Clerk of Court using

the CM/ECF system, which will send email notification of such filing to all

attorneys of record. Also, I served a copy of the foregoing upon counsel for the

Coalition Plaintiffs via U.P.S. overnight mail.

This 22nd day of February 2022.

/s/ **David R. Lowman**
David R. Lowman
Georgia Bar Number: 460298
david.lowman@fultoncountyga.gov