IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> BRAD RAFFENSPERGER, *et al.*, <br><br> Defendants. | Case No. 1:17-cv-02989-AT |

## NOTICE OF APPEARANCE

To: The Clerk of Court and all parties of record

**COMES NOW**, THE HILBERT LAW FIRM, LLC and KURT R. HILBERT, Esq., and files this Notice of Appearance as local counsel of record on behalf of the Proposed Intervenors My Pillow, Inc. and Michael J. Lindell in the above-captioned action.

This 5th day of March, 2022.

                                                  **THE HILBERT LAW FIRM, LLC**
                                                */s/ Kurt R. Hilbert*
                                                KURT R. HILBERT
                                                Georgia Bar No. 352877
                                                *Counsel for Proposed Intervenors*
                                                *My Pillow Inc. and Michael J. Lindell*
                                                205 Norcross Street
                                                Roswell, Georgia 30075
                                                T: (770) 551-9310
                                                F: (770) 551-9311
                                                E: khilbert@hilbertlaw.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> BRAD RAFFENSPERGER, *et al.*, <br><br> Defendants. | Case No. 1:17-cv-02989-AT |

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served the foregoing **Notice of Appearance** upon all counsel of record in this case using the court's CM/ECF system of electronic filing, which automatically sends electronic service copies to all counsel of record for the various parties.

This 5th day of March, 2022.

**THE HILBERT LAW FIRM, LLC**

*/s/ Kurt R. Hilbert*

_____

KURT R. HILBERT
Georgia Bar No. 352877
*Counsel for Proposed Intervenors*
*My Pillow, Inc. and Michael J. Lindell*
205 Norcross Street
Roswell, Georgia 30075
T: (770) 551-9310
F: (770) 551-9311
E: khilbert@hilbertlaw.com