IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> BRAD RAFFENSPERGER, *et al.*, <br><br> Defendants. | Case No. 1:17-cv-02989-AT |

## MY PILLOW, INC.'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, My Pillow, Inc. discloses that there is no parent company, subsidiary, affiliate, or other company which owns 10% or more of the stock of My Pillow, Inc.

Pursuant to LR 7.1(D), the undersigned certifies that this motion has been prepared in Times New Roman 14 point font in accordance with LR 5.1.

Submitted this 5th day of March, 2022.

**THE HILBERT LAW FIRM, LLC**

By: */s/ Kurt R. Hilbert*
Kurt R. Hilbert
Georgia Bar No. 352877
*Counsel for My Pillow, Inc. and Michael J. Lindell*
205 Norcross Street
Roswell, Georgia 30075
T: (770) 551-9310
F: (770) 551-9311
E: khilbert@hilbertlaw.com

2

**PARKER DANIELS KIBORT LLC**

By /s/
    Andrew D. Parker* (MN Bar No. 195042)
    Joseph A. Pull* (MN Bar No. 0386968)
    888 Colwell Building
    123 N. Third Street
    Minneapolis, MN 55401
    Telephone: (612) 355-4100
    Facsimile: (612) 355-4101
    parker@parkerdk.com
    pull@parkerdk.com

*Counsel for My Pillow, Inc.*
*To Be Admitted *Pro Hac Vice*

## CERTIFICATE OF SERVICE

I hereby certify that on March 5, 2022, a copy of the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to all attorneys of record.

*/s/ Kurt R. Hilbert*

_____
Kurt R. Hilbert
Ga Bar No. 352877