IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

|  |  |  |
|---|---|---|
| DONNA CURLING, *et al.*, | : | |
| Plaintiffs, | : | |
| v. | : | CIVIL ACTION NO. |
| | : | 1:17-cv-2989-AT |
| BRAD RAFFENSPERGER, *et al.*, | : | |
| Defendants. | : | |

## <u>ORDER</u>

This matter is before the Court on the State Defendants' Motion to Stay Proceedings Pending Appeal or, in the Alternative, to Amend the Schedule [Doc. 1327].

At present, the Court is inclined to extend the time for the filing of summary judgment motions due to the significant time demands associated with the *Fair Fight* case that counsel for the Secretary of State are facing. However, prior to deciding whether to amend the summary judgment schedule, the Court needs a concrete picture of how much time the parties need (1) to complete depositions that have been previously noticed, and (2) to supplement or respond to outstanding discovery requests previously served and/or authorized by the

Court.[12] The Court therefore **DIRECTS** the parties to confer, and only after they have conferred, to provide the Court by Friday, March 11, 2022 at 10:00 A.M. with a consolidated list of outstanding discovery requests that were timely filed along with a description of how much time the parties need to complete each specific discovery item, *i.e.,* through requisite document supplementation or completion of a previously noticed deposition. To the extent that the parties disagree about whether a specific discovery item is outstanding or new, the Court further **DIRECTS** the parties to provide, through a joint filing, a list of discovery issues on which the parties disagree.  The parties should include in their joint filing(s) proposed dates for a revised deadline for filing motions for summary judgment, if such a revised deadline is necessary.

Additionally, the Coalition Plaintiffs, Curling Plaintiffs, and Fulton County are **DIRECTED** to file any responses to the State Defendants' request to stay this proceeding pending the outcome of the Eleventh Circuit appeal as well as any other issues raised in the State Defendants' Motion [Doc. 1327], by Friday, March 11, 2022 at noon.

---

[1] The Court is not inclined at this juncture to authorize any new written discovery or depositions.

[2] The Court understands from the State Defendants' Motion that depositions of the following individuals remain outstanding for the State Defendants: Ms. Price, Mr. Beaver, Mr. Barnes, and the 30(b)(6) representative of the Coalition for Good Governance. The Court also understands that the State Defendants are requesting to depose or conduct discovery related to twelve individuals, who are not named Plaintiffs, identified by the Coalition of Good Governance as having information related to associational standing. However, it is not clear when before now, if ever, the State Defendants presented such a request to the Coalition for Good Governance's counsel.

2

**IT IS SO ORDERED** this 7th day of March, 2022.

**Honorable Amy Totenberg**
**United States District Judge**