# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

### 1:17-cv-02989-AT
### Curling et al v. Raffensperger et al
### Honorable Amy Totenberg

Minute Sheet for proceedings held on 03/11/2022.

TIME COURT COMMENCED: 03:35 P.M.
TIME COURT CONCLUDED: 05:10 P.M.         COURT REPORTER: Shannon Welch
TIME IN COURT: 1:35                      DEPUTY CLERK: Harry Martin
OFFICE LOCATION: Atlanta

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Joshua Belinfante representing The State Election Board<br>Bruce Brown representing Coalition for Good Governance<br>David Cross representing Donna Curling<br>Alexander Denton representing The State Election Board<br>Zachary Fuchs representing Donna Curling<br>Halsey Knapp representing Donna Curling<br>David Lowman representing The Fulton County Board of Registration and Elections<br>Robert McGuire representing Coalition for Good Governance<br>Carey Miller representing The State Election Board<br>Cheryl Ringer representing The Fulton County Board of Registration and Elections<br>Vincent Russo representing The State Election Board<br>Adam Sparks representing Donna Curling<br>Bryan Tyson representing The State Election Board |
| PROCEEDING CATEGORY: | Telephone Conference(Other Proceeding Non-evidentiary); |
| MOTIONS RULED ON: | [1327]Motion to Stay TAKEN UNDER ADVISEMENT |
| MINUTE TEXT: | Motions for Summary Judgment due March 31, 2022. Responses due April 22, 2022. Replies due May 6, 2022. [1327] Motion to Stay TAKEN UNDER ADVISEMENT. Plaintiffs are DIRECTED to file a short letter response consistent with the Court's instructions by Tuesday, March 15, 2022. |
| HEARING STATUS: | Hearing Concluded |