IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, *et al.*, | : |
| Plaintiffs, | : |
| v. | : CIVIL ACTION NO.<br>1:17-cv-2989-AT |
| BRAD RAFFENSPERGER, *et al.*, | : |
| Defendants. | : |

## ORDER

All counsel in this matter are directed to cease all letter brief submissions to the Court — including all requests to the Court via e-mail — except to the extent such communications are directed to Courtroom Deputy Harry Martin, regarding matters relating to the scheduling of hearings, leaves of absence, and courtroom technology. Counsel seeking to file any form of brief or motion for an extension of time must file any such request on the docket, along with any substantive arguments.

**IT IS SO ORDERED** this 24th day of March, 2022.

_____
**Honorable Amy Totenberg**
**United States District Judge**