IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> BRAD RAFFENSPERGER, *et al.*, <br><br> *Defendants*. | Case No. 1:17-cv-02989-AT |

### DEFENDANT MICHAEL J. LINDELL'S CERTIFICATE OF CONSENT FOR THE WITHDRAWAL OF COUNSEL PURSUANT TO LOCAL RULE 83.1(E)(3)

Defendant Michael J. Lindell ("Lindell") respectfully files this Certificate of Consent for the Withdrawal of Counsel pursuant to Local Rule 83.1(E)(3) and would show unto the Court as follows:

1. Attorneys Douglas A. Daniels and Health A. Novosad of the law firm DANIELS & TREDENNICK PLLC have appeared and currently serve as Lindell's counsel in the above-captioned lawsuit. Messrs. Daniels and Novosad and the law firm DANIELS & TREDENNICK PLLC hereby withdrawal as counsel for Lindell. *See* LR 83.1(E)(3).

2. On March 30, 2022, Andrew D. Parker of the law firm PARKER DANIELS KIBORT LLC filed a notice of appearance on behalf of Lindell. *See id*; Dkt. No. 1353. Mr. Parker and his firm have assumed all responsibilities incumbent on Lindell's counsel for this matter. *See* LR 83.1(E)(3).

3. Lindell has been advised of the following:

- that the Court retains jurisdiction over his motion for intervention in this matter;

- that he is required, through Mr. Parker, to keep the Court informed of a location where notices, pleadings, or other papers may be served;

- that he is required, through Mr. Parker, to prepare for trial, if necessary;

- that failure or refusal to satisfy court-related obligations could result in adverse consequences;

- the dates of any scheduling proceedings, if any, and that these dates will not be affected by withdrawal of counsel; and

- notices will be served to Mr. Parker and his law firm.

LR 83.1(E)(3); LR 83.1(E)(2)(b).

4. Michael J. Lindell has signed this Notice of Withdrawal of Counsel. LR 83.1(E)(3).

5. The withdrawal of Messrs. Daniels and Novosad will not delay the trial or other progress of the case as Mr. Parker is currently counsel for Intervenor My Pillow, Inc. in the above-captioned lawsuit and both My Pillow's and Lindell's motions for intervention have been stayed by order of the Court on March 7, 2022. LR 83.1(E)(3).

6. Accordingly, Messrs. Daniels and Novosad and the law firm DANIELS & TREDENNICK PLLC hereby withdrawal as counsel for Lindell. *See* LR 83.1(E)(3).

DATED: March 30, 2022

| | |
|---|---|
| */s/ Andrew D. Parker* | */s/ Douglas A. Daniels* |
| Andrew D. Parker | Douglas A. Daniels |
| MN Bar No. 195042 | Texas Bar No. 00793579 |
| parker@parkerdk.com | doug.daniels@dtlawyers.com |
| | Health A. Novosad |
| PARKER DANIELS KIBORT LLC | Texas Bar No. 24037199 |
| 888 Colwell Building | heath.novosad@dtlawyers.com |
| 123 N. Third Street | |
| Minneapolis, MN 55401 | DANIELS & TREDENNICK PLLC |
| 612.355.4100 (Telephone) | 6363 Woodway Dr., Suite 700 |
| 612.355.4101 (Facsimile) | Houston, Texas 77057-1759 |
| | 713.917.0024 (Telephone) |
| | 713.917.0026 (Facsimile) |

*[signature]*

Michael J. Lindell

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was served upon all parties of record through the Court's CM ECF system on March 30, 2022.

                                               */s/ Douglas A. Daniels*
                                               Douglas A. Daniels