IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, ET AL.,<br>Plaintiffs,<br><br>v.<br><br>BRAD RAFFENSPERGER, ET AL.,<br>Defendants. | Civil Action No. 1:17-CV-2989-AT |

PROPOSED ORDER GRANTING
CURLING PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION
OF TIME TO RESPOND TO STATE DEFENDANTS' MOTION AND
INCORPORATED BRIEF

This matter is before the Court on the Curling Plaintiffs' Unopposed Motion for Extension of Time to Respond to State Defendants' Motion and Incorporated Brief. Based on the complete record, and finding good cause for the relief requested, it is hereby ordered that Curling Plaintiffs' Motion is **GRANTED**. The Curling Plaintiffs shall file their response on Monday, April 11.

**IT IS SO ORDERED** this ___ day of _____, 2022.

_____
U.S. District Court Judge Amy Totenberg