# Exhibit A

| | |
|---|---|
| **From:** | Cross, David D. |
| **To:** | Vincent Russo; Adam M. Sparks; Bruce Brown; Carey Miller; Robert McGuire; Cary Ichter; Alexander Denton; bjacoutot@taylorenglish.com; Brian Lake; btyson@taylorenglish.com; cheryl.ringer@fultoncountyga.gov; david.lowman@fultoncountyga.gov; dlaross@taylorenglish.com; Elson, Hannah R.; Halsey G. Knapp, Jr.; jballi@taylorenglish.com; Josh Belinfante; jcrumly@taylorenglish.com; Javier Pico-Prats; kaye.burwell@fultoncountyga.gov; lparadise@taylorenglish.com; Melanie Johnson; Kaiser, Mary; Ascarrunz, Veronica; Conaway, Jenna B.; Marilyn Marks; Jill Connors |
| **Subject:** | RE: Hearing Request: 17-cv-02989-AT Curling et al v. Raffensperger et al |
| **Date:** | Monday, March 28, 2022 3:52:33 PM |
| **Attachments:** | image003.png |
| | image004.png |

**From External Sender**

Vincent –

Your filing just now represents to the Court that we have not identified the topics on which we did not obtain testimony from a prepared witness. That representation is false. I wrote you and your colleagues on March 15: "In short, we did not receive the information we are entitled to on any of the topics agreed to for the rule 30b6 deposition." You never responded to that email.

Please immediately correct your filing today. If you decline to do so, we will alert the Court to the misrepresentation in a responsive filing and seek appropriate relief.

If you intend to produce one or more appropriately-prepared witnesses for further examination on any of the agreed-upon topics at your own cost, please let us know that today as well given we've been waiting weeks to hear from you on this issue. Otherwise we'll assume you don't intend to do so and we will address the issue with the Court.

Best,
DC


**DAVID D. CROSS**
**CHAIR OF ANTITRUST LITIGATION PRACTICE**
Partner | Morrison & Foerster LLP
2100 L Street, NW, Suite 900 | Washington, DC 20037
**P:** +1 (202) 887-8795
mofo.com | LinkedIn | Twitter

**From:** Vincent Russo <vrusso@robbinsfirm.com>
**Sent:** Monday, March 28, 2022 12:26 PM
**To:** Cross, David D. <DCross@mofo.com>; Adam M. Sparks <sparks@khlawfirm.com>; Bruce Brown <bbrown@brucepbrownlaw.com>; Carey Miller <carey.miller@robbinsfirm.com>; Robert McGuire <ram@lawram.com>; Cary Ichter <CIchter@ichterdavis.com>; Alexander Denton <Alexander.Denton@robbinsfirm.com>; bjacoutot@taylorenglish.com; Brian Lake <Brian.Lake@robbinsfirm.com>; btyson@taylorenglish.com; cheryl.ringer@fultoncountyga.gov; david.lowman@fultoncountyga.gov; dlaross@taylorenglish.com; Elson, Hannah R. <HElson@mofo.com>; Halsey G. Knapp, Jr. <hknapp@khlawfirm.com>; jballi@taylorenglish.com; Josh Belinfante <Josh.Belinfante@robbinsfirm.com>; jcrumly@taylorenglish.com; Javier Pico-Prats <javier.picoprats@robbinsfirm.com>; kaye.burwell@fultoncountyga.gov; lparadise@taylorenglish.com; Melanie Johnson <melanie.johnson@robbinsfirm.com>; Kaiser, Mary <MKaiser@mofo.com>; Ascarrunz, Veronica <VAscarrunz@mofo.com>; Conaway, Jenna B. <JConaway@mofo.com>; Marilyn Marks <Marilyn@uscgg.org>; Jill Connors <JConnors@ichterdavis.com>

**Subject:** RE: Hearing Request: 17-cv-02989-AT Curling et al v. Raffensperger et al

**External Email**

---

David –

We are working on finalizing the draft for filing today.

Thanks,

Vincent

**ROBBINS**

Vincent R. Russo
**ROBBINS ALLOY BELINFANTE LITTLEFIELD LLC**
500 Fourteenth Street NW
Atlanta, GA 30318
404.856.3260 (Direct)
678.701.9381 (Main)
[www.robbinsfirm.com](http://www.robbinsfirm.com)

---

**From:** Cross, David D. <DCross@mofo.com>
**Sent:** Monday, March 28, 2022 12:24 PM
**To:** Vincent Russo <vrusso@robbinsfirm.com>; Adam M. Sparks <sparks@khlawfirm.com>; Bruce Brown <bbrown@brucepbrownlaw.com>; Carey Miller <carey.miller@robbinsfirm.com>; Robert McGuire <ram@lawram.com>; Cary Ichter <CIchter@ichterdavis.com>; Alexander Denton <Alexander.Denton@robbinsfirm.com>; bjacoutot@taylorenglish.com; Brian Lake <Brian.Lake@robbinsfirm.com>; btyson@taylorenglish.com; cheryl.ringer@fultoncountyga.gov; david.lowman@fultoncountyga.gov; dlaross@taylorenglish.com; Elson, Hannah R. <HElson@mofo.com>; Halsey G. Knapp, Jr. <hknapp@khlawfirm.com>; jballi@taylorenglish.com; Josh Belinfante <Josh.Belinfante@robbinsfirm.com>; jcrumly@taylorenglish.com; Javier Pico-Prats <javier.picoprats@robbinsfirm.com>; kaye.burwell@fultoncountyga.gov; lparadise@taylorenglish.com; Melanie Johnson <melanie.johnson@robbinsfirm.com>; Kaiser, Mary <MKaiser@mofo.com>; Ascarrunz, Veronica <VAscarrunz@mofo.com>; Conaway, Jenna B. <JConaway@mofo.com>; Marilyn Marks <Marilyn@uscgg.org>; Jill Connors <JConnors@ichterdavis.com>
**Subject:** RE: Hearing Request: 17-cv-02989-AT Curling et al v. Raffensperger et al

Vincent -

When are you filing the one-page response the Court ordered?

Thanks.
DC

**From:** Vincent Russo <vrusso@robbinsfirm.com>
**Date:** Monday, Mar 28, 2022, 12:20 PM
**To:** Adam M. Sparks <sparks@khlawfirm.com>, Cross, David D. <DCross@mofo.com>, Bruce Brown <bbrown@brucebrownlaw.com>, Carey Miller <carey.miller@robbinsfirm.com>, Robert McGuire <ram@lawram.com>, Cary Ichter <CIchter@ichterdavis.com>, Alexander Denton <Alexander.Denton@robbinsfirm.com>, bjacoutot@taylorenglish.com <bjacoutot@taylorenglish.com>, Brian Lake <Brian.Lake@robbinsfirm.com>, btyson@taylorenglish.com <btyson@taylorenglish.com>, cheryl.ringer@fultoncountyga.gov <cheryl.ringer@fultoncountyga.gov>, david.lowman@fultoncountyga.gov <david.lowman@fultoncountyga.gov>, dlaross@taylorenglish.com <dlaross@taylorenglish.com>, Elson, Hannah R. <HElson@mofo.com>, Halsey G. Knapp, Jr. <hknapp@khlawfirm.com>, jballi@taylorenglish.com <jballi@taylorenglish.com>, Josh Belinfante <Josh.Belinfante@robbinsfirm.com>, jcrumly@taylorenglish.com <jcrumly@taylorenglish.com>, Javier Pico-Prats <javier.picoprats@robbinsfirm.com>, kaye.burwell@fultoncountyga.gov <kaye.burwell@fultoncountyga.gov>, lparadise@taylorenglish.com <lparadise@taylorenglish.com>, Melanie Johnson <melanie.johnson@robbinsfirm.com>, Kaiser, Mary <MKaiser@mofo.com>, Ascarrunz, Veronica <VAscarrunz@mofo.com>, Conaway, Jenna B. <JConaway@mofo.com>, Marilyn Marks <Marilyn@uscgg.org>, Jill Connors <JConnors@ichterdavis.com>
**Subject:** RE: Hearing Request: 17-cv-02989-AT Curling et al v. Raffensperger et al

**External Email**

---

Adam,

My apologies, but I thought we had responded. Any of the proposed times work for us. Please let us know if you have a preference.

Thanks,

Vincent

**ROBBINS**

Vincent R. Russo
**ROBBINS ALLOY BELINFANTE LITTLEFIELD LLC**
500 Fourteenth Street NW
Atlanta, GA 30318
404.856.3260 (Direct)
678.701.9381 (Main)
www.robbinsfirm.com

---

**From:** Adam M. Sparks <sparks@khlawfirm.com>
**Sent:** Monday, March 28, 2022 11:45 AM
**To:** Harry Martin <Harry_Martin@gand.uscourts.gov>; 'Cross, David D.' <DCross@mofo.com>; Amanda Bradley <Amanda_Bradley@gand.uscourts.gov>; Vincent Russo <vrusso@robbinsfirm.com>; Bruce Brown <bbrown@brucebrownlaw.com>; Gavin Palmer <Gavin_Palmer@gand.uscourts.gov>; Carey Miller <carey.miller@robbinsfirm.com>; Robert McGuire <ram@lawram.com>; Cary Ichter <CIchter@ichterdavis.com>; Alexander Denton <Alexander.Denton@robbinsfirm.com>; bjacoutot@taylorenglish.com; Brian Lake <Brian.Lake@robbinsfirm.com>; btyson@taylorenglish.com; cheryl.ringer@fultoncountyga.gov; david.lowman@fultoncountyga.gov; dlaross@taylorenglish.com; Elson, Hannah R. <HElson@mofo.com>; Halsey G. Knapp, Jr. <hknapp@khlawfirm.com>; jballi@taylorenglish.com; Josh

Belinfante <Josh.Belinfante@robbinsfirm.com>; jcrumly@taylorenglish.com; Javier Pico-Prats <javier.picoprats@robbinsfirm.com>; kaye.burwell@fultoncountyga.gov; lparadise@taylorenglish.com; Melanie Johnson <melanie.johnson@robbinsfirm.com>; Kaiser, Mary <MKaiser@mofo.com>; Ascarrunz, Veronica <VAscarrunz@mofo.com>; Conaway, Jenna B. <JConaway@mofo.com>; Marilyn Marks <Marilyn@uscgg.org>; Jill Connors <JConnors@ichterdavis.com>
**Subject:** RE: Hearing Request: 17-cv-02989-AT Curling et al v. Raffensperger et al

**From External Sender**

Good morning Mr. Martin,

Plaintiffs' counsel conferred last week and arrived at the following dates and times during which they are available for a teleconference:

1. Tuesday, April 5, 11:00 a.m. – 2:30 p.m.
2. Wednesday, April 6, 11:00 a.m. – 12:30 p.m.
3. Wednesday, April 6, 3:00 p.m. – 5:00 p.m.

I contacted Defendants' counsel by email midday on March 23 to ask whether they were available during these windows, but have not received a response.

Plaintiffs need the teleconference because outstanding discovery issues remain, *inter alia*, the 30(b)(6) issue and direction referenced in the email below. Accordingly, Plaintiffs think it prudent to place a teleconference regarding discovery issues on the calendar.

Best regards,

**Adam M. Sparks**
Litigation, Regulation, Election Law
Tel: 404-835-8067
Email: sparks@khlawfirm.com
www.khlawfirm.com

*A Member of Primerus International Society of Law Firms*

*The preceding email message may be confidential or protected by the attorney-client privilege. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this message in error, please (i) do not read it, (ii) reply to the sender that you received the message in error, and (iii) erase or destroy the message. Legal advice contained in the preceding message is solely for the benefit of client(s) represented by Krevolin & Horst, LLC the particular matter that is the subject of this message, and may not be relied upon by any other party. Internal Revenue Service regulations require that certain types of written advice include a disclaimer. To the extent the preceding message contains advice relating to a Federal tax issue, unless expressly stated otherwise the advice is not intended or written to be used, and it cannot be used by the recipient or any other taxpayer, for the purpose of avoiding Federal tax penalties, and was not written to support the promotion or marketing of any transaction or matter discussed herein.*

**From:** Harry Martin <Harry_Martin@gand.uscourts.gov>
**Sent:** Monday, March 28, 2022 11:23 AM
**To:** 'Cross, David D.' <DCross@mofo.com>; Amanda Bradley <Amanda_Bradley@gand.uscourts.gov>; Vincent Russo <vrusso@robbinsfirm.com>; Bruce Brown <bbrown@brucebrownlaw.com>; Gavin Palmer <Gavin_Palmer@gand.uscourts.gov>; Carey Miller <carey.miller@robbinsfirm.com>; Robert McGuire <ram@lawram.com>; Cary Ichter <CIchter@ichterdavis.com>; Alexander Denton <Alexander.Denton@robbinsfirm.com>; bjacoutot@taylorenglish.com; Brian Lake <Brian.Lake@robbinsfirm.com>; btyson@taylorenglish.com; cheryl.ringer@fultoncountyga.gov; david.lowman@fultoncountyga.gov; dlaross@taylorenglish.com; Elson, Hannah R. <HElson@mofo.com>; Halsey

G. Knapp, Jr. <hknapp@khlawfirm.com>; jballi@taylorenglish.com; Josh Belinfante <Josh.Belinfante@robbinsfirm.com>; jcrumly@taylorenglish.com; Javier Pico-Prats <javier.picoprats@robbinsfirm.com>; kaye.burwell@fultoncountyga.gov; lparadise@taylorenglish.com; Melanie Johnson <melanie.johnson@robbinsfirm.com>; Kaiser, Mary <MKaiser@mofo.com>; Adam M. Sparks <sparks@khlawfirm.com>; Ascarrunz, Veronica <VAscarrunz@mofo.com>; Conaway, Jenna B. <JConaway@mofo.com>; Marilyn Marks <Marilyn@uscgg.org>; Jill Connors <JConnors@ichterdavis.com>
**Subject:** FW: Hearing Request: 17-cv-02989-AT Curling et al v. Raffensperger et al

Good morning Counsel,

Regarding the email below, do the parties still require a teleconference with the Court concerning the discovery issues?  Please advise.

Thank you,

Harry F. Martin
Courtroom Deputy Clerk
to the Honorable Amy Totenberg
2388 United States Courthouse
75 Ted Turner Dr., S.W.
Atlanta, Georgia 30303-3309
(404) 215-1437

---

**From:** Harry Martin
**Sent:** Monday, March 21, 2022 10:28 AM
**To:** 'Cross, David D.' <DCross@mofo.com>; Amanda Bradley <Amanda_Bradley@gand.uscourts.gov>; Vincent Russo <vrusso@robbinsfirm.com>; Bruce Brown <bbrown@brucepbrownlaw.com>
**Cc:** Gavin Palmer <Gavin_Palmer@gand.uscourts.gov>; Carey Miller <carey.miller@robbinsfirm.com>; Robert McGuire <ram@lawram.com>; Cary Ichter <CIchter@ichterdavis.com>; Alexander Denton <Alexander.Denton@robbinsfirm.com>; bjacoutot@taylorenglish.com; Brian Lake <Brian.Lake@robbinsfirm.com>; btyson@taylorenglish.com; cheryl.ringer@fultoncountyga.gov; david.lowman@fultoncountyga.gov; dlaross@taylorenglish.com; Elson, Hannah R. <HElson@mofo.com>; hknapp@khlawfirm.com; jballi@taylorenglish.com; Josh Belinfante <Josh.Belinfante@robbinsfirm.com>; jcrumly@taylorenglish.com; Javier Pico-Prats <javier.picoprats@robbinsfirm.com>; kaye.burwell@fultoncountyga.gov; lparadise@taylorenglish.com; Melanie Johnson <melanie.johnson@robbinsfirm.com>; Kaiser, Mary <MKaiser@mofo.com>; sparks@khlawfirm.com; Ascarrunz, Veronica <VAscarrunz@mofo.com>; Conaway, Jenna B. <JConaway@mofo.com>; Marilyn Marks <Marilyn@uscgg.org>; Jill Connors <JConnors@ichterdavis.com>
**Subject:** RE: Hearing Request: 17-cv-02989-AT Curling et al v. Raffensperger et al

Counsel,

Please confer and provide the Court with the dates and times the parties are available for a telephone conference regarding any discovery the parties have not been able to complete by the March 31 deadline. The Court will be available for a telephone conference with the parties between Tuesday and Friday of the first week of April.

In the meantime, the Court directs the State Defendants to file a one-page response stating their position on how to resolve the 30(b)(6) issue identified in Mr. Cross's email.

Thank you,

Harry F. Martin
Courtroom Deputy Clerk
to the Honorable Amy Totenberg
2388 United States Courthouse
75 Ted Turner Dr., S.W.
Atlanta, Georgia 30303-3309
(404) 215-1437

---

**From:** Cross, David D. <DCross@mofo.com>
**Sent:** Thursday, March 17, 2022 3:01 PM
**To:** Amanda Bradley <Amanda_Bradley@gand.uscourts.gov>; Vincent Russo <vrusso@robbinsfirm.com>; Bruce Brown <bbrown@brucepbrownlaw.com>
**Cc:** Gavin Palmer <Gavin_Palmer@gand.uscourts.gov>; Carey Miller <carey.miller@robbinsfirm.com>; Robert McGuire <ram@lawram.com>; Cary Ichter <CIchter@ichterdavis.com>; Alexander Denton <Alexander.Denton@robbinsfirm.com>; bjacoutot@taylorenglish.com; Brian Lake <Brian.Lake@robbinsfirm.com>; btyson@taylorenglish.com; cheryl.ringer@fultoncountyga.gov; david.lowman@fultoncountyga.gov; dlaross@taylorenglish.com; Elson, Hannah R. <HElson@mofo.com>; hknapp@khlawfirm.com; jballi@taylorenglish.com; Josh Belinfante <Josh.Belinfante@robbinsfirm.com>; jcrumly@taylorenglish.com; Javier Pico-Prats <javier.picoprats@robbinsfirm.com>; kaye.burwell@fultoncountyga.gov; lparadise@taylorenglish.com; Melanie Johnson <melanie.johnson@robbinsfirm.com>; Kaiser, Mary <MKaiser@mofo.com>; sparks@khlawfirm.com; Ascarrunz, Veronica <VAscarrunz@mofo.com>; Conaway, Jenna B. <JConaway@mofo.com>; Marilyn Marks <Marilyn@uscgg.org>; Jill Connors <JConnors@ichterdavis.com>; Harry Martin <Harry_Martin@gand.uscourts.gov>
**Subject:** Hearing Request: 17-cv-02989-AT Curling et al v. Raffensperger et al

**CAUTION - EXTERNAL:**

Dear Ms. Bradley, Mr. Palmer, and Mr. Martin –

Curling Plaintiffs request a brief telephonic hearing with the Court at its earliest convenience to resolve two discrete discovery disputes that the parties already addressed in prior submissions with the Court—namely, (i) State Defendants' failure to produce documents regarding investigations concerning important election security concerns or complaints, such as using Dominion voting machines with broken or missing seals or open databases in Georgia elections, threats to hack Georgia's election system, possible remote access to components of Georgia's election system reported by poll workers, etc.; and (ii) State Defendants' failure to produce any appropriate Rule 30(b)(6) witnesses or to accept our compromise proposal for resolving that dispute. We believe it would save time, cost, and resources for the parties and the Court to have a brief hearing to resolve these disputes rather than burden the parties and the Court with further written submissions, consistent with the discovery disputes the Court resolved in last week's hearing. It also would be much more expedient given the time needed to draft a joint statement by the parties, which would duplicate the prior submissions regarding these disputes.

Best regards,
DC

**DAVID D. CROSS**
**CHAIR OF ANTITRUST LITIGATION PRACTICE**
Partner | Morrison & Foerster LLP
2100 L Street, NW, Suite 900 | Washington, DC 20037
P: +1 (202) 887-8795
mofo.com | LinkedIn | Twitter

---

**From:** Amanda Bradley <Amanda_Bradley@gand.uscourts.gov>
**Sent:** Tuesday, March 8, 2022 6:27 PM
**To:** Cross, David D. <DCross@mofo.com>; Vincent Russo <vrusso@robbinsfirm.com>; Bruce Brown <bbrown@brucebrownlaw.com>
**Cc:** Gavin Palmer <Gavin_Palmer@gand.uscourts.gov>; Carey Miller <carey.miller@robbinsfirm.com>; Robert McGuire <ram@lawram.com>; Cary Ichter <CIchter@ichterdavis.com>; Alexander Denton <Alexander.Denton@robbinsfirm.com>; bjacoutot@taylorenglish.com; Brian Lake <Brian.Lake@robbinsfirm.com>; btyson@taylorenglish.com; cheryl.ringer@fultoncountyga.gov; david.lowman@fultoncountyga.gov; dburton@taylorenglish.com; dlaross@taylorenglish.com; Elson, Hannah R. <HElson@mofo.com>; hknapp@khlawfirm.com; jballi@taylorenglish.com; Josh Belinfante <Josh.Belinfante@robbinsfirm.com>; jcrumly@taylorenglish.com; Javier Pico-Prats <javier.picoprats@robbinsfirm.com>; kaye.burwell@fultoncountyga.gov; lparadise@taylorenglish.com; Melanie Johnson <melanie.johnson@robbinsfirm.com>; Kaiser, Mary <MKaiser@mofo.com>; sparks@khlawfirm.com; Ascarrunz, Veronica <VAscarrunz@mofo.com>; Conaway, Jenna B. <JConaway@mofo.com>; Marilyn Marks <Marilyn@uscgg.org>; Jill Connors <JConnors@ichterdavis.com>; Harry Martin <Harry_Martin@gand.uscourts.gov>
**Subject:** RE: TIME SENSITIVE: 17-cv-02989-AT Curling et al v. Raffensperger et al

**External Email**

---

Judge Totenberg asked me to send the following email to you:

> Dear Counsel:
>
> It appears that all of you are together taking depositions in this matter.  Please confer regarding what time(s) you can collectively be available to speak with me in the afternoon on Wednesday or Thursday any time after 1:30 PM or alternatively, on Friday between 11:30 AM and 2 PM or after 3:30 PM.  Your recent correspondence and submissions regarding the schedule appears impossible to resolve without such a conference.  As an initial matter, please also discuss a potential alternative schedule amongst yourselves first.  Finally, please communicate with Mr. Martin as soon as possible regarding scheduling this phone conference, but in any event, no later than Wednesday at 5:00 PM.
>
> Sincerely,
> Amy Totenberg

--

**Amanda D. Bradley, Esq.**
Law Clerk
Chambers of the Honorable Amy Totenberg
United States District Court
Northern District of Georgia

amanda_bradley@gand.uscourts.gov

---

**From:** Cross, David D. <DCross@mofo.com>
**Sent:** Tuesday, March 8, 2022 6:02 PM
**To:** Vincent Russo <vrusso@robbinsfirm.com>; Bruce Brown <bbrown@brucepbrownlaw.com>
**Cc:** Gavin Palmer <Gavin_Palmer@gand.uscourts.gov>; Carey Miller <carey.miller@robbinsfirm.com>; Robert McGuire <ram@lawram.com>; Amanda Bradley <Amanda_Bradley@gand.uscourts.gov>; Cary Ichter <CIchter@ichterdavis.com>; Alexander Denton <Alexander.Denton@robbinsfirm.com>; bjacoutot@taylorenglish.com; Brian Lake <Brian.Lake@robbinsfirm.com>; btyson@taylorenglish.com; cheryl.ringer@fultoncountyga.gov; david.lowman@fultoncountyga.gov; dburton@taylorenglish.com; dlaross@taylorenglish.com; Elson, Hannah R. <HElson@mofo.com>; hknapp@khlawfirm.com; jballi@taylorenglish.com; Josh Belinfante <Josh.Belinfante@robbinsfirm.com>; jcrumly@taylorenglish.com; Javier Pico-Prats <javier.picoprats@robbinsfirm.com>; kaye.burwell@fultoncountyga.gov; lparadise@taylorenglish.com; Melanie Johnson <melanie.johnson@robbinsfirm.com>; Kaiser, Mary <MKaiser@mofo.com>; sparks@khlawfirm.com; Ascarrunz, Veronica <VAscarrunz@mofo.com>; Conaway, Jenna B. <JConaway@mofo.com>; Marilyn Marks <Marilyn@uscgg.org>; Jill Connors <JConnors@ichterdavis.com>; Harry Martin <Harry_Martin@gand.uscourts.gov>
**Subject:** RE: TIME SENSITIVE: 17-cv-02989-AT Curling et al v. Raffensperger et al

**CAUTION - EXTERNAL:**

Mr. Palmer, Ms. Bradley, and Mr. Martin:

Monday is not nearly enough time with all that we have going on. Even if we could make that work (and we can't at this point), our team should not have to forgo important family obligations and work through the weekend to respond to a motion State Defendants waited to file until after business hours last Friday regarding deadlines that have been long outstanding.

And to be clear, we are not requesting an extension; we are merely requesting the time that we would receive in the ordinary course under the Court's Local Rules. Again, state defendants did not file an emergency motion and did not request expedited briefing even though they knew the upcoming deadlines when they filed their motion. It would have been prejudicial to request that last Friday night; it's especially prejudicial to do so now.

This is not a mere discovery motion. It's a motion that substantively affects this litigation and that would delay the important constitutional relief we seek for months while elections are ongoing and while we creep closer and closer to the important mid-term elections this fall, including important statewide elections such as the Governor and Secretary of State.

We implore the Court to give us the time we need to fairly respond to this motion, which is 14 days given how consumed we are, given this week is lost with other obligations, and next week also is very busy. State Defendants are solely responsible for the timing, and we respectfully submit that it would be unfair to prejudice Plaintiffs as a result with expedited briefing on an important motion.

If we could make Monday work, we would. But it's not feasible at this point unfortunately.

Best regards,
David

---

**From:** Vincent Russo <vrusso@robbinsfirm.com>
**Date:** Tuesday, Mar 08, 2022, 5:41 PM
**To:** Bruce Brown <bbrown@brucepbrownlaw.com>, Cross, David D. <DCross@mofo.com>
**Cc:** Gavin Palmer <Gavin_Palmer@gand.uscourts.gov>, Carey Miller <carey.miller@robbinsfirm.com>, Robert McGuire <ram@lawram.com>, Amanda Bradley <Amanda_Bradley@gand.uscourts.gov>, Cary Ichter <CIchter@ichterdavis.com>, Alexander Denton <Alexander.Denton@robbinsfirm.com>, bjacoutot@taylorenglish.com <bjacoutot@taylorenglish.com>, Brian Lake <Brian.Lake@robbinsfirm.com>, btyson@taylorenglish.com <btyson@taylorenglish.com>, cheryl.ringer@fultoncountyga.gov <cheryl.ringer@fultoncountyga.gov>, david.lowman@fultoncountyga.gov <david.lowman@fultoncountyga.gov>, dburton@taylorenglish.com <dburton@taylorenglish.com>, dlaross@taylorenglish.com <dlaross@taylorenglish.com>, Elson, Hannah R. <HElson@mofo.com>, hknapp@khlawfirm.com <hknapp@khlawfirm.com>, jballi@taylorenglish.com <jballi@taylorenglish.com>, Josh Belinfante <Josh.Belinfante@robbinsfirm.com>, jcrumly@taylorenglish.com <jcrumly@taylorenglish.com>, Javier Pico-Prats <javier.picoprats@robbinsfirm.com>, kaye.burwell@fultoncountyga.gov <kaye.burwell@fultoncountyga.gov>, lparadise@taylorenglish.com <lparadise@taylorenglish.com>, Melanie Johnson <melanie.johnson@robbinsfirm.com>, Kaiser, Mary <MKaiser@mofo.com>, sparks@khlawfirm.com <sparks@khlawfirm.com>, Ascarrunz, Veronica <VAscarrunz@mofo.com>, Conaway, Jenna B. <JConaway@mofo.com>, Marilyn Marks <Marilyn@uscgg.org>, Jill Connors <JConnors@ichterdavis.com>, Harry Martin <Harry_Martin@gand.uscourts.gov>
**Subject:** RE: TIME SENSITIVE: 17-cv-02989-AT Curling et al v. Raffensperger et al

**External Email**

---

Mr. Palmer, Ms. Bradley, and Mr. Martin:

I apologize for the delay responding, but I was in Ms. Price's deposition today. With summary judgment motions due on March 17, a 14-day extension would go well past the deadline for filing dispositive motions. State Defendants are amenable to a reasonable extension through Monday, March 14 considering the upcoming deadline, but a 14-day extension would require dispositive motions to be filed while the motion is to stay or extend the schedule is still pending.

Best regards,

Vincent

**ROBBINS**

Vincent R. Russo
ROBBINS ALLOY BELINFANTE LITTLEFIELD LLC
500 Fourteenth Street NW
Atlanta, GA 30318
404.856.3260 (Direct)
678.701.9381 (Main)
www.robbinsfirm.com

---

**From:** Bruce Brown <bbrown@brucepbrownlaw.com>

**Sent:** Tuesday, March 8, 2022 4:01 PM
**To:** Cross, David D. <DCross@mofo.com>
**Cc:** Gavin Palmer <Gavin_Palmer@gand.uscourts.gov>; Carey Miller <carey.miller@robbinsfirm.com>; Robert McGuire <ram@lawram.com>; Amanda Bradley <Amanda_Bradley@gand.uscourts.gov>; Cary Ichter <CIchter@ichterdavis.com>; Alexander Denton <Alexander.Denton@robbinsfirm.com>; bjacoutot@taylorenglish.com; Brian Lake <Brian.Lake@robbinsfirm.com>; btyson@taylorenglish.com; cheryl.ringer@fultoncountyga.gov; david.lowman@fultoncountyga.gov; dburton@taylorenglish.com; dlaross@taylorenglish.com; Elson, Hannah R. <HElson@mofo.com>; hknapp@khlawfirm.com; jballi@taylorenglish.com; Josh Belinfante <Josh.Belinfante@robbinsfirm.com>; jcrumly@taylorenglish.com; Javier Pico-Prats <javier.picoprats@robbinsfirm.com>; kaye.burwell@fultoncountyga.gov; lparadise@taylorenglish.com; Melanie Johnson <melanie.johnson@robbinsfirm.com>; Kaiser, Mary <MKaiser@mofo.com>; sparks@khlawfirm.com; Ascarrunz, Veronica <VAscarrunz@mofo.com>; Vincent Russo <vrusso@robbinsfirm.com>; Conaway, Jenna B. <JConaway@mofo.com>; Marilyn Marks <Marilyn@uscgg.org>; Jill Connors <JConnors@ichterdavis.com>; Harry Martin <Harry_Martin@gand.uscourts.gov>
**Subject:** Re: TIME SENSITIVE: 17-cv-02989-AT Curling et al v. Raffensperger et al

**From External Sender**

Mr. Palmer, Ms. Bradley and Mr. Martin - the Coalition Plaintiffs join in the Curling Plaintiffs' request for additional time to respond to the motion to stay given the ongoing depositions and limited resources.
Many thanks,
Bruce Brown

> On Mar 8, 2022, at 3:07 PM, Cross, David D. <DCross@mofo.com> wrote:
>
> Dear Mr. Palmer, Ms. Bradley, and Mr. Martin -
>
> I write on behalf of Curling Plaintiffs regarding the Court's Order yesterday directing us to respond to State Defendants' Motion to Stay by noon this Friday. We respectfully request more time to respond. If we need to file this request on the docket, we'll do that. Candidly, I'm sending this urgently this way during Plaintiff Donna Price's deposition today because we're absolutely consumed on this and other matters this week. We don't have the resources to respond to State Defendants' Motion to Stay by Friday.
>
> State Defendants waited for whatever reason until after close of business last Friday to request a stay regarding longstanding deadlines and a long-pending appeal. They did not file the motion on an emergency basis and did not request expedited briefing. They also never conferred with us beforehand and alerted us to it by email Friday evening shortly before it was filed. It purports to raise discovery concerns that have never been raised with us before and that don't involve Curling Plaintiffs. It also looks to include allegations that are not accurate.
>
> The prejudice to Curling Plaintiffs from the requested stay would be extreme given upcoming elections using the current system, some of which are approaching soon, and for other important reasons we'll explain in our response to the Motion. Curling Plaintiffs need sufficient time to do that, just as State Defendants had weeks (and months) to prepare their Motion.
>
> We respectfully submit that expedited briefing would greatly prejudice Curling Plaintiffs regarding a critically-important Motion. Again, we simply don't have the resources to respond this week given the discovery brief also due Friday, Ms. Price's deposition today, Mr. Beaver's deposition on

Thursday, substantial filings and a hearing in other cases, and family obligations (including my son's 16th birthday among many others across our team). A Friday noon deadline would afford us only 4.5 business days to respond to the Motion, two of which will be spent in depositions in this case this week (we also had to prepare Ms. Price yesterday and travel to and from Atlanta).

We would very much appreciate the 14 days typically allowed by the Local Rules for responses to motions. Again, State Defendants did not request expedited briefing, and we very much need that time. We've worked very hard over the last couple months to meet the Court's deadlines and would not make this request were it not absolutely necessary. We greatly appreciate the Court's attention to this request at its earliest convenience.

Best regards,
David

========================================================================

This message may be confidential and privileged. Use or disclosure by anyone other than an intended addressee is prohibited. If you received this message in error, please delete it and advise the sender by reply email. Learn about Morrison & Foerster LLP's Privacy Policy.

========================================================================

This message may be confidential and privileged. Use or disclosure by anyone other than an intended addressee is prohibited. If you received this message in error, please delete it and advise the sender by reply email. Learn about Morrison & Foerster LLP's Privacy Policy.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

========================================================================

This message may be confidential and privileged. Use or disclosure by anyone other than an intended addressee is prohibited. If you received this message in error, please delete it and advise the sender by reply email. Learn about Morrison & Foerster LLP's Privacy Policy.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

========================================================================

This message may be confidential and privileged. Use or disclosure by anyone other than an intended addressee is prohibited. If you received this message in error, please delete it and advise the sender by reply email. Learn about Morrison & Foerster LLP's Privacy Policy.

========================================================================

This message may be confidential and privileged. Use or disclosure by anyone other than an intended addressee is prohibited. If you received this message in error, please delete it and advise the sender by reply email. Learn about Morrison & Foerster LLP's Privacy Policy.