IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, *et al.*<br><br>    *Plaintiffs,*<br><br>v.<br><br>BRAD RAFFENSPERGER, *et al.*,<br><br>    *Defendants.* | CIVIL ACTION<br><br>FILE NO. 1:17-CV-2989-AT |

## **STATE DEFENDANTS' NOTICE OF FILING ELECTRONIC MEDIA**

Please take notice that, pursuant to Appendix H, III. C. of the Local Rules (Standing Order 19-01), State Defendants have filed the following document on a USB drive with the Court:

1. Complete Recording of Phone Call with Scott Hall.

This document was previously served on all parties electronically on March 2, 2022 by Coalition Plaintiffs.

This 7th day of April, 2022.

                                              Vincent R. Russo
                                              Georgia Bar No. 242628
                                              vrusso@robbinsfirm.com
                                              Josh Belinfante
                                              Georgia Bar No. 047399
                                              jbelinfante@robbinsfirm.com
                                              Carey A. Miller
                                              Georgia Bar No. 976240

1

cmiller@robbinsfirm.com
Alexander Denton
Georgia Bar No. 660632
adenton@robbinsfirm.com
Robbins Ross Alloy Belinfante
Littlefield LLC
500 14th Street, N.W.
Atlanta, Georgia 30318
Telephone: (678) 701-9381
Facsimile:  (404) 856-3250

*/s/Bryan P. Tyson*
Bryan P. Tyson
Georgia Bar No. 515411
btyson@taylorenglish.com
Jonathan D. Crumly
Georgia Bar No. 199466
jcrumly@taylorenglish.com
James A. Balli
Georgia Bar No. 035828
jballi@taylorenglish.com
Diane F. LaRoss
Georgia Bar No. 430830
dlaross@taylorenglish.com
Bryan F. Jacoutot
Georgia Bar No. 668272
bjacoutot@taylorenglish.com
Loree Anne Paradise
Georgia Bar No. 382202
lparadise@taylorenglish.com
TAYLOR ENGLISH DUMA LLP
1600 Parkwood Circle, Suite 200
Atlanta, GA 30339
Telephone: 678-336-7249

*Counsel for State Defendants*

## L.R. 7.1(D) CERTIFICATION

I certify that this Notice has been prepared with one of the font and point selections approved by the Court in Local Rule 5.1(C). Specifically, this Response has been prepared using 13-pt Century Schoolbook font.

<i><u>/s/ Bryan P. Tyson</u></i><br>
Bryan P. Tyson