IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, ET AL.,<br>Plaintiffs,<br><br>v.<br><br>BRAD RAFFENSPERGER, ET AL.,<br>Defendants. | Civil Action No. 1:17-CV-2989-AT |

## NOTICE OF COALITION PLAINTIFFS' FILING OF INFORMAL TRANSCRIPT OF ELECTRONIC RECORDING

State Defendants filed an one hour twenty-two minute audio recording made by Marilyn Marks, Executive Director of Coalition for Good Governance, of her conversation with Fulton County voter Scott Hall. (Doc. 1363) In consideration of the Court's time and efficiency, Coalition Plaintiffs hereby supplies an informal transcript (Exhibit 1) of the 2 minute 35 second excerpt of the recording that is relevant to its requested discovery of the alleged breach and potential hacking of the Georgia's Dominion Voting System in Coffee County. The 2 minute 35 second

excerpt of audio recording is available at https://bit.ly/CGGhall.[1] It is the only portion of the recording relating to unauthorized access to the Coffee County voting system. The recording and transcript are supplied in support of Coalition Plaintiffs' request to 1) complete Rule 30(b)(6) depositions on the topic of Coffee County alleged breach, 2) obtain the State Election Board's related investigation files, and 3) take depositions of non-party eyewitnesses to the alleged breach.

Respectfully submitted this 8th day of April, 2022.

| | |
|---|---|
| /s/ Russell T. Abney | /s/ Robert A. McGuire, III |
| Russell T. Abney | Robert A. McGuire, III |
| Georgia Bar No. 000875 | Admitted Pro Hac Vice |
| WATTS GUERRA, LLP |  (ECF No. 125) |
| Suite 100 | ROBERT MCGUIRE LAW FIRM |
| 4 Dominion Drive, Building 3 | 113 Cherry St. #86685 |
| San Antonio, TX 78257 | Seattle, Washington 98104-2205 |
| (404) 670-0355 | (253) 267-8530 |

*Counsel for Coalition for Good Governance*

---

[1] The excerpt linked here begins at timestamp approximately 55:20 in the complete recording supplied by the State Defendants.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, ET AL., <br> Plaintiffs, <br><br> v. <br><br> BRAD RAFFENSPERGER, ET AL., <br> Defendants. | Civil Action No. 1:17-CV-2989-AT |

CERTIFICATE OF SERVICE AND COMPLIANCE

I hereby certify that on April 8, 2022, a copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to all attorneys of record. In addition, pursuant to LR 7.1(D), I hereby certify that the foregoing document has been prepared in accordance with the font type and margin requirements of LR 5.1, using font type of Times New Roman and a point size of 14.

/s/ Russell T. Abney
Russell T. Abney