#### SPEAKERS
Scott Hall, Marilyn Marks

**Scott Hall**  00:00
And, and I haven't, you know, I'm the guy that chartered the jet to go down to Coffee County to have them inspect all of those computers. And I've heard zero. Okay. I went down there, we scanned every freaking ballot. And the elections director and her assistant lost their job. Okay, and have yet learned zero, all of that effort.

**Marilyn Marks**  00:32
Well, well, well, why did they not give you any information?

**Scott Hall**  00:38
That's a great question. As to why, all of that data, we haven't had a report from anybody. And I keep saying, "guys, all that effort," you know, the same people that went up to Michigan, okay, and did all that forensic stuff on the computers. And they sent their team down to Coffee County, Georgia, and they scanned all the equipment, imaged all the hard drives, and scanned every single ballot, you know, absentee in person, in person, and absentee by mail, and have gotten no feedback.

**Marilyn Marks**  01:17
They imaged the hard drives?

**Scott Hall**  01:20
Yes.

**Marilyn Marks**  01:20
How in the world did you get permission to do that?

**Scott Hall**  01:24
We basically had the entire Elections Committee there. Okay. And they said, "We give you permission, go for it." So they went in there and imaged every hard drive of every piece of equipment, you know, all the poll pads, everything. And it was there where Misty, and I said, "Misty, they're telling me these poll pads don't have internet access."  She turned one on right in front of me. And she said, "here's the poll pad." She said, "You see this big icon, the Secretary of State." I said, "well, so that means it's just got worst case encrypted connection back to the SOS voter database." She swiped the screen to the left. And she said,"there's a safari icon that my daughter watched Netflix on."

**Marilyn Marks**  02:12
Now, I'm not surprised about that.

**Scott Hall**  02:17

Transcribed by https://otter.ai

And, and then, you know, as recently as I think yesterday, I'm getting images from Fulton County. I've got people that are still dumpster diving. Near the English Street warehouse. Yeah, they're throwing away poll pad boxes. Yeah.

Transcribed by https://otter.ai