# EXHIBIT A

**From:** Vincent Russo <vrusso@robbinsfirm.com>
**Sent:** Thursday, December 3, 2020 11:32 AM
**To:** Halsey G. Knapp, Jr. <hknapp@khlawfirm.com>; Cross, David D. <DCross@mofo.com>; Bryan P. Tyson <btyson@taylorenglish.com>
**Subject:** RE: Election

**External Email**

David and Halsey,

We appreciate you letting us know and will pass your email along to our clients.

Best regards,

Vincent

**ROBBINS**

Vincent R. Russo
**Robbins Ross Alloy Belinfante Littlefield LLC**
www.robbinsfirm.com

**Robbins Government Relations LLC**
www.robbinsgr.com

500 14th Street, NW
Atlanta, GA 30318
404.856.3260 (Direct)
678.701.9381 (Main)

**From:** Halsey G. Knapp, Jr. <hknapp@khlawfirm.com>
**Sent:** Thursday, December 3, 2020 10:40 AM
**To:** Cross, David D. <DCross@mofo.com>; Bryan P. Tyson <btyson@taylorenglish.com>; Vincent Russo <vrusso@robbinsfirm.com>
**Subject:** RE: Election

**From External Sender**

Gentlemen, KH agrees.

**Halsey G. Knapp, Jr.**
*Crisis Management/Voting & Elections*
Business Disputes

KREVOLIN | HORST

Tel: 404-888-9611
Email: hknapp@khlawfirm.com

One Atlantic Center
1201 West Peachtree Street, NW
Suite 3250 | Atlanta, GA 30309
Tel: 404-888-9700
www.khlawfirm.com

*Chambers USA America's Leading Lawyers for Business Guide:*
*Georgia General Commercial Litigation 2008-2020*
*Georgia Registered Neutral (Mediator) 2011-2015*
*Top 100 Georgia Lawyers 2009-2018*
*Super Lawyers 2004-2020*

**A Member of Primerus International Society of Law Firms**

The preceding email message may be confidential or protected by the attorney-client privilege. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this message in error, please (i) do not read it, (ii) reply to the sender that you received the message in error, and (iii) erase or destroy the message. Legal advice contained in the preceding message is solely for the benefit of client(s) represented by Krevolin & Horst, LLC in the particular matter that is the subject of this message, and may not be relied upon by any other party.

Internal Revenue Service regulations require that certain types of written advice include a disclaimer. To the extent the preceding message contains advice relating to a Federal tax issue, unless expressly stated otherwise the advice is not intended or written to be used, and it cannot be used by the recipient or any other taxpayer, for the purpose of avoiding Federal tax penalties, and was not written to support the promotion or marketing of any transaction or matter discussed herein.

**From:** Cross, David D. <DCross@mofo.com>
**Sent:** Thursday, December 03, 2020 10:18 AM
**To:** Bryan P. Tyson <btyson@taylorenglish.com>; 'Vincent Russo' <vrusso@robbinsfirm.com>
**Cc:** Halsey G. Knapp, Jr. <hknapp@khlawfirm.com>
**Subject:** Election

Good morning, Vincent and Bryan -

I read the news this morning about Gabriel Sterling's press conference reporting threats against your clients regarding the election. I was very disappointed and concerned to see that. The report of someone breaking into a home and turning on all the lights was especially chilling. I hope you and your clients are managing okay and staying safe. It's unfortunate things have come to this, to say the least.

We're especially disappointed to see President Trump's team citing our case to support wild, unsubstantiated theories regarding Hugo Chavez. To be clear, while we continue to believe there are significant vulnerabilities with GA's election system that need to be remedied, per our lawsuit, we don't support the claims of the Trump team based on specific unsubstantiated allegations of systemwide voter fraud intended to rig the election for President-Elect Biden. I know we've not found much common ground in our litigation, but any suggestion that we or our experts support those allegations is simply wrong. While we understand you disagree with our claims, hopefully you understand that we're driven only by facts and science and a nonpartisan desire to address what we believe are unconstitutional deficiencies with the election system. We do not support absurd theories or specific election-outcome-driven positions. We also certainly agree that threats against state officials — or anyone for that matter — are obviously inappropriate, and we hope everyone remains safe and healthy. If there's anything we can do to help, please let us know.

You, your clients, their families, and the many election workers across the state are in our thoughts and prayers. Again, if we can help address these unwarranted and improper attacks, please let us know.

Best regards,
DC


========================================================================

This message may be confidential and privileged. Use or disclosure by anyone other than an intended addressee is prohibited. If you received this message in error, please delete it and advise the sender by reply email. Learn about Morrison & Foerster LLP's Privacy Policy.