IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, ET AL., <br> Plaintiffs, <br><br> v. <br><br> BRAD RAFFENSPERGER, ET AL., <br> Defendants. | Civil Action No. 1:17-CV-2989-AT |

**CURLING PLAINTIFFS' NOTICE OF FILING
REQUESTED DEPOSITION TRANSCRIPTS**

Pursuant to this Court's request in the recent teleconference hearing (Apr. 7, 2022 Hrg. Tr. at 53:7-10), Curling Plaintiffs hereby file copies of the following deposition transcripts of Rule 30(b)(6) designees for the Secretary of State's Office who have been deposed:

- Chris Harvey (Jan. 28, 2022);
- Merritt Beaver (Feb. 2 & Mar. 10, 2022);
- Michael Barnes (Feb. 11, 2022); and,
- Gabriel Sterling (Feb. 24, 2022).

Further pursuant to this Court's same request (*id.* at 53:7-10), Curling Plaintiffs also file copies of the following deposition transcripts of State Election Board members:

1

- Anh Le (Nov. 4, 2021);

- Matthew Mashburn (Nov. 4, 2021);

- Sarah Ghazal (Nov. 5, 2021); and,

- Rebecca Sullivan (Nov. 5, 2021).

Dr. Janice Johnston succeeds Anh Le on the State Election Board and Edward Lindsey, Jr. succeeds Rebecca Sullivan.

The afore-mentioned transcripts have been redacted to protect substantive discussion of Dr. Halderman's sealed expert report (Dkt. 1131) and quoted excerpts of documents designated as "Confidential" or "Attorneys' Eyes Only."

Dated: April 13, 2022

Respectfully submitted,

 /s/ David D. Cross
David D. Cross (*pro hac vice*)
Mary G. Kaiser (*pro hac vice*)
Veronica Ascarrunz (*pro hac vice*)
Hannah R. Elson (*pro hac vice*)
Zachary Fuchs (*pro hac vice*)
MORRISON & FOERSTER LLP
2100 L Street, NW
Suite 900
Washington, DC 20037
Telephone: (202) 887-1500
DCross@mofo.com
MKaiser@mofo.com
VAscarrunz@mofo.com
HElson@mofo.com
ZFuchs@mofo.com

Halsey G. Knapp, Jr.
GA Bar No. 425320
Adam M. Sparks

GA Bar No. 341578
KREVOLIN & HORST, LLC
1201 West Peachtree Street, NW
Suite 3250
Atlanta, GA 30309
HKnapp@khlawfirm.com
Sparks@khlawfirm.com

*Counsel for Plaintiffs Donna Curling, Donna Price & Jeffrey Schoenberg*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **DONNA CURLING, ET AL.,**<br>**Plaintiffs,**<br><br>v.<br><br>**BRAD RAFFENSPERGER, ET AL.,**<br>**Defendants.** | **Civil Action No. 1:17-CV-2989-AT** |

## CERTIFICATE OF COMPLIANCE

Pursuant to LR 7.1(D), I hereby certify that the foregoing document has been prepared in accordance with the font type and margin requirements of LR 5.1, using font type of Times New Roman and a point size of 14.

*/s/ David D. Cross*
David D. Cross

4

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **DONNA CURLING, ET AL.,**<br>**Plaintiffs,**<br><br>v.<br><br>**BRAD RAFFENSPERGER , ET AL.,**<br>**Defendants.** | **Civil Action No. 1:17-CV-2989-AT** |

## CERTIFICATE OF SERVICE

I hereby certify that on April 13, 2022, a copy of the foregoing **CURLING PLAINTIFFS' NOTICE OF FILING REQUESTED DEPOSITION TRANSCRIPTS** was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to all attorneys of record.

*/s/ David D. Cross*
David D. Cross

5