UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

----------------------------- )

DONNA CURLING, et al.,        )

               Plaintiffs,   )Case No.

      vs.                     )1:17-cv-2989-AT

BRAD RAFFENSPERGER, et al.,   )

             Defendants.     )

----------------------------- )


REMOTE DEPOSITION OF AHN LE

NOVEMBER 4, 2021


REPORTED BY:  Tina Alfaro, RPR, CRR, RMR

Page 2

1

2

3

4                              NOVEMBER 4, 2021

5                                2:09 P.M.

6

7

8          Videotaped deposition of AHN LE taken

9    remotely by video conference pursuant to notice

10   before Tina M. Alfaro, a Certified Realtime

11   Reporter and a Notary Public within and for the

12   District of Columbia.

13

14

15

16

17

18

19

20

21

22

```
 1   APPEARANCES:

 2        ON BEHALF OF THE PLAINTIFFS:

 3        MORRISON & FOERSTER, LLP

 4        BY: TAMARA WIESEBRON, ESQ.

 5             HANNAH ELSON, ESQ.

 6             ZACHARY FUCHS, ESQ.

 7             REEMA SHOCAIR ALI, ESQ.

 8             2100 L Street, NW, Suite 900

 9             Washington, D.C. 20037

10

11        ON BEHALF OF THE DEFENDANTS:

12        TAYLOR ENGLISH DUMA, LLP

13        BY: DIANE LaROSS, ESQ.

14             1600 Parkwood Circle, Suite 200

15             Atlanta, Georgia 30339

16   and

17        ROBBINS FIRM

18        BY: CAREY MILLER, ESQ.

19             500 14th Street, NW

20             Atlanta, Georgia 30318

21

22
```

Page 4

1   APPEARANCES:  (cont'd)

2        ON BEHALF OF FULTON COUNTY BOARD Of

3        REGISTRATION ELECTION AND RICHARD BARRON:

4        FULTON COUNTY ATTORNEY'S OFFICE

5        BY: NANCY ROWAN, ESQ.

6             141 Pryor Street, SW, Suite 4083

7             Atlanta, Georgia 30303

8

9   ALSO PRESENT:  Scott Forman (Videographer)

10                 Marilyn Marks (Coalition for Good
                       Governance)

11

12

13

14

15

16

17

18

19

20

21

22

Page 5

1                        I N D E X

2                      EXAMINATION

3    WITNESS                                    PAGE

4    AHN LE

5       By Ms. Wiesebron                        7

6                       EXHIBITS

7    LE EXHIBITS                                PAGE

8    Exhibit 1                                  67
        Minutes
9

10

11

12

13

14

15

16

17

18

19

20

21

22

Page 6

```
 1              THE VIDEOGRAPHER:  Good afternoon.  We're    14:09:07
 2   going on the record at 2:09 p.m. on November 4,         14:09:08
 3   2021.  This is media unit 1 of the video recorded       14:09:12
 4   deposition of Ahn Le in the matter of Donna             14:09:18
 5   Curling, et al., versus Brad Raffensperger,             14:09:21
 6   et al., filed in the United States District            14:09:26
 7   Court for the Northern District of Georgia, Case       14:09:28
 8   No. 1:17-CV-2989.  This deposition is being held on     14:09:32
 9   Sycamore Drive in Atlanta, Georgia.                     14:09:38
10          My name is Scott Forman from the firm           14:09:42
11   Veritext.  I am the videographer.  The court           14:09:46
12   reporter is Tina Alfaro from the firm Veritext.        14:09:47
13          Counsel will now state their appearances        14:09:51
14   and affiliations for the record.                       14:09:53
15          MS. WIESEBRON:  Hi.  You have Tamara            14:09:55
16   Wiesebron from Morrison & Foerster appearing on        14:09:56
17   behalf of Curling Plaintiffs, and I'm here             14:10:01
18   virtually today accompanied by my colleagues           14:10:04
19   Zachary Fuchs, Hannah Elson, and Reema Shocair.        14:10:09
20          MS. LaROSS:  Diane LaRoss.  I represent         14:10:20
21   the Defendants in this case.  I'm from Taylor          14:10:22
22   English and represent the deponent as well.  We        14:10:25
```

Page 7

```
 1   have Carey Miller from our co-counsel firm of the    14:10:28
 2   Robbins firm.                                        14:10:31
 3           MS. MARKS:  This is Marilyn Marks, and I'm    14:10:39
 4   from the Coalition for Good Governance and a         14:10:41
 5   Plaintiffs representative.                           14:10:45
 6           MS. ROWAN:  Nancy Rowan on behalf of         14:10:47
 7   Defendant Fulton County Board of Registration        14:10:50
 8   Election and Richard Barron.                         14:10:53
 9           THE VIDEOGRAPHER:  Thank you.  I'll pause     14:10:56
10   just for a moment to make sure we have everyone.     14:10:58
11           Thank you very much.  Will the court         14:11:02
12   reporter please swear in the witness.                14:11:04
13                     (Witness sworn.)                   14:11:06
14   WHEREUPON:                                           14:11:06
15                     AHN LE,                            14:11:06
16   called as a witness herein, having been first duly   14:11:06
17   sworn, was examined and testified as follows:        14:11:06
18                   EXAMINATION                          14:11:06
19   BY MS. WIESEBRON:                                    14:11:24
20      Q.  Good afternoon, Ms. Le.  Thank you for        14:11:24
21   being here today.                                    14:11:27
22           Could you please state your name and         14:11:29
```

Page 8

1  address for the record.                          14:11:30

2      A.  Yes.  Ahn Le, address 513 Sycamore Drive, 14:11:33

3  Decatur, 30030.                                   14:11:38

4      Q.  I'll be asking you a series of questions  14:11:42

5  regarding this litigation.  Before we do that, do 14:11:44

6  you understand that you are under oath?           14:11:47

7      A.  Yes.                                      14:11:49

8      Q.  If you answer a question I will assume    14:11:52

9  that you understood the question.  Is that okay?  14:11:55

10     A.  Yes.                                      14:11:57

11     Q.  If you realize an answer you gave earlier 14:12:00

12 is incomplete or incorrect, will you let me know? 14:12:02

13     A.  Yes.                                      14:12:09

14     Q.  Is there any reason why you would be      14:12:09

15 unable to give your full and complete testimony   14:12:11

16 today?                                            14:12:13

17     A.  No.                                       14:12:14

18     Q.  Because we're in a remote environment, I  14:12:17

19 just want to make sure that you have no chat       14:12:20

20 function open on your computer or your cell phone? 14:12:22

21     A.  No.                                       14:12:25

22     Q.  And if you need to take a break at any    14:12:28

Page 9

```
 1   point, just let me know.  I'm only going to ask      14:12:30
 2   that you answer any questions that are pending.       14:12:34
 3   Does that sound okay?                                 14:12:36
 4        A.  Yes.                                         14:12:40
 5        Q.  Ms. Le, did you go to college?              14:12:40
 6        A.  Yes.                                         14:12:44
 7            MS. LaROSS:  Excuse me, Tamara.  I just      14:12:45
 8   wanted to start from the outset the same              14:12:47
 9   stipulations as the previous deposition and the       14:12:49
10   other depositions concerning reserving all            14:12:52
11   objections except as to the form of the question      14:12:56
12   and responsiveness of the answer until first use or   14:12:59
13   at trial.                                             14:13:02
14            MS. WIESEBRON:  That's fine.                 14:13:03
15            MS. LaROSS:  Okay.  Sorry to interrupt.      14:13:04
16   Excuse me.                                            14:13:05
17            MS. WIESEBRON:  No worries at all.           14:13:06
18   BY MS. WIESEBRON:                                     14:13:09
19        Q.  I'll just repeat the question.  Where did    14:13:09
20   you go to college?                                    14:13:12
21        A.  University of California, San Diego.         14:13:14
22        Q.  Great.  And did you receive a degree?        14:13:18
```

Page 10

| | | | |
|---|---|---|---|
| 1 | A. | Yes. | 14:13:22 |
| 2 | Q. | What degree was -- did you receive? | 14:13:23 |
| 3 | A. | Bachelor's degree in B.A., Bachelor of | 14:13:27 |
| 4 | | Arts. | 14:13:34 |
| 5 | Q. | In what subject matter? | 14:13:34 |
| 6 | A. | Political science. | 14:13:36 |
| 7 | Q. | And did you pursue any graduate work? | 14:13:37 |
| 8 | A. | I pursued law school. | 14:13:40 |
| 9 | Q. | Okay.  And where did you go to law school? | 14:13:41 |
| 10 | A. | Loyola Marymount University. | 14:13:46 |
| 11 | | THE REPORTER:  I'm sorry.  One more time. | 14:13:49 |
| 12 | | THE WITNESS:  Loyola Law School, | 14:13:53 |
| 13 | | Los Angeles. | 14:13:54 |
| 14 | Q. | And what is your current employment? | 14:13:56 |
| 15 | A. | I am an attorney, general counsel at GTA, | 14:14:01 |
| 16 | | Georgia Technology Authority. | 14:14:05 |
| 17 | Q. | And how long have you worked at Georgia | 14:14:08 |
| 18 | | Technology Authority? | 14:14:10 |
| 19 | A. | Three months. | 14:14:10 |
| 20 | Q. | Where were you employed -- | 14:14:14 |
| 21 | A. | August, September, October.  Yeah, three | 14:14:16 |
| 22 | | months.  Excuse me? | 14:14:18 |

Page 11

```
 1        Q.  Where were you employed before the Georgia   14:14:19

 2   Technology Authority?                                 14:14:22

 3             THE REPORTER:  You have to let her finish   14:14:23

 4   her questions, please.                                14:14:24

 5        A.  Okay.  I'm sorry.  I was at                   14:14:26

 6   (indecipherable) law firm.                            14:14:31

 7             THE REPORTER:  I'm sorry.  I'm having a      14:14:32

 8   really hard time understanding you.                   14:14:33

 9             THE WITNESS:  Can I move this microphone     14:14:46

10   closer or -- no?                                      14:14:46

11             THE REPORTER:  I think maybe if you just    14:14:46

12   slow down a little bit.  The clarity is just a        14:14:46

13   little bit bad, but otherwise we're fine.             14:14:46

14             THE WITNESS:  Okay.  Hartley Rowe & Fowler   14:14:46

15   is the law firm.                                      14:14:47

16   BY MS. WIESEBRON:                                     14:14:49

17        Q.  And how long did you work there?             14:14:49

18        A.  One year and eight months.                   14:14:54

19        Q.  And where were you before Hartley Rowe &     14:15:01

20   Fowler?                                               14:15:05

21        A.  I had my own small practice for about nine   14:15:06

22   months, and then I decided to absorb that work into   14:15:12
```

Page 12

1   Hartley Rowe & Fowler.                                      14:15:16

2        Q.   What practice did you specialize in?             14:15:21

3        A.   Real estate.                                     14:15:25

4        Q.   When did you join the State Election             14:15:31

5   Board?                                                     14:15:37

6        A.   I joined the State Election Board in early       14:15:38

7   2019.  I believe it's April, I believe.                    14:15:42

8        Q.   You were appointed, correct?                     14:15:46

9        A.   Yes.                                             14:15:50

10        Q.   Who were you appointed by?                      14:15:50

11        A.   The Republican party.                           14:15:53

12        Q.   And do you know what credentials you had        14:15:57

13   that made the Republican party appoint you?               14:16:02

14             MS. LaROSS:  Object to the form.  You can       14:16:05

15   go ahead and answer to your knowledge.                    14:16:07

16        A.   I do not know.  It was not communicated to      14:16:09

17   me.                                                       14:16:11

18        Q.   Okay.                                           14:16:13

19             Were you involved in any election               14:16:15

20   organization prior to being appointed to the board?      14:16:18

21        A.   Election organization like a nonprofit          14:16:25

22   or -- I'm sorry.  Could you clarify?                      14:16:30

Page 13

```
 1        Q.  Of course.  Any -- were you involved in      14:16:32

 2   any organization that related to or concerned         14:16:35

 3   running elections in Georgia?                         14:16:40

 4        A.  I was employed with the Secretary of         14:16:45

 5   State's office.                                       14:16:48

 6        Q.  When were you employed with the Secretary    14:16:48

 7   of State's office?                                    14:16:50

 8        A.  I was employed from 2011 to 2016.            14:16:53

 9        Q.  What was your role with the Secretary of     14:17:01

10   State's office?                                       14:17:04

11        A.  I was deputy general counsel.                14:17:05

12        Q.  And did you deal with election issues in     14:17:09

13   your capacity as deputy general counsel?              14:17:13

14        A.  Yes, I did.                                  14:17:15

15        Q.  And before joining the Secretary of State    14:17:20

16   in Georgia -- of Georgia in 2011 did you have any     14:17:23

17   experience dealing with elections in Georgia?         14:17:28

18        A.  No.                                          14:17:36

19        Q.  Did you join the Secretary of State of       14:17:44

20   Georgia as deputy general counsel or were you         14:17:46

21   eventually promoted to deputy general counsel while   14:17:49

22   working at the Secretary of State?                    14:17:53
```

```
                                                    Page 14
 1          A.  I joined as deputy general counsel.      14:17:56

 2          Q.  Why did you accept the appointment as    14:18:07

 3   member of the State Election Board?                 14:18:11

 4          A.  Because I think it's an honor to serve on 14:18:15

 5   behalf of Georgians.  The State Election Board is   14:18:17

 6   an honorable position and I take it with great      14:18:23

 7   seriousness and I think it's an honor to serve.     14:18:27

 8          Q.  What was your familiarity with Georgia   14:18:39

 9   elections prior to serving on the State Election    14:18:42

10   Board?                                              14:18:46

11          A.  I'm sorry.  What was my primary --       14:18:49

12          Q.  What was your familiarity?              14:18:51

13          A.  Familiarity.  I -- well, being in the    14:18:54

14   Secretary of State's office, of course, elections   14:18:57

15   is one component of the office.  I did help out at  14:19:00

16   work.  I also oversaw some of the operation side,   14:19:06

17   like the mail room, the warehouse, the front desk,  14:19:08

18   those types of areas that kind of support the       14:19:17

19   elections.  Not directly necessarily in the         14:19:21

20   directions, but -- elections, but very much a key   14:19:24

21   component of elections, yeah.                       14:19:27

22          Q.  What did you do to prepare for the       14:19:31
```

Page 15

```
 1   deposition today?                                    14:19:32

 2        A.  I spoke -- I had communications with my     14:19:34

 3   attorney.                                            14:19:36

 4        Q.  Did you meet with your attorney?            14:19:38

 5        A.  Yes.                                         14:19:40

 6        Q.  For how long?                                14:19:42

 7        A.  I believe an hour maybe, hour and a half,   14:19:45

 8   somewhere around there.                              14:19:49

 9        Q.  Did you review any documents filed in this  14:19:51

10   case?                                                14:19:56

11        A.  I reviewed communications with my           14:19:56

12   attorney -- from my attorney.                        14:19:59

13        Q.  Have you seen the most recent complaint     14:20:04

14   filed in this case?                                  14:20:08

15        A.  I do not believe I have.  I do not know.    14:20:09

16   If I did, I do not recall seeing it.  So no.         14:20:12

17        Q.  What is your understanding of the claims    14:20:16

18   made in this litigation?                             14:20:19

19        MS. LaROSS:  Object to the form of the          14:20:22

20   question.  You can go ahead and answer.              14:20:24

21        A.  I understand that it involves the voting    14:20:28

22   machines and possibly the security of the voting     14:20:31
```

Page 16

```
 1   machines.                                          14:20:34
 2       Q.  Have you discussed this litigation with    14:20:42
 3   any members of the State Election Board?           14:20:45
 4       A.  No.                                         14:20:47
 5       Q.  Have you discussed this litigation with    14:20:52
 6   any Secretary of State employees?                  14:20:54
 7       A.  No.                                         14:20:58
 8       Q.  Have you discussed this litigation with    14:21:04
 9   anyone else?                                        14:21:05
10       A.  This -- no, I have not.                     14:21:08
11           Let me go back to the last question.  You  14:21:10
12   said with state -- you're not talking about state  14:21:12
13   election attorney briefings, correct?              14:21:16
14       Q.  Unless they were made to you in your        14:21:24
15   capacity as a State Election Board member.         14:21:25
16       A.  Yes.  Any communication I've had is in      14:21:31
17   connection with my State Election Board member     14:21:34
18   position.                                           14:21:36
19       Q.  Okay.  And so without divulging any         14:21:37
20   privileged communications, you're saying that      14:21:41
21   you're briefed regularly by the state election     14:21:47
22   attorney?                                           14:21:50
```

Page 17

```
 1          MS. LaROSS:  I object to the form of the      14:21:51

 2   question, lacks foundation.                          14:21:52

 3          THE WITNESS:  Should I answer?                 14:21:58

 4          MS. LaROSS:  Yes, you can go ahead and         14:21:59

 5   answer.                                              14:22:01

 6      A.  I have been briefed as appropriate.           14:22:02

 7      Q.  Okay.  And how often are you briefed by       14:22:04

 8   the state election attorney?                         14:22:07

 9      A.  On this case I only can recall one time       14:22:12

10   when I came on to let me know what it was generally  14:22:18

11   and that I would be added as a Defendant.            14:22:22

12      Q.  Okay.  Have you been deposed as a member      14:22:26

13   of the State Election Board in any other             14:22:30

14   litigations?                                         14:22:32

15      A.  No.                                           14:22:33

16      Q.  To the best of your understanding, what       14:22:38

17   are the responsibilities of the State Election       14:22:41

18   Board?                                               14:22:43

19          MS. LaROSS:  I object to the form of the      14:22:45

20   question.  You can testify as to your                14:22:46

21   understanding.                                       14:22:49

22      A.  My responsibilities are to apply the law      14:22:50
```

Page 18

```
 1   as they're written, to do the best I can and to      14:22:54
 2   uphold the law, and to honor the Constitution as     14:22:59
 3   well as the State of Georgia laws and to apply the   14:23:03
 4   knowledge that we have to do the best we can with    14:23:06
 5   the duties we've been given.  So...                  14:23:09
 6       Q.  And what do you understand the Georgia       14:23:13
 7   Constitution to require when it comes to running     14:23:19
 8   elections?                                           14:23:21
 9           MS. LaROSS:  Object to the form of the       14:23:23
10   question to the extent it asks for a legal           14:23:25
11   conclusion.  You can answer the question.            14:23:26
12       A.  I think the Georgia Constitution requires    14:23:29
13   that I do it honorably, do it faithfully, uphold     14:23:31
14   the letter of the law as they're written, and the    14:23:36
15   letter of the law as written is to ensure the        14:23:39
16   elections are available and are conducted in a       14:23:43
17   manner that are prescribed by law.                   14:23:46
18       Q.  And is the State Election Board              14:23:50
19   responsible for promulgating rules and regulations   14:23:53
20   concerning Georgia elections?                        14:23:58
21       A.  Yes.                                         14:23:59
22       Q.  Has the State Election Board promulgated     14:24:01
```

Page 19

```
 1    any rules or regulations since you have joined the      14:24:07
 2    State Election Board?                                   14:24:10
 3         A.  Yes.                                           14:24:11
 4         Q.  From what -- can you recall any examples       14:24:11
 5    of rules relating to the running of elections that      14:24:14
 6    were promulgated since you joined?                      14:24:20
 7         A.  I would probably have to -- I need some        14:24:28
 8    help there.  If you can show me some I'm sure I can     14:24:30
 9    see it, but yes, we have passed rules.                  14:24:31
10         Q.  Okay.                                          14:24:36
11         A.  Yeah.  I think we have minutes that record     14:24:37
12    all that from our meetings.                             14:24:38
13         Q.  Understood.                                    14:24:42
14              What is your title as a member of the         14:24:49
15    State Election Board?                                   14:24:51
16         A.  I think it's just board member.                14:24:53
17         Q.  And do you have any responsibilities in        14:24:56
18    particular in that position?                            14:25:00
19         A.  Outside of the usual being a board member,     14:25:03
20    no.                                                     14:25:06
21         Q.  Are you a member of any working groups on      14:25:08
22    the State Election Board?                               14:25:11
```

Page 20

```
 1        A.  Uh-uh.  I have covered only one meeting      14:25:13

 2   this year for rule -- I don't recall which rule,     14:25:17

 3   but it was a meeting that someone else couldn't      14:25:22

 4   make.  But other than that, no.                      14:25:25

 5        Q.  Understood.                                  14:25:28

 6            Are you familiar with Georgia's current     14:25:31

 7   election system?                                      14:25:34

 8        A.  I'm familiar, uh-huh.                        14:25:35

 9        Q.  Georgia uses ballot marking devices; is     14:25:39

10   that right?                                           14:25:46

11        A.  Yes.                                         14:25:46

12        Q.  Is it okay if I refer to these as BMD's     14:25:46

13   during this deposition?                               14:25:51

14        A.  Yes.                                         14:25:52

15        Q.  Do you know when Georgia switched over to   14:25:53

16   this system?                                          14:25:55

17        A.  I believe it's 2019.                         14:25:59

18        Q.  Are you familiar with Georgia's previous    14:26:05

19   election system?                                      14:26:08

20        A.  I'm familiar.  Not in the system as much,   14:26:10

21   but it was around when I was at Secretary of State,  14:26:14

22   yeah.                                                 14:26:16
```

Page 21

```
 1       Q.  And Georgia previously used direct        14:26:19

 2   recording electronic system, also referred to as  14:26:21

 3   DRE's; is that right?                              14:26:25

 4       A.  Yes.                                       14:26:30

 5       Q.  And do you have an understanding of why    14:26:30

 6   Georgia switched from DRE's to BMD's?              14:26:34

 7           MS. LaROSS:  I object to the form of the   14:26:37

 8   question.  You can testify as to your             14:26:38

 9   understanding.                                     14:26:40

10       A.  I do not officially -- know the official   14:26:42

11   reasons.  When I joined the State Election Board it 14:26:44

12   was already in motion and I took my position and   14:26:48

13   tried to assume my role the best I can, but I was  14:26:55

14   not advised on the hows and whys of those          14:27:01

15   decisions.                                         14:27:04

16       Q.  Do you have an opinion on why Georgia      14:27:08

17   switched from DRE's to BMD's?                      14:27:10

18           MS. LaROSS:  I object to the form of the   14:27:13

19   question to the extent that she's not an expert.   14:27:15

20   You can testify as to your understanding.          14:27:17

21       A.  I don't really have an opinion as to why   14:27:22

22   they were switched.  I would imagine it's maybe    14:27:24
```

Page 22

```
 1   possibly viewed as time for an update or just      14:27:28
 2   viewed as something that's preferred obviously if  14:27:34
 3   we're making a switch as a state, but I think it   14:27:38
 4   works fine, it seems to be doing well.  We've gone 14:27:41
 5   through a couple of elections, at least a big      14:27:44
 6   election with it.  So yeah, but I don't really have 14:27:48
 7   any, you know, side advice or updates or           14:27:50
 8   consultation as to why the switch was made.        14:27:57
 9        Q.  Did you have a role in choosing Georgia's 14:28:01
10   current election system?                           14:28:04
11        A.  No.                                       14:28:05
12        Q.  Do you know whether the State Election    14:28:09
13   Board had a role in choosing the current election  14:28:11
14   system?                                            14:28:13
15        A.  I do not know.  Again, when I joined I    14:28:14
16   think that was already -- the decision had been    14:28:20
17   made.  So I -- and I was in my own outside world at 14:28:23
18   that time.  So I really do not have any deeper     14:28:27
19   insight as to the hows and whys of those decisions. 14:28:31
20        Q.  As a member of the State Election Board do 14:28:36
21   you care about the security of elections in        14:28:39
22   Georgia?                                           14:28:42
```

Page 23

```
 1          MS. LaROSS:  Object to the form of the        14:28:43
 2   question, calls for speculation, lack of             14:28:45
 3   foundation.  You can answer to your understanding.   14:28:47
 4      A.  I do care.                                     14:28:51
 5      Q.  As a member of the State Election Board do    14:28:56
 6   you find it important to know that Georgia's          14:28:58
 7   election system is not vulnerable to being hacked    14:29:03
 8   by unauthorized third parties?                        14:29:05
 9          MS. LaROSS:  I have the same objection as     14:29:08
10   the last question.                                    14:29:09
11      A.  I'm not an IT expert.  I cannot speak to      14:29:10
12   the technical components of the system, but I can    14:29:15
13   say that, yes, it's very important that it is         14:29:22
14   secure and, again, I believe that our current        14:29:27
15   system is holding up very well.                       14:29:30
16      Q.  As a member of the State Election Board       14:29:36
17   would you support the use of an election system      14:29:38
18   that could be hacked in a few minutes by a voter in  14:29:42
19   the voting booth?                                     14:29:47
20          MS. LaROSS:  Object to the form of the        14:29:48
21   question and with the same objections on the last    14:29:49
22   two questions.                                        14:29:51
```

Page 24

1        A.   Again, the answer -- the question seems to      14:29:54

2    suggest that I'm an IT person who would know the        14:29:58

3    technology side of the components of these              14:30:04

4    machines.  Again, back to the previous question,        14:30:06

5    I'll reiterate that secure and fair elections are       14:30:12

6    very important as a State Election Board member,        14:30:14

7    and those are issues, security would be absolute        14:30:18

8    paramount.  So yes, it's an important thought that      14:30:23

9    I always hold in the forefront as I proceed in          14:30:26

10   anything I do when it comes to elections.               14:30:32

11       Q.   Thank you.                                     14:30:34

12            I just want to focus on this question in       14:30:36

13   particular.  I completely understand that you're        14:30:40

14   not an IT expert, but as a member of the State          14:30:43

15   Election Board which has a role in rules                14:30:50

16   promulgation for running Georgia elections, would       14:30:56

17   you support the use of an election system that          14:31:02

18   could be hacked in a few minutes by a voter in the      14:31:05

19   voting booth?                                           14:31:09

20            MS. LaROSS:  Object to the form of the         14:31:10

21   question.  It's the same objections I had to the        14:31:12

22   previous questions.                                     14:31:14

Page 25

```
 1       A.  So the hypothetical is based on the fact    14:31:18

 2  that there are provable evidence in front of me      14:31:24

 3  that a certain system is not secure.  If that's the   14:31:28

 4  case, no.  If there's provable evidence in front of   14:31:34

 5  me that points to -- that establishes that clearly,   14:31:38

 6  then as a hypothetical I would not support            14:31:42

 7  something like that.                                  14:31:44

 8       Q.  Thank you.                                   14:31:46

 9           Are you familiar with BMD's?                 14:31:50

10       A.  I'm familiar from the standpoint of seeing   14:31:53

11  it and have used it as a voter.                       14:31:56

12       Q.  Do you know how they work?                   14:32:02

13       A.  As a voter, yes.                             14:32:03

14       Q.  Do you know what company manufactures the    14:32:07

15  BMD's?                                                14:32:09

16       A.  I believe it's Dominion.                     14:32:12

17       Q.  Have you interacted at all with Dominion?    14:32:15

18       A.  No.                                          14:32:20

19       Q.  So as a member of the State Election Board   14:32:24

20  you have not communicated with Dominion in any way?   14:32:28

21       A.  No.                                          14:32:31

22       Q.  Have you inspected one of the BMD machines   14:32:42
```

Page 26

```
 1   before?                                         14:32:46

 2        A.  When I joined the board there was a    14:32:50

 3   training session or a display and I stepped into 14:32:56

 4   one of them after one of the meetings -- hearings 14:33:02

 5   and I stood in the back and listened to it for a 14:33:05

 6   little bit, but then I had to leave to go back to 14:33:11

 7   the office.  So that was probably the closest I  14:33:14

 8   came to seeing it outside of voting on it myself. 14:33:17

 9        Q.  What meeting are you referencing?      14:33:24

10        A.  One of the hearings.  I forget which one. 14:33:27

11        Q.  What type of hearing was this?         14:33:29

12        A.  Oh, the regular State Election Board    14:33:30

13   hearing.                                         14:33:33

14        Q.  Okay.  So is it your understanding that at 14:33:37

15   one of the State Election Board hearings there was 14:33:40

16   a BMD on display?                                14:33:43

17        A.  No, no, no.  I just heard that maybe there 14:33:44

18   was training.  Please don't quote me on the      14:33:47

19   specific hearing.  I don't remember that.  But I 14:33:50

20   was on the Hill and I remembered hearing that the 14:33:55

21   Secretary of State might be, you know, training   14:33:58

22   some of the counties with it.  So I just stepped 14:34:00
```

Page 27

```
 1   into it to just see what it was and how it worked    14:34:02

 2   in display as opposed to in theory.  So...           14:34:09

 3        Q.  Got it.                                      14:34:12

 4        A.  It might have been a training with the       14:34:13

 5   county.  I'm not sure.                                14:34:15

 6        Q.  Understood.                                  14:34:17

 7            Do you know how the BMD machines are         14:34:19

 8   programmed?                                           14:34:21

 9        A.  No, I do not.                                14:34:22

10        Q.  Have you ever discussed with members of     14:34:28

11   the State Election Board how the machines are         14:34:29

12   programmed?                                           14:34:30

13        A.  No, I have not.                              14:34:32

14        Q.  Do you know how the BMD machines are         14:34:36

15   updated?                                              14:34:38

16        A.  No, I do not.                                14:34:39

17        Q.  Have you discussed with any members of       14:34:42

18   State Election Board how the machines are updated?    14:34:46

19        A.  No, I have not.                              14:34:48

20        Q.  Do you know whether the State Election       14:34:50

21   Board has promulgated any rules or regulations        14:34:52

22   around how the machine should be updated?             14:34:55
```

Page 28

```
 1          MS. LaROSS:  Object to the form of the        14:35:01
 2   question.                                            14:35:02
 3      A.  I don't believe we have.  It would be on      14:35:06
 4   the minutes if we have, but I do not recall a        14:35:09
 5   specific rule on how the technology side gets        14:35:13
 6   updated.  I don't recall any of that, no.            14:35:17
 7      Q.  Are you aware what party is responsible       14:35:24
 8   for updating the BMD machines?                       14:35:29
 9          MS. LaROSS:  Object to the form of the        14:35:33
10   question.                                            14:35:34
11      A.  No, I do not know specifically.  I have       14:35:36
12   not looked into that.                                14:35:43
13      Q.  Do you know whether it is the Secretary of    14:35:44
14   State or Dominion who is responsible for updating    14:35:48
15   the machines?                                        14:35:52
16          MS. LaROSS:  Object to the form of the        14:35:54
17   question.                                            14:35:54
18          THE WITNESS:  No -- sorry.                     14:35:55
19          MS. LaROSS:  That's okay.  Go ahead.          14:35:57
20      A.  No, I -- I have not.  I would imagine a       14:35:59
21   lot of that would have been discussed before I got   14:36:01
22   there as a board member.  I've not.                  14:36:03
```

Page 29

```
 1        Q.  Okay.                                    14:36:10

 2        A.  If it were discussed at all.             14:36:10

 3        Q.  Understood.                              14:36:12

 4            Just to clarify -- and I'm sorry if you  14:36:13

 5   said this before.  I remember that you testified  14:36:16

 6   that you joined the State Election Board in 2019,  14:36:17

 7   but what month exactly did you join in?           14:36:20

 8        A.  I believe it was April.  I believe it's  14:36:26

 9   April.  Maybe March, but I believe it's April.    14:36:28

10        Q.  And can you recall -- and you mentioned  14:36:34

11   that Georgia switched to BMD's in 2019 as well.    14:36:39

12   Can you recall if that was after you joined the    14:36:43

13   board?                                            14:36:45

14        A.  I will be honest with you, it's a little 14:36:48

15   blurry because it was sort of at the same time.    14:36:51

16   You know, I was trying to drink water out of a     14:36:54

17   water hose, if you will, to try and get caught up. 14:36:57

18   So I feel like it's -- it's a motion, they were    14:37:00

19   rolling it out, that's why there was a training    14:37:02

20   session, but I don't know if it's right before I   14:37:04

21   joined or right after I joined.  It was all around 14:37:09

22   the same time.  In other words, it was early in its 14:37:12
```

Page 30

```
 1   motion in rolling out, yeah.                     14:37:17

 2       Q.  Are you aware that removable media such as  14:37:22

 3   USB sticks can be inserted into BMD machines?    14:37:25

 4           MS. LaROSS:  I object to the form of the  14:37:30

 5   question.  She's not an expert and it calls for  14:37:31

 6   speculation.                                     14:37:35

 7       A.  I don't know.                            14:37:35

 8       Q.  Is that something that you discussed with  14:37:38

 9   State Election Board members?                    14:37:41

10       A.  No.  It's not something --              14:37:44

11           MS. LaROSS:  I have the same objection.  14:37:46

12   Excuse me.  Go ahead.                            14:37:47

13           THE WITNESS:  I'm sorry, Diane.          14:37:49

14           MS. LaROSS:  It's fine.  Go ahead.       14:37:51

15           THE WITNESS:  No, it's not something we've  14:37:53

16   discussed.                                       14:37:54

17   BY MS. WIESEBRON:                                14:38:03

18       Q.  When voters use the BMD's to vote, do you  14:38:03

19   know whether they are provided with a paper      14:38:09

20   receipt?                                         14:38:11

21       A.  Yes.  They can print out a receipt.     14:38:16

22       Q.  And do you know what appears on the paper  14:38:22
```

Page 31

1    receipt that is printed out after voters cast their    14:38:27

2    ballot?                                                 14:38:30

3        A.  Yes.  I've seen my own.                         14:38:32

4        Q.  Okay.  And what appears on the paper            14:38:34

5    receipt?                                                14:38:36

6        A.  The votes I've cast.                            14:38:38

7        Q.  And is that -- is there a QR code and           14:38:40

8    human readable text?                                    14:38:46

9            MS. LaROSS:  Object to the form of the          14:38:50

10   question.                                               14:38:50

11       A.  I'm sorry.  I think you said -- let me          14:38:53

12   know if I heard it wrong.  You said is there a          14:38:56

13   QR code in readable text or and readable text?          14:38:59

14       Q.  I'll clarify.  My question was is there a       14:39:03

15   QR code and human readable text?                        14:39:06

16       A.  I believe there are both, if I recall,          14:39:09

17   yes.                                                    14:39:12

18       Q.  Are you aware that when the votes are           14:39:19

19   counted by the machine that scans them they only        14:39:24

20   scan the QR code?                                        14:39:29

21           MS. LaROSS:  Object to the form of the          14:39:33

22   question.                                               14:39:34

Page 32

```
 1        A.   I don't know the mechanics behind how      14:39:37
 2   QR codes work.  I just know that I scan them in and   14:39:40
 3   it gets read.                                         14:39:42
 4        Q.   So as a member of the State Election Board  14:39:45
 5   have you discussed how the votes are tabulated?       14:39:49
 6        A.   Let me try and frame that because I find    14:39:59
 7   that broad.  We know how votes get tabulated if       14:40:01
 8   that's what you're asking.                            14:40:09
 9        Q.   Okay.  And so are the -- is the QR portion  14:40:10
10   of the receipt the part that's tabulated or is it     14:40:16
11   the human readable text?                              14:40:20
12             MS. LaROSS:  Object to the form of the      14:40:23
13   question.                                             14:40:23
14        A.   If you're asking for my understanding, I    14:40:29
15   believe it's both.                                    14:40:32
16        Q.   And what is the basis for your              14:40:37
17   understanding?                                        14:40:38
18        A.   From the meeting.                           14:40:40
19        Q.   Which meeting?                              14:40:43
20        A.   Just from the State Election Board          14:40:45
21   meetings -- I'm sorry -- the hearings that we've      14:40:48
22   had where those were discussed.                       14:40:54
```

Page 33

```
 1       Q.  Okay.  So you are not aware that it's only    14:41:04

 2  the QR code that is scanned and tabulated; is that     14:41:08

 3  your testimony?                                         14:41:11

 4       MS. LaROSS:  Object to the form of the            14:41:13

 5  question, lacks foundation.                             14:41:14

 6       A.  I understand that the QR code is read as      14:41:16

 7  part of the way that the machine tabulates.  I          14:41:20

 8  don't know the technology behind how it's read, but    14:41:24

 9  I know that that's what's read.                         14:41:26

10       Q.  Okay.  And are you saying that you believe    14:41:31

11  that the human readable text is also tabulated          14:41:33

12  along with the QR code?                                 14:41:38

13       A.  I think it's the QR code that gets            14:41:39

14  tabulated.                                              14:41:42

15       Q.  Okay.                                          14:41:43

16       A.  But I don't know what "read" means.  Yes,     14:41:44

17  it's the QR code that gets tabulated.  I don't          14:41:48

18  know -- yes.  If that's the word, yes, tabulated.       14:41:51

19  I guess I assume when it gets read, I thought you       14:41:54

20  meant when it gets scanned in, yeah, that it's the     14:41:59

21  QR code.                                                14:42:01

22       Q.  Okay.  Apologies if I was --                  14:42:03
```

Page 34

1       A.  No, no.                                          14:42:04

2       Q.  So I'll just -- I'll try to clarify again        14:42:05

3    just so that -- to make sure we're all on the same      14:42:11

4    page.                                                   14:42:14

5           Is it your understanding that only the           14:42:16

6    QR code is tabulated, or do you also believe that       14:42:19

7    the human readable text is also tabulated?              14:42:24

8       A.  I believe that -- you know, again, these         14:42:36

9    machines were rolled out as I was coming on board,      14:42:38

10   and I believe that it's the QR code that gets read.     14:42:42

11      Q.  Okay.                                            14:42:47

12          Would you support the use of election            14:43:00

13   equipment that could be hacked in such a way that       14:43:02

14   both the QR codes and human readable text could be      14:43:08

15   altered?                                                14:43:12

16          MS. LaROSS:  I object to the form of the         14:43:14

17   question, it lacks foundation, calls for                14:43:15

18   speculation, and she's not an expert.                   14:43:17

19          MS. WIESEBRON:  Counsel, also, didn't we         14:43:19

20   agree that we were going to stipulate to the            14:43:21

21   objections and only do objections to form?              14:43:24

22          MS. LaROSS:  Yeah.  If that's your               14:43:27

Page 35

1    understanding, if you don't want to have a chance        14:43:31

2    to cure the question, that's fine.  I'll just stick      14:43:33

3    to the objection as to form if that's how you want       14:43:36

4    to conduct your deposition.                              14:43:39

5          MS. WIESEBRON:  Yeah.  That would be               14:43:40

6    great.  Thank you.                                       14:43:42

7          MS. LaROSS:  Okay.                                 14:43:43

8       A.  I'm sorry.  Can you repeat the question?          14:43:45

9       Q.  Sure.                                             14:43:46

10          Would you support the use of election             14:43:52

11   equipment that could be hacked in such a way that        14:43:54

12   both the QR codes and human readable text could be       14:43:56

13   altered?                                                 14:44:01

14          MS. LaROSS:  Objection as to form.                14:44:03

15      A.  If you were to have evidence in front of          14:44:08

16   me or if I see evidence that it is, you know, not        14:44:10

17   secure, then no, I would not -- that's a                 14:44:14

18   hypothetical, and under the hypothetical question        14:44:16

19   if I had those facts in front of me, no.                 14:44:19

20      Q.  Okay.                                             14:44:24

21          Do you believe it is important to voters          14:44:32

22   to be able to verify that their ballots accurately       14:44:34

Page 36

```
 1   reflect their votes?                          14:44:39

 2        MS. LaROSS:  Objection as to form.        14:44:42

 3        A.  Do I believe that it's important that 14:44:44

 4   voters can verify; is that the question?  I'm  14:44:46

 5   sorry.                                         14:44:54

 6        Q.  No problem.  I'll just repeat it.      14:44:54

 7        Do you believe it is important to voters  14:44:57

 8   to be able -- for them to be able to verify that 14:44:58

 9   their ballots accurately reflect their votes?  14:45:02

10        MS. LaROSS:  I have the same objection.   14:45:05

11        A.  Okay.  I think that's the BMD right now 14:45:07

12   that they can verify with the receipt.  So I think 14:45:10

13   the voters have a way to verify their ballot, their 14:45:14

14   votes.                                         14:45:19

15        Q.  Okay.  We'll get to that in a minute, but 14:45:21

16   that doesn't exactly answer my question because -- 14:45:24

17        A.  Okay.  I'm sorry.                     14:45:28

18        Q.  No worries at all.  I was just asking if 14:45:29

19   you believe it is important to voters for them -- 14:45:32

20        A.  Yes, I think they should have --       14:45:37

21        MS. LaROSS:  I object to the form.  Excuse 14:45:41

22   me.  Go ahead.                                 14:45:43
```

Page 37

```
 1          THE REPORTER:  Let's let her finish her      14:45:44

 2    questions, please.                                   14:45:45

 3          THE WITNESS:  Okay.  I'm sorry.                14:45:46

 4    BY MS. WIESEBRON:                                    14:45:47

 5       Q.  No worries.  I'll just repeat it again and   14:45:47

 6    then let you answer again.                           14:45:51

 7       A.  Uh-huh.                                       14:45:53

 8       Q.  Thanks for your -- your patience.            14:45:53

 9       A.  Sure.                                         14:45:54

10       Q.  So do you believe it is important to         14:45:55

11    voters for them to be able to verify that their     14:45:57

12    ballots accurately reflect their votes?             14:46:00

13          MS. LaROSS:  Objection to the form.           14:46:05

14       A.  Yes.  I think it's important to voters and   14:46:08

15    it's important -- if that's important to voters,    14:46:12

16    then it's important to me and they've got that now  14:46:15

17    with the BMD.                                        14:46:19

18       Q.  Okay.                                         14:46:20

19          To your knowledge, does the secretary --     14:46:21

20    did the Secretary of State's office commission      14:46:26

21    studies regarding the election systems?             14:46:28

22          MS. LaROSS:  Objection as to form.            14:46:33
```

Page 38

```
 1        A.   No, I don't know that.  I don't have any     14:46:34
 2   personal knowledge of that.                            14:46:36
 3        Q.   Okay.  Does the Secretary of State share     14:46:38
 4   with the State Election Board whether it has           14:46:43
 5   commissioned studies concerning Georgia's current      14:46:49
 6   election system?                                       14:46:53
 7             MS. LaROSS:  Objection as to form.           14:46:54
 8        A.   I have not -- I'm not aware.                 14:46:57
 9        Q.   Have you read or heard of the study          14:47:00
10   commissioned by the Secretary of State's office        14:47:07
11   regarding the 2020 Georgia elections titled 2021       14:47:10
12   Georgia Voter Verification Study?                      14:47:17
13        A.   Uh-uh.  No, I've not seen it or read it.     14:47:24
14        Q.   Okay.                                        14:47:30
15             As a member of the State Election Board      14:47:31
16   are you interested in knowing the content of           14:47:35
17   studies commissioned by the Secretary of State         14:47:40
18   concerning Georgia elections?                          14:47:43
19             MS. LaROSS:  Objection as to form.           14:47:46
20        A.   I'd be curious to see what it says.          14:47:50
21        Q.   So -- but you're not aware that in 2021      14:47:56
22   the Georgia Secretary of State commissioned a study    14:48:05
```

Page 39

```
 1   about Georgia voter verification, correct?        14:48:08

 2        MS. LaROSS:  Objection as to form.           14:48:11

 3      A.  I don't -- I'm not -- I'm not aware,        14:48:14

 4   complete blank.  I don't remember anything like    14:48:18

 5   that.                                              14:48:20

 6      Q.  No problem.                                 14:48:21

 7        So are you aware that the study found that    14:48:24

 8   over half of voters reviewed their ballot for less 14:48:28

 9   than a second or not at all?                       14:48:33

10        MS. LaROSS:  Objection as to form.            14:48:36

11      A.  No, I'm not aware.  Again, I've not seen    14:48:38

12   this report.  So I would not be aware of it.       14:48:41

13      Q.  Are you surprised to hear that the study    14:48:45

14   found that over half of voters reviewed their      14:48:50

15   ballot for less than a second or not at all?       14:48:53

16      A.  I don't know if I'm surprised or not        14:48:58

17   surprised.  I think everyone operates differently, 14:48:59

18   and I never really thought about how long I take to 14:49:03

19   look.  So no, I don't -- I'm not surprised either  14:49:05

20   way really.                                        14:49:14

21      Q.  Would it surprise you to know that a        14:49:16

22   significant amount of voters did not review their  14:49:21
```

Page 40

```
 1   ballot at all?                                   14:49:23
 2        MS. LaROSS:  Object to the form.            14:49:28
 3        A.  No.  I don't know if I would be very    14:49:30
 4   surprised or not surprised.  I guess I just kind of  14:49:33
 5   take everyone's way of voting as their way and   14:49:36
 6   never thought about what they should or shouldn't  14:49:38
 7   do with the way they vote.  So no, I'm not       14:49:41
 8   surprised because of that.                       14:49:46
 9        Q.  Are voters -- sorry.                     14:49:50
10        A.  I guess I can speak for myself.  I just  14:49:53
11   have a lot of faith in the way I vote.  So I don't  14:49:56
12   know if I always look over everything that I vote  14:49:59
13   because I just have a lot of faith that, you know,  14:50:01
14   we have a good system and I cast my ballot.  So --  14:50:04
15   but I think everyone has a different way of going  14:50:09
16   about things.  So I never really thought much about  14:50:12
17   how other people may do it, rather how much time  14:50:14
18   they should or shouldn't dedicate to something    14:50:19
19   because I know the way I go about it is sometimes  14:50:22
20   I'll cast my ballot and sometimes I'll take a     14:50:26
21   glance and look at it.                            14:50:28
22        Q.  When you say you have a lot of faith about  14:50:29
```

Page 41

```
 1    how it's done, are you referring to having faith    14:50:32

 2    that what you select in the machine corresponds to   14:50:35

 3    your voting intentions?                              14:50:42

 4         A.  Yes.                                        14:50:48

 5         Q.  Okay.                                       14:50:48

 6             With the current election system are        14:50:49

 7    voters able to verify that their paper receipt       14:50:52

 8    reflects their voter intention as selected on the    14:51:00

 9    BMD machine?                                         14:51:05

10         MS. LaROSS:  Objection as to form.              14:51:08

11         A.  By the receipt that they get and scanning   14:51:11

12    it in and the audits that have been conducted, I     14:51:13

13    think there is verification.                         14:51:19

14         Q.  Okay.  But you testified a little bit       14:51:22

15    earlier that only the QR codes are tabulated,        14:51:28

16    right?                                               14:51:35

17         A.  Yes.                                        14:51:38

18         Q.  And are human voters able to read the       14:51:38

19    QR codes?                                            14:51:46

20         MS. LaROSS:  Object to the form of the          14:51:49

21    question.                                            14:51:50

22         A.  I can't read the QR code, but I also view   14:51:51
```

Page 42

1    the QR codes as another component of the electronic    14:51:56

2    system that is making my vote possible no more than    14:52:01

3    I trust that the electricity that's coming into my     14:52:06

4    computer is running it the way it's supposed to and    14:52:10

5    it spits out the image and the results that I need.    14:52:12

6    So I view it as part of the tool and the machinery     14:52:16

7    that I've entrusted the entire voting system           14:52:20

8    because, you know, we rely a lot on technology to      14:52:24

9    make it happen.  So -- and it does happen and we       14:52:28

10   know that -- I know for myself I have a lot of         14:52:32

11   faith in that because at the end of the day the        14:52:36

12   audits have proven it and my votes are counted.        14:52:39

13   That's how I view it.                                  14:52:46

14        Q.  Well, so I understand that you have a lot     14:53:00

15   of, you know, faith in the system working, but my     14:53:02

16   question is whether voters are able to verify with     14:53:07

17   certainty that the QR code that is tabulated          14:53:13

18   matches their voting intent?                           14:53:20

19        MS. LaROSS:  Objection as to form.               14:53:25

20        A.  I believe that it correlates.  I'm not        14:53:29

21   quite sure how to answer the question.  Maybe you      14:53:31

22   can help me by clarifying it.  Are you -- yeah.        14:53:35

Page 43

1   Can you clarify for me?                          14:53:41

2       Q.  Sure.                                    14:53:44

3           So if there's a paper ballot and you fill  14:53:53

4   it in --                                         14:53:56

5       A.  Uh-huh.                                  14:53:59

6       Q.  -- then you can look at the paper        14:53:59

7   ballot --                                        14:54:01

8       A.  Uh-huh.                                  14:54:02

9       Q.  -- and you can see whether you, you know,  14:54:02

10  filled in the bubble for the proper candidate,   14:54:07

11  right?                                           14:54:11

12      A.  Uh-huh.                                  14:54:11

13      Q.  And then that actual paper ballot would be  14:54:12

14  tabulated.  There's no other, you know, paper    14:54:16

15  that's going to be tabulated instead of that paper  14:54:20

16  ballot.                                          14:54:24

17      A.  Uh-huh.                                  14:54:26

18      Q.  Right?                                   14:54:26

19      A.  Uh-huh.                                  14:54:27

20      Q.  So there's some certainty in knowing that  14:54:27

21  what you fill in to that paper matches what's going  14:54:33

22  to be tabulated?                                 14:54:37

Page 44

```
 1          MS. LaROSS:  Objection as to form.        14:54:40

 2          MS. WIESEBRON:  Do you follow that?       14:54:41

 3     A.  I follow that.                             14:54:42

 4     Q.  Okay.                                      14:54:45

 5          So now if we go back to the machines, you 14:54:47

 6  testified earlier that when a voter casts their   14:54:50

 7  ballot on the machine, they obtain a receipt with a 14:54:55

 8  QR code, right?                                   14:55:00

 9     A.  Uh-huh.                                    14:55:01

10          MS. LaROSS:  I object to the form of the  14:55:03

11  question.                                         14:55:04

12     Q.  And that QR code is going to get           14:55:04

13  tabulated, right?                                 14:55:08

14     A.  Uh-huh.                                    14:55:11

15     Q.  But you also testified that the QR code    14:55:16

16  cannot be read --                                 14:55:20

17     A.  Uh-huh.                                    14:55:25

18     Q.  -- by voters, right?                       14:55:25

19          MS. LaROSS:  Object to the form.          14:55:27

20          MS. WIESEBRON:  So my question is from     14:55:29

21  what you understand of BMD machines, is there a way 14:55:36

22  that voters can be certain that their ballots, you 14:55:38
```

Page 45

```
 1   know, as intended to vote on the machines        14:55:48
 2   corresponds to the QR code that's tabulated?      14:55:51
 3          MS. LaROSS:  Objection as to form.         14:55:56
 4       A.  I believe it's as certain as one can get  14:56:00
 5   with the QR code, and you're comparing two        14:56:08
 6   different processes in the hypothetical where if  14:56:12
 7   you fill a sheet of paper out and, you know, you  14:56:15
 8   didn't fill one out and then there's, you know, a 14:56:21
 9   mark on this side to tabulate, that's a very      14:56:23
10   different process.  When you use electronic you   14:56:26
11   have to take into account -- I have to take into  14:56:29
12   account the electronic process.                   14:56:31
13          If I write a letter by hand versus an      14:56:33
14   e-mail, they're two different processes.  So I have 14:56:35
15   to consider the two different processes.  Are they 14:56:38
16   both equally -- do I have faith in both, yes, but 14:56:40
17   that doesn't mean that one because I'm doing it   14:56:44
18   electronically I have less faith in it than the   14:56:51
19   other.                                            14:56:54
20       Q.  Understood.                               14:56:56
21          I guess I'm trying to get at something     14:56:59
22   that's more than faith, but actual like factual   14:57:01
```

Page 46

```
 1   certainty.                                       14:57:08

 2       A.  Okay.                                    14:57:08

 3       Q.  So my question is whether there can be   14:57:12

 4   certainty.  So not just faith, but --            14:57:16

 5       A.  Yes, and I believe -- I'm sorry.         14:57:19

 6           MS. LaROSS:  I have an objection as to   14:57:22

 7   form, but -- sorry.  I'm so sorry.  Finish your  14:57:23

 8   question.                                        14:57:27

 9           THE WITNESS:  Yes, please.  I'm sorry too. 14:57:30

10           THE REPORTER:  We've got to go one at a  14:57:33

11   time, ladies.                                    14:57:34

12       Q.  Everyone's excited to get their answer and 14:57:36

13   objection in.  Understood.  I'll repeat it.      14:57:39

14           So putting faith aside, can -- are voters 14:57:44

15   able to verify with certainty looking at the     14:57:50

16   QR code that their ballot as cast on the machine 14:57:55

17   accurately reflects the voter selection?         14:58:04

18           MS. LaROSS:  Objection as to form.       14:58:07

19       A.  I think what I'm understanding your      14:58:11

20   question is is the QR code readable as in text; is 14:58:13

21   that correct?                                    14:58:18

22       Q.  I think that is definitely a big         14:58:22
```

Page 47

```
 1   component.                                        14:58:26
 2       A.   Okay.  So I believe that the votes are   14:58:28
 3   accurately captured, but if you're asking me if   14:58:31
 4   that box of QR code is readable text to the human 14:58:34
 5   language, then it's not a readable text.          14:58:40
 6       Q.   Okay.                                     14:58:45
 7            Would it give you more comfort or        14:58:47
 8   certainty if the part of the receipt that was     14:58:51
 9   tabulated was not the QR code but was actually    14:58:54
10   human readable text?                              14:59:00
11            MS. LaROSS:  Objection as to form.       14:59:03
12       A.   The first half of your sentence, please, 14:59:06
13   was does it make me feel more comfortable, was that 14:59:08
14   the question?  I'm sorry.                         14:59:13
15       Q.   Yeah.  More comfortable if the part of the 14:59:13
16   receipt that was tabulated was human readable text 14:59:16
17   instead of a QR code.                             14:59:24
18       A.   I feel comfortable as it is.             14:59:27
19       Q.   Okay.  So you would --                   14:59:31
20       A.   I would feel comfortable either way,     14:59:34
21   QR code or text.                                  14:59:37
22       Q.   You would not feel more comfortable if you 14:59:39
```

Page 48

```
 1   could actually read your voting selection and have     14:59:42
 2   that printed human text readable voting selection      14:59:49
 3   be counted?                                            14:59:57
 4          MS. LaROSS:  Objection as to form and this      14:59:59
 5   has been asked and answered.                           15:00:01
 6       A.  I feel comfortable either way.                 15:00:03
 7       Q.  Okay.  And what is your basis for not          15:00:09
 8   having a preference between either the QR code or      15:00:12
 9   the human readable text?                               15:00:17
10       A.  Because, again, I believe technology works     15:00:22
11   as it should.  I believe that when I send my           15:00:27
12   e-mail, for example, across the wires it gets          15:00:31
13   converted.  It doesn't -- if I write a word that       15:00:34
14   word is not carried through the live wires to your     15:00:38
15   in box.  It gets transposed in its way -- and I        15:00:44
16   don't know the technology behind it, but it gets       15:00:48
17   transposed and it gets carried in its own way and      15:00:51
18   it comes back out the way it should to accurately      15:00:54
19   reflect in this case my vote, and because of that      15:00:57
20   it is a part of technology, it's a part of our         15:01:03
21   existence, and because it works I don't have a         15:01:07
22   preference.  I believe it works as it should.          15:01:09
```

Page 49

| | | |
|---|---|---|
| 1 | Q.  Understood. | 15:01:16 |
| 2 | So with your example of e-mail, are you -- | 15:01:20 |
| 3 | if you write down a note for a friend and pass it | 15:01:25 |
| 4 | to them in person, do you have the same confidence | 15:01:30 |
| 5 | that that note arrived at that person than if you | 15:01:33 |
| 6 | e-mailed them? | 15:01:38 |
| 7 | MS. LaROSS:  Object as to form. | 15:01:40 |
| 8 | A.  Yes.  The same way I have faith that if I | 15:01:45 |
| 9 | cast my ballot it gets converted to a QR code, it | 15:01:54 |
| 10 | will spit back out and get tabulated as it should. | 15:01:57 |
| 11 | Q.  And you don't want something more than | 15:02:01 |
| 12 | faith to be the basis of knowing that your vote is | 15:02:03 |
| 13 | counted? | 15:02:10 |
| 14 | MS. LaROSS:  I object to the form of the | 15:02:11 |
| 15 | question. | 15:02:12 |
| 16 | A.  I have -- I use the word faith, but it's | 15:02:17 |
| 17 | confidence. | 15:02:21 |
| 18 | Q.  Got it. | 15:02:22 |
| 19 | What is the basis of your confidence? | 15:02:27 |
| 20 | MS. LaROSS:  I object to the form of the | 15:02:30 |
| 21 | question. | 15:02:32 |
| 22 | A.  I feel like -- without sounding like I | 15:02:33 |

Page 50

```
 1   don't want to answer the question, which I do, but    15:02:38
 2   I just feel like this is the same thing I've tried    15:02:40
 3   to say in a number of different answers, which is,    15:02:43
 4   you know, the technology works as it should.          15:02:48
 5       Q.  All right.  You testified that you did not    15:02:56
 6   know how the machines were programmed, correct?       15:03:00
 7           MS. LaROSS:  I object to the form of the      15:03:05
 8   question.                                             15:03:08
 9       A.  I'm not an IT person, I'm not a               15:03:08
10   programmer, that's correct.                           15:03:11
11       Q.  Okay.  And you testified that you did not     15:03:15
12   know how the BMD's were updated, correct?             15:03:17
13       A.  That's correct.                               15:03:22
14       Q.  And I believe you testified you do not --     15:03:26
15   you do not know whether removable media could be      15:03:28
16   inserted into BMD machines, correct?                  15:03:33
17           MS. LaROSS:  I object to the form of the      15:03:37
18   question.                                             15:03:39
19       A.  Correct.                                      15:03:39
20       Q.  And you testified that you did not inspect    15:03:44
21   a BMD machine, correct?                               15:03:49
22       A.  Not upfront and close, no.                    15:03:54
```

Page 51

1          Q.  Do you know whether the State Election          15:03:58

2    Board has commissioned a security expert to examine    15:04:03

3    a BMD machine?                                          15:04:08

4          A.  I do not know.                                 15:04:11

5          Q.  Is that something you ever discussed with     15:04:16

6    other State Election Board members?                     15:04:18

7          A.  I've not discussed that with other State      15:04:23

8    Election Board members, no.                             15:04:25

9          Q.  Do you know whether the BMD machines can      15:04:28

10   be infiltrated by malware?                              15:04:35

11          MS. LaROSS:  Objection as to form.               15:04:37

12          A.  I think that that is a question for the IT   15:04:39

13   team, the security team, the people who run these       15:04:42

14   machines from an IT specialist standpoint.              15:04:47

15          Q.  Understood.                                   15:04:52

16          A.  I myself do not know how those things are    15:04:53

17   done.                                                    15:04:57

18          Q.  Okay.  I guess I'm trying to ask as a        15:04:58

19   member of the State Election Board whether you know     15:05:00

20   if these machines can be infiltrated by malware?        15:05:07

21          MS. LaROSS:  Objection as to form.               15:05:12

22          A.  I'm not aware that they're infiltrated by    15:05:17

Page 52

```
 1   malware.                                         15:05:23

 2       Q.  Right.  I'm just -- I'm asking if you're  15:05:24

 3   aware if they can be infiltrated by malware?     15:05:27

 4       A.  I guess in the world -- the universe of  15:05:32

 5   technology is anything possible, I'm sure that's 15:05:35

 6   amongst the possibilities, but I'm not aware that 15:05:39

 7   our machines have been infiltrated.              15:05:41

 8       Q.  Right.                                   15:05:51

 9           Do you know whether the BMD machines can 15:05:52

10   be connected to the Internet?                    15:05:56

11       A.  Can they be?  They're not.  As far as I  15:06:00

12   know when you're voting, those machines are not  15:06:04

13   connected to the Internet.  Can they be in the   15:06:11

14   universe of possibilities?  I don't -- I don't   15:06:13

15   think they are, but I don't know how they're -- if 15:06:17

16   someone can make them connected, but when you're 15:06:20

17   voting, no, they're not.                         15:06:23

18       Q.  Do you know whether they're connected to 15:06:29

19   the Internet when they are updated?              15:06:33

20       A.  I'm not aware how they actually go through 15:06:37

21   the mechanics of behind the scenes.  I know we have 15:06:39

22   elections officials who handle that and there are 15:06:46
```

Page 53

```
 1   security protocols that they go through.  I have    15:06:49

 2   not gone through one myself.                         15:06:52

 3           THE REPORTER:  Tamara, are we at a good      15:06:57

 4   spot for a break?                                    15:06:58

 5           MS. WIESEBRON:  Sure.  No problem.           15:07:00

 6           THE VIDEOGRAPHER:  We're going off the       15:07:02

 7   record.  The time is 3:07 p.m.                       15:07:03

 8                   (A short break was had.)             15:17:51

 9           THE VIDEOGRAPHER:  We're back on the         15:19:11

10   record.  The time is 3:19 p.m.                       15:19:12

11   BY MS. WIESEBRON:                                    15:19:22

12       Q.  Are you aware that both parties in this      15:19:22

13   litigation have hired experts?                       15:19:25

14       A.  No, I'm not aware.                           15:19:30

15       Q.  Are you aware that Curling Plaintiffs        15:19:35

16   hired Dr. Alex Halderman as an expert?               15:19:39

17       A.  No, I'm not.                                 15:19:43

18       Q.  Are you aware that Dr. Halderman has         15:19:46

19   examined Georgia's voting equipment?                 15:19:51

20       A.  No, I'm not.                                 15:19:53

21       Q.  Are you aware that he found Georgia's        15:19:56

22   voting equipment can be hacked in numerous ways?     15:19:59
```

```
                                                 Page 54

 1            MS. LaROSS:  Objection as to form.        15:20:03

 2       A.  No, I'm not aware.                         15:20:04

 3       Q.  Are you aware that he found that at least  15:20:08

 4  one of those hacks can be implemented by a voter in 15:20:11

 5  the voting booth in a couple of minutes?            15:20:14

 6            MS. LaROSS:  Objection as to form.        15:20:17

 7       A.  No, I'm not aware.                         15:20:19

 8       Q.  Are you aware that the election security   15:20:23

 9  expert the State retained to respond to             15:20:26

10  Dr. Halderman's report testified under oath that he 15:20:30

11  does not dispute Dr. Halderman's findings that the  15:20:35

12  equipment can be hacked?                            15:20:39

13            MS. LaROSS:  Objection as to form.        15:20:42

14       A.  I'm not aware.                             15:20:44

15       Q.  Are you aware that the election security   15:20:48

16  expert the State retained to respond to             15:20:50

17  Dr. Halderman's report testified to the following   15:20:56

18  under oath:  "In fact, if I was asked a question we  15:21:00

19  need to have someone evaluate the security of it to  15:21:06

20  find vulnerabilities, at the top of my list would   15:21:10

21  be Andrea Powell and Dr. Halderman.  That's where I  15:21:15

22  would start."                                       15:21:19
```

Page 55

```
 1            MS. LaROSS:  Objection as to form.      15:21:21
 2       A.  I'm not aware.                           15:21:25
 3       Q.  Are you aware that the State has admitted  15:21:28
 4   that it has taken no measures to address the many  15:21:30
 5   findings Dr. Halderman found with Georgia's voting  15:21:33
 6   equipment?                                        15:21:36
 7            MS. LaROSS:  Objection as to form.      15:21:37
 8       A.  I'm not aware.                           15:21:42
 9       Q.  Does that affect your confidence in      15:21:44
10   Georgia's voting equipment?                       15:21:46
11            MS. LaROSS:  Objection as to form.      15:21:48
12       A.  I think I need to know more about it.  In  15:21:51
13   these questions format it's hard to say without   15:21:57
14   knowing the substantive and reviewing it and      15:21:59
15   understanding it as a deeper level.               15:22:02
16       Q.  So just to summarize, does the fact that a  15:22:07
17   top security expert, which has been admitted to be  15:22:13
18   a top security expert by the State's own security  15:22:18
19   expert, has found many vulnerabilities in Georgia's  15:22:23
20   voting system, including the fact that it can be   15:22:30
21   hacked by a voter in a voting booth in less than a  15:22:35
22   few minutes, does that affect your confidence in   15:22:42
```

Page 56

1  Georgia's voting system?                              15:22:46

2       MS. LaROSS:  I object to the form of the         15:22:48

3  question.                                             15:22:51

4       A.  I think in fairness if I could, you          15:22:51

5  know -- if there were an opportunity to look at it,   15:22:55

6  study and understand it for myself how it was all     15:22:57

7  written and presented and tested, then I think I      15:23:01

8  would look at it from this lens, but in a Q and A     15:23:05

9  form of this format, you know, I don't know           15:23:11

10  anything about it like I mentioned.  And so it's      15:23:13

11  hard to formulate an opinion without knowing more.    15:23:16

12       Q.  Understood.                                  15:23:20

13       Have you asked to see the expert's report       15:23:26

14  in this case?                                         15:23:31

15       MS. LaROSS:  Objection as to form.              15:23:32

16       A.  I didn't know about it to ask, no.          15:23:33

17       Q.  Okay.                                        15:23:36

18       Are you aware that we, Curling Plaintiffs,      15:23:39

19  have asked the Secretary of State's office's         15:23:43

20  attorneys to provide a proposal to allow the         15:23:48

21  Secretary of State and the State Election Board to   15:23:51

22  access some or all of Mr. Halderman's sealed         15:23:55

Page 57

1    report?                                              15:23:58

2         MS. LaROSS:  Objection as to form.              15:23:59

3    A.   I'm not aware.                                  15:24:01

4    Q.   Okay.  But if the report was made              15:24:04

5    accessible, you'd like to read it, right?            15:24:08

6         MS. LaROSS:  Objection as to form.              15:24:11

7    A.   If it were made available, I would read        15:24:13

8    it.                                                  15:24:16

9    Q.   And after this deposition concludes,           15:24:20

10   perhaps not immediately after, but in the near       15:24:25

11   future are you going to ask to read Mr. Halderman's  15:24:27

12   report?                                              15:24:31

13        MS. LaROSS:  Objection as to form.              15:24:32

14   A.   You mentioned in a question or two ago          15:24:35

15   that it was sealed.  And so I would allow the        15:24:38

16   Secretary of State's office the time it needs to do  15:24:42

17   what it needs to do, but if it's unsealed and made   15:24:44

18   available, I would read it.                          15:24:48

19   Q.   Okay.  And would you express to the            15:24:53

20   Secretary of State your interest in reading it?      15:24:56

21        MS. LaROSS:  Objection as to form.              15:24:59

22   A.   I mentioned that if it's made available I       15:25:01

Page 58

```
 1  would read it.                                    15:25:03

 2      Q.  Are you concerned at all sitting here     15:25:10

 3  today that there's been a report made by a top    15:25:13

 4  security expert about the vulnerabilities to      15:25:17

 5  Georgia's voting equipment and you have not been  15:25:21

 6  made aware of the existence of this report?       15:25:25

 7          MS. LaROSS:  Objection as to form.        15:25:28

 8      A.  Let me rephrase my answer.  I would like  15:25:32

 9  to read it if it's made available.  I'm only      15:25:34

10  knowing about it now and the fact that it's sealed 15:25:38

11  as you mentioned, if it were made available, I    15:25:42

12  would like to read it, yes.                       15:25:45

13      Q.  Okay.                                      15:25:49

14          I guess my question is like a little bit  15:25:57

15  different.  So I'll just try to rephrase it.      15:25:59

16      A.  Okay.                                      15:26:03

17      Q.  Sitting here today as a member of the     15:26:06

18  State Election Board, you know, who's been given  15:26:09

19  the responsibility to promulgate rules, regulations 15:26:11

20  about elections in Georgia, are you concerned about 15:26:17

21  the fact that there has been a report made that   15:26:23

22  discusses vulnerabilities to election -- to       15:26:27
```

Page 59

```
 1   Georgia's election system that if we had not been      15:26:31

 2   sitting here today perhaps you would not even know     15:26:35

 3   the existence of?                                      15:26:38

 4          MS. LaROSS:  Objection to the form of the       15:26:41

 5   question.                                              15:26:42

 6      A.  So I will mention again I would like to         15:26:43

 7   read it.                                               15:26:45

 8      Q.  Okay.                                           15:26:48

 9          So are you aware of audits being conducted      15:27:11

10   concerning Georgia's elections?                        15:27:17

11      A.  To the extent they're in the newspapers.        15:27:22

12      Q.  Okay.  In your role as a member of the          15:27:27

13   State Election Board do you have any role in           15:27:30

14   deciding whether election audits should take place?    15:27:42

15      A.  No.  We have not -- no.                          15:27:48

16      Q.  And are you -- as a member of the State          15:27:54

17   Election Board are audit results shared with you?      15:27:58

18      A.  I've not had an audit result shared with        15:28:03

19   me as a State Election Board member.  I -- you          15:28:05

20   know, the audits are, as I mentioned, what I hear      15:28:10

21   in the papers.                                         15:28:15

22      Q.  So do you not discuss election audits with      15:28:18
```

Page 60

1    the Secretary of State?                              15:28:22

2         MS. LaROSS:  Objection as to form.             15:28:24

3         A.  My discussions with elections have been on  15:28:26

4    record at these meetings.                            15:28:29

5         Q.  Okay.  And do audits come up as a topic of  15:28:34

6    meetings?                                            15:28:43

7         A.  The elections audits as they're conducted   15:28:47

8    and as reported in the newspapers, is that what      15:28:51

9    you're asking?                                       15:28:53

10        Q.  Sure.  Or if there are any other type of    15:28:54

11   audits that are performed concern- -- concerning     15:28:57

12   Georgia elections.                                   15:29:00

13        A.  If you're -- I mean, that's a very broad    15:29:02

14   question because there are verification audits that  15:29:06

15   the code has for the County election officials to    15:29:09

16   conduct.  So to that extent they're handled as a     15:29:11

17   routine matter, but if you're talking about          15:29:16

18   election audits, I only know about them in the       15:29:18

19   newspapers.                                          15:29:23

20        Q.  Okay.  So can you explain what you mean     15:29:24

21   when you're referring to verification audits?        15:29:25

22        A.  Oh, like system audits before an election.  15:29:27

Page 61

```
 1   It's in the code.                                   15:29:31

 2        Q.  Okay.                                      15:29:33

 3        A.  Yeah.                                      15:29:34

 4        Q.  And then when you're saying -- when I'm    15:29:34

 5   referring to audits perhaps you're understanding    15:29:37

 6   recount audits?                                     15:29:41

 7        A.  Yes, I'm assuming --                       15:29:44

 8            MS. LaROSS:  Objection as to form.         15:29:45

 9            THE WITNESS:  I'm sorry.  I -- the word     15:29:45

10   audit is broad.  So I thought that's what you       15:29:48

11   meant.  I probably shouldn't assume that.           15:29:51

12        Q.  No, that is correct, and you're --         15:29:54

13        A.  Okay.                                      15:29:56

14        Q.  -- also correct that the word is very      15:29:56

15   broad.  So apologies for not clarifying earlier.    15:29:57

16        A.  No worries.                                15:30:01

17        Q.  Okay.  So do you find -- so now when I'm    15:30:07

18   going to talk about audits, I'm going to talk about 15:30:10

19   it -- recount audits.                               15:30:13

20        A.  Okay.                                      15:30:15

21        Q.  Do you find audits to be important?        15:30:15

22            MS. LaROSS:  Sorry.  I didn't hear your    15:30:20
```

Page 62

```
 1   whole question, Tamara.  What was your last        15:30:21

 2   question?                                          15:30:24

 3        MS. WIESEBRON:  Sure.  I'm actually going     15:30:25

 4   to add another couple words after that.  So I'll   15:30:26

 5   just rephrase the entire question.                 15:30:30

 6        Do you find that audits are important to      15:30:37

 7   verify election results?                           15:30:39

 8        MS. LaROSS:  Objection as to form.            15:30:44

 9     A.  I find audits a tool that can be used when   15:30:47

10   necessary or when desired or when appropriate.  I  15:30:52

11   don't know if I -- I don't believe that every      15:31:00

12   election every time requires an audit.  It's when  15:31:01

13   it's appropriate.                                  15:31:08

14     Q.  Okay.  Do you know how audits work for       15:31:12

15   votes that were casting using a BMD?               15:31:15

16     A.  I have only a general knowledge, but I       15:31:21

17   don't conduct audits.                              15:31:23

18     Q.  What is your general knowledge?              15:31:26

19     A.  My understanding is the machines would --    15:31:30

20   they would run through the tabulations again and   15:31:34

21   compare the numbers, but I don't conduct them and  15:31:37

22   I'm not in these systems -- I'm not trained to use 15:31:44
```

Page 63

```
1   these systems in this way.  So I can only answer      15:31:47

2   from a very high-level knowledge.                      15:31:50

3       Q.  Okay.  So from your understanding the          15:31:59

4   machine would run through the tabulations again,       15:32:06

5   you say compare the numbers.  What numbers are they    15:32:09

6   comparing?                                             15:32:12

7       A.  I guess the -- the final counts.               15:32:16

8       Q.  The final counts of what?                      15:32:21

9       A.  The elections, the votes.                      15:32:23

10      Q.  What -- I guess the difficulty here is         15:32:31

11  that, you know, as we discussed earlier, the paper     15:32:35

12  receipts have both a QR code and the human readable    15:32:39

13  text, correct?                                         15:32:44

14      A.  Uh-huh.  Yes.                                  15:32:45

15      Q.  And the QR code reflects what the voter        15:32:47

16  voted as recorded by the machine, correct?             15:32:54

17      A.  Yes.                                           15:33:01

18      Q.  Okay.  So my question is when you're           15:33:01

19  saying that, you know, they're counting and they're    15:33:04

20  comparing the numbers, what exactly are they --        15:33:09

21  which numbers are they comparing to?  Are they         15:33:13

22  comparing the QR codes or are they comparing the       15:33:16
```

Page 64

```
 1    human readable text?                                15:33:20

 2           MS. LaROSS:  Objection as to form.           15:33:24

 3       A.   Again, I've not been trained to handle an   15:33:25

 4    audit through these machines.  So I don't know the  15:33:27

 5    technicalities, but it's my understanding that the  15:33:31

 6    tallies of the votes are re- -- they run it through 15:33:35

 7    and compare the counts against the process and they 15:33:39

 8    count it again, and if the numbers match up, then   15:33:46

 9    that's a verification.                              15:33:50

10       Q.   Okay.  I guess I'm just trying to           15:33:51

11    understand which numbers exactly we're talking      15:33:53

12    about.                                              15:33:56

13       A.   Okay.                                       15:33:56

14       Q.   There's a lot of -- you know, a lot of      15:34:00

15    different things that could be counted, right?      15:34:02

16       A.   Uh-huh.                                     15:34:05

17       Q.   So do you know whether the individual       15:34:05

18    paper ballots with human readable text are compared 15:34:16

19    to individual votes casted by using a machine?      15:34:20

20           MS. LaROSS:  Objection as to form.           15:34:27

21       A.   I've not gone through an audit.  I don't    15:34:29

22    know the exact procedures of how that's all carried 15:34:32
```

Page 65

 1    out through these new machines.                        15:34:37

 2        Q.  Okay.  So has the State Election Board         15:34:41

 3    discussed at all procedures or rules applying to       15:34:45

 4    how audits should be conducted?                        15:34:52

 5        A.  I don't recall a specific -- I believe we      15:35:00

 6    discussed it and if we have it's on record, but in     15:35:06

 7    terms of, you know, the actual pieces of paper to      15:35:09

 8    the BMD's, I don't recall that specific.  But it       15:35:15

 9    would all be on record.  If you can show me a rule,    15:35:19

10    I could -- it could jog my memory.                     15:35:24

11        Q.  Okay.  Well, why don't we -- I can share       15:35:29

12    an exhibit and maybe that will jog your memory.        15:35:33

13        A.  Yeah.  Thank you.                              15:35:36

14        Q.  No problem.  So if you give me a moment,       15:35:39

15    I'm going to -- and this is going to appear in the     15:35:43

16    marked exhibit folder.                                 15:35:47

17        A.  Okay.                                          15:35:49

18        Q.  So let me just introduce an exhibit.           15:35:52

19        MS. LaROSS:  And Ahn, you'll have to               15:36:00

20    refresh your screen once Tamara --                     15:36:02

21        THE WITNESS:  Yeah, he did say that,               15:36:04

22    didn't he.                                             15:36:05

Page 66

1          MS. LaROSS:  Have you posted it, Tamara?   15:36:06

2          MS. WIESEBRON:  No.  Two seconds and       15:36:08

3     then --                                          15:36:09

4          MS. LaROSS:  Sorry.                         15:36:10

5          MS. WIESEBRON:  No worries at all.  I       15:36:10

6     will -- okay.  I'm clicking right now.  It says  15:36:13

7     distributing file complete.  So now it should    15:36:20

8     appear.                                          15:36:21

9     BY MS. WIESEBRON:                                15:36:30

10        Q.  And let me know when you see it.         15:36:30

11        A.  Should I refresh to see it?              15:36:32

12         MS. LaROSS:  Yes.  Hit your refresh         15:36:33

13    button.                                          15:36:35

14         THE WITNESS:  I just don't want to hit      15:36:40

15    something that I may lose you.                   15:36:41

16         THE REPORTER:  If you hit F5 it will        15:36:48

17    refresh --                                       15:36:50

18         THE WITNESS:  Okay.                         15:36:50

19         THE REPORTER:  -- the platform.             15:36:50

20         THE WITNESS:  All right.  That's good       15:36:52

21    advice.  Thank you.  Let me try that.            15:36:52

22         THE REPORTER:  Make sure that you like      15:37:08

Page 67

1    click on the empty screen, that you're not on the       15:37:09

2    Zoom screen.                                             15:37:12

3              THE WITNESS:  Okay.  Yeah.  Let me bring       15:37:13

4    you back up because I just -- let me minimize this       15:37:14

5    screen.  I think I see you here.  One second,            15:37:16

6    please, while I play with my screens.                    15:37:19

7              MS. WIESEBRON:  No worries.                    15:37:22

8              THE WITNESS:  Okay.  All right.  Can I         15:37:24

9    click it now?                                            15:37:25

10             MS. WIESEBRON:  Uh-huh.                        15:37:27

11             MS. LaROSS:  Yes.  I'm showing it on my        15:37:28

12   screen as well if that helps.                            15:37:31

13             THE WITNESS:  Okay.  Yeah.                     15:37:34

14                      (Le Exhibit 1 was marked for          15:37:34

15                       identification.)                     15:37:34

16   BY MS. WIESEBRON:                                        15:37:39

17       Q.  So this was -- these were minutes of a           15:37:39

18   State Election Board meeting that we downloaded          15:37:42

19   from the State Election Board Website.                   15:37:45

20       A.  Uh-huh.                                          15:37:48

21       Q.  Do you recognize this document?                 15:37:50

22       A.  This is from which meeting?  Sorry.             15:37:53

Page 68

```
 1        Q.   It says Friday, February 28th, 2020.        15:37:56

 2        A.   Yes.                                         15:38:00

 3        Q.   Do you see that under "Board members         15:38:05

 4   present" there's your name?                           15:38:08

 5        A.   Yes.                                         15:38:18

 6        Q.   Okay.                                        15:38:19

 7        A.   Yes.                                         15:38:20

 8        Q.   Does this refresh your recollection of       15:38:20

 9   whether you attended a State Election Board meeting    15:38:24

10   on February 28, 2020?                                 15:38:27

11        A.   Yes.   That I attended, yes.                 15:38:31

12        Q.   Okay.                                        15:38:34

13             So if we scroll -- so first if we scroll     15:38:37

14   to the second page, there's a "Presentation of        15:38:42

15   rules petition" under Roman numeral 4.                15:38:47

16        A.   Uh-huh.                                      15:38:50

17        Q.   We'll come back to that in a little bit,     15:38:50

18   but first --                                          15:38:53

19        A.   Okay.                                        15:38:54

20        Q.   Well, actually, we can look at it now.  Do   15:38:55

21   you see under "Proposed rule 6" all the way at the    15:38:58

22   bottom of the page there's --                         15:39:03
```

Page 69

```
 1        A.   "Method of recounts"?                     15:39:11

 2        Q.   Yep.  Exactly.  Do you see that?          15:39:16

 3        A.   Yes.                                      15:39:17

 4        Q.   Okay.  Does that refresh your recollection 15:39:17

 5   at all whether you discussed a proposed rule about  15:39:19

 6   methods of recounts?                                15:39:21

 7        A.   I was at this meeting, but the details of 15:39:25

 8   it I need a little help on if you don't mind.       15:39:27

 9        Q.   Okay.                                     15:39:33

10        A.   Are there -- honestly, it's a year and a 15:39:34

11   half ago with a lot of details in between that have 15:39:42

12   come up.  If you could help me refresh my memory,   15:39:46

13   that would be good.                                 15:39:50

14        Q.   Sure.  Well, the only other information we 15:39:50

15   have from these meeting minutes is if you go to     15:39:54

16   page 4 --                                           15:39:58

17        A.   4.  I lost count.  Page 1.  Okay.  I'm on 15:40:02

18   4 I think.                                          15:40:06

19        Q.   Okay.  And then in the middle of the page 15:40:07

20   there's Rule 183-1-15-.03 --                        15:40:11

21        A.   Uh-huh.                                   15:40:17

22        Q.   -- "Optical scan recount procedure"; do   15:40:17
```

Page 70

1    you see that?                                        15:40:22

2         A.   Uh-huh.                                    15:40:24

3         Q.   Does that refresh your recollect- --       15:40:28

4    recollection as to whether you discussed recount     15:40:29

5    procedures?                                           15:40:33

6         A.   I recall some debate back then, but         15:40:37

7    it's -- yeah.  Honestly, I don't remember the         15:40:40

8    specifics of what went back and forth.                15:40:43

9         Q.   Okay.                                       15:40:51

10        A.   I'm sorry.                                  15:40:54

11        Q.   No worries.                                 15:40:56

12        A.   It's been a while.                          15:40:57

13        Q.   Understood.                                 15:40:58

14             Okay.  We'll come back to this in a little  15:41:16

15   bit, but -- so it's your testimony that you are not   15:41:21

16   exactly sure how audits are performed to verify       15:41:28

17   elections; is that right?                             15:41:36

18             MS. LaROSS:  Objection as to form.          15:41:38

19        A.   I think I need a little refresh on this.    15:41:41

20   If I look at the rule I can, but rote memorization,   15:41:45

21   I don't have it off the top of my head.  I'm sorry.   15:41:54

22        Q.   Okay.  No problem.                          15:41:57

Page 71

```
 1              And have you participated in any audits in    15:42:00

 2   any way?                                                 15:42:02

 3       A.  No, I've not.  It -- you know, not having        15:42:03

 4   carried it out it's hard to just memorize it off         15:42:08

 5   the top of your head to say these are the, you           15:42:12

 6   know, things that are done.  And so no, I don't --       15:42:14

 7   I've not participated in one, and I can't recall         15:42:17

 8   the exact verbiage off the top from rote                 15:42:18

 9   memorization.  I'm sorry.                                15:42:27

10       Q.  No problem.                                      15:42:28

11              So from your understanding and what you       15:42:29

12   can recall from audits, if a machine -- a BMD            15:42:32

13   machine was tampered with such that the QR code          15:42:40

14   does not accurately reflect the voter's intention,       15:42:44

15   would an audit be able to pick up on that?               15:42:51

16              MS. LaROSS:  Objection as to form.            15:42:54

17       A.  If it were tampered would the audit be           15:42:58

18   able to pick up on that?  I believe that's more of       15:43:01

19   a technology question.  I don't know I can answer        15:43:05

20   that question.  I don't think -- I can't answer          15:43:09

21   that question because it would require some              15:43:12

22   technical knowledge of how the technology works to       15:43:14
```

Page 72

```
 1   pick up a tampering.                               15:43:16

 2        Q.  Yeah.  I guess do you know whether the   15:43:23

 3   audits tabulate or recount one by one the votes as  15:43:31

 4   casted in the machine compared to the human        15:43:46

 5   readable text?                                     15:43:51

 6             MS. LaROSS:  Objection as to form.       15:43:54

 7        A.  I don't know the technology behind how the 15:43:56

 8   machine does that.                                 15:44:00

 9        Q.  Okay.  But you're not aware that for an   15:44:02

10   audit we verify one -- we compare the vote as      15:44:08

11   casted on the machine to the individual paper      15:44:17

12   receipt?                                           15:44:21

13             MS. LaROSS:  Objection as to form.       15:44:23

14        A.  Again, I don't know how the machine does  15:44:24

15   that technology-wise.                              15:44:27

16        Q.  Okay.  The purpose of an audit is to      15:44:32

17   verify that the votes have been accurately counted; 15:44:45

18   would you agree?                                   15:44:50

19        A.  Yes.                                      15:44:56

20        Q.  Okay.  And so you would want an audit to  15:44:56

21   be able to ensure that the votes actually represent 15:45:01

22   each and every voters' intention, right?           15:45:07
```

Page 73

```
 1              MS. LaROSS:  Objection as to form.        15:45:11
 2         A.  I would want it to; is that what the       15:45:15
 3    question is?  You say I would want it to reflect?   15:45:17
 4         Q.  You would want the audit to ensure that    15:45:21
 5    each vote as tabulated reflects the voter's         15:45:25
 6    intention, right?                                   15:45:33
 7         A.  I would -- I would expect the audit to     15:45:33
 8    tabulate as reported, yes, which is what the voters 15:45:38
 9    intend, yes.                                        15:45:43
10         Q.  Do you know what would happen if the audit 15:45:44
11    found an important discrepancy between the initial  15:45:51
12    tabulation and then the audited results?            15:45:58
13              MS. LaROSS:  Objection to form.           15:46:03
14         A.  Can you specify more specifically?         15:46:07
15         Q.  Well, after an audit is conducted --       15:46:09
16         A.  Uh-huh.                                    15:46:17
17         Q.  -- if the results of the audit indicate a  15:46:17
18    different outcome than the results that had         15:46:20
19    previously been issued by the tabulated votes       15:46:26
20    through the machine, would you know what the remedy 15:46:32
21    is under Georgia law?                               15:46:38
22              MS. LaROSS:  Objection as to form.        15:46:40
```

Page 74

```
 1        A.  I think the remedy -- one of the remedies   15:46:45

 2   could be to ensure -- you know, the parties may       15:46:48

 3   want to bring a lawsuit to contest possibly, but in   15:46:56

 4   terms of the technical side or what aspect are you    15:47:02

 5   asking what the remedy is?  Is it what do we do as    15:47:05

 6   state election folks or -- I'm sorry.  Can you        15:47:11

 7   clarify?                                              15:47:14

 8        Q.  Yeah.  What -- what would either the State   15:47:15

 9   Election Board and/or in conjunction with the         15:47:23

10   Secretary of State, what would they be able to do     15:47:24

11   under Georgia election law in order to remedy the     15:47:30

12   discrepancy in results?                               15:47:36

13        A.  I will have to admit it's been a while       15:47:38

14   since I've looked at the law and I don't have the     15:47:40

15   audit process memorized to look at it.  I think       15:47:43

16   that if that issue were in front of me I would        15:47:48

17   definitely look at it, refresh, and research what     15:47:51

18   those options are, but if you're asking me from       15:47:55

19   rote memorization, I have to apologize, I don't       15:47:58

20   recall off the top of my head what those specific     15:48:03

21   steps are.                                            15:48:04

22        Q.  Understood.                                  15:48:05
```

Page 75

1              Do you know if there's any way for an        15:48:08

2    election outcome to be declared invalid or to rerun   15:48:12

3    the election if the results of an audit indicate a    15:48:16

4    problem?                                              15:48:22

5        A.  So speaking from memory and, again,           15:48:23

6    because this issue's not come up recently for me to   15:48:26

7    research to kind of refresh and get cemented in       15:48:29

8    these rules again, I would have to say are there      15:48:34

9    ways?  Yes, there are always ways to have things      15:48:37

10   looked at if it meets a certain threshold and         15:48:39

11   deemed appropriate.  If you're asking me for the      15:48:42

12   specific steps, I would have to apologize.  I have    15:48:46

13   not looked at this in a long time.  I would have to   15:48:49

14   research it and refresh my memory.                    15:48:53

15       Q.  Yeah.  My last question in particular was     15:49:00

16   about two specific remedies.  So if you know          15:49:02

17   whether a remedy could be for the election outcome    15:49:05

18   to be -- to be declared invalid under Georgia law     15:49:12

19   or to rerun elections?                                15:49:15

20           MS. LaROSS:  I object to the form.            15:49:20

21       A.  If you're asking me about possibilities,      15:49:21

22   those are possibilities, but I'm sorry, I would       15:49:23

Page 76

```
1    have to research to say, well, these are what you     15:49:25
2    would do step one, two, and three and refresh.        15:49:29
3    These are very specific particular with specific      15:49:32
4    steps and rules.  And so it's just not having         15:49:37
5    looked at it in a long time to have rote              15:49:40
6    memorization, I cannot recall that.  I'm sorry.       15:49:43
7    But is it a possibility?  Yes.                        15:49:46
8         Q.  Would you be concerned if you weren't        15:49:52
9    allowed to vote in an election for some reason?       15:49:54
10        MS. LaROSS:  I object to the form.               15:50:00
11        A.  What reason would that be, may I ask,        15:50:01
12   because it would be -- under some circumstances,      15:50:04
13   like felons?  You know, if it's just me everyday      15:50:11
14   walking in and all of a sudden I'm eligible to vote   15:50:16
15   and all of a sudden I'm not allowed to vote; is       15:50:19
16   that what the question is?                            15:50:22
17        Q.  Yeah, that's what the question is.           15:50:24
18        A.  If I'm just outright denied the right to     15:50:26
19   vote as an citizen eligible otherwise?                15:50:29
20        Q.  Yes.                                         15:50:33
21        A.  I would not be happy.                        15:50:34
22        Q.  Why not?                                     15:50:35
```

Page 77

```
 1        A.   Because I would like to vote.              15:50:36

 2        Q.   Why would you like to vote?                15:50:42

 3             MS. LaROSS:  Objection as to form.         15:50:44

 4        A.   Because it's my right.                     15:50:47

 5        Q.   Would you be concerned if you were forced  15:50:53

 6   to vote by mail-in ballot?                           15:50:55

 7             MS. LaROSS:  Objection as to form.         15:50:59

 8        A.   I have never been forced to vote in any    15:51:02

 9   manner, though I've not had to ask myself that       15:51:07

10   question.  I think voting has always been my         15:51:11

11   privilege and my right and I've always exercised it  15:51:17

12   in a free manner and have been allowed to vote.  So  15:51:21

13   I've never been forced to vote one way or the        15:51:27

14   other.                                               15:51:31

15             So a hypothetical, I would imagine I       15:51:32

16   wouldn't be happy if I were forced one way or the    15:51:36

17   other.  I just would like my choice and I exercise   15:51:38

18   it.                                                  15:51:43

19        Q.   Sorry.  I should have -- my question was   15:51:44

20   unclear.  So I apologize.                            15:51:46

21        A.   That's okay.                               15:51:48

22        Q.   What I meant to ask is would you be        15:51:49
```

Page 78

```
 1   concerned if the only method of voting was vote by    15:51:52

 2   mail?                                                 15:51:58

 3       A.   Under normal circumstances I -- again,      15:52:02

 4   it's a hypothetical because that's not the            15:52:05

 5   situation we have now.  So I would have to put        15:52:07

 6   myself in a hypothetical environment, but if          15:52:09

 7   circumstances dictate and that really is the only     15:52:16

 8   way that I could cast my vote, whatever those         15:52:19

 9   circumstances are -- and it's a hypothetical, so      15:52:22

10   it's hard to say, but let's just say either I have    15:52:23

11   a choice under the circumstances to either vote by    15:52:27

12   mail or not vote at all, no, I would rather take      15:52:29

13   what options that are available than not at all, of   15:52:32

14   course.  But as we have it right now, we have         15:52:36

15   choices and I'm happy with my choices.  I can vote    15:52:39

16   in a number of different ways and a number of         15:52:43

17   different times.  So I feel very blessed and lucky    15:52:45

18   to have these opportunities.                          15:52:48

19       Q.   I guess my -- just to clarify more --        15:52:51

20       A.   Okay.                                        15:52:55

21       Q.   -- would you be concerned if you felt like   15:52:58

22   you couldn't vote in person and you believed that     15:53:02
```

Page 79

1   the only option you had to vote would be to vote by        15:53:08

2   mail?                                                      15:53:12

3        MS. LaROSS:  Objection as to form.                    15:53:15

4        A.  It's hard for me to put in this                   15:53:18

5   hypothetical because in this past year I think             15:53:20

6   there have been times when many people probably            15:53:26

7   feel that way, because of the COVID pandemic they          15:53:29

8   don't want to be exposed.  So it's hard for me to          15:53:34

9   put in that -- myself in that situation because we         15:53:38

10  all went through it and we all go through it               15:53:40

11  differently.  I can only speak to myself.  I was           15:53:42

12  not boxed into one choice or another.  I didn't            15:53:45

13  feel like that was my -- my one choice.  I had             15:53:48

14  multiple choices.  And so from that standpoint I           15:53:50

15  did not feel like I had something to -- I was not          15:53:56

16  upset because I had choices in the way I voted.  So        15:54:00

17  I don't know the answer to your question.  I'm             15:54:04

18  sorry.                                                     15:54:06

19       Q.  Okay.  Maybe I'll put it a little                 15:54:09

20  differently.  Are you satisfied with your option to        15:54:11

21  vote in person?                                            15:54:20

22       MS. LaROSS:  Objection as to form.                    15:54:23

Page 80

| | | |
|---|---|---|
| 1 | A.   Yes.  My voting in person and my other | 15:54:26 |
| 2 | options are all wonderful.  I'm very blessed to | 15:54:29 |
| 3 | have these options. | 15:54:31 |
| 4 | Q.  Do you find that voting in person -- the | 15:54:36 |
| 5 | ability to vote in person is important? | 15:54:41 |
| 6 | A.  I find the ability to vote is important, | 15:54:44 |
| 7 | in person absolutely is one option, yes. | 15:54:51 |
| 8 | Q.  Okay.  And why do you find the ability to | 15:54:53 |
| 9 | vote in person is important? | 15:54:55 |
| 10 | A.  In person is important or any other method | 15:55:01 |
| 11 | is important as long as you get your ballot in and | 15:55:03 |
| 12 | exercise your right or in my case exercise my | 15:55:08 |
| 13 | right.  Why do I find in person important?  It's | 15:55:11 |
| 14 | important because it's another avenue.  I think | 15:55:15 |
| 15 | that, you know, some of us by way of purchasing | 15:55:17 |
| 16 | something these days, either we buy them on-line or | 15:55:20 |
| 17 | we buy them in person.  It's not for everybody, but | 15:55:23 |
| 18 | it's -- you know, as long as we make it available, | 15:55:27 |
| 19 | and it's what -- the most important thing here is | 15:55:32 |
| 20 | that the individual exercises his or her right to | 15:55:33 |
| 21 | vote and those options are available.  So, you | 15:55:37 |
| 22 | know, if in person is the preferred choice, then I | 15:55:42 |

Page 81

```
 1    think that's important.  If by mail is by choice,     15:55:45
 2    then that's important.                                15:55:48
 3         Q.  Okay.  And you mentioned -- and you          15:55:50
 4    mentioned shopping, but you think that -- like is     15:55:52
 5    there something special about voting in person that   15:55:56
 6    might be different than shopping in person?           15:56:01
 7         A.  I don't mean to trivialize it in any way     15:56:04
 8    at all.  I guess what I was trying to exercise is     15:56:09
 9    especially in these times what makes a person         15:56:12
10    comfortable in exercising a person's right.  In my    15:56:15
11    case I like to have the option, and for that reason   15:56:18
12    it's important.                                       15:56:23
13         Q.  If you found out after an election that      15:56:34
14    your vote had not been counted, would that concern    15:56:36
15    you?                                                  15:56:40
16         A.  Yes.                                         15:56:43
17         Q.  Why is that?                                 15:56:44
18         A.  Because I voted.                             15:56:46
19         Q.  And so why would that concern you if your    15:56:51
20    vote had not been counted?                            15:56:53
21              MS. LaROSS:  Objection as to form.          15:56:56
22         A.  I don't know how to answer that question.    15:57:00
```

Page 82

1    Because I voted and it didn't count.                    15:57:03

2         Q.  Right.  I guess I'm just trying to --          15:57:10

3    trying to understand -- unpack why you find that        15:57:15

4    important.  I apologize if that -- if it, you know,     15:57:18

5    seems like a self-evident question.                     15:57:23

6         A.  No, you don't have to apologize.  I'm          15:57:29

7    trying to answer and I apologize if it doesn't          15:57:31

8    sound like I'm trying to answer, but I just don't       15:57:33

9    know how to answer it any other way.  I voted and I     15:57:36

10   expect it to count.  So I'm not quite sure that         15:57:38

11   we're probably -- you asked me would it concern         15:57:46

12   you, and that's the reason why I'm concerned.  I        15:57:48

13   voted and it's not there.                               15:57:50

14        Q.  Is it perhaps because it's important to        15:57:52

15   you that your -- your vote is properly counted as       15:58:00

16   part of being in a democracy?                           15:58:04

17            MS. LaROSS:  Objection as to form.             15:58:09

18        A.  Yes.                                           15:58:11

19        Q.  Okay.                                          15:58:17

20            And what if your vote had been counted for     15:58:18

21   a different candidate than you intended to vote         15:58:23

22   for, would that concern you?                            15:58:27

```
                                                    Page 83

 1              MS. LaROSS:  Objection as to form.      15:58:31

 2         A.  Yes.  It's a hypothetical, but yes.      15:58:34

 3    Hypothetically, yes.                              15:58:42

 4         Q.  And why is that?                         15:58:43

 5         A.  Again, when I exercise my right, I'm     15:58:44

 6    exercising my -- I'm displaying my intent.  And so  15:58:48

 7    that intent, hypothetically, if it didn't reflect  15:58:52

 8    that in the final tabulation, then it's a vote and  15:58:56

 9    yeah, that would concern me, but that's a         15:59:02

10    hypothetical.  So I'm answering it hypothetically.  15:59:05

11         Q.  Understood.                              15:59:09

12              So just to summarize, in this situation  15:59:12

13    it's important for you that your vote as tabulated  15:59:18

14    reflects your intention; is that right?          15:59:22

15              MS. LaROSS:  Objection as to form.      15:59:25

16         A.  Yes.                                     15:59:29

17         Q.  Okay.  Do you publicly announce who you  15:59:29

18    vote for in an election?                          15:59:35

19         A.  Can you define "publicly announce"?  I --  15:59:39

20         Q.  Would you announce on social media who you  15:59:45

21    voted for in an election?                         15:59:50

22              MS. LaROSS:  Objection as to form.      15:59:52
```

Page 84

```
 1        A.  I don't do that.                      15:59:54

 2        Q.  Why not?                              15:59:56

 3        A.  Because I'm not on social media.      15:59:58

 4        Q.  That makes sense then.                16:00:02

 5            Would you announce in a newspaper who you  16:00:08

 6   voted for and --                               16:00:11

 7        A.  It's a hypothetical -- excuse me.  I'm  16:00:14

 8   sorry, Diane.                                  16:00:16

 9        Q.  No.  I was -- I was -- I was done.  Go  16:00:17

10   ahead.                                         16:00:18

11            MS. LaROSS:  Objection as to form.     16:00:19

12        A.  It's a hypothetical, but I've not done  16:00:22

13   that.                                          16:00:24

14        Q.  Okay.  Why not?                       16:00:25

15        A.  I just never have the need to -- it's not  16:00:27

16   a -- it's not a value or a religious question.  16:00:31

17   It's just something I just haven't done and don't  16:00:36

18   do.                                            16:00:38

19        Q.  Okay.                                 16:00:40

20            Do you consider your vote to be an     16:00:41

21   expression of your own political personal views on  16:00:45

22   candidates and issues?                         16:00:50
```

Page 85

```
 1            MS. LaROSS:  Objection as to form.        16:00:52
 2       A.  I view it as my expression of my           16:00:55
 3   preference for that candidate.                     16:00:59
 4       Q.  Are you concerned about the personal       16:01:04
 5   information now required to be posted on the        16:01:06
 6   envelope when voting absentee by mail?             16:01:12
 7       A.  Could you clarify in particular what        16:01:18
 8   personal information?                              16:01:20
 9       Q.  Name, address, there might be some other   16:01:24
10   personal information that's escaping me.           16:01:31
11       A.  I'm not concerned that name and address.   16:01:36
12   On the what envelope?  I'm sorry.  Why don't you    16:01:40
13   ask again.                                         16:01:43
14       Q.  On the absentee-by-mail envelope.         16:01:44
15       A.  No, not name and address.                  16:01:48
16       Q.  Okay.  So we discussed earlier that when   16:01:56
17   the receipts are tabulated -- and I think, you     16:02:02
18   know, we might have discussed this particular      16:02:08
19   issue, but I just want to come back to it.         16:02:09
20       A.  Uh-huh.                                    16:02:13
21       Q.  (continued) -- that the QR code is, in     16:02:13
22   fact, the part of the receipt that's tabulated,    16:02:18
```

Page 86

1    right?                                            16:02:20

2         MS. LaROSS:   Objection as to form.          16:02:21

3         A.   I'm not an IT person, but I believe that   16:02:27

4    the QR code is read.                              16:02:31

5         Q.   And human readable text is not tabulated,   16:02:34

6    correct?                                          16:02:40

7         MS. LaROSS:   Objection as to form.          16:02:42

8         A.   Yes.   It's the QR code that gets -- they   16:02:45

9    both get -- yeah, they get -- the QR code gets    16:02:49

10   read.                                             16:02:52

11        Q.   Would you be comfortable using BMD       16:02:53

12   machines that don't tabulate the QR codes but only   16:02:58

13   tabulate the human readable portion?              16:03:03

14        A.   So this is a hypothetical, so I'll answer   16:03:08

15   a hypothetical.   I would have the same confidence   16:03:10

16   that the machine is reading it, my human readable   16:03:16

17   text, as I do that it's reading the QR code.      16:03:25

18        Q.   You wouldn't feel more confident in your   16:03:37

19   ability to know that the actual text that's being   16:03:42

20   tabulated is the same text that's read by the     16:03:49

21   scanning machine?                                 16:03:55

22        A.   before I answer that question I preface it   16:04:01

Page 87

```
 1   with this.  I'm coming at it as the machine reading   16:04:07

 2   my vote, and because I'm coming at it that and I       16:04:10

 3   have confidence in the machine to do its job           16:04:18

 4   correctly, that if it's a human readable text or if    16:04:20

 5   it's a QR code, then that confidence carries           16:04:25

 6   through the function of the machine whether it's       16:04:29

 7   text readable because the computer's still doing       16:04:32

 8   that job for me whether it's text reading or           16:04:35

 9   whether it's QR code.  And because I'm coming at it    16:04:40

10   from that standpoint, I believe my vote -- you         16:04:43

11   know, I guess the question is would I be concerned     16:04:47

12   or prefer the human readable, and because I'm          16:04:51

13   coming at it from this perspective I have faith in     16:04:53

14   both, I have confidence in both.                       16:04:56

15       Q.  Okay.  Let's go with a hypothetical that       16:04:58

16   if the -- if a BMD is hacked such that it does not     16:05:14

17   change the human readable text but it does change      16:05:17

18   the QR code, if you're looking at the receipt,         16:05:21

19   would you be able to recognize that the machine was    16:05:27

20   hacked?                                                16:05:31

21       A.  Again, I think this is a hypothetical and      16:05:36

22   I'm not an IT person.  There are ways for IT folks     16:05:39
```

Page 88

```
 1   to recognize and audit I guess systems that run      16:05:42
 2   these checks to know when a system's been hacked.     16:05:47
 3   If you're asking me visually can I see a QR code      16:05:50
 4   and know that it's been hacked from a QR code, no,    16:05:53
 5   I cannot.                                             16:05:57
 6        Q.  Right.  And so then you look at the          16:05:59
 7   receipt, you cannot tell that it's been hacked, but   16:06:02
 8   then when it gets tabulated you also can't tell       16:06:06
 9   that it's hacked, right?                              16:06:09
10        A.  If you're asking me if I can read the QR     16:06:12
11   code and tie it to, you know, whether or not it's     16:06:15
12   been hacked and trace it all the way to the Nth       16:06:20
13   degree, no, I cannot.                                 16:06:23
14        Q.  So wouldn't you agree that if it was a       16:06:24
15   human readable text that was actually tabulated and   16:06:28
16   not the QR code you could at least see that the       16:06:35
17   version of your vote that is tabulated reflects       16:06:41
18   your intention?                                       16:06:47
19        A.  If you're asking that the text -- the        16:06:50
20   human readable text can be compared to one-to-one     16:06:53
21   vote directly over a QR code, if that's the tie-in    16:06:58
22   that you're making, then yes, you can read that, I    16:07:04
```

Page 89

1    can read that.  I can't read a QR code, but there's    16:07:06

2    a missing piece in between that explains the    16:07:10

3    connection for me and that is it's still going    16:07:14

4    through a machine, it's still voting, and I have    16:07:17

5    confidence that that carries to the result.  So    16:07:20

6    while I can't read all the QR code technology in    16:07:24

7    between, I can read that five votes here and five    16:07:28

8    votes at the end.    16:07:33

9         Q.  Understood.    16:07:42

10         And so what you're saying is that you are    16:07:43

11   worried about the machine tabulating the vote; is    16:07:45

12   that right?    16:07:53

13         MS. LaROSS:  Objection as to form.    16:07:53

14        A.  I'm sorry.  That I'm worried about it?    16:07:55

15   Can you rephrase?    16:07:57

16        Q.  Whether -- that the risk exists on the    16:07:59

17   same manner for the machine tabulating the vote; is    16:08:02

18   that right?    16:08:06

19        A.  I'm not sure we're saying the same thing.    16:08:08

20   Risk -- I mean, I think what I was expressing is    16:08:11

21   that the confidence I have through the QR code if I    16:08:18

22   do five votes here, it will spit out five votes    16:08:22

Page 90

1    here is the same as if I did a human readable five        16:08:27

2    votes here and connect it to the five votes at the         16:08:29

3    end.  I don't read the technology -- QR code               16:08:32

4    technology in between, but I look at the end               16:08:36

5    results as a verification of the starting point.           16:08:40

6    Does that make sense or if I'm answering the               16:08:42

7    question?                                                  16:08:46

8        Q.  Isn't it important not only the number of          16:08:52

9    votes, but also that the votes accurately reflect          16:08:55

10   the voter's intent such that the candidate that the        16:08:58

11   voter intends to vote for is accurately tabulated          16:09:06

12   as such?                                                   16:09:12

13       A.  I don't know if I understand the question,         16:09:23

14   but if the question is is it important to                  16:09:25

15   accurately reflect the vote that's cast, then the          16:09:28

16   answer is yes.                                             16:09:32

17       Q.  Okay.                                              16:09:40

18           And do you think that if the BMD's                 16:09:41

19   tabulated the human readable portion of the text           16:09:49

20   and not the QR codes, would that affect whether            16:09:53

21   they could be audited in a more precise way?               16:10:00

22       A.  You're asking for my opinion if a human            16:10:11

Page 91

1    readable text could be audited in a more precise    16:10:16

2    way.  I have confidence in the QR code, and so I    16:10:18

3    don't -- I think it -- I don't -- I guess what    16:10:29

4    you're asking is human text readable better than QR    16:10:32

5    code, and, again, from the previous answers that I    16:10:36

6    think I have confidence in both.    16:10:40

7        Q.  Okay.    16:10:45

8        Do you -- we might have touched on this    16:10:50

9    earlier, but do you know how the ballots are    16:10:51

10   audited when the QR codes are tabulated?    16:10:58

11       A.  And I think we did touch on this earlier,    16:11:06

12   and I would have to apologize again.  I've not gone    16:11:09

13   through an actual audit myself.    16:11:13

14       Q.  Are you aware that no other state uses    16:11:24

15   BMD's as the primary form of voting statewide?    16:11:28

16       A.  No, I've not researched BMD's.  Those    16:11:35

17   machines were selected before I got there, and so    16:11:38

18   I've not researched them.    16:11:41

19       Q.  Okay.  Are you concerned about the fact    16:11:45

20   that no other states primarily use BMD's as a state    16:11:48

21   of voting statewide?    16:11:54

22       MS. LaROSS:  Objection as to form.    16:11:56

Page 92

```
 1        A.  Without knowing more as to the reasons      16:11:59
 2   why, just on purely the question alone, no.  I       16:12:02
 3   would need to know why.                              16:12:08
 4        Q.  And if you found out that no other states   16:12:12
 5   primarily use BMD's, would you want to know why      16:12:19
 6   that was?                                            16:12:24
 7        A.  I think I'm curious from the standpoint of  16:12:28
 8   general curiosity because I don't know if it's       16:12:32
 9   because it's incompatible with their other systems,  16:12:36
10   if it's inappropriate for the functions that they    16:12:39
11   have.  I don't know other states' election laws.     16:12:41
12   So without knowing more as to why it's a very        16:12:44
13   nebulous question that's hard to answer.  So if I    16:12:49
14   say no, then it sounds like, oh, well, you know,     16:12:53
15   the assumption is -- or the suggestion is there's    16:12:57
16   something wrong with it and I don't care.  That's    16:13:00
17   not the case.  I want to know more as to why and     16:13:05
18   from that I'll make an informed decision.            16:13:08
19        Q.  And have you discussed with State Election  16:13:11
20   Board members best practices for election systems    16:13:13
21   across the United States?                            16:13:18
22        A.  All the discussions we've had are on        16:13:20
```

Page 93

1    record.  So it's -- those are the discussions I've    16:13:22

2    had with my board members on these issues.    16:13:26

3        Q.  But can you recall any discussions you've    16:13:31

4    had with board members about best practices for    16:13:35

5    election systems across the United States?    16:13:40

6        A.  Not across the United States I can recall.    16:13:42

7        Q.  And how about any -- can you recall any    16:13:45

8    discussions you've had with board members    16:13:48

9    discussing other states' election systems?    16:13:52

10       A.  Not that I can recall.  If it were, it    16:14:00

11   would be on record.    16:14:02

12       Q.  Okay.    16:14:04

13       A.  Sometimes these hours -- these meetings go    16:14:05

14   for all day and it's hard to remember the nuances    16:14:07

15   of every conversation, but off the top of my head I    16:14:10

16   don't recall.    16:14:13

17       Q.  I think you testified earlier that you are    16:14:23

18   at least somewhat familiar with DRE's; is that    16:14:26

19   right?    16:14:28

20       A.  Yes.  Those memories are long ago too.    16:14:28

21       Q.  From what you can recall, do you think    16:14:33

22   DRE's were as reliable as the BMD's?    16:14:38

Page 94

```
 1        A.  I don't recall the technical -- I wasn't    16:14:47
 2   in the deep weeds of the technology of DRE's as an   16:14:52
 3   attorney.  So -- but, you know, technologies have    16:14:56
 4   changed and our infrastructure that supports those   16:15:03
 5   technologies have changed.  So -- not just here,     16:15:07
 6   but the county levels I'm sure.  So we evolve with   16:15:10
 7   technology.  So it's hard to say without knowing     16:15:14
 8   the technology side of it because you're asking      16:15:18
 9   about security.  I don't have an opinion on that     16:15:20
10   right now without knowing more.                      16:15:25
11        Q.  Okay.                                       16:15:34
12            Were you aware of any security              16:15:35
13   vulnerabilities associated with the previous DRE's? 16:15:37
14        A.  I was not informed of them if there were    16:15:43
15   any.  So I'm not aware.                              16:15:46
16        Q.  Okay.  Would you use hand-marked paper      16:15:49
17   ballots to vote?                                     16:15:56
18            MS. LaROSS:  Objection as to form.          16:15:58
19        A.  If they were offered to me, just if -- if   16:15:59
20   I have a choice to vote by hand, yes.                16:16:03
21        Q.  Okay.  Why is that?                         16:16:05
22        A.  Because, again, back to my earlier answer,  16:16:07
```

Page 95

```
 1    I value my right to vote and the choices I'm given.    16:16:11

 2    I have multiple ways of voting and a hand paper         16:16:15

 3    ballot is one of them, and I value that as well.        16:16:19

 4        Q.  Would you prefer hand-marked paper ballots      16:16:23

 5    over voting through BMD's?                              16:16:28

 6        A.  I think that's a vague question, but I'll       16:16:32

 7    answer it in this way.  If I -- I like the              16:16:37

 8    different options.  I vote by hand, I vote -- I've      16:16:43

 9    done both and it depends on the situation.  I           16:16:47

10    prefer it if the situation calls for it if I prefer     16:16:50

11    under this election to vote absentee, I would vote      16:16:53

12    absentee.  If I prefer another election to show up      16:17:00

13    in person, I would do that in person.                   16:17:02

14        Q.  So I guess my question was trying to get        16:17:04

15    at whether you would prefer a system where if you       16:17:06

16    voted in person you would vote by hand-marked paper     16:17:11

17    ballots compared to the current system where you        16:17:16

18    use BMD's?                                              16:17:19

19        A.  I guess what you're asking me and at the        16:17:25

20    risk of trying -- not asking the question for you       16:17:28

21    because I'm trying to answer it is if I had only        16:17:32

22    one choice?                                             16:17:35
```

Page 96

1      Q.  Right.                                            16:17:36

2      A.  Okay.  Yeah, that's a hard one because I          16:17:36

3   have used both and I like to have the option of          16:17:44

4   having both.  I've not, again, been in a universe        16:17:47

5   where I'm forced to vote one way or the other back       16:17:50

6   to our first question a while ago.  So it's hard to      16:17:53

7   put myself in a hypothetical where I'm locked and        16:17:59

8   forced into voting this one way and only one way         16:18:02

9   because I do like both and I've voted with both.         16:18:05

10     Q.  Understood, but I am -- I would like to           16:18:11

11  know whether -- which system right now sitting here      16:18:19

12  if you had to choose between BMD's and hand-marked       16:18:26

13  paper ballots, which one would you prefer?               16:18:32

14        MS. LaROSS:  I object to the form of the           16:18:36

15  question.                                                16:18:37

16     A.  I guess if you're forcing me to pick one          16:18:38

17  or the other when they're so equally close to me,        16:18:40

18  I'm just going to arbitrarily pick the machine           16:18:47

19  because, I don't know, it -- to me you're forcing        16:18:53

20  me to pick.  So I'll pick one.                           16:18:57

21     Q.  Okay, but -- so why would you pick the            16:19:01

22  machine?                                                 16:19:05

Page 97

```
 1        A.  Because I'm being forced to pick one.  I     16:19:05
 2   mean, I can name you a list of reasons I guess why    16:19:08
 3   I like both and, you know, I just like my options     16:19:12
 4   and that's something I've mentioned before.  The      16:19:14
 5   machine, it's -- we're in an age of technology.       16:19:18
 6   Machines are around us everywhere, they make our      16:19:26
 7   lives, you know, easier.  We don't have to carry      16:19:29
 8   boxes of paper back and forth.  There's risk in       16:19:32
 9   that too.  And so in some degree I value the          16:19:35
10   machines for those reasons.                           16:19:38
11        So I -- but you're being -- I'm being            16:19:43
12   forced to pick one or another in this hypothetical.   16:19:45
13   I could name you a list of why, you know, paper       16:19:48
14   ballots are good too.  I can see it, I can smell      16:19:51
15   it.  So there's pros and cons to both, and I'm        16:19:56
16   choosing machine because I'm being asked to pick      16:19:58
17   one.                                                  16:20:00
18        Q.  Okay.  But we discussed that machines        16:20:04
19   create receipts which are used to -- for audits,      16:20:06
20   right?                                                16:20:13
21        A.  For --                                       16:20:15
22        MS. LaROSS:  Objection as to form.               16:20:15
```

Page 98

```
 1              THE WITNESS:  I'm sorry.              16:20:18

 2              MS. LaROSS:  Go ahead.  You're fine.  16:20:18

 3              THE WITNESS:  For audits it's also created  16:20:20

 4      for me to look at before I put it through the  16:20:23

 5      machine, through the scanner.                16:20:26

 6          Q.  And so the boxes of paper exist for both  16:20:27

 7      the hand-marked paper ballots and BMD's, right?  16:20:33

 8          A.  Uh-huh.                               16:20:38

 9          Q.  Do you know whether hand-marked paper  16:20:47

10      ballot systems cost less to administer than BMD  16:20:50

11      systems?                                     16:20:55

12          A.  I've not been advised on the financial  16:20:58

13      side of systems and whether or not there's been a  16:21:02

14      report or a study or comparison.             16:21:09

15          Q.  Is it a factor that you would consider in  16:21:14

16      choosing an election system?                 16:21:18

17              MS. LaROSS:  Objection as to form.   16:21:20

18          A.  I think that affordability is important,  16:21:21

19      but security and access to votes are paramount.  So  16:21:27

20      it's a -- is it an important factor?  Yes.  Is it  16:21:33

21      the most important factor?  I would put security  16:21:38

22      and access to votes on top.                  16:21:41
```

Page 99

```
 1       Q.  Agreed.                                16:21:44

 2           In terms of security, do you know whether   16:21:46

 3    malware can infiltrate -- or whether malware can be   16:21:52

 4    used to infiltrate an election system that uses    16:22:00

 5    hand-marked paper ballots?                      16:22:05

 6       A.  I'm not aware of those -- sounds like an   16:22:09

 7    IT question, but I'm not aware.                 16:22:14

 8       Q.  Okay.                                    16:22:19

 9           Are you aware of any unauthorized access   16:22:25

10    to any component of Georgia's election system?   16:22:29

11       A.  I'm sure we've had cases where -- and I   16:22:42

12    don't remember the specific counties or cases or   16:22:48

13    violations where unauthorized -- not unauthorized,   16:22:52

14    but maybe they did not follow procedures where    16:22:55

15    someone went in and didn't lock the door or       16:22:59

16    something correctly after.  But, you know, that --   16:23:01

17    in terms of someone coming in and -- in the dark of   16:23:07

18    night and, you know, vandalized and recalculated   16:23:11

19    the machines kind of unauthorized, I'm not aware of   16:23:21

20    that.                                           16:23:23

21       Q.  Are you aware of Logan Lamb?             16:23:31

22       A.  No.                                      16:23:36
```

Page 100

```
 1        Q.  Are you aware of any unauthorized copying    16:23:43
 2   of any Georgia election data?                         16:23:47
 3        A.  Not that's been brought to my attention.     16:23:52
 4        Q.  You've never discussed with State Election   16:23:57
 5   Board members whether there's been any unauthorized   16:24:01
 6   copying of Georgia election data?                     16:24:04
 7        A.  No.  As I mentioned, my conversations are    16:24:08
 8   on record.  So no.                                    16:24:11
 9        Q.  Do you know whether any voting equipment     16:24:33
10   that was used for the DRE election system has been    16:24:41
11   re-used for the BMD election system?                  16:24:45
12            MS. LaROSS:  Objection as to form.           16:24:50
13        A.  Not that I'm aware of.                        16:24:52
14        Q.  Have you -- have you discussed with State    16:24:59
15   Election Board members whether any voting equipment   16:25:04
16   that was used for the DRE election system has been    16:25:07
17   re-used for the BMD election system?                  16:25:10
18        A.  I've not had discussions on -- no, not on    16:25:15
19   that specificity, no.  As mentioned, our              16:25:20
20   conversations around these are on record.  So I       16:25:26
21   don't recall a meeting where we talked about which    16:25:30
22   pieces are being re-used and appropriate and          16:25:32
```

Page 101

| | | |
|---|---|---|
| 1 | compatible with the new system and which ones are | 16:25:36 |
| 2 | not. | 16:25:38 |
| 3 | Q.  I'd like to go back to that first exhibit | 16:25:40 |
| 4 | that we looked at.  Do you still have that tab open | 16:25:42 |
| 5 | somewhere on your computer? | 16:25:47 |
| 6 | A.  Uh-huh.  I do. | 16:25:48 |
| 7 | Q.  Awesome.  So we can just go directly to | 16:25:50 |
| 8 | page 2. | 16:26:00 |
| 9 | A.  Okay. | 16:26:04 |
| 10 | Q.  And I'd like to take a look at proposed | 16:26:04 |
| 11 | rule 5 which says "Preservation of memory cards"; | 16:26:07 |
| 12 | do you see that? | 16:26:13 |
| 13 | A.  Uh-huh. | 16:26:14 |
| 14 | Q.  Do you recall what rule was discussed with | 16:26:16 |
| 15 | regards to memory cards? | 16:26:19 |
| 16 | A.  I remember there was some discussion | 16:26:36 |
| 17 | around it.  I would like to see the minutes to help | 16:26:38 |
| 18 | refresh my memory on exactly how we discussed it, | 16:26:43 |
| 19 | but it would have been on record how we discussed | 16:26:48 |
| 20 | it and obviously it shows there that we voted.  But | 16:26:50 |
| 21 | I don't want to state this with confidence, but I | 16:26:58 |
| 22 | remember it being discussed to some degree of | 16:27:00 |

Page 102

```
 1    preservation of it for historical purposes and      16:27:03

 2    also, I don't remember, possibly if -- you know,    16:27:06

 3    how they -- how they could be re-used or something  16:27:14

 4    to that degree.                                      16:27:22

 5         But there was -- it's very vague.  I'd          16:27:23

 6    like to see the minutes to refresh, but I don't      16:27:25

 7    recall this -- no, not with confidence, the          16:27:30

 8    specific discussions that went back and forth.       16:27:33

 9    Again, this was a while ago and, I'm sorry, I don't  16:27:36

10    have that kind of detailed memory.                   16:27:40

11        Q.  No worries.                                  16:27:42

12            Would you see an issue in reusing memory     16:27:55

13    cards or other election components from the          16:27:59

14    paragraph DRE system in the current BMD system?      16:28:04

15            MS. LaROSS:  Objection as to form.           16:28:08

16        A.  In what way?  Like from a security           16:28:18

17    standpoint?  Or what way are we talking about?       16:28:20

18        Q.  Sure, from a security standpoint.            16:28:24

19        A.  I think that if we could be assured that     16:28:31

20    the cards could be used in a way that doesn't        16:28:34

21    compromise the new system, you know, then I would    16:28:38

22    look at that.                                        16:28:44
```

Page 103

```
 1        Q.  Okay.                                    16:28:48

 2        A.  But if I couldn't be assured of that, then  16:28:49

 3   we'd be -- we need to be concerned about that.  So  16:28:53

 4   I think it comes down to the technology side of it  16:28:57

 5   and being -- understanding how that would work.   16:29:01

 6        Q.  Uh-huh.  And as a member of the State    16:29:07

 7   Election Board how would you want to be assured of  16:29:10

 8   that?                                             16:29:14

 9        A.  I guess from my perspective I want to    16:29:18

10   understand the technology end of it, how that      16:29:24

11   works, right.  So if I can understand how memory   16:29:26

12   cards work as it relates to the old machine and how  16:29:32

13   it works as it relates to the new machine and what  16:29:35

14   does it really contain and how does it get picked   16:29:38

15   up and read, I think just understanding the        16:29:40

16   technology of it would help me understand how this  16:29:46

17   works and if it were to be cleaned or sanitized for  16:29:48

18   new elections and how would that work, right.  So   16:29:54

19   I'd just want to understand the mechanics of it and  16:29:58

20   then the technology end of it.                     16:30:01

21        Q.  And has anyone with technical expertise   16:30:04

22   provided a presentation to you and other State     16:30:08
```

Page 104

```
 1    Election Board members about how some of these        16:30:15

 2    technological components of Georgia's current         16:30:19

 3    election system works?                                16:30:23

 4         A.  No.  We're not IT people.  So --             16:30:24

 5         Q.  But you make rules that involve IT, right?   16:30:32

 6         A.  I guess we're -- the BMD's are IT.  So       16:30:40

 7    yes, but --                                           16:30:46

 8         Q.  Sorry.  Go ahead.                            16:30:51

 9         A.  Oh, no.  Yeah, we make rules affecting the   16:30:52

10    processes that involve technology, but I don't have   16:30:55

11    the in-depth understanding or -- the way an IT        16:31:00

12    person would of any machine or technology.  I'm not   16:31:05

13    an IT person.                                         16:31:07

14         Q.  So if we look at actually the next page,     16:31:09

15    page 3.                                               16:31:14

16         A.  Uh-huh.                                      16:31:15

17         Q.  There's a proposed rule in the middle of     16:31:19

18    page, 183-1-12.08, called "Logic and accuracy         16:31:22

19    testing."                                             16:31:35

20         A.  Uh-huh.                                      16:31:37

21         Q.  Do you see that?                             16:31:38

22         A.  Oh, yeah.  Uh-huh.  I see it listed there.   16:31:42
```

Page 105

```
 1        Q.  Do you recall what that rule was about?     16:31:47
 2        A.  I mean, I know what logic and accuracy       16:31:52
 3   testing is.  I would have to ask you to pull the      16:31:57
 4   minutes up, a copy of it for meto look at, but yes,   16:32:00
 5   I know what logic and accuracy testing is             16:32:03
 6   generally.                                            16:32:06
 7        Q.  Yeah.  I mean, unfortunately this is like    16:32:09
 8   all the details we have available, you know,          16:32:11
 9   publicly.                                             16:32:14
10        A.  Okay.                                        16:32:14
11        Q.  And so there haven't been made -- more       16:32:15
12   detailed notes made available about this particular   16:32:19
13   meeting to us.                                        16:32:21
14        A.  Uh-huh.                                      16:32:22
15        Q.  So, of course, if I had more details I'd     16:32:23
16   show them to you, but --                              16:32:27
17        A.  Yeah.  I'll try the best I can to remember   16:32:28
18   the conversations, but -- I'm sorry.  Go ahead.       16:32:31
19        Q.  No.  I was just going to say this is the     16:32:34
20   extent of what we have right now on this.  So can     16:32:37
21   you recall at all what that rule was about?           16:32:44
22        A.  I know what it's about, but is there a       16:32:50
```

Page 106

1    specific question because these are very --          16:32:55

2    election law and election rules and code are very,   16:33:00

3    very nuanced and unless I'm in it every day or        16:33:03

4    looking at it recently, it's very hard for me to      16:33:08

5    just have it rote memorization, right.  So if it's    16:33:11

6    something that I'm called to look at, I would         16:33:15

7    research in detail and refresh my memory in detail.   16:33:17

8    So I don't recall specifically what that is, but I    16:33:21

9    do know what logic and accuracy testing is if         16:33:26

10   that's what you're asking me.                          16:33:30

11        Q.  Sure.  What is logic and accuracy testing?   16:33:31

12        A.  It's the L&A testing that counties go        16:33:33

13   through before putting technology out.                 16:33:36

14        Q.  Okay.  And so does this rule purport to      16:33:43

15   provide requirements relating to logic and accuracy   16:33:48

16   testing?                                               16:33:54

17        A.  These rules -- the rule for L&A testing      16:33:55

18   should have requirement steps or expectations.        16:33:57

19        Q.  And the State Election Board votes on        16:34:08

20   these rules, right?                                    16:34:09

21        A.  Uh-huh.  Yes.                                16:34:10

22        Q.  Okay.  And so before these rules are         16:34:12

Page 107

1   passed I guess what type of information is provided   16:34:15

2   to you for you to be able to make an informed   16:34:23

3   decision on whether or not this is a good rule?   16:34:29

4      A.   We're given copies of it and I review it.   16:34:37

5   You know, it depends on how much time we have to   16:34:45

6   look it over, but -- and it's procedural.  And so I   16:34:46

7   think there's a working group that vetted it out in   16:34:54

8   the back.  I'm not quite sure what was all -- I'm   16:34:59

9   not -- I wasn't a part of those, but there's a   16:35:01

10  working group that reviews them and thinks through   16:35:05

11  the issues.   16:35:10

12         And then as I see them and knowing at the   16:35:11

13  higher level of how things are done over there, you   16:35:13

14  know, just from historical knowledge and just   16:35:16

15  reading through it, these are updates too, if I'm   16:35:19

16  not mistaken, correct?  So, you know, if it doesn't   16:35:26

17  look -- if it looks like it makes sense to do those   16:35:31

18  things, then that's what I base my decision on.   16:35:35

19     Q.   Okay.  But for some of these more   16:35:38

20  technological -- technologically-inclined rules or   16:35:45

21  IT-inclined rules you're not provided with any   16:35:49

22  particular IT or technology presentation, right?   16:35:53

Page 108

```
 1       A.  No.  My understanding is that the        16:36:00
 2   Secretary of State's office has an IT team and the   16:36:02
 3   counties have an IT team that are in place to       16:36:05
 4   handle the technology.  And so our side of it is to  16:36:09
 5   not get into the IT or to become IT experts, but to  16:36:15
 6   look at the procedures as we pass these rules to     16:36:20
 7   make sure that the rules make sense and they're      16:36:27
 8   ensuring the election outcome that should be, which  16:36:34
 9   is, you know, secure elections and all the things    16:36:37
10   that we're charged as a State Election Board.        16:36:41
11       Q.  Yeah, but if you were able to get more       16:36:44
12   information on some of the important security        16:36:49
13   aspects of the Georgia voting system, you would      16:36:53
14   want to have that information, right?                16:37:01
15       A.  Yes.  And I would want to know it probably   16:37:06
16   in the context we -- our select -- our elections     16:37:09
17   have to stay secure.  So it's not something I would  16:37:13
18   ask an IT person to lay out for me on record         16:37:16
19   publicly, you know, what our IT securities are.      16:37:19
20       Q.  Right.  You want it in a private record?     16:37:23
21       A.  I mean, if it's offered to me.  I --          16:37:27
22   again, I believe the IT team at the Secretary of     16:37:29
```

Page 109

1    State's office and the county levels working in        16:37:32

2    conjunction with one another to ensure elections       16:37:37

3    are safe.  So I leave it to the IT people to be IT      16:37:41

4    experts.                                               16:37:45

5           MS. LaROSS:  Tamara, forgive me, but I          16:37:57

6    need to grab a cup of water if I may.  So if we         16:37:59

7    could take a moment, but please keep going if           16:38:02

8    there's a more logical place to stop.  I don't mean    16:38:06

9    to tell you when to do that.                            16:38:08

10          MS. WIESEBRON:  No.  That is quite all          16:38:10

11   right and we have been going for a little while.        16:38:11

12   So I think it's perfectly fine to take a break.         16:38:14

13   That sounds good.                                       16:38:18

14          MS. LaROSS:  Okay.  Thanks.                      16:38:19

15          THE VIDEOGRAPHER:  We're going off the          16:38:20

16   record.  The time is 4:38 p.m.                          16:38:21

17                  (A short break was had.)                 16:48:47

18          THE VIDEOGRAPHER:  We're back on the            16:50:05

19   record.  The time is 4:50 p.m.                          16:50:09

20   BY MS. WIESEBRON:                                       16:50:16

21      Q.  You can take down that exhibit, Ms. Le.          16:50:16

22      A.  Okay.  I don't know how to take it down.         16:50:19

Page 110

```
 1   I'm afraid I might --                           16:50:28

 2       Q.  You can close out of it if you want.    16:50:30

 3       A.  Okay.                                    16:50:33

 4       MS. LaROSS:  Just arrow out.  You can do     16:50:34

 5   the arrow next to where it says Exhibit 0001 I   16:50:36

 6   think, perhaps.                                  16:50:41

 7       Q.  Have you heard any complaints about      16:50:49

 8   Georgia's election system being hackable?        16:50:51

 9       A.  I may have gotten complaints from the    16:50:56

10   public, but I don't recall specifically.  Just very  16:51:02

11   general kind of.  I don't recall specifics.  Just,   16:51:10

12   you know, the general, you know, don't -- pros and   16:51:17

13   cons, you know, people who like the system, people  16:51:21

14   who don't like the system kind of thing.         16:51:24

15       Q.  Uh-huh.  And were there any complaints   16:51:26

16   about Georgia's current election system's security 16:51:28

17   that stood out to you?                           16:51:33

18       A.  Not that I recall.                       16:51:39

19       Q.  Okay.  I want to for just a second go back 16:51:41

20   to the expert report of Mr. Halderman we discussed  16:51:46

21   earlier today.  Do you recall discussing that   16:51:51

22   report?                                          16:51:54
```

Page 111

```
 1        A.  I recall you mentioning it, yeah.         16:51:55

 2        Q.  Are you surprised that your lawyers did   16:51:59

 3   not tell you that a leading election security      16:52:02

 4   expert prepared a detailed report finding numerous 16:52:06

 5   vulnerabilities with Georgia's election equipment? 16:52:11

 6            MS. LaROSS:  I object to the form of the   16:52:16

 7   question.                                          16:52:17

 8        A.  No.  It's news to me, but I'm not upset if 16:52:21

 9   that's what you're asking.  It's not been -- I     16:52:26

10   don't -- we haven't had conversations around this. 16:52:32

11   So I don't know if there was an opportunity to     16:52:35

12   bring it up.                                       16:52:37

13        Q.  Are you surprised that your lawyers did   16:52:39

14   not tell you that the State's own election security 16:52:43

15   expert did not dispute Dr. Halderman's findings?   16:52:46

16            MS. LaROSS:  I object to the form of the   16:52:50

17   question.                                          16:52:51

18        A.  I was not aware of it until now.  So --   16:52:55

19   until this hearing, meeting.                       16:52:58

20        Q.  But does it surprise you that you were not 16:53:03

21   told that this State's own election security expert 16:53:06

22   did not dispute Dr. Halderman's findings?          16:53:11
```

Page 112

```
 1          MS. LaROSS:  I object to the form of the    16:53:13
 2   question.                                          16:53:15
 3      A.  Again, my attorneys and I have not had      16:53:15
 4   conversation --                                    16:53:18
 5          MS. LaROSS:  I just object.  Yeah, you      16:53:19
 6   don't --                                           16:53:21
 7          THE WITNESS:  I don't have to answer?       16:53:22
 8   Okay.                                              16:53:23
 9          MS. LaROSS:  Yeah.  I would have her --     16:53:25
10   she should not get into conversations with us.     16:53:25
11   That's a problem with this line of questioning.    16:53:30
12          THE WITNESS:  Yes.  I'm sorry.              16:53:34
13          MS. WIESEBRON: To be clear, I'm not asking  16:53:36
14   you to divulge any privileged communications.  I'm 16:53:38
15   just asking you whether you're surprised or not.   16:53:45
16          MS. LaROSS:  I still have the same          16:53:50
17   objection because it goes into work product and    16:53:51
18   decisions that we made as attorneys or with respect 16:53:54
19   to a confidential report.  There's just a myriad of 16:53:58
20   objections there.                                  16:54:03
21          MS. WIESEBRON:  Just to be clear about      16:54:13
22   your objection, are you saying that her answering  16:54:15
```

Page 113

1   whether she's surprised or not that -- because        16:54:20

2   she's already discussed that --                       16:54:27

3        MS. LaROSS:  She's already answered the          16:54:30

4   question too.  So --                                  16:54:31

5        THE WITNESS:  I'll refrain from answering         16:54:42

6   that on the advice of counsel -- objection of         16:54:43

7   counsel rather.  I'm sorry.                            16:54:45

8        MS. WIESEBRON:  That's fine.  I just want         16:54:51

9   to get on the record -- I just want to be clear on    16:54:53

10  the record what exactly the objection is.             16:54:56

11       MS. LaROSS:  Well, as I stated before, to        16:55:03

12  the extent that it invades into the attorney-client   16:55:05

13  privilege about discussions she has with counsel      16:55:08

14  and counsel's decision in this -- in this case in     16:55:12

15  litigation, and you're getting really close to the    16:55:18

16  line asking these questions.  So that's my            16:55:23

17  objection.  I believe she's answered your question    16:55:26

18  in addition.  So aside from the privilege answer --   16:55:30

19  sorry -- the privilege objection, I believe she's     16:55:33

20  already answered it.                                  16:55:37

21       MS. WIESEBRON:  Okay.  Just to put it on         16:55:44

22  the record, I'm just asking about her state of        16:55:46

Page 114

```
 1   mind, not any client advice, request for client      16:55:48

 2   advice.  So --                                        16:55:54

 3        MS. LaROSS:  Yeah, but you are asking            16:55:57

 4   about her state of mind as to client advice or as     16:55:58

 5   to matters that would be within the discussion that   16:56:03

 6   she might have with her lawyers along litigation,     16:56:05

 7   about the litigation, about things that are going     16:56:09

 8   on, about privileged material.  So yeah, I don't      16:56:12

 9   think that you can separate it that clearly.          16:56:18

10        MS. WIESEBRON:  Okay.  That's fine.              16:56:27

11   BY MS. WIESEBRON:                                     16:56:30

12        Q.  When you testified earlier that you have     16:56:30

13   confidence in Georgia's current election system, is   16:56:34

14   it fair to say that you have not considered           16:56:38

15   Dr. Halderman's findings since you did not know       16:56:42

16   about them?                                           16:56:49

17        MS. LaROSS:  Objection as to form.               16:56:50

18        A.  I didn't know about them, about the          16:56:55

19   report.  So -- and without knowing what the report    16:56:56

20   says, I still stand by my faith and confidence in     16:57:03

21   the system.                                           16:57:08

22        Q.  Right.  So just to be clear, you'd agree     16:57:11
```

Page 115

1    that you have confidence in Georgia's current        16:57:16

2    election system, but you have not read or            16:57:24

3    considered Dr. Halderman's findings?                 16:57:27

4           MS. LaROSS:  I object to the form of the      16:57:32

5    question.                                            16:57:33

6       A.  I believe that's the question you just        16:57:34

7    asked, right?                                        16:57:35

8       Q.  Uh-huh.                                       16:57:36

9       A.  So my answer is the same.                     16:57:37

10      Q.  Okay.  I'm just reading your answer to         16:57:45

11   make sure it's clear, but I think it will be fine.   16:58:05

12          Is privacy important to you as a State        16:58:14

13   Election Board member?                               16:58:19

14      A.  Yes.                                           16:58:21

15      Q.  Have you heard voters complain that the       16:58:24

16   BMD screens are large?                               16:58:27

17      A.  Yes.                                           16:58:33

18      Q.  Do you think the BMD screens are large?       16:58:33

19      A.  Not for me, but that's a personal answer.     16:58:40

20      Q.  Do you think voters' concern about the BMD    16:58:48

21   screens being too large is a valid concern?          16:58:53

22      A.  I think that voters' concerns, you know,      16:58:58

Page 116

1    if they express that, it's worth looking at.  I        16:59:04

2    don't want to say it's not valid.  It just needs to    16:59:10

3    be looked at because to say it's not valid is to       16:59:13

4    negate their concern and that's not -- that's not      16:59:15

5    my job, you know, to negate concerns.                  16:59:19

6        Q.  Did you ever discuss privacy concerns          16:59:26

7    regarding BMD screens with other members of the        16:59:28

8    State Election Board?                                  16:59:33

9        A.  That has been one of the points of             16:59:35

10   discussion I believe in one of the election            16:59:37

11   meetings when there were some concerns of public       16:59:39

12   comments that were brought up, but that is also on     16:59:44

13   record and I don't recall the specifics and what       16:59:46

14   was said.                                              16:59:48

15       Q.  Do you know how poll workers are trained       16:59:52

16   in Georgia?                                            16:59:55

17       A.  I know generally.  I've not gone through       16:59:57

18   the training myself.  So I don't know specifics.       16:59:59

19       Q.  Is the State Election Board involved at        17:00:04

20   all in deciding how poll workers are trained?          17:00:06

21       A.  Not that I recall in the how part, not         17:00:12

22   since I've been a part of it, no.                      17:00:14

1      Q.  Okay.  Do you know whether poll workers      17:00:16

2   are specifically trained to deal with operating BMD  17:00:21

3   machines?                                            17:00:26

4      A.  Again, I've not gone through the actual       17:00:27

5   training.  So I'm sorry to say I don't know what     17:00:31

6   exactly goes into the training piece.  I know that   17:00:33

7   someone at the county's being trained on it, and     17:00:38

8   how they pass that knowledge on between the State    17:00:41

9   and within the counties I don't -- I've not gone     17:00:44

10   through one.  So I don't know.                        17:00:48

11      Q.  Have you heard of voter complaints about     17:00:59

12   poll workers unable to help them because of          17:01:02

13   difficulties operating the BMD's?                    17:01:07

14      A.  I don't recall exact complaints, but I        17:01:14

15   get -- I remember vaguely that there are complaints  17:01:17

16   in general about confusion, but that happens with    17:01:19

17   each election.  So I'm not -- I don't remember       17:01:23

18   exactly what component of which (indecipherable) of  17:01:28

19   the thousands and thousands of the poll workers we   17:01:33

20   have around the state.  Sometimes there are          17:01:36

21   complaints about, you know, just confusion or        17:01:38

22   someone being -- a particular poll worker            17:01:41

Page 118

1    forgetting something.  Of course, that's when they        17:01:47

2    get brought before the State Election Board if it's       17:01:52

3    a material failure obviously.                             17:01:54

4         Q.  If you receive several -- like the same          17:02:02

5    type of complaints in front of the State Election         17:02:10

6    Board, does -- can the State Election Board take          17:02:12

7    any action to remedy these complaints?                    17:02:15

8         A.  I can only speak for myself and not the          17:02:19

9    whole board.  As a board member, you know, I try to       17:02:21

10   look at the facts specifically because, again,            17:02:27

11   election law and election procedures are very, very       17:02:31

12   nuanced, as you may know, and two categories of the       17:02:35

13   same category, two failures of the same category,         17:02:38

14   two breaches of the same category, rather, is not         17:02:42

15   identical in cause, and as a board member I want to       17:02:46

16   look at what happened there in that particular case       17:02:49

17   even though, let's say, you have two of the same          17:02:51

18   function failures but the cause of it may be              17:02:55

19   different.  And that's where you -- I want to look        17:02:57

20   at the causation, whether it's a training issue           17:03:00

21   that's particular to that person who forgot or is         17:03:04

22   it particular to that particular instance, whatever       17:03:08

Page 119

1    that may be.                                          17:03:10

2         So it's very nuanced and in that way, you       17:03:11

3    know, I don't want to give the impression that, oh,  17:03:14

4    yeah, you know, three of the same categories.  You   17:03:18

5    have to really look at the facts on how that         17:03:21

6    violation came about to really understand what the   17:03:25

7    appropriate action should be.                        17:03:28

8         Q.  And what type of actions could you take as  17:03:38

9    a member of the State Election Board if you realize  17:03:41

10   that there could be a better process in place?       17:03:45

11        A.  Well, it's a hypothetical, but generally    17:03:54

12   speaking, if I found that there's a better process   17:03:57

13   in place, you definitely suggest it, right.  I can   17:04:00

14   definitely suggest it.  The process is sometimes     17:04:05

15   not necessarily in the authority of the State        17:04:10

16   Election Board to just -- you know, sometimes it     17:04:14

17   depends on -- it's a very general question.  So,     17:04:17

18   you know, some of this purview falls under the       17:04:21

19   legislators.  We don't just get to say I don't know  17:04:24

20   like this and let's do away with that, right.        17:04:27

21        So it's a very general question, but if         17:04:30

22   you're asking me a hypothetical and just generally   17:04:32

Page 120

```
 1   speaking, yes, as a State Election Board member I    17:04:34
 2   can definitely suggest it.                           17:04:36
 3        Q.  Understood.  Thank you.                      17:04:40
 4            Is it important to you as a State Election   17:04:46
 5   Board member that every county in Georgia has        17:04:48
 6   sufficient election equipment for all voters that    17:04:51
 7   want to cast a ballot?                               17:04:54
 8        A.  Yes.  You would want counties to have       17:04:57
 9   access to equipment.                                 17:05:03
10        Q.  Have you heard voters complain about        17:05:04
11   counties not having enough equipment?                17:05:06
12        A.  Yes, I have, and I forget where it came     17:05:13
13   from.  Again, sometimes these complaints and         17:05:15
14   comments come a lot and sometimes it's because I'm   17:05:18
15   reading the newspaper.  So I have heard it, but I    17:05:20
16   can't recall exactly the date, times, or locations.  17:05:24
17        Q.  Do you recall approximately when this       17:05:34
18   might -- this issue might have surfaced?             17:05:38
19        A.  It may have surfaced maybe with Fulton      17:05:42
20   County, you know, with the long lines.  I don't      17:05:49
21   remember exactly the context, but I think that's     17:05:51
22   one that was of concern in the newspapers and, you   17:05:55
```

Page 121

```
 1    know, as part of the chatter.                    17:06:01

 2         Q.  Did you hear any complaints about voters   17:06:09

 3    deciding not to cast a ballot because the equipment  17:06:13

 4    was inoperable or the waiting for the equipment    17:06:17

 5    issues to be solved was too long?                 17:06:22

 6         A.  Again, some of our complaints come in the   17:06:28

 7    form of cases before us as State members, election  17:06:31

 8    members.  So with the volume that we look at in   17:06:35

 9    addition to comments that we receive, especially in  17:06:40

10    opening comments to these meetings, it gets --    17:06:43

11    there's a significant number.                     17:06:47

12            So all that's to say violations and       17:06:50

13    comments, you know, complaints are kind of meshed   17:06:52

14    together in my mind right now, but as I recall it,  17:06:55

15    there were cases that we heard where voters, the   17:06:59

16    result of it -- and the voters may not have shown   17:07:07

17    up to make a comment during these hearings, but we  17:07:09

18    did hear through the facts of the case that the end  17:07:13

19    result was maybe one or two people had to leave and  17:07:14

20    didn't vote for whatever reason because of         17:07:16

21    technical, you know, issues.  So I do remember     17:07:18

22    situations like that, yes.                        17:07:22
```

Page 122

```
 1        Q.  How often do -- how often is it that when    17:07:35
 2   you meet with State Election Board members that you   17:07:37
 3   discuss security issues?                              17:07:43
 4        A.  I think you asked this question before,      17:07:46
 5   and I've mentioned that all my conversations are on   17:07:49
 6   record about this.  So if we had conversations        17:07:53
 7   about security it would have been on record, but I    17:07:59
 8   don't recall an IT kind of conversation.  Probably    17:08:05
 9   I'm thinking some of this is because the machines     17:08:11
10   have already been -- you know, I came in late into    17:08:16
11   the game, if you will.  So...                         17:08:19
12        Q.  Fair enough.  I guess I'm asking more of a   17:08:21
13   qualitative question from like what you can recall    17:08:24
14   when you meet with your fellow State Election Board   17:08:27
15   members, is it like every time you meet there's a     17:08:32
16   security issue or question that comes up, half the    17:08:34
17   time, maybe once or twice a year?                     17:08:38
18        A.  Yeah.  I don't recall, and it would have     17:08:41
19   been on record, you know, those cases that we hear.   17:08:45
20   I don't think it's that often, if any at all, I       17:08:51
21   don't recall, but I don't -- it's not significant.    17:08:55
22   I think that would stay in my mind, but no.  I        17:08:59
```

Page 123

1   think there -- there are comments that come up            17:09:02

2   about security concerns, but in terms of cases, I         17:09:07

3   don't recall.  If you're talking about -- security        17:09:14

4   is a broad word too when it comes to cases, you           17:09:15

5   know.  You know, security in the sense of technical       17:09:20

6   failure, I don't recall.                                  17:09:22

7            MS. WIESEBRON:  Okay.  Those are all of          17:09:31

8   the questions I had for you today.  So unless your        17:09:32

9   counsel has anything further --                           17:09:36

10           MS. LaROSS:  I have no questions.                17:09:38

11           MS. WIESEBRON:  Okay.  Great.  Well, thank       17:09:39

12  you very much, Ms. Le, for being here today and          17:09:40

13  giving us your time.                                      17:09:44

14           THE WITNESS:  My pleasure.                       17:09:46

15           MS. WIESEBRON:  We really appreciate it.         17:09:48

16           THE VIDEOGRAPHER:  This marks the end of         17:09:50

17  the deposition.  We're going off the record at           17:09:52

18  5:09 p.m.                                                 17:09:53

19                       (Whereupon, at 5:09 p.m. the         17:09:54

20                        taking of the instant               17:09:54

21                        deposition ceased.)                 17:09:54

22                                                            17:09:54

Page 124

1        CERTIFICATE OF SHORTHAND REPORTER-NOTARY PUBLIC

2               I, TINA M. ALFARO, Registered Professional

3    Reporter, Certified Realtime Reporter, and Notary

4    Public, the officer before whom the foregoing

5    deposition was taken, do hereby certify that the

6    foregoing transcript is a true and correct record

7    of the testimony given; that said testimony was

8    taken by me stenographically and thereafter reduced

9    to typewriting under my direction; that reading and

10   signing was requested; and that I am neither

11   counsel for, related to, nor employed by any of the

12   parties to this case and have no interest,

13   financial or otherwise, in its outcome.

14               IN WITNESS WHEREOF, I have hereunto set my

15   hand and affixed my notarial seal this 17th day of

16   Novrember, 2021.

17

18   My Commission expires October 31, 2025.

19

20   _____

21   NOTARY PUBLIC IN AND FOR THE

22   DISTRICT OF COLUMBIA

1    Diana LaRoss, Esquire

2    dlaross@taylorenglish.com

3                              November 17, 2021

4    RE: Curling, Donna  v. Raffensperger, Brad

5        11/4/2021, Anh Le (#4880309)

6        The above-referenced transcript is available for

7    review.

8        Within the applicable timeframe, the witness should

9    read the testimony to verify its accuracy. If there are

10   any changes, the witness should note those with the

11   reason, on the attached Errata Sheet.

12       The witness should sign the Acknowledgment of

13   Deponent and Errata and return to the deposing attorney.

14   Copies should be sent to all counsel, and to Veritext at

15   cs-midatlantic@veritext.com

16

17    Return completed errata within 30 days from

18   receipt of testimony.

19     If the witness fails to do so within the time

20   allotted, the transcript may be used as if signed.

21

22                      Yours,

23                      Veritext Legal Solutions

24

25

Page 126

1   Curling, Donna  v. Raffensperger, Brad

2   Anh Le (#4880309)

3                    E R R A T A   S H E E T

4   PAGE___10___ LINE___3___ CHANGE___delete "in"_____

5   _____

6   REASON_____transcription error_____

7   PAGE___12___ LINE___11___ CHANGE___Change to: "Nominated by the Republican Party and

8   appointed by the Governor."_____

9   REASON___as per O.C.G.A §21-2-30(a)_____

10  PAGE___29___ LINE___18___ CHANGE___change from "a motion" to

11  _____"in motion"_____

12  REASON_____transcription error_____

13  PAGE___119___ LINE___19___ CHANGE___delete "know"_____

14  _____

15  REASON_____transcription error_____

16  PAGE_____ LINE_____ CHANGE_____

17  _____

18  REASON_____

19  PAGE_____ LINE_____ CHANGE_____

20  _____

21  REASON_____

22

23  _____        ___12/15/21___

24  Anh Le                                   Date

25

Page 127

1    Curling, Donna   v. Raffensperger, Brad

2    Anh Le (#4880309)

3              ACKNOWLEDGEMENT OF DEPONENT

4        I, Anh Le, do hereby declare that I

5    have read the foregoing transcript, I have made any

6    corrections, additions, or changes I deemed necessary as

7    noted above to be appended hereto, and that the same is

8    a true, correct and complete transcript of the testimony

9    given by me.

10

11   _____          _12/15/21_____

12   Anh Le                           Date

13   *If notary is required

14                    SUBSCRIBED AND SWORN TO BEFORE ME THIS

15   15th DAY OF December , 2021.

16

17

18

19              NOTARY PUBLIC

20

21

22

23

24

25