UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

------------------------------  )

DONNA CURLING, et al.,          )

              Plaintiffs,      )Case No.

        vs.                      )1:17-cv-2989-AT

BRAD RAFFENSPERGER, et al.,     )

             Defendants.      )

------------------------------  )


REMOTE DEPOSITION OF MATTHEW MASHBURN

NOVEMBER 4, 2021


REPORTED BY:  Tina Alfaro, RPR, CRR, RMR

Page 2

1

2

3

4                          NOVEMBER 4, 2021

5                          10:11 A.M.

6

7

8          Videotaped deposition of MATTHEW MASHBURN

9    taken remotely by video conference pursuant to

10   notice before Tina M. Alfaro, a Certified Realtime

11   Reporter and a Notary Public within and for the

12   District of Columbia.

13

14

15

16

17

18

19

20

21

22

```
 1   APPEARANCES:

 2        ON BEHALF OF THE PLAINTIFFS:

 3        MORRISON & FOERSTER, LLP

 4        BY: TAMARA WIESEBRON, ESQ.

 5             HANNAH ELSON, ESQ.

 6             VERONICA ASCARRUNZ, ESQ.

 7             2100 L Street, NW, Suite 900

 8             Washington, D.C. 20037

 9

10        ON BEHALF OF THE DEFENDANTS:

11        ROBBINS FIRM

12        BY: MELANIE JOHNSON, ESQ.

13             DANIELLE HERNANDEZ, ESQ.

14             CAREY MILLER, ESQ.

15             500 14th Street, NW

16             Atlanta, Georgia 30318

17

18

19

20

21

22
```

Page 4

1   APPEARANCES:  (cont'd)

2        ON BEHALF OF FULTON COUNTY BOARD Of

3        REGISTRATION ELECTION And RICHARD BARRON:

4        FULTON COUNTY ATTORNEY'S OFFICE

5        BY: NANCY ROWAN, ESQ.

6            141 Pryor Street, SW, Suite 4083

7            Atlanta, Georgia 30303

8

9   ALSO PRESENT:  Scott Forman (Videographer)

10                  Marilyn Marks (Coalition for Good
                      Governance)

11

12

13

14

15

16

17

18

19

20

21

22

Page 5

1                         I N D E X

2                       EXAMINATION

3   WITNESS                                    PAGE

4   MATTHEW MASHBURN

5      By Ms. Wiesebron                        7

6                        EXHIBITS

7   MASHBURN EXHIBITS                          PAGE

8   Exhibit 1                                  88
       Meeting minutes
9

10

11

12

13

14

15

16

17

18

19

20

21

22

Page 6

```
 1              THE VIDEOGRAPHER:  Good morning.  We're   10:11:53
 2   going on the record at 10:11 a.m. on November 4,   10:11:54
 3   2021.  This is media unit 1 of the video recorded  10:11:58
 4   deposition of Matthew Mashburn in the matter of    10:12:04
 5   Donna Curling, et al., versus Brad Raffensperger,  10:12:08
 6   et al., filed in the United States District Court  10:12:12
 7   for the Northern District of Georgia, Case No.     10:12:15
 8   1:17-CV-2989.  This deposition is being held at    10:12:17
 9   Robbins Ross, Atlanta.                             10:12:26
10              My name is Scott Forman from the firm    10:12:29
11   Veritext, and I am the videographer.  The court    10:12:31
12   reporter is Tina Alfaro from the firm Veritext.    10:12:32
13              Counsel will now state their appearances 10:12:36
14   and affiliations for the record.                   10:12:38
15              MS. WIESEBRON:  Tamara Wiesebron from    10:12:41
16   Morrison & Foerster for Plaintiffs.                10:12:43
17              MS. JOHNSON:  Melanie Johnson with the   10:12:48
18   Robbins firm for Defendants.                       10:12:51
19              MS. ROWAN:  Nancy Rowan, Fulton County   10:12:57
20   Attorney's office for the Defendant.               10:13:00
21              MS. JOHNSON:  This is Melanie again.  I  10:13:09
22   also have two attorneys with me in the room.       10:13:10
```

Page 7

1    Danielle Hernandez and Carey Miller are in the room    10:13:16

2    as well, and they're attorneys with the Robbins    10:13:19

3    firm on behalf of Defendants.    10:13:22

4            THE VIDEOGRAPHER:  I'll pause just for a    10:13:26

5    moment to make sure we have everyone.    10:13:27

6            MS. WIESEBRON:  We also have -- I have two    10:13:28

7    attorneys from my team, Hannah Elson and Veronica    10:13:30

8    Ascarrunz, also on behalf of Plaintiffs.    10:13:36

9            MS. MARKS:  This is Marilyn Marks, and I'm    10:13:41

10   a Plaintiffs' representative, Coalition for Good    10:13:44

11   Governance.    10:13:49

12           THE VIDEOGRAPHER:  Thank you very much.    10:13:50

13           Will the court reporter please swear in    10:13:53

14   the witness.    10:13:54

15                   (Witness sworn.)    10:13:56

16   WHEREUPON:    10:13:56

17                   MATTHEW MASHBURN,    10:13:56

18   called as a witness herein, having been first duly    10:13:56

19   sworn, was examined and testified as follows:    10:13:56

20                   EXAMINATION    10:13:56

21   BY MS. WIESEBRON:    10:14:11

22       Q.  Thank you for being here this morning,    10:14:11

Page 8

1    Mr. Mashburn.  Am I pronouncing your name          10:14:14

2    correctly?                                         10:14:17

3        A.  Mashburn.                                  10:14:19

4        Q.  Mashburn.  All right.  Great.              10:14:22

5            Well, if you could state your full name    10:14:24

6    and address for the record to start off.           10:14:26

7        A.  Thomas Matthew Mashburn, M-A-S-H-B-U-R-N,  10:14:29

8    3 Wellington, W-E-L-L-I-N-G-T-O-N, Drive,          10:14:36

9    Cartersville, Georgia 30120.                       10:14:43

10       Q.  Thank you.                                 10:14:48

11           So I will be asking you a series of        10:14:51

12   questions regarding this litigation.  Before we do 10:14:53

13   that, do you understand you are under oath?        10:14:57

14       A.  Yes, I understand that, I'm under oath.    10:15:01

15       Q.  Perfect.                                   10:15:05

16           If at any time you don't understand a      10:15:07

17   question I ask you, will you let me know?          10:15:08

18       A.  I will do my best.                         10:15:12

19       Q.  Great.  And if you do answer a question, I 10:15:14

20   will assume you understood it.  Is that okay?      10:15:19

21       A.  Fair assumption.                           10:15:23

22       Q.  Is there any reason today why you would be 10:15:26

Page 9

```
 1   unable to give full and complete testimony?      10:15:29

 2        A.  None to my knowledge.                    10:15:33

 3        Q.  Before we start, because we are in a     10:15:35

 4   remote environment, I just want to make sure that 10:15:39

 5   you do not have any chat functions open on either 10:15:42

 6   your cell phone or computer?                      10:15:45

 7        A.  I don't know what that means.            10:15:46

 8        Q.  Great.  I'll take that as a no.          10:15:49

 9            Do you have any papers in front of you?  10:15:55

10        A.  No.                                      10:15:58

11        Q.  And if you need to take a break at any   10:16:02

12   point, just let me know.  I only ask that you     10:16:04

13   answer any questions that are pending.  Is that   10:16:06

14   okay?                                             10:16:10

15        A.  That sounds fair.                        10:16:11

16        Q.  Okay.                                    10:16:13

17            So Mr. Mashburn, did you go to college?  10:16:16

18        A.  Yes.                                     10:16:21

19        Q.  Where did you go?                        10:16:21

20        A.  It was joint enrollment in high school at 10:16:28

21   Dekalb Community College.  Then I enrolled at the 10:16:33

22   University of Georgia.  Then I went two semesters 10:16:36
```

Page 10

```
 1    at Georgia State University.  Then I returned to    10:16:39

 2    the University of Georgia where I graduated.        10:16:44

 3         Q.  All right.  And what degree did you earn?  10:16:46

 4         A.  Political Science AB.                       10:16:50

 5         Q.  Did you do any graduate work?              10:16:56

 6         A.  I went to law school, but no -- no college 10:16:58

 7    after graduation from undergrad other than law      10:17:03

 8    school.                                              10:17:07

 9         Q.  And where did you go to law school?        10:17:09

10         A.  University of Georgia.                      10:17:11

11         Q.  What is your current employment?           10:17:16

12         A.  I am a partner in commercial finance at    10:17:18

13    Aldridge Pite, A-L-D-R-I-D-G-E, P-I-T-E.            10:17:22

14         Q.  And are you also currently employed by the 10:17:32

15    Georgia Department of Administrative Services?      10:17:36

16         A.  No.                                         10:17:41

17         Q.  All right.                                  10:17:42

18              So do you currently serve on the State    10:17:50

19    Election Board of Georgia?                          10:17:53

20         A.  Yes.                                        10:17:58

21         Q.  And you are not paid for that appointment? 10:17:58

22         A.  (Inaudible.)                                10:18:03
```

Page 11

```
 1            THE REPORTER:  I'm sorry.  I cannot hear   10:18:05
 2  the witness.                                          10:18:06
 3            THE WITNESS:   That is correct.             10:18:09
 4     Q.  Great.                                         10:18:10
 5         Have you had any other employment besides      10:18:12
 6  being a lawyer?                                        10:18:16
 7     A.  After law school I've only been employed        10:18:25
 8  as a lawyer.                                           10:18:27
 9     Q.  Have you been involved in any election          10:18:31
10  organizations?                                         10:18:35
11     A.  I have been counsel to the Georgia              10:18:40
12  Republican party.                                      10:18:44
13     Q.  When did you begin --                           10:18:48
14     A.  No other organizations come to mind.            10:18:50
15     Q.  When did you become counsel to the Georgia      10:18:55
16  Republican party?                                      10:18:58
17     A.  I was deputy counsel.  I don't recall the       10:18:59
18  year.                                                  10:19:02
19     Q.  How long approximately were you counsel         10:19:06
20  for the Georgia Republican party?                      10:19:09
21     A.  I was deputy counsel for tabulation for         10:19:11
22  probably between 10 and 12 -- between 12 and 15        10:19:16
```

Page 12

```
 1   years.                                           10:19:20

 2        Q.  Okay.  And what type of cases at a high  10:19:21

 3   level did you see in your role as deputy counsel  10:19:26

 4   for the Georgia Republican party for tabulation?  10:19:32

 5        A.  I don't recall any lawsuits.  I don't    10:19:38

 6   recall any lawsuits.                              10:19:44

 7        Q.  Okay.                                    10:19:47

 8            What was your familiarity with Georgia   10:19:53

 9   elections prior to serving on the State Election  10:19:57

10   Board?                                            10:20:02

11        A.  I served as a poll watcher and monitor for 10:20:03

12   many, many years.  I served as a tabulation monitor 10:20:10

13   for many, many years.  (Inaudible.)              10:20:14

14            THE REPORTER:  I'm sorry.  I couldn't hear 10:20:27

15   you.                                             10:20:31

16            THE WITNESS:  I served as a poll watcher 10:20:32

17   for many, many years; I served as a tabulation    10:20:34

18   monitor for many, many years; and that's all that 10:20:37

19   comes to my mind right now.                       10:20:40

20        Q.  What did you do to prepare for this      10:20:44

21   deposition?                                       10:20:45

22        A.  Verified the time and date and location of 10:20:51
```

Page 13

```
 1   where I would be and had a brief conversation with   10:20:55

 2   my attorney.                                         10:20:58

 3        Q.  Did you review any court documents in       10:21:03

 4   advance of this deposition?                          10:21:07

 5        A.  Other than my notice of deposition, no.     10:21:09

 6        Q.  Have you seen the most recent complaint in  10:21:17

 7   this case?                                           10:21:21

 8        A.  Not that I recall.                          10:21:23

 9        Q.  Do you know what this case is about?        10:21:25

10        A.  Not particularly.                           10:21:32

11           THE REPORTER:  Tamara, I'm sorry.  Let's     10:21:35

12   go off the record real quick.                        10:21:37

13           THE VIDEOGRAPHER:  We're going off the       10:21:39

14   record.  The time is 10:21 a.m.                      10:21:40

15                    (A short break was had.)            10:21:43

16           THE VIDEOGRAPHER:  We are back on the        10:22:43

17   record.  The time is 10:22 a.m.                      10:22:55

18   BY MS. WIESEBRON:                                    10:23:02

19        Q.  You are currently a member of the State     10:23:02

20   Election Board, right?                               10:23:06

21        A.  Correct.                                    10:23:06

22        Q.  When did you join the State Election        10:23:08
```

Page 14

```
 1   Board?                                          10:23:12

 2        A.  I don't recall exactly.  I filled a    10:23:13

 3   partial term and then I was appointed to my own 10:23:17

 4   term in the most recent session, but I don't    10:23:21

 5   remember the dates.                             10:23:24

 6        Q.  Approximately when did you fill a partial 10:23:28

 7   term?                                           10:23:30

 8        A.  I don't recall -- I don't recall the   10:23:35

 9   dates.  I believe it was February or March of 2020, 10:23:36

10   I believe.                                      10:23:41

11        Q.  And do you know approximately -- sorry.  I 10:23:45

12   didn't mean to cut you off.                     10:23:47

13        A.  No.  I interrupted you.  Go right ahead, 10:23:49

14   please.                                         10:23:51

15        Q.  All right.  Do you know approximately when 10:23:52

16   you started your own term that you were appointed 10:23:54

17   for?                                            10:23:59

18        A.  It was -- it took place during the last 10:24:00

19   session of the Georgia General Assembly.  I don't 10:24:03

20   recall the date.                                10:24:07

21        Q.  Sometime in 2020?                      10:24:09

22        A.  I think 2021.                          10:24:15
```

Page 15

| | | |
|---|---|---|
| 1 | Q.  Beginning of 2021? | 10:24:18 |
| 2 | A.  Right.  I think it was during this session | 10:24:20 |
| 3 | 2021 is my recollection. | 10:24:23 |
| 4 | Q.  All right.  And have you been deposed | 10:24:27 |
| 5 | before in your capacity as a State Election Board | 10:24:31 |
| 6 | member? | 10:24:35 |
| 7 | A.  No. | 10:24:35 |
| 8 | Q.  What are the responsibilities of the State | 10:24:39 |
| 9 | Election Board? | 10:24:41 |
| 10 | MS. JOHNSON:  Objection, calls for a legal | 10:24:45 |
| 11 | conclusion.  You can answer. | 10:24:48 |
| 12 | A.  The State Election Board operates within | 10:24:53 |
| 13 | the authority granted to it by the people's | 10:24:55 |
| 14 | representatives at the Georgia General Assembly. | 10:24:58 |
| 15 | Sometimes in the event of an emergency we will | 10:25:01 |
| 16 | operate under the authority granted to us by the | 10:25:04 |
| 17 | governor under an emergency declaration.  We | 10:25:08 |
| 18 | operate under powers vested in us by the Georgia | 10:25:12 |
| 19 | code.  So we will -- we have rulemaking authority | 10:25:18 |
| 20 | and we also have cases presented before us of | 10:25:23 |
| 21 | alleged violations. | 10:25:29 |
| 22 | Q.  And to the best of your understanding, is | 10:25:32 |

Page 16

```
1    the State Election Board also responsible for      10:25:37
2    promulgating rules and regulations concerning      10:25:41
3    Georgia's elections?                               10:25:43
4         A.  We have rulemaking authority to the extent 10:25:45
5    that it's granted to us by the General Assembly or  10:25:49
6    in the case of an emergency by the governor.        10:25:54
7         Q.  Has the State Election Board promulgated  10:25:57
8    any rules or regulations since you have joined the  10:26:00
9    State Election Board?                               10:26:03
10        A.  Yes.                                       10:26:07
11        Q.  For what purpose does the State Election  10:26:07
12   Board promulgate rules and regulations?            10:26:16
13        A.  Depends on the circumstances and the      10:26:20
14   authority that we're given.  Just to give an        10:26:22
15   example, under the governor's declaration we passed 10:26:28
16   a series of emergency rules with regard to how the  10:26:31
17   state would respond to the COVID pandemic.          10:26:36
18        Q.  How often does the State Election Board    10:26:42
19   meet?                                               10:26:43
20        A.  It's not a -- it's not a set time or       10:26:47
21   place.  Sometimes we meet as often as three times a 10:26:52
22   month, sometimes we'll meet once a month.  So       10:26:58
```

Page 17

```
 1   there's no really set schedule.  We meet as the      10:27:00

 2   circumstances require.                                10:27:03

 3        Q.  And who decides when to call a meeting?      10:27:06

 4        A.  We will usually get an e-mail from a staff   10:27:12

 5   member of the Secretary of State's office.            10:27:17

 6        Q.  Who does the State Election Board report     10:27:25

 7   to?                                                   10:27:26

 8        A.  I didn't hear your question.  I'm sorry.     10:27:30

 9        Q.  Not a problem.                               10:27:32

10           Who does the State Election Board report      10:27:33

11   to?                                                   10:27:37

12           MS. JOHNSON:  Object to form.  You can        10:27:39

13   answer.                                               10:27:42

14        A.  We're accountable to the people of           10:27:42

15   Georgia.  We're accountable to the people of          10:27:44

16   Georgia.                                              10:27:49

17        Q.  What is your title as a member of the        10:27:53

18   State Election Board?                                 10:27:56

19        A.  Member.                                      10:27:58

20        Q.  Do you have any particular                   10:28:01

21   responsibilities in that position?                    10:28:04

22        A.  None that -- none that my fellow board       10:28:10
```

Page 18

```
 1   members don't -- don't have.                    10:28:12

 2        Q.  Are you a member of any working groups on  10:28:16

 3   the State Election Board?                        10:28:18

 4        A.  Yes.  There's a rules working group that I  10:28:22

 5   participate in.                                  10:28:25

 6        Q.  Are you familiar with Georgia's current  10:28:30

 7   election system?                                 10:28:33

 8        A.  Yes.                                     10:28:38

 9        Q.  Georgia uses ballot marking devices,    10:28:38

10   right?                                           10:28:43

11        A.  Correct.                                 10:28:43

12        Q.  Is it okay if during this deposition I   10:28:45

13   refer to these as BMD's?                         10:28:47

14        A.  As long as you will forgive them if I call  10:28:51

15   them BDM's by mistake.                           10:28:54

16        Q.  Understood.                              10:28:56

17            Do you know when Georgia switched over to  10:29:00

18   this election system?                            10:29:03

19        A.  Not the exact date, but I believe the    10:29:07

20   first election on the BMD's was the primary.     10:29:10

21        Q.  In 2020?                                 10:29:20

22        A.  Correct.  That's my recollection.       10:29:22
```

Page 19

| | | |
|---|---|---|
| 1 | Q.  Are you familiar with Georgia's previous | 10:29:27 |
| 2 | election system? | 10:29:30 |
| 3 | A.  Yes. | 10:29:31 |
| 4 | Q.  Georgia used direct recording electronic | 10:29:34 |
| 5 | system also known as DRE's, right? | 10:29:41 |
| 6 | A.  Correct. | 10:29:47 |
| 7 | Q.  Do you understand why Georgia switched | 10:29:47 |
| 8 | from DRE's to BMD's? | 10:29:49 |
| 9 | A.  I have my own understanding as to -- as to | 10:29:55 |
| 10 | what that was, but the General Assembly passed a | 10:29:59 |
| 11 | set of laws that said we were going to have -- go | 10:30:07 |
| 12 | to BMD's, which is something that the people had | 10:30:12 |
| 13 | been asking for since the DR -- since even before | 10:30:15 |
| 14 | the DRE's were instituted. | 10:30:18 |
| 15 | Q.  So what is your own understanding of why | 10:30:23 |
| 16 | Georgia switched from DRE's to BMD's? | 10:30:28 |
| 17 | A.  The DRE equipment was old, technology | 10:30:32 |
| 18 | advances a lot in 20 years.  And so the systems | 10:30:40 |
| 19 | were just worn out and ready to be -- ready to be | 10:30:45 |
| 20 | replaced and the technology had sufficiently | 10:30:48 |
| 21 | advanced that -- that it was time to make a change. | 10:30:52 |
| 22 | Q.  Did you have a role in choosing Georgia's | 10:31:00 |

Page 20

```
 1   current election system?                              10:31:06

 2       A.  No.                                            10:31:07

 3       Q.  Do you know whether the State Election         10:31:10

 4   Board had a role in choosing the current election      10:31:12

 5   system?                                                10:31:16

 6       A.  I do not.                                      10:31:17

 7       Q.  Are you familiar with other states'           10:31:24

 8   election systems?                                      10:31:31

 9       A.  Generally.                                     10:31:32

10       Q.  Do you know whether other states use           10:31:34

11   BMD's?                                                 10:31:37

12       A.  I do not.                                      10:31:38

13           MS. JOHNSON:  Object to relevance.             10:31:39

14           THE WITNESS:  I'm sorry.                       10:31:40

15           MS. JOHNSON:  That's okay.                     10:31:41

16           THE WITNESS:  I do not.                        10:31:42

17       Q.  As a member of the State Election Board do     10:31:52

18   you care about the security of elections in            10:31:53

19   Georgia?                                               10:31:56

20           MS. JOHNSON:  Object to form.  You can         10:31:58

21   answer.                                                10:31:59

22       A.  Absolutely.                                    10:32:00
```

Page 21

```
 1        Q.  As a member of the State Election Board do   10:32:07

 2   you find it important to know that Georgia's         10:32:09

 3   election system is not vulnerable to being hacked    10:32:13

 4   by unauthorized third parties?                       10:32:16

 5        A.  Can you restate that question, please.      10:32:20

 6        Q.  Sure.  Do you want me to rephrase it or     10:32:24

 7   just repeat it?                                      10:32:27

 8        A.  Just repeat it, please.                     10:32:30

 9        Q.  As a member of the State Election Board do   10:32:32

10   you find it important to know that Georgia's         10:32:34

11   election system is not vulnerable to being hacked    10:32:38

12   by unauthorized third parties?                       10:32:42

13        MS. JOHNSON:  Objection.  You can answer.       10:32:45

14        A.  Yeah.  Within -- within the framework of    10:32:49

15   the balancing interests that are present, sure.      10:32:52

16        Q.  What do you mean by "balancing interests"?  10:32:59

17        A.  There are trade-offs that exist in          10:33:04

18   every -- in every system between what the counties   10:33:08

19   can do, what the people will tolerate, what the      10:33:12

20   voters deem as being worthwhile or not worthwhile.   10:33:16

21   So I don't think you can look at one aspect and say  10:33:22

22   this is the one and only aspect.  It's a trade-off   10:33:27
```

Page 22

| | | |
|---|---|---|
| 1 | of multiple different considerations.  Security | 10:33:29 |
| 2 | is -- security is one of them. | 10:33:36 |
| 3 |     Q.  Understood. | 10:33:40 |
| 4 |         Would you support the use of an election | 10:33:43 |
| 5 | system that could be hacked in a few minutes by a | 10:33:45 |
| 6 | voter in the voting booth? | 10:33:48 |
| 7 |     A.  I would not -- I would -- I would want to | 10:34:01 |
| 8 | see the data on -- on how that could be done, but | 10:34:05 |
| 9 | generally hacking is not a good idea.  It's | 10:34:10 |
| 10 | something that you'd like to -- like to oppose, but | 10:34:18 |
| 11 | I'd like -- I'd have to see the particular | 10:34:21 |
| 12 | circumstances.  If it could be hacked in a -- in a | 10:34:23 |
| 13 | courtroom under artificial circumstances, that's | 10:34:30 |
| 14 | very different than being hacked in the wild. | 10:34:33 |
| 15 |     Q.  But from your answer is it -- am I | 10:34:42 |
| 16 | understanding correctly that you would not support | 10:34:45 |
| 17 | an election system that could be hacked in a few | 10:34:48 |
| 18 | minutes by a voter in the voting booth? | 10:34:51 |
| 19 |     MS. JOHNSON:  (Inaudible) taking | 10:34:56 |
| 20 | Mr. Mashburn's opinion in his personal capacity. | 10:34:56 |
| 21 | He's here in his capacity as a member of the State | 10:35:01 |
| 22 | Board of Elections, but you can answer. | 10:35:07 |

Page 23

```
 1        A.   You would want to avoid a system that      10:35:08

 2   could be hacked by a random person in the wild.     10:35:12

 3        Q.   Are you familiar with BMD's?              10:35:16

 4        A.   Sure.                                      10:35:21

 5        Q.   Do you know how they work?                10:35:22

 6        A.   Yes.  I just used one the other day.      10:35:23

 7        Q.   What company manufacturers the BMD's?     10:35:28

 8        A.   I don't know.                             10:35:31

 9        Q.   What company does the State of Georgia    10:35:35

10   have a contract with that provides the BMD's to the 10:35:42

11   State of Georgia?                                   10:35:45

12        A.   I don't know.                             10:35:46

13        Q.   Are you familiar with Dominion?           10:35:52

14        A.   I've heard -- I've heard of them, yes.    10:35:55

15        Q.   Are you aware that the State of Georgia   10:36:00

16   has contracted with Dominion for Dominion to        10:36:03

17   provide BMD's to the State of Georgia?              10:36:07

18        MS. JOHNSON:  He stated he wasn't aware        10:36:11

19   who the State of Georgia had a contract with.  You  10:36:17

20   can answer.                                         10:36:19

21        A.   Yeah, I don't know who the contract's     10:36:20

22   with.                                               10:36:22
```

Page 24

1        Q.  Have you interacted at all with Dominion?    10:36:23

2        A.  No.  Wait.  Scratch that.  We had a          10:36:25

3   representative of Dominion at a State Election        10:36:32

4   Board meeting to testify and he answered some of my   10:36:36

5   questions.  So I guess that's an interaction, but     10:36:40

6   other than that, no.                                  10:36:45

7        Q.  Have you inspected one of the BMD machines   10:36:48

8   before?                                               10:36:53

9        A.  I've seen them and I've used them.           10:36:58

10       Q.  Do you know how the BMD machines are         10:37:05

11  programmed?                                           10:37:08

12       A.  No.                                          10:37:09

13       Q.  That's not something that you discussed      10:37:11

14  with other State Election Board members?              10:37:14

15       A.  We did have a question about adjusting       10:37:21

16  the -- how it reads a mark, but I didn't discuss      10:37:28

17  programming other than just the general idea of       10:37:32

18  that you want to have it read this much.  But how     10:37:37

19  you accomplish that through programming I have no     10:37:43

20  idea.                                                 10:37:46

21       Q.  When you say "reading a mark," what          10:37:46

22  exactly are you referring to?                         10:37:51

Page 25

```
 1      A.  Well, it wasn't a BMD.  I stand corrected    10:37:55
 2  there.  The question there was on hand-marked paper  10:38:01
 3  ballots.  So yeah, I don't know anything about       10:38:06
 4  programming BMD's.  I stand corrected.  I'm sorry.   10:38:08
 5  I apologize.                                         10:38:10
 6      Q.  No problem.                                  10:38:11
 7      A.  Yeah.  I don't know anything about           10:38:14
 8  programming BMD's.                                   10:38:16
 9      Q.  Okay.  So that's not -- just to clarify,     10:38:21
10  that's not something that you discussed with the     10:38:24
11  State Election Board?                                10:38:25
12      A.  Not -- not to my knowledge.                  10:38:26
13      Q.  Do you know how the BMD machines are         10:38:33
14  updated?                                             10:38:35
15      MS. JOHNSON:  Objection, lack of                 10:38:35
16  foundation.  He stated he doesn't know how the       10:38:36
17  programming of the BMD's works and he's not a BMD    10:38:39
18  expert or a computer expert, but you can answer if   10:38:43
19  you know.                                            10:38:47
20      A.  Only -- only generally that contractors      10:38:48
21  will update them, but nothing more than that.        10:38:50
22      Q.  Are you aware that removal media,            10:39:00
```

Page 26

1    including USB sticks, can be inserted into BMD            10:39:04

2    machines?                                                 10:39:10

3         A.   I have no knowledge of that.  The only          10:39:12

4    knowledge I have of that comes out of the case in         10:39:19

5    Athens where a representative I believe of Dominion       10:39:25

6    said that if someone stuck a stick into a live            10:39:30

7    machine in the wild it would immediately shut down,       10:39:33

8    but other than that I don't know -- have any              10:39:37

9    knowledge.                                                10:39:40

10        Q.   And when voters use BMD's to vote they're       10:39:53

11   provided with a paper receipt, right?                     10:40:00

12        A.   Correct.                                        10:40:03

13        Q.   And that paper receipt shows text as well       10:40:05

14   as a QR code, right?                                      10:40:11

15        A.   Correct.                                        10:40:13

16        Q.   And so when the votes are tabulated, are        10:40:15

17   they tabulated using the QR codes or the text?            10:40:24

18        A.   They are run through a scanner that reads       10:40:32

19   the QR code for their first tally.  As we did the         10:40:35

20   presidential recounts, we looked at the text.             10:40:44

21        Q.   Would you support the use of an election        10:40:58

22   equipment that could be hacked in such a way that         10:41:03

Page 27

```
 1   both the QR codes and the human readable text could   10:41:06
 2   be altered?                                           10:41:12
 3          MS. JOHNSON:  (Inaudible.)                     10:41:16
 4          THE REPORTER:  I'm sorry.  I couldn't hear     10:41:17
 5   you, Melanie.                                         10:41:19
 6          MS. JOHNSON:  Object to form and lack of       10:41:20
 7   foundation.                                           10:41:22
 8      A.  Well, spec- -- all right.  Ask me the          10:41:23
 9   question again, please.  Just repeat the question.    10:41:29
10      Q.  Would you support the use of an election       10:41:36
11   equipment that could be hacked in such a way that     10:41:40
12   both the QR codes and the human readable text could   10:41:43
13   be altered?                                           10:41:47
14          MS. JOHNSON:  Objection.  You can answer.      10:41:49
15      A.  If it was a theor- -- if it was a              10:41:53
16   theoretical possibility, it would just depend on a    10:41:57
17   lot of other factors, but you have the voter who      10:41:59
18   checks it.  So it would be really strange to have a   10:42:04
19   system that alters it before the voter looks at it    10:42:09
20   and the voter doesn't know -- none of the voters      10:42:16
21   that look at it notice.  That just would -- I just    10:42:19
22   can't -- I just can't anticipate that that could be   10:42:22
```

Page 28

```
 1   possible.                                              10:42:26
 2       Q.  How about a system -- sorry.  Strike that.     10:42:28
 3           So just going back on your previous            10:42:50
 4   answer, you noted that you couldn't anticipate that    10:42:51
 5   it would be possible, but regardless of whether you    10:42:56
 6   can anticipate that it's possible, let's assume it     10:43:02
 7   is possible.  Would you support the use of an          10:43:09
 8   election equipment that could be hacked in such a      10:43:12
 9   way that both QR codes and human readable text         10:43:17
10   could be altered?                                      10:43:20
11           MS. JOHNSON:  Object to form, misstates        10:43:21
12   his prior testimony, lack of foundation, and          10:43:23
13   relevance.                                             10:43:27
14       A.  Yeah.  I just -- I don't think it's            10:43:27
15   possible to have a system where you hack and none      10:43:30
16   of the voters who review their ballots don't catch     10:43:32
17   that it's -- that it's switched.  The voters are       10:43:35
18   too concerned about their votes.  We had so many       10:43:38
19   questions about calibrations on the DRE's, the         10:43:42
20   voters were all over it.  So I can't support or --     10:43:49
21   or oppose a system that's just not possible.           10:43:55
22       Q.  Understood.                                    10:43:58
```

Page 29

| | | |
|---|---|---|
| 1 | You testified a few minutes earlier that | 10:44:00 |
| 2 | you understood that only -- initially only the QR | 10:44:02 |
| 3 | codes are tabulated and not the human readable | 10:44:08 |
| 4 | text, correct? | 10:44:11 |
| 5 | A.  The scanner reads the QR codes, correct. | 10:44:14 |
| 6 | Q.  Okay.  So would you support the use of | 10:44:19 |
| 7 | election equipment that could be hacked in such a | 10:44:22 |
| 8 | way that only the QR codes are altered but the | 10:44:26 |
| 9 | human readable text shows the voter's intent? | 10:44:32 |
| 10 | MS. JOHNSON:  Same objection. | 10:44:39 |
| 11 | A.  If I knew -- if I knew that it was | 10:44:45 |
| 12 | possible -- if I knew it was happening -- scratch | 10:44:48 |
| 13 | that. | 10:44:52 |
| 14 | If I knew it was possible to do that, that | 10:44:53 |
| 15 | would not be a system that I support.  I would want | 10:44:55 |
| 16 | to know -- I would want to know more information as | 10:45:04 |
| 17 | to how somebody's marketing a system that that | 10:45:07 |
| 18 | could happen.  How did that -- how did that meet | 10:45:10 |
| 19 | the request -- how did that meet the proposal, | 10:45:14 |
| 20 | request for proposals. | 10:45:17 |
| 21 | Q.  Understood. | 10:45:20 |
| 22 | As a member of the State Election Board do | 10:45:24 |

Page 30

1    you believe it is important to voters for them to        10:45:27

2    be able to verify that their ballots accurately         10:45:32

3    reflect their voting intent?                            10:45:37

4            MS. JOHNSON:  Objection, calls for              10:45:41

5    speculation and object to form.  You can answer.        10:45:42

6        A.  We -- it has been my experience that            10:45:51

7    voters take great comfort in being able to look at      10:45:53

8    their receipt and know that it accurately reflected     10:46:00

9    their choices, correct.                                 10:46:04

10       Q.  Have you heard any complaints from voters       10:46:12

11   that they are unable to verify their votes in the       10:46:16

12   way -- in this way using Georgia's current election     10:46:19

13   system?                                                 10:46:22

14       A.  I've never heard it from a voter who was        10:46:24

15   not representing an interest group.                     10:46:26

16       Q.  So you have heard it from voters that are       10:46:34

17   part of an interest group; is that right?               10:46:38

18       A.  Correct, but I haven't heard it from just       10:46:42

19   a random -- I've never heard it from a random voter     10:46:45

20   and no one has -- I've taken hundreds and hundreds      10:46:50

21   of calls during and after elections and no one's        10:46:54

22   ever -- no one's ever said it.  I've only heard         10:46:57

Page 31

```
 1    universal praise for the receipts.                10:47:01

 2         Q.  To your knowledge, does the Secretary of 10:47:04

 3    State's office commission studies regarding       10:47:07

 4    election systems?                                 10:47:10

 5         A.  None to my knowledge.                    10:47:12

 6         Q.  Are you aware that the Secretary of      10:47:18

 7    State's office commissioned a study regarding voter 10:47:20

 8    verification in 2021?                             10:47:25

 9         A.  I'm not familiar with one.               10:47:27

10         Q.  So is it fair to assume that you did not 10:47:31

11    read the Secretary of State's study commissioned  10:47:38

12    titled 2021 Georgia Voter Verification Study?     10:47:42

13         A.  I'm not familiar with that.              10:47:45

14         Q.  Okay.  So you're not aware that the study 10:47:50

15    found that over half of voters reviewed their    10:47:54

16    ballot less than a second or not at all?          10:47:59

17         A.  Yeah, I'm not familiar with that.  That  10:48:04

18    was not -- that was not the experience that I had 10:48:06

19    with talking with voters.                         10:48:09

20         Q.  So does that finding surprise you?       10:48:12

21         A.  I'd have to see -- I would have to see the 10:48:19

22    context.  It's not -- it's not consistent with my 10:48:21
```

Page 32

```
 1   experience talking with voters.  Voters that have      10:48:24
 2   interacted with me have been universally very happy    10:48:30
 3   with the receipts.                                     10:48:33
 4       Q.  But you've only -- how many voters have        10:48:37
 5   you interacted with?                                   10:48:40
 6       A.  Several hundred.                               10:48:41
 7       Q.  In what context do you interact with           10:48:44
 8   voters?                                                10:48:46
 9       A.  They will call me on the phone, they will      10:48:49
10   stop me at restaurants, they will stop me walking      10:48:52
11   down the street.  I will see them in polling           10:48:56
12   places, I will see a few at tabulation centers.        10:49:01
13   Some will e-mail, some will send mail.  So just --     10:49:07
14   yes, in the several hundreds.                          10:49:18
15       Q.  Would it worry you that half of Georgia        10:49:27
16   voters undertake an insufficient check of their        10:49:32
17   ballot?                                                10:49:37
18           MS. JOHNSON:  Objection, lack of               10:49:40
19   foundation.  You can answer.                           10:49:41
20       A.  I have -- I don't have any knowledge of        10:49:47
21   what you just asked.                                   10:49:49
22       Q.  Well, as a member of the State Election        10:49:53
```

Page 33

```
 1   Board would you be concerned if half of the Georgia    10:50:00
 2   voters took less than a second to review their         10:50:06
 3   ballot or did not review it at all?                    10:50:12
 4          MS. JOHNSON:  Same objections.  You can          10:50:17
 5   answer.                                                 10:50:18
 6      A.  I would depend on the context.  For             10:50:18
 7   example, in a primary where Donald Trump ran            10:50:20
 8   unopposed, it really would take less than a second      10:50:23
 9   because there was only one race.  So just to say a      10:50:28
10   blanket number without the context of the ballot       10:50:34
11   doesn't mean anything.                                  10:50:37
12      Q.  That's fair enough.                             10:50:39
13          Let's assume that this was in the context        10:50:44
14   where the contestants did not run unopposed.  So in    10:50:46
15   that context would you be concerned if half of the     10:50:51
16   Georgia voters took less than a second to review       10:50:56
17   their ballot or did not review it at all?              10:51:00
18          MS. JOHNSON:  Same objections.  You can          10:51:04
19   answer.                                                 10:51:05
20      A.  I was -- in my case when I voted on             10:51:08
21   Tuesday it took me less than a second to review the    10:51:10
22   ballot, and I said, yep, yep, yep, boom, done.         10:51:12
```

Page 34

```
 1        Q.  Would it concern you if a portion of      10:51:18

 2   Georgia voters did not review their ballot at all?  10:51:23

 3        MS. JOHNSON:  Objection, asked and            10:51:27

 4   answered.  You can answer.                          10:51:28

 5        A.  Yeah.  We -- I think, if I'm not mistaken, 10:51:31

 6   there's even a script that was advocated.  I don't  10:51:38

 7   know if we adopted it or not, but that some groups  10:51:43

 8   proposed that a script be read to the voters.  So I 10:51:50

 9   know there's an education effort.  I don't recall   10:51:53

10   exactly what it is right now, but I know there was  10:51:55

11   a lot of education effort saying it's important     10:51:58

12   that you review your ballot and there were some     10:52:01

13   groups that were very concerned about it.           10:52:03

14        Q.  And this may be an obvious question, but   10:52:09

15   I'm going to ask it anyway.  So please indulge me.  10:52:12

16   Can humans read QR codes?                           10:52:17

17        A.  I have no idea.                            10:52:20

18        Q.  Okay.  Have you ever been able to read a   10:52:24

19   QR code?                                            10:52:27

20        A.  Not -- not that I'm aware of.              10:52:30

21        Q.  All right.                                 10:52:34

22        A.  I don't know if there's any -- somebody    10:52:35
```

```
 1   with specialized training that could or could not.   10:52:38

 2   I don't know.                                         10:52:41

 3       Q.  Fair enough.                                  10:52:41

 4           To your knowledge, are voters able to        10:52:43

 5   verify that the QR code on their ballot accurately    10:52:44

 6   reflects the voter's selection?                       10:52:50

 7           MS. JOHNSON:  Objection.  Mr. Mashburn is     10:52:53

 8   not a computer expert, but you can answer.            10:52:55

 9       A.  I would -- I would doubt that an average      10:52:59

10   person can read a QR code.  I would -- I would        10:53:02

11   doubt that.  I don't -- I don't know, but I would     10:53:05

12   doubt it and that's why we don't -- we don't ask      10:53:08

13   them to read the QR code.  We ask them to look at     10:53:18

14   the choices that are printed out for them.            10:53:21

15       Q.  Understood.                                   10:53:24

16           Are you familiar with election audits?        10:53:26

17       A.  Election audits?                              10:53:30

18       Q.  Yes.                                          10:53:31

19       A.  Yes.                                          10:53:36

20       Q.  Does the State Election Board have any        10:53:36

21   role in any election audits in the State of           10:53:38

22   Georgia?                                              10:53:42
```

Page 36

```
 1        A.   None -- none come to mind, but I would      10:53:43
 2   imagine that we do.                                   10:53:46
 3        Q.   Okay.  To the best of your knowledge, what  10:53:50
 4   would that role be?                                   10:53:53
 5        A.   I don't -- I don't -- I don't recall them   10:53:56
 6   off the top of my head.  I always carry the rules     10:54:00
 7   and regulations with me.  So if there's a question,   10:54:05
 8   I look it up.                                          10:54:08
 9        Q.   That's a good strategy.                      10:54:09
10             Do you know in what circumstances election  10:54:15
11   audits could be requested?                            10:54:17
12        A.   Not off the top of my head.                 10:54:20
13        Q.   Are audits important to verify election     10:54:24
14   results?                                               10:54:28
15        A.   Yes.  I attended one down in Fulton         10:54:30
16   County, and I thought it was very -- very            10:54:36
17   reassuring.                                            10:54:40
18        Q.   Could you explain a bit more why you find   10:54:47
19   them important?                                       10:54:49
20        A.   The more -- the more you check and recheck  10:54:54
21   and double-check and come up with the same result,   10:55:01
22   the more confidence people have in the system.       10:55:04
```

Page 37

```
 1    Except for a certain group of conspiracy theorists   10:55:10
 2    who stopped me one day and said that since you       10:55:13
 3    counted three times and you came up with the same    10:55:20
 4    result, that was evidence of the fraud and stop the  10:55:23
 5    steal.  Otherwise, if you count and recount and      10:55:26
 6    recount and audit and come up with the same          10:55:31
 7    numbers, the more you check the better people feel.   10:55:33
 8        Q.  Do you know how audits work for votes that   10:55:39
 9    were casted using a BMD machine?                     10:55:43
10        A.  Only generally from what I've observed.      10:55:51
11        Q.  Can you explain from what you have           10:55:58
12    observed how audits work for votes that were casted  10:56:01
13    using a BMD machine?                                 10:56:05
14        A.  Yeah.  We were down at Fulton County and     10:56:10
15    they threw dice to determine how thick of the stack  10:56:14
16    they would cut.  Then they would cut the stack and   10:56:18
17    then they would count a certain number of votes and  10:56:23
18    see if that's the same result that they got within   10:56:25
19    a certain tolerance.  I thought that was             10:56:29
20    fascinating.                                         10:56:33
21        Q.  If a machine was tampered such that the      10:56:46
22    QR code does not accurately reflect the voter's      10:56:51
```

Page 38

```
 1   intention, would an audit be able to pick up on      10:56:57

 2   that?                                                 10:57:00

 3          MS. JOHNSON:  Objection, lack of               10:57:01

 4   foundation.  You can answer.                          10:57:02

 5      A.  I don't know.  I don't know the answer.        10:57:06

 6      Q.  So would you be concerned if you weren't       10:57:27

 7   allowed to vote in an election for some reason?       10:57:30

 8          MS. JOHNSON:  Objection.  Mr. Mashburn is      10:57:34

 9   here in his capacity as a State Election Board        10:57:37

10   member.  You can answer.                              10:57:39

11      A.  I would -- I would not accept -- it would      10:57:40

12   depend on -- it would depend on the context, but if   10:57:48

13   I knew I was registered and I knew I was in the       10:57:53

14   right precinct and I knew I was on election day and   10:57:56

15   I knew I was within the proper times and I knew I     10:58:00

16   had my ID with me, I would take very badly if they    10:58:02

17   said I couldn't vote.                                 10:58:06

18      Q.  Why is that?                                   10:58:08

19      A.  Because properly registered Georgia            10:58:10

20   citizens should be allowed to vote, and we work       10:58:14

21   very -- at the State Election Board we work very      10:58:19

22   hard to try and make voting accessible.               10:58:21
```

Page 39

```
 1       Q.  Would you be concerned if you were forced    10:58:25

 2  to vote by a mail-in ballot?                          10:58:28

 3       MS. JOHNSON:  Same objection and lack of         10:58:32

 4  relevance, but you can answer.                        10:58:34

 5       A.  I would not -- I would not -- I have used    10:58:36

 6  mail-in ballots, but I would not support it as the    10:58:44

 7  sole method in Georgia.                               10:58:46

 8       Q.  Why is that?                                 10:58:48

 9       A.  Because mail-in ballots are hand-marked      10:58:51

10  paper ballots and you have all kinds of ballot        10:58:55

11  harvesting problems, you have all kinds of failure    10:58:58

12  to follow the instruction problems, you have mail     10:59:02

13  delays, you have -- talking about hacking.  A         10:59:05

14  hand-marked paper ballot can be hacked by anybody     10:59:13

15  with a pen anywhere during the process.  You have     10:59:16

16  chain of custody problems.  Just a disaster.          10:59:19

17          Now, as part -- as part of a system and       10:59:30

18  people like that, it's perfectly fine for the         10:59:33

19  people's representatives in the General Assembly to   10:59:36

20  choose that as a method.  I don't object to it as a   10:59:41

21  method, but I would object strenuously to it being    10:59:43

22  as the sole method.                                   10:59:47
```

Page 40

1      Q.  If you found out after an election that          10:59:53

2  your vote had not counted, would that concern you?      10:59:57

3      A.  Yeah.  I would want to know why.                 11:00:01

4      Q.  What if you found out that your vote had         11:00:08

5  been counted for a different candidate, would that       11:00:13

6  concern you?                                             11:00:16

7          MS. JOHNSON:  Objection.  These questions        11:00:18

8  are outside of Mr. Mashburn's role as a State            11:00:20

9  Election Board member, but you can answer.               11:00:23

10     A.  Well, it's a secret ballot.  So I don't          11:00:26

11  know how -- I don't know how that -- I don't even       11:00:28

12  know how that would be discovered.  Would I             11:00:30

13  discover it or would they discover it?  Who would       11:00:36

14  discover it?                                            11:00:38

15         I'm not supposed to ask you questions, I         11:00:41

16  realize.  I'm sorry.  I breached deposition             11:00:44

17  protocol.  I'm sorry.                                   11:00:47

18     Q.  It's okay.                                       11:00:49

19     A.  But I ask rhetor- -- I ask rhetorically.         11:00:49

20  I ask rhetorically, not of you, but rhetorically        11:00:51

21  how would it be discovered if it's a secret ballot?     11:00:56

22     Q.  Right.  Under- -- understood the                 11:01:00

Page 41

```
 1   confusion.                                      11:01:02

 2          Do you publicly announce who you vote for  11:01:09

 3   in every election?                              11:01:11

 4          MS. JOHNSON:  Same objection, but you can  11:01:14

 5   answer.                                         11:01:15

 6      A.  Usually not.                             11:01:15

 7      Q.  Why not?                                 11:01:17

 8      A.  Because I have -- secret ballot is a very  11:01:20

 9   good and valuable tool in American voting system.  11:01:24

10   I think secret ballot is one of the greatest    11:01:33

11   inventions that Americans and whoever else support  11:01:36

12   it has come up with.                            11:01:40

13      Q.  Are you concerned about the personal     11:01:50

14   information now required to be posted on the     11:01:53

15   envelope when voting absentee by mail?          11:01:56

16          MS. JOHNSON:  Objection, relevance.  You  11:02:00

17   can answer.                                     11:02:01

18      A.  No.  I was actually quite amazed at seeing  11:02:02

19   the mockups of the envelopes.  I was concerned when  11:02:06

20   it first came out, but after having seen the    11:02:11

21   mockups of the envelopes, I was just fascinated and  11:02:13

22   just so impressed with how they came up with a   11:02:18
```

Page 42

```
 1   system to fold and cover it and seal it.  I just      11:02:23

 2   thought it was just fascinating what a great job       11:02:28

 3   they did.                                              11:02:31

 4        Q.  Would you use BMD's that don't tabulate QR    11:02:37

 5   codes but instead tabulated the human readable         11:02:44

 6   portion?                                               11:02:48

 7           MS. JOHNSON:  Objection as to relevance        11:02:49

 8   and the capacity in which Mr. Mashburn is here, but    11:02:56

 9   you can answer.                                        11:03:01

10        A.  Yeah.  I would like to see that               11:03:02

11   demonstrated.                                          11:03:04

12        Q.  Would you --                                  11:03:05

13        A.  It would probably make the anti-QR code       11:03:06

14   people very happy.                                     11:03:08

15        Q.  If it was possible, would you prefer that     11:03:10

16   to the current BMD's?                                  11:03:14

17           MS. JOHNSON:  Objection, speculation and       11:03:17

18   same objection as before, but you can answer.          11:03:20

19        A.  Yeah.  I'd have -- I'd have to see the        11:03:22

20   accuracy -- I'd have to see it demonstrated and see    11:03:26

21   the accuracy of it and see how it operated, but I      11:03:30

22   have no objections -- I have no objections to it in    11:03:36
```

Page 43

```
 1   theory.                                            11:03:39
 2        Q.  Are you aware --                          11:03:44
 3        A.  If it's just -- if it's just as fast.     11:03:45
 4        Q.  Are you aware that no other states use    11:03:50
 5   BMD's as a primary form of voting statewide?       11:03:53
 6           MS. JOHNSON:  Objection, relevance.  You   11:03:57
 7   can answer.                                        11:03:59
 8        A.  I'm not aware of that.                    11:04:00
 9        Q.  If that were the case, would you be       11:04:05
10   concerned by it?                                   11:04:07
11           MS. JOHNSON:  Same objections.             11:04:09
12        A.  Not necessarily in that we might be the   11:04:10
13   leading edge of societal evolution.                11:04:12
14        Q.  Do you think that DRE's were as reliable  11:04:20
15   as BMD's?                                          11:04:25
16           MS. JOHNSON:  Objection.  He's not an      11:04:26
17   election security expert, but you can answer.      11:04:32
18        A.  I like BMD's.  I'm pleased that the       11:04:34
19   Georgia General Assembly chose to use the BMD's    11:04:40
20   when they -- when they considered the new system.  11:04:42
21   I'm pleased with the change, especially having seen 11:04:45
22   it work and the receipts be counted and the way we  11:04:55
```

Page 44

1    were able to respond to statements that the machine    11:05:00

2    flipped votes and we said, well, we counted the    11:05:03

3    paper.  So I thought that was a good improvement.    11:05:07

4    I thought the General Assembly did a good job of    11:05:09

5    that.    11:05:12

6        Q.  Are you aware of any previous concerns    11:05:14

7    with the reliability of DRE's?    11:05:20

8        A.  I had more comfort with DRE's than most    11:05:27

9    people simply because I knew all of the ways that    11:05:32

10   the previous systems could be hacked.  So I thought    11:05:36

11   the -- at the time the institution of the DRE's was    11:05:40

12   a substantial improvement over every other system    11:05:43

13   that had previously been in place.    11:05:46

14          I was always hearing about the lack of the    11:05:51

15   paper trail that the people didn't like and we    11:05:54

16   would frequently hear objections that I cast -- it    11:05:57

17   actually happened to me once that I pressed a    11:06:04

18   button and a different candidate came up and it was    11:06:06

19   most likely that my finger had just slipped or I    11:06:10

20   wasn't as careful as I should have been, but I    11:06:14

21   caught it and I changed it.  But we would    11:06:17

22   frequently have people with -- strangely enough,    11:06:20

Page 45

1    when I was asking questions about it, you would      11:06:27

2    find out that people with long finger nails would    11:06:29

3    have particular problems with calibration errors.    11:06:33

4         So one of the nice improvements is I            11:06:35

5    didn't hear a single one of those complaints after   11:06:38

6    either the primary or the general or the runoff,     11:06:41

7    whereas previously we would field several dozen of   11:06:46

8    those complaints.                                    11:06:49

9    Q.  Got it.                                          11:06:54

10        You mentioned at the beginning of your          11:06:55

11   answer that you knew all of the ways that the        11:06:58

12   previous systems could be hacked.  Can you explain   11:07:00

13   what you're referring to here?                       11:07:05

14   A.  Yeah.  As part of my interest in elections      11:07:10

15   I've been reading about the materials on elections   11:07:14

16   for as long as I can remember.  So there was a       11:07:20

17   series of books that I -- that I read, I don't       11:07:26

18   recall all of the titles, when I got out of law      11:07:28

19   school and have just been -- you know, spent 20      11:07:31

20   years reading books about how you hack various       11:07:35

21   systems, and -- and people who -- who have passed    11:07:37

22   away told me how they did it in the old days.        11:07:43

Page 46

```
 1      Q.  Got it.                                  11:07:49

 2          And so had you read anything about DRE's 11:07:58

 3   being easily hacked?                            11:08:02

 4          MS. JOHNSON:  Objection.  You can answer. 11:08:06

 5      A.  I've never -- I've never read a credible 11:08:09

 6   report that they could be easily hacked in the  11:08:14

 7   wild.  I've read statements in various sources and 11:08:17

 8   books that people could hack them in very        11:08:23

 9   artificial circumstances, but I've -- I'm not aware 11:08:27

10   of any circumstance that anybody that's ever     11:08:30

11   reported that one has been hacked in the wild.   11:08:34

12      Q.  Would you use hand-marked paper ballots? 11:08:41

13      A.  I have.  I would not use them as the     11:08:50

14   primary source, but I have used it in my mail-in. 11:08:52

15   But I think that's probably the worst -- if you  11:08:59

16   were choosing systems, that's probably the worst 11:09:02

17   system you can choose.                           11:09:04

18      Q.  Why is that?                             11:09:07

19      A.  I've been watching tabulation for well   11:09:10

20   over 20 years and every single election that I have 11:09:13

21   watched either as a poll monitor or poll watcher or 11:09:19

22   a tabulation monitor, I've never seen an election 11:09:26
```

Page 47

```
 1   where I didn't see a gross violation of the law or    11:09:30
 2   error or susceptibility in a hand-marked paper        11:09:33
 3   ballot.  It's always been the hand-marked paper       11:09:38
 4   ballots every election.                               11:09:40
 5        Q.  What violations of the law are you           11:09:42
 6   referring to?                                         11:09:46
 7        A.  People sitting at tables by themselves       11:09:48
 8   marking -- marking ballots.  Ballots sitting in       11:09:52
 9   boxes and Tupperware containers with nobody           11:09:57
10   watching them, with no security on them whatsoever.   11:10:01
11   Ballots being transported from one location to        11:10:07
12   another without any sort of chain of custody.         11:10:10
13   Marked ballots and unmarked ballots being             11:10:16
14   intermingled and left unsecured.  Just any number     11:10:21
15   of -- any number of issues, but it's always --        11:10:25
16   always -- I've never come across a problem -- well,   11:10:30
17   I came across one problem with one DRE one election   11:10:34
18   and it was a programming error, and that was in       11:10:37
19   Sharon Cooper's race out in East Cobb, and we         11:10:41
20   caught it very quickly and they reprogrammed it to    11:10:46
21   read it and the election was fine.                    11:10:49
22           But the errors that I see in tabulation       11:10:51
```

Page 48

1   security risks have always been the paper ballots,    11:10:53

2   and I've never seen an election that didn't have a    11:10:57

3   problem or a big security risk with paper ballots.    11:11:00

4        Q.  Are paper ballots susceptible to being    11:11:13

5   infiltrated by malware?    11:11:18

6        MS. JOHNSON:  Object to form and lack of    11:11:20

7   foundation, but you can answer.    11:11:21

8        A.  In their marking probably not.  In their    11:11:22

9   creation probably so.    11:11:24

10       Q.  How so in their creation?    11:11:28

11       A.  If you use a computer to print them out    11:11:30

12   somebody could get in -- theoretically could get in    11:11:32

13   and alter how the ballot is prepared.    11:11:38

14       Q.  But once the ballot has been printed and    11:11:40

15   properly verified by all the different state    11:11:46

16   institutions, are paper ballots subject to malware    11:11:54

17   infiltration?    11:11:58

18       A.  That depends on --    11:12:01

19       MS. JOHNSON:  Same objection.  You can    11:12:03

20   answer.    11:12:05

21       THE WITNESS:  Sorry.  Sorry.    11:12:05

22       It depends on how you count them.  If you    11:12:07

Page 49

1    count them on a computer, they're theoretically          11:12:09

2    susceptible to hacking there.  If you count them by      11:12:14

3    humans, you're susceptible to human error and           11:12:15

4    cheating, intentional cheating, but your malware        11:12:19

5    could show up in your scanners theoretically.           11:12:22

6        Q.  Are you aware of any unauthorized access        11:12:31

7    to any component of Georgia's election system?          11:12:35

8            MS. JOHNSON:  Object to form.  You can          11:12:41

9    answer.                                                 11:12:44

10       A.  I read -- I read about some hacker who          11:12:44

11   hacked into Kennesaw, but other than that I'm not       11:12:48

12   aware of any.                                           11:12:51

13       Q.  Okay.  Do you know who Logan Lamb is?           11:12:55

14       A.  No.                                             11:13:00

15           THE REPORTER:  Tamara, are we at a good         11:13:05

16   spot for a break?                                       11:13:07

17           MS. WIESEBRON:  Yep.  Sounds good to me.        11:13:09

18           THE VIDEOGRAPHER:  We're going off the          11:13:11

19   record.  The time is 11:13 a.m.                         11:13:12

20               (A short break was had.)                    11:29:06

21           THE VIDEOGRAPHER:  We are back on the           11:29:43

22   record.  The time is 11:29 a.m.                         11:29:44

Page 50

```
 1          MS. JOHNSON:  I just wanted to              11:29:54

 2   stipulate -- stipulate on the record here that     11:29:56

 3   opposing counsel and I are stipulating from this   11:29:59

 4   point forward that all objections except for those 11:30:01

 5   to form and responsiveness of the answer be        11:30:04

 6   reserved until first use or at trial.              11:30:07

 7          Do you agree, Tamara?                        11:30:10

 8          MS. WIESEBRON:  Yep, that's fine.            11:30:12

 9          MS. JOHNSON:  All right.  Great.  I think    11:30:15

10   we're all set.                                     11:30:21

11   BY MS. WIESEBRON:                                  11:30:25

12      Q.  Mr. Mashburn, are you aware of any          11:30:25

13   unauthorized copying of any Georgia election data  11:30:29

14   current or past?                                   11:30:33

15      A.  Copying, no.                                11:30:36

16      Q.  Have you discussed any unauthorized         11:30:43

17   copying of any Georgia election data with other    11:30:47

18   secretary -- sorry -- State Election Board members? 11:30:51

19      A.  Not to my knowledge.                        11:30:57

20      Q.  Have you seen -- sorry.  Strike that.       11:31:02

21          Are you aware that experts have been        11:31:07

22   retained by both parties in this litigation?       11:31:10
```

Page 51

| | | |
|---|---|---|
| 1 | A.  Yes. | 11:31:23 |
| 2 | Q.  Do you know who those experts are? | 11:31:23 |
| 3 | A.  No. | 11:31:26 |
| 4 | Q.  Have you discussed the retention of | 11:31:32 |
| 5 | experts in this litigation with members of the | 11:31:35 |
| 6 | State Election Board? | 11:31:40 |
| 7 | A.  Not to my knowledge. | 11:31:44 |
| 8 | Q.  So how did you become aware that experts | 11:31:45 |
| 9 | have been retained by both parties in this | 11:31:48 |
| 10 | litigation? | 11:31:52 |
| 11 | A.  I think I read it in an Atlanta Journal | 11:31:52 |
| 12 | article. | 11:31:57 |
| 13 | Q.  And so do you know who the experts are | 11:32:03 |
| 14 | that have been retained? | 11:32:07 |
| 15 | A.  No. | 11:32:11 |
| 16 | Q.  Are you familiar with Alex Halderman? | 11:32:12 |
| 17 | A.  No. | 11:32:14 |
| 18 | THE REPORTER:  What was the last name, | 11:32:17 |
| 19 | Tamara? | 11:32:18 |
| 20 | MS. WIESEBRON:  Halderman, | 11:32:19 |
| 21 | H-A-L-D-E-R-M-A-N. | 11:32:20 |
| 22 | THE REPORTER:  Thank you. | 11:32:23 |

Page 52

1      Q.  And so you're not aware that he provided      11:32:28

2  an expert report in this litigation?                  11:32:32

3      A.  No.  No.  Sorry to have interrupted you.      11:32:34

4  I apologize, but no.                                  11:32:39

5      Q.  All right.                                    11:32:46

6          And do you -- so you're not aware that he     11:32:54

7  is a cybersecurity expert?                            11:32:57

8      A.  I don't know him.                             11:33:00

9      Q.  Okay.  And would you be interesting --        11:33:04

10  interested to find out what is in his expert          11:33:10

11  report?                                               11:33:14

12          MS. JOHNSON:  Object to form.  You can        11:33:17

13  answer.                                               11:33:18

14      A.  If I -- yeah.  If I knew who he was and I     11:33:20

15  knew if he had anything relevant, sure.  I'm always   11:33:24

16  up to reading anything I can -- anything I can read   11:33:27

17  to educate myself.                                    11:33:31

18      Q.  And so you mentioned earlier that you're     11:33:40

19  not familiar what this case is about?                 11:33:45

20      A.  Not offhand, no.                             11:33:50

21      Q.  And have you discussed this case with        11:33:53

22  other State Election Board members?                   11:33:57

Page 53

```
 1        A.  Not that I particularly recall this case.    11:34:03
 2   We do have executive sessions where counsel comes     11:34:06
 3   in and briefs the board on pending litigation, but    11:34:10
 4   we've been sued a lot.  So this case doesn't stand    11:34:15
 5   out in my mind.                                       11:34:23
 6        Q.  Got it.                                       11:34:25
 7            And have you personally discussed this       11:34:26
 8   case with anyone?                                     11:34:28
 9        A.  No particular conversations come -- come     11:34:31
10   to mind.  I suspect that if somebody came and said,   11:34:34
11   hey, I talked to you about this, I wouldn't have      11:34:43
12   any information to dispute them, but I don't recall   11:34:45
13   any particular conversations about this particular    11:34:48
14   case other than I talked to the lawyer yesterday or   11:34:51
15   the day before that I was having a deposition.        11:34:56
16        Q.  Do you know anything about the serious       11:35:02
17   vulnerabilities that Mr. Halderman found?             11:35:07
18            MS. JOHNSON:  Object to form.  You can       11:35:11
19   answer.                                               11:35:12
20        A.  I don't know anything about Halderman.       11:35:13
21        Q.  Would you be interested to know what those   11:35:21
22   serious vulnerabilities are?                          11:35:25
```

```
                                                   Page 54
 1              MS. JOHNSON:  Same objection.        11:35:28

 2         A.  Sure.  If he's -- if he's -- if it's a   11:35:28

 3    credible person who has relevant information, I   11:35:32

 4    would be interest- -- always interested to hear it.  11:35:35

 5    We get a lot of crackpots, but if he's -- if    11:35:38

 6    he's -- if he's wise and has good data, I'm always  11:35:41

 7    interested to hear it.                          11:35:45

 8         Q.  Do you know whether the State Election  11:35:53

 9    Board or anyone from the Secretary of State's   11:35:56

10    office has done anything to remedy the          11:36:01

11    vulnerabilities pointed out by Mr. Halderman?   11:36:05

12              MS. JOHNSON:  Same objection.         11:36:10

13         A.  I wouldn't know.                       11:36:10

14         Q.  Are you aware --                       11:36:12

15         A.  I mean, if -- if I don't know about him, I  11:36:13

16    don't know about his recommendations, I wouldn't  11:36:17

17    know that I was instituting his recommendations,  11:36:20

18    but we might have instituted something of his   11:36:23

19    recommendations without me knowing it was       11:36:26

20    attributable to him.  So it's hard to -- hard to  11:36:28

21    know.  Or he might have had the same idea as     11:36:30

22    someone else.  You never know.                  11:36:39
```

Page 55

```
 1        Q.  Are you aware that Plaintiffs have asked      11:36:40

 2    the Secretary of State's office to provide a          11:36:42

 3    proposal to allow the Secretary of State and State    11:36:46

 4    Election Board members to have access to some or      11:36:52

 5    all of Mr. Halderman's sealed report?                 11:36:54

 6         MS. JOHNSON:  Same objection.                    11:37:00

 7        A.  I don't know -- I don't know anything         11:37:00

 8    about Mr. Halderman.                                  11:37:02

 9        Q.  Would you want to have been advised as a      11:37:12

10    member of the State Election Board that a professor   11:37:14

11    in cybersecurity has written a report about the       11:37:22

12    vulnerabilities of --                                 11:37:26

13         MS. JOHNSON:  Same objection.                    11:37:29

14        Q.  -- Georgia's system?                          11:37:29

15         MS. JOHNSON:  I apologize.  Same                 11:37:30

16    objections.                                           11:37:33

17        A.  Yeah.  If I -- if I knew the person's         11:37:36

18    background and knew whether they were credible and    11:37:39

19    what their theories were.  There's a lot of           11:37:44

20    professors writing a lot of stuff.  So, you know,     11:37:46

21    it would depend.                                      11:37:50

22        Q.  But admittedly, someone that has a Ph.D.      11:37:55
```

Page 56

1   has some expertise in the area of cybersecurity,          11:38:00

2   right?                                                    11:38:07

3      A.   I mean, there's a lot of crackpots that           11:38:09

4   have Ph.D.'s writing a lot of stuff about election        11:38:14

5   law out there.                                            11:38:17

6      Q.   Like who?                                         11:38:20

7      A.   A guy named Bonifaz out in Ohio somewhere         11:38:23

8   comes -- springs to mind immediately.                    11:38:28

9      Q.   All right.                                        11:38:37

10      A.   Wrote a book about how the election was          11:38:37

11   stolen from John Kerry in Ohio.                          11:38:40

12      Q.   Got it.                                          11:38:47

13          Are you aware that the Secretary of State         11:38:50

14   has hired their own experts in this litigation?          11:38:52

15      A.   I think I read that from the same Atlanta        11:38:58

16   Journal article, but I would assume so.                  11:39:03

17      Q.   All right.  Are you familiar with Dr. Juan       11:39:04

18   Gilbert?                                                 11:39:08

19      A.   No.                                              11:39:08

20      Q.   And so are you familiar with the work he         11:39:13

21   has done in this case?                                   11:39:16

22      A.   No.                                              11:39:17

Page 57

```
 1        Q.  So you would not know whether the          11:39:19

 2   Secretary of State's expert actually disputes the   11:39:25

 3   presence of vulnerabilities found in Alex           11:39:29

 4   Halderman's report, right?                          11:39:35

 5        MS. JOHNSON:  Objection, form.  You can        11:39:37

 6   answer.                                             11:39:38

 7        A.  Yeah.  I don't know what their             11:39:39

 8   contentions -- I don't know what either person's    11:39:41

 9   contentions are.                                    11:39:44

10        Q.  Would you want to find out whether         11:39:45

11   Dr. Gilbert disputed the presence of the            11:39:47

12   vulnerabilities that Mr. Halderman found?           11:39:51

13        A.  The same limitations as on the previous    11:39:56

14   person.  If they're -- if they're a wise person     11:39:59

15   with good experience and useful knowledge, sure,    11:40:02

16   I'm always up for more information rather than       11:40:06

17   less.                                               11:40:10

18        Q.  Has the State Election Board ever had a    11:40:14

19   cybersecurity expert examine the BMD election       11:40:17

20   system?                                             11:40:23

21        A.  Not that -- not that comes to my mind.  It 11:40:25

22   could have been, but doesn't come to my mind.       11:40:28
```

Page 58

```
 1        Q.  So without any examination from a          11:40:33
 2   cybersecurity expert how do you know if the BMD      11:40:39
 3   system is secure?                                    11:40:45
 4        A.  Well, I know they have to be approved -- I  11:40:47
 5   think I know that they have to be approved by the    11:40:49
 6   U.S. Election Commission, Election Assistance        11:40:51
 7   Commission or election commission.  They have to be  11:40:56
 8   approved or an authorized vendor.  They have to go   11:40:59
 9   through checks.  The Secretary of State checks       11:41:03
10   them, the vendor checks them.  So there's all kind   11:41:05
11   of checks and -- and verifications before these      11:41:08
12   things are put out in the system.                    11:41:11
13        They also run checks that are open to the       11:41:13
14   public, if I'm not mistaken.  In various -- some     11:41:15
15   counties are more allowable about getting close,     11:41:25
16   some are keep you behind glass windows, but I think  11:41:28
17   those are open to the public, if I'm not mistaken.   11:41:32
18   But I would imagine before they're put into use      11:41:42
19   there's all kinds of checks on them.                 11:41:45
20        Q.  And do you know what kind of checks?        11:41:59
21        A.  No.                                         11:42:02
22        Q.  Do you discuss with the State Election      11:42:06
```

Page 59

1    Board what kind of checks are put on these          11:42:07

2    machines?                                            11:42:10

3         A.  No such conversations spring to mind.       11:42:13

4         Q.  Okay.  So --                                11:42:31

5         A.  I mean, in a particularized form.  For      11:42:31

6    example, when there were allegations made recently   11:42:34

7    that the machines flipped votes, we would -- we      11:42:38

8    would have -- well, we have the paper and we         11:42:40

9    counted the paper.  So we know that they didn't      11:42:42

10   flip votes because we counted the paper.  So we'd    11:42:45

11   have conversations about that, but with regard to    11:42:47

12   the intricacies of certifications and does it have   11:42:50

13   this certification, that's not -- that's not         11:42:53

14   something that I recall us doing.                    11:42:56

15        Q.  When you say "counting the paper," you're   11:42:59

16   referring to audits, right?                          11:43:06

17        A.  Yeah.  The presidential election.           11:43:07

18        Q.  Okay.                                        11:43:10

19        A.  Specifically.                                11:43:11

20        Q.  And does an audit compare the paper         11:43:12

21   ballots to the cast ballot records on the machine?   11:43:16

22        A.  The one that I observed in Fulton County,   11:43:21

Page 60

1    that's what I recall, correct.                          11:43:23

2        Q.  So they did -- so from what you recall in       11:43:28

3    Fulton County the audit did compare the ballots --      11:43:33

4    the paper ballots to the cast ballots recorded on       11:43:37

5    the machines?                                           11:43:39

6        A.  Yeah.  They selected a very -- they             11:43:40

7    selected a random sample by throwing dice, and that     11:43:43

8    told them how they were going to cut the stack.         11:43:48

9    And then they counted the ballots and then they ran     11:43:50

10   them through the machine and they compared did they     11:43:53

11   come up with the same total.  And I recall it was       11:43:56

12   within -- well within tolerances, but I don't           11:43:58

13   recall what the tolerances were.  It was some -- it     11:44:01

14   was some fraction of the allowed -- I mean, it's        11:44:07

15   some very small fraction of the allowable              11:44:10

16   tolerances.                                             11:44:12

17       Q.  Okay.  Can you explain in any more detail       11:44:19

18   step by step how these audits take place?               11:44:21

19       A.  No.  I've pretty much told you all I can        11:44:25

20   recall.                                                 11:44:28

21       Q.  Okay.  What would happen if the results of      11:44:30

22   an audit indicate a different outcome than the          11:44:34

Page 61

```
 1   results the machines tabulated?                    11:44:39

 2       A.  I don't know.  I'd have to look that up.   11:44:47

 3   I don't know.                                      11:44:49

 4       Q.  Do you know if there's a remedy under      11:44:52

 5   Georgia law for that?                              11:44:54

 6       A.  I'd have to look that up.                  11:44:57

 7       Q.  Do you know whether there is any way for   11:45:00

 8   that election outcome to be declared invalid or to 11:45:04

 9   rerun the election if the results of an audit      11:45:10

10   indicate a problem?                                11:45:14

11       A.  There are election contest mechanisms and  11:45:19

12   there are -- the remedy -- the general remedy in   11:45:22

13   Georgia for a nonpresidential race is a new        11:45:27

14   election, but with regard -- I don't think -- I    11:45:35

15   don't know what -- I'd have to look up what the -- 11:45:38

16   what this system's processes are.                  11:45:41

17       Q.  You just mentioned a remedy for a          11:45:46

18   nonpresidential race would be a new election.  How 11:45:50

19   about for --                                       11:45:54

20       A.  Right.                                     11:45:56

21       Q.  And where does that authority come from?   11:45:57

22       A.  Which authority?                           11:45:59
```

Page 62

| | | | |
|---|---|---|---|
| 1 | Q. | To -- for the remedy to be a new election. | 11:46:02 |
| 2 | A. | That's in the Georgia code. | 11:46:04 |
| 3 | Q. | Okay. | 11:46:06 |
| 4 | A. | I believe. | 11:46:07 |

5     Q.   And how about for a presidential race, do      11:46:09

6  you know if there's any remedy?                       11:46:15

7     A.   Yeah.  The presidential race is different,     11:46:16

8  a different bird because the whole country has to      11:46:19

9  vote on the same day and they have to have their       11:46:22

10  totals in on the same -- they have to be finished     11:46:25

11  on the same day.  And so you can't have -- you        11:46:28

12  can't rerun a presidential election.  So the only     11:46:31

13  remedy that I'm aware of is that you object to the    11:46:34

14  seating of the electors, and I believe that's an --   11:46:37

15  I believe that's an act that sets that up.            11:46:46

16     Q.   You mentioned that the only audit that you    11:46:51

17  are familiar with was the Fulton County in the        11:46:54

18  presidential election.  Was that the November 2020    11:47:01

19  election?                                             11:47:04

20     A.   I believe -- I can't remember.  I don't       11:47:07

21  recall.  I don't recall whether it was a primary or   11:47:09

22  the general.  Come to think -- as I'm thinking, as    11:47:13

Page 63

```
 1    I'm processing it, I don't believe it was the      11:47:18

 2    general.  I believe it was probably the primary.   11:47:20

 3         Q.  Okay.  And so are you aware of whether any 11:47:31

 4    audits were done for the presidential November 2020 11:47:35

 5    election?                                           11:47:39

 6         A.  If I'm not mistaken, the full hand recount 11:47:43

 7    was part of an audit process, if I'm not mistaken.  11:47:47

 8         Q.  And are you aware -- sorry.  Go ahead.     11:47:54

 9         A.  The Secretary of State was allowed to      11:47:57

10    select a race, and he selected the presidential     11:47:59

11    race.                                               11:48:03

12         Q.  And are you aware of how that audit was    11:48:06

13    performed?                                          11:48:09

14         A.  Only in -- only in very general terms.     11:48:12

15    They -- only in very general terms.  They counted   11:48:15

16    the paper.                                          11:48:20

17         Q.  And do you know for that audit if they     11:48:21

18    compared the paper ballot count to the cast ballot  11:48:23

19    records on the machines?                            11:48:28

20         A.  Only in general terms that the reports     11:48:31

21    were that the tallies were very similar.            11:48:36

22         Q.  So when you say "only in general terms,"   11:48:42
```

Page 64

```
 1   do you know whether the paper ballots were compared    11:48:48
 2   to the machine-counted ballots or not?                 11:48:53
 3       A.  Only in hearing reports that people said       11:48:58
 4   that they compared the paper to the machine count      11:49:00
 5   and they were similar.                                 11:49:04
 6       Q.  Okay.  When you say "in hearing reports,"      11:49:07
 7   where did the reports come from?                       11:49:11
 8       A.  The Secretary of State's office and            11:49:14
 9   reading it in the paper.                               11:49:17
10       Q.  So the Secretary of State provided the         11:49:22
11   State Election Board with reports about the audit?     11:49:26
12       A.  I don't -- I don't believe there was an        11:49:32
13   official written report, but it would be verbal        11:49:33
14   communication.  I'm sure -- I'm sure I talked about    11:49:36
15   it with Ryan Germany.  I'm probably sure -- I'm        11:49:42
16   probably pretty confident I talked to the secretary    11:49:45
17   about it.  I'm probably pretty -- I'm probably very    11:49:47
18   confident that I spoke to the press office about it    11:49:52
19   because I was getting a lot of requests for            11:49:54
20   interviews.                                            11:49:57
21       Q.  And so you were -- and so could you            11:50:18
22   provide a step-by-step process of how those            11:50:20
```

Page 65

```
 1   November 2020 audits took place?                     11:50:23

 2        A.  (Inaudible).                                 11:50:35

 3        Q.  Was the full hand count for the November     11:50:36

 4   2020 election the norm?                               11:50:39

 5        MS. JOHNSON:  Object to form.                    11:50:41

 6        A.  It's a new system.  So I don't think         11:50:42

 7   there's a norm yet.                                   11:50:46

 8        Q.  Okay.  Would you expect the same scrutiny    11:50:52

 9   in all future elections for all future contestants?   11:50:53

10        A.  Yeah.  We're in a -- we're in a -- we're     11:50:58

11   in a world -- we're in a world that's only going to   11:51:03

12   get worse.                                            11:51:05

13        Q.  In what respect?                             11:51:06

14        A.  Just both parties are out there calling      11:51:09

15   into question the results of the election.  We just   11:51:13

16   had Terry McAuliffe the other day say that            11:51:18

17   1.4 million people were disenfranchised in Georgia.   11:51:20

18   I mean, he just said this the other day.  So, you     11:51:24

19   know, that's not going to help anybody's confidence   11:51:28

20   in the system.  So every -- you know, sadly,          11:51:31

21   everybody who loses didn't just get beat, they got    11:51:35

22   cheated.  I mean, it doesn't get better.              11:51:38
```

Page 66

```
 1        Q.  So just to be clear --                    11:51:45

 2        A.  Terry McAuliffe just proved that it       11:51:47

 3   doesn't get better by saying that outlandish       11:51:50

 4   statement.  That would have been a tenth of the    11:51:53

 5   people -- a tenth of the registered voters in      11:51:58

 6   Georgia wanted to vote and were prohibited from    11:52:01

 7   voting and thus disenfranchised.  So I mean, just  11:52:04

 8   an outrageous -- outrageous statement, but he got a 11:52:08

 9   lot of press out of it and a lot of people believed 11:52:12

10   him even though it's just an outrageous comment.    11:52:15

11        Q.  Understood.                                11:52:18

12            So just to clarify, you expect the same    11:52:19

13   full recount -- recount for all future elections;  11:52:22

14   is that right?                                      11:52:25

15        A.  I expect --                                11:52:29

16            MS. JOHNSON:  Object to form.              11:52:30

17            THE WITNESS:  I expect the same level of   11:52:30

18   scrutiny by the candidates and the public.  I don't 11:52:32

19   know what that -- that scrutiny will take, but I    11:52:35

20   expect the same level of heightened scrutiny.       11:52:37

21        Q.  Okay.  But as a State Election Board       11:52:41

22   member do you expect there to be the same full      11:52:44
```

Page 67

```
 1   recount that took place in the November 2020          11:52:49
 2   election to take place in all future contests?        11:52:52
 3        A.  It really -- it depends -- it depends.  We   11:52:59
 4   don't have but two elections -- two major             11:53:03
 5   elections, the primary and the general -- well,       11:53:07
 6   three now, the runoff, and so it's going to really    11:53:10
 7   depend.  You might have a presidential race that's    11:53:14
 8   10 points, 12 points, and you might have a            11:53:18
 9   governor's race that's 300 votes.  So you would       11:53:21
10   recount the governor -- you might recount the         11:53:25
11   governor's race instead of the presidential race.     11:53:30
12   So it's going to really depend -- excuse me -- but    11:53:33
13   the level of scrutiny is not going to -- is not       11:53:35
14   going to diminish.                                    11:53:38
15        Q.  Okay.                                        11:53:39
16            And you mentioned earlier that the           11:53:42
17   Secretary of State explained to you that they         11:53:47
18   did -- how they did the audit; is that right?         11:53:50
19        A.  No.  He reported to me that the audit --     11:53:55
20   the hand count and the machine tally were similar.    11:53:58
21        Q.  Okay.  And can you explain in more detail    11:54:02
22   how they figure that out?                             11:54:06
```

Page 68

```
 1      A.   No.  He just came to me and said we've --    11:54:09
 2  we've done the full recount and the results are       11:54:12
 3  similar.                                               11:54:16
 4      Q.   Okay.  But you know -- you've testified       11:54:17
 5  earlier that the machine -- the votes that are         11:54:21
 6  tabulated by the machine are reflected in the QR       11:54:27
 7  code, right?                                           11:54:36
 8      A.   That's the way I understand it, yes.          11:54:36
 9      Q.   And now you're testifying that the audit      11:54:38
10  counted the human readable version of the receipt,     11:54:40
11  right?                                                 11:54:44
12      A.   Yeah.  What I watched down in Fulton, they    11:54:45
13  compared what the humans counted to what the           11:54:50
14  machine counted.                                       11:54:52
15      Q.   Right.  And how do they do that?              11:54:56
16      A.   They threw dice, they cut the stack of        11:54:59
17  ballots, they counted those ballots, and they ran      11:55:03
18  it through the machine and they compared whether       11:55:10
19  they were the same or not.  And they said there was    11:55:12
20  some kind of tolerance that it was allowed to be       11:55:17
21  within 1 percent or something and it was some          11:55:20
22  fraction of that, like 1/10th of 1 percent was the     11:55:23
```

Page 69

1   difference.  So it was well within the tolerances.    11:55:26

2   That's all I remember.                                11:55:30

3        Q.  But do you know --                           11:55:38

4        A.  And -- go ahead.                             11:55:40

5        Q.  Okay.  Do you know whether they compared     11:55:41

6   each single paper ballot to the machine-recorded     11:55:45

7   ballot?                                               11:55:53

8           MS. JOHNSON:  Object to form.                 11:55:55

9        A.  Yeah.  My recollection was they did them     11:55:56

10  in batches.                                           11:55:58

11       Q.  Okay.  So just to clarify, you did not       11:56:04

12  hear from the Secretary of State that they compared   11:56:08

13  every single paper ballot to that same single        11:56:13

14  machine-recorded ballot, right?                       11:56:19

15       A.  Yeah.  I would have -- I would have          11:56:23

16  thought that would have been a very time-consuming    11:56:25

17  waste of time to run each ballot individually         11:56:28

18  through the machine.  I would think that would take   11:56:32

19  forever.                                              11:56:36

20       Q.  Understood.                                  11:56:39

21          Let's see.  Okay.  Are you aware that         11:56:45

22  malware could be introduced to BMD machines through   11:57:01

Page 70

```
1    USB sticks?                                      11:57:08
2         MS. JOHNSON:  Object to form.  You can      11:57:09
3    answer.                                          11:57:10
4         A.  In different contexts, in artificial    11:57:17
5    circumstances in the lab I would imagine it would 11:57:19
6    be pretty easy to set up an artificial way to do  11:57:27
7    that.  Out in the wild in a real election my      11:57:30
8    primary knowledge is the testimony that was given 11:57:35
9    in the Athens-Clarke County case where a          11:57:38
10   representative I believe from Dominion said that  11:57:42
11   the machines -- if someone were to stick a USB    11:57:45
12   stick in it, it would shut down.                  11:57:48
13        Now, how they do updates, whether they --    11:57:51
14   I don't know how they do that, but that's all I   11:57:53
15   recall is that testimony.                         11:57:56
16        Q.  I believe you -- did you testify earlier 11:58:02
17   that you weren't aware that the Secretary of State 11:58:08
18   had a contract with Dominion for Dominion to      11:58:10
19   provide the machines for --                       11:58:16
20        A.  I don't know what -- I'm sorry.  Go ahead. 11:58:18
21   I'm sorry to interrupt.  I apologize.             11:58:20
22        Q.  No.  That's okay.                        11:58:22
```

Page 71

1      A.   Yeah.  I don't know who's on the contract.   11:58:24

2      Q.   Okay.  But you know that Dominion provides   11:58:26

3   the machines to Georgia?                             11:58:28

4          MS. JOHNSON:  Object to form.                 11:58:33

5      A.   That's what I -- that's what I generally     11:58:35

6   accept to be true.                                   11:58:37

7      Q.   Okay.                                         11:58:41

8      A.   I don't know -- I don't know who's on the    11:58:41

9   contract.  I haven't seen the contract.              11:58:43

10     Q.   And so you're saying that your only          11:58:44

11  knowledge of whether malware can or cannot be        11:58:46

12  introduced is through testimony of a Dominion        11:58:52

13  representative?                                       11:58:56

14         MS. JOHNSON:  Object to form.                 11:58:59

15     A.   That's -- that's one way.  The other way     11:59:00

16  is just the general security mechanisms.  If you --  11:59:02

17  if you have a stranger in a secured area sticking    11:59:10

18  things in your machines, you would expect people to  11:59:12

19  say, hey, why is that person sticking things in the  11:59:15

20  machine, what are they doing there.                  11:59:19

21         So there's -- there's more methods, but I     11:59:20

22  think you asked if the public could stick a USB      11:59:24

Page 72

```
 1   into the machine, and that -- my only knowledge of    11:59:28
 2   that comes from I think the Dominion representative    11:59:33
 3   in Athens.  I do -- whoever it was that was           11:59:35
 4   testifying said that if somebody tried to stick a     11:59:39
 5   malware into the machine, it would shut down.         11:59:43
 6           And now that I think about it, I also         11:59:46
 7   recall that there's a person who -- at the county     11:59:48
 8   level, at the precinct whose job it is to kind of     11:59:52
 9   make sure that people aren't sticking things into     11:59:56
10   the machine because I remembered, again, at the       11:59:59
11   Athens-Clarke County case there was a big issue       12:00:04
12   about where does this person stand and can they see   12:00:07
13   the machine, et cetera, and how do we -- how do we    12:00:09
14   locate the people.  So I remember that.               12:00:11
15       Q.  So --                                         12:00:24
16       A.  I mean, and then you run your tapes.  And     12:00:26
17   so there's all -- there's many levels of security     12:00:28
18   that go into it.                                       12:00:30
19       Q.  What are the levels of security that go       12:00:33
20   into it?                                               12:00:34
21       A.  You've got -- you've got seals on the --      12:00:37
22   you've got seals on the containers that have to be    12:00:39
```

Page 73

1    checked.  You have sealed containers to begin with.    12:00:42

2    Only certain permitted people are allowed to move      12:00:46

3    the machines, unload the machines.  They're kept       12:00:50

4    in -- they're supposed to be kept in secured areas.    12:00:55

5    They print out a tape at the end of the day that       12:01:00

6    they publish on the -- on the door of the precinct     12:01:03

7    that we always go look at and compare that to what     12:01:09

8    the report is when it gets counted by the county       12:01:12

9    and see if they're even -- even one vote off.  We      12:01:15

10   compare precinct returns to what we expected the       12:01:18

11   precinct to return.  Just lots and lots of             12:01:23

12   different layers of people looking at it.              12:01:29

13        Q.  All right.  But have you discussed with       12:01:35

14   other members of the State Election Board whether      12:01:38

15   malware could be introduced using USB sticks?          12:01:44

16        A.  Yeah, I don't --                              12:01:49

17        MS. JOHNSON:  Objection.  You can                 12:01:50

18   answer.                                                12:01:52

19        THE WITNESS:  I don't recall having any           12:01:52

20   conversations with the board.                          12:01:53

21        Q.  Is that --                                    12:01:56

22        A.  Other board members.                          12:01:57

Page 74

```
 1        Q.   Is that an issue that concerns you as a      12:01:59
 2    State Election Board member?                          12:02:02
 3        A.   In theory it concerns me.   In practice it   12:02:10
 4    doesn't -- I have very little concern, virtually      12:02:14
 5    zero concern that it could actually happen.           12:02:18
 6        Q.   Why is that?                                 12:02:21
 7        A.   Just because there's so many layers of       12:02:23
 8    protection, it's so hard to do, there's so few        12:02:24
 9    people that have the capability of doing it, and      12:02:29
10    when you compare it to like a paper ballot where      12:02:32
11    anybody with a pen can do it, just the                12:02:35
12    opportunities of being able to do it is just so       12:02:38
13    remote.  I have -- it's a number indistinguishable    12:02:43
14    from zero concern that it could actually been done.   12:02:52
15           In addition we had the DRE's in effect for     12:02:55
16    20 years, and I don't know of any election anywhere   12:02:58
17    from dog catcher to president where somebody proved   12:03:01
18    that a machine was hacked credibly, even credibly     12:03:04
19    alleged it.  There was one down in -- a               12:03:11
20    congressional race in Florida that they re-entered    12:03:15
21    into the machines and the problem was the human       12:03:18
22    error in the entry, but I'm not aware of any          12:03:20
```

Page 75

1    election anywhere that's reported to have been        12:03:23

2    hacked on a DRE or a BMD.  Yeah.  My level of         12:03:25

3    confidence in the BMD's is hundred percent.          12:03:32

4         Q.  Do you know if BMD's are connected to the   12:03:48

5    Internet to receive updates?                         12:03:51

6         A.  I do not know.                               12:03:55

7         Q.  Would that concern you if BMD's were        12:04:02

8    connected to the Internet to receive updates?        12:04:08

9         A.  I would want to know why and I would want   12:04:10

10   to know what protections are built in and is it      12:04:12

11   encrypted, is it not encrypted.  I would want to     12:04:18

12   know -- I would want to know why.  So there's so     12:04:23

13   much effort -- there's so much effort put into       12:04:30

14   these things not being connected.  So I would want   12:04:33

15   to know why, what's the reason for this.             12:04:37

16        Q.  And do you understand why there's effort    12:04:42

17   put into having equipment not be connected to the    12:04:44

18   Internet?                                            12:04:51

19        A.  Yeah.  When we -- when we first -- when we  12:04:52

20   first entered -- introduced DRE's into the -- into   12:04:55

21   the system we had a race out in Cobb County where a  12:05:00

22   candidate changed parties 15 minutes before the      12:05:05

Page 76

1    deadline and had a write-in independent candidate,        12:05:10

2    and that's when the machines were connected to the        12:05:15

3    Internet.  And so we had all the election results         12:05:19

4    at 7:05 p.m.  The polls closed at 7:00 and within         12:05:21

5    minutes the election was over and -- but then             12:05:27

6    everybody objected that the DRE's were connected to       12:05:31

7    the Internet.  So you couldn't do that anymore.           12:05:34

8            So ever -- ever since that time, which was        12:05:39

9    maybe 20 years ago, it's been a big -- it's been a        12:05:41

10   big thing that people don't want them connected to        12:05:44

11   the Internet.  I loved it -- I loved it when we had       12:05:47

12   the results within five minutes.                          12:05:50

13       Q.  So --                                             12:05:52

14       A.  But I understood -- I understood the              12:05:53

15   security concerns too.                                    12:05:55

16       Q.  Okay.  So you understand that there's             12:05:56

17   security concerns with the machines being connected       12:05:59

18   to the Internet?                                          12:06:01

19       A.  Sure.  Any -- any time you connect               12:06:02

20   something to the Internet.                                12:06:04

21       Q.  Okay.                                             12:06:07

22           Do you know whether any of the computer           12:06:09

Page 77

1    equipment -- sorry -- whether any of the voting        12:06:10

2    equipment used in Georgia's election system is able    12:06:14

3    to connect to the Internet?                            12:06:17

4         MS. JOHNSON:  Object to form.  You can            12:06:21

5    answer.                                                12:06:21

6         A.  Define voting equipment.                      12:06:22

7         Q.  Well, there are different components of       12:06:28

8    Georgia's election system, right?                      12:06:33

9         A.  Right.  There's like poll pads and those      12:06:35

10   might have a good reason to be connected so that       12:06:40

11   you can have up-to-date information to prohibit        12:06:43

12   people from voting in one precinct and moving to       12:06:45

13   another.  So those might have to be updated and        12:06:49

14   connected to prevent double voting.  But as far as     12:06:52

15   the casting of the ballots and tallying the            12:06:56

16   ballots, other than the math, I don't know that --     12:07:00

17   I don't know that anything's connected to the          12:07:10

18   Internet in that part.                                 12:07:14

19        Q.  Do you know whether there's some computer     12:07:17

20   equipment used to update the BMD machines?             12:07:20

21        MS. JOHNSON:  Object to form.                     12:07:26

22        A.  Yeah.  I've seen them updated by              12:07:28

Page 78

1    technicians in person.  I've never seen them done        12:07:31

2    over the Internet.                                       12:07:34

3        Q.  Okay.  Would you want the computer               12:07:35

4    equipment used to update and program BMD machines        12:07:37

5    to be connected to the Internet?                         12:07:43

6            MS. JOHNSON:  Same objections.                   12:07:49

7        A.  Me -- yeah.  Me personally I'd want to           12:07:51

8    know the reason, but that would be something for         12:07:54

9    the General Assembly.  The people's representatives      12:07:56

10   are to decide that in my opinion.                        12:08:00

11       Q.  Okay.  And you'd want to know the reason.        12:08:06

12   Why is that?                                             12:08:11

13       A.  Just so you can do the weighing of the           12:08:12

14   cost and the risks and the benefits.  The reason we      12:08:15

15   need to do this is because we have to do something       12:08:19

16   throughout the entire state at exactly the same          12:08:23

17   second.  Okay.  Well, what's the reason for that?        12:08:25

18   You know, so you would hear reasons why -- why it        12:08:32

19   has to be done that way and what's the trade-off,        12:08:34

20   but generally that should be -- that should be an        12:08:39

21   issue for the people's representatives, not the          12:08:41

22   board.                                                   12:08:43

Page 79

```
 1      Q.  Got it.                                      12:08:46

 2          Do you know if any part of the previous     12:08:50

 3  DRE system was transferred to the current BMD        12:08:54

 4  system?                                              12:08:59

 5      A.  No, I do not know.                           12:09:00

 6      Q.  Is that something that you discussed among   12:09:05

 7  secretary -- sorry -- State Election Board members?  12:09:09

 8      A.  Yeah, not that I recall.                     12:09:13

 9      Q.  So you were not interested to know whether   12:09:20

10  any part of the previous DRE system was transferred  12:09:24

11  to the current BMD system?                           12:09:28

12          MS. JOHNSON:  Object to form.                12:09:32

13      A.  It actually didn't occur to me until you     12:09:33

14  just asked the question.                             12:09:36

15      Q.  Okay.  Are you familiar with a company       12:09:40

16  Fortalice?                                           12:10:02

17      A.  No.                                          12:10:03

18          THE REPORTER:  Can you spell that?           12:10:03

19          MS. WIESEBRON:  F-O-R-T-A-L-I-C-E.            12:10:06

20          THE REPORTER:  Thank you.                    12:10:10

21          THE WITNESS:  No.                            12:10:14

22      Q.  Okay.  So you're not aware that the          12:10:18
```

Page 80

```
 1   Secretary of State hired Fortalice to conduct      12:10:21

 2   assessments of its IT systems?                      12:10:25

 3       A.  I don't know anything about that company.   12:10:29

 4       Q.  Okay.                                        12:10:35

 5           I guess as the -- does the State Election   12:10:38

 6   Board inquire with the Secretary of State what type 12:10:42

 7   of security measures it has in place for the        12:10:45

 8   Georgia voting?                                      12:10:52

 9       A.  Not a 30,000-foot view, but from a          12:11:00

10   thousand, 1,500-foot view and then if there's      12:11:04

11   anything of particular concern we can drill down on 12:11:08

12   it.  Secretary of State's always been very gracious 12:11:10

13   and helpful and the staff has been very gracious    12:11:13

14   and helpful to provide us any information that      12:11:16

15   we -- that we want to find out.  They're            12:11:18

16   extraordinarily helpful.                            12:11:24

17       Q.  Okay.  So you never asked what type of      12:11:28

18   security measures the Secretary of State put in     12:11:35

19   place for Georgia elections?                        12:11:38

20       A.  From a thousand to 1,500-foot view and      12:11:46

21   then drill down on anything that I wanted to know   12:11:50

22   in particular, but nothing really specific comes to 12:11:52
```

Page 81

1   mind.  But, you know, it's always -- it's always        12:11:55

2   something that you discuss because it's always one       12:11:58

3   of the variables that you take into consideration,       12:12:01

4   well, you know, what are we doing to protect             12:12:04

5   against bad actors.                                      12:12:06

6         So that's -- you know, that's a constant,          12:12:09

7   but, you know, asking can I see this -- can I see        12:12:12

8   how this particular program code is written, no.        12:12:17

9        Q.  Okay.  And so what methods have you             12:12:22

10  discussed with the Secretary of State that they          12:12:35

11  have implemented to protect Georgia elections from       12:12:40

12  security vulnerabilities?                                12:12:43

13       A.  One that comes to mind is the Georgia           12:12:49

14  State Senate there was some sort of inventor fellow      12:12:51

15  who said he had hacked into the system in an             12:12:55

16  ongoing election.  And so you ask did this guy           12:13:00

17  really hack into the system in an ongoing election,     12:13:05

18  and they're like no because, A, he couldn't have         12:13:08

19  gotten into this because it's not possible.  So,         12:13:11

20  you know, that's one instance that pops to mind.         12:13:15

21       So instances that get reported on that              12:13:21

22  raise concerns like this you'll say, okay, give me       12:13:22

Page 82

```
1   the scoop on this and tell me what the answer is,    12:13:27

2   but that's the one that just pops right into my       12:13:30

3   mind.                                                 12:13:32

4        Q.  Have you discussed any preventative          12:13:33

5   methods with the Secretary of State that they have    12:13:36

6   implemented to protect Georgia elections from         12:13:41

7   security vulnerabilities?                             12:13:45

8           MS. JOHNSON:  Object to form.  You can        12:13:47

9   answer.                                               12:13:48

10       A.  It comes up -- it's a constant theme.  So    12:13:48

11  it al- -- you know, it always comes up, but any --    12:13:54

12  the specific instance didn't -- doesn't really come   12:13:57

13  to mind.  But security is something that we're        12:13:59

14  very, very, very, very cognizant of and take very,    12:14:02

15  very seriously.                                       12:14:06

16       Q.  But you're not aware that the Secretary of   12:14:10

17  State hired a company called Fortalice to conduct     12:14:13

18  assessments of its security vulnerabilities?          12:14:17

19       A.  No.  But I'm confident that if I were to     12:14:20

20  ask them to fill me in on it they would -- they       12:14:31

21  would be more than -- more than gracious to do so.    12:14:34

22  They've always been extraordinarily helpful in        12:14:37
```

Page 83

```
 1    answering any questions that I have had on the      12:14:39

 2    board.                                              12:14:41

 3        Q.  Understood.                                 12:14:46

 4            Have you heard complaints from voters       12:14:47

 5    about Georgia's election system being hackable?     12:14:49

 6        A.  Not -- not from people other than interest  12:15:00

 7    groups, but not -- not the general -- not the       12:15:03

 8    general public because, you know, the reporting is  12:15:07

 9    that it's not -- I haven't heard a lot of concern   12:15:16

10    from anybody that's not connected to an interest    12:15:19

11    group.  The general public it just doesn't come up  12:15:23

12    a lot.                                              12:15:26

13        Q.  Okay.                                       12:15:27

14        A.  It did come up a lot with mail.  They       12:15:28

15    did -- yeah, there were a lot -- come to think of   12:15:31

16    it, there were a lot of conversations about mail.   12:15:32

17    A lot of people didn't like -- didn't like the mail 12:15:35

18    and were concerned about ballot harvesting and I'm  12:15:37

19    not sure my ballot's going to get there and I'm not 12:15:42

20    sure my ballot's going to get counted and I'm not   12:15:44

21    sure if somebody's going to mark it when it gets    12:15:48

22    there to the County, if I didn't vote a race        12:15:50
```

Page 84

```
 1   somebody's going to fill it in for me.  So there   12:15:51
 2   was a lot of concern about the mail, but the BMD's  12:15:54
 3   I've heard universally praised from people that     12:15:58
 4   aren't aligned with interest groups.  People love   12:16:03
 5   them.                                               12:16:08
 6       Q.  Have you attended State Election Board      12:16:10
 7   meetings where comments about rules are made from   12:16:13
 8   the general public?                                 12:16:19
 9       A.  Oh, sure.  They have public comment at      12:16:20
10   almost every -- every meeting.                      12:16:25
11       Q.  And during these meetings you don't         12:16:27
12   remember any public comments about security         12:16:28
13   vulnerabilities being a concern?                    12:16:34
14       A.  From people aligned with interest groups,   12:16:38
15   that's a recurring theme.  With particular agendas  12:16:40
16   they will come and repeat their same concerns       12:16:48
17   every -- every meeting, but among the general       12:16:51
18   public it's just not been something that there's    12:16:53
19   been a ground swell of.  I mean, they -- usually a  12:16:56
20   lot of people will identify themselves, I'm         12:17:01
21   so-and-so and I'm from this organization and I'm    12:17:04
22   here because of this, but, you know, the general    12:17:06
```

Page 85

1    public at large, they're more worried about the        12:17:12

2    county didn't send their absentee ballot to them on     12:17:15

3    time.  I don't hear -- I don't hear QR code             12:17:19

4    questions from anybody that's not aligned with an       12:17:24

5    interest group.                                         12:17:26

6         Q.  And does being aligned with an interest        12:17:29

7    group make their concerns any less valid?               12:17:32

8         A.  Well, in some ways it does, in some ways       12:17:39

9    it doesn't.  So let's break that down.                  12:17:42

10            In the way that it does, if they -- what       12:17:45

11   they say evidences that they're merely parroting        12:17:48

12   what they read off the Internet, they lose              12:17:52

13   credibility.  If they come in and give evidence of      12:17:56

14   this is what I did when I was out watching the          12:18:00

15   tabulation and this is what I saw, they have great      12:18:03

16   credibility.                                            12:18:06

17        Q.  You mentioned earlier that some of these       12:18:14

18   interest groups have particular agendas.  What          12:18:16

19   agendas were you thinking about?                        12:18:25

20        A.  There are some that come in and say we         12:18:29

21   don't want any system other than hand-marked paper      12:18:31

22   ballots counted by humans and we won't accept           12:18:34

Page 86

```
 1  anything else, and so that's their -- that's their   12:18:39

 2  view.  So that's okay.  Take it -- you know, take    12:18:40

 3  it to the General Assembly and see if you can get    12:18:41

 4  people to agree with you.                            12:18:43

 5     Q.  Got it.                                       12:18:51

 6         Okay.  I would like to share an exhibit,      12:19:03

 7  but I need to figure this out.  Maybe this is a      12:19:13

 8  good time for a few-minute break if that sounds      12:19:19

 9  good to you.                                         12:19:25

10         MS. JOHNSON:  Tamara, how much longer do      12:19:27

11  you think you're going?  Do you think we'll need a   12:19:28

12  lunch break at some point soon or --                12:19:30

13         MS. WIESEBRON:  That's a good point.          12:19:33

14         MS. JOHNSON:  -- wrapping up soon?            12:19:35

15         THE VIDEOGRAPHER:  Should we go off the       12:19:36

16  record?                                              12:19:38

17         MS. JOHNSON:  Yeah.  Thank you.               12:19:39

18         THE VIDEOGRAPHER:  We're going off the        12:19:40

19  record.  The time is 12:19 p.m.                      12:19:41

20                  (A short break was had.)             12:28:13

21         THE VIDEOGRAPHER:  We're back on the          12:28:40

22  record.  The time is 12:28 p.m.                      12:28:41
```

```
                                                      Page 87
 1   BY MS. WIESEBRON:                              12:28:45

 2       Q.  All right.  So the Veritext software is  12:28:45

 3   working for me again.  So I'm going to introduce an  12:28:50

 4   exhibit, and it's telling me that it's distributing  12:28:53

 5   the file right now.  So hopefully you receive it on  12:28:58

 6   your end as well.                             12:29:08

 7           MS. JOHNSON:  So we're not logged in to  12:29:10

 8   the exhibit share right now.  Is that what you're  12:29:11

 9   using?                                        12:29:14

10           MS. WIESEBRON:  Yeah.  That would be great  12:29:16

11   if you could log in because it started working  12:29:17

12   again, but if not --                          12:29:25

13           MS. JOHNSON:  Okay.                    12:29:26

14           MS. WIESEBRON:  -- find a different way.  12:29:26

15           MS. JOHNSON:  All right.  Let's go off the  12:29:26

16   record for a minute just while we get the exhibit  12:29:27

17   share up.                                     12:29:31

18           THE VIDEOGRAPHER:  We're going off the  12:29:33

19   record.  The time is 12:29 p.m.               12:29:34

20                   (A short break was had.)       12:31:43

21           THE VIDEOGRAPHER:  We're back on the    12:31:51

22   record.  The time is 12:31 p.m.               12:31:52
```

Page 88

| | | |
|---|---|---|
| 1 | (Mashburn Exhibit 1 was marked | 12:31:56 |
| 2 | for identification.) | 12:31:56 |
| 3 | BY MS. WIESEBRON: | 12:31:58 |
| 4 | Q.  All right.  So I've just introduced | 12:31:58 |
| 5 | Exhibit 1.  Have you been able to pull it up on | 12:32:01 |
| 6 | your screen? | 12:32:05 |
| 7 | A.  They told me how and then I've immediately | 12:32:09 |
| 8 | forgotten.  They are very knowledgeable here, but | 12:32:12 |
| 9 | I'm -- okay.  Yep, I've got it.  Exhibit 1, | 12:32:23 |
| 10 | Mashburn.  I've got it. | 12:32:28 |
| 11 | Q.  Okay.  Great. | 12:32:32 |
| 12 | So these are State Election Board minutes | 12:32:39 |
| 13 | pulled from the State Election Board Website.  Do | 12:32:44 |
| 14 | you recognize this document? | 12:32:47 |
| 15 | A.  I recognize the format, yes. | 12:32:50 |
| 16 | Q.  Okay.  And do you see that under "Board | 12:32:53 |
| 17 | members present" there is your name? | 12:32:57 |
| 18 | A.  Yes. | 12:33:04 |
| 19 | Q.  Okay. | 12:33:05 |
| 20 | A.  My name is listed under "Board members | 12:33:05 |
| 21 | present," correct. | 12:33:07 |
| 22 | Q.  And do you see the date of this meeting | 12:33:08 |

Page 89

1   was Friday, February 28th, 2020?                     12:33:11

2       A.  I see that.  Friday, February 28th, 2020,    12:33:15

3   correct.                                             12:33:18

4       Q.  Do you recall attending this meeting?        12:33:20

5       A.  I don't have an independent recollection     12:33:25

6   of it, no.                                           12:33:27

7       Q.  Okay.                                         12:33:28

8           I'd like to scroll to page 2.  There under   12:33:29

9   Roman numeral 4 there's a "Presentation of rules     12:33:40

10  petition"; do you see that?                          12:33:44

11      A.  Yes.  Roman numeral 4, "Presentation of      12:33:45

12  rules petition."                                     12:33:49

13      Q.  Is it fair to assume that this list are      12:33:51

14  proposed rules that you discussed during the         12:33:55

15  meeting?                                             12:33:57

16      A.  Our minutes are usually very accurate.  So   12:34:00

17  the minutes that we are presented with and approve   12:34:03

18  I trust, yes.                                        12:34:06

19      Q.  Proposed rule 5 says "Preservation of        12:34:10

20  memory cards"; do you see that?                      12:34:13

21      A.  Yes, "Proposed rule 5, preservation of       12:34:17

22  memory cards."                                       12:34:22

Page 90

```
 1        Q.  Do you know what function memory cards      12:34:23

 2   serve in the current election system?               12:34:26

 3           MS. JOHNSON:  (Inaudible).                   12:34:37

 4           THE REPORTER:  I'm sorry.  Melanie, if you   12:34:38

 5   said something I didn't hear.                        12:34:40

 6           MS. JOHNSON:  I'm sorry.  I said object to   12:34:41

 7   form and that he can answer.                         12:34:44

 8        A.  Yeah.  I actually don't recall in this --   12:34:46

 9   in the context.  I don't recall what kind of memory  12:34:49

10   cards we're talking about.                           12:34:52

11        Q.  Okay.  Do you know whether Georgia has any  12:34:54

12   policies or regulation in place to ensure a secure   12:34:59

13   chain of custody for memory cards?                   12:35:05

14        A.  I'd have to look it up.                     12:35:08

15           MS. JOHNSON:  Same objection.                12:35:10

16           THE WITNESS:  I'm sorry.                     12:35:11

17           MS. JOHNSON:  That's okay.                   12:35:11

18           THE WITNESS:  I'd have to look it up.        12:35:13

19        Q.  Okay.                                       12:35:14

20           Do you recall at any other time besides      12:35:20

21   this meeting discussing memory cards?                12:35:22

22        A.  This refreshes my recollection slightly in  12:35:34
```

Page 91

1    that I think I recall this is the meeting where      12:35:38

2    someone came and voiced strong displeasure with me   12:35:39

3    after the meeting about memory cards, but I don't    12:35:43

4    remember much more about that.                       12:35:46

5        Q.  You don't recall what the concern or         12:35:50

6    displeasure was about?                               12:35:53

7        A.  No.  It was -- other than it was             12:35:54

8    strenu- -- strenuously made.  That's all I recall.   12:35:58

9    One person.                                          12:36:02

10       Q.  Understood.                                   12:36:05

11           Okay.  Let's go to the next page where        12:36:07

12   under Roman numeral 5 it says "Presentation and      12:36:13

13   consideration of State Election Board previously      12:36:18

14   proposed amended rules"; do you see that?            12:36:21

15       A.  Yep.  You read it correctly.                  12:36:24

16       Q.  Awesome.                                       12:36:27

17           All right.  Under -- 183-1-12-.04 is          12:36:29

18   titled "Storage, maintenance, and transport of       12:36:38

19   statewide voting system components"; do you see      12:36:43

20   that?                                                12:36:48

21       A.  Yes.                                          12:36:51

22       Q.  Do you recall what that rule was about?      12:36:51

Page 92

```
 1      A.  No.                                        12:36:55

 2      Q.  Do you recall discussing at any other time  12:36:58

 3   rules or regulations related to the storage,      12:37:00

 4   maintenance, and transport of statewide voting    12:37:04

 5   system components?                                12:37:07

 6      A.  It comes up as a general topic, it's       12:37:10

 7   something we're always cognizant of, but I don't  12:37:13

 8   recall any particular -- I don't have any         12:37:17

 9   independent recollection of this particular rule or 12:37:20

10   discussion about this particular rule.  But it's  12:37:23

11   something we're always concerned about.           12:37:27

12      Q.  But you cannot sitting here today recall    12:37:30

13   what measures are put in place to ensure the      12:37:34

14   security of voting system components?             12:37:37

15      A.  No.  I'd have to look it up.               12:37:39

16      Q.  Okay.                                       12:37:42

17          If you look two I guess sentences down at  12:37:45

18   "Logic and accuracy testing"; do you see that?   12:37:54

19      A.  Yes.  You read it correctly.              12:37:58

20      Q.  Do you see -- do you understand what      12:38:03

21   "Logic and accuracy testing" refers to?          12:38:05

22      A.  No.  Regretfully I do remember that I used 12:38:14
```

Page 93

```
 1   logic and accuracy testing and audit incorrectly      12:38:18

 2   one time and George Balboni (phonetic) yelled at       12:38:23

 3   me, but other than that I don't -- I don't recall      12:38:25

 4   its definition.                                        12:38:28

 5        Q.  Okay.  And is that something you discussed    12:38:32

 6   with State Election Board members other than at        12:38:35

 7   this meeting?                                          12:38:39

 8        A.  No.  And generally the State Election         12:38:41

 9   Board members do not discuss things outside of the     12:38:44

10   meeting.  I was very surprised when I came on the      12:38:47

11   board that all of our discussions are -- are very      12:38:50

12   public.  There's not a -- there's not a back           12:38:54

13   channel.                                               12:38:57

14        Q.  Got it.  So when there's a rule proposed      12:38:58

15   for, you know, a concept like logic and accuracy       12:39:02

16   testing which may not, you know, be part of our        12:39:08

17   day-to-day lives, what type of information is given    12:39:10

18   to you to be able to decide whether or not to vote     12:39:15

19   on a particular rule?                                  12:39:22

20           MS. JOHNSON:  Object to form.  You can         12:39:25

21   answer.                                                12:39:27

22        A.  We get a copy of the rule, we read it very    12:39:27
```

Page 94

```
 1   carefully, we determine whether or not this is        12:39:31

 2   something that we're authorized to do or whether      12:39:34

 3   this should be done by the people's representatives   12:39:37

 4   in the Georgia General Assembly, do we have the       12:39:39

 5   authority to do it in the first place, what is it     12:39:42

 6   asking us to do, make sure we understand what --      12:39:45

 7   what's being requested, make sure how it works in     12:39:48

 8   the real world, apply my knowledge as having been a   12:39:52

 9   poll watcher and a tabulation monitor for many,       12:39:56

10   many years to say, well, how is this going to work,   12:39:59

11   what -- what protections do you have against bad      12:40:02

12   actors, and then if it -- and if it asks -- have      12:40:05

13   any further questions we ask the Secretary of State   12:40:11

14   and their staff.  And it is also given a summary to   12:40:13

15   us by usually Ryan Germany at the meeting as to       12:40:19

16   what it's going to say, and then we'll discuss it     12:40:23

17   and then we'll vote on it.                            12:40:25

18       Q.  Got it.                                       12:40:33

19           You're not given any like detailed           12:40:34

20   information about how these rules would affect the    12:40:38

21   operation of voting equipment?                        12:40:43

22           MS. JOHNSON:  Object to form.  You can        12:40:49
```

Page 95

```
 1   answer.                                        12:40:50

 2        A.  Sometimes -- sometimes, but not often.   12:40:52

 3   That's one of the things that when you had David   12:40:55

 4   Worley on the board, you had somebody there for a   12:41:00

 5   really long time who knew a lot about it.        12:41:03

 6   Rebecca's been on the board a long time, Ahn's been   12:41:06

 7   on the board a long time, I've been doing it a long   12:41:10

 8   time.  So, you know, you have good people who know   12:41:13

 9   a lot about it, who've seen it being done in      12:41:15

10   practice.  So -- but to the extent we ever ask for   12:41:18

11   information, the Secretary of State's office is    12:41:23

12   very free and very accommodating and gives us what   12:41:24

13   we need.                                         12:41:28

14        Q.  Got it.                                 12:41:33

15            Now, the last proposed rule on this list   12:41:37

16   pertains to the "Use of emergency paper ballots    12:41:40

17   when voting machines are inaccessible"; do you see   12:41:43

18   that?                                            12:41:46

19        A.  I see that.                             12:41:50

20        Q.  Do you recall what that rule was about?   12:41:50

21        A.  I'd have to look it up.                 12:41:56

22        Q.  Under what circumstances would machine    12:41:58
```

Page 96

1    voting be inaccessible?                              12:42:03

2        A.  If the machines aren't there, if there's    12:42:07

3    problem with electricity, if there's problem with   12:42:12

4    what's been loaded on to them, those are three      12:42:18

5    circumstances that I would think would probably fit 12:42:22

6    into the word "inaccessible," but otherwise I'd      12:42:25

7    have to look up the statute.                         12:42:28

8        Q.  And have you heard of any situations in     12:42:36

9    the 2020 or 2021 elections where machines were      12:42:40

10   inaccessible?                                        12:42:45

11       A.  None -- none that I recall with             12:42:50

12   particularity.  General -- general foggy memory of  12:42:52

13   there was -- there's your standard issue when --    12:42:59

14   when a tech needs to show up and do something, but  12:43:01

15   nothing with particularity.                          12:43:06

16       Q.  Do you recall -- what do you recall         12:43:09

17   that -- issues where technicians need to show up?   12:43:15

18       A.  Just you remember when polls stayed open    12:43:21

19   late and you say, well, why did it stay open late,  12:43:23

20   and they say, well, because we had a problem        12:43:26

21   starting the machine and we had to wait for the     12:43:29

22   tech to show up.                                     12:43:32

Page 97

1      Q.  Okay.  And do you recall for which      12:43:35

2  elections those machines --                     12:43:37

3      A.  No.  I just -- I'm sorry.  I interrupted  12:43:39

4  you again.  I'm sorry about that.               12:43:42

5      Q.  No problem.                             12:43:44

6      A.  Go ahead and ask your question.  I'm    12:43:45

7  sorry.                                          12:43:46

8      Q.  Okay.  I'll just repeat it.  That's fine.  12:43:47

9          Let's see.  Do you recall for which     12:43:55

10  elections those machines required technicians to  12:43:57

11  solve issues?                                   12:44:03

12      A.  It's pretty much every election there will  12:44:04

13  be some kind of glitch.                         12:44:07

14      Q.  Got it.  And when there's a glitch on a  12:44:09

15  machine does that prevent voters from casting their  12:44:13

16  ballots?                                        12:44:19

17          MS. JOHNSON:  Object to form.  You can  12:44:21

18  answer.                                         12:44:22

19      A.  Yeah.  For example, if there's no       12:44:24

20  electricity to the machines, they wouldn't be able  12:44:26

21  to cast a ballot on the machine.                12:44:28

22      Q.  And if the machine isn't working properly,  12:44:34

Page 98

```
 1   they wouldn't be able to cast the ballot on the      12:44:38

 2   machine either, right?                                12:44:41

 3        A.  Whatever made the machine inaccessible,     12:44:43

 4   agreed.                                               12:44:45

 5        Q.  There's another rule on the next page here  12:44:57

 6   about "Optical scan recount procedure"; do you see   12:45:01

 7   that?                                                 12:45:07

 8        A.  Yes, I do.                                   12:45:09

 9        Q.  Do you know what that rule was about?       12:45:11

10        A.  No.  I'd have to look it up.                12:45:13

11        Q.  Okay.  Do you recall whether at any point   12:45:16

12   the State Election Board discussed a different       12:45:31

13   recount procedure than the one we already discussed  12:45:36

14   earlier today?                                        12:45:42

15        A.  Not that I recall.                          12:45:44

16        Q.  Did the State Election Board have any       12:45:51

17   decision-making power on deciding how to run         12:45:58

18   election recounts?                                    12:46:05

19            MS. JOHNSON:  Object to form.               12:46:07

20        A.  I don't recall.                             12:46:10

21        Q.  Okay.                                        12:46:14

22        A.  I'd have to -- I'd have to look up any      12:46:15
```

Page 99

```
1    rule that purports to say that, but I don't -- I      12:46:17

2    don't have an independent recollection of it.         12:46:21

3        Q.  Okay.                                         12:46:23

4            And I think we might have covered this        12:46:26

5    earlier, but I just want to make sure I understand    12:46:28

6    correctly.  Does the State Election Board have any    12:46:31

7    role on deciding whether to move forward with         12:46:36

8    audits or not?                                        12:46:38

9        A.  I'd have to look -- I'd have to look that      12:46:44

10   up.  I -- none that -- none come to my mind.          12:46:46

11       Q.  Okay.                                         12:46:50

12       A.  But I'd have to look it up to be sure.        12:46:53

13       Q.  Understood.                                   12:46:56

14           Do you recall at any point being asked as     12:46:57

15   a member of the State Election Board whether you      12:47:00

16   recommend going forward with an audit?                12:47:05

17       A.  I've never been asked whether I recommend     12:47:15

18   going forward with an audit.  I've had complete and   12:47:18

19   utter strangers stop me in restaurants and demand a   12:47:23

20   full forensic audit of the presidential election     12:47:28

21   more times than is comfortable.                       12:47:34

22       Q.  Right.                                        12:47:40
```

Page 100

```
 1       A.  But they never have explained what that    12:47:40

 2   meant.  I always ask them what do you -- what do    12:47:42

 3   you mean by that, and no one's been able to tell    12:47:44

 4   me.                                                 12:47:46

 5       Q.  And you mentioned earlier that you          12:47:47

 6   assist -- that you witnessed at least part of the   12:47:49

 7   Fulton County recount for a primary race.  Was      12:47:53

 8   any --                                              12:47:58

 9       A.  I think --                                  12:47:59

10       Q.  I'm sorry?                                  12:48:00

11       A.  I think it was the primary.                 12:48:01

12       Q.  Okay.  What you think was a primary race,   12:48:03

13   do you recall if any other State Election Board     12:48:07

14   member was there with you?                          12:48:11

15       A.  I was the only one.                         12:48:14

16       Q.  Okay.                                       12:48:22

17           And so when discussing the -- the rules     12:48:24

18   about recount procedure do you recall whether you   12:48:33

19   discussed whether individual ballots should be      12:48:39

20   compared to the machine-casted ballot?             12:48:44

21       A.  That sounds like something I would have     12:48:55

22   recalled if it came up just because it's so         12:48:57
```

Page 101

```
 1  preposterous, but I don't recall it coming up.  I      12:49:00
 2  would have recalled it if it came up because I         12:49:04
 3  would have had a very adverse reaction.                12:49:06
 4      Q.  Okay.  So fair to say that in any audits       12:49:10
 5  that took place while you were on the State            12:49:20
 6  Election Board the audits did not check the QR code    12:49:26
 7  against a human readable selection for each ballot     12:49:30
 8  during the audit?                                      12:49:36
 9          MS. JOHNSON:  Object to form.  You can         12:49:38
10  answer.                                                12:49:39
11      A.  Correct.  I've only seen it done in            12:49:40
12  batches, and it only makes sense to me to do it in     12:49:42
13  batches.                                               12:49:46
14      Q.  Understood.  We can take the exhibit down      12:49:47
15  or at least you can stop looking at it if you want.    12:49:57
16          Is privacy important to you as a State         12:50:06
17  Election Board member?                                 12:50:10
18      A.  Super critical.                                12:50:13
19          MS. JOHNSON:  Object to form.  You can         12:50:14
20  answer.                                                12:50:16
21          THE WITNESS:  I'm sorry.  Super critical.      12:50:16
22      Q.  Have you heard --                              12:50:19
```

Page 102

```
 1        A.  superduper critical.                  12:50:19

 2        Q.  Good.                                 12:50:25

 3            Have you heard voters complain that the   12:50:26

 4   BMD screens are large?                         12:50:28

 5        A.  I have only heard it from interest groups   12:50:33

 6   and they had two witnesses in the Athens case I   12:50:39

 7   think that didn't like that the screens were large,   12:50:43

 8   but in general I've not heard that from the general   12:50:45

 9   public.                                        12:50:49

10        Q.  Okay.                                 12:50:56

11        A.  And I think -- I think the Athens-Clarke   12:50:57

12   County chair of the Board of Elections complained   12:51:00

13   about the screens being large too in that same   12:51:02

14   case, but that's not something I've heard from the   12:51:05

15   general public.                                12:51:07

16        Q.  Do these complaints about the voter    12:51:09

17   screens being too large concern you?           12:51:11

18        A.  No.                                   12:51:14

19        Q.  Would it concern you if someone could see   12:51:17

20   what you're choosing to vote at the time that   12:51:23

21   you're voting?                                 12:51:25

22        A.  I would -- I would immediately know    12:51:31
```

Page 103

1    because I stand close to the machine and block the      12:51:35

2    machine with my body.  And so if someone was            12:51:38

3    leaning in to my personal space to inspect my           12:51:41

4    ballot I would -- I would have an inquiry as to         12:51:43

5    that, but my experience in using the machine is         12:51:48

6    that I feel very confident and comfortable that         12:51:52

7    I've blocked the screen with my body and not            12:51:55

8    concerned at all that someone's looking without me      12:52:00

9    knowing.                                                12:52:02

10       Q.  Have you discussed the size of the screens      12:52:04

11   among State Election Board members?                     12:52:09

12       A.  I don't recall that as a big topic, no.         12:52:14

13       Q.  Do you recall it ever coming up as a topic      12:52:19

14   of conversation?                                        12:52:22

15       A.  It came up in the Athens-Clarke County          12:52:24

16   case, but I don't remember the board talking about      12:52:26

17   it.  Interest groups will talk about it, but I          12:52:30

18   don't remember the board having any -- expressing       12:52:34

19   concerns about it.                                      12:52:37

20       Q.  Do you know how poll workers are trained        12:52:43

21   in Georgia?                                             12:52:48

22           MS. JOHNSON:  Object to form.  You can          12:52:50

Page 104

```
 1  answer.                                         12:52:51

 2       A.  Generally, but not specifically.       12:52:53

 3       Q.  Is the State Election Board involved at 12:52:57

 4  all in deciding how poll workers are trained?    12:52:59

 5       A.  Tangentially we will make suggestions and 12:53:07

 6  we will hear people with suggestions about how this 12:53:09

 7  poll worker -- and we'll even have cases -- this  12:53:14

 8  poll worker did this right or wrong, and we will -- 12:53:17

 9  some of the remedies that we impose is that the   12:53:21

10  poll worker will be trained in a -- in a particular 12:53:26

11  way to be better.  So we'll get it in those -- in 12:53:29

12  those ways, but the Secretary of State's office has 12:53:33

13  a very good -- or had a very good trainer who did a 12:53:36

14  really good job and was very accessible to the    12:53:43

15  county.  So what I -- you know, what I was hearing 12:53:46

16  was very positive, that he was very accessible and 12:53:51

17  good, and I think he's left for another job.  So   12:53:54

18  we're generally involved, but not specifically    12:53:59

19  involved unless we're required in very specific    12:54:01

20  circumstances.                                    12:54:05

21       Q.  And do you know whether poll workers are 12:54:16

22  trained specifically on how to deal with issues   12:54:21
```

1    with BMD machines?                                    12:54:26

2        A.  I've heard -- I mean, I've heard -- I've      12:54:32

3    heard lots of conversations about their training      12:54:36

4    and they're getting used to the machines and thing    12:54:40

5    like that, sure.                                      12:54:45

6        Q.  Have you heard voters complain about poll     12:54:47

7    workers not being able to help them when BMD's        12:54:50

8    malfunction?                                          12:54:57

9        A.  Yeah, we get -- we have gotten some           12:54:59

10   complaints where they were frustrated that they had  12:55:04

11   to wait on the tech.  There were also some issues     12:55:06

12   in that some poll workers who had never hooked a      12:55:13

13   printer up at their own home were trying to hook up   12:55:18

14   printers.  So, you know, we work very hard with the   12:55:23

15   counties to try and remedy that and get that done.    12:55:26

16   And there were some remedy about having technicians   12:55:31

17   be more available, but I don't recall the specifics   12:55:36

18   of it.                                                12:55:38

19       Q.  Do you know whether poll worker training      12:55:43

20   has been changed since switching over from DRE's to   12:55:47

21   BMD's?                                                12:55:55

22           MS. JOHNSON:  Object to form.  You can        12:55:56

Page 106

```
 1  answer.                                            12:55:57

 2      A.  It's a whole new system.  So yeah.  Yeah.   12:55:59

 3      Q.  Is it important to you as a State Election  12:56:20

 4  Board member that every county in Georgia has       12:56:26

 5  sufficient election equipment for all voters that   12:56:29

 6  want to cast a ballot?                              12:56:31

 7          MS. JOHNSON:  Object to form.               12:56:33

 8      A.  Yes.  We -- we work very hard with the      12:56:37

 9  counties to make sure they have everything that     12:56:40

10  they need, and, in fact, on election day I'll       12:56:42

11  frequently go to precincts and ask how things are   12:56:47

12  going and people will say tell the superintendent   12:56:51

13  that we need more gloves.  And so I'll call the      12:56:56

14  superintendent and say I just came from X precinct  12:57:01

15  and they said they need more gloves, please.  So    12:57:05

16  yeah, we work very hard with the counties and the   12:57:08

17  Secretary of State's office works very hard with    12:57:12

18  the counties.                                       12:57:14

19      Q.  That's more difficult to do with BMD        12:57:15

20  machines, right?                                    12:57:18

21      A.  Than what?                                  12:57:20

22      Q.  Than just -- if you realize that you don't  12:57:21
```

Page 107

| | | |
|---|---|---|
| 1 | have enough BMD machines just calling someone up | 12:57:24 |
| 2 | and asking them to send over a new machine. | 12:57:27 |
| 3 | A.  Yeah.  I just only have vague memories | 12:57:33 |
| 4 | about it, but nothing specific.  But I do have | 12:57:37 |
| 5 | vague memories about machines going out of service | 12:57:40 |
| 6 | and whatnot, but I don't have specific memories | 12:57:43 |
| 7 | about it. | 12:57:45 |
| 8 | Q.  Do you know whether it takes time to get a | 12:57:53 |
| 9 | machine ready in time for elections? | 12:58:00 |
| 10 | MS. JOHNSON:  Object to form. | 12:58:05 |
| 11 | A.  Sure, there's a lot of preparation.  Every | 12:58:08 |
| 12 | system has preparation. | 12:58:12 |
| 13 | Q.  I'm just reading over my notes to make | 12:58:34 |
| 14 | sure I'm not leaving anything out. | 12:58:36 |
| 15 | A.  Understandable. | 12:58:40 |
| 16 | MS. WIESEBRON:  Okay.  I think that's all | 12:59:22 |
| 17 | the questions I had.  So unless your counsel has | 12:59:24 |
| 18 | more questions for you, I'd like to thank you very | 12:59:27 |
| 19 | much for your time.  I really appreciate you making | 12:59:30 |
| 20 | the time to be here today. | 12:59:34 |
| 21 | THE WITNESS:  My pleasure. | 12:59:37 |
| 22 | MS. JOHNSON:  I don't have any questions | 12:59:39 |

Page 108

1    for Mr. Mashburn.                                    12:59:40

2         THE VIDEOGRAPHER:  This marks the end of  12:59:44

3    the deposition.  We're going off the record.  The  12:59:45

4    time is 12:59 p.m.                                  12:59:47

5                    (Whereupon, at 12:59 p.m. the  11:13:15

6                     taking of the instant         11:13:15

7                     deposition ceased.)           11:13:15

8                                                    11:13:15

9                                                    11:13:15

10                                                   11:13:15

11                                                   11:13:15

12                                                   11:13:15

13                                                   11:13:15

14                                                   11:13:15

15                                                   11:13:15

16                                                   11:13:15

17                                                   11:13:15

18                                                   11:13:15

19                                                   11:13:15

20                                                   11:13:15

21                                                   11:13:15

22                                                   11:13:15

Page 109

1      CERTIFICATE OF SHORTHAND REPORTER-NOTARY PUBLIC

2              I, TINA M. ALFARO, Registered Professional

3      Reporter, Certified Realtime Reporter, and Notary

4      Public, the officer before whom the foregoing

5      deposition was taken, do hereby certify that the

6      foregoing transcript is a true and correct record

7      of the testimony given; that said testimony was

8      taken by me stenographically and thereafter reduced

9      to typewriting under my direction; that reading and

10     signing was requested; and that I am neither

11     counsel for, related to, nor employed by any of the

12     parties to this case and have no interest,

13     financial or otherwise, in its outcome.

14             IN WITNESS WHEREOF, I have hereunto set my

15     hand and affixed my notarial seal this 17th day of

16     November, 2021.

17

18     My Commission expires October 31, 2025.

19     _Tina M. Alfaro_

20     _____

21     NOTARY PUBLIC IN AND FOR THE

22     DISTRICT OF COLUMBIA

1    Melanie Johnson, Esquire

2    melanie.johnson@robbinsfirm.com

3                         November 17, 2021

4    RE: Curling, Donna  v. Raffensperger, Brad

5        11/4/2021, Matthew Mashburn (#4880309)

6        The above-referenced transcript is available for

7    review.

8        Within the applicable timeframe, the witness should

9    read the testimony to verify its accuracy. If there are

10   any changes, the witness should note those with the

11   reason, on the attached Errata Sheet.

12       The witness should sign the Acknowledgment of

13   Deponent and Errata and return to the deposing attorney.

14   Copies should be sent to all counsel, and to Veritext at

15   cs-midatlantic@veritext.com

16

17    Return completed errata within 30 days from

18   receipt of testimony.

19     If the witness fails to do so within the time

20   allotted, the transcript may be used as if signed.

21

22                   Yours,

23               Veritext Legal Solutions

24

25

1    Curling, Donna  v. Raffensperger, Brad

2    Matthew Mashburn (#4880309)

3                  E R R A T A   S H E E T

4    PAGE_____ LINE_____ CHANGE_____

5    _____

6    REASON_____

7    PAGE_____ LINE_____ CHANGE_____

8    _____

9    REASON_____

10   PAGE_____ LINE_____ CHANGE_____

11   _____

12   REASON_____

13   PAGE_____ LINE_____ CHANGE_____

14   _____

15   REASON_____

16   PAGE_____ LINE_____ CHANGE_____

17   _____

18   REASON_____

19   PAGE_____ LINE_____ CHANGE_____

20   _____

21   REASON_____

22

23   _____    _____

24   Matthew Mashburn Date

25

1    Curling, Donna  v. Raffensperger, Brad

2    Matthew Mashburn (#4880309)

3                ACKNOWLEDGEMENT OF DEPONENT

4      I, Matthew Mashburn, do hereby declare that I

5    have read the foregoing transcript, I have made any

6    corrections, additions, or changes I deemed necessary as

7    noted above to be appended hereto, and that the same is

8    a true, correct and complete transcript of the testimony

9    given by me.

10

11   _____ _____

12   Matthew Mashburn Date

13   *If notary is required

14              SUBSCRIBED AND SWORN TO BEFORE ME THIS

15             _____ DAY OF _____, 20___.

16

17

18             _____

19             NOTARY PUBLIC

20

21

22

23

24

25