# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:17-cv-02989-AT
## Curling et al v. Raffensperger et al
## Honorable Amy Totenberg

Minute Sheet for proceedings held In Chambers on 04/07/2022.

TIME COURT COMMENCED: 03:00 P.M.
TIME COURT CONCLUDED: 04:45 P.M.        COURT REPORTER: Melissa Brock
TIME IN COURT: 1:45                     DEPUTY CLERK: Harry Martin
OFFICE LOCATION: Atlanta

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Bruce Brown representing Coalition for Good Governance<br>Kaye Burwell representing The Fulton County Board of Registration and Elections<br>David Cross representing Donna Curling<br>Carey Miller representing Brad Raffensperger |
| PROCEEDING CATEGORY: | Telephone Conference(Motion Hearing Non-evidentiary); |
| MINUTE TEXT: | See Transcript |
| HEARING STATUS: | Hearing Concluded |