# Exhibit D

```
                  AIO Acceptance Test 4R6VN23  Tue 06_08_2021.txt
All-In-One Acceptance Test Hash Verification
-
HASH Results for IMAGECAST CENTRAL
SHA256 hash of file C:\Program Files (x86)\Dominion Voting Systems\ImageCast
Central\bin\ImageCast Central.exe:
███████████████████████████████████████████████
█████████
CertUtil: -hashfile command completed successfully.
-
COMPARING files WORKSTATION_VERIFY.TXT to CONTROL.TXT
Comparing files D:\AT_HASH_VERIFY\AIO_VERIFY\COFFEE-CO-ICC01 ACCEPTANCE TEST TUE
06_08_2021\AIO Acceptance Test 4R6VN23  Tue 06_08_2021.txt and
D:\AT_HASH_VERIFY\AIO_VERIFY\CONTROL_2021.TXT
FC: no differences encountered

***If HASH values do not match control values, contact the Center for Election
Systems.
-
Serial - 4R6VN23
Computer Name - COFFEE-CO-ICC01
Date - Tue 06/08/2021
Time - 14:56:22.32
```

Page 1

```
                    CF2CH03_EMS_HASH_Verification.txt
EMS Acceptance Test - Hash Verify
-
HASH Results for ELECTION EVENT DESIGNER
SHA256 hash of file C:\Program Files\Dominion Voting Systems\Election Event
Designer\DVS.DemocracySuite.ElectionEventDesigner.exe:
████████████████████████████████████████████████████████████
██████████
CertUtil: -hashfile command completed successfully.
-
HASH Results for RESULTS TALLY
SHA256 hash of file C:\Program Files\Dominion Voting Systems\Results Tally and
Reporting\DVS.DemocracySuite.ResultTally.exe:
████████████████████████████████████████████████████████████
██████████
CertUtil: -hashfile command completed successfully.
-
HASH Results for ADJUDICATION CLIENT
SHA256 hash of file C:\Program Files (x86)\Dominion Voting Systems\Adjudication
Client\AdjudicationClient.exe:
████████████████████████████████████████████████████████████
██████████
CertUtil: -hashfile command completed successfully.
-
HASH Results for IMAGECAST X Localization
SHA256 hash of file
C:\NAS\Common\Resources\ImageCast_X\localizations\en_1_localization.json:
████████████████████████████████████████████████████████████
██████████
CertUtil: -hashfile command completed successfully.
-
HASH Results for COMMON DCF
SHA256 hash of file C:\NAS\Common\DCF_5.4.01_20170521.dcf:
████████████████████████████████████████████████████████████
██████████
CertUtil: -hashfile command completed successfully.
-
HASH Results for BEHAVIOR SETTINGS
SHA256 hash of file C:\NAS\Common\behaviorsettings_5.2.17_EAC_20170619.mbs:
████████████████████████████████████████████████████████████
██████████
CertUtil: -hashfile command completed successfully.
-
HASH Results for COMMON MCF
SHA256 hash of file C:\NAS\Common\MCF_5.5.10.19_20180706.mcf:
████████████████████████████████████████████████████████████
██████████
CertUtil: -hashfile command completed successfully.
-
                                   Page 1
```

```
                    CF2CH03_EMS_HASH_Verification.txt
COMPARING files EMS HASH VERIFICATION.TXT to CONTROL.TXT
Comparing files E:\AT_HASH_VERIFY\EMS_VERIFY\EMSSERVER ACCEPTANCE TEST TUE
06_08_2021\CF2CH03_EMS_HASH_Verification.txt and
E:\AT_HASH_VERIFY\EMS_VERIFY\CONTROL_2021.TXT
FC: no differences encountered

***If HASH values do not match control values, contact the Center for Election
Systems.
-
Serial - CF2CH03
Computer Name - EMSSERVER
Date - Tue 06/08/2021
Time - 14:45:04.26
```

# Election Summary Report

General Election

ANYWHERE

July 01, 2020

Summary for: All Contests, All Districts, All Tabulators, All Counting Groups

Coffee County Acceptance Test

Chris bellew

06/08/2021

CF2CH03

Summary Total

Precincts Reported: 0 of 4 (0.00%)

Registered Voters: 26 of 0 (N/A)

Ballots Cast: 26

## District Attorney (Vote for 1)

Precincts Reported: 0 of 2 (0.00%)

|  | Total | |
|---|---|---|
| Times Cast | 0 / 0 | N/A |

| Candidate | Party | Total | |
|---|---|---|---|
| LOVELL HALL | R | 0 | |
| TONY HOLLEY | D | 0 | |
| ENRIQUE PEREZ | L | 0 | |
| BRENDA LUKE | I | 0 | |
| Total Votes | | 0 | |

|  | Total | |
|---|---|---|
| Unresolved Write-In | 0 | |

## Judge of the Probate Court (Vote for 1)

Precincts Reported: 0 of 2 (0.00%)

|  | Total | |
|---|---|---|
| Times Cast | 26 / 0 | N/A |

| Candidate | Party | Total | |
|---|---|---|---|
| KENYA ADAMS | R | 4 | |
| ARMANDO HERNANDEZ | D | 4 | |
| TOM DOOLIN | L | 4 | |
| CHRIS JEFFERY | I | 4 | |
| Total Votes | | 16 | |

|  | Total | |
|---|---|---|
| Unresolved Write-In | 4 | |

## County Commissioner At Large (Vote for 1)

Precincts Reported: 0 of 4 (0.00%)

|  | Total |  |
|---|---|---|
| Times Cast | 26 / 0 | N/A |

| Candidate | Party | Total |  |
|---|---|---|---|
| KALISA TAYLOR | R | 4 |  |
| JIM "COACH" WEAM | D | 4 |  |
| CHERYL WHATLEY | L | 4 |  |
| TED SKINNER | G | 4 |  |
| Total Votes |  | 16 |  |

|  |  | Total |  |
|---|---|---|---|
| Unresolved Write-In |  | 4 |  |

## County Board of Education At Large (Vote for 2)

Precincts Reported: 0 of 4 (0.00%)

|  | Total |  |
|---|---|---|
| Times Cast | 26 / 0 | N/A |

| Candidate | Party | Total |  |
|---|---|---|---|
| RAYMOND O. COBB, JR. |  | 4 |  |
| BRITIAN J. WILLIAMS |  | 4 |  |
| PETER WOOD |  | 4 |  |
| MARY YARLETT |  | 4 |  |
| Total Votes |  | 16 |  |

|  |  | Total |  |
|---|---|---|---|
| Unresolved Write-In |  | 8 |  |

## SPLOST - EDUCATION (Vote for 1)

Precincts Reported: 0 of 4 (0.00%)

|  | Total |  |
|---|---|---|
| Times Cast | 26 / 0 | N/A |

| Candidate | Party | Total |  |
|---|---|---|---|
| YES |  | 4 |  |
| NO |  | 4 |  |
| Total Votes |  | 8 |  |

|  |  | Total |  |
|---|---|---|---|
| Unresolved Write-In |  | 0 |  |

# SUNDAY LIQUOR SALES (Vote for 1)

Precincts Reported: 0 of 4 (0.00%)

|  | Total |  |
|---|---|---|
| Times Cast | 26 / 0 | N/A |

| Candidate | Party | Total |  |
|---|---|---|---|
| YES |  | 4 |  |
| NO |  | 4 |  |
| Total Votes |  | 8 |  |

|  |  | Total |  |
|---|---|---|---|
| Unresolved Write-In |  | 0 |  |

# Election Summary Report

General Election

ANYWHERE

July 01, 2020

Summary for: All Contests, All Districts, All Tabulators, All Counting Groups

Coffee County Acceptance Test

Chris bellew

06/08/2021

CF2CH03

Zero Total

Precincts Reported: 0 of 4 (0.00%)

Registered Voters: 0 of 0 (N/A)

Ballots Cast: 0

## District Attorney (Vote for 1)

Precincts Reported: 0 of 2 (0.00%)

|  | Total |  |
|---|---|---|
| Times Cast | 0 / 0 | N/A |

| Candidate | Party | Total |  |
|---|---|---|---|
| LOVELL HALL | R | 0 |  |
| TONY HOLLEY | D | 0 |  |
| ENRIQUE PEREZ | L | 0 |  |
| BRENDA LUKE | I | 0 |  |
| Total Votes |  | 0 |  |

|  | Total |  |
|---|---|---|
| Unresolved Write-In | 0 |  |

## Judge of the Probate Court (Vote for 1)

Precincts Reported: 0 of 2 (0.00%)

|  | Total |  |
|---|---|---|
| Times Cast | 0 / 0 | N/A |

| Candidate | Party | Total |  |
|---|---|---|---|
| KENYA ADAMS | R | 0 |  |
| ARMANDO HERNANDEZ | D | 0 |  |
| TOM DOOLIN | L | 0 |  |
| CHRIS JEFFERY | I | 0 |  |
| Total Votes |  | 0 |  |

|  | Total |  |
|---|---|---|
| Unresolved Write-In | 0 |  |

## County Commissioner At Large (Vote for 1)

Precincts Reported: 0 of 4 (0.00%)

|  | Total |  |
|---|---|---|
| Times Cast | 0 / 0 | N/A |

| Candidate | Party | Total |  |
|---|---|---|---|
| KALISA TAYLOR | R | 0 |  |
| JIM "COACH" WEAM | D | 0 |  |
| CHERYL WHATLEY | L | 0 |  |
| TED SKINNER | G | 0 |  |
| Total Votes |  | 0 |  |

|  |  | Total |  |
|---|---|---|---|
| Unresolved Write-In |  | 0 |  |

## County Board of Education At Large (Vote for 2)

Precincts Reported: 0 of 4 (0.00%)

|  | Total |  |
|---|---|---|
| Times Cast | 0 / 0 | N/A |

| Candidate | Party | Total |  |
|---|---|---|---|
| RAYMOND O. COBB, JR. |  | 0 |  |
| BRITIAN J. WILLIAMS |  | 0 |  |
| PETER WOOD |  | 0 |  |
| MARY YARLETT |  | 0 |  |
| Total Votes |  | 0 |  |

|  |  | Total |  |
|---|---|---|---|
| Unresolved Write-In |  | 0 |  |

## SPLOST - EDUCATION (Vote for 1)

Precincts Reported: 0 of 4 (0.00%)

|  | Total |  |
|---|---|---|
| Times Cast | 0 / 0 | N/A |

| Candidate | Party | Total |  |
|---|---|---|---|
| YES |  | 0 |  |
| NO |  | 0 |  |
| Total Votes |  | 0 |  |

|  |  | Total |  |
|---|---|---|---|
| Unresolved Write-In |  | 0 |  |

# SUNDAY LIQUOR SALES (Vote for 1)

Precincts Reported: 0 of 4 (0.00%)

|  | Total |  |
|---|---|---|
| Times Cast | 0 / 0 | N/A |

| Candidate | Party | Total |  |
|---|---|---|---|
| YES |  | 0 |  |
| NO |  | 0 |  |
| Total Votes |  | 0 |  |

|  |  | Total |  |
|---|---|---|---|
| Unresolved Write-In |  | 0 |  |