# ICHTER DAVIS LLC

Cary Ichter, Partner
cichter@ichterdavis.com
404.869.5243 direct
404.769.1353 cell

May 17, 2022

VIA CM/ECF FILING
The Honorable Amy Totenberg
Attn: Harry Martin
Courtroom Deputy Clerk
United States District Court for the Northern District of Georgia
2388 United States Courthouse
Richard B. Russell Federal Building
75 Ted Turner Drive, S.W.
Atlanta, GA 30303-3309

>   Re:   *Donna Curling, et al. v. Brad Raffensperger, in his official capacity as Secretary of State for the State of Georgia, et al.*
>         United States District Court
>         Northern District of Georgia, Atlanta Division
>         Civil Action File No. 1:17-cv-2989-AT

Dear Mr. Martin:

I am presently appearing in the above matter as counsel for Plaintiffs William Digges, III, Laura Digges, Ricardo Davis, and Megan Missett, and I am co-counsel for Coalition for Good Governance.

Pursuant to Local Rule 83.1 (E)(4) NDGa and the Court's Standing Order: Guidelines to Parties and Counsel in Cases Proceeding Before the Honorable Amy Totenberg § II(c)(iii), I write to advise that I will be absent from work speaking at and attending a legal seminar/conference and unavailable during the following period, which is less than twenty-one days:

**July 29, 2022 through August 3, 2022**

Mr. Harry Martin
May 17, 2022
Page 2

I respectfully request that this case not be calendared during these dates.

Please contact me with any questions you may have.

Very truly yours,

/s/ Cary Ichter
CARY ICHTER
GA Bar No. 382515

ICHTER DAVIS, LLC
3340 Peachtree Road NE
Suite 1530
Atlanta, GA 30326
Telephone: (404) 869-7600
Fax: (404) 869-7610
cichter@ichterdavis.com

cc: Counsel of record (via CM/ECF only)