# EXHIBIT A

EFiled: May 06 2022 10:31AM EDT
Transaction ID 67594394
Case No. N21C-03-257 EMD

## IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

| | |
|---|---|
| US DOMINION, INC., DOMINION VOTING SYSTEMS, INC., and DOMINION VOTING SYSTEMS CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>FOX NEWS NETWORK, LLC,<br><br>Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) )   C.A. No. N21C-03-257 EMD |

### STIPULATION AND [PROPOSED] ORDER REGARDING PRODUCTION OF EXPERT REPORT BY DR. J. ALEX HALDERMAN

WHEREAS, an expert report by Dr. J. Alex Halderman (the "Halderman Report" or "Report") was submitted on July 1, 2021, by the plaintiffs in *Curling, et al. v. Raffensperger, et al.*, No. 1:17-cv-02989-AT ("*Curling*"), a lawsuit pending in the United States District Court for the Northern District of Georgia (the "Georgia Court");

WHEREAS, the Georgia Court has entered a protective order in *Curling* that designates the Halderman Report as "Attorneys' Eyes Only" and requires that it be kept under seal;

WHEREAS, Fox News Network, LLC ("FNN") has moved to intervene in *Curling* for the limited purpose of obtaining a copy of the Halderman Report;

WHEREAS, Dominion has filed an opposition to FNN's motion to intervene in

1

that case;

WHEREAS, Dominion has obtained redacted and unredacted copies of the Halderman Report with the Georgia Court's permission; and

WHEREAS, Dominion does not oppose FNN obtaining redacted and unredacted copies of the Halderman Report for use in this litigation subject to FNN's adherence to all confidentiality obligations of the Georgia Court and this Court.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by the parties hereto, subject to the approval of the Court, that:

1. Dominion agrees to produce redacted and unredacted copies of the Halderman Report to FNN, upon approval of the Georgia Court, and consistent with whatever conditions (if any) are imposed by the Georgia Court, while fully reserving its right to argue that the Halderman Report is irrelevant to the claims and defenses at issue in this matter and inadmissible at trial;

2. Dominion shall produce redacted and unredacted copies of the Halderman Report to FNN within 7 days of any order or other action by the Georgia Court authorizing Dominion's production of the Halderman Report to FNN;

3. Dominion agrees to withdraw its opposition to FNN's motion to intervene in the *Curling* litigation, solely for the purpose of seeking the Georgia Court's authorization to obtain a copy of the Halderman Report;

4. The parties agree to designate the Halderman Report "Highly Confidential–

Attorneys' Eyes Only" under the Protective Order in this matter.

| | |
|---|---|
| OF COUNSEL: | /s/ Brian E. Farnan<br>Brian E. Farnan (#4089)<br>Michael J. Farnan (#5165) |
| Justin A. Nelson<br>Jonathan J. Ross<br>SUSMAN GODFREY LLP<br>1000 Louisiana Street, #5100<br>Houston, Texas 77002<br>(713) 651-9366 | 919 N. Market St., 12th Floor<br>Wilmington, DE 19801<br>Tel: (302) 777-0300<br><br>Rodney Smolla (#6327)<br>4601 Concord Pike<br>Wilmington, DE 19803<br>Tel: (864) 373-3882 |
| Stephen Shackelford, Jr.<br>Elisha Barron<br>SUSMAN GODFREY LLP<br>1301 6th Avenue<br>New York, NY 10019<br>(212) 336-8330 | OF COUNSEL:<br><br>Thomas A. Clare, P.C.<br>Megan L. Meier<br>Dustin A. Pusch |
| Davida Brook<br>Jordan Rux<br>SUSMAN GODFREY LLP<br>1900 Avenue of the Stars, Ste. 1400<br>Los Angeles, CA 90067<br>(310) 789-3100 | Daniel P. Watkins<br>CLARE LOCKE LLP<br>10 Prince Street<br>Alexandria, VA 22314<br>(202) 628-7400<br><br>*Attorneys for Plaintiffs* |
| Stephen E. Morrissey<br>SUSMAN GODFREY LLP<br>1201 Third Avenue, Suite 3800<br>Seattle, WA 98101<br>(206) 516-3880 | |

3

| | |
|---|---|
| OF COUNSEL: | /s/ Blake Rohrbacher<br>Blake Rohrbacher (#4750)<br>Katharine L. Mowery (#5629) |
| Charles L. Babcock<br>JACKSON WALKER LLP<br>1401 McKinney Street, Suite 1900<br>Houston, TX 77010<br>(713) 752-4210 | Angela Lam (#6431)<br>Valerie A. Caras (#6608)<br>RICHARDS, LAYTON & FINGER, P.A.<br>920 North King Street<br>Wilmington, DE 19801<br>(302) 651-7700 |
| Scott A. Keller<br>LEHOTSKY KELLER LLP<br>200 Massachusetts Avenue NW<br>Washington, D.C. 20001<br>(512) 693-8350 | *Attorneys for Defendant Fox News Network, LLC* |

Dated: May 6, 2022

IT IS SO ORDERED on this 6 day of May, 2022.

_____
Special Master John A. Elzufon

4