**MORRISON | FOERSTER**

2100 L STREET., NW
SUITE 900
WASHINGTON, D.C.
20037

TELEPHONE: 202.887.1500
FACSIMILE: 202.887.0763

WWW.MOFO.COM

MORRISON & FOERSTER LLP

BEIJING, BERLIN, BRUSSELS,
DENVER, HONG KONG, LONDON,
LOS ANGELES, NEW YORK,
NORTHERN VIRGINIA, PALO ALTO,
SAN DIEGO, SAN FRANCISCO, SHANGHAI,
SINGAPORE, TOKYO, WASHINGTON, D.C.

May 26, 2022

Writer's Direct Contact
+1 (202) 887.8795
DCross@mofo.com

**VIA CM/ECF FILING**

Mr. Harry Martin
Courtoom Deputy Clerk for
The Honorable Amy Totenberg
2388 United States Courthouse
75 Ted Turner Drive, SW
Atlanta, GA 30303

Re:   *Curling, et al. v. Raffensperger, et al.*, No. 1:17-cv-02989-AT
      <u>Request for Leave of Absence</u>

Dear Mr. Martin:

I am lead counsel for Plaintiffs Donna Curling, Donna Price and Jeffrey Schoenberg in the above-referenced case. Pursuant to Local Rule 83.1(E)(3) NDGa and Standing Order: Guidelines to Parties and Counsel in Cases Proceeding Before the Honorable Amy Totenberg § II.(c)(iii), I respectfully request that the referenced case not be calendared during the following dates:

June 10-28, 2022.

During this time, I will be unavailable due to work and personal travel.

Thank you for your consideration. Please let me know if I should provide the Court with any further information.

Sincerely,

*/s/ David D. Cross*

David D. Cross

cc: All Counsel of Record (via CM/ECF filing)