IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

|  |  |
|---|---|
| DONNA CURLING, *et al.*, | : |
| Plaintiffs, | : |
| v. | : CIVIL ACTION NO.<br>1:17-cv-2989-AT |
| BRAD RAFFENSPERGER, *et al.*, | : |
| Defendants. | : |

### **ORDER**

At the Court's direction, the Curling Plaintiffs have filed the deposition transcripts of the four Rule 30(b)(6) designees of the Secretary of State's office who have previously been deposed in this case. (Docs. 1368, 1370.) To aid in the Court's review of these depositions, the Court directs the Curling Plaintiffs to file, on or before June 3, 2022, a list of specific line and page numbers in each of the four depositions that the Curling Plaintiffs wish to bring to the Court's attention as a representative sampling of the specific portions of the deposition testimony that they contend failed to meet the requirements for a Rule 30(b)(6) designee.

**IT IS SO ORDERED** this 27th day of May, 2022.

_____
**Honorable Amy Totenberg
United States District Judge**