IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

|  |  |  |
|---|---|---|
| DONNA CURLING, *et al.*, | : | |
| Plaintiffs, | : | |
| v. | : | CIVIL ACTION NO.<br>1:17-cv-2989-AT |
| BRAD RAFFENSPERGER, *et al.*, | : | |
| Defendants. | : | |

## **ORDER**

At the Court's direction so that it might assess a pending discovery dispute, the State Defendants filed three sample investigative reports conducted by the Secretary of State's office previously produced on a sealed basis in the *Fair Fight Action* litigation. (*See* Docs. 1377, 1378.) To further assist the Court in ascertaining and addressing any burden of complying with the Curling Plaintiffs' request for investigative reports in this matter, the Court directs the State Defendants to identify, on or before June 1, 2022, the number of similar investigative reports initiated or completed by the Secretary of State's Office that relate to election security and operations over the period April 1, 2020 through September 1, 2021.

**IT IS SO ORDERED** this 27th day of May, 2022.

_____
**Honorable Amy Totenberg**
**United States District Judge**