# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

DONNA CURLING, et al.,　　　　　　)
　　　　　　　　　　　　　　　　)
　　　　Plaintiffs,　　　　　　　)
　　　　　　　　　　　　　　　　)　　CIVIL ACTION FILE
　　　　　　　　　　　　　　　　)
vs.　　　　　　　　　　　　　　)　　NO. 1:17-cv-2989-AT
　　　　　　　　　　　　　　　　)
BRAD RAFFENSPERGER, et al.,　　)
　　　　　　　　　　　　　　　　)
　　　　Defendants.　　　　　　　)

## ORDER GRANTING STATE DEFENDANTS'
## MOTION FOR LEAVE TO FILE MATTERS UNDER SEAL

Finding good cause shown, the investigative materials filed, pursuant to

the Court's direction, at [Doc. 1378] shall remain sealed from public view.

SO ORDERED this 1st day of ___June_____, 2022.

_____
Hon. Amy Totenberg
United States District Judge